Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HOUSE, et al., )
        Plaintiff(s), )
v. )
NCAA, et al., )
        Defendant(s). )

Case No: 4:20-cv-03939

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **Emilee N. Sisco**, an active member in good standing of the bar of **W.D. of Washington**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Plaintiffs** in the above-entitled action. My local co-counsel in this case is **Benjamin J. Siegel**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 2nd Ave., Ste. 2000, Seattle, WA 98101 | HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Ste. 202, Berkeley, CA 94710 |
| MY TELEPHONE # OF RECORD:<br>(206) 623-7292 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 725-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>emilees@hbsslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bens@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **50273**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/15/20

                                              Emilee N. Sisco
                                              APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Emilee N. Sisco** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE