AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>*Plaintiff(s)*<br>v.<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>*Defendant(s)* | Civil Action No. 4:20-cv-03919-CW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     See ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Benjamin J. Siegel (256260)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Tel: (510) 725-3000; bens@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Cynthia J. Lenahan*

Date: June 16, 2020

*Signature of Clerk or Deputy Clerk*

# ATTACHMENT A

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
c/o Donald M. Remy, Chief Operating Officer / Chief Legal Officer
700 Washington Street
Indianapolis, IN 46204

**PAC-12 CONFERENCE**
c/o Woodie Dixon, Jr., General Counsel
360 3rd Street, 3rd Floor
San Francisco, CA 94107

**THE BIG TEN CONFERENCE, INC.**
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**THE BIG 12 CONFERENCE, INC.**
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**SOUTHEASTERN CONFERENCE**
c/o William King, Associate Commissioner for Legal Affairs and Compliance
2201 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203

**ATLANTIC COAST CONFERENCE**
c/o Ben Tario, Chief Financial Officer, Business & Legal Affairs
4512 Weybridge Lane
Greensboro, NC 27407