# United States District Court
## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, do hereby certify that STEVE W. BERMAN was admitted to practice in said Court on September 24, 1982 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on April 22, 2020.

William M. McCool
Clerk

By _____
Deputy Clerk