# United States District Court

## Western District of Washington



### CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, do hereby certify that EMILEE N. SISCO was admitted to practice in said Court on November 8, 2017 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on June 15, 2020.

William M. McCool
Clerk

By _____
Deputy Clerk