**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case No.  20-cv-03919-BLF<br><br>**ORDER SUA SPONTE REFERRING CASE FOR PURPOSES OF DETERMINING RELATION OF CASES** |

In accordance with Civil Local Rule 3-12(c), it is hereby ORDERED that the above captioned case is referred to Judge Wilken to determine whether it is related to 4:14-md-02541-CW, *In re: National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*.

**IT IS SO ORDERED.**

Dated: June 18, 2020

_____
BETH LABSON FREEMAN
United States District Judge