Steve W. Berman (*pro hac vice* pending)
Emilee N. Sisco (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOUSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br> Defendants. | Case No. 4:20-cv-03919-BLF <br><br> PLAINTIFFS' NOTICE OF FILING |
| *Putative Related Actions*: <br><br> IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION, Case No. 4:14-md-02541 CW (NC) <br><br> IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION, Case No. 4:09-cv-01967 CW (NC) | |

010912-11 1302880.1

1  **PLEASE TAKE NOTICE** that plaintiffs in the above-entitled action, in response to this Court's June 18, 2020 Order Sua Sponte Referring Case for Purposes of Determining Relation of Cases, ECF No. 13 (Order), have filed their response to the Order in *In Re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Litigation*, Case No. 4:14-md-02541 CW (NC). A file-stamped copy of that filing is attached hereto as Exhibit 1.

DATED this 22nd day of June, 2020                Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO, LLP

By:   /s/ Benjamin J. Siegel

Benjamin J. Siegel (#256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

Steve W. Berman (*pro hac vice* pending)
Emilee N. Sisco (*pro hac vice* pending)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*