Steve W. Berman (*pro hac vice* pending)
Emilee N. Sisco (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOUSE, *et al.*, | Case No. 4:20-cv-03919-BLF |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | |
| Defendants. | |

I, the undersigned, declare:

That declarant is and was, at all times herein mentioned, a resident of the United States and is employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On June 22, 2020, declarant served via UPS overnight service the following document to the parties listed on Attachment A hereto:

1.  PLAINTIFFS' RESPONSE TO ORDER SUA SPONTE REFERRING CASE FOR PURPOSES OF DETERMINING RELATION OF CASES.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2020 at Berkeley, California.

*/s/ Brian R. Miller*
BRIAN R. MILLER

CERTIFICATE OF SERVICE -
Case No.: 4:20-cv-03919-BLF
010912-11 1302882v1

-1-

## ATTACHMENT A

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
c/o Donald M. Remy, Chief Operating Officer / Chief Legal Officer
700 Washington Street
Indianapolis, IN 46204

**PAC-12 CONFERENCE**
c/o Woodie Dixon, Jr., General Counsel
360 3rd Street, 3rd Floor
San Francisco, CA 94107

**THE BIG TEN CONFERENCE, INC.**
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**THE BIG 12 CONFERENCE, INC.**
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**SOUTHEASTERN CONFERENCE**
c/o William King, Associate Commissioner for Legal Affairs and Compliance
2201 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203

**ATLANTIC COAST CONFERENCE**
c/o Ben Tario, Chief Financial Officer, Business & Legal Affairs
4512 Weybridge Lane
Greensboro, NC 27407