SEIFERT LAW FIRM
Mark J. Seifert (SBN 217054)
50 California Street, Suite 1500
San Francisco, California 94111
Tel.     (415) 999-0901
Fax     (415) 901-1123
Email:  mseifert@seifertfirm.com

Attorney for Defendant
SOUTHEASTERN CONFERENCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT SOUTHEASTERN CONFERENCE** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mark J. Seifert, fully preserving all rights, defenses, and motions available to Defendant Southeastern Conference, including, without limitation, objections to service, jurisdiction, and venue, hereby appears as attorney of record on behalf of Defendant Southeastern Conference.

Dated: June 23, 2020            SEIFERT LAW FIRM

                                By:  /s/ *Mark J. Seifert*
                                     Mark J. Seifert
                                     Attorney for Defendant Southeastern Conference