1  SEIFERT LAW FIRM
   Mark J. Seifert (SBN 217054)
2  50 California Street, Suite 1500
   San Francisco, California 94111
3  Tel.   (415) 999-0901
   Fax    (415) 901-1123
4  Email: mseifert@seifertfirm.com

5  Attorney for Defendant
   SOUTHEASTERN CONFERENCE
6

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **OAKLAND DIVISION**

11  GRANT HOUSE and SEDONA PRINCE,          Case No. 4:20-cv-03919-CW
    on behalf of themselves and all others
12  similarly situated,                     **DEFENDANT SOUTHEASTERN
                                            CONFERENCE'S CERTIFICATION
13                     Plaintiffs,          OF INTERESTED ENTITIES
                                            AND PERSONS**
14       vs.

15  NATIONAL COLLEGIATE ATHLETIC
    ASSOCIATION; PAC-12 CONFERENCE;
16  THE BIG TEN CONFERENCE, INC.;
    THE BIG TWELVE CONFERENCE, INC.;
17  SOUTHEASTERN CONFERENCE; and
    ATLANTIC COAST CONFERENCE,
18
                       Defendants
19

20       TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

21       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15 of the United

22  States District Court for the Northern District of California, the undersigned, counsel of record

23  for Defendant Southeastern Conference ("SEC") certifies that the following listed persons,

24  associations of persons, firms, partnerships, corporations (including parent corporations) or other

25  entities (i) have a financial interest in the subject matter in controversy or in a party to the

26  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

27  substantially affected by the outcome of this proceeding:  The SEC is an Alabama

28
                              - 1 -

unincorporated association with fourteen member institutions.  Its member institutions are as follows:

University of Alabama;

University of Arkansas;

Auburn University;

University of Florida;

University of Georgia;

University of Kentucky;

Louisiana State University;

University of Mississippi;

Mississippi State University;

University of Missouri;

University of South Carolina;

University of Tennessee;

Texas A&M University; and

Vanderbilt University.


Dated: June 29, 2020                    SEIFERT LAW FIRM


                                        By:  /s/ *Mark J. Seifert*
                                             Mark J. Seifert
                                             Attorney for Defendant Southeastern Conference