AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-03919, CL Q

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATLANTIC COAST CONFERENCE c/o Ben Tario, Chief Financial Officer, Business & Legal Affrais

was received by me on *(date)* 06/16/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Ben Tario, Chief Financial Officer, Business & Legal Affrais , who is designated by law to accept service of process on behalf of *(name of organization)* Atlantic Coast Conference at 4512 Weybridge Lane, Greensboro, North Carolina 27407 at 3:10 p.m. [EDT] on *(date)* 06/22/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/24/2020

*Server's signature*

Adam Warick, Not a Registered California Process Server

*Printed name and title*
Ace Attorney Service, Inc.
P.O. Box 6766, High Point, North Carolina 27262
Phone No.: (336) 475-3737
Registration No.: N/A / County: N/A
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: 1) Complaint; 2) Civil Cover Sheet; 3) Consent or Declination to Magistrate Judge Jurisdiction; 4) Order Setting Initial Case Management Conference and ADR Deadlines; 5) Order Reassigning Case; 6) Notice of Eligibility for Video Recording; 7) Standing Order Re Civil Cases - Judge Beth Labson Freeman; 8) Standing Order Re Civil Jury Trials - Judge Beth Labson Freeman; 9) ECF Registration Information; 10) Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement; 11) Notice of Availability of Magistrate Judge to Exercise Jurisdiction; 12) Alternative Dispute Resolution Procedures Handbook

*Grant House, et al. v. National Collegiate Athletic Association, et al.*                                                                                                    #1860499R