AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  4:20-cv-03919, CL Q

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
c/o Donald M. Remy, Chief Operating Officer / Chief Legal Officer
was received by me on *(date)* _____06/16/2020_____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*   Michael King, Purchasing Operations Manager,
authorized person to accept service of process   , who is
designated by law to accept service of process on behalf of *(name of organization)*   National Collegiate Association at

700 Washington Street, Indianapolis, Indiana 46201 at 9:55 a.m. [EDT]   on *(date)* ____06/22/2020____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: ____06/24/2020____

_____
*Server's signature*

___Ryan David Fortune, Not a Registered California Process Server___

*Printed name and title*
Ace Attorney Service, Inc.
1350 West Southport Road, Suite C-327, Indianapolis, Indiana 46217
Phone: (877) 659-3448
Registration No.: N/A / County: N/A
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: 1) Complaint; 2) Civil Cover Sheet; 3) Consent or Declination to Magistrate Judge Jurisdiction; 4) Order Setting Initial Case Management Conference and ADR Deadlines; 5) Order Reassigning Case; 6) Notice of Eligibility for Video Recording; 7) Standing Order Re Civil Cases - Judge Beth Labson Freeman; 8) Standing Order Re Civil Jury Trials - Judge Beth Labson Freeman; 9) ECF Registration Information; 10) Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement; 11) Notice of Availability of Magistrate Judge to Exercise Jurisdiction; 12) Alternative Dispute Resolution Procedures Handbook

*Grant House, et al. v. National Collegiate Athletic Association, et al.*

#1860494R