# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| GRANT HOUSE, et al., *Plaintiff(s)* | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 4:20-cv-03919 |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., *Defendant(s)* | )<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See ATTACHMENT A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Benjamin J. Siegel (256260)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Tel: (510) 725-3000; bens@hbsslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Cynthia J. Lenahan*

Date: July 28, 2020

*Signature of Clerk or Deputy Clerk*

# ATTACHMENT A

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
c/o Donald M. Remy, Chief Operating Officer / Chief Legal Officer
700 Washington Street
Indianapolis, IN 46204

**PAC-12 CONFERENCE**
c/o Woodie Dixon, Jr., General Counsel
360 3rd Street, 3rd Floor
San Francisco, CA 94107

**THE BIG TEN CONFERENCE, INC.**
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**THE BIG 12 CONFERENCE, INC.**
c/o Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**SOUTHEASTERN CONFERENCE**
c/o William King, Associate Commissioner for Legal Affairs and Compliance
2201 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203

**ATLANTIC COAST CONFERENCE**
c/o Ben Tario, Chief Financial Officer, Business & Legal Affairs
4512 Weybridge Lane
Greensboro, NC 27407

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-03919, CL Q

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ATLANTIC COAST CONFERENCE c/o Ben Tario, Chief Financial Officer, Business & Legal Affrais

was received by me on *(date)* 06/16/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Ben Tario, Chief Financial Officer, Business & Legal Affrais, who is designated by law to accept service of process on behalf of *(name of organization)* Atlantic Coast Conference at 4512 Weybridge Lane, Greensboro, North Carolina 27407 at 3:10 p.m. [EDT] on *(date)* 06/22/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/24/2020

*Server's signature*

Adam Warick, Not a Registered California Process Server

*Printed name and title*
Ace Attorney Service, Inc.
P.O. Box 6766, High Point, North Carolina 27262
Phone No.: (336) 475-3737
Registration No.: N/A / County: N/A
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: 1) Complaint; 2) Civil Cover Sheet; 3) Consent or Declination to Magistrate Judge Jurisdiction; 4) Order Setting Initial Case Management Conference and ADR Deadlines; 5) Order Reassigning Case; 6) Notice of Eligibility for Video Recording; 7) Standing Order Re Civil Cases - Judge Beth Labson Freeman; 8) Standing Order Re Civil Jury Trials - Judge Beth Labson Freeman; 9) ECF Registration Information; 10) Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement; 11) Notice of Availability of Magistrate Judge to Exercise Jurisdiction; 12) Alternative Dispute Resolution Procedures Handbook

*Grant House, et al. v. National Collegiate Athletic Association, et al.*   #1860499R