Rahul Hari (SBN 313528)
Wilkinson Walsh LLP
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonwalsh.com

Attorney for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., | Case No. 4:20-cv-03919-CW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC CONFERENCE** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rahul Hari, fully preserving all rights, defenses, and motions available to Defendant National Collegiate Athletic Conference, including, without limitation, objections to service, jurisdiction, and venue, hereby appears as attorney of record on behalf of Defendant National Collegiate Athletic Conference.

Dated: July 8, 2020                                                  WILKINSON WALSH LLP

                                                                    By: /s/ *Rahul Hari*
                                                                    Rahul Hari (SBN 313528)
                                                                    Attorney for Defendant NATIONAL
                                                                    COLLEGIATE ATHLETIC
                                                                    ASSOCIATION