Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grant House, et al., | ) Case No: 4:20-cv-03919-C |
| Plaintiff(s), | ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | ) (CIVIL LOCAL RULE 11-3) |
| NCAA, et al., | ) |
| Defendant(s). | ) |

I, Rakesh N. Kilaru, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: NCAA in the above-entitled action. My local co-counsel in this case is Rahul Hari, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2001 M Street NW, 10th Floor<br>Washington, DC 20036 | 11601 Wilshire Blvd, Suite 600<br>Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 847-4046 | (424) 291-9664 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rkilaru@wilkinsonwalsh.com | rhari@wilkinsonwalsh.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1015310.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/08/20

Rakesh N. Kilaru
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rakesh N. Kilaru is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE