Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonwalsh.com

Beth A. Wilkinson (*pro hac vice*)
WILKINSON WALSH LLP
2001 M Street NW
Washington, DC 20036
Telephone: (202) 804-4010
Fax: (202) 847-4005
bwilkinson@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al., | Case No. 4:20-cv-03919-CW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC CONFERENCE** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

# NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Beth A. Wilkinson, of the law firm Wilkinson Walsh LLP, 2001 M Street, NW, 10th Floor, Washington, DC 20036, hereby enters her appearance as counsel of record for defendant National Collegiate Athletic Association in the above-referenced action. National Collegiate Athletic Association hereby advises all parties that all pleadings and documents should be addressed to and served upon Beth A. Wilkinson as follows:

> Beth A. Wilkinson
> WILKINSON WALSH LLP
> 2001 M Street NW
> 10th Floor
> Washington, DC 20036
> Tel: (202) 847-4010
> Fax: (202) 847-4005
> bwilkinson@wilkinsonwalsh.com

Dated: July 9, 2020

Respectfully submitted,

By: /s/ *Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)

Attorney for Defendant NATIONAL COLLEGIATE ATHLETIC ASSOCIATION