1  Rahul Hari (SBN 313528)
   WILKINSON WALSH LLP
2  11601 Wilshire Blvd, Suite 600
   Los Angeles, CA 90025
3  Telephone: (424) 291-9664
   Fax: (202) 847-4005
4  rhari@wilkinsonwalsh.com

5  Rakesh N. Kilaru (*pro hac vice*)
   WILKINSON WALSH LLP
6  2001 M Street NW
   Washington, DC 20036
7  Telephone: (202) 804-4046
   Fax: (202) 847-4005
8  rkilaru@wilkinsonwalsh.com

9  Attorneys for Defendant
   NATIONAL COLLEGIATE ATHLETIC
10 ASSOCIATION

11           **IN THE UNITED STATES DISTRICT COURT**

12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                    **OAKLAND DIVISION**

14 GRANT HOUSE, et al.,                    Case No. 4:20-cv-03919-CW

15              Plaintiffs,

16       v.                               **NOTICE OF APPEARANCE ON BEHALF
                                           OF DEFENDANT NATIONAL
17 NATIONAL COLLEGIATE ATHLETIC            COLLEGIATE ATHLETIC
   ASSOCIATION, et al.,                    CONFERENCE**
18
   Defendants.
19

20

21

22

23

24

25

26

27

28

1    **NOTICE OF APPEARANCE**

2    TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

3    PLEASE TAKE NOTICE that Rakesh N. Kilaru, of the law firm Wilkinson Walsh LLP,

4  2001 M Street, NW, 10th Floor, Washington, DC 20036, hereby enters his appearance as counsel

5  of record for defendant National Collegiate Athletic Association in the above-referenced action.

6  National Collegiate Athletic Association hereby advises all parties that all pleadings and

7  documents should be addressed to and served upon Rakesh N. Kilaru as follows:

8

9    Rakesh N. Kilaru
     WILKINSON WALSH LLP
10   2001 M Street NW
     10th Floor
11   Washington, DC 20036
     Tel: (202) 847-4046
12   Fax: (202) 847-4005
     rkilaru@wilkinsonwalsh.com
13

14   Dated: July 9, 2020              WILKINSON WALSH LLP

15                                    By: /s/ *Rakesh N. Kilaru*
                                         Rakesh N. Kilaru (*pro hac vice*)
16
                                         Attorney for Defendant NATIONAL
17                                       COLLEGIATE ATHLETIC ASSOCIATION

18

19

20

21

22

23

24

25

26

27

28

1