Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonwalsh.com

Tamarra Matthews Johnson (*pro hac vice*)
WILKINSON WALSH LLP
2001 M Street NW
Washington, DC 20036
Telephone: (202) 804-4015
Fax: (202) 847-4005
tmatthewsjohnson@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al., | Case No. 4:20-cv-03919-CW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC CONFERENCE** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

# NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Tamarra Matthews Johnson, of the law firm Wilkinson Walsh LLP, 2001 M Street, NW, 10th Floor, Washington, DC 20036, hereby enters her appearance as counsel of record for defendant National Collegiate Athletic Association in the above-referenced action. National Collegiate Athletic Association hereby advises all parties that all pleadings and documents should be addressed to and served upon Tamarra Matthews Johnson as follows:

Tamarra Matthews Johnson
WILKINSON WALSH LLP
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4015
Fax: (202) 847-4005
tmatthewsjohnson@wilkinsonwalsh.com

Dated: July 9, 2020                    Respectfully submitted,

By: /s/ *Tamarra Matthews Johnson*
    Tamarra Matthews Johnson (*pro hac vice*)

    Attorney for Defendant NATIONAL
    COLLEGIATE ATHLETIC ASSOCIATION

1

**Notice of Appearance on Behalf of Defendant**                          Case No. 4:20-cv-03919-CW
**NATIONAL COLLEGIATE ATHLETIC CONFERENCE**