Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonwalsh.com

Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON WALSH LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., | Case No. 4:20-cv-03919-CW |
| Plaintiff(s), | |
| v. | **STIPULATION EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADINGS** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendant(s). | |

**STIPULATION EXTENDING TIME
TO FILE AND SERVE RESPONSIVE PLEADINGS**

Pursuant to Civil L.R. 6-1(a), the parties, though their undersigned counsel who are authorized to enter into this stipulation on their behalf, hereby stipulate and agree to an extension of time within which Defendants the National Collegiate Athletic Association ("the NCAA"), the Pac-12 Conference ("the Pac-12"), The Big Ten Conference, Inc. ("The Big Ten"), The Big 12 Conference, Inc. ("The Big 12"), the Southeastern Conference ("the SEC"), and the Atlantic Coast Conference ("the ACC"), must file their responsive pleadings to the Complaint.

WHEREAS Plaintiffs filed a Complaint in this matter on June 15, 2020;

WHEREAS Plaintiffs began serving Defendants with the Complaint on June 22, 2020;

WHEREAS the parties have agreed to allow Defendants the NCAA, the Pac-12, The Big Ten, The Big 12, the SEC, and the ACC to serve and file their answers or initial responsive pleadings to the Complaint within the time period set forth below;

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree that Defendants the NCAA, the Pac-12, The Big Ten, The Big 12, the SEC, and the ACC, will serve and file their initial responsive pleadings, or otherwise respond, to Plaintiffs' Complaint no later than September 11, 2020.

Dated:  July 9, 2020                                              Respectfully submitted.

| | |
|---|---|
| **WILKINSON WALSH LLP**<br><br>By:  /s/ Beth A. Wilkinson<br><br>Beth A. Wilkinson (*pro hac vice*)<br>Tamarra Matthews Johnson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br>tmatthewsjohnson@wilkinsonwalsh.com<br>rkilaru@wilkinsonwalsh.com<br>kgostin@wilkinsonwalsh.com<br><br>Rahul Hari (SBN 313528)<br>11601 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90025<br>Telephone:  (424) 291-9655<br>Facsimile:  (202) 847-4005<br>rhari@wilkinsonwalsh.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>By:  /s/ Steve W. Berman<br><br>Steve W. Berman (*pro hac vice*)<br>Emilee Sisco (*pro hac vice*)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone:  (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br><br>Benjamin J. Siegel (SBN 256260)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000<br>Facsimile:  (510) 725-3001<br>bens@hbsslaw.com<br><br>Attorneys for Plaintiffs and the Proposed Classes |
| **PROSKAUER ROSE LLP**<br><br>By:  /s/ Scott P. Cooper<br><br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>Jennifer L. Jones (SBN 284624)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone:  (310) 557-2900<br>Facsimile:  (310) 557-2193<br>bwilliams@proskauer.com<br>scooper@proskauer.com<br>kcasazza@proskauer.com<br>sledingham@proskauer.com<br>jljones@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE | **MAYER BROWN LLP**<br><br>By:  /s/ Britt M. Miller<br><br>Britt M. Miller (*pro hac vice* application pending)<br>Andrew S. Rosenman (SBN 253764)<br>Matthew D. Provance (*pro hac vice* application forthcoming)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. |

| | |
|---|---|
| **POLSINELLI PC** | **SEIFERT LAW FIRM** |
| By:  /s/ Leane K. Capps | By:  /s/ Mark J. Seifert |
| Leane K. Capps (*pro hac vice* application forthcoming)<br>Caitlin J. Morgan (*pro hac vice* application forthcoming)<br>D. Rockwell Bower (*pro have vice* application forthcoming)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br>rbower@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice* application forthcoming)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com<br><br>Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. | Mark J. Seifert (SBN 217054)<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Robinson Bradshaw & Hinson, P.A.<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>phouck@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

**FOX ROTHSCHILD LLP**

By: _____/s/ D. Erik Albright_____

D. Erik Albright (*pro hac vice* application forthcoming)
Gregory G. Holland (*pro hac vice* application forthcoming)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice* application forthcoming)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

Attorneys for Defendant
THE ATLANTIC COAST CONFERENCE

## FILER'S ATTESTATION

I, Beth A. Wilkinson, am the ECF user whose identification and password are being used to file the Stipulation Extending Time to File and Serve Responsive Pleadings. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Beth A. Wilkinson

---

STIPULATION EXTENDING TIME TO FILE AND SERVE RESPONSIVE PLEADINGS

Case No. 4:20-cv-03919-CW