1  PROSKAUER ROSE LLP
   BART H. WILLIAMS (SBN 134009)
2     bwilliams@proskauer.com
   SCOTT P. COOPER (SBN 96905)
3     scooper@proskauer.com
   KYLE A. CASAZZA (SBN 254061)
4     kcasazza@proskauer.com
   SHAWN S. LEDINGHAM, JR. (SBN 275268)
5     sledingham@proskauer.com
   JENNIFER L. JONES (SBN 284624)
6     jljones@proskauer.com
   2029 Century Park East, 24th Floor
7  Los Angeles, CA  90067-3010
   Telephone:     310-557-2900
8  Facsimile:     310-557-2193

9  *Attorneys for Defendant Pac-12 Conference*

10

11                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
12                               **OAKLAND DIVISION**

13

14 | GRANT HOUSE and SEDONA PRICE, on behalf of themselves and all others similarly situated, | Case No. 4:20-CV-03919-CW |
15 | | |
16 |                    Plaintiffs, | **NOTICE OF APPEARANCE FOR BART H. WILLIAMS ON BEHALF OF DEFENDANT PAC-12 CONFERENCE** |
17 |       vs. | |
18 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE, | |
19 | | |
20 | | |
21 | | |
22 |                    Defendants. | |
23

24

25

26

27

28

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

PLEASE TAKE NOTICE that Bart H. Williams of Proskauer Rose LLP, 2029 Century Park East, 24th Floor, Los Angeles, CA 90067, fully preserving all rights, defenses, and motions available to Defendant Pac-12 Conference, including, without limitation, objections to service, jurisdiction, and venue, hereby enters an appearance as counsel for Defendant Pac-12 Conference.

DATED: July 8, 2020                     Respectfully Submitted,


**PROSKAUER ROSE LLP**


By:   */s/*   *Bart H. Williams*

Bart H. Williams (SBN 134009)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com

Attorney for Defendant
PAC-12 CONFERENCE