```
PROSKAUER ROSE LLP
BART H. WILLIAMS (SBN 134009)
   bwilliams@proskauer.com
SCOTT P. COOPER (SBN 96905)
  scooper@proskauer.com
KYLE A. CASAZZA (SBN 254061)
   kcasazza@proskauer.com
SHAWN S. LEDINGHAM, JR. (SBN 275268)
  sledingham@proskauer.com
JENNIFER L. JONES (SBN 284624)
  jljones@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone:    310-557-2900
Facsimile:    310-557-2193
```

*Attorneys for Defendant Pac-12 Conference*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | Case No. 4:20-CV-03919-CW<br><br>**NOTICE OF APPEARANCE FOR JENNIFER L. JONES ON BEHALF OF DEFENDANT PAC-12 CONFERENCE** |

1  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2  PLEASE TAKE NOTICE that Jennifer L. Jones of Proskauer Rose LLP, 2029 Century Park East,

3  24th Floor, Los Angeles, CA 90067, fully preserving all rights, defenses, and motions available to

4  Defendant Pac-12 Conference, including, without limitation, objections to service, jurisdiction,

5  and venue, hereby enters an appearance as counsel for Defendant Pac-12 Conference.

7  DATED: July 8, 2020                    Respectfully Submitted,

9                                         **PROSKAUER ROSE LLP**

11                                         By:    */s/    Jennifer L. Jones.*

12                                             Jennifer L. Jones (SBN 284624)
                                               2029 Century Park East, Suite 2400
13                                             Los Angeles, CA 90067
                                               Telephone:  (310) 557-2900
14                                             Facsimile:  (310) 557-2193
                                               jljones@proskauer.com

15                                             Attorney for Defendant
16                                             PAC-12 CONFERENCE