# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.                )
                                   )   Case No: 4:20-cv-03919
                Plaintiff(s),      )
                                   )   **APPLICATION FOR**
        v.                         )   **ADMISSION OF ATTORNEY**
                                   )   **PRO HAC VICE**
NCAA, et al.                       )   (CIVIL LOCAL RULE 11-3)
                                   )
                Defendant(s).      )
                                   )

I, D. Erik Albright _____, an active member in good standing of the bar of
Middle District of NC _____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Atlantic Coast Conference _____ in the
above-entitled action. My local co-counsel in this case is Alexander Hernaez _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 230 N. Elm Street, Suite 1200 Greensboro, NC 27401 | 345 California St., Suite 2200 San Francisco, CA 94104-2670 |
| MY TELEPHONE # OF RECORD: (336) 378-5368 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 364-5566 |
| MY EMAIL ADDRESS OF RECORD: ealbright@foxrothschild.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ahernaez@foxrothchild.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 17311 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/09/20                                    D. Erik Albright
                                                   _____
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of D. Erik Albright _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE