AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of North Carolina

### CERTIFICATE OF GOOD STANDING

I,   **John S. Brubaker,**   Clerk of this Court,

certify that **DAVID ERIK ALBRIGHT**, North Carolina Bar # **017311**, was duly admitted to practice in this Court on **January 16, 1991**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on July 08, 2020



John S. Brubaker
Clerk of Court