UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HOUSE, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>NCAA, et al.<br><br>Defendant(s). | Case No: 4:20-cv-03919<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Jonathan P. Heyl, an active member in good standing of the bar of Middle District of NC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Atlantic Coast Conference in the above-entitled action. My local co-counsel in this case is Alexander Hernaez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 101 N. Tryon Street, Suite 1300<br>Charlotte, NC  28246 | 345 California St., Suite 2200<br>San Francisco, CA  94104-2670 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (704) 384-2600 | (415) 364-5566 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| jheyl@foxrothschild.com | ahernaez@foxrothchild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25559.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/09/20

Jonathan P. Heyl
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jonathan P. Heyl is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE