AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of North Carolina

### CERTIFICATE OF GOOD STANDING

I, **John S. Brubaker,** Clerk of this Court,

certify that **JONATHAN P. HEYL**, North Carolina Bar # **025559**, was duly admitted to practice in

this Court on **September 18, 1998**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on July 08, 2020

*John S. Brubaker*
**John S. Brubaker**
*Clerk of Court*