PROSKAUER ROSE LLP
BART H. WILLIAMS (SBN 134009)
　bwilliams@proskauer.com
SCOTT P. COOPER (SBN 96905)
　scooper@proskauer.com
KYLE A. CASAZZA (SBN 254061)
　kcasazza@proskauer.com
SHAWN S. LEDINGHAM, JR. (SBN 275268)
　sledingham@proskauer.com
JENNIFER L. JONES (SBN 284624)
　jljones@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone:　310-557-2900
Facsimile:　310-557-2193

*Attorneys for Defendant Pac-12 Conference*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRICE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>　　　　　Defendants. | Case No. 4:20-CV-03919-CW<br><br>**NOTICE OF APPEARANCE FOR SCOTT P. COOPER ON BEHALF OF DEFENDANT PAC-12 CONFERENCE** |

---

NOTICE OF APPEARANCE
CASE NO. 4:20-cv-03919-CW

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

PLEASE TAKE NOTICE that Scott P. Cooper of Proskauer Rose LLP, 2029 Century Park East, 24th Floor, Los Angeles, CA 90067, fully preserving all rights, defenses, and motions available to Defendant Pac-12 Conference, including, without limitation, objections to service, jurisdiction, and venue, hereby enters an appearance as counsel for Defendant Pac-12 Conference.

DATED: July 8, 2020                                  Respectfully Submitted,


                                  **PROSKAUER ROSE LLP**


By:       */s/     Scott P. Cooper*

Scott P. Cooper (SBN 96905)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193
scooper@proskauer.com

Attorney for Defendant
PAC-12 CONFERENCE