PROSKAUER ROSE LLP
BART H. WILLIAMS (SBN 134009)
   bwilliams@proskauer.com
SCOTT P. COOPER (SBN 96905)
   scooper@proskauer.com
KYLE A. CASAZZA (SBN 254061)
   kcasazza@proskauer.com
SHAWN S. LEDINGHAM, JR. (SBN 275268)
   sledingham@proskauer.com
JENNIFER L. JONES (SBN 284624)
   jljones@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone:    310-557-2900
Facsimile:    310-557-2193

*Attorneys for Defendant Pac-12 Conference*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | Case No. 4:20-CV-03919-CW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PAC-12 CONFERENCE**<br><br>[Fed. R. Civ. P. 7.1] |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Pac-12 Conference, by its attorneys, Proskauer Rose LLP, hereby certifies that Pac-12 Conference has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: July 8, 2020                        Respectfully Submitted,

**PROSKAUER ROSE LLP**

By:    */s/   Scott P. Cooper*

Bart H. Williams (SBN 134009)
Scott P. Cooper (SBN 96905)
Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)
Jennifer L. Jones (SBN 284624)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
scooper@proskauer.com
bwilliams@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com

Attorneys for Defendant
PAC-12 CONFERENCE