1    PROSKAUER ROSE LLP
     BART H. WILLIAMS (SBN 134009)
2       bwilliams@proskauer.com
     SCOTT P. COOPER (SBN 96905)
3       scooper@proskauer.com
     KYLE A. CASAZZA (SBN 254061)
4       kcasazza@proskauer.com
     SHAWN S. LEDINGHAM, JR. (SBN 275268)
5       sledingham@proskauer.com
     JENNIFER L. JONES (SBN 284624)
6       jljones@proskauer.com
     2029 Century Park East, 24th Floor
7    Los Angeles, CA  90067-3010
     Telephone:     310-557-2900
8    Facsimile:     310-557-2193

9    *Attorneys for Defendant Pac-12 Conference*

10

11                       **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
12                          **OAKLAND DIVISION**

13

14   GRANT HOUSE and SEDONA PRICE, on behalf      Case No. 4:20-CV-03919-CW
     of themselves and all others similarly situated,
15
                                                   **NOTICE OF APPEARANCE FOR KYLE**
16              Plaintiffs,                         **A. CASAZZA ON BEHALF OF**
                                                   **DEFENDANT PAC-12 CONFERENCE**
17        vs.

18   NATIONAL COLLEGIATE ATHLETIC
     ASSOCIATION; PAC-12 CONFERENCE; THE
19   BIG TEN CONFERENCE, INC.; THE BIG
     TWELVE CONFERENCE, INC.;
20   SOUTHEASTERN CONFERENCE; and
     ATLANTIC COAST CONFERENCE,
21
22              Defendants.

23

24

25

26

27

28

1   TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2   PLEASE TAKE NOTICE that Kyle A. Casazza of Proskauer Rose LLP, 2029 Century Park East,

3   24th Floor, Los Angeles, CA 90067, fully preserving all rights, defenses, and motions available to

4   Defendant Pac-12 Conference, including, without limitation, objections to service, jurisdiction,

5   and venue, hereby enters an appearance as counsel for Defendant Pac-12 Conference.

6

7   DATED: July 8, 2020                                    Respectfully Submitted,

8

9                                                          **PROSKAUER ROSE LLP**

10

11                                                         By:      */s/     Kyle A. Casazza*

12                                                              Kyle A. Casazza (SBN 254061)
                                                               2029 Century Park East, Suite 2400
13                                                             Los Angeles, CA 90067
                                                               Telephone:  (310) 557-2900
14                                                             Facsimile:  (310) 557-2193
                                                               kcasazza@proskauer.com

15                                                             Attorney for Defendant
                                                               PAC-12 CONFERENCE
16

17

18

19

20

21

22

23

24

25

26

27

28

1