**ALEXANDER HERNAEZ**
**CA Bar # 201441**
**FOX ROTHSCHILD LLP**
**345 California St.**
**Suite 2200**
**San Francisco, CA, 94104-2670**
**Telephone:  (415) 364-5566**
**Facsimile:  (415) 391-4436**
ahernaez@foxrothschild.com

**Attorneys for Defendant**
**ATLANTIC COAST CONFERENCE**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE<br><br>Defendants. | Case No. 4:20-cv-03919<br><br>**APPEARANCE OF ALEXANDER HERNAEZ (FOX ROTHSCHILD LLP) ON BEHALF OF DEFENDANT ATLANTIC COAST CONFERENCE** |

TO THE CLERK OF THE COURT:

PLEASE ENTER the appearance of Alexander Hernaez (California State Bar Number

201441) of the law firm of FOX ROTHSCHILD LLP as attorney of record for Defendant

ATLANTIC COAST CONFERENCE ("ACC"):

1      A separate application for admission *pro hac vice* will be filed shortly on behalf of the

2  following attorneys as additional counsel of record for ACC:

3      D. ERIK ALBRIGHT (*pro hac vice*)
       FOX ROTHSCHILD LLP
4      230 N. Elm Street, Suite 1200
       Greensboro, NC 27401
5      Telephone: (336) 378-5200
       Facsimile: (336) 378-5400
6      Email: ealbright@foxrothschild.com

7      JONATHAN P. HEYL (*pro hac vice*)
       FOX ROTHSCHILD LLP
8      101 N. Tryon St., Suite 1300
       Charlotte, NC 28246
9      Telephone: (704) 384-2600
       Facsimile: (704) 384-2800
10     Email: jheyl@foxrothschild.com

11

12  DATED:  July 9, 2020                    FOX ROTHSCHILD LLP

13                                          _____

14                                          Alexander Hernaez
                                            CA Bar # 201441
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification to the email addresses

registered.

_____
Alexander Hernaez
CA Bar # 201441

FOX ROTHSCHILD LLP
Attorneys for Defendant
ATLANTIC COAST CONFERENCE