| | |
|---|---|
| 1 | Mark J. Seifert (SBN 217054) |
| | SEIFERT LAW FIRM |
| 2 | 50 California Street, Suite 1500 |
| | San Francisco, California  94111 |
| 3 | Tel.     (415) 999-0901 |
| | Fax     (415) 901-1123 |
| 4 | mseifert@seifertfirm.com |
| 5 | Robert W. Fuller (*pro hac vice*) |
| | Lawrence C. Moore, III (*pro hac vice*) |
| 6 | Pearlynn G. Houck (*pro hac vice*) |
| | Amanda P. Nitto (*pro hac vice*) |
| 7 | ROBINSON, BRADSHAW & HINSON, P.A. |
| | 101 N. Tryon St., Suite 1900 |
| 8 | Charlotte, NC 28246 |
| | Tel.     (704) 377-2536 |
| 9 | Fax     (704) 378-4000 |
| | rfuller@robinsonbradshaw.com |
| 10 | lmoore@robinsonbradshaw.com |
| | phouck@robinsonbradshaw.com |
| 11 | anitto@robinsonbradshaw.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | SOUTHEASTERN CONFERENCE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated, | Case No. 4:20-cv-03919-CW |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF PEARLYNN G. HOUCK ON BEHALF OF DEFENDANT SOUTHEASTERN CONFERENCE** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL RECORD:

PLEASE TAKE NOTICE that Pearlynn G. Houck of the law firm Robinson, Bradshaw & Hinson, P.A., 101 N. Tryon Street, Suite 1900, Charlotte, NC 28246, fully preserving all rights, defenses, and motions available to Defendant Southeastern Conference ("SEC"), including, without limitation, objections to service, jurisdiction, and venue, hereby enters her appearance as counsel of record for SEC in the above-referenced action.

Please direct all future filings, correspondence, notices and other contacts regarding this case to Ms. Houck through the electronic filing system or the address listed below.

Dated: July 10, 2020     ROBINSON, BRADSHAW & HINSON, P.A.

By: */s/ Pearlynn G. Houck*
Pearlynn G. Houck (admitted *Pro Hac Vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Tel.   (704) 377-2536
Fax    (704) 378-4000
phouck@robinsonbradshaw.com

Attorneys for Defendant Southeastern Conference

**Notice of Appearance on Behalf of Defendant Southeastern Conference**
Case No. 4:20-cv-03919-CW