|   |   |
|---|---|
| 1 | Mark J. Seifert (SBN 217054) |
|   | SEIFERT LAW FIRM |
| 2 | 50 California Street, Suite 1500 |
|   | San Francisco, California  94111 |
| 3 | Tel.    (415) 999-0901 |
|   | Fax    (415) 901-1123 |
| 4 | mseifert@seifertfirm.com |

Mark J. Seifert (SBN 217054)
SEIFERT LAW FIRM
50 California Street, Suite 1500
San Francisco, California  94111
Tel.    (415) 999-0901
Fax    (415) 901-1123
mseifert@seifertfirm.com

Robert W. Fuller (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Tel.    (704) 377-2536
Fax    (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
anitto@robinsonbradshaw.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | Case No. 4:20-cv-03919-CW<br><br><br><br><br><br>**NOTICE OF APPEARANCE OF AMANDA P. NITTO ON BEHALF OF DEFENDANT SOUTHEASTERN CONFERENCE** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL RECORD:

PLEASE TAKE NOTICE that Amanda P. Nitto of the law firm Robinson, Bradshaw & Hinson, P.A., 101 N. Tryon Street, Suite 1900, Charlotte, NC 28246, fully preserving all rights, defenses, and motions available to Defendant Southeastern Conference ("SEC"), including, without limitation, objections to service, jurisdiction, and venue, hereby enters her appearance as counsel of record for SEC in the above-referenced action.

Please direct all future filings, correspondence, notices and other contacts regarding this case to Ms. Nitto through the electronic filing system or the address listed below.

Dated: July 10, 2020          ROBINSON, BRADSHAW & HINSON, P.A.

By:   */s/ Amanda P. Nitto*
       Amanda P. Nitto (admitted *Pro Hac Vice*)
       101 N. Tryon St., Suite 1900
       Charlotte, NC 28246
       Tel.    (704) 377-2536
       Fax    (704) 378-4000
       anitto@robinsonbradshaw.com

       Attorneys for Defendant Southeastern Conference

**Notice of Appearance on Behalf of Defendant Southeastern Conference**
Case No. 4:20-cv-03919-CW