UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.

Plaintiff(s),

v.

NCAA, et al.

Defendant(s).

Case No: 4:20-cv-03919

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, Jonathan P. Heyl, an active member in good standing of the bar of Middle District of NC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Atlantic Coast Conference in the above-entitled action. My local co-counsel in this case is Alexander Hernaez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 101 N. Tryon Street, Suite 1300<br>Charlotte, NC  28246 | 345 California St., Suite 2200<br>San Francisco, CA  94104-2670 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (704) 384-2600 | (415) 364-5566 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jheyl@foxrothschild.com | ahernaez@foxrothchild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 25559.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/09/20

Jonathan P. Heyl
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jonathan P. Heyl is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 10, 2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of North Carolina

**CERTIFICATE OF GOOD STANDING**

I, **John S. Brubaker,** Clerk of this Court,

certify that **JONATHAN P. HEYL**, North Carolina Bar # **025559**, was duly admitted to practice in

this Court on **September 18, 1998**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on July 08, 2020

*John S. Brubaker*
John S. Brubaker
Clerk of Court