PROSKAUER ROSE LLP
BART H. WILLIAMS (SBN 134009)
   bwilliams@proskauer.com
SCOTT P. COOPER (SBN 96905)
   scooper@proskauer.com
KYLE A. CASAZZA (SBN 254061)
   kcasazza@proskauer.com
SHAWN S. LEDINGHAM, JR. (SBN 275268)
   sledingham@proskauer.com
JENNIFER L. JONES (SBN 284624)
   jljones@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone:     310-557-2900
Facsimile:     310-557-2193

*Attorneys for Defendant Pac-12 Conference*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE and SEDONA PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | Case No. 4:20-CV-03919-CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT PAC-12 CONFERENCE**<br><br>**[N.D. CAL. CIV. L.R. 3-15]** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The Pac-12 Conference is an unincorporated association and has as its members the following institutions:

1. University of Arizona
2. Arizona State University
3. University of California, Berkeley
4. University of California, Los Angeles
5. University of Colorado, Boulder
6. University of Oregon
7. Oregon State University
8. University of Southern California
9. Stanford University
10. University of Utah
11. University of Washington
12. Washington State University

DATED: July 8, 2020                    Respectfully Submitted,


**PROSKAUER ROSE LLP**


By:    */s/    Scott P. Cooper*

Bart H. Williams (SBN 134009)
Scott P. Cooper (SBN 96905)
Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)
Jennifer L. Jones (SBN 284624)
2029 Century Park East, Suite 2400

1

LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT PAC-12 CONFERENCE
CASE NO. 4:20-cv-03919-CW

Los Angeles, CA 90067
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193
scooper@proskauer.com
bwilliams@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com

Attorneys for Defendant
PAC-12 CONFERENCE

2

LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT PAC-12 CONFERENCE
CASE NO. 4:20-cv-03919-CW