Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonwalsh.com

Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON WALSH LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | Case No. 4:20-cv-03919-CW <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant National Collegiate Athletic Association ("NCAA") hereby certifies that the NCAA has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  July 10, 2020                                        Respectfully submitted,

By:      /s/ Beth A. Wilkinson
**WILKINSON WALSH LLP**
Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

**WILKINSON WALSH LLP**
Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:  (202) 847-4005
rhari@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION