Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonwalsh.com

Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON WALSH LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | Case No. 4:20-cv-03919-CW <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** |

Pursuant to Civil L-R 3-15, Defendant National Collegiate Athletic Association ("NCAA") hereby certifies that the NCAA knows of no person, association of persons, firms, partnerships, corporations, or other entities other than the parties themselves to have either (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

Dated:  July 10, 2020

Respectfully submitted,

By:      /s/ Beth A. Wilkinson
**WILKINSON WALSH LLP**
Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

**WILKINSON WALSH LLP**
Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:  (202) 847-4005
rhari@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION