UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.

    Plaintiff(s),

v.

NCAA, et al.

    Defendant(s).

Case No: 4:20-cv-03919

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gregory G. Holland, an active member in good standing of the bar of Middle District of NC, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Atlantic Coast Conference in the above-entitled action. My local co-counsel in this case is Alexander Hernaez, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 230 N. Elm Street, Suite 1200<br>Greensboro, NC  27401 | 345 California St., Suite 2200<br>San Francisco, CA  94104-2670 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (336) 378-5240 | (415) 364-5566 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gholland@foxrothschild.com | ahernaez@foxrothchild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 19069.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/13/20

                                        Gregory G. Holland
                                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gregory G. Holland is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                UNITED STATES DISTRICT/MAGISTRATE JUDGE