|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | GRANT HOUSE, et al. | ) Case No: 4:20-cv-03919 |
| 4 | Plaintiff(s), | ) |
| 5 | | ) **APPLICATION FOR** |
|   | v. | ) **ADMISSION OF ATTORNEY** |
| 6 | NCAA, et al. | ) **PRO HAC VICE**; ORDER |
|   | | ) (CIVIL LOCAL RULE 11-3) |
| 7 | Defendant(s). | ) |
| 8 | | ) |

I, **Gregory G. Holland**, an active member in good standing of the bar of **Middle District of NC**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Atlantic Coast Conference** in the above-entitled action. My local co-counsel in this case is **Alexander Hernaez**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 230 N. Elm Street, Suite 1200<br>Greensboro, NC  27401 | 345 California St., Suite 2200<br>San Francisco, CA  94104-2670 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (336) 378-5240 | (415) 364-5566 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gholland@foxrothschild.com | ahernaez@foxrothchild.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **19069**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/13/20

Gregory G. Holland
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Gregory G. Holland** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 14, 2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of North Carolina

**CERTIFICATE OF GOOD STANDING**

I, **John S. Brubaker,** Clerk of this Court,

certify that **GREGORY GERALD Holland**, North Carolina Bar # **019069**, was duly admitted to practice in this Court on **July 11, 1992**, and is in good standing as a member of the Bar of this Court.

Dated at: **Greensboro, North Carolina** on July 08, 2020

*John S. Brubaker*
**John S. Brubaker**
*Clerk of Court*