| | |
|---|---|
| 1 | **MAYER BROWN LLP**<br>BRITT M. MILLER (*pro hac vice*) |
| 2 | bmiller@mayerbrown.com<br>MATTHEW D. PROVANCE (*pro hac vice*) |
| 3 | mprovance@mayerbrown.com<br>71 S. Wacker Dr. |
| 4 | Chicago, IL, 60606-4637<br>Telephone: (312) 782-0600 |
| 5 | Facsimile:  (312) 701-7711 |
| 6 | CHRISTOPHER J. KELLY (SBN 276312)<br>cjkelly@mayerbrown.com |
| 7 | Two Palo Alto Square, Suite 300<br>3000 El Camino Real |
| 8 | Palo Alto, CA  94306-2112<br>Telephone: (650) 331-2000 |
| 9 | Facsimile:  (650) 331-2060 |
| 10 | *Attorneys for Defendant The Big Ten Conference, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated, | Case No. 4:20-CV-03919-CW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE, | |
| Defendants. | |

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES APPEARING OF RECORD: |
| 2 | PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the |
| 3 | above-captioned case on behalf of Defendant The Big Ten Conference, Inc., and requests that all |
| 4 | notices, orders and/or other information in this case be served upon him. |

DATED: July 16, 2020

Respectfully submitted,

**MAYER BROWN LLP**

By: */s/ Christopher J. Kelly*

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060
cjkelly@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*