```
 1  MAYER BROWN LLP
    BRITT M. MILLER (pro hac vice)
 2  bmiller@mayerbrown.com
    MATTHEW D. PROVANCE (pro hac vice)
 3  mprovance@mayerbrown.com
    71 S. Wacker Dr.
 4  Chicago, IL, 60606-4637
    Telephone: (312) 782-0600
 5  Facsimile:  (312) 701-7711

 6  CHRISTOPHER J. KELLY (SBN 276312)
    cjkelly@mayerbrown.com
 7  Two Palo Alto Square, Suite 300
    3000 El Camino Real
 8  Palo Alto, CA  94306-2112
    Telephone: (650) 331-2000
 9  Facsimile:  (650) 331-2060

10  Attorneys for Defendant The Big Ten Conference, Inc.
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated, | Case No. 4:20-CV-03919-CW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE, | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant The Big Ten Conference, Inc., and requests that all notices, orders and/or other information in this case be served upon him.

DATED: July 16, 2020

Respectfully submitted,

**MAYER BROWN LLP**

By: */s/ Matthew D. Provance*

Matthew D. Provance (*pro hac vice*)
71 S. Wacker Dr.
Chicago, IL, 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
mprovance@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*