**MAYER BROWN LLP**
BRITT M. MILLER (*pro hac vice*)
bmiller@mayerbrown.com
MATTHEW D. PROVANCE (*pro hac vice*)
mprovance@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL, 60606-4637
Telephone: (312) 782-0600
Facsimile:  (312) 701-7711

CHRISTOPHER J. KELLY (SBN 276312)
cjkelly@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Defendant The Big Ten Conference, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | Case No. 4:20-CV-03919-CW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BIG TEN CONFERENCE, INC.**<br><br>[FED. R. CIV. P. 7.1] |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Big Ten Conference, Inc., by its attorneys, hereby certifies that The Big Ten Conference, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: July 16, 2020

Respectfully submitted,

**MAYER BROWN LLP**

By: */s/ Britt M. Miller*

Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 S. Wacker Dr.
Chicago, IL, 60606-4637
Telephone: (312) 782-0600
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060
cjkelly@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*