**MAYER BROWN LLP**
BRITT M. MILLER (*pro hac vice*)
bmiller@mayerbrown.com
MATTHEW D. PROVANCE (*pro hac vice*)
mprovance@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL, 60606-4637
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711

CHRISTOPHER J. KELLY (SBN 276312)
cjkelly@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

*Attorneys for Defendant The Big Ten Conference, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>Defendants. | Case No. 4:20-CV-03919-CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT THE BIG TEN CONFERENCE, INC.**<br><br>**[N.D. CAL. CIV. L.R. 3-15]** |

LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
OF DEFENDANT THE BIG TEN CONFERENCE, INC.
CASE NO. 4:20-CV-03919-CW

1    TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

3    associations of persons, firms, partnerships, corporations (including parent corporations) or other

4    entities (i) have a financial interest in the subject matter in controversy or in a party to the

5    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

6    substantially affected by the outcome of this proceeding:

7        The Big Ten Conference, Inc. has the following member institutions:

8            1.    University of Illinois at Urbana-Champaign

9            2.    Indiana University

10           3.    University of Iowa

11           4.    University of Maryland-College Park

12           5.    University of Michigan-Ann Arbor

13           6.    Michigan State University

14           7.    University of Minnesota-Twin Cities

15           8.    University of Nebraska-Lincoln

16           9.    Northwestern University

17           10.   The Ohio State University

18           11.   The Pennsylvania State University

19           12.   Purdue University

20           13.   Rutgers, The State University of New Jersey

21           14.   University of Wisconsin-Madison

22   DATED: July 16, 2020                    Respectfully submitted,

23                                           **MAYER BROWN LLP**

24                                           By: */s/ Britt M. Miller*

25
                                            Britt M. Miller (*pro hac vice*)
26                                           Matthew D. Provance (*pro hac vice*)
                                            71 S. Wacker Dr.
27                                           Chicago, IL, 60606-4637

                                            1
28

Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060
cjkelly@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

2