**ALEXANDER HERNAEZ**
CA Bar # 201441
**FOX ROTHSCHILD LLP**
345 California St.
Suite 2200
San Francisco, CA, 94104-2670
Telephone:  (415) 364-5566
Facsimile:  (415) 391-4436
ahernaez@foxrothschild.com

**D. ERIK ALBRIGHT** (*pro hac vice*)
**GREGORY G. HOLLAND** (*pro hac vice*)
**FOX ROTHSCHILD LLP**
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

**JONATHAN P. HEYL** (*pro hac vice*)
**FOX ROTHSCHILD LLP**
101 N. Tryon St., Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

**Attorneys for Defendant**
**ATLANTIC COAST CONFERENCE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE<br><br>Defendants. | Case No. 4:20-cv-03919<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ATLANTIC COAST CONFERENCE**<br><br>**[FED. R. CIV. P. 7.1]** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Atlantic Coast Conference by its attorneys, hereby certifies that Atlantic Coast Conference has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: July 16, 2020

**FOX ROTHSCHILD LLP**

*s/D. Erik Albright*
D. Erik Albright *(pro hac vice)*
Gregory G. Holland *(pro hac vice)*
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
FOX ROTHSCHILD LLP
101 N. Tryon St., Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez
CA Bar # 201441
FOX ROTHSCHILD LLP
345 California St.
Suite 2200
San Francisco, CA, 94104-2670
Telephone:  (415) 364-5566
Facsimile:  (415) 391-4436
Email: ahernaez@foxrothschild.com

*Attorneys for Defendant*
*ATLANTIC COAST CONFERENCE*