**ALEXANDER HERNAEZ**
**CA Bar # 201441**
**FOX ROTHSCHILD LLP**
**345 California St.**
**Suite 2200**
**San Francisco, CA, 94104-2670**
**Telephone:  (415) 364-5566**
**Facsimile:  (415) 391-4436**
ahernaez@foxrothschild.com

**D. ERIK ALBRIGHT (*pro hac vice*)**
**GREGORY G. HOLLAND**
**FOX ROTHSCHILD LLP**
**230 N. Elm Street, Suite 1200**
**Greensboro, NC 27401**
**Telephone: (336) 378-5200**
**Facsimile: (336) 378-5400**
ealbright@foxrothschild.com

**JONATHAN P. HEYL (*pro hac vice*)**
**FOX ROTHSCHILD LLP**
**101 N. Tryon St., Suite 1300**
**Charlotte, NC 28246**
**Telephone: (704) 384-2600**
**Facsimile: (704) 384-2800**
jheyl@foxrothschild.com

**Attorneys for Defendant**
**ATLANTIC COAST CONFERENCE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE<br><br>Defendants. | Case No. 4:20-cv-03919<br><br>**DEFENDANT ATLANTIC COAST CONFERENCE'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**<br><br>**[N.D. CAL. CIV. L.R. 3-15]** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE COURT:

Pursuant to Civil Local Rule 3-15 of the United States District Court for the Northern District of California, the undersigned, counsel of record for Defendant Atlantic Coast Conference ("ACC"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The ACC is a North Carolina unincorporated association with fifteen (15) current member institutions.  Its member institutions are as follows:

1.  Boston College;

2.  Clemson University;

3.  Duke University;

4.  Florida State University;

5.  Georgia Institute of Technology;

6.  University of Louisville;

7.  University of Miami;

8.  University of North Carolina at Chapel Hill;

9.  North Carolina State University;

10. University of Notre Dame;

11. University of Pittsburgh;

12. Syracuse University;

13. University of Virginia;

14. Virginia Polytechnic Institute and State University; and

15. Wake Forest University.

1    DATED:  July 16, 2020           **FOX ROTHSCHILD LLP**

2

                                             *s/D. Erik Albright*

3                                       D. Erik Albright *(pro hac vice)*
                                      Gregory G. Holland *(pro hac vice)*

4                                       FOX ROTHSCHILD LLP
                                      230 N. Elm Street, Suite 1200

5                                       Greensboro, NC 27401
                                      Telephone: (336) 378-5200

6                                       Facsimile: (336) 378-5400
                                      ealbright@foxrothschild.com

7                                       gholland@foxrothschild.com

8                                       Jonathan P. Heyl (*pro hac vice*)
                                      FOX ROTHSCHILD LLP

9                                       101 N. Tryon St., Suite 1300
                                      Charlotte, NC 28246

10                                    Telephone: (704) 384-2600
                                   Facsimile: (704) 384-2800

11                                    jheyl@foxrothschild.com

12                                    Alexander Hernaez

13                                    CA Bar # 201441
                                   FOX ROTHSCHILD LLP

14                                    345 California St.
                                   Suite 2200

15                                    San Francisco, CA, 94104-2670
                                   Telephone:  (415) 364-5566

16                                    Facsimile:  (415) 391-4436
                                   Email: ahernaez@foxrothschild.com

17

                                   *Attorneys for Defendant*

18                                    *ATLANTIC COAST CONFERENCE*

19

20

21

22

23

24

25

26

27

28