**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TYMIR OLIVER,**<br><br>             Plaintiff,<br><br>      vs.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ET AL.,**<br><br>             Defendants. | CASE NO. 20-cv-04527-YGR<br><br>**SUA SPONTE ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred *sua sponte* to the Honorable Claudia Wilken to consider whether it is related to *House et al. v. National Collegiate Athletic Association, et al.*, Case No. 4:20-cv-03919-CW.

**IT IS SO ORDERED.**

Dated: July 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**