U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**David Rockwell Bower**

Bar Number:                          Date of Admission:

**24087193**                          **09/26/2014**

Witness my official signature and the seal of this court.

Dated: 07/09/2020                    Karen Mitchell,
                                     Clerk of Court

                                     By: s/ B. Hill
                                         Deputy Clerk

