U.S. District Court
Northern District of Texas

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Caitlin Jemilha Morgan**

Bar Number:          Date of Admission:

**24074757**            08/06/2013

Witness my official signature and the seal of this court.

Dated: 07/09/2020          Karen Mitchell,
                           Clerk of Court

                           By: s/ B. Hill
                               Deputy Clerk

