UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Grant House, et al.

Plaintiff(s),

v.

National Collegiate Athletic Association, et al.

Defendant(s).

Case No: 20-cv-03919-DMR

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER (CIVIL LOCAL RULE 11-3)**

I, Caitlin J. Morgan, an active member in good standing of the bar of State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Big 12 Conference, Inc. in the above-entitled action. My local co-counsel in this case is Wesley D. Hurst, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2950 N. Harwood St., Suite 2100 | 2049 Century Park East, Suite 2900 |
| Dallas, TX 75201 | Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 397-0030 | (310) 556-1801 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cmorgan@polsinelli.com | whurst@polsinelli.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24074757.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/17/20

Caitlin J. Morgan
APPLICANT

---

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Caitlin J. Morgan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 20, 2020

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Caitlin Jemilha Morgan

Bar Number:                                Date of Admission:

24074757                                   08/06/2013

Witness my official signature and the seal of this court.

Dated: 07/09/2020                          Karen Mitchell,
                                           Clerk of Court

                                           By: s/ B. Hill
                                               Deputy Clerk



# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 16, 2020

Re: Ms. Caitlin Jemilha Morgan, State Bar Number 24074757

To Whom It May Concern:

This is to certify that Ms. Caitlin Jemilha Morgan was licensed to practice law in Texas on November 05, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167