Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9664
Fax: (202) 847-4005
rhari@wilkinsonwalsh.com

Calanthe A. Cope-Kasten (*pro hac vice*)
WILKINSON WALSH LLP
2001 M Street NW
10th Floor
Washington, DC 20036
Telephone: (202) 804-4017
Fax: (202) 847-4005
ccope-kasten@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | Case No. 4:20-cv-03919-CW <br><br> **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC CONFERENCE** |

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Calanthe A. Cope-Kasten, of the law firm Wilkinson Walsh LLP, 2001 M Street, NW, 10th Floor, Washington, DC 20036, hereby enters her appearance as counsel of record for defendant National Collegiate Athletic Association in the above-referenced action. National Collegiate Athletic Association hereby advises all parties that all pleadings and documents should be addressed to and served upon Calanthe A. Cope-Kasten as follows:

Calanthe A. Cope-Kasten
WILKINSON WALSH LLP
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4017
Fax: (202) 847-4005
ccope-kasten@wilkinsonwalsh.com

Dated: August 4, 2020                    Respectfully submitted,

By: /s/ *Calanthe A. Cope-Kasten*
    Calanthe A. Cope-Kasten (*pro hac vice*)

    Attorney for Defendant NATIONAL
    COLLEGIATE ATHLETIC ASSOCIATION