Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>                              Defendants. | No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12 TO EXTEND RESPONSE AND REPLY DEADLINES REGARDING DEFENDANTS' JOINT MOTION TO DISMISS** |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("The Big Ten"), The Big 12 Conference, Inc. ("The Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively, "Defendants"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, Plaintiffs filed their complaint in this matter on June 15, 2020;

WHEREAS, on July 9, 2020, the Parties stipulated to an extension of time for Defendants to respond to the complaint to September 11, 2020 (ECF No. 51);

WHEREAS, Defendants intend to file a joint motion to dismiss on or before September 11, 2020;

WHEREAS, the current deadline for Plaintiffs' response to that Motion is September 25, 2020 (Civ. L.R. 7-3(a)), with Defendants' reply due by October 2, 2020 (Civ. L.R. 7-3(c));

WHEREAS, the Parties have conferred and agreed that (1) Plaintiffs' opposition deadline should be extended to October 9, 2020, and (2) Defendants' reply deadline should be extended to October 23, 2020.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that:

(1) Plaintiffs shall have until October 9, 2020 to file their response to Defendants' Motion; and

(2) Defendants shall have until October 23, 2020 to file their reply in support of their Motion.

**IT IS SO STIPULATED.**

DATED: August 24, 2020                                  Respectfully submitted,

WILKINSON WALSH LLP                          HAGENS BERMAN SOBOL SHAPIRO LLP

By: ___*/s/ Beth A. Wilkinson*___                By: _____*/s/ Steve W. Berman*_____

Beth A. Wilkinson (*pro hac vice*)              Steve W. Berman (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)   Emilee N. Sisco (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)               1301 Second Avenue, Suite 2000

Kieran Gostin (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonwalsh.com

*Attorneys for Defendant National Collegiate
Athletic Association*

Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed
Classes*

PROSKAUER ROSE LLP

By: _____*/s/ Scott P. Cooper*_____

Bart H. Williams (SBN 134009)
Scott P. Cooper (SBN 96905)
Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)
Jennifer L. Jones (SBN 284624)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com
scooper@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com

*Attorneys for Defendant Pac-12
Conference*

MAYER BROWN LLP

By: _____*/s/ Britt M. Miller*_____

Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

*Attorneys for Defendant The Big Ten
Conference, Inc*

POLSINELLI PC

By: _____/s/ Leane K. Capps_____

Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

Amy D. Fitts (*pro hac vice*)
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendant The Big 12
Conference, Inc.*


FOX ROTHSCHILD LLP

By: _____/s/ D. Erik Albright_____

D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

ROBINSON BRADSHAW & HINSON, P.A.

By: _____/s/ Robert W. Fuller_____

Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT LAW FIRM
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

*Attorneys for Defendant Southeastern
Conference*

1   ahernaez@foxrothschild.com

2   *Attorneys for Defendant Atlantic*
    *Coast Conference*

3

4

5                      **E-FILING ATTESTATION**

6        I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

7   document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

8   identified above has concurred in this filing.

9

10                              */s/ Steve W. Berman*
                         _____
11                              STEVE W. BERMAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

_____

5

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28