Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>                           Defendants. | No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULES 6-2 AND 7-12 TO EXTEND RESPONSE AND REPLY DEADLINES REGARDING DEFENDANTS' JOINT MOTION TO DISMISS** |

1    Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs in the
2    above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12
3    Conference ("Pac-12"), The Big Ten Conference, Inc. ("The Big Ten"), The Big 12 Conference, Inc.
4    ("The Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC")
5    (collectively, "Defendants"), by and through their respective undersigned counsel of record, submit
6    the following Stipulation and Proposed Order:
7    WHEREAS, Plaintiffs filed their complaint in this matter on June 15, 2020;
8    WHEREAS, on July 9, 2020, the Parties stipulated to an extension of time for Defendants to
9    respond to the complaint to September 11, 2020 (ECF No. 51);
10   WHEREAS, Defendants intend to file a joint motion to dismiss on or before September 11,
11   2020;
12   WHEREAS, the current deadline for Plaintiffs' response to that Motion is September 25,
13   2020 (Civ. L.R. 7-3(a)), with Defendants' reply due by October 2, 2020 (Civ. L.R. 7-3(c));
14   WHEREAS, the Parties have conferred and agreed that (1) Plaintiffs' opposition deadline
15   should be extended to October 9, 2020, and (2) Defendants' reply deadline should be extended to
16   October 23, 2020.
17   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that:
18   (1) Plaintiffs shall have until October 9, 2020 to file their response to Defendants' Motion;
19       and
20   (2) Defendants shall have until October 23, 2020 to file their reply in support of their Motion.
21   **IT IS SO STIPULATED.**
22
23   DATED: August 24, 2020                         Respectfully submitted,
24   WILKINSON WALSH LLP                            HAGENS BERMAN SOBOL SHAPIRO LLP
25   By:   /s/ Beth A. Wilkinson                    By:      /s/ Steve W. Berman
26   Beth A. Wilkinson (*pro hac vice*)             Steve W. Berman (*pro hac vice*)
27   Tamarra Matthews Johnson (*pro hac vice*)      Emilee N. Sisco (*pro hac vice*)
     Rakesh N. Kilaru (*pro hac vice*)              1301 Second Avenue, Suite 2000
28

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 4:20-cv-03919-CW                      - 1 -

| | |
|---|---|
| Kieran Gostin (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br>tmatthewsjohnson@wilkinsonwalsh.com<br>rkilaru@wilkinsonwalsh.com<br>kgostin@wilkinsonwalsh.com<br><br>Rahul Hari (SBN 313528)<br>11601 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90025<br>Telephone: (424) 291-9655<br>Facsimile: (202) 847-4005<br>rhari@wilkinsonwalsh.com<br><br>*Attorneys for Defendant National Collegiate Athletic Association* | Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br><br>Benjamin J. Siegel (SBN 256260)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>bens@hbsslaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Classes* |
| PROSKAUER ROSE LLP<br><br>By:    */s/ Scott P. Cooper*<br><br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>Jennifer L. Jones (SBN 284624)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br>bwilliams@proskauer.com<br>scooper@proskauer.com<br>kcasazza@proskauer.com<br>sledingham@proskauer.com<br>jljones@proskauer.com<br><br>*Attorneys for Defendant Pac-12 Conference* | MAYER BROWN LLP<br><br>By:    */s/ Britt M. Miller*<br><br>Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>*Attorneys for Defendant The Big Ten Conference, Inc* |

| | | |
|---|---|---|
| 1 | POLSINELLI PC | ROBINSON BRADSHAW & HINSON, P.A. |
| 2 | By:   <u>/s/ Leane K. Capps</u> | By:   <u>/s/ Robert W. Fuller</u> |

1. POLSINELLI PC

2. By:   /s/ Leane K. Capps

3. Leane K. Capps (*pro hac vice*)
   Caitlin J. Morgan (*pro hac vice*)
4. D. Rockwell Bower (*pro hac vice*)
   2950 N. Harwood Street, Suite 2100
5. Dallas, TX 75201
   Telephone: (214) 397-0030
6. lcapps@polsinelli.com
   cmorgan@polsinelli.com
7. rbower@polsinelli.com

8. Amy D. Fitts (*pro hac vice*)
   120 W. 12th Street
9. Kansas City, MO 64105
   Telephone: (816) 218-1255
10. afitts@polsinelli.com

11. Wesley D. Hurst (SBN 127564)
    2049 Century Park East, Suite 2300
12. Los Angeles, CA 90067
    Telephone: (310) 556-1801
13. whurst@polsinelli.com

14. *Attorneys for Defendant The Big 12 Conference, Inc.*

15.

16. FOX ROTHSCHILD LLP

17. By:   /s/ D. Erik Albright

18. D. Erik Albright (*pro hac vice*)
    Gregory G. Holland (*pro hac vice*)
19. 230 North Elm Street, Suite 1200
    Greensboro, NC 27401
20. Telephone: (336) 378-5368
    Facsimile: (336) 378-5400
21. ealbright@foxrothschild.com
    gholland@foxrothschild.com
22.
    Jonathan P. Heyl (*pro hac vice*)
23. 101 N. Tryon Street, Suite 1300
    Charlotte, NC 28246
24. Telephone: (704) 384-2625
    Facsimile: (704) 384-2800
25. jheyl@foxrothschild.com

26. Alexander Hernaez (SBN 201441)
    345 California Street, Suite 2200
27. San Francisco, CA 94104-2670
    Telephone: (415) 364-5540
28. Facsimile: (415) 391-4436

ROBINSON BRADSHAW & HINSON, P.A.

By:   /s/ Robert W. Fuller

Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT LAW FIRM
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

*Attorneys for Defendant Southeastern Conference*

ahernaez@foxrothschild.com

*Attorneys for Defendant Atlantic Coast Conference*

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Steve W. Berman*
STEVE W. BERMAN

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.  The forthcoming motion to dismiss in House v. NCAA, et al., 20-cv-3919, will be heard on November 18, 2020, at 2:30 p.m.  The case management conference currently scheduled in House and in Oliver v. NCAA, et al., 20-cv-4527, for September 23, 2020, is continued to November 18, 2020, at 2:30 p.m.  If Defendants in Oliver intend to file a motion to dismiss in that action, they shall file a joint motion with the Defendants in House based on the same briefing schedule for the forthcoming motion to dismiss in House.  The joint motion will be heard on November 18, 2020, at 2:30 p.m.

Dated:  August 25, 2020

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge