```
Beth A. Wilkinson (pro hac vice)
Rakesh N. Kilaru (pro hac vice)
Tamarra Matthews Johnson (pro hac vice)
Kieran Gostin (pro hac vice)
WILKINSON WALSH LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
kgostin@wilkinsonwalsh.com

Rahul Hari (SBN 313528)
WILKINSON WALSH LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:  (202) 847-4005
rhari@wilkinsonwalsh.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>               Plaintiffs,<br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>               Defendants. | No. 4:20-cv-03919-CW<br>No. 4:20-cv-04527-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINTS** |
| TYMIR OLIVER, on behalf of himself and all others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>               Defendants. | Date:        November 18, 2020<br>Time:       2:30 p.m.<br>Courtroom:  Courtroom 2, 4th Floor<br>Before:     Hon. Claudia Wilken |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS THE COMPLAINTS**

Upon consideration of Defendants' Motion to Dismiss the Complaints and any opposition and reply thereto, it is hereby ORDERED that Defendants' Motion is GRANTED.

IT IS SO ORDERED.

Date: _____     _____
                                  HON. CLAUDIA WILKEN
                                  UNITED STATES DISTRCIT COURT JUDGE