Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
bens@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>　　　　　　　　　Defendant. | No. 4:20-cv-03919 CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

 (1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

 (2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

 (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: October 27, 2020    Signed: */s/ Grant House*
                Grant House, Plaintiff

Date: October 27, 2020    Signed: */s/ Sedona Prince*
                Sedona Prince, Plaintiff

Date: October 27, 2020    Signed: */s/ Steve W. Berman*
                Steve W. Berman, attorney

* * * * *

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

 ☒ intend to stipulate to an ADR process
 ☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

| | | |
|---|---|---|
| 1 | DATED: October 27, 2020 | Respectfully submitted, |
| 2 | | */s/ Steve W. Berman* |
| 3 | | Steve W. Berman (*pro hac vice*) |
| 4 | | Emilee N. Sisco (*pro hac vice*) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 5 | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, WA 98101 |
| 6 | | Telephone: (206) 623-7292 |
| | | Facsimile:  (206) 623-0594 |
| 7 | | steve@hbsslaw.com |
| | | emilees@hbsslaw.com |
| 8 | | |
| 9 | | Benjamin J. Siegel (SBN 256260) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | | 715 Hearst Avenue, Suite 202 |
| | | Berkeley, CA 94710 |
| 11 | | Telephone:  (510) 725-3000 |
| | | Facsimile:   (510) 725-3001 |
| | | bens@hbsslaw.com |
| 12 | | *Attorneys for Plaintiffs* |

ADR CERTIFICATION BY PARTIES AND COUNSEL – 2
Case No. 4:20-cv-03919 CW

## **ATTESTATION**

I, Steve W. Berman, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 27, 2020

/s/ *Steve W. Berman*
STEVE W. BERMAN

*Attorney for Plaintiffs*