**MAYER BROWN LLP**
BRITT M. MILLER (*pro hac vice*)
bmiller@mayerbrown.com
MATTHEW D. PROVANCE (*pro hac vice*)
mprovance@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL, 60606-4637
Telephone: (312) 782-0600
Facsimile:  (312) 701-7711

CHRISTOPHER J. KELLY (SBN 276312)
cjkelly@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Defendant The Big Ten Conference, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE and SEDONA PRINCE, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; SOUTHEASTERN CONFERENCE; and ATLANTIC COAST CONFERENCE,<br><br>                    Defendants. | Case No. 4:20-CV-03919-CW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that she has:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

(2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: October 28, 2020                    Signed: */s/ Tshneka Tate*
                                                  Tshneka Tate, on behalf of Defendant
                                                  The Big Ten Conference, Inc.

Date: October 28, 2020                    Signed: */s/ Britt M. Miller*
                                                  Britt M. Miller, attorney for
                                                  Defendant The Big Ten Conference, Inc.

* * * * *

Counsel further certifies that she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process
☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

| | | |
|---|---|---|
| 1 | DATED: October 28, 2020 | Respectfully submitted, |
| 2 | | **MAYER BROWN LLP** |
| 3 | | By: */s/ Britt M. Miller* |
| 4 | | |
| 5 | | Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 S. Wacker Dr.<br>Chicago, IL, 60606-4637<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com |
| 9 | | Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com |
| 13 | | *Attorneys for Defendant The Big Ten Conference, Inc.* |

2

ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO. 4:20-CV-03919-CW

**ATTESTATION**

I, Britt M. Miller, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 28, 2020

*/s/ Britt M. Miller*
Britt M. Miller

*Counsel for Defendant The Big Ten Conference, Inc.*