ALEXANDER HERNAEZ
CA Bar # 201441
FOX ROTHSCHILD LLP
345 California St.
Suite 2200
San Francisco, CA, 94104-2670
Telephone:  (415) 364-5566
Facsimile:  (415) 391-4436
ahernaez@foxrothschild.com

D. ERIK ALBRIGHT (*pro hac vice*)
GREGORY G. HOLLAND (*pro hac vice*)
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
ealbright@foxrothschild.com

JONATHAN P. HEYL (*pro hac vice*)
FOX ROTHSCHILD LLP
101 N. Tryon St., Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2600
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Attorneys for Defendant
ATLANTIC COAST CONFERENCE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, *et al.*, | Case No. 4:20-cv-03919 CW |
| Plaintiffs, | |
| v. | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; *et al.*, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and

3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:  October 28, 2020                        Signed: *s/Ben Tario*
                                                              Ben Tario, on behalf of Defendant
                                                              Atlantic Coast Conference

Dated:  October 28, 2020                       Signed: *s/D. Erik Albright*
                                                              D. Erik Albright, attorney

\* \* \* \* \*

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case.  Based on that discussion, the parties:

☑ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

| | | |
|---|---|---|
| 1 | DATED:  October 28, 2020 | **FOX ROTHSCHILD LLP** |
| 2 | | *s/D. Erik Albright* |
| 3 | | D. Erik Albright *(pro hac vice)*<br>Gregory G. Holland *(pro hac vice)* |
| 4 | | FOX ROTHSCHILD LLP<br>230 N. Elm Street, Suite 1200 |
| 5 | | Greensboro, NC 27401<br>Telephone: (336) 378-5200 |
| 6 | | Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com |
| 7 | | gholland@foxrothschild.com |
| 8 | | Jonathan P. Heyl (*pro hac vice*)<br>FOX ROTHSCHILD LLP |
| 9 | | 101 N. Tryon St., Suite 1300<br>Charlotte, NC 28246 |
| 10 | | Telephone: (704) 384-2600<br>Facsimile: (704) 384-2800 |
| 11 | | jheyl@foxrothschild.com |
| 12 | | Alexander Hernaez<br>CA Bar # 201441 |
| 13 | | FOX ROTHSCHILD LLP |
| 14 | | 345 California St.<br>Suite 2200 |
| 15 | | San Francisco, CA, 94104-2670<br>Telephone:  (415) 364-5566 |
| 16 | | Facsimile:  (415) 391-4436<br>Email: ahernaez@foxrothschild.com |
| 17 | | |
| 18 | | *Attorneys for Defendant*<br>*ATLANTIC COAST CONFERENCE* |

**ATTESTATION**

I, D. Erik Albright, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatures.

Dated: October 28, 2020

*s/D. Erik Albright*
D. Erik Albright

*Attorney for Defendant*
*Atlantic Coast Conference*