Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com rbower@polsinelli.com

Amy D. Fitts (*pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendants*
*The Big 12 Conference, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | No. 4:20-cv-03919-CW <br><br> **ADR CERTIFICATION BY THE BIG 12 CONFERENCE, INC.** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies they have:

(1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

(2) Discussed with eachother the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might be benefit from any of the available dispute resolution options.

Dated: October 28, 2020     /s/ *Kelvin Smith*
Kelvin Smith, Executive Associate Commissioner & General Counsel on behalf of Defendant The Big 12 Conference, Inc.

Dated: October 28, 2020     /s/ *Leane K. Capps*
Leane K. Capps, Attorney

* * * * *

Counsel further certifies that he or she has discussed the selection of an ADR process and an appropriate deadline for an ADR session with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

1 | DATED: October 28, 2020         Respectfully submitted.

**POLSINELLI PC**

By: ___*/s/ Leane K. Capps*___
Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

Amy D. Fitts (*pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

ADR CERTIFICATION BY                                  Case No. 4:20-cv-03919-CW
THE BIG 12 CONFERENCE, INC.
3

**E-FILING ATTESTATION**

    I, Leane K. Capps, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                    */s/ Leane K. Capps*
                                                    LEANE K. CAPPS