1  Leane K. Capps (*pro hac vice*)
   Caitlin J. Morgan (*pro hac vice*)
2  D. Rockwell Bower (*pro hac vice*)
3  2950 N. Harwood Street, Suite 2100
   Dallas, TX 75201
4  Telephone: (214) 397-0030
   lcapps@polsinelli.com
5  cmorgan@polsinelli.com rbower@polsinelli.com
6
   Amy D. Fitts (*pro hac vice*)
7  900 W. 48th Place, Suite 900
   Kansas City, MO 64112
8  Telephone: (816) 753-1000
   afitts@polsinelli.com
9
10 Wesley D. Hurst (SBN 127564)
   2049 Century Park East, Suite 2900
11 Los Angeles, CA 90067
   Telephone: (310) 556-1801
12 whurst@polsinelli.com
13
14 *Attorneys for Defendants*
   *The Big 12 Conference, Inc.*
15
16                    **UNITED STATES DISTRICT COURT**
17                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **OAKLAND DIVISION**
18
19 GRANT HOUSE, et al.,                        No. 4:20-cv-03919-CW
20                              Plaintiffs,     **RULE 7.1 CORPORATE**
                                               **DISCLOSURE STATEMENT OF**
21 v.                                          **DEFENDANT THE BIG 12**
                                               **CONFERENCE, INC.**
22 NATIONAL COLLEGIATE ATHLETIC
   ASSOCIATION, et al.,                        **[FED. R. CIV. P. 7.1]**
23
24                              Defendants.
25
26
27
28

1    TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, The Big 12 Conference,

3    Inc., by its attorneys, hereby certifies that The Big 12 Conference, Inc. has no parent

4    corporation and that no publicly held corporation owns 10% or more of its stock.

5

6    DATED: October 29, 2020                              Respectfully submitted,

7
                                                          **POLSINELLI PC**
8
                                             By:    */s/ Leane K. Capps*
9                                                   Leane K. Capps (*pro hac vice*)
                                                    Caitlin J. Morgan (*pro hac vice*)
10                                                  D. Rockwell Bower (*pro hac vice*)
                                                    2950 N. Harwood Street, Suite 2100
11                                                  Dallas, TX 75201
                                                    Telephone: (214) 397-0030
12                                                  lcapps@polsinelli.com
                                                    cmorgan@polsinelli.com
13                                                  rbower@polsinelli.com

14
                                                    Amy D. Fitts (*pro hac vice*)
15                                                  900 W. 48th Place, Suite 900
                                                    Kansas City, MO 64112
16                                                  Telephone: (816) 753-1000
                                                    afitts@polsinelli.com
17
                                                    Wesley D. Hurst (SBN 127564)
18                                                  2049 Century Park East, Suite 2900
                                                    Los Angeles, CA 90067
19                                                  Telephone: (310) 556-1801
                                                    whurst@polsinelli.com
20

21                                                  *Attorneys for Defendant*
                                                    *The Big 12 Conference, Inc.*
22

23

24

25

26

27

28

FRCP. 7.1 CORPORATE DISCLOSURE STATEMENT OF                          Case No. 4:20-cv-03919-CW
DEFENDANT, THE BIG 12 CONFERENCE, INC.
                                         2