Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com  rbower@polsinelli.com

Amy D. Fitts (*pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendants*
*The Big 12 Conference, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>                    Defendants. | No. 4:20-cv-03919-CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT THE BIG 12 CONFERENCE, INC.**<br><br>**[N.D. CAL. CIV. L.R. 3-15]** |

1  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,
3  associations of persons, firms, partnerships, corporations (including parent corporations) or
4  other entities (i) have a financial interest in the subject matter in controversy or in a party to
5  the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that
6  could be substantially affected by the outcome of this proceeding:

7  The Big 12 Conference, Inc. has the following member institutions:

8      1. Baylor University
9      2. Iowa State University
10     3. University of Kansas
11     4. Kansas State University
12     5. The University of Oklahoma
13     6. Oklahoma State University
14     7. Texas Christian University
15     8. The University of Texas
16     9. Texas Tech University
17     10. West Virginia University

18

19  DATED: October 29, 2020                  Respectfully submitted,

20  **POLSINELLI PC**

21  By:    /s/ *Leane K. Capps*
22  Leane K. Capps (*pro hac vice*)
    Caitlin J. Morgan (*pro hac vice*)
23  D. Rockwell Bower (*pro hac vice*)
    2950 N. Harwood Street, Suite 2100
24  Dallas, TX 75201
25  Telephone: (214) 397-0030
    lcapps@polsinelli.com
26  cmorgan@polsinelli.com
    rbower@polsinelli.com
27
28

Amy D. Fitts (*pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone: (816) 753-1000
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
OF DEFENDANT, THE BIG 12 CONFERENCE, INC.

Case No. 4:20-cv-03919-CW

3