1  Rahul Hari (SBN CA 313528)
   WILKINSON STEKLOFF LLP
2  11601 Wilshire Boulevard, Suite 600
   Los Angeles, CA 90025
3  Telephone: (424) 291-9655
   Facsimile: (202) 847-4005
4  rhari@wilkinsonstekloff.com

5  Beth Wilkinson (*pro hac vice*)
   Rakesh Kilaru (*pro hac vice*)
6  Tamarra Matthews Johnson (*pro hac vice*)
   Kieran Gostin (*pro hac vice*)
7  Calanthe A. Cope-Kasten (*pro hac vice*)
   WILKINSON STEKLOFF LLP
8  2001 M Street NW, 10th Floor
   Washington, DC 20036
9  Telephone: (202) 847-4000
   Facsimile: (202) 847-4005
10 bwilkinson@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
11 tmatthewsjohnson@wilkinsonstekloff.com
   kgostin@wilkinsonstekloff.com
12 cope-kasten@wilkinsonstekloff.com

13 Attorneys for NATIONAL COLLEGIATE
   ATHLETIC ASSOCIATION
14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
16

17

18 | GRANT HOUSE, et al.,                          | Case No. 4:20-CV-03919-CW |
19 |         Plaintiffs,                            |                            |
   |                                                 | **NOTICE OF FIRM NAME CHANGE** |
20 |         v.                                      | **AND E-MAIL CHANGE**      |
21 | NATIONAL COLLEGIATE ATHLETIC                   |                            |
   | ASSOCIATION, et al.,                           |                            |
22 |                                                 |                            |
   |         Defendants.                             |                            |
23 | TYMIR OLIVER, on behalf of himself and         |                            |
24 | all others similarly situated,                 |                            |
25 |         Plaintiffs,                             |                            |
   |         v.                                      |                            |
26 | NATIONAL COLLEGIATE                             |                            |
   | ATHLETIC ASSOCIATION, et al.,                  |                            |
27 |                                                 |                            |
   |         Defendants.                             |                            |
28

- 1 -
CASE NO. 4:20-CV-03919-CW        NOTICE OF FIRM NAME CHANGE AND E-MAIL CHANGE

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Wilkinson Walsh LLP has changed its name to Wilkinson Stekloff LLP, effective November 2, 2020. The contact information for Beth A. Wilkinson, Rakesh Kilaru, Tamarra Matthews Johnson, Kieran Gostin, Calanthe Cope-Kasten, and Rahul Hari, counsel for Defendant National Collegiate Athletic Association, in the above-referenced action is now:

| | |
|---|---|
| Beth Wilkinson<br>Rakesh Kilaru<br>Tamarra Matthews Johnson<br>Kieran Gostin<br>Calanthe A. Cope-Kasten<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>cope-kasten@wilkinsonstekloff.com | Rahul Hari (SBN CA 313528)<br>WILKINSON STEKLOFF LLP<br>11601 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90025<br>Telephone: (424) 291-9655<br>Facsimile: (202) 847-4005<br>rhari@wilkinsonstekloff.com |

Dated: November 2, 2020

Respectfully submitted,

By: /s/ *Rahul Hari*
    Rahul Hari

Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Attorney for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED: November 2, 2020          By:  /s/ *Rahul Hari*
                                      Rahul Hari