Rahul Hari (SBN CA 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

Attorneys for NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., | Case No. 4:20-cv-03919-CW |
| Plaintiffs, | Case No. 4:20-cv-04527-CW |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | **STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND DEADLINE FOR SERVING RULE 26 INITIAL DISCLOSURES** |
| Defendants. | |
| TYMIR OLIVER, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

-1-

1      Pursuant to Civil Local Rule 6-1, Plaintiffs in the above-captioned actions and Defendants

2  the National Collegiate Athletic Association, Pac-12 Conference, The Big Ten Conference, Inc.,

3  The Big 12 Conference, Inc., Southeastern Conference, and Atlantic Coast Conference, by and

4  through their respective undersigned counsel of record, hereby stipulate as follows:

5      WHEREAS, the Parties held a conference pursuant to Federal Rule of Civil Procedure

6  26(f) on October 27, 2020;

7      WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR

8  Deadlines (*House* ECF No. 8) provides that the Parties' initial disclosures pursuant to Rule

9  26(a)(1)(A) ("Rule 26 initial disclosures") should be served 7 days before the Initial Case

10  Management Conference, *i.e.*, on November 11, 2020;

11      WHEREAS, the Parties have conferred and agree that the deadline to serve Rule 26 initial

12  disclosures should be extended to November 13, 2020; and

13      WHEREAS, Rule 26 initial disclosures need not be filed with the Court, and the agreed-

14  upon extension will not alter the date of any event or any deadline already fixed by Court order.

15      NOW THEREFORE, THE PARTIES HEREBY STIPULATE that:

16  The Parties shall have until November 13, 2020 to serve Rule 26 initial disclosures.

17  **IT IS SO STIPULATED.**

1    Dated:  November 9, 2020                    Respectfully submitted,

2

3    **WILKINSON STEKLOFF LLP**              **HAGENS BERMAN SOBOL SHAPIRO**
                                             **LLP**

     By:_____/s/ Beth A. Wilkinson
4                                            By: _____/s/ Steve W. Berman_____

5    Beth A. Wilkinson (*pro hac vice*)
     Tamarra Matthews Johnson (*pro hac vice*)   Steve W. Berman (*pro hac vice*)
     Rakesh N. Kilaru (*pro hac vice*)            Emilee Sisco (*pro hac vice*)
6    Kieran Gostin (*pro hac vice*)               1301 Second Avenue, Suite 2000
     2001 M Street NW, 10th Floor                 Seattle, WA 98101
7    Washington, DC 20036                         Telephone:  (206) 623-7292
     Telephone:  (202) 847-4000                   Facsimile:  (206) 623-0594
8    Facsimile:  (202) 847-4005                   steve@hbsslaw.com
     bwilkinson@wilkinsonstekloff.com             emilees@hbsslaw.com
9    tmatthewsjohnson@wilkinsonstekloff.com
     rkilaru@wilkinsonstekloff.com                Benjamin J. Siegel (SBN 256260)
10   kgostin@wilkinsonstekloff.com                715 Hearst Avenue, Suite 202
                                                  Berkeley, CA 94710
11   Rahul Hari (SBN 313528)                      Telephone:  (510) 725-3000
     11601 Wilshire Blvd., Suite 600              Facsimile:  (510) 725-3001
12   Los Angeles, CA 90025                        bens@hbsslaw.com
     Telephone:  (424) 291-9655
13   Facsimile:  (202) 847-4005                   Attorneys for Plaintiffs and the Proposed
     rhari@wilkinsonstekloff.com                  Classes

14
     Attorneys for Defendant
15   NATIONAL COLLEGIATE ATHLETIC
     ASSOCIATION

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROSKAUER ROSE LLP**

2

By: _____ /s/ Scott P. Cooper

3

Scott P. Cooper (SBN 96905)
Bart H. Williams (SBN 134009)

4

Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)

5

Jennifer L. Jones (SBN 284624)
Kelly M. Curtis (SBN 313581)

6

2029 Century Park East, Suite 2400
Los Angeles, CA 90067

7

Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

8

scooper@proskauer.com
bwilliams@proskauer.com

9

kcasazza@proskauer.com
sledingham@proskauer.com

10

jljones@proskauer.com
kcurtis@proskauer.com

11

12

Attorneys for Defendant
PAC-12 CONFERENCE

13

**MAYER BROWN LLP**

By: _____ /s/ Britt M. Miller

Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1

**POLSINELLI PC**

2

By:  _____ /s/ Leane K. Capps

3

Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)

4

D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street

5

Suite 2100
Dallas, TX 75201

6

Telephone:  (214) 397-0030
lcapps@polsinelli.com

7

cmorgan@polsinelli.com
rbower@polsinelli.com

8

Amy D. Fitts (*pro hac vice*)

9

120 W. 12th Street
Kansas City, MO 64105

10

Telephone: (816) 218-1255
afitts@polsinelli.com

11

Wesley D. Hurst (SBN 127564)

12

2049 Century Park East, Suite 2300
Los Angeles, CA 90067

13

Telephone:  (310) 556-1801
whurst@polsinelli.com

14

Attorneys for Defendant

15

THE BIG 12 CONFERENCE, INC.

16

**ROBINSON BRADSHAW & HINSON, P.A.**

By:  _____ /s/Robert W. Fuller

Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
Seifert Law Firm
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

17

18

19

20

21

22

23

24

25

26

27

28

-5-

1

**FOX ROTHSCHILD LLP**

2

By:   _____/s/ D. Erik Albright

3

D. Erik Albright (*pro hac vice*)

4   Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200

5   Greensboro, NC 27401
Telephone:  (336) 378-5368

6   Facsimile:  (336) 378-5400
ealbright@foxrothschild.com

7   gholland@foxrothschild.com

8   Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300

9   Charlotte, NC 28246
Telephone:  (704) 384-2625

10   Facsimile:  (704) 384-2800
jheyl@foxrothschild.com

11

Alexander Hernaez (SBN 201441)

12   345 California Street, Suite 2200
San Francisco, CA 94104-2670

13   Telephone:  (415) 364-5540
Facsimile:  (415) 391-4436

14   ahernaez@foxrothschild.com

15   Attorneys for Defendant
THE ATLANTIC COAST

16   CONFERENCE

17

18

19

20

21

22

23

24

25

26

27

28

-6-

1

## E-FILER'S ATTESTATION

2      I, Beth A. Wilkinson, am the ECF user whose identification and password are being used

3  to file the above Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all

4  signatories hereto concur in this filing.

5                                 /s/ Beth A. Wilkinson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28