UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**The Honorable Claudia Wilken, Presiding**
**Date:** 11/18/2020          **Time**: 1 hour
**Deputy Clerk**: Aris Garcia   **Court Reporter**: Diane Skillman

**Case Nos.:** 20-cv-03919-CW & 20-cv-04527-CW
**Case Name: House v. National Collegiate Athletic Association, et al. & Oliver v. National Collegiate Athletic Association, et al.**

**Appearances for Plaintiff**: Steve W. Berman, Benjamin J. Siegel & Emilee N. Sisco
**Appearances for Defendant**: Erik Albright (Atlantic Coast Conference), Rakesh Kilaru (NCAA), Beth Wilkinson (NCAA), Britt Miller (The Big Ten Conference, Inc.), Leane Capps (The Big 12 Conference, Inc.), Scott Cooper (Pac-12 Conference) & Robert Fuller (Southeastern Conference)

**Proceedings: Motion to Dismiss / Initial Case Management Conference - HELD VIA ZOOM WEBINAR**

Arguments heard on the motion to dismiss in cases 20-3919 and 20-4527.  Motion taken under submission.  The Court to issue order.  The parties shall meet and confer and submit a proposed case management order consistent with the dates discussed during today's conference.