# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
Please read instructions on next page.

**COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Marilyn Baucom |
| 2a. CONTACT PHONE NUMBER | (704) 619-7561 |
| 3. CONTACT EMAIL ADDRESS | mbaucom@robinsonbradshaw.com |
| 1b. ATTORNEY NAME (if different) | Robert W. Fuller |
| 2b. ATTORNEY PHONE NUMBER | (704) 377-8324 |
| 3. ATTORNEY EMAIL ADDRESS | rfuller@robinsonbradshaw.com |
| 4. MAILING ADDRESS | Robinson, Bradshaw & Hinson, P.A., 101 North Tryon Street, Suite 1900, Charlotte, NC 28246 |
| 5. CASE NAME | House v. National Collegiate Athletic Association |
| 6. CASE NUMBER | 4:20cv3919 |
| 7. COURT REPORTER NAME | Diane Skillman |
| 8. THIS TRANSCRIPT ORDER IS FOR | ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL  ☒ CIVIL |

### 9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | ECF ACCESS | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2020 | CW | Hrg | Full | ● | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**11. SIGNATURE:** s/ Robert W. Fuller

**12. DATE:** 11/19/2020