*Counsel for Plaintiffs and Defendants
Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.*,<br><br>                               Plaintiffs,<br><br>      v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>                               Defendants. | No. 4:20-cv-03919 CW<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] JOINT STIPULATED CASE MANAGEMENT ORDER**<br><br>Hon. Claudia Wilken |
| TYMIR OLIVER, *et al.*,<br><br>                               Plaintiffs,<br><br>      v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>                               Defendants. | No. 4:20-cv-04527 CW<br><br><u>CLASS ACTION</u> |

Pursuant to the Court's directions at the November 18, 2020 Case Management Conference and the Court's November 18, 2020 Minute Order (*House* ECF No. 123 and *Oliver* ECF No. 90), counsel for Plaintiffs Grant House, Sedona Prince, and Tymir Oliver ("Plaintiffs") and Defendants National Collegiate Athletic Association, Pac-12 Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Southeastern Conference, and Atlantic Coast Conference ("Defendants," and collectively with Plaintiffs, "the Parties") in the above-referenced actions submit this Joint Stipulated Case Management Order.

| EVENT | DATE |
|---|---|
| Commencement of document discovery | Nov. 19, 2020 |
| Non-document fact discovery may commence | After decision on pending motion to dismiss |
| Parties to submit to Court, Stipulated Order re Discovery of Electronically Stored Information and Stipulated Protective Order, *or* submit to Court for resolution all outstanding disputes regarding these otherwise stipulated proposed orders | Dec. 11, 2020 |
| Deadline for Plaintiffs to add additional parties or claims, or amend complaint (including the filing of any consolidated complaint) | Jan. 4, 2021[1] |
| Defendants' Answer | Feb. 8, 2021 |
| Substantial Completion of Production of Documents by Parties | June 1, 2021[2] |
| Class Certification Motion and Supporting Expert Reports | Nov. 22, 2021 |
| Deadline to Depose Plaintiffs' Class Experts | Jan. 31, 2022 |
| Class Certification Opposition and Supporting Expert Reports | Feb. 28, 2022 |
| Deadline to Depose Defendants' Class Experts | Mar. 28, 2022 |
| Class Certification Reply and Expert Rebuttal Report | May 2, 2022 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without |

---

[1] This deadline and the deadline for Defendants' Answer are based on the assumption that the Court will issue its order on Defendants' Motion to Dismiss by December 1, 2020.

[2] The Parties will make rolling productions as soon as documents are ready to be produced. The Parties also agree to meet and confer in good faith about the timing and scope of productions.

| | agreement of the parties or leave of the Court |
|---|---|
| Hearing on Class Certification | May 31, 2022 |
| Merits Discovery Cut Off | Aug. 11, 2022 |
| Merits Experts Disclosure (including reports) on issues as to which Party bears the burden at trial | Sept. 15, 2022 |
| Merits Expert Response | Nov. 10, 2022 |
| Merits Expert Reply | Dec. 8, 2022 |
| Expert Discovery Cut-Off | Jan. 12, 2023 |
| Plaintiffs' dispositive motion and *Daubert* motions | Feb. 16, 2023 |
| Defendants' (1) opposition to Plaintiffs' dispositive motion and *Daubert* motions and (2) dispositive motion and *Daubert* motions | March 30, 2023 |
| Plaintiffs' (1) reply in support of their dispositive motion and *Daubert* motions and (2) opposition to Defendants' dispositive motion and *Daubert* motions | May 11, 2023 |
| Defendants' reply in support of their dispositive motion and *Daubert* motions | June 8, 2023 |
| Hearing on all dispositive and *Daubert* motions and further case management conference | July 26, 2023 |
| Trial Date | October 9, 2023 |

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | By:   */s/ Steve W. Berman* |
| 3 | | STEVE W. BERMAN |
| 4 | | Steve W. Berman (*pro hac vice*) |
| | | Emilee N. Sisco (*pro hac vice*) |
| 5 | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, WA 98101 |
| 6 | | Telephone: (206) 623-7292 |
| 7 | | Facsimile:  (206) 623-0594 |
| | | steve@hbsslaw.com |
| 8 | | emilees@hbsslaw.com |
| 9 | | Benjamin J. Siegel (SBN 256260) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | | 715 Hearst Avenue, Suite 202 |
| | | Berkeley, CA 94710 |
| 11 | | Telephone:  (510) 725-3000 |
| 12 | | Facsimile:   (510) 725-3001 |
| | | bens@hbsslaw.com |

| | |
|---|---|
| DATED: December 1, 2020 | **SPECTOR ROSEMAN KODROFF & WILLS, PC** |

By:     */s/ Jeffrey L. Kodroff*
          JEFFREY L. KODROFF

Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLS, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Classes*

1 | DATED: December 1, 2020 **WILKINSON STEKLOFF LLP**

By: _____*/s/ Beth A. Wilkinson*_____
    BETH A. WILKINSON

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe A. Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
cope-kasten@wilkinsonstekloff.com

Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

*Attorneys for Defendant National Collegiate Athletic Association*

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **PROSKAUER ROSE LLP** |

By: */s/ Scott P. Cooper*
 SCOTT P. COOPER

Bart H. Williams (SBN 134009)
Scott P. Cooper (SBN 96905)
Kyle A. Casazza (SBN 254061)
Jennifer L. Jones (SBN 284624)
Shawn S. Ledingham, Jr. (SBN 275268)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com
scooper@proskauer.com
kcasazza@proskauer.com
jljones@proskauer.com
sledingham@proskauer.com

*Attorneys for Defendant Pac-12 Conference*

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **MAYER BROWN LLP** |

By: _____/s/ Britt M. Miller_____
              BRITT M. MILLER

Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **ROBINSON BRADSHAW & HINSON, P.A.** |

By: _____*/s/ Robert W. Fuller*_____
          ROBERT W. FULLER

Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
ROBINSON BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
Seifert Law Firm
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

*Attorneys for Defendant Southeastern Conference*

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **FOX ROTHSCHILD LLP** |
| 2 | | |
| 3 | | By:  */s/ D. Erik Albright* |
| 4 | | D. ERIK ALBRIGHT |

D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
FOX ROTHSCHILD LLP
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
FOX ROTHSCHILD LLP
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

*Attorneys for Defendant Atlantic Coast Conference*

| | | |
|---|---|---|
| 1 | DATED: December 1, 2020 | **POLSINELLI, PC** |
| 2 | | |
| 3 | | |
| 4 | | By:         */s/ Leane K. Capps*<br>          LEANE K. CAPPS |

1   DATED: December 1, 2020            **POLSINELLI, PC**

By:      */s/ Leane K. Capps*
       LEANE K. CAPPS

Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
POLSINELLI, PC
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

Amy Dawn Fitts (*pro hac vice*)
POLSINELLI, PC
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
POLSINELLI, PC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendant The Big 12 Conference, Inc.*

**E-FILING ATTESTATION**

I, Steve Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                          */s/ Steve W. Berman*
                                                         STEVE W. BERMAN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge