1    [All counsel listed on sig. page]

2

3

4

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12   GRANT HOUSE, *et al.,*                    No. 4:20-cv-03919 CW

13                              Plaintiffs,

14   v.                                        **JOINT STIPULATION AND
                                               [PROPOSED] ORDER CONCERNING
                                               TESTIFYING EXPERT DISCOVERY**
15   NATIONAL COLLEGIATE ATHLETIC
     ASSOCIATION, *et al.*,
16
                              Defendants.
17

18   TYMIR OLIVER, *et al.*,                   No. 4:20-cv-04527 CW

19                              Plaintiffs,

20        v.

21   NATIONAL COLLEGIATE ATHLETIC
     ASSOCIATION, *et al.*,
22
                              Defendants.
23

24

25

26

27

28

1    WHEREAS, all parties desire to provide an efficient framework for the discovery of expert

2    witness-related materials; and

3    WHEREAS, all parties through their respective counsel of record have considered the expert

4    witness discovery provisions of Federal Rule of Civil Procedure 26 and agreed upon the proposed

5    modifications and supplementations described herein;

6    NOW THEREFORE, all parties, through their respective counsel of record, stipulate to the

7    following regarding expert discovery in the above-captioned matters and all other matters

8    subsequently consolidated with them (collectively, the "Actions"), subject to approval by the Court.

9    1.    This Stipulation and Order Concerning Testifying Expert Discovery ("Stipulation")

10   does not set or alter the time for any disclosure required by Federal Rule of Civil Procedure

11   26(a)(2)(B) or the timing of any disclosure and deposition of any testifying expert as set forth in the

12   Joint Stipulated Case Management Order [Dkt. No. 127 in 4:20-cv-03919-CW and Dkt. No. 94 in

13   4:20-cv-04527-CW].

14   2.    To the extent this Stipulation imposes limitations on discovery that would otherwise

15   be available under the Federal Rules of Civil Procedure, including but not limited to Rule

16   26(b)(4)(C), the parties have agreed to those limitations to increase the efficiency of their dealings

17   with testifying experts and to minimize discovery disputes regarding testifying experts. Neither the

18   terms of this Stipulation nor the parties' agreement to them shall be an admission by any party that

19   any of the information restricted from discovery by this Stipulation would otherwise be discoverable

20   or admissible.  The term "expert" as used herein refers to a witness a party may use to present

21   evidence under Federal Rule of Evidence 702, 703, or 705.

22   3.    The information required to be disclosed by Rule 26(a)(2)(B)(ii) is modified from

23   requiring "the facts or data considered by the witness in forming them" to instead require disclosure

24   of "the data or other information relied upon by the witness in forming them."

25

26

27

28
JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

2

1    4.    Except as provided in paragraph 5 below, the following information shall *not* be the

2    subject of any form of discovery:

3        a.    The content of communications, whether oral or written, among and between:

4            (i)    counsel and the expert and/or the expert's staff and/or supporting

5                firms;

6            (ii)    counsel and any non-testifying expert consultant and/or the

7                consultant's staff and/or supporting firms;

8            (iii)    the expert and other experts and/or other non-testifying expert

9                consultants;

10            (iv)    experts and their staff and/or supporting firms;

11            (v)    non-testifying expert consultants and their staffs and/or supporting

12                firms;

13            (vi)    the respective staffs and/or supporting firms of experts or non-

14                testifying expert consultants and the staffs and/or supporting firms of

15                other experts or non-testifying expert consultants.

16        b.    Notes, drafts, written communications, preliminary or intermediate

17            calculations, computations or other data runs, or other types of preliminary

18            work created by, for, or at the direction of a testifying expert.

19    5.    The limitations in paragraph 4 above shall:

20        a.    Not apply to any communications, documents, data sets, data runs,

21            calculations, computations, or other forms of information or work upon which

22            a testifying expert relies as a basis for any of his or her final opinion(s) or

23            report(s).

24        b.    Not prevent an expert from being asked to identify and generally describe non-

25            privileged information that may be relevant to the substance of the expert's

26

27

28
JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

3

1    opinion(s) or report(s), including alternative investigations or modeling

2    (including any regression analyses) that the expert attempted but rejected, and

3    the reasons for rejecting any such investigations or modeling.

4         6.     Subject to sub-paragraphs (a) and (b) below, within three business days of any party

5    serving any expert report and/or expert declaration under Fed. R. Civ. P. 26(a)(2)(B), the party or

6    parties proffering the expert witness shall produce: the data or other information relied upon by the

7    expert witness in forming the expert witness's opinions; any exhibits used (or that will be used) to

8    summarize or support the expert witness's opinions; the expert witness's qualifications, including a

9    list of all publications authored in the previous 10 years; a list of all other cases in which, during the

10   previous four years, the expert witness has testified as an expert at trial or by deposition; and a

11   statement of the expert's hourly rate and compensation to be paid for the expert witness's study and

12   testimony in this case.

13        a.     As used in paragraphs 3, 6, and 8 of this Stipulation, "data or other

14   information relied upon" shall be deemed to include, but will not be limited to,

15   underlying data, spreadsheets, computerized regression analyses and/or other

16   underlying reports, and schedules sufficient to reconstruct the expert witness's

17   work, calculations, and/or analyses. "Data or other information relied upon"

18   should be produced electronically (via email, disc, or FTP site) where feasible.

19   Publicly available information need not be produced absent request so long as

20   the information relied upon remains publicly available and the location where

21   the publicly available information can be obtained is provided. Documents

22   previously produced during discovery need not be produced so long as they

23   are identified by Bates number.

24        b.     All "data or other information relied upon" shall be provided in a format as

25   agreed to by the parties, including, potentially, any software and instructions

26

27

28   JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

4

1    required to read  "the data or other information relied upon," but no party need

2    produce computer software reasonably and commercially available (e.g.,

3    Microsoft Word, Excel).

4        7.    To the extent that the specific stipulations agreed to herein limit or waive disclosure

5    requirements under Fed. R. Civ. P. 26(a)(2)(B), the parties hereby confirm that they expressly agree

6    to such waiver.

7        8.    No subpoenas (for depositions or documents) need be served on any testifying expert

8    from whom a report or declaration is provided. Instead, the party proffering such expert will (a)

9    produce all "data or other information relied upon" by the expert, consistent with the terms of this

10    Stipulation, and (b) make the expert available for deposition at a time mutually agreed to by the

11    parties and consistent with the Court's scheduling orders.

12        9.    Nothing in this Stipulation shall permit a party or testifying expert to withhold any

13    proposition, fact, belief, or other data, information, or material upon which the expert relies to

14    support her or his opinion(s).

15        The parties agree to comply with this Stipulation and Order pending the Court's approval.

16

17    Dated:  December 11, 2020        **HAGENS BERMAN SOBOL SHAPIRO LLP**

18        By:    */s/ Steve W. Berman*

19

20        Steve W. Berman (*pro hac vice*)
        Emilee N. Sisco (*pro hac vice*)

21        1301 Second Avenue, Suite 2000
        Seattle, WA 98101

22        Telephone : (206) 623-7292
        Facsimile: (206) 623-0594

23        steve@hbsslaw.com
        emilees@hbsslaw.com

24

25        Benjamin J. Siegel (SBN 256260)
        715 Hearst Avenue, Suite 202

26        Berkeley, CA 94710

27

28    JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

1

Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

2

3

Attorneys for Plaintiffs and the Proposed Classes

4

5

Dated: December 11, 2020

6

**WILKINSON STEKLOFF LLP**

7

By:   /s/ Beth A. Wilkinson

8

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice)*

9

Tamarra Matthews Johnson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)

10

Calanthe A. Cope-Kasten (*pro hac vice)*
2001 M Street NW, 10th Floor

11

Washington, D.C. 20036
Telephone: (202) 847-4000

12

Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com

13

rkilaru@wilkinsonstekloff.com

14

tmatthewsjohnson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

15

ccope-kasten@wilkinsonstekloff.com

16

17

Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP

18

11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025

19

Telephone: (425) 291-9655
Facsimile: (202) 847-4005

20

rhari@wilkinsonstekloff.com

21

Attorneys for Defendant National Collegiate

22

Athletic Association

23

Dated: December 11, 2020

24

**PROSKAUER ROSE LLP**

25

By:   /s/ Scott P. Cooper

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

6

1

2   Scott P. Cooper (SBN 96905)
    Bart H. Williams (SBN 134009)
    Kyle A Casazza (SBN 254061)
3   Shawn S. Ledingham, Jr. (SBN 275268)
    Jennifer L. Jones (SBN 284624)
4   Kelly M. Curtis (SBN 313581)
    2029 Century Park East, Suite 2400
5   Los Angeles, CA 90067
    Telephone: (310) 557-2900
6   Facsimile: (310) 557-2193
    bwilliams@proskauer.com
7   scooper@proskauer.com
    kcasazza@proskauer.com
8   sledingham@proskauer.com
    jljones@proskauer.com
9   kcurtis@proskauer.com

10

11  Attorneys for Defendant Pac-12 Conference

12

13  Dated: December 11, 2020       **MAYER BROWN LLP**

14                                 By:   */s/ Britt M. Miller*

15                                 Britt M. Miller (*pro hac vice*)
16                                 Matthew D. Provance (*pro hac vice*)
                                   71 South Wacker Drive
17                                 Chicago, IL 60606
                                   Telephone: (312) 782-0600
18                                 Facsimile: (312) 701 7711
                                   bmiller@mayerbrown.com
19                                 mprovance@mayerbrown.com

20
                                   Christopher J. Kelly (SBN 276312)
21                                 MAYER BROWN LLP
                                   Two Palo Alto Square, Suite 300
22                                 3000 El Camino Real
                                   Palo Alto, CA 94306
23                                 Telephone: (650) 331-2000
                                   Facsimile: (650) 331-2060
24                                 cjkelly@mayerbrown.com

25

26

27

    JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
28  No. 4:20-cv-03919-CW
    No. 4:20-cv-04527-CW

Attorneys for Defendant The Big Ten
Conference, Inc.

Dated: December 11, 2020          **ROBINSON BRADSHAW & HINSON, P.A.**

By:   */s/ Robert W. Fuller*

Robert W. Fuller (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
ROBINSON BRADSHAW & HINSON
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
Seifert Law Firm
50 California Street,  Sutie 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

Attorneys for Defendant Southeastern
Conference

Dated: December 11, 2020          **FOX ROTHSCHILD LLP**

By:   */s/ D. Erik Albright*

D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Sutie 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400

JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

8

1  ealbright@foxrothschild.com
   gholland@foxrothschild.com

2

3  Jonathan P. Heyl (*pro hac vice*)
   FOX ROTHSCHILD LLP
4  101 N. Tryon Street, Suite 1300
   Charlotte, NC 28246
5  Telephone: (704) 384-2625
   Facsimile: (704) 384-2800
6  jheyl@foxrothschild.com

7  Alexander Hernaez (SBN 201441)
8  FOX ROTHSCHILD LLP
   345 California Street, Suite 2200
9  San Francisco, CA 94104
   Telephone: (415) 364-5540
10 Facsimile: (415) 391-4436
   ahernaez@foxrothschild.com
11

12 Attorneys for Defendant Atlantic Coast
   Conference
13

14 Dated: December 11, 2020          **POLSINELLI PC**

15                                   By:  */s/ Leane K. Capps*
16
17 Leane K. Capps (*pro hac vice*)
   Caitlin J. Morgan (*pro hac vice*)
   D. Rockwell Bower (*pro hac vice*)
18 2950 N. Harwood Street, Suite 2100
   Dallas, TX 75201
19 Telephone: (214) 397-0030
   Facsimile: (214) 397-0033
20 lcapps@polsinelli.com
   cmorgan@polsinelli.com
21 rbower@polsinelli.com
22

23 Amy Dawn Fitts (*pro hac vice*)
   POLSINELLI, PC
24 120 W. 12th Street
   Kansas City, MO 64105
25 Telephone: (816) 218-1255
   afitts@polsinelli.com
26

27

28 JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
   No. 4:20-cv-03919-CW
   No. 4:20-cv-04527-CW

9

1

2
Wesley D. Hurst (SBN 127564)
POLSINELLI, PC
3
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
4
Telephone: (310) 556-1801
whurst@polsinelli.com
5

6
Attorneys for Defendant The Big 12
Conference, Inc.
7

8
**E-FILING ATTESTATION**
9

10
    I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

11
document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

12
identified above has concurred in this filing.

13

                       */s/ Steve W. Berman*
14
                       STEVE W. BERMAN

15

16
            *     *     *

17
**[PROPOSED] ORDER**
18

19
**PURSUANT TO STIPULATION,**
**IT IS SO ORDERED.**
20

21
DATED: _____, 2020
22

23

24
_____
THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
25

26

27

28
JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW