[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.,*<br><br>                    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION, *et al.,*<br><br>                    Defendants. | No. 4:20-cv-03919 CW<br><br>**STIPULATED [PROPOSED] ORDER<br>REGARDING EXTENSION OF<br>PROTECTIVE ORDER DEADLINE** |
| TYMIR OLIVER, *et al.,*<br><br>                    Plaintiffs,<br><br>        v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION, *et al.,*<br><br>                    Defendants. | No. 4:20-cv-04527 CW |

1    Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs Grant

2  House, Sedona Prince, and Tymir Oliver, and Defendants National Collegiate Athletic

3  Association, Pac-12 Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc.,

4  Southeastern Conference, and Atlantic Coast Conference, by and through their respective

5  undersigned counsel of record, submit the following Stipulation and Proposed Order:

6    WHEREAS, pursuant to the Joint Stipulated Case Management Order ("Case Management

7  Order") the deadline for the Parties to file their Stipulated Protective Order or submit outstanding

8  disputes regarding an otherwise stipulated protective order is currently December 11, 2020 (*House*

9  Dkt. No. 127; *Oliver* Dkt. No. 94).

10    WHEREAS, the Parties have been working diligently to negotiate a Stipulated Protective

11  Order, but have not yet finalized that filing;

12    WHEREAS, the Parties wish to continue working together toward a Stipulated Protective

13  Order and believe that they will be able to accomplish an agreed form of stipulation if they are

14  afforded an additional week to do so;

15    WHEREAS, there have been no prior time modifications in this case regarding the

16  deadline that is the subject of this stipulation;

17    WHEREAS, the requested time modification will have no effect on the remaining dates set

18  forth in the Case Management Order; and

19    WHEREAS, the Parties have conferred and agreed that the deadline to file the Parties'

20  Stipulated Protective Order or to submit to the Court for resolution of all outstanding disputes

21  regarding an otherwise stipulated protective order should be extended to December 18, 2020.

22    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that: The

23  Parties shall have until December 18, 2020 to file their Stipulated Protective Order or submit to

24  the Court for resolution all outstanding disputes regarding the otherwise stipulated protective

25  order.

26    **IT IS SO STIPULATED**, through Counsel of Record.

27

28

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

1  Dated:  December 11, 2020                **HAGENS BERMAN SOBOL SHAPIRO LLP**

2                                            By:    */s/ Steve W. Berman*

3                                            Steve W. Berman (*pro hac vice*)
4                                            Emilee N. Sisco (*pro hac vice*)
5                                            1301 Second Avenue, Suite 2000
                                             Seattle, WA 98101
6                                            Telephone : (206) 623-7292
                                             Facsimile: (206) 623-0594
7                                            steve@hbsslaw.com
                                             emilees@hbsslaw.com
8
                                             Benjamin J. Siegel (SBN 256260)
9                                            715 Hearst Avenue, Suite 202
                                             Berkeley, CA 94710
10                                           Telephone: (510) 725-3000
                                             Facsimile: (510) 725-3001
11                                           bens@hbsslaw.com
12
                                             Attorneys for Plaintiffs and the Proposed Classes
13

14
15  Dated: December 11, 2020                 **WILKINSON STEKLOFF LLP**

16                                           By:   */s/ Beth A. Wilkinson*

17                                           Beth A. Wilkinson (*pro hac vice*)
                                             Rakesh N. Kilaru (*pro hac vice*)
18                                           Tamarra Matthews Johnson (*pro hac vice*)
                                             Kieran Gostin (*pro hac vice*)
19                                           Calanthe A. Cope-Kasten (*pro hac vice*)
                                             2001 M Street NW, 10th Floor
20                                           Washington, D.C. 20036
                                             Telephone: (202) 847-4000
21                                           Facsimile: (202) 847-4005
                                             bwilkinson@wilkinsonstekloff.com
22                                           rkilaru@wilkinsonstekloff.com
                                             tmatthewsjohnson@wilkinsonstekloff.com
23                                           kgostin@wilkinsonstekloff.com
                                             ccope-kasten@wilkinsonstekloff.com
24
25
26                                           Rahul Hari (SBN 313528)
                                             WILKINSON STEKLOFF LLP
27                                           11601 Wilshire Blvd., Suite 600
28
                                             3

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

Los Angeles, CA 90025
Telephone: (425) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Attorneys for Defendant National Collegiate
Athletic Association

Dated: December 11, 2020                    **PROSKAUER ROSE LLP**

By:   /s/ Scott P. Cooper

Scott P. Cooper (SBN 96905)
Bart H. Williams (SBN 134009)
Kyle A Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268
Jennifer L. Jones (SBN 284624)
Kelly M. Curtis (SBN 313581)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com
scooper@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com
kcurtis@proskauer.com

Attorneys for Defendant Pac-12 Conference

Dated: December 11, 2020                    **MAYER BROWN LLP**

By:   /s/ Britt M. Miller

Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701 7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

4

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant The Big Ten Conference, Inc.

Dated: December 11, 2020

**ROBINSON BRADSHAW & HINSON, P.A.**

By:  _/s/ Robert W. Fuller_____

Robert W. Fuller (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
ROBINSON BRADSHAW & HINSON
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
Seifert Law Firm
50 California Street,  Sutie 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

Attorneys for Defendant Southeastern Conference

Dated: December 11, 2020

**FOX ROTHSCHILD LLP**

By:  _/s/ D. Erik Albright_____

D. Erik Albright (*pro hac vice*)

5

Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Sutie 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
FOX ROTHSCHILD LLP
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

Attorneys for Defendant Atlantic Coast Conference

Dated: December 11, 2020          **POLSINELLI PC**

By:  _/s/ Leane K. Capps_

Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

Amy Dawn Fitts (*pro hac vice*)
POLSINELLI, PC
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255

6

1

afitts@polsinelli.com

2

Wesley D. Hurst (SBN 127564)

3

POLSINELLI, PC
2049 Century Park East, Suite 2300

4

Los Angeles, CA 90067
Telephone: (310) 556-1801

5

whurst@polsinelli.com

6

Attorneys for Defendant The Big 12 Conference,

7

Inc.

8

9

### ECF ATTESTATION

10

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

11

document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the

12

signatories identified above has concurred in this filing.

13

14

_____/s/ Steve W. Berman_____
STEVE W. BERMAN

15

16

\*      \*      \*

17

18

### [PROPOSED] ORDER

19

**PURSUANT TO STIPULATION,**

20

**IT IS SO ORDERED.**

21

22

DATED: _____, 2020

23

24

_____

25

THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW