[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.,* | No. 4:20-cv-03919 CW |
| Plaintiffs, | |
| v. | **STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | |
| Defendants. | |
| TYMIR OLIVER, *et al.*, | No. 4:20-cv-04527 CW |
| Plaintiffs, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, | |
| Defendants. | |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs Grant House, Sedona Prince, and Tymir Oliver, and Defendants National Collegiate Athletic Association, Pac-12 Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Southeastern Conference, and Atlantic Coast Conference, by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, pursuant to the Joint Stipulated Case Management Order ("Case Management Order") the deadline for the Parties to file their Stipulated Protective Order or submit outstanding disputes regarding an otherwise stipulated protective order is currently December 11, 2020 (*House* Dkt. No. 127; *Oliver* Dkt. No. 94).

WHEREAS, the Parties have been working diligently to negotiate a Stipulated Protective Order, but have not yet finalized that filing;

WHEREAS, the Parties wish to continue working together toward a Stipulated Protective Order and believe that they will be able to accomplish an agreed form of stipulation if they are afforded an additional week to do so;

WHEREAS, there have been no prior time modifications in this case regarding the deadline that is the subject of this stipulation;

WHEREAS, the requested time modification will have no effect on the remaining dates set forth in the Case Management Order; and

WHEREAS, the Parties have conferred and agreed that the deadline to file the Parties' Stipulated Protective Order or to submit to the Court for resolution of all outstanding disputes regarding an otherwise stipulated protective order should be extended to December 18, 2020.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that: The Parties shall have until December 18, 2020 to file their Stipulated Protective Order or submit to the Court for resolution all outstanding disputes regarding the otherwise stipulated protective order.

**IT IS SO STIPULATED**, through Counsel of Record.

2

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2020 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | | By:   /s/ Steve W. Berman |
| 3 | | Steve W. Berman (*pro hac vice*) |
| 4 | | Emilee N. Sisco (*pro hac vice*) |
| | | 1301 Second Avenue, Suite 2000 |
| 5 | | Seattle, WA 98101 |
| | | Telephone : (206) 623-7292 |
| 6 | | Facsimile: (206) 623-0594 |
| 7 | | steve@hbsslaw.com |
| | | emilees@hbsslaw.com |

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Attorneys for Plaintiffs and the Proposed Classes

Dated: December 11, 2020    **WILKINSON STEKLOFF LLP**

By:   /s/ Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe A. Cope-Kasten (*pro hac vice)*
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com


Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600

3

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

|     |                              |                                                       |
| --- | ---------------------------- | ----------------------------------------------------- |
| 1   |                              | Los Angeles, CA 90025                                 |
|     |                              | Telephone: (425) 291-9655                             |
| 2   |                              | Facsimile: (202) 847-4005                             |
| 3   |                              | rhari@wilkinsonstekloff.com                           |
| 4   |                              | Attorneys for Defendant National Collegiate           |
|     |                              | Athletic Association                                  |
| 5   |                              |                                                       |
| 6   | Dated: December 11, 2020     | **PROSKAUER ROSE LLP**                                |
| 7   |                              | By:   /s/ Scott P. Cooper                             |
| 8   |                              |                                                       |
| 9   |                              | Scott P. Cooper (SBN 96905)                           |
|     |                              | Bart H. Williams (SBN 134009)                         |
| 10  |                              | Kyle A Casazza (SBN 254061)                           |
|     |                              | Shawn S. Ledingham, Jr. (SBN 275268)                  |
| 11  |                              | Jennifer L. Jones (SBN 284624)                        |
| 12  |                              | Kelly M. Curtis (SBN 313581)                          |
|     |                              | 2029 Century Park East, Suite 2400                    |
| 13  |                              | Los Angeles, CA 90067                                 |
|     |                              | Telephone: (310) 557-2900                             |
| 14  |                              | Facsimile: (310) 557-2193                             |
| 15  |                              | bwilliams@proskauer.com                               |
|     |                              | scooper@proskauer.com                                 |
| 16  |                              | kcasazza@proskauer.com                                |
|     |                              | sledingham@proskauer.com                              |
| 17  |                              | jljones@proskauer.com                                 |
|     |                              | kcurtis@proskauer.com                                 |
| 18  |                              |                                                       |
|     |                              | Attorneys for Defendant Pac-12 Conference             |
| 19  |                              |                                                       |
| 20  | Dated: December 11, 2020     | **MAYER BROWN LLP**                                   |
| 21  |                              |                                                       |
| 22  |                              | By:   /s/ Britt M. Miller                             |
| 23  |                              | Britt M. Miller (*pro hac vice*)                      |
|     |                              | Matthew D. Provance (*pro hac vice*)                  |
| 24  |                              | 71 South Wacker Drive                                 |
|     |                              | Chicago, IL 60606                                     |
| 25  |                              | Telephone: (312) 782-0600                             |
| 26  |                              | Facsimile: (312) 701 7711                             |
|     |                              | bmiller@mayerbrown.com                                |
| 27  |                              | mprovance@mayerbrown.com                              |
| 28  |                              |                                                       |

4

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

Christopher J. Kelly (SBN 276312)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant The Big Ten Conference, Inc.

Dated: December 11, 2020           **ROBINSON BRADSHAW & HINSON, P.A.**

By:   /s/ Robert W. Fuller

Robert W. Fuller (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
ROBINSON BRADSHAW & HINSON
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
Seifert Law Firm
50 California Street,  Sutie 1500
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@seifertfirm.com

Attorneys for Defendant Southeastern Conference

Dated: December 11, 2020           **FOX ROTHSCHILD LLP**

By:   /s/ D. Erik Albright

D. Erik Albright (*pro hac vice*)

5

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

|  |  |
|---|---|
| 1 | Gregory G. Holland (*pro hac vice*) |
| 2 | 230 North Elm Street, Sutie 1200 |
|  | Greensboro, NC 27401 |
| 3 | Telephone: (336) 378-5368 |
|  | Facsimile: (336) 378-5400 |
| 4 | ealbright@foxrothschild.com |
|  | gholland@foxrothschild.com |

Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Sutie 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
FOX ROTHSCHILD LLP
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

Attorneys for Defendant Atlantic Coast Conference

Dated: December 11, 2020

**POLSINELLI PC**

By: __/s/ Leane K. Capps_____

Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

Amy Dawn Fitts (*pro hac vice*)
POLSINELLI, PC
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255

6

STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW

```
                                    afitts@polsinelli.com

                                    Wesley D. Hurst (SBN 127564)
                                    POLSINELLI, PC
                                    2049 Century Park East, Suite 2300
                                    Los Angeles, CA 90067
                                    Telephone: (310) 556-1801
                                    whurst@polsinelli.com

                                    Attorneys for Defendant The Big 12 Conference,
                                    Inc.
```

### ECF ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                  /s/ Steve W. Berman
                  STEVE W. BERMAN

*  *  *

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION,**
**IT IS SO ORDERED.**

DATED: <u>December 14</u>, 2020

                  _/s/ Claudia Wilken_
                  THE HON. CLAUDIA WILKEN
                  UNITED STATES DISTRICT JUDGE

7

STIPULATED [~~PROPOSED~~] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE
Case Nos. 4:20-cv-03919-CW, 4:20-cv-04527-CW