UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>        Defendants. | Case Nos. 4:20-cv-03919 CW<br>          4:20-cv-04527 CW<br><br>ORDER RE: STIPULATION AND PROTECTIVE ORDER<br><br>Re: Docket No. 134 in Case No. 4:20-cv-03919 CW<br><br>Docket No. 101 in Case No. 4:20-cv-04527 CW |
| TYMIR OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>        Defendants. | |

Now before the Court is a Stipulation and Protective Order filed by the parties in two separate actions: (1) House v. National Collegiate Athletic Association, 4:20-cv-03919 (House), and (2) Oliver v. National Collegiate Athletic Association, 4:20-cv-04527 (Oliver).  The Stipulation and Protective Order appears to be missing a word in the last sentence of paragraph six.  The parties shall add the missing word and re-file the stipulation for the Court's review.

    IT IS SO ORDERED.

Dated: December 21, 2020

_____
CLAUDIA WILKEN
United States District Judge