**EXHIBIT D**

| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Craig R. Spiegel (SBN 122000) | David G. Feher (*pro hac vice*) |
| Ashley A. Bede (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Jennifer M. Stewart (*pro hac vice*) |
| 1918 Eighth Avenue, Suite 3300 | Joseph A. Litman (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| craigs@hbsslaw.com | Facsimile: (212) 294-4700 |
| ashleyb@hbsslaw.com | jkessler@winston.com |
| | dfeher@winston.com |
| Bruce L. Simon (SBN 96241) | dgreenspan@winston.com |
| Aaron M. Sheanin (SBN 214472) | jstewart@winston.com |
| Benjamin E. Shiftan (SBN 265767) | jlitman@winston.com |
| PEARSON, SIMON & WARSHAW, LLP | |
| 44 Montgomery Street, Suite 2450 | Sean D. Meenan (SBN 260466) |
| San Francisco, CA 94104 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (415) 433-9000 | WINSTON & STRAWN LLP |
| Facsimile: (415) 433-9008 | 101 California Street |
| bsimon@pswlaw.com | San Francisco, CA 94111 |
| asheanin@pswlaw.com | Telephone: (415) 591-1000 |
| bshiftan@pswlaw.com | Facsimile: (415) 591-1400 |
| | smeenan@winston.com |
| *Class Counsel for Jenkins and Consolidated Action Plaintiffs* | jparsigian@winston.com |
| | *Class Counsel for Jenkins and Consolidated Action Plaintiffs* |
| [Additional counsel listed on signature page] | |
| | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 4:14-md-02541-CW<br>Case No. 4:14-cv-02758-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THIRD ADDENDUM TO STIPULATED PROTECTIVE ORDER** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

871859.1

1       All parties, by their respective counsel, hereby agree and stipulate to this proposed Third Addendum to the "Stipulated Protective Order Regarding Confidentiality of Documents and Materials" (the "Protective Order") (Dkt. 189) entered by the Court on January 15, 2015:

      1.      The Second Addendum to Stipulated Protective Order (Dkt. 508) was negotiated and signed between Plaintiffs and only five of the Conference Defendants in the Consolidated Action: (1) Atlantic Coast Conference; (2) The Big Ten Conference, Inc.; (3) The Big 12 Conference, Inc.; (4) Pac-12 Conference; and (5) Southeastern Conference.  The parties now wish for the Court to order this stipulated addendum such that the Second Addendum to Stipulated Protective Order applies to the six other Conference Defendants in the Consolidated Action and the National Collegiate Athletic Association ("NCAA").  The six other Conference Defendants in the Consolidated Action are: (1) the American Athletic Conference; (2) Conference USA; (3) the Mid-American Conference; (4) the Mountain West Conference; (5) the Sun Belt Conference; and (6) the Western Athletic Conference (collectively, the "Six Conferences").

      2.      By way of this stipulation, the Six Conferences in the Consolidated Actions and the NCAA shall have the same rights and obligations under the Second Addendum to Stipulated Protective Order as the Conference Defendants who negotiated and signed the Second Addendum to Stipulated Protective Order, and Plaintiffs will have the same rights and obligations with regard to the Six Conferences and the NCAA as they do with regard to the Conference Defendants who negotiated and signed the Second Addendum to the Stipulated Protective Order.

      3.      The Second Addendum to Stipulated Protective Order was signed by certain media networks that formally intervened into this litigation: (1) ESPN entities (ESPN, Inc., ESPN Enterprises, Inc., and American Broadcasting Companies, Inc.); (2) Fox entities (Fox Broadcasting Company, Fox Cable Networks, Inc., and Fox International Channels (US), Inc.); and (3) CBS Broadcasting Inc. (collectively, the "Network Intervenors").  By way of this stipulation, the rights and obligations of the Network Intervenors under the Second Addendum to Stipulated Protective Order will apply not just to the Network Intervenors but to all media networks (including their various entities, affiliates and assigns) that are partners of any of the eleven Conference Defendants in this litigation or the NCAA, and which have an interest in the litigation, regardless of whether

each has formally intervened in this litigation.  Each such media network will be considered by the parties to be—and will receive the same treatment as—a Network Intervenor solely for purposes of the Second Addendum to Stipulated Protective Order and shall not otherwise be treated as having intervened in this litigation absent a formal motion to intervene by such network.  However, nothing in this stipulation shall prevent any media network or any other party from intervening in this litigation.

    IT IS SO STIPULATED.

Dated: November 11, 2016                        Respectfully submitted,

By /s/ Steve W. Berman
    Steve W. Berman (*pro hac vice*)
    Craig R. Spiegel (SBN 122000)
    Ashley A. Bede (*pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Facsimile:  (206) 623-0594
    *steve@hbsslaw.com*
    *craigs@hbsslaw.com*
    *ashleyb@hbsslaw.com*

    Jeff D. Friedman (SBN 173886)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    *jefff@hbsslaw.com*

By  /s/ Bruce L. Simon
    Bruce L. Simon (SBN 96241)
    Aaron M. Sheanin (SBN 214472)
    Benjamin E. Shiftan (SBN 265767)
    PEARSON, SIMON & WARSHAW, LLP
    44 Montgomery Street, Suite 2450
    San Francisco, CA 94104
    Telephone:  (415) 433-9000
    Facsimile:   (415) 433-9008
    *bsimon@pswlaw.com*
    *asheanin@pswlaw.com*
    *bshiftan@pswlaw.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By /s/ Jeffrey L. Kessler
    Jeffrey L. Kessler (*pro hac vice*)
    David G. Feher (*pro hac vice*)
    David L. Greenspan (*pro hac vice*)
    Jennifer M. Stewart (*pro hac vice*)
    Joseph A. Litman (*pro hac vice*)
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    *jkessler@winston.com*
    *dfeher@winston.com*
    *dgreenspan@winston.com*
    *jstewart@winston.com*
    *jlitman@winston.com*

    Sean D. Meenan (SBN 260466)
    Jeanifer E. Parsigian (SBN 289001)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400
    *smeenan@winston.com*
    *jparsigian@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

871859.1      2

STIPULATION AND [PROPOSED] ORDER REGARDING THIRD ADDENDUM TO STIPULATED PROTECTIVE ORDER- CASE NOS. 4:14-MD-02541-CW; 4:14-CV-02758-CW

Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany L. Caracuzzo (SBN 190687)
Shiho Yamamoto (SBN 264741)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone:  (415) 692-0772
Facsimile:   (415) 366-6110

*Additional Class Counsel*

| **POLSINELLI PC** | **COVINGTON & BURLING LLP** |
|---|---|
| By:  /s/ Leane K. Capps | By:  /s/ Benjamin C. Block |
| Leane K. Capps (*pro hac vice*) | Benjamin C. Block (*pro hac vice*) |
| Caitlin J. Morgan (*pro hac vice*) | One CityCenter |
| 2950 N. Harwood, Suite 2100 | 850 Tenth Street, N.W. |
| Dallas, TX 75201 | Washington, DC 20001-4956 |
| Telephone: (214) 397-0030 | Telephone: (202) 662-5205 |
| Facsimile: (214) 397-0033 | Facsimile: (202) 778-5205 |
| Email: lcapps@polsinelli.com | bblock@cov.com |
| Email: cmorgan@polsinelli.com | |
| | Rebecca A. Jacobs (SBN 294430) |
| Mit S. Winter (SBN 238515) | One Front Street |
| Amy D. Fitts (*pro hac vice*) | San Francisco, CA 94111-5356 |
| 900 W. 48th Place | Telephone: (415) 591-6000 |
| Kansas City, MO 64112 | Facsimile: (415) 591-6091 |
| Telephone: (816) 753-1000 | rjacobs@cov.com |
| Facsimile: (816) 753-1536 | |
| Email: mwinter@polsinelli.com | Attorneys for Defendant |
| Email: afitts@polsinelli.com | AMERICAN ATHLETIC CONFERENCE |
| | |
| Wesley D. Hurst (SBN 127564) | |
| 2049 Century Park East, Suite 2300 | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 556-1801 | |
| Facsimile: (310) 556-1802 | |
| Email: whurst@polsinelli.com | |
| | |
| Attorneys for Defendant | |
| CONFERENCE USA | |

871859.1

3

STIPULATION AND [PROPOSED] ORDER REGARDING THIRD ADDENDUM TO STIPULATED PROTECTIVE ORDER- CASE NOS. 4:14-MD-02541-CW; 4:14-CV-02758-CW

| | |
|---|---|
| **WALTER HAVERFIELD LLP** | **BRYAN CAVE LLP** |
| By:  /s/ R. Todd Hunt<br>R. Todd Hunt (*pro hac vice*)<br>The Tower at Erieview<br>1301 E. 9th Street, Suite 3500<br>Cleveland, OH 44114-1821<br>Telephone: (216) 928-2935<br>Facsimile: (216) 916-2372<br>rthunt@walterhav.com<br><br>Attorneys for Defendant<br>MID-AMERICAN CONFERENCE | By:  /s/ Adam Brezine<br>Adam Brezine (SBN 220852)<br>560 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 674-3400<br>Facsimile: (415) 675-3434<br>adam.brezine@bryancave.com<br><br>Richard Young (*pro hac vice*)<br>Brent Rychener (*pro hac vice*)<br>90 South Cascade Avenue, Suite 1300<br>Colorado Springs, CO 80903<br>Telephone: (719) 473-3800<br>Facsimile: (719) 633-1518<br>richard.young@bryancave.com<br>brent.rychener@bryancave.com<br><br>Attorneys for Defendant<br>MOUNTAIN WEST CONFERENCE |
| **JONES WALKER LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| By:  /s/ Mark A. Cunningham<br>Mark A. Cunningham (*pro hac vice*)<br>201 St. Charles Avenue<br>New Orleans, LA 70170-5100<br>Telephone: (504) 582-8536<br>Facsimile: (504) 589-8536<br>mcunningham@joneswalker.com<br><br>Attorneys for Defendant<br>SUN BELT CONFERENCE | By:  /s/ Karen Hoffman Lent<br>Karen Hoffman Lent (*pro hac vice*)<br>Jeffrey A. Mishkin (*pro hac vice*)<br>Four Times Square<br>New York, NY  10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>jeffrey.mishkin@skadden.com<br>karen.lent@skadden.com<br><br>Raoul D. Kennedy (SBN 40892)<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br>raoul.kennedy@skadden.com<br><br>Attorneys for Defendants<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION<br>and<br>WESTERN ATHLETIC CONFERENCE |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatory above.

/s/ Jeffrey L. Kessler
Jeffrey L. Kessler

1  IT IS SO ORDERED.

2

3  Dated: _____

4  THE HON. NATHANAEL COUSINS
   UNITED STATES DISTRICT COURT FOR THE
5  NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| 11/11/2016 | 540 | **Order granting 539 Stipulation entered by Magistrate Judge Nathanael M. Cousins. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 11/11/2016)** |