# EXHIBIT E

Sean Eskovitz (SBN 241877)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Blvd., Ste. 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
*seskovitz@wilkinsonwalsh.com*

Beth A. Wilkinson (*pro hac vice*)
Alexandra M. Walsh (*pro hac vice*)
Brian L. Stekloff (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
*bwilkinson@wilkinsonwalsh.com*
*awalsh@wilkinsonwalsh.com*
*bstekloff@wilkinsonwalsh.com*
*rkilaru@wilksinsonwalsh.com*

Jeffrey A. Mishkin (*pro hac vice*)
Karen Hoffman Lent (*pro hac vice*)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile (212) 735-2000
*jeffrey.mishkin@skadden.com*
*karen.lent@skadden.com*
*Counsel for Defendant NCAA*
[Additional counsel listed on signature page]

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
*steve@hbsslaw.com*

Bruce L. Simon (SBN 96241)
PEARSON, SIMON & WARSHAW, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
*bsimon@pswlaw.com*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
*jkessler@winston.com*
*dfeher@winston.com*
*dgreenspan@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | Case No. 4:14-md-02541-CW<br>Case No. 14-cv-02758-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SECOND ADDENDUM TO STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Claudia Wilken |

1   All parties and Network Intervenors, by and through their respective counsel, hereby agree and stipulate to the below as it relates to the Second Addendum to the "Stipulated Protective Order Regarding Confidentiality of Documents and Materials" (the "Second Addendum") (Dkt. 512) entered by the Court on October 12, 2016:

2.  1.  The Second Addendum was negotiated and signed between Plaintiffs and only five of the Conference Defendants in the Consolidated Action: (1) Atlantic Coast Conference; (2) The Big Ten Conference, Inc.; (3) The Big 12 Conference, Inc.; (4) Pac-12 Conference; and (5) Southeastern Conference. (Dkt. 508.)

3.  2.  On November 11, 2016, Magistrate Judge Nathaniel M. Cousins entered via minute entry (Dkt. 540) the Third Addendum to the Stipulated Protective Order (Dkt. 539) (the "Third Addendum"). The Third Addendum was signed and entered for the purpose of applying the terms of the Second Addendum to the six other Conference Defendants in the Consolidated Action and the National Collegiate Athletic Association ("NCAA"). The six other Conference Defendants in the Consolidated Action are: (1) the American Athletic Conference; (2) Conference USA; (3) the Mid-American Conference; (4) the Mountain West Conference; (5) the Sun Belt Conference; and (6) the Western Athletic Conference (collectively, the "Six Conferences").

4.  3.  The Second Addendum was also signed by certain media networks that formally intervened in this litigation: (1) ESPN entities (ESPN, Inc., ESPN Enterprises, Inc., and American Broadcasting Companies, Inc.); (2) Fox entities (Fox Broadcasting Company, Fox Cable Networks, Inc., and Fox International Channels (US), Inc.); and (3) CBS Broadcasting Inc. (collectively, the "Network Intervenors"). By way of the Third Addendum, the rights and obligations of the Network Intervenors under the Second Addendum were extended to apply not just to the Network Intervenors, but to all media networks (including their various entities, affiliates and assigns) that are partners of any of the eleven Conference Defendants in this litigation or the NCAA, and which have an interest in the litigation, regardless of whether each has formally intervened in this litigation.

5.  4.  Absent Network Intervenor permission, the Second Addendum and Third Addendum limit the involvement of defense counsel who receive information that is designated "Network Strictly Confidential – Outside Litigation Counsel Only" ("NSC"), which is defined in Paragraph 4 of the

Second Addendum.  Specifically, Paragraph 7(a)(2) of the Second Addendum provides:

> [A]ny individual attorney who reviews Network Strictly Confidential – Outside Litigation Counsel Only Information of a Network Intervenor to which such attorney did not have access prior to production of such Information in this action may not, absent written permission from such Network Intervenor, participate directly or indirectly on or before March 31, 2021 in negotiating any media, network, or broadcasting contract, agreement, arrangement, or understanding with such Network Intervenor, except that nothing in this Addendum shall be construed to require a Network Intervenor's permission for any individual attorney's participation in negotiating any agreements, arrangements, or understandings pertaining to discovery, motion practice, or other litigation-related matters in this lawsuit pertaining to Network Strictly Confidential – Outside Litigation Counsel Only Information of a Network Intervenor.

5. Trial of this matter is scheduled to begin on September 4, 2018.  The parties' pretrial filings identify as proposed exhibits and testimony for trial certain information that is designated NSC pursuant to the Second Addendum.  A number of defense counsel implicated by the terms of Paragraph 7(a)(2) of the Second Addendum intend to attend the trial, in whole or in part.  Counsel for the Network Intervenors may also attend the trial, in whole or in part.

6. The parties and Network Intervenors therefore stipulate and agree that the restriction imposed by Paragraph 7(a)(2) of the Second Addendum be modified as follows for purposes of the forthcoming trial only:  to the extent NSC information is inadvertently revealed at trial by any exhibit, witness, the Court, or oral presentation by counsel, defense counsel and counsel for the Network Intervenors shall not, solely as a result of such disclosure, be barred from future negotiations under Paragraph 7(a)(2) of the Second Addendum.  To the extent NSC Information is permissibly used at trial, including over the objection of a Network Intervenor, and regardless of whether the information is later sealed, then defense counsel and counsel for the Network Intervenors shall not, solely as a result of such disclosure, be barred from future negotiations under Paragraph 7(a)(2) of the Second Addendum.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 4, 2018 | Respectfully submitted, |

By */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
   Craig Spiegel (SBN122000)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
   *steve@hbsslaw.com*
   *craigs@hbsslaw.com*

   Jeff D. Friedman (SBN 173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
   Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
   *jefff@hbsslaw.com*

By */s/ Bruce L. Simon*
   Bruce L. Simon (SBN 96241)
   Benjamin E. Shiftan (SBN 265767)
   PEARSON, SIMON & WARSHAW, LLP
   44 Montgomery Street, Suite 2450
   San Francisco, CA 94104
   Telephone: (415) 433-9000
   Facsimile: (415) 433-9008
   *bsimon@pswlaw.com*
   *bshiftan@pswlaw.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By */s/ Jeffrey L. Kessler*
   Jeffrey L. Kessler (*pro hac vice*)
   David G. Feher (*pro hac vice*)
   David L. Greenspan (*pro hac vice*)
   Jennifer M. Stewart (*pro hac vice*)
   Joseph A. Litman (*pro hac vice*)
   WINSTON & STRAWN LLP
   200 Park Avenue
   New York, NY 10166-4193
   Telephone: (212) 294-6700
   Facsimile: (212) 294-4700
   *jkessler@winston.com*
   *dfeher@winston.com*
   *dgreenspan@winston.com*
   *jstewart@winston.com*
   *jlitman@winston.com*

   Sean D. Meenan (SBN 260466)
   Jeanifer E. Parsigian (SBN 289001)
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA 94111
   Telephone: (415) 591-1000
   Facsimile: (415) 591-1400
   *smeenan@winston.com*
   *jparsigian@winston.com*

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

By */s/ Elizabeth C. Pritzker*
   Elizabeth C. Pritzker (SBN 146267)
   Jonathan K. Levine (SBN 220289)
   Bethany L. Caracuzzo (SBN 190687)
   PRITZKER LEVINE LLP
   180 Grand Avenue, Suite 1390
   Oakland, California 94612
   Telephone: (415) 692-0772
   Facsimile: (415) 366-6110

*Additional Class Counsel*

| | |
|---|---|
| By: */s/ Beth A. Wilkinson* <br> Beth A. Wilkinson (*pro hac vice*) <br> Alexandra M Walsh (*pro hac vice*) <br> Brian L. Stekloff (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> *bwilkinson@wilkinsonwalsh.com* <br> *awalsh@wilkinsonwalsh.com* <br> *bstekloff@wilkinsonwalsh.com* <br> *rkilaru@wilkinsonwalsh.com* <br><br> Sean Eskovitz (SBN 241877) <br> WILKINSON WALSH + ESKOVITZ LLP <br> 11726 San Vicente Blvd., Suite 600 <br> Los Angeles, CA 90049 <br> Telephone: (424) 316-4000 <br> Facsimile: (202) 847-4005 <br> *seskovitz@wilkinsonwalsh.com* <br><br> *Attorneys for Defendant National Collegiate Athletic Association* | By: */s/ Jeffrey A. Mishkin* <br> Jeffrey A. Mishkin (*pro hac vice*) <br> Karen Hoffman Lent (*pro hac vice*) <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> Four Times Square <br> New York, NY 10036 <br> Telephone: (212) 735-3000 <br> Facsimile (212) 735-2000 <br> *jeffrey.mishkin@skadden.com* <br> *karen.lent@skadden.com* <br><br> Raoul D. Kennedy (SBN 40892) <br> SKADDEN ARPS SLATE MEAGHER & FLOM LLP <br> 525 University Avenue, Suite 1100 <br> Palo Alto, California 94301 <br> Telephone: (650) 470-4500 <br> Facsimile: (650) 470-4570 <br> *raoul.kennedy@skadden.com* <br><br><br> *Attorneys for Defendant National Collegiate Athletic Association and Western Athletic Conference* |
| By: */s/ Bart H. Williams* <br> Bart H. Williams (SBN 134009) <br> Scott P. Cooper (SBN 96905) <br> Kyle A. Casazza (SBN 254061) <br> Jennifer L. Jones (SBN 284624) <br> Shawn S. Ledingham, Jr. (SBN 275268) <br> Jacquelyn N. Crawley (SBN 287798) <br> PROSKAUER ROSE LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067 <br> Telephone: (310) 557-2900 <br> Facsimile: (310) 557-2193 <br> *bwilliams@proskauer.com* <br> *scooper@proskauer.com* <br> *kcasazza@proskauer.com* <br> *jljones@proskauer.com* <br> *sledingham@proskauer.com* <br> *jcrawley@proskauer.com* <br><br> *Attorneys for Defendant Pac-12 Conference* | By: */s/ Britt M. Miller* <br> Andrew S. Rosenman (SBN 253764) <br> Britt M. Miller (*pro hac vice*) <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> *arosenman@mayerbrown.com* <br> *bmiller@mayerbrown.com* <br><br> Richard J. Favretto (*pro hac vice*) <br> MAYER BROWN LLP <br> 1999 K Street, N.W. <br> Washington, DC 20006 <br> Telephone: (202) 263-3000 <br> Facsimile: (202) 263-3300 <br> *rfavretto@mayerbrown.com* <br><br> *Attorneys for Defendant The Big Ten Conference, Inc.* |

| | | | |
|---|---|---|---|
| 1 | By: _____*/s/ Leane K. Capps*_____ | By: _____*/s/ Robert W. Fuller*_____ | |

By:   */s/ Leane K. Capps*
     Leane K. Capps (*pro hac vice*)
     Caitlin J. Morgan (*pro hac vice*)
     POLSINELLI PC
     2950 N. Harwood Street
     Suite 2100
     Dallas, TX 75201
     Telephone:  (214) 397-0030
     lcapps@polsinelli.com
     cmorgan@polsinelli.com

     Amy D. Fitts (*pro hac vice*)
     Mit Winter (SBN 238515)
     POLSINELLI PC
     120 W. 12th Street
     Kansas City, MO 64105
     Telephone: (816) 218-1255
     afitts@polsinelli.com
     mwinter@polsinelli.com

     Wesley D. Hurst (SBN 127564)
     POLSINELLI PC
     2049 Century Park East, Suite 2300
     Los Angeles, CA 90067
     Telephone:  (310) 556-1801
     whurst@polsinelli.com

     *Attorneys for Defendants*
     *The Big 12 Conference, Inc. and*
     *Conference USA, Inc.*

By:   */s/ Robert W. Fuller*
     Robert W. Fuller, III (*pro hac vice*)
     Nathan C. Chase Jr. (SBN 247526)
     Lawrence C. Moore, III (*pro hac vice*)
     Pearlynn G. Houck (*pro hac vice*)
     Amanda R. Pickens (*pro hac vice*)
     ROBINSON BRADSHAW & HINSON
     101 N. Tryon St., Suite 1900
     Charlotte, NC 28246
     Telephone:  (704) 377-2536
     Facsimile:  (704) 378-4000
     rfuller@rbh.com
     nchase@rbh.com
     lmoore@rbh.com
     phouck@rbh.com
     apickens@rbh.com

     Mark J. Seifert (SBN 217054)
     SEIFERT LAW FIRM
     425 Market Street, Suite 2200
     San Francisco, CA 94105
     Telephone:  (415) 999-0901
     Facsimile:  (415) 901-1123
     mseifert@seifertfirm.com

     *Attorneys for Defendant*
     *Southeastern Conference*

By: _____*/s/ D. Erik Albright*_____
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
SMITH MOORE LEATHERWOOD
LLP 300 North Greene Street, Suite 1400
Greensboro, NC 27401
Telephone:  (336) 378-5368
Facsimile:  (336) 433-7402
erik.albright@smithmoorelaw.com
greg.holland@smithmoorelaw.com

Jonathan P. Heyl (*pro hac vice*)
SMITH MOORE LEATHERWOOD
LLP 101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone:  (704) 384-2625
Facsimile:  (704) 384-2909
jon.heyl@smithmoorelaw.com

Charles LaGrange Coleman, III (SBN 65496)
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111-4624
Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
ccoleman@hklaw.com

*Attorneys for Defendant
the Atlantic Coast Conference*


By: _____*/s/ R. Todd Hunt*_____
R. Todd Hunt (*pro hac vice*)
Benjamin G. Chojnacki (*pro hac vice*)
WALTER HAVERFIELD LLP
The Tower at Erieview
1301 E. 9th Street, Suite 3500
Cleveland, OH 44114-1821
Telephone:  (216) 928-2935
Facsimile:  (216) 916-2372
rthunt@walterhav.com
bchojnacki@walterhav.com

*Attorneys for Defendant Mid-American Conference*

By: _____*/s/ Benjamin C. Block*_____
Benjamin C. Block (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001-4956
Telephone:  (202) 662-5205
Facsimile:  (202) 778-5205
bblock@cov.com

Rebecca A. Jacobs (SBN 294430)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
rjacobs@cov.com

*Attorneys for Defendant
American Athletic Conference*

By: _____*/s/ Meryl Macklin*_____
Meryl Macklin (SBN 115053)
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  (415) 268-1981
Facsimile:  (415) 430-4381
meryl.macklin@bryancave.com

Richard Young (*pro hac vice*)
Brent Rychener (*pro hac vice*)
BRYAN CAVE LLP
90 South Cascade Avenue, Suite 1300
Colorado Springs, CO 80903
Telephone:  (719) 473-3800
Facsimile:  (719) 633-1518
richard.young@bryancave.com
brent.rychener@bryancave.com

*Attorneys for Defendant Mountain West Conference*

- 6 -

| | | | |
|---|---|---|---|
| 1 | By: */s/ Mark A. Cunningham* | By: */s/ David R. Singer* | |

By:   */s/ Mark A. Cunningham*
       Mark A. Cunningham (*pro hac vice*)
       JONES WALKER LLP
       201 St. Charles Avenue
       New Orleans, LA 70170-5100
       Telephone:  (504) 582-8536
       Facsimile:  (504) 589-8536
       mcunningham@joneswalker.com

       *Attorneys for Defendant*
       *Sun Belt Conference*

By:   */s/ Yehudah L. Buchweitz*
       Christopher J. Cox (Bar No. 151650)
       Email: chris.cox@weil.com
       David R. Singh (Bar No. 300840)
       Email: david.singh@weil.com
       WEIL, GOTSHAL & MANGES LLP
       201 Redwood Shores Parkway
       Redwood Shores, Ca 94065
       Telephone: (650) 802-3000
       Facsimile: (650) 802-3100

       James W. Quinn (pro hac vice)
       Email: james.quinn@weil.com
       Yehudah L. Buchweitz (pro hac vice)
       Email: yehudah.buchweitz@weil.com
       WEIL, GOTSHAL & MANGES LLP 7
       67 Fifth Avenue New York, NY 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       *Attorneys for intervenor CBS*
       *Broadcasting Inc.*

By:   */s/ David R. Singer*
       Richard L. Stone (Cal. Bar No. 110022)
       rstone@jenner.com
       David R. Singer (Cal. Bar No. 204699)
       dsinger@jenner.com
       Jeffrey A. Atteberry (Cal. Bar No. 266728)
       jatteberry@jenner.com
       JENNER & BLOCK LLP
       633 West 5th Street, Suite 3600
       Los Angeles, California 90071
       Telephone: (213) 239-5100
       Facsimile: (213) 239-5199

       *Counsel for intervenors Fox Broadcasting*
       *Company, Fox Cable Networks, Inc., and*
       *Fox International Channels (US), Inc.*

By:   */s/ David Kumagai*
       Evan R. Chesler (admitted to N.D. Cal. on September 24, 1982)
       J. Wesley Earnhardt (pro hac vice)
       David Kumagai (pro hac vice)
       CRAVATH, SWAINE & MOORE LLP
       Worldwide Plaza
       825 Eighth Avenue New York, NY 10019-7475
       Telephone: (212) 474-1000
       Facsimile: (212) 474-3700
       echesler@cravath.com
       wearnhardt@cravath.com
       dkumagai@cravath.com

       *Attorneys for intervenors ESPN, Inc.,*
       *ESPN Enterprises, Inc., and American*
       *Broadcasting Companies, Inc.*

**SO ORDERED**

Dated:   September 4, 2018

_____
The Honorable Claudia Wilken
United States District Court Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Claudia Wilken]

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Jennifer L. Jones<br>JENNIFER L. JONES