**EXHIBIT F**

| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Craig R. Spiegel (SBN 122000) | David G. Feher (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Joseph A. Litman (*pro hac vice*) |
| 1918 Eighth Avenue, Suite 3300 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-6700 |
| *steveb@hbsslaw.com* | Facsimile: (212) 294-4700 |
| *craigs@hbsslaw.com* | *jkessler@winston.com* |
| *emilees@hbsslaw.com* | *dfeher@winston.com* |
| | *dgreenspan@winston.com* |
| Jeff D. Friedman (SBN 173886) | *jlitman@winston.com* |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 202 | Sean D. Meenan (SBN 260466) |
| Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (510) 725-3000 | WINSTON & STRAWN LLP |
| Facsimile: (510) 725-3001 | 101 California Street |
| *jefff@hbsslaw.com* | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| Bruce L. Simon (SBN 96241) | Facsimile: (415) 591-1400 |
| Benjamin E. Shiftan (SBN 265767) | *smeenan@winston.com* |
| PEARSON, SIMON & WARSHAW, LLP | *jparsigian@winston.com* |
| 350 Sansome Street, Suite 680 | |
| San Francisco, CA 94104 | *Class Counsel for Jenkins and Consolidated Action Plaintiffs* |
| Telephone: (415) 433-9000 | |
| Facsimile: (415) 433-9008 | |
| *bsimon@pswlaw.com* | |
| *bshiftan@pswlaw.com* | |

*Class Counsel for Jenkins and Consolidated Action Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | **Case Nos. 4:14-md-2541-CW (NC)**<br>**4:14-cv-02758-CW (NC)**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED PROTECTIVE ORDER** |

All parties, by their respective counsel, hereby agree and stipulate to this proposed Fourth Addendum to the "Stipulated Protective Order Regarding Confidentiality of Documents and Materials" (the "Protective Order") (Dkt. 189) entered by the Court on January 15, 2015:

1. Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Protective Order.

**ORDER REGARDING PRODUCTION OF BILLING RECORDS**

2. On August 21, 2019, the Court held a hearing on the following motions: Plaintiffs' Motion for Attorney Fees, Expenses and Service Awards (Dkt. 1169) ("Plaintiffs' Motion for Fees and Costs"); Joint Statement of Discovery Dispute Regarding Plaintiffs' Motion for Attorney Fees (Dkt. 1184) (the "Discovery Dispute"); Motion for Review of Clerk's Taxation of Costs (Dkt. 1193); and Administrative Motion to Vacate Taxed Costs Order (Dkt. 1194).

3. As to the Discovery Dispute (Dkt. 1184), the Court ordered Plaintiffs to produce the billing records underlying Plaintiffs' Motion for Fees and Costs to enable Defendants to review time entries for tasks, if any, that Defendants contend are non-compensable, and not for any other purpose.[1]

4. The Court did not compel waiver of privilege and ordered the parties to meet and confer regarding a protective order.

**ADDITIONAL CATEGORY OF PROTECTED INFORMATION**

5. The Protective Order will recognize a new category of discovery called "Highly Confidential Billing Records – Outside Counsel Only." Any party or non-party may designate as "Highly Confidential Billing Records – Outside Counsel Only" any document, production, filing, or anything else furnished during the course of these actions that includes or concerns information in any party or non-party's billing records (by stating on the first page or in an accompanying letter that it is "Highly Confidential Billing Records – Outside Counsel Only"). Highly Confidential Billing Records – Outside Counsel Only Information may be disclosed only to those persons set forth in Paragraph 6 below.

---

[1] The parties reserve all rights with respect to potential disputes related to (1) the scope of challenges Defendants are permitted to make; and (2) the production of expense reports.

1

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED
PROTECTIVE ORDER - CASE NOS. 4:14-MD-02541-CW (NC) / CASE NO. 4:14-CV-02758-CW (NC)

**PERMISSIBLE DISCLOSURES AND USES OF INFORMATION**

6. Highly Confidential Billing Records – Outside Counsel Only Information (that is designated as such in accordance with the terms of the Protective Order and this Fourth Addendum) shall not be disclosed or used, except to the following persons, and then only to the extent necessary to litigate Plaintiffs' Motion for Fees and Costs:

    a. Defendants' outside litigation counsel of record, including lawyers and other members and employees of those law firms assisting with litigation-related tasks in this case;

    b. The Court, court personnel and court reporters; and

    c. Persons or entities that provide litigation support services (e.g., photocopying; videotaping; translating; preparing exhibits or demonstrations; organizing, storing, retrieving data in any form or medium; etc.) and their employees and subcontractors, provided that such persons or entities shall execute a copy of the certification annexed to this Addendum as Exhibit A before being shown or given any Highly Confidential Billing Records – Outside Counsel Only Information.

**FILING DOCUMENTS UNDER SEAL**

7. No Highly Confidential Billing Records – Outside Counsel Only Information shall be filed in the public record without either the written permission of Plaintiffs' counsel or a court order denying an Administrative Motion to File Under Seal such Highly Confidential Billing Records – Outside Counsel Only Information, provided that in the event any Administrative Motion to file Under Seal such Highly Confidential Billing Records – Outside Counsel Only Information is denied, the Plaintiffs and the filing party agree to meet and confer within three (3) calendar days to discuss in good faith alternatives to filing the Highly Confidential Billing Records – Outside Counsel Only Information on the public record. Plaintiffs preserve their rights to seek a writ of mandamus from the Ninth Circuit and/or a stay of any order denying an Administrative Motion to File Under Seal. The parties shall otherwise comply with the applicable court rules (*e.g.*, N.D. Cal. Civil L.R. 79-5) regarding filing of documents under seal. Copies of any pleading, brief, or other document containing Highly Confidential Billing Records – Outside Counsel Only Information which is served on opposing counsel shall be stamped "HIGHLY CONFIDENTIAL BILLING RECORDS – OUTSIDE COUNSEL ONLY

1   INFORMATION PURSUANT TO PROTECTIVE ORDER", shall be transmitted via email or cover
2   letter and envelope bearing similar designation, and shall be treated in accordance with the provisions
3   of the Protective Order, as amended. Defendants agree not to oppose a motion to seal Highly
4   Confidential Billing Records – Outside Counsel Only Information.

**NO WAIVER**

6   8. While Plaintiffs reserve the right to redact billing records and Defendants reserve the right to challenge Plaintiffs' redaction of such records, the production of billing records, regardless of content, shall not be deemed to waive any applicable privilege or work product protection or to affect the ability of a party to seek relief for an inadvertent disclosure of material protected by privilege or work product protection. Pursuant to the Court's authority under Federal Rule of Evidence 502 and any other applicable law, rule, or legal principal, the inadvertent production of documents or information subject to the attorney-client privilege or work-product immunity shall not waive the privilege or immunity if a request for the return of such documents or information is made promptly after the Disclosing Party learns of its inadvertent production.

**INCORPORATION OF PROTECTIVE ORDER**

9. Except as set forth herein, for purposes of all Paragraphs of the Protective Order except Paragraph 13, Highly Confidential Billing Records – Outside Counsel Only Information will receive the same treatment under each such Paragraph as Highly Confidential – Counsel Only Information.

10. Except as set forth herein, any challenges or objections concerning the designation of information as Highly Confidential Billing Records – Outside Counsel Only Information shall be made pursuant to the procedures set forth in Paragraph 14 of the Protective Order.

11. Except as set forth herein, the Protective Order, including but not limited to all provisions related to the nondisclosure of protected information, and the return or destruction of protected information after the final termination of the litigation, are expressly incorporated into this Fourth Addendum and remain in full force and effect.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 13, 2019 | Respectfully submitted, |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |

3  By   */s/ Steve W. Berman*   By   */s/ Jeffrey L. Kessler*
STEVE W. BERMAN (*pro hac vice*)   JEFFREY L. KESSLER (*pro hac vice*)

Craig R. Spiegel (SBN 122000)   David G. Feher (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)   David L. Greenspan (*pro hac vice*)
1918 Eighth Avenue, Suite 3300   Joseph A. Litman (*pro hac vice*)
Seattle, WA 98101   200 Park Avenue
Telephone: (206) 623-7292   New York, NY 10166-4193
Facsimile:  (206) 623-0594   Telephone: (212) 294-6700
*steveb@hbsslaw.com*   Facsimile: (212) 294-4700
*craigs@hbsslaw.com*   *jkessler@winston.com*
*emilees@hbsslaw.com*   *dfeher@winston.com*
   *dgreenspan@winston.com*
Jeff D. Friedman (SBN 173886)   *jlitman@winston.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202   Sean D. Meenan (SBN 260466)
Berkeley, CA 94710   Jeanifer E. Parsigian (SBN 289001)
Telephone: (510) 725-3000   WINSTON & STRAWN LLP
Facsimile: (510) 725-3001   101 California Street
*jefff@hbsslaw.com*   San Francisco, CA 94111
   Telephone: (415) 591-1000
PEARSON, SIMON & WARSHAW, LLP   Facsimile: (415) 591-1400
   *smeenan@winston.com*
By   */s/ Bruce L. Simon*   *jparsigian@winston.com*
BRUCE L. SIMON (SBN 96241)
Benjamin E. Shiftan (SBN 265767)
350 Sansome Street, Suite 680   *Class Counsel for Jenkins and Consolidated*
San Francisco, CA 94104   *Action Plaintiffs*
Telephone:  (415) 433-9000
Facsimile:   (415) 433-9008
*bsimon@pswlaw.com*
*bshiftan@pswlaw.com*

*Class Counsel for Jenkins and Consolidated
Action Plaintiffs*

By   */s/ Elizabeth C. Pritzker*
Elizabeth C. Pritzker (SBN 146267)
Jonathan K. Levine (SBN 220289)
Bethany L. Caracuzzo (SBN 190687)
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

*Additional Class Counsel*

4

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED
PROTECTIVE ORDER - Case Nos. 4:14-md-02541-CW (NC) / Case No. 4:14-cv-02758-CW (NC)

| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP**<br><br>By:   */s/ Beth A. Wilkinson*<br>Beth A. Wilkinson (*pro hac vice*)<br>Brant W. Bishop, P.C. (*pro hac vice*)<br>James Rosenthal (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonwalsh.com<br>bbishop@wilkinsonwalsh.com<br>jrosenthal@wilkinsonwalsh.com<br><br>Sean Eskovitz (SBN 241877)<br>11601 Wilshire Boulevard, Suite 600<br>Los Angeles, CA 90025<br>Telephone:  (424) 316-4000<br>Facsimile:  (202) 847-4005<br>seskovitz@wilkinsonwalsh.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>By:   */s/ Jeffrey A. Mishkin*<br>Jeffrey A. Mishkin (*pro hac vice*)<br>Karen Hoffman Lent (*pro hac vice*)<br>Four Times Square<br>New York, NY 10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (212) 735-2000<br>jeffrey.mishkin@skadden.com<br>karen.lent@skadden.com<br><br>Patrick Hammon (SBN 255047)<br>525 University Avenue, Suite 1100<br>Palo Alto, CA 94301<br>Telephone:  (650) 470-4500<br>Facsimile:  (650) 470-4570<br>patrick.hammon@skadden.com<br><br>Attorneys for Defendants<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and WESTERN ATHLETIC CONFERENCE |
| **PROSKAUER ROSE LLP**<br><br>By:   */s/ Bart H. Williams*<br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Jennifer L. Jones (SBN 284624)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br><br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone:  (310) 557-2900<br>Facsimile:  (310) 557-2193<br>scooper@proskauer.com<br>bwilliams@proskauer.com<br>kcasazza@proskauer.com<br>jljones@proskauer.com<br>sledingham@proskauer.com<br>jcrawley@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE | **MAYER BROWN LLP**<br><br>By:   */s/ Britt M. Miller*<br>Andrew S. Rosenman (SBN 253764)<br>Britt M. Miller (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br><br>Richard J. Favretto (*pro hac vice*)<br>1999 K Street, N.W.<br>Washington, DC  20006<br>Telephone:  (202) 263-3000<br>Facsimile:  (202) 263-3300<br>rfavretto@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. |

5

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED
PROTECTIVE ORDER - CASE NOS. 4:14-MD-02541-CW (NC) / CASE NO. 4:14-CV-02758-CW (NC)

| | |
|---|---|
| **POLSINELLI PC** | **ROBINSON BRADSHAW & HINSON** |
| By:    */s/ Leane K. Capps*<br>Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone:  (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br>mwinter@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone:  (310) 556-1801<br>whurst@polsinelli.com<br><br>Attorneys for Defendants<br>THE BIG 12 CONFERENCE, INC. and<br>CONFERENCE USA, INC. | By:    */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Nathan C. Chase Jr. (SBN 247526)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda R. Pickens (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@rbh.com<br>nchase@rbh.com<br>lmoore@rbh.com<br>phouck@rbh.com<br>apickens@rbh.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>425 Market Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

6

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED
PROTECTIVE ORDER - CASE NOS. 4:14-MD-02541-CW (NC) / CASE NO. 4:14-CV-02758-CW (NC)

| | | |
|---|---|---|
| 1 | **FOX ROTHSCHILD LLP** | **COVINGTON & BURLING LLP** |
| 2 | By:      */s/ D. Erik Albright* | By:      */s/ Benjamin C. Block* |
|   | D. Erik Albright (*pro hac vice*) | Benjamin C. Block (*pro hac vice*) |
| 3 | Gregory G. Holland (*pro hac vice*) | One CityCenter |
|   | 300 N. Greene Street, Suite 1400 | 850 Tenth Street, N.W. |
| 4 | Greensboro, NC 27401 | Washington, DC 20001-4956 |
|   | Telephone:  (336) 378-5200 | Telephone:  (202) 662-5205 |
| 5 | Facsimile:  (336) 378-5400 | Facsimile:  (202) 778-5205 |
|   | ealbright@foxrothschild.com | bblock@cov.com |
| 6 | gholland@foxrothschild.com | |
|   | | Rebecca A. Jacobs (SBN 294430) |
| 7 | Jonathan P. Heyl (*pro hac vice*) | One Front Street |
|   | 101 N. Tryon Street, Suite 1300 | San Francisco, CA 94111-5356 |
| 8 | Charlotte, NC 28246 | Telephone:  (415) 591-6000 |
|   | Telephone:  (704) 384-2600 | Facsimile:  (415) 591-6091 |
| 9 | Facsimile:  (704) 384-2800 | rjacobs@cov.com |
|   | jheyl@foxrothschild.com | |
| 10 | | Attorneys for Defendant |
|   | Charles LaGrange Coleman, III (SBN 65496) | AMERICAN ATHLETIC CONFERENCE |
| 11 | HOLLAND & KNIGHT LLP | |
|   | 50 California Street, Suite 2800 | |
| 12 | San Francisco, CA 94111-4624 | |
|   | Telephone:  (415) 743-6970 | |
| 13 | Facsimile:  (415) 743-6910 | |
|   | ccoleman@hklaw.com | |
| 14 | | |
|   | Attorneys for Defendant | |
| 15 | THE ATLANTIC COAST CONFERENCE | |

7

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED
PROTECTIVE ORDER - CASE NOS. 4:14-MD-02541-CW (NC) / CASE NO. 4:14-CV-02758-CW (NC)

| | |
|---|---|
| **WALTER HAVERFIELD LLP** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| By:      /s/ R. Todd Hunt       | By:      /s/ Meryl Macklin       |
| R. Todd Hunt (*pro hac vice*) | Meryl Macklin (SBN 115053) |
| Benjamin G. Chojnacki (*pro hac vice*) | 560 Mission Street, 25th Floor |
| The Tower at Erieview | San Francisco, CA 94105 |
| 1301 E. 9th Street, Suite 3500 | Telephone:  (415) 268-1981 |
| Cleveland, OH 44114-1821 | Facsimile:  (415) 430-4381 |
| Telephone:  (216) 928-2935 | meryl.macklin@bryancave.com |
| Facsimile:  (216) 916-2372 | |
| rthunt@walterhav.com | Richard Young (*pro hac vice*) |
| bchojnacki@walterhav.com | Brent Rychener (*pro hac vice*) |
| | 90 South Cascade Avenue, Suite 1300 |
| Attorneys for Defendant | Colorado Springs, CO 80903 |
| MID-AMERICAN CONFERENCE | Telephone:  (719) 473-3800 |
| | Facsimile:  (719) 633-1518 |
| | richard.young@bryancave.com |
| | brent.rychener@bryancave.com |
| | |
| | Attorneys for Defendant |
| | MOUNTAIN WEST CONFERENCE |
| | |
| | **JONES WALKER LLP** |
| | |
| | By:      /s/ Mark A. Cunningham       |
| | Mark A. Cunningham (*pro hac vice*) |
| | 201 St. Charles Avenue |
| | New Orleans, LA 70170-5100 |
| | Telephone:  (504) 582-8536 |
| | Facsimile:  (504) 589-8536 |
| | mcunningham@joneswalker.com |
| | |
| | Attorneys for Defendant |
| | SUN BELT CONFERENCE |

8

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED
PROTECTIVE ORDER - Case Nos. 4:14-md-02541-CW (NC) / Case No. 4:14-cv-02758-CW (NC)

1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES,**

**IT IS SO ORDERED.**

Dated: _____

                                            _____
                                            The Honorable Claudia Wilken
                                            United States District Judge

10

STIPULATION AND [PROPOSED] ORDER REGARDING FOURTH ADDENDUM TO STIPULATED PROTECTIVE ORDER - Case Nos. 4:14-md-02541-CW (NC) / Case No. 4:14-cv-02758-CW (NC)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION | Case No. 14-md-02541 CW (NC)<br>Case No. 14-cv-02758 CW (NC)<br><br>**ORDER GRANTING STIPULATION ON FOURTH ADDENDUM TO PROTECTIVE ORDER**<br><br>Dkt. No. 1237 |

For good cause shown, the Court GRANTS ECF 1237, the stipulation regarding the fourth addendum to the protective order. For purposes of clarity, this order does not modify the standards or procedural requirements for filing materials under seal under N.D. Cal. Civil Local Rule 79-5. The parties must comply with Local Rule 79-5 if they seek to file materials under seal.

IT IS SO ORDERED.

Date: September 13, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-md-02541 CW (NC)