Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>  Defendants. | Case No. 4:20-cv-03919-CW<br>Case No. 4:20-cv-04527-CW<br><br>**DEFENDANT NCAA'S MOTION TO WITHDRAW AS COUNSEL**<br>Judge: Hon. Claudia Wilken |
| TYMIR OLIVER, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br> v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>  Defendants. | |

-1-

-2-

Defendant National Collegiate Athletic Association ("NCAA") respectfully moves this Court, pursuant to Local Rule 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-7000(A)(1), for an order allowing Tamarra Matthews Johnson of Wilkinson Stekloff LLP to withdraw her appearances as counsel for Defendant the NCAA in the *House* and *Oliver* matters. Ms. Matthews Johnson is leaving Wilkinson Stekloff LLP as of January 31, 2021.

Defendant NCAA will continue to be represented by all noticed counsel of Wilkinson Stekloff LLP.

Dated: January 29, 2021

Respectfully submitted,

By:    /s/Tamarra Matthews Johnson
**WILKINSON STEKLOFF LLP**
Tamarra Matthews Johnson (*pro hac vice*)
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
tmatthewsjohnson@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

**WILKINSON STEKLOFF LLP**
Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

-3-

**E-FILING ATTESTATION**

I, Tamarra Matthews Johnson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                          */s/ Tamarra Matthews Johnson*
                                          TAMARRA MATTHEWS JOHNSON