Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>     Defendants. | Case No. 4:20-cv-03919-CW<br>Case No. 4:20-cv-04527-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NCAA'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge: Hon. Claudia Wilken |
| TYMIR OLIVER, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>     Defendants. | |

-1-

-2-

Having considered the Motion by Defendant National Collegiate Athletic Association ("NCAA") to withdraw the appearance of Tamarra Matthews Johnson as counsel for the NCAA, and for good cause shown,

**IT IS HEREBY ORDERED** that Defendant NCAA's Motion is **GRANTED**, and Tamarra Matthews Johnson is terminated as counsel in this proceeding.

Dated: _____

HONORABLE CLAUDIA WILKEN
U.S. District Court Judge

**E-FILING ATTESTATION**

I, Tamarra Matthews Johnson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                          */s/ Tamarra Matthews Johnson*
                                          TAMARRA MATTHEWS JOHNSON