[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 4:20-cv-03919 CW<br>No. 4:20-cv-04527 CW<br><br>**STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE** |
| TYMIR OLIVER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>　　　　　　　　Defendants. | |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs Grant House, Sedona Prince, and Tymir Oliver, and Defendants the National Collegiate Athletic Association ("the NCAA"), the Pac-12 Conference ("the Pac-12"), The Big Ten Conference, Inc. ("The Big Ten"), The Big 12 Conference, Inc. ("The Big 12"), the Southeastern Conference ("the SEC"), and the Atlantic Coast Conference ("the ACC"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS pursuant to the Joint Stipulated Case Management Order ("Case Management Order"), the Stipulated Order Regarding Extension of Protective Order Deadline, and the Stipulation and Protective Order, the deadline for the Parties to file their Stipulated Supplemental Protective Order or submit outstanding disputes regarding an otherwise stipulated supplemental protective order is currently February 1, 2021 (*House* Dkt. Nos. 127, 133, 137; *Oliver* Dkt. Nos. 94, 100, 104);

WHEREAS the Parties have been working diligently to negotiate a Stipulated Supplemental Protective Order but have not yet finalized that filing;

WHEREAS the Parties wish to continue working together toward a Stipulated Supplemental Protective Order and believe that they will be able to accomplish an agreed form of stipulation if they are afforded an additional week to do so;

WHEREAS the requested one-week extension will have no effect on the schedule for either case;

WHEREAS the parties previously requested, and the Court granted, an extension of time for the Parties to file their Stipulated Supplemental Protective Order or submit outstanding disputes regarding an otherwise stipulated supplemental protective order until February 1, 2021;

**NOW THEREFORE, THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND REQUEST THAT:** The Parties shall have until February 8, 2021 to file their Stipulated Supplemental Protective Order or submit to the Court for resolution all outstanding disputes regarding the otherwise stipulated protective order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____    _____

Hon. Claudia A. Wilken

| | |
|---|---|
| 1 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 2 | |
| 3 | By:     */s/ Steve W. Berman* <br>       STEVE W. BERMAN |
| 4 | Steve W. Berman (*pro hac vice*) |
| 5 | Emilee N. Sisco (*pro hac vice*) <br> 1301 Second Avenue, Suite 2000 |
| 6 | Seattle, WA 98101 <br> Telephone: (206) 623-7292 |
| 7 | Facsimile: (206) 623-0594 <br> steve@hbsslaw.com |
| 8 | emilees@hbsslaw.com |
| 9 | Benjamin J. Siegel (SBN 256260) |
| 10 | HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 |
| 11 | Berkeley, CA 94710 <br> Telephone: (510) 725-3000 |
| 12 | Facsimile: (510) 725-3001 <br> bens@hbsslaw.com |
| 13 | |
| 14 | *Counsel for Plaintiffs and the Proposed Classes* |

| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br><br>By: ___*/s/ Beth A. Wilkinson*___<br><br>Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Tamarra Matthews Johnson (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br><br>Rahul Hari (SBN 313528)<br>11601 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90025<br>Telephone: (424) 291-9655<br>Facsimile: (202) 847-4005<br>rhari@wilkinsonstekloff.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **PROSKAUER ROSE LLP**<br><br>By: ___*/s/ Scott P. Cooper*___<br><br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>Jennifer L. Jones (SBN 284624)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br>bwilliams@proskauer.com<br>scooper@proskauer.com<br>kcasazza@proskauer.com<br>sledingham@proskauer.com<br>jljones@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE |

| | | |
|---|---|---|
| 1 | **MAYER BROWN LLP** | **ROBINSON BRADSHAW & HINSON, P.A.** |
| 2 | By: _/s/ Britt M. Miller_ | |
| 3 | Britt M. Miller (*pro hac vice*) | By: _/s/ Robert W. Fuller_ |
| 4 | Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive | Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*) |
| 5 | Chicago, IL 60606<br>Telephone: (312) 782-0600 | Pearlynn G. Houck (*pro hac vice*) |
| 6 | Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com | Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900 |
| 7 | mprovance@mayerbrown.com | Charlotte, NC 28246<br>Telephone: (704) 377-2536 |
| 8 | Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300 | Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com |
| 9 | 3000 El Camino Real<br>Palo Alto, CA 94306 | lmoore@robinsonbradshaw.com<br>phouck@robinsonbradshaw.com |
| 10 | Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060 | apickens@robinsonbradshaw.com |
| 11 | cjkelly@mayerbrown.com | Mark J. Seifert (SBN 217054) |
| 12 | Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | Seifert Law Firm<br>50 California Street, Suite 1500 |
| 13 | | San Francisco, CA 94111<br>Telephone: (415) 999-0901 |
| 14 | | Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com |
| 15 | | |
| 16 | | Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

| | | |
|---|---|---|
| **STIPULATION EXTENDING TIME TO FILE PROPOSED SUPPLEMENTAL PROTECTIVE ORDER** | | **Case No. 4:20-cv-03919-CW**<br>**Case No. 4:20-cv-04527-CW** |

| | |
|---|---|
| **POLSINELLI PC** | **FOX ROTHSCHILD LLP** |
| By: _/s/ Leane K. Capps_ | By: _/s/ D. Erik Albright_ |
| Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>D. Rockwell Bower (*pro hac vice*)<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br>rbower@polsinelli.com | D. Erik Albright (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>gholland@foxrothschild.com |
| Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com | Jonathan P. Heyl (*pro hac vice*)<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone: (704) 384-2625<br>Facsimile: (704) 384-2800<br>jheyl@foxrothschild.com |
| Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com | Alexander Hernaez (SBN 201441)<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com |
| Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. | Attorneys for Defendant<br>ATLANTIC COAST CONFERENCE |

## FILER'S ATTESTATION

I, Beth A. Wilkinson, am the ECF user whose identification and password are being used to file the Stipulation Extending Time to File and Serve Responsive Pleadings. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Beth A. Wilkinson