[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>    Defendants. | No. 4:20-cv-03919 CW<br>No. 4:20-cv-04527 CW<br><br>**STIPULATED [PROPOSED] ORDER REGARDING EXTENSION OF PROTECTIVE ORDER DEADLINE** |
| TYMIR OLIVER, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*,<br><br>    Defendants. | |

Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiffs Grant House, Sedona Prince, and Tymir Oliver, and Defendants the National Collegiate Athletic Association ("the NCAA"), the Pac-12 Conference ("the Pac-12"), The Big Ten Conference, Inc. ("The Big Ten"), The Big 12 Conference, Inc. ("The Big 12"), the Southeastern Conference ("the SEC"), and the Atlantic Coast Conference ("the ACC"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS pursuant to the Joint Stipulated Case Management Order ("Case Management Order"), the Stipulated Order Regarding Extension of Protective Order Deadline, and the Stipulation and Protective Order, the deadline for the Parties to file their Stipulated Supplemental Protective Order or submit outstanding disputes regarding an otherwise stipulated supplemental protective order is currently February 1, 2021 (*House* Dkt. Nos. 127, 133, 137; *Oliver* Dkt. Nos. 94, 100, 104);

WHEREAS the Parties have been working diligently to negotiate a Stipulated Supplemental Protective Order but have not yet finalized that filing;

WHEREAS the Parties wish to continue working together toward a Stipulated Supplemental Protective Order and believe that they will be able to accomplish an agreed form of stipulation if they are afforded an additional week to do so;

WHEREAS the requested one-week extension will have no effect on the schedule for either case;

WHEREAS the parties previously requested, and the Court granted, an extension of time for the Parties to file their Stipulated Supplemental Protective Order or submit outstanding disputes regarding an otherwise stipulated supplemental protective order until February 1, 2021;

**NOW THEREFORE, THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND REQUEST THAT:** The Parties shall have until February 8, 2021 to file their Stipulated Supplemental Protective Order or submit to the Court for resolution all outstanding disputes regarding the otherwise stipulated protective order.

1         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3 DATE: January 29, 2021                      _____

4                                                              Hon. Claudia A. Wilken

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:    */s/ Steve W. Berman*
         STEVE W. BERMAN

Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

---

STIPULATION EXTENDING TIME TO FILE PROPOSED          Case No. 4:20-cv-03919-CW
SUPPLEMENTAL PROTECTIVE ORDER                         Case No. 4:20-cv-04527-CW

| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br><br>By: ___*/s/ Beth A. Wilkinson*___<br><br>Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Tamarra Matthews Johnson (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br><br>Rahul Hari (SBN 313528)<br>11601 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90025<br>Telephone: (424) 291-9655<br>Facsimile: (202) 847-4005<br>rhari@wilkinsonstekloff.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **PROSKAUER ROSE LLP**<br><br>By: ___*/s/ Scott P. Cooper*___<br><br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>Jennifer L. Jones (SBN 284624)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br>bwilliams@proskauer.com<br>scooper@proskauer.com<br>kcasazza@proskauer.com<br>sledingham@proskauer.com<br>jljones@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE |

| | |
|---|---|
| **MAYER BROWN LLP**<br><br>By: ____*/s/ Britt M. Miller*____<br><br>Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | **ROBINSON BRADSHAW & HINSON, P.A.**<br><br>By: ____*/s/ Robert W. Fuller*____<br><br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>phouck@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

| | | |
|---|---|---|
| 1 | **POLSINELLI PC** | **FOX ROTHSCHILD LLP** |
| 2 | By: ___/s/ Leane K. Capps___ | By: ___/s/ D. Erik Albright___ |
| 3 | Leane K. Capps (*pro hac vice*) | D. Erik Albright (*pro hac vice*) |
|   | Caitlin J. Morgan (*pro hac vice*) | Gregory G. Holland (*pro hac vice*) |
| 4 | D. Rockwell Bower (*pro hac vice*) | 230 North Elm Street, Suite 1200 |
|   | 2950 N. Harwood Street, Suite 2100 | Greensboro, NC 27401 |
| 5 | Dallas, TX 75201 | Telephone: (336) 378-5368 |
|   | Telephone: (214) 397-0030 | Facsimile: (336) 378-5400 |
| 6 | lcapps@polsinelli.com | ealbright@foxrothschild.com |
|   | cmorgan@polsinelli.com | gholland@foxrothschild.com |
| 7 | rbower@polsinelli.com | |
|   |  | Jonathan P. Heyl (*pro hac vice*) |
| 8 | Amy D. Fitts (*pro hac vice*) | 101 N. Tryon Street, Suite 1300 |
|   | 120 W. 12th Street | Charlotte, NC 28246 |
| 9 | Kansas City, MO 64105 | Telephone: (704) 384-2625 |
|   | Telephone: (816) 218-1255 | Facsimile: (704) 384-2800 |
| 10 | afitts@polsinelli.com | jheyl@foxrothschild.com |
| 11 | Wesley D. Hurst (SBN 127564) | Alexander Hernaez (SBN 201441) |
|   | 2049 Century Park East, Suite 2300 | 345 California Street, Suite 2200 |
| 12 | Los Angeles, CA 90067 | San Francisco, CA 94104-2670 |
|   | Telephone: (310) 556-1801 | Telephone: (415) 364-5540 |
| 13 | whurst@polsinelli.com | Facsimile: (415) 391-4436 |
|   |  | ahernaez@foxrothschild.com |
| 14 | Attorneys for Defendant |  |
|   | THE BIG 12 CONFERENCE, INC. | Attorneys for Defendant |
| 15 |  | ATLANTIC COAST CONFERENCE |

**FILER'S ATTESTATION**

I, Beth A. Wilkinson, am the ECF user whose identification and password are being used to file the Stipulation Extending Time to File and Serve Responsive Pleadings. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Beth A. Wilkinson