| | |
|---|---|
| 1 | Rahul Hari (SBN 313528) |
| 2 | WILKINSON STEKLOFF LLP |
|   | 11601 Wilshire Blvd., Suite 600 |
| 3 | Los Angeles, CA 90025 |
|   | Telephone: (424) 291-9655 |
| 4 | Facsimile: (202) 847-4005 |
|   | rhari@wilkinsonstekloff.com |
| 5 | |
| 6 | Beth A. Wilkinson (*pro hac vice*) |
|   | Tamarra Matthews Johnson (*pro hac vice*) |
|   | Rakesh N. Kilaru (*pro hac vice*) |
| 7 | Kieran Gostin (*pro hac vice*) |
|   | WILKINSON STEKLOFF LLP |
| 8 | 2001 M Street NW, 10th Floor |
|   | Washington, DC 20036 |
| 9 | Telephone: (202) 847-4000 |
|   | Facsimile: (202) 847-4005 |
| 10 | bwilkinson@wilkinsonstekloff.com |
|    | tmatthewsjohnson@wilkinsonstekloff.com |
| 11 | rkilaru@wilkinsonstekloff.com |
| 12 | kgostin@wilkinsonstekloff.com |
| 13 | Attorneys for Defendant |
|    | NATIONAL COLLEGIATE ATHLETIC |
| 14 | ASSOCIATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al., | Case No. 4:20-cv-03919-CW |
|   | Case No. 4:20-cv-04527-CW |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF COUNSEL** |
|   | Judge: Hon. Claudia Wilken |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |
| TYMIR OLIVER, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | |
| Defendants. | |

-1-

-2-

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 5-1(c)(2)(C), that Tamarra Matthews Johnson of Wilkinson Stekloff LLP hereby withdraws as attorney of record for Defendant National Collegiate Athletic Association (the "NCAA"). Counsel of record for the NCAA otherwise remains unchanged, and all further contacts and correspondence should continue to be directed to Beth A. Wilkinson, Rakesh N. Kilaru, Kieran Gostin, and Rahul Hari of Wilkinson Stekloff LLP.

Dated: January 29, 2021

Respectfully submitted,

By:     /s/ *Tamarra Matthews Johnson*
**WILKINSON STEKLOFF LLP**
Tamarra Matthews Johnson (*pro hac vice*)
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
tmatthewsjohnson@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com

**WILKINSON STEKLOFF LLP**
Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**E-FILING ATTESTATION**

I, Tamarra Matthews Johnson, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                           */s/ Tamarra Matthews Johnson*
                                           TAMARRA MATTHEWS JOHNSON