Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:  (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>Defendants. | Case No. 4:20-cv-03919-CW<br>Case No. 4:20-cv-04527-CW<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR ORDER EXTENDING CASE DEADLINES**<br><br>Hon. Claudia Wilken |
| TYMIR OLIVER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,<br><br>Defendants. | |

Pursuant to Local Rules 6-2 and 7-12, the parties hereby submit this stipulation seeking an order extending the deadline for substantial completion of production of documents.  The parties also request extension of the other case deadlines, which are tied to either the deadline for substantial completion of production of documents or resolution of Defendants' pending motion to dismiss.  *See generally House* ECF No. 127; *Oliver* ECF No. 94.

Pursuant to the Joint Stipulated Case Management Order, the deadline for substantial completion of production of documents currently is June 1, 2021.  The parties have been diligently meeting and conferring about document discovery matters and expect to conclude the meet and confer process soon.  Because the parties recognize that additional time is needed to review and complete substantial production of documents, they request an extension of the deadline for substantial completion of production of documents to August 31, 2021.  Subsequent case deadlines are tied to the deadline for substantial completion of production of documents and therefore should also be extended correspondingly by approximately three months as well.  Finally, certain case deadlines were keyed to resolution of Defendants' motion to dismiss.  Specifically, the deadline for Plaintiffs to add additional parties or claims, or to amend their complaint (including the filing of any consolidated complaint) was set for approximately 30 days after the presumed resolution of Defendants' motion to dismiss, and the deadline for Defendants to file an answer was approximately 60 days after such resolution.

THEREFORE, the parties stipulate and request that the Court issue an order extending future Joint Stipulated Case Management Order deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Non-Document Fact Discovery May Commence | After decision on pending motion to dismiss | After decision on pending motion to dismiss |
| Deadline for Plaintiffs to Add Additional Parties or Claims, or Amend Complaint (Including the Filing of Any Consolidated Complaint) | Jan. 4, 2021 | 30 days after decision on pending motion to dismiss |

1

| | | |
|---|---|---|
| Defendants' Answer | Feb. 8, 2021 | 60 days after decision on pending motion to dismiss |
| Substantial Completion of Production of Documents by Parties | June 1, 2021 | August 31, 2021[1] |
| Class Certification Motion and Supporting Expert Reports | Nov. 22, 2021 | Feb. 22, 2022 |
| Deadline to Depose Plaintiffs' Class Experts | Jan. 31, 2022 | Apr. 29, 2022 |
| Class Certification Opposition and Supporting Expert Reports | Feb. 28, 2022 | May 31, 2022 |
| Deadline to Depose Defendants' Class Experts | Mar. 28, 2022 | June 28, 2022 |
| Class Certification Reply and Expert Rebuttal Report | May 2, 2022 | Aug. 2, 2022 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Hearing on Class Certification | May 31, 2022 | Aug. 31, 2022 at 2:30 p.m. |
| Merits Discovery Cut-Off | Aug. 11, 2022 | Nov. 11, 2022 |
| Merits Expert Disclosure (Including Reports) on Issues as to Which Party Bears the Burden at Trial | Sept. 15, 2022 | Dec. 15, 2022 |
| Merits Expert Response | Nov. 10, 2022 | Feb. 10, 2023 |
| Merits Expert Reply | Dec. 8, 2022 | Mar. 8, 2023 |
| Expert Discovery Cut-Off | Jan. 12, 2023 | Apr. 12, 2023 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | Feb. 16, 2023 | May 16, 2023 |

---

[1] The Parties will make rolling productions as soon as documents are ready to be produced. The Parties also agree to meet and confer in good faith about the timing and scope of productions.

2

| | | |
|---|---|---|
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and Daubert Motions and (2) Dispositive Motion and Daubert Motions | Mar. 30, 2023 | June 29, 2023 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and Daubert Motions and (2) Opposition to Defendants' Dispositive Motion and Daubert Motions | May 11, 2023 | Aug. 11, 2023 |
| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | June 8, 2023 | Sept. 8, 2023 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | July 26, 2023 | Oct. 25, 2023 at 2:30 p.m. |
| Trial Date | Oct. 9, 2023 | Jan. 9, 2024 |

3

Dated:  May 24, 2021

WILKINSON STEKLOFF LLP

By:_____/s/ Beth A. Wilkinson

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:  (202) 847-4005
rhari@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO
LLP

By:_____/s/ Steve W. Berman

Steve W. Berman (*pro hac vice*)
Emilee Sisco (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

Attorneys for Plaintiffs and the Proposed
Classes

4

**PROSKAUER ROSE LLP**

By:        /s/ Scott P. Cooper

Scott P. Cooper (SBN 96905)
Bart H. Williams (SBN 134009)
Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)
Jennifer L. Jones (SBN 284624)
Kelly M. Curtis (SBN 313581)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193
scooper@proskauer.com
bwilliams@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com
kcurtis@proskauer.com

Attorneys for Defendant
PAC-12 CONFERENCE

**MAYER BROWN LLP**

By:        /s/ Britt M. Miller

Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

5

STIPULATION FOR ORDER EXTENDING CASE DEADLINES

Case No. 4:20-cv-03919-CW
Case No. 4:20-cv-04527-CW

| | |
|---|---|
| **POLSINELLI PC** | **ROBINSON BRADSHAW & HINSON, P.A.** |
| By: _____ /s/ Leane K. Capps | By: _____ /s/ Robert W. Fuller |
| Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>D. Rockwell Bower (*pro hac vice*)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone:  (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com<br>rbower@polsinelli.com | Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>phouck@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com |
| Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com | Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com |
| Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com | Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |
| Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. | |

6

1

**FOX ROTHSCHILD LLP**

2

By:  _____ /s/ D. Erik Albright

3

D. Erik Albright (*pro hac vice*)
4    Gregory G. Holland (*pro hac vice*)
     230 North Elm Street, Suite 1200
5    Greensboro, NC 27401
     Telephone:  (336) 378-5368
6    Facsimile:  (336) 378-5400
     ealbright@foxrothschild.com
7    gholland@foxrothschild.com

8    Jonathan P. Heyl (*pro hac vice*)
     101 N. Tryon Street, Suite 1300
9    Charlotte, NC 28246
     Telephone:  (704) 384-2625
10   Facsimile:  (704) 384-2800
     jheyl@foxrothschild.com

11
     Alexander Hernaez (SBN 201441)
12   345 California Street, Suite 2200
     San Francisco, CA 94104-2670
13   Telephone:  (415) 364-5540
     Facsimile:  (415) 391-4436
14   ahernaez@foxrothschild.com

15   Attorneys for Defendant
     THE ATLANTIC COAST CONFERENCE
16

17

18

19

20

21

22

23

24

25

26

27

28

7

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Rakesh N. Kilaru

---

**STIPULATION FOR ORDER EXTENDING CASE DEADLINES**       **Case No. 4:20-cv-03919-CW**
**Case No. 4:20-cv-04527-CW**