1  Rahul Hari (SBN 313528)
   WILKINSON STEKLOFF LLP
2  11601 Wilshire Blvd., Suite 600
   Los Angeles, CA 90025
3  Telephone:  (424) 291-9655
   Facsimile:  (202) 847-4005
4  rhari@wilkinsonstekloff.com
5
   Beth A. Wilkinson (*pro hac vice*)
6  Rakesh N. Kilaru (*pro hac vice*)
   Kieran Gostin (*pro hac vice*)
7  Calanthe Cope-Kasten (*pro hac vice*)
   WILKINSON STEKLOFF LLP
8  2001 M Street NW, 10th Floor
   Washington, DC 20036
9  Telephone:  (202) 847-4000
   Facsimile:  (202) 847-4005
10 bwilkinson@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
11 kgostin@wilkinsonstekloff.com
   ccope-kasten@wilkinsonstekloff.com
12
13 Attorneys for Defendant
   NATIONAL COLLEGIATE ATHLETIC
14 ASSOCIATION

15              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16                     **OAKLAND DIVISION**

17 GRANT HOUSE, et al.,                 Case No. 4:20-cv-03919-CW
                                        Case No. 4:20-cv-04527-CW
18            Plaintiffs,
                                        **CLASS ACTION**
19      v.
                                        [~~PROPOSED~~] **ORDER GRANTING STIPU-**
20 NATIONAL COLLEGIATE ATHLETIC         **LATION FOR ORDER EXTENDING CASE**
   ASSOCIATION, et al.,                 **DEADLINES**
21
            Defendants.                 Hon. Claudia Wilken
22 TYMIR OLIVER, on behalf of himself
   and all others similarly situated,
23
            Plaintiffs,
24
        v.
25
26 NATIONAL COLLEGIATE ATHLETIC
   ASSOCIATION, et al.,
27
            Defendants.
28

Upon consideration of the parties' Stipulation for Order Extending Case Deadlines,

IT IS HEREBY ORDERED that the parties' Stipulation for Order Extending Case Deadlines is GRANTED, and the deadlines set out in the Joint Stipulated Case Management Order, *House* ECF No. 127; *Oliver* ECF No. 94, are superseded as follows:

| EVENT | DATE |
|---|---|
| Non-Document Fact Discovery May Commence | After decision on pending motion to dismiss |
| Deadline for Plaintiffs to Add Additional Parties or Claims, or Amend Complaint (Including the Filing of Any Consolidated Complaint) | 30 days after decision on pending motion to dismiss |
| Defendants' Answer | 60 days after decision on pending motion to dismiss |
| Substantial Completion of Production of Documents by Parties | August 31, 2021[1] |
| Class Certification Motion and Supporting Expert Reports | Feb. 22, 2022 |
| Deadline to Depose Plaintiffs' Class Experts | Apr. 29, 2022 |
| Class Certification Opposition and Supporting Expert Reports | May 31, 2022 |
| Deadline to Depose Defendants' Class Experts | June 28, 2022 |
| Class Certification Reply and Expert Rebuttal Report | Aug. 2, 2022 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Hearing on Class Certification | Aug. 31, 2022 at 2:30 p.m. |
| Merits Discovery Cut-Off | Nov. 11, 2022 |
| Merits Expert Disclosure (Including Reports) on Issues as to Which Party Bears the Burden at Trial | Dec. 15, 2022 |
| Merits Expert Response | Feb. 10, 2023 |

---

[1] The Parties will make rolling productions as soon as documents are ready to be produced. The Parties also agree to meet and confer in good faith about the timing and scope of productions.

1

| Merits Expert Reply | Mar. 8, 2023 |
| --- | --- |
| Expert Discovery Cut-Off | Apr. 12, 2023 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | May 16, 2023 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and Daubert Motions and (2) Dispositive Motion and Daubert Motions | June 29, 2023 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and Daubert Motions and (2) Opposition to Defendants' Dispositive Motion and Daubert Motions | Aug. 11, 2023 |
| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | Sept. 8, 2023 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | Oct. 25, 2023 at 2:30 p.m. |
| Trial Date | Jan. 24, 2024 |

**IT IS SO ORDERED.**

Dated:    May 25, 2021 _____          _____
                                            HON. CLAUDIA WILKEN
                                            UNITED STATES DISTRICT COURT JUDGE

2