[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, *et al.*, <br><br>            Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br>            Defendants. | No. 4:20-cv-03919 CW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS** |
| TYMIR OLIVER, *et al.*, <br><br>            Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *et al.*, <br><br>            Defendants. | No. 4:20-cv-04527 CW |

WHEREAS, the case entitled *House, et al. v. National Collegiate Athletic Conference, et al.* (the "*House* action") was filed in this District on June 15, 2020 (ECF 1) and assigned to the Honorable Claudia Wilken on June 30, 2020 (ECF 15);

WHEREAS, the case entitled *Oliver v. National Collegiate Athletic Conference, et al.* (the "*Oliver* action") was filed in this District on July 8, 2020 (ECF 1) and assigned to the Honorable Claudia Wilken on July 22, 2020 (ECF 11);

WHEREAS, the *House* and *Oliver* actions involve similar factual allegations and seek to hold the same Defendants liable for their alleged anticompetitive conduct, the Plaintiffs bring their respective claims under similar statutes or theories, and the Plaintiffs seek to represent the same or similar class(es);

WHEREAS, in the interests of efficiency, consistency, and judicial economy, all parties in the above-captioned matters wish to provide for: (1) the consolidation of the actions that have been filed in this District and any actions raising substantially similar claims or defenses that will be filed in or transferred to this District, and (2) the filing of a consolidated amended complaint;

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

1. Pursuant to Fed. R. Civ. P. 42(a)(2), the *House* and *Oliver* actions, and all class actions subsequently filed in or transferred to this District raising substantially similar claims or defenses are hereby consolidated;

2. The Plaintiffs shall file a consolidated amended complaint on or before July 26, 2021; and

3. All papers filed in the consolidated action shall be captioned *In re College Athlete NIL Litigation*, No. 4:20-cv-03919 CW.

The parties agree to comply with this Stipulation and Order pending the Court's approval.

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

2

010912-11 1572625v1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 14, 2021 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 3 | | By:  *s/ Steve W. Berman* |
| 4 | | |
| 5 | | Steve W. Berman (*pro hac vice*) |
| | | Emilee N. Sisco (*pro hac vice*) |
| 6 | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, WA 98101 |
| 7 | | Telephone : (206) 623-7292 |
| | | Facsimile: (206) 623-0594 |
| 8 | | steve@hbsslaw.com |
| | | emilees@hbsslaw.com |
| 9 | | |
| 10 | | Benjamin J. Siegel (SBN 256260) |
| | | 715 Hearst Avenue, Suite 202 |
| 11 | | Berkeley, CA 94710 |
| | | Telephone: (510) 725-3000 |
| 12 | | Facsimile: (510) 725-3001 |
| | | bens@hbsslaw.com |
| 13 | | |
| 14 | | Attorneys for Plaintiffs and the Proposed Classes |
| 15 | | |
| 16 | Dated: July 14, 2021 | **WILKINSON STEKLOFF LLP** |
| 17 | | By:  *s/ Beth A. Wilkinson* |
| 18 | | Beth A. Wilkinson (*pro hac vice*) |
| | | Rakesh N. Kilaru (*pro hac vice*) |
| 19 | | Kieran Gostin (*pro hac vice*) |
| 20 | | Calanthe A. Cope-Kasten (*pro hac vice*) |
| | | 2001 M Street NW, 10th Floor |
| 21 | | Washington, D.C. 20036 |
| | | Telephone: (202) 847-4000 |
| 22 | | Facsimile: (202) 847-4005 |
| | | bwilkinson@wilkinsonstekloff.com |
| 23 | | rkilaru@wilkinsonstekloff.com |
| | | kgostin@wilkinsonstekloff.com |
| 24 | | ccope-kasten@wilkinsonstekloff.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS | |
| | No. 4:20-cv-03919-CW | |
| | No. 4:20-cv-04527-CW | |

010912-11 1572625v1

|    |                          |                                                        |
|----|--------------------------|--------------------------------------------------------|
| 1  |                          | Rahul Hari (SBN 313528)                                |
| 2  |                          | WILKINSON STEKLOFF LLP                                 |
|    |                          | 11601 Wilshire Blvd., Suite 600                        |
| 3  |                          | Los Angeles, CA 90025                                  |
|    |                          | Telephone: (425) 291-9655                              |
| 4  |                          | Facsimile: (202) 847-4005                              |
| 5  |                          | rhari@wilkinsonstekloff.com                            |
| 6  |                          | Attorneys for Defendant National Collegiate            |
|    |                          | Athletic Association                                   |
| 7  |                          |                                                        |
| 8  | Dated: July 14, 2021     | **PROSKAUER ROSE LLP**                                 |
| 9  |                          | By:   *s/ Scott P. Cooper*                             |
| 10 |                          | Scott P. Cooper (SBN 96905)                            |
| 11 |                          | Bart H. Williams (SBN 134009)                          |
|    |                          | Kyle A Casazza (SBN 254061)                            |
| 12 |                          | Shawn S. Ledingham, Jr. (SBN 275268)                   |
| 13 |                          | Jennifer L. Jones (SBN 284624)                         |
|    |                          | Kelly M. Curtis (SBN 313581)                           |
| 14 |                          | 2029 Century Park East, Suite 2400                     |
|    |                          | Los Angeles, CA 90067                                  |
| 15 |                          | Telephone: (310) 557-2900                              |
|    |                          | Facsimile: (310) 557-2193                              |
| 16 |                          | bwilliams@proskauer.com                                |
| 17 |                          | scooper@proskauer.com                                  |
|    |                          | kcasazza@proskauer.com                                 |
| 18 |                          | sledingham@proskauer.com                               |
|    |                          | jljones@proskauer.com                                  |
| 19 |                          | kcurtis@proskauer.com                                  |
| 20 |                          | Attorneys for Defendant Pac-12 Conference              |
| 21 | Dated: July 14, 2021     | **MAYER BROWN LLP**                                    |
| 22 |                          | By:   *s/ Britt M. Miller*                             |
| 23 |                          |                                                        |
| 24 |                          | Britt M. Miller (*pro hac vice*)                       |
|    |                          | Matthew D. Provance (*pro hac vice*)                   |
| 25 |                          | 71 South Wacker Drive                                  |
|    |                          | Chicago, IL 60606                                      |
| 26 |                          | Telephone: (312) 782-0600                              |
| 27 |                          |                                                        |

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

4

010912-11 1572625v1

|   |   |
|---|---|
| | Facsimile: (312) 701 7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant The Big Ten Conference, Inc. |
| Dated: July 14, 2021 | **ROBINSON BRADSHAW & HINSON, P.A.**<br><br>By:   *s/ Robert W. Fuller*<br><br>Robert W. Fuller (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>ROBINSON BRADSHAW & HINSON<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>phouck@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>50 California Street,  Sutie 1500<br>San Francisco, CA 94111<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com |

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

5

010912-11 1572625v1

| | |
|---|---|
| | Attorneys for Defendant Southeastern Conference |
| Dated: July 14, 2021 | **FOX ROTHSCHILD LLP** |
| | By:  s/ D. Erik Albright |
| | D. Erik Albright (*pro hac vice*) |
| | Gregory G. Holland (*pro hac vice*) |
| | 230 North Elm Street, Sutie 1200 |
| | Greensboro, NC 27401 |
| | Telephone: (336) 378-5368 |
| | Facsimile: (336) 378-5400 |
| | ealbright@foxrothschild.com |
| | gholland@foxrothschild.com |
| | |
| | Jonathan P. Heyl (*pro hac vice*) |
| | FOX ROTHSCHILD LLP |
| | 101 N. Tryon Street, Suite 1300 |
| | Charlotte, NC 28246 |
| | Telephone: (704) 384-2625 |
| | Facsimile: (704) 384-2800 |
| | jheyl@foxrothschild.com |
| | |
| | Alexander Hernaez (SBN 201441) |
| | FOX ROTHSCHILD LLP |
| | 345 California Street, Suite 2200 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 364-5540 |
| | Facsimile: (415) 391-4436 |
| | ahernaez@foxrothschild.com |
| | |
| | Attorneys for Defendant Atlantic Coast Conference |
| Dated: July 14, 2021 | **POLSINELLI PC** |
| | By:  s/ Leane K. Capps |
| | Leane K. Capps (*pro hac vice*) |
| | Caitlin J. Morgan (*pro hac vice*) |
| | D. Rockwell Bower (*pro hac vice*) |

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

6

010912-11 1572625v1

2950 N. Harwood Street, Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
Facsimile: (214) 397-0033
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

Amy D. Fitts (*pro hac vice*)
POLSINELLI, PC
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
POLSINELLI, PC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

Attorneys for Defendant The Big 12 Conference, Inc.

# **E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Steve W. Berman*
STEVE W. BERMAN

\*     \*     \*

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

7

010912-11 1572625v1

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION,
IT IS SO ORDERED.**

DATED: _____, 2021

_____
THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING *HOUSE* AND *OLIVER* ACTIONS
No. 4:20-cv-03919-CW
No. 4:20-cv-04527-CW

8

010912-11 1572625v1