1  Jeanifer E. Parsigian (SBN: 289001)
   JParsigian@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 34th Floor
3  San Francisco, CA 94111
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5  *Attorney for Plaintiffs*
   GRANT HOUSE and SEDONA PRINCE

                    **UNITED STATES DISTRICT COURT**

                    **NORTHERN DISTRICT OF CALIFORNIA**

                              **OAKLAND DIVISION**

| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**NOTICE OF APPEARANCE OF JEANIFER E. PARSIGIAN** |
|---|---|

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeanifer E. Parsigian of the law firm Winston & Strawn LLP, who is a member of the bar of this Court, hereby enters her appearance in this action on behalf of Plaintiffs GRANT HOUSE and SEDONA PRINCE. Ms. Parsigian's contact information is as follows:

> Jeanifer E. Parsigian
> WINSTON & STRAWN LLP
> 101 California Street, 34th Floor
> San Francisco, CA 94111
> Telephone: (415) 591-1000
> Facsimile: (415) 591-1400
> Email: JParsigian@winston.com

Dated: July 19, 2021

Respectfully submitted,

WINSTON & STRAWN LLP

By:  /s/ Jeanifer E. Parsigian
Jeanifer E. Parsigian (SBN: 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
JParsigian@winston.com

*Attorney for Plaintiffs*