Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br>**CLASS ACTION**<br>**STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER**<br>Hon. Claudia Wilken |

1    Pursuant to Local Rules 6-2 and 7-12, the parties hereby submit this stipulation seeking an order extending the deadline for Defendants to answer Plaintiffs' Consolidated Amended Complaint, ECF No. 164.

Pursuant to the Court's Order Granting Stipulation for Order Extending Case Deadlines, ECF No. 151, Plaintiffs' consolidated amended complaint was due 30 days after a decision on Defendants' Motion to Dismiss, and Defendants' Answer is due 60 days after that decision. The Court granted in part and denied in part Defendants' Motion to Dismiss on June 24, 2021. *See* ECF No. 152. Plaintiffs filed a Consolidated Amended Complaint on July 26, 2021. *See* ECF No. 164. Defendants' Answer currently is due on August 23, 2021. An extension of that deadline by 30 days, to September 22, 2021, is justified in light of the length of Plaintiffs' Consolidated Amended Complaint and the upcoming August 31, 2021 deadline for substantial completion of document production, *see* ECF No. 151 at 1. The Consolidated Amended Complaint is 112 pages and includes new allegations not encompassed in the original pleadings. In addition, Defendants are in the process of making rolling productions of documents to Plaintiffs in advance of the August 31, 2021 deadline for substantial completion of document production. Because deferring the deadline for the Answer will not affect any other deadline in this case, Defendants submit (and Plaintiffs do not object) an extension is appropriate.

THEREFORE, the parties stipulate and request that the Court issue an order extending the deadline to answer Plaintiffs' Consolidated Amendment Complaint to September 22, 2021.

| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br><br>By: ___/s/ Beth A. Wilkinson___<br><br>Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br><br>Rahul Hari (SBN 313528)<br>11601 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90025<br>Telephone: (424) 291-9655<br>Facsimile: (202) 847-4005<br>rhari@wilkinsonstekloff.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | **PROSKAUER ROSE LLP**<br><br>By: ___/s/ Scott P. Cooper___<br><br>Bart H. Williams (SBN 134009)<br>Scott P. Cooper (SBN 96905)<br>Kyle A. Casazza (SBN 254061)<br>Shawn S. Ledingham, Jr. (SBN 275268)<br>Jennifer L. Jones (SBN 284624)<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: (310) 557-2900<br>Facsimile: (310) 557-2193<br>bwilliams@proskauer.com<br>scooper@proskauer.com<br>kcasazza@proskauer.com<br>sledingham@proskauer.com<br>jljones@proskauer.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE |

1

**STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER**     Case No. 4:20-cv-03919-CW

| | |
|---|---|
| **MAYER BROWN LLP** | **ROBINSON BRADSHAW & HINSON, P.A.** |
| By: */s/ Britt M. Miller* | By: */s/ Robert W. Fuller* |
| Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Pearlynn G. Houck (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>phouck@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>Seifert Law Firm<br>50 California Street, Suite 1500<br>San Francisco, CA 94111<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@seifertfirm.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE |

| | |
|---|---|
| **POLSINELLI PC** | **FOX ROTHSCHILD LLP** |
| By:   */s/ Leane K. Capps* | By:   */s/ D. Erik Albright* |
| Leane K. Capps (*pro hac vice*)<br>Caitlin J. Morgan (*pro hac vice*)<br>D. Rockwell Bower (*pro hac vice*)<br>2950 N. Harwood Street, Suite 2100<br>Dallas, TX 75201<br>Telephone: (214) 397-0030<br>lcapps@polsinelli.com<br>cmorgan@polsinelli.com rbower@polsinelli.com | D. Erik Albright (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>gholland@foxrothschild.com |
| Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com | Jonathan P. Heyl (*pro hac vice*)<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone: (704) 384-2625<br>Facsimile: (704) 384-2800<br>jheyl@foxrothschild.com |
| Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone: (310) 556-1801<br>whurst@polsinelli.com | Alexander Hernaez (SBN 201441)<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com |
| Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. | Attorneys for Defendant<br>ATLANTIC COAST CONFERENCE |

3

**STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER**     Case No. 4:20-cv-03919-CW

| | | |
|---|---|---|
| 1 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| 2 | | |
| 3 | By:    */s/ Steve W. Berman* | By:    */s/ Jeffrey L. Kessler* |
| 4 |         STEVE W. BERMAN | Jeffrey L. Kessler (*pro hac vice*) |
| 5 | Steve W. Berman (*pro hac vice*) | David G. Feher (*pro hac vice*) |
|   | Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| 6 | 1301 Second Avenue, Suite 2000 | Adam I. Dale (*pro hac vice*) |
|   | Seattle, WA 98101 | WINSTON & STRAWN LLP |
| 7 | Telephone: (206) 623-7292 | 200 Park Avenue |
|   | Facsimile:  (206) 623-0594 | New York, NY 10166-4193 |
| 8 | steve@hbsslaw.com | Telephone: (212) 294-4698 |
|   | emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| 9 | | jkessler@winston.com |
|   | | dfeher@winston.com |
| 10 | Benjamin J. Siegel (SBN 256260) | dgreenspan@winston.com |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP | aidale@winston.com |
| 11 | 715 Hearst Avenue, Suite 202 | |
|   | Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| 12 | Telephone:  (510) 725-3000 | WINSTON & STRAWN LLP |
|   | Facsimile:   (510) 725-3001 | 101 California Street |
| 13 | bens@hbsslaw.com | San Francisco, CA 94111 |
|   | | Telephone: (415) 591-1000 |
| 14 | Attorneys for Plaintiffs and the Proposed Classes | Facsimile: (415) 591-1400 |
| 15 | | jparsigian@winston.com |
| 16 | | Attorneys for Plaintiffs and the Proposed Classes |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Rakesh N. Kilaru