Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**CLASS ACTION**<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER**<br><br>Hon. Claudia Wilken |

I, Rakesh N. Kilaru, declare as follows:

1. I submit this declaration in support of the parties' Stipulation for Order Extending Deadline to Answer.

2. I am an attorney at Wilkinson Stekloff LLP and am licensed to practice law in the District of Columbia. I represent the National Collegiate Athletic Association in this litigation. The facts set forth herein are of my own personal knowledge and, if called to testify under oath, I could and would testify competently thereto.

3. Under the Court's Order Granting Stipulation for Order Extending Case Deadlines, ECF No. 151, Plaintiffs' Consolidated Amended Complaint was due 30 days after a decision on Defendants' Motion to Dismiss, and Defendants' Answer is due 60 days after that decision. The Court granted in part and denied in part Defendants' Motion to Dismiss on June 24, 2021. *See* ECF No. 152. Plaintiffs filed a Consolidated Amended Complaint on July 26, 2021. *See* ECF No. 164. Defendants' Answer currently is due on August 23, 2021. An extension of that deadline by 30 days, to September 22, 2021, is justified given the length of Plaintiffs' Consolidated Amended Complaint and the upcoming August 31, 2021 deadline for substantial completion of document production, *see* ECF No. 151 at 1. The Consolidated Amended Complaint is 112 pages and includes new allegations not encompassed in the original pleadings. In addition, Defendants are in the process of making rolling productions of documents to Plaintiffs in advance of the August 31, 2021 deadline for substantial completion of document production. Because deferring the deadline for the Answer will not affect any other deadline in this case, Defendants submit (and Plaintiffs do not object) an extension is appropriate.

4. The original deadline for Defendants to answer Plaintiffs' Consolidated Amended Complaint was February 8, 2021, which was 60 days after the anticipated deadline for a ruling on Defendants' Motion to Dismiss. *See* ECF No. 127 at 1 & n.1. Subsequently, in connection with the extension of other case deadlines, Defendants' deadline to answer Plaintiffs' Consolidated Amended Complaint was modified to "60 days after

1

**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER**   Case No. 4:20-cv-03919-CW

|   |   |
|---|---|
| 1 | decision on pending motion to dismiss." ECF No. 151 at 1.  Defendants' deadline to |
| 2 | answer otherwise has not been modified.  Other prior time modifications in this case |
| 3 | include: (a) a stipulation extending the deadline for Defendants to serve and file their |
| 4 | answers or initial responsive pleadings, ECF No. 51; (b) an order extending the re- |
| 5 | sponse and reply deadlines for Defendants' motion to dismiss, ECF No. 100; (c) a stip- |
| 6 | ulation extending the deadline to serve Rule 26 initial disclosures, ECF No. 114; (d) an |
| 7 | order extending the deadline to file a proposed protective order, ECF No. 133; (e) an |
| 8 | order extending the deadline to file a supplemental proposed protective order, ECF No. |
| 9 | 144; and (f) an order extending the deadlines for substantial completion of document |
| 10 | production and all subsequent case deadlines, ECF No. 151. |

5. The requested time modification would have no effect on any other case deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 10th day of August, 2021 at Washington, District of Columbia.

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru

2

DECLARATION OF RAKESH N. KILARU IN SUPPORT OF STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER

Case No. 4:20-cv-03919-CW