Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER**<br><br>Hon. Claudia Wilken |

1 | Upon consideration of the parties' Stipulation for Order Extending Deadline to Answer,
2 | IT IS HEREBY ORDERED that the parties' Stipulation for Order Extending Deadline to
3 | Answer is GRANTED, and Defendants' deadline to answer Plaintiffs' Consolidated Amended
4 | Complaint is September 22, 2021.  All other case deadlines shall remain in effect.

**IT IS SO ORDERED.**

Dated: _____        _____
　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE