Rahul Hari (SBN 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER EXTENDING DEADLINE TO ANSWER<br><br>Hon. Claudia Wilken |

Upon consideration of the parties' Stipulation for Order Extending Deadline to Answer,

IT IS HEREBY ORDERED that the parties' Stipulation for Order Extending Deadline to Answer is GRANTED, and Defendants' deadline to answer Plaintiffs' Consolidated Amended Complaint is September 22, 2021.  All other case deadlines shall remain in effect.

**IT IS SO ORDERED.**

Dated:  August 11, 2021

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE