**From:** Jett Su <jetttysu1233@gmail.com>
**Sent:** Wednesday, October 27, 2021 11:22 AM
**To:** CAND 9Docketing <9Docketing@cand.uscourts.gov>
**Subject:** Jett Su: request to object to producing documents regarding College Athlete NIL Litigation

**CAUTION - EXTERNAL:**

Hi Maria Loo,

My name is Jett Su. I was a student athlete at the University of Florida over a year ago, but have not been an athlete for over a year now. Recently I got an email regarding a subpoena to produce documents regarding financial aid and Name Image and Likeness documents from the United States District Court for the Northern District of California. In the email it said that I had 10 days to object to producing documents with the issuing court. Thus, I responded to the email including the subpoena requesting an objection to produce these documents because I am no longer a student athlete and wasn't sure what this case was about. However, my response email was actually sent to the University of Florida contact handling this case, and he directed me to contact the clerk of court at the United States District Court for the Northern District of California. Thus, after speaking with people on the phone at your court office, I was directed to email you with this email to request an objection to producing any of my documents for this case (case number: 4:20-cv-03919 CW). I want to object because I am no longer a student athlete and have not been briefed with any information regarding this case. I hope this email finds you well. Thank you for your time and consideration regarding this matter.

Sincerely,

Jett Su
(239) 250-7289

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.