| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW** <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING CASE DEADLINES** <br><br> Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rules 6-2 and 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending certain case deadlines:

WHEREAS, on December 2, 2020, Plaintiffs served their First Set of Requests for Production of Documents on Defendants, and on April 16, 2021, Defendants served their First Set of Requests for Production of Documents on Plaintiffs;

WHEREAS, on May 24, 2021, the Parties filed a Stipulation for Order Extending Case Deadlines which was granted by the Court on May 25, 2021 (ECF Nos. 150, 151);

WHEREAS, Plaintiffs contend certain recent and upcoming events are relevant to Plaintiffs' claims and Defendants' defenses, and as a result, Plaintiffs have asked Defendants to supplement their document productions in response to Plaintiffs' First Set of Requests for Production of Documents, and Plaintiffs have served a Second Set of Requests for Production of Documents;

WHEREAS, the Parties are meeting and conferring in good faith regarding (1) the scope of search terms, custodians and collection time periods for supplemental productions of documents in response to the Plaintiffs' First Set of Requests for Production of Documents and (2) the scope of document categories, search terms, custodians and collection time periods for productions of documents in response to Plaintiffs' Second Set of Requests for Production of Documents; and

WHEREAS, Plaintiffs have requested modification of the Scheduling Order to accommodate this additional discovery requested and Defendants are willing to agree, subject to the terms of this stipulation.

THEREFORE, the Parties agree and stipulate that:

1) Subject to agreement on custodians, search terms and collection time periods, Defendants will substantially complete supplemental productions of documents in response to Plaintiffs' First Set of Requests for Production of Documents and, subject to agreement on document categories, search terms, custodians and collection time periods, Defendants will substantially complete productions of documents in response to Plaintiffs' Second Set of Requests for Production of Documents by April 1, 2022.

2) The Parties will meet and confer regarding an additional supplemental production in response to Plaintiffs' First and Second Sets of Requests for Production to the extent it is appropriate and necessary after April 1, 2022 and seek to reach agreement on collection time periods, custodians, and search terms.

3) Plaintiffs will make supplemental productions of documents in response to Defendants' First Set of Requests for Production at the same intervals as Defendants.

4) Subject to the agreements contemplated by paragraphs 1 and 2 above, Plaintiffs agree not to seek further supplementation of the First or Second Sets of Requests for Production with search terms and custodians beyond the supplementation contemplated by paragraphs 1 and 2 above. Plaintiffs reserve their rights to seek additional documents based on deficiencies in Defendants' productions. Defendants agree to meet and confer in good faith about any asserted deficiencies and to supplement discrete categories of agreed-upon documents including financial statements and agreements, which may already be the subject of agreements reached during the meet and confer process.

5) The Parties understand the Court has referred discovery disputes to Magistrate Judge Cousins. ECF No. 125 at 47:6–11

6) The Parties request that the Court issue an order modifying the case deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Substantial Completion of Parties' First Supplemental Productions of Documents and Defendants' Productions of Documents | n/a | April 1, 2022 |

| | | |
|---|---|---|
| Responsive to Second Set of Requests[1] | | |
| Class Certification Motion and Supporting Expert Reports | February 22, 2022 | June 22, 2022 |
| Deadline to Depose Plaintiffs' Class Experts | April 29, 2022 | September 12, 2022 |
| Class Certification Opposition and Supporting Expert Reports | May 31, 2022 | October 12, 2022 |
| Deadline to Depose Defendants' Class Experts | June 28, 2022 | November 25, 2022 |
| Class Certification Reply and Expert Rebuttal Report | August 2, 2022 | December 14, 2022 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Hearing on Class Certification | August 31, 2022 at 2:30pm | January 25, 2023 at 2:30pm or at the Court's convenience |
| Merits Discovery Cut-Off | November 11, 2022 | March 27, 2023 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | December 15, 2022 | May 1, 2023 |
| Merits Expert Response | February 10, 2023 | June 27, 2023 |
| Merits Expert Reply | March 8, 2023 | July 24, 2023 |
| Expert Discovery Cut-Off | April 12, 2023 | August 28, 2023 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | May 16, 2023 | October 2, 2023 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Dispositive Motion and *Daubert* Motions | June 29, 2023 | November 15, 2023 |

---

[1] The Parties will make rolling productions as soon as documents are ready to be produced.

| | | |
|---|---|---|
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Dispositive Motion and *Daubert* Motions | August 11, 2023 | December 28, 2023 |
| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | September 8, 2023 | January 25, 2024 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | October 25, 2023 at 2:30pm | March 27, 2024 at 2:30pm or at the Court's convenience |
| Trial Date | January 9, 2024 | May 20, 2024 |

Dated: November 5, 2021      Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP      WINSTON & STRAWN LLP

By:    */s/ Steve W. Berman*                By:    */s/ Jeffrey L. Kessler*
       Steve W. Berman (*pro hac vice*)           Jeffrey L. Kessler (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)                 David G. Feher (*pro hac vice*)
1301 Second Avenue, Suite 2000           David L. Greenspan (*pro hac vice*)
Seattle, WA 98101                             Adam I. Dale (*pro hac vice*)
Telephone: (206) 623-7292                  200 Park Avenue
Facsimile: (206) 623-0594                   New York, NY 10166-4193
steve@hbsslaw.com                            Telephone: (212) 294-4698
emilees@hbsslaw.com                      Facsimile: (212) 294-4700
                                                 jkessler@winston.com
Benjamin J. Siegel (SBN 256260)          dfeher@winston.com
715 Hearst Avenue, Suite 202                dgreenspan@winston.com
Berkeley, CA 94710                           aidale@winston.com
Telephone: (510) 725-3000
Facsimile: (510) 725-3001                   Jeanifer E. Parsigian (SBN 289001)
bens@hbsslaw.com                             101 California Street, 34th Floor
                                                 San Francisco, CA 94111
Jeffrey L. Kodroff                               Telephone: (415) 591-1000
SPECTOR ROSEMAN & KODROFF PC      Facsimile: (415) 591-1400
Two Commerce Square                       jparsigian@winston.com
2001 Market Street, Suite 3420
Philadelphia, PA 19103                      *Counsel for Plaintiffs and the Proposed Classes*
Telephone: (215) 496 0300
Facsimile: (215) 496 6611
jkodroff@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Classes*

| | |
|---|---|
| WILKINSON STEKLOFF LLP | FOX ROTHSCHILD LLP |
| By: */s/ Beth A. Wilkinson* <br> Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> Kieran Gostin (*pro hac vice*) <br> Calanthe Cope-Kasten (*pro hac vice*) <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> bwilkinson@wilkinsonstekloff.com <br> rkilaru@wilkinsonstekloff.com <br> kgostin@wilkinsonstekloff.com <br> ccope-kasten@wilkinsonstekloff.com <br><br> Rahul Hari (SBN 313528) <br> 11601 Wilshire Blvd., Suite 600 <br> Los Angeles, CA 90025 <br> Telephone: (424) 291-9655 <br> Facsimile: (202) 847-4005 <br> rhari@wilkinsonstekloff.com <br><br> *Counsel for Defendant National Collegiate Athletic Association* | By: */s/ D. Erik Albright* <br> D. Erik Albright (*pro hac vice*) <br> Gregory G. Holland (*pro hac vice*) <br> 230 North Elm Street, Suite 1200 <br> Greensboro, NC 27401 <br> Telephone: (336) 378-5368 <br> Facsimile: (336) 378-5400 <br> ealbright@foxrothschild.com <br> gholland@foxrothschild.com <br><br> Jonathan P. Heyl (*pro hac vice*) <br> 101 N. Tryon Street, Suite 1300 <br> Charlotte, NC 28246 <br> Telephone: (704) 384-2625 <br> Facsimile: (704) 384-2800 <br> jheyl@foxrothschild.com <br><br> Alexander Hernaez (SBN 201441) <br> 345 California Street, Suite 2200 <br> San Francisco, CA 94104-2670 <br> Telephone: (415) 364-5540 <br> Facsimile: (415) 391-4436 <br> ahernaez@foxrothschild.com <br><br> *Counsel for Defendant The Atlantic Coast Conference* |
| MAYER BROWN LLP | PROSKAUER ROSE LLP |
| By: */s/ Britt M. Miller* <br> Britt M. Miller (*pro hac vice*) <br> Matthew D. Provance (*pro hac vice*) <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> bmiller@mayerbrown.com <br> mprovance@mayerbrown.com <br><br> Christopher J. Kelly (SBN 276312) <br> Two Palo Alto Square, Suite 300 <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Telephone: (650) 331-2000 <br> Facsimile: (650) 331-2060 <br> cjkelly@mayerbrown.com <br><br> *Counsel for Defendant The Big Ten Conference, Inc.* | By: */s/ Scott P. Cooper* <br> Scott P. Cooper (SBN 96905) <br> Bart H. Williams (SBN 134009) <br> Kyle A. Casazza (SBN 254061) <br> Shawn S. Ledingham, Jr. (SBN 275268) <br> Jennifer L. Jones (SBN 284624) <br> Kelly M. Curtis (SBN 313581) <br> 2029 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 557-2900 <br> Facsimile: (310) 557-2193 <br> scooper@proskauer.com <br> bwilliams@proskauer.com <br> kcasazza@proskauer.com <br> sledingham@proskauer.com <br> jljones@proskauer.com <br> kcurtis@proskauer.com <br><br> *Counsel for Defendant Pac-12 Conference* |

| | |
|---|---|
| POLSINELLI PC | ROBINSON, BRADSHAW & HINSON, P.A. |
| By:   */s/ Leane K. Capps* <br>     Leane K. Capps (*pro hac vice*) <br> Caitlin J. Morgan (*pro hac vice*) <br> D. Rockwell Bower (*pro hac vice*) <br> 2950 N. Harwood Street <br> Suite 2100 <br> Dallas, TX 75201 <br> Telephone: (214) 397-0030 <br> lcapps@polsinelli.com <br> cmorgan@polsinelli.com <br> rbower@polsinelli.com <br><br> Amy D. Fitts (*pro hac vice*) <br> 120 W. 12th Street <br> Kansas City, MO 64105 <br> Telephone: (816) 218-1255 <br> afitts@polsinelli.com <br><br> Wesley D. Hurst (SBN 127564) <br> 2049 Century Park East, Suite 2300 <br> Los Angeles, CA 90067 <br> Telephone: (310) 556-1801 <br> whurst@polsinelli.com <br><br> *Counsel for Defendant The Big Twelve Conference, Inc.* | By:   */s/ Robert W. Fuller, III* <br>     Robert W. Fuller, III (*pro hac vice*) <br> Lawrence C. Moore, III (*pro hac vice*) <br> Pearlynn G. Houck (*pro hac vice*) <br> Amanda P. Nitto (*pro hac vice*) <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> phouck@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br><br> Mark J. Seifert (SBN 217054) <br> SEIFERT ZUROMSKI LLP <br> One Market Street, 36th Floor <br> San Francisco, California 94105 <br> Tel.    (415) 999-0901 <br> Fax   (415) 901-1123 <br> mseifert@SZLLP.com <br> *Counsel for Defendant Southeastern Conference* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                /s/ *Jeffrey L. Kessler*
                JEFFREY L. KESSLER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

*[signature: Claudia Wilken]*

Date: 11/5/2021

THE HONORABLE CLAUDIA WILKEN
United States District Court Judge