Subject: Objection to Release of Personal Information

Date Sent: December 2, 2021

From: Jacqueline (aka Jax) Purwins
University of Arizona Student Athlete
jpurwins@email.arizona.edu

To: District Court of the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Grant House vs NCAA
Case #: 4:20-CV-03919 CW

FILED
DEC -9 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

    I respectfully object to the release of my personal information for this court case and have notified my University's general council as well. I am no longer a member of my Univesity's team. I was never on an athletic scholarship, And I have not nor do I plan to have any NIL deals related to my time as a student athlete at my University.

Sincerely,

Jacqueline (Jax) Purwins