Jacqueline Purwins
1649 E. Linden St., Unit 1
Tucson, AZ 85719

PHOENIX AZ 852
6 DEC 2021 PM 9 L

District Court of the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

RECEIVED
DEC 09 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

94102-348299