[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS IN RESPONSE TO SUBPOENAS**<br><br>Hon. Claudia Wilken |

  Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), Big Ten Conference, Inc. ("Big Ten"), Big Twelve Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively, "Defendants") (Plaintiffs and each Defendant is referred to herein as a "Party" and all Defendants together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

  WHEREAS, certain subpoenaed non-parties to this litigation, in connection with discovery in the litigation, have produced documents to the Parties;

  WHEREAS, the Parties desire to have an efficient process for the exchange of documents produced by non-parties;

  WHEREAS, the Parties have met and conferred and agreed upon the terms of this Joint Stipulation Regarding Third Party Productions in Response to Subpoenas (the "Stipulation").

  THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

  1. Beginning on the date that this Stipulation is entered, each Party will produce documents subpoenaed by that Party ("the Subpoenaing Party") to all of the other Parties in the case on a rolling basis no later than two (2) weeks following production by the subpoenaed non-party, unless the Subpoenaing Party explains in writing to the other Parties in that timeframe that production will be delayed due to the size of the production, the amount of pre-production work needed to complete production, or provides another good-faith reason that the production will be delayed, in which case production will be made as soon as reasonably possible.

  2. Any Subpoenaing Party that receives formal responses and objections to a subpoena or a production cover letter will produce those documents to all of the other Parties in the case no later than two (2) weeks following receipt by the Subpoenaing Party.

3. Subpoenaing Parties that have received document productions from subpoenaed non-parties, responses and objections to subpoenas, or production cover letters prior to the date that this Stipulation is entered will provide all produced documents, as well as any responses and objections and production cover letters, to all of the other parties in the case no later than fifteen (15) business days following the date of entry of this Stipulation.

4. For subpoenas served after the entry of this Stipulation, the Subpoenaing Party will produce any final agreements reached with subpoenaed parties to all other Parties summarizing what will be produced.

5. If a Subpoenaing Party receives a production from a subpoenaed non-party that lacks bates numbers, the Subpoenaing Party will add bates numbers for ease of reference. The Subpoenaing Party will produce to the other Parties two versions of the documents: the original production without bates numbers, and the production with bates numbers added, within the timelines outlined in paragraphs 1 and 3, *supra*. If a Subpoenaing Party receives a production from an NCAA member institution or other subpoenaed non-party that bears a duplicate bates prefix to a bates stamp already used in this litigation, that Party will add a unique bates prefix for ease of reference, within the timelines outlined in paragraphs 1 and 3, *supra*.

Dated: January 6, 2022                                             Respectfully submitted,

| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
|---|---|
| By: */s/ Steve W. Berman* <br> Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) | By: */s/ Jeffrey L. Kessler* <br> Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com |

| | | |
|---|---|---|
| 1 | 715 Hearst Avenue, Suite 202 | dgreenspan@winston.com |
| 2 | Berkeley, CA 94710 | aidale@winston.com |
|   | Telephone: (510) 725-3000 | |
| 3 | Facsimile: (510) 725-3001 | Jeanifer E. Parsigian (SBN 289001) |
|   | bens@hbsslaw.com | 101 California Street, 34th Floor |
| 4 | | San Francisco, CA 94111 |
|   | Jeffrey L. Kodroff | Telephone: (415) 591-1000 |
| 5 | SPECTOR ROSEMAN & KODROFF PC | Facsimile: (415) 591-1400 |
|   | Two Commerce Square | jparsigian@winston.com |
| 6 | 2001 Market Street, Suite 3420 | |
|   | Philadelphia, PA 19103 | *Counsel for Plaintiffs and the Proposed Classes* |
| 7 | Telephone: (215) 496 0300 | |
| 8 | Facsimile: (215) 496 6611 | |
|   | jkodroff@srkattorneys.com | |

*Counsel for Plaintiffs and the Proposed Classes*

| | | |
|---|---|---|
| | WILKINSON STEKLOFF LLP | FOX ROTHSCHILD LLP |
| | By: */s/ Beth A. Wilkinson* | By: */s/ D. Erik Albright* |
| | Beth A. Wilkinson (*pro hac vice*) | D. Erik Albright (*pro hac vice*) |
| | Rakesh N. Kilaru (*pro hac vice*) | Gregory G. Holland (*pro hac vice*) |
| | Kieran Gostin (*pro hac vice*) | 230 North Elm Street, Suite 1200 |
| | Calanthe Cope-Kasten (*pro hac vice*) | Greensboro, NC 27401 |
| | 2001 M Street NW, 10th Floor | Telephone: (336) 378-5368 |
| | Washington, DC 20036 | Facsimile: (336) 378-5400 |
| | Telephone: (202) 847-4000 | ealbright@foxrothschild.com |
| | Facsimile: (202) 847-4005 | gholland@foxrothschild.com |
| | bwilkinson@wilkinsonstekloff.com | |
| | rkilaru@wilkinsonstekloff.com | Jonathan P. Heyl (*pro hac vice*) |
| | kgostin@wilkinsonstekloff.com | 101 N. Tryon Street, Suite 1300 |
| | ccope-kasten@wilkinsonstekloff.com | Charlotte, NC 28246 |
| | | Telephone: (704) 384-2625 |
| | Rahul Hari (SBN 313528) | Facsimile: (704) 384-2800 |
| | 11601 Wilshire Blvd., Suite 600 | jheyl@foxrothschild.com |
| | Los Angeles, CA 90025 | |
| | Telephone: (424) 291-9655 | Alexander Hernaez (SBN 201441) |
| | Facsimile: (202) 847-4005 | 345 California Street, Suite 2200 |
| | rhari@wilkinsonstekloff.com | San Francisco, CA 94104-2670 |
| | | Telephone: (415) 364-5540 |
| | *Counsel for Defendant National Collegiate Athletic Association* | Facsimile: (415) 391-4436 |
| | | ahernaez@foxrothschild.com |
| | | |
| | | *Counsel for Defendant The Atlantic Coast Conference* |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW

4

010912-11 1716734V1

| | | |
|---|---|---|
| 1 | MAYER BROWN LLP | PROSKAUER ROSE LLP |
| 2 | By: */s/ Brit M. Miller* | By:   *Scott P. Cooper* |
| 3 | Britt M. Miller (*pro hac vice*) | Scott P. Cooper (SBN 96905) |
|   | Matthew D. Provance (*pro hac vice*) | Bart H. Williams (SBN 134009) |
| 4 | 71 South Wacker Drive | Kyle A Casazza (SBN 254061) |
|   | Chicago, IL 60606 | Shawn S. Ledingham, Jr. (SBN 275268) |
| 5 | Telephone: (312) 782-0600 | Jennifer L. Jones (SBN 284624) |
|   | Facsimile: (312) 701-7711 | Kelly M. Curtis (SBN 313581) |
| 6 | bmiller@mayerbrown.com | 2029 Century Park East, Suite 2400 |
| 7 | mprovance@mayerbrown.com | Los Angeles, CA 90067 |
|   |  | Telephone: (310) 557-2900 |
| 8 | Christopher J. Kelly (SBN 276312) | Facsimile: (310) 557-2193 |
|   | Two Palo Alto Square, Suite 300 | bwilliams@proskauer.com |
| 9 | 3000 El Camino Real | scooper@proskauer.com |
|   | Palo Alto, CA 94306 | kcasazza@proskauer.com |
| 10 | Telephone: (650) 331-2000 | sledingham@proskauer.com |
|    | Facsimile: (650) 331-2060 | jljones@proskauer.com |
| 11 | cjkelly@mayerbrown.com | kcurtis@proskauer.com |
| 12 | | |
|    | *Counsel for Defendant The Big Ten* | *Counsel for Defendant Pac-12 Conference* |
| 13 | *Conference, Inc.* | |
| 14 | POLSINELLI PC | ROBINSON BRADSHAW & HINSON, P.A. |
| 15 | By: */s/ Leane K. Capps* | By:  */s/ Robert W. Fuller, III* |
| 16 | Leane K. Capps (*pro hac vice*) | Robert W. Fuller, III (*pro hac vice*) |
|    | Caitlin J. Morgan (*pro hac vice*) | Lawrence C. Moore, III (*pro hac vice*) |
| 17 | D. Rockwell Bower (*pro hac vice*) | Pearlynn G. Houck (*pro hac vice*) |
|    | 2950 N. Harwood Street | Amanda P. Nitto (*pro hac vice*) |
| 18 | Suite 2100 | 101 N. Tryon Street, Suite 1900 |
|    | Dallas, TX 75201 | Charlotte, NC 28246 |
| 19 | Telephone: (214) 397-0030 | Telephone: (704) 377-2536 |
| 20 | lcapps@polsinelli.com | Facsimile: (704) 378-4000 |
|    | cmorgan@polsinelli.com | rfuller@robinsonbradshaw.com |
| 21 | rbower@polsinelli.com | lmoore@robinsonbradshaw.com |
|    |  | phouck@robinsonbradshaw.com |
| 22 | Amy D. Fitts (*pro hac vice*) | apickens@robinsonbradshaw.com |
|    | 120 W. 12th Street | |
| 23 | Kansas City, MO 64105 | Mark J. Seifert (SBN 217054) |
| 24 | Telephone: (816) 218-1255 | SEIFERT ZUROMSKI LLP |
|    | afitts@polsinelli.com | One Market Street, 36th Floor |
| 25 | | San Francisco, CA 94105 |
|    | Wesley D. Hurst (SBN 127564) | Telephone: (415) 999-0901 |
| 26 | 2049 Century Park East, Suite 2300 | Facsimile: (415) 901-1123 |
|    | Los Angeles, CA 90067 | mseifert@SZLLP.com |
| 27 | | |
| 28 | | |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW

5

010912-11 1716734V1

1  Telephone: (310) 556-1801
   whurst@polsinelli.com                    *Counsel for Defendant Southeastern*
2                                           *Conference*

3  *Counsel for Defendant The Big Twelve*
   *Conference, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW

6

010912-11 1716734V1

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                        /s/ Steve W. Berman
                                    STEVE W. BERMAN (pro hac vice)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge