[All counsel listed on sig. page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THIRD-PARTY PRODUCTIONS IN RESPONSE TO SUBPOENAS**<br><br>Hon. Claudia Wilken |

1    Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-

2    captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12

3    Conference ("Pac-12"), Big Ten Conference, Inc. ("Big Ten"), Big Twelve Conference, Inc. ("Big

4    12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively,

5    "Defendants") (Plaintiffs and each Defendant is referred to herein as a "Party" and all Defendants

6    together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of

7    record, submit the following Stipulation and Proposed Order:

8    WHEREAS, certain subpoenaed non-parties to this litigation, in connection with discovery in

9    the litigation, have produced documents to the Parties;

10   WHEREAS, the Parties desire to have an efficient process for the exchange of documents

11   produced by non-parties;

12   WHEREAS, the Parties have met and conferred and agreed upon the terms of this Joint

13   Stipulation Regarding Third Party Productions in Response to Subpoenas (the "Stipulation").

14   THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF

15   RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

16   1.    Beginning on the date that this Stipulation is entered, each Party will produce

17   documents subpoenaed by that Party ("the Subpoenaing Party") to all of the other Parties in the case

18   on a rolling basis no later than two (2) weeks following production by the subpoenaed non-party,

19   unless the Subpoenaing Party explains in writing to the other Parties in that timeframe that

20   production will be delayed due to the size of the production, the amount of pre-production work

21   needed to complete production, or provides another good-faith reason that the production will be

22   delayed, in which case production will be made as soon as reasonably possible.

23   2.    Any Subpoenaing Party that receives formal responses and objections to a subpoena

24   or a production cover letter will produce those documents to all of the other Parties in the case no

25   later than two (2) weeks following receipt by the Subpoenaing Party.

28   JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW
010912-11 1716734V1

2

3.      Subpoenaing Parties that have received document productions from subpoenaed non-parties, responses and objections to subpoenas, or production cover letters prior to the date that this Stipulation is entered will provide all produced documents, as well as any responses and objections and production cover letters, to all of the other parties in the case no later than fifteen (15) business days following the date of entry of this Stipulation.

4.      For subpoenas served after the entry of this Stipulation, the Subpoenaing Party will produce any final agreements reached with subpoenaed parties to all other Parties summarizing what will be produced.

5.      If a Subpoenaing Party receives a production from a subpoenaed non-party that lacks bates numbers, the Subpoenaing Party will add bates numbers for ease of reference. The Subpoenaing Party will produce to the other Parties two versions of the documents:  the original production without bates numbers, and the production with bates numbers added, within the timelines outlined in paragraphs 1 and 3, *supra*. If a Subpoenaing Party receives a production from an NCAA member institution or other subpoenaed non-party that bears a duplicate bates prefix to a bates stamp already used in this litigation, that Party will add a unique bates prefix for ease of reference, within the timelines outlined in paragraphs 1 and 3, *supra*.

Dated: January 6, 2022                          Respectfully submitted,


HAGENS BERMAN SOBOL SHAPIRO LLP          WINSTON & STRAWN LLP

By: */s/ Steve W. Berman*                         By: */s/ Jeffrey L. Kessler*
Steve W. Berman (*pro hac vice*)                  Jeffrey L. Kessler (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)                  David G. Feher (*pro hac vice*)
1301 Second Avenue, Suite 2000                    David L. Greenspan (*pro hac vice*)
Seattle, WA 98101                                 Adam I. Dale (*pro hac vice*)
Telephone: (206) 623-7292                         200 Park Avenue
Facsimile: (206) 623-0594                         New York, NY 10166-4193
steve@hbsslaw.com                                 Telephone: (212) 294-4698
emilees@hbsslaw.com                               Facsimile: (212) 294-4700
                                                  jkessler@winston.com
Benjamin J. Siegel (SBN 256260)                   dfeher@winston.com

| | |
|---|---|
| 1 | 715 Hearst Avenue, Suite 202 |
| 2 | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| 3 | Facsimile: (510) 725-3001 |
| | bens@hbsslaw.com |

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN & KODROFF PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496 0300
Facsimile: (215) 496 6611
jkodroff@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Classes*

WILKINSON STEKLOFF LLP

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

*Counsel for Defendant National Collegiate Athletic Association*

dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

FOX ROTHSCHILD LLP

By: */s/ D. Erik Albright*
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

*Counsel for Defendant The Atlantic Coast Conference*

1

MAYER BROWN LLP

PROSKAUER ROSE LLP

2

By: /s/ Brit M. Miller
Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

By:  Scott P. Cooper
Scott P. Cooper (SBN 96905)
Bart H. Williams (SBN 134009)
Kyle A Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)
Jennifer L. Jones (SBN 284624)
Kelly M. Curtis (SBN 313581)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com
scooper@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com
kcurtis@proskauer.com

3

4

5

6

7

8

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

9

10

11

12

*Counsel for Defendant The Big Ten
Conference, Inc.*

*Counsel for Defendant Pac-12 Conference*

13

14

POLSINELLI PC

ROBINSON BRADSHAW & HINSON, P.A.

15

By: /s/ Leane K. Capps
Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
D. Rockwell Bower (*pro hac vice*)
2950 N. Harwood Street
Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com
rbower@polsinelli.com

By: /s/ Robert W. Fuller, III
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

16

17

18

19

20

21

22

Amy D. Fitts (*pro hac vice*)
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
afitts@polsinelli.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, CA 94105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@SZLLP.com

23

24

25

26

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW

010912-11 1716734V1

1

Telephone: (310) 556-1801
whurst@polsinelli.com

*Counsel for Defendant The Big Twelve
Conference, Inc.*

*Counsel for Defendant Southeastern
Conference*

1

## **E-FILING ATTESTATION**

2

3      I, Steve W. Berman, am the ECF User whose ID and password are being used to file this

4 document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories

5 identified above has concurred in this filing.

6                                              */s/ Steve W. Berman*
                                          STEVE W. BERMAN (*pro hac vice*)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW

010912-11 1716734V1

1

<strong>[PROPOSED] ORDER</strong>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Date: January 6, 2022

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THIRD-PARTY PRODUCTIONS
No. 4:20-cv-03919-CW

010912-11 1716734V1