**PROSKAUER ROSE LLP**

BART H. WILLIAMS (SBN 134009)
 bwilliams@proskauer.com
SCOTT P. COOPER (SBN 96905)
 scooper@proskauer.com
KYLE A. CASAZZA (SBN 254061)
 kcasazza@proskauer.com
SHAWN S. LEDINGHAM, JR. (SBN 275268)
 sledingham@proskauer.com
JENNIFER L. JONES (SBN 284624)
 jljones@proskauer.com
KELLY M. CURTIS (SBN 313581)
 kcurtis@proskauer.com
2029 Century Park East, 24th Floor
Los Angeles, CA  90067-3010
Telephone:     310-557-2900
Facsimile:      310-557-2193

*Attorneys for Defendant Pac-12 Conference*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br>**NOTICE OF CHANGE IN COUNSEL**<br>Hon. Claudia Wilken |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5-1(c)(2)(C), Jennifer L. Jones of Proskauer Rose LLP hereby withdraws as attorney of record for Defendant Pac-12 Conference ("Pac-12"). Counsel of record for the Pac-12 otherwise remains unchanged, and all further contacts and correspondence should continue to be directed to Bart H. Williams, Scott P. Cooper, Kyle A. Casazza, Shawn S. Ledingham and Kelly M. Curtis of Proskauer Rose LLP.

Dated: January 7, 2022

**PROSKAUER ROSE LLP**

By: */s/ Jennifer L. Jones*
    Jennifer L. Jones

Bart H. Williams (SBN 134009)
Scott P. Cooper (SBN 96905)
Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham (SBN 275268)
Jennifer L. Jones (SBN 284624)
Kelly M. Curtis (SBN 313581)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
bwilliams@proskauer.com
scooper@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
jljones@proskauer.com
kcurtis@proskauer.com

*Attorneys for Defendant Pac-12 Conference*