[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE COLLEGE ATHLETE NIL LITIGATION

**Case No. 4:20-cv-03919-CW**

**SECOND STIPULATION AND ORDER SUPPLEMENTING AND AMENDING PROTECTIVE ORDER REGARDING HIGHLY CONFIDENTIAL – COUNSEL ONLY AND CONFERENCE STRICTLY CONFIDENTIAL INFORMATION**

Hon. Claudia Wilken

On December 22, 2020, this Court entered a Stipulation and Protective Order (the "Protective Order") in this action (Docket No. 137). Exhibit A to the Protective Order provides for the confidentiality designation of "Highly Confidential – Counsel Only." Highly Confidential – Counsel Only Information[1] is defined as:

> any document, response to discovery, or deposition transcript which that Disclosing Party considers in good faith to contain Confidential Information, the disclosure of which to another party or non-party would create a substantial risk of serious harm that could not be avoided by less restrictive means (Highly Confidential – Counsel Only Information).

Ex. A to Protective Order (Docket No. 136-1).

The Protective Order further contemplated that the parties would separately negotiate appropriate protections for documents to be produced in this action that could be designated Conference Strictly Confidential – Outside Litigation Counsel Only or Network Strictly Confidential – Outside Litigation Counsel Only under the Protective Order. On February 8, 2021, the Court entered a Supplemental Stipulation and Order Supplementing and Amending Protective Order Regarding Conference and Network Strictly Confidential Documents (the "First Supplemental Stipulation & Order") (Docket No. 148).

The First Supplemental Stipulation & Order defines House Conference Strictly Confidential – Outside Litigation Counsel Only Information as:

> 3. Any party or non-party may designate as House CSC – Outside Litigation Counsel Only (by stamping the relevant page or portion "House CSC – Outside Litigation Counsel Only") any document, response to discovery, deposition transcript, or anything else furnished during the course of these actions that includes or concerns financial information, contractual terms, or other sensitive business information of a Conference Defendant in these actions (including summaries or analyses of such information that may identify the nature of such terms), that the Disclosing Party or their contractual counterparty considers in good faith to contain information, the disclosure of which to in-house counsel or specific individual outside counsel of another party or non-party would create a substantial risk of serious competitive, business, or financial harm to such designating party or to a party or non-party to which such designating party has a confidentiality obligation ("House CSC – Outside Litigation Counsel Only Information").

This Second Supplemental Stipulation and [Proposed] Order reflects the parties' agreement to further amend the Protective Order and the First Supplemental Stipulation & Order regarding Highly Confidential – Counsel Only Information and House Conference Strictly Confidential – Outside Litigation Counsel Only Information.

THEREFORE, through counsel, the parties stipulate and move the Court to order that:

1. Highly Confidential – Counsel Only Information includes all information produced by an NCAA member school, college, university, or institution that is protected by the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g (hereinafter "FERPA-Related Information"). Any member school, college, university, or institution may designate documents that contain FERPA-Related Information as "Highly Confidential – Counsel Only" in accordance with the provisions of the Protective Order.

2. Materials or information designated as FERPA-Related Information shall not be disclosed, except in accordance with the terms of the Protective Order governing the disclosure of Highly Confidential – Counsel Only Information and shall be redacted from public documents and filings, unless otherwise required by court order.

3. In the event any individual member school, college, university, or institution is named as a defendant in this action, any such information produced by a member school, college, university, or institution in response to a third party subpoena shall be treated as "House CSC – Outside Litigation Counsel Only" as to the named individual member school, college, university, or institution only.

IT IS SO STIPULATED.

[1] Capitalized terms used herein shall have the same definition and meaning as set forth in the Protective Order and Supplemental Stipulation and Order Supplementing and Amending Protective Order Regarding Conference and Network Strictly Confidential Documents.

Dated: March 28, 2022

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN & KODROFF PC
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496 0300
Facsimile: (215) 496 6611
jkodroff@srkattorneys.com

*Counsel for Plaintiffs and the Proposed Classes*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

WILKINSON STEKLOFF LLP

By: /s/ Beth A. Wilkinson
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Rahul Hari (SBN 313528)
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

*Counsel for Defendant National Collegiate Athletic Association*

FOX ROTHSCHILD LLP

By: /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

*Counsel for Defendant The Atlantic Coast Conference*

MAYER BROWN LLP

By: /s/ Britt M. Miller
Britt M. Miller (*pro hac vice*)
Matthew D. Provance (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

*Counsel for Defendant The Big Ten Conference, Inc.*

PROSKAUER ROSE LLP

By: /s/ Scott P. Cooper
Scott P. Cooper (SBN 96905)
Bart H. Williams (SBN 134009)
Kyle A. Casazza (SBN 254061)
Shawn S. Ledingham, Jr. (SBN 275268)
Kelly M. Curtis (SBN 313581)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
scooper@proskauer.com
bwilliams@proskauer.com
kcasazza@proskauer.com
sledingham@proskauer.com
kcurtis@proskauer.com

*Counsel for Defendant Pac-12 Conference*

POLSINELLI PC

By: /s/ Leane K. Capps
Leane K. Capps (*pro hac vice*)
Caitlin J. Morgan (*pro hac vice*)
2950 N. Harwood Street
Suite 2100
Dallas, TX 75201
Telephone: (214) 397-0030
lcapps@polsinelli.com
cmorgan@polsinelli.com
Amy D. Fitts (*pro hac vice*)
120 W. 12th Street
Kansas City, MO 64105
Telephone: (816) 218-1255
afitts@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 556-1801
whurst@polsinelli.com

*Counsel for Defendant The Big Twelve Conference, Inc.*

ROBINSON, BRADSHAW & HINSON, P.A.

By: /s/ Robert W. Fuller
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
anitto@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 94105
Tel. (415) 999-0901
Fax (415) 901-1123
mseifert@SZLLP.com

*Counsel for Defendant Southeastern Conference*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                                                              /s/ *Jeffrey L. Kessler*
                                                                                                JEFFREY L. KESSLER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: March 29, 2022

The Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE