# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION<br><br>Plaintiff(s),<br><br>v.<br><br>.<br><br>Defendant(s). | Case No: 4:20-cv-03919-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Deepti Bansal, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Pac-12 Conference in the above-entitled action. My local co-counsel in this case is Whitty Somvichian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Cooley LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Cooley LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 842-7800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 693-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>dbansal@cooley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>wsomvichian@cooley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1001754.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: April 4, 2022                    /s/ Deepti Bansal
                                                           APPLICANT
                                          Deepti Bansal

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Deepti Bansal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.
Dated:
                                                            _____
                                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE