# Exhibit A


| TICKETS | COUGAR CLUB | BUILT4LIFE | SPORTS CAMPS | SHOP NOW |

Brett Pyne | Posted: 12 Aug 2021 | Updated: 25 Aug 2021

# BYU FOOTBALL TOUTS GROUNDBREAKING NIL AGREEMENTS WITH BUILT BRANDS



PROVO, Utah — BYU Athletics and current corporate partner Built Brands, LLC today announced an enhanced multi-year agreement to support the Cougar football program, while also pioneering separate innovative NIL agreements with individual members of the football team.

Built's individual NIL agreements with BYU players include compensation to all members of the team, including compensation to all walk-on players in the amount comparable to the costs of tuition for the academic year.

"From the beginning of the NIL discussion, my hope was that changes to NCAA rules and regulations would provide a pathway forward for all players to benefit more fully from their name, image, and likeness, especially walk-ons who sacrifice so much to make our program great," said

players have to pay their own way through school. It certainly changes the experience for a walk-on player and their family," said BYU head coach Kalani Sitake. "When Nick Greer called to tell me that Built was committed to entering into NIL deals which would pay our walk-ons enough money to cover their tuition for the full academic year, I could not hold back my emotions. I love these boys, and I am overwhelmed with gratitude to be partnering with a company that is equally committed to assisting BYU football in building a culture of love and learning while enhancing the experience for all players."

All players entering into the NIL agreement will wear Built branding on their practice helmets and participate in experiential events for Built. In addition, walk-on players will provide additional social media and experience promotions for Built as part of their agreements.

In all, 123 football players will enter into agreements directly with Built. Of those, BYU will have 36 walk-on players in the program this year. The team formally celebrated the agreements in a team meeting Thursday morning.

"We are excited to partner with BYU and all 123 players on the football team. We are making history together," said Nick Greer, co-founder of Built Brands. "Cougar players know success happens when every player invests in each other to do what's best for the team. That's what we believe at Built too, and we're excited to support every player of the BYU football team. Games are won when every single player lifts and supports each other with everything they've got. That is how we will all win. That is how we unite as one!"

Enhancing its ongoing relationship with BYU Athletics, Built will also provide additional funding to the BYU football program as part of its corporate partnership with BYU. Much of this funding will go towards fueling the football team over the next several years. Built has agreed to place two Built fueling areas in the two football locker rooms—one in the Student-Athlete Building and one in LaVell Edwards Stadium. These walls are inspired by the signature Built Bar wall located near the entryway at the Built headquarters in American Fork, Utah.

"I'm super grateful to Nick Greer and Built Brands for providing a mechanism for hard-earned compensation for our student-athletes and for making it possible for all of our football players to be able to compete without having as much of a strain on their finances," said BYU director of athletics Tom Holmoe. "With the changes in the NIL space, we have embraced the role of advocates as our student-athletes involve themselves in quality opportunities to use NIL to help earn additional income. Our newly launched Built4Life program has been instrumental in helping educate, support, and find creative and permissible ways for our student-athletes to maximize their potential. We look forward to many years of success in this area."

Built Brands is a leading manufacturer and distributor of healthy, great-tasting protein and energy products – combining natural, clean ingredients with taste-first priority. Built Bar is the protein bar that thinks it's a candy bar. Check out www.Built.com and see how Built is changing the way people view delicious.








© 2022 BYU ATHLETICS. All Rights Reserved.
331 SAB • Provo, UT 84602 | 801.422.2096

Copyright | Privacy Policy | Terms of Use | Contact Us | Website Feedback




