# Exhibit B



# Grambling State has NIL deals for all of its scholarship athletes

**Ethan Sands, Monroe News-Star**
February 1, 2022 · 2 min read



**In this article:**

**Hue Jackson**
American football player and coach

Grambling State has name, image and likeness deals in place for all of the school's scholarship athletes, the News-Star confirmed Monday.

The agreement with Urban Edge Network and AthyIt was reported by ESPN's Pete Thamel and confirmed by Grambling State athletics director Brian Howard.

**Pete Thamel** ✓
@PeteThamel

A source tells ESPN that

**TRENDING**

1. South Carolina wins second national title by suffocating UConn
2. Tiger will be a 'game-time decision' ahead of upcoming Masters tournament
3. Kareem says his criticism of LeBron was 'blown out of proportion'
4. Padres bolster rotation, get Manaea in Oakland firesale; 3.91 ERA last season
5. Butler hiring former Ohio State coach Thad Matta to take over program

| HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | MORE... |

Yahoo Sports    Sign in   Mail

Sports  Fantasy  NFL  NBA  MLB  NHL  NCAAB  Sportsbook  NCAAF  NCAAW  MMA  Soccer  WNBA  Podcasts  ...

NIL. The deal is believed to be the first of its kind.

10:16 AM · Jan 31, 2022

Read the full conversation on Twitter

Thamel reported the deal is believed to the first of its kind.

Howard didn't share additional details. Players who have committed to Grambling told the News-Star they were told not to comment about the NIL deal.

**2022 SCHEDULE:** Grambling State releases its 2022 football schedule, first season under Hue Jackson

**SAMMY WHITE:** Former Grambling receiver Sammy White to be inducted into the Black College Football Hall of Fame

This isn't the first historic NIL deal, as Jackson State quarterback Shedeur Sanders became the first HBCU player to sign with Gatorade. However, Grambling's NIL deal should set up a foundation to entice players to come play for new football coach Hue Jackson and the Tigers.

Gatorade
@Gatorade

"Being the first HBCU athlete to sign an NIL deal with Gatorade... that's legendary."

The work has just begun! Welcome to the Gatorade family, @ShedeurSanders ⚡

10:56 AM · Jan 27, 2022

♥ 340    💬 Reply    ⬆ Share

4/4/22, 9:18 AM
Case 4:20-cv-03919-CW Document 184-3 Filed 04/04/22 Page 4 of 8
Grambling State has NIL deals for all of its scholarship athletes



NIL deals have already served as a bargaining chip for Jackson based on the players who have recently committed to the Tigers..

Story continues



Buy your woodwind at campchef.com

SHOP NOW



## Popular in the Community



AdChoices   Sponsored

---

### RECOMMENDED STORIES

**USA TODAY Sports - Golfweek**
**Talor Gooch, a first-time participant in the Masters, apparently not aware of the dress code at Augusta National Golf Club**
The 2021 RSM Classic champ made a rookie mistake at Augusta.
18h ago



**ProFootball Talk on NBC Sports**
**If allegations of withholding payments from league are true, Daniel Snyder likely will be done**
Saturday night's bombshell could indeed be the last straw for the NFL and Daniel Snyder. A.J. Perez of FrontOfficeSports.com reported last night that Congress is exploring whether the Washington Commanders withheld…
1d ago

Ad • HealthyGem
**Triplets Take DNA Test, Receive Unexpected Results**
When the Dahm Triplets agreed to take a DNA test and get the results on live TV, nobody expected this to be the result…



**LEARN MORE**
**TALK WITH YOUR DOCTOR OR PHARMACIST ABOUT HPV VACCINATION**

**Important Safety Information for GARDASIL 9**
GARDASIL®9 (Human Papillomavirus 9-valent Vaccine, Recombinant) or GARDASIL® [Human Papillomavirus Quadrivalent (Types 6, 11, 16, and 18) Vaccine, Recombinant], including those severely allergic to yeast, should not receive the vaccine. GARDASIL 9 was not studied in women who knew they were pregnant.

Patient Information    Prescribing Information

**Raleigh News and Observer**
**UNC vs Kansas championship game isn't on CBS. What channel it's on and how to stream**
Set your reminders for Monday night when UNC plays Kansas for the national championship.

4/4/22, 9:18 AM
Case 4:20-cv-03919-CW   Document 184-3   Filed 04/04/22   Page 6 of 8
Grambling State has NIL deals for all of its scholarship athletes

| HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS | MORE... |



Sports  Fantasy  NFL  NBA  MLB  NHL  NCAAB  Sportsbook  NCAAF  NCAAW  MMA  Soccer  WNBA  Podcasts  ...

I can take the heat, but when you write something and it's during one of the most…

10h ago



**Yahoo Sports**
**How a Masters champion ended up in an Argentine prison**
The downfall of 2009 Masters champion Ángel Cabrera, from green jacket to Argentine prison.

20h ago



Ad · CapitalOne Shopping
**Prime Is Now $139, But Few Know This Saving Hack**
Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick



**USA TODAY Sports**
**WrestleMania 38 takeaways: Roman Reigns takes down Brock Lesnar, Pat McAfee gets stunned by Stone Cold Steve Austin**
Roman Reigns took down Brock Lesnar in a winner-take-all match, while Pat McAfee and Johnny Knoxville had entertaining matches at WrestleMania 38.

12h ago



**Tar Heels Wire**
**WATCH: Most Duke players don't shake hands with UNC, walk off court**
Most Duke basketball players leave the court and don't shake hands after losing to UNC in the Final Four.

1d ago



**The State**
**Everything Geno Auriemma said after UConn-South Carolina national championship game**
"Usually the better team wins when you get here. "

12h ago



Ad · Noteabley
**Phoenix Burger Joint Named Best Burger In US**
The 30 Best Burgers You Can Find In America



**USA TODAY Sports**
**NFL draft 2022: Which teams could be most likely to trade up, down in first round?**
The first round of the NFL draft has already been drastically reshaped by a rash of trades, but more deals could be ahead in the coming weeks.

2h ago

**Yahoo Sports Canada**

**P.K. Subban earns 27 penalty minutes and ejection after standing**



### Can Tiger Woods' son Charlie emulate his famous father?

Charlie Woods had visited Augusta National before, but last Tuesday the 13-year-old h…

3h ago



Ad · TotalRestore

### US Surgeon Drops Over 70 LBS: "I Quit 3 Foods"

Top U.S. Surgeon Reveals Why Your Gut Health is Critical to Your Overall Wellbeing



Lions Wire

### Lions check out QB Colin Kaepernick's throwing event at Michigan's spring game

Kaepernick auditioned for NFL teams at Michigan's spring game on Saturday

2d ago



Yahoo Sports Canada

### NHL broadcaster doubles down on controversial, violent opinion

Tyson Nash had the opportunity to walk back his brutal comments. He chose not to.

14h ago



Vikings Wire

### Former Vikings players clash in Wrestlemania 38 main event

Former Vikings players headlined the sports entertainment spectacle at AT&T Stadium in Dallas

4h ago



Ad · Best Of Senior

### Charles Barkley Steps Out With Wife & Stuns Fans

One of the greatest players in NBA history, Charles Barkley has been married to his wife for over three decades. Meet the lucky gal..



Ft. Smith Southwest Times Record

### Danyelle Musselman won't take Arkansas basketball coach Eric Musselman to Walmart with her

Danyelle Musselman said she won't take her husband, Arkansas men's basketball coach Eric Musselman, to Walmart with her.

2d ago



Associated Press

### Bueckers can't do it all as UConn comes up short for title

At the tail end of the third quarter, Paige Bueckers picked up her first personal foul and plopped down on Connecticut's bench for her only break of the night — a whole 53 seconds of game time. The Huskies had to lean…

13h ago





Ad · Investing.com

**Is Your Lowes Closing? See The Full List**
Hundreds Of Lowes To Be Shut Down



The Augusta Chronicle
**Why is it called Amen Corner? Here's the history of the famous 3-hole stretch at the Masters**
Amen Corner is known for its beauty, with Rae's Creek flowing through it. Here's what you need to about the famous Masters holes.
1h ago



Associated Press
**Kupcho takes last victory leap in Mission Hills finale**
Jennifer Kupcho took the last victory leap into Poppie's Pond late Sunday afternoon in the California desert, ending the tournament best known as the Dinah Shore's half-century run at Mission Hills. Six strokes ahead...
15h ago



Bucks County Courier Times
**Philadelphia Phillies Opening Day: projected lineup vs. Oakland Athletics**
With a more formidable offense, Phillies' manager Joe Girardi has plenty of options with his opening-day lineup
7h ago

