# Exhibit C

**SPORTS**

# Adidas announces new network that will allow more than 50,000 student-athletes to be paid ambassadors

PUBLISHED WED, MAR 23 2022·7:59 AM EDT

Jessica Golden
@JGOLDEN5

WATCH LIVE

SHARE 

## KEY POINTS

- Adidas is the first major sports brand to create a name, image and likeness network for college student-athletes.

- The sports apparel brand is opening up its network to 50,000 student-athletes at NCAA Division 1 Adidas-sponsored schools.

- The brand is doing this to mark the 50th anniversary of Title IX and its efforts to create a more equitable future in sport.

**In this article**

ADS-DE  +2.50 (+1.19%)



WATCH LIVE  Power Lunch



*Getty Images*

[Adidas](#) announced Wednesday a new "name, image and likeness" network that will be open to student-athletes at NCAA Division 1 Adidas-sponsored schools.

The new program will allow more than 50,000 students across 23 sports at 109 schools the ability to become paid spokespeople for the brand.

"The adidas NIL network embodies our belief that sport has the power to change lives by upskilling athletes and giving them the ability to begin to experience an entrepreneurial path that will carry them beyond their college years," Jim Murphy, Adidas NCAA program lead, said in a statement.

The company says the program will launch in phases over the next 12 months, beginning with historically Black colleges and universities and Power Five conference partners this fall, and then scale across other participating schools by April 2023.

Adidas did not disclose how much student-athletes will be compensated if they choose to participate in the program.



WATCH **LIVE** **Power Lunch**

Student athlete will initially be paid a percentage of the sales they drive at adidas.com or the adidas app, as well as the ability to be paid per social media post.

As of July 1, 2021, the NCAA dramatically shifted its economic model, allowing student-athletes the ability to monetize the use of their name, image and likeness for the first time in history. Brands are expected to spend nearly $600 million on NIL deals in its first year, according to a recent white paper by Front Office Sports and Opendorse, a firm that provides the technology to the athlete endorsement industry.

Adidas' announcement comes near the 50th anniversary of Title IX, which was passed by Congress in 1972 and signed into law by President Richard Nixon that states, "No person in the United States shall, based on sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance."

Adidas says its program advances its commitment to building inclusivity in sport.

"At adidas, we are committed to creating change through sport and recognize the important role student-athletes play in shaping the future," Rupert Campbell, president of adidas North America, said in a statement.

The company says that longstanding partners Candace Parker and Billie Jean King are supporting the brand's ongoing effort to push the game forward.

"Adidas' NIL network is an incredible step forward for the growth of women's sports," said Parker, an Adidas partner. "It will have an impact on the future of college athletics and hopefully create a more equal, sustainable landscape where athletes feel supported and invested in as they grow in their college careers."

Power Lunch                                                            WATCH IN THE APP

UP NEXT | **Closing Bell** 03:00 pm ET



WATCH LIVE  Power Lunch

## TRENDING NOW

**1**

Biden calls to put Putin on trial for war crimes over Russia killings in Ukraine

**2**

'It's now or never': World's top climate scientists issue ultimatum on critical temperature limit

**3**

Twitter shares soar more than 26% after Elon Musk takes 9% stake in social media company

**4**

Social Security's retirement age is moving to 67. Some experts say that could go even higher

**5**

Russia's economy is beginning to crack as economists forecast sharp contractions

Sponsored Links by Taboola

## FROM THE WEB



WATCH LIVE  Power Lunch

**Power Life**

## Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick

**Capital One Shopping**                                                                                    Learn More





Subscribe to CNBC PRO

CNBC Councils

CNBC on Peacock

Join the CNBC Panel

News Releases

Corrections

Internships

Podcasts

Careers

Contact

Licensing & Reprints

Supply Chain Values

Advertise With Us

Digital Products

Closed Captioning

About CNBC

Site Map

Ad Choices

Help

## News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH

## CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Do Not Sell My Personal Information

CA Notice

Terms of Service

© 2022 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.



WATCH LIVE   Power Lunch



WATCH LIVE   Power Lunch