# Exhibit F

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/sedona-prince-tiktok-college-basketball-oregon-11648917186

# Sedona Prince Is a TikTok Star Who Also Plays College Basketball

The Oregon player whose viral weight-room video sparked a revolution last year is more famous than ever—as a role model and product endorser

By *Rachel Bachman* | Follow |

April 2, 2022 12:45 pm ET

MINNEAPOLIS–Two hours before tipoff of the Women's Final Four on Friday, Sedona Prince roamed the sidewalk across the street from the Target Center, interviewing fans as a small camera crew followed her.

She tossed a snowball into a tented pregame party area then cackled and took a few getaway steps on the sidewalk, her men's size-13 work boots landing softly because she is, after all, an elite athlete. A steady stream of people recognized her.

"Hi, Sedona," said Mike Sullivan, a dad and UConn fan from Weston, Conn. "We like what you did."

His daughter, 14-year-old Alice Sullivan, stepped beside Prince for a photo. Prince then offered her palm–more out than up, since she's 6-foot-7–and high-fived Mike Sullivan, saying, "Equality, baby!"

Prince plays for the Oregon women's basketball team, but the Ducks aren't here. They were upset by Belmont in the tournament's first round. Prince, however, is more famous for a video she posted on social media a year ago. It compared the women's tiny weight-room setup with the men's cavernous facility at the 2021 NCAA tournaments—a comparison that triggered outrage, a months-long gender-equity NCAA review and an ongoing overhaul of the women's event.

"The next morning I woke up, my phone had blown up," Prince recalled in an interview. "I think I was on CNN. It was like, instant, kind of like my life changed in that moment right

there."

The wave of attention swelled again before this year's tournament. Yet Prince has also grown her following by simply being herself—a formerly closeted, shy high school student who found acceptance and now shares that joy with others. She's a sports star for whom sports are just one thing she does.

Prince has more than 43,000 followers on Twitter and 256,000 on Instagram. She has 3.1 million TikTok followers, roughly 1 million more than Nike and approaching the number of some guy named Tom Brady (3.6 million).



Sedona Prince was one of the first Oregon athletes to have her branded items sold in the school's campus bookstore.
PHOTO: TIM GANGLOFF/CSM/ZUMA PRESS

In one video, Prince and her much-shorter girlfriend trade clothes with one another. It is her most-viewed clip, seen 32.4 million times, according to data provided by the in-house insights and analytics team run by the agency that represents her, Wasserman, using Brandwatch, Crowdtangle and other sources.

Prince's larger-than-life, cheerfully rebellious persona burst onto the scene just ahead of the July 1, 2021, loosening of NCAA limits on college athletes' ability to earn money from their name, image or likeness, known as NIL. Her timing was perfect.

In recent months Prince has amassed more than $300,000 in endorsement deals with brands including TIAA, where she's part of a campaign about the retirement-income gap between men and women, and Butterfinger candy bars. On Friday in Minneapolis she was interviewing fans for Togethxr, a media company launched by four standout female athletes.

Prince was one of the first Oregon athletes to have her branded items sold in the school's campus bookstore—five apparel items are for sale there with her name or initials on them—a step that the school's previous athletes could only dream of.

"So yeah, it is weird, just because I've always just struggled by on, our stipend check is $1,500 a month," she said. "And my rent is $800–it was at my last place–and now it's like $1,300. So without NIL, I'd be living off of $200 a month."

Nationwide, women's basketball athletes rank second behind only college football in NIL endorsement compensation, according to analysis by Opendorse, a digital platform that connects athletes with sponsors or fans who want to pay them for endorsements or appearances.

Female basketball players are sought-after in part because they stay in school longer than top male athletes, who can jump early to the pros. WNBA rules generally prevent teams from drafting college players under the age of 22.

Prince was the Ducks' fourth-leading scorer this season. The women's games have steadily drawn equal or better crowds than Oregon's men's games in recent years, thanks to a winning team and stars like Sabrina Ionescu, now with the WNBA's New York Liberty.

But while Ionescu's appeal centers on her on-court excellence, Prince's reaches far beyond the court.

On Friday, a father from Michigan approached Prince and told her that his 14-year-old daughter found the comfort to come out as gay to her family after following Prince for a year on social media. Through tears, the father said his daughter had felt great relief.

Prince wrapped the girl in a long bear hug, and the girl grinned.



Sedona Prince was interviewing fans in Minneapolis on Friday.

PHOTO: RACHEL BACHMAN/THE WALL STREET JOURNAL

Prince announced in February that she's returning to Oregon next season, even though she'll turn 22 in May, her fifth year in a tumultuous college career. She started out in the basketball program at Texas in Austin, near her hometown of Liberty Hill. After a serious leg injury and life-threatening infection, she transferred to Oregon.

Prince started on TikTok out of boredom while recuperating from her injury.

"So I started to post and people started to love it and engage with it and interact with my stories and laugh with me and stuff," Prince recalled. "It was pretty cool, just to feel that. And it gained from there, and I gained more confidence.

"In the beginning, I couldn't really talk in front of a camera. I was nervous. I hated my voice. Now it's second-nature to me, just to pick up a phone and record."

She said she spends an hour or two a day recording videos for social media, shooting and editing almost all of them herself. She said organizing her business at first was stressful, and it still can be. But she wants to keep doing her videos and all that she can by herself.

"I want it to stay within me and not become this massive thing that is not human," Prince said. "I just want it to be very real."

Write to Rachel Bachman at Rachel.Bachman@wsj.com

Copyright © 2022 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.