# Exhibit G

**From:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>
**Sent:** Monday, March 28, 2022 6:53 PM
**To:** Jen Parsigian; Ben Siegel; Rakesh Kilaru; Beth Wilkinson; PS-Caitlin Morgan; PK-Shawn Ledingham; Williams, Bart; Kieran Gostin; PS-Leane Capps; PN - Amy Fitts; Wesley Hurst; MB-Britt Miller; Sarah Neuman; MB-Matt Provance; Kelly, Christopher J.; PK-Scott Cooper; PK-Kyle Casazza; PS-Kelly Curtis; RB-Robert Fuller; RB-Lawrence Moore; RB-Pearlynn Houck; RB-Amanda Nitto; SF-Mark Seifert; FC-Erik Albright; FR - Greg Holland; SC-Jonathan Heyl; ahernaez@foxrothschild.com; Phillip Zeeck; MB - Jessica Michaels; Lamorte, Rachel J.; jacob.danziger@afslaw.com; Meg Braun; Meghan Cleary; Julian Jiggetts
**Cc:** Steve Berman; Kessler, Jeffrey; Feher, David; Greenspan, David; Jeff Kodroff; Aaron Steeg; Adam Dale; Emilee Sisco; Stephanie Verdoia; House v NCAA Team
**Subject:** RE: Case Schedule and Discovery

Hi Jeanifer,

Defendants have now all had an opportunity to discuss with our respective clients Plaintiffs' request for a 4-month extension on class certification briefing. Defendants oppose a 4-month delay in class certification briefing at this time. We would, however, be willing to agree to Plaintiffs' request under the following two conditions: (1) Plaintiffs agree not to seek a further extension in class certification briefing beyond these 4 additional months; and (2) Plaintiffs agree not to serve any further RFPs on Defendants. Please let us know if Plaintiffs will agree to these conditions.

Thank you,
Cali

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Thursday, March 24, 2022 9:43 PM
**To:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>; Ben Siegel <bens@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck <PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com; Phillip Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jacob.danziger@afslaw.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>; Feher, David <DFeher@winston.com>; Greenspan, David <DGreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Steeg, Aaron <ASteeg@winston.com>; Dale, Adam <AlDale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <HousevNCAATeam@winston.com>
**Subject:** Re: Case Schedule and Discovery

That's fine, thanks for letting us know

1

**From:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>
**Sent:** Thursday, March 24, 2022 9:27:35 PM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Ben Siegel <bens@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck <PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com <ahernaez@foxrothschild.com>; Phillip Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jacob.danziger@afslaw.com <jacob.danziger@afslaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>; Feher, David <DFeher@winston.com>; Greenspan, David <DGreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Steeg, Aaron <ASteeg@winston.com>; Dale, Adam <AlDale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <HousevNCAATeam@winston.com>
**Subject:** RE: Case Schedule and Discovery

Hi Jeanifer,

With apologies, we need one more day to get back to you on this, but we will have a response for Plaintiffs tomorrow. Thank you for your patience.

Cali

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Thursday, March 24, 2022 4:37 PM
**To:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>; Ben Siegel <bens@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck <PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com; Phillip

Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jacob.danziger@afslaw.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>; Feher, David <DFeher@winston.com>; Greenspan, David <DGreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Steeg, Aaron <ASteeg@winston.com>; Dale, Adam <AlDale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <HousevNCAATeam@winston.com>
**Subject:** RE: Case Schedule and Discovery

Cali and all,

I am following up on our conversation last week about an extension of the schedule.  Please let us know Defendants' position as soon as you are able.

Best,

Jeanifer

**Jeanifer E. Parsigian**
**Partner**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400
winston.com



**From:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>
**Sent:** Tuesday, March 15, 2022 6:44 PM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Ben Siegel <bens@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck <PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com; Phillip

Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jacob.danziger@afslaw.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>; Feher, David <DFeher@winston.com>; Greenspan, David <DGreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Steeg, Aaron <ASteeg@winston.com>; Dale, Adam <AlDale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <HousevNCAATeam@winston.com>
**Subject:** RE: Case Schedule and Discovery

Hi Jeanifer,

Defendants can talk on Thursday morning, between 10 AM and 12 PM ET, with a preference for the 10-11 AM ET window if possible.

Thank you,

Cali

---

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Monday, March 14, 2022 4:15 PM
**To:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>; Ben Siegel <bens@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck <PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com; Phillip Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jacob.danziger@afslaw.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>; Feher, David <DFeher@winston.com>; Greenspan, David <DGreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Steeg, Aaron <ASteeg@winston.com>; Dale, Adam <AlDale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <HousevNCAATeam@winston.com>
**Subject:** RE: Case Schedule and Discovery

Cali,

We appreciate that.  Our request for a call is about the schedule more broadly.  We'd like to discuss an extension to the class certification motion deadline and the remaining schedule.  Please let us know your availability for that discussion.

Thanks,

Jeanifer

**Jeanifer E. Parsigian**
**Partner**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400
winston.com



**From:** Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>
**Sent:** Monday, March 14, 2022 12:06 PM
**To:** Ben Siegel <bens@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck <PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com; Phillip Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jacob.danziger@afslaw.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>; Feher, David <DFeher@winston.com>; Greenspan, David <DGreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Steeg, Aaron <ASteeg@winston.com>; Dale, Adam <AJDale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <HousevNCAATeam@winston.com>
**Subject:** RE: Case Schedule and Discovery

Hi Ben,

I hope you had a good weekend.  Can you please give us a little more detail on what you are hoping to discuss on this call?  We are of course aware the substantial completion deadline for both Defendants' productions in response to Plaintiffs' Supplemental First RFPs and Second RFPs, and Plaintiffs' productions in response to Defendants' RFPs, is coming up on April 1.  And there has been extensive and productive email/letter correspondence between the parties over the past couple of weeks addressing the BoardVantage productions.  Everyone seems to be in agreement with the productions that will be made in connection with BoardVantage, and we are all moving forward operating under the attached schedule.  Obviously if Plaintiffs are anticipating you will have a problem meeting the substantial completion deadline or need to adjust one of the dates in the current scheduling order, we are happy to get on a call.  But if the purpose is just more of a general check-in, I don't think we need a call at this point.  Please know that we are moving full-speed-ahead toward the April 1 substantial completion date.

Thank you,

Cali

**Cali Cope-Kasten** | Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4017 | Fax: (202) 847-4005
ccope-kasten@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: She/Her/Hers*

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Ben Siegel <bens@hbsslaw.com>
**Sent:** Friday, March 11, 2022 7:39 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Cali Cope-Kasten <ccope-kasten@wilkinsonstekloff.com>; PS-Caitlin Morgan <CMorgan@Polsinelli.com>; PK-Shawn Ledingham <sledingham@proskauer.com>; Williams, Bart <bwilliams@proskauer.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; Wesley Hurst <whurst@polsinelli.com>; MB-Britt Miller <BMiller@mayerbrown.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; MB-Matt Provance <mprovance@mayerbrown.com>; Kelly, Christopher J. <cjkelly@mayerbrown.com>; PK-Scott Cooper <SCooper@proskauer.com>; PK-Kyle Casazza <KCasazza@proskauer.com>; PS-Kelly Curtis <KCurtis@proskauer.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Pearlynn Houck

6

<PHouck@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; SF-Mark Seifert <mseifert@seifertfirm.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; ahernaez@foxrothschild.com; Phillip Zeeck <pzeeck@polsinelli.com>; MB - Jessica Michaels <jmichaels@mayerbrown.com>; Lamorte, Rachel J. <rlamorte@mayerbrown.com>; jdanziger@schiffhardin.com
**Cc:** Steve Berman <Steve@hbsslaw.com>; jkessler@winston.com; dfeher@winston.com; Greenspan, David <dgreenspan@winston.com>; Jeff Kodroff <jkodroff@srkattorneys.com>; Jen Parsigian <JParsigian@Winston.com>; Aaron Steeg <ASteeg@Winston.com>; Adam Dale <AIdale@winston.com>; Emilee Sisco <emilees@hbsslaw.com>; Stephanie Verdoia <StephanieV@hbsslaw.com>; House v NCAA Team <housevncaateam@winston.com>
**Subject:** Case Schedule and Discovery

Defendants:  Plaintiffs would like to have a call next week to discuss the case schedule moving forward and the current state of discovery (including the upcoming plaintiff, supplemental, RFP 2, and Boardvantage productions).  Please let us know a time next week when you are all available to discuss (Wednesday, Thursday, or Friday would be preferable, but we are flexible).

Very truly yours, Ben


Ben Siegel | **Hagens Berman Sobol Shapiro LLP |** Direct: (510) 725-3036

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.