1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE SCHEDULE** |
|---|---|

This matter comes before the Court on Plaintiffs' Motion to Modify Case Schedule (Motion). Upon consideration of the Motion, the papers submitted in support, and good cause appearing, the Motion is GRANTED. The case deadlines set forth in the Court's November 5, 2021 Order (ECF No. 175) are further modified as follows:

| EVENT | CURRENT DATE | MODIFIED DATE |
| --- | --- | --- |
| Class Certification Motion and Supporting Expert Reports | June 22, 2022 | October 21, 2022 |
| Deadline to Depose Plaintiffs' Class Experts | September 12, 2022 | January 11, 2023 |
| Class Certification Opposition and Supporting Expert Reports | October 12, 2022 | February 10, 2023 |
| Deadline to Depose Defendants' Class Experts | November 25, 2022 | March 25, 2023 |
| Class Certification Reply and Expert Rebuttal Report | December 14, 2022 | April 14, 2023 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Hearing on Class Certification | January 25, 2023 at 2:30pm or at the Court's convenience | May 24, 2023 at 2:30pm or at the Court's convenience |
| Merits Discovery Cut-Off | March 27, 2023 | July 26, 2023 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | May 1, 2023 | August 30, 2023 |
| Merits Expert Response | June 27, 2023 | October 26, 2023 |
| Merits Expert Reply | July 24, 2023 | November 22, 2023 |
| Expert Discovery Cut-Off | August 28, 2023 | December 27, 2023 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | October 2, 2023 | January 31, 2024 |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO MODIFY CASE SCHEDULE
No. 4:20-cv-03919-CW                                    - 1 -
010912-11/1857571 V1

| | | |
|---|---|---|
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Dispositive Motion and *Daubert* Motions | November 15, 2023 | March 15, 2024 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Dispositive Motion and *Daubert* Motions | December 28, 2023 | April 26, 2024 |
| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | January 25, 2024 | May 24, 2024 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | March 27, 2024 at 2:30pm or at the Court's convenience | July 24, 2024 at 2:30pm or at the Court's convenience |
| Trial Date | May 20, 2024 | September 16, 2024 |

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge