Rahul Hari (SBN CA 313528)
WILKINSON STEKLOFF LLP
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (424) 291-9655
Facsimile: (202) 847-4005
rhari@wilkinsonstekloff.com

Beth Wilkinson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Cali Cope-Kasten (*pro hac vice*)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com


Attorneys for Defendant
NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO MODIFY CASE SCHEDULE** |

1    I, Rakesh N. Kilaru, declare as follows:

2    1.    I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion

3    to Modify the Case Schedule.

4    2.    I am an attorney at Wilkinson Stekloff LLP and am licensed to practice law in the

5    District of Columbia.  I represent the National Collegiate Athletic Association ("NCAA") in this

6    litigation.  The facts set forth herein are of my own personal knowledge and, if called to testify

7    under oath, I could and would testify competently thereto.

8    3.    Plaintiffs initiated this litigation nearly two years ago, on June 15, 2020.  *House*

9    ECF No. 1.

10    4.    On December 3, 2020, Plaintiffs agreed, in the parties' Joint Stipulated Case

11    Management Order, to a discovery schedule that provided roughly six months of discovery before

12    a substantial completion deadline of June 1, 2021.  *House* ECF No. 127, *Oliver* ECF No. 94.

13    Discovery had commenced on November 19, 2020.  *Id.*

14    5.    On December 2, 2020, Plaintiffs served Defendants with 44 requests for production

15    of documents covering a broad range of topics.

16    6.    On January 15, 2021, Defendants sought to stay discovery pending the Court's

17    resolution of Defendants' motion to dismiss and the Supreme Court's resolution of *NCAA v. Alston*

18    *and American Athletic Conference.*  Plaintiffs opposed and the Court denied a stay.  *House* ECF

19    No. 149, *Oliver* ECF No. 116.

20    7.    The parties met and conferred throughout the spring of 2021.  On May 24, 2021, to

21    provide time for Defendants to comply with Plaintiffs' broad requests, the parties stipulated to a

22    three-month extension of the date for substantial completion of document production, and a

23    corresponding extension of other case deadlines.  *House* ECF No. 150, *Oliver* ECF No. 117.

24    8.    On July 1, 2021, the NCAA implemented its interim name, image, and likeness

25    ("NIL") policy.

26    9.    After the July NIL policy change, Plaintiffs demanded that Defendants supplement

27    their document productions and respond to a second set of requests for production of documents.

28

-1-

*DRAFT – Attorney Work Product*
*Privileged & Confidential*

1    *See* ECF No. 174.   Plaintiffs also asked Defendants to modify the scheduling order to

2    accommodate this additional discovery. *Id.*  Defendants agreed to do all of this. *Id.*  Accordingly,

3    on November 5, 2021, the discovery deadlines were shifted again as requested by Plaintiffs, this

4    time by an additional seven months to a substantial document production completion date of April

5    1, 2022. *Id.*

6          10.   On September 20, 2021, Plaintiffs served their first third-party subpoenas.

7    Numerous schools were subpoenaed in September, but numerous others were not subpoenaed until

8    this year, as late as February 17 and March 23, 2022.

9          11.   In total to date, Plaintiffs have sought discovery from 153 Division I institutions,

10   28 individuals, 22 companies, and 8 sports leagues and players associations, for a total of 211 third

11   parties.

12         12.   Plaintiffs complain they have not received adequate or timely responses to their

13   subpoenas, but have filed only a handful of motions to compel.

14         13.   On March 11, 2022, Plaintiffs requested that the parties convene for a call to discuss

15   the case schedule.  On March 14, Plaintiffs clarified that they wanted to discuss an extension to

16   the class certification motion deadline and the remaining schedule.  A call was held on March 17,

17   during which Plaintiffs requested that the schedule for class certification be pushed back by four

18   months.

19         14.   On March 28, 2022, Defendants informed Plaintiffs that though they opposed a

20   four-month extension of the class certification timeline, they would be willing to agree to an

21   extension if Plaintiffs agreed not to seek a further extension in class certification briefing beyond

22   these four additional months and Plaintiffs agreed not to serve any further requests for production

23   on Defendants.

24         15.   All Defendants have met the April 1, 2022 substantial document discovery

25   completion date.  To do so, the NCAA produced 37,255 documents, the Southeastern Conference

26   produced 16,689 documents, the Pacific-12 Conference produced 10,638 documents, the Big Ten

27   Conference  produced  20,747  documents,  the  Big  12  Conference  produced  at  least  5,242

28

-2-

*DRAFT – Attorney Work Product*
*Privileged & Confidential*

1  documents, and the Atlantic Coast Conference produced 22,553 documents, for a total of over

2  113,000 documents.

3       I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct to the best of my knowledge and belief.

5       Executed this 7th day of April, 2022 at Washington, District of Columbia.

6

7                   WILKINSON STEKLOFF LLP

8

9            By: _____

10                   Rakesh Kilaru (*pro hac vice*)

                 2001 M Street NW, 10th Floor

11                   Washington, DC 20036

                 Telephone: (202) 847-4000

12                   Facsimile: (202) 847-4005

                 rkilaru@wilkinsonstekloff.com

13

                 Attorneys for Defendant

14                   NATIONAL COLLEGIATE

                 ATHLETIC ASSOCIATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

DECLARATION OF RAKESH N. KILARU IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
MOTION TO MODIFY CASE SCHEDULE