IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: COLLEGE ATHLETE NIL
LITIGATION

Case No. 20-cv-03919 CW

**ORDER GRANTING MOTION TO
MODIFY CASE SCHEDULE**

(Re: Dkt. No. 184)

Now before the Court is Plaintiffs' motion under Federal Rule of Civil Procedure 16(b) to modify the case schedule set in the November 5, 2021, stipulation and order, Docket No. 175. Defendants oppose the motion. For the reasons set forth below, the Court GRANTS the motion.

Federal Rule of Civil Procedure 16(b)(4) provides that a case management schedule can be modified "only for good cause and with the judge's consent." The Ninth Circuit has stated that the "'good cause' standard primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citation omitted). "Although the existence or degree of prejudice to the party opposing the modification might supply additional reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking modification." *Id.* (citation omitted).

Plaintiffs request a four-month extension of the case deadlines, including the briefing deadlines for class certification, on the ground that Plaintiffs need for their class certification expert reports data regarding the impact of July 2021 amendments to the rules that govern the potential compensation that student-athletes can receive for the use of their names, images, and likenesses (NIL). Plaintiffs argue that this data is relevant to their class certification showing that injury exists on a classwide basis. Plaintiffs contend that they have been diligent in seeking this

1   data, which is not in Defendants' possession, and that they have subpoenaed more than 150

2   schools and third parties since September 2021.  Plaintiffs argue that they faced challenges in

3   obtaining responses to their subpoenas as a result of having to obtain data and information from

4   many sources, and as a result of having to negotiate confidentiality protections as to student-

5   specific data in light of the Family Educational Rights and Privacy Act.

6          Defendants oppose the motion, arguing that they agreed in November 2021 to extend the

7   case deadlines by seven months after Plaintiffs requested an extension following the July 2021

8   modifications to the NIL rules.  Defendants further argue that Plaintiffs have not been diligent in

9   seeking discovery from schools and other third parties, because they did not begin to serve

10  subpoenas until three months after the July 2021 NIL rule modifications and Plaintiffs have served

11  additional third-party discovery requests since then.  Defendants also argue that they would be

12  prejudiced if the Court grants the requested extension because it would result in Defendants being

13  forced to spend additional time and money on discovery.  If the Court is inclined to grant the

14  requested extension, Defendants request that the Court prohibit Plaintiffs from seeking any further

15  extensions to class certification briefing deadlines and prohibit Plaintiffs from serving any further

16  requests for production on Defendants until after a ruling on class certification.

17         The Court finds that Plaintiffs have shown good cause for extending the case deadlines by

18  approximately four months.  The Court is persuaded that Plaintiffs have been diligent in seeking

19  NIL-compensation data and information from third parties and that this data and information are

20  relevant to the class certification inquiry.  The Court is further persuaded that, despite Plaintiffs'

21  diligence, Plaintiffs will not be able to gather the NIL-compensation data and information they

22  need under the current deadlines.  Accordingly, the Court finds that an extension of the case

23  deadlines of approximately four months is appropriate.  The Court adopts the revised case

24  schedule proposed by Plaintiffs, which is reproduced below:

25

26

27

28

| EVENT | CURRENT DATE | MODIFIED DATE |
|---|---|---|
| Class Certification Motion and Supporting Expert Reports | June 22, 2022 | October 21, 2022 |
| Deadline to Depose Plaintiffs' Class Experts | September 12, 2022 | January 11, 2023 |
| Class Certification Opposition and Supporting Expert Reports | October 12, 2022 | February 10, 2023 |
| Deadline to Depose Defendants' Class Experts | November 25, 2022 | March 25, 2023 |
| Class Certification Reply and Expert Rebuttal Report | December 14, 2022 | April 14, 2023 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Hearing on Class Certification | January 25, 2023 at 2:30pm or at the Court's convenience | May 24, 2023 at 2:30pm or at the Court's convenience |
| Merits Discovery Cut-Off | March 27, 2023 | July 26, 2023 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | May 1, 2023 | August 30, 2023 |
| Merits Expert Response | June 27, 2023 | October 26, 2023 |
| Merits Expert Reply | July 24, 2023 | November 22, 2023 |
| Expert Discovery Cut-Off | August 28, 2023 | December 27, 2023 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | October 2, 2023 | January 31, 2024 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Dispositive Motion and *Daubert* Motions | November 15, 2023 | March 15, 2024 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Dispositive Motion and *Daubert* Motions | December 28, 2023 | April 26, 2024 |

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | January 25, 2024 | May 24, 2024 |
|---|---|---|
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | March 27, 2024 at 2:30pm or at the Court's convenience | July 24, 2024 at 2:30pm or at the Court's convenience |
| Trial Date | May 20, 2024 | September 16, 2024 |

IT IS SO ORDERED.

Dated: 4/8/2022

CLAUDIA WILKEN
United States District Judge

United States District Court
Northern District of California

4