COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
ASHLEY KEMPER CORKERY (301380)
(acorkery@cooley.com)
DAVID LOUK (304654)
(dlouk@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

DEE BANSAL (1001754) (*pro hac vice pending*)
(dbansal@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

Attorneys for Defendant Pac-12 Conference

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PAC-12 CONFERENCE; ORDER**<br><br>Judge:    Honorable Claudia Wilken<br>Trial Date: May 20, 2024<br>Date Action Filed: July 26, 2021 |

PLEASE TAKE NOTICE that Defendant Pac-12 Conference has retained Cooley LLP to substitute as counsel for Proskauer Rose LLP in the above-captioned matter.

Withdrawing as counsel for Defendant Pac-12 Conference are the following:

> Bart H. Williams (SBN 134009)
> Proskauer Rose LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Phone: (310) 557-2900
> Fax: (310) 557-2193
> Email: bwilliams@proskauer.com
>
> Scott P. Cooper (SBN 96905)
> Proskauer Rose LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Phone: (310) 557-2900
> Fax: (310) 557-2193
> Email: scooper@proskauer.com
>
> Kyle A. Casazza (SBN 254061)
> Proskauer Rose LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Phone: (310) 557-2900
> Fax: (310) 557-2193
> Email: kcasazza@proskauer.com
>
> Shawn S. Ledingham (SBN 275268)
> Proskauer Rose LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Phone: (310) 557-2900
> Fax: (310) 557-2193
> Email: sledingham@proskauer.com
>
> Kelly M. Curtis (SBN 313581)
> Proskauer Rose LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Phone: (310) 557-2900
> Fax: (310) 557-2193
> Email: kcurtis@proskauer.com

///

1  All pleadings, orders, and notices should henceforth be served upon the following substituted
2  counsel for Defendant Pac-12 Conference:

        Whitty Somvichian (SBN 194463)
        Cooley LLP
        3 Embarcadero Center, 20th Floor
        San Francisco, CA 94111
        Phone: (415) 693-2000
        Fax: (415) 693-2222
        Email: wsomvichian@cooley.com

        Katheen R. Hartnett (SBN 314267)
        Cooley LLP
        3 Embarcadero Center, 20th Floor
        San Francisco, CA 94111
        Phone: (415) 693-2000
        Fax: (415) 693-2222
        Email: khartnett@cooley.com

        Dee Bansal (1001754) (*pro hac vice pending*)
        Cooley LLP
        1299 Pennsylvania Ave. NW, Suite 700
        Washington, DC 20004-2400
        Phone: (202) 842 7800
        Fax: (202) 842 7899
        Email: dbansal@cooley.com

        Ashley Kemper Corkery (SBN 301380)
        Cooley LLP
        3 Embarcadero Center, 20th Floor
        San Francisco, CA 94111
        Phone: (415) 693-2000
        Fax: (415) 693-2222
        Email: acorkery@cooley.com

        David Louk (SBN 304654)
        Cooley LLP
        3 Embarcadero Center, 20th Floor
        San Francisco, CA 94111
        Phone: (415) 693-2000
        Fax: (415) 693-2222
        Email: dlouk@cooley.com

///
///

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED:  April 4, 2022                    PAC-12 CONFERENCE

By   /s/ *Maggy Carlyle*
Maggy Carlyle, General Counsel

DATED:  April 4, 2022                    PROSKAUER ROSE LLP

By   /s/ *Scott P. Cooper*
Scott P. Cooper

DATED:  April 4, 2022                    COOLEY LLP

By   /s/ *Whitty Somvichian*
Whitty Somvichian

**ATTESTATION**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED:  April 4, 2022                    COOLEY LLP

By   /s/ *Whitty Somvichian*
Whitty Somvichian

**ORDER**

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: April 14, 2022

By: _____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge