| | |
|---|---|
| 1 | Jacob K. Danziger (SBN 278219) |
| 2 | ARENTFOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor |
| 3 | San Francisco, CA 94104 United States<br>Telephone: (734) 222-1516 |
| 4 | Facsimile: (415) 757-5501 |
| 5 | jacob.danziger@afslaw.com |
| 6 | Beth A. Wilkinson (*pro hac vice*) |
| 7 | Rakesh N. Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*) |
| 8 | Calanthe Cope-Kasten (*pro hac vice*)<br>WILKINSON STEKLOFF LLP |
| 9 | 2001 M Street NW, 10th Floor<br>Washington, DC 20036 |
| 10 | Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005 |
| 11 | bwilkinson@wilkinsonstekloff.com |
| 12 | rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com |
| 13 | ccope-kasten@wilkinsonstekloff.com |
| 14 | Attorneys for Defendant |
| 15 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge: Hon. Claudia Wilken |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5-1(c)(2)(B), Jacob K. Danziger of the law firm ArentFox Schiff LLP hereby appears as counsel on behalf of defendant NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ("NCAA") in the above-captioned matter, in substitution for Rahul Hari of Wilkinson Stekloff LLP.  All other counsel from Wilkinson Stekloff LLP will remain counsel of record for the Defendant NCAA.

| | | |
|---|---|---|
| 1 | Dated: May 23, 2022 | Respectfully submitted, |
| 2 | | **ARENTFOX SCHIFF LLP** |
| 3 | | By:  /s/ *Jacob K. Danziger* |
| 4 | | Jacob K. Danziger (SBN 278219)<br>44 Montgomery Street, 38th Floor |
| 5 | | San Francisco, CA 94104 United States<br>Telephone: (734) 222-1516 |
| 6 | | Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com |
| 7 | | |
| 8 | | **WILKINSON STEKLOFF LLP** |
| 9 | | By:  /s/ *Rahul Hari* |
| 10 | | Rahul Hari (SBN 313528)<br>11601 Wilshire Blvd., Suite 600 |
| 11 | | Los Angeles, CA 90025<br>Telephone: (424) 291-9655 |
| 12 | | Facsimile: (202) 847-4005<br>rhari@wilkinsonstekloff.com |
| 13 | | |
| 14 | | Attorneys for Defendant |
| 15 | | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |