OWEN
1553 N. Wells #204
Chicago IL 60610-0918

In re:
Re: College Athlete NIL
Litigation, Case
No. 4:20-cv-03919-CW

CAROL STREAM IL 601
20 AUG 2022 PM 1 L

To:
Northern District of California Court
Oakland Courthouse
1301 Clay Street
Oakland CA 94612

94612—520001

