ERIC J. SOBOCINSKI
ATTORNEY AT LAW

esobocinski@walkerlambe.com
Main 919.493.8411
Fax 919.493.2047

August 22, 2022

**(Sent Via FedEx #7777 2668 1753)**
The Honorable Claudia Wilken
United States District Judge
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

FILED

AUG 24 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Re:   *In re College Athlete NIL Litigation* Case Number 4:20-cv-03919
           **Objection to Disclosure of Information**
           **Georgia A. Sobocinski, Villanova University**

Dear Judge Wilken:

The above-named individual respectfully objects to the disclosure of her personal information in this matter pursuant to the Family Educational Rights and Privacy Act of 1974 ("FERPA"), 20 U.S.C. § 1232(g).

Sincerely,

WALKER LAMBE, PLLC

Eric J. Sobocinski

/EJS

CC:   Rebecca E. Younker, Esq.
         E. Michael Zubey, Jr., Esq.

240 Leigh Farm Road, Suite 100, Durham, North Carolina 27707



ORIGIN ID:HNCA  (919) 240-6111
ERIC SOBOCINSKI, ESQ.

240 LEIGH FARM RD
STE 100
DURHAM, NC 27707
UNITED STATES US

SHIP DATE: 22AUG22
ACTWGT: 0.10 LB
CAD: 256283307/INET4530

BILL SENDER

TO  THE HONORABLE CLAUDIA WILKEN
UNITED STATES COURTHOUSE
1301 CLAY ST

OAKLAND CA 94612
(510) 637-3530
INV:
PO:                    REF:
                       DEPT:

4005



Extremely Urgent

WED - 24 AUG 4:30P
TRK#  7777 2668 1753        ** 2DAY **
0201



RT 425    6 16:30   B 1753 08.24
ST 48

SW JEMA                 94612
              CA-US   OAK

