Corinne R. Gardner
3202 3rd Avenue
San Diego, CA  9210
858-945-2085

FILED
AUG 29 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

August 18, 2022

Northern District of California Court
Oakland Courthouse
1301 Clay Street
Oakland, CA  94612

RE:   College Athlete NIL Litigation
      Case No. 4:20-cv-03919-CW
      Northern District of California

Dear Sir/Madam:

This letter shall serve as my written objection to Villanova University releasing any of my educational, financial, or any other information to the Plaintiffs' counsel as part of the above lawsuit. I am providing a copy of this objection letter to Villanova University's counsel, Troutman Pepper.

If you have any questions, please contact me at my permanent address above.

Regards,

Corinne R. Gardner

Cc:  Rebecca Younker, Troutman Pepper



Corinne Gardner
3202 3rd Ave.
San Diego, CA 92103

Northern Dist. of California Court
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

PHILADELPHIA PA 190
23 AUG 2022 PM 10