August 25, 2022

FILED
AUG 29 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

District Court of the Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

To Whom I May Concern,

I am reaching out to the Court regarding the case named, *In re College Athlete NIL Litigation*. The case number is 4:20-cv-03919. I received notice about this case from the Villanova University Athletics Department. I, Adeline Fischer, do not want any personal information released.

Please let me know if you have any questions. I can be reached directly at addiefischer@comcast.net.

Sincerely,

Adeline Fischer

August 25, 2022

District Court of the Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

To Whom I May Concern,

I am reaching out to the Court regarding the case named, In re College Athlete NIL Litigation. The case number is 4:20-cv-03919. I received notice about this case from the Villanova University Athletics Department. I, Adeline Fischer, do not want any personal information released.

Please let me know if you have any questions. I can be reached directly at [redacted].

Sincerely,

Adeline Fischer

