

To whom it may concern,

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

I, Nicholas Spina, object to the release of the educational and financial records pertaining to me for the: *College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW in the Northern District of California case*

Sincerely,

Nick Spina



Nicholas Spina
14719 Brick Church Ct.
Charlotte, NC 28277

Northern District of California Court
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Case 4:20-cv-03919-CW   Document 196   Filed 08/29/22   Page 4 of 4