FILED

SEP -1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# SYDNEY A. STEPOVICH

12244 Fuerte Drive, El Cajon, CA 92020
(619) 334-1897

## TRANSMITTAL MEMO

TO: Clerk of District Court
**Northern District of California**
1301 Clay Street
Oakland, CA 94612

DATE: August 25, 2022

Attn: District Court Clerk

REFERENCE: *In re: College Athlete NIL Litigation*
Case No.: 4:20-cv-03919-CW
Northern District of California - Civil Filings

Dear Sir/Madam Clerk:

ENCLOSURES: Written Objection to Release of Records – Sydney A. Stepovich

COMMENTS: Pursuant to correspondence recently received from the law firm of Troutman, Pepper, I am forwarding this written document **to object to the release of any records pertaining to me (Sydney Stepovich) or my years at Villanova University.** As directed, this written objection is being forwarded to the court directly with a copy to Villanova University c/o Rebecca.younker@troutman.com. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Sydney A. Stepovich

*Sydney A. Stepovich*
Sydney Stepovich

enclosure(s)

Sydney Stepovich
12244 Fuerte Drive
El Cajon, California 92020

SAN DIEGO CA   920

30 AUG 2022   PM 2   L



Clerk of the District Court
**Northern District of California**
1301 Clay Street
Oakland, CA 94612

**Attn:** District Court Clerk

94612-521299

**FILED**

SEP -1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA