Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR CLASS CERTIFICATION**<br><br>Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order adjusting the page lengths for the Parties' class-certification briefing papers as set forth in Northern District of California Local Rules 7-2 and 7-3:

WHEREAS, on November 5, 2021, the Parties submitted a Stipulation seeking an order extending certain case deadlines to "accommodate additional discovery," including extending the class-certification deadline from February 22, 2022 to June 22, 2022—and extending subsequent deadlines by similar amounts of time—to accommodate additional discovery (ECF No. 174);

WHEREAS, on November 5, 2021, the Court granted the Parties' stipulation (ECF No. 175);

WHEREAS, on April 4, 2022, Plaintiffs filed a Notice of Motion and Motion to Modify Case Schedule (ECF No. 184) (the "Motion"), whereby Plaintiffs requested, in relevant part, that the Court extend the class-certification deadline from June 22, 2022 to October 21, 2022—and extend subsequent deadlines by similar amounts of time;

WHEREAS, on April 8, 2022, the Court granted Plaintiffs' Motion, finding that Plaintiffs had "shown good cause for extending the case deadlines for approximately four months." *See* ECF No. 189;

WHEREAS, the Parties recognize that the factual record and issues presented relating to injunctive and damages classes require reasonable and proportionate adjustments to the page limits set forth in Northern District of California Local Rules 7-2 and 7-3 for the Parties' class-certification briefing.

THEREFORE, the Parties hereby agree and stipulate that, upon order of this Court, the following page limits shall apply to the Parties' class-certification briefing:

| EVENT | CURRENT PAGE LIMIT | PROPOSED PAGE LIMIT |
|---|---|---|
| Plaintiffs' Class Certification Motion<br>*Due October 21, 2022* | 25 pages of text | 40 pages of text |
| Defendants' Class Certification Opposition<br>*Due February 10, 2023* | 25 pages of text | 40 pages of text |
| Plaintiffs' Class Certification Reply<br>*Due April 14, 2023* | 15 pages of text | 20 pages of text |

| | |
|---|---|
| Dated: September 30, 2022 | Respectfully submitted, |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
| By: */s/ Steve W. Berman* <br> Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | By: */s/ Jeffrey L. Kessler* <br> Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

| | |
|---|---|
| WILKINSON STEKLOFF LLP | FOX ROTHSCHILD LLP |
| By:    */s/ Rakesh N. Kilaru* | By:    */s/ D. Erik Albright* |
|       Rakesh N. Kilaru (*pro hac vice*)<br>Beth A. Wilkinson (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>rkilaru@wilkinsonstekloff.com<br>bwilkinson@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com |       D. Erik Albright (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>gholland@foxrothschild.com |
| Jacob K. Danzinger (SBN 278219)<br>ARENT FOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501 | Jonathan P. Heyl (*pro hac vice*)<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone: (704) 384-2625<br>Facsimile: (704) 384-2800<br>jheyl@foxrothschild.com |
| *Counsel for Defendant National Collegiate Athletic Association* | Alexander Hernaez (SBN 201441)<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com |
| | *Counsel for Defendant Atlantic Coast Conference* |
| MAYER BROWN LLP | COOLEY LLP |
| By:    */s/ Britt M. Miller* | By:    */s/ Whitty Somvichian* |
|       Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com |       Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>David Louk (SBN 304654)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br>dlouk@cooley.com |
| Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com | Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dbansal@cooley.com |
| *Counsel for Defendant The Big Ten Conference, Inc.* | *Counsel for Defendant Pac-12 Conference* |

| | |
|---|---|
| POLSINELLI PC | ROBINSON BRADSHAW & HINSON, P.A. |

By:   */s/ Leane K. Capps*  
       Leane K. Capps (*pro hac vice*)  
Caitlin J. Morgan (*pro hac vice*)  
D. Rockwell Bower (*pro hac vice*)  
2950 N. Harwood Street  
Suite 2100  
Dallas, TX 75201  
Telephone: (214) 397-0030  
lcapps@polsinelli.com  
cmorgan@polsinelli.com  
rbower@polsinelli.com  

Amy D. Fitts (*pro hac vice*)  
120 W. 12th Street  
Kansas City, MO 64105  
Telephone: (816) 218-1255  
afitts@polsinelli.com  

Wesley D. Hurst (SBN 127564)  
2049 Century Park East, Suite 2300  
Los Angeles, CA 90067  
Telephone: (310) 556-1801  
whurst@polsinelli.com  

*Counsel for Defendant The Big 12 Conference, Inc.*

By:   */s/ Robert W. Fuller, III*  
       Robert W. Fuller, III (*pro hac vice*)  
Lawrence C. Moore, III (*pro hac vice*)  
Pearlynn G. Houck (*pro hac vice*)  
Amanda P. Nitto (*pro hac vice*)  
101 N. Tryon St., Suite 1900  
Charlotte, NC 28246  
Telephone: (704) 377-2536  
Facsimile: (704) 378-4000  
rfuller@robinsonbradshaw.com  
lmoore@robinsonbradshaw.com  
phouck@robinsonbradshaw.com  
anitto@robinsonbradshaw.com  

Mark J. Seifert (SBN 217054)  
SEIFERT ZUROMSKI LLP  
One Market Street, 36th Floor  
San Francisco, California 941105  
Telephone: (415) 999-0901  
Facsimile: (415) 901-1123  
mseifert@szllp.com  

*Counsel for Defendant Southeastern Conference*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                         /s/ *Jeffrey L. Kessler*
                                         JEFFREY L. KESSLER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                                                    HON. CLAUDIA WILKEN
                                                                    UNITED STATES DISTRICT JUDGE