Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES RELATING TO CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS**<br><br>Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order adjusting the sealing procedures for the Parties' class certification briefing papers and related documents as set forth in Local Rule 79-5:

WHEREAS, the Court: (i) entered the Parties' stipulation and protective order that largely incorporated the six (6) confidentiality designations in *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation* (Case Nos. 4:14-md-2541-CW, 4:14-cv-2758-CW) ("*Alston*") ("Confidential Information"; "Highly Confidential – Counsel Only"; "Highly Confidential NCAA Member Financial Data"; "Conference Strictly Confidential – Outside Litigation Counsel Only"; "Network Strictly Confidential – Outside Litigation Counsel Only"; "Highly Confidential Billing Records – Outside Counsel Only") (*see* ECF Nos. 136–37); (ii) entered the Parties' supplemental stipulation that created two (2) new confidentiality designations ("House CSC – Outside Litigation Counsel Only"; "House NSC – Outside Litigation Counsel Only") (*see* ECF Nos. 147–48); and (iii) entered the Parties' second supplemental stipulation that addressed protections for information produced by NCAA member schools, colleges, universities or institutions (*see* ECF Nos. 180–81) (collectively, the "Protective Orders");

WHEREAS, pursuant to the Court's Order Granting Plaintiffs' Motion to Modify Case Schedule dated April 8, 2022, the Plaintiffs will file their class certification motion and supporting expert reports on October 21, 2022; the Defendants will file their class certification opposition and supporting expert reports on February 10, 2023; and Plaintiffs will file their class certification reply and expert rebuttal report on April 14, 2023. *See* ECF No. 189;

WHEREAS, the Parties have sought and obtained significant discovery, including substantial non-party discovery that is subject to protection under the Protective Orders, to facilitate the class certification briefing and anticipate that several administrative motions to seal would be filed if the Parties strictly complied with the procedures set forth in Local Rule 79-5;

WHEREAS, the Parties anticipate that numerous Party and non-party declarations in support of any forthcoming administrative motions to seal will need to be filed, and that compliance with the procedures and timing set forth in Local Rule 79-5 will impose a substantial burden on non-parties to file multiple declarations to protect the same or similar information, and on the Court to review and evaluate such duplicative filings;

WHEREAS, the Parties previously stipulated that where information designated "Network Strictly Confidential – Outside Counsel Only" in *Alston* or "House NSC – Outside Litigation Counsel Only Information" is filed, the filing party shall provide written notice to each applicable "Network Intervenor" or "Network" (collectively, "Network Entity") at least five (5) business days in advance of filing an administrative motion to seal the designated material.  *See* ECF Nos. 136-3, 137, 148; and

WHEREAS, the Parties agree that a single combined administrative motion to seal covering all sealing requests ("Omnibus Sealing Motion") would be the most efficient way for the Court to handle all sealing issues arising from the Parties' class certification briefing papers and related documents, and that, upon order of this Court, such Omnibus Sealing Motion shall supersede any interim sealing motions that would ordinarily accompany the Parties' opening brief, opposition brief, reply brief, and any associated documents.

THEREFORE, the Parties hereby agree and stipulate that, upon order of this Court:

- The Parties shall file redacted versions of their class certification briefs and related documents on or before October 21, 2022, February 10, 2023, and April 14, 2023, without accompanying interim motions to seal;

- Within three (3) days of each filing, the filing Party shall identify for each non-filing Party the portions of the filing Party's brief that contain information designated as "Conference Strictly Confidential – Outside Litigation Counsel Only"; "Network Strictly Confidential – Outside Litigation Counsel Only"; "Highly Confidential Billing Records – Outside Counsel Only"; "House CSC – Outside Litigation Counsel Only"; or "House NSC – Outside Litigation Counsel Only";

- No later than five (5) days from the last filing (currently, April 19, 2023), each Party shall notify any Network Entity of the inclusion of any information designated "Network Strictly Confidential – Outside Counsel Only" or "House NSC – Outside Litigation Counsel Only Information" in any of that Party's class certification filings;

- No later than fourteen (14) days from the last filing (currently, April 28, 2023), the Parties shall file an Omnibus Sealing Motion, and, consistent with Local Rule 79-5(f)(2), shall serve the Omnibus Sealing Motion on all Non-Party Designating Parties. The Parties shall also notify any applicable Non-Party Designating Parties of the procedures set forth in Local Rule 79-5(f)(3) and as modified herein; and

- No later than fourteen (14) days from the filing of the Omnibus Sealing Motion (currently, May 12, 2023), any Designating Party must file a statement or declaration in support of sealing, as set forth in Local Rule 79-5(f)(3).

4

STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES
RELATING TO CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS
CASE NO. 4:20-cv-03919-CW

| | |
|---|---|
| Dated: October 11, 2022 | Respectfully submitted, |

HAGENS BERMAN SOBOL SHAPIRO LLP                    WINSTON & STRAWN LLP

By:   */s/ Steve W. Berman*                                              By:   */s/ Jeffrey L. Kessler*
      Steve W. Berman (*pro hac vice*)                                  Jeffrey L. Kessler (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)                                David G. Feher (*pro hac vice*)
1301 Second Avenue, Suite 2000                              David L. Greenspan (*pro hac vice*)
Seattle, WA 98101                                                       Adam I. Dale (*pro hac vice*)
Telephone: (206) 623-7292                                         200 Park Avenue
Facsimile: (206) 623-0594                                          New York, NY 10166-4193
steve@hbsslaw.com                                                     Telephone: (212) 294-4698
emilees@hbsslaw.com                                                Facsimile: (212) 294-4700
                                                                                      jkessler@winston.com
Benjamin J. Siegel (SBN 256260)                              dfeher@winston.com
715 Hearst Avenue, Suite 202                                   dgreenspan@winston.com
Berkeley, CA 94710                                                     aidale@winston.com
Telephone: (510) 725-3000
Facsimile: (510) 725-3001                                          Jeanifer E. Parsigian (SBN 289001)
bens@hbsslaw.com                                                    101 California Street, 34th Floor
                                                                                      San Francisco, CA 94111-5840
*Counsel for Plaintiffs and the Proposed Classes*      Telephone: (415) 591-1000
                                                                                      Facsimile: (415) 591-1400
                                                                                      jparsigian@winston.com

                                                                                      *Counsel for Plaintiffs and the Proposed Classes*

| | |
|---|---|
| WILKINSON STEKLOFF LLP<br><br>By:  */s/ Rakesh N. Kilaru*<br>     Rakesh N. Kilaru (*pro hac vice*)<br>Beth A. Wilkinson (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4000<br>Facsimile: (202) 847-4005<br>rkilaru@wilkinsonstekloff.com<br>bwilkinson@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br><br>Jacob K. Danzinger (SBN 278219)<br>ARENT FOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501<br><br>*Counsel for Defendant National Collegiate Athletic Association* | FOX ROTHSCHILD LLP<br><br>By:  */s/ D. Erik Albright*<br>     D. Erik Albright (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Jonathan P. Heyl (*pro hac vice*)<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone: (704) 384-2625<br>Facsimile: (704) 384-2800<br>jheyl@foxrothschild.com<br><br>Alexander Hernaez (SBN 201441)<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com<br><br>*Counsel for Defendant Atlantic Coast Conference* |
| MAYER BROWN LLP<br><br>By:  */s/ Britt M. Miller*<br>     Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>*Counsel for Defendant The Big Ten Conference, Inc.* | COOLEY LLP<br><br>By:  */s/ Whitty Somvichian*<br>     Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>David Louk (SBN 304654)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br>dlouk@cooley.com<br><br>Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dbansal@cooley.com<br><br>*Counsel for Defendant Pac-12 Conference* |

| | |
|---|---|
| POLSINELLI PC | ROBINSON BRADSHAW & HINSON, P.A. |
| By:   */s/ Leane K. Capps* | By:   */s/ Robert W. Fuller, III* |
|     Leane K. Capps (*pro hac vice*) |     Robert W. Fuller, III (*pro hac vice*) |
| Caitlin J. Morgan (*pro hac vice*) | Lawrence C. Moore, III (*pro hac vice*) |
| 2950 N. Harwood Street | Pearlynn G. Houck (*pro hac vice*) |
| Suite 2100 | Amanda P. Nitto (*pro hac vice*) |
| Dallas, TX 75201 | 101 N. Tryon St., Suite 1900 |
| Telephone: (214) 397-0030 | Charlotte, NC 28246 |
| lcapps@polsinelli.com | Telephone: (704) 377-2536 |
| cmorgan@polsinelli.com | Facsimile: (704) 378-4000 |
| | rfuller@robinsonbradshaw.com |
| Amy D. Fitts (*pro hac vice*) | lmoore@robinsonbradshaw.com |
| 120 W. 12th Street | phouck@robinsonbradshaw.com |
| Kansas City, MO 64105 | anitto@robinsonbradshaw.com |
| Telephone: (816) 218-1255 | |
| afitts@polsinelli.com | Mark J. Seifert (SBN 217054) |
| | SEIFERT ZUROMSKI LLP |
| Wesley D. Hurst (SBN 127564) | One Market Street, 36th Floor |
| 2049 Century Park East, Suite 2300 | San Francisco, California 941105 |
| Los Angeles, CA 90067 | Telephone: (415) 999-0901 |
| Telephone: (310) 556-1801 | Facsimile: (415) 901-1123 |
| whurst@polsinelli.com | mseifert@szllp.com |
| *Counsel for Defendant The Big 12 Conference, Inc.* | *Counsel for Defendant Southeastern Conference* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Jeffrey L. Kessler*
JEFFREY L. KESSLER

# **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                                                  HON. CLAUDIA WILKEN
                                                  UNITED STATES DISTRICT COURT JUDGE

1

STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING PROCEDURES
RELATING TO CLASS CERTIFICATION BRIEFING AND RELATED DOCUMENTS
CASE NO. 4:20-cv-03919-CW