| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW <br><br> **DECLARATION OF SEDONA PRINCE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, SEDONA PRINCE, declare as follows:

1. I am a plaintiff in the action entitled *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW filed in the U.S. District Court Northern District of California Oakland Division. I have personal knowledge of the facts stated in this declaration.

2. I am a current Division I athlete who competes for the University of Oregon women's basketball team in the Pac-12 Conference. I am a full athletic GIA recipient. I also attended the University of Texas at Austin on a basketball scholarship until I suffered a leg injury in 2018 and subsequently transferred to the University of Oregon.

3. Due to the NCAA's transfer rules, I was required to sit out of the 2019-2020 basketball season. I led my University of Oregon team in scoring as a starting forward during the 2021-2022 season, and I have one more year of remaining eligibility for the 2022-2023 season.

4. In addition to my efforts on the basketball court, I have also worked to fight for the rights of other college athletes like myself by publicly advocating for gender equity in sports and founding an LGBTQIA+ organization for college athletes.

5. I was prohibited by the NCAA from receiving any compensation for the use of my name, image, or likeness until July 1, 2021.

6. For example, when the NCAA required me to sit out for a year after transferring, I was approached by several fans who encouraged me to create and sell "Free Sedona" t-shirts. I wanted to make and sell the t-shirts, but because of the NCAA's NIL rules I was unable to do so.

7. Since July 1, 2021 I have obtained compensation for the use of my name, image, and likeness through various endorsement deals, social media content, and other NIL-related activities.

8. I have worked hard to develop my personal brand value including by taking advantage of NIL resources that are now being offered by my school, enrolling in marketing and business classes at my university, networking and developing connections with local and nationwide businesses, growing my social media presence and engagement, and hiring a talent agency to represent me in my NIL licensing deals.

9.     Since July 1, 2021, I have been involved in paid social media promotional campaigns for numerous major companies including Crocs, Butterfinger, H&R Block, Dick's Sporting Goods, Pepsi, Pape Machinery, and DirecTV.

10.    I also created and marketed my own line of merchandise and apparel that is currently available for sale through the University of Oregon Duck Store.

11.    This year I have also been able to take advantage of several opportunities to participate in interviews and documentaries that allow me to share my personal experiences as a college athlete and to better advocate for athletes' rights and other social issues that are important to me.

12.    I have also been an active participant in various panel discussions regarding college athlete NIL rights, including at the 2022 INFLCR NIL Summit where I was awarded Female NIL Athlete of the Year.

13.    I understand that I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certifies either or both classes I would represent the Injunctive Relief Class and the Women's Basketball Class, asserting claims on behalf of the classes under the Sherman Act § 1. I also understand that I must consider the interests of other class members in pursuing my claims.

14.    I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Consolidated Amended Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses, including interrogatories. I have spoken with my counsel about the facts of the case and strategy, and discussed discovery sent to the defendants. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I also understand that I may be required to travel to, and appear, for a deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

15. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

16. If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

17. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief we hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of October, 2022 at Eugene, Oregon.

DocuSigned by:

_____
SEDONA PRINCE

- 3 -