| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-4698 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 202 | Jeanifer E. Parsigian (SBN 289001) |
| Berkeley, CA 94710 | WINSTON & STRAWN LLP |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| *Counsel for Plaintiffs and the Proposed Classes* | jparsigian@winston.com |
| | *Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF TYMIR OLIVER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, TYMIR OLIVER, declare as follows:

1. I am a plaintiff in the action entitled *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW filed in the U.S. District Court Northern District of California Oakland Division. I have personal knowledge of the facts stated in this declaration.

2. I am a former Division I athlete who competed for the University of Illinois men's football team in the Big Ten Conference from 2016 to 2020. During my time at the University of Illinois I was a full athletic GIA recipient. As a team captain I led my team to numerous wins during my four-year playing career.

3. While competing for the University of Illinois, I was prohibited by the NCAA from receiving any compensation for the use of my name, image, or likeness.

4. I understand that I am a proposed class representative in this lawsuit. As a class representative, I understand that if the Court certifies the class I would represent the Football and Men's Basketball Class, asserting claims on behalf of the class under the Sherman Act § 1. I also understand that I must consider the interests of other class members in pursuing my claims.

5. I have retained counsel to prosecute this case, and I am actively involved. As part of my duties as a class representative, I reviewed the Consolidated Amended Complaint to ensure the accuracy of the facts as they related to me. I also searched for and provided documents and other information to my attorneys and assisted in the preparation of discovery responses, including interrogatories. I have spoken with my counsel about the facts of the case and strategy, and discussed discovery sent to the defendants. I understand that, from time to time, I need to confer with my attorneys and perform tasks upon their request. I also understand that I may be required to travel to, and appear, for a deposition. I also understand that I may need to assist in the preparation of additional discovery responses and may need to produce further documents and materials if my attorneys request it. I also understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

6. I understand my responsibilities as a proposed class representative, including to act in the best interests of the class members. I will look after the interests of the class and support my attorneys' efforts to obtain damages and injunctive relief for all class members as quickly and

efficiently as possible. If I am appointed Class Representative and a settlement offer is made, I will work with my counsel to get the best results for the class. To the best of my knowledge, my interests in obtaining damages and injunctive relief are aligned with the interests of all class members, and I do not have a conflict with any class member.

7. If this case were not certified as a class action, I could not afford to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue.

8. I have not been promised any special compensation or reward in exchange for serving as a class representative, beyond the relief we hope to obtain for all class members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this  17th  day of October, 2022 at Fort Lauderdale, Florida.

_____
TYMIR OLIVER