| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-4698 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 202 | Jeanifer E. Parsigian (SBN 289001) |
| Berkeley, CA 94710 | WINSTON & STRAWN LLP |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| *Counsel for Plaintiffs and the Proposed Classes* | jparsigian@winston.com |
| | *Counsel for Plaintiffs and the Proposed Classes* |

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **PLAINTIFFS' CERTIFICATE OF SERVICE** |
| | Hon. Claudia Wilken |

I, the undersigned, declare:

I am a resident of the United States and am employed in the city of Berkeley, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 715 Hearst Avenue, Suite 202, Berkeley, California 94710.

On October 21, 2022, I served via secure email transfer the following document to the parties enumerated in the attached Service List:

| No. | Description |
|---|---|
| 1 | [**SEALED**] Plaintiffs' Motion for Class Certification |
| 2 | [**SEALED**] Expert Report of Daniel A. Rascher |
| 3 | [**SEALED**] Expert Report of Edwin S. Desser |
| 4 | [**SEALED**] Exhibits 7-8, 10-13, 18, 24-29, 37-39, 45 and 47-53 to the Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of October 2022 at Berkeley, California.

*s/ Brian R. Miller*
BRIAN R. MILLER

*In re College Athlete NIL Litigation* – Case No. 4:20-cv-03919-CW (N.D. Cal.)
**EMAIL SERVICE/DISTRIBUTION LIST**

### Defendant National Collegiate Athletic Association – Wilkinson Stekloff, LLP

| | |
|---|---|
| Beth A. Wilkinson | bwilkinson@wilkinsonstekloff.com |
| Rakesh N. Kilaru | rkilaru@wilkinsonstekloff.com |
| Kieran Gostin | kgostin@wilkinsonstekloff.com |
| Calanthe A. Cope-Kasten | ccope-kasten@wilkinsonstekloff.com |
| Sarah Neuman | sneuman@wilkinsonstekloff.com |
| Max Warren | mwarren@wilkinsonstekloff.com |
| Meg Braun | mbraun@wilkinsonstekloff.com |
| Remington Thames | rthames@wilkinsonstekloff.com |
| Jacob Danziger | jacob.danziger@afslaw.com |
| Partha Ray | partha.ray@afslaw.com |

### Defendant Atlantic Coast Conference – Fox Rothschild, LLP

| | |
|---|---|
| D. Erik Albright | ealbright@foxrothschild.com |
| Gregory G. Holland | gholland@foxrothschild.com |
| Jonathan P. Heyl | jheyl@foxrothschild.com |

### Defendant The Big Ten Conference – Mayer Brown LLP

| | |
|---|---|
| Britt M. Miller | bmiller@mayerbrown.com |
| Matthew D. Provance | mprovance@mayerbrown.com |
| Christopher J. Kelly | cjkelly@mayerbrown.com |
| Jessica Michaels | jmichaels@mayerbrown.com |
| Nathan Rice | nrice@mayerbrown.com |

### Defendant The Big 12 Conference, Inc. – Polsinelli PC

| | |
|---|---|
| Leane K. Capps | lcapps@polsinelli.com |
| Caitlin J. Morgan | cmorgan@polsinelli.com |
| Amy D. Fitts | afitts@polsinelli.com |
| Phillip Zeeck | pzeeck@polsinelli.com |
| Wesley D. Hurst | whurst@polsinelli.com |

### Defendant PAC-12 Conference – Cooley LLP

| | |
|---|---|
| Whitney Somvichian | wsomvichian@cooley.com |
| Kathleen R. Hartnett | khartnett@cooley.com |
| Dee Bansal | dbansal@cooley.com |
| Ashley Kemper Corkery | acorkery@cooley.com |
| David Louk | dlouk@cooley.com |

### Defendant Southeastern Conference – Robinson Bradshaw & Hinson, P.A.; Seifert Law Firm

| | |
|---|---|
| Robert F. Fuller, III | rfuller@robinsonbradshaw.com |
| Lawrence C. Moore, III | lmoore@robinsonbradshaw.com |
| Pearlynn G. Houck | phouck@robinsonbradshaw.com |
| Amanda P. Nitto | anitto@robinsonbradshaw.com |
| Mark J. Siefert | mseifert@seifertfirm.com |