JENNER & BLOCK LLP
David R. Singer (SBN 204699)
dsinger@jenner.com
Elizabeth Baldridge (SBN 313390)
ebaldridge@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

Attorneys for non-parties Fox Broadcasting
Company, LLC, Fox Sports 1,
LLC (as successors-in-interest to
Fox Cable Networks, Inc. and Fox
Broadcasting Company), and Big
Ten Network, LLC

HAGENS BERMAN SOBOL SHAPIRO LLP
Benjamin J. Siegel (SBN 256260)
bens@hbsslaw.com
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510 725-3001

Attorneys for Plaintiffs and the Proposed
Class

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re College Athlete NIL Litigation | Case No. 4:20-cv-03919 CW<br><br>[~~PROPOSED~~] **ORDER RE: DISCLOSURE OF CONFIDENTIAL NETWORK AGREEMENTS TO PLAINTIFFS' EXPERT** |

[Proposed] Order

Pursuant to the Joint Stipulation filed by non-parties Fox Broadcasting Company, LLC and Fox Sports 1 (as successors-in-interest to Fox Cable Networks, Inc. and Fox Broadcasting Company), and the Big Ten Network, LLC (collectively, "Fox") and Plaintiffs; the operative Protective Orders in place in this action and their amendments (the "Protective Orders") [ECF 137, 148]; and for good cause appearing, the Court hereby orders as follows:

If Plaintiffs' expert Mr. Desser is given access to certain agreements designated as Network Strictly Confidential under the Protective Orders, including BIGTEN-GIA 249355 (Third Amendment to Telecast Rights Agreement between The Big Ten Conference, Inc. and Big Ten Network, LLC, dated July 13, 2015) or BIGTEN-GIA 252905 (Amended and Restated Telecast Rights Agreement between The Big Ten Conference, Inc. and Big Ten Network, LLC, dated June 30, 2017), then he may not serve as a consultant for (or otherwise assist) the Big 12 Conference or the Pac 12 Conference in connection with negotiation for any prospective telecast rights regarding college football with Fox or any Fox-affiliated and controlled company from the date of this Agreement until May 30, 2025.

**IT IS SO ORDERED.**

Dated: 12/14/2022

The Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE