Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Cali Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER AS MODIFIED EXTENDING CASE DEADLINES**<br><br>Judge: Hon. Claudia Wilken |

1          Pursuant to Northern District of California Local Rules 6-2 and 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending certain case deadlines:

           WHEREAS, on October 21, 2022, Plaintiffs filed "Plaintiffs' Notice of Motion and Motion for Class Certification;"

           WHEREAS, in light of the more detailed articulation of claims in Plaintiffs' motion and the narrow productions made by third parties in response to Plaintiffs' subpoenas, Defendants are diligently acquiring additional discovery from third parties.

           WHEREAS, some third parties took several months to produce documents in response to Plaintiffs' requests and Defendants have also experienced delays in obtaining additional third-party productions.

           WHEREAS, Defendants' response period included several holidays, including Thanksgiving, the religious holidays in December, and the New Year holiday.

           WHEREAS, Defendants have requested a four-month extension for their deadline to oppose class certification and Plaintiffs objected but are willing to agree to a two-month extension for Defendants' deadline to oppose class certification, subject to the terms of this stipulation. Defendants have reserved the right to request additional time if they experience additional delays in preparing their responses to Plaintiffs' class certification motion.

           THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

           The Parties request that the Court issue an order modifying the case deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATES |
|---|---|---|
| Deadline to Depose Plaintiffs' Class Experts | January 11, 2023 | January 12, 2023 (moved 1 day to reflect Desser's deposition scheduled on January 12) |
| Class Certification Opposition and Supporting Expert Reports | February 10, 2023 | April 14, 2023 |
| Deadline to Depose Defendants' Class Experts | March 25, 2023 | May 29, 2023 |
| Class Certification Reply and Expert Rebuttal Report | April 14, 2023 | June 30, 2023 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Hearing on Class Certification | May 24, 2023 at 2:30 p.m. or at the Court's convenience | July 20, 2023 at 2:30 p.m. or at the Court's convenience |
| Merits Discovery Cut-Off | July 26, 2023 | September 27, 2023 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | August 30, 2023 | November 1, 2023 |
| Merits Expert Response | October 26, 2023 | December 28, 2023 |
| Merits Expert Reply | November 22, 2023 | January 24, 2024 |
| Expert Discovery Cut-Off | December 27, 2023 | February 28, 2024 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | January 31, 2024 | April 3, 2024 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Dispositive Motion and *Daubert* Motions | March 15, 2024 | May 17, 2024 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Dispositive Motion and *Daubert* Motions | April 26, 2024 | June 28, 2024 |

-4-

| | | |
|---|---|---|
| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | May 24, 2024 | July 26, 2024 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | July 24, 2024 at 2:30 p.m. or at the Court's convenience | September 19, 2024, at 2:30 p.m. |
| Trial Date | September 16, 2024 | January 27, 2025 |

-5-

| | |
|---|---|
| Dated: January 6, 2023 | Respectfully Submitted, |

**WILKINSON STEKLOFF LLP**

By: /s/ Rakesh N. Kilaru
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Attorneys for Defendant
NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION

**COOLEY LLP**

By: /s/ Whitty Somvichian
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
David Louk (SBN 304654)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  (415) 693 2000
Facsimile:  (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com
dlouk@cooley.com

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842 7800
Facsimile:  (202) 842 7899
dbansal@cooley.com

Attorneys for Defendant
PAC-12 CONFERENCE

| | |
|---|---|
| **MAYER BROWN LLP** | **POLSINELLI PC** |
| By: /s/ Britt M. Miller | By: /s/ Leane K. Capps |
| Britt M. Miller (*pro hac vice*) | Leane K. Capps (*pro hac vice*) |
| Matthew D. Provance (*pro hac vice*) | D. Rockwell Bower (*pro hac vice*) |
| 71 South Wacker Drive | 2950 N. Harwood Street |
| Chicago, IL 60606 | Suite 2100 |
| Telephone: (312) 782-0600 | Dallas, TX 75201 |
| Facsimile: (312) 701-7711 | Telephone: (214) 397-0030 |
| bmiller@mayerbrown.com | lcapps@polsinelli.com |
| mprovance@mayerbrown.com | cmorgan@polsinelli.com |
| | rbower@polsinelli.com |
| Christopher J. Kelly (SBN 276312) | |
| Two Palo Alto Square, Suite 300 | Amy D. Fitts (*pro hac vice*) |
| 3000 El Camino Real | 120 W. 12th Street |
| Palo Alto, CA 94306 | Kansas City, MO 64105 |
| Telephone: (650) 331-2000 | Telephone: (816) 218-1255 |
| Facsimile: (650) 331-2060 | afitts@polsinelli.com |
| cjkelly@mayerbrown.com | |
| | Wesley D. Hurst (SBN 127564) |
| Attorneys for Defendant | 2049 Century Park East, Suite 2300 |
| THE BIG TEN CONFERENCE, INC. | Los Angeles, CA 90067 |
| | Telephone: (310) 556-1801 |
| | whurst@polsinelli.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

|   |   |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.** | **FOX ROTHSCHILD LLP** |
| By: /s/Robert W. Fuller | By: /s/ D. Erik Albright |
| Robert W. Fuller, III (*pro hac vice*) | D. Erik Albright (*pro hac vice*) |
| Lawrence C. Moore, III (*pro hac vice*) | Gregory G. Holland (*pro hac vice*) |
| Pearlynn G. Houck (*pro hac vice*) | 230 North Elm Street, Suite 1200 |
| Amanda P. Nitto (*pro hac vice*) | Greensboro, NC 27401 |
| 101 N. Tryon St., Suite 1900 | Telephone: (336) 378-5368 |
| Charlotte, NC 28246 | Facsimile: (336) 378-5400 |
| Telephone: (704) 377-2536 | ealbright@foxrothschild.com |
| Facsimile: (704) 378-4000 | gholland@foxrothschild.com |
| rfuller@robinsonbradshaw.com | |
| lmoore@robinsonbradshaw.com | Jonathan P. Heyl (*pro hac vice*) |
| phouck@robinsonbradshaw.com | 101 N. Tryon Street, Suite 1300 |
| apickens@robinsonbradshaw.com | Charlotte, NC 28246 |
| | Telephone: (704) 384-2625 |
| Mark J. Seifert (SBN 217054) | Facsimile: (704) 384-2800 |
| SEIFERT ZUROMSKI LLP | jheyl@foxrothschild.com |
| One Market Street, 36th Floor | |
| San Francisco, California 941105 | Alexander Hernaez (SBN 201441) |
| Telephone: (415) 999-0901 | 345 California Street, Suite 2200 |
| Facsimile: (415) 901-1123 | San Francisco, CA 94104-2670 |
| mseifert@szllp.com | Telephone: (415) 364-5540 |
| | Facsimile: (415) 391-4436 |
| Attorneys for Defendant | ahernaez@foxrothschild.com |
| SOUTHEASTERN CONFERENCE | |
| | Attorneys for Defendant |
| | THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: /s/ Steve W. Berman | By: /s/ Jeffrey L. Kessler |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | David L. Greenspan (*pro hac vice*) |
| Seattle, WA 98101 | Adam I. Dale (*pro hac vice*) |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| Benjamin J. Siegel (SBN 256260) | dfeher@winston.com |
| 715 Hearst Avenue, Suite 202 | dgreenspan@winston.com |
| Berkeley, CA 94710 | aidale@winston.com |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | Jeanifer E. Parsigian (SBN 289001) |
| bens@hbsslaw.com | 101 California Street |
| | San Francisco, CA 94111 |
| **SPECTOR, ROSEMAN, KODROFF & WILLS, PC** | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| By: /s/ Jeffrey L. Kodroff | jparsigian@winston.com |
| Jeffrey L. Kodroff (*pro hac vice*) | |
| Eugene A. Spector (*pro hac vice*) | |
| 2001 Market Street, Suite 3420 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 496-0300 | |
| Facsimile: (215) 496-6611 | |
| jkodroff@srkattorneys.com | |
| espector@srkattorneys.com | |

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Rakesh Kilaru*
Rakesh Kilaru

**[PROPOSED] ORDER AS MODIFIED**

Pursuant to the parties' stipulation, IT IS SO ORDERED, except that the hearing on all dispositive and *Daubert* motions will be held on September 19, 2024, and the trial will begin on January 27, 2025, to allow for additional time needed between the hearing on dispositive and *Daubert* motions and trial.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge