Leane K. Capps (*pro hac vice*)
POLSINELLI PC
2950 N. Harwood St. Ste 2100
Dallas, TX 75201
Tel.: (214) 397-0030
lcapps@polsinelli.com

Amy D. Fitts (*pro hac vice*)
Phillip J.R. Zeeck (*pro hac vice*)
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
Tel.: (816) 753-1000
afitts@polsinelli.com
pzeeck@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Ste. 2900
Los Angeles, CA 90067
Tel.: (310) 556-1801
whurst@polsinelli.com

Attorneys for Defendant
THE BIG 12 CONFERENCE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

IN RE COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

**NOTICE OF CHANGE OF COUNSEL**

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 5-(c)(2)(C), that D. Rockwell Bower, formerly of Polsinelli, PC is hereby withdrawn as attorney of record for Defendant The Big 12 Conference, Inc. (the "Big 12"). Counsel of record for The Big 12 otherwise remains unchanged. The Big 12 will continue to be represented by Leane K. Capps, Amy D. Fitts, Phillip J.R. Zeeck and Wesley D. Hurst of Polsinelli PC.

| | | |
|---|---|---|
| 1 | DATED: February 7, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | **POLSINELLI PC** |
| 4 | | |
| 5 | | By: /s/ *Leane K. Capps* |
|   | | Leane K. Capps (*pro hac vice*) |
| 6 | | 2950 N. Harwood Street, Suite 2100 |
|   | | Dallas, TX 75201 |
| 7 | | Telephone: (214) 397-0030 |
|   | | lcapps@polsinelli.com |
| 8 | | |
| 9 | | Amy D. Fitts (*pro hac vice*) |
|   | | Phillip J.R. Zeeck (*pro hac vice*) |
| 10 | | 900 W. 48th Place, Suite 900 |
|   | | Kansas City, MO 64112 |
| 11 | | Telephone: (816) 753-1000 |
| 12 | | afitts@polsinelli.com |
|   | | pzeeck@polsinelli.com |
| 13 | | |
| 14 | | Wesley D. Hurst (SBN 127564) |
|   | | 2049 Century Park East, Suite 2900 |
| 15 | | Los Angeles, CA 90067 |
|   | | Telephone: (310) 556-1801 |
| 16 | | whurst@polsinelli.com |
| 17 | | |
| 18 | | *Attorneys for Defendant* |
|    | | *The Big 12 Conference, Inc.* |

-2-

NOTICE OF CHANGE OF COUNSEL

(CASE NO. 4:20-CV-03919-CW)

**E-FILING ATTESTATION**

I, Leane K. Capps, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                              */s/ Leane K. Capps*
                              LEANE K. CAPPS