Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Cali Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |
| | Judge: Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rules 6-2 and 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending certain case deadlines:

WHEREAS, on October 21, 2022, Plaintiffs filed Plaintiffs' Notice of Motion and Motion for Class Certification (ECF No. 208);

WHEREAS, case deadlines were modified by this Court on January 9, 2023, consistent with the Parties' stipulation (ECF No. 216);

WHEREAS, Defendants deposed Plaintiffs' experts on January 10, 2023, and January 12, 2023;

WHEREAS, the Parties agree that each should have the option at the class certification stage of filing one *Daubert* Motion regarding the other side's expert witness(es) consistent with the deadlines proposed in the table below;

WHEREAS, the Parties agree that any *Daubert* Motion filed should not exceed 30 pages of text;

WHEREAS, the Parties agree that each should have the option at the class certification stage of responding to the other party's *Daubert* Motion, and that such response shall have a page limit of 30 pages of text;

WHEREAS, the Parties agree that neither Defendants nor Plaintiffs will file a Reply in support of their *Daubert* Motions;

WHEREAS, the Parties agree that adding the option of filing *Daubert* Motions requires modifying the date for the Hearing on Class Certification and *Daubert* Motions and subsequent deadlines in the case schedule; and

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

The Court issue an order modifying the case deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Class Certification Opposition and Supporting Expert Reports, and Defendants' *Daubert* Motion | April 14, 2023 [no *Dauberts* scheduled] | April 28, 2023 |
| Deadline to Depose Defendants' Class Experts | May 29, 2023 | June 12, 2023 |
| Class Certification Reply and Expert Rebuttal Report, Plaintiffs' Opposition to Defendants' *Daubert* Motion, Plaintiffs' *Daubert* Motion | June 30, 2023 [no *Dauberts* scheduled] | July 21, 2023 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Defendants' Opposition to Plaintiffs' *Daubert* Motion | [no *Dauberts* scheduled] | August 11, 2023 |
| Hearing on Class Certification and *Daubert* Motions | July 20, 2023 at 2:30 p.m. or at the Court's convenience | September 21, 2023 at 2:30 p.m. or at the Court's convenience |
| Merits Discovery Cut-Off | September 27, 2023 | December 1, 2023 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | November 1, 2023 | January 12, 2024 |
| Merits Expert Response | December 28, 2023 | March 8, 2024 |
| Merits Expert Reply | January 24, 2024 | April 3, 2024 |
| Expert Discovery Cut-Off | February 28, 2024 | May 8, 2024 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions | April 3, 2024 | June 12, 2024 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Dispositive Motion and *Daubert* Motions | May 17, 2024 | July 26, 2024 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Dispositive Motion and *Daubert* Motions | June 28, 2024 | September 6, 2024 |
| Defendants' Reply in Support of their Dispositive Motion and *Daubert* Motions | July 26, 2024 | October 4, 2024 |

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|-------|--------------|-------------------|
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | September 19, 2024 at 2:30 p.m. or at the Court's convenience | November 21, 2024 at 2:30 p.m. or at the Court's convenience |
| Trial Date | January 27, 2025 | March 24, 2025 |

1    Dated:  March 23, 2023                    Respectfully Submitted,

2

3    **WILKINSON STEKLOFF LLP**               **COOLEY LLP**

4    By: /s/ Rakesh N. Kilaru                 By: /s/ Whitty Somvichian
     Beth A. Wilkinson (*pro hac vice*)        Whitty Somvichian (SBN 194463)
5    Rakesh N. Kilaru (*pro hac vice*)         Kathleen R. Hartnett (SBN 314267)
     Kieran Gostin (*pro hac vice*)            Ashley Kemper Corkery (SBN 301380)
6    Calanthe Cope-Kasten (*pro hac vice*)     David Louk (SBN 304654)
7    2001 M Street NW, 10th Floor             3 Embarcadero Center, 20th Floor
     Washington, DC 20036                      San Francisco, California 94111-4004
8    Telephone: (202) 847-4000                 Telephone: (415) 693 2000
     Facsimile: (202) 847-4005                 Facsimile: (415) 693 2222
9    bwilkinson@wilkinsonstekloff.com          wsomvichian@cooley.com
     rkilaru@wilkinsonstekloff.com             khartnett@cooley.com
10   kgostin@wilkinsonstekloff.com             acorkery@cooley.com
     ccope-kasten@wilkinsonstekloff.com        dlouk@cooley.com
11

12   Jacob K. Danziger (SBN 278219)            Dee Bansal (*pro hac vice*)
     ARENTFOX SCHIFF LLP                       1299 Pennsylvania Ave. NW, Suite 700
13   44 Montgomery Street, 38th Floor          Washington, DC 20004-2400
     San Francisco, CA 94104                   Telephone: (202) 842 7800
14   Telephone: (734) 222-1516                 Facsimile: (202) 842 7899
     Facsimile: (415) 757-5501                 dbansal@cooley.com
15   jacob.danziger@afslaw.com

16                                             Attorneys for Defendant
     Attorneys for Defendant                   PAC-12 CONFERENCE
17   NATIONAL COLLEGIATE
     ATHLETIC ASSOCIATION
18

19

20

21

22

23

24

25

26

27

28

1

**MAYER BROWN LLP**                    **POLSINELLI PC**

2

By: /s/ Britt M. Miller               By: /s/ Leane K. Capps

3

Britt M. Miller (*pro hac vice*)       Leane K. Capps (*pro hac vice*)

Matthew D. Provance (*pro hac vice*)   D. Rockwell Bower (*pro hac vice*)

4

71 South Wacker Drive                 2950 N. Harwood Street

Chicago, IL 60606                     Suite 2100

5

Telephone: (312) 782-0600             Dallas, TX 75201

Telephone: (214) 397-0030

6

Facsimile: (312) 701-7711             lcapps@polsinelli.com

bmiller@mayerbrown.com                cmorgan@polsinelli.com

7

mprovance@mayerbrown.com              rbower@polsinelli.com

8

Christopher J. Kelly (SBN 276312)

Two Palo Alto Square, Suite 300       Amy D. Fitts (*pro hac vice*)

9

3000 El Camino Real                   120 W. 12th Street

Palo Alto, CA 94306                   Kansas City, MO 64105

10

Telephone: (650) 331-2000             Telephone: (816) 218-1255

11

Facsimile: (650) 331-2060             afitts@polsinelli.com

cjkelly@mayerbrown.com

12

Wesley D. Hurst (SBN 127564)

13

Attorneys for Defendant               2049 Century Park East, Suite 2300

THE BIG TEN CONFERENCE, INC.          Los Angeles, CA 90067

14

Telephone: (310) 556-1801

whurst@polsinelli.com

15

16

Attorneys for Defendant

THE BIG 12 CONFERENCE, INC.

17

18

19

20

21

22

23

24

25

26

27

28

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: /s/Robert W. Fuller
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
apickens@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 941105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**FOX ROTHSCHILD LLP**

By: /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
gholland@foxrothschild.com

Jonathan P. Heyl (*pro hac vice*)
101 N. Tryon Street, Suite 1300
Charlotte, NC 28246
Telephone: (704) 384-2625
Facsimile: (704) 384-2800
jheyl@foxrothschild.com

Alexander Hernaez (SBN 201441)
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
ahernaez@foxrothschild.com

Attorneys for Defendant
THE ATLANTIC COAST CONFERENCE

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

**SPECTOR, ROSEMAN, KODROFF & WILLS, PC**

By: /s/ Jeffrey L. Kodroff
Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

**WINSTON & STRAWN LLP**

By: /s/ Jeffrey L. Kessler
Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Class*

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2

3

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence

in the filing of this document has been obtained from the signatories above.

4

5

*/s/ Rakesh Kilaru*
Rakesh Kilaru

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:20-cv-03919-CW                                    STIPULATION AND [PROPOSED] ORDER
                                                             EXTENDING CASE DEADLINES

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28