UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
|---|---|
| | **ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to Magistrate Judge Nathanael Cousins, with any motions to be heard and considered at his convenience. Counsel will be advised of the date, time, and place of appearance by notice from Magistrate Judge Nathanael Cousins.

**IT IS SO ORDERED.**

Dated: March 27, 2023

CLAUDIA WILKEN
United States District Judge