IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER REGARDING STIPULATION TO MODIFY CASE SCHEDULE**<br><br>(Re: Dkt. No. 225) |

Now before the Court is a stipulation to modify the case schedule set on January 9, 2023. Docket No. 225. The Court is not inclined to modify the trial date currently set for January 27, 2025. The Court's tentative schedule is below. The parties may stipulate to modify the tentative case deadlines so long as the trial date is not modified and (1) there are at least four weeks between the filing date for Defendants' reply in support of their cross-dispositive motion and related *Daubert* motions and the hearing on all dispositive motions and related *Daubert* motions; (2) there are at least six weeks between the pretrial conference and the first day of trial; and (3) motions *in limine* are not filed later than November 22, 2024, oppositions to motions *in limine* are not filed later than December 6, 2024, and there is at least one week between the filing date for oppositions to motions *in limine* and the pretrial conference.

The Court added deadlines for filing replies in support of the *Daubert* motions relating to class certification. Each opening brief in support of a *Daubert* motion relating to class certification shall not exceed twenty pages; each opposition to a *Daubert* motion relating to class certification shall not exceed twenty pages; and each reply in support of a *Daubert* motion relating to class certification shall not exceed ten pages. The Court also added page limits for the briefing in connection with dispositive motions.

The Court intends to order the parties to engage in settlement discussions. Within fourteen days of the date this order is filed, the parties shall file a joint statement reporting on the efforts they have made and propose to make toward a partial or full settlement of the claims in this action.

| EVENT | CURRENT DATE | THE COURT'S TENTATIVE DATE |
|---|---|---|
| Class Certification Opposition and Supporting Expert Reports, and Defendants' *Daubert* Motion | April 14, 2023 [no *Dauberts* scheduled] | 4/28/23 |
| Deadline to Depose Defendants' Class Experts | 5/29/23 | 6/12/23 |
| Class Certification Reply and Expert Rebuttal Report, Plaintiffs' Opposition to Defendants' *Daubert* Motion, Plaintiffs' *Daubert* Motion | June 30, 2023 [no *Dauberts* scheduled] | 7/21/23 |
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Defendants' Opposition to Plaintiffs' *Daubert* Motion and Defendants' Reply in Support of Defendants' *Daubert* Motion | [no *Dauberts* scheduled] | 8/11/23 |
| Plaintiffs' Reply in Support of Plaintiffs' *Daubert* motion | N/A | 9/1/23 |
| Hearing on Class Certification and *Daubert* Motions | July 20, 2023 at 2:30 p.m. or at the Court's convenience | 9/21/23 at 2:30 p.m. |
| Merits Discovery Cut-Off | 9/27/23 | 10/27/23 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | 11/1/23 | 12/1/23 |
| Merits Expert Response | 12/28/23 | 1/26/24 |
| Merits Expert Reply | 1/24/24 | 2/23/24 |
| Expert Discovery Cut-Off | 2/28/24 | 3/15/24 |

| Plaintiffs' Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 50 pages) | 4/3/24 | 4/3/24 |
|---|---|---|
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 70 pages) | 5/17/24 | 5/17/24 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 80 pages) | 6/28/24 | 6/28/24 |
| Defendants' Reply in Support of their Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 60 pages) | 7/26/24 | 7/26/24 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | September 19, 2024 at 2:30 p.m. or at the Court's convenience | September 19, 2024 at 2:30 p.m. |
| Deadline for each side to file motions *in limine* in a single brief not to exceed 25 pages | N/A | Two weeks after the Court issues a ruling on the dispositive motions but not later than 11/22/24 |
| Deadline for each side to file oppositions to other side's motions *in limine* in a single brief not to exceed 25 pages | N/A | Two weeks after motions *in limine* are filed but not later than 12/6/24 |
| Pretrial conference | N/A | 12/16/24 |
| Trial Date | 1/27/25 | 1/27/25 |

IT IS SO ORDERED.

Dated: March 27, 2023

CLAUDIA WILKEN
United States District Judge

3