Mark J. Seifert (SBN 217054)
SEIFERT LAW FIRM
50 California Street, Suite 1500
San Francisco, California  94111
Tel.     (415) 999-0901
Fax     (415) 901-1123
mseifert@seifertfirm.com

Robert W. Fuller (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
Pearlynn G. Houck (pro hac vice)
Amanda P. Nitto (pro hac vice)
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Tel.     (704) 377-2536
Fax     (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
anitto@robinsonbradshaw.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 5-1(c)(2)(B), Pearlynn G. Houck, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby withdraws as attorney of record for Defendant Southeastern Conference.  Travis S. Hinman, also with Robinson, Bradshaw & Hinson, P.A., will substitute for Ms. Houck as counsel of record for the Southeastern Conference.  Ms. Hinman has filed a *pro hac vice* motion for admission in this case contemporaneously herewith.  Along with Ms. Hinman, the Southeastern Conference will

1  continue to be represented by Robert W. Fuller, Lawrence C. Moore, III, Amanda P. Nitto, and
2  Mark J. Seifert.
3  Dated: March 30, 2023                              **ROBINSON, BRADSHAW & HINSON, P.A.**

By: /s/ Pearlynn G. Houck
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Pearlynn G. Houck (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
anitto@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
**SEIFERT LAW FIRM**
50 California Street, Suite 1500
San Francisco, California  94111
Tel.     (415) 999-0901
Fax     (415) 901-1123
mseifert@seifertfirm.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**E-FILING ATTESTATION**

I, Pearlynn G. Houck, am the ECF USER whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

s/ Pearlynn G. Houck<br>
Pearlynn G. Houck