LATHAM & WATKINS LLP
 Christopher S. Yates (SBN 161273)
 Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: Chris.Yates@lw.com
   Aaron.Chiu@lw.com

LATHAM & WATKINS LLP
 Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: 202.637.1061
Facsimile: 202.637.2201
Email: Anna.Rathbun@lw.com

Attorneys for Defendant
Atlantic Coast Conference

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEARANCE OF AARON T. CHIU ON BEHALF OF DEFENDANT ATLANTIC COAST CONFERENCE** |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant Atlantic Coast Conference and respectfully requests that all notices, orders and/or other information transmitted from the Court to the parties be served upon the individual identified below:

> Aaron T. Chiu
> Latham & Watkins LLP
> 505 Montgomery Street, Suite 2000
> San Francisco, CA  94111-6538
> Telephone: 415.391.0600
> Facsimile:  415.395.8095
> Email:  Aaron.Chiu@lw.com

Dated:  March 31, 2023

Respectfully submitted,

LATHAM & WATKINS LLP
   Christopher S. Yates
   Aaron T. Chiu
   Anna M. Rathbun

By     /s/ Aaron T. Chiu
   Aaron T. Chiu

Attorneys for Defendant
Atlantic Coast Conference