UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.          ,

  Plaintiff(s),

v.

NCAA, et al.          ,

  Defendant(s).

Case No. 4:20-cv-3919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Travis S. Hinman, an active member in good standing of the bar of the State of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Southeastern Conference in the above-entitled action. My local co-counsel in this case is Mark J. Seifert, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 217054.

Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon St., Suite 1900, Charlotte, NC 28246
MY ADDRESS OF RECORD

50 California Street, Suite 1500
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(704) 377-2536
MY TELEPHONE # OF RECORD

(415) 999-0901
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

thinman@robinsonbradshaw.com
MY EMAIL ADDRESS OF RECORD

mseifert@seifertfirm.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 50779.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 30, 2023                                            Travis S. Hinman
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Travis S. Hinman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3-31-2023

*[Signature: Claudia Wilken]*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE