United States District Court
Northern District of California

1

2

3                      **UNITED STATES DISTRICT COURT**

4                     **NORTHERN DISTRICT OF CALIFORNIA**

5                          **SAN JOSE DIVISION**

6

7    CHUBA HUBBARD, et al.,                    Case No.  23-cv-01593-BLF

8                 Plaintiffs,

                                               **SUA SPONTE JUDICIAL REFERRAL**
9         v.                                   **FOR PURPOSE OF DETERMINING**
                                               **RELATIONSHIP**
10   NATIONAL COLLEGIATE ATHLETIC
     ASSOCIATION, et al.,
11
                 Defendants.
12

13        In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above-

14   captioned case is referred to the Honorable Claudia Wilken for consideration of whether the case

15   is related to 4:14-md-02541-CW, *In Re National Collegiate Athletic Association Athletic Grant-*

16   *in-Aid Cap Antitrust Litigation*; 4:20-cv-03919-CW, *In re College Athlete NIL Litigation*; and/or

17   4:20-cv-04527-CW, *Oliver v. National Collegiate Athletic Association*.

18        **IT IS SO ORDERED.**

19

20   Dated:  April 5, 2023

21                                             _____

22                                             BETH LABSON FREEMAN
                                               United States District Judge
23

24

25

26

27

28