Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Cali Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**JOINT STATEMENT REGARDING SETTLEMENT EFFORTS**<br><br>Judge: Hon. Claudia Wilken |

Pursuant to this Court's March 27, 2023 Order Regarding Stipulation to Modify Case Schedule (ECF No. 227), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following joint statement reporting on the efforts they have made and propose to make toward a partial or full settlement of the claims in this action:

The Parties have retained Eric Green to serve as a mediator, and have scheduled discussions with Mr. Green in an effort to resolve this matter. The Parties will inform the Court if a partial or full resolution of the claims in this action is reached.

| | |
|---|---|
| Dated: April 6, 2023 | Respectfully Submitted, |

**WILKINSON STEKLOFF LLP**                          **COOLEY LLP**

By: /s/ Rakesh N. Kilaru                                    By: /s/ Whitty Somvichian
Beth A. Wilkinson (*pro hac vice*)                 Whitty Somvichian (SBN 194463)
Rakesh N. Kilaru (*pro hac vice*)                   Kathleen R. Hartnett (SBN 314267)
Kieran Gostin (*pro hac vice*)                         Ashley Kemper Corkery (SBN 301380)
Calanthe Cope-Kasten (*pro hac vice*)          David Louk (SBN 304654)
2001 M Street NW, 10th Floor                       3 Embarcadero Center, 20th Floor
Washington, DC 20036                                  San Francisco, California 94111-4004
Telephone: (202) 847-4000                            Telephone: (415) 693 2000
Facsimile: (202) 847-4005                              Facsimile: (415) 693 2222
bwilkinson@wilkinsonstekloff.com              wsomvichian@cooley.com
rkilaru@wilkinsonstekloff.com                     khartnett@cooley.com
kgostin@wilkinsonstekloff.com                    acorkery@cooley.com
ccope-kasten@wilkinsonstekloff.com          dlouk@cooley.com

Jacob K. Danziger (SBN 278219)                 Dee Bansal (*pro hac vice*)
ARENTFOX SCHIFF LLP                              1299 Pennsylvania Ave. NW, Suite 700
44 Montgomery Street, 38th Floor                Washington, DC 20004-2400
San Francisco, CA 94104                              Telephone: (202) 842 7800
Telephone: (734) 222-1516                            Facsimile: (202) 842 7899
Facsimile: (415) 757-5501                              dbansal@cooley.com
jacob.danziger@afslaw.com

                                                                         Attorneys for Defendant
Attorneys for Defendant                                PAC-12 CONFERENCE
NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION

| | |
|---|---|
| **MAYER BROWN LLP** | **POLSINELLI PC** |
| By: /s/ Britt M. Miller | By: /s/ Leane K. Capps |
| Britt M. Miller (*pro hac vice*) | Leane K. Capps (*pro hac vice*) |
| Matthew D. Provance (*pro hac vice*) | D. Rockwell Bower (*pro hac vice*) |
| 71 South Wacker Drive | 2950 N. Harwood Street |
| Chicago, IL 60606 | Suite 2100 |
| Telephone: (312) 782-0600 | Dallas, TX 75201 |
| Facsimile: (312) 701-7711 | Telephone: (214) 397-0030 |
| bmiller@mayerbrown.com | lcapps@polsinelli.com |
| mprovance@mayerbrown.com | rbower@polsinelli.com |
| | |
| Christopher J. Kelly (SBN 276312) | Amy D. Fitts (*pro hac vice*) |
| Two Palo Alto Square, Suite 300 | 120 W. 12th Street |
| 3000 El Camino Real | Kansas City, MO 64105 |
| Palo Alto, CA 94306 | Telephone: (816) 218-1255 |
| Telephone: (650) 331-2000 | afitts@polsinelli.com |
| Facsimile: (650) 331-2060 | |
| cjkelly@mayerbrown.com | Wesley D. Hurst (SBN 127564) |
| | 2049 Century Park East, Suite 2300 |
| Attorneys for Defendant | Los Angeles, CA 90067 |
| THE BIG TEN CONFERENCE, INC. | Telephone: (310) 556-1801 |
| | whurst@polsinelli.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-1061<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

| | | |
|---|---|---|
| 1 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| 2 | | By: /s/ Jeffrey L, Kessler |
| 3 | By: /s/ Steve W. Berman | Jeffrey L. Kessler (*pro hac vice*) |
|   | Steve W. Berman (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| 4 | Emilee N. Sisco (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
|   | 1301 Second Avenue, Suite 2000 | Adam I. Dale (*pro hac vice*) |
| 5 | Seattle, WA 98101 | 200 Park Avenue |
| 6 | Telephone: (206) 623-7292 | New York, NY 10166-4193 |
|   | Facsimile: (206) 623-0594 | Telephone: (212) 294-6700 |
| 7 | steve@hbsslaw.com | Facsimile: (212) 294-4700 |
|   | emilees@hbsslaw.com | jkessler@winston.com |
| 8 | | dfeher@winston.com |
| 9 | Benjamin J. Siegel (SBN 256260) | dgreenspan@winston.com |
|   | 715 Hearst Avenue, Suite 202 | aidale@winston.com |
| 10 | Berkeley, CA 94710 | |
|   | Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| 11 | Facsimile: (510) 725-3001 | 101 California Street |
|   | bens@hbsslaw.com | San Francisco, CA 94111 |
| 12 | | Telephone: (415) 591-1000 |
| 13 | **SPECTOR, ROSEMAN, KODROFF & WILLS, PC** | Facsimile: (415) 591-1400 |
|   | | jparsigian@winston.com |
| 14 | | |
|   | By: /s/ Jeffrey L. Kodroff | |
| 15 | Jeffrey L. Kodroff (*pro hac vice*) | |
|   | Eugene A. Spector (*pro hac vice*) | |
| 16 | 2001 Market Street, Suite 3420 | |
|   | Philadelphia, PA 19103 | |
| 17 | Telephone: (215) 496-0300 | |
| 18 | Facsimile: (215) 496-6611 | |
|   | jkodroff@srkattorneys.com | |
| 19 | espector@srkattorneys.com | |

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                    */s/ Rakesh Kilaru*
                                                    Rakesh Kilaru