Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs in Hubbard v. NCAA*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> NOTICE OF FILING |
| *Putative Related Actions:* <br><br> IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION, Case No. 4:09-cv-01967-CW <br><br> IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ATHLETIC GRANT-IN-AID CAP ANTITRUST LITIGATION, Case No. 4:14-md-02541-CW <br><br> OLIVER V. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Case No. 4:20-cv-04527-CW <br><br> HUBBARD v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Case No. 5:23-cv-01593-BLF | |

**PLEASE TAKE NOTICE** that Plaintiffs in *Hubbard v. National Collegiate Athletic Association*, Case No. 5:23-cv-01593-BLF, have filed their response to the Court's Sua Sponte Judicial Referral for Purpose of Determining Relationship (ECF No. 14) in *In Re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, Case No. 4:14-md-02541-CW. A file-stamped copy of that filing is attached hereto as Exhibit 1.

Dated: April 6, 2023

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  */s/ Benjamin J. Siegel*
Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
Emilee N. Sisco (*pro hac vice* forthcoming)
Stephanie Verdoia (*pro hac vice* forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Respectfully submitted,

WINSTON & STRAWN LLP

By:  */s/ Jeanifer E. Parsigian*
Jeanifer E. Parsigian (SBN 289001)
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

Jeffrey L. Kessler (*pro hac vice* submitted)
David L. Greenspan (*pro hac vice* submitted)
Adam I. Dale (*pro hac vice* submitted)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dgreenspan@winston.com
aidale@winston.com

*Counsel for Plaintiffs in Hubbard v. NCAA*