Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Cali Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER FINALIZING COURT'S TENTATIVE CASE DEADLINES**<br><br>Judge: Hon. Claudia Wilken |

-2-

| | |
|---|---|
| 1 | Pursuant to this Court's March 27, 2023 Order Regarding Stipulation to Modify Case Schedule (ECF No. 227), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order finalizing the Court's tentative case deadlines: |

WHEREAS, neither Party wishes to alter the Court's tentative schedule as proposed in its March 27, 2023 Order (ECF No. 227);

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

The Court issue an order finalizing the tentative schedule as proposed in its March 27, 2023 Order (ECF No. 227).

Dated:  April 6, 2023                                              Respectfully Submitted,

| WILKINSON STEKLOFF LLP | COOLEY LLP |
|---|---|
| By: /s/ Rakesh N. Kilaru<br>Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br><br>Jacob K. Danziger (SBN 278219)<br>ARENTFOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION | By: /s/ Whitty Somvichian<br>Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>David Louk (SBN 304654)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  (415) 693 2000<br>Facsimile:  (415) 693 2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br>dlouk@cooley.com<br><br>Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842 7800<br>Facsimile:  (202) 842 7899<br>dbansal@cooley.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE |

-4-

| | |
|---|---|
| **MAYER BROWN LLP** | **POLSINELLI PC** |
| By: /s/ Britt M. Miller | By: /s/ Leane K. Capps |
| Britt M. Miller (*pro hac vice*) | Leane K. Capps (*pro hac vice*) |
| Matthew D. Provance (*pro hac vice*) | D. Rockwell Bower (*pro hac vice*) |
| 71 South Wacker Drive | 2950 N. Harwood Street |
| Chicago, IL 60606 | Suite 2100 |
| Telephone:  (312) 782-0600 | Dallas, TX 75201 |
| Facsimile:  (312) 701-7711 | Telephone:  (214) 397-0030 |
| bmiller@mayerbrown.com | lcapps@polsinelli.com |
| mprovance@mayerbrown.com | cmorgan@polsinelli.com |
| | rbower@polsinelli.com |
| Christopher J. Kelly (SBN 276312) | |
| Two Palo Alto Square, Suite 300 | Amy D. Fitts (*pro hac vice*) |
| 3000 El Camino Real | 120 W. 12th Street |
| Palo Alto, CA 94306 | Kansas City, MO 64105 |
| Telephone: (650) 331-2000 | Telephone: (816) 218-1255 |
| Facsimile: (650) 331-2060 | afitts@polsinelli.com |
| cjkelly@mayerbrown.com | |
| | Wesley D. Hurst (SBN 127564) |
| Attorneys for Defendant | 2049 Century Park East, Suite 2300 |
| THE BIG TEN CONFERENCE, INC. | Los Angeles, CA 90067 |
| | Telephone:  (310) 556-1801 |
| | whurst@polsinelli.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.** | **LATHAM & WATKINS LLP** |
| By: /s/Robert W. Fuller | By: /s/ Christopher S. Yates |
| Robert W. Fuller, III (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Lawrence C. Moore, III (*pro hac vice*) | Aaron T. Chiu (SBN 287788) |
| Travis S. Hinman (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| Amanda P. Nitto (*pro hac vice*) | San Francisco, CA  94111 |
| 101 N. Tryon St., Suite 1900 | Telephone:  (415) 391-0600 |
| Charlotte, NC 28246 | Facsimile:  (415) 395-8095 |
| Telephone:  (704) 377-2536 | chris.yates@lw.com |
| Facsimile:  (704) 378-4000 | aaron.chiu@lw.com |
| rfuller@robinsonbradshaw.com | |
| lmoore@robinsonbradshaw.com | Anna M. Rathbun (SBN 273787) |
| thinman@robinsonbradshaw.com | 555 Eleventh Street, NW, Suite 1000 |
| apickens@robinsonbradshaw.com | Washington, DC  20004 |
| | Telephone:  (202) 637-1061 |
| Mark J. Seifert (SBN 217054) | Facsimile:  (202) 637-2201 |
| SEIFERT ZUROMSKI LLP | anna.rathbun@lw.com |
| One Market Street, 36th Floor | |
| San Francisco, California 941105 | **FOX ROTHSCHILD LLP** |
| Telephone:  (415) 999-0901 | |
| Facsimile:  (415) 901-1123 | By: /s/ D. Erik Albright |
| mseifert@szllp.com | D. Erik Albright (*pro hac vice*) |
| | Jonathan P. Heyl (*pro hac vice*) |
| | Gregory G. Holland (*pro hac vice*) |
| Attorneys for Defendant | 230 North Elm Street, Suite 1200 |
| SOUTHEASTERN CONFERENCE | Greensboro, NC 27401 |
| | Telephone:  (336) 378-5368 |
| | Facsimile:  (336) 378-5400 |
| | ealbright@foxrothschild.com |
| | jheyl@foxrothschild.com |
| | gholland@foxrothschild.com |
| | |
| | Attorneys for Defendant |
| | THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: /s/ Steve W. Berman | By: /s/ Jeffrey L, Kessler |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | David L. Greenspan (*pro hac vice*) |
| Seattle, WA 98101 | Adam I. Dale (*pro hac vice*) |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| Benjamin J. Siegel (SBN 256260) | dfeher@winston.com |
| 715 Hearst Avenue, Suite 202 | dgreenspan@winston.com |
| Berkeley, CA 94710 | aidale@winston.com |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | Jeanifer E. Parsigian (SBN 289001) |
| bens@hbsslaw.com | 101 California Street |
| | San Francisco, CA 94111 |
| **SPECTOR, ROSEMAN, KODROFF & WILLS, PC** | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| By: /s/ Jeffrey L. Kodroff | jparsigian@winston.com |
| Jeffrey L. Kodroff (*pro hac vice*) | |
| Eugene A. Spector (*pro hac vice*) | |
| 2001 Market Street, Suite 3420 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 496-0300 | |
| Facsimile: (215) 496-6611 | |
| jkodroff@srkattorneys.com | |
| espector@srkattorneys.com | |

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

*/s/ Rakesh Kilaru*
Rakesh Kilaru

-8-

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge