1  Jacob K. Danziger (SBN 278219)
2  **ARENTFOX SCHIFF LLP**
   44 Montgomery Street, 38th Floor
3  San Francisco, CA 94104 United States
   Telephone: (734) 222-1516
4  Facsimile: (415) 757-5501
   jacob.danziger@afslaw.com
5
6  Beth A. Wilkinson (*pro hac vice*)
   Rakesh N. Kilaru (*pro hac vice*)
7  Kieran Gostin (*pro hac vice*)
   Cali Cope-Kasten (*pro hac vice*)
8  **WILKINSON STEKLOFF LLP**
   2001 M Street NW, 10th Floor
9  Washington, DC 20036
   Telephone:  (202) 847-4000
10 Facsimile:  (202) 847-4005
   bwilkinson@wilkinsonstekloff.com
11 rkilaru@wilkinsonstekloff.com
   kgostin@wilkinsonstekloff.com
12 ccope-kasten@wilkinsonstekloff.com
13
14 Attorneys for Defendant
   NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
15
16 [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER FINALIZING COURT'S TENTATIVE CASE DEADLINES**<br><br>Judge: Hon. Claudia Wilken |

-2-

1     Pursuant to this Court's March 27, 2023 Order Regarding Stipulation to Modify Case Schedule (ECF No. 227), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order finalizing the Court's tentative case deadlines:

    WHEREAS, at this time neither Party wishes to alter the Court's tentative schedule as proposed in its March 27, 2023 Order (ECF No. 227);

    WHEREAS, the Parties reserve the right to seek to modify the schedule at a later date to a schedule that remains consistent with the Court's requirements;

    THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

    The Court issue an order finalizing the tentative schedule as proposed in its March 27, 2023 Order (ECF No. 227).

Dated:  April 7, 2023                           Respectfully Submitted,

| WILKINSON STEKLOFF LLP | COOLEY LLP |
|---|---|
| By: /s/ Rakesh N. Kilaru | By: /s/ Whitty Somvichian |
| Beth A. Wilkinson (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Rakesh N. Kilaru (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| Kieran Gostin (*pro hac vice*) | Ashley Kemper Corkery (SBN 301380) |
| Calanthe Cope-Kasten (*pro hac vice*) | David Louk (SBN 304654) |
| 2001 M Street NW, 10th Floor | 3 Embarcadero Center, 20th Floor |
| Washington, DC 20036 | San Francisco, California 94111-4004 |
| Telephone:  (202) 847-4000 | Telephone:  (415) 693 2000 |
| Facsimile:  (202) 847-4005 | Facsimile:  (415) 693 2222 |
| bwilkinson@wilkinsonstekloff.com | wsomvichian@cooley.com |
| rkilaru@wilkinsonstekloff.com | khartnett@cooley.com |
| kgostin@wilkinsonstekloff.com | acorkery@cooley.com |
| ccope-kasten@wilkinsonstekloff.com | dlouk@cooley.com |
| | |
| Jacob K. Danziger (SBN 278219) | Dee Bansal (*pro hac vice*) |
| ARENTFOX SCHIFF LLP | 1299 Pennsylvania Ave. NW, Suite 700 |
| 44 Montgomery Street, 38th Floor | Washington, DC 20004-2400 |
| San Francisco, CA 94104 | Telephone:  (202) 842 7800 |
| Telephone: (734) 222-1516 | Facsimile:  (202) 842 7899 |
| Facsimile: (415) 757-5501 | dbansal@cooley.com |
| jacob.danziger@afslaw.com | |
| | Attorneys for Defendant |
| Attorneys for Defendant | PAC-12 CONFERENCE |
| NATIONAL COLLEGIATE | |
| ATHLETIC ASSOCIATION | |

| MAYER BROWN LLP | POLSINELLI PC |
|---|---|
| By: /s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice*)<br>Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>bmiller@mayerbrown.com<br>mprovance@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | By: /s/ Leane K. Capps<br>Leane K. Capps (*pro hac vice*)<br>Phillip Zeeck (*pro hac vice*)<br>2950 N. Harwood Street<br>Suite 2100<br>Dallas, TX 75201<br>Telephone:  (214) 397-0030<br>lcapps@polsinelli.com<br>pzeeck@polsinelli.com<br><br>Amy D. Fitts (*pro hac vice*)<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Telephone: (816) 218-1255<br>afitts@polsinelli.com<br><br>Wesley D. Hurst (SBN 127564)<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Telephone:  (310) 556-1801<br>whurst@polsinelli.com<br><br>Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>apickens@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-1061<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: /s/ Steve W. Berman | By: /s/ Jeffrey L, Kessler |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | David L. Greenspan (*pro hac vice*) |
| Seattle, WA 98101 | Adam I. Dale (*pro hac vice*) |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| Benjamin J. Siegel (SBN 256260) | dfeher@winston.com |
| 715 Hearst Avenue, Suite 202 | dgreenspan@winston.com |
| Berkeley, CA 94710 | aidale@winston.com |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | Jeanifer E. Parsigian (SBN 289001) |
| bens@hbsslaw.com | 101 California Street |
| | San Francisco, CA 94111 |
| **SPECTOR, ROSEMAN, KODROFF & WILLS, PC** | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| By: /s/ Jeffrey L. Kodroff | jparsigian@winston.com |
| Jeffrey L. Kodroff (*pro hac vice*) | |
| Eugene A. Spector (*pro hac vice*) | |
| 2001 Market Street, Suite 3420 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 496-0300 | |
| Facsimile: (215) 496-6611 | |
| jkodroff@srkattorneys.com | |
| espector@srkattorneys.com | |

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ Rakesh Kilaru
Rakesh Kilaru

-8-

1 **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5                               THE HONORABLE CLAUDIA WILKEN

6                                   United States District Court Judge