IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER GRANTING STIPULATION AND SETTING CASE SCHEDULE**<br><br>(Re: Dkt. Nos. 241, 242) |

On March 27, 2023, the Court issued a tentative case schedule and permitted the parties to propose modifications to the same, so long as they satisfy certain requirements. *See* Docket No. 227. Now before the Court is a corrected stipulation filed on April 7, 2023, requesting that the Court adopt its tentative schedule of March 27, 2023, but reserving the right to seek to modify that schedule to one that remains consistent with the Court's requirements as set forth in the order issued on March 27, 2023. Docket No. 242. The Court GRANTS the stipulation and sets the following case deadlines:

| EVENT | DATE |
|---|---|
| Class Certification Opposition and Supporting Expert Reports, and Defendants' *Daubert* Motion | 4/28/23 |
| Deadline to Depose Defendants' Class Experts | 6/12/23 |
| Class Certification Reply and Expert Rebuttal Report, Plaintiffs' Opposition to Defendants' *Daubert* Motion, Plaintiffs' *Daubert* Motion | 7/21/23 |

| | |
|---|---|
| Deadline for Supplemental Depositions of Plaintiffs' Class Experts | No supplemental depositions shall be permitted without agreement of the parties or leave of the Court |
| Defendants' Opposition to Plaintiffs' *Daubert* Motion and Defendants' Reply in Support of Defendants' *Daubert* Motion | 8/11/23 |
| Plaintiffs' Reply in Support of Plaintiffs' *Daubert* motion | 9/1/23 |
| Hearing on Class Certification and *Daubert* Motions | 9/21/23 at 2:30 p.m. |
| Merits Discovery Cut-Off | 10/27/23 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | 12/1/23 |
| Merits Expert Response | 1/26/24 |
| Merits Expert Reply | 2/23/24 |
| Expert Discovery Cut-Off | 3/15/24 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 50 pages) | 4/3/24 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 70 pages) | 5/17/24 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 80 pages) | 6/28/24 |

| | |
|---|---|
| Defendants' Reply in Support of their Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 60 pages) | 7/26/24 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | 9/19/24 at 2:30 p.m. |
| Deadline for each side to file motions *in limine* in a single brief not to exceed 25 pages | Two weeks after the Court issues a ruling on the dispositive motions but not later than 11/22/24 |
| Deadline for each side to file oppositions to other side's motions *in limine* in a single brief not to exceed 25 pages | Two weeks after motions *in limine* are filed but not later than 12/6/24 |
| Pretrial conference | 12/16/24 |
| Trial Date | 1/27/25 |

IT IS SO ORDERED.

Dated: April 7, 2023

_____
CLAUDIA WILKEN
United States District Judge