COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
ASHLEY KEMPER CORKERY (301380)
(acorkery@cooley.com)
DAVID LOUK (304654)
(dlouk@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

MARK LAMBERT (197410)
(mlambert@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:  +1 650 843-5000
Facsimile:  +1 650 849-7400

DEE BANSAL (1001754)
(dbansal@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

Attorneys for Defendant Pac-12 Conference

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEARANCE MARK F. LAMBERT ON BEHALF OF DEFENDANT PAC-12 CONFERENCE**<br><br>Judge:  Honorable Claudia Wilken<br>Trial Date: TBD<br>Date Action Filed: July 26, 2021 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
MARK F. LAMBERT
CASE NO. 4:20-CV-03919-CW

1  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

2        PLEASE TAKE NOTICE that Mark F. Lambert, of Cooley LLP, 3175 Hanover Street, Palo

3  Alto, CA 94304-1130, hereby enters an appearance as counsel for Defendant Pac-12 Conference.

5  Dated: April 25, 2023        Respectfully submitted,

6                              **COOLEY LLP**

8                              By: */s/ Mark F. Lambert*

                                  Mark F. Lambert (197410)
                                  3175 Hanover Street
                                  Palo Alto, CA 94304-1130
                                  Telephone (650) 843-5000
                                  Facsimile  (650) 849-7400

                            Attorney for Defendant
                            PAC-12 CONFERENCE

284525446

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
MARK F. LAMBERT
CASE NO. 4:20-CV-03919-CW