# Declaration of Ben Tario

# REDACTED VERSION OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL

**LATHAM & WATKINS LLP**
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

Attorneys for Defendant
ATLANTIC COAST CONFERENCE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE COLLEGE ATHLETE NIL LITIGATION** | No. **4:20-cv-03919 CW**<br><br>**DECLARATION OF BEN TARIO**<br>**DRAFT/WORK PRODUCT**<br><br>**CONTAINS HOUSE NSC**<br>**INFORMATION** |

**A.      Personal Background**

1.      I am the Deputy Commissioner/Chief Financial Officer, Business and Administration of the Atlantic Coast Conference (the "ACC" or the "Conference"). I make this declaration of my own personal knowledge and, if called on to do so could testify competently to the facts stated herein under oath.

2.      I received my Bachelor of Science degree in Sports Management and my Masters of Sports Administration from Florida State University in 2002 and 2003, respectively. I obtained my law degree from Nova Southeastern University's College of Law in 2006 and an M.B.A from Elon University's School of Business in 2012. Before coming to the ACC in 2007, I held a variety of jobs with Florida State, Nova Southeastern, the Miami Dolphins and the Big East Conference from 2000 through 2007. I have been employed in a number of roles, including football operations, multimedia, and technology with the ACC from July, 2007 to the present.

3.      In my current role with the ACC, I lead all financial and business activities for the Conference and serve as a liaison to Conference media rights partners and Conference members.

**B.      The ACC**

4.      The ACC is a North Carolina unincorporated association that is tax exempt pursuant to Section 501(c)(3) of the Internal Revenue Code. The Conference was founded in 1953. The 2022-2023 Constitution and Bylaws of the ACC are attached to this Declaration as Exhibit A.

5.      The ACC's mission is to maximize the educational and athletic opportunities that shape our leaders of tomorrow, in the classroom, in competition, and in life.

6.      The ACC is comprised of fifteen (15) member institutions. The ACC's members are Boston College, Clemson University, Duke University, Florida State University, Georgia Institute of Technology, University of Louisville, University of Miami, University of North Carolina, North Carolina State University, University of Notre Dame, University of Pittsburgh, Syracuse University, University of Virginia, Virginia Polytechnic Institute & State University, and Wake Forest University ("Members").

7. The ACC sponsors thirteen (13) men's sports and fourteen (14) women's sports. These men's sports include baseball, basketball, cross country, fencing, football, golf, lacrosse, soccer, swimming and diving, tennis, indoor track and field, outdoor track and field, and wrestling. The women's sports include basketball, cross country, fencing, field hockey, golf, lacrosse, rowing, soccer, softball, swimming and diving, tennis, indoor track and field, outdoor track and field and volleyball. Beginning with the 2023-24 academic year, the ACC will sponsor fifteen (15) women's sports with the addition of women's gymnastics. Various ACC institutions also field teams in one or more sports in which the Conference does not sponsor a championship, and in some instances those teams compete in other Conferences solely in those sports (for instance, hockey, in which not enough ACC institutions compete for the ACC to sponsor a conference championship). Additionally, Notre Dame's football team participates in collegiate football as an independent team and thus does not participate as a member of the ACC.

**C.** **Governance and Control of the ACC; Role of the Conference Office**

8. The Conference operates under the direction and control of the ACC's Board, which is comprised of the most senior executive officer of each of the ACC's fifteen Members, whether the title of such is President or Chancellor or otherwise. The Commissioner of the ACC serves as an ex officio, non-voting member of the Board.

9. Article 1.5.1.1 of the Constitution establishes the Board's authority and provides that all of the activities of the Conference shall be managed by, under the direction of, and subject to the oversight of the Board. Article 1.6.2 provides that the members of the Conference, acting through their respective Presidents or Chancellors, each have one vote on matters that come before the Board for action. As set forth in the Constitution and Bylaws, before a Conference rule can be adopted, the proposed rule must garner at least a majority (and in some instances, a super-majority) of votes from the members of the Conference. In particular, any changes to Article 2.5 of the Bylaws (Finances), including the bylaw provision requiring the Conference to distribute revenues to the Members, require a two-thirds affirmative vote of the Board.

10.     The ACC does not directly recruit or engage in efforts to retain individual student-athletes for the ACC's Members. The   ACC's involvement is limited to establishing rules delineating   eligibility requirements for student-athletes to participate in ACC competitions. ACC Members make their own independent decisions about which prospective and current student-athletes will receive scholarships.

11.     The Conference office also does not decide how Conference revenues will be distributed to Members, how Members will utilize any funds received from the Conference office, which sports a Member will participate in, or which student-athletes will receive scholarship offers (and in what amount) from a Member. Revenue distribution requirements for the Conference office are set forth in the Bylaws and/or are subject to review and approval by the Members, acting through their Presidents and Chancellors sitting on the ACC's Board. Apart from a few limited sports which the ACC requires its Members to participate in, individual ACC Members each make their own independent decisions about which sports to participate in. The individual institutions also do not share with other ACC Members or with the Conference office any purely institutional revenues (e.g., ticket sales to home games; institutional sponsorship revenues; alumni and booster contributions) and, provided that they fulfill their obligations as Conference members (e.g., to field a minimum number of teams, provide teams to participate in scheduled competitions, etc.), make their own decisions about how to expend funds on student-athlete support, coaches, facilities, and numerous other matters.

12.     Based on my interactions and general familiarity with ACC Members, each ACC Member has its own governance structure, with the President or Chancellor typically reporting to a Board of Trustees or Directors. Many of the state institutions are also members of a state-wide university system and all state institutions are subject to oversight and control by their respective state legislatures.

### D.     Plaintiffs' Proposed Rules

13.     I understand that the Plaintiffs' expert witnesses have opined that in the absence of NCAA rules preventing conferences or institutions from paying a share of broadcast rights fees to

student-athletes, each "Autonomy-5" conference (which plaintiffs refer to as the "Power-5") and its Members would have, at least since the fall semester of 2016, shared rights fees attributable to broadcasts and other distributions (internet, cable, satellite etc.) of games and events (all collectively referred to here as "broadcast rights revenues" or "broadcast rights fees") with student-athletes as follows:

  a. Each conference would determine the total of its broadcast rights fees received from the NCAA, the College Football Playoff, and from its own license agreements with broadcasters (such as CBS, NBC, ABC/ESPN, and FOX).

  b. Each academic year, every football player enrolled at and receiving a scholarship from a member institution in such conference would be paid 10%, in equal shares, of the total broadcast rights fees received by the conference that Plaintiffs contend are attributable to football (based in part on the opinions of the Plaintiffs' experts that 75% of any unsegregated broadcast rights fees received are attributable to football).

  c. Each academic year, every men's basketball player enrolled at and receiving a scholarship from a member institution in such conference would be paid 10%, in equal shares, of the total broadcast rights fees received by the conference that Plaintiffs contend are attributable to men's basketball (based in part on the opinions of the Plaintiffs' experts that 15% of any unsegregated broadcast rights fees received are attributable to men's basketball).

  d. Each academic year, every women's basketball player enrolled at and receiving a scholarship from a member institution in such conference would be paid 10%, in equal shares, of the total broadcast rights fees received by the conference that Plaintiffs contend are attributable to women's basketball (based in part on the opinions of the Plaintiffs' experts that 5% of any unsegregated broadcast rights fees received are attributable to women's basketball).

I further understand that Plaintiffs' experts assert or implicitly assume that 5% of the value of the

unsegregated broadcast rights fees received by a conference are attributable to the remaining games and events included in the broadcast of other sports involving ACC Members.

14.     If my understanding of Plaintiffs' experts' methodology is correct, then different amounts would be paid to student-athletes in the same sports in different conferences due to the differences in the level of broadcast revenues received by each conference, starters would be paid the same amount as athletes who rarely or never play in a game, men's basketball players would receive higher payments than the payments provided to football players attending the same institution, women's basketball players would receive smaller payments than those provided to men's basketball and football players attending the same institution, no payments would be given to team members who are non-scholarship or "walk-on" players regardless of whether their contribution in any game – and/or visibility in any broadcast of such game – is greater than or equal to any players who are receiving scholarships, and some student-athletes on scholarship would be paid, even though they did not participate in broadcasted games.

15.     I also understand that the Plaintiffs' experts have concluded that each Autonomy-5 conference would make these revenue sharing payments directly to the student-athletes or would distribute payments to the member institutions of each Autonomy-5 conference in restricted form, earmarked for student-athletes to be paid by the institutions as set forth above.

16.     For the reasons explained in the remainder of this Declaration, it is unrealistic to conclude or assume that the ACC (or any Autonomy-5 conference) would have or would ever pay a share of broadcast revenues to football and men's and women's basketball student-athletes as set forth and summarized in paragraphs 12 through 14 above (herein referred to as "Plaintiffs' Proposed Rules").

### E.    The ACC Would Not Adopt Plaintiffs' Proposed Rules

17.     Based on my background and experience, even if the NCAA rules concerning prohibiting paying broadcast revenues to student-athletes were repealed, altered, or invalidated, I do not believe the ACC would adopt rules in the way Plaintiffs propose.

18.     The ACC decision-making process is collaborative and collective. Before the ACC changes its rules concerning student-athlete eligibility and benefits or concerning distribution of funds to Members, the Conference office solicits input on proposals from the Athletics Directors (and others) at each Member. Based on this input, each Member votes on every proposed amendment to the Constitution or Bylaws. This would be the process for considering any proposal to adopt the revenue-sharing structure Plaintiffs have posited.

19.     I am familiar with this ACC decision-making process and have observed it frequently in action over many years. As part of that experience and based on my observations of and interactions with the leadership of the ACC's Members, I also understand many of the considerations that the various Members take into account when voting on proposals.

20.     Before the ACC could implement the Plaintiffs' Proposed Rules, the Rules would have to be approved by a two-thirds majority vote of the ACC Members. Based on my knowledge of and experience with the ACC's membership, there are numerous reasons why our Members would find Plaintiffs' Proposed Rules unacceptable. These reasons would include:

   a.   *Gender equity and Title IX.* Absent an exemption from Title IX federal law, ACC Members would need to consider their Title IX obligations when evaluating whether to implement Plaintiffs' Proposed Rules. Even with an exemption from Title IX, gender equity concerns would be omnipresent and a material impediment to adoption of the Plaintiffs' Proposed Rules.

   b.   *Collegiate athletics mission.* The general goal of the ACC and its Members is to provide athletic opportunities to a broad number of student-athletes. ACC Members have limited budgets with which to accomplish this goal. If 10% of broadcast revenues were redistributed to student-athletes in three sports, with disproportionate shares to football and men's basketball programs, it would result in budgetary pressures on the Members. These budgetary pressures would inevitably incentivize institutions to consider either a reduction in the size of their football and men's basketball rosters and/or the elimination of other sports, which

-7-

are not profitable and need to be subsidized. Such an approach would therefore impose pressures and create incentives to reduce the number of scholarship student-athletes.

c.  *Competitive equity concerns.*  If during a particular year another conference had more broadcast revenue than the ACC, Plaintiffs' Proposed Rules would result in the other conference providing larger amounts to its student-athletes in the three sports in question than the ACC and take away the ability of the ACC Members to opt to pay a higher proportion of broadcast revenues compared to schools in other conferences. The ACC Members would not voluntarily agree to rules that create such a recruiting disadvantage.

d.  *Enforceability, administrative feasibility, and practicality.*  As is explained above, Plaintiffs' proposed allocations of broadcast revenues are without support, and the NCAA rules necessary for implementation would be unenforceable. These considerations would weigh heavily against the ACC Members' adoption of the rules necessary to implement Plaintiffs' Proposed Rules.

e.  *Member institution autonomy.*  ACC Members have full autonomy to determine how and in what ways to expend their resources. The Plaintiffs' Proposed  Rules force Members to prioritize football and men's and women's basketball at the expense of all other sports, even though baseball, lacrosse, soccer, track and field, hockey, and/or various other sports are highly popular at certain Members and presently receive substantial financial support from those institutions.

**F.  <u>Plaintiffs' Proposed Rules Ignore ACC Members' Real-World Decisions to Offer Different Scholarships, Awards, and Incentives to Individual Student-Athletes</u>**

21.  ACC Members generally seek to recruit the most talented players who meet appropriate academic eligibility standards. But under Plaintiffs' Proposed Rules, the ACC or the ACC's members would pay every scholarship football, men's basketball, and

-8-

women's basketball student-athlete identical payments as their teammates regardless of (a) their ability or contribution to the team, (b) their visibility in any game broadcast (or even their attendance at any game), and/or (c) whether that student-athlete was/is a highly ranked and highly coveted recruit or a less-coveted recruit unlikely to compete in games or receive much if any "playing time." This is unrealistic.

22.     Under current NCAA rules, each institution can provide each football and basketball player a cost-of-attendance scholarship and provide academic and graduation awards and incentives, but do not provide partial scholarships in different amounts to different players on a football or basketball team. In contrast, in "equivalency sports" such as track/field and baseball, NCAA rules permit institutions to provide different levels of scholarships to different players (e.g., a 10% scholarship, 25% scholarship, etc., up to a full scholarship). In equivalency sports, all ACC Members and (to my knowledge) all other NCAA Division I institutions routinely provide larger scholarship amounts to more talented recruits and players.

23.     The equivalency scholarship example illustrates that absent limits set in or equal treatment requirements established by NCAA rules, ACC Members do not provide the same payments and benefits to all student-athletes on a team. Given this practice, there is no reason to believe that institutions would pay the same amount of broadcast rights fees to certain student-athletes as Plaintiffs' Proposed Rules suggest. Instead, institutions would have strong economic and competitive incentives to pay larger shares of those fees to the more talented recruits and student-athletes.

24.     Now that NCAA rules have been modified to permit student-athletes to license their NIL rights to third parties, student-athletes choose different institutions and conferences based, at least in part, on perceived NIL opportunities they may have. The Plaintiffs' Proposed Rules would create incentives for high school prospects and transfer students to seek payments consistent with their talent and ability, and correspondingly to choose institutions offering higher payments. It is not realistic to conclude that every student-athlete would agree to Plaintiffs'

Proposed Rules that would have each student-athlete receiving a share of broadcast rights fees equal to the share of all others on his or her team.

25.     The revenue distribution scheme underlying Plaintiffs' Proposed Rules would create other economic incentives and disincentives that, based on my experience, would make it untenable for ACC Members to support, agree to, or implement Plaintiffs' Proposed Rules. Specifically, to gain an advantage in recruiting incoming and transfer student-athletes, and in retaining enrolled student-athletes, institutions would have pressures and incentives to reduce the number of players on every team (thus enabling an increase in the amount they could provide to each student-athlete) and to reduce the number of teams sponsored by each institution (again, to increase in the amount they could provide to each student-athlete).

**G.     ACC Media Agreements and Revenue Sources Do Not Segregate Broadcast Rights as Plaintiffs' Proposed Rules Assume**

26.     Each of the ACC's fifteen Members retains the right to sell and retain all revenues from ticket sales for their home games and events, from institutional sponsorships, and from most other institutional sources other than licensing broadcast rights. The ACC Members have assigned the broadcast rights to their home games and events (i.e., athletic competitions each institution sponsors on its own campus or in its own venue and within the Conference territory) to the ACC to be licensed to networks as a package, along with the ACC's broadcast rights for athletic games and events sponsored by the ACC (such as conference tournaments and championships). The ACC Members have assigned these broadcast rights to the ACC because the rights are more valuable to each Member when marketed by the Conference than when marketed by the individual Members.

27.     During my time with the ACC, I have participated in discussions with ACC media consultants, representatives of ACC Members, and networks concerning licensing of these distribution rights in connection with the ACC's media agreements.

28.     At no time during my involvement in the ACC's negotiations with networks do I recall any consultant or network indicating that there was any identifiable or segregable value

DECLARATION OF BEN TARIO
(CASE NO. 4:20-CV-03919-CW)

attached to, attributable to, or realizable from any name, image, or likeness ("NIL") rights of any student-athletes.

29.     The ACC has the following sources of revenue that include, in part, broadcast license revenues or royalties:

a.     *ACC/ESPN Multimedia Agreement.* Fixed payments by ESPN under a multimedia rights agreement pursuant to which ESPN is permitted and required to broadcast and distribute (collectively herein "distribute") football, men's and women's basketball, and numerous other games and events on ABC, ESPN, ESPN2 and ESPNU and/or on other outlets sublicensed by ESPN. REDACTED - NSC

b.     *ACC Network Agreement.* Royalty payments by ESPN pursuant to the separate agreement authorizing and requiring ESPN to operate ACC-ESPN Network (the "ACC Network Agreement"). REDACTED - NSC

c.     *College Football Playoff.* Payments made by ESPN, a portion of which are paid to the ACC each year pursuant to a complex set of contracts with (and between and among) the ACC, nine other Division I conferences, and Notre Dame, which authorize ESPN to broadcast the college football playoff ("CFP"). The payments are funded by revenues from various sources, including broadcast rights, sponsorships, ticket sales, souvenir sales, and trademark licenses. The payments vary each year depending on a number of factors, including how many ACC teams play in CFP bowl games and in the CFP semifinal and final national championship games, as well as the venue attendance, etc. of the CFP games.

-11-

DECLARATION OF BEN TARIO
(CASE NO. 4:20-CV-03919-CW)

d.   *NCAA distributions.* Payments made to the ACC by the NCAA as a share of NCAA revenues. The NCAA's primary source of revenues is its broadcast rights agreement with CBS and Turner for the annual men's college basketball playoff, but the NCAA also receives revenues from sponsorships, ticket sales, and other sources. All of these revenues together are the primary source of distributions made to the ACC by the NCAA.

**H.     Even If They Could Be Segregated, Broadcast Rights Fee are Not Comparable Among Conferences**

30.     A college conference must balance various (and often inconsistent) goals and priorities that impact the rights fees it can negotiate from broadcasters and networks. Some sports and teams of some conference institutions are less attractive to broadcasters and networks. As a result, conferences may accept lower fees or other concessions to ensure that less popular Members and sports receive television exposure.

31.     Similarly, despite the ACC's commitment and concerted efforts to promote women's sports, broadcasts and other distributions of sports other than football and men's basketball are perceived by broadcasters and networks as less attractive sports properties. REDACTED

**REDACTED - NSC**

32.     I understand that Plaintiffs' experts have not attempted to account for the impact of the above factors, which makes their assertions incomplete and inaccurate. Even if student-athletes NIL rights contributed 10% of the value of a broadcast as Plaintiffs argue, unless rights fees were comparable from conference to conference and institution to institution (which they are

DECLARATION OF BEN TARIO
(CASE No. 4:20-cv-03919-CW)

not), it would not be possible or appropriate simply to multiply all broadcast rights fees by 10% to determine the NIL contribution of the NIL rights of a student-athlete or a group of student-athletes. Similarly, it would not be possible or appropriate to allocate rights fees between and among various sports unless rights fees for each such sport were comparable from conference to conference and institution to institution (which they are not).

## I.  **Broadcast Values of Sports Vary between Conferences and Over Time**

33.  The popularity of sports and of various teams and events varies from year to year and institution to institution. ESPN does not share detailed revenue and cost information with the ACC that would permit the ACC to determine the relative contribution of each sport to the ACC's broadcast rights fees received. This means that attempting to determine what portion of the ACC's overall broadcast rights fees is attributable to any particular sport is a meaningless and impossible endeavor. Interest in the various ACC sports varies inside and outside of the ACC's footprint and, interest in the various ACC sports also varies widely from year to year. The success of teams also fluctuates from year to year – such as when a team is undefeated or when a team is having a tough season – and thus the interest in that sport may also fluctuate based on the relative success of the teams in that sport. Additionally, different sports appeal to different segments of the viewership and that also changes over time.

34.  Plaintiffs' allocations (75%-15%-5%-5%) also do not reflect the varying interest in, popularity of, and success of different teams and different conferences in various sports. Men's baseball is quite popular in the ACC but is less popular (and sometimes not even a sponsored sport) in other parts of the country. ACC basketball has been substantially more popular than has basketball from other conferences historically. In fact, the popularity of all sports varies in different parts of the country and in different conferences.

35.  It is also important to recognize that the values of different sports from a broadcast rights perspective can change over time. REDACTED - NSC

-13-

DECLARATION OF BEN TARIO
(CASE NO. 4:20-CV-03919-CW)

REDACTED - NSC

36.     Plaintiffs' Proposed Rules are based on the incorrect premise that the relative broadcast values of different sports are not only determinable, but are static and unchanging over time, and from conference to conference. This premise is inaccurate.

**J.     Plaintiffs' Proposed Rules Would Be Difficult to Administer and Enforce**

I know of no basis the ACC could use to segregate a conference's revenues from broadcast rights from the other sources of revenue that are included in media agreements, ESPN college football playoffs, and NCAA distributions. Similarly, broadcast rights fee payments cannot be allocated among sports with any level of precision or consistency and are not comparable from conference to conference. This means that any attempt to segregate the portion of any conference's revenues attributable to broadcast rights would require assumptions, be subject to criticism, and in the end provide ample opportunities for manipulation as institutions and conferences attempted to obtain a competitive advantage by increasing the funds available to pay student-athletes. For the same reasons, compliance and enforcement would be expensive, if possible, at all.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 26, 2023 in Greensboro, North Carolina.



**BEN TARIO**

Exhibit A



# ACC MANUAL

## 2022 | 2023

### CONSTITUTION | BYLAWS | SPORTS OPERATION CODE | GENERAL POLICIES AND PROCEDURES

# TABLE OF CONTENTS

Mission/Vision/Values ........................................ 3
Historical Note ................................................... 4
Members............................................................. 5
Directors and Officers........................................ 8

## CONSTITUTION

1.1 Name ........................................................... 10
1.2 Purpose ...................................................... 10
1.3 Institutional Control ................................... 10
1.4 Membership ............................................... 11
1.5 Governance Structure............................... 12
1.6 Board Voting Requirements ...................... 21

## BYLAWS

2.1 Sportsmanship Principle ........................... 24
2.2 NCAA Regulations ..................................... 26
2.3 Office of the Commissioner...................... 26
2.4 Committees................................................ 28
2.5 Finances .................................................... 33
2.6 Rules of Eligibility Applicable to All Sports 35
2.7 Assigning Officials..................................... 36
2.8 Enforcement Procedures .......................... 36
2.9 Appeals...................................................... 38
2.10 Media Rights Policy ................................. 38
2.11 General Regulations ................................ 40
2.12 University of Notre Dame Membership... 43
Appendix 2-1 Advisory Committee Rosters .... 45
Appendix 2-2 Standing Committee Rosters.... 47
Appendix 2-3 Sport Committee Rosters.......... 50
Appendix 2-4 Service Group Liaisons.............. 55
Appendix 2-5 Penalties.................................... 56

## SPORTS OPERATION CODE

3.1 Conference Competition ........................... 58
3.2 Baseball ..................................................... 63
3.3 Basketball - Men's..................................... 69
3.4 Basketball - Women's ................................ 73
3.5 Cross Country - Men's & Women's ............ 77
3.6 Fencing - Men's & Women's ...................... 78
3.7 Field Hockey.............................................. 80

3.8 Football ..................................................... 82
3.9 Golf - Men's................................................ 94
3.10 Golf - Women's......................................... 97
3.11 Lacrosse - Men's..................................... 100
3.12 Lacrosse - Women's ............................... 101
3.13 Rowing - Women's .................................. 104
3.14 Soccer - Men's........................................ 105
3.15 Soccer - Women's ................................... 109
3.16 Softball.................................................... 112
3.17 Swimming & Diving - Men's & Women's 115
3.18 Tennis - Men's ........................................ 116
3.19 Tennis - Women's.................................... 119
3.20 Track and Field (Indoor/Outdoor) - Men's &
        Women's................................................ 122
3.21 Volleyball - Women's............................... 123
3.22 Wrestling................................................. 125
3.23 Awards.................................................... 127
Appendix 3-1 Automatic Qualification........... 146

## GENERAL POLICIES AND PROCEDURES

4.1 Gambling Policy ........................................ 148
4.2 Diversity, Equity, & Inclusion Education... 148
4.3 NCAA Student Assistance Fund .............. 148
4.4 Communication Guidelines...................... 148
4.5 ACC Academic Consortium....................... 149
4.6 Media Guidelines for Conference
        Competition............................................ 149
4.7 Cheerleading Policy for Men's and Women's
        Basketball Championships ................... 151
4.8 Olympic Sport Championship Policies .... 151
4.9 Guidelines and Recommendations for
        Olympic Sport Championships ............. 151
4.10 Award for Exemplary Service ................ 151
4.11 UNITE Award .......................................... 152
ACC Staff Directory ........................................ 153
FAR/AD/SWA Contact Information................ 156
2022-23 ACC Meetings Schedule ................. 158
2022-23 ACC Championships Schedule........ 159
Committee for Racial & Social Justice .......... 160



## **ACC** MISSION STATEMENT

To maximize the educational and athletic opportunities that shape our leaders of tomorrow — in the classroom, in competition, and in life.

## **ACC** VISION STATEMENT

To be at the forefront in educational excellence, athletic achievement, and innovation while inspiring the development of leaders in the ACC.

## **ACC** CORE VALUES

| ACADEMIC EXCELLENCE | ATHLETICS EXCELLENCE | COMPETITIVE FAIRNESS |
|---|---|---|
| INTEGRITY | CAMARADERIE | INCLUSION |
| DEVELOPMENT OF TOTAL PERSON | LEADERSHIP | SPORTSMANSHIP |

# HISTORICAL NOTE

The Atlantic Coast Conference was founded on May 8, 1953, at the Sedgefield Inn near Greensboro, N.C., with seven charter members – Clemson University, Duke University, the University of Maryland, the University of North Carolina, North Carolina State University, the University of South Carolina, and Wake Forest University – drawing up the conference bylaws.

The withdrawal of seven institutions from the Southern Conference came early on the morning of May 8, 1953, during the Southern Conference's annual spring meeting. On June 14, 1953, the seven members met in Raleigh, N.C., where a set of bylaws was adopted, and the name became officially the Atlantic Coast Conference.

Suggestions from fans for the name of the new conference appeared in the region's newspapers prior to the meeting in Raleigh. Some of the names suggested were Dixie, Mid South, Mid Atlantic, East Coast, Seaboard, Colonial, Tobacco, Blue-Gray, Piedmont, Southern Seven, and the Shoreline.

Duke's Eddie Cameron recommended that the name of the conference be the Atlantic Coast Conference and the motion was passed unanimously. The meeting concluded with each member institution assessed $200 to pay for conference expenses.

On December 4, 1953, conference officials met again at Sedgefield and officially admitted the University of Virginia as the league's eighth member.

On May 28, 1954, the Atlantic Coast Conference elected its first commissioner. The Office of the Commissioner was opened in Greensboro on July 1, 1954.

The first withdrawal of an institution from the ACC came on June 30, 1971, when the University of South Carolina tendered its resignation.

The ACC operated with seven members until April 3, 1978, when the Georgia Institute of Technology was admitted.

The ACC expanded to nine members on July 1, 1991, with the addition of Florida State University.

The Conference expanded to 11 members on July 1, 2004, with the addition of the University of Miami and Virginia Poly-technic Institute and State University.

Boston College accepted an invitation to become the league's 12th member institution starting July 1, 2005.

The ACC grew to 15 members on July 1, 2013, when the University of Notre Dame, University of Pittsburgh, and Syracuse University entered the league.

The University of Louisville was accepted for membership in the league effective July 1, 2014. The ACC remained a 15-member conference with the University of Maryland's withdrawal, also on July 1, 2014.

# MEMBERS

**Boston College**................................................................................**Chestnut Hill, MA**
Fr. William P. Leahy...............................................................................President
Bob Murphy ..........................................................Faculty Athletics Representative
Blake James.................................................................................Athletics Director
Shauna Cobb ................................................................ Senior Woman Administrator

**Clemson University** .........................................................................**Clemson, SC**
James P. Clements.................................................................................President
Antonis Katsiyannis ..............................................Faculty Athletics Representative
Graham Neff...............................................................................Athletics Director
Stephanie Ellison-Johnson ............................................... Senior Woman Administrator

**Duke University** .................................................................................**Durham, NC**
Vincent E. Price ....................................................................................President
Linda Franzoni.....................................................Faculty Athletics Representative
Nina King ...................................................................................Athletics Director
Heather Ryan .............................................................. Senior Woman Administrator

**Florida State University** ...............................................................**Tallahassee, FL**
Richard McCullough.................................................................................President
Mike Brady...........................................................Faculty Athletics Representative
Michael Alford...........................................................................Athletics Director
Alycia Varytimidis ....................................................... Senior Woman Administrator

**Georgia Institute of Technology**..........................................................**Atlanta, GA**
Ángel Cabrera.........................................................................................President
Jenna Jordan ......................................................Faculty Athletics Representative
Todd Stansbury ..........................................................................Athletics Director
Joeleen Akin........................................................... Senior Woman Administrator

**University of Louisville** ................................................................**Louisville, KY**
Lori Stewart Gonzalez.............................................................. Interim President
Krista Wallace-Boaz................................................Faculty Athletics Representative
Josh Heird.................................................................................Athletics Director
Amy Calabrese .......................................................... Senior Woman Administrator

**University of Miami** .................................................................................................**Coral Gables, FL**
Julio Frenk ............................................................................................................. President
Marvin P. Dawkins ....................................................... Faculty Athletics Representative
Dan Radakovich ........................................................................................ Athletics Director
Jennifer Strawley ........................................................... Senior Woman Administrator

**University of North Carolina** .......................................................................**Chapel Hill, NC**
Kevin M. Guskiewicz ............................................................................................. Chancellor
Lissa Broome ............................................................... Faculty Athletics Representative
Bubba Cunningham ..................................................................................... Athletics Director
Marielle vanGelder ......................................................... Senior Woman Administrator

**North Carolina State University** .......................................................................**Raleigh, NC**
Randy Woodson .................................................................................................... Chancellor
Joel Pawlak ................................................................... Faculty Athletics Representative
Boo Corrigan................................................................................................ Athletics Director
Michelle Lee ..................................................................... Senior Woman Administrator

**University of Notre Dame** ...........................................................................**South Bend, IN**
Fr. John Jenkins....................................................................................................... President
Tricia Bellia ................................................................... Faculty Athletics Representative
Jack Swarbrick................................................................................................ Athletics Director
Missy Conboy .................................................................... Senior Woman Administrator

**University of Pittsburgh**................................................................................**Pittsburgh, PA**
Patrick D. Gallagher .............................................................................................. Chancellor
Sheila Vélez Martínez .................................................... Faculty Athletics Representative
Heather Lyke.................................................................................................. Athletics Director
Jennifer Tuscano ............................................................. Senior Woman Administrator

**Syracuse University**.....................................................................................**Syracuse, NY**
Kent D. Syverud .................................................................................................... Chancellor
Rick Burton ................................................................... Faculty Athletics Representative
John Wildhack.......................................................................................... Acting Athletics Director
Kirsten Elleby .................................................................... Senior Woman Administrator

**University of Virginia** .............................................................................**Charlottesville, VA**
James E. Ryan......................................................................................................... President
Carrie Heilman................................................................. Faculty Athletics Representative
Carla Williams .............................................................................................. Athletics Director
Kim Record ....................................................................... Senior Woman Administrator

**Virginia Polytechnic Institute & State University**..............................................................**Blacksburg, VA**

Timothy D. Sands...............................................................................................................President

Jennifer Irish..................................................................................Faculty Athletics Representative

Whit Babcock ..........................................................................................................Athletics Director

Reyna Gilbert-Lowry .......................................................................... Senior Woman Administrator


**Wake Forest University**...........................................................................................**Winston-Salem, NC**

Susan R. Wente ................................................................................................................President

Peter Brubaker..............................................................................Faculty Athletics Representative

John Currie .............................................................................................................Athletics Director

Lindsey Babcock ................................................................................ Senior Woman Administrator

# DIRECTORS AND OFFICERS

**Board of Directors**

Vincent E. Price ............................................................................................ Duke University, chair
James E. Ryan ................................................................................ University of Virginia, vice-chair
Fr. William P. Leahy........................................................................................................Boston College
James P. Clements................................................................................................Clemson University
Richard McCullough................................................................................................ Florida State University
Ángel Cabrera ................................................................................ Georgia Institute of Technology
Lori Stewart Gonzalez............................................................................... University of Louisville
Julio Frenk ...............................................................................................University of Miami
Kevin M. Guskiewicz ...........................................................................University of North Carolina
Randy Woodson .............................................................................. North Carolina State University
Fr. John Jenkins................................................................................University of Notre Dame
Patrick D. Gallagher .................................................................................University of Pittsburgh
Kent D. Syverud ................................................................................................ Syracuse University
Timothy D. Sands.......................................................... Virginia Polytechnic Institute & State University
Susan R. Wente ...............................................................................Wake Forest University
James J. Phillips........................................................................................Commissioner, ex-officio

**Executive Committee**

Vincent E. Price (Board of Directors' Chair) .............................................................. Duke University
James E. Ryan (Board of Directors' Vice-Chair) ............................................. University of Virginia
James P. Clements................................................................................................Clemson University
Kevin M. Guskiewicz ...........................................................................University of North Carolina
Timothy D. Sands.......................................................... Virginia Polytechnic Institute & State University
Susan R. Wente ...............................................................................Wake Forest University
Tricia Bellia (FAR Committee Chair)................................................ University of Notre Dame, ex-officio
Heather Lyke (AD Committee Chair) ...................................................... University of Pittsburgh, ex-officio
Michelle Lee (SWA Committee Chair) ..........................................North Carolina State University, ex-officio
James J. Phillips (Commissioner)...................................................... Atlantic Coast Conference, ex-officio

**President and CEO**

James J. Phillips.....................................................................................Atlantic Coast Conference

**Secretary**

Brad Hostetter...........................................................................................Atlantic Coast Conference

**Treasurer**

Ben Tario....................................................................................................Atlantic Coast Conference



# CONSTITUTION

## ACC MANUAL

### 2022 | 2023

# CONSTITUTION

## 1.1 NAME

The name of this association shall be the Atlantic Coast Conference, hereinafter referred to as the "Conference".

## 1.2 PURPOSE

### 1.2.1 General Purpose.
It is the purpose and function of this Conference to enrich and balance the athletic and educational experiences of student-athletes at its member institutions (collectively, the "Members"), to enhance athletic and academic integrity among its members, to provide leadership, and to do this in a spirit of fairness to all. The Conference aims to:
a.      Enhance the academic and athletic achievement of student-athletes;
b.      Increase educational opportunities for young people;
c.      Foster quality competitive opportunities for student-athletes in a broad spectrum of amateur sports and championships;
d.      Promote amateurism in intercollegiate athletics;
e.      Coordinate and foster compliance with Conference and NCAA rules;
f.      Stimulate fair play and sportsmanship;
g.      Encourage responsible fiscal management and further fiscal stability;
h.      Provide leadership and a voice in the development of public attitudes toward intercollegiate sports;
i.      Address the future needs of athletics in a spirit of cooperation and mutual benefit of the Members; and
j.      Promote mutual trust and friendly intercollegiate athletic relations between the Members.

### 1.2.2 Principle of Diversity, Inclusion and Equity.
The Conference and its Members are committed to diversity, inclusion, and equity among our student-athletes, staff, coaches, administrators, and leaders. The promotion of diversity, inclusion, and equity are integral to the structure, programs, legislation, and policies of the Conference and its Members.

## 1.3 INSTITUTIONAL CONTROL

There shall be institutional responsibility and control of intercollegiate athletics at the Member level. Each Member is responsible for conducting its intercollegiate athletics program in compliance with rules and regulations of the NCAA and the Conference. The Member's CEO (as defined below) is ultimately responsible for the administration of all aspects of the athletics program, including approval of the budget and audit of all expenditures.

The Member's responsibility for the conduct of its intercollegiate athletics program includes responsibility for the actions of its staff members and for the actions of any other individual or organization engaged in activities promoting the athletics interests of the Member.

## 1.4 MEMBERSHIP

**1.4.1 Current Membership.**
The Conference is composed of the following Members:

| | |
|---|---|
| Boston College | North Carolina State University |
| Clemson University | University of Notre Dame |
| Duke University | University of Pittsburgh |
| Florida State University | Syracuse University |
| Georgia Institute of Technology | University of Virginia |
| University of Louisville | Virginia Polytechnic Institute & State University |
| University of Miami | Wake Forest University |
| University of North Carolina | |

**1.4.2 Required Teams.**
Each member shall meet NCAA Division I Football Bowl Subdivision membership requirements regarding the minimum number of teams. Further, each Member shall have a men's and women's basketball team, a football team, and either a women's soccer team or a women's volleyball team.

**1.4.3 Admission of New Members.**
a.     Prior to considering admission of new Members, the Board (as defined in Section 1.5.1.1) shall consider the desirability of expansion generally and the ramifications of any potential expansion on Conference revenues, scheduling, student-athlete welfare, and the pool of prospective Members, among other issues.

b.     Prospective Members must be proposed for admission by three Directors (as defined in Section 1.5.1.2).

c.     Upon proper nomination for admission as outlined in Section 1.4.3(b), a prospective Member shall submit to the Conference office (Attention: Commissioner) an expression of interest for admission and all information the Conference has requested be included with such initial submission, including but not limited to, information regarding the institution's academic and athletic cultures, the most recent report of the accrediting agency for colleges and universities, the Equity in Athletics Disclosure Act (EADA) report, and the NCAA Committee on Institutional Performance report. The information will be distributed to the Board, and if authorized by the Board, the faculty athletics representatives, and athletics directors of all Members.

d.     Thereafter, the prospective Member shall promptly submit to the Conference such additional information as may be requested by the Conference.

e.     A favorable vote of three-fourths of the Directors is required to extend an invitation for membership to the Conference.

f.     Participation by the new Member in Conference revenues and all other terms and conditions under which the new Member will join the Conference, including the amount, payment schedule and other terms for any fee payable to the Conference by the new Member, will be determined by a three-fourths (¾) vote of the Board at the time of admission.

**1.4.4 Expulsion/Suspension/Probation of Members.**
A Member may be expelled, suspended, or placed on probation by the Conference only upon the favorable vote of three-fourths of the Directors (excluding the Director appointed by the Member under consideration). To expel means a complete severance from the Conference in all sports. To suspend means a temporary severance under stated conditions from the Conference in one or more sports.

Among the reasons a Member may be expelled, suspended, or placed on probation for good cause is if it no longer participates in one or more sports which are required for membership in the Conference, if the Member is required by the NCAA to discontinue such required sport because of violations of NCAA regulations, or such Member or one or more of its sports programs becomes incompatible with the objectives of the Conference.

The effective date of any expulsion shall be June 30. In the event of expulsion, the Conference must provide the Member with the specific reasons for expulsion and a notice of expulsion on or before August 15 of the year preceding the June 30 expulsion date. The expelled Member will receive a proportionate share of the distribution made to Members with respect to the fiscal year ending on the June 30 expulsion date, unless its share has previously been reduced due to a suspension or probation, in which case it shall receive such reduced share.

In the event of suspension or probation, the Conference may enforce penalties immediately.

In any sport in which a Member is ineligible for postseason play because of violations of NCAA or Conference regulations, the Member may be suspended in that sport. If suspended, the Member shall not be eligible for the Conference championship in that sport and may be required to forfeit its share of any or all Conference revenues generated by that sport.

**1.4.5 Withdrawal of Members.**
To withdraw from the Conference, a Member must file an official notice of withdrawal with each of the Members and the Commissioner on or before August 15 for the withdrawal to be effective June 30 of the following year.

Upon official notice of withdrawal, the Member will be subject to a withdrawal payment, as liquidated damages, in an amount equal to three times the total operating budget of the Conference (including any contingency included therein), approved in accordance with Section 2.5.1 of the Bylaws of the Conference (the "Bylaws"), which is in effect as of the date of the official notice of withdrawal. The Conference may offset the amount of such payment against any distributions otherwise due such Member for any Conference year. Any remaining amount due shall be paid by the withdrawing Member within 30 days after the effective date of withdrawal. The withdrawing Member shall have no claim on the assets, accounts, or income of the Conference.

## 1.5 GOVERNANCE STRUCTURE

**1.5.1 Board of Directors.**

**1.5.1.1 Authority.** Except as otherwise provided in this Constitution, the Bylaws, or resolutions of the board of directors of the Conference (the "Board"), all of the powers of the Conference shall be exercised by or under the authority of the Board, and all of the activities and affairs of the Conference shall be managed by or under the direction, and subject to the oversight, of the Board

in accordance with this Constitution and the Bylaws. Notwithstanding anything to the contrary in the Constitution, Bylaws or such resolutions, or in the Sports Operations Code, General Policies and Procedures or otherwise in the Manual, the Board shall have the right to take any action or any vote on behalf of the Conference, and each Director shall have the right to take any action or any vote on behalf of the Member it represents, even if such right could be taken or exercised by another committee or person if the Board or such Director did not choose to exercise such right.

**1.5.1.2 Composition, Terms and Vacancies.** The Board shall be composed of a representative of each Member (each a "Director"), provided that each Director must be the most senior executive officer of such Member, whether such position is characterized as president, chancellor, chief executive officer or otherwise. In these capacities, these persons are occasionally referred to in this Constitution or the Bylaws as the "CEOs" of the Members they represent. The Commissioner shall also serve on the Board as an ex-officio, non-voting member and shall not be counted towards any quorum requirements. No election or appointment of any other Director shall be required or permitted. The term of each Director shall continue for so long as the Director is serving as the CEO of the Member it represents. If a vacancy occurs on the Board, other than due to the termination or withdrawal of a Member, the Member with a vacancy on the Board shall designate an individual to fill the vacancy on an interim basis until such time as a new CEO of such Member is appointed. Such interim appointee shall either be the acting or interim CEO of such Member or a person discharging a substantial portion of the duties of the CEO on an acting or interim basis. The remaining Directors shall have the authority, by majority vote, to remove from, or to refuse to recognize or seat on, the Board, any designee who fails to meet the criteria set forth in this Section 1.5.1.2.

**1.5.1.3 Expelled and Withdrawing Member.** The CEO of any Member that is expelled pursuant to Section 1.4.4 or withdraws from the Conference pursuant to Section 1.4.5 shall automatically cease to be a Director and such CEO and any other representative of such expelled or withdrawing Member that is then serving on any other Committee of the Conference shall automatically cease to be a member of such Committee, and shall cease to have the right to vote on any matter as of the effective date of the expulsion or withdrawal. During the period between delivery of a notice of expulsion or withdrawal and the effective date of the expulsion or withdrawal, the Board, the Executive Committee and any other Committee may withhold any information from, and exclude from any meeting (or portion thereof) and/or any vote, the Director and any other representatives of the expelled or withdrawing member, if the Board determines that (i) the relevant matter relates primarily to any period after the effective date of expulsion or withdrawal, (ii) such information is proprietary or confidential or (iii) such attendance, access to information or voting could present a conflict of interest for the expelled or withdrawing member or is otherwise not in the best interests of the Conference, as determined by the Board.

**1.5.1.4 Chair and Vice Chair.** The Board shall elect a chairperson of the Board (the "Chair") and a vice chairperson of the Board (the "Vice Chair") from among the Directors, each of whom shall serve for a term of two (2) years beginning on July 1 and ending on June 30, unless the Board determines a shorter term is appropriate. No Director shall be eligible to serve in the same position as Chair or Vice Chair for more than one (1) two (2)-year term unless a period of 6 years has passed since such Director last served in such position. For clarity, the foregoing sentence does not prevent a Director from serving one term as Chair and one term as Vice Chair within such six-year time period. In the event of any vacancy in the position of Chair or Vice Chair, any successor selected by the Board who serves out the remaining term of his or her predecessor shall remain eligible to serve an additional full two-year term unless the unexpired term filled by

such successor is 18 months or longer. The Chair shall preside at all meetings of the Board at which he or she is present, and the Vice Chair shall preside at all meetings of the Board at which the Chair is not present. The Board shall have the right to remove the Chair and/or the Vice Chair from such offices (but not the position of Director) at any time that the Board determines that such removal is in the best interests of the Conference.

**1.5.1.5 Meetings of the Board.**

**1.5.1.5.1 Frequency; Notice and Participation**. Unless the Board shall otherwise decide, the Board shall meet at least three (3) times each year, which generally shall include one meeting in the fall (the second Tuesday and Wednesday in September), one meeting during the Men's or Women's Basketball Conference Championship (alternating annually) and one meeting in May ("Regular Meetings"). The times and places of each Regular Meeting will be arranged by the Chair, who shall provide at least ninety (90) days' notice of each Regular Meeting to the Directors; provided that at the beginning of each one (1) year period beginning with the Annual Meeting (as defined below), the Chair may provide a single notice of all Regular Meetings for that year, or for a lesser period, without having to give notice of each meeting individually. Special meetings of the Board may be called at any time by the Chair, the Commissioner or at least two-thirds (2/3) of the Board. Special meetings also may be called by any three (3) Directors who serve on the Executive Committee pursuant to Section 1.5.3.1(iv) or by any three (3) Directors who do not also serve on the Executive Committee if they believe any item that is to be taken up by the Executive Committee (but has not yet been voted on by the Executive Committee) should instead be addressed by the full Board. Any special meetings shall be called upon at least three (3) days' notice (which notice shall state the purpose of the special meeting), unless notice is waived by three-fourths (3/4) of the Directors. Voting by proxy is not permitted. Any or all of the Directors may participate in and vote at any meeting of the Board by any means of communication by which all participants may simultaneously hear each other during the meeting and any Member attending by such means shall be deemed "present" for all quorum and voting purposes. Participation in a meeting by substitute representation is not permitted, unless determined otherwise in the specific case by the Chair, but in no event shall voting by a substitute representative be permitted.

**1.5.1.5.2 Waiver of Notice.** Before or after the date and time stated in the notice of any meeting of the Board, any Director may waive on such Director's own behalf any required notice of that meeting or any other required process with respect to any business to be conducted at that meeting by delivering to the Conference a written waiver of such notice or process by mail or by electronic transmission, which shall be filed with the corporate records of the Conference. Any Director who attends or participates in a meeting shall be deemed to have waived any required notice or process, unless the Director attends for the express purpose of objecting, at the beginning of the meeting, to the transaction of any business at the meeting on the ground that the meeting is not permitted to be called or convened or the required process for any business to be conducted has not been followed. Any waiver of notice or process with respect to a Board meeting shall only be effective if waived (or deemed waived) by three-fourths (3/4) of all the Directors.

**1.5.1.5.3 Method of Notice.** Any notice, request, consent, or other communication to any Director shall be deemed given effectively on the date delivered if given in person or by e-mail, one (1) business day after being transmitted by a nationally recognized overnight

delivery service, or five (5) business days after being sent by U.S. certified mail, return receipt requested, addressed to such Director at such Director's mail or e-mail address as it appears on the records of the Conference. Unless otherwise set forth in this Constitution or the Bylaws, any writing required or permitted hereunder may be in electronic form.

**1.5.1.5.4 Action without Meeting.** Any action of the Board required or permitted to be taken at any meeting of the Board may be taken without a meeting if each Director consents in writing or by electronic transmission and such writing or electronic transmission is filed with the corporate records of the Conference.

**1.5.1.5.5 Annual Meetings.** Unless the Board shall otherwise decide, a Regular Meeting occurring at any time between May 1 and May 31 of the calendar year shall constitute the annual meeting of the Board (the "Annual Meeting") and shall be deemed to constitute, unless the Chair shall designate otherwise, the annual meeting of the Members, which shall be held at a time and place fixed by the Chair.

**1.5.1.5.6 Agenda.** The agenda for each Board meeting shall be prepared by the Commissioner in consultation with the Chair and shall include all items submitted to the Commissioner by at least three (3) Directors no later than fifteen (15) business days before such meeting. The Commissioner shall be responsible for distributing the agenda to the Directors at least ten (10) business days before each Regular Meeting and at least two (2) calendar days prior to each special meeting of the Board. Except for Absolute Two-Thirds Matters (as defined below) and Absolute Three-Fourths Matters (as defined below), additional items may be added to the agenda at the meeting with the approval of the Board in accordance with Section 1.6.2. The Secretary (as defined below) shall cause draft minutes of each meeting of the Board and copies of all reports submitted at such meetings to be distributed to the Directors within thirty (30) days after the conclusion of each meeting. Any Director wishing to propose modifications to such draft minutes shall do so in a writing to the Secretary within the succeeding thirty (30) day period. The agenda for the next meeting shall include the adoption of such minutes, with such amendments as the Board may approve.

**1.5.1.5.7 Attendees at Board Meetings; Executive Sessions.** The Chair may invite persons other than Directors and the Commissioner to attend meetings of the Board, including, without limitation, the chairs of the Advisory Committees (as defined below), the officers of the Conference and any outside advisors or consultants to the Conference; provided that no such persons shall count toward a quorum nor be entitled to vote on any matter. The Board, at the request of the Chair or at least three (3) Directors, may meet in executive session in which one or more of such invited persons or the Commissioner may not be invited to attend. The Chair may, however, invite to such executive session internal or external counsel or any outside expert whose advice the Chair reasonably believes to be necessary or advisable to assist the Board in such executive session.

## 1.5.2. Officers.

### 1.5.2.1 Commissioner.

**1.5.2.1.1 Appointment and Employment Terms.** The Board shall appoint one person to serve as the chief executive officer and president of the Conference, who shall have the

title of "Commissioner" (the "Commissioner"). A vote of at least two-thirds (2/3) of the Directors shall be necessary (a) to authorize the appointment, extension of the term, or removal of the Commissioner, and (b) in connection with any appointment or extension, to determine the Commissioner's salary, other compensation and benefits, length of term in office, and other terms and conditions of employment; provided, that by a vote of at least two-thirds (2/3) of the Directors, the Board may delegate, within such parameters as it shall establish, final authority over the negotiation or modification of one or more of such employment matters and any related employment agreement to the Executive Committee or another committee formed for such purpose. Any terms and conditions of the Commissioner's employment (including upon a removal) shall be subject to any contractual rights the Commissioner may have.

**1.5.2.1.2 Authority and Duties.** The Commissioner shall have general supervision and direction of the day-to-day activities and affairs of the Conference and shall have such other authority as the Board may determine from time to time. The Commissioner shall report to, and be subject to the direction and supervision of, the Board. The Commissioner shall perform such duties as are prescribed in Sections 2.2.1 and 2.3.1 of the Bylaws and such other duties and responsibilities as may be established by the Board from time to time.

## 1.5.2.2 Other Officers.

**1.5.2.2.1 President.** The Commissioner shall also serve as the President of the Conference and will have such duties as may be established by the Board or as are generally incident to the office of President.

**1.5.2.2.2 Secretary.** The Board shall appoint one person (who shall not be the Commissioner) to serve as the secretary of the Conference (the "Secretary") under the supervision of the Board and the Commissioner. The Secretary shall attend all meetings of the Board and record all votes of the Board, prepare and retain in the Conference's records the minutes of all meetings of the Board, and perform similar duties for all Committees if requested by such Committees, it being understood that each Committee shall have the authority to appoint a Committee designee to perform any or all of such tasks. The Secretary shall give, or cause to be given, notice of all meetings of the Board, and shall have charge of the books, records and papers of the Conference and shall see that the reports, statements, and other documents required by law to be kept and filed are properly kept and filed. The Secretary shall perform such other duties as may be established by the Board or the Commissioner or as are generally incident to the office of Secretary.

**1.5.2.2.3 Treasurer.** The Board shall appoint one person (who shall not be the Commissioner) to serve as the treasurer of the Conference (the "Treasurer") under the supervision of the Board and the Commissioner. Subject to any applicable policies of the Board, the Treasurer shall have custody of the Conference funds and securities and shall keep full and accurate accounts of receipts and disbursements in books belonging to the Conference, and shall keep the moneys of the Conference in one or more separate accounts to the credit of the Conference. The Treasurer shall have the authority to take all actions and to sign all agreements necessary or advisable to open and administer the Conference's bank accounts and shall disburse the funds of the Conference as may be

ordered by the Board or the Commissioner, taking proper vouchers for such disbursements, and shall render to the Chair, the Vice Chair and the Board, at Regular Meetings, or whenever they may require it, an account of all transactions as Treasurer and of the financial condition of the Conference. The Treasurer shall perform such other duties as may be established by the Board or, subject to any applicable policies of the Board, the Commissioner or as are generally incident to the office of Treasurer.

**1.5.2.2.4 Additional Officers.** The Conference shall have such other officers (e.g., Vice President(s)) as may from time to time be appointed or elected by the Board or by the Commissioner (but only to the extent such authority has been granted to the Commissioner by the Board). Each officer shall have the authority to perform the duties set forth in this Constitution or the Bylaws or, to the extent consistent with this Constitution and the Bylaws, established by the Board, subject to any applicable policies of the Board, by the Commissioner. Except as set forth in this Section 1.5.2, one person may simultaneously hold any two or more offices.

**1.5.2.2.5 Appointment and Removal of Officers.** Officers of the Conference (other than the Commissioner) shall be appointed by the Board at the Annual Meeting and shall continue in office from July 1 through June 30; provided, that in the event the Board shall fail to appoint a new officer to any office prior to June 30, the person holding such office shall continue to hold such office until the earlier of appointment of such person's successor or such person's removal, resignation, death, or incapacity. The Board shall have the right to remove any Officer of the Conference at any time that the Board determines that such removal is in the best interests of the Conference, subject to any contractual rights the individual may have with the Conference and, in the case of the removal of the Commissioner, the two-thirds (2/3) voting requirement under Section 1.5.2.1.1.

## 1.5.3. Executive Committee.

Unless otherwise determined by the Board, there shall be an executive committee (the "Executive Committee") consisting of the Chair, the Vice Chair and four (4) other Directors, who shall rotate among the Members in accordance with a rotation order determined by three-fourths (3/4) of the Board, provided that service as Chair or Vice Chair shall count as a rotation opportunity. If the election of a Chair or Vice Chair requires a change in the Executive Committee rotation, such change shall be determined by a majority of the Board. The Chair shall serve as chairperson and the Vice Chair as the vice chairperson of the Executive Committee. The Commissioner and the chairs of the AD Committee, FAR Committee and SWA Committee shall serve as ex-officio, non-voting members of the Executive Committee and shall not be counted towards any quorum requirements.

**1.5.3.1 Duties.** Between Board meetings, the Executive Committee shall serve as a forum for the Chair or the Commissioner to seek advice on strategic, operating, and other matters relating to the Conference. In addition, if requested by the Chair or requested by the Commissioner and approved by the Chair between Board meetings, the Executive Committee shall have the authority to take any action on behalf of the full Board that could have been taken by the affirmative vote of a simple majority of the Directors at a meeting at which a quorum is present, excluding (i) the approval of the budget, (ii) the approval of any change in the rotation order of the Executive Committee, (iii) the approval of any matter that under applicable law must be approved by the Board (and may not be delegated to a committee) and (iv) the approval of any matter that at least three Directors serving on the Executive Committee request be submitted to the full Board

(provided such request is made prior to any vote by the Executive Committee on such matter). For the avoidance of doubt, (a) except as provided in clause (iv) of the foregoing sentence, the Chair shall determine whether the Executive Committee may act on behalf of the Board between meetings or whether to call a special meeting of the Board and (b) the Executive Committee shall not have the authority to take any action that under this Constitution or the Bylaws would require the affirmative vote of more than a majority of the Directors who are present for such vote, including the Absolute Two-Thirds Matters and the Absolute Three-Fourth Matters. If an agenda for an Executive Committee meeting is prepared in advance of the meeting, the Commissioner shall, if practicable, distribute such agenda to the full Board prior to the Executive Committee meeting.

**1.5.3.2 Term of Executive Committee Members.** The Chair and Vice Chair shall each serve on the Executive Committee for the duration of their terms in such offices; any removal of a Director as Chair or Vice Chair also shall automatically be a removal from the Executive Committee unless the Board otherwise decides. The remaining members of the Executive Committee shall be Directors selected in accordance with the rotation described in Section 1.5.3 and each shall serve a two (2) year term; provided that the Board shall have the right to create initial one-year terms for one or more members of the Executive Committee to create staggered terms and such initial one (1) year term shall not count against the aggregate two (2) year term limit described in the following sentence. Any Member whose Director has served one (1) two (2)-year term on the Executive Committee (including any Director completing a term as Chair or Vice Chair) shall not be eligible for reappointment on the Executive Committee until such Member is next in the rotation described in Section 1.5.3, unless such Director has been elected Chair or Vice Chair in accordance with Section 1.5.1.4.

**1.5.3.3 Meetings of the Executive Committee; Executive Sessions.** The Executive Committee may invite persons not on the Executive Committee to attend its meetings if such attendance is approved by the Chair (unless disapproved by a majority of the Executive Committee members), but such person shall not count toward a quorum nor be entitled to vote on any matter. The Executive Committee at the request of the Chair or at least three (3) Directors on the Executive Committee may meet in executive session in which one or more of such invited persons or the ex-officio members may not be invited to attend.

**1.5.3.4 Vacancies**. If a vacancy occurs in the positions of Chair or Vice Chair, the individual designated by the Board under Section 1.5.1.4 to serve as his or her successor in such position shall serve on the Executive Committee for the remaining term that such person serves as Chair or Vice Chair. If a vacancy occurs in any other seat on the Executive Committee, other than due to the expulsion or withdrawal of a Member, then the individual designated by the Member to fill its vacancy on the Board in accordance with Section 1.5.1.2 shall serve out the remaining term of the departing member of the Executive Committee. If a vacancy occurs on the Executive Committee (other than the Chair or Vice Chair) as a result of the expulsion or withdrawal of a Member, then such vacancy shall be filled in accordance with the rotation described in Section 1.5.3 and service of the remaining term of the departing member of the Executive Committee shall not count against the aggregate two (2) year term limit.

**1.5.3.5 Notice and Conduct of Meetings; Quorum and Required Vote; Action without Meeting**. Meetings of the Executive Committee may be called by the Chair, the Commissioner or at three least Directors serving on the Executive Committee. Unless waived by all Directors on the Executive Committee, notice of any meeting of the Executive Committee shall be given at least

three (3) days prior to such meeting. If all members of the Executive Committee are present at a meeting and no objection is made as to notice or the absence of any other required process, no notice or other process shall be required and any business authorized under this Constitution or the Bylaws may be transacted at the meeting. Except as otherwise provided by applicable law, this Constitution or the Bylaws, two-thirds (2/3) of all the Directors on the Executive Committee shall constitute a quorum and, if a quorum is present when a vote is taken, the affirmative vote of a majority of the Directors present and eligible to vote shall be the act of the Executive Committee. Voting by proxy is not permitted. Any or all members of the Executive Committee may participate in any meeting by any means of communication by which all participants may simultaneously hear each other during the meeting and any member attending by such means shall be deemed "present" for quorum purposes. Participation in a meeting by substitute representation is not permitted, unless determined otherwise in the specific case by the Chair, but in no event shall voting by a substitute representative be permitted. Any action of the Executive Committee required or permitted to be taken at any meeting of the Executive Committee may be taken without a meeting if all Directors on the Executive Committee eligible to vote consent thereto in writing or by electronic transmission and such writing(s) or electronic transmission(s) are filed with the records of the proceedings of the Executive Committee.

**1.5.3.6 Notice of Executive Committee Decisions**. The Chair will periodically provide the full Board with notice of all Executive Committee decisions that constitute action on behalf of the Board within a reasonable period of time after such decisions have been made, but in no event later than the date of the next Regular Meeting or special meeting of the Board.

**1.5.4 Committees.**

**1.5.4.1 Establishment of Committees.** The Board may from time to time establish committees of the Board (in addition to the Executive Committee, which has been established under Section 1.5.3) ("Committees"), on a standing or ad hoc basis, including but not limited to those expressly provided for in Section 2.4 of the Bylaws. At or about the time of the Annual Meeting, the Board shall elect the Directors to serve in any positions to be open on the following July 1 on any Committee comprised entirely of Directors. With respect to any Committee that is not comprised entirely of Directors and does not by its nature have a specified number of representatives per Member (e.g., FAR Committee, SWA Committee, AD Committee, Student-Athlete Advisory Committee), (a) the Members or their representatives may nominate individuals to serve on such Committees by submitting such nomination to the Commissioner and the Chair at least six weeks prior to the Annual Meeting, (b) the Commissioner and the Chair shall recommend to the Executive Committee the individuals to serve on each Committee by proposing a slate of nominees for the positions expected to be open on such Committee on the following July 1 at least two weeks prior to the Annual Meeting, and (c) each such Committee slate shall be subject to approval as a slate by the Executive Committee at or about the time of the Annual Meeting, with appointed persons to begin serving on the immediately following July 1. Each Committee shall have such authority as the Board may determine; provided, that, except as expressly provided in the Constitution or the Bylaws or by the Board, no Committee (including any Committee described in Section 2.4 of the Bylaws) shall (i) be authorized to act on behalf of the Board, (ii) have the power to bind the Conference or (iii) have any power which is specifically required by law, this Constitution, the Bylaws or any resolution of the Board to be exercised by the full Board or the Executive Committee. Subject to the foregoing sentence, the establishment or disbanding of any Committee, other than those explicitly provided for in the Bylaws, shall not require an amendment of this Constitution or the Bylaws, and shall instead be accomplished by

a vote of the Board in accordance with <u>Section 1.6.2</u>.

**1.5.4.2 Terms and Vacancies**. All Committee terms shall begin on July 1 and end on June 30. Directors serving on the Audit Committee, Finance Committee or Autonomy Committee shall serve for a two-year term and shall not be eligible to serve more than one such two-year term unless otherwise determined by a majority of the Directors. Members of Advisory Committees shall serve for so long as they remain the AD, FAR or SWA, as applicable, of the Member they represent. Persons who serve on a Committee by virtue of holding another position (e.g., Commissioner, chair of FAR Committee, etc.) shall serve on such Committee for so long as they remain in such position. All members of Committees not described in the foregoing sentences of this <u>Section 1.5.4.2</u> shall each serve terms of three (3) years and shall not be eligible to serve more than two consecutive three-year terms; provided, that the Board shall have the right to create initial one (1) or two (2) year terms for one or more members of each Committee to create staggered terms and such initial one (1) or two (2) year terms shall not count against the aggregate six (6) year term limit. If a vacancy occurs on any Committee comprised entirely of Directors, the Board shall appoint a Director to fill the vacancy and such individual shall serve out the remaining term of the vacating member. If a vacancy occurs on any Advisory Committee, the relevant Member may designate an individual to fill the vacancy on an interim basis until such time as a new FAR, AD or SWA (as applicable) of such Member is appointed. If a vacancy occurs on any other Committee, the Executive Committee shall appoint an individual to fill the vacancy from nominations proposed by the Chair and the Commissioner and, where applicable, such individual shall serve out the remaining term of the vacating member. Such individual shall be selected from the same group of individuals (whether Directors, athletic directors, faculty athletic representatives, senior woman administrators, student-athletes or otherwise) as the vacating member, if applicable. In the case of a Committee established during the course of the year, members may be appointed to the Committee effective upon its formation and any period of service prior to the next July 1 shall not affect their ability to serve a term of up to three (3) years beginning on July 1 and shall not count against the aggregate six (6) year term limit.

**1.5.4.3 Notice and Conduct of Meetings; Quorum and Required Vote; Action without Meeting.** Meetings of a Committee may be called by the Chair, the chairperson of such Committee, the Commissioner, or a majority of the voting members of such Committee. Unless waived by three-fourths (3/4) of the voting members of a Committee, notice of any meeting of such Committee shall be given at least ten (10) days prior to such meeting. If all members of a Committee are present at a meeting and no objection is made as to notice or the absence of any other required process, no notice or other process shall be required and any business authorized under this Constitution or the Bylaws may be transacted at the meeting. Except as otherwise provided by applicable law, this Constitution or the Bylaws, two-thirds (2/3) of all the members of a Committee shall constitute a quorum and, if a quorum is present when a vote is taken, the affirmative vote of a majority of the members present and eligible to vote shall be the act of such Committee; provided that, with respect to any vote on a matter pertaining to a given sport, any Committee member who represents a Member that does not participate in such sport shall not count towards a quorum and shall not be entitled to vote on such matter. Voting by proxy is not permitted for any Committee (except as provided below by a substitute representative for Advisory Committee meetings). Any or all members of a Committee may participate in any meeting by any means of communication by which all participants may simultaneously hear each other during the meeting and any member attending by such means shall be deemed "present" for quorum and voting purposes. Advisory Committee members are expected to participate in all meetings of such Advisory Committee; however, a substitute representative of a Member may participate in and

vote at an Advisory Committee meeting if an illness or other exigent circumstance affects the ability of a Member's representative to participate. Participation in a Committee meeting (other than Advisory Committee meetings) by substitute representation is not permitted, unless determined otherwise in the specific case by the Chair, but in no event shall voting by a substitute representative be permitted (except as provided above for Advisory Committee meetings). Any action of a Committee required or permitted to be taken at any meeting of such Committee may be taken without a meeting if all members of such Committee eligible to vote consent thereto in writing or by electronic transmission and such writing(s) or electronic transmission(s) are filed with the records of the proceedings of such Committee.

**1.5.4.4 Rule and Procedures.** Each Committee shall keep regular minutes of its meetings and report to the Board when required or requested to do so. The Board may adopt other rules and regulations for the conduct of any Committee business or meetings not inconsistent with this Constitution or the Bylaws, and each Committee may adopt such other rules and regulations not inconsistent with applicable law, this Constitution, or the Bylaws for the conduct of its business or meetings as such Committee may deem proper.

## 1.6 BOARD VOTING REQUIREMENTS

### 1.6.1 Quorum.
Except as provided under applicable law, this Constitution or the Bylaws, two-thirds (2/3) of all Directors present at a meeting of the Board shall constitute a quorum of the Board; provided that, in the case of any matter requiring the affirmative vote of more than two-thirds (2/3) of all Directors present, a quorum shall only exist if at least that number of Directors equal to such required vote is present.

### 1.6.2 Required Vote.
Each Director shall be entitled to one vote each. Except as otherwise provided herein or in the Bylaws, if a quorum is present when a vote of the Directors is taken, the affirmative vote of a majority of all Directors present for such vote shall be an act of the Board.

For the avoidance of doubt, all references in this Constitution or the Bylaws to the affirmative vote of:

a.    a majority or two-thirds (2/3) of all "Directors present", shall mean a majority or two-thirds (2/3) of all the Directors who are present at a Board meeting at which a quorum exists;

b.    two-thirds (2/3) of all the Directors, shall mean two-thirds (2/3) of all the Directors of the Board, even if one or more of such Directors is not present for such vote ("Absolute Two-Thirds Matters"); and

c.    three-fourths (3/4) of all the Directors, shall mean three-fourths (3/4) of all the Directors of the Board, even if one or more of such Directors is not present for such vote ("Absolute Three-Fourths Matters").

The Absolute Two-Thirds Matters are as follows: (i) any amendment to Article 2.5 of the Bylaws (Finances), (ii) selecting or changing the location of the Conference office, (iii) entering into or amending any Material Media Rights Agreement (as defined in Section 2.3.1(q)), (iv) the appointment, extension of the term, or removal of the Commissioner or the other matters set forth in Section 1.5.2.1.1, and (v) the initiation of any material litigation involving the Conference (but not, for clarity, the settlement of any

litigation involving the Conference, which requires the affirmative vote of a majority of all Directors present for such vote).

The Absolute Three-Fourths Matters are as follows: (i) the admission of new Members to the Conference pursuant to <u>Section 1.4.3</u>, (ii) the expulsion, suspension, or probation of a Member pursuant to <u>Section 1.4.4</u>, (iii) any amendment of this Constitution, (iv) any amendment of the Bylaws (except amendments to <u>Article 2.5</u>), and (v) waiver of notice or other required process for a Board meeting pursuant to <u>Section 1.5.1.5.2</u>.

### 1.6.3 Constitution and Bylaws Amendments.
The initial draft of any proposed amendment to this Constitution or the Bylaws shall be submitted in writing to the Directors or their designees at least four weeks before the Board meeting at which such amendment shall be considered. Revised drafts reflecting material comments received within 14 days shall be sent to the Directors at least 10 days before the meeting; provided that motions for further amendments may be considered and adopted by the requisite vote at the meeting.

### 1.6.4 Waivers of Eligibility Rules.
An approved waiver of the ACC initial-eligibility rule requires an affirmative vote of two-thirds of the members of the FAR Committee present at a FAR Committee meeting and voting on the request and not less than a majority of the total members on the FAR Committee. All FAR Committee members, including the FAR representing the Member requesting the waiver, are eligible to vote. The FAR Committee may invite persons other than FARs to attend any such meetings of the FAR Committee, including any compliance expert or other advisor; provided that no such persons shall count toward a quorum nor be entitled to vote on any matter.

### 1.6.5 Sports Operation Code Amendments.
The Commissioner, after consultation with the ADs and SWAs, shall submit proposed amendments to the Sports Operation Code to the FAR Committee, which may adopt any such amendment by a majority vote of the FARs present and voting on the issue.

### 1.6.6 General Policies and Procedures Amendments.
Unless the Board decides it will vote on any such proposed amendments, the Commissioner, after consultation with the ADs and SWAs, shall submit proposed amendments to the General Policies and Procedures to the FAR Committee, which may adopt any such amendment by a majority vote of the FARs present and voting on the issue.

### 1.6.7 Effective Date of Amendments.
All amendments to the ACC Manual shall become effective July 1 following adoption unless otherwise noted in the proposed amendment or the resolution(s) adopting the proposed amendment.



# BYLAWS

## ACC MANUAL
### 2022 | 2023

# BYLAWS

## 2.1 SPORTSMANSHIP PRINCIPLE

It shall be the responsibility of each Member to ensure that all individuals associated with the athletics program of that Member conduct themselves in a sportsmanlike manner when representing their university. For purposes of this Article 2.1, an individual associated with the athletics program includes, but is not limited to, coaches, administrators, student-athletes, team attendants, band members, cheerleaders, and mascots. Coaches and administrators have the responsibility to set the tone for responsible behavior on the part of their teams and followers. It is an infraction of the rules for an individual associated with the Member's athletics program to conduct themselves in an unsportsmanlike manner.

Unsportsmanlike conduct, when demonstrated by any individual associated with the athletics program, will not be tolerated, and may subject the Member and/or individual to disciplinary action. The duties with regard to sportsmanship of Members, any individual associated with the Member's athletics program, and the Commissioner are elaborated below.

### 2.1.1 Duties of Members.
Each Member is responsible for the actions of any individual associated with its athletics program and other individuals over whom it has authority and may be held accountable for their actions. Every reasonable effort shall be made by competing Members to emphasize the importance of good sportsmanship at all athletics events. When an action violates the sportsmanship principle, the Member is encouraged to take any action it deems appropriate to demonstrate this emphasis.

Further, in the event crowd control procedures must be initiated, this responsibility rests with each host Member, or with the tournament or meet director at off-campus championship events. The athletics directors or their designated representatives shall be available at the site of the competition to assist in controlling the crowd. Only participants, coaches, officials, and authorized personnel shall be allowed in the competition area before, during and at the conclusion of competition.

### 2.1.2 Duties of the Commissioner.
Whenever the Commissioner believes after a reasonable investigation that there has been a violation of the sportsmanship principle, the following shall apply:

**2.1.2.1 Process.** The Commissioner will provide the Member with the time and opportunity that the Commissioner considers reasonable to take action and may adopt that action as Conference action if he or she deems appropriate. A Member or individual at risk of penalty will be provided an opportunity, which may be waived, to offer its position on whether the conduct occurred as alleged. After considering all information the Commissioner deems necessary, he or she shall determine whether a penalty should be imposed and what penalty is appropriate. In the event the individual or the Member believes the Commissioner's penalty is inappropriate or excessive in nature, an appeal may be initiated with the Executive Committee by filing a notice with the Chair. The appeal must be filed within 48 hours of receipt of notification of the penalty imposed by the Commissioner.

**2.1.2.2 Considerations.** In deciding whether to assess a penalty for a violation of the sportsmanship principle, the factors to be considered by the Commissioner include, but are not

limited to, the following:

a.    The general nature or severity of and the circumstances surrounding the act;
b.    Any injury or damage that is a direct result of the act;
c.    The manner in which the rules of the game, if any, address the act and whether those rules were appropriately applied by those with authority (e.g., officials);
d.    The response and any action taken by the involved Member; and
e.    Any prior acts by the involved Member or individual that were subject to this process.

**2.1.2.3 Penalties.** After investigating the alleged act, concluding that the act is a violation of the sportsmanship principle, and considering the factors in Section 2.1.2.2 above, the Commissioner may assess against the involved Member and/or individual any, or all, of the penalties below. The Commissioner may also determine that no additional Conference action is necessary.

a.    Reprimand (public or private);
b.    At the discretion of the Commissioner, fines can be issued to the Member and/or individual up to $25,000 per occurrence, with such fines being put into the Weaver-James-Corrigan-Swofford Postgraduate Scholarship account; and
c.    Suspension from contests.
      1)    Carrying Penalty Over to Next Season. Whenever a penalty or suspension is imposed, such penalty may be carried over into the next season of competition at the discretion of the Commissioner.
      2)    Definition of Suspension. As used in this regulation, "suspension" in the case of a player, means that the player cannot participate in the designated number of contests but may practice; in the case of a coach, "suspension" means that the coach cannot be present in the playing area for the designated number of contests but may conduct practice sessions; in the case of a band member, cheerleader or mascot, "suspension" means that the individual cannot be present in the playing area for the designated number of contests.

**2.1.3 Punishable Acts of the Sportsmanship Principle.**

**2.1.3.1 Punishable Acts.** Acts violating the sportsmanship principle shall include, but not be limited to, the following and the acts prohibited under 2.1.3.2 and may subject violators to the process in Section 2.1.2:

a.    Any person who physically or verbally abuses an official, opposing coach, student-athlete, or spectator;
b.    Any person who intentionally incites participants or spectators to violent or abusive (physical or verbal) action;
c.    Any person who makes obscene gestures;
d.    Any person who publicly criticizes any contest official, Conference personnel, Member or Member personnel;
e.    Any person who engages in negative recruiting by making statements which are unduly derogatory of another institution or its personnel to a prospective student-athlete, parents, high school coach, or other person associated with the prospective student-athlete;
f.    Any person who enters the competition area for an unsportsmanlike purpose;
g.    Any other act of unsportsmanlike conduct not specifically prescribed.

**2.1.3.2 Public Criticism of Officials.** Public criticism of officials or public comments evaluating the officiating of particular contests is not in the best interest of intercollegiate athletics.

Individuals associated with the athletics program are prohibited, therefore, from commenting while acting in an official capacity on officiating other than directly to the Conference office. Head coaches are responsible for the comments of assistant coaches and other athletics staff members associated with their teams.

**2.1.4 Distribution of Policy.**

A copy of this Article 2.1 (Sportsmanship Principle) is to be given by the athletics director at each Member to each head coach, assistant coach, band director, and cheerleading and mascot coordinator at the beginning of each academic year. A copy shall also be given to each student-athlete, band member, cheerleader and mascot at the squad meeting held at the beginning of each year. Acceptance of this document, pursuant to NCAA rules governing the student-athlete statement, will constitute agreement to conform to its requirements.

**2.1.5 Annual Review.**

Any case for which the Commissioner has activated the process outlined in <u>Section 2.1.2.1</u> will be reviewed annually by the Infractions and Sportsmanship Review Committee, regardless of whether any penalties were assessed. The purpose of the review is to provide each Member with information on the treatment of possible violations of the sportsmanship principle so the Members may use it when considering possible institutional actions in the future.

## 2.2 NCAA REGULATIONS

The Conference and each of its Members shall be members of Division I Football Bowl Subdivision of the NCAA. All Members are bound by NCAA rules and regulations, unless Conference rules are more restrictive, in which case, the Members shall be bound by the more restrictive Conference rule(s).

## 2.3 OFFICE OF THE COMMISSIONER

**2.3.1 Duties of the Commissioner.**

The Commissioner's duties shall include the following, subject to the direction and authority of the Board:

a. <u>Chief Executive Officer and President</u>. Serve as the chief executive officer and president of the Conference in accordance with the Constitution and these Bylaws.

b. <u>Conference Rules and Regulations</u>. Interpret and enforce all rules and regulations of the Conference and of the NCAA. This responsibility includes, but is not necessarily limited to, broad discretionary powers to supervise investigations, hold hearings and impose temporary or permanent measures against Members, personnel, and student-athletes for conduct judged to be in violation of the spirit as well as the letter of the Constitution and these Bylaws. The above shall be carried out under procedures as set forth in these Bylaws or any resolution of the Board.

c. <u>Equity</u>. Implement and advocate the principle of diversity, inclusion, and equity.

d. <u>Committee Membership</u>. Serve as an ex-officio, non-voting member of the Advisory Committees, the Board, the Executive Committee, and all other Committees, unless otherwise determined by the Board or specified in the Constitution or these Bylaws.

e. <u>Meetings</u>. Issue the call for regular and special meetings of the Board, the Executive Committee, the Advisory Committees, and any other Committee unless that authority has been delegated to a different person by the Board or the Commissioner (including, for example, a Committee chair). Make arrangements for the meetings of these groups, and for such meetings of the coaches or other employees of the athletics administration as may be authorized by the athletics directors, and be responsible for the distribution of all minutes setting forth actions by any of these groups,

unless that authority has been delegated to a different person by the Board or the Commissioner (including, for example, a Committee chair).

f.  Constitution and Bylaws. Reprint the Constitution and these Bylaws from time to time as may be necessary and distribute copies as appropriate to each Member's CEO (as defined in the Constitution), faculty athletics representative, athletics director, and senior woman administrator.

g.  Athletics Problems. Study athletics problems of the Conference, offer advice and assistance in their solution, and encourage and promote friendly relations among the Members, student-athletes, and alumni.

h.  Officiating. Assign football and basketball officials for all games between Members. Assignments also may be made for non-Conference football and basketball games and for other sports when requested. The Commissioner is authorized to expend funds from his budget for the improvement of officiating.

i.  Awards and Trophies. Purchase awards and trophies presented by the Conference.

j.  Publicity. Conduct, through the print and electronic media, periodicals, various meetings, and the general service of the Conference office, a continuing educational program to promote the development of better sportsmanship, respect for the amateur spirit, and understanding of the values of competitive athletics, and exert all reasonable effort to acquaint the public with the ethics and high ideals which motivate the Conference in its conduct of intercollegiate athletics.

k.  Income Producing Projects. Initiate and formulate, for the Conference, income producing projects.

l.  School Visits. Visit each Member at least once each year to inquire into and observe the operation of its intercollegiate athletics program.

m.  Assistance to Non-Members. Stand ready to render reasonable assistance to non-Members when solicited that would not materially interfere with the performance of the Commissioner's duties for the Conference.

n.  Conference Employees. Select and engage assistants and employees to assist in carrying out the activities described herein within the limits of the approved budget; to choose titles for Conference employees (provided that any officers of the Conference shall be selected by the Board in accordance with Section 1.5.2.2 unless such authority has been granted by the Board to the Commissioner); and, if applicable, to fix their compensation within the limits of the approved budgets. For clarity, the Board may choose to fix the specific compensation (or range of compensation) for one or more Conference employees in the approved budget.

o.  Execute Contracts. Execute contracts approved by the Board or in the ordinary course of Conference business.

p.  Conference Budget. Present a budget for consideration to the Finance Committee in accordance with Section 2.5.1.

q.  Media Rights. Negotiate Media Rights agreements on behalf of the Conference, provided that all Material Media Rights Agreements shall be subject to approval by the Board under Section 2.10.3 and all other Media Rights agreements shall be subject to approval by the Executive Committee. "Material Media Rights Agreements" shall include any Media Rights agreement (i) that provides for an average annual value equal to or greater than 5% of the Conference's aggregate gross revenues during the most recently completed fiscal year or (ii) that otherwise is deemed material by the Chair or the Commissioner or that must be approved by the Board pursuant to any Media Rights policy or resolution adopted by the Board.

r.  Other Duties. Perform such other duties as the Board may direct from time to time or as required in the Constitution, these Bylaws, or any resolutions of the Board.

**2.3.2 Office of the Commissioner.**

The Office of the Commissioner shall be at the Conference office and shall be located at a place

designated by the Board in accordance with Section 1.6.2.

## 2.4 COMMITTEES

**2.4.1 Advisory Committees.**
The Board has established the following advisory committees (collectively, the "Advisory Committees"):

**2.4.1.1 FAR Committee.** The FAR Committee shall consist of one representative from each Member who is a regular full-time member of the faculty or an administrative officer of such Member at the time of his or her appointment and shall be appointed by the CEO of such Member (each, a "faculty athletics representative" or an "FAR"). The purpose of the FAR Committee shall be to (i) advise the Board on matters concerning student welfare, academic integrity, and the impact of athletics on academics, and (ii) perform any other duties or obligations as may be delegated or assigned to the FAR Committee by the Board from time to time, including making the decisions described in Section 1.6.4 of the Constitution and approving the amendments described in Sections 1.6.5 and 1.6.6 of the Constitution. In accordance with Sections 1.5.4.1 and Section 1.5.4.2 of the Constitution and this Section 2.4, the Executive Committee and the Board may from time to time appoint one or more faculty athletics representatives to serve on one or more Committees.

**2.4.1.2 AD Committee.** The AD Committee shall consist of the athletic directors of each Member (each, an "athletic director" or an "AD"). The purpose of the AD Committee shall be to (i) advise the Board on matters concerning football, men's basketball, women's basketball, and Conference media rights, (ii) assist the Commissioner to prepare a proposed budget in accordance with Section 2.5.1.1 and (iii) perform any other duties or obligations as may be delegated or assigned to the ADs by the Board from time to time. In accordance with Section 1.5.4.1 and Section 1.5.4.2 of the Constitution and this Section 2.4, the Executive Committee and the Board may from time to time appoint one or more athletic directors to serve on one or more Committees.

**2.4.1.3 SWA Committee.** The SWA Committee shall consist of the highest ranking female intercollegiate athletics administrator (or the next highest-ranking female athletics administrator if the athletics director is female) (each, a "senior woman administrator" or an "SWA") of each Member. The purpose of the SWA Committee shall be to (i) advise the Board on matters concerning sports other than football, men's basketball, and women's basketball and (ii) perform any other duties or obligations as may be delegated or assigned to the SWAs by the Board from time to time. In accordance with Section 1.5.4.1 and Section 1.5.4.2 of the Constitution and this Section 2.4, the Executive Committee and the Board may from time to time appoint one or more senior woman administrators to serve on one or more Committees.

**2.4.1.4 Chair of Each Advisory Committee.** At the Annual Meeting, the Board shall appoint a chairperson of each Advisory Committee from nominations made by the Chair and the Commissioner, provided that no chairperson of an Advisory Committee shall represent the same Member as any other such chairperson or any member of the Executive Committee. Each chairperson shall serve for a term of one (1) year beginning on July 1 and ending on June 30.

**2.4.1.5 Advisory Committee Meetings.** Unless otherwise determined by the Board:

**2.4.1.5.1 Regular Meetings.** Each Advisory Committee shall meet three times each year

in October, January/February, and May. Each Advisory Committee shall meet separately before convening in a joint business session. During such a joint session, the faculty athletics representative shall be the voting delegate for each Member. If the faculty athletics representative is not present, the institution's vote may be cast by the athletics director or senior woman administrator present at the meeting.

**2.4.1.5.2 Fall Meetings.** This regular annual meeting of the FARs, ADs, SWAs, and up to five student-athletes (autonomy student-athlete representatives, the SAAC (as defined below) chair and the SAAC vice-chair) shall be held in October.

**2.4.1.5.3 December Meeting.** The FAR Committee shall meet in December at the site of the ACC Football Championship Game.

**2.4.1.5.4 Winter Meetings.** Annually, the Advisory Committees shall meet separately and jointly in January or February at a location designated by the Board.

**2.4.1.5.5 Spring Meetings.** This regular annual Conference business meeting of the FARs, ADs, SWAs, and up to five student-athletes (autonomy student-athlete representatives, the SAAC chair, and the SAAC vice-chair) shall be held in May at a location designated by the Board.

**2.4.1.6** The Board may request that one or more Advisory Committees perform duties or make recommendations acting as separate Advisory Committees or jointly, as determined by the Board.

## 2.4.2 Standing Committees.

The Board has established the standing committees set forth in Section 2.4.2.4 (collectively, the "Standing Committees"). See Appendix 2-2 for current membership of the Standing Committees. At any time, the Board may constitute new Standing Committees, dissolve existing Standing Committees, or change the mission, scope of authority or composition of any Standing Committee (or subcommittee thereof).

**2.4.2.1 Standing Committee Reporting.** Each Standing Committee shall report to the Board (or if designated by the Board, the Executive Committee). The Board shall also have the right to delegate oversight of any Standing Committee to the Commissioner or other designated Conference stakeholders (e.g., athletics directors, faculty athletics representatives or senior woman administrators). No Standing Committee shall be authorized to act on behalf of the Board unless the Board expressly delegates such authority to such Standing Committee.

**2.4.2.2 Standing Committee Composition, Terms and Vacancies.** All members of Standing Committees shall be appointed (and may be removed) in accordance with Section 1.5.4 of the Constitution. Unless otherwise determined by the Board, the Commissioner shall be an ex-officio, non-voting member of all Standing Committees. The term that each Standing Committee member shall serve shall be as set forth in Section 1.5.4.2 of the Constitution; provided that the term of any student-athlete appointed to serve on a Standing Committee shall be one (1) year, beginning on July 1 and ending on June 30. Vacancies on any Standing Committee shall be filled as set forth in Section 1.5.4.2 of the Constitution.

**2.4.2.3 Standing Committee Meetings.** All Standing Committees will meet via telephone conference call or in-person at least one time each academic year.

**2.4.2.4 Mission and Composition of Standing Committees.**

2.4.2.4.1 Audit Committee.
a.      Mission: The Audit Committee shall recommend to the Board for approval the external audit firm to be employed by the Conference and meet annually with this firm to review the Conference audit and financial statements for the previous fiscal year, revise the Conference's internal controls with the auditors, and undertake such other actions as are customarily taken by Audit Committees. The committee makes recommendations, if needed, following this review to the Conference staff.
b.      Composition: Three (3) Directors who are not on the Finance Committee or the Executive Committee.

2.4.2.4.2 Autonomy Committee.
a.      Mission: The Autonomy Committee shall discuss priorities and concepts for autonomy legislation and report to the Board.
b.      Composition: Eighteen voting members consisting of one representative per Member and the three autonomy student-athlete voting representatives. There shall be no fewer than three Directors, three faculty athletics representatives, three athletics directors, and three senior woman administrators. Each Member will have one vote and each student-athlete will have one vote.
c.      Subcommittees: Autonomy Committee subcommittees shall be created on an ad hoc basis based on expertise needed for the committee's priorities and topics.

2.4.2.4.3 Finance Committee.
a.      Mission: The Finance Committee shall (i) collaborate with the Conference staff in the preparation of the annual ACC operating budget, (ii) make recommendations to the Board on investment of Conference assets, (iii) develop the Conference investment policy and review the performance of any investment managers employed to invest Conference assets, (iv) serve as the compensation committee for employees of the Conference other than the Commissioner (whose terms and conditions of employment shall be subject to Section 1.5.2.1), and (v) generally review topics associated with Conference revenues and expenditures. The Committee will recommend the proposed Conference operating budget for the upcoming fiscal year to the Board for approval at the Annual Meeting.
b.      Composition: Three (3) Directors who are not on the Audit Committee as voting members. The Treasurer shall serve as a non-voting, ex-officio member.

2.4.2.4.4 Infractions and Sportsmanship Review Committee.
a.      Mission: The Infractions and Sportsmanship Review Committee shall annually review all ACC and NCAA violations reported by Members. The committee does not investigate a case or provide additional penalties, but, rather, uses the information to identify trends and/or areas to focus rules education. The committee shall also review an annual report of all investigations and penalties under the sportsmanship principle.
b.      Composition: Fifteen voting members (one from each Member) consisting of faculty athletics representatives, athletics directors, and senior woman administrators.

2.4.2.4.5 <u>Legislation Committee</u>.

a.    Mission: The Legislation Committee shall provide leadership on the Conference's activities in the NCAA Council legislative cycle, including the sponsorship of proposals and development of feedback on proposals sponsored by another source. To the extent requested by the Board, the Legislation Committee shall provide input on proposed changes to the ACC Manual, including ensuring the Manual is accurately and clearly written.

b.    Composition: Nine voting members, including at least one faculty athletics representative, one athletics director, one senior woman administrator, and one student-athlete.

2.4.2.4.6 <u>Media Committee</u>.

a.    Mission: The Media Committee monitors and evaluates the Conference's relationships with its various television and digital media partners and offers feedback and recommendations to the Board for continual improvement.

b.    Composition: Fifteen voting members consisting of the AD from each Member. The chair of the FAR Committee and one SWA shall serve as ex-officio members.

2.4.2.4.7 <u>Nominating Committee</u>.

a.    Mission: The Nominating Committee shall nominate individuals from the Members to serve on select NCAA committees or governance groups. In making such nominations, the committee shall adhere to any diversity, inclusion and equity principles adopted by the Conference.

b.    Composition: Seven voting members, five of whom shall be the Commissioner, the athletics director at the immediate past Chair's institution, the senior woman administrator at the current Chair's institution and two FARs. The Deputy Commissioner – Chief of Internal Affairs (or if nobody holds such title, the Secretary) or such person's designee (if any) is an ex-officio, non-voting member.

2.4.2.4.8 <u>Student-Athlete Advisory Committee</u> ("<u>SAAC</u>").

a.    Mission: The Student-Athlete Advisory Committee, which represents diverse views and backgrounds of student-athletes, was established to serve as a medium of communication through which student-athletes, Conference administrators, Member representatives, NCAA representatives, and coaches discuss and take action on issues relating to rules and regulations, student-athlete welfare, and community service.

b.    Composition: Sixty student-athletes (four from each Member) as voting members. One faculty athletics representative and one senior woman administrator shall serve as ex-officio members.

**2.4.3 Sports Committees.**
The Board has established standing sports committees for each of the sports in which the Members participate (collectively, the "<u>Sports Committees</u>"). At any time, the Board may constitute new Sports Committees, dissolve or combine existing Sports Committees, or change the mission, scope of authority or composition of any Sports Committee (or sub-committee thereof).

**2.4.3.1 Sports Committee Reporting and Function.** Each Sports Committee shall report to the Board (or if designated by the Board, the Executive Committee). The Board shall also have the right to delegate oversight of any Sports Committee to the Commissioner or other designated

Conference stakeholders (e.g., athletics directors, faculty athletics representatives or senior woman administrators). Each Sports Committee shall also submit an annual report to the Board at least ten (10) days prior to the Annual Meeting. See <u>Appendix 2-3</u> for current membership of these committees.

**2.4.3.2 Sports Committee Composition**. Members of the Sports Committees shall be appointed pursuant to <u>Section 1.5.4</u> of the Constitution. It is contemplated that (a) the Football and Men's Basketball Sports Committees shall be composed of the athletics director from each Member with one designated as chairperson by the Board, (b) the Women's Basketball Sports Committee shall be composed of an athletics director or an assistant/associate athletics director of each Member with an athletics director of a Member designated as chairperson by the Board, (c) the president of the respective conference coaches' association shall serve as an ex-officio member of the Football, Men's Basketball and Women's Basketball Sports Committees along with faculty athletics representatives appointed by the Board, and (d) with respect to each Sports Committee other than Football, Men's Basketball and Women's Basketball, such Sports Committees (i) will include the head coach of the applicable sport from each Member, (ii) an athletics director or associate/assistant athletics director of a Member shall be designated by the Board as chairperson of such Sports Committee, and (iii) a vice chairperson of such Sports Committee shall be designated by the Board; provided that if an SWA is not appointed as chair or vice-chair of such Sports Committee by the Board, the Board may appoint an SWA as an ex-officio member. One diving coach shall be appointed as an ex-officio non-voting member of the Men's and Women's Swimming & Diving Committee. Unless otherwise determined by the Board, the Commissioner shall be an ex-officio non-voting member of all Sports Committees.

**2.4.3.3 Sports Committee Terms and Vacancies.** The terms that each Sports Committee member shall serve shall be as set forth in <u>Section 1.5.4.2</u> of the Constitution. Vacancies on any Sports Committee shall be filled as set forth in <u>Section 1.5.4.2</u> of the Constitution.

**2.4.3.4 Sports Committee Meetings.** Unless otherwise provided in the Sports Operation Code, each Sports Committee shall meet at least once per year at a location determined by such Sports Committee or by telephone, depending on the nature of the business.

**2.4.3.5 Committee Chair Responsibilities.** Unless otherwise determined by the Board, the responsibilities for each chairperson of any Sports Committee shall include the following:

a.   Be present at all committee meetings or participate on all committee conference calls.
b.   Preside over and conduct all committee meetings with the Conference liaison.
c.   Facilitate and mediate discussion arising from agenda items.
d.   Be present at the championship site for the pre-championship meeting and throughout the duration of the championship.
e.   Serve as chair of the Protest Committee.
f.   Address committee issues during the senior woman administrator meetings or with your respective senior woman administrator to be discussed at the annual senior woman administrator's meeting.
g.   Assist with selecting a vice-chair when necessary.
h.   Assist the Conference liaison with various logistical, operational, and administrative issues that may arise at the championship.
i.   Provide the committee with Conference and/or national perspective.

**2.4.3.6 Committee Vice-Chair Responsibilities.** Unless otherwise determined by the Board, the responsibilities for each vice chairperson of any Sports Committee shall include the following:

a.   Be present at all committee meetings or participate on all committee conference calls.
b.   Assist with the conduct of all committee meetings and preside over in the absence of the committee chair.
c.   Assist with mediating discussion arising from agenda items.
d.   Be present at the championship site for the pre-championship meeting and throughout the duration of the championship.
e.   Serve as vice-chair of the Protest Committee, if applicable.
f.   Assist the Conference liaison with various logistical, operational, and administrative issues that may arise at the championship.

**2.4.3.7 Committee Senior Woman Administrator Ex-Officio Member Responsibilities.** Unless otherwise determined by the Board, the responsibilities for each senior woman administrator ex-officio member of any Sports Committee shall include the following:

a.   Be present at all committee meetings or participate on all committee conference calls, if possible.
b.   Assist with the conduct of all committee meetings and preside over in the absence of the committee chair.
c.   Assist with mediating discussion arising from agenda items.
d.   Be present at the championship site for the pre-championship meeting and throughout the duration of the championship.
e.   Serve as vice-chair of the Protest Committee, if applicable.
f.   Assist the Conference liaison with various logistical, operational, and administrative issues that may arise at the championship.
g.   Assist the Conference liaison with presentation of recommendations of the sport committee to the Senior Woman Administrators.

## 2.5 FINANCES

**2.5.1 Conference Budget.**

**2.5.1.1 Budget Preparation and Review**. The Commissioner shall, with the assistance of the Conference staff and in consultation with the AD Committee, prepare the proposed annual operating budget for each fiscal year of the Conference. The Commissioner shall submit a draft operating budget to the Finance Committee for consideration and review on or before the March 15th immediately prior to the Annual Meeting. The Finance Committee shall review the proposed budget and, after making any changes to such budget that it deems necessary, shall submit the proposed budget to the Board for approval on or before the April 1st immediately prior to the Annual Meeting.

**2.5.1.2 Board Approval**. At the Annual Meeting, the Board shall consider and approve a Conference operating budget for the following fiscal year, which need not be in the form submitted by the Finance Committee. No change may be made to the approved budget without Board approval.

**2.5.1.3 Reporting**. With the assistance of the Conference staff, the Commissioner shall periodically provide the Finance Committee with reports comparing the budgeted and actual expenditures and revenues for the current fiscal year.

## 2.5.2 Distribution of General Revenue.

The Conference shall distribute its net revenue, including but not limited to revenue from television receipts, Conference championships, participation in preseason or postseason competition, and interest from Conference funds on deposit, according to the provisions set forth in this Article 2.5.

Before distributing any net revenue to the Members, the Conference shall deduct such reserves as may be determined by the Board from time to time in accordance with Section 2.5.3. Unless otherwise specified in these Bylaws (including in Section 2.12) or any agreement to which the Conference is a party, after deducting such reserves, the remainder of the Conference net revenue shall be divided equally among the Members and distributed in one or more installments and in equal shares to each Member by June 1, or the first business day following June 1 or such other date as determined by the Board, in accordance with the distribution plan approved annually by the Board.

If the Board determines at any time that the Conference does not have sufficient funds to pay its costs, expenses, and liabilities, then the Board shall have the authority to make assessments on the Members on a pro rata basis sufficient to pay such costs, expenses, and liabilities, and each Member shall be required to pay its pro rata assessment.

## 2.5.3 Conference Reserves.

The Board of Directors may establish such reserves at it may determine appropriate from time to time and may fund such reserves from Conference revenues and assets and establish the form of such reserves (which may be in the form of reserve accounts or other assets) in the manner that the Board of Directors determines to be appropriate. Unless the budget approved by the Board authorizes the use of a specified amount of such reserve funds, any use of such reserve funds shall require Board approval.

## 2.5.4 Employee Insurance.

Without limiting Section 2.11.4.6, the Conference shall be insured against dishonesty and theft by the Commissioner and any Conference employee, and the cost of the insurance shall be paid from Conference funds.

## 2.5.5 Distribution of NCAA Funds.

All funds distributed by the NCAA from the Grant-In-Aid, Sports Sponsorship, Academic Enhancement, and Academic Performance Funds will be received by the Conference and divided equally among the Members. Funds distributed by the NCAA from the Student Assistance Fund (Special Assistance Fund and Student-Athlete Opportunity Fund) will be received by the Conference and distributed to each Member based on the qualified amount.

## 2.5.6 Distribution of Revenue from the NCAA Men's Basketball Championship.

All receipts from the NCAA Equal Conference Fund and Basketball Performance Fund will be divided equally among the Members after allowance payments to the participating men's and women's teams (Sections 3.3.3 and 3.4.3) and expenses.

## 2.5.7 Distribution of Revenue from the National Invitational Tournaments.

All receipts from participation in the preseason or the postseason National Invitational Tournaments will be distributed to the respective participating Member.

**2.5.8 Distribution of Revenue from Postseason Football Games.**
All receipts from bowl revenue will be divided equally among the Members after payment of bowl expenses, bowl allowances, and ticket obligations are subtracted from the total bowl revenue (Section 3.8.5).

**2.5.9 Payment of Expenses.**
The Conference may adopt an expense reimbursement policy approved by the Board that, among other things, may govern the Conference's reimbursement of expenses related to attendance at Committee meetings.

## 2.6 RULES OF ELIGIBILITY APPLICABLE TO ALL SPORTS

**2.6.1 Conference Initial-Eligibility Rule.**
A nonqualifier whose first full-time collegiate enrollment occurs at a Member shall not be eligible for competition, practice, or athletically related financial aid at any Member. On an annual basis, a Member may permit a maximum of four nonqualifiers (two in men's sports and two in women's sports with no more than one in any single sport) who have been granted a partial waiver by the NCAA Initial-Eligibility Waivers Committee permitting them to receive athletic aid and/or practice per NCAA rules and whose first full-time collegiate enrollment occurs at a Member.

> **2.6.1.1 Male Practice Player Exception.** Male practice players are exempt from the conference initial-eligibility rule provided the student meets NCAA eligibility requirements.

> **2.6.1.2 Waivers.** Upon written application and good cause shown, the FAR Committee shall have the authority to grant exceptions to this rule based on objective evidence that demonstrates circumstances which warrant the waiver of the normal application of this rule (e.g., the student's overall academic record, whether the student was recruited by the institution). A written summary of the FAR Committee's decision will be distributed to all Members and kept on file in the Conference office.

**2.6.2 Medical Hardship Waivers.**
The Office of the Commissioner has the authority to administer all requests for medical hardship waivers per NCAA legislation. Members should submit such waiver requests on a form prescribed by the Conference office. All waiver requests received by the Conference should be complete upon submission and contain all the necessary and required NCAA and Conference documentation. Any appeal of a decision by the Office of the Commissioner regarding a medical hardship waiver will be forwarded to and administered by the NCAA in accordance with NCAA policies.

**2.6.3 Eligibility.**

> **2.6.3.1 Eligibility Certification.** It is the responsibility of each Member to certify its student-athletes in accordance with all applicable Conference and NCAA eligibility requirements prior to allowing the student-athlete to represent the Member in intercollegiate competition.

> **2.6.3.2 Forfeiture of Games.** When a player is found to be ineligible for intercollegiate athletics, all athletic contests in which the student-athlete has participated, after the date of the act or conditions which rendered the individual ineligible, may be forfeited to the respective opposing team or teams, and any individual championships may be forfeited.

## 2.7 ASSIGNING OFFICIALS

The Conference office shall be responsible for the assignment of officials in the following sports: baseball, men's and women's basketball, field hockey, football, women's lacrosse, men's and women's soccer, softball, men's and women's tennis, volleyball, and wrestling. In no event shall officials be employees of the Conference.

## 2.8 ENFORCEMENT PROCEDURES

### 2.8.1 Alleged Violations.

The Commissioner may receive and investigate reports of alleged violations of rules and regulations of the Conference and of the NCAA and may interpret and rule upon such.

In order to prevent escalation of intraconference problems and continuation of violations, the following procedures are required:

a.   A Member shall communicate to the Conference office potential NCAA violations that might result in student-athlete ineligibility and generate media exposure. Further, a Member shall communicate potential violations of NCAA rules when it is reasonable to conclude that the potential violations might be Level I or II in nature (e.g., NCAA interview conducted). Such communication should be directed to the Commissioner (or his or her designee) in a timely manner and ultimately shall also include the resolution of the matter once complete.

b.   An inquiry or report of alleged violations by a Member should be sent from a senior level athletics administrator or compliance director from the Member making the allegation to a senior level athletics administrator or compliance director at the Member against which the allegation is made. In addition, the Member making the allegation should notify the Conference office. If the above option is followed, the Member making the allegation is considered party to any investigation and shall receive subsequent information as outlined in (e) below. A Member may also use the Conference's compliance staff to communicate allegations from one Member to another; however, in this instance, the Member is not considered party to any investigation and shall not receive subsequent information. In either case, all findings should be reported to the Commissioner.

c.   The Member against which the allegation is made should consult with the Conference to procure advice and guidance in how to conduct the investigation but should not rely on the Conference to assist in the actual investigation.

d.   Only the Member which made the allegation shall receive periodic progress reports throughout the investigation along with a final report at the conclusion of the investigation. That Member, shall not, however, release any information it receives to any other institution or entity. Violations of this will result in forfeiture of any subsequent information regarding the investigation or other sanctions.

e.   Once the investigation has concluded, the Member shall report its findings and, if applicable, any action taken to the Conference and/or NCAA. After any decision or determination by the Conference and/or NCAA, only the Member which made the allegation shall receive a final report that shall include the following:

1)   Facts of the case as discovered through the investigation;

2)      Findings based upon the facts presented; and
3)      Action and/or penalties taken.

### 2.8.2 Investigations.

The Commissioner is the principal enforcement officer of the Conference rules and regulations but shall not undertake significant investigative responsibilities except in a supervisory capacity. Upon the request of the athletics director or faculty athletics representative of any Member showing reasonable grounds or upon the Commissioner's own initiative, the Commissioner shall initiate such investigation as may be necessary to determine whether there has been a violation. As part of such an investigation, the Conference office should assist the Member in:

a.     Determining how the potential violation may be classified by the NCAA Enforcement staff (e.g., Level I, II, III);
b.     Identifying any mitigating circumstances;
c.     Determining the appropriate institutional action(s) that should be taken to remedy the situation;
d.     Determining appropriate penalties that would likely be accepted by the Enforcement staff, the NCAA Committee on Infractions, the NCAA Student-Athlete Reinstatement staff, or the NCAA Student-Athlete Reinstatement Committee;
e.     Processing Level III violations through the process established by the Enforcement staff;
f.     Processing Level I and Level II violations through summary disposition, or Committee on Infractions; or
g.     Processing eligibility appeals through the NCAA-Student-Athlete Reinstatement staff or the NCAA Student-Athlete Reinstatement Committee.

### 2.8.3 Hearings.

If the investigation reveals that a violation may exist, the Commissioner shall inform the CEO, the faculty athletics representative, and the athletics director of the involved Member, and afford an opportunity to be heard.

The Commissioner may elect to hear those cases deemed to be Level III in nature. Such hearing may be conducted by a designee of the Commissioner. If, after a hearing or failure of a Member to appear for a hearing, the Commissioner concludes there is a violation, the Commissioner is empowered to impose penalties such as, but not limited to, those listed in Appendix 2-5.

All other cases will be heard by the Executive Committee or a subcommittee of the Executive Committee or special Committee established by the Executive Committee for such purpose, which special Committee need not include Executive Committee members. That body shall have the same power as the Commissioner to impose penalties. No representative of the Member for whom the hearing is being held shall have membership on the hearing body. The Member and any employee or student-athlete involved in the case shall have an opportunity to be heard and to be represented by legal counsel. The decision of the hearing body must be rendered within one week after the hearing.

### 2.8.4. Unsportsmanlike Conduct.

The Commissioner is authorized to investigate cases involving unsportsmanlike conduct of coaches, institutional officials or participants on teams representing a Member and, if sufficient evidence is found that they have been guilty of unsportsmanlike conduct, the Commissioner is authorized to impose such penalties as in his judgment the case warrants. (See Bylaws 2.1 – Sportsmanship Principle)

### 2.8.5 Penalties.

Penalties imposed by the Commissioner shall become effective immediately and shall remain in effect until and unless set aside by the Conference on appeal.

**2.8.6 Enforcement Reports.**
The Commissioner shall, upon request, report to the Board in executive session the results of any investigations into violations of Conference rules and regulations.

## 2.9 APPEALS

**2.9.1 Appeal Procedures.**
The decision of the Commissioner or the Executive Committee in any proceedings under Bylaws Article 2.8 may be appealed. Such appeal must be made by the Member involved within 14 days after receiving, by registered mail or nationally recognized overnight delivery service, the notice of such action. Appeals from decisions about interpretations or violations of the Conference rules and regulations, or penalties imposed under these rules, shall be made to the Board or the Executive Committee (as applicable) through the Chair.

a.   Final appeal of a decision made by the Commissioner (or any subcommittee or special committee appointed by the Executive Committee) normally is heard by the Executive Committee; however, at the request of the appealing Member, the Board will hear the appeal in lieu of the Executive Committee. If the Executive Committee hears the appeal, the Executive Committee's decision may not be further appealed to the Board.

b.   Final appeal of an initial decision made by the Executive Committee will be heard by the Board.

c.   The committee hearing the appeal may, if it so chooses, modify the decision as to guilt and/or penalty but may not increase the penalty.

d.   Appeals shall be limited in scope and will not constitute a new complete hearing of the case. Notice of appeal shall state specifically the findings of violations or penalties or both on which the appeal is being made and the reasons why those items are being appealed.

**2.9.2 Appellate Decision.**
The decision as to the appeal shall be rendered only after affording any Member, employee, or student-athlete involved in the appealed portion of the case an opportunity to be heard and to be represented by legal counsel and must be rendered within a reasonable time after the hearing of the appeal. Such decision is final and is not subject to further appeal except under provision of Section 2.9.3 (New Evidence or Prejudicial Error).

**2.9.3 New Evidence or Prejudicial Error.**
The Executive Committee or the Board, as applicable, shall consider a request to reopen a case upon receipt of new evidence of fact or of prejudicial error in the hearing or appeals procedure. A decision not to reopen a case is not subject to further appeal.

## 2.10 MEDIA RIGHTS POLICY

[Note: See Section 2.12 of these Bylaws for provisions regarding the University of Notre Dame.]

**2.10.1 Grant of Rights**. The Members have granted to the Conference the right to exploit certain media and related rights of the Members (such rights, the "Media Rights"; and the agreement pursuant to which the Members granted such rights, the "Grant of Rights").

**2.10.2 Revenues from Media Rights.**
Unless otherwise determined by the Board, all revenues from the sale, licensing, distribution, and other exploitation of the Media Rights shall be deposited with the Conference.

**2.10.3 Conference Media Rights Agreements.**
The Commissioner shall negotiate all contracts and agreements for the sale, licensing, distribution, and other exploitation of the Media Rights on behalf of the Conference as provided in Section 2.3.1(q); provided that any Material Media Rights Agreement shall require the approval of two-thirds (2/3) of the Directors and all other Media Rights agreements shall be subject to approval by the Executive Committee. The Media Committee established pursuant to Section 2.4.2 shall assist the Commissioner in the negotiation and evaluation of the Conference's Media Rights agreements and shall make a recommendation to the Board with respect to any Media Rights agreement requiring Board approval.

**2.10.4 Conflict Games.**
Subject to the terms of this Section 2.10.4, no Member shall participate in any game that will conflict with the terms of any Conference Media Rights agreement or any of the Conference's rights or obligations thereunder. To the extent any Member is invited to participate in a football or men's basketball game that will be distributed or otherwise exploited in conflict with any football or men's basketball game that is or may be subject to any Conference Media Rights agreement ("Conflict Game"), and such Member wishes to participate in such Conflict Game, the Member shall promptly refer the matter to the Commissioner for his or her prior written approval. Unless the Commissioner grants such approval, the Member shall be prohibited from participating in such Conflict Game.

**2.10.5 Member Rights.**
Notwithstanding Section 2.10.3, but only to the extent permitted by the Conference's Media Rights agreements, each Member shall retain such rights that are expressly retained by the Members under the Grant of Rights and any other rights that the Board may from time to time determine may be exploited by the Members.

**2.10.6 Revenues from Non-Package Games.**
Unless otherwise determined by the Board, all revenues derived from the exploitation by any Member of its football games and basketball games that are not included in or selected for distribution as part of any Conference Media Rights agreement ("Non-Package Games") shall be deposited with the Conference.

**2.10.7 Conference Non-Package Contracts.**
In appropriate circumstances determined by the Board, the Commissioner's office may negotiate television contracts for events that are not part of any Conference Media Rights agreement. However, any such contracts shall be subject to the approval of the Board.

**2.10.8 Rights Fee for Non-Package Games.**
The Board may establish a rights fee for the exploitation of any Non-Package Game.

**2.10.9 Distribution of Revenues.**
The revenues derived under Section 2.10.2 (Revenues From Media Rights) and Section 2.10.6 (Revenues From Non-Package Games) resulting from the ACC-ESPN Multimedia Agreement and the ACC-ESPN Network Agreement shall be divided equally among the Members in accordance with Section 2.5.2, unless otherwise provided in these Bylaws (see Section 2.12).

## 2.11 GENERAL REGULATIONS

**2.11.1 Booster Organization.**
The athletics director shall serve as a board member of the Member's athletics booster (fundraising) organization where one exists, and the employees of that organization shall be directly responsible to the athletics director or the person to whom the athletics director reports.

**2.11.2 Annual Institutional Certification.**
A Member shall not be eligible to enter a team or individual competitors in a Conference championship unless its governing board makes an annual institutional certification, on a form approved by the Conference office, attesting that:

a.   Responsibility for the administration of the athletics program has been delegated to the CEO of the Member.

b.   The chief executive officer has the mandate and support of the board to operate a program of integrity in full compliance with NCAA, Conference and all other relevant rules and regulations.

c.   The chief executive officer, in consultation with the faculty athletics representative and the athletics director, determines how the institutional vote shall be cast on issues of athletics policy presented to the NCAA and the Conference.

**2.11.3 Nonprofit Operating Principles.**

   **2.11.3.1 Inurement of Income.** No part of the net earnings of the organization shall inure to the benefit of or be distributable to its members, trustees, officers, or other private persons except that the organization shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth herein above.

   **2.11.3.2 Legislative or Political Activities.** No substantial part of the activities of the organization shall be the carrying on of propaganda or otherwise attempting to influence legislation by legal, governmental agencies, and the organization shall not participate in or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office.

   **2.11.3.3 Operation Limitations.** Notwithstanding any other provisions of these articles, the organization shall not carry on any other activities not permitted to be carried on (a) by an organization exempt from Federal Income Tax under Section 501(c) of the Internal Revenue Code of 1986 (or the corresponding provisions of any future United States Revenue Law), or (b) by an organization, contributions to which are deductible under Section 170(c) of the Internal Revenue Code of 1986 (or other corresponding provisions of any future United States Internal Revenue Law).

   **2.11.3.4 Dissolution Clause.** Upon the dissolution of the Conference, the Board shall dispose of all the assets of the organization exclusively for the purpose of the organization in such manner, or to such organization or organizations organized and operated exclusively for charitable, educational, religious or scientific purposes as shall at the time qualify as an exempt organization or organizations under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provisions of any future United States Internal Revenue Law), as the Board shall determine. Any of such assets not so disposed of shall be disposed of by the state court of

jurisdiction in which the principal office of the organization is then located, exclusively for such purposes or to such organization or organizations as said court shall determine which are organized and operated exclusively for such purposes.

**2.11.4 Indemnification.**

**2.11.4.1 Indemnification.** To the fullest extent permitted under applicable law, the Conference shall defend, indemnify and hold harmless each Director, each officer of the Conference and each member of the Executive Committee and other Committees solely in his or her capacity as such (each a "Covered Person") for any loss, liability, damage, claim or expense (including reasonable attorneys' fees and costs) (collectively, "Losses") reasonably incurred by such Covered Person as a result of any third-party action, suit or proceeding, whether civil, criminal, administrative or investigative (each, a "Proceeding"), to which such Covered Person is made a party or threatened to be made a party, in each case, by reason of any act or omission performed or omitted by such Covered Person in such capacity in good faith on behalf of the Conference and in a manner reasonably believed to be within the scope of authority conferred on such Covered Person explicitly under the Constitution or these Bylaws or otherwise by the Board pursuant to the Constitution or these Bylaws; provided that no Covered Person shall be entitled to be indemnified in respect of any Losses incurred by such Covered Person by reason of such Covered Person's gross negligence or willful misconduct with respect to such acts or omissions. The indemnification described in this Section 2.11.4.1 shall continue as to a Covered Person who has ceased to be a Director, officer of the Conference or member of the Executive Committee or other Committee, and shall inure to the benefit of such Covered Person's heirs, executors and administrators; provided, however, that, except as provided in Section 2.11.4.3 hereof with respect to Proceedings to enforce rights to indemnification, the Conference shall indemnify any such Covered Person in connection with a Proceeding (or part thereof) initiated by such Covered Person only if such Proceeding (or part thereof) was duly authorized by the Board. Any obligation under this Section 2.11.4.1 shall be provided out of and to the extent of the Conference's assets only, and no Member or other Covered Person shall have any personal liability for any indemnification obligation.

**2.11.4.2 Expenses.** The right to indemnification conferred in Section 2.11.4.1 above shall be a contract right and such right may include the right to be paid by the Conference the expenses incurred in defending any such Proceeding in advance of its final disposition (an "Advancement of Expenses"), but only to the extent set forth in policies and contracts approved by the Board from time to time and, unless modified by any such policies or contracts, subject to an undertaking by the Covered Person to repay any Advancement of Expenses upon demand by the Conference if the Conference reasonably determines that the Covered Person has not met the applicable standard for indemnification.

**2.11.4.3 Right of Covered Person to Bring Suit.** If a claim under either of Sections 2.11.4.1 or, if applicable, 2.11.4.2 hereof is not paid in full by the Conference within 120 days after a written claim has been received by the Conference, the Covered Person may at any time thereafter bring suit against the Conference to recover the unpaid amount of the claim. If such Covered Person substantially prevails in any such suit or in a suit brought by the Conference to recover an Advancement of Expenses pursuant to the terms of an undertaking delivered to the Conference by or on behalf of such Covered Person, then in each case, the Covered Person shall also be entitled to be paid the reasonable expenses of prosecuting or defending such suit. In any suit brought by the Covered Person to enforce a right to indemnification hereunder (including in a suit

brought by the Covered Person to enforce a right to an Advancement of Expenses) it shall be a defense that the Covered Person has not met the applicable standard for indemnification. Without limiting any other rights it may have under policies and contracts approved by the Board, if the Conference substantially prevails in any suit by a Covered Person seeking indemnification or an Advancement of Expenses or in a suit by the Conference seeking recovery (in whole or in part) of an Advancement of Expenses pursuant to the terms of an undertaking to repay the Conference, the Conference shall be entitled to recover its reasonable expense of defending or prosecuting such suit.

**2.11.4.4 Notice of Proceedings.** Promptly after receipt by a Covered Person of notice of the commencement of any Proceeding against such Covered Person, such Covered Person shall, if a claim for indemnification in respect thereof is to be made against the Conference, give prompt written notice to the Board and the Commissioner of the commencement of such Proceeding; provided, however, that the failure of a Covered Person to give notice as provided herein shall not relieve the Conference of its obligations under either of Sections 2.11.4.1 or 2.11.4.2, except (a) to the extent that the Conference's ability to defend the Proceeding is actually prejudiced by such failure and (b) that the Conference shall not be obligated to reimburse any expenses (including attorneys' fees and costs) incurred prior to the date such notice is received. If any such Proceeding is brought against a Covered Person (other than a Proceeding by or in the right of the Conference), then the Conference shall be entitled, upon notice to the Covered Person, to assume the defense of such Proceeding with counsel selected by the Conference; provided, however, that the Covered Person shall be entitled to participate in such Proceeding and to retain its own counsel at his or her own expense. Once the Conference gives notice to the Covered Person that it will assume the defense of such Proceeding, the Conference will not be liable for expenses subsequently incurred by such Covered Person in connection with the defense thereof. Without the consent of such Covered Person, the Conference will not consent to the entry of any judgment or enter into any settlement that does not include as a term thereof the giving by the claimant or plaintiff to such Covered Person of a release from all liability arising out of the Proceeding and claims asserted therein.

**2.11.4.5 Non-Exclusivity of Rights.** The rights to indemnification and to the Advancement of Expenses conferred in this Section 2.11.4 shall not be exclusive of any other right which any person may have or hereafter acquire under applicable law or under any agreement that refers to and expressly supersedes this Section 2.11.4.

**2.11.4.6 Insurance.** The Conference may maintain insurance, at its expense, to protect itself and any Covered Person, employee or agent of the Conference or another corporation, partnership, joint venture, trust, or other enterprise against any Losses, whether or not the Conference would have the power to indemnify such person against such expense, liability, or Loss under applicable law. The Conference shall use commercially reasonable efforts to obtain and maintain a customary directors and officers insurance policy on commercially reasonable terms.

**2.11.4.7 Indemnification of Employees and Agents of the Conference.** The Conference may, to the extent authorized from time to time by the Board, grant rights to indemnification, and to the Advancement of Expenses, to any employee or agent of the Conference to the same extent granted to Covered Persons under this Section 2.11.4 (or to such lesser extent as the Board shall determine).

**2.11.4.8 Limitation on Certain Damages.** Notwithstanding anything to the contrary in these Bylaws, no claim may be made for indemnification under this <u>Section 2.11.4</u> by a Covered Person, and the term "Losses" shall not include, any special, indirect, consequential, exemplary, incidental or punitive damages, in respect of any claim for breach of contract, misrepresentation, breach of warranty, indemnification or other allegation of Losses or any other theory of liability arising out of or related to the Constitution or these Bylaws; provided that the foregoing limitation shall not apply to any indemnification obligation under this <u>Section 2.11.4</u> in connection with a third-party claim in which any such special, indirect, consequential, exemplary, incidental or punitive damages are payable by any Covered Person to a third party (as finally determined by a court of competent jurisdiction, which determination is not subject to review or appeal).

**2.11.5 Interpretation.** Terms for which meanings are defined in the Constitution and these Bylaws shall apply equally to the singular and plural forms of the terms defined. Whenever the context may require, any pronoun shall include the corresponding masculine and feminine forms. Whenever used in any provision of the Constitution or these Bylaws, the term "including" means including but without limiting the generality of any description preceding or succeeding such term. Each reference to a person or entity shall include a reference to the successors and permitted assigns of such person or entity. All references to "articles," "sections" or "appendices" shall be references to the articles, sections and appendices to the Constitution and these Bylaws, as amended, modified, supplemented, or restated from time to time. All references to the "Constitution" and these "Bylaws" shall include all such articles, sections, and appendices. Unless otherwise specified, all references to any other agreement shall mean such agreement, as it may be amended, modified, supplemented, or restated from time to time.

## 2.12 UNIVERSITY OF NOTRE DAME MEMBERSHIP

Notwithstanding any other provision of the Constitution, these Bylaws, the Committee structure, Sports Operation Code, or General Policies and Procedures of the Conference:

a.   The University of Notre Dame's football team shall neither compete with the football teams of the other Members for the Conference championship nor participate in the ACC Football Championship Game. Any game between the University of Notre Dame football team and a football team from another Member shall be considered a non-Conference game. Such games will be covered by the ACC-Notre Dame Football Competition Agreement. Rules, Polices, and Procedures of the Conference that have specific application to football will not apply to the University of Notre Dame's football team, unless otherwise specifically provided.

b.   The University of Notre Dame shall be entitled to retain all media and broadcast rights and revenues associated with its football and ice hockey teams, including rights and revenues related to its participation in Postseason Football Games.

c.   No representatives of the University of Notre Dame shall serve on any Committee dealing solely with football.

d.   Representatives of the University of Notre Dame serving on the Board, the Executive Committee or other Committees shall recuse themselves from voting on or participating in – and if asked shall leave the room during – the discussion of matters specifically relating to football, including media and broadcast rights relating to football, and such representatives shall not be considered in determining whether a quorum is present for any such vote.

e.    The University of Notre Dame shall not participate in any allocation or distribution of Conference revenues attributable to football media or broadcast rights. For purposes of this provision, eighty percent (80%) of total media and broadcast right revenues of the Conference in any particular fiscal year, after determination of amounts reserved or used for Conference office expenses, shall be deemed to be attributable to football, and the remaining twenty percent (20%) of such revenues shall be deemed to be attributable to other sports.

f.    The University of Notre Dame shall be entitled to retain all revenue from its participation in a College Football Playoff (CFP) game or in the Orange Bowl and shall not receive any expense reimbursement from the Conference for such games or participate in the allocation or distribution of any revenues relating to the participation of any other Member in such games.

g.    The University of Notre Dame shall participate in expense reimbursement and revenue distribution, with respect to its participation in a Postseason Football Game, other than a CFP game or the Orange Bowl, under the same terms and conditions as any other Member.

## APPENDIX 2-1 ADVISORY COMMITTEE ROSTERS

**FAR Committee**

Tricia Bellia ..................................................................................University of Notre Dame, chair
Bob Murphy .............................................................................................................Boston College
Antonis Katsiyannis ...........................................................................................Clemson University
Linda Franzoni.........................................................................................................Duke University
Mike Brady ................................................................................................. Florida State University
Jenna Jordan .............................................................................Georgia Institute of Technology
Krista Wallace-Boaz.............................................................................. University of Louisville
Marvin Dawkins...............................................................................................University of Miami
Lissa Broome .....................................................................................University of North Carolina
Joel Pawlak ............................................................................... North Carolina State University
Sheila Vélez Martínez ..............................................................................University of Pittsburgh
Rick Burton ................................................................................................ Syracuse University
Carrie Heilman.......................................................................................... University of Virginia
Jennifer Irish................................................................ Virginia Polytechnic Institute & State University
Peter Brubaker...........................................................................................Wake Forest University

Staff Liaisons:              Brad Hostetter...............................................................Deputy Commissioner
                             Matt Burgemeister ..................................................Associate Commissioner

**AD Committee**

Heather Lyke..................................................................................University of Pittsburgh, chair
Blake James.............................................................................................................Boston College
Graham Neff.......................................................................................................Clemson University
Nina King ................................................................................................................. Duke University
Michael Alford ........................................................................................... Florida State University
Todd Stansbury ............................................................................Georgia Institute of Technology
Josh Heird ............................................................................................... University of Louisville
Dan Radakovich ...............................................................................................University of Miami
Bubba Cunningham ......................................................................University of North Carolina
Boo Corrigan.................................................................................. North Carolina State University
Jack Swarbrick...............................................................................University of Notre Dame
John Wildhack............................................................................................ Syracuse University
Carla Williams ......................................................................................... University of Virginia
Whit Babcock ........................................................ Virginia Polytechnic Institute & State University
John Currie ...........................................................................................Wake Forest University

Staff Liaisons:              James J. Phillips.......................................................................Commissioner
                             Ben Tario.......................................................................Deputy Commissioner

**SWA Committee**

| | |
|---|---|
| Michelle Lee | North Carolina State University, chair |
| Shauna Cobb | Boston College |
| Stephanie Ellison-Johnson | Clemson University |
| Heather Ryan | Duke University |
| Alycia Varytimidis | Florida State University |
| Joeleen Akin | Georgia Institute of Technology |
| Amy Calabrese | University of Louisville |
| Jennifer Strawley | University of Miami |
| Marielle vanGelder | University of North Carolina |
| Missy Conboy | University of Notre Dame |
| Jennifer Tuscano | University of Pittsburgh |
| Kirsten Elleby | Syracuse University |
| Kim Record | University of Virginia |
| Reyna Gilbert-Lowry | Virginia Polytechnic Institute & State University |
| Lindsey Babcock | Wake Forest University |

| | | |
|---|---|---|
| Staff Liaisons: | Jessica Rippey | Senior Associate Commissioner |
| | Brandon Neff | Assistant Commissioner |
| | TBD | Director |
| | Jared Romance | Assistant Director |
| | Jas Palmer | Assistant Director |

## APPENDIX 2-2 STANDING COMMITTEE ROSTERS

Committee members listed with an asterisk (*) are currently serving their second three-year term and cannot be reappointed.

### Audit Committee

Ángel Cabrera (2024) ............................................................................ Georgia Institute of Technology, chair
Fr. John Jenkins (2024) ............................................................................................ University of Notre Dame
Kent D. Syverud (2024) ........................................................................................................ Syracuse University

Staff Liaison:              Ben Tario ...................................................................... Deputy Commissioner

### Autonomy Committee

Julio Frenk (2024) ................................................................................................... University of Miami, chair
TBD ............................................................................................................................................ Boston College
James P. Clements (2024) .............................................................................................. Clemson University
Heather Ryan (2023) ............................................................................................................... Duke University
Mike Brady (2024) .......................................................................................................... Florida State University
Joeleen Akin (2023*) ................................................................................. Georgia Institute of Technology
TBD ......................................................................................................................... University of Louisville
Marielle vanGelder (2025) ................................................................................... University of North Carolina
Joel Pawlak (2025) ........................................................................................... North Carolina State University
Fr. John Jenkins (2024) ................................................................................. University of Notre Dame, chair
Sheila Vélez Martínez (2024) ....................................................................................... University of Pittsburgh
Rick Burton (2024) ................................................................................................................... Syracuse University
Kim Record (2025) ............................................................................................................ University of Virginia
Whit Babcock (2024) ........................................................... Virginia Polytechnic Institute & State University
Peter Brubaker (2025) .................................................................................................... Wake Forest University

Staff Liaisons:              James J. Phillips ...................................................................... Commissioner
                             Brad Hostetter ............................................................. Deputy Commissioner

### Finance Committee

Timothy D. Sands (2024) .................................................... Virginia Polytechnic Institute & State University
Fr. William P. Leahy ..................................................................................................................... Boston College
Richard McCullough (2024) .................................................................................. Florida State University
Ben Tario ...................................................................................... Treasurer/Deputy Commissioner, ex-officio

### Infractions and Sportsmanship Review Committee

TBD ............................................................................................................................................ Boston College
Antonis Katsiyannis (2025) ............................................................................................. Clemson University
Linda Franzoni (2025) ............................................................................................................... Duke University
Mike Brady (2024) .......................................................................................................... Florida State University
Joeleen Akin (2023*) ................................................................................. Georgia Institute of Technology
Amy Calabrese (2023) ................................................................................................... University of Louisville

Marvin Dawkins (2024).....................................................................................University of Miami
Bubba Cunningham (2024*).................................................................University of North Carolina
Joel Pawlak (2024*) ............................................................................. North Carolina State University
Jack Swarbrick (2025).......................................................................University of Notre Dame
Jennifer Tuscano (2024*) ........................................................................University of Pittsburgh
Kirsten Elleby (2025)........................................................................................ Syracuse University
Carrie Heilman (2024*)........................................................................... University of Virginia
Reyna Gilbert-Lowry (2023)................................................ Virginia Polytechnic Institute & State University
Peter Brubaker (2025*).................................................................................Wake Forest University

Staff Liaisons:              Jessica Rippey ..........................................Senior Associate Commissioner
                             Matt Burgemeister ................................................Associate Commissioner
                             Marra Hvozdovic ...............................................................................Director


**Legislation Committee**
Carly Pariseau (2023) ...............................................................................................Boston College
Todd Mesibov (2024*)....................................................................................... Duke University
Lissa Broome (2023*)......................................................................University of North Carolina
Heather Lyke (2024*).......................................................................................University of Pittsburgh
Mark Wheeler (2024*)....................................................................................... Syracuse University
Derek Gwinn (2024) ............................................................ Virginia Polytechnic Institute & State University
Lindsey Babcock (2024)...............................................................................Wake Forest University

Staff Liaisons:              Matt Burgemeister ................................................Associate Commissioner
                             Marra Hvozdovic ...............................................................................Director


**Media Committee**
John Wildhack................................................................................Syracuse University, chair
Blake James...................................................................................................Boston College
Graham Neff ....................................................................................................Clemson University
Nina King .........................................................................................................Duke University
Michael Alford ....................................................................................... Florida State University
Todd Stansbury ...........................................................................Georgia Institute of Technology
Josh Heird .................................................................................... University of Louisville
Dan Radakovich ....................................................................................University of Miami
Bubba Cunningham .............................................................................University of North Carolina
Boo Corrigan.................................................................................. North Carolina State University
Jack Swarbrick .......................................................................................University of Notre Dame
Heather Lyke......................................................................................University of Pittsburgh
Carla Williams .................................................................................. University of Virginia
Whit Babcock ......................................................... Virginia Polytechnic Institute & State University
John Currie ....................................................................................Wake Forest University
Tricia Bellia (2023) (FAR Committee Chair)......................................... University of Notre Dame, ex-officio
Michelle Lee (2025) (Senior Woman Administrator)..................North Carolina State University, ex-officio

Staff Liaisons:              James J. Phillips.......................................................................Commissioner
                             Ben Tario.....................................................................Deputy Commissioner

Amy Yakola..................................................................Deputy Commissioner

**Nominating Committee**
Heather Ryan (2023)........................................................................................ Duke University
Joeleen Akin (2023)................................................................... Georgia Institute of Technology
Joel Pawlak (2024) ..................................................................... North Carolina State University
Chris Hoppe (2024)...............................................................................University of Pittsburgh
John Wildhack (2023)................................................................................... Syracuse University
Peter Brubaker (2024*)...............................................................................Wake Forest University
James J. Phillips.................................................................................................Commissioner
Brad Hostetter .......................................................................... Deputy Commissioner, ex-officio

Staff Liaison:          Matt Burgemeister .................................................Associate Commissioner

**Student-Athlete Advisory Committee**
Student-athlete terms are for one year; appointments will be made in August.
Krista Wallace-Boaz (2024).......................................................University of Louisville, ex-officio
Reyna Gilbert-Lowry (2023)...............................Virginia Polytechnic Institute & State University, ex-officio

Staff Liaisons:          TBD....................................................... Associate/Assistant Commissioner
                         Marra Hvozdovic ................................................................................Director

## APPENDIX 2-3 SPORT COMMITTEE ROSTERS

Committee members listed with an asterisk (*) are currently serving their second three-year term and cannot be reappointed.

### Baseball Committee

| | |
|---|---|
| Craig Anderson (2024) | University of Miami, chair |
| Kyle Young (2024*) | Clemson University, vice-chair |
| Ed Scott (2025) | University of Virginia, vice-chair |
| Michelle Lee (2025*) | North Carolina State University, ex-officio |
| James J. Phillips | Atlantic Coast Conference, ex-officio |

(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:           Jessica Rippey ..........................................Senior Associate Commissioner

### Men's Basketball Committee

| | |
|---|---|
| Bubba Cunningham (2023) | University of North Carolina, chair |
| Bob Murphy (2025) | Boston College, ex-officio |
| Jeff Capel (2023) | University of Pittsburgh, ex-officio |
| Lindsey Babcock (2025) | Wake Forest University, ex-officio |
| James J. Phillips | Atlantic Coast Conference, ex-officio |

(The remainder of the committee is composed of the athletics director of each member institution)

Staff Liaison:           Paul Brazeau ..............................................Senior Associate Commissioner

### Women's Basketball Committee

| | |
|---|---|
| Nina King (2024) | Duke University, chair |
| Shauna Cobb | Boston College |
| Stephanie Ellison-Johnson | Clemson University |
| Bob Weiseman | Duke University |
| Jim Curry | Florida State University |
| Joeleen Akin | Georgia Institute of Technology |
| Amy Calabrese | University of Louisville |
| Jennifer Strawley | University of Miami |
| Robbi Pickeral Evans | University of North Carolina |
| Stephanie Menio | North Carolina State University |
| Heidi Uebelhor | University of Notre Dame |
| Jennifer Tuscano | University of Pittsburgh |
| Kirsten Elleby | Syracuse University |
| Kim Record | University of Virginia |
| Bridget Brugger-McSorley | Virginia Polytechnic Institute & State University |
| Ellie Shannon | Wake Forest University |
| Carrie Heilman (2024) | University of Virginia, ex-officio |
| Katie Meier (2023) | University of Miami, ex-officio |
| James J. Phillips | Atlantic Coast Conference, ex-officio |

Staff Liaison:                      Mary McElroy.............................................Senior Associate Commissioner


**Men's and Women's Fencing Committee**
Matt Weldy (2025) ....................................................................................University of Notre Dame, chair
Elinor Hurt (2024) ......................................................................................... Duke University, vice-chair
Shauna Cobb (2024) ...........................................................................................Boston College, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      Jas Palmer........................................................................Assistant Director


**Field Hockey Committee**
Amy Sullivan (2023).................................................................................................. Boston College, chair
Bob Weiseman (2025) ......................................................................................... Duke University, vice-chair
Amy Calabrese (2025)..............................................................................University of Louisville, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      TBD...................................................................................................Director


**Football Committee**
Whit Babcock (2023*)..............................................Virginia Polytechnic Institute & State University, chair
Antonis Katsiyannis (2025) .............................................................................Clemson University, ex-officio
Pat Narduzzi (2023).................................................................... University of Pittsburgh, ex-officio
Lindsey Babcock (2025)..........................................................................Wake Forest University, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the athletics director of each member institution)

Staff Liaison:                      Michael Strickland ......................................Senior Associate Commissioner


**Men's Golf Committee**
Jack Winters (2024*)...............................................................................................Duke University, chair
Zach Brooks (2025) ................................................................... University of Louisville, vice-chair
Lindsey Babcock (2024)..........................................................................Wake Forest University, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      TBD...................................................................................................Director


**Women's Golf Committee**
Rob Wilson (2023) ..........................................................................Florida State University, chair
Eric Sabin (2023)..................................................................................Clemson University, vice-chair
Marielle vanGelder (2023) ...............................................................University of North Carolina, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio

(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                    Jared Romance ..................................................................Assistant Director


**Gymnastics Committee**
Stephanie Ellison-Johnson (2025)..........................................................................Clemson University, chair
Carrie Doyle (2025) ...................................................................... North Carolina State University, vice-chair
Reyna Gilbert-Lowry (2025)...............................Virginia Polytechnic Institute & State University, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                    Jessica Rippey ...........................................Senior Associate Commissioner

**Men's Lacrosse Committee**
Clint Gwaltney (2025*).............................................................................University of North Carolina, chair
Chris Kennedy (2025*)............................................................................................ Duke University, vice-chair
Kim Record (2025).......................................................................................University of Virginia, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                    TBD.......................................................................................................Director


**Women's Lacrosse Committee**
Jodry Kirr ...................................................................................................Clemson University, chair
Jodry Kirr (2025) ...................................................................................................Clemson University, chair
Mark Wheeler (2025) ...................................................................................... Syracuse University, vice-chair
Missy Conboy (2025*) ......................................................................... University of Notre Dame, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                    TBD.......................................................................................................Director


**Women's Rowing Committee**
Amanda Gray Richardson (2024*)........................................................................Clemson University, chair
Tim Wise (2025)....................................................................................University of Notre Dame, vice-chair
Heather Ryan (2025)............................................................................................Duke University, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                    Jas Palmer.........................................................................Assistant Director


**Men's Soccer Committee**
David Ayer (2023)..................................................................................................... Boston College, chair
Garrett Munro (2023).................................................................. North Carolina State University, vice-chair
Marielle vanGelder (2025*) ...........................................................University of North Carolina, ex-officio
James J. Phillips................................................................................. Atlantic Coast Conference, ex-officio

(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      Brandon Neff ..........................................................Assistant Commissioner


## Women's Soccer Committee

Craig Zakrzewski (2025)................................................................................ Wake Forest University, chair
Katie Stumpp (2025)..................................................................................University of Pittsburgh, vice-chair
Amy Calabrese (2025)..............................................................................University of Louisville, ex-officio
James J. Phillips.................................................................................. Atlantic Coast Conference, ex-officio

(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      Jessica Rippey ...........................................Senior Associate Commissioner


## Softball Committee

Natalie Gonzalez Honnen (2025)...........................................................................Clemson University, chair
Todd Mesibov (2025) ......................................................................................... Duke University, vice-chair
Joeleen Akin (2025).................................................................. Georgia Institute of Technology, ex-officio
James J. Phillips.................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      Brandon Neff ..........................................................Assistant Commissioner


## Men's and Women's Swimming and Diving Committee

Katie Graham (2024) ......................................................................... North Carolina State University, chair
Wendy Meyers (2025)..................................................................................University of Pittsburgh, vice-chair
John Proctor (2023)..................................................................................Florida State University, ex-officio
Heather Ryan (2024).........................................................................................Duke University, ex-officio
James J. Phillips.................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      TBD....................................................................................................Director


## Men's Tennis Committee

Jon Allen (2023).................................................................................................Clemson University, chair
Colin Hargis (2025)...................................................................... North Carolina State University, vice-chair
Jennifer Strawley (2025) ...............................................................................University of Miami, ex-officio
James J. Phillips.................................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                      Brandon Neff ..........................................................Assistant Commissioner

**Women's Tennis Committee**
Justin Ruffin (2025) ................................................................................. University of Louisville, chair
Leslie Barnes (2025) .......................................................................... Duke University, vice-chair
Kirsten Elleby (2025) ....................................................................Syracuse University, ex-officio
James J. Phillips................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                         Brandon Neff .........................................................Assistant Commissioner

**Men's and Women's Track and Cross Country Committee**
Meeghan Ford (2025) ................................................................................... Duke University, chair
Shirelle Jackson (2023) ...................................................................University of Miami, vice-chair
Chris Hoppe (2025) .....................................................................University of Pittsburgh, vice-chair
Lisa Varytimidis (2025) ..............................................................Florida State University, ex-officio
James J. Phillips................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                         Jared Romance ................................................................Assistant Director

**Women's Volleyball Committee**
Joeleen Akin (2023*) .........................................................Georgia Institute of Technology, chair
Stephanie Ellison-Johnson (2023).................................................................Clemson University, vice-chair
James J. Phillips................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                         Jared Romance ................................................................Assistant Director

**Wrestling Committee**
Vince Ille (2024*)......................................................................University of North Carolina, chair
Art Chase (2024) ............................................................................... Duke University, vice-chair
Jennifer Tuscano (2024*) ...................................................... University of Pittsburgh, ex-officio
James J. Phillips................................................................. Atlantic Coast Conference, ex-officio
(The remainder of the committee is composed of the head coach of each member institution)

Staff Liaison:                         Brandon Neff .........................................................Assistant Commissioner

## APPENDIX 2-4 SERVICE GROUP LIAISONS

Listed below are the staff liaison(s) for identified Conference service groups. In-person service group meetings will be subject to the approved operating budget for the applicable year.

**Academic Support Directors**

TBD.................................Associate/Assistant Commissioner
Marra Hvozdovic.........................................................Director

**Communications Directors**

Amy Yakola..........................................Deputy Commissioner
Kevin Best...........................Senior Associate Commissioner

**Compliance Directors**

Marra Hvozdovic.........................................................Director
Matt Burgemeister .........................Associate Commissioner
Brad Hostetter....................................Deputy Commissioner

**Development Directors**

Amy Yakola..........................................Deputy Commissioner

**Equipment Managers**

Donald Moore................................................................Director

**Facilities and Operations Directors**

Brandon Neff ...................................Assistant Commissioner

**Financial Officers**

Ben Tario...............................................Deputy Commissioner
Kelvin Anthony............................................................Director

**Health Care Advisory Group**

TBD.................................Associate/Assistant Commissioner

**Marketing Directors**

Tim Lynde ...........................Senior Associate Commissioner
Carl Hairston...............................................................Director

**Student-Athlete Development Directors**

TBD.................................Associate/Assistant Commissioner
Marra Hvozdovic.........................................................Director

**Ticket Managers**

Ben Tario...............................................Deputy Commissioner
Kara Tyree...................................................................Director

**Video Services Directors**

Scott McBurney..............................Associate Commissioner

## APPENDIX 2-5 PENALTIES

1. The offending institution or staff member may be publicly reprimanded and/or censured by the commissioner and warned against repetition of the offense.

2. The staff member found in violation of a recruiting rule may be denied the privilege of contact with any prospective student-athlete for a period not to exceed one year; and the same penalty may be imposed upon all staff members of the sport involved.

3. The institution may be denied the right to schedule games with other Members in the sport in which the violation occurred. This action shall be subject to approval of the Conference.

4. The Commissioner shall have the authority to fine any member institution a maximum of $25,000 for any violation of the Constitution and Bylaws. Fines assessed shall be paid within 30 days after final determinations.

5. The Commissioner may order severance of athletic relations with the offending institution. This action shall be subject to the approval of the Conference.

6. Member institutions prohibited from appearing on any ACC or NCAA controlled television program and/or prohibited from participating in ACC or NCAA preseason or postseason competition, including bowl games, shall not be entitled to participate in the distribution of Conference funds derived from those sources during the period of such prohibition.

7. Prohibition of an institution from participating in sanctioned Conference competition versus non-Conference teams and from sharing in the revenue distribution derived from the event.
   Note: The above would include any television arrangement in which the Conference is a participant.

8. Prohibition of an institution from participating in NCAA Championships or postseason bowl games.

9. Prohibition of an institution from receiving Conference Championship tickets or tickets to Conference sanctioned competition versus non-Conference opponents.

10. Prohibition of an institution from sharing in distribution of other Conference income (e.g., corporate sponsorship, NCAA grant money).

11. Ineligibility of a team or teams for Conference championships.

12. Determination that contests against a university on probation for violations in a sport may be determined not to count in Conference standings in that sport.

13. Restriction of a coach involved in violations from any coaching for a period of time.

14. Reduction in the number of coaches in any sport.

15. Reduction in the number of initial grants in football for one or more years.

16. Reduction in the maximum allowable scholarship limits in a sport for one or more years.

17. Disassociation of the institution from a booster club or the reorganization of such a club controlled by the institution.

18. Restriction of a coach from having a television show.

19. Restriction of a coach from summer sports camp activity.

20. Restrict number of a coach's remunerated public appearances.

21. Required annual report from the coach and the athletics director concerning the status of compliance in a sport.

22. Cancellation of a coach's gratuities from athletic equipment companies.

23. Reduction of the recruiting budget for a sport or coach.

24. Requirement that an institution show cause as to why its membership should not be terminated if appropriate action is not taken against a coach found to have been involved in serious financial aid violations.



# SPORTS OPERATION CODE

## ACC MANUAL

### 2022 | 2023

# SPORTS OPERATION CODE

## 3.1 CONFERENCE COMPETITION

In order to provide a regular and orderly means of competition between the teams of student-athletes of member institutions, the following articles outline the principles and agreements among the athletics directors affecting the conduct of games, meets, matches, tournaments, and championships of the Conference.

In baseball, football, and men's soccer, the Conference will be split into two divisions titled Atlantic (Boston College, Clemson, Florida State, Louisville, North Carolina State, Syracuse, Wake Forest) and Coastal (Duke, Georgia Tech, Miami, North Carolina, Pittsburgh, Virginia, Virginia Tech). In Olympic sports using divisions (baseball, men's soccer), Notre Dame may compete in either the Atlantic or Coastal division in order to equalize the number of teams in each division.

As a basic principle for intraconference competition, all member institutions shall compete with other members in all sports fielded whenever practicable.

The specific characteristics of a varsity sport for purposes of Conference championship participation are:
a.   The coach be hired and paid by the Department of Athletics and report to the athletics director or his or her designated representative;
b.   All team expenses such as travel, uniforms, insurance for travel or injury, officiating fees, etc., be paid by the Department of Athletics; and
c.   All student-athletes be eligible under NCAA and Conference rules.

### 3.1.1 Championships.
If penalties imposed by the NCAA or the Conference or the member institution itself prohibit postseason competition in a particular sport, the member institution thus penalized shall not be eligible to participate in a Conference championship event and in a Conference season-ending tournament and in any Conference-wide event that determines qualification for the NCAA championship in that sport for the duration of the prohibition. Games/matches played against Conference opponents by the prohibited member institution team shall count as usual in the Conference standings during the season of competition for the sport.

All member institutions must compete in good faith at any Conference championship in which that team and/or individual qualifies. Further, no team and/or individual competing in a Conference-sponsored sport may compete in another conference championship without prior written approval from the Conference office.

### 3.1.2 Recognized Conference Sports.
The Conference will conduct competition in the following sports: baseball; men's basketball; women's basketball; men's cross country; women's cross country; men's fencing women's fencing; field hockey; football; men's golf; women's golf; men's lacrosse; women's lacrosse; women's rowing; men's soccer; women's soccer; softball; men's swimming and diving; women's swimming and diving; men's tennis; women's tennis; men's indoor track and field; women's indoor track and field; men's outdoor track and field; women's outdoor track and field;  women's volleyball; and men's wrestling. The Conference shall conduct a championship in any NCAA sport in which at least four member institutions field intercollegiate

teams and certify that they desire to participate in a Conference championship.

The rules, regulations and athletics director's agreements in the sports listed above shall be administered by the Conference. In all other sports, these rules, together with other Conference or NCAA policies, shall be administered by the institutions.

### 3.1.3 Medical Regulations.
A qualified athletic trainer and/or doctor shall be supplied by the home institution at all Conference regular-season contests and championship events. Medical coverage should be made available for all off-campus championship events. All athletic trainers traveling to Conference championships are required to participate in a meeting prior to the start of the championship.

### 3.1.4 Code of Conduct.
It shall be the responsibility of each institution to ensure that all individuals employed or directly associated with the athletics program conduct themselves in a sportsmanlike manner. Unsportsmanlike conduct, particularly when demonstrated by coaches, players, band members, cheerleaders, mascots and/or athletics department staff members cannot be tolerated and shall be subject to individual disciplinary action. Institutional disciplinary action may be initiated by the Commissioner if it is found that the institution's policies, action, or failure to act contributed to the individual's misconduct.

Public criticism of officials or comments evaluating the officiating of particular contests is not in the best interest of intercollegiate athletics. Institutional personnel are prohibited, therefore, from commenting on officiating, other than directly to the Conference office. (See Article I of the Bylaws for the Sportsmanlike Principle.)

### 3.1.5 Suspended or Canceled Conference Competition.
In instances when intraconference competition has been suspended or canceled the following principles are understood:
a.    Protocol for determining if a suspension or cancellation is required is included in the specific sport's Game Operations Manual or the Olympic Sports Policies and Procedures Guide.
b.    If it is determined that a regular-season conference contest should be suspended or canceled and it cannot be re-scheduled, the contest will not be factored into the conference standings. Refer to the sport sections of the Sports Operation Code or sport-specific tie-breaking procedures.

### 3.1.6 Conference Championships.
The Conference office, in cooperation with a designated representative from the host institution or host support group, shall have charge of all championships. The host institution's designated representative shall work together with the Conference office in developing a budget for the Championship. The budget shall be submitted for approval by the Commissioner on behalf of the Executive Committee. Thirty days after the Championships, the host institution shall submit a detailed statement of receipts and disbursements. All expenses shall be subject to approval by the Conference.

The Championship Committee, consisting of the head coach of each member institution, will serve to adjudicate protests and other scheduling decisions relating to the Championship unless a separate committee has been specified in the sport's Championship Manual.

Unless otherwise specified, the Conference will reimburse each institution for championship expenses for its student-athletes equivalent to the limits indicated below. An institution may take additional student-athletes to the championship at its own expense.

| Sport | Student-athlete participant limit | Championship reimbursement limit |
|---|---|---|
| Baseball | 30 | 35 |
| Basketball – M | NCAA (15) | see sport |
| Basketball – W | NCAA (15) | see sport |
| Cross Country – M/W | 10 | 12 |
| Fencing – M/W | 12 | 14 |
| Field Hockey | NCAA (24) | 28 |
| Football | 85 | see sport |
| Golf – M/W | NCAA (6) | 8 |
| Lacrosse – M | n/a | n/a |
| Lacrosse – W | 40 | 43 |
| Rowing – W | 40 | 44 |
| Soccer – M | 26 | 29 |
| Soccer – W | 26 | 29 |
| Softball | NCAA (22) | 28 |
| Swimming – M/W | 21* | 25 |
| Tennis – M/W | 10 | 13 |
| Track and Field (Indoor & Outdoor) – M/W | 30 | 34 |
| Volleyball – W | n/a | n/a |
| Wrestling | 12 | 15 |

* No more than 18 swimmers; divers count as one.

NCAA – Sports with 'NCAA' as the student-athlete participation limit for the Conference championship indicates that the limit for that sport shall be the same as the NCAA Championship limit. The number in parentheses indicates the NCAA limit at the beginning of the academic year, which is subject to change by the NCAA prior to the start of the championship. Notification of such changes will be provided by the Conference office.

In order to qualify for reimbursement, a participant must be properly entered and present at the championship. The mileage rate is equivalent to the prevailing per-mile round-trip rate travel established by the Internal Revenue Service at the time of the Conference budget approval, with an additional meal allowance of $26.00 per day and a lodging allowance of $37.50 per day. The chair(s) and vice-chair(s) of the sports committees will be reimbursed for business-related expenses incurred while attending the championship. In addition, if a Conference championship site is selected out of the "footprint" of the Conference (e.g., Disney), consideration will be given to the impact on travel reimbursement. (See business-related expenses in Bylaws 2.5.11.) Member institutions may submit a waiver for additional reimbursement should extenuating circumstances arise such as a natural disaster or travel issues.

The following guidelines shall be used in applying the above figures:

a. A host institution may be only reimbursed for selected meals on a case-by-case basis during a championship event and no lodging expenses will be reimbursed.

b. Meals will be reimbursed at breakfast-$6, lunch-$8, and dinner-$12. If a team leaves its campus after 9:00 a.m. for a Conference championship, it will not be reimbursed for breakfast. If a team leaves its campus after 1:00 p.m., it will not be reimbursed for lunch. If a team arrives on its campus from a Conference championship prior to 6:00 p.m. it will not be reimbursed for dinner.

c. Lodging reimbursement will be limited to the night before the first day of competition, plus the number of days a team remains at the championship site while competing. Maximum number of nights lodging for championship events are:

Baseball..........................................6
Basketball – M................................5
Basketball – W...............................5
Cross Country – M/W.....................2
Fencing – M/W ..............................2
Field Hockey..................................5
Football ........................................2
Golf – M/W....................................5
Lacrosse – W ................................6
Rowing – W....................................3
Soccer – M.....................................6
Soccer – W ....................................5
Softball ..........................................5
Swimming & Diving – M/W..............6
Tennis – M/W..................................5
Indoor Track & Field – M/W ...........4
Outdoor Track & Field – M/W.........4
Wrestling........................................2

d.     Discrepancies will be resolved through the Conference office and the business manager and/or assistant athletics director at the respective institution.

e.     Expense sheets must be filed within a 30-day period following the conclusion of the Championship, but in no event later than June 30.

## 3.1.7 Advertising.

Advertising and sponsorship policies for Conference championship events shall be consistent with current NCAA championships regulations. Such policies are designed to exclude those advertisements that do not appear to be in the best interests of higher education. To the extent allowed by existing contractual relationships with third-party rights holders, the Commissioner shall have the authority to rule in cases where doubt exists concerning acceptable advertisers and advertising copy of championship game programs, broadcasts, and telecasts, of Conference championships; further, the following are expressly prohibited:

a.     Alcoholic beverages (except as specified below);

b.     Cigarettes and other tobacco products;

c.     Professional sports organizations or personnel (except as specified for selected championships);

d.     Organizations promoting gambling.

**3.1.7.1 Malt Beverages, Beer, and Wine Advertisements.** Advertising of malt beverages, beer, and wine products that do not exceed six percent (6%) alcohol by volume may be used in championship game programs. Such advertisements, however, shall not comprise more than 14 percent (14%) of the space in the program devoted to advertising or not more than 60 seconds per hour of any telecast or broadcast (either a single 60-second commercial or two 30-second commercials.)

**3.1.7.2 Sponsorships.** Conference championships activity or promotion may not be sponsored by liquor, tobacco, beer, or wine companies or by professional sports organizations or teams at any time.

## 3.1.8 Experimental Playing Rules.

An experimental change of playing rules may be adopted using the amendment procedures outlined in the Conference Constitution and Bylaws. Any such change will be valid for one playing season only and shall expire automatically unless formally readopted.

## 3.1.9 Motion Pictures and Electronic Media.

Motion picture and videotape cameras may be used by the institutions whose teams are competing in an athletic contest. Restrictions on the exchange of film shall be as agreed upon annually by the coaches.

## 3.1.10 Artificial Noisemakers.

In sports other than men's and women's soccer, artificial noisemakers (e.g., cowbells, whistles, clappers,

thundersticks) will not be permitted at any Conference sporting event including regular-season and postseason events. In men's and women's soccer, artificial noisemakers – except for air horns, whistles, and devices that amplify electronic sound – are permitted at all regular-season matches and the conference championship.

## 3.2 BASEBALL

**3.2.1 Regular Season.**

**3.2.1.1 Scheduling.** Every team will attempt to play a full 30-game conference schedule.

Rainouts will be handled as follows:

a.   If the first or second scheduled game is stopped before it becomes a regulation game (4-1/2 or 5 innings), it will be completed as a nine-inning game on the date of the next scheduled game between the two teams. The second game of the day will be a nine-inning game.

b.   If on the final date of the series, a doubleheader or one game plus is to be played, the first game or suspended game must be completed by 4:00 p.m. The next game will then be a nine-inning game. If the first game or suspended game is not completed by 4:00 p.m., the next game will not be played unless mutually agreed to by both coaches (no game may start after 6:00 p.m.).

c.   All games must be completed (nine innings) unless the final day of the series is stopped because of weather. In that case, the last game played will count if it has become regulation (4-1/2 or 5 innings). If the game has not become regulation, it will be canceled.

d.   All doubleheaders are scheduled as two nine-inning games.

e.   No make-up games are allowed to be played after the last date of the scheduled series.

f.   Any alteration to the original conference schedule must be approved through the Conference office.

Should a field be deemed unplayable prior to the start of a series, the host institution is responsible for finding an alternate site within its region. If a site within the region cannot be used, the teams have the option of playing at the visiting team's facility; however, the games will not count toward the conference record. If an alternate site cannot be used and the home team cannot travel to the visiting team's site, the series will be canceled.

**3.2.1.2 Umpires.** Umpires shall be contracted and assigned by the Supervisor of Baseball Umpires during regular-season conference competition.

**3.2.1.3 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.2.1.4 Complimentary Game Admission.** In any regular-season game for which the host institution charges admission, the visiting team shall be provided a maximum of 75 complimentary admissions at its request.

**3.2.1.5 Noncoaching Staff Members.** Noncoaching staff members (e.g., director of operations) are precluded from wearing a team uniform during conference competition.

**3.2.2 Conference Championship.**

**3.2.2.1 Championship Determination.** A 12-team pool-play season-ending tournament will be played at a site with a lighted baseball field over a six-day period to determine the Conference champion and the automatic representative to the NCAA tournament. In the event that pool play has not been completed, the number one seed will receive the automatic qualification. If pool play

is completed, the team with the best record in the ACC championship will receive the automatic qualification. If the teams in the semifinals or championship game have the same record, the highest seed remaining will receive the automatic qualification. The championship game must be played to a complete game status under NCAA rules to declare a champion.

**3.2.2.2 Championship Qualification.** The top team from both the Atlantic and Coastal divisions, determined by conference winning percentage, and the next ten teams with the best conference winning percentage regardless of division will participate in the baseball championship. The two division champions will automatically be seeded numbers one and two based on winning percentage in overall conference competition, and the number one seed shall have the choice of its preferred day off. The remaining teams will be seeded three through twelve based on winning percentage in overall conference competition without regard to division. All ties will be broken using the tie-breaking provisions.

**3.2.2.3 Seeding.** Seeding for the championship will be determined by the regular-season conference game results. The following guidelines will be used:

- Head-to-head conference game results are the outcome of games among only the teams involved in the tie.
- Overall conference game results are defined as games a team plays against all conference opponents, not just the teams involved in the tie.
- Common opponents are teams that have been scheduled by the Conference to play during the regular season. One completed game of a series constitutes a common opponent for tiebreaker purposes.
- If one of the seeding criteria cannot be applied because at least one game of the series was not played, the next ordered criteria should be used.
- Divisional standings will be determined by a team's overall conference winning percentage, not just winning percentage within the division.
- In two-team ties, when comparing tied teams and arriving at another group of tied teams, use each team's winning percentage against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same winning percentage when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the winning percentage against Teams D and E collectively, not individually.
- In three-or-more-team ties, when comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference winning percentage against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D, then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.
- When overall or divisional standings are used in tiebreakers, records against teams or groups of teams will be used prior to any seeding or divisional tiebreakers. For example, Teams A and B are divisional co-champions and Team A has received the higher seed. When determining the tiebreaker for seeds three through 12, results against Teams A and B should be used as a group, not just results against Team A.
- When comparing records against a single team or group of teams, the higher winning percentage shall prevail even if the number of games played against a team or group of teams is unequal. If winning percentage of the tied teams is equal against a team, or a group of tied teams, continue until one team gains an advantage. For example, 2-0 is better

than 3-1; 1-0 is the same as 2-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-3.

Ties for any seed will be broken by the following procedures:

**3.2.2.3.1 Division Champion(s) Determination.** The division champion(s) will be the team(s) in each division with the highest overall conference winning percentage. If two or more teams are tied for first place in divisional standings, they shall be declared division co-champions. For seeding purposes, the tie will be broken to determine which team receives the highest seed within each division.

Two-Team Tie
a.   Winning percentage in head-to-head conference game results.
b.   Winning percentage in games played against divisional opponents.
c.   Head-to-head conference winning percentage against the team(s) within the division occupying the next highest position in the divisional standings and continuing down through the divisional standings until one team gains an advantage.
d.   Head-to-head conference winning percentage against the common opponent(s) in the opposite division occupying the highest position in their divisional standings and continuing down through the opposite division's standings until one team gains an advantage.
e.   If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie
In the case of a three-team tie for the highest seed in each division, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.
a.   Winning percentage in head-to-head conference game results.
b.   Winning percentage in games played against divisional opponents.
c.   Head-to-head conference winning percentage against the team(s) within the division occupying the next highest position in the divisional standings and continuing down through the divisional standings until the tie is reduced by one or more teams.
d.   Head-to-head conference winning percentage against the common opponent(s) in the opposite division occupying the highest position in their divisional standings and continuing down through the opposite division's standings until the tie is reduced by one or more teams.
e.   If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.2.2.3.2 Seeds One and Two Determination.** The highest seed from each division will automatically be seeded numbers one and two based on overall conference winning percentage.

Tie for Seeds One and Two
a.    Winning percentage in head-to-head conference game results.
b.    Winning percentage against the common opponent(s) occupying the next highest position in the overall standings and continuing down through the overall standings until one team gains an advantage.
c.    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

### 3.2.2.3.3 Seeds Three through 12 Determination.

a.    Divisional Opponents – when the tied teams are divisional opponents, the following procedures will be used:

Two-Team Tie for Seeds Three Through 12
1)    Winning percentage in head-to-head conference game results.
2)    Winning percentage in games played against divisional opponents.
3)    Winning percentage against the team(s) within the division occupying the highest position in the divisional standings and continuing down through the divisional standings until one team gains an advantage.
4)    Winning percentage against all common opponents in the opposite division.
5)    Winning percentage against all opponents in the opposite division.
6)    Winning percentage against the common opponent(s) in the opposite division occupying the highest position in their divisional standings and continuing down through the opposite division's standings until one team gains an advantage.
7)    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie for Seeds Three Through 12
In the case of a three-team tie for seeds three through 12 among divisional opponents, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure for seeds three through 12 will be followed, comparing only the remaining tied teams. In the case of a tie among more than three divisional opponents, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure for seeds three through 12 for divisional opponents will be restarted.
1)    Winning percentage in head-to-head conference game results.
2)    Winning percentage in games played against divisional opponents.
3)    Winning percentage against the team(s) within the division occupying the highest position in the divisional standings and continuing down through the divisional standings until the tie is reduced by one or more teams.
4)    Winning percentage against all common opponents in the opposite division.
5)    Winning percentage against all opponents in the opposite division.
6)    Winning percentage against the common opponent(s) in the opposite

division occupying the highest position in their divisional standings and continuing down through the opposite division's standings until the tie is reduced by one or more teams.

7) If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

b. Non-Divisional Opponents – when the tied teams are non-divisional opponents, the following procedures will be used:

Two-Team Tie for Seeds Three Through 12

1) Winning percentage in head-to-head conference game results.
2) Winning percentage against the common opponent(s) occupying the highest position in the overall standings and continuing down through the overall standings until one team gains an advantage.
3) If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie for Seeds Three Through 12

In the case of a three-team tie for seeds three through 12 among non-divisional opponents, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure for seeds three through 12 will be followed, comparing only the remaining tied teams. In the case of a tie among more than three non-divisional opponents, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure for seeds three through 12 for non-divisional opponents will be restarted.

1) Winning percentage in head-to-head conference game results.
2) Winning percentage against the common opponent(s) occupying the highest position in the overall standings and continuing down through the overall standings until the tie is reduced by one or more teams.
3) If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.2.2.4 Championship Management.** The designated Championship Manager, as appointed by the Baseball Committee, will work with the Games Committee to determine whether a game will be started in the event of inclement weather. The Games Committee has the authority to make any adjustments it may deem necessary in the championship format should inclement weather interfere with the schedule. Details for the conduct of the Championship will be contained in a manual prepared by the Championship Manager.

**3.2.2.5 Ten-Run Rule.** A ten-run rule will be in effect after the seventh inning for all conference championship games except the championship game.

**3.2.2.6 Umpires.** Championship umpires will be nominated and selected by the Supervisor of Baseball Umpires.

**3.2.2.7 Participant Limit.** Teams in the Baseball Championship will have a participant limit of 30 student-athletes.

**3.2.2.8 Dugout Limit.** The dugout limit for the conference championship is 38.

**3.2.2.9 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.2.2.10 Noncoaching Staff Members.** Noncoaching staff members (e.g., director of operations) are precluded from wearing a team uniform during the conference championship.

## 3.3 BASKETBALL – MEN'S

**3.3.1 Regular Season.**

**3.3.1.1 Scheduling.** Each of the 15 conference institutions having a basketball team shall play a 20-game three-year rotating conference schedule with two primary partners.

**3.3.1.2 Officials.** The Office of the Commissioner will be responsible for the appointment and coordination of basketball officials. The expenses of the coordination of officials will be included in the Commissioner's budget. The athletics directors shall recommend the method of selecting officials and the fees and allowances for officials in basketball. They shall recommend policies and rules governing the relations between coaches and officials and shall serve in an advisory capacity to the Commissioner with respect to training and appointment of officials.

**3.3.1.3 Uniforms.** The home team will wear light uniforms and the visiting team will wear dark uniforms.

**3.3.1.4 Tickets.** The visiting team will be given 75 complimentary tickets (reserved seats), all of which must be located behind the visiting team bench with no more than 25 seats on any one row.

**3.3.1.5 Dressing Rooms.** The home team shall provide the visiting team a dressing room, prior to the game, with water, ice and if requested, a carbonated beverage for use at half-time and at the end of the game.

**3.3.1.6 Pep Bands.** No visiting team pep bands shall be permitted at Conference basketball games. Home team pep bands play shall be restricted to pre-game, half-time, post-game and during timeouts. There shall be no playing of band instruments during a free throw, throw-in, jump ball or live-ball situation.

**3.3.1.7 Cheerleaders.** No visiting cheerleaders are permitted to travel to regular-season conference games.

**3.3.1.8 Introductions.** Visiting team starters will be introduced first, followed by home team starters. Visiting teams shall be treated with courtesy when introduced.

**3.3.1.9 Rules.**
a.    Approved Rules. Competition will be conducted under the rules and regulations of the NCAA.
b.    Proposed Interpretations. Proposals for rule interpretations by the conference basketball coaches shall be subject to approval by the Commissioner, athletics directors, and faculty athletics representatives.
c.    Protest of Officials' Decisions. Decisions of game officials are final. Protests arising from the decisions of the officials or any inadvertent misinterpretation of the rules will not be considered by the Conference office.

**3.3.1.10 Preliminary Games.** There shall be a set period of at least 45 minutes prior to tip-off of the varsity game when the court will be cleared and available to both teams.

**3.3.2 Conference Championship.**

**3.3.2.1 Championship Determination.** There shall be a single-elimination basketball tournament held under the direction of the Men's Basketball Committee and the winner shall be the Conference champion. Details for the conduct of the championship will be contained in a participant's manual prepared by the championship manager. Dates and sites of the Conference championship will be selected by the athletics directors and faculty athletics representatives and announced from the Conference office.

**3.3.2.2 Seeding.** Seeding for the basketball championship will be determined by the regular-season Conference standings. In case of a tie, the following formula will be used:

a.  When two teams are tied in the standings, regular season head-to-head results are used as the tiebreaker.

b.  If the tied teams played each other twice in the regular season and split their games, then each team's record against the team occupying the highest position in the final regular-season standings (or in case of a tie for first place, the next highest position in the regular season-standings) and then continuing down through the standings until one team gains an advantage.

　　1)  When arriving at another pair of tied teams while comparing records, use each team's record against the collective tied teams as a group (prior to their own tie-breaking procedures), rather than the performance against the individual tied teams.

　　2)  When comparing records against a single team or a group of teams, the higher winning percentage shall prevail, even if the number of games played against a team or group is unequal (e.g., 2-0 is better than 3-1; 1-0 is the same as 2-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-3). If the winning percentage of the tied teams is equal against a team or group of tied teams, continue down through the standings until one team gains an advantage.

c.  If three or more teams are tied in the standings, the following procedure will be used:

　　1)  The combined record in conference games between the tied teams involved will be compiled. Ties will be broken and seeds assigned based on the winning percentage of the combined conference records. The higher winning percentage shall prevail, even if the number of games played against the team or group is unequal (e.g., 2-0 is better than 3-1; 1-0 is the same as 2-0; 2-0 is the same as 4-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-2; 0-2 is the same as 0-4).

　　2)  If procedure (1) fails to break the tie, then each tied team's record shall be compared to the team occupying the highest position in the final regular-season standings, continuing down through the standings until one team gains an advantage by a higher winning percentage.

　　3)  If the tie is broken by (1) or (2) regarding one or more teams, but three or more teams remain tied, then procedures (1) and (2) will be re-applied among those tied teams only.

　　4)  If two teams remain tied, procedures (a) and (b) will be followed.

d.  If there is more than one tie in the standings, and when using the tie-breaking procedures there are a pair of teams tied, a team's record against the combined tied teams (prior to their own tie-breaking procedures) is used, rather than performance against the individual tied teams.

e.  If procedures (b) and/or (c) fail to establish an advantage, a coin flip to break the tie will

be conducted by the Commissioner after the final regular season game before the Conference championship.

f. If a coin flip or draw (for a three-or-more-team tie) is required, the procedure takes place immediately following the conclusion of the last regular season game prior to the Conference championship. The procedure is administered by the Commissioner or a designated assistant. This session is open to the media and to athletics department representatives from the tied teams.

**3.3.2.3 Automatic Qualification.** The winner of the Conference basketball championship will earn the Conference's automatic qualification to the NCAA men's basketball championship. Should the Conference championship not be held or completed, the highest seed remaining in the championship after the most-recently completed full round of competition will be the automatic qualifier to the NCAA championship. If the Conference championship has not started, the number one seed will be the automatic qualifier.

**3.3.2.4 Postseason Play.** Any team other than the Conference champion may be permitted to participate in other Conference-approved postseason tournaments if invited.

**3.3.2.5 Travel Squad.** Travel squads for the basketball championship shall be the same as the NCAA championship limit.

**3.3.2.6 Rules.**
a. Approved Rules. Competition will be conducted under the rules and regulations of the NCAA.
b. Proposed Interpretations. Proposals for rule interpretations by the conference basketball coaches shall be subject to approval by the Commissioner, athletics directors and faculty athletics representatives.
c. Protest of Officials' Decisions. Decisions of game officials are final. Protests arising from the decisions of the officials or any inadvertent misinterpretation of the rules will not be considered by the Conference office.

**3.3.2.7 Televising of Awards.** There shall be no live televising of awards of any type during the basketball championship unless a Conference-related person is the recipient of the award. The Executive Committee is empowered to set aside this restriction on a case-by-case basis.

**3.3.2.8 Reimbursement.** The Conference will reimburse each institution championship expenses based on the following formula: Maximum reimbursement limited to 75 based upon a maximum of 32 in the official team travel party, a maximum of 30 band members, and a maximum of 13 cheer/mascot members; $150 per person per diem; and the prevailing per-mile round-trip rate established by the ACC Finance Committee for ACC championships travel. A member institution may submit a waiver for additional reimbursement should extenuating circumstances arise such as natural disaster or travel issues.

**3.3.3 NCAA Men's Basketball Championship Allowance.**
A team participating in the First Four of the Men's Basketball Championship will receive $40,000. A team participating in the first/second rounds will receive an additional $40,000. Any team advancing beyond the second round and playing east of the Mississippi River will receive an additional $45,000. Any team advancing beyond the second round and playing west of the Mississippi River will receive an additional $55,000. If a team advances to the Final Four, it will receive an additional $85,000 if playing east of the

Mississippi River and an additional $95,000 if playing west of the Mississippi River.

## 3.4 BASKETBALL – WOMEN'S

**3.4.1 Regular Season.**

**3.4.1.1 Scheduling.** Each of the 15 conference institutions having a basketball team shall play an 18-game conference schedule.

**3.4.1.2 Officials.** The Office of the Commissioner will be responsible for the appointment and coordination of basketball officials. The expenses of the coordination of officials will be included in the Commissioner's budget. The athletics directors shall recommend the method of selecting officials and the fees and allowances for officials in basketball. They shall recommend policies and rules governing the relations between coaches and officials and shall serve in an advisory capacity to the Commissioner with respect to training and appointment of officials.

**3.4.1.3 Uniforms.** The home team will wear light uniforms and the visiting team will wear dark uniforms.

**3.4.1.4 Tickets.** The visiting team will be given 75 complimentary tickets; at least 50 shall be directly behind the visiting team's bench and up to 25 are to be provided in the best available location.

**3.4.1.5 Dressing Rooms.** The home team shall provide the visiting team a dressing room, prior to the game, with water, ice, and a carbonated beverage for use at half-time and at the end of the game.

**3.4.1.6 Pep Bands.** No visiting team pep bands shall be permitted at Conference basketball games. Home team pep bands play shall be restricted to pre-game, half-time, post-game and during timeouts. There shall be no playing of band instruments during a free throw, throw-in, jump ball or live-ball situation.

**3.4.1.7 Cheerleaders.** No visiting cheerleaders are permitted to travel to regular-season conference games.

**3.4.1.8 Introductions.** Visiting team starters will be introduced first, followed by home team starters. Visiting teams shall be treated with courtesy when introduced.

**3.4.1.9 Rules.**
a.    Approved Rules. Competition will be conducted under the rules and regulations of the NCAA.
b.    Proposed Interpretations. Proposals for rule interpretations by the conference basketball coaches shall be subject to approval by the Commissioner, athletics directors, and faculty athletics representatives.
c.    Protest of Officials' Decisions. Decisions of game officials are final. Protests arising from the decisions of the officials or any inadvertent misinterpretation of the rules will not be considered by the Conference office.

**3.4.1.10 Preliminary Games.** There shall be a set period of at least 45 minutes prior to tip-off of the game when the court will be cleared and available to both teams.

**3.4.2 Conference Championship.**

**3.4.2.1 Championship Determination.** There shall be a single-elimination basketball tournament held under the direction of the Women's Basketball Committee and the winner shall be the Conference champion. Details for the conduct of the championship will be contained in a participant's manual prepared by the championship manager. Dates and sites of the Conference championship will be selected by the athletics directors and faculty athletics representatives and announced from the Conference office.

**3.4.2.2 Date & Site.** The women's basketball championship will be held one weekend prior to the men's basketball championship at a neutral site.

**3.4.2.3 Seeding.** Seeding for the basketball championship will be determined by the regular-season Conference standings. In case of a tie, the following formula will be used:

a.   When two teams are tied in the standings, regular season head-to-head results are used as the tiebreaker.

b.   If the tied teams played each other twice in the regular season and split their games, then each team's record against the team occupying the highest position in the final regular-season standings (or in case of a tie for first place, the next highest position in the regular-season standings) and then continuing down through the standings until one team gains an advantage.

   1)   When arriving at another pair of tied teams while comparing records, use each team's record against the collective tied teams as a group (prior to their own tie-breaking procedures), rather than the performance against the individual tied teams.

   2)   When comparing records against a single team or a group of teams, the higher winning percentage shall prevail, even if the number of games played against a team or group is unequal (e.g., 2-0 is better than 3-1; 1-0 is the same as 2-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-3). If the winning percentage of the tied teams is equal against a team or group of tied teams, continue down through the standings until one team gains an advantage.

c.   If three or more teams are tied in the standings, the following procedure will be used:

   1)   The combined record in conference games between the tied teams involved will be compiled. Ties will be broken and seeds assigned based on the winning percentage of the combined conference records. The higher winning percentage shall prevail, even if the number of games played against the team or group is unequal (e.g., 2-0 is better than 3-1; 1-0 is the same as 2-0; 2-0 is the same as 4-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-2; 0-2 is the same as 0-4).

   2)   If procedure (1) fails to break the tie, then each tied team's record shall be compared to the team occupying the highest position in the final regular-season standings, continuing down through the standings until one team gains an advantage by a higher winning percentage.

   3)   If the tie is broken by (1) or (2) regarding one or more teams, but three or more teams remain tied, then procedures (1) and (2) will be re-applied among those tied teams only.

   4)   If two teams remain tied, procedures (a) and (b) will be followed.

d.   If there is more than one tie in the standings, and when using the tie-breaking procedures there are a pair of teams tied, a team's record against the combined tied teams (prior to

their own tie-breaking procedures) is used, rather than performance against the individual tied teams.

e.    If procedures (b) and/or (c) fail to establish an advantage, a coin flip to break the tie will be conducted by the Commissioner after the final regular season game before the Conference championship.

f.    If a coin flip or draw (for a three-or-more-team tie) is required, the procedure takes place immediately following the conclusion of the last regular season game prior to the Conference championship. The procedure is administered by the Commissioner or a designated assistant. This session is open to the media and to athletics department representatives from the tied teams.

**3.4.2.4  Officials.** Championship officials will be selected, assigned, and contracted by the Conference office.

**3.4.2.5 Automatic Qualification.** The winner of the Conference basketball championship will earn the Conference's automatic qualification to the NCAA women's basketball championship. Should the Conference championship not be held or completed, the highest seed remaining in the championship after the most-recently completed full round of competition will be the automatic qualifier to the NCAA championship. If the Conference championship has not started, the number one seed will be the automatic qualifier.

**3.4.2.6 Postseason Play.** Any team other than the Conference champion may be permitted to participate in other Conference-approved postseason tournaments if invited.

**3.4.2.7 Travel Squad.** Travel squads for the basketball championship shall be the same as the NCAA championship limit.

**3.4.2.8 Rules.**

a.    Approved Rules. Competition will be conducted under the rules and regulations of the NCAA.

b.    Proposed Interpretations. Proposals for rule interpretations by the conference basketball coaches shall be subject to approval by the Commissioner, athletics directors, and faculty athletics representatives.

c.    Protest of Officials' Decisions. Decisions of game officials are final. Protests arising from the decisions of the officials or any inadvertent misinterpretation of the rules will not be considered by the Conference office.

**3.4.2.9 Televising of Awards.** There shall be no live televising of awards of any type during the basketball championship unless a Conference-related person is the recipient of the award. The Executive Committee is empowered to set aside this restriction on a case-by-case basis.

**3.4.2.10  Reimbursement.** The Conference will reimburse each institution championship expenses based on the following formula: Maximum reimbursement limited to 75 based upon a maximum of 32 in the official team travel party, a maximum of 30 band members, and a maximum of 13 cheer/mascot members; $150 per person per diem; and the prevailing per-mile round-trip rate established by the ACC Finance Committee for ACC championships travel. A member institution may submit a waiver for additional reimbursement should extenuating circumstances arise such as natural disaster or travel issues.

### 3.4.3 NCAA Women's Basketball Championship Allowance.

A team participating in the Women's Basketball Championship will receive $25,000. A team advancing to the Regional round will receive an additional $25,000 (for a total of $50,000). If a team advances to the Final Four, it will receive an additional $50,000 (for a total of $100,000). Exception: if an ACC team hosts a first and second round site, and their team plays at that site, the Member would not receive the initial supplemental distribution.

## 3.5 CROSS COUNTRY

**3.5.1 Regular Season.**

**3.5.1.1 Scheduling.** Each member institution having a cross country team shall schedule teams of other member institutions at its own option and discretion during the regular season.

**3.5.2 Conference Championship.**

**3.5.2.1 Date & Site.** The Cross Country Championships shall be conducted at least two weeks prior to the NCAA Regional Championships. The course will be properly measured (i.e., USATF certified, by a registered surveyor, etc.). If held on a golf course, the course shall be closed during the meet. The site will be rotated, subject to approval by the Conference.

**3.5.2.2 Format.** Each member institution having a cross country team shall participate in the Conference Championship. The men's and women's cross country championships will reflect the variances of course lengths indicated in the NCAA Men's and Women's Track & Field Rules Book. Both men's and women's team and individual champions will be determined at the Conference championship meet.

**3.5.2.3 Participant Limit.** Teams in the Cross Country Championships will have a participant limit of 10 student-athletes for men and 10 student-athletes for women.

**3.5.2.4 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

## 3.6 FENCING

**3.6.1 Regular Season.**

    **3.6.1.1 Scheduling.** Each member institution having a fencing team shall schedule teams of other member institutions at its own option and discretion during the regular season.

    **3.6.1.2 Officials.** Officials will be contracted and assigned by the home team for regular-season competition.

**3.6.2 Conference Championship.**

    **3.6.2.1 Date & Site.** The Fencing Championships will be held on a date and at a site recommended by the Fencing Committee, subject to approval by the Conference.

    **3.6.2.2 Format.** The Fencing Championships will take place over two days. The team competition will be a round-robin competition and will determine the team champion. Only the team competition will count for NCAA qualification. The individual competition will determine the individual weapon champions and All-Conference team.

    **3.6.2.3 Championship Determination.** The team champion will be determined by the number of team victories.  Ties for first place will be broken by the following procedures:

Two-Team Tie
In the event two teams are tied in winning percentage (two teams have 2-1 records in the Championship), each team will choose three (3) fencers – one (1) individual from each weapon – to compete in a five-touch bout simultaneously. The team winning two bouts will be considered the ACC Champion.

Three-Team Tie
In the event three teams are tied in winning percentage (three teams have 2-1 records in the Championship), each team will choose three (3) fencers – one (1) individual from each weapon – to compete in a fence-off. Substitutions may be made between the first and second tiebreaking bouts. The two lower seeded of the three teams will compete in five-touch bouts simultaneously. The team winning two bouts will move on in the tiebreaker. After a five-minute break, the fence-off winner will compete in five-touch bouts simultaneously with the highest seeded team. The team winning two bouts will be considered the ACC Champion. For example, Teams A, B and C all finish 2-1 at the conclusion of the team championship. Teams B and C (the lower seeds) fenced-off with Team C winning two of the bouts; Team C fenced-off versus Team A (the higher-seeded team of the three). Team C defeated Team A in two of the bouts. Team C would be considered the ACC Champion.

The individual champion for each weapon will be determined by a round-robin competition with the top four fencers (based on number of victories) advancing to a seeded single-elimination bracket. Ties for any top four seed will be broken by the following procedures:

a.      The percentage of victories (Pct.).
b.      The indicator; or touches scored minus touches received (Ind.).

                            

c.      Most touches scored (TS).

d.      In the event of an absolute tie between the 4th and 5th place fencers, a barrage of five-touch bout(s) will be conducted to determine who will advance to the semifinals.

**3.6.2.4 Officials.** Officials for the Fencing Championships will be contracted and assigned by the Conference office.

**3.6.2.5 Participant Limit.** Teams in the Fencing Championships will have a participant limit of 12 student-athletes for men and 12 student-athletes for women.

**3.6.2.6 Rules.** Competition will be conducted under the rules and regulations of the United States Fencing Association and the NCAA Fencing Meet Procedures.

## 3.7 FIELD HOCKEY

**3.7.1 Regular Season.**

**3.7.1.1 Scheduling.** Each member institution having a field hockey team shall play a single round-robin conference schedule, with all games scheduled by the Conference office.

**3.7.1.2 Rescheduling.** If the game is postponed, the head coaches of the two schools will make every effort to reschedule the game (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the game. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the game cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the game is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled game when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a game that is postponed on-site for inclement weather.

**3.7.1.3 Officials.** Officials for conference matches will be assigned by a selected Supervisor of Field Hockey Officials.

**3.7.2 Conference Championship.**

**3.7.2.1 Date & Site.** The Conference Field Hockey Championship will be held on a date and at a site recommended by the Field Hockey Committee, subject to approval by the Conference.

**3.7.2.2 Seeding.** Seeding for the Field Hockey Championship will be determined by the regular-season conference game results. The following guidelines will be used:
- Head-to-head conference game results are the outcome of games among only the teams involved in the tie.
- Overall conference game results are defined as games a team plays against all conference opponents, not just the teams involved in the tie.
- If a game cannot be played, it will not be factored into seeding and the next ordered criteria should be used.

Ties for any seed will be broken by the following procedures:

Two-Team Tie
e. Head-to-head conference game results.
f. Goal differential (goals for minus goals against, where maximum difference = +/- 3 for any one conference game will be used) in overall conference game results.
g. Goals scored in overall conference game results (a maximum of three goals for any game will be used).
h. If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie
In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.

a. Head-to-head conference game results.
b. Goal differential (goals for minus goals against, where maximum difference = +/- 3 for any one conference game will be used) in overall conference game results.
c. Goal differential (goals for minus goals against, where maximum difference = +/- 3 for any one conference game will be used) in head-to-head conference game results.
d. Goals scored in overall conference game results (a maximum of three goals for any game will be used).
e. Goals scored in head-to-head conference game results (a maximum of three goals for any game will be used).
f. If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.7.2.3 Format.** The Field Hockey Championship will be a single-elimination tournament among all member institutions having a field hockey team. The team championship will be determined by this event.

**3.7.2.4 Officials.** Championship officials will be selected by the Supervisor of Field Hockey Officials.

**3.7.2.5 Participant Limit.** The participant limit for the Field Hockey Championship is the same as the NCAA Championship limit.

**3.7.2.6 Bench Limit.** The bench limit for the conference championship is 35.

**3.7.2.7 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

## 3.8 FOOTBALL

**3.8.1 Regular Season.**

**3.8.1.1 Scheduling.** Each of the institutions participating in football as a Conference sport shall play an eight-game conference schedule. Teams shall also play at least one non-conference game against an opponent from the Atlantic Coast Conference, Big Ten Conference, Big 12 Conference, Pac-12 Conference, Southeastern Conference, the University of Notre Dame, Army, or Brigham Young University. Conference members shall arrange their schedule of games with one another prior to making contractual agreements with any team outside the Conference. The Conference office must be consulted prior to scheduling any non-conference game on a specific date.

**3.8.1.2 Travel Squad.** Regular-season travel squads shall be limited to 80 student-athletes in intraconference competition. This limit includes all student-athletes, whether or not they are in uniform and intending to compete or accompanying the team to an away from home competition (e.g., redshirt, injured, etc.)

The following exceptions apply:
a.      An institution is allowed to take additional student-athletes to a Conference game during an institution's official break period that includes two or more weekdays, Monday through Friday (e.g., fall break, Thanksgiving, semester breaks, post-exams).
b.      An institution is allowed to take additional student-athletes to a Conference game if the institution's chief medical officer, faculty athletics representative, athletics director, and senior woman administrator recommend travel for the student-athlete based on a documented mental health condition.

Under the exceptions, the additional student-athletes may be in uniform, may be in the team bench area, and may take part in pre-game activities; however, they may not compete.

When violations of the regular-season travel limits occur the conference liaison will verify the number of travel members of the team in question and then will contact the institutional sport administrator. If warranted, the Conference will then issue an official letter of reprimand to the institution.

**3.8.1.3 Game-Suspension Policy.** Should a game be suspended and cannot be resumed that day, the decision as to the status of that game would be determined by the Commissioner's office.

**3.8.1.4 Officials.** The Office of the Commissioner will be responsible for the appointment of the Supervisor of Football Officials. The expenses of the Supervisor of Football Officials will be included in the Commissioner's budget. The athletics directors shall recommend the method of selecting officials and the fees and allowances for officials in football. They shall recommend policies and rules governing the relations between coaches and officials and shall serve in an advisory capacity to the Commissioner with respect to training and appointment of officials.

**3.8.1.5 Jerseys.** The visiting team will wear white jerseys and the home team will wear jerseys of a contrasting color. Exception: The home team may wear white jerseys when the teams have agreed before the season.

**3.8.1.6 Complimentary Tickets and Ticket Return Policy.** The visiting team in a Conference football game shall receive 500 complimentary tickets. In addition, the visiting team shall have the right to purchase a minimum of 3,800 tickets to sell to its fans, for a total of 4,300. By April 1 of each year, each visiting team shall confirm with each of its opponents the exact number of initial visiting team tickets up to the guaranteed minimum which are actually needed based upon previous usage and anticipated demand. By August 1 of each year, the visiting team may retain no more than 1,000 tickets. By September 1, the visiting team may retain no more than 500 tickets. Two weeks prior to a game, the visiting team may retain no more than 150 tickets. Three days following a game, the visiting team may return no more than 50 unsold tickets. Visiting teams will be financially responsible for any tickets not returned in accordance with the above quantities and deadlines.

**3.8.1.7 Game Guarantees.** The minimum game guarantee for Conference football games shall be agreed on annually by the Conference.

**3.8.1.8 Half-Time.** All half-times shall be 20 minutes in length unless otherwise agreed upon prior to the game by both teams and the Conference office.

**3.8.1.9 Pre-Game Warm-Ups.** The "L" system of pre-game warm-ups will be used prior to all Conference games until 45 minutes remain on the pre-game clock. At that point, both teams will be able to work the entire width of the field from the 45-yard line to their goal line. At the 22-minute mark on the pre-game clock in Conference games, both teams will be required to leave the field for pre-game ceremonies. Any special pre-game recognition, including senior day ceremonies, must be held between the 22-minute and four-minute marks on the pre-game clock. The visiting team shall have the choice of entering the field before or after the home team just prior to kickoff.

**3.8.1.10 Cheerleaders.** Visiting team cheerleaders are limited to 12 in number at all Conference football games. Mascots are not included in this limitation.

**3.8.1.11 Bands.** Home bands are prohibited from being seated behind the visiting team bench area. If the band is amplified, speakers cannot be positioned as to be directed into the visiting team bench area.

**3.8.1.12 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.8.1.13 Coin Toss.** A Conference coin shall be used for the coin toss at all Conference football games.

**3.8.2 Conference Championship.**

**3.8.2.1 Championship Determination.** The Conference championship will be decided by a game between the Atlantic and Coastal Division champions. The postseason-eligible team in each division with the highest percentage of wins during all regular-season Conference competition will be declared the division champion. If two or more teams are tied with the highest percentage of wins, they shall be declared division co-champions. Division standings shall be determined on a percentage basis, using only those Conference games which are part of the regular rotating schedule. Details for the conduct of the championship will be contained in a participant's manual. Dates and sites of the Conference championship will be selected by the athletics directors and faculty athletics representatives and announced from the Conference office.

**3.8.2.2 Travel Squad.** The maximum number of student-athletes in uniform is 85.

**3.8.2.3 Tickets.** Each participating institution will receive 5,500 tickets, split between club-level and lower-level seats. An institution may use 1250 tickets as complimentary for player guests and/or band tickets, which shall be the lowest-priced tickets within the allotment. Upon request, each member institution will receive 12 complimentary club-level tickets for the championship game to be used at the institution's discretion.

**3.8.2.4 Travel.** The official travel party size for the championship game will be a maximum of 125 members per institution (85 dressed student-athletes and 40 non-dressed individuals). It is recommended that the official party include the following non-dressed individuals (plus spouses): president/chancellor, athletics director, faculty athletics representative, senior woman administrator, head football coach, and football staff. A total of $220,000 per institution will be provided for expenses other than air or ground travel for the team and band/cheer squad. The Conference office must approve all charter travel. Teams located 250 miles (or bands/cheer squads located 500 miles) or less from the championship site will be reimbursed for ground transportation to the championship site. Teams located more than 250 miles (or bands/cheer squads located more than 500 miles) from the championship site will be reimbursed for chartered air transportation.

### 3.8.3 Divisional Tiebreakers.
In the event of division co-champions, the following tie-breaking procedure will be used to determine that division's representative in the championship game. Conference games against otherwise postseason-ineligible teams will always be counted in the league standings and application of the tie-breaking procedures.

**3.8.3.1 Two-Team Tie.**
a.   Head-to-head competition between the two tied teams.
b.   Winning percentage of the tied teams within the division.
c.   Head-to-head competition versus the team within the division with the best overall winning percentage (divisional and non-divisional) and proceeding though the division. Multiple ties within the division broken from first to last, using the conference's tie-breaking procedures.
d.   Overall winning percentage versus all common non-divisional opponents.
e.   Combined winning percentage versus all non-divisional opponents.
f.   Winning percentage versus common non-divisional opponents based on their order of finish (overall conference winning percentage) and proceeding through other common non-divisional opponents based on their order of finish within their division.
g.   The tied team with the higher ranking by the Team Rating Score metric provided by SportSource Analytics following the conclusion of regular season games.
h.   The representative will be chosen by a draw administered by the Commissioner or Commissioner's designee.

**3.8.3.2 Three-or-More-Team Tie.** The three-or-more-team tie-breaking procedure will be used to break all ties to identify the championship game representative. Once a team is eliminated from the tie, the tie-breaking procedure restarts for the remaining teams. If the three-or-more-team tie can only be reduced to two teams, the two-team tiebreaker will then be applied.
a.   Combined head-to-head winning percentage among the tied teams.
b.   Winning percentage of the tied teams within the division.

c.   Head-to-head competition versus the team within the division with the best overall (divisional and non-divisional) conference winning percentage and proceeding through the division. Multiple ties within the division will be broken first to last, using the conference's tie-breaking procedures.

d.   Combined winning percentage versus all common non-divisional opponents.

e.   Combined winning percentage versus all non-divisional opponents.

f.   Winning percentage versus common non-divisional opponents based upon their order of finish (overall conference winning percentage) and proceeding through other common non-divisional opponents based upon their divisional order of finish.

g.   The tied team with the highest ranking by the Team Rating Score metric provided by SportSource Analytics following the conclusion of regular season games.

h.   The representative will be chosen by a draw administered by the Commissioner or Commissioner's designee.

**3.8.4 Procedure to Determine the ACC Football Champion and Automatic College Football Playoff Contract Bowl Representative.**
Should the Conference not be able to hold its annual Football Championship Game, the Conference football champion will be the team that finishes the season with the highest winning percentage in conference games, and that team will earn the Conference's contract bowl bid.

If more than one team has the same winning percentage, the tied teams are declared co-champions and the procedures listed below will be followed to determine the Conference's contract bowl bid. All references to rankings refer first to the final College Football Playoff Selection Committee Rankings made available after all regular season games and conference championships games are completed. If none of the tied teams are listed within the College Football Playoff Selection Committee Rankings, the Amway Coaches Poll (including Others Receiving Votes) released after all regular season games and conference championship games will be used.

Note: All references to the contract bowl making the selection shall mean the Orange Bowl. If the ACC is displaced from the Orange Bowl and the contract bowl is either the Fiesta Bowl or the Peach Bowl, then the contract bowl shall mean the College Football Playoff administration.

**3.8.4.1 Two-Team Tie.**
a.   Team A defeats Team B and is ranked higher – Team A earns the contract bowl bid.

b.   Team A defeats Team B and is ranked lower, but in the Top 10 – Team A earns the contract bowl bid.

c.   Team A defeats Team B and is ranked lower but is ranked five or fewer places below Team B – Team A earns the contract bowl bid.

d.   Team A defeats Team B and is ranked lower, and more than five places below Team B – Team B earns the contract bowl bid.

e.   Team A does not play Team B – whichever team is ranked higher earns the contract bowl bid.

f.   Team A does not play Team B and neither Team A nor B are ranked – the contract bowl would select the team of its choice from among the tied teams.

If two teams have the same ranking, or both are unranked, the bid goes to the team that has won the head-to-head game.

**3.8.4.2 Three-Team Tie.** ("mini-conference" is created among the three tied teams)

Scenario 1 – All three tied teams have each won one and lost one against the other tied teams in the mini-conference.
a.      The highest ranked team among the three earns the bid.
b.      If two of the three teams have the same ranking, then the bid is earned by the team winning the head-to-head match-up. If the teams have not played each other and they have the same ranking, then the contract bowl would select the team of its choice from among the tied teams.
c.      If no team is ranked, then the contract bowl would select the team of its choice from among the tied teams.

Scenario 2 – All three teams have 6-2 conference records. Within the mini-conference, Team A is 2-0, Team B is 1-1, and Team C is 0-2.
a.      If Team A is ranked higher than Teams B and C, then Team A earns the contract bowl bid.
b.      If Team A is not the highest ranked but is in the Top 10, then Team A earns the contract bowl bid.
c.      If Team A is not ranked but the highest ranked team in the mini-conference is ranked #21 or lower, then Team A earns the contract bowl bid.
d.      If Team A is not the highest ranked team and is ranked six or more places below the highest ranked team in the mini-conference, then Team A is eliminated from consideration. Subsequently,
        1)      If Team B is ranked higher than Team C, then Team B earns the contract bowl bid.
        2)      If Team B is ranked lower than Team C but is in the Top 10, then Team B earns the contract bowl bid.
        3)      If Team B is ranked lower than Team C but ranked five or fewer places below Team C, then Team B earns the contract bowl bid.
        4)      If Team B is ranked lower than Team C but is ranked six or more places below Team C, then Team C earns the contract bowl bid.

Scenario 3 – Of the three teams that are tied, two or more have not played each other during the regular season, and within the mini-conference Team A is 2-0, Team B and Team C are each 0-1.
a.      If Team A is ranked higher than Team B and Team C, then Team A earns the contract bowl bid.
b.      If Team A is not the highest ranked, but is in the Top 10, then Team A earns the contract bowl bid.
c.      If Team A is not ranked, but the highest ranked team in the mini-conference is ranked #21 or lower, then Team A earns the contract bowl bid.
d.      If Team A is not the highest ranked team and is ranked more than five places below the highest ranked team in the mini-conference, then the highest ranked team from among either Team B or Team C earns the contract bowl bid.

Scenario 4 – Of the three teams that are tied, two or more have not played each other during the regular season, and within the mini-conference Team A is 1-0, Team B, 1-1 and Team C is 0-1.
a.      If Team A is ranked higher than Teams B and C, then Team A earns the contract bowl bid.
b.      If Team A is not the highest ranked, but is in the Top 10, then Team A earns the contract bowl bid.
c.      If Team A is not ranked, but the highest ranked team in the mini-conference is ranked #21 or lower, then Team A earns the contract bowl bid.

d.    If Team A is not the highest ranked team and is ranked more than five places below the highest ranked team in the mini-conference, then the highest ranked team from among either Team B or Team C earns the contract bowl bid.

Scenario 5 – Two or all of the tied teams did not play each other and none of the teams in the mini-conference has an advantage against each other.
a.    The highest ranked team earns the contract bowl bid.
b.    If none of the three teams are ranked, then the contract bowl would select the team of its choice from among the tied teams.

**3.8.4.3 Four-Team Tie.** (Assumes a seven-victory minimum in an 11-game season or an eight-victory minimum in a 12-game season. All wins calculated against FBS opponents only.)

Scenario 1 – Team A is 3-0, Team B is 2-1, Team C is 1-2 and Team D is 0-3.
a.    If Team A is the highest ranked team in the mini-conference, then Team A earns the contract bowl bid.
b.    If Team A is ranked in the Top 10, then Team A earns the contract bowl bid.
c.    If Team A is ranked eight or fewer places lower than the highest-ranked team in the mini-conference, then Team A earns the contract bowl bid.
d.    If Team A does not have the victory minimum, then the highest-ranked team in the mini-conference earns the contract bowl bid. If no team is ranked, then Team B earns the contract bowl bid.
e.    If Teams A and B do not have the victory minimum, and no team is ranked, then Team C earns the contract bowl bid.

Scenario 2 – Team A and Team B are 2-1 in the mini-conference and Team C and Team D are 1-2. Assuming Teams A and B both have the victory minimum:
a.    If Team A defeated Team B and is ranked higher than Team B, then Team A earns the contract bowl bid.
b.    If Team A defeated Team B and is ranked in the Top 10, then Team A earns the contract bowl bid.
c.    If Team A defeated Team B and is ranked eight or fewer places lower than Team B, then Team A earns the contract bowl bid.
d.    If Team A defeated Team B but is ranked nine or more places lower than Team B, then Team B earns the contract bowl bid.

Assuming either Team A or Team B does not have the victory minimum:
a.    If Team A has the victory minimum and Team B does not and Team A is the highest-ranked team in the mini-conference, then Team A earns the contract bowl bid.
b.    If Team A has the victory minimum and Team B does not and Team A is ranked in the Top 10, then Team A earns the contract bowl bid.
c.    If Team A has the victory minimum and Team B does not and Team A is ranked eight or fewer places lower than the highest-ranked team in the mini-conference, then Team A earns the contract bowl bid.
d.    If Team C or Team D has the victory minimum and are ranked nine or more places higher than Team A or Team B, then Team C or Team D earns the contract bowl bid.
e.    If neither Team A nor Team B have the victory minimum, then the highest-ranked team in the mini-conference earns the contract bowl bid.

Scenario 3 – Team A and Team B did not play each other, and Team A and Team B both were 2-0 in the mini-conference, Team C is 1-2, and Team D is 0-3.
- The highest ranked team from among Team A and Team B earns the contract bowl bid, unless Team C or Team D are ranked nine or more places higher than either Team A or B. If no team is ranked, then the contract bowl chooses from among Team A and Team B for the bid.

Scenario 4 – Team A and Team B did not play each other, and Team B is 2-0, Team C is 2-1, Team A is 1-1, and Team D is 0-3 in the mini-conference.
a. If Team B defeated Team C and is ranked higher than Team C, then Team B earns the contract bowl bid.
b. If Team B defeated Team C and is ranked in the Top 10, then Team B earns the contract bowl bid.
c. If Team B defeated Team C and is ranked eight or fewer places lower than Team C, then Team B earns the contract bowl bid.
d. If Team B defeated Team C and is ranked nine or more places lower than Team C, then Team C earns the contract bowl bid.
e. If no team is ranked, then the contract bowl chooses from among Team B or Team C.

Scenario 5 – Team A and Team B did not play each other, and Team C is 3-0, Team B is 1-1, Team D is 1-2, and Team A is 0-1.
- Team C earns the contract bowl bid.

Scenario 6 – Team A and Team B did not play each other, and Team C is 2-1, Team A and Team B are 1-1, and Team D is 1-2.
- The highest ranked team earns the contract bowl bid. If no team is ranked, then the contract bowl chooses from among all four teams.

Scenario 7 – Team A did not play Team B and Team C did not play Team D, and Teams A and B are 2-0 and Teams C and D are 0-2.
- The higher ranked team of Team A or Team B earns the contract bowl bid, unless Team C or D is ranked nine or more places higher than the higher ranked of Team A or Team B. If no team is ranked, then the contract bowl chooses from among Team A and Team B.

Scenario 8 – Team A did not play Team B and Team C did not play Team D, and Teams A, B, C and D are all 1-1.
- The highest ranked team earns the contract bowl bid. If no team is ranked, then the contract bowl chooses from among all four teams.

Scenario 9 – Team A did not play Team B and Team C did not play Team D, and Team A is 2-0, Team B and Team C are 1-1 and Team D is 0-2.
- Team A earns the contract bowl bid unless either Team B or Team C is ranked nine or more places higher than Team A. If no team is ranked, then Team A earns the contract bowl bid.

Scenario 10 – Team A did not play Team B or Team D, and Team C is 3-0, Team B is 1-1, Team D is 0-2 and Team A is 0-1.
- Team C earns the contract bowl bid.

Scenario 11 – Team A did not play Team B or Team D, and Team B is 2-0, Team A is 1-0, Team D is 1-1 and Team C is 0-3.

• Team B earns the contract bowl bid unless Team A or Team D is ranked nine or more places higher than of Team B. If no team is ranked, then Team B earns the contract bowl bid.

Scenario 12 – Team A did not play Team B or Team D, and Team C is 2-1, Team B and Team D are 1-1 and Team A is 0-1.

• The highest ranked team earns the contract bowl bid. If no team is ranked, then Team C earns the contract bowl bid.

Scenario 13 – Team A did not play Team B or Team D, and Team D is 2-0, Team A is 1-0, Team C is 1-2 and Team B is 0-2.

• The higher ranked of Team A or Team D earns the contract bowl bid unless Team B or Team C is ranked nine or more places higher than the highest ranked of Team A or Team D. If no team is ranked, then Team D earns the contract bowl bid.

Scenario 14 – Three of the four teams did not play each other.

• The highest ranked team earns the contract bowl bid. If no team is ranked, then the contract bowl chooses from among all four teams.

**3.8.4.3 Five-Team Tie.** (Assumes an eight-victory minimum in a 12-game season. All wins calculated against FBS opponents only.)

Scenario 1 – Team A is 4-0, Team B is 3-1, Team C is 2-2, Team D is 1-3 and Team E is 0-4.

a. If Team A is the highest ranked team in the mini-conference, then Team A earns the contract bowl bid.

b. If Team A is ranked in the Top 10, then Team A earns the contract bowl bid.

c. If Team A is ranked eight or fewer places behind the highest-ranked team in the mini-conference, then Team A earns the contract bowl bid.

d. If Team A does not have the victory minimum, then the highest-ranked team in the mini-conference earns the contract bowl bid.

e. If Team A is ranked nine or more places below Team B or Team C in the mini-conference, then Team B or Team C earns the contract bowl bid.

f. If Team A is unranked, but Team B is ranked #17 or lower, then Team A earns the contract bowl bid.

g. If Team A is unranked, but Team B is ranked #16 or higher, then Team B earns the contract bowl bid.

h. If no team is ranked, then Team A earns the contract bowl bid.

Scenario 2 – Team A and Team B are 3-1, Team C is 2-2, and Team D and Team E are 1-3.

a. If Team A defeated Team B and is ranked higher than Team B, then Team A earns the contract bowl bid.

b. If Team A defeated Team B and is ranked in the Top 10, then Team A earns the contract bowl bid.

c. If Team A defeated Team B and is ranked eight or fewer places lower than Team B, then Team A earns the contract bowl bid.

d. If Team A defeated Team B but is ranked nine or more places lower than Team B, then

Team B earns the contract bowl bid.
e.    If no team is ranked and Team A defeated Team B, then Team A earns the contract bowl bid.
f.    If the contract bowl chooses from among Teams A or B:
     Assuming either Team A or Team B does not have the victory minimum:
     1)    If Team A has the victory minimum and Team B does not and Team A is the highest ranked team in the mini-conference, then Team A earns the contract bowl bid.
     2)    If Team A has the victory minimum and Team B does not and Team A is ranked in the Top 10, then Team A earns the contract bowl bid.
     3)    If Team A has the victory minimum and Team B does not and Team A is ranked eight or fewer places behind the highest-ranked team in the conference, then Team A earns the contract bowl bid.
     4)    If Team C, D or E has the victory minimum and is ranked nine or more places ahead of Team A or B, then Team C, D or E earns the contract bowl bid.
     5)    If neither Team A nor Team B have the victory minimum, then the highest-ranked team in the mini-conference earns the contract bowl bid.
     6)    If no team is ranked that has the victory minimum, then the contract bowl chooses from among the teams that do not have the victory minimum.

Scenario 3 – Teams A, B and C are 3-1, Team D is 1-3 and Team E is 0-4.
•    A mini-conference is formed among Teams A, B, and C and the three-team tie-breaking procedure is used to break the tie.

Scenario 4 – Team A is 3-1, Teams B, C and D are 2-2 and Team E is 1-3.
a.    If Team A is the highest ranked team in the mini-conference, then Team A earns the contract bowl bid.
b.    If Team A is ranked in the Top 10, then Team A earns the contract bowl bid.
c.    If Team A is ranked eight or fewer places behind the highest-ranked team in the mini-conference, then Team A earns the contract bowl bid.
d.    If Team A does not have the victory minimum, then the highest-ranked team in the mini-conference earns the contract bowl bid.
e.    If Team A does not have the victory minimum, and no team is ranked, then the contract bowl will choose the team to earn the contract bowl bid.

Scenario 5 – Teams A, B, C, D, and E are 2-2.
•    The highest-ranked team earns the contract bowl bid. If no team is ranked, then the contract bowl will choose the team to earn the contract bowl bid.

**3.8.5 Postseason Bowl Allowances and Ticket Obligations.**

**3.8.5.1 Bowl Allowance – Team Travel Party**. The Conference will provide a bowl allowance to each institution participating in a bowl game. The allowance is intended to cover the reasonable expenses required of bowl participation for the team, coaches, support staff, and essential administrators (altogether defined as the Travel Party). The Travel Party shall consist of 275 members per institution (325 members for the Orange Bowl participant), unless otherwise noted in the ACC Bowl Manual. The Conference shall, after evaluation of all submitted expenses but before distribution, have discretion to reasonably adjust reimbursement amounts should circumstances necessitate.

**3.8.5.1.1 Standard Expenses.** Each institution will receive a fixed $400,000 allowance intended to cover expenses such as travel, housing, and meals during the pre-bowl period, equipment truck expenses, bowl apparel, gifts and awards, and other miscellaneous expenses (e.g., pre-bowl DFO travel, hotel AV, additional bowl gifts, practice site expenses).

**3.8.5.1.2 Meal Expenses.** Each institution will receive $250/day per member of the Travel Party ($400/day per member for the Orange Bowl and Pinstripe Bowl). The number of reimbursed days for meal purposes shall be outlined in the ACC Bowl Manual and shall be determined based on required team arrival and departure date/time.

**3.8.5.1.3 Actual Travel & Lodging Expenses.** Upon review and pre-approval by the Conference, each institution will be reimbursed for reasonable and actual expenses incurred while traveling to/from and while at the bowl site and for lodging expenses.

a.      Travel. Institutions located 400 miles or fewer from the bowl site will be reimbursed for ground transportation and institutions located more than 400 miles will be reimbursed for air transportation. Institutions must demonstrate to the Conference its due diligence with obtaining the most reasonable rates at a travel level consistent with arrangements secured during the regular season (e.g., charter company, service level, passenger spacing).

b.      Lodging. Institutions will be reimbursed for lodging expenses (inclusive of taxes and fees) for members of the Travel Party during the period while traveling for bowl participation. Reimbursed lodging accommodations shall be consistent with arrangements secured during the regular season (e.g., occupancy per room) and shall be for the minimum number of nights as outlined in the ACC Bowl Manual.

**3.8.5.1.4 Ticket Expenses.** As further defined in the Ticket Obligations section below, each institution will receive a financial ticket credit equal to 1,000 tickets times the weighed-average ticket price within the required institutional allotment. This ticket allotment is intended to cover the ticket expenses of student-athlete guests and other institutional personnel and constituents. In the event the bowl provides 1,000 complimentary tickets or more for the above use, no ticket expense credit will be provided.

**3.8.5.2 Bowl Allowance – Band and Cheer Team.** The Conference will also provide a bowl allowance to each institution participating in a bowl game intended to cover the reasonable expenses required of bowl participation for the band members, cheerleaders, spirit squad, mascot, and support staff (altogether defined as the Band and Cheer Team). The Band and Cheer Team reimbursed limit shall be outlined in the ACC Bowl Manual and shall be based on the contracted hotel accommodations secured by the Bowl.

**3.8.5.2.1 Meal Expenses.** Each institution will receive $100/day per member of the Band and Cheer Team ($150/day per member for the Orange Bowl and Pinstripe Bowl). The number of reimbursed days for meal purposes shall be outlined in the ACC Bowl Manual and shall be determined based on required team arrival and departure date/time.

**3.8.5.2.2 Actual Travel & Lodging Expenses.** Upon review and pre-approval by the Conference, each institution will be reimbursed for reasonable and actual expenses

incurred while traveling to/from and while at the bowl site and for lodging expenses.

a.   Travel. Institutions located 600 miles or fewer from the bowl site will be reimbursed for ground transportation while institutions located more than 600 miles will be reimbursed for air transportation. Institutions must demonstrate to the Conference its due diligence with obtaining the most reasonable rates at a travel level consistent with arrangements secured during the regular season (e.g., charter company, service level, passenger spacing).

b.   Lodging. Institutions will be reimbursed for actual lodging expenses (inclusive of taxes and fees) for the band and cheer attendees based on the secured room block, minimum number of nights, and room rates as outlined in the ACC Bowl Manual.

**3.8.5.3 College Football Playoff (CFP) Participation.** The CFP provides a pre-determined travel allowance to institutions participating in the College Football Playoff National Championship, Semifinals, and Host Bowls. The Conference will pass through this amount directly to the participating ACC institution; therefore, the Conference bowl allowance outlined above does not apply. In the event actual and reasonable expenses incurred by a CFP participant exceed the provided travel allowance, the CFP participant may request an additional travel allowance. The Conference shall evaluate the expenses based on the Orange Bowl allowance criteria, as outlined above, and shall, after evaluation of all submitted expenses but before distribution, have discretion to provide any such additional allowance should circumstances necessitate.

**3.8.5.4 Ticket Obligations.** In the event a bowl agreement requires purchase of a ticket allotment, and complimentary tickets for student-athlete guests are not already provided, the following ticket obligation policy shall apply: The Conference will provide each participating institution a ticket credit toward the bowl game's ticket allotment to accommodate the guests of players, coaches, and support staff. The complimentary ticket credit for each bowl shall be the average per ticket price within the entire required institutional allotment times 1,000 tickets.

Each participating institution is responsible for the purchase of half (50%) of the financial value of that bowl game's ticket allotment, net of the complimentary ticket credit. Members are incentivized to sell into the second half of the financial value of the ticket allotment with the right to retain 50% of any additional revenue for tickets sold/used above the first-half threshold. The participating institution shall not be obligated to pay for unsold/unused tickets from the second half of the bowl game's ticket allotment. Consistent with prior years, the preceding two sentences (sales commission above 50%) shall apply to one bowl game per year, per institution, to include the CFP Semifinals, Host, or the Orange Bowl, and does not apply to the CFP National Championship.

Any ticket price deviation (either through value-added packages, adjustments to the price of tickets, or dynamic pricing packages) must be approved in advance by the Conference. The Conference will consult with the respective bowl partner and institution to determine the appropriate price adjustment. Should the participating institution desire to re-allot tickets for purchase, adjust ticket prices, and/or sell tickets on the secondary market, the institution shall first contact the Conference, and the Conference shall assist in administering such transactions. Should the institution be unable to sell all its allotted tickets for its respective bowl game, then the institution must coordinate with the Conference for the pricing of such tickets on the

secondary market to protect the value of the tickets in the marketplace while maximizing the attendance of the game. The participating institution shall return all projected unsold tickets to its respective bowl as reasonably requested by Conference.

In no case shall the institution be permitted to trade, barter, or offer tickets for sale on the secondary market without coordinating such arrangement through the Conference. In the event the institution fails to consult with the Conference, the Conference has the discretion to forfeit the revenue commission agreement or adjust the obligation.

## 3.9 GOLF – MEN'S

**3.9.1 Regular Season.**

**3.9.1.1 Scheduling.** Each member institution having a men's golf team shall schedule teams of other member institutions at its own option and discretion during the regular season.

**3.9.2 Conference Championship.**

**3.9.2.1 Date & Site.** The Men's Golf Championship will end on the Monday prior to the week of NCAA championship selections. A practice round shall be allowed prior to the first scheduled 18-hole round. The Championship will be conducted over a course selected by the Men's Golf Committee.

**3.9.2.2 Format.** The Conference team championship shall be determined by a 54-hole stroke play tournament, followed by two rounds of match play. The Conference individual champion shall be determined following the 54-hole stroke play tournament. In case of inclement weather, the Championship Committee has the right to make any adjustments deemed necessary in the Championship format.

**3.9.2.3 Pairings.** The players will be paired by teams. The first round of stroke play will be determined by the Golfstat rankings from the Wednesday of the week prior to the start of the championship. After the first round, the team starting times for the remaining rounds of stroke play will be determined by the team order of finish each day with the top teams teeing off last. The Men's Golf Committee will determine match-play lineups using the same method employed at the NCAA Championship.

**3.9.2.4 Match Play Advancing Team Determination and Seeding.** Should there be a tie at the conclusion of stroke play to determine the teams that will advance to match play, every effort will be made to conduct a play-off. In the event a shotgun format must be used as a tie-break procedure, the Championship Committee will determine which holes to play, and each coach will determine which of their players will go to each hole. In the event a play-off cannot be completed, the NCAA's non-sudden death tie-break procedure will be used to break ties.

Should there be a tie among the four teams advancing to match play, the NCAA's non-sudden death tie-break procedure will be used to determine the seeding for match play.

**3.9.2.5 Championship Determination.** Should the Conference Championship not be completed due to inclement weather or other unforeseen circumstances, the following procedures should be used to determine the Conference champion:
a.      Low score after completion of the same 45 holes by all participants.
b.      Low score after completion of the same 36 holes by all participants.
c.      Low score after completion of the same 27 holes by all participants.
d.      Low score after completion of the same 18 holes by all participants.
e.      If less than 18 holes are completed, there will not be a Conference Champion named.
Should the Conference Championship conclude after 54 holes of stroke play and a tie exists for the number one seed, then co-champions will be declared. In the event one round of match play is completed but the Championship final round cannot be completed, the two remaining teams

will be declared co-champions.

If two or more players tie for the individual championship, every effort will be made to conduct a sudden death playoff immediately following completion of the final round of stroke play (with play starting on a hole to be determined by the Championship Committee). Should the individual champion play-off not be able to be completed, individual co-champions will be named and the automatic qualification procedure in section 3.9.2.11 below will be used to determine the individual automatic qualifier. Ties for other places will remain and duplicate awards will be sent.

**3.9.2.6 Play on Tournament Course.** Men's golf team members, individuals or teams, shall not be permitted to practice, play, and/or walk the selected tournament course, or use any golf course facilities (including the use of practice areas, such as practice greens and range) beginning the day after the conclusion of the previous year's championship through the duration of that year's championship.
Exceptions include:
a.      If the team member is a primary member of the club/course on which the men's golf tournament will be played, he may play the course during the time mentioned above. Team members who are not a primary member of the club/course are not permitted to play as guests of members during the specified time.
b.      If a student-athlete or coach is competing in a sanctioned event of the state's amateur or professional golf association, the USGA, PGA, or LPGA.
c.      A coach may evaluate a prospect competing on a given year's tournament course, as long as the coach uses one of the allotted evaluation days.
Any men's golf team member who practices, plays and/or walks the tournament course during the time period mentioned above, and are not members of that club/course, will be declared ineligible to compete in that season's Men's Golf Championship.

**3.9.2.7 Participant Limit.** The participant limit for the Men's Golf Championship is the same as the NCAA Championship limit.

**3.9.2.8 Rules.** Competition will be conducted under the rules and regulations of the United States Golf Association.

**3.9.2.9 Automatic Qualification – Team.** Should the Conference Championship conclude and team co-champions are named, the NCAA's non-sudden tie-break procedure will be used to determine the team automatic qualifier.

Should the Conference Championship not be completed due to inclement weather, the following procedure should be used to determine the automatic qualifier:
a.      Low score after completion of the same 45 holes by all participants.
b.      Low score after completion of the same 36 holes by all participants.
c.      Low score after completion of the same 27 holes by all participants.
d.      Low score after completion of the same 18 holes by all participants.
e.      If still tied or unable to complete 18 holes, the average of the latest Golfweek/Sagarin and Golfstat rankings prior to completion of the Conference Championship will determine the automatic qualifier.
f.      If still tied, the highest ranking in the latest Golfstat rankings prior to completion of the Conference Championship will determine the automatic qualifier.

**3.9.2.10 Automatic Qualification – Individual.** Should the Conference Championship conclude (after 54 holes) and individual co-champions are named, the following procedure shall be used to determine the individual automatic qualifier:

a.  The lowest score between the tied student-athletes on the final day of competition;
b.  The lowest score between the tied student-athletes on the second day of competition;
c.  The lowest score between the tied student-athletes on the first day of competition; and
d.  If still tied, the highest average ranking in the last Golfweek/Sagarin and Golfstat rankings prior to completion of the conference championship.

## 3.10 GOLF – WOMEN'S

**3.10.1 Regular Season.**

    **3.9.1.1 Scheduling.** Each member institution having a women's golf team shall schedule teams of other member institutions at its own option and discretion during the regular season.

**3.10.2 Conference Championship.**

    **3.10.2.1 Date & Site.** The Championship will be conducted on the dates approved by the Women's Golf Committee and ACC governance groups. A practice round shall be allowed prior to the first scheduled 18-hole round. The Championship will be conducted over a course selected by the Women's Golf Committee.

    **3.10.2.2 Format.** The Conference team championship shall be determined by a 54-hole stroke play tournament followed by two rounds of match play. The Conference individual champion will be determined following the 54-hole stroke play tournament. In case of inclement weather, the Championship Committee has the right to make any adjustments deemed necessary in the Championship format.

    **3.10.2.3 Pairings.** The players will be paired by teams. The first round of stroke play will be determined by the Golfstat rankings from the Wednesday of the week prior to the start of the championship. After the first round, the team starting times for the remaining rounds of stroke play will be determined by the team order of finish each day with the top teams teeing off last. The Women's Golf Committee will determine the match-play lineups using the same method employed at the NCAA Championship.

    **3.10.2.4 Match Play Advancing Team Determination and Seeding.** Should there be a tie at the conclusion of stroke play to determine the teams that will advance to match play, every effort will be made to conduct a play-off. In the event a play-off cannot be completed, the NCAA's non-sudden death tie-break procedure will be used to break ties.

    Should there be a tie among the four teams advancing to match play, the NCAA's non-sudden death tie-break procedure will be used to determine the seeding for match play.

    **3.10.2.5 Championship Determination** Should the Conference Championship conclude after 54 holes of stroke play and a tie exists for the number one seed, the Conference team championship will be determined using the tie-breaking procedures for the NCAA regional tournaments. In the event match play is started but cannot be completed, the highest remaining seed will be awarded the team championship.

    If two or more players tie for the individual championship, every effort will be made to conduct a play-off, including playing the morning of the match play semi-finals if necessary. The only reason not to finish an individual play-off is in the event the individual play-off would interfere with conducting the semifinals and/or finals of team match play. Should the individual champion play-off not be able to be completed, individual co-champions will be named and the automatic qualification procedure in section 3.10.2.11 below will be used to determine the individual automatic qualifier. In the event of co-champions, both would make the All-ACC team and that

year's All-ACC team would consist of 16 members instead of 15. Ties for other places will remain and duplicate awards will be sent.

**3.10.2.6 Play on Tournament Course.** Women's golf team members, individuals or teams, shall not be permitted to practice, play and/or walk the selected tournament course or use any golf course facilities (including the use of practice areas, such as practice greens and range) from the time that the course is approved as an official site until the time when the course is no longer on the schedule as an official future site.

Exceptions include:

a.      If the team member is a primary member of the club/course on which the women's golf tournament will be played, she may play the course during the time mentioned above. Team members who are not a primary member of the club/course are not permitted to play as guests of members during the specified time.

b.      If a student-athlete has contracted with the host course professional for instructional lessons, she is permitted to use the following areas:
   1)      practice areas (three weeks prior to the Championship, only the driving range may be used); or
   2)      championship course (during the first semester only).

c.      If a student-athlete or coach is competing and/or spectating (not caddying) in a sanctioned event of the state's amateur or professional golf association, the USGA, LPGA, or PGA.

d.      A coach may request an individual exception to access the tournament course by submitting a written request to the ACC Women's Golf Championships liaison who will then present the request to the full committee for a vote on whether to approve or deny the request.

Any women's golf team member who practices, plays and/or walks the tournament course during the time period mentioned above, and are not members of that club/course, or being instructed by the host course professional, will be declared ineligible to compete in that season's Women's Golf Championship.

**3.10.2.7 Participant Limit.** The participant limit for the Women's Golf Championship is the same as the NCAA Championship limit.

**3.10.2.8 Rules.** Competition will be conducted under the rules and regulations of the United States Golf Association.

**3.10.2.9 Automatic Qualification – Team.** Should the Conference Championship conclude after 54 holes of stroke play and a tie exists for the number one seed, the automatic qualification will be determined using the tie-breaking procedures for the NCAA regional tournaments. In the event match play is started but cannot be completed, the highest remaining seed will be awarded the automatic qualification.

Should the Conference Championship not be completed due to inclement weather or other unforeseen circumstances, the following procedures will be used to determine the team automatic qualifier:

a.      Low score after completion of the same 45 holes by all participants.
b.      Low score after completion of the same 36 holes by all participants.
c.      Low score after completion of the same 27 holes by all participants.
d.      Low score after completion of the same 18 holes by all participants.

e.      If 18 holes are not completed by all participants, the committee will use head-to-head results in tournaments during the year to determine the automatic qualifier.

f.      If still tied, use the stroke differential to determine the automatic qualifier.

g.      If still tied, the average of the Golfweek/Sagarin and Golfstat rankings will determine the automatic qualifier.

**3.10.2.10 Automatic Qualification – Individual.** In the event a playoff for the individual championship cannot be completed, the following procedure will be used to determine the individual automatic qualifier:

a.      Lowest score of any round in the ACC Championship.

b.      Next lowest score of any round in the ACC Championship.

c.      Third lowest score of any round in the ACC Championship.

d.      GolfStat ranking from the Wednesday prior to the ACC Championship.

## 3.11 LACROSSE – MEN'S

**3.11.1 Regular Season.**

    **3.11.1.1 Scheduling.** Each member institution having a men's lacrosse team shall play all other member institutions having a lacrosse team at least once each year, with home and away determined by the Conference office.

    **3.11.1.2 Rescheduling.** If the game is postponed, the head coaches of the two schools will make every effort to reschedule the game (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the game. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the game cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the game is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled game when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a game that is postponed on-site for inclement weather.

    **3.11.1.3 Officials.** Officials for conference games will be contracted and assigned by the Men's Lacrosse Officiating Group.

    **3.11.1.4 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

## 3.12 LACROSSE – WOMEN'S

**3.12.1 Regular Season.**

**3.12.1.1 Scheduling.** Each member institution having a women's lacrosse team shall play all other member institutions having a lacrosse team at least once each year, with all games scheduled by the Conference office.

**3.12.1.2 Rescheduling.** If the game is postponed, the head coaches of the two schools will make every effort to reschedule the game (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the game. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the game cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the game is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled game when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a game that is postponed on-site for inclement weather.

**3.12.1.3 Officials.** Officials for conference games will be contracted and assigned by the Supervisor of Women's Lacrosse Officials.

**3.12.1.4 Rules.** Competition will be conducted under the rules and regulations of U.S. Lacrosse and the NCAA.

**3.12.2 Conference Championship.**

**3.12.2.1 Date & Site.** The Conference Women's Lacrosse Championship will be held annually, on a date to be determined by the Conference. The site will be rotated, subject to approval by the Conference.

**3.12.2.2 Seeding.** Seeding for the championship will be determined by the regular-season conference game results. The following guidelines will be used:
- Head-to-head conference game results are the outcome of games among only the teams involved in the tie.
- Overall conference game results are defined as games a team plays against all conference opponents, not just the teams involved in the tie.
- If a game cannot be played, it will not be factored into seeding and the next ordered criteria should be used.

Ties for any seed will be broken by the following procedures:

Two-Team Tie
a.     Head-to-head conference game results.
b.     Head-to-head conference game results against the team(s) occupying the highest position in the standings and continuing down through the standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the regular-

season standings should be used and continuing down through the standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.

c.   Goal differential (goals for minus goals against) in overall conference game results.

d.   If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie

In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.

a.   Winning percentage in head-to-head conference game results. In this criterion only, the highest winning percentage shall prevail, even if the number of games played against the team or group is unequal.

b.   Head-to-head conference game results against the team(s) occupying the highest position in the standings and continuing down through the standings until the tie is reduced by one or more teams. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until the tie is reduced by one or more teams. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D, then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

c.   Goal differential (goals for minus goals against, where maximum difference for any one game = +/- 5) in head-to-head conference game results. For example, if Team A beats Team B by a score of 15-5, Team A's goal differential is +5 and Team B's goal differential is -5.

d.   Goal differential (goals for minus goals against) in overall conference game results.

e.   If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.12.2.3 Format.** The Women's Lacrosse Championship will be a single-elimination tournament among all member institutions having a women's lacrosse team. The team championship will be determined by this event.

**3.12.2.4 Officials.** Championship officials will be assigned by the Supervisor of Women's Lacrosse Officials.

**3.12.2.5 Participant Limit.** Teams in the Women's Lacrosse Championship will have a participant limit of 40 student-athletes.

**3.12.2.6 Rules.** Competition will be conducted under the rules and regulations of U.S. Lacrosse with NCAA Championship modifications.

## 3.13 ROWING

**3.13.1 Regular Season.**

**3.13.1.1 Scheduling.** Each member institution sponsoring varsity rowing shall schedule varsity rowing programs of other member institutions at its own option and discretion during the regular season.

**3.13.1.2 Rules.** Competition will be conducted under the rules and regulations of US Rowing, except as agreed upon by the participation coaches prior to competition.

**3.13.2 Conference Championship.**

**3.13.2.1 Date & Site.** The Rowing Championship will be held on a date to be determined by the Conference. If weather conditions do not permit the Championship to be held on the determined date, the Championship will be held on the following day. The site will be rotated subject to approval by the Conference.

**3.13.2.2 Seeding.** Seeding for the Championship will be determined by a vote of the head coaches. If there is a tie for seeds, all coaches will re-vote for the tied spots. If a second tie occurs, a coin will be flipped for ties between two teams, and a draw will occur for ties among three or more teams.

**3.13.2.3 Format.** Each member institution having a rowing team shall participate in the conference championship.

**3.13.2.4 Championship Determination.** In the event the ACC Championship cannot be completed, the ACC champion will be based on whichever races have taken place.

**3.13.2.5 Participant Limit.** Teams in the Rowing Championship will have a participant limit of 40 student-athletes.

**3.13.2.6 Rules.** Competition will be conducted under the rules and regulations of US Rowing.

**3.13.2.7 Judge-Referees.** The host institution shall be responsible for selecting the chief referee and his or her crew.

**3.13.2.8 Automatic Qualification.** The automatic qualifier for the NCAA Championship will be awarded to the team with the highest number of points in NCAA events (First Varsity Eight, Second Varsity Eight and First Varsity Four). If no races (heats or finals) take place, the original seeding will determine the automatic qualifier. If the heats are fully completed, each team's heat times in all the events will be used to determine the automatic qualifier. If only some of the heats are raced, the races completed would be scored off of time and the races not completed would be scored by their seeding.

## 3.14 SOCCER – MEN'S

**3.14.1 Regular Season.**

> **3.14.1.1 Scheduling.** Each member institution having a men's soccer team shall play an eight-game conference schedule, using divisions.

> **3.14.1.2 Rescheduling Regular-Season Matches.** Postponed and rained-out games: Every effort will be made to play the game and the host team game administrator will decide prior to beginning the game if it is going to be played or delayed. Once the game starts, it is in the hands of the official. If the game is postponed, the head coaches of the two schools will make every effort to reschedule the game (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the game. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the game cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the game is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled game when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a game that is postponed on-site for inclement weather.

> **3.14.1.3 Officials.** Officials for conference soccer matches will be assigned by the Supervisor of Men's Soccer Officials.

> **3.14.1.4 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.14.2 Conference Championship.**

> **3.14.2.1 Championship Determination.** The Men's Soccer Championship will be determined by a 12-team single-elimination tournament. The top team from both the Atlantic and Coastal divisions, determined by conference standings [using a point system (win = three points; tie = one point)], and the remaining 10 teams with the highest conference point total regardless of division will be selected to participate in the Men's Soccer Championship. The two division champions will automatically be seeded numbers one and two based on points earned in overall conference competition. The remaining teams will be seeded three through 12 based on points earned in overall conference competition without regard to division. All ties will be broken using the tie-breaking provisions. If a team plays an ACC opponent outside of their conference schedule, that game will not be considered in the ACC point standings or seeding procedures.

> **3.14.2.2 Seeding.** Seeding for the championship will be determined by the regular season conference game results using a point system where a win is three points and a tie is one point. The following guidelines will be used:

> - Head-to-head conference game results are the outcome of games among only the teams involved in the tie.
> - Overall conference game results are defined as games a team plays against all conference opponents, not just the teams involved in the tie.

- Common opponents are teams that have been scheduled to play by the conference.
- If one of the seeding criteria cannot be applied because teams are not common opponents, the next ordered criteria should be used.
- If a match cannot be played, it will not be factored into seeding and the next ordered criteria should be used. For example, if Team A and Team B are being compared to Team C and Team A beat Team C but Team B did not play Team C, then Team A and Team B would be compared to Team D.
- Divisional standings will be determined by a team's overall conference point total, not just point total within the division.

Ties for any seed will be broken by the following procedures:

**3.14.2.2.1 Division Champion(s) Determination.** The division champion(s) will be the team(s) in each division with the highest overall point total. If two or more teams are tied for first place in divisional standings, they shall be declared division co-champions. For seeding purposes, the tie will be broken to determine which team receives the highest seed within each division.

Two-Team Tie
a.    Total points in head-to-head conference game results.
b.    Goal differential (goals scored minus goals allowed) in overall conference game results.
c.    Goals scored in overall conference game results.
d.    Head-to-head conference game results against divisional opponent(s) occupying the highest position in the divisional standings and continuing down through the divisional standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the divisional standings should be used and continuing down through the standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.
e.    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie
In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.
a.    Total points in head-to-head conference game results.
b.    Goal differential (goals scored minus goals allowed) in overall conference game results.
c.    Goals scored in overall conference game results.
d.    Head-to-head conference game results against divisional opponent(s) occupying

the highest position in the divisional standings and continuing down through the divisional standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the divisional standings should be used and continuing down through the standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D, then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

e.    If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.14.2.2.2 Seeds One and Two Determination.** The highest seed from each division will automatically be seeded numbers one and two based on overall point total.

Tie for Seeds One and Two
a.    Total points in head-to-head conference game results.
b.    Goal differential (goals scored minus goals allowed) in overall conference game results.
c.    Goals scored in overall conference game results.
d.    Head-to-head conference game results against common opponent(s) occupying the highest position in the overall standings and continuing down through the overall standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.
e.    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.14.2.2.3 Seeds Three through 12 Determination.** The remaining teams will be seeded three through 12 based on points earned in overall conference games without regard to division.

Two-Team Tie
a.    Total points in head-to-head conference game results.
b.    Goal differential (goals scored minus goals allowed) in overall conference game results.
c.    Goals scored in overall conference game results.
d.    Head-to-head conference game results against common opponent(s) occupying the highest position in the overall standings and continuing down through the overall standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-

breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.

e.    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie
In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.

a.    Total points in head-to-head conference game results.

b.    Goal differential (goals scored minus goals allowed) in overall conference game results.

c.    Goals scored in overall conference game results.

d.    Head-to-head conference game results against common opponent(s) occupying the highest position in the overall standings and continuing down through the overall standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D, then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

e.    If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.14.2.3 Officials.** Championship officials will be selected, assigned, and contracted by the Supervisor of Men's Soccer Officials.

**3.14.2.4 Participant Limit.** Teams in the Men's Soccer Championship will have a participant limit of 26 student-athletes.

**3.14.2.5 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.14.2.6 Automatic Qualification.** Should the conference championship not be held or completed, the highest seed remaining in the championship at the suspension of play will be the automatic qualifier to the NCAA championship.

## 3.15 SOCCER − WOMEN'S

**3.15.1 Regular Season.**

**3.15.1.1 Scheduling.** Each member institution having a women's soccer team shall play a 10-game regular-season conference schedule so that home and away breakdown is reversed in consecutive years.

**3.15.1.2 Rescheduling Regular-Season Matches.** Postponed and rained-out games: Every effort will be made to play the game and the host team game administrator will decide prior to beginning the game if it is going to be played or delayed. Once the game starts, it is in the hands of the official. If the game is postponed, the head coaches of the two schools will make every effort to reschedule the game (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the game. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the game cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the game is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled game when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a game that is postponed on-site for inclement weather.

**3.15.1.3 Officials.** Officials for women's soccer matches will be contracted and assigned by the Supervisor of Women's Soccer Officials.

**3.15.1.4 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.15.1.5 Complimentary Admissions.** In any regular-season conference game for which the host institution charges admission, the visiting team shall be provided a maximum of fifty (50) complimentary admissions at its request, to be used consistent with NCAA regulations.

**3.15.2 Conference Championship.**

**3.15.2.1 Date & Site.** The Women's Soccer Championship will be held on the dates and at the site recommended by the Women's Soccer Committee, subject to approval by the Conference.

**3.15.2.2 Championship Determination.** The Women's Soccer Championship will be determined by a six-team single-elimination tournament. Details for the conduct of the Championship will be contained in a manual prepared by the Championship Manager.

**3.15.2.3 Seeding.** Seeding for the championship will be determined by the regular season conference game results using a point system where a win is three points and a tie is one point. The following guidelines will be used:
- Head-to-head conference game results are the outcome of games among only the teams involved in the tie.
- Overall conference game results are defined as games a team plays against all conference opponents, not just the teams involved in the tie.

- Common opponents are teams that have been scheduled to play by the conference.
- If one of the seeding criteria cannot be applied because teams are not common opponents, the next ordered criteria should be used.
- If a match cannot be played, it will not be factored into seeding and the next ordered criteria should be used. For example, if Team A and Team B are being compared to Team C and Team A beat Team C but Team B did not play Team C, then Team A and Team B would be compared to Team D.

Ties for any seed will be broken by the following procedures:

Two-Team Tie
a.    Total points in the head-to-head conference game result.
b.    Most wins in overall conference game results among common opponents.
c.    Goal differential (goals scored minus goals allowed) in overall conference game results.
d.    Goals scored in overall conference game results.
e.    Goals allowed in overall conference game results.
f.    Head-to-head conference game results against common opponent(s) occupying the highest position in the standings and continuing down through the standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.
g.    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie
In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.
a.    Total points in head-to-head conference game results.
b.    Most wins in head-to-head conference game results.
c.    Goal differential (goals scored minus goals allowed) in overall conference game results.
d.    Goals scored in overall conference game results.
e.    Goals allowed in overall conference game results.
f.    Head-to-head conference game results against common opponent(s) occupying the highest position in the standings and continuing down through the standings until the tie is reduced by one or more teams. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until the tie is reduced by one or more teams. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference game results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D, then

Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

g.    If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.15.2.4 Officials.** Championship officials will be selected, assigned, and contracted by the Supervisor of Women's Soccer Officials.

**3.15.2.5 Participant Limit.** Teams in the Women's Soccer Championship will have a participant limit of 26 student-athletes.

**3.15.2.6 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

## 3.16 SOFTBALL

**3.16.1 Regular Season.**

**3.16.1.1 Scheduling.** Each team will make every attempt to play a full 24-game conference schedule. Conference games shall be played as eight three-game weekend series.

Rainouts will be handled as follows:
a.     If, on the final date of the series, a doubleheader or one game plus is to be played, the first game or suspended game must be completed by 4:00 p.m. If the first game or suspended game is not completed by 4:00 p.m., the next game will not be played unless mutually agreed to by both coaches (no game may start after 6:00 p.m.).
b.     No make-up games are allowed to be played after the last date of the scheduled series, unless the series takes place during the visiting team's institutional break and both coaches mutually agree to play the day after the series window.
c.     Any alteration to the original conference schedule must be approved through the Conference office.

**3.16.1.2 Umpires.** Umpires shall be contracted and appointed by the Supervisor of Softball Umpires. A three-person crew will be used during regular-season conference competition.

**3.16.1.3 Halted-Game Rule.** The halted-game rule will be used for all conference play.

**3.16.1.4 Complimentary Admissions.** In any regular-season conference game for which the host institution charges admission, the visiting team shall be provided a maximum of 50 complimentary admissions at its request in proximity to the visiting team dugout.

**3.16.2 Conference Championship.**

**3.16.2.1 Championship Determination.** The softball championship will be determined by a ten-team single-elimination tournament. The championship will be held on a date and at an on-campus site recommended by the Softball Committee, subject to approval by the Conference. This site will be rotated subject to approval by the Conference.

**3.16.2.2 Seeding.** Seeding for the championship will be determined by the regular-season conference game results. The following guidelines will be used:
•     Head-to-head conference game results are the outcome of games among only the teams involved in the tie.
•     Overall conference game results are defined as games a team plays against all conference opponents, not just the teams involved in the tie.
•     Common opponents are teams that have been scheduled by the Conference to play during the regular season. One completed game of a series constitutes a common opponent for tiebreaker purposes.
•     If one of the seeding criteria cannot be applied because at least one game of the series was not played, the next ordered criteria should be used.
•     In two-team ties, when comparing tied teams and arriving at another group of tied teams, use each team's winning percentage against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same winning

percentage when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the winning percentage against Teams D and E collectively, not individually.

- In three-or-more-team ties, when comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference winning percentage against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D, then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

- When comparing records against a single team or group of teams, the higher winning percentage shall prevail even if the number of games played against a team or group of teams is unequal. If winning percentage of the tied teams is equal against a team, or a group of tied teams, continue until one team gains an advantage. For example, 2-0 is better than 3-1; 1-0 is the same as 2-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-3.

Ties for any seed will be broken by the following procedures:

Two-Team Tie
a.   Winning percentage in head-to-head conference game results.
b.   Winning percentage against the common opponent(s) occupying the highest position in the standings and continuing down through the standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until one team gains an advantage.
c.   Run differential (runs scored minus runs allowed) in head-to-head conference game results. For example, if Team A and Team B played only two games of a series with scores of:
     Game 1: Team A wins 6-4
     Game 2: Team B wins 8-3
     Team A would have a run differential of -3 (+2, -5 = -3) and Team B would have a run differential of +3 (-2, +5 = +3); therefore, Team B would win the tiebreaker.
d.   If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More Team Tie
In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More Team Tie procedure will be restarted.
a.   Winning percentage in head-to-head conference game results.
b.   Winning percentage against the common opponent(s) occupying the highest position in the standings and continuing down through the standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until at least one team gains an advantage.
c.   Run differential (runs scored minus runs allowed) in overall conference game results.

d.     If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season game prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.16.2.3 Umpires.** Championship umpires will be nominated and selected by the Supervisor of Softball Umpires.

**3.16.2.4 Participant Limit.** Teams in the Softball Championship will have a participant limit of 22 student-athletes.

**3.16.2.5 Dugout Limit.** The dugout limit for the conference championship is 35.

**3.16.2.6 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.16.2.7 Automatic Qualification.** Should the conference championship not be held or completed due to inclement weather the highest seed remaining in the championship after the most recently completed full day of competition will be the automatic qualifier to the NCAA championship.

## 3.17 SWIMMING & DIVING

**3.17.1 Regular Season.**

**3.17.1.1 Scheduling.** Each member institution having a swimming team shall schedule teams of other member institutions at its own option and discretion during the regular season.

**3.17.1.2 Officials.** Referees, judges, and other officials shall be contracted and assigned by the home team during regular-season Conference competition.

**3.17.2 Conference Championship.**

**3.17.2.1 Date & Site.** The Swimming & Diving Championships will be held the last full weekend in February or two weeks prior to NCAA qualification, or one month prior to the NCAA Swimming & Diving Championships at a site to be determined.

**3.17.2.2 Format.** Each member institution having a swimming and diving team shall participate in the conference championship. Both Men's and Women's Swimming & Diving Championships will follow the format and schedule approved by the Swimming & Diving Committee.

**3.17.2.3 Officials.** Referees, judges, and other Championship officials will be contracted through the Conference office with prior approval of the Swimming & Diving Committee.

**3.17.2.4 Participant Limit.** Teams in the Swimming & Diving Championships will have a participant limit of 21 student-athletes for men and 21 student-athletes for women. Not more than 18 student-athletes may be swimmers. A diver counts as one student-athlete.

**3.17.2.5 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.17.2.6 Facility Regulations.** Each institution desiring to host the Swimming and Diving Championships shall certify to the Conference office that their swimming and diving facilities meet minimum championship standards. Double lane lines shall be used at the Championships.

## 3.18 TENNIS – MEN'S

**3.18.1 Regular Season.**

**3.18.1.1 Scheduling.** Each member institution having a men's tennis team shall play a single round-robin conference schedule. Make-up matches will be scheduled, when reasonable, between the two competing teams.

**3.18.1.2 Inclement Weather Policy.**
a.   If inclement weather (i.e., lightning or rain, but not including temperature and/or sustained wind-related issues) prevents a match from starting, a maximum of 90 minutes from the original start time may be waited until a match should be moved indoor. By the 90-minute mark, there must be three available courts to play on if the match is to be played outdoor. Warm-up should be completed within this 90-minute window;

b.   Prior to the start of the match, if temperature and/or sustained winds becomes a factor, the decision to move indoors shall be made 90 minutes from the scheduled match time using the current ITA rules;
   • In the event two teams have waited up to 90 minutes due to inclement weather (i.e., lightning or rain) and temperature and/or sustained winds then become a factor, the ITA rules must be used from the rescheduled match time unless both coaches mutually agree otherwise.

c.   If a match has already begun and inclement weather suspends play, a maximum of 60 minutes may be waited before continuing outdoor or moving indoor. These time limits may be altered provided both coaches mutually agree and are contingent upon the visiting team's flight schedule. If the match cannot be continued outdoor;

d.   Move the match indoor (schools with the availability of indoor courts within a one-hour driving distance should make prior arrangements when playing a distant Conference member over three hour's driving distance). If indoor courts are not available;

e.   Complete the match the next day, if possible. If this is not feasible, the match should be rescheduled. No makeup tennis matches will be allowed to be played after the Sunday preceding the conference championship.

f.   If no agreement can be reached, refer the matter to the Conference office for assistance.

**3.18.1.3 Rescheduling.** If the match is postponed, the head coaches of the two schools will make every effort to reschedule the match (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the match. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the match cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the match is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled match when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a match that is postponed on-site for inclement weather.

**3.18.1.4 Officials.** Officials for conference matches will be contracted and assigned by the Supervisor of Tennis Officials.

**3.18.1.5 Ball/Court Surfaces.** It will be the responsibility of the home coach to inform the opposing coach of the court surface.

**3.18.1.6 Rules.** Competition will be conducted under the rules and regulations of the NCAA and the ITA. A minimum of six ITA officials will be at every conference tennis match.

## 3.18.2 Conference Championship.

**3.18.2.1 Date & Site.** The Men's Tennis Championship will be held two weeks prior to the start of the NCAA tennis championship (Wednesday-Sunday) at a facility suitable for a combined men's and women's championship.

**3.18.2.2 Championship Determination.** The team championship will be determined by a single-elimination tournament format among all member institutions having a men's tennis team.

**3.18.2.3 Seeding.** Seeding for the championship will be determined by overall conference dual match wins, not by a percentage or an accumulation of individual matches. For example, if Team A beats Team B 5-2, Team A would have one dual match win in the standings and Team B would have zero dual match wins. The following guidelines will be used:

- Head-to-head conference dual match results are the outcome of matches among only the teams involved in the tie.
- Overall conference dual match results are defined as matches a team plays against all conference opponents, not just the teams involved in the tie.
- If a dual match cannot be played, it will not be factored into seeding and the next ordered criteria should be used. For example, if Teams A and B are being compared to Team C and Team A beat Team C, but Teams B and C did not play, then Teams A and B would be compared to Team D.

Ties for any seed will be broken by the following procedures:

Two-Team Tie
a.   Head-to-head conference dual match results.
b.   Most dual matches won against team(s) occupying the highest position in the standings and continuing down through the standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference dual match results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.
c.   The highest ranked team(s) in order as listed in the most recent publicized ITA ranking.
d.   If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season match prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More-Team Tie

In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More-Team Tie procedure will be restarted.

a. Head-to-head conference dual match results.

b. Most dual matches won against team(s) occupying the highest position in the standings and continuing down through the standings until the tie is reduced by one or more teams. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until the tie is reduced by one or more teams. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference dual match results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D; then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

c. The highest ranked team(s) in order as listed in the most recent publicized ITA ranking.

d. If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season match prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.18.2.4 Ball/Court Surfaces.** It will be the responsibility of the championship director to inform the coaches of the court surface. Tennis balls used in the championship shall be the balls specified in the Conference tennis ball contract.

**3.18.2.5 Officials.** Officials for the tennis championship shall be assigned by the Supervisor of Tennis Officials.

**3.18.2.6 Participant Limit.** Teams in the Men's Tennis Championship will have a participant limit of 10 student-athletes.

**3.18.2.7 Rules.** Competition will be conducted under the rules and regulations of the NCAA and the ITA.

**3.18.2.8 Automatic Qualification.** Should the Conference championship not be played due to inclement weather, the highest seed remaining in the Championship at the suspension of play will be the automatic qualifier to the NCAA championship.

## 3.19 TENNIS – WOMEN'S

**3.19.1 Regular Season.**

**3.19.1.1 Scheduling.** Each member institution having a women's tennis team shall play a round-robin conference schedule. Make-up matches will be scheduled, if at all possible, between the two competing teams. When conference schools play each other on consecutive days, if there is a 3:00 p.m. or later original start time on the first day, the second day's match may not start before 1:00 p.m., unless agreed upon by the coaches.

**3.19.1.2 Inclement Weather Policy.**
a.   If inclement weather (i.e., lightning or rain, but not including temperature and/or sustained wind-related issues) prevents a match from starting, a maximum of 90 minutes from the original start time may be waited until a match should be moved indoor. By the 90-minute mark, there must be three available courts to play on if the match is to be played outdoor. Warm-up should be completed within this 90-minute window.
b.   Prior to the start of the match, if temperature and/or sustained winds becomes a factor, the decision to move indoors shall be made 90 minutes from the scheduled match time using the current ITA rules;
   - In the event two teams have waited up to 90 minutes due to inclement weather (i.e., lightning or rain) and temperature and/or sustained winds then become a factor, the ITA rules must be used from the rescheduled match time unless both coaches mutually agree otherwise.
c.   If a match has already begun and inclement weather suspends play, a maximum of 60 minutes may be waited before continuing outdoor or moving indoor. These time limits may be altered provided both coaches mutually agree. If the match cannot be continued outdoor;
d.   Move the match indoor (schools with the availability of indoor courts within a one-hour driving distance should make prior arrangements when playing a distant Conference member over three hour's driving distance). It is required that three courts be available before starting or continuing a match indoor. If indoor courts are not available;
e.   Complete the match the next day, if possible. If this is not feasible, the match should be rescheduled. No makeup tennis matches will be allowed to be played after the Sunday preceding the conference championship.
f.   If no agreement can be reached, refer the matter to the Conference office for assistance.

**3.19.1.3 Rescheduling.** If the match is postponed, the head coaches of the two schools will make every effort to reschedule the match (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the match. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the match cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the match is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled match when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a match that is postponed on-site for inclement weather.

**3.19.1.4 Officials.** Officials for conference matches will be contracted and assigned by the Supervisor of Tennis Officials.

**3.19.1.5 Ball/Court Surfaces.** It will be the responsibility of the home coach to inform the opposing coach of the court surface.

**3.19.1.6 Rules.** Competition will be conducted under the rules and regulations of the NCAA and the ITA. A minimum of six ITA officials will be at every conference tennis match.

**3.19.2 Conference Championship.**

**3.19.2.1 Date & Site.** The Women's Tennis Championship will be held two weeks prior to the start of the NCAA tennis championship (Wednesday-Sunday) at a facility suitable for a combined men's and women's championship.

**3.19.2.2 Championship Determination.** The team championship will be determined by a single-elimination tournament format among all member institutions having a men's tennis team.

**3.19.2.3 Seeding.** Seeding for the championship will be determined by overall conference dual match wins, not by a percentage or an accumulation of individual matches. For example, if Team A beats Team B 5-2, Team A would have one dual match win in the standings and Team B would have zero dual match wins. The following guidelines will be used:
- Head-to-head conference dual match results are the outcome of matches among only the teams involved in the tie.
- Overall conference dual match results are defined as matches a team plays against all conference opponents, not just the teams involved in the tie.
- If a dual match cannot be played, it will not be factored into seeding and the next ordered criteria should be used. For example, if Teams A and B are being compared to Team C and Team A beat Team C, but Teams B and C did not play, then Teams A and B would be compared to Team D.

Ties for any seed will be broken by the following procedures:

Two-Team Tie
a.    Head-to-head conference dual match results.
b.    Most dual matches won against team(s) occupying the highest position in the standings and continuing down through the standings until one team gains an advantage. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until one team gains an advantage. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference dual match results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A and B have the same results when compared to Team C, then Teams A and B will be compared to Team D. But if Team D is tied with Team E, then Teams A and B will be compared by the results against Teams D and E collectively, not individually.
c.    Total number of overall conference individual matches won using a system where the doubles competition outcome equals one and each singles match equals one.
d.    If a coin flip is required, the procedure takes place immediately following the conclusion

of the last regular-season match prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More-Team Tie

In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More-Team Tie procedure will be restarted.

a.     Head-to-head conference dual match results.

b.     Most dual matches won against team(s) occupying the highest position in the standings and continuing down through the standings until the tie is reduced by one or more teams. In the case of a tie for first place, the next highest position in the regular-season standings should be used and continuing down through the standings until the tie is reduced by one or more teams. When comparing tied teams and arriving at another group of tied teams, use each team's head-to-head conference dual match results against the tied teams as a group, prior to the group's tie-breaking procedures. For example, if Teams A, B and C have the same results when compared to Team D; then Teams A, B and C will be compared to Team E. But if Team E is tied with Team F, then Teams A, B and C will be compared by the results against Teams E and F collectively, not individually.

c.     Total number of overall conference individual matches won using a system where the doubles competition outcome equals one and each singles match equals one.

d.     If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season match prior to the conference championship. The procedure is administered by the Commissioner or a designated assistant.

**3.19.2.4 Ball/Court Surfaces.** It will be the responsibility of the championship director to inform the coaches of the court surface. Tennis balls used in the championship shall be the balls specified in the Conference tennis ball contract.

**3.19.2.5 Officials.** Officials for the tennis championship shall be assigned by the Supervisor of Tennis Officials.

**3.19.2.6 Participant Limit.** Teams in the Women's Tennis Championship will have a participant limit of 10 student-athletes.

**3.19.2.7 Rules.** Competition will be conducted under the rules and regulations of the NCAA and the ITA.

**3.19.2.8 Automatic Qualification.** Should the Conference championship not be played due to inclement weather, the highest seed remaining in the Championship at the suspension of play will be the automatic qualifier to the NCAA championship.

## 3.20 TRACK & FIELD − INDOOR/OUTDOOR

**3.20.1 Regular Season.**

**3.20.1.1 Scheduling.** Each member institution having a track & field team shall schedule teams of other member institutions at its own option and discretion during the regular season.

**3.20.2 Conference Championship.**

**3.20.2.1 Date & Site.** The Indoor Track & Field Championships will be held two weeks prior to the NCAA Indoor Track & Field Championships. The Outdoor Track & Field Championships will be held on a date to be determined by the Conference.

**3.20.2.2 Championship Determination.** Each member institution having a track and field team shall participate in the Conference championships. The team championships will be decided on the basis of final team standings in the Conference championship meets.

**3.20.2.3 Format.** The Outdoor Track & Field Championships are to be rotated among Conference members. The order of events for the Indoor and Outdoor Track & Field Championships will follow as per the NCAA Men's and Women's Track & Field Championship Handbooks.

**3.20.2.4 Officials.** The Championship Referee and the Championship Appeals Committee shall be made up of individuals outside the coaching ranks of the Conference. Individuals selected to officiate Conference Indoor and Outdoor Track & Field Championships shall be approved by the Men's & Women's Track and Cross Country Committee.

**3.20.2.5 Participant Limit.** Teams in the Indoor and Outdoor Track & Field Championships will have a participant limit of 30 student-athletes for men and 30 student-athletes for women.

**3.20.2.6 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

## 3.21 VOLLEYBALL

**3.21.1 Regular Season.**

**3.21.1.1 Scheduling.** Each member institution having a women's volleyball team shall play an 18-game regular season conference schedule over 10 weeks. Each match will be the best three out of five sets. If a team that plays twice in a weekend plays a team playing only once, the team playing twice must have a day in between its matches, unless mutually agreed upon by both coaches.

**3.21.1.2 Rescheduling.** If a match is postponed, the head coaches of the two schools will make every effort to reschedule the match (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the match. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the match cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the match is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled match when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a match that is postponed on-site for inclement weather.

**3.21.1.3 Officials.** Officials for conference matches will be assigned by the Supervisor of Women's Volleyball Officials.

**3.21.1.4 Rules.** Competition will be conducted under the rules and regulations of the NCAA Volleyball Championship.

**3.21.1.5 Championship Determination.** The conference champion will be determined by conference winning percentage during the regular season. In the event of a tie for highest winning percentage, all tied teams will be declared conference champions.

**3.21.1.6 Automatic Qualification.** The NCAA automatic qualifier will be determined by conference winning percentage during the regular season. If the institution with the highest winning percentage is not eligible for NCAA postseason competition, the institution with the next highest winning percentage, which is eligible for postseason competition, will earn automatic qualification. In the event of a tie, the following guidelines will be used to determine the automatic qualifier:

- Head-to-head conference match results are the outcome of matches among only the teams involved in the tie.
- If a match cannot be played, it will not be factored into the tie-breaking procedure and the next ordered criteria should be used.

Ties for the automatic qualifier will be broken by the following procedures:
Two-Team Tie
a.    Head-to-head conference match results.
b.    Total sets won in head-to-head conference match results. For example, in the first match,

Team A beats Team B 3-0 and in the second match Team B beats Team A 3-2. Team A would gain the advantage with 5 sets won to Team B's 3 sets won.

c.    Point differential (total points for minus total points against) in head-to-head conference match results. For example, in the first match, Team A beats Team B (3-0) with scores of 25-20, 25-20, 25-20; Team A = +15 and Team B = -15. In the second match, Team B beats Team A (3-0) with scores of 25-22, 25-22, 25-22; Team B = +9 and Team A = -9. Therefore, Team A gains the advantage with +6 point differential to Team B's -6.

d.    If a coin flip is required, the procedure takes place immediately following the conclusion of the last regular-season match. The procedure is administered by the Commissioner or a designated assistant.

Three-or-More-Team Tie

In the case of a three-team tie, if any procedure reduces the tie by one team and two teams remain tied, the Two-Team Tie procedure will be followed, comparing only the remaining tied teams. In the case of a tie among more than three teams, if any procedure reduces the tie by at least one team, then the Three-or-More-Team Tie procedure will be restarted.

a.    Winning percentage in head-to-head conference match results, even if there are an unequal number of matches played. For example, 2-0 is better than 3-1; 1-0 is the same as 2-0; 2-1 is the same as 4-2; 1-0 is better than 1-1; 0-1 is the same as 0-3.

b.    Total sets won in head-to-head conference match results. For example, Team A beats Team B 3-0, Team B beats Team C (3-0) and Team C beats Team A (3-2). Team A would gain the advantage with 5 sets won to Team B's and Team C's 3 sets won.

c.    Point differential (total points for minus total points against) in head-to-head conference match results. For example, if Team A beats Team B (3-0) with scores of 25-20, 25-20, 25-20; then Team A = +15 and Team B = -15. And if Team B beats Team C (3-0) with scores of 25-22, 25-22, 25-22; then Team B = +9 and Team C = -9. And if Team C beats Team A (3-0) with scores of 25-20, 25-20, 25-20; then Team C = +15 and Team A = -15. Therefore, Team C gains the advantage with +6 point differential to Team A's 0 and Team B's -6.

d.    If a blind draw is required, the procedure takes place immediately following the conclusion of the last regular-season match. The procedure is administered by the Commissioner or a designated assistant.

## 3.22 WRESTLING

**3.22.1 Regular Season.**

**3.22.1.1 Scheduling.** Each member institution having a wrestling team shall schedule all other member institutions having a wrestling team at least once each year. The conference office shall schedule all conference dual matches on Friday-Sunday using the specified list of opponents.

**3.22.1.2 Rescheduling.** If a match is postponed, the head coaches of the two schools will make every effort to reschedule the match (the next day, if possible). If the two coaches cannot agree, the administrators of the two schools will make every effort to determine a rescheduled date and time. If the two sport administrators cannot agree, the Senior Woman Administrators will make every effort the reschedule the match. If the two SWAs cannot agree, the matter will be referred to the Conference Office for a determination on a rescheduled date and time. If the match cannot be rescheduled, the Senior Woman Administrators of both institutions must approve the cancellation. If the match is cancelled, it will be eliminated and not factored into standings. The Conference may reimburse the visiting team's travel for a rescheduled match when a flight is needed in the instance of natural disasters, acts of God, etc. The reimbursement policy does not apply for a match that is postponed on-site for inclement weather.

**3.22.1.3 Officials.** Officials for regular-season conference competition shall be contracted and assigned by the Supervisor of Wrestling Officials.

**3.22.1.4 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.22.1.5 Automatic Qualifier for NWCA National Duals.** The Conference's automatic qualifier to the NWCA Division I National Duals will be determined based upon winning percentage in conference matches. In case of a tie, the following formula will be used:
a.      Head-to-head conference match results among the tied teams if the tied teams are common opponents. If teams are not common opponents, procedures (b) and (c) shall be used.
    1)      If three or more teams are tied, the combined record of the conference matches among the tied teams involved will be compiled. Ties will be broken based on winning percentage of the combined conference records, and the higher winning percentage shall prevail.
    2)      In the case of a three or more-team tie, if procedure (1) reduces the tie by at least one team, procedure (a) will be followed, comparing only the remaining tied teams' conference records. Procedures (b) and (c) will only be used if the tie cannot be reduced by at least one team in procedure (a).
b.      Largest match point differential in all conference matches wrestled (points scored minus points against for all ACC dual matches).
c.      Coin flip or blind draw between the tied teams.

**3.22.2 Conference Championship.**

**3.22.2.1 Date & Site.** The Conference Wrestling Championship will be a one-day meet (Saturday or Sunday), held two weeks prior to the NCAA Division I Championships. The site will be rotated among participating institutions.

**3.22.2.2 Seeding.** Seeding for the championship for each weight class will be determined by the Tourney Seeder program developed by WrestleStat using the following points system (out of a total of 100 points):

a.      Head-to-head (vs. field) – 25 points
b.      Conference allocation – 5 points
c.      Conference record – 20 points
d.      Common opponents records – 20 points
e.      Coaches rankings – 15 points
f.      Quality matches – 15 points

WrestleStat will have the discretion to both break ties and alter seeds when there is a clear head-to-head victory among the wrestlers, despite overall point total. WrestleStat seeds will be final.

**3.22.2.3 Championship Determination.** Each member institution having a wrestling team shall participate in the Conference championship. The team championship will be decided on the basis of final team standings in the Conference championship.

**3.22.2.4 Format.** The Conference format will be consistent with the NCAA Division I format.

**3.22.2.5 Officials.** Championship officials will be selected and assigned by the Supervisor of Wrestling Officials.

**3.22.2.6 Participant Limit.** Teams in the Wrestling Championship will have a participant limit of 12 student-athletes.

**3.22.2.7 Rules.** Competition will be conducted under the rules and regulations of the NCAA.

**3.22.2.8 Automatic Qualification.** The number of NCAA automatic qualifiers in each weight class will be determined by the NCAA Wrestling Committee. The individuals to receive the Conference's automatic qualifier spot(s) will be determined by finish at the conference championship. For example, if the Conference receives two automatic qualifiers in a weight class, they shall go to the first and second place finishers. The same procedure will be followed until all Championship participants in that weight class have been selected, or until all automatic qualifiers have been determined. Should the conference championship not be completed, the automatic qualifiers shall go to the highest seed remaining after the most recently completed full round. If the Championship cannot be started, or one round cannot be completed, the highest seed(s) of the Championship shall receive the automatic qualifier spot(s).

## 3.23 AWARDS

**3.23.1 All-ACC Academic Teams.**
All-ACC Academic teams will be selected for those sports in which the Conference designates a conference champion. The teams will be selected by a special committee comprised of conference office staff.

In all sports, undergraduate and graduate student-athletes must have a cumulative grade-point average (GPA) of 3.00 or greater to be considered for an All-ACC Academic team.

In sports other than men's and women's basketball, men's and women's fencing, men's and women's swimming and diving, men's and women's indoor track and field, and wrestling, a student-athlete must have earned a 3.00 GPA for the previous semester and maintained a 3.00 cumulative GPA during his or her academic career.

In men's and women's basketball, men's and women's fencing, men's and women's swimming and diving, men's and women's indoor track and field, and wrestling, a student-athlete must have earned a 3.00 GPA for the immediately preceding fall semester and maintained a 3.00 cumulative GPA during his or her academic career.

Throughout the selection process, primary consideration will be accorded to the student-athlete's athletic accomplishments during the current athletic season.

The maximum size of each team is: baseball 50; basketball (men) approx. 25; basketball (women) approx. 25; cross country (men) 30; cross country (women) 30; fencing (men) 10; fencing (women) 10; field hockey 35; football approx. 60; golf (men) 25; golf (women) 25; indoor track & field (men) 45; indoor track & field (women) 45; lacrosse (men) 30; lacrosse (women) 35; rowing 50; soccer (men) 35; soccer (women) 45; softball 30; swimming & diving (men) 50; swimming & diving (women) 50; tennis (men) 30; tennis (women) 30; outdoor track & field (men) 50; outdoor track & field (women) 50; volleyball 35; wrestling 20.

**3.23.2 Scholar-Athlete of the Year.**

> **3.23.2.1 Football.** One football student-athlete will be recognized as the ACC Scholar-Athlete of the Year and will receive the Jim Tatum Award. The criteria for selecting the award recipients are:
> a.      Candidates must be a senior football student-athlete.
> b.      The award will be based on 50% academic achievement and 50% athletic achievement.
> c.      Candidates must have a 3.0 cumulative GPA as well as a 3.0 GPA during the last two semesters.
> d.      The nomination form for each institution will be sent to the athletics director and copies to the faculty athletics representative, senior woman administrator, sports information director, and academic support director.
> e.      Each school may nominate one student-athlete.

> **3.23.2.2 Sports Other than Football.** One student-athlete in each of the Conference's sponsored sports other than football will be recognized as the ACC Scholar-Athlete of the Year. The criteria for selecting the award recipients are:
> a.      Candidates must be in their third or fourth year of athletic competition.

b.      The award will be based on 60% academic achievement and 40% athletic achievement.
c.      Candidates must have a 3.0 cumulative GPA as well as a 3.0 GPA during the last two semesters.
d.      The nomination form for each institution will be sent to the athletics director and copies to the faculty athletics representative, senior woman administrator, sports information director, and academic support director.
e.      Each school may nominate one student-athlete per sport.

**3.23.2.3 Selection Process.** All ACC Scholar-Athletes of the Year are selected by a special committee comprised of conference office staff.

**3.23.2.4 Criteria for Naming the Award.** Only ACC Scholar-Athlete of the Year awards are eligible to be named. Each award may have multiple names.
a.      Eligibility is not limited to any specific group(s).
b.      The official nomination will originate from the member institution where the nominee was last in a position of influence.
c.      A minimum period of two years must pass after an individual vacates his or her position before a nomination may be made.
d.      A nominee should be one whose reputation exceeds that of a sports celebrity. The nominee should be renowned for exceptional personal qualities, such as character, leadership, integrity, national influence, and excellence in intercollegiate athletics. The nominee should have demonstrated a commitment to academic and athletic balance. In addition, consideration will be given to the nominee's university and community influence and service beyond the sports arena.

**3.23.2.5 Process for Naming the Award.**
a.      A formal nomination will be submitted to the Office of the Commissioner by the nominee's institution.
b.      The specific sport committee (to which the award would potentially be named) will be advised of all relative nominations and will have the benefit of discussion. The opinion and feedback from the sports committee will be expressed to the senior woman administrators for consideration.
c.      The nomination will be presented to the senior woman administrators. If endorsed by the senior woman administrators, the nomination will be appropriately forwarded through the Conference governance structure as an action item.

**3.23.2.6 Men's Basketball.** The ACC Men's Basketball Scholar-Athlete of the Year will be officially named the "Skip Prosser Award."

**3.23.2.7 Women's Basketball.** The ACC Women's Basketball Scholar-Athlete of the Year will be officially named the "Kay Yow Award."

**3.23.2.8 Football.** The ACC Football Scholar-Athlete of the Year will be officially named the "Jim Tatum Award."

**3.23.2.9 Men's Golf.** The ACC Men's Golf Scholar-Athlete of the Year award will be officially named the "Rod Myers Award."

**3.23.3 ACC Sportsmanship Award.**
One female and one male ACC student-athlete will be awarded the ACC Sportsmanship Award annually. A team could also be selected if warranted. NCAA Sportsmanship Award qualification criteria will be used in selecting all nominees and award recipients.

**3.23.4 Conference Awards.**
The Commissioner is instructed to purchase such plaques and trophies as are necessary for Conference awards and championships (including the Conference plaques awarded for excellence in scholarship and athletics) as follows:

a.       A plaque shall be awarded to a senior male and senior female of each institution for excellence in scholarship and athletics, and these awards will be presented at Commencement or an appropriate awards day.

b.       The Conference will provide an award for All-Conference, Freshman of the Year, Player(s) of the Year and Coach of the Year in all sports. For additional Conference-authorized awards, see individual sport.

c.       All teams that tie as the ACC Conference champion will be awarded trophies.

d.       A student-athlete shall be in good standing with his or her institution to be eligible to receive a Conference award. The period of time that the student-athlete shall be in good standing is from the time voting opens until receipt of the award.

**3.23.5 All-Conference Teams.**

**3.23.5.1 Baseball, Field Hockey, Golf, Lacrosse, Rowing, Soccer, Softball, Tennis, and Volleyball.**
If four schools participate in a sport, a first team (based on the number of student-athletes on the field/court/boat) will be named. If five schools participate in a sport, a first team plus 25% (based on the number of student-athletes on the field/court/boat) will be named. If six schools participate in a sport, a first team plus 50% (based on the number of student-athletes on the field/court/boat) will be named. If seven, eight, nine or ten schools participate in a sport, a first and second team (based on the number of student-athletes on the field/court/boat) will be named. If eleven or more schools participate in a sport, a first, second, and third team (based on the number of student-athletes on the field/court/boat) will be named.

**3.23.5.2 Fencing, Swimming and Diving, Track and Field, Cross Country, and Wrestling.** The All-Conference team will be based on the student-athlete's place at the ACC Championship.

**3.23.5.3 Changes.** Any changes to the above policies must be recommended to the senior woman administrators.

**3.23.6 Baseball.**
Awards authorized and presented by the Conference for Baseball are:

| | |
|---|---|
| 50 | All-ACC Academic Team |
| 48 | All-Conference Team (First, Second and Third Team; 16 members per team) |
| 12 | All-Freshman Team (true freshmen only) |
| 1 | Freshman of the Year (true freshman only) |
| 1 | Player of the Year |
| 1 | Pitcher of the Year |
| 1 | Defensive Player of the Year |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |

35      Individual Awards for Members of the Winning Team
11      All-Tournament Team
1       Championship Most Valuable Player
2       Divisional Championship Trophies (Atlantic and Coastal)
1       Scholar-Athlete of the Year

**3.23.6.1 All-Conference Team.** The Baseball All-Conference Team will be selected by a vote of the head coaches. Three (3) 16-member teams will be announced as first, second and third team, including the following specific positions for each team: first baseman, second baseman, third baseman, shortstop, catcher, outfielder (3), starting pitcher (3), relief pitcher, DH/Utility player and three (3) at-large selections.

**3.23.6.2 All-Freshman Team.** The Baseball All-Freshman Team must include true freshmen and will be selected by a vote of the head coaches.

**3.23.6.3 Freshman of the Year.** The Baseball Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.6.4 Player of the Year.** The Baseball Player of the Year will be selected by a vote of the head coaches.

**3.23.6.5 Pitcher of the Year.** The Baseball Pitcher of the Year will be selected by a vote of the head coaches.

**3.23.6.6 Defensive Player of the Year.** The Baseball Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.6.7 Coach of the Year.** The Baseball Coach of the Year will be selected by a vote of the head coaches.

**3.23.6.8 All-Tournament Team.** The Baseball All-Tournament Team will be selected by a vote of the media in attendance. An 11-member team, by position and including the MVP, will be named.

**3.23.6.9 Championship Most Valuable Player.** The Baseball Championship Most Valuable Player will be selected by a vote of the media in attendance.

**3.23.7 Basketball – Men's.**
Awards authorized and presented by the Conference for Men's Basketball are:
25      All-ACC Academic Team
15      All-Conference Team (First, Second, and Third Team)
5       All-Freshman Team
5       All-Defensive Team
1       Sixth Man of the Year
1       Defensive Player of the Year
1       Most Improved Player of the Year
1       Rookie of the Year
1       Player of the Year
1       Coach of the Year
1       Championship Team Trophy

25      Individual Awards for Members of the Winning Team
10      All-Tournament Team (First and Second team; 5 members per team)
1       Championship Most Valuable Player
1       Regular-Season Championship Trophy
1       Scholar-Athlete of the Year (Skip Prosser Award)

**3.23.7.1 All-Conference Team.** One Men's Basketball All-Conference Team will be selected by a vote incorporating media and the head coaches. First, second and third teams will be named.

**3.23.7.2 All-Freshman Team.** One Men's Basketball All-Freshman Team (five members) will be selected by a vote incorporating media and the head coaches.

**3.23.7.3 All-Defensive Team.** One Men's Basketball All-Defensive Team (five members) will be selected by a vote incorporating media and the head coaches.

**3.23.7.4 Sixth Man of the Year.** One Men's Basketball Sixth Man of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.7.5 Defensive Player of the Year.** One Men's Basketball Defensive Player of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.7.6 Most Improved Player.** One Men's Basketball Most Improved Player will be selected by a vote incorporating media and the head coaches.

**3.23.7.7 Rookie of the Year.** One Men's Basketball Rookie of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.7.8 Player of the Year.** One Men's Basketball Player of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.7.9 Coach of the Year.** One Men's Basketball Coach of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.7.10 All-Tournament Team.** One Men's Basketball All-Tournament Team will be selected by select media in attendance. Ten members will be announced as a first and second team.

**3.23.7.11 Most Valuable Player.** The Men's Basketball Championship Most Valuable Player will be selected by a vote of media in attendance and is included in the All-Tournament Team.

**3.23.8 Basketball – Women's.**
Awards authorized and presented by the Conference for Women's Basketball are voted on by a Blue-Ribbon Panel, which consists of coaches and media familiar with women's basketball, and are:
25      All-ACC Academic Team
15      All-Conference Team (10-member First team, 5-member Second team)
8       All-Freshman Team (redshirt or true freshmen)
5       All-Defensive Team
1       Rookie of the Year (redshirt of true freshman)
1       Defensive Player of the Year
1       Most Improved Player

| | |
|---|---|
| 1 | Sixth Player of the Year |
| 1 | Player of the Year |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |
| 25 | Individual Awards for Members of the Winning Team |
| 10 | All-Tournament Team (First and Second Team; 5 people per team) |
| 1 | Championship Most Valuable Player |
| 1 | Regular-Season Championship Trophy |
| 1 | Scholar-Athlete of the Year (Kay Yow Award) |

**3.23.8.1 All-Conference Team.** The Women's Basketball All-Conference Team will be selected by the Blue-Ribbon Panel. A second All-Conference Team will be selected by the head coaches. Fifteen members will be announced as a 10-member first team a five-member second team.

**3.23.8.2 All-Freshman Team.** The Women's Basketball All-Freshman Team (eight members) may include redshirt and true freshmen and will be selected by the Blue-Ribbon Panel. A second All-Freshman Team will be selected by the head coaches.

**3.23.8.3 All-Defensive Team.** The Women's Basketball All-Defensive Team (five members) will be selected by the head coaches.

**3.23.8.4 Rookie of the Year.** The Women's Basketball Rookie of the Year will be selected by the Blue-Ribbon Panel. A second Rookie of the Year will be selected by the head coaches.

**3.23.8.5 Defensive Player of the Year.** The Women's Basketball Defensive Player of the Year will be selected by the head coaches.

**3.23.8.6 Most Improved Player.** The Women's Basketball Most Improved Player will be selected by the head coaches.

**3.23.8.7 Sixth Player of the Year.** The Women's Basketball Sixth Player of the Year will be selected by the head coaches.

**3.23.8.8 Player of the Year.** The Women's Basketball Player of the Year will be selected by the Blue-Ribbon Panel. A second Player of the Year will be selected by the head coaches.

**3.23.8.9 Coach of the Year.** The Women's Basketball Coach of the Year will be selected by the Blue-Ribbon Panel. A second Coach of the Year will be selected by the head coaches.

**3.23.8.10 All-Tournament Team.** The Women's Basketball All-Tournament Team will be selected by a vote of the media in attendance. Ten (10) members will be announced as a first and second team.

**3.23.8.11 Most Valuable Player.** The Women's Basketball Championship Most Valuable Player will be selected by a vote of media in attendance and is included in the All-Tournament Team.

**3.23.9 Cross Country – Men's and Women's.**
Awards authorized and presented by the Conference for Men's and Women's Cross Country are:

| | |
|---|---|
| 30 | All-ACC Academic Team – men and women |

| 21 | All-Conference Team – men and women |
|---|---|
| 1 | Freshman of the Year – men and women (true freshman only) |
| 1 | Coach of the Year – men and women |
| 1 | Championship Team Trophy – men and women |
| 11 | Individual Awards for Members of the Winning Team – men and women |
| 1 | Individual Champion – men and women |
| 1 | Individual Second Place – men and women |
| 1 | Individual Third Place – men and women |
| 1 | Performer of the Year – men and women |
| 1 | Scholar-Athlete of the Year – men and women |

**3.23.9.1 All-Conference Team.** The Men's and Women's Cross Country All-Conference Teams will consist of the top 21 male finishers and the top 21 female finishers in their respective Conference Championship.

**3.23.9.2 Freshman of the Year.** The Men's and Women's Cross Country Freshmen of the Year will be the first freshman men's and women's cross country student-athlete to cross the finish line in their respective Conference Championship.

**3.23.9.3 Coach of the Year.** The Men's and Women's Cross Country Coaches of the Year will be selected by a vote of the respective head coaches.

**3.23.9.4 Performer of the Year.** The Men's and Women's Cross Country Performers of the Year will be selected by a vote of the respective head coaches.

**3.23.10 Fencing – Men's and Women's.**
Awards authorized and presented by the Conference for Men's and Women's Fencing are:

| 10 | All-ACC Academic Team – men and women |
|---|---|
| 6 | All-Conference Team (top two in each weapon) – men and women |
| 3 | Fencers of the Year (one per weapon) – men and women |
| 1 | Coach of the Year – men and women |
| 1 | Championship Team Trophy – men and women |
| 15 | Individual Awards for Members of the Winning Team – men and women |
| 1 | Award for Each Event Champion – men and women |
| 1 | Award for Each Event Second Place – men and women |
| 1 | Award for Each Event Third Place – men and women |
| 1 | Championship Most Valuable Player – men and women |
| 1 | Scholar-Athlete of the Year – men and women |

**3.23.10.1 All-Conference Team.** The Men's and Women's Fencing All-Conference Teams will consist of the top two male finishers and the top two female finishers in each event during the individual competition of their respective Conference Championship.

**3.23.10.2 Fencer of the Year.** The Men's and Women's Fencers of the Year will be selected by a vote of the respective head coaches.

**3.23.10.3 Coach of the Year.** The Men's and Women's Fencing Coaches of the Year will be selected by a vote of the respective head coaches.

**3.23.10.4 Championship Most Valuable Player.** The Men's and Women's Fencing Championship Most Valuable Players will be selected by a vote of the respective head coaches.

**3.23.11 Field Hockey.**
Awards authorized and presented by the Conference for Field Hockey are:

| | |
|---|---|
| 35 | All-ACC Academic Team |
| 22 | All-Conference Team (First and Second Team; 11 members per team) |
| 1 | Freshman of the Year (true freshman only) |
| 1 | Offensive Player of the Year |
| 1 | Defensive Player of the Year |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |
| 30 | Individual Awards for Members of the Winning Team |
| 11 | All-Tournament Team |
| 1 | Championship Most Valuable Player |
| 1 | Regular-Season Championship Trophy |
| 1 | Scholar-Athlete of the Year |

**3.23.11.1 All-Conference Team.** The Field Hockey All-Conference Team will be selected by a vote of the head coaches. A 22-member team will consist of the top 10 vote recipients and the top goalkeeper being designated as first team, and the next 10 vote recipients plus the second goalkeeper being designated as second team.

**3.23.11.2 Freshman of the Year.** The Field Hockey Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.11.3 Offensive Player of the Year.** The Field Hockey Offensive Player of the Year will be selected by a vote of the head coaches.

**3.23.11.4 Defensive Player of the Year.** The Field Hockey Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.11.5 Coach of the Year.** The Field Hockey Coach of the Year will be selected by a vote of the head coaches.

**3.23.11.6 All-Tournament Team.** The Field Hockey All-Tournament Team will be selected by the head coaches. An 11-member team, including the championship MVP, will be named. The team will consist of four members from the winner of the championship game, three members from the runner-up team, and two members from each of the non-advancing semifinal teams.

**3.23.11.7 Most Valuable Player.** The Field Hockey Championship Most Valuable Player will be selected by a vote of the head coaches.

**3.23.12 Football.**
Awards authorized and presented by the Conference for Football are:

| | |
|---|---|
| 60 | All-ACC Academic Team |
| 81 | All-Conference Team (First, Second, and Third team; 27 members per team) |
| 1 | Rookie of the Year |
| 1 | Offensive Rookie of the Year |

| 1 | Defensive Rookie of the Year |
| 1 | Offensive Player of the Year |
| 1 | Defensive Player of the Year |
| 1 | Player of the Year |
| 1 | Coach of the Year |
| 1 | Most Courageous Award (Brian Piccolo Award) |
| 1 | Senior Scholar-Athlete Award (Jim Tatum Award) |
| 1 | Most Outstanding Blocker Award (Jacob's Blocking Trophy) |
| 2 | Divisional Championship Trophies (Atlantic and Coastal) |
| 1 | Championship Team Trophy |
| 1 | Championship MVP Trophy (John D. Swofford Award) |
| 125 | Individual Awards for Members of the Winning Team |

**3.23.12.1 All-Conference Team.** The Football All-Conference Team will be selected by a vote incorporating media and the head coaches. First, second and third teams will be named. Each team shall consist of a 13-man offensive team, an 11-man defensive team and three specialists (place kicker, punter and return specialist).

**3.23.12.2 Rookie of the Year.** A Football Rookie of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.12.3 Offensive Rookie of the Year.** A Football Offensive Rookie of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.12.4 Defensive Rookie of the Year.** A Football Defensive Rookie of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.12.5 Offensive Player of the Year.** A Football Offensive Player of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.12.6 Defensive Player of the Year.** A Football Defensive Player of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.12.7 Player of the Year.** A Football Player of the Year will be either the Offensive or Defensive Player of the Year with the most votes as voted by media and the head coaches.

**3.23.12.8 Coach of the Year.** A Football Coach of the Year will be selected by a vote incorporating media and the head coaches.

**3.23.12.9 Brian Piccolo Award.** The most courageous football player in the Conference will be selected by the Commissioner's office upon receiving nominations from the member institutions' football head athletic trainers.

**3.23.12.10 Jacob's Blocking Trophy.** The most outstanding blocker is selected by a poll of the league's defensive coordinators and/or head coach.

**3.23.12.11 John D. Swofford Award.** The most valuable player of the Championship game is chosen by selected members of the media.

**3.23.13 Golf – Men's.**
Awards authorized and presented by the Conference for Men's Golf are:
25      All-ACC Academic Team
15      All-Conference Team
1       Freshman of the Year (true freshman only)
1       Player of the Year
1       Coach of the Year
1       Championship Team Trophy
7       Individual Awards for Members of the Winning Team
1       Individual Champion
1       Individual Second Place
1       Individual Third Place
1       Scholar-Athlete of the Year (Rod Myers Award)

> **3.23.13.1 All-Conference Team.** The Men's Golf All-Conference Team will be selected using a combination of a vote of the head coaches and the average of the Golfweek/Sagarin and Golfstat rankings released immediately following NCAA Regional selections. A 15-member team will be named. The individual medalist in the Conference Championship is an automatic All-Conference Team member.

> **3.23.13.2 Freshman of the Year.** The Men's Golf Freshman of the Year must be a true freshman and will be selected using the average of the Golfweek/Sagarin and Golfstat rankings released immediately following NCAA Regional selections.

> **3.23.13.3 Player of the Year.** The Men's Golf Player of the Year will be selected using the average of the Golfweek/Sagarin and Golfstat rankings released immediately following NCAA Regional selections.

> **3.23.13.4 Coach of the Year.** The Men's Golf Coach of the Year will be selected by a vote of the head coaches.

**3.23.14 Golf – Women's.**
Awards authorized and presented by the Conference for Women's Golf are:
25      All-ACC Academic Team
15      All-Conference Team
1       Freshman of the Year (true freshman only)
1       Player of the Year
1       Coach of the Year
1       Championship Team Trophy
7       Individual Awards for Members of the Winning Team
1       Individual Champion
1       Individual Second Place
1       Individual Third Place
1       Scholar-Athlete of the Year

> **3.23.14.1 All-Conference Team.** The Women's Golf All-Conference Team will be selected by a vote of the head coaches. One 15-member team will be named. The individual medalist in the Conference Championship is an automatic All-Conference Team member.

**3.23.14.2 Freshman of the Year.** The Women's Golf Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.14.3 Player of the Year.** The Women's Golf Player of the Year will be selected by a vote of the head coaches.

**3.23.14.4 Coach of the Year.** The Women's Golf Coach of the Year will be selected by a vote of the head coaches.

**3.23.15 Lacrosse – Men's.**
Awards authorized and presented by the Conference for Men's Lacrosse are:

| | |
|---|---|
| 30 | All-ACC Academic Team |
| 18 | All-Conference Team |
| 1 | Freshman of the Year (true freshman only) |
| 1 | Offensive Player of the Year |
| 1 | Defensive Player of the Year |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |
| 40 | Individual Awards for Members of the Winning Team |
| 1 | Scholar-Athlete of the Year |

**3.23.15.1 All-Conference Team.** The Men's Lacrosse All-Conference Team will be selected by a vote of the head coaches. An 18-member team will be named. The team shall consist of 13 positional players including three attackers, three midfielders, one face-off player, one short-stick midfielder, one long-stick midfielder, three defenders and one goalkeeper, and five at-large positions.

**3.23.15.2 Freshman of the Year.** The Men's Lacrosse Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.15.3 Offensive Player of the Year.** The Men's Lacrosse Offensive Player of the Year will be selected by a vote of the head coaches.

**3.23.15.4 Defensive Player of the Year.** The Men's Lacrosse Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.15.5 Coach of the Year.** The Men's Lacrosse Coach of the Year will be selected by a vote of the head coaches.

**3.23.16 Lacrosse – Women's.**
Awards authorized and presented by the Conference for Women's Lacrosse are:

| | |
|---|---|
| 35 | All-ACC Academic Team |
| 32 | All-Conference Team (First and Second Team; 16 members per team) |
| 12 | All-Freshman Team (true freshmen only) |
| 1 | Freshman of the Year (true freshman only) |
| 1 | Attacker of the Year |
| 1 | Midfielder of the Year |
| 1 | Defender of the Year |
| 1 | Coach of the Year |

1        Championship Team Trophy
34       Individual Awards for Members of the Winning Team
12       All-Tournament Team
1        Championship Most Valuable Player
1        Regular-Season Championship Trophy
1        Scholar-Athlete of the Year

**3.23.16.1 All-Conference Team.** The Women's Lacrosse All-Conference Team will be selected by a vote of the head coaches. Two 16-member teams will be named.

**3.23.16.2 All-Freshman Team.** The Women's Lacrosse All-Freshman Team (12 members) must be true freshmen and will be selected by a vote of the head coaches.

**3.23.16.3 Freshman of the Year.** The Women's Lacrosse Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.16.4 Attacker of the Year.** The Women's Lacrosse Attacker of the Year will be selected by a vote of the head coaches.

**3.23.16.5 Midfielder of the Year.** The Women's Lacrosse Midfielder of the Year will be selected by a vote of the head coaches.

**3.23.16.6 Defender of the Year.** The Women's Lacrosse Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.16.7 Coach of the Year.** The Women's Lacrosse Coach of the Year will be selected by a vote of the head coaches.

**3.23.16.8 All-Tournament Team.** The Women's Lacrosse All-Tournament Team will be selected by a vote of the ACC sports information directors and media in attendance. A 12-member team, including the MVP, will be selected by the head coaches of the four semifinalists at the Championship. The team will consist of five members from the winner of the championship game, three members from the runner-up team, and two members from each of the non-advancing semifinal teams.

**3.23.16.9 Championship Most Valuable Player.** The Women's Lacrosse Championship Most Valuable Player will be selected by a vote of the ACC sports information directors and media in attendance.

**3.23.17 Rowing.**
Awards authorized and presented by the Conference for Women's Rowing are:
50       All-ACC Academic Team
18       All-Conference Team (First and Second Team; nine members per team)
1        Varsity Crew of the Year (5 or 9 individual awards)
1        Newcomer of the Year
1        Coach of the Year
1        Championship Team Trophy
38       Individual Awards for the Winning Team
1        Award for Each Event Champion (5 or 9 individual awards)

1       Award for Each Event Second Place (5 or 9 individual awards)
1       Award for Each Event Third Place (5 or 9 individual awards)
1       Scholar-Athlete of the Year

**3.23.17.1 All-Conference Team.** The Women's Rowing All-Conference Team will consist of an 18-member team (First Team and Second Team; nine members per team) selected by a vote of the head coaches.

**3.23.17.2 Varsity Crew of the Year.** The Crew of the Year will be selected by a vote of the head coaches.

**3.23.17.3 Coach of the Year.** The Coach of the Year will be selected by a vote of the head coaches.

**3.23.17.4 Newcomer of the Year.** The Newcomer of the Year must be a true freshman, redshirt freshman, or rower in her first year of collegiate rowing, and will be selected by a vote of the head coaches.

**3.23.18 Soccer – Men's.**
Awards authorized and presented by the Conference for Men's Soccer are:

35      All-ACC Academic Team
33      All-Conference Team (First, Second and Third Team; 11 members per team)
11      All-Freshman Team (true freshmen only)
1       Freshman of the Year (true freshman only)
1       Offensive Player of the Year
1       Defensive Player of the Year
1       Midfielder of the Year
1       Coach of the Year
1       Championship Team Trophy
27      Individual Awards for the Winning Team
11      All-Tournament Team
1       Championship Most Valuable Player
2       Divisional Championship Trophies (Atlantic and Coastal)
1       Scholar-Athlete of the Year

**3.23.18.1 All-Conference Team.** The Men's Soccer All-Conference Team will be selected by a vote of the head coaches. A 33-member team will consist of the top 10 vote recipients, regardless of position, plus the top goalkeeper being designated as first team; the next ten 10 vote recipients, regardless of position, plus the second goalkeeper being designated as second team; and the next ten 10 vote recipients, regardless of position, plus the third goalkeeper being designated as the third team.

**3.23.18.2 All-Freshman Team.** The Men's Soccer All-Freshman Team (11 members) must be true freshmen and will be selected by a vote of the head coaches.

**3.23.18.3 Freshman of the Year.** The Men's Soccer Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.18.4 Offensive Player of the Year.** The Men's Soccer Offensive Player of the Year will be

selected by a vote of the head coaches.

**3.23.18.5 Defensive Player of the Year.** The Men's Soccer Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.18.6 Midfielder of the Year.** The Men's Soccer Midfielder of the Year will be selected by a vote of the head coaches.

**3.23.18.7 Coach of the Year.** The Men's Soccer Coach of the Year will be selected by a vote of the head coaches.

**3.23.18.8 All-Tournament Team.** The Men's Soccer All-Tournament Team will be selected by a vote of the head coaches. An 11-member team, including the championship MVP, will be named.

**3.23.18.9 Championship Most Valuable Player.** The Men's Soccer Championship Most Valuable Player will be selected by a vote the ACC sports information directors and media in attendance.

**3.23.19 Soccer – Women's.**
Awards authorized and presented by the Conference for Women's Soccer are.

| | |
|---|---|
| 45 | All-ACC Academic Team |
| 33 | All-Conference Team (First, Second, and Third Team; 11 members per team) |
| 11 | All-Freshman Team (true freshmen only) |
| 1 | Freshman of the Year (true freshman only) |
| 1 | Offensive Player of the Year |
| 1 | Defensive Player of the Year |
| 1 | Midfielder of the Year |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |
| 29 | Individual Awards for Members of the Winning Team |
| 11 | All-Tournament Team |
| 1 | Championship Most Valuable Player |
| 1 | Regular-Season Championship Trophy |
| 1 | Scholar-Athlete of the Year |

**3.23.19.1 All-Conference Team.** The Women's Soccer All-Conference Team will be selected by a vote of the head coaches. A 33-member team will consist of the top 10 vote recipients, regardless of position, plus the top goalkeeper being designated as first team; the next 10 vote recipients, regardless of position, plus the second goalkeeper being designated as second team; and the next 10 vote recipients, regardless of position, plus the third goalkeeper being designated as the third team.

**3.23.19.2 All-Freshman Team.** The Women's Soccer All-Freshman Team (11 members) must be true freshmen and will be selected by a vote of the head coaches.

**3.23.19.3 Freshman of the Year.** The Women's Soccer Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.19.4 Offensive Player of the Year.** The Women's Soccer Offensive Player of the Year will be selected by a vote of the head coaches.

**3.23.19.5 Defensive Player of the Year.** The Women's Soccer Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.19.6 Midfielder of the Year.** The Women's Soccer Midfielder of the Year will be selected by a vote of the head coaches.

**3.23.19.7 Coach of the Year.** The Women's Soccer Coach of the Year will be selected by a vote of the head coaches.

**3.23.19.8 All-Tournament Team.** The Women's Soccer All-Tournament Team will be selected by a vote of the ACC sports information directors and media in attendance. An 11-member team, including the MVP, will be named.

**3.23.19.9 Championship Most Valuable Player.** The Women's Soccer Championship Most Valuable Player will be selected at the conclusion of the ACC Women's Soccer Championship by a vote of the ACC sports information directors and media in attendance.

**3.23.20 Softball**
Awards authorized and presented by the Conference for Softball are:

| | |
|---|---|
| 30 | All-ACC Academic Team |
| 45 | All-Conference Team (First, Second, and Third Team; 15 members per team) |
| 10 | All-Freshman Team (true freshmen only) |
| 1 | Freshman of the Year (true freshman only) |
| 1 | Player of the Year |
| 1 | Pitcher of the Year |
| 1 | Defensive Player of the Year |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |
| 28 | Individual Awards for Members of the Winning Team |
| 11 | All-Tournament Team |
| 1 | Championship Most Valuable Player |
| 1 | Regular-Season Championship Trophy |
| 1 | Scholar-Athlete of the Year |

**3.23.20.1 All-Conference Team.** The Softball All-Conference Team will be selected by a vote of the head coaches. The 15-member first team will consist of four infielders, three outfielders, one catcher, three pitchers, and four at-large selections. The next 15 vote recipients, regardless of position, will be designated as second team and the next 15 vote recipients, regardless of position, will be designated as the third team. Specific criteria for pitchers, defensive players and at-large positions is outlined in the Softball Communications Guidelines.

**3.23.20.2 All-Freshman Team.** The Softball All-Freshman Team must be true freshmen and will be selected by a vote of the head coaches. A 10-member team, regardless of position, will be named.

**3.23.20.3 Freshman of the Year.** The Softball Freshman of the Year must be a true freshman and will be selected by a vote of the head coaches.

**3.23.20.4 Player of the Year.** The Softball Player of the Year will be selected by a vote of the head

coaches.

**3.23.20.5 Pitcher of the Year.** The Softball Pitcher of the Year will be selected by a vote of the head coaches.

**3.23.20.6 Defensive Player of the Year.** The Softball Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.20.7 Coach of the Year.** The Softball Coach of the Year will be selected by a vote of the head coaches.

**3.23.20.8 All-Tournament Team.** An 11-member All-Tournament Team, including the MVP, will be selected by a vote of the head coaches, ACC sports information directors and media in attendance.

**3.23.20.9 Most Valuable Player.** The Softball Championship Most Valuable Player will be selected by a vote of the head coaches, ACC sports information directors and media in attendance.

**3.23.21 Swimming & Diving – Men's and Women's.**
Awards authorized and presented by the Conference for Men's and Women's Swimming & Diving are:

| | |
|---|---|
| 50 | All-ACC Academic Team – men and women |
| 68 | All-Conference Awards – men and women |
| 1 | Freshman of the Year – men and women (true freshmen only) |
| 1 | Swimmer of the Year – men and women |
| 1 | Diver of the Year – men and women |
| 1 | Swimming Coach of the Year – men and women |
| 1 | Diving Coach of the Year – men and women |
| 1 | Championship Team Trophy – men and women |
| 27 | Individual Awards for Members of the Winning Team – men and women |
| 1 | Championship Most Valuable Swimmer – men and women |
| 1 | Championship Most Valuable Diver – men and women |
| 1 | Award for Each Event Champion |
| 1 | Award for Each Event Second Place |
| 1 | Award for Each Event Third Place |
| 1 | Scholar-Athlete of the Year – men and women |

**3.23.21.1 All-Conference Team.** The Men's and Women's Swimming and Diving All-Conference Team will consist of the first, second and third place finishers in each event plus the first-place relay teams in the respective Conference Championship.

**3.23.21.2 Freshman of the Year.** The Men's and Women's Freshman of the Year will be selected by a vote of the head coaches.

**3.23.21.2 Swimmer of the Year.** The Men's and Women's Swimmer of the Year will be selected by a vote of the head coaches.

**3.23.21.3 Diver of the Year.** The Men's and Women's Diver of the Year will be selected by a vote of the head coaches.

**3.23.21.4 Coach of the Year.** The Men's and Women's Swimming Coach of the Year and Men's and Women's Diving Coach of the Year will be selected by a vote of the head coaches.

**3.23.21.5 Most Valuable Swimmer/Diver.** The Men's and Women's Most Valuable Swimmer from the Conference Championship will be selected by a vote of the head coaches. The Men's and Women's Most Valuable Diver from the Conference Championship will be selected by a vote of the head coaches.

**3.23.22 Tennis – Men's and Women's.**
Awards authorized and presented by the Conference for Men's and Women's Tennis are:

| | |
|---|---|
| 30 | All-ACC Academic Team – men and women |
| 27 | All-Conference Team (First, Second and Third Team; nine members per team) – men and women |
| 1 | Freshman of the Year – men and women (true freshmen only) |
| 1 | Player of the Year – men and women |
| 1 | Coach of the Year – men and women |
| 1 | Championship Team Trophy – men and women |
| 13 | Individual Awards for Members of the Winning Team – men and women |
| 1 | Championship Most Valuable Player – men and women |
| 1 | Regular-Season Championship Trophy – men and women |
| 1 | Scholar-Athlete of the Year – men and women |

**3.23.22.1 All-Conference Team.** The Men's and Women's Tennis All-Conference Team will be selected by a vote of the coaches. A 27-member team will be named as first, second and third team with nine members per team.

**3.23.22.2 Freshman of the Year.** The Men's and Women's Tennis Freshman of the Year must be a true freshman and will be selected by a vote of the respective head coaches.

**3.23.22.3 Player of the Year.** The Men's and Women's Tennis Player of the Year will be selected by a vote of the respective head coaches.

**3.23.22.4 Coach of the Year.** The Men's and Women's Tennis Coach of the Year will be selected by a vote of the respective head coaches.

**3.23.22.5 Most Valuable Player.** The Men's and Women's Tennis Championship Most Valuable Player will be selected by the head coach of the respective ACC championship team.

**3.23.23 Track & Field (Indoor/Outdoor) – Men's and Women's**
Awards authorized and presented by the Conference for Men's and Women's Indoor and Outdoor Track & Field are:

| | |
|---|---|
| 45 | All-ACC Academic Team (Indoor) – men and women |
| 50 | All-ACC Academic Team (Outdoor) – men and women |
| | All-Conference Awards (114 Indoor, 138 Outdoor) – men and women |
| 1 | Freshman of the Year Award – men and women (true freshmen only) |
| 1 | Coach of the Year – men and women |
| 1 | Championship Team Trophy – men and women |
| 36 | Members of the Winning Team – men and women |
| 1 | Most Valuable Performer, Track – men and women |
| 1 | Most Valuable Performer, Field – men and women |

1        Award for Each Event Champion
1        Award for Each Event Second Place
1        Award for Each Event Third Place
1        Indoor Track Performer of the Year – men and women
1        Indoor Field Performer of the Year – men and women
1        Outdoor Track Performer of the Year – men and women
1        Outdoor Field Performer of the Year – men and women
1        Scholar-Athlete of the Year (Indoor and Outdoor) – men and women

**3.23.23.1 All-Conference Team.** The Men's and Women's Indoor and Outdoor Track & Field All-Conference Teams will consist of the top six finishers in each individual event plus all members of the top three relay teams in their respective Conference Championship. The top three finishers in each individual event plus all members of the first-place relay teams will be named to the first team, and the fourth through sixth finishers in each individual event plus all members of the second- and third-place relay teams will be named to the second team.

**3.23.23.2 Freshman of the Year.** The Men's and Women's Freshman of the Year will be selected by a vote of the coaches.

**3.23.23.3 Coach of the Year.** The Men's and Women's Coach of the Year will be selected by a vote of the coaches.

**3.23.23.4 Most Valuable Performer, Track/Field.** The Most Valuable Performer in Track and the Most Valuable Performer in Field will be determined by points accumulated during ACC Championship competition. In the case of a tie for high point total, the MVP will be determined by a head coaches' vote among those student-athletes.

**3.23.23.5 Performer of the Year, Track/Field.** The Performer of the Year in Track and the Performer of the Year in Field will be selected by a vote of the coaches.

**3.23.24 Volleyball – Women's.**
Awards authorized and presented by the Conference for Women's Volleyball are:
35      All-ACC Academic Team
28      All-Conference Team (First and Second; 14 members per team)
9        All-Freshman Team (true freshmen only)
1        Freshman of the Year (true freshman only)
1        Player of the Year
1        Defensive Player of the Year
1        Setter of the Year
1        Coach of the Year
1        Championship Team Trophy
22      Individual Awards for Members of the Winning Team
1        Scholar-Athlete of the Year

**3.23.24.1 All-Conference Team.** The Women's Volleyball All-Conference Team will be selected by a vote of the head coaches. A 28-member team will consist of the top 14 vote recipients, regardless of position but including at least one "defensive specialist," designated as first team, and the next 14 vote recipients, regardless of position but including at least one "defensive specialist," designated as second team.

**3.23.24.2 All-Freshman Team.** The Women's Volleyball All-Freshman Team (nine members) must be true freshmen and will be selected by a vote of the head coaches.

**3.23.24.3 Freshman of the Year.** The Women's Volleyball Freshman of the Year must be a true freshman and will be the player with the highest number of votes from the All-Freshman Team.

**3.23.24.4 Player of the Year.** The Women's Volleyball Player of the Year will be selected by a vote of the head coaches.

**3.23.24.5 Defensive Player of the Year.** The Women's Volleyball Defensive Player of the Year will be selected by a vote of the head coaches.

**3.23.24.6 Setter of the Year.** The Women's Volleyball Setter of the Year will be selected by a vote of the head coaches.

**3.23.24.7 Coach of the Year.** The Women's Volleyball Coach of the Year will be selected by a vote of the head coaches.

**3.23.25 Wrestling.**
Awards authorized and presented by the Conference for Wrestling are:

| | |
|---|---|
| 20 | All-ACC Academic Team |
| 20 | All-Conference Awards |
| 1 | Wrestler of the Year |
| 1 | Freshman of the Year (true or redshirt freshman) |
| 1 | Coach of the Year |
| 1 | Championship Team Trophy |
| 17 | Individual Awards for Members of the Winning Team |
| 1 | Championship Most Valuable Wrestler |
| 1 | Award for Each Weight Class Champion (All-ACC) |
| 1 | Award for Each Weight Class Second Place (All-ACC) |
| 1 | Award for Each Weight Class Third Place |
| 1 | Regular-Season Championship Trophy |
| 1 | Scholar-Athlete of the Year |

**3.23.25.1 All-Conference Team.** The Wrestling All-Conference Team will consist of the champion and runner-up in each weight at the Conference Championship.

**3.23.25.2 Wrestler of the Year.** The Wrestler of the Year will be selected by a vote of the head coaches.

**3.23.25.3 Freshman of the Year.** The Wrestling Freshman of the Year may be a true or redshirt freshman and will be selected by a vote of the coaches.

**3.23.25.4 Coach of the Year.** The Wrestling Coach of the Year will be selected by a vote of the coaches.

**3.23.25.5 Most Valuable Wrestler.** The Championship Most Valuable Wrestler will be selected by a vote of the coaches in attendance at the championship.

## APPENDIX 3-1 AUTOMATIC QUALIFICATION

The following sports receive an automatic qualification (by team) to the NCAA Championship by winning their respective ACC Championship. If the ACC Championship cannot be held or completed, then the regular-season champion will receive the automatic qualification.

  Field Hockey           Women's Soccer
  Women's Lacrosse

The following sports receive an automatic qualification (by team) to the NCAA Championship by winning their respective ACC Championship. If the ACC Championship cannot be held or completed, then the highest seed remaining in the Championship at the time designated below will be the automatic qualifier to the NCAA Championship.

  Men's Basketball and Women's Basketball – after the most recently completed full round of competition
  Softball – after the most recently completed full day of competition
  Men's Soccer, Men's Tennis, and Women's Tennis – at the suspension of play

The following sport receives an automatic qualification (by team) to the NCAA Championship by winning their respective ACC Championship. If pool play has not been completed, then the number one seed will receive the automatic qualification. If pool play is completed, then the team with the best record in the ACC championship will receive the automatic qualification. If the teams in the semifinals or championship game have the same record, then the highest seed remaining will receive the automatic qualification.

  Baseball

The following sport receives an automatic qualification (by team) to the NCAA Championships by earning the most points in NCAA events (First Varsity Eight, Second Varsity Eight and First Varsity Four races). In the event the ACC Championship cannot be held or completed, the automatic qualifier will be determined based on the procedure specified in 3.13.2.8.

  Rowing

The following sport receives an automatic qualification (by team) to the NCAA Championship based on the regular-season standings with any ties being broken using the tie-breaking procedure.

  Volleyball

The following sports do not receive automatic qualification (by team) to the NCAA Championship.

  Men's Cross Country       Women's Swimming & Diving
  Women's Cross Country      Men's Indoor Track & Field
  Men's Fencing          Women's Indoor Track & Field
  Women's Fencing        Men's Outdoor Track & Field
  Men's Lacrosse         Women's Outdoor Track & Field
  Men's Swimming & Diving     Wrestling



# GENERAL POLICIES & PROCEDURES

## ACC MANUAL

### 2022 | 2023

# GENERAL POLICIES & PROCEDURES

## 4.1 GAMBLING POLICY

In recognition of the serious threat gambling poses to the integrity of intercollegiate athletics, the Conference requires that each Member:

a.    At least once each academic year, arrange a presentation regarding gambling for all student-athletes, coaches, and athletics department staff members.

b.    Review NCAA Bylaw 10.3 at all team certification meetings.

c.    Develop a written athletics department policy on gambling for appropriate distribution (e.g., compliance manuals, student-athlete handbooks, game programs, media guides, booster brochures, websites, etc.).

d.    Designate a primary liaison to assist in coordinating institutional educational and monitoring efforts regarding gambling.

e.    At least once each academic year, distribute to student-athletes, coaches, and athletics department staff members information (e.g., newspaper/magazine articles, videotapes, poster) regarding gambling.

## 4.2 DIVERSITY, EQUITY, AND INCLUSION EDUCATION

Each member shall provide annual diversity, equity and inclusion education to all athletics department staff and student-athletes. Institutions should seek to provide effective and meaningful training that addresses improving systems, structures, policies, practices, and attitudes that disadvantage people. Diversity, equity, and inclusion topics include: culture, race, and ethnicity; disability; religious or spiritual beliefs; gender, including transgender; sexual identity and sexual orientation; and generational. Institutions shall submit an attestation, signed by the director of athletics, to the conference office to confirm completion of the education requirement.

## 4.3 NCAA STUDENT ASSISTANCE FUND

The Conference requires that each Member adhere to the following principles regarding the NCAA Student Assistance Fund:

a.    Members should avoid use of the fund in a manner that could be construed as attempting to gain a recruiting advantage or disadvantage another institution and should ensure that all student-athletes have equal access to the fund.

b.    The ACC principles should be conveyed to the NCAA.

c.    The ACC principles should be conveyed to other conferences.

## 4.4 COMMUNICATION GUIDELINES

A necessary element in an effective functioning Conference governance structure is the establishment of policy and procedures to build an effective and efficient communication process within the Conference. This includes, but is not limited to, the sharing of information, timely notification, certainty of jurisdictional authority and limitations, and the establishment of regular personal interaction. In order to assist in the achievement of the above objective, the following guidelines will be executed:

a.    To the extent determined by the Board and not precluded by confidentiality, the Directors may consult with members of the Advisory Committees on matters reserved for the Board.

b.    Chairs of each Advisory Committee may be invited by the Board to attend Board meetings in

accordance with Section 1.5.1.5.7 of the Constitution.

c.   Agendas and minutes of the Joint Group will be shared with all members of the governance structure. An executive summary of the minutes from the Joint Group shall be submitted to the Board.

d.   The goals and objectives of the Conference will be shared annually with the Joint Group and the Board, to the extent determined by the Board.

e.   The Executive Committee, the Joint Group, and the Board shall review and comment on the goals and objectives of the Conference.

f.   An executive summary of the NCAA Board of Directors actions will be provided to the Conference's Directors. Information on major issues on the agenda of the NCAA Board of Directors will be provided to the Conference's Directors prior to the meeting.

## 4.5 ACADEMIC CONSORTIUM

The Members share a commitment to academic excellence in undergraduate, professional, and graduate education, research, and public service. These joint interests have often led to collaborative academic initiatives among many of the Members. With the expansion to fifteen members, opportunity exists for a more diverse set of such collaborative activities.

To provide a formal mechanism to explore areas where groups of Members might want to work collectively on issues, the ACC Academic Consortium (ACCAC) is created. The ACCAC will be formed by a Council of Chief Academic Officers with a chair that rotates annually among the Members. The faculty athletics representatives will designate one member as a liaison to the ACCAC, who will serve a three-year term. The Council would be charged with drafting a charter for the ACCAC that promotes collaborative activities from a long-term perspective, but the ACCAC structure will be flexible so it can reflect opportunities and issues that arise from time to time. Participation in ACCAC activities will be voluntary, reflecting the interests of those who elect to take part.

## 4.6 MEDIA GUIDELINES FOR CONFERENCE COMPETITION

### 4.6.1 Working Conditions.
An appropriate post-game interview area for all sports shall be provided by the host sports information director. Security from fans, and for football, adequate coverage from inclement weather, must be provided when designating a post-game interview area. When possible, accessibility from the press row and to the media work room should be considered.

The media work room for football, men's basketball, and women's basketball should be designated for the sole use of attending media before, during, and immediately after the event. The media work room should be manned by security personnel consistent with its hours of operation. The media work room should include sufficient standard phone line access and power sources.

Press row security for football, men's basketball, and women's basketball should be consistent with that of a paying customer with special consideration toward post-game crowd control.

### 4.6.2 Post-Game Interview Policy for Sports Other Than Men's and Women's Basketball, Men's and Women's Lacrosse and the Baseball Championship.
All post-game interviews with coaches will be conducted in a press interview area designated by the host sports information director. There will be a maximum ten-minute "cooling off" period, at which time the

winning head coach must enter the interview area. The losing head coach should enter the interview area not more than ten minutes after the start of the interview of the winning head coach.

Once a head coach exits the locker room for the post-game interview, that team's locker room will then be open to the media. The players will be made available to the media in the locker room or an area designated by the sports information director.

The host sports information director, per mutual agreement with the visiting sports information director, may adjust the order of the above post-game interview procedure as long as media access to coaches and players is guaranteed.

### 4.6.3 Post-Game Interview Policy for Men's and Women's Basketball and Men's and Women's Lacrosse.
All post-game interviews with coaches will be conducted in a press interview area designated by the host sports information director.

There will be a maximum ten-minute "cooling off" period, at which time the first available head coach will begin a ten-minute interview session in the interview area. Should both coaches be ready to begin their interviews at the same time, preference for the first session should be given to the visiting coach. The second head coach should be ready to enter the interview area not more than ten minutes after the start of the first interview.

Once a head coach exits the locker room for the post-game interview, that team's locker room will then be open to the media. The players will be made available to the media in the locker room or an area designated by the sports information director.

The host sports information director, per mutual agreement with the visiting sports information director, may adjust the order of the above post-game interview procedure as long as media access to coaches and players is guaranteed.

### 4.6.4 Post-Game Interview Policy for the Baseball Championship.
All post-game interviews with coaches will be conducted in a press interview area designated by the ACC.

There will be a maximum ten-minute "cooling off" period, at which time the losing head coach will begin a ten-minute interview session in the interview area. The winning head coach should be ready to enter the interview area not more than ten minutes after the start of the first interview.

### 4.6.5 Post-Game Reporter for Officials Locker Room.
ACC allows for the host sports information director only to enter the officials' locker room after a game. Guidelines to be followed for a post-game interview situation are as listed below. The question by the SID, and subsequent statement, should be limited to the play or call-in question.
a.      A potential fighting situation that results in a technical/unsportsmanlike foul.
b.      Unsportsmanlike conduct that results in a technical/unsportsmanlike foul.
c.      A technical/unsportsmanlike foul as a result of a coach leaving the coaching box area.
d.      An unusual situation that needs an explanation for media clarification.
e.      No explanations of judgment calls will be allowed.

## 4.7 CHEERLEADING POLICY FOR MEN'S AND WOMEN'S CONFERENCE BASKETBALL CHAMPIONSHIPS

Tosses will only be allowed when a total of two people are involved (i.e., only one person tossing another person into the air.)

## 4.8 OLYMPIC SPORT CHAMPIONSHIP POLICIES

### 4.8.1 Olympic Sport Championship - Venue Completion.
Recommended Olympic sport championship venues must be completed at the time of Conference approval.

### 4.8.2 Bands, Cheerleaders, Mascots and Dance Teams.
Pep bands, cheerleaders, mascots, and dance teams are not allowed to attend Olympic sport championships.

## 4.9 GUIDELINES AND RECOMMENDATIONS FOR OLYMPIC SPORT CHAMPIONSHIPS

The following guidelines have been endorsed by the Atlantic Coast Conference and member institutions and are recommended to be followed and used throughout the regular season and for championship events.

### 4.9.1 Annual Committee Meetings.
Head coaches are expected to attend the annual sport committee meeting or conference call. If the head coach is not able to attend, an institutional administrator is to notify the ACC director of championships prior to the meeting or conference call. No more than one team representative will be allowed to attend the annual committee meeting.

Air travel to attend the annual committee meeting should be made 21 days in advance, whenever possible.

### 4.9.2 Championship Host.
When hosting an Atlantic Coast Conference Olympic sport championship, the host championship manager should be a full-time employee of the host institution.

The host institution shall provide neutral music for Olympic sport championships (e.g., pre-game, halftime, etc.)

### 4.9.3 Championship Competition and Practice.
Each member institution is permitted to practice at the site of competition one day prior to that institution's first competition at the respective championship. In the sport off tennis, the top 4 seeds are allowed a practice opportunity on the Wednesday prior to the start of the Championship, at the site of the Championship, after 6 p.m.

## 4.10 AWARD FOR EXEMPLARY SERVICE TO THE ATLANTIC COAST CONFERENCE

The chair of the FAR Committee, in consultation with the Commissioner, faculty athletics representatives, and athletics directors (if applicable), is solely responsible for selecting the recipient of this award, which

may be presented during the May meeting banquet. The chair of the FAR Committee may also choose not to present an award.

### 4.10.1 Eligibility.
Full-time employees of the Conference are not eligible to receive the award. Additionally, individuals who have announced their retirement or departure from the Conference and those associated with the FAR Committee chair's institution would also not be eligible.

### 4.10.2 Criteria.
The criteria for selection of the award would be the FAR Committee chair's assessment that the individual had provided exemplary service to the Conference in a specific task, in a series of efforts during the year of such FAR's service as chair of the FAR Committee, or over an extended period of time.

## 4.11 ATLANTIC COAST CONFERENCE UNITE AWARD

The ACC UNITE Award recognizes individuals who have had a significant impact on racial or social justice and/or been a pioneer for minorities at their institution. Each member may designate up to two individuals per year, one male and one female. Honorees may be student-athletes, staff members, or alumni of the institution. For 2021-22, each member will designate its first male and female student-athletes of color (multiple honorees may be recognized).

### 4.11.1 Criteria.
To recognize individuals who have made an impact in the areas of racial and social justice; specifically, persons who:
a.   Exemplify ACC CORE's mission to promote and encourage inclusion, racial equity, and social justice through education, partnerships, engagement and advocacy;
b.   Create meaningful, lasting change by improving systems, organizational structures, policies, practices and attitudes; or
c.   Were a pioneer and/or helped pave the way for minorities at their institution.

# STAFF DIRECTORY

4512 Weybridge Lane, Greensboro, NC 27407
(336) 854-8787 | www.theACC.com

**James J. Phillips**
Commissioner
j-phillips@theacc.org
O: (336) 369-1208 | C: (847) 293-7996

**Kelvin Anthony**
Director – Accounting & Finance
kanthony@theacc.org
O: (336) 369-1210 | C: (254) 447-0940

**Andrew Bacon**
Assistant Director – Advanced Media
abacon@theacc.org
O: (336) 369-1003 | C: (217) 415-7621

**Kevin Best**
Sr. Associate Commissioner – Communications
kbest@theacc.org
O: (336) 369-4651 | C: (919) 619-7020

**Paul Brazeau**
Sr. Associate Commissioner – Men's Basketball
pbrazeau@theacc.org
O: (336) 369-1218 | C: (336) 337-2754

**Adam Brockman**
Director – Information Technology
abrockman@theacc.org
O: (336) 369-4660 | C: (336) 207-1129

**Matt Burgemeister**
Associate Commissioner – Compliance &
    Governance
mburgemeister@theacc.org
O: (336) 369-4641 | C: (336) 337-8729

**Andy Fledderjohann**
Assistant Commissioner – Communications
afledder@theacc.org
O: (336) 369-1002 | C: (434) 906-0075

**Allen Franklin**
Football & Basketball Video Director
afranklin@theacc.org
O: (336) 369-4687 | C: (336) 407-5604

**T. C. Gammons**
Assistant Director – Men's Basketball
tcgammons@theacc.org
O: (336) 369-4688 | C: (336) 907-9812

**Carl Hairston**
Director – Brand Marketing
chairston@theacc.org
O: (336) 369-4682 | C: (336) 324-6728

**Tracey Haith**
Coordinator – Student-Athlete Programs,
    Compliance, Governance, & Human
    Resources
thaith@theacc.org
O: (336) 369-4643

**Sofia Harper**
Coordinator – Finance & Administration
sharper@theacc.org
O: (336) 369-4658 | C: (954) 300-8538

**Brad Hecker**
Assistant Commissioner – Women's Basketball
bhecker@theacc.org
O: (336) 369-4670 | C: (336) 337-9891

**Dennis Hennigan**
Supervisor of Football Officials
dhennigan@theacc.org
O: (336) 369-4677 | C: (315) 569-2868

**Brittany Holder**
Assistant Director – Administration
bholder@theacc.org
O: (336) 369-4675 | C: (336) 403-9560

**Brad Hostetter**
Deputy Commissioner – Chief of Internal Affairs
bhostetter@theacc.org
O: (336) 369-4640 | C: (336) 337-4897

**Marra Hvozdovic**
Director – Compliance
mhvozdovic@theacc.org
O: (336) 369-4680 | C: (703) 217-4788

**Bryan Kersey**
Supervisor of Men's Basketball Officials
bkersey@theacc.org
O: (336) 369-4674 | C: (336) 501-7407

**Amanda Lewis**
Assistant Director – Brand Marketing
alewis@theacc.org
O: (336) 369-4683 | C: 512-636-9114

**Tim Lynde**
Sr. Associate Commissioner – Brand Marketing
tlynde@theacc.org
O: (336) 369-1214 | C: (336) 688-4946

**Scott McBurney**
Associate Commissioner – Advanced Media
smcburney@theacc.org
O: (336) 369-4646 | C: (336) 601-3039

**Mary McElroy**
Sr. Associate Commissioner – Women's
    Basketball
mmcelroy@theacc.org
O: (336) 369-4669 | C: (336) 420-7859

**Donald Moore, Jr.**
Director – Football
dmoore@theacc.org
O: (336) 369-4655 | C: (336) 202-3941

**Brandon Neff**
Assistant Commissioner – Championships
bneff@theacc.org
O: (336) 369-4644 | C: (515) 231-5759

**Jas Palmer**
Assistant Director - Championships
jpalmer@theacc.org
O: (336) 369-4656 | C: (828) 335-4425

**Steve Phillips**
Editorial & Content Manager – Communications
sphillips@theacc.org
O: (336) 369-1004 | C: (336) 337-7422

**Ashley Popovich**
Assistant Graphic Designer
apopovich@theacc.org
O: (336) 369-4650 | C: (843) 737-3634

**Jessica Rippey**
Senior Associate Commissioner –
    Championships & SWA
jrippey@theacc.org
O: (336) 369-1213 | C: (336) 404-8907

**Jared Romance**
Assistant Director – Championships
jromance@theacc.org
O: (336) 369-4653 | C: (336) 823-4385

**Martha Schwab**
Graphic Designer
mschwab@theacc.org
O: (336) 369-4681 | C: (336) 337-0519

**Michael Strickland**
Sr. Associate Commissioner – Football
mstrickland@theacc.org
O: (336) 369-1219 | C: (336) 337-0205

**Ellen Stuart**
Assistant Director – Digital Media
estuart@theacc.org
O: (336) 369-4679 | C: (336) 840-9265

**Ben Tario**
Deputy Commissioner – Chief Financial Officer,
    Business & Legal Affairs
btario@theacc.org
O: (336) 369-1204 | C: (336) 337-0839

**Kara Tyree**
Director – Men's Basketball
ktyree@theacc.org
O: (336) 369-1217 | C: (336) 420-7820

**Steve "Slim" Vollinger**
Director – Advanced Media
svollinger@theacc.org
O: (336) 369-1207 | C: (336) 337-1471

**Emily G. Watkins**
Office Coordinator & Desktop Publishing
ewatkins@theacc.org
O: (336) 369-1200 | C: (336) 509-0756

**Debbie Williamson**
Supervisor of Women's Basketball Officials
dwilliamson@theacc.org
O: (336) 369-4672 | C: (336) 840-8273

**Amy M. Yakola**
Deputy Commissioner – Chief of External Affairs
ayakola@theacc.org
O: (336) 369-1215 | C: (336) 337-4893

# FAR/AD/SWA CONTACT INFORMATION

**Boston College**

Bob Murphy
murphyro@bc.edu
(617) 552-3688

Blake James
bjames@bc.edu
(617) 552-4681

Shauna Cobb
reshauna.cobb@bc.edu
(617) 552-8303

**Clemson University**

Antonis Katsiyannis
antonis@clemson.edu
(864) 656-5114

Graham Neff
neffg@clemson.edu
(864) 656-1935

Stephanie Ellison-Johnson
saellis@clemson.edu
(864) 656-7163

**Duke University**

Linda Franzoni
franzoni@duke.edu
(919) 660-5996

Nina King
nina.king@duke.edu
(919) 684-2431

Heather Ryan
hryan@duke.edu
(919) 681-3160

**Florida State University**

Mike Brady
mbrady@fsu.edu
(850) 644-7853

Michael Alford
michael.alford@fsu.edu
(850) 644-1079

Alycia Varytimidis
alv22c@fsu.edu
(850) 645-9162

**Georgia Institute of Technology**

Jenna Jordan
jenna.jordan@inta.gatech.edu
(773) 844-1525

Todd Stansbury
tstansbury@athletics.gatech.edu
(404) 894-5411

Joeleen Akin
jakin@athletics.gatech.edu
(404) 894-4462

**University of Louisville**

Krista Wallace-Boaz
kbwall01@louisville.edu
(502) 852-5638

Josh Heird
heird@gocards.com
(502) 852-2107

Amy Calabrese
amyc@gocards.com
(502) 852-4939

**University of Miami**

Marvin Dawkins
mdawkins@miami.edu
(305) 284-6127

Dan Radakovich
drad@miami.edu
(305) 284-2651

Jennifer Strawley
j.strawley@miami.edu
(305) 284-2651

**University of North Carolina**

Lissa Broome
lbroome@email.unc.edu
(919) 962-7066

Bubba Cunningham
bubbac@unc.edu
(919) 962-8200

Marielle vanGelder
mvangelder@unc.edu
(919) 962-7853

**North Carolina State University**

Joel Pawlak
jjpawlak@ncsu.edu
(919) 513-0511

Boo Corrigan
ecorrig@ncsu.edu
(919) 515-2109

Michelle Lee
michelle_lee@ncsu.edu
(919) 515-5076

**University of Notre Dame**

Tricia Bellia
pbellia@nd.edu
(574) 631-3866

Jack Swarbrick
swarbrick.1@nd.edu
(574) 631-7546

Missy Conboy
conboy.1@nd.edu
(574) 631-5143

**University of Pittsburgh**

Sheila Vélez Martínez
siv7@pitt.edu
(412) 383-9897

Heather Lyke
lykeh@athletics.pitt.edu
(412) 648-8230

Jennifer Tuscano
jtuscano@athletics.pitt.edu
(412) 383-6515

**Syracuse University**

Rick Burton
rhburton@syr.edu
(315) 443-5844

John Wildhack
jwildhac@syr.edu
(315) 443-8705

Kirsten Elleby
kcelleby@syr.edu
(315) 443-1966

**University of Virginia**

Carrie Heilman
heilman@virginia.edu
(434) 243-8738

Carla Williams
cgw4j@virginia.edu
(434) 982-5100

Kim Record
kss6x@virginia.edu
(434) 982-5152

**Virginia Polytechnic Institute & State University**

Jennifer Irish
jirish@vt.edu
(540) 231-2298

Whit Babcock
wbabcock@vt.edu
(540) 231-3977

Reyna Gilbert-Lowry
reygil@vt.edu
(540) 231-3956

**Wake Forest University**

Peter Brubaker
brubaker@wfu.edu
(336) 758-4683

John Currie
currie@wfu.edu
(336) 758-3140

Lindsey Babcock
lbabcock@wfu.edu
(336) 758-1028

# 2022-23 ACC MEETINGS SCHEDULE

Board of Directors.........................................................................................................September 13-14, 2022
Durham, NC

Fall (FAR, AD & SWA Committees and student-athletes)..............................................October 17-18, 2022
Charlotte, NC

FAR Committee..............................................................................................................December 3, 2022
Charlotte, NC

Legislative Webinar........................................................................................................ December 14, 2022
10:00 – 11:00 a.m.

Winter (FAR, AD & SWA Committees) ............................................................................ February 8-10 2023
Ft. Lauderdale, FL

Board of Directors..........................................................................................................March 1 or 8, 2023
Greensboro, NC

Legislative Webinar........................................................................................................March 29, 2023
10:00 – 11:00 a.m.

Spring (FAR, AD, & SWA Committees; student-athletes; FB, WBB & FB Head Coaches)...... TBD May 2023

Board of Directors.......................................................................................................... TBD May 2023



# 2022-23 ACC
## CHAMPIONSHIP SITES & DATES

---

### FALL CHAMPIONSHIPS


**MEN'S & WOMEN'S CROSS COUNTRY**
Host: Virginia
October 28, 2022


**WOMEN'S SOCCER**
**FIRST ROUNDS:** Campus Sites
October 30, 2022
**SEMIFINALS & FINAL:**
WakeMed Soccer Park
Cary, NC
November 3 & 6, 2022


**FIELD HOCKEY**
Host: Duke
November 1, 2 & 4, 2022


**MEN'S SOCCER**
**FIRST ROUND:** Campus Sites
November 2, 2022
**QUARTERFINALS:** Campus Sites
November 6, 2022
**SEMIFINALS:** Campus Sites
November 9, 2022
**FINAL:** WakeMed Soccer Park
Cary, NC
November 13, 2022


**VOLLEYBALL**
Regular Season
Determines ACC Champion


**FOOTBALL**
Bank of America Stadium
Charlotte, NC
December 3, 2022

---

### WINTER CHAMPIONSHIPS


**MEN'S & WOMEN'S SWIMMING & DIVING**
Greensboro Aquatic Center
Greensboro, NC
February 14-18, 2023


**MEN'S & WOMEN'S INDOOR TRACK & FIELD**
Host: Louisville
February 23-25, 2023


**MEN'S & WOMEN'S FENCING**
Host: Boston College
February 25-26, 2023


**WOMEN'S BASKETBALL**
Greensboro Coliseum
Greensboro, NC
March 1-5, 2023


**WRESTLING**
Host: NC State
March 5, 2023


**MEN'S BASKETBALL**
Greensboro Coliseum
Greensboro, NC
March 7-11, 2023

---

### SPRING CHAMPIONSHIPS


**WOMEN'S GOLF**
Sedgefield Country Club
Greensboro, NC
April 13-16 2023


**MEN'S & WOMEN'S TENNIS**
Cary Tennis Park
Cary, NC
April 19-23, 2023


**MEN'S GOLF**
Country Club of North Carolina
Pinehurst, NC
April 21-24, 2023


**WOMEN'S LACROSSE**
**FIRST ROUND:** Campus Sites
April 23, 2023
**QUARTERFINALS, SEMIFINALS, & FINALS:**
American Legion Memorial Stadium
Charlotte, NC
April 26, 28, & 30, 2023


**MEN'S LACROSSE**
Regular Season
Determines ACC Champion


**SOFTBALL**
Host: Notre Dame
May 10-13, 2023


**MEN'S & WOMEN'S OUTDOOR TRACK & FIELD**
Host: NC State
May 11-13, 2023


**ROWING**
Hosts: Duke & North Carolina
Lake Wheeler
Raleigh, NC
May 12-13, 2023


**BASEBALL**
TBA
May 23-28, 2023

---

# UNITE

                

## #ACC | @theACC | theACC.com

