1   **MAYER BROWN LLP**
    BRITT M. MILLER (*pro hac vice*)
2   bmiller@mayerbrown.com
    DANIEL T. FENSKE (*pro hac vice*)
3   dfenske@mayerbrown.com
    71 S. Wacker Dr.
4   Chicago, IL, 60606-4637
    Telephone: (312) 782-0600
5   Facsimile: (312) 701-7711

6   CHRISTOPHER J. KELLY (SBN 276312)
    cjkelly@mayerbrown.com
7   Two Palo Alto Square, Suite 300
    3000 El Camino Real
8   Palo Alto, CA  94306-2112
    Telephone: (650) 331-2000
9   Facsimile: (650) 331-2060

10  *Attorneys for Defendant The Big Ten Conference, Inc.*

11

12                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
13                         **OAKLAND DIVISION**

14   In re College Athlete NIL Litigation         Case No. 4:20-cv-03919-CW

15

16                                                 **DECLARATION OF CHAD HAWLEY**

17

18

19

20

21

22

23

24

25

26

27

28

1.     I am Senior Vice President, Policy and Compliance for The Big Ten Conference, Inc. ("The Big Ten" or the "Conference"). I make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

2.     I received my undergraduate degree from Appalachian State University in 1998 and my law degree from Loyola University Chicago in 2006. I began my career in athletics administration as an intern in the Ivy League office from 1999-2000. I subsequently worked for North Carolina State University from 2000-2001 and the Mid-Continent Conference, which is now called the Summit League, from 2001-2002, in primarily athletics-compliance-related roles. I began working for The Big Ten in 2002 and have worked for the Conference ever since. I have held the title of Senior Vice President, Policy and Compliance since March 2022. I have served as Secretary of the Conference's Council of Presidents and Chancellors ("COP/C") since June 2015. I serve as an advisor to the COP/C, Commissioner, and the Conference's Joint Group, and am responsible for assisting member institutions on all issues related to conference and NCAA governance.

**B.     The Big Ten Conference**

3.     The Big Ten is a not-for-profit corporation incorporated in Delaware and headquartered in Illinois, and is tax exempt under Section 501(c)(3) of the Internal Revenue Code. The By-Laws and 2022-2023 Handbook of The Big Ten are attached to this Declaration as Exhibits A and B.

4.     Originally founded in 1896, The Big Ten, is the oldest Division I collegiate athletic conference in the United States. As set forth in Article I of the By-Laws, the Conference was established to control, promote and regulate intercollegiate athletics as institutional activities, to encourage sound academic practices for student-athletes and to establish harmonious intercollegiate relationships among the members.

5.      The Conference currently comprises fourteen (14) member institutions, thirteen (13) of which are state universities. The Conference's members are Indiana University, Michigan State University, Northwestern University, Ohio State University, Pennsylvania State University, Purdue University, Rutgers University, University of Illinois Urbana–Champaign, University of Iowa, University of Maryland, University of Michigan, University of Minnesota, University of Nebraska–Lincoln, and University of Wisconsin–Madison. The University of California, Los Angeles and University of Southern California are currently scheduled to join the Conference, effective as of the 2024 academic year.

6.      The Conference sponsors championship events in fourteen (14) men's sports and fourteen (14) women's sports. These sports are baseball (for men), basketball, cross country, field hockey (for women), football (for men), golf, gymnastics, ice hockey (for men), lacrosse, rowing (for women), soccer, softball (for women), swimming & diving, tennis, track and field (indoor), track and field (outdoor), volleyball (for women) and wrestling (for men). Most Conference institutions field teams in one or more sports in which the Conference does not sponsor a championship, and in some instances those teams compete in other Conferences solely in those sports (such as women's ice hockey, in which not enough institutions compete for The Big Ten to sponsor a conference championship).

**C.      Big Ten Governance**

7.      The Conference operates under the direction and control of the Council of Presidents and Chancellors ("COP/C"), which is composed of the President or Chancellor of each of the Conference's member universities. Under Article V of The Big Ten's By-Laws, the COP/C acts as the Conference's Board of Directors.

8.      The COP/C has the power to elect officers, including a Commissioner of Athletics. The Commissioner of Athletics is the Chief Executive Officer of the Conference and serves at the

pleasure of the COP/C. The Commissioner has the authority to appoint additional officers and has responsibility for the general and active management of the Conference's business.

9.      Article 5 of the By-Laws establishes the rules for Conference governance. The members of the Conference, acting through their respective Presidents or Chancellors, each have one vote on each matter that comes before the Conference for action. Through the COP/C, The Big Ten's member institutions establish Conference policies and procedures and oversee the Conference office. Most Conference actions require a simple majority vote among the members of the COP/C.  Certain actions, such as the approval of broadcast rights agreements and contracts valued at greater than $1 million, require a 60% vote.  Admission of member institutions to, or expulsion from, the Conference requires a 70% vote. Thus, the Conference does not control its member institutions.   Rather, the member institutions, acting through the COP/C, set the Conference's policies, procedures, and goals.

10.     The COP/C also has authority over the Conference's revenue distributions to its member institutions. After the distributions are made, however, the Conference has no rules regarding, or role with respect to the management of, those funds.

11.     The COP/C is advised by the Conference office and by the Joint Group, which includes athletics directors, senior woman administrators, and faculty representatives from all member schools. As Senior Vice President, Policy and Compliance, my role is to advise the COP/C and Joint Group on issues by providing the relevant information to enable their informed decision-making process. In that role, I have developed a personal understanding of the factors that the COP/C, Joint Group, and other Conference personnel consider when taking a wide variety of actions.

12.     As a Division I athletics conference, The Big Ten must follow NCAA rules. The Conference also establishes and enforces its own rules for its member institutions, and those

member institutions may impose their own rules where they are consistent with, or more restrictive than, applicable Conference and NCAA rules. Further, all but one of The Big Ten's member institutions are public universities and thus are subject to restrictions and requirements imposed by applicable state law.

13.     The Big Ten's member institutions compete with each other and with other Division I institutions in a number of ways, including directly in athletics competitions. But they also compete for student-athletes (both directly out of high school and for transfers), coaches and staff, and through their provision of facilities, academic offerings and support, and nutrition and healthcare. Besides football, individual member institutions decide for themselves which sports to sponsor. Aside from overseeing the athletics competitions and establishing appropriate rules and guidelines, the Conference has no role in the competition between and among its member institutions in these various respects.

### D.     Plaintiffs' Proposal

14.     I understand that the Plaintiffs' expert witnesses in this case have opined that in the absence of NCAA rules preventing conferences or schools from paying student-athletes for the use of their name, image and likeness ("NIL") rights in broadcasts of sporting events, each "A-5" conference and its member schools would have (since the fall semester of 2016) shared rights fees attributable to broadcasts and other distributions of games and events with student-athletes as follows (I refer to this as "Plaintiffs' Proposal" through this Declaration):

    a) Each conference would determine the total of its broadcast rights fees received from its own license agreements with broadcasters (such as such as FOX, ESPN, The Big Ten Network, etc.) and also from the NCAA men's basketball tournament and the College Football Playoff.

b)   Each academic year, every scholarship football player at a member institution in the conference would be paid 10%, in equal shares, of the broadcast rights fees received by the conference that Plaintiffs contend are attributable to football broadcasts (based in part on the opinion of the Plaintiffs' experts that 75% of any unsegregated broadcast rights fees received are attributable to football).

c)   Each academic year, every scholarship men's basketball player at a member institution in the conference would be paid 10%, in equal shares, of the broadcast rights fees received by the conference that Plaintiffs contend are attributable to men's basketball broadcasts (based in part on the opinion of the Plaintiffs' experts that 15% of any unsegregated broadcast rights fees received are attributable to men's basketball).

d)   Each academic year, every scholarship women's basketball player at a member institution in the conference would be paid 10%, in equal shares, of the broadcast rights fees received by the conference that Plaintiffs contend are attributable to women's basketball broadcasts (based in part on the opinion of the Plaintiffs' experts that 5% of any unsegregated broadcast rights fees received are attributable to women's basketball).

e)   I further understand that Plaintiffs' experts assert or implicitly assume that 5% of the value of the unsegregated broadcast rights fees received by a conference are attributable to the remaining games and events sponsored by that conference.

15.   I also understand that Plaintiffs' experts have concluded that these revenue-sharing payments would either be made directly by each A-5 conference to the student-athletes or would be distributed to the member schools of each A-5 conference, who would then be required to distribute the funds to student-athletes as outlined above.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**E.**      **The Big Ten Would Not Adopt Plaintiffs' Proposal**

16.      Based on my experience, if payments like those suggested by Plaintiffs' experts were permitted, I would not support, and based on my dealings with the Conference believe that it is highly unlikely that The Big Ten would adopt, such a proposal for several reasons, including:

a.   *Title IX/Gender Equity Concerns*. Absent an exemption from Title IX, Plaintiffs' Proposal raises substantial Title IX concerns, because it would result in over 90% of distributed broadcast revenues flowing to male student-athletes. Even with an exemption from Title IX, gender equity concerns would be a material impediment to adoption of the Plaintiffs' Proposal. Big Ten member institutions take seriously their obligation to support women's athletics to the same extent as men, and Plaintiffs' proposal flouts The Big Ten's historic commitment to that ideal.

b.   *Maintaining student-athlete opportunities*. It is the goal of the Conference and its member institutions to provide athletic opportunities to a broad number of student-athletes. Big Ten member institutions have finite budgets with which to accomplish this goal. Redistributing a substantial proportion of revenues to a small percentage of student-athletes would result in budgetary pressures on the member schools, and potentially the elimination of certain programs.

c.   *Competitive and budgetary concerns*.  If and to the extent that any other conference were to obtain more broadcast revenue than The Big Ten, Plaintiffs' Proposal would place Big Ten member institutions at a recruiting disadvantage.  The Big Ten would not lock itself into a scheme that would require it or its member institutions to provide value to student-athletes that could potentially inhibit their ability to attract the best possible student-athletes for their teams. Conversely, to the extent The Big Ten has *higher* broadcast revenues than other conferences, it would not need to provide the same percentage of broadcast revenues

in order to provide competitive levels of payments to student-athletes. In other words, Plaintiffs' Proposal could require Big Ten member institutions to unnecessarily drain broadcast revenues, which would substantially impact their respective budgets.

d. *Member school autonomy*. Within the requirements of NCAA rules, Big Ten member institutions have historically had independent authority to determine for themselves how to spend their resources. The Plaintiffs' Proposal would prioritize football and men's and women's basketball over all other sports, regardless of the relative popularity of, or value placed on, other sports at certain member institutions.

e. *Changed financial incentives*: Plaintiffs' Proposal could incentivize certain financial changes, including: (a) reducing the number of players on every team, (b) reducing the number of teams sponsored by each institution, and (c) restructuring conferences to reduce the number of institutions in a conference to eliminate institutions with athletic programs with relatively lower value from a broadcast rights perspective.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 24, 2023, in Pittsburgh, Pennsylvania.

_____
Chad Hawley

# **<u>Exhibit A</u>**

BIG TEN CONFERENCE BY-LAWS

TABLE OF CONTENTS

Page

ARTICLE I        PURPOSE ........................................................................................... 1

ARTICLE II       CONFERENCE MANUAL ................................................................ 1

ARTICLE III      MEMBERSHIP ................................................................................... 1

ARTICLE IV       MEMBERS ......................................................................................... 2

    Section 4.1.      Current Members ........................................................................... 2
    Section 4.2.      Annual Meeting .............................................................................. 2
    Section 4.3.      Special Meeting ............................................................................. 2
    Section 4.4.      Notice of Annual and Special Meetings ....................................... 2
    Section 4.5.      Place of Meetings .......................................................................... 3
    Section 4.6.      Quorum and Manner of Acting ...................................................... 3
    Section 4.7.      Voting ............................................................................................ 3
    Section 4.8.      Organization and Methods for Meeting ......................................... 3
    Section 4.9.      Order of Business .......................................................................... 4
    Section 4.10.     Action Without Meeting ................................................................ 4

ARTICLE V        BOARD OF DIRECTORS ................................................................. 4

    Section 5.1.      General Powers .............................................................................. 4
    Section 5.2.      Conditions for Actions to Take Effect and Assignment of
                      Responsibilities ............................................................................. 4
    Section 5.3.      Qualifications, Election, and Term of Office .................................. 6
    Section 5.4.      Annual Meeting .............................................................................. 6
    Section 5.5.      Regular Meeting ............................................................................ 6
    Section 5.6.      Special Meeting ............................................................................. 6
    Section 5.7.      Notice of Meetings ........................................................................ 6
    Section 5.8.      Place of Meetings .......................................................................... 7
    Section 5.9.      Quorum and Manner of Acting ...................................................... 7
    Section 5.10.     Voting ............................................................................................ 7
    Section 5.11.     Organization and Methods for Meeting ......................................... 7
    Section 5.12.     Order of Business .......................................................................... 7
    Section 5.13.     Action Without Meeting ................................................................ 7
    Section 5.14.     Resignations .................................................................................. 7
    Section 5.15.     Vacancies ...................................................................................... 8
    Section 5.16.     Removal ......................................................................................... 8
    Section 5.17.     Board Committees ......................................................................... 8

ARTICLE VI       OFFICERS ..................................................................................................... 8

     Section 6.1.       Number and Qualifications ............................................... 8
     Section 6.2.       Resignations ................................................................... 9
     Section 6.3.       Removal ......................................................................... 9
     Section 6.4.       Vacancies ....................................................................... 9
     Section 6.5.       Compensation ................................................................. 9
     Section 6.6.       Chair .............................................................................. 9
     Section 6.7.       Vice-Chair ..................................................................... 9
     Section 6.8.       Commissioner of Athletics ............................................. 9
     Section 6.9.       Secretary ...................................................................... 10
     Section 6.10.       Assistant  Secretary ...................................................... 10
     Section 6.11.       Treasurer ...................................................................... 10

ARTICLE VII      MISCELLANEOUS ......................................................................... 10

     Section 7.1.       Indemnification ............................................................ 10
     Section 7.2.       Fiscal Year ................................................................... 10
     Section 7.3.       Seal .............................................................................. 10
     Section 7.4.       Notice and Waiver of Notice .......................................... 11
     Section 7.5.       Amendments ................................................................. 11

BY-LAWS
OF
THE BIG TEN CONFERENCE, INC.
(a non-profit corporation)

ARTICLE I

PURPOSE

The Big Ten Conference, Inc. (the "Corporation") has been established to control,
promote and regulate intercollegiate athletics as institutional activities, to encourage sound
academic practices for student-athletes and to establish harmonious intercollegiate relationships
among the members.

ARTICLE II

CONFERENCE MANUAL

Reference is made to that certain manual published most recently as the
Handbook of the Intercollegiate (Big Ten) Conference (the "Manual") on September 1, 1986,
which is divided into the following parts: Part One, Organization and Procedure; Part Two, Rules
of Eligibility; Part Three, Regulations; Part Four, Directors' Agreements for Men's Programs;
Part Five, Directors' Agreements for Women's Programs; and Appendices.  To the extent that
any provision of the Manual is inconsistent with these By-Laws or with the Corporation's
Certificate of Incorporation, that provision shall have no further force and effect and these By-
Laws and the Certificate of Incorporation shall control all matters related thereto.  Those
provisions of the Manual that are consistent with these By-Laws and the Certificate of
Incorporation shall remain in full force and effect, shall be subject to these By-Laws and may be
amended or repealed only in accordance with these By-Laws.  A new manual or any amendment
to the Manual may be published from time to time.  Each proposed new manual or any
amendment to the Manual must first be submitted to the Board of Directors for its review.  The
Board may defer publication of a proposed new manual or any amendment to the Manual by a
vote of not less than sixty percent (60%) of its Directors, taken within thirty (30) days of the
receipt by the Board of the proposed new manual or amendment to the Manual.  Unless such
action to defer is taken by not less than sixty percent (60%) of the Board of Directors within the
thirty (30) day period, the proposed new manual or any amendment to the Manual is to be
published.

ARTICLE III

MEMBERSHIP

Membership in the Corporation shall be by written application submitted to the
Board of Directors or such committee as the Board shall designate.  Membership is limited to
colleges and universities meeting the requirements set forth in the Corporation's Certificate of
Incorporation, these By-Laws and the Manual.  Admission to membership of the Corporation

shall be by approval of not less than seventy percent (70%) of the members.  A member may withdraw from the Corporation by filing with each of the other members a written notice of withdrawal.  Such notice must be filed on or before July 1 of any year and will be effective June 30 of the following year.  A member's suspension of membership, expulsion from the Corporation or placement on probation may be imposed by approval of not less than seventy percent (70%) of the members.  The withdrawal, suspension, expulsion or placement on probation of a member will not affect the then existing rights and liabilities of that member under contracts between that member and any other member or members or between that member and the Corporation or any other entity or person with whom the Corporation or any member has entered into a contract which binds the withdrawing, suspended, expelled or probationary member, unless otherwise determined by not less than seventy percent (70%) of the members.

The members are to receive annually a financial report of the Corporation from the Board of Directors.

ARTICLE IV

MEMBERS

Section 4.1.    Current Members.  The current members of the Corporation are University of Illinois at Urbana-Champaign, Indiana University, University of Iowa, University of Maryland-College Park, University of Michigan-Ann Arbor, Michigan State University, University of Minnesota-Twin Cities, University of Nebraska-Lincoln, Northwestern University, The Ohio State University, The Pennsylvania State University, Purdue University, Rutgers, The State University of New Jersey, and University of Wisconsin-Madison.

Section 4.2.    Annual Meeting.  The annual meeting of the members of the Corporation for the transaction of such business as may come before the members shall be on the first weekend in June of each year, at such time as shall be designated by the Board of Directors or the Executive Committee, or on such other date as the Board of Directors or the Executive Committee shall determine.  Each member shall be represented at the annual meeting by the then Chief Executive Officer (Chancellor or President) of the member.

Section 4.3.    Special Meeting.  A special meeting of the members, unless otherwise prescribed by statute, may be initiated at any time by the Board of Directors or the Executive Committee, and shall be called by the Chair or Secretary at the request in writing of no less than two (2) of the members of the Corporation.  Each member shall be represented at any special meeting by the then Chief Executive Officer (Chancellor or President) of the member.

Section 4.4.    Notice of Annual and Special Meetings.  Notice of the place, date and time of the holding of each annual and special meeting of the members and, in the case of a special meeting, the purpose or purposes thereof, shall be given by the Secretary or the Commissioner of Athletics personally or by first-class mail, postage prepaid, or by electronic mail, addressed to each member, not less than ten (10) nor more than sixty (60) days before the date of such meeting and, if mailed, shall be directed to such member at the physical address or the electronic mail address as such address appears on the records of the Corporation, unless the member shall have filed with the Secretary of the Corporation a written request that the notice be

mailed or transmitted to some other address, in which case it shall be directed to such other address.  Notice of any meeting of members need not be given to any members who: (a) attend such meeting in person or are represented by proxy; (b) do not, prior to the commencement of such meeting, object to the transaction of any business on the ground that the meeting is not lawfully called or convened; or (c) submit, either before or after the meeting, a signed waiver of notice, in person or by proxy.  Unless the Board of Directors shall fix, after the adjournment, a new record date for an adjourned meeting, notice of such adjourned meeting need not be given if the time and place to which the meeting shall be adjourned are announced at the meeting at which the adjournment is taken.  At the adjourned meeting, the Corporation may transact any business which might have been transacted at the original meeting.  If the adjournment is for more than thirty (30) days, or if after the adjournment a new record date is fixed for the adjourned meeting, a notice of the adjourned meeting shall be given to each member.

Section 4.5.    Place of Meetings.  Meetings of the members may be held at such place, within or without the State of Delaware, as the Board, the Executive Committee or the officer calling the meeting shall specify in the notice of such meeting, or in a duly executed waiver of notice of such meeting.

Section 4.6.    Quorum and Manner of Acting.  A majority of all of the members shall be present in person or represented by proxy at any meeting of the members in order to constitute a quorum for the transaction of any business at such meeting and, except as otherwise expressly required by statute, these By-Laws, or the Certificate of Incorporation, the act of a majority of the members present in person or represented by proxy at any meeting of members at which a quorum is present shall be the act of the members.  In the absence of a quorum at any meeting of the members, a majority of the members present in person or represented by proxy or, if no member is present, then any officer of the Corporation, may adjourn the meeting to another time and place, or such meeting need not be held.  At any adjourned meeting at which a quorum is present, any business may be transacted which might have been transacted at the meeting as originally called.

Section 4.7.    Voting.  Except as otherwise expressly required by statute, these By-Laws or the Certificate of Incorporation, each member is entitled to one vote at each meeting of the members, or may authorize another member to act for the member by a proxy signed by such member or the member's attorney-in-fact.  Any such proxy shall be delivered to the secretary of such meeting at or prior to the time designated in the order of business for so delivering such proxy.  No proxy shall be valid after the expiration of three (3) months from the date thereof, unless otherwise provided in the proxy.  Every proxy shall be revocable at the pleasure of the member executing it.  Unless required by statute, or determined by the chair of the meeting to be advisable, the vote on any question need not be by written ballot.  On a vote by written ballot, each ballot shall be signed by the member voting, or by its proxy, if there is a proxy.

Section 4.8.    Organization and Methods for Meeting.  At each meeting of the members, the Chair, or in the absence or inability to act of the Chair, the Vice-Chair, or in the absence or inability to act of the Vice-Chair, any person chosen by a majority of those members present, in person or by proxy, shall act as chair of the meeting.  The Secretary, or in the absence or inability to act of the Secretary, any person appointed by the chair of the meeting, shall act as

3

secretary of the meeting and keep the minutes thereof.  Members or any committee designated by the members may participate in a meeting of the members or any committee using conference telephone or similar communications equipment by means of which all persons participating in the meeting can hear each other, and such participation in a meeting shall constitute presence in person at the meeting.

Section 4.9.   Order of Business.  The order of business at any meeting of the members shall be determined by the chair of the meeting.

Section 4.10.   Action Without Meeting.  Whenever the vote at a meeting of members is required or permitted for or in connection with any proposed corporate action, that vote may be taken without a meeting, provided that: (a) the written consent of not less than that number of members whose votes are required for the proposed corporate action has been obtained; (b) prompt notice is given to all members not signing such written consent and; (c) the written consents are filed with the minutes of proceedings of the members.

ARTICLE V

BOARD OF DIRECTORS

Section 5.1.   General Powers.  Consistent with the Corporation's Certificate of Incorporation, the business and affairs of the Corporation shall be managed by the Board of Directors.  The Board may exercise all such authority and powers of the Corporation and do all such lawful acts and things as are not by statute, these By-Laws or the Certificate of Incorporation directed or required to be exercised or done by the members.

Section 5.2.   Conditions for Actions to Take Effect and Assignment of Responsibilities.  All actions relating to the following matters of the Corporation are reserved to and may take effect only upon the vote of not less than sixty percent (60%) of the entire Board of Directors:

(a)   hiring, determining of the duties, responsibilities and conditions of employment, and terminating the employment of the Commissioner of Athletics;

(b)   preparing and approving the budget and all other financial matters;

(c)   initiating and settling litigation in which the Corporation's total financial exposure is reasonably expected to exceed $250,000;

(d)   enforcing any of the Corporation's Rules, Regulations, Agreements, Appendices or these By-Laws which would (i) reduce the amount of revenue to be received by a member; (ii) terminate personnel at a member; (iii) reduce the number of sporting events in a member's schedule; or (iv) deprive participation of a member's team in either a post-season sporting event or in a telecast of a sporting event;

(e)   entering into contracts involving (i) any contract involving any telecast rights agreement for football and basketball; (ii) any football bowl contract; or (iii) any other contract that would require the Corporation to expend more than $1.0 million unless at the time

of execution of the contract the contractual expenditure amount has already been contemplated and approved by the Board pursuant to the normal annual budgetary process;

(f)    appointing the Corporation's National Collegiate Athletic Association ("NCAA") representative responsible for casting the Corporation's vote regarding proposed NCAA legislation and authorizing the Corporation to submit an override to enacted NCAA legislation;

(g)    selecting and discharging the Corporation's outside public accounting firm and law firm;

(h)    selecting the location of the Corporation's principal place of business;

(i)    assigning responsibility for any matters of the Corporation to any of the groups identified in the next paragraph of this Section 5.2;

(j)    revoking any assignment of responsibilities for any matters of the Corporation from any of the groups identified in the next paragraph of this Section 5.2;

(k)    overruling the action of the Faculty Representatives, Joint Group, or Administrators Council with respect to matters identified in the next paragraph of this Section 5.2;

(l)    amending or repealing any of these By-Laws; and

(m)    amending the Manual or deferring the publication of a proposed new manual or an amendment to the Manual.

Except for (1) the actions referred to in subparagraphs (a) through (m) of this Section 5.2, and (2) actions referred to in Article III regarding admitting, expelling, placing on probation or suspending a member, the Faculty Representatives, Joint Group, and Administrators Council, as appropriate, are assigned by the Board the responsibility to be involved in and to take action on behalf of the Corporation in those matters for which each group has responsibility under provisions of the Manual so long as any such action taken is not inconsistent with these By-Laws or the Certificate of Incorporation. All actions by any of these groups in such matters may take effect immediately and continue in effect unless and until stayed by the Executive Committee or overturned by the Board. If within seven (7) business days from the date on which notice of an action has been received by all of the Directors of the Board, three of the Directors of the Board notify the Chair, Vice-Chair or the Secretary in writing that the action should be reviewed by the Board, the Board must review the action. The Board must decide whether to affirm or overturn the action within twenty (20) business days from the date notice from the three Directors is received by the Chair, Vice-Chair or the Secretary. Failure by the Board to act within such time shall constitute affirmance of the action. The Executive Committee may decide after notice by the three Directors has been so given whether the action may continue in effect, or its effect is to be stayed, pending the Board's review. Actions by any of these groups may be overturned only by a vote of not less than sixty percent (60%) of the entire Board.

Any dispute as to whether a matter requires Board action to be effective at all or may be effective by action of a group in the Corporation without such Board action is to be decided exclusively by the Board.

All actions of the Board of Directors, unless otherwise provided by the Certificate of Incorporation or by these By-Laws, require a majority vote of the Directors present at any meeting at which a quorum is present, as provided in Section 5.9 of these By-Laws.

Section 5.3.    Qualifications, Election, and Term of Office.  The Board of Directors shall consist of the Chief Executive Officers (Presidents or Chancellors) of each of the members.  Each Director shall hold office and have the right to vote so long as the Director is the Chief Executive Officer (President or Chancellor) of a member.  Certification by a member of a new Chief Executive Officer (President or Chancellor) shall automatically constitute the action necessary to elect that person to the Board of Directors of the Corporation and to accept the resignation of the outgoing Director.  Such certification shall be given in writing by the member to the Chair, Vice-Chair or Secretary.

Section 5.4.    Annual Meeting.  The annual meeting of the Board of Directors for the purposes of organization, the election of officers, and the transaction of other business, as may come before the Board of Directors, shall take place as soon as practicable after each annual meeting of the members, on the same day and at the same place where such annual meeting of members shall be held.  Such meeting may be held at any other time or place, within or without the State of Delaware, which shall be specified in a notice thereof given as hereinafter provided in Section 5.7.

Section 5.5.    Regular Meeting.  A regular meeting of the Board shall be held semi-annually at such place as the Board may from time to time determine.  Notice of regular meetings of the Board need not be given except as otherwise expressly required by statute or these By-Laws.

Section 5.6.    Special Meeting.  A special meeting of the Board, unless otherwise prescribed by statute, may be initiated at any time by the Chair of the Board of Directors, the Board of Directors or the Executive Committee, and shall be called by the Chair or Secretary at the request in writing of no less than two (2) Directors of the Corporation.

Section 5.7.    Notice of Meetings.  Notice of the place, date and time of the holding of each annual and special meeting of the Board, and of each regular meeting for which notice shall be required, shall be given by the Secretary or the Commissioner of Athletics personally or by electronic mail to the address of such person as shown on the records of the Corporation not less than twenty-four (24) hours before the time at which such meeting is to be held, or by first-class mail, postage prepaid, addressed to such person at such person's residence, or usual place of business, not less than three (3) days before the day on which such meeting is to be held.  Notice of any such meeting need not be given to any Director who: (a) attends such meeting in person or is represented by proxy; (b) does not, prior to the commencement of such meeting, object to the transaction of any business on the ground that the meeting is not lawfully called or convened; or (c) submits, either before or after the meeting, a signed waiver of notice, in person or by proxy.  Unless the Board of Directors shall fix, after the adjournment, a new

record date for such adjourned meeting, notice of such adjourned meeting need not be given if the time and place to which the meeting shall be adjourned are announced at which the adjournment is taken.  At the adjourned meeting, the Corporation may transact any business which might have been transacted at the original meeting.  If the adjournment is for more than thirty (30) days, or if after the adjournment a new record date is fixed for the adjourned meeting, a notice of the adjourned meeting shall be given to each member of the Board.  Except as otherwise expressly required by these By-Laws or by statute, a notice or waiver of notice of any regular or special meeting need not state the purpose of such meeting.

      Section 5.8.    Place of Meetings.  Meetings of the Board may be held at such place, within or without the State of Delaware, as the Board, Executive Committee or the officer calling the meeting may determine or shall be specified in the notice of such meeting or in a duly executed waiver of notice of such meeting.

      Section 5.9.    Quorum and Manner of Acting.  A majority of all of the Board members shall be present at any meeting of the Board in order to constitute a quorum for the transaction of any business at such meeting and, except as otherwise expressly required by statute, these By-Laws or the Certificate of Incorporation, the act of a majority of the Directors present at any meeting of the Board of Directors at which a quorum is present shall be the act of the Board.  In the absence of a quorum at any meeting of the Board, a majority of the Directors present or, if no Director is present, then the secretary may adjourn the meeting to another time and place, or such meeting need not be held.  At any adjourned meeting at which a quorum is present, any business may be transacted which might have been transacted at the meeting as originally called.  The Directors shall act only as a Board and the individual Directors shall have no power as such.

      Section 5.10.    Voting.  Each Director is entitled to one vote at each meeting of the Board of Directors.  Unless required by statute, or determined by the Chair of the meeting to be advisable, the vote on any question need not be by written ballot.

      Section 5.11.    Organization and Methods for Meeting.  At each meeting of the Board, the Chair, or in the absence or inability to act of the Chair, the Vice-Chair, or in the absence or inability to act of the Vice-Chair, another Director chosen by a majority of the Directors present, in person or by proxy, shall act as chair of the meeting.  The Secretary, or in the absence or inability to act of the Secretary, any person appointed by the chair of the meeting, shall act as secretary of the meeting and keep the minutes thereof.  Members of the Board of Directors or any committee designated by the Board of Directors may participate in a meeting of the Board of Directors or any committee using conference telephone or similar communications equipment by means of which all persons participating in the meeting can hear each other, and such participation in a meeting shall constitute presence in person at the meeting.

      Section 5.12.    Order of Business.  The order of business at any meeting of the Board shall be determined by the chair of the meeting.

      Section 5.13.    Action Without Meeting.  Any action required or permitted to be taken at any meeting of the Board or any committee provided for herein, may be taken without a

meeting if all members of the Board or committee, as the case may be, consent thereto in writing, and the writing is filed with the minutes of proceedings of the Board or committee.

Section 5.14.   <u>Resignations</u>.  Any Director of the Corporation may resign at any time by giving written notice of resignation to the Board or the Chair or the Secretary.  Any such resignation shall take effect at the time specified therein or, if the time when it shall become effective shall not be specified therein, immediately upon its receipt; and, unless otherwise specified therein, the acceptance of such resignation shall not be necessary to make it effective.

Section 5.15.   <u>Vacancies</u>.  Vacancies on the Board shall be filled automatically by the related member's certification to the Corporation of a new or acting Chief Executive Officer (President or Chancellor) and the Director so certified shall hold office until a successor is certified by the related member.

Section 5.16.   <u>Removal</u>.  Because of the special relationship of the Directors to the members, a Director may not be removed as long as the Director is the Chief Executive Officer (President or Chancellor) of a member.

Section 5.17.   <u>Board Committees</u>.  The Board of Directors may, by resolution or resolutions passed by a majority of the Board, designate one or more committees, each committee to consist of three or more of the Directors of the Corporation, including, without limitation, an Executive Committee.  The Executive Committee is to be composed of four (4) members of the Board of Directors elected by a majority of the Board members.  The Executive Committee is to conduct the regular business of the Board between Board meetings and provide direction to the Commissioner in the conduct of the day-to-day operations of the Corporation.

The Board may designate one or more Directors as alternate members of any committee, who may replace any absent Director at any meeting of the committee.  In the event of the absence of any Director of such committee or committees, the Director or Directors thereof present at any meeting, whether or not such Director or Directors constitute a quorum, may unanimously appoint another Director of the Board of Directors to act at the meeting in the place of any such absent Director.  The act of a majority of the Directors of any such committee shall be the act of the committee.

Any such committee, to the extent provided in the resolution of the Board of Directors, or in these By-Laws, shall have and may exercise all of the powers and authority of the Board of Directors in the management of the affairs of the Corporation, and may authorize the seal of the Corporation to be affixed to all papers which may require it.  However, no such committee shall have the power or authority to: (a) amend the Certificate of Incorporation; (b) adopt an agreement of merger or consolidation, the sale, lease or exchange of all or substantially all of the Corporation's property and assets; (c) dissolve the Corporation; (d) revoke a dissolution; (e) amend these By-Laws of the Corporation; or (f) take any action reserved exclusively to the Board either in Section 5.2 of these By-Laws or elsewhere.

ARTICLE VI

OFFICERS

Section 6.1.    Number and Qualifications.  The officers of the Corporation shall
be a Chair, Vice-Chair, Commissioner of Athletics, Secretary, Assistant Secretary and Treasurer.
Such officers shall be elected from time to time by the Board of Directors, each to hold office
either until the meeting of the Board following the next annual meeting of the members of the
Corporation, or until a successor shall have been duly elected and shall have qualified, or until
death, resignation or removal, as hereinafter provided in these By-Laws.  The Board may from
time to time elect, or the Commissioner of Athletics may appoint, such other officers, including
one or more Assistant Commissioners, Assistant Secretaries, Assistant Treasurers and such
agents as may be necessary or desirable for the business of the Corporation.  Such other officers
and agents shall have such duties and shall hold their offices or positions for such terms as may
be prescribed by the Board or by the appointing authority.

Section 6.2.    Resignations.  Any officer of the Corporation may resign at any
time by giving written notice of resignation to the Board, the Chair or the Secretary.  Any such
resignation shall take effect at the time specified therein or, if the time when it shall become
effective shall not be specified therein, immediately upon its receipt; and unless otherwise
specified therein, the acceptance of such resignation shall not be necessary to make it effective.

Section 6.3.    Removal.  Any officer of the Corporation may be removed, either
with or without cause, at any time, by the vote of the majority of the entire Board at any meeting
of the Board, or, except in the case of an officer elected or appointed by the Board, by the
Commissioner of Athletics.  Such removal shall be without prejudice to the contractual rights, if
any, of the officer so removed.

Section 6.4.    Vacancies.  A vacancy in any office, whether arising from death,
resignation, removal or any other cause, may be filled for the unexpired portion of the term of
the office which shall be vacant, in the manner prescribed in these By-Laws for the regular
election or appointment of such office.

Section 6.5.    Compensation.  The compensation of the officers of the
Corporation for their services as such officers shall be fixed from time to time by the Board;
provided, however, that the Board may delegate to the Management Review and Finance
Committee, identified in the Manual, or such other committee, the power to fix or propose to the
Board the compensation of officers and agents.  An officer of the Corporation who is also a
Director of the Corporation may not receive compensation from the Corporation.

Section 6.6.    Chair.  The Chair shall be elected from among the Directors of the
Board.  The Chair shall, if present, preside at each meeting of the Board and shall also preside at
each meeting of the members.  The Chair shall perform such duties as from time to time may be
assigned by the Board.

Section 6.7.    Vice-Chair.  The Vice-Chair shall be elected from among the
Directors of the Board.  The Vice-Chair shall, if present, preside at each meeting of the Board

9

where the Chair is unavailable and shall also preside at each meeting of the members.  The Vice-Chair shall perform such duties as from time to time may be assigned by the Board.

Section 6.8.    Commissioner of Athletics.  The Commissioner of Athletics shall be the Chief Executive Officer of the Corporation and shall have responsibility for the general and active management of the business of the Corporation and general and active supervision and direction over the other officers, excluding the Chair and the Vice-Chair, agents and employees of the Corporation and shall see that their duties are properly performed.  The Commissioner of Athletics shall be vested with all the powers and duties set forth in the provisions of the Manual which are consistent with these By-Laws and the Certificate of Incorporation and shall perform such other duties as from time to time may be assigned by the Board or the Executive Committee.  The Commissioner of Athletics shall report to the Executive Committee and to the Board.

Section 6.9.    Secretary.  The Secretary shall:

(a)    Keep or cause to be kept in one or more books provided for that purpose, the minutes of the meetings of the Board, the committees of the Board and the members;

(b)    Insure that all notices are duly given in accordance with the provisions of these By-Laws and as required by law; and

(c)    In general, perform all of the duties incident to the office of Secretary and such other duties as from time to time may be assigned by the Board.

Section 6.10.    Assistant  Secretary.  The Assistant Secretary shall:

(a)    Be custodian of the records and the seal of the Corporation and affix and attest to the seal to all documents to be executed on behalf of the Corporation under its seal;

(b)    Insure that the books, reports, statements, and other documents and records required by law to be kept and filed are properly kept and filed; and

(c)    In general, perform all of the duties incident to the office of Assistant Secretary and such other duties as from time to time may be assigned by the Board or the Commissioner of Athletics.

Section 6.11.    Treasurer.  The Treasurer shall be the chief financial officer of the Corporation and shall exercise general supervision over the receipt, custody, and disbursements of Corporate funds.  The Treasurer shall report both to the Board of Directors and to the Commissioner of Athletics.  The Treasurer shall have such further powers and duties as from time to time may be assigned by the Board or the Commissioner of Athletics.

ARTICLE VII

MISCELLANEOUS

Section 7.1.    <u>Indemnification</u>.  The Corporation shall, to the fullest extent permitted by the Certificate of Incorporation and the General Corporation Law of Delaware, indemnify any and all Directors, officers, employees and agents against any and all expenses, liabilities or other matters.

Section 7.2.    <u>Fiscal Year</u>.  The fiscal year of the Corporation shall begin on the first day of July of each year.

Section 7.3.    <u>Seal</u>.  The Board shall provide a corporate seal, which shall be in the form of the name of the Corporation and the words and figures "Corporate Seal Delaware."

Section 7.4.    <u>Notice and Waiver of Notice</u>.  Whenever any notice is required by these By-Laws to be given, personal notice is not meant unless expressly so stated, and any notice so required shall be deemed to be sufficient if given by depositing the same in the United States Mail, postage prepaid, or by transmitting such notice by electronic mail, addressed to the person entitled thereto at such person's physical address or electronic mail address as such address appears on the records of the Corporation, and such notice shall be deemed to have been given on the day of such mailing or transmission.

Whenever any notice whatever is required to be given under the provisions of any laws, or under the provisions of the Certificate of Incorporation of the Corporation or these By-Laws, a waiver thereof in writing, signed by the person or persons entitled to said notice, whether before or after the time stated therein, shall be deemed equivalent thereto.

Section 7.5.    <u>Amendments</u>.  These By-Laws may be amended or repealed or new By-Laws may be adopted by the affirmative vote of not less than sixty percent (60%) of the Directors.

# **Exhibit B**

# BIG TEN CONFERENCE HANDBOOK

## 2022-2023

University of Illinois

Indiana University

University of Iowa

University of Maryland

University of Michigan

Michigan State University

University of Minnesota

University of Nebraska

Northwestern University

Ohio State University

Penn State University

Purdue University

Rutgers University

University of Wisconsin



**The Big Ten Conference**
**5440 Park Place**
**Rosemont, Illinois  60018**
**(847) 696-1010**

**Home Page:  http://www.bigten.org**

The Big Ten Conference, Inc., and the Big Ten Conference logo are registered trademarks of the Conference and use in any manner is prohibited unless prior approval is obtained from the Conference.

# TABLE OF CONTENTS

## DIRECTORY AND CALENDAR INFORMATION

Members of the Big Ten Conference & Joint Group Governance Groups ...........................................1
2022-23 Standing Committees and Conference Commissions ....................................................3
2022-23 Conference Calendar – Governing Body Meetings ......................................................5
Institutional Calendars for 2022-23 Academic Year.................................................................6
Institutional Calendars for 2023-24 Academic Year.................................................................8
Statement of Guiding Principles (PPG) ..................................................................................10
Delegation and Communications Guidelines ..........................................................................19

## RULES OF ORGANIZATION AND PROCEDURE

Rule 1.  Purpose and Fundamental Policy.............................................................................24
    1.2           Purpose ............................................................................24
    1.3           Fundamental Policy ...........................................................24

Rule 2.  Principles ..............................................................................................................25
    2.1           Gender Equity Action Policy Plans ....................................25
    2.2           Principle of Affirmative Action and Equal Opportunity .............25

Rule 3.  Membership ..........................................................................................................26
    3.01         General Principles..............................................................26
    3.1           Membership Requirements..................................................27

Rule 4.  Organization ..........................................................................................................27
    4.1           Council of Presidents/Chancellors......................................27
    4.2           Joint Group ......................................................................29
    4.3           Conference Commissioner..................................................31
    4.4           Committees and Commissions ...........................................32
                    Joint Group Executive Committee.......................................32
                    Joint Group Appeals Committee .........................................33
                    Academics and Eligibility Committee ..................................34
                    Compliance and Reinstatement Committee.............................35
                    Legislative Review Committee............................................36
                    Program and Budget Review Committee ...............................36
                    Audit Committee...............................................................37
                    Sports Management Committee ...........................................37
                    Advisory Issues Commission ..............................................41
                    Student-Athlete Issues Commission ....................................43

Rule 5.  Legislative Authority and Procedures .......................................................................44
    5.01         Delegation of Authority ......................................................44
    5.02         Legislative Authority & Waivers..........................................45
                    Rules ..............................................................................45
                    Agreements ......................................................................47
                    Departure Requirements .....................................................49
    5.1           Meetings and Conventions ..................................................49
    5.3           Amendment Process – Conference Issues ..............................49

           White Resolution ................................................................................51
5.4         Other Legislative and Amendment Procedures .................................52

Rule 6.  Institutional Control...............................................................................53
6.01       General Principles.................................................................................53
6.02       Conference Compliance Goals..............................................................54
6.03       Compliance Services ............................................................................54

Rule 32.  Enforcement Policies and Procedures ..................................................56
32.1       Public Announcements..........................................................................56
32.2       Review of Information..........................................................................56
32.4       Processing Information.........................................................................59
32.9       Release of Publicity .............................................................................60
32.10      Right of Appeal and Procedures ..........................................................60

Rule 19.  Penalties.................................................................................................64

**RULES OF ELIGIBILITY & FINANCIAL AID**

RULES OF ELIGIBILITY
Rule  14.01.3     Compliance with NCAA and Conference Legislation ....................66
     14.01.3.3    Ethical Conduct...................................................................................66
     14.1.9.1     Change in Eligibility Status - Suspension ..........................................66
     14.3         Credit-Hour Requirement – Start of Second Year.............................66
     14.4         Rules for Administration of Progress Toward Degree Requirements ...........67
     14.5         Transfer Student-Athletes: Credit Hour & GPA Requirements ....................68
     14.6         Outside Competition............................................................................68
     14.7         Waivers of Rules............................................................... 69, 73-76
                Chart – Waivers Administered by the Conference Office.............................77
                Chart - Institutional Exceptions..........................................................78
     14.9         Certification of Eligibility–Conference Administrative Reports & Forms ....69
     14.11       Reinstatement of Eligibility ................................................................69

RULES OF FINANCIAL AID
Rule  15.2         Terms & Conditions of Awarding Aid – Summer Prior to Enrollment..........70
     15.3         Terms & Conditions of Awarding Aid – Regular & Academic Year ............70
     15.5         Maximum Institutional Grant-in-Aid Limitations by Sport .........................71

**AGREEMENTS FOR MEN'S AND WOMEN'S PROGRAMS**
Agreement 3.   Application of Rules......................................................................79
     3.2.4.5      Recognized Sports ...............................................................................79

Agreement 10.  Sportsmanship Policy ...................................................................80

Agreement 11.  Conduct and Employment of Athletics Personnel.........................83
     11.1         Conduct of Coaches' Group .................................................................83
     11.2         Contractual Agreements .......................................................................84
     11.6         Scouting and Film Exchange ...............................................................84

Agreement 13.  Recruiting .....................................................................................84

Agreement 16.   Benefits and Expenses for Enrolled Student-Athletes ..................................... 85
    16.2        Complimentary Admissions and Ticket Benefits ....................................85
    16.4        Medical Examinations ........................................................................86
    16.8        Travel Squad Size Limits and Official Party .........................................86
                    Travel Squad Limits – Men's Chart .....................................................88
                    Travel Squad Limits – Women's Chart .................................................89

Agreement 17.   Playing and Practice Seasons ...............................................................90
    17.01       General Principles-Class Time Precedence & Schedules ...........................90
    17.1        General Playing Season Regulations ....................................................91
                    Game Administration & Crowd Control ................................................91
                    Ticket Policies .................................................................................92
                    Administration of Officials .................................................................94
                    Jewelry ...........................................................................................95
    17.29       Playing Rules ...................................................................................95
                    Policy for Suspended Big Ten Football Games .......................................96

Agreement 18.   Determination of Conference Champion & NCAA Automatic Qualifier .................97
    18.3        Determination of Conference Champion ................................................97
    18.5        Determination of NCAA Automatic Qualifier ........................................98
    18.7        Administration of Postseason Football ..................................................99
                    A.  Conference Championship Game .....................................................99
                    B.  Bowl Games - Selection of Teams ..................................................104
                    C.  Bowl Ticket Policies ...................................................................105
                    D.  Bowl Financial Policies ...............................................................106
                    E.  Travel Party Guidelines ...............................................................108

Agreement 31.   Financial Administration – Gate Receipts, Revenue Distribution .......................110

**APPENDICES**
Appendix A.   Changes to Conference Handbook Enacted During 2021-22 ...................................112
Appendix B.   Departure Requirement – Waiver/Institutional Exceptions .....................................114
Appendix C.   Conference Forfeiture Guidelines ...............................................................121
Appendix D.   Postseason Bowl Representation for Nonparticipating Universities .......................124
Appendix E.   Gender Equity Action Policy Plans .......................................................................125

# MEMBERS OF THE BIG TEN CONFERENCE
# 2022-2023

## COUNCIL OF PRESIDENTS/CHANCELLORS
Chair – Robert Jones, University of Illinois

| | |
|---|---|
| University of Illinois | Robert Jones* |
| Indiana University | Pamela Whitten |
| University of Iowa | Barbara Wilson |
| University of Maryland | Darryll Pines* |
| University of Michigan | Mary Sue Coleman |
| Michigan State University | Samuel Stanley Jr.* |
| University of Minnesota | Joan Gabel* |
| University of Nebraska | Ronald Green |
| Northwestern University | Michael Schill |
| Ohio State University | Kristina Johnson |
| Penn State University | Neeli Bendapudi |
| Purdue University | Mitch Daniels |
| Rutgers University | Jonathan Holloway |
| University of Wisconsin | Jennifer L. Mnookin |

*2022-23 Council of Presidents/Chancellors Executive Committee

## JOINT GROUP MEMBERS
Co-Chairs – Pete Miller and Ann Sheehy, University of Wisconsin

### FACULTY REPRESENTATIVES
Co-Chairs – Pete Miller and Ann Sheehy, University of Wisconsin

| | |
|---|---|
| University of Illinois | Tiffany White, Brenda Lindsey |
| Indiana University | Marietta Simpson |
| University of Iowa | Nicole Grosland, Liz Hollingworth |
| University of Maryland | Bradley Hatfield |
| University of Michigan | Ketra Armstrong |
| Michigan State University | Michael Kaplowitz, Bonnie Knutson |
| University of Minnesota | Frances Homans, Donald Dengel |
| University of Nebraska | Scott Fuess |
| Northwestern University | Robert Gundlach |
| Ohio State University | John Davidson |
| Penn State University | Dennis Scanlon |
| Purdue University | Marcy Towns, Phil VanFossen |
| Rutgers University | Tom Stephens |
| University of Wisconsin | Pete Miller, Ann Sheehy |

# JOINT GROUP MEMBERS

## ADMINISTRATORS COUNCIL
Co-Chairs –  Josh Whitman and Sara Burton, University of Illinois

## DIRECTORS OF ATHLETICS

| | |
|---|---|
| University of Illinois | Josh Whitman |
| Indiana University | Scott Dolson |
| University of Iowa | Gary Barta |
| University of Maryland | Damon Evans |
| University of Michigan | Warde Manuel |
| Michigan State University | Alan Haller |
| University of Minnesota | Mark Coyle |
| University of Nebraska | Trev Alberts |
| Northwestern University | Derrick Gragg |
| Ohio State University | Gene Smith |
| Penn State University | Patrick Kraft |
| Purdue University | Mike Bobinski |
| Rutgers University | Pat Hobbs |
| University of Wisconsin | Chris McIntosh |

## SENIOR WOMAN ADMINISTRATORS

| | |
|---|---|
| University of Illinois | Sara Burton |
| Indiana University | Mattie White |
| University of Iowa | Barbara Burke |
| University of Maryland | Sue Sherburne |
| University of Michigan | Elizabeth Heinrich |
| Michigan State University | Jennifer Smith |
| University of Minnesota | Julie Manning |
| University of Nebraska | Marquita Armstead |
| Northwestern University | Janna Blais |
| Ohio State University | Janine Oman |
| Penn State University | Lauren Rhodes |
| Purdue University | Tiffini Grimes |
| Rutgers University | Kate Hickey |
| University of Wisconsin | Katie Smith |

# BIG TEN CONFERENCE
## STANDING COMMITTEES AND COMMISSIONS
### 2022-2023

### JOINT GROUP EXECUTIVE COMMITTEE
Pete Miller – Wisconsin (Co-Chair, Faculty Representatives & Joint Group 2021-23)
Ann Sheehy – Wisconsin (Co-Chair, Faculty Representatives & Joint Group 2021-23)
Josh Whitman – Illinois (Co-Chair, Administrators Council 2021-23)
Sara Burton – Illinois (Co-Chair, Administrators Council 2021-23)
Tiffany White – Illinois (Incoming Co-Chair, Faculty Representatives & Joint Group 2022-24)
Brenda Lindsey – Illinois (Incoming Co-Chair, Faculty Representatives & Joint Group 2022-24)
*Staff Liaison: Chad Hawley*

### ACADEMICS AND ELIGIBILITY COMMITTEE
Liz Hollingworth – Iowa
Bradley Hatfield – Maryland
Michael Kaplowitz – Michigan State (Chair)
Don Dengel – Minnesota
Janna Blais – Northwestern
Mike Bobinski – Purdue
*Staff Liaison: Gil Grimes*

### COMPLIANCE AND REINSTATEMENT COMMITTEE
Tiffany White – Illinois
Nicole Grosland – Iowa
Damon Evans – Maryland
Frances Homans – Minnesota
Scott Fuess – Nebraska (Chair)
Katie Smith – Wisconsin
*Staff Liaisons: Gil Grimes, Jennifer Dominguez*

### PROGRAM AND BUDGET REVIEW COMMITTEE
Robert Jones – Illinois (Chair)
Nicole Grosland – Iowa
Sue Sherburne – Maryland
Warde Manuel – Michigan
Bonnie Knutson – Michigan State
Dennis Scanlon – Penn State
Phil VanFossen – Purdue
*Staff Liaison: Laura Anderson*

### LEGISLATIVE REVIEW COMMITTEE
Tiffany White – Illinois
Mattie White – Indiana
Nicole Grosland – Iowa
Damon Evans – Maryland
Elizabeth Heinrich – Michigan
Michael Kaplowitz – Michigan State
Mark Coyle – Minnesota
Scott Fuess – Nebraska
Janna Blais – Northwestern
Janine Oman – Ohio State
Lauren Rhodes – Penn State
Marcy Towns – Purdue
Tom Stephens – Rutgers
Katie Smith – Wisconsin
*Staff Liaisons:  Chad Hawley, Fred Krauss*

3

## JOINT GROUP APPEALS COMMITTEE

Elizabeth Heinrich – Michigan
John Davidson – Ohio State (Chair)
Dennis Scanlon – Penn State

Pat Hobbs – Rutgers
Ann Sheehy – Wisconsin
*Staff Liaison: Chad Hawley*

## SPORTS MANAGEMENT COMMITTEE

Sara Burton, Brian Russell – Illinois
Becky Pany, Mattie White – Indiana
Barbara Burke, Marcus Wilson – Iowa
Shawn Flynn, Libby Ellis – Maryland (Chair)
Elizabeth Heinrich, Lisa Savoury – Michigan
Julie Burgess, Jennifer Smith – Michigan State
Julie Manning, Marc Ryan – Minnesota
Marquita Armstead, Bob Burton – Nebraska

Janna Blais, Jane Wagner – Northwestern
Janine Oman, Shaun Richard – Ohio State
Lynn Holleran, Lauren Rhodes – Penn State
Peyton Stovall, Calvin Williams – Purdue
Kate Hickey, Ryan Pisarri – Rutgers
Marija Pientka, Katie Smith – Wisconsin
*FR Liaison (non-voting): Liz Hollingworth (IA) and Scott Fuess (NE)*
*Staff Liaison: Wendy Fallen*

## COMMISSION ON ADVISORY ISSUES

Illinois – Jonelle McCloud
Indiana – Lorian Price
Iowa – Robert L. Smith
Maryland – Bruce James
Michigan – Carly Britton
Michigan State – Lauren Aitch
Minnesota – Quincy Lewis
Nebraska – Shawn Buchanan

Northwestern – Derrick Thompson, Jr.
Ohio State – Asia Doss
Penn State – Kam Gissendanner
Purdue – Ralph Taylor (Chair)
Rutgers – TBD
Wisconsin – Mike Morgan
*Staff Liaison:  Omar Brown*

## LIAISON COMMITTEE TO ADVISORY COMMISSION

Mattie White – Indiana
Ketra Armstrong – Michigan
Mike Bobinski – Purdue (Chair Institution, 2022-24)
*Staff Liaison: Omar Brown*

## COMMISSION ON STUDENT-ATHLETE ISSUES
(As appointed by the Joint Group Executive Committee)

Illinois – Morgan Scivally
Indiana – Margaret Rogers
Iowa – Armando Bryson
Maryland – David Foust
Michigan – Sierra Brooks
Michigan State – Parker Jamieson
Minnesota – Gabriella Saunders
Nebraska – Sam Phillips
Northwestern – Calvin Johnson II

Ohio State – Nina LeFlore
Penn State – Rene Gangarosa
Purdue – Kerris Roberts
Rutgers – A'nan Bridgett
Wisconsin – Emily Ecker
Big Ten NCAA SAAC Representative – Armando Bryson (Iowa)
*Staff Liaison:  Jennifer Dominguez*

4

# 2022-23 BIG TEN CONFERENCE CALENDAR

## *GOVERNING BODY MEETINGS*

| | |
|---|---|
| **October 24-25, 2022** | **Fall Joint Group Meetings**<br>Faculty Representatives & Administrators Council<br>*Big Ten Conference Office Headquarters, Rosemont, IL* |
| **December 3, 2022** | **Council of Presidents/Chancellors Meeting**<br>*Indianapolis, IN* |
| **February 20-21, 2023** | **Winter Joint Group Meetings**<br>Faculty Representatives & Administrators Council<br>*Big Ten Conference Office Headquarters, Rosemont, IL* |
| **May 15-16, 2023** | **Spring Joint Group Meetings**<br>Faculty Representatives & Administrators Council<br>*Big Ten Conference Office Headquarters, Rosemont, IL* |
| **June 4, 2023** | **Council of Presidents/Chancellors Meeting**<br>*Big Ten Conference Office Headquarters, Rosemont, IL* |

INSTITUTIONAL CALENDARS FOR THE 2022-23 ACADEMIC YEAR

| Institution | FALL 2022 | | | | | | WINTER/SPRING 2023 | | | | | |
| | Classes | | Study/ Reading Days | Final Exams | No Classes | | Classes | | Study/ Reading Days | Final Exams | No Classes | |
| | Begin | End | | | Holidays | Term/Other Break | Begin | End | | | Holidays | Spring Break |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Illinois | 8/22 | 12/7 | 12/8 | 12/9-16 | 9/5, 11/19-27 | | 1/17 | 5/3 | 5/4 | 5/5-12 | 1/16 | 3/11-19 |
| Indiana | 8/22 | 12/10 | | 12/12-16 | 9/5 11/20-27 | | 1/9 | 4/29 | | 5/1-5 | 1/16 | 3/12-19 |
| Iowa | 8/22 | 12/9 | | 12/12-16 | 9/5, 11/20-27 | | 1/17 | 5/5 | | 5/8-12 | 1/16 | 3/12-19 |
| Maryland | 8/29 | 12/12 | 12/13 | 12/14-20 | 9/5, 11/23-27 | | 1/25 | 5/11 | 5/12 | 5/13-19 | | 3/19-26 |
| Michigan | 8/29 | 12/9 | 12/10-11 | 12/12-16, 12/19 | 9/5, 11/23-27 | 10/17-18 | 1/4 | 4/18 | 4/19, 4/22-23 | 4/20-21, 4/24-27 | 1/16 | 2/25-3/5 |
| Michigan State | 8/31 | 12/9 | 12/10-11 | 12/12-16 | 9/5, 11/24-25 | | 1/9 | 4/28 | 4/29-4/30 | 5/1-5 | 1/16 | 3/6-3/10 |
| Minnesota | 9/6 | 12/14 | 12/16-17, 12/19-22 | 12/15-18 | 9/5, 11/24-25 | | 1/17 | 5/1 | 5/2-3, 5/7 | 5/4-6, 5/8-10 | 1/16 | 3/6-10 |
| Nebraska | 8/22 | 12/10 | | 12/11-16 | 9/5, 11/23-27 | 10/17-18 | 1/3 | 5/13 | | 5/15-5/19 | 1/16 | 3/12-19 |
| Northwestern | 9/20 | 12/3 | 12/4 | 12/5-10 | 11/23-27 | | 1/3 3/28 | 3/11 6/3 | 3/12 6/4 | 3/13-18 6/5-10 | 1/16, 5/29 | 3/18-27 |
| Ohio State | 8/23 | 12/7 | 12/9-15 | | 9/5, 11/11 11/24-27 | 10/13-14 | 1/9 | 4/24 | | 4/26-5/2 | 1/16 | 3/13-17 |
| Penn State | 8/22 | 12/9 | 12/10-11 | 12/12-16 | 9/5, 11/20-26 | | 1/9 | 4/28 | 4/29-30 | 5/1-5 | 1/16 | 3/5-11 |
| Purdue | 8/22 | 12/10 | | 12/12-17 | 9/5, 11/23-26 | 10/10-11 | 1/9 | 4/29 | | 5/1-6 | 1/16 | 3/13-18 |
| Rutgers | 9/6 | 12/14 | 12/15 | 12/16-23 | 9/5, 11/24-27 | | 1/17 | 5/1 | 5/2-3 | 5/4-10 | 1/16 | 3/11-19 |
| Wisconsin | 9/7 | 12/14 | 12/15 | 12/16-22 | 9/5, 11/24-27 | | 1/24 | 5/5 | 5/6 | 5/7-12 | 1/16 | 3/11-19 |

6

| SUMMER 2023 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution | Sessions | Study/ Reading Days | Final Exams | Holidays | Institution | Sessions | Study/ Reading Days | Final Exams | Holidays |
| Illinois | 5/15-6/10<br>6/12-8/3<br>7/10-8/3 | 8/3<br>8/3 | 6/10-11<br>8/4-5<br>8/4-5 | 5/29, 6/19, 7/4 | Nebraska | 5/30-6/16<br>6/19-8/10<br>5/30-6/30<br>7/10-8/10 | | | 5/29, 7/4 |
| Indiana | 5/9-7/28 | | | 5/29, 6/19, 7/4 | Northwestern | 6/20-7/29<br>6/20-8/12<br>6/20-8/26 | | | 6/19, 7/4 |
| Iowa | 5/15–6/9<br>5/15–6/22<br>5/15–8/3<br>6/12–8/3<br>6/26 –8/3 | | 6/9<br>6/23<br>8/4<br>8/4<br>8/4 | 5/29, 7/4 | Ohio State | 5/9-6/2<br>5/9-6/16<br>5/9-6/30<br>6/5-6/30<br>6/5-7/28<br>6/20-7/28<br>7/3-7/28 | | 6/2<br>6/16<br>6/30<br>6/30<br>7/31-8/2<br>7/31-8/2<br>7/31-8/2 | 5/29, 6/19, 7/4 |
| Maryland | 5/30–6/16<br>5/30–7/7<br>6/20–7/7<br>7/10–7/28<br>7/10–8/18<br>7/31 –8/18 | | | 6/19, 7/4 | Penn State | 5/8-6/5<br>5/15-6/23<br>6/28-8/9<br>5/15-8/9 | 6/6<br>6/24-25<br>8/10<br>8/10 | 6/7<br>6/26<br>8/11<br>8/11 | 5/29, 7/4 |
| Michigan | 5/2–6/19<br>6/28–8/15 | 6/20-21<br>8/16 | 6/22-23<br>8/17-18 | 5/29, 7/4 | Purdue | 5/15-7/7<br>5/15-8/4<br>5/15-6/9<br>6/12-8/4<br>6/12-7/7<br>7/10-8/4 | | 8/2-4 | 5/29, 7/4 |
| Michigan State | 5/15-6/29<br>5/15-8/18<br>7/5-8/18 | | 6/29<br>8/18<br>8/18 | 5/29, 7/4 | Rutgers | 5/30-8/16 | | | 5/29, 7/4 |
| Minnesota | 5/15-6/2<br>6/5-7/28 | | | 5/29, 7/4 | Wisconsin | 5/22-6/16<br>5/30-6/16<br>6/19-8/11 | | | 5/29, 7/4 |

## INSTITUTIONAL CALENDARS FOR THE 2023-24 ACADEMIC YEAR

| Institution | FALL 2023 | | | | | | WINTER/SPRING 2024 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Classes | | Study/ Reading Days | Final Exams | No Classes | | Classes | | Study/ Reading Days | Final Exams | No Classes | |
| | Begin | End | | | Holidays | Term/Other Break | Begin | End | | | Holidays | Spring Break |
| Illinois | 8/21 | 12/6 | 12/7 | 12/8-15 | 9/4, 11/18-26 | | 1/16 | 5/1 | 5/2 | 5/3-10 | 1/15 | 3/9-17 |
| Indiana | 8/21 | 12/9 | | 12/11-15 | 9/4 11/18-26 | | 1/8 | 4/27 | | 4/29-5/3 | 1/15 | 3/9-17 |
| Iowa | 8/21 | 12/8 | | 12/11-15 | 9/4, 11/19-26 | | 1/16 | 5/3 | | 5/6-10 | 1/15 | 3/10-17 |
| Maryland | 8/28 | 12/11 | 12/12 | 12/13-19 | 9/4, 11/22-26 | | 1/24 | 5/9 | 5/10 | 5/11-17 | | 3/17-24 |
| Michigan | 8/28 | 12/6 | 12/7, 12/9-10 | 12/8, 12/11-15 | 9/4, 11/22-26 | 10/16-17 | 1/3 | 4/16 | 4/17, 4/20-21 | 4/18-19, 4/22-28 | 1/15 | 2/24-3/3 |
| Michigan State | 8/28 | 12/8 | 12/9-10 | 12/11-15 | 9/4, 11/23-24 | | 1/8 | 4/19 | 4/20-4/21 | 4/22-26 | 1/15 | 2/26-3/1 |
| Minnesota | 9/5 | 12/13 | 12/14, 12/17 | 12/15-16, 12/18-21 | 9/4, 11/23-24 | | 1/16 | 4/29 | 4/30, 5/5, 5/5 | 5/2-4, 5/6-8 | 1/15 | 3/4-8 |
| Nebraska | 8/21 | 12/9 | | 12/10-14 | 9/4, 11/22-25 | 10/16-17 | 1/8 | 4/27 | | 4/28-5/2 | 1/15 | 3/10-17 |
| Northwestern | 9/19 | 12/2 | | 12/4-9 | 11/22-26 | | 1/3 3/26 | 3/9 6/1 | 3/10 6/2 | 3/11-16 6/3-8 | 1/15, 5/27 | 3/16-25 |
| Ohio State | 8/22 | 12/6 | 12/8-14 | | 9/4, 11/10 11/23-26 | 10/12-13 | 1/8 | 4/22 | | 4/24-4/30 | 1/15 | 3/11-15 |
| Penn State | 8/21 | 12/8 | 12/9-10 | 12/11-15 | 9/4, 11/19-26 | | 1/8 | 4/26 | 4/27-28 | 4/29-5/3 | 1/15 | 3/3-10 |
| Purdue | 8/21 | 12/9 | | 12/11-16 | 9/4, 11/22-25 | 10/9-10 | 1/8 | 4/27 | | 4/29-5/4 | 1/15 | 3/11-16 |
| Rutgers | 9/5 | 12/13 | 12/14 | 12/15-22 | 9/4, 11/23-24 | | 1/16 | 4/29 | 4/30-5/1 | 5/2-8 | 1/15 | 3/9-17 |
| Wisconsin | 9/6 | 12/13 | 12/14 | 12/15-21 | 9/4, 11/23-26 | | 1/23 | 5/3 | 5/4 | 5/5-10 | 1/15 | 3/23-31 |

| | | | | | SUMMER 2024 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution | Sessions | Study/ Reading Days | Final Exams | Holidays | Institution | Sessions | Study/ Reading Days | Final Exams | Holidays |
| Illinois | 5/13-6/8<br>6/10-8/1<br>7/8-8/1 | 8/1<br>8/1 | 6/8-9<br>8/2-3<br>8/2-3 | 5/27, 6/19, 7/4 | Nebraska | 5/20-8/15 | | | 5/27, 7/4 |
| Indiana | 5/7-7/26 | | | 5/27, 6/19, 7/4 | Northwestern | 6/18-7/27<br>6/18-8/10<br>6/18-8/24 | | | 6/19, 7/4 |
| Iowa | 5/13–6/7<br>5/13–6/20<br>5/13–8/1<br>6/10–8/1<br>6/24 –8/1 | | 6/7<br>6/21<br>8/2<br>8/2<br>8/2 | 5/27, 7/4 | Ohio State | 5/7-5/31<br>5/7-6/14<br>5/7-6/28<br>6/3-6/28<br>6/3-7/26<br>6/17-7/26<br>7/1-7/26 | | 5/31<br>6/14<br>6/28<br>6/28<br>7/29-7/31<br>7/29-7/31<br>7/29-7/31 | 5/27, 6/19, 7/4 |
| Maryland | 5/28–6/14<br>5/28–7/5<br>6/17–7/5<br>7/8–7/26<br>7/8–8/16<br>7/29 –8/16 | | | 6/19, 7/4 | Penn State | 5/6-6/3<br>5/13-6/21<br>6/26-8/7<br>5/13-8/7 | 6/4<br>6/22-23<br>8/8<br>8/8 | 6/5<br>6/24<br>8/9<br>8/9 | 5/27, 7/4 |
| Michigan | 4/30–6/21<br>6/26–8/13 | 6/18-19<br>8/14 | 6/20-21<br>8/15-16 | 5/27, 7/4 | Purdue | 5/13-7/5<br>5/13-8/2<br>5/13-6/7<br>6/10-8/2<br>6/10-7/5<br>7/8-8/2 | | 7/31-8/2 | 5/27, 7/4 |
| Michigan State | 5/13-6/20<br>5/13-8/15<br>7/1-8/15 | | 6/20<br>8/15<br>8/15 | 5/27, 7/4 | Rutgers | 5/28-8/14 | | | 5/27, 7/4 |
| Minnesota | 5/13-5/31<br>6/3-7/26 | | | 5/27, 7/4 | Wisconsin | 5/19-6/14<br>5/28-6/14<br>6/17-8/9 | | | 5/27, 7/4 |

## THE BIG TEN CONFERENCE
## STATEMENT OF GUIDING PRINCIPLES
*(Adopted 1991; Revised February 2001; Revised May 2007)*

**Preamble**

The association of universities known as the Big Ten was founded in 1895. Member institutions, chiefly but not solely public, cherish a mission of research, graduate, professional and undergraduate teaching, and public service. They have accorded athletics an important place within that array of missions.

The historic title - The Intercollegiate Conference of Faculty Representatives - was significant, not least for its symbolic value, and that symbolism remains today: for the Big Ten has always asserted that it will excel in athletics without relinquishing or compromising the priority its member institutions assign to their academic standards and commitment to student academic success. To excel in both the academic and athletic realms requires a comprehensive and coherent set of shared practices which implement these values, while remaining flexible and responsive enough to accommodate the profound changes which American research universities have experienced in this century and continue to experience today. Such practices have been developed over the years by Big Ten institutions through the conference system of shared governance and they have served well to enable the Conference to meet its dual goals. The statement of guiding principles which follows codify these valued practices in a more permanent form.

### ACADEMIC PRIORITY

1.     PRINCIPLE:  The Big Ten Conference recognizes the transcendent priority of a student-athlete's academic collegiate experience. It places its highest values upon high academic values. The student-athlete is student first, athlete second.

       GUIDELINES:     A.     The Conference will promote this concept nationally, while maintaining its own academic integrity by unilaterally establishing standards that may exceed those accepted nationally.

                       B.     The recruitment and admission of student-athletes must be consistent with those policies and practices established for all undergraduate students at each Conference member institution.

                       C.     Each Conference member institution must provide its enrolled student-athletes with viable and attainable opportunities for academic success.

## CLASS TIME PRECEDENCE

2.  PRINCIPLE:  Big Ten student-athletes have the right to regularly prepare for and attend classes and final examinations without significant interruption from athletic participation.

Each Conference member institution will adopt and adhere to policies which respect the academic priority of its student-athletes.

GUIDELINE:  A.  Such policies will only permit a schedule of practice, training and competition which will result in a minimum loss of class time and minimum conflict with a student-athlete's final examination schedule.

## GRADUATION COMMITMENT

3.  PRINCIPLE:  Each institution will provide every student-athlete the opportunity to earn a baccalaureate degree. Each student-athlete shall take advantage of the opportunity to complete a degree successfully.

## INSTITUTIONAL RESPONSIBILITY

4.  PRINCIPLE:  The Big Ten Conference recognizes the imperative of institutional control over intercollegiate athletic programs.

GUIDELINES:  A.  Each Conference member institution will self-report any violations and will establish a program of compliance which consists of education, monitoring and investigating violations. The compliance program will inform its athletic personnel and student-athletes of Conference and NCAA legislation and will emphasize the academic principles and priorities of the Big Ten Conference.

B.  Each member institution will provide appropriate administrative support to a staff member or members who may be assigned compliance responsibilities.

11

## PRESIDENTIAL AUTHORITY AND FACULTY CONTROL

5.   PRINCIPLE:   The governance of the Big Ten Conference depends upon the concept of presidential or chancellorian authority. The principle of faculty control of the Joint Group shall be effectuated by authority delegated by the Council of Presidents/Chancellors. Further, member institutions should select Faculty Representatives for a significant number of years, so as to achieve continuity in the carrying forth of Conference academic principles and priorities and to permit the development of experienced faculty athletic leaders for both the Conference and the NCAA.

While recognizing that ultimate authority rests with the Council of Presidents/ Chancellors, the faculty, through the following delegated authority, shall perform the following leadership functions:

GUIDELINES:   A.   The Faculty shall exercise oversight within the Joint Group over all actions properly delegated to the Directors of Athletics, Senior Woman Administrators and the Joint Group, and may exercise veto power on those actions.

B.   The Faculty hold primary responsibility in the areas of academic, student life, and equity issues.

C.   Faculty hold a continuing and historic leadership responsibility within administration of Joint Group activities.

6.   PRINCIPLE:   The Big Ten Conference values the concept of one institution - one vote in a system of shared governance.

GUIDELINE:   A.   Actions by the Directors of Athletics or the Senior Woman Administrators on any issue that impacts either men's or women's programs must be communicated at a joint meeting of the administrators prior to their implementation. In the event that an issue cannot be reconciled, either group will refer the matter to the Faculty Representatives for final resolution.

## NATIONAL LEADERSHIP

7.   PRINCIPLE:   The Big Ten Conference, the Commissioner, the Conference office staff and its constituent members shall play an active leadership role in representing the values of its institutions in intercollegiate athletics at the national level.

## DIVERSE REPRESENTATION

8.     PRINCIPLE:  The Joint Group shall assure that the viewpoints of diverse groups in the Big Ten are considered in the governance of the Conference.

## SPORTSLIKE BEHAVIOR

9.     PRINCIPLE:  The student-athletes of a member institution and individuals employed by or associated with that institution shall conduct themselves with honesty and sportslike behavior in accordance with the rules and agreements of the Big Ten Conference.

       GUIDELINES:    A.    Both athletic staff and student-athletes shall maintain the fundamental elements of mutual respect for opponents and officials.

                                B.    Each member institution is responsible for the conduct of its intercollegiate athletics program, including responsibility for the action of its student-athletes, its staff members and any other individual or organization engaged in activities promoting the athletics interests of the institution.

                                C.    Each member institution shall monitor its programs to assure compliance with the principles of sportslike behavior.

## ETHICAL CONDUCT

10.    PRINCIPLE:  **Gambling** - The Big Ten Conference has an affirmative responsibility to respond to violations of NCAA gambling legislation by student-athletes, athletic department staff, and conference office staff members. *(Adopted 2/20/01)*

11.    PRINCIPLE:  **Drug Testing** - The Big Ten Conference values "drug free" participation and is concerned with the impact of the use of NCAA banned substances on the physical and psychological well-being of its student-athletes and the integrity of intercollegiate competition. *(Adopted 4/14/07; revised 8/12/21)*

## EQUITY

12.    PRINCIPLE:  All member universities shall assure the fair distribution of resources, access to facilities and treatment of student-athletes and personnel.

The Big Ten Conference acknowledges a responsibility to assert the value of achieving equal participation by men and women in intercollegiate sports.

## COMPETITIVE - BROAD-BASED EQUITY

13.    PRINCIPLE:  The Conference is committed to providing broad-based equitable opportunities for men and women student-athletes, coaches and administrators.

    GUIDELINES:    A.    The Conference will require each member institution to sponsor a minimum number of men's and women's sports as a condition of Conference membership.

    B.    The Conference will maintain a core group of men's sports and women's sports which every university must sponsor as a condition of Conference membership.

    C.    The Conference office will support the principle of broad-based equity by:

    1)    Employing a diverse and qualified group of professional administrators in the Conference office while providing opportunity and training for minorities and females through Conference office internships;

    2)    Promoting and marketing men's and women's Conference regular season and championship sports through print and electronic means as well as by enhancing the atmosphere and services at Conference championship venues.

## STUDENT-ATHLETE EXPERIENCE

14.    PRINCIPLE:  The intercollegiate athletics program of each member institution shall be conducted in a manner designed to protect and enhance the academic, physical and social development of its student-athletes.

    GUIDELINES:    A.    Decisions regarding a student-athlete's academic major and course of study shall reside exclusively within academic units of the university. These decisions are outside the domain of the athletic staff.  Academic support services for student-athletes shall have, at a minimum, an external reporting line to the chief academic officer, or his/her

14

designee. (*Revised 12/1/02; editorial revision 5/17/03*)

B.   Support services related to educational, health, career and personal development should be made available to all student-athletes without regard to sport, level of financial aid received or year in program.

C.   Opportunities should be made available for student-athletes to participate in activities that provide service to their institution and local community.

D.   Opportunities should be made available for continuing and departing student-athletes to provide formal and informal evaluative data regarding their perceptions of the quality of their experience. Such data should be reviewed by the appropriate personnel and acted upon when necessary.

## COMPETITION - CHAMPIONSHIPS

15.   PRINCIPLE:   The determination of a champion(s) in each Conference sport is an historic and valuable function of the Conference. The Conference championship represents the culmination of each season's competitive efforts for the vast majority of Big Ten student-athletes. The student-athletes' participation in determination of the Conference champion shall reflect the high value the Conference places on these events.

GUIDELINES:   A.   The Conference shall establish policies which assure the standardization for the conduct of competition which insure a quality experience for the student-athlete.

B.   The obligation for hosting high quality regular season events which determine Conference champions and season ending championship events shall be shared equally among Conference institutions.

## COMPETITION - ANTI-DISCRIMINATION

16.   PRINCIPLE:   The Big Ten Conference shall not schedule any regular season or postseason Conference competition at sites, venues or facilities which have membership requirements or practices which result in discrimination on the basis of race, gender, national origin or religion.

17.   PRINCIPLE:   Each Big Ten institution shall have a written policy which prohibits student-athletes representing the institution from participation at sites,

facilities, or venues which have membership requirements or practices which result in discrimination on the basis of race, gender, national origin or religion.

## COMPETITION - BUSINESS AFFAIRS

18.    PRINCIPLE:   The Conference athletics administrators and Conference office shall make every effort in the management and administration of the existing television agreements and related schedules to reduce missed class time and other intrusions into student life.

19.    PRINCIPLE:   Universities that accommodate schedule changes requested by the Conference should not be penalized financially for their efforts, particularly non-income generating sports.

       GUIDELINE:        A.        The Conference will compensate universities for actual costs incurred by non-income sports due to schedule changes which have a negative budgetary impact. The Conference is not responsible for revenue lost. (The Program and Budget Review Committee will develop procedures related to the implementation of this guideline.)

## CONFERENCE FINANCES

20.    PRINCIPLE:   All member institutions shall share equally in supporting the cost of Conference office operations.

       GUIDELINES:       A.        The Conference office will be supported by revenues derived from three primary sources: annual institutional assessments, annual assessment against television income, and an annual share of football bowl game receipts.

                         B.        Annually, the Conference office, in conjunction with a Joint Group committee, shall present a budget to the Council of Presidents/Chancellors.

                         C.        Conference office expenditures should be allocated in a manner which clearly identifies those which are necessary to support the general operation of the Conference office, those which are capital expenses (building and equipment) and those which are designated for the operation of specific programs (community outreach, internship program, etc.). *(Editorial revision 8/11/21)*

## GOVERNANCE INVOLVEMENT

21.   PRINCIPLE:  Each member of the Joint Group has an affirmative obligation to accept and participate in various ad hoc, standing or governance committee assignments.

    GUIDELINES:   A.   Because the successful management of the Conference depends upon stable and continuing participation in the Conference governance process by each Joint Group member:

    1)   No substitution shall be allowed when an individual cannot attend a scheduled Joint Group standing committee meeting;

    2)   No substitution shall be allowed when an individual cannot attend a scheduled ad hoc committee meeting;

    3)   Substitutes are permitted by each governance group if reasonable grounds for absence are presented.

    B.   The Conference office shall reimburse Joint Group members for participation in standing and ad hoc meetings where the committee does not contain membership from each Conference institution. Reimbursement shall not be required where the standing or ad hoc committee contains representation from each Conference institution.

    C.   The Joint Group Executive Committee shall be responsible for communicating directly with any Joint Group member who frequently fails to participate in the governance affairs of the Conference. If this communication is unsuccessful in resolving the lack of participation, the Joint Group Executive Committee shall communicate directly with the CEO of the institution in order to resolve the matter.

## BUSINESS - REVENUE SHARING

22.   PRINCIPLE:  The Conference shall promote competitive equality and collegiality through the distribution of television revenues, tournament and bowl receipts, and football and men's basketball gate receipts.

23.   PRINCIPLE:  The principle of nourishing and maintaining the concept of Conference shall have priority in the distribution of revenue.

GUIDELINES:    A.    The Conference shall recognize in the distribution of revenue the importance of fostering broad-based opportunities for men and women.

    B.    The Conference shall recognize in the distribution of revenue the importance of fostering competitive parity among member institutions in Conference championship sports.

    C.    The Conference shall recognize in the distribution of revenue the importance of fostering national competitive excellence in revenue producing sports.

    D.    The Conference shall recognize in the distribution of revenue the importance of fostering national competitive excellence among member institutions in selected non-revenue producing sports.

**DELEGATION AND COMMUNICATIONS GUIDELINES**
*(Adopted June 1991; Revised 6/7/93; 1/30/98; 6/6/04)*

The ultimate authority and responsibility in Big Ten Conference governance is vested in the Council of Presidents/Chancellors. All policy will be decided at the Council of Presidents/Chancellors level. This includes the annual budget for the Conference office and all other Conference financial matters including budgetary guidelines that may be promulgated for campus athletics programs. In most instances, policy initiatives will be developed by the Joint Group, working with the Commissioner and then presented to the Council of Presidents/Chancellors for its consideration. In other cases, the Council of Presidents/Chancellors will initiate policy after discussion or consultation with Faculty Representatives or Joint Group members on each respective campus.

The Conference Commissioner is the Conference's chief executive officer. As such, the Commissioner shall have the responsibility and authority necessary to execute Conference policy. The Commissioner shall report directly to the Council of Presidents/Chancellors. In addition, the Commissioner shall facilitate communication between the Joint Group and the Council of Presidents/Chancellors. The Commissioner shall also ensure that the Council of Presidents/Chancellors has the benefit of the recommendations of the Joint Group whenever a proposal is brought before the Council of Presidents/Chancellors for consideration and action.

I.      In order to effectuate the initiation and implementation of policy, the Council of Presidents/Chancellors delegates the following day-to-day authority and responsibility to the Joint Group committees:

      A.      Faculty

            1.      Oversight as well as veto power within Joint Group over all actions properly delegated to:

                  a)      The Administrators Council except actions judged by the Directors of Athletics to result in a substantial financial impact viewed as detrimental to the Conference or to intercollegiate athletics on individual member campuses;

                  b)      Joint Group.

            2.      Primary responsibility in the areas of academic standards, student life and equity issues.

            3.      Full participation in the Conference structure, especially with respect to standing and ad hoc committees of the Joint Group.

            4.      A continuing historic leadership responsibility within administration of Joint Group activities.

            5.      Responsibility for reviewing and possibly appealing to the Council of

Presidents/Chancellors any Joint Group or Administrators Council action judged by Directors of Athletics to result in substantial financial impact viewed as detrimental to the Conference or to intercollegiate athletics on individual member campuses and thus exempt from Faculty veto.

6.      Responsibility for advising and recommending nominees to the Joint Group Executive Committee for service on Conference and NCAA committees.

7.      Responsibility to advise the Joint Group, Legislative Review Committee, as well as the Council of Presidents/Chancellors on proposed solutions to problems confronting the Conference and the NCAA.

B.      Administrators Council

1.      The primary responsibility for development and implementation of sports agreements.

2.      In consultation with the Conference office, the administration and approval of men's and women's basketball, football, and women's volleyball schedules, and any other sport for which a conference schedule is developed. *(Editorial revision 7/05)*

3.      Responsibility for advising and recommending nominees to the Joint Group Executive Committee for service on Conference and NCAA committees.

4.      Responsibility for providing effective leadership within the Joint Group and on campus relative to sportslike conduct, gender, and racial equity.

5.      Oversight and review of Conference officiating programs.

6.      Oversight and review of Conference television administration.

7.      Oversight and review of Conference championships and game management policy and procedures.

8.      Responsibility to advise the Joint Group, Legislative Review Committee, as well as the Council of Presidents/Chancellors on proposed solutions to problems confronting the Conference and the NCAA.

Note: The Directors of Athletics and Senior Woman Administrators may meet separately to discuss and advance common concerns but they may not take final action relative to changes in the Conference Agreements.

C.      Directors of Athletics

        1.      Each athletic director has responsibility for financial management of intercollegiate athletics on his or her individual campus. In addition, the Directors of Athletics have collective responsibility and oversight on actions within the Joint Group and Administrators Council judged to result in substantial financial impact viewed as detrimental to the Conference or to intercollegiate athletics on individual member campuses.

II.      In order to refine and make more certain the legislative and policy relationship between the Joint Group and Council of Presidents/Chancellors, the following procedures and standards will be in effect:

      A.      Nature of Council of Presidents/Chancellors' Review of Joint Group Actions.

            The Council of Presidents/Chancellors will regularly review and act on recommendations of the Joint Group through the reports of the Joint Group Executive Committee and Commissioner.

      B.      Consultation Between Joint Group and Council of Presidents/Chancellors on Matters Reserved to the Council of Presidents/Chancellors.

            It is the intention of the Council of Presidents/Chancellors to consult with Administrators and Faculty on matters of fundamental importance to the Conference both at the institutional and the Joint Group level. This process may take various forms including, but not limited to, seeking recommendations from the Joint Group or entities within the Joint Group, consultation with the Joint Group Executive Committee, the Commissioner, or requesting the Conference office staff to identify the position of various constituencies on particular issues. The consultative process may involve matters such as expansion, revenue sharing, NCAA policy, setting the Conference budget, or differing with actions of the Joint Group.

      C.      Additional Process and Procedure Intended to Improve and Integrate Joint Group and Council of Presidents/Chancellors' Policy Development.

            A necessary element in the effective functioning of the Conference governance structure is the establishment of processes and procedures necessary to build and meld the various decision-making processes. Sharing of information, timely notification, certainty of jurisdictional authority and limitations, and establishment of customary and regular personal interaction are critical to an effective governance system.

            In order to facilitate the above objectives, the following procedures/processes are in effect:

1.    Joint Group Executive Committee's attendance at Council of Presidents/ Chancellors' meetings.

2.    Increased on-campus discussion of Conference proposals among Joint Group and Council of Presidents/Chancellors representatives.

D.    Role and Function of Commissioner and Conference Office Staff.

In the view of the Council, the Conference office staff and in particular the Commissioner are critical to the effective leadership, management and administration of intercollegiate athletics in the Big Ten Conference.

A major function of the Commissioner and Conference office staff is to facilitate communication and understanding among the Conference constituencies.

The staff, under the Commissioner's leadership, shall initiate proposals, identify options and generally provide direction to the overall development of policy within this Conference.

In particular, the Commissioner has a leadership role to play in furthering the academic and athletic values of the Big Ten Conference at a national level. The Commissioner must also lead in the negotiations and management of the Conference television properties.

E.    Role and Function of Program and Budget Review Committee.

The role and function of the Committee shall be to execute:

1.    An annual fiscal review of the operations of the Conference office,

2.    An annual review of current programs,

3.    An annual review of the proposed Conference office budget, and

4.    Advice to the Council of Presidents/Chancellors Committee on

1)    Any Directors of Athletics' review of an action by the Joint Group or Administrators Council that results in a substantial financial impact, and

2)    Any Faculty appeal to the Council of Presidents/Chancellors of any action within the Joint Group judged by the Directors of Athletics to result in a substantial financial impact viewed as detrimental to the Conference or to intercollegiate athletics on individual member campuses and thus exempt from Faculty veto.

The Committee will report its conclusions and recommendations to the Office of the Commissioner and the Joint Group, as well as the Council of Presidents/Chancellors. The Committee shall also serve as the Audit Committee of the conference. (*Revised and effected 12/7/03*)

**NOTE:** This is a working document for the guidance of Conference policy development and operation. Nothing herein shall be interpreted or applied in a way inconsistent with the Conference's Articles of Incorporation.

## RULES OF ORGANIZATION AND PROCEDURE

**RULE 1.  PURPOSE & FUNDAMENTAL POLICY**
1.2      Purpose
1.3      Fundamental Policy

**RULE 2.  PRINCIPLES**
2.1      Gender Equity Action Policy
2.2      Principle of Affirmative Action

**RULE 3.  MEMBERSHIP**
3.01     General Principles
3.1      Membership Requirements

**RULE 4.  ORGANIZATION**
4.1      Council of Presidents/Chancellors
4.2      Joint Group
4.3      Conference Commissioner
4.4      Committees & Commissions

**RULE 5.  LEGISLATIVE AUTHORITY & PROCESS**
5.01     Delegation of Authority
5.02     Legislative Authority
5.1      Meetings & Conventions
5.3      Amendment Process – Conference Issues
5.4      Other Legislative & Amendment Procedures - NCAA Issues

**RULE 6.  INSTITUTIONAL CONTROL**
6.01     General Principles
6.02     Conference Compliance Goals
6.03     Compliance Services

**RULE 32.  ENFORCEMENT**
32.1     Public Announcements
32.2     Review of Information
32.4     Processing Information
32.9     Release of Publicity
32.10    Appeal Procedures

**RULE 19.  PENALTIES**
19.5     Penalties

## RULE 1.  PURPOSE & FUNDAMENTAL POLICY

**1.2      PURPOSE**

The Big Ten Conference is a non-profit corporation. The purposes for which the Conference is organized are to control and regulate intercollegiate athletics as institutional activities, to encourage sound academic practices for student-athletes, and to establish harmonious intercollegiate relationships among member institutions.

**1.3      FUNDAMENTAL POLICY**

The Conference is governed by the Board of Directors (also known as the Council of Presidents/Chancellors, hereafter referred to as the Council), subject to its Certificate of Incorporation, its Bylaws and this Handbook. It is fundamental that the ultimate authority in the Conference resides in the Council. The affairs and business of the Conference are managed and conducted by its Council, unless the Council properly delegates any such affairs and business to others.

24

The provisions of this Handbook are subject to the Bylaws and Certificate of Incorporation of the Conference. To the extent any provision of this Handbook is inconsistent with the Bylaws or Certificate of Incorporation, that provision is of no force or effect and the Bylaws or Certificate of Incorporation control.  The provisions of this Handbook may be repealed or amended only by the Council, unless authority to do such is properly delegated by it to others.

## RULE 2.   PRINCIPLES
*(Revised 9/24/20)*

**2.1**   **GENDER EQUITY ACTION POLICY PLANS** *(See Appendix E for full text of Phase I through IV Plans)*

    **2.1.1**   **Phase I – Participation Levels.** *(Adopted 6/8/92; effective 7/1/92)*

    **2.1.2**   **Phase II – Communication, Exposure, Outreach, and Monitoring.** *(Adopted 6/97, effective 8/1/97)*

    **2.1.3**   **Phase III - Increasing Game Attendance.** *(Adopted 6/2002; effective 8/1/2002)*

    **2.1.4**   **Phase IV – Celebrating Success** *(Adopted 2/17/07; effective 8/1/07)*

**2.2**   **PRINCIPLE OF AFFIRMATIVE ACTION AND EQUAL OPPORTUNITY**
*(Adopted 6/6/94, effective 8/1/94)*
    **A.**   **Principle.** The Big Ten Conference is committed to the principle of affirmative action and equal opportunity in all of its athletic programs. Each member institution accepts an institutional and collective responsibility to promote cultural diversity and to pursue efforts designed to:

        -    Attract a culturally diverse student body and student-athlete population;

        -    Ensure a campus environment that is supportive of minorities and minority student-athletes;

        -    Expand the participation of minority student-athletes across all areas of competition;

        -    Increase the number of minority women student-athletes; and

        -    Increase the hiring of minorities across athletics departments and at the Conference office level.

B.    **Procedures for Implementation.** The implementation of this principle will vary among member schools due to differences in institutions, regions, populations, departments, and sports. It is the obligation of each university to determine those strategies that are most appropriate for its particular situation. Within this flexibility, each institution is encouraged to:

- Monitor campus-wide minority enrollments and goals;

- Establish minority participation goals for men's and women's athletics that are consistent with campus-wide minority enrollment goals;

- Foster special efforts by athletic administrators and coaches to increase minority participation in sports in which minorities are underrepresented;

- Monitor athletic department efforts for recruiting and hiring minority administrators, academic counselors, coaches, and staff; and

- Invite former minority student-athletes to campus to support student-athletes in planned functions.

In addition to the above, the Conference office is directed to develop goals and procedures for recruiting and hiring qualified minorities for Conference level positions and to provide an annual progress report to the Council.

C.    **Progress Review.** An institution may comply with this principle by demonstrating good faith efforts and a continuing practice of attracting and supporting qualified minority student-athletes and athletic department personnel.

The Joint Group shall monitor the implementation of this principle and provide an annual report to the Council on the number of minority student-athletes and personnel across the member institutions.

## RULE 3.  MEMBERSHIP

**3.01  GENERAL PRINCIPLES**

Only a university having full and complete faculty control of its intercollegiate athletic programs may hold membership in the Conference. Faculty control is achieved whenever authority over a university's intercollegiate athletic programs is vested in a university agency composed entirely of faculty members or in which faculty members are in a majority.

While the Conference recognizes that final authority over all units of the member universities, including the faculties, rests in their governing bodies – trustees or regents – a member university becomes ineligible for membership in the Conference if it fails to respect the control, which it has delegated the university agency, for the university's intercollegiate athletics programs.

The Council shall receive from the Compliance Committee any recommendation to consider suspension or termination of a member university's Conference membership because of violations of applicable NCAA and Conference legislation on recruiting. The Council shall review the record and decision in the case, and shall hear an oral presentation by the Commissioner and the member university's Faculty Representative or designated representative as to their views on the appropriateness of the proposed suspension or termination of Conference membership. The Council shall then issue a written decision, with a copy being sent to the Commissioner, the involved member university and each Faculty Representative and Director of Athletics.

## 3.1  MEMBERSHIP REQUIREMENTS

**3.1.1  Eligibility Requirements.** To be eligible for membership, a university must sponsor a minimum of 16 varsity intercollegiate sports, including football that includes a minimum of (a) seven varsity intercollegiate sports, including at least two team sports, involving all-male teams, and (b) eight varsity intercollegiate sports, including at least two team sports, involving all-female teams. *(Editorial revision 6/02)*

**A.**     **Assessments to Membership.** Funds to pay budget expenditures for the support of the Conference Office shall be met by assessments upon each member *(Editorial revision 7/20).*

### RULE 4.  ORGANIZATION
*(Revised 1/30/98)*

## 4.1  CHIEF EXECUTIVE OFFICERS: COUNCIL OF PRESIDENTS/ CHANCELLORS (BOARD OF DIRECTORS)

**4.1.1   Composition.** The Council consists of the chancellor or president of each member university, constituted for the purposes set forth in the Certificate of Incorporation and the Bylaws. The Council meets from time to time as set forth in the Bylaws. The terms "Board of Directors" and "Council of Presidents/Chancellors" are synonymous and interchangeable.

**A.**     **Council of Presidents/Chancellors Executive Committee.** The Executive Committee shall consist of four presidents/chancellors, and will include the Chair, two past chairs, and one other president/chancellor. The Executive Committee is to conduct the regular business of the Council between Council meetings and provide direction to the Commissioner in the conduct of the day-to-day operations of the Conference. *(Revised 6/5/11)*

**4.1.3   Duties and Responsibilities: Matters Reserved to the Council.** The following policy matters are reserved to the Council. These may take effect only upon the vote of not less than sixty percent (60%) of the entire Council:

**A.**     Hiring, determining duties, responsibilities and conditions of employment, and terminating the employment of the Conference Commissioner;

**B.**     Preparing and approving the Conference budget and all other financial matters;

**C.**     Initiating and settling litigation in which total financial exposure is reasonably expected to exceed $250,000 *(Revised 6/6/04; Editorial revision 8/1/12)*;

**D.**     Enforcing any of the Conference's Rules, Agreements, Appendices or Bylaws which would (i) reduce the amount of revenue to be received by a member; (ii) terminate personnel at a member university; (iii) reduce the number of sporting events in a member's schedule; or (iv) deprive participation of a member's team in either a post-season sporting event or in a telecast of a sporting event;

**E.**     Entering into contracts involving (i) any contract involving any telecast rights agreement for football and basketball; (ii) any football bowl contract; or (iii) any other contract that would require the Conference to expend more than $1.0 million unless at the time of execution of the contract the contractual expenditure amount has already been contemplated and approved by the Council pursuant to the normal budgetary process. *(Revised 6/6/04; revised & effective 12/8/13)*;

**F.**     Appointing the NCAA representative responsible for casting the Conference's vote regarding proposed NCAA legislation and authorizing the Conference to submit an override to enacted NCAA legislation *(Revised 12/4/11)*;

**G.**     Selecting and discharging the Conference's outside public accounting firm and law firm;

**H.**     Selecting the location of the Conference's principal place of business;

**I.**     Assigning responsibility for or revoking an assignment of any responsibility for any matters of the Conference to any of the Faculty Representatives, Directors of Athletics, Senior Woman Administrators, and Joint Group;

**J.**     Overruling the action of the Faculty Representatives, Administrators Council or Joint Group with respect to matters delegated to any of those groups;

**K.**     Amending or repealing any of the Bylaws;

**L.**     Amending the Handbook or deferring the publication of a proposed new Handbook or an amendment to the Handbook; and

**M.**     Admitting into membership and suspending, expelling, or placing on probation any member of the Conference. These actions require a vote of not less than seventy percent (70%) of the Council. *(Editorial revision 8/1/12)*

28

NOTE (1): Matters concerning admission to or expulsion from the Conference are controlled by the Council. As a matter of practice, the Council normally would expect to take such action upon the recommendations of the Commissioner, with the endorsement of the Joint Group.

The Council does not see itself conducting the day-to-day operations of the Conference nor relieving others of the responsibility they presently carry, except as expressly outlined. In fact, any involvement of the Council in the day-to-day operations of the Conference will be the exception rather than the rule. Responsibility for these operations lies with the Commissioner. Other matters will be assigned to the Commissioner, the Faculty Representatives, Administrators Council or the Joint Group. Any action taken by any of these groups regarding a matter delegated to it becomes effective immediately, unless the Executive Committee of the Council stays the action or the Council itself overturns the action.

NOTE (2): Guidelines Adopted by the Council for Communications with the Joint Group *(revised 6/6/04)*

A.      Chairs of the Joint Group along with the incoming chair of the Faculty Representatives will constitute the Joint Group Executive Committee. This Executive Committee will attend Council meetings related to intercollegiate athletics issues.

B.      The meeting schedules of the Council and Joint Group should be effectively coordinated.

C.      Prior to incorporation, the White Resolution (see Rule 5.3.2.H) was employed as an effective method of involving institutional athletic boards in the development of substantive legislation. The Joint Group believes that in post incorporation governance, sensitivity to the continued involvement of institutional athletic boards must be encouraged and maintained.

D.      Circulate Council minutes to the Joint Group Executive Committee members *(revised 6/6/04)*

## 4.2    JOINT GROUP

**4.2.1  Composition.** The Joint Group consists of the Faculty Representatives and the mandated members of the Administrators Council (Directors of Athletics and Senior Woman Administrators). Each institution shall have one vote.

**A.      Officers of the Joint Group.**

     **1.      Chair.** This position is assigned to the Chair of the Faculty

Representatives, or in that person's absence, to the acting or pro tem Chair of the Faculty Representatives.

**2.    Secretary**. The Commissioner, or his or her designee, shall serve as ex officio secretary without voting power.

**4.2.1.1 Faculty Representatives**. The Faculty Representatives may consist of two faculty members from each Conference member university. Each University is entitled to one vote with respect to matters delegated to the Faculty Representatives by the Council. Each Representative must be a faculty member who does not receive pay primarily for services connected with athletics. Institutions with two representatives are encouraged to appoint a male and a female representative. Institutions with one representative are encouraged to consider both males and females.

**A.    Officers.**

**1.    Chair**. The chair of the Faculty Representatives is assigned to the universities in alphabetical order. In the absence of a chair, the Faculty Representatives may elect a pro tem or acting chair. In any case in which the prescribed order of chair would cause a Faculty Representative to become chair during the first two-year period of service, the chair shall be postponed so that the person becomes chair in the third year of service, after which the prescribed order of succession to the chair set forth in this Handbook shall continue. The chair is installed at the close of the spring meeting and shall serve a one-year term effective July 1 of each year. *(Reaffirmed 12/9/96; revised & effective 7/05)*

**2.    Secretary.** The Commissioner, or his or her designee, shall serve as ex officio secretary, without voting power.

**4.2.1.2 Administrators Council**. The Administrators Council consists of twenty-eight members (two per institution) representing the 14 Directors of Athletics and 14 Senior Woman Administrators at each institution. *(Adopted & effective 1/30/98; revised & effective 10/17/00; editorial revision 6/02; revised 2/22/11 & effective 7/1/11; revised 5/13/14 & effective 7/1/14)*

**A.    Officers**

**1.    Chair.** The chair of the Administrators Council is assigned to the universities in alphabetical order. In any case in which the prescribed order of chair would cause both the Director and Senior Woman Administrator of an institution to serve as chair during the first two-year period of service, the institutional rotation shall be postponed so that the institution chairs in the third year of service**,**

30

after which the prescribed order of succession to the chair set forth in this Handbook shall continue. An institution that is eligible to chair may determine the order in which its Director of Athletics or Senior Woman Administrator shall serve as (co)-Chair(s).  If one of the Administrators of the chair institution has not met the minimum two-year service requirement, the Administrators Council may waive this provision to permit that individual to serve as co-Chair at the institution's discretion. The Chair is installed at the close of the spring meeting and shall serve a two-year term effective July 1 of each year. *(Adopted 2/17/98, effective 6/1/98 beginning with Illinois; revised & effective 10/5/99; revised & effective 7/05)*

2.   **Secretary.** The Commissioner, or his or her designee, shall serve as ex officio secretary, without voting power.

## 4.3   CONFERENCE COMMISSIONER

A.   **Appointment**. The Commissioner is elected and the terms of his or her employment are to be set by the Council. The Commissioner shall have all powers necessary for the effective performance of his or her duties as set forth below.

B.   **Duties and Responsibilities.** Administrative duties may be delegated by the Commissioner to Conference office staff. The Commissioner's duties shall include:

1.   To serve as the chief executive officer of the Council and chief administrative officer of the Joint Group.

2.   To study the problems of the Conference and give advice and guidance to the members in the solution of those problems, and to promote the general welfare of the Conference at all times.

3.   To conduct, through the press, radio, television, periodicals, meetings and the general service of his or her office, a continuous educational program looking toward the development of scholarship, sportsmanship, and understanding of the values of competitive athletics, and exert all reasonable efforts to acquaint the public with the ethics and high ideals which motivate the Conference in its conduct of intercollegiate athletics.

4.   To issue the call for meetings and, on his or her own motion, call special meetings of the Faculty Representatives, Administrators Council, and Joint Group.

      **5.**     To perform other duties as the Council may direct.

**C.**    **Indemnification of Commissioner and Conference Office Employees.** The Conference plan to indemnify the Commissioner and other Conference employees is described in the Certificate of Incorporation and Bylaws.

## 4.4   COMMITTEES & COMMISSIONS

### 4.4.1   Joint Group Executive Committee

**A.**    **Composition.** The Chair(s) of the Faculty Representatives, (co)-Chair(s) of the Administrators Council, and the incoming chair(s) of the Faculty Representatives will constitute the Joint Group Executive Committee. In the event the Administrators Council does not have either a Director of Athletics or Senior Woman Administrator serving as co-Chairs, the Joint Group Executive Committee shall appoint a Director or SWA to serve on the committee. This Executive Committee will attend Council meetings and participate in Council conference calls related to intercollegiate athletic issues. *(Revised & effective 10/5/99)*

**B.**    **Duties and Responsibilities.** The Joint Group Executive Committee shall be responsible for providing guidance on agendas and content of conference meetings; nominating persons to be considered by the Joint Group for membership on the Standing Committees, and making interim appointments to Standing Committees to fill any term that becomes vacant for any reason before the expiration of the term. The committee shall also appoint representatives to the Commission on Student-Athlete Issues to ensure sport and ethnic diversity.  The committee shall also nominate persons for service on NCAA governance groups and committees. The Joint Group retains authority to review all actions of the Joint Group Executive Committee. *(Revised & effective 1/30/98; revised & effective 10/8/02; editorial revision 7/06; revised 5/18/07)*

**4.4.2  Standing Committees.** Standing Committees are those committees that perform duties necessary to the ongoing operation of the Conference in accordance with the Rules and Agreements and for the review of NCAA issues. The Commissioner shall appoint at least one member of the Conference staff to serve as an ex officio, non-voting member of each Standing Committee. The person or persons so appointed shall attend each Standing Committee meeting and serve as a liaison between the Conference office and the Standing Committee.

**A.**    **Nomination.** All committee members and chairs, except those on the Sports Management Committee, shall be members of the Joint Group who are nominated by the Joint Group Executive Committee and shall be appointed by the Joint Group at the close of the spring meeting. While no particular university representation is required on the Standing Committees unless specified, the Joint Group Executive Committee shall consider the level of representation of each

member university and each group comprising the Joint Group in making its recommendations. *(Revised & effective 2/16/98)*

Ex officio, non-voting members may be appointed to any Standing Committee by the Joint Group.

B.    **Terms of Appointment.** The terms for Standing Committee members and chairs shall become effective July 1. If a person has been appointed to fill a term that has been vacated, the interim appointment shall expire at the same time as the original term would have expired. There shall be no substitutions if an individual cannot participate in a committee meeting. *(Revised & effective 7/05)*

C.    **Vacancy.** If, for any reason, a vacancy occurs on any Standing Committee, the Joint Group Executive Committee shall determine whether the vacancy must be immediately filled. If the Joint Group Executive Committee decides the vacancy should be immediately filled, then that committee may appoint a person who otherwise meets the criteria for the Standing Committee and such appointee shall serve until the next meeting of the Joint Group. At the next meeting of the Joint Group, the Joint Group Executive Committee shall make a nomination to the Joint Group to fill the vacant term and the Joint Group shall appoint someone to fill the term.

D.    **Meetings.** All standing committees of the Joint Group, Faculty Representatives, or Administrators Council shall conduct meetings by teleconference insofar as possible, unless the meeting is held in conjunction with one of the three Conference meetings. All meetings of all groups for the transaction of business are held in executive session. The presence of a majority of the membership of any group at a meeting shall constitute a quorum for the transaction of business. *(Adopted 6/8/92, effective 7/1/92; revised 1/30/98; editorial revision 7/07)*

**4.4.2.1 Joint Group Standing Committees** *(Revised 1/30/98; revised 5/19/98; revised 1/10/99, effective 6/1/99; revised 4/14/07; revised 5/16/07; revised 5/14/19; revised 9/24/20)*

A.    **Joint Group Appeals Committee (JGAC).** The Committee shall consist of three Faculty Representatives, one Director of Athletics, and one Senior Woman Administrator. There shall be no more than one representative per institution on the Committee. Refer to 32.10 for appeals procedures. *(Adopted 5/14/19)*

    1.    **Terms.** Terms shall be for four years. A person may serve two four-year terms. A person who has served a term of two years or more shall not be eligible for reappointment until two years after the expiration of the prior term. A person appointed to an initial term of one year may serve a total of nine years.

        **a.**  **Chair.** Members shall elect a Chair from the Faculty Representatives on the Committee. The Chair will serve a two-year term. The Chair will manage issues that arise prior to an appeal hearing and preside over the hearing.

  **2.**  **Duties.** Appeals from matters decided by the Academics and Eligibility Committee (AEC) and Compliance and Reinstatement Committee (CRC). *(Revised 9/24/20)*

        **a.**  **Quorum**. A minimum of four members, with each governance group represented, shall be required to render a decision.

        **b.**  **Recusal.** A member or substitute member shall be recused when a case to be considered involves the university whose representative is a member of the Committee; an appeal involving an AEC or CRC hearing in which the member or substitute member participated; or an appeal where the relationship with an institution, individual, or the matter under review constitutes a conflict of interest. Issues of conflict will be resolved by the Chair in consultation with the Big Ten Conference General Counsel.

        **c.**  **Substitutions.** The Big Ten Commissioner or designee shall compile and maintain lists in predetermined order of Faculty Representatives, Athletic Directors, and Senior Woman Administrators. Substitutions to the JGAC will be made pursuant to that predetermined order from the relevant governance group list. A member ineligible for appointment to the JGAC under 4.4.2.1.A.1 may serve as a substitute.

**B.**  **Academics and Eligibility Committee (AEC).** The Committee shall consist of six members of whom four shall be Faculty Representatives, one Director of Athletics, and one Senior Woman Administrator. There shall be no more than one representative per institution on the Committee. *(Revised 5/14/19)*

  **1.**  **Terms.** Terms shall be for five years, with no two terms to expire in the same year. A person who has served a full five-year term shall not be eligible for reappointment until two years after the expiration of the prior term.

  **2.**  **Duties.** All matters affecting the eligibility status of Conference student-athletes under the Rules of Eligibility and Financial Aid, including waivers of the Rules of Eligibility and Financial Aid, NCAA waivers administered by the Conference, and interpretations of Conference legislation. Matters may be submitted to the Committee only by or through

a Faculty Representative, through the Commissioner, or by the Commissioner. The actions of the Committee on Conference legislation shall be subject to the review and approval of the Faculty Representatives.

    **a. Quorum.** If six members are present at a meeting, five affirmative votes shall be required for favorable action on a petition for waiver of a rule. If five members are present at a Committee meeting, four affirmative votes shall be required for favorable action on a petition for waiver of a rule. If only four members are present, three affirmative votes shall be required for such actions. *(Reaffirmed 10/6/98)*

    **b. Recusal.** When a case to be considered involves the eligibility of an athlete at a university whose representative is a member of the Committee, that representative may present the case and answer questions, but shall be absent from the Committee during the discussion and may not vote on the case. The Faculty Representatives not on the Committee may appear to present cases and answer questions, but may not be present during the Committee discussion and action.

**C.**     **Compliance and Reinstatement Committee (CRC).** The Committee shall consist of six members of whom four shall be Faculty Representatives, one Director of Athletics, and one Senior Woman Administrator. A senior compliance administrator from the chair institution shall serve as an ex officio member of the Committee. There shall be no more than one representative per institution on the Committee. *(Revised 5/14/19; revised 9/24/20)*

    **1. Terms.** Terms shall be for five years, with no two terms to expire in the same year. A person who has served a full five-year term shall not be eligible for reappointment until two years after the expiration of the prior term.

    **2. Duties.** All matters affecting compliance by university staff members, representatives and others with NCAA and Conference legislation including violations of NCAA and Conference legislation and restoration of Conference eligibility, and recommending and imposing penalties when appropriate.

        **a. Recusal.** When a case to be considered involves the university whose representative is a member of the Committee, that representative may present the case and answer questions, but shall be absent during the Committee's discussion and shall not vote on the case. *(Revised & effective 5/25/99)*

35

Should a member of the Committee be a representative of a university involved in an alleged major violation, the member shall not participate in the discussion and vote on the matter and shall be replaced, as appropriate, by a Faculty Representative appointed by the current Chair of the Faculty Representatives, or by a Director of Athletics or a Senior Woman Administrator appointed by the current Chair of the Administrators Council.

D.   **Legislative Review Committee (LRC).** The Committee shall consist of fourteen representatives, one from each member institution, and shall include the Chairs of the Joint Group Executive Committee (of which there shall be only one representative per institution from the Faculty Representative group and one representative per institution from the Administrators Council), and the NCAA Legislative Cabinet representative as voting members. Six members of the Committee shall be Faculty Representatives and six shall be Athletics Administrators. Each institution represented shall have one vote. *(Revised 1/10/99, effective 6/1/99; editorial revision 7/10; revised 2/22/11, effective 7/1/11; 5/13/14, effective 7/1/14)*

   1.   **Terms.** Terms shall be for five years. A person who has served a full five-year term shall not be eligible for reappointment until two years after the expiration of the prior term. *(Revised & effective 5/20/04)*

   2.   **Duties.** Responsible for reviewing proposals to amend NCAA legislation, recommending Conference positions to the Joint Group and NCAA governance representatives, recommending NCAA proposals for Conference sponsorship, and reviewing Conference legislation on a periodic basis.

E.   **Program and Budget Review Committee (PBRC).** The Committee shall consist of eight persons. A president/chancellor, drawn from the Council's Executive Committee, four Faculty Representatives, two Directors of Athletics, and one Senior Woman Administrator. The president/chancellor member of the Committee shall serve as Chair. *(Revised 1/10/99, effective 6/1/99; revised & effective 6/5/11)*

   1.   **Terms.** Terms shall be for five years. A person who has served a full five-year term shall not be eligible for reappointment two years after the expiration of the prior term. *(revised & effective 5/20/04; revised & effective 8/12/21)*

   2.   **Duties.** The Committee shall be responsible for:

        a.   an annual, fiscal review of the operations of the Conference office;

      **b.**    an annual review of current programs; and

      **c.**    an annual review of the proposed budget, and;

      **d.**    advice to the Council of Presidents/Chancellors on:

            **1)**    any Director of Athletics' review of an action of the Joint Group or Administrators Council that results in a substantial financial impact, and

            **2)**    any Faculty appeal to the Council of Presidents/Chancellors of any action within the Joint Group judged by the Directors of Athletics to result in a substantial financial impact viewed as detrimental to the Conference or to intercollegiate athletics on individual member campuses and thus exempt from Faculty veto. *(Updated 7/6/93)*

The Committee will report its conclusions and recommendations to the office of the Commissioner, Joint Group, as well as the Council of Presidents/Chancellors.

    **3.**    **Budgetary Procedures.** The Program and Budget Review Committee in conjunction with the Conference office shall establish policies for the investment of Conference funds. Such policies are subject to the approval of the Council.

    **4.**    **Conference Office Budget.** At the spring Conference meeting, the Conference office shall submit to the Joint Group a recommended budget for the Conference for the following fiscal year, beginning July 1.

**F.**    **Audit Committee.** *(Adopted 12/7/03)*

    **1.**    **Composition and Chair.** The Program and Budget Review Committee shall also serve as the Audit Committee. The Chair of the Program and Budget Review Committee shall also serve as the Chair of the Audit Committee. *(Adopted & effective 2/24/04)*

**G.**    **Sports Management Committee (SMC).**

    **1.**    **Composition.** The Committee shall consist of no more than twenty-eight members (two representatives from each member institution). The NCAA Championships/Sports Management Cabinet representative shall be appointed as a voting member. Committee members are appointed by each institution, and may be members from outside of the Joint Group provided

they are senior level athletic administrators with sports administration responsibilities. Two Faculty Representatives shall serve as non-voting members of the Committee. Each institution shall have one vote. Membership terms begin July 1. *(Adopted 1/98; revised 1/9/99, effective 6/1/99; revised & effective 10/17/00; editorial revisions 7/06/10; revised 2/22/11 & effective 7/1/11; revised 5/14/13 & effective 8/1/13; revised 5/13/14 & effective 7/1/14)*

    **a.**    **Chair.** The Chair of the Committee shall serve a two-year term based on alphabetical institutional rotation beginning with Iowa in 1997. In any case in which the prescribed order of Chair would cause both representatives from an institution to serve as Chair during their first two-year period of service, the institutional rotation shall be postponed so that the institution chairs in the third year of service, after which the prescribed order of succession to the Chair set forth in this Handbook shall continue. Chair terms begin July 1. *(Revised & effective 10/5/99; editorial revision 7/06)*

**2.**    **Duties.** The Committee is responsible for reviewing recommendations on regular season and championship management issues unless they pertain to football, men's basketball, women's basketball, or any television-related matters. The Committee may also review proposals to amend Conference or NCAA legislation relative to the administration of regular season and championship competition; and react to and provide input to the Big Ten Legislative Review Committee and NCAA Championships/Sports Management Cabinet representative(s). *(Editorial revision 7/04; 7/06; 7/07; 7/10)*

The actions of the Committee shall be subject to the review and approval of the Administrators Council. Actions taken on coaches' recommendations may not be reconsidered or further amended until two calendar years of said action. The actions of the committee may be effective immediately, except those with significant financial impact shall be forwarded to the Administrators Council with a committee position. In addition, any proposal for a Conference championship that affects the academic or well-being of student-athletes, shall be forwarded to the Faculty Representatives as follows: *(Revised & effective 1/10/99; editorial revision 7/06; revised & effective 7/30/06; editorial revision 7/07)*

    **a.**    **Student-Athlete Impact.** Prior to final action being taken by the Administrators on any proposal for a Conference championship that affects the academic or well-being of student-athletes, the Faculty Representatives shall review and express a written opinion to the Joint Group on the academic and student-athlete welfare

38

impact of the proposal and compliance with the departure requirements in accordance with Rule 5.02.2.B. *(Revised 10/5/04; revised 5/20/05; revised & effective 7/18/06)*

3.  **Subcommittees.** The Subcommittees may review regular season and championship management issues unless they pertain to football, men's basketball, women's basketball, or any television-related matters.

    a.  **Executive Committee.** The Sports Management Executive Committee shall be comprised of three members with no more than one individual per institution and shall be comprised of the current, past, and incoming Chairs. Between meetings of the Committee, the Executive Committee may act on non-controversial, emergency legislation that are routine and deemed necessary and expedient to ensure the normal administration of regular season or championship issues. The actions of the Executive Committee shall be reported at the next scheduled meeting of the full committee. A majority of the full committee is required to revisit any action taken by the Executive Committee. *(Revised 5/19/06; effective 7/1/06; revised & effective 1/10/99)*

    b.  **Awards and Honors Subcommittee.** The Awards and Honors Subcommittee shall be comprised of no more than four members with no more than one individual per institution. Members shall serve a two-year term. The Subcommittee will be responsible for reviewing and providing positions to the full committee on recommendations on championship awards and media honors. *(Adopted 10/17/00, effective retroactive to 8/24/99; revised 10/6/05; revised 2/22/11 & effective 7/1/11; revised 5/13/14 & effective 7/1/14; revised 7/18/17)*

    c.  **Officiating Fees and Policies Subcommittee.** The Officiating Fees and Policies Subcommittee shall be comprised of no more than six members, with no more than one individual per institution. Members shall serve a two-year term. The Subcommittee shall be responsible for reviewing and providing financial impact and positions to the full committee on recommendations on officiating fees and video replay items for sports other than football, men's basketball, and women's basketball. *(Adopted 10/17/00, effective retroactive to 8/24/99; revised 10/6/05; revised & effective 4/5/06; revised & effective 7/1/11; revised 2/21/12 & effective 8/1/12; revised & effective 8/1/13; revised 5/13/14 & effective 7/1/14;*

*revised & effective 7/1/14; revised 7/18/17; editorial revision 8/12/19; revised & effective 2/17/20 )*

**d.** **Travel Squad Subcommittee.** The Travel Squad Subcommittee shall be comprised of no more than four members, with no more than one individual per institution. Members shall serve a two-year term. The Subcommittee will be responsible for reviewing and providing initial input to the full committee on recommendations from coaches' groups on travel squad sizes for all sports other than football, men's basketball, and women's basketball. *(Revised 10/6/05; retroactive to 1/00; revised 2/22/11 & effective 7/1/11; revised 5/13/14 & effective 7/1/14; revised 7/18/17)*

**e.** **Championship/Tournament Budget Subcommittee.** The Championship/Tournament Budget Subcommittee shall be comprised of no more than four members, with no more than one individual per institution. Members shall serve a two-year term. The Subcommittee will be responsible for reviewing and providing positions to the full committee on issues pertaining to championship and tournament budgets. *(Adopted 5/15/17)*

**f.** **Scheduling Mechanics Subcommittee.** The Scheduling Mechanics Subcommittee shall be comprised of no more than four members, with no more than one individual per institution. Members shall serve a two-year term. The Subcommittee will be responsible for reviewing and providing positions on scheduling parameters for field hockey, volleyball, men's and women's soccer, wrestling, men's ice hockey, men's and women's gymnastics, men's and women's tennis, men's and women's lacrosse, softball, and baseball. *(Adopted 5/15/17)*

**g.** **Championship and Tournament Subcommittee.** The Championship and Tournament Subcommittee shall be comprised of no more than four members, with no more than once individual per institution. Members shall serve a two-year term. The subcommittee will be responsible for reviewing and providing positions to the full committee on recommendations pertaining to championship and tournament formats and neutral site locations for all sports other than football, men's basketball, and women's basketball.*(Adopted 5/13/19)*

4.      **Waivers/Exceptions.**

a.      **Delegated to the Executive Committee.** The Executive Committee may act on non-controversial, emergency waivers that are routine and deemed necessary and expedient to ensure the normal administration of regular season or championship issues. The Administrators Council shall act on all other waiver requests.

b.      **Other Waiver Provisions.**

1)      **Game Management.** There shall be no waivers of game management rules once the championship season has begun in each sport. *(Adopted & effective 5/17/03)*

2)      **Departure Requirements – Conference Championship/Tournament Events.** Waivers of departure requirements shall be administered as institutional exceptions by the respective Joint Group members (i.e., Faculty Representative, Athletic Director, Senior Woman Administrator) on each campus. Guidelines for institutional exceptions shall be provided to each campus, and require a student-athlete impact review. Each institution shall submit a report of its actions on a form provided by the Conference office. The report shall be subject to review by the Faculty Representatives and the Joint Group (See Appendix B). *(Adopted & effective 5/17/03; editorial revisions 7/06; revised & effective 5/18/07; revised & effective 7/12/11; revised 5/14/13 & effective 8/1/13; revised 5/19/15 & effective 8/1/15)*

**4.4.2.2 Commissions**. Commissions are advisory to the Joint Group and generally have an identified singular focus that allows the Conference to explore and raise issues on minority and student-athlete issues. *(Adopted and effective 1/30/98; editorial revision 7/07)*

**4.4.2.2.A Advisory Issues Commission** *(Established 1972; editorial revision 5/22/01)*

1.      **Composition.** The Advisory Commission shall be comprised of one representative from each member institution. The representative should be a former African-American athlete who represented the member institution in intercollegiate athletic competition as an undergraduate student.   *(Revised 2/22/11 & effective 1/7/11)*

a.      **Chair**. The Chair shall serve a two-year term based on alphabetical institutional rotation. In any case in which the prescribed order of chair would cause the institution to serve during their first two-year period of service, the institutional rotation shall be postponed so that the institution chairs in the third year of service, after which the prescribed order of succession to the chair shall continue. Chair terms begin on July 1.

2.      **Appointment and Term**. Each institution may appoint its own representative with sensitivity towards appropriate gender representation. Each institution shall have one vote. Members of the Commission shall serve a four-year term of office. An institution may reappoint a member whose term has expired to a consecutive four-year term, after which that member may not be eligible for re-appointment. Membership terms begin on July 1. *(Revised & effective 7/05; editorial revision 7/06).*

a.      **Replacement.** If a person resigns from the Commission with time remaining in his or her term, the university will be allowed to appoint a new person for the remaining years of that term of office; service during that partial term of office will not preclude the person from being appointed to two complete four-year terms thereafter.

3.      **Duties.** The Commission shall be generally charged with advising the Joint Group and the Conference Commissioner in the following areas. In addition, the Commission shall receive information on, review and react to other topics referred to it from Conference constituent groups or committees on issues related to minority student-athlete experience. A representative of the Commission shall present an annual report to the Joint Group at the spring meeting.

a.      As its primary focus, areas of concern identified through its continued examination of problems that face African-American student-athletes in the following areas:

1)      **Academic Achievement and Advising** related to the academic affairs and academic support programs for African-American student-athletes.

2)      **Quality of Student Life** related to drugs, gambling, and agents as well as other problems affecting the campus life experience of African-American student-athletes.

b.      Issues related to "affirmative action" and the examination of employment practices, promotional opportunities, and discrimination in the work environment for minority personnel at

42

the institutional and Conference level. The Commission shall annually monitor the Diversity Internship position. *(Editorial revision 7/09)*

    **c.**    The Commission should also be concerned with issues that affect the academic, athletic, and campus life environments of male and female student-athletes of all races.

    **d.**    **Campus visit.** The Commission shall conduct a campus visit for each member's respective institution and shall report its findings to the Joint Group.

    **4.**    **Meetings.** The Commission may conduct two in-person meetings per year and teleconference calls as needed.

## 4.4.2.2.B  Liaison Committee to the Advisory Commission

    **1.**    **Composition.** The committee shall be appointed by the Joint Group Executive Committee and shall consist of one Faculty Representative, one Director of Athletics who shall be from the Chair institution, and one Senior Woman Administrator, whose terms shall be for three years, with no two terms to expire in the same year. A person who has served a full three-year term on the Committee shall not be eligible for reappointment to the Committee until two years after the expiration of the prior term. *(Revised 2/22/05)*

    **2.**    **Duties.** The Committee shall be responsible for serving as a liaison group between the Joint Group and the Advisory Commission.

## 4.4.2.2.C  Student-Athlete Issues Commission *(Adopted 8/8/94; revised 1/30/98; revised 5/16/07)*

    **1.**    **Composition.** The Commission is comprised of one student-athlete representative per institution. Each institution shall have a single institutional vote. The Big Ten representative to the NCAA Student-Athlete Advisory Committee may serve as an ex-officio member. *(Editorial revision 7/05; 7/10)*

        **a.**    **Chair.** The chair of the Commission shall be assigned to the institutions in alphabetical rotation beginning with Illinois in 1994-95. The chair shall serve a one-year term beginning July 1.

        **b.**    **Vice Chairs.** There shall be two vice chairs assigned to the institutions based on the alphabetical rotation of the incoming chairs for the succeeding two years.

c.      **Liaison to Joint Group.** The Faculty Representative of the chair institution shall serve as liaison to the Joint Group.

2.      **Appointment and Term.** The Joint Group Executive Committee shall appoint the members of the Big Ten SAAC based on three nominees submitted by each institution. The Joint Group Executive Committee shall appoint members to reflect diverse representation of ethnic, gender, and sport constituent groups (e.g., Olympic/non-revenue, revenue sports), *(Effective beginning with 2008-09)*

An institution at its discretion may select a 2nd commission member representative of the campus SAAC leadership, or an additional commission member who reflects the diversity goals of the conference. *(Revised 2/18/02; revised & effective 10/8/02; revised 5/18/07, effective with 2008-09 appointments; revised 5/14/08; revised 10/5/08).*

3.      **Duties.** The Commission shall receive information on, review and react to legislation and other topics referred to it from Conference constituent groups or committees on issues related to student-athlete experience. The recommendations of the Commission shall be forwarded to the Joint Group Executive Committee. A representative of the Commission shall present an annual report to the Joint Group at the winter meeting.

4.      **Meetings.** The Commission may conduct two in-person meetings per year, teleconference meetings as needed, and the option to request additional meetings if necessary from the Joint Group Executive Committee. *(Revised 6/95, effective 8/1/95)*

## RULE 5.  LEGISLATIVE AUTHORITY AND PROCEDURES
*(Revised 1/30/98; 5/14/13)*

## 5.01   DELEGATION OF AUTHORITY

The Council may delegate certain of the Conference affairs to the Faculty Representatives, the Administrators Council, the Joint Group or others. Any action by either the Faculty Representatives, the Administrators Council, or the Joint Group, regardless of whether the action is final as to all other persons or parties, may be reviewed and revised by the Council in accordance with the Conference's Bylaws.

Any legislative or other action by any group may not be inconsistent with the Bylaws or the Certificate of Incorporation. All actions taken by any of these groups may take effect immediately and continue in effect unless and until stayed by the Council's Executive Committee or overturned by the Council, or suspended by the White Resolution. If within seven (7) business days from the date on which notice of an action has been given to all of the members of the Council, three of the members of the Council notify the Chair, Vice Chair or Secretary of the

44

Council in writing that the action shall be reviewed by the Council, the Council must review the action. The Council must act within twenty (20) business days from the date of notice to the Chair, Vice Chair or Secretary of the Council. The Executive Committee may decide at the time of such notice whether the action may continue in effect or whether its effect shall be stayed pending the review of the Council. *(Revised & effective 5/14/13)*

The lines separating areas of legislative authority are not, and cannot be, sharply drawn. It is anticipated, however, that each group will be mindful of the interests and functions of the others.

## 5.02   LEGISLATIVE AUTHORITY

**5.02.1   Rules.** Legislative authority over the Rules is delegated to the Faculty Representatives. Except as otherwise set forth in the Rules, a vote of at least a majority of the Faculty Representatives, with each institution (through its Faculty Representatives) having one vote, shall be required to take any action, subject to further action by the Council or its Executive Committee. *(Revised & effective 5/14/13)*

**A.**   **Waivers of Conference Rules of Eligibility** (Also see Rules 4.4.2.1.A and 17). When there is a petition for a waiver of a Rule so that a student otherwise ineligible will become eligible, the petition shall be presented by a Faculty Representative of the university at which the student is enrolled or to be enrolled (prospective transfer). The request shall be on a petition form furnished by the Conference office and may contain additional information the Faculty Representative believes appropriate as a basis for making the waiver decision. The petition shall be handled as follows:

**1.**   If the case is one which can be decided by reference to published waiver criteria and does not raise disputed issues of fact under the provisions of Rule 14.7.B.1, it shall be decided by the Commissioner or his or her designee. The decision of the Commissioner shall be final, unless appealed to the Academics and Eligibility Committee by the Faculty Representative of the petitioning institution. *(Revised & effective 5/14/13; revised 5/14/19)*

**2.**   All appeals from the decision of the Commissioner under Rule 5.02.1.A.1, and all other petitions shall be submitted to the Academics and Eligibility Committee. The decision of the Committee shall be final unless appealed to the Faculty Representatives by the Faculty Representative of the petitioning institution. *(Revised & effective 5/14/13)*

**3.**   Decisions of the Commissioner, the Academics and Eligibility Committee, or the Faculty Representatives shall be in writing, and shall be circulated to each Director of Athletics, Senior Woman Administrator, Faculty Representative, Compliance Coordinator and the involved student. *(Editorial revision 7/05)*

45

**B.**     **Appeals of Rules.** *(Adopted & effective 5/25/99; revised 5/19/02; revised 7/9/02)* (For appeals of the Compliance & Reinstatement Committee, see Rule 32.10.)

1.     **Written Notice of Appeal Request.** The Faculty Representative of the petitioning institution may appeal the decision of the Academics and Eligibility Committee by giving a written notice of appeal to be received by the Commissioner within fifteen (15) days after the Committee's decision was given to the Faculty Representative. The Commissioner shall then convene as soon as possible a hearing to be conducted by the Faculty Representatives.  *(Revised & effective 5/14/13)*

2.     **Bases for Appeal.** The decisions rendered by the Academics and Eligibility Committee shall not be set aside on appeal unless the Faculty Representatives determine:

   a.     The Committee took action inconsistent with established precedent;

   b.     The Committee deviated from its approved, written procedures; or

   c.     The Committee's decision is inconsistent with the documented information presented by the institution submitting the appeal.

3.     **Eligible Members.** All Faculty Representatives shall be eligible to participate and vote at the hearing of the appeal, except those Faculty Representatives who either (a) served on the Committee that participated in the most recent decision regarding the case in question (and any other Faculty Representative from the same institution of a Faculty Representative who served on such Committee), (b) are representing an institution that the involved student-athlete may be trying to transfer from or to within the Conference. *(Revised & effective 5/25/99; Reaffirmed 2/24/03; editorial revision 7/03; Revised & effective 5/14/13)*

   a.     **Quorum**. The Faculty Representatives of at least four institutions that are eligible to participate and vote on the case in question shall be required for, and shall constitute, a quorum to hear an appeal. *(Effective 5/14/13)*

   b.     **Manner of Acting.** The decision on the case being appealed may be amended, reversed or otherwise modified only by the act of the majority of Faculty Representatives present and eligible to vote at an appeals hearing at which a quorum is present. Each institution (through its Faculty Representative(s)) shall have one vote.

   If a quorum is present when a duly called and held appeals hearing is convened, the Faculty Representatives that are present and

46

eligible to participate and vote may continue to act until
adjournment, even though the withdrawal of a number of the
Faculty Representatives originally present results in less than the
number otherwise required for quorum; provided, however, in such
event the decision on the case on appeal may be amended, reversed
or otherwise modified only upon three affirmative votes of those
then present and eligible to participate and vote. *(Effective 5/14/13)*

4. **Chair.** The Chair of the Faculty Representatives, if eligible, shall be the
presiding officer at the appeal hearing; otherwise, the presiding officer at
such hearing shall be selected from among the Faculty Representatives
who are eligible to participate in such hearing. *(Revised & effective
5/14/13)*

5. **Hearing and Decision.** A written statement from the involved student-
athlete(s) shall be included in the appeal materials. The presiding officer
of the hearing and the Faculty Representative of the petitioning institution
may make statements and respond to questions. The decision of the
Faculty Representatives shall be final, unless appealed to the Council by
the President or Chancellor of the petitioning institution. *(Revised 5/19/02;
Revised & effective 5/14/13)*

**5.02.2 Agreements.** Matters pertaining to the management of the athletics program of the
Conference are governed by the Agreements. Legislative authority over the Agreements
is delegated to the Administrators Council; the Directors of Athletics and Senior Woman
Administrators are not authorized to act independently in amending the Agreements.
The Administrators Council together with the Commissioner, constitute the
administrative organization directing the athletic programs in their universities under the
legislation of the Conference.

With the exception of the Rules of Eligibility, authority over which has been delegated to
the Faculty Representatives, subject to the approval of the Council, responsibility for the
enforcement of Conference legislation rests in the Directors of Athletics, functioning,
however, in large measure through the Commissioner.

Any legislation enacted by the Administrators Council may be disapproved by the
affirmative majority vote of the Faculty Representatives, except those judged by the
Directors of Athletics to result in a substantial financial impact on individual member
campuses. The Faculty Representatives may review and appeal to the Council of
Presidents/Chancellors any such action on issues of substantial financial impact.
*(Updated 6/93)*

A. **Waivers of Agreements.** A request for a waiver of an Agreement shall be
presented by the Director of Athletics or Senior Woman Administrator of the
university requesting the waiver. All members of the Administrators Council are
eligible to participate and vote (one vote per institution), except those from the

47

institution submitting the request shall be recused. A quorum of eight institutions is required to take action on the request, which shall be decided upon by a majority of the Administrators Council present and voting. *(Revised & effective 10/6/05; revised 2/22/11 & effective 7/1/11; revised 5/13/14 & effective 7/1/14)*

1.   **Waivers of Game Management**. There shall be no waivers of game management rules once the championship season has begun in each sport. *(Adopted & effective 5/17/03)*

B.   **Student-Athlete Impact and Review of Departure Requirements.** Prior to final action being taken by the Administrators on any proposal that affects the academic and student-athlete welfare of a Conference championship, the Faculty Representatives shall review the impact of the proposal as follows:

1.   **Student-Athlete Impact Statement.** Any proposal that affects a Conference championship shall include a report with the following information:

a.   Rationale for the proposed change.

b.   Impact on length of season.

c.   Impact on examination schedules.

d.   Impact on student-athlete personal and lost class time.

e.   Impact on compliance with departure requirements (Rule 5.02.3)

f.   Travel schedules and related events.

g.   Estimated costs associated with the proposal, including a comparison with current practices if applicable, and

h.   Any additional information deemed appropriate by the sponsors of the proposal.

The Faculty Representatives will review and express a written opinion to the Joint Group on the student-athlete impact of the proposal that is to be considered prior to final action being taken by the Administrators. The Chair of the Faculty Representatives shall be notified of decisions enacted by the committees that are subject to the review and approval of the Administrators Council and may call for a review by the Faculty Representatives and the Joint Group of any decision enacted by the committees whose actions are subject to the review and approval of the Administrators Council *(Adopted & effective 8/10/93; revised & effective 7/18/06)*

**5.02.3  Departure Requirements (See Appendix B).** Conference championship/ tournament events are subject to compliance with departure requirements such that participation shall result in no more than two missed final examinations and no more than two missed class days or as specified in the Championship/Tournament manuals.

Waivers of departure requirements shall be administered as institutional exceptions by the respective Joint Group member (i.e., Faculty Representative, Athletic Director, Senior Woman Administrator) on each campus. Guidelines for institutional exceptions shall be provided to each campus, and require a student-athlete impact review. Each institution shall submit a report of its actions on a form provided by the Conference office. The report shall be subject to review by the Faculty Representatives and the Joint Group. *(Adopted & effective 5/17/03; editorial revisions 7/06; revised & effective 5/18/07; revised 5/15/08; revised 5/14/13 & effective 8/1/13; revised 5/19/15 & effective 8/1/15)*

## 5.1  MEETINGS AND CONVENTIONS

A.  **Meetings.** It is the professional responsibility of all Conference personnel to attend meetings scheduled by their group or committee. There shall be a maximum of three meetings of the Joint Group per year, in October, February, and May.

The Administrators Council shall meet only in conjunction with a Joint Group meeting. Separate meetings of the Directors of Athletics or Senior Woman Administrators may occur outside of the Joint Group meeting based on the identification of specific agenda items by the Administrators Council, with the understanding that neither group has the authority to amend the Agreements. *(Adopted 6/8/92, effective 7/1/92; revised 8/7/94; revised 5/19/97; revised 5/19/98)*

The Faculty Representatives and Administrators Council may meet by conference call as necessary to conduct Conference business. The chair of any group may call a conference call on the chair's own motion, as may the Commissioner. All meetings of all groups for the transaction of business are held in executive session. The presence of a majority of the membership of any group at a meeting shall constitute a quorum for the transaction of business. Unless otherwise specified, simple majority will determine voting outcomes. Abstentions will not be considered. Minutes of all meetings of each group shall be made available promptly to the Council, Faculty Representatives, Directors of Athletics and Senior Woman Administrators. In addition, Joint Group minutes shall be provided to the Chair of the Advisory Issues Commission and Chair of the Student-Athlete Issues Commission. *(Revised and effective 2/23/10).*

## 5.3  AMENDMENT PROCESS – CONFERENCE ISSUES.

Failure to conform to the legislative procedures described below shall result in the proposed amendments of Conference legislation being ruled out of order. However, by a vote of two-thirds of the Faculty Representatives, the legislative procedures may be waived and an otherwise non-conforming amendment may be considered by the Joint Group.

The Administrators Council shall adopt legislative procedures governing the adoption of amendments to the Agreements or any championship regulations. Actions taken on coaches' recommendations may not be reconsidered or further amended until two calendar years of said action. Any Conference championship/tournament proposal shall include a student-athlete impact and departure requirements review (see Rule 5.02.2.B). *(Editorial revision 7/06; 7/07)*

**5.3.2   Legislative Process.**

**A.   Call for Amendments.** There shall be an initial call for proposed amendments to the Rules or Agreements 45 days prior to the Joint Group meeting that said proposals will be considered by the Faculty or Joint Group.

**B.   Submission Deadline**. All proposed amendments shall be submitted in writing on a form provided by the Conference to the Conference office not less than 30 days prior to the Joint Group meeting that said amendments will be considered.

   **1.   Intent and Rationale.** The amendment shall identify with reasonable specificity the language to be added and/or deleted, the intent behind the amendment and the institution or committee sponsoring said amendment.

**C.   Notification to Joint Group**. Not less than two weeks prior to the Joint Group meeting all proposed amendments to the rules and agreements shall be presented in writing to the Joint Group through a Joint Group legislative workbook.

   **1.   Amendment-to-Amendment.** An amendment-to-amendment may be presented prior to or during consideration of the original amendment at the meeting. Where possible, amendment-to-amendments should be submitted in writing to the Conference office within five days prior to the Joint Group meeting.

**D.   Sponsorship.** Only the following entities may sponsor amendments:

   **1.**   Any institution through its CEO or faculty.

   **2.**   Any member of the Joint Group.

   **3**.   Any Joint Group governance committee by a majority of its membership (Faculty Representatives, Administrators Council).

      **a.**   In the event an amendment is being sponsored by any standing or ad-hoc committee, the amendment should identify the vote within the committee for sponsorship of such amendment.

   **4**.   The Legislative Review Committee.

**E.   Adoption**. Amendments to be legally adopted and incorporated into the

50

Handbook shall require that the following actions occur and that such actions are captured with a reasonable degree of specificity in Joint Group or Faculty meeting minutes:

**1.** A proper motion and second

**2.** A discussion opportunity, and

**3.** A clear understanding that a majority of the proper voting body either favors or opposes a particular amendment.

**F.** **Effective Date.** Unless otherwise specified, all amendments shall become effective on the first day of August following adoption. Those specified as being effective immediately shall become effective upon adjournment of the meeting of the constituent group with legislative authority of the adopted amendment.

**G.** **Reconsideration.** Prior to the adjournment of any meeting, an affirmative or negative vote on an amendment may be subjected to a motion for reconsideration by any member that voted on the prevailing side in the original consideration. Subsequent to the close of the meeting, the action taken or the adopted amendment may not be subjected to reconsideration or further amendment until one calendar year after the effective date. *(Adopted & effective 8/8/94)*

**1.** **Waivers.** Any waivers to this provision shall require eleven affirmative votes to bring back an issue for reconsideration or enact changes to the original adopted proposal. *(Revised 2/22/11 & effective 7/1/11; revised 5/13/14 & effective 7/1/14)*

**H.** **Special Voting Requirements - "White Resolution."** A long standing procedure known as the "White Resolution" provides that 60 days must elapse before any substantive legislation can become operative, and during that time the measure must be submitted for approval of the respective member universities' athletic boards. The Faculty Representatives shall determine by vote what issues should come under the White Resolution.

Upon recommendation by any member of the Faculty Representatives group, and with approval by Faculty Representatives from three other institutions, the White Resolution becomes applicable and the 60-day period commences. Within the 60-day period, all member universities shall bring the matter to their athletic board for discussion and vote. (If the White Resolution becomes effective at a summer meeting, a 30-day period commences on September 1.) Faculty Representatives will inform the Commissioner by mail of his or her institutional vote. A majority is necessary to reaffirm the action taken.

The Commissioner will report the results of the mail-vote to the Faculty Representatives. The legislation will become effective immediately, unless the

measure fails to receive majority approval.

**I.**     **Mail Vote.** Whenever there is a mail vote on any matter other than a White Resolution, the issue shall automatically be placed on the agenda for the next called meeting to afford an opportunity for reconsideration or other appropriate action.

## 5.4  OTHER LEGISLATIVE AND AMENDMENT PROCEDURES – NCAA  ISSUES
*(Revised 5/20/04)*

**A.**     **NCAA Amendments.** There shall be an initial call for proposed amendments to NCAA legislation, policies, or procedures 45 days prior to the Joint Group meeting that said proposals will be considered by the Faculty or Joint Group.

**B.**     **Submission Deadline**. All proposed amendments shall be submitted in writing on a form provided by the Conference to the Conference office not less than 30 days prior to the Joint Group meeting that said amendments will be considered.

    **1**.     **Intent and Rationale.** The amendment shall identify with reasonable specificity the language to be added and/or deleted, the intent behind the amendment and the institution or committee sponsoring said amendment, including financial and academic impact statements.

**C.**     **Sponsorship.** Only the following entities may submit NCAA proposals for conference sponsorship:

    **1**.     Any institution through its CEO or faculty.

    **2**.     Any member of the Joint Group.

    **3**.     Any Joint Group governance group or standing committee by a majority of its membership (Faculty Representatives, Administrators Council).

        **a.**     In the event an amendment is being sponsored by any standing or ad-hoc committee, the amendment should identify the vote within the committee for sponsorship of such amendment.

    **4**.     The Legislative Review Committee.

**D.**     **Notification to Joint Group**. Not less than two weeks prior to the Joint Group meeting all proposed amendments to the rules and agreements shall be presented in writing to the Joint Group through a Joint Group legislative workbook.

    **1**.     **Amendment-to-Amendment.** An amendment-to-amendment may be presented prior to or during consideration of the original amendment at the meeting. Where

52

possible, amendment-to-amendments should be submitted in writing to the Conference office within five days prior to the Joint Group meeting.

**E.**    **Submission to NCAA.** Eleven of fourteen affirmative votes of the Joint Group are required for Conference sponsorship of NCAA legislative proposals/issues. *(Adopted 5/21/96; Revised 2/22/11 & effective 7/1/11; revised 5/13/14 & effective 7/1/14)*

# RULE 6.  INSTITUTIONAL CONTROL

## 6.01    GENERAL PRINCIPLES

**6.01.1 Institutional Responsibility for Compliance.** It shall be the responsibility of each member university:

**A.**    To adhere to and enforce all Conference Rules and Agreements, and the NCAA Constitution, Bylaws and Regulations and their respective interpretations.

**B.**    To inform its athletic staff, students, and representatives of its athletic interests of the Conference Rules and Agreements, and the NCAA Constitution and Bylaws and Regulations, the importance of compliance, the consequences of violations, and Conference compliance procedures. The Directors of Athletics shall have special responsibility to provide this information on an ongoing basis.

**C.**    To report in writing immediately to the Conference Commissioner any information concerning any violation or any possible violation of any Conference Rule or Agreement, or of the NCAA Constitution, Bylaw or Regulation, by any member university student, athletic department staff member or representative of its athletic interests.

**D.**    To take prompt and appropriate remedial action whenever it finds that it is more likely than not a violation has occurred.

**E.**    To withhold a student-athlete from further competition, pending further Conference action, when it has been determined that the athlete either is ineligible or competed while ineligible.

**F.**    To act in conformity with these fundamental principles:

**1.**    Any member university which employs or retains on its athletic staff anyone who has violated, or who has been a party to a violation of applicable NCAA and Conference legislation on recruiting, or who encourages others to commit a violation, may be required to show cause why its membership in the Conference should not be suspended or terminated.

2.      Any student who is the recipient of financial assistance other than as provided for in the Conference Rules of Eligibility and Financial Aid shall forfeit all eligibility for participation in intercollegiate athletics.

3.      Any student who is induced to enroll in violation of Agreement 13 shall forfeit all eligibility for participation in intercollegiate athletics.

4.      Any member university which employs or retains on its athletic staff anyone who, upon inquiry by the Commissioner, intentionally falsifies or deliberately fails to provide complete and accurate information to the best of the individual's knowledge, may be required to show cause why its membership in the Conference should not be suspended or terminated.

5.      Any student or prospective student, who upon inquiry by the Commissioner, intentionally falsifies or deliberately fails to provide complete and accurate information, to the best of the student's knowledge, shall forfeit such eligibility for intercollegiate athletics as may be prescribed by the Commissioner.

6.      Any student who intentionally falsifies or deliberately fails to provide complete and accurate information, to the best of the student's knowledge, in the statements required in Rule 14.9 shall forfeit such eligibility for intercollegiate athletics as may be prescribed by the Commissioner.

## 6.02   CONFERENCE COMPLIANCE GOALS

**A.**      It shall be the primary goal of the Big Ten Conference Compliance program to eradicate willful violations of NCAA and Conference legislation and reduce insofar as possible inadvertent violations of these regulations.

**B.**      The Conference Compliance and Reinstatement Committee in administering this program is committed to achieving timely and equitable resolutions to allegations.

**C.**      The Conference shall provide support services necessary to assist institutional staff members in achieving timely and equitable resolutions to allegations.

**D.**      It is hoped that adherence to and acceptance of these policies will result in a culture of compliance on each campus where staff and institutional commitment to ethical values outweigh the competitive impulses that motivate people to intentionally violate Conference or NCAA legislation.

## 6.03   COMPLIANCE SERVICES. It shall be the responsibility of the Conference office to make available to each member university:

**A.**      **Educational Services – Legislative**

1.      Interpretive responses – Conference and NCAA rules.

2.      Distribution of written legislative interpretation updates as well as other educational materials.

3.      Annual on-campus educational workshops to administrators – attendance controlled by university – format and presentation coordinated by Conference and universities. (*Revised & effective 2/20/01*)

4.      Two annual meetings of university compliance coordinators.

5.      Annual meeting with NCAA and other Division I conference staff members involved with legislation, compliance and enforcement.

**B.      Support Services – Compliance**

1.      Consult coaches regarding intra-Conference compliance with Conference and NCAA legislation.

2.      Conference personnel will conduct a mandatory review to advise a member university on any system, process or procedure that may support the university as it attempts to achieve compliance with Conference and NCAA rules. (*Revised & effective 6/4/00*)

3.      At university's request, Conference personnel will conduct spot-check interviews with student-athletes as the member university attempts to achieve compliance with Conference and NCAA rules.

4.      At university's request, Conference personnel will conduct eligibility, financial aid and recruiting audits as the member university attempts to achieve compliance with Conference and NCAA rules.

5.      At university's request, Conference staff will advise a member university in the processing of an infraction or eligibility matter.

6.      At university's request, Conference will assist a member university in organization of or involvement in self-studies and reviews.

**C.      Enforcement Services.** A guiding principle throughout the enforcement process shall be that a case, whether major or secondary, shall be administered primarily by either the Big Ten or NCAA. Both organizations are qualified to contribute to effective enforcement of the governing legislation; however, it is also a policy of this program to avoid duplication, increase consistency and create an environment where member universities have the maximum opportunity to self-disclose and act in a forthright way in discovering any lack of rules compliance. Finally, it is acknowledged that in some cases the NCAA, because of its superior resources and experience may be the preferred organization to

determine the facts and penalty in certain cases. The Compliance and Reinstatement Committee shall have the authority to make such a determination.

## RULE 32.  ENFORCEMENT POLICIES AND PROCEDURES
(Also See Men's and Women's Agreement 10 for Policies & Procedures on Sportslike Conduct) *(Revised 9/24/20)*

### 32.1   PUBLIC ANNOUNCEMENTS

**32.1.2  Public Announcements.** An institutional staff member shall not make public any information or rumor regarding an alleged violation of a Conference Rule or Agreement by another staff member. A staff member shall communicate any information only to the staff member's Director of Athletics or Senior Women Administrator.

### 32.2   REVIEW OF INFORMATION

**32.2.1  Submission of Alleged Violations**. The Commissioner may receive information of an alleged violation from any source. The Commissioner or a representative may visit member universities and examine the conduct of their athletic programs. The Commissioner shall be afforded full access to all relevant data and records of the university, as well as full opportunity, after notice to the Director of Athletics and with the consent of those interviewed, to interview students and university personnel.

A.   **Interim Action by the Commissioner.** When the Commissioner has knowledge of a possible violation, the Commissioner may take any interim action the Commissioner deems necessary to prevent harm to the interests of the Conference or its member universities, their employees or students, officials or spectators of Conference sporting events, to protect the integrity of the involved sport or to preserve the status quo pending final determination with respect to whether a violation has occurred and what suitable action, if any, should be taken. This interim action may include, but is not limited to:

1.   Withholding a student-athlete from practice or competition in a sport;

2.   Withholding a coach from conducting practice or coaching in a sport;

3.   Prohibiting or limiting recruiting by an involved member university or any of its personnel; or

4.   Canceling or postponing any regularly scheduled athletic contest where a member university is the home team.

B.   **Notification of Interim Action.** Should the Commissioner take interim action, a written statement must be issued immediately to those against whom the action is taken, describing the action taken, the basis for it and the period for which such action is to take effect. Copies of the statement are to be provided to each Faculty

Representative, each Director of Athletics, the head coach of the member university team affected, the Senior Women Administrators, where appropriate, and each member of the Council. Any interim action taken by the Commissioner is to terminate no later than either

1.      as soon as a final decision is made on the matter in question, or

2.      when the Commissioner concurs in the remedial action taken or proposed by the involved member university, whichever occurs first.

C.      **Self-Disclosure.** Each member university is obligated to report immediately to the Commissioner in writing (or by copy of self-disclosure reported directly to the NCAA) countersigned by the Faculty Representative and Director of Athletics, any information it has regarding any violation or any possible violation committed by any person associated with it or any other member university. The self-report shall be submitted on a form provided by the Conference office. As to each violation or possible violation, the report must contain the date on which the member university first learned of the information, the source of the information (except where the Commissioner has specifically relieved a member university of this obligation), the individual(s) involved in the violation or possible violation, and a plain statement of the violation, including the Rule, Agreement, Bylaw or Constitutional provision involved. *(Revised & effective 5/24/99)*

In addition to this report, if a member university concludes at any time that it is more likely than not that it has committed a violation or that a violation has occurred involving one of its students, athletic department staff members or representatives of its athletic interests, the member university must provide to the Commissioner, immediately upon its having made that conclusion, a written statement of the fact of a violation, and the remedial action, if any, which it has taken or proposes to take with respect to each violation.

If the member university has determined that it is more likely than not that it has committed a violation or that a violation has occurred involving one of its students, athletic department staff members or representatives of its athletic interests, but concludes no remedial action is to be taken, the member university must so advise the Commissioner immediately in writing of its decision to take no remedial action and the reason for such inaction.

### 32.2.2 Investigation

A.      Upon receipt of a report of an alleged violation, the Commissioner or a representative shall conduct an investigation to determine whether there is reason to believe a violation has occurred. In the event such a determination is made, the Commissioner shall request through the Faculty Representative that the involved member university provide the Commissioner with all information which the involved member university has which is or may be relevant to the investigation.

**B.**    Should the involved member university find at any time that it is more likely than not a violation has occurred, it shall so advise the Commissioner in writing and provide a statement regarding remedial action it has taken or proposes to take, if any. The involved member university shall cooperate fully with the Commissioner, shall provide all requested information, if available, and shall insure the availability of all persons under the control of the university for interview by the Commissioner or a representative.

**C.**    **NCAA Initiated Cases.** The Compliance and Reinstatement Committee shall review violations by member universities as determined by the NCAA and may impose penalties in addition to those imposed by the NCAA for any violations.

    **1.**    Where the NCAA initiates a preliminary or official inquiry with a member university the Conference will cooperate with university and NCAA representatives in the processing of that case through the normal NCAA investigation, hearing and appeal processes.

    **2.**    While the case will be processed through normal NCAA channels, the Conference Compliance and Reinstatement Committee shall review the case and may impose additional penalties, if warranted, subsequent to the NCAA action.

**D.**    **Conference Initiated Cases.** The Conference may initiate an informal, preliminary or official inquiry into a member university's practices regarding NCAA or Conference rules.

    **1.**    **Informal Inquiry.** An informal inquiry shall consist of a letter of inquiry regarding the possibility of secondary infractions of Conference or NCAA rules.

    **2.**    **Preliminary Inquiry.** A preliminary inquiry shall consist of written or in-person inquiries regarding the possibility of major infractions of NCAA or Conference rules.

        **a.**    If the preliminary inquiry consists of an in-person inquiry by the Conference office staff, the university's President or Chancellor, Athletic Director, and Faculty Representatives shall be advised of the general matter under inquiry.

    **3.**    **Official Inquiry.** An official inquiry shall consist of a written document outlining major allegations of NCAA and/or Conference rules.

    **4.**    **Major Violation.** The Compliance and Reinstatement Committee shall determine if a "reasonable basis" exists to believe that a major violation may have occurred prior to authorizing a preliminary or official inquiry or

58

before asking the NCAA to review the matter. All written inquiries regarding major violations shall be copied to the university's President or Chancellor, Athletic Director and Faculty Representatives.

    **a.**    **Communicating with NCAA on Major Allegations.** The Compliance and Reinstatement Committee at any stage during a Conference inquiry regarding a major allegation of NCAA rules may determine that the NCAA enforcement staff rather than the Conference office staff would be a more appropriate or effective body to investigate and present the facts of a case.

          This determination may be based on shortage of Conference resources or the NCAA's ability to more effectively deal with the complexity of developing and presenting information relative to certain kinds of alleged practices.

## 32.4  PROCESSING INFORMATION

**32.4.2 Review of Institutional Actions or Penalties - Commissioner's Report** (See Rule 19 following this section for Penalties). Within seven (7) days of receipt of any information of a violation or possible violation, whether from a member university or otherwise, the Commissioner is to provide to the Chair of the Compliance and Reinstatement Committee (or another member of the Committee if this allegation involves the Chair's university) a summary of the information identifying the Rule, Agreement, Bylaw or Constitutional provision at issue, the name of the involved member university, the name of the student-athlete, the allegation, and the involved sport(s).

### 32.4.2.1  Satisfactory Remedial Action

**A.**    At any time prior to the time a matter, including an allegation of a violation determined as a result of a spot-check interview or interviews of athletes at all Conference universities, comes before the Compliance and Reinstatement Committee, an involved member university may advise the Commissioner and the Chair of the Committee, or another member of the Committee if the Chair is disqualified because the allegation involves the Chair's university, of remedial action it has taken or proposes to take.

**B.**    The Commissioner shall advise the Compliance and Reinstatement Committee of the violation and remedial action taken. Any member university may object within fifteen (15) days of its receipt of notice regarding the concurrence by the Commissioner with the involved member university's remedial action. In the event an objection is made, the appeal procedures as set forth in Rule 32.10 shall apply.

## 32.9  RELEASE OF PUBLICITY

Information related to the disposition of a case under these Compliance Procedures shall initially be released by the Commissioner. Any subsequent information released by member universities is subject to Agreement 10 on Sportslike Conduct.

## 32.10   RIGHT OF APPEAL AND APPEAL PROCEDURES

Decisions made by the Academics and Eligibility Committee (AEC) and Compliance and Reinstatement Committee (CRC) may be appealed to the Joint Group Appeals Committee (JGAC). *(Revised 9/24/20)*

### 32.10.1. Bases for Appeal.

**A.**     Only a member institution may appeal an AEC or CRC decision.

**B.**     A decision may be appealed to the JGAC on the following grounds only:

    **1.**     The Committee decision involved a procedural error that affected the reliability of the factual findings.

    **2.**     The Committee decision was clearly erroneous based on the information that was before the Committee.

    **3.**     The Committee decision was the product of clear bias.

**C.**     The burden of proof is on the party bringing the appeal.

**D.**     To set aside, modify, or reverse a decision, the JGAC must be firmly convinced that the party bringing the appeal has prevailed.

**E.**     Pursuant to 32.10.2.E, the JGAC may remand an appeal for reconsideration by the Committee that heard the matter in the first instance.

### 32.10.2 Notice and Appeals Documents.

**A.**     Notice of appeal must be provided by the FR of an appealing institution or his or her designee. Notice must be provided within ten (10) calendar days after the date the Committee decision was communicated by the Commissioner or designee to the FR. *(Revised 9/24/20)*

**B.**     Notice must be in writing and identify the basis for the appeal in accordance with 32.10.1.B. Notice must be accompanied by all documents to be relied on in support of the appeal as well as a written statement from the affected student-athlete regarding the circumstance that led to the Committee's decision. An institution may not omit facts or documents relevant to a decision.

**C.**     Notice must be sent to the Commissioner or designee and to a member institution with standing to oppose the appeal. A member institution has standing when its relationship with a student-athlete or the matter on appeal means that a decision in a case will have direct impact on it that is additional to or separate from the impact it may have on all other member institutions. Whether a member institution has standing will be decided by the Chair in consultation with the Big Ten Conference General Counsel.

**32.10.3 Response.**

**A.**     A member institution with standing to support or oppose an appeal has five (5) calendar days after the date the appealing institution's notice and documents were communicated to it to submit its response to the Commissioner and to the appealing institution. All documents to be relied on to support or oppose the appeal must be submitted with the response. An institution may not omit facts or documents relevant to a decision.

**32.10.4 Commissioner.**

**A.**     Immediately upon receipt of notice, response if any, and accompanying documents, the Commissioner or designee will forward them to the JGAC members and initiate the process to schedule a hearing, which may be conducted via conference call.

**B.**     Within two (2) calendar dates after receipt of an institution's notice of appeal, the Commissioner or designee will substitute any JGAC member who is recused by virtue of employment with an affected member institution. For other potential recusals, the Commissioner or designee will notify the Chair as soon as possible after (s)he receives information regarding the potential grounds for recusal.

**C.**     The Commissioner has five (5) calendar days after receipt of an institution's notice of appeal to provide any documents or other information that s(he) seeks to have considered in support or opposed to an appeal.

**32.10.5 Time Limits.** With regard to the time limits set forth above, the Chair may grant an extension of time if the Chair decides that there is good cause for the request and that the resultant delay will have no detrimental impact on the parties, the merits of the case, or to the JGAC process.

**32.10.6 New Evidence.** To be considered by the JGAC, information must have been presented to the Committee that heard the case or it must constitute new evidence.

**A.**     New evidence is evidence that could not reasonably have been discovered at the time of the Committee hearing and, if it had been heard by the Committee, there is reason to believe that the new evidence might have changed the Committee

decision.

**B.**     The party seeking to rely on the evidence has the burden of showing that it constitutes new evidence.

**C.**     In the event new evidence is presented, the JGAC ordinarily will remand the case to the Committee that heard it so that the Committee may reconsider its decision in light of the new evidence.

**D.**     The JGAC may consider new evidence in the first instance if all parties consent and the JGAC, or the Chair acting for the JGAC in advance of a hearing, decides that there is good cause to do so and that hearing the evidence in the first instance will have no detrimental impact on the merits of the case or to the JGAC process.

**32.10.7 Hearing Participants.** *(Revised 9/24/20)*

**A.**  Those required to participate in an appeals hearing are:

    **1.**   JGAC members or their substitutes

    **2.**   The FR or his or her designee from the appealing institution to present the appeal on behalf of the institution

    **3.**   Any individual whose presence is required by the JGAC

**B.**  Individuals who may participate in an appeals hearing are:

    **1.**   The Big Ten Commissioner or designee

    **2.**   The Big Ten Conference General Counsel

    **3.**   Individuals requested by a party or the Commissioner and approved to be present by the Chair

**32.10.8 Record on Appeal.**

**A.**     The record on appeal is comprised of the notice of appeal and all documents that were timely submitted by the parties and the Big Ten Conference Office. The record on appeal also may include new evidence when the JGAC determines pursuant to 32.10.6 that it may consider the new evidence in the first instance. *(Revised 9/24/20)*

**32.10.9 Hearing.**

**A.**     An appeals hearing must occur within ten (10) calendar days after the notice, response, or Commissioner's submission, whichever is latest. At the discretion of

the Chair, and for good cause shown, the Chair may extend the time before a
hearing is conducted.

**B.** An appeals hearing may be conducted on the paper record when all parties agree
and no member of the JGAC objects.

**C.** An appeal typically will be conducted by telephone.

**D.** The appealing party will have 30 minutes to present the case, exclusive of
questions from the JGAC.

**E.** Other parties to the appeal will have 20 minutes to present their case, exclusive of
questions from the JGAC.

**F.** Additional appeals participants may be granted time for a presentation at the
discretion of the Chair.

**32.10.10. JGAC Action.**

**A.** Only JGAC members may be present during deliberations

**B.** The JGAC may set aside, modify, remand, or reverse a Committee decision only if
three members of the JGAC so decide.

**C.** To set aside, modify, or reverse a decision, the JGAC must be firmly convinced that
the party bringing the appeal proved its case.

**D.** The decision of the JGAC is final. No further appeal may be taken.

**E.** When requested by the Commissioner or a party to the appeal, the JGAC may
reconsider its decision. A request for reconsideration must be based on new evidence
and communicated to the Commissioner within three (3) calendar days of receipt of
the JGAC decision. The JGAC will reconsider its decision if it decides there is good
cause shown and the further delay in reaching a final decision will have no
detrimental impact on the parties, the merits of the case, or the JGAC process. The
party seeking reconsideration has the burden of demonstrating that it is based on new
evidence. On reconsideration, the JGAC may remand the case pursuant to 32.10.6.
The JGAC may modify or reverse its decision only if it is clearly convinced that the
action is warranted.

**F.** At the first available opportunity, the decision of the JGAC, including a summary of
the facts of a case and the rationale for the JGAC decision, shall be conveyed to the
Joint Group.

## RULE 19. PENALTIES
(See Also Men's and Women's Agreement 10 for Penalties for Sportslike Conduct)
*(Revised 9/24/20)*

## 19.5  PENALTIES

A.     **Effective Date.** The penalties imposed shall take effect within fifteen (15) days of the date on which the Compliance and Reinstatement Committee's report is received by the involved university. For all other appeals, there shall be an automatic stay of the effect of the penalties if an appeal is taken pursuant to Rule 32.10. However, in the event of an appeal, the Commissioner may take interim action pursuant to Rule 32.2. *(Revised 4/14/07; effective 8/1/07; revised 5/14/19; revised 9/24/20)*

B.     **Penalties.** The Compliance and Reinstatement Committee may impose any one or a combination of the following penalties, including but not limited to: *(Revised 7/9/02; revised 5/14/19)*

   **1.**     The offending university, staff member, or student may be reprimanded publicly or privately and warned against repetition of the offense.

   **2.**     The offending university, staff member, student or representative of its athletic interests may be placed on probation for a specified period of time. If another violation occurs during this probation, it shall result in an additional penalty being imposed for the initial violation.

   **3.**     The offending staff member or student may be barred from further participation in the sport involved, and any other sport, for a period of time.

   **4.**     The staff member or representative of the offending university's athletic interests found in violation may be denied the privilege of contact with any prospective athlete for a specified period of time. The same penalty may be imposed upon all staff members of the sport involved.

   **5.**     The offending university may be denied the right to schedule games with other Conference members in the sport in which the violation occurred for a specified period of time.

   **6.**     The offending university's right to issue tenders in the sport involved, or in any number of other sports, may be restricted for a period of time.

   **7.**     The offending university may be precluded from having any of its events televised under a Conference television agreement for a specified period of time.

   **8.**     The offending university may be denied participation in all or some of the Conference income from television and bowl receipts for a specified period of time.

**9.**     The offending university generally, or any individual or team representative in a particular sport, may be denied the right to participate in postseason events or in Conference championships, or its contests may be ruled not to count in the determination of Conference championships, for a specified period of time.

**10.**    The offending university may be required to forfeit those contests in which an ineligible athlete competed.

**C.**   **Restitution for Receipt of Impermissible Benefits**. For violations of Agreement 16 in which the value of the benefit is $100 or less, the eligibility of the student-athlete shall not be affected conditioned upon the student-athlete repaying the value of the benefit to a charity of his or her choice.  The student-athlete, however, shall remain ineligible from the time the institution has knowledge of receipt of the impermissible benefit until the student-athlete repays the benefit. Violations of this agreement remain institutional violations per Principle 4, and documentation of the student-athlete's repayment shall be forwarded to the Conference office. *(Adopted 5/20/04)*

## RULES OF ELIGIBILITY & FINANCIAL AID

**Eligibility:**
Rule 14.01.3  Compliance with NCAA &
         Conference Legislation
Rule 14.01.3.3  Ethical Conduct
Rule 14.1.9.1  Change in Eligibility Status
Rule 14.3  Credit Hour Requirements – Start of
         Second Year
Rule 14.4  Rules for Administration of Progress
         Toward Degree Requirements
Rule 14.5  Transfers Student-Athletes:  Credit-
         Hour & GPA Requirements
Rule 14.6  Outside Competition

Rule 14.7  Waivers of Conference Rules of
         Eligibility & Financial Aid
Rule 14.9  Certification of Eligibility – Forms
Rule 14.11  Reinstatement of Eligibility
**Financial Aid:**
Rule 15.2  Terms & Conditions of Awarding
         Aid – Summer Prior to Enrollment
Rule 15.3  Terms & Conditions of Awarding
         Aid – Regular Academic Year
Rule 15.5  Maximum Grant-in-Aid Limitations
         by Sport

# RULES OF ELIGIBILITY

**Rule 14.01.3  Compliance with NCAA and Conference Legislation.** The Constitution and Bylaws of the National Collegiate Athletic Association shall govern all matters of student-athlete eligibility except to the extent that such rules are modified by the Conference Rules and Agreements. Any activity administered as a varsity sport shall be subject to NCAA and Conference legislation.

**Rule 14.01.3.3  Ethical Conduct.** Any student or prospective student, who upon inquiry by the Commissioner, intentionally falsifies or deliberately fails to provide complete, accurate verbal and written information, to the best of the student's knowledge, shall forfeit eligibility for intercollegiate athletics as prescribed by the Commissioner.

**Rule 14.1.9.1  Change in Eligibility Status – Suspension.** A student-athlete who is suspended <u>at any time</u> for academic or non-academic reasons shall become immediately ineligible upon adjudication of the suspension, and shall not be eligible to compete until the first day of classes of the term in which the student-athlete is reinstated to the institution. *(Revised 12/14/92; 2/96; reaffirmed & editorially revised 5/17/03; 10/6/03; reaffirmed 7/13/04)*

> **A.**  **Suspensions: Away-from-Home Competition.** For situations in which the adjudication of the suspension occurs subsequent to the team's departure from campus, an institution may allow the student-athlete to remain at the site of the away-from-competition, provided the student-athlete no longer is engaged in practice or competition.  If the suspension occurs prior to departure, the student-athlete shall not be permitted to travel with the team.  *(Revised & effective 2/24/04)*

**Rule 14.3  Credit-Hour Requirement – Eligibility at the Start of the Second Year.** To be eligible to compete, a student-athlete shall have satisfactorily completed at least 24 semester/36 quarter units that count towards the degree, which must be earned at the certifying institution (transfer students excepted). *(See Rule 14.5.B for transfer student-athletes enrolling at the start of the second year.) (Revised & effective 7/22/18; 2/21/22; 5/16/22)*

66

A. **Exception – Advanced Placement Credits.** Advanced Placement credits accepted by the certifying institution may be used to satisfy this credit-hour requirement.

B. **Exception – International Baccalaureate Credits.** International Baccalaureate credits accepted by the certifying institution may be used to satisfy this credit-hour requirement.

C. **Exception – Dual Enrollment Credits.** Dual enrollment credits accepted by the certifying institution may be used to satisfy this credit-hour requirement.

**Rule 14.4  Rules for Administration of Progress Toward Degree Requirements.**

A. **Grade Point Calculation – Basic Requirement and Computation of Grade Average (for all student-athletes).** The student-athlete must have the minimum cumulative grade average, computed on work taken up through the term immediately preceding the one for which eligibility is necessary. The grade point average shall be calculated on the basis of institutional policy for all students at that institution and in accordance with NCAA legislation, except as follows: *(Revised 5/24/99; effective 8/1/99; reaffirmed 5/20/04)*

  1. **Incompletes.** An "incomplete" or "condition" (including Incompletes or Conditions received in P/NP coursework) shall count as zero points until a different grade is recorded, but a course canceled or dropped without a grade, pursuant to university rules, shall not be counted.

B. **Certification at Beginning of Term.** A student-athlete shall not become eligible for competition during a term if the student is not academically eligible on the first day of classes of that term except as follows *(also see Rule 14.7 and the Institutional Exceptions chart on page 82)*:

  1. **Completion of Coursework Prior to First Day of Classes** – **Administrative Delay**. The Faculty Representative and Registrar are authorized to waive this Rule in a case where the Faculty Representative has verified with the instructor that the student-athlete has definitely completed all course work prior to the opening day of classes, and the instructor has submitted the appropriate forms with the Registrar for a grade change or removal of an I grade, but, because of delays in completion of normal administrative procedures, the grade is not recorded officially until later.

  2. **Late registration** is not a reason for ineligibility under this Rule.

  3. **NCAA Eligibility Center Delays for Certifying Freshman Eligibility**. An incoming freshman may be eligible to compete the remainder of the term if certified by the Eligibility Center within the first two weeks of classes. *(Adopted & effective 1/9/99)*

  4. **Nonrecruited/Nontendered.** Nonrecruited, nontendered student-athletes who walk on to a team after the first day of classes are not subject to this requirement. *(Editorially revised 2/21/00)*

  5. **Correspondence/extension coursework** that is completed prior to the first day of classes of a term shall be considered when certifying eligibility as of the first day of classes.

C. **Making up Scholastic Deficiencies – Credit or Grade Average Deficiencies**. If a student fails to earn the minimum number of credits or fails to achieve the grade point

average requirements to be eligible as of the first day of classes, eligibility may be reinstated at the beginning of any other regular term, based upon the student's fulfillment of the deficiency in accordance with the rules and practices of the university applicable generally to all students in the student's school, college or program, and in accordance with the provisions of the Rules of Financial Aid (Rule 15).

D.    **Changing Grades and Records.** A change in a student's grade or records by administrative action, or by special procedures not available generally to all students for elimination of scholastic deficiencies, shall not make the student eligible, except where made to correct a provable error.

## Rule 14.5  Transfer Student-Athletes: Credit Hour & GPA Requirements.

A.    **Midyear Freshman Enrollee.** A transfer who enrolls midyear as a freshman (i.e., during the first year in residence) shall be eligible based on transferring at least 12 degree credits for each term enrolled at the previous institution with a minimum 1.65 Conference GPA. Grades obtained from summer coursework shall not be used to determine eligibility for competition during the freshman year, but shall be used to compute the student's grade-point average for future eligibility for competition.

B.    **Start of the Second Year.** A transfer that enrolls at the start of the second year shall be eligible based on transferring 24 semester/36 quarter units that count toward the degree with a cumulative minimum GPA (based on a maximum 4.000) that equals at least 90% of the institution's overall cumulative GPA required for graduation per NCAA minimum GPA requirements.

C.    **Grade-Point Average (GPA) Calculation.** In computing the grade point average for immediate eligibility under this requirement, grades earned in all courses that would be transferable to the university shall be used, regardless of the grade earned, or the fact that such a grade is not sufficiently high for the course to be acceptable in transfer.  Only the last grade earned in a course that has been repeated shall be included in the GPA calculation. *(Revised & effective 5/10/93; editorial revision 7/13/10)*

## Rule 14.6 Outside Competition – Written Permission for Competition while not Representing the Institution (Including Exhibitions and Clinics).
Each institution shall develop a process for reviewing student-athletes' requests for engaging in outside competition, i.e. competition while not representing the institution (aka "unattached" competition) at any time during which the student-athlete is enrolled and attending classes at the institution. This process shall apply to part-time enrollment and enrollment in summer terms, interim terms, Maymesters, etc., as well as during vacation periods occurring during or between terms of the regular academic year (refer to NCAA Bylaw 14.4.3.1.1). Each institution shall submit a written description of its process to the conference office to have on file. Institutions should submit a new description if the institutional process is formally modified.

The review and approval process for outside competition shall include the institution's Faculty Athletics Representative(s). Coaching staff may be involved in an advisory role that is not to be the final step in the review and approval process. An institution may declare ineligible a student-athlete for which

outside competition did not follow the institutional review process, or when a student athlete participates in outside competition after being explicitly denied permission to do so as a result of the institutional process. [Note: If the institution fails to follow its review and approval process, the student-athlete's eligibility shall not be affected, but the variance from the policy shall be reported to the Conference office.] The period of ineligibility will be determined by the institution based on the facts and circumstances of the case. Each institution shall annually report a summary to the Conference office of cases and self-determined penalties where prior approval for a student athlete was not granted, or where approval was denied but the student athlete still chose to compete. The Conference's Faculty Athletics Representatives will review these reports, as well as each institution's policy violations and penalties, on an annual basis. *(Revised & effective 5/24/99; revised & effective 7/15/09; revised & effective 7/12/16; revised & effective 3/4/20)*

**Rule 14.7  Waivers of Rules of Eligibility and Financial Aid.** *See pages 73-76.*

**Rule 14.9  Certification of Eligibility – Conference Administrative Reports and Forms.** Under no circumstance shall any student be certified unless the following statements have been filed:

  **A.**   **Certified Eligibility List and/or NCAA Squad List:** Prior to the first date of competition in each intercollegiate sport, each institution shall certify to the Commissioner on a form provided by the Conference office those student-athletes eligible to compete under the Rules of Eligibility. An institution may file the Big Ten Certified Eligibility List or NCAA Squad List to certify eligibility. A supplementary list shall be filed when the playing season extends into a second term, notifying the Commissioner of the names of any students who are to be dropped from the preceding certification of eligibility, and adding the names of any eligible student-athletes who are to be included. Violations of this Rule because of an institution's failure to file the Certified Eligibility List or NCAA Squad List prior to the first date of competition for that sport shall not affect the individual student-athlete's eligibility, but shall be reported as an institutional violation to the Conference office. *(Revised & effective 5/20/96; revised & effective 5/22/00; revised 5/13/14 & effective 8/1/14)*

  **1.**   The Registrar shall certify the student-athletes are certified under NCAA and Big Ten rules.

  **2.**   The Faculty Representative shall certify that to the best of his/her knowledge, the information on the form is correct.

  **3.**   The Director of Athletics or Senior Woman Administrator shall certify that to the best of his/her knowledge, the information on the form is correct and that it was compiled pursuant to the institution's approved process for certifying eligibility consistent with NCAA and Big Ten rules.

**Rule  14.11  Reinstatement of Eligibility.** An institution may appeal to the Compliance and Reinstatement Committee for reinstatement of the eligibility of a student-athlete who has been determined to be ineligible and who has been withheld from participation because of the application of any Conference Rule or Agreement. Any appeal to reinstate a student-athlete's eligibility shall be submitted in writing in the name of the institution by the Faculty Representative, Athletics Director, or Senior Woman Administrator. The Commissioner, or his or her designee, in consultation with the chair of the Compliance and Reinstatement Committee, may act on those cases that do not raise disputed

issues of fact based on precedents established by the Committee. The actions of the Commissioner shall be reported to the Committee. *(Revised 5/14/19; revised 9/24/20)*

---

# RULES OF FINANCIAL AID

**Rule 15.2 Terms & Conditions of Awarding Aid – Summer Prior to Enrollment: No Previously Signed Tender.** A student who has not previously signed a tender from a Conference institution under Conference Rule 15.3.A shall be subject to the following provisions: *(Revised 7/22/14 & effective 8/1/14).*

    **A.**    **Written Statement.** Any communication, commitment, or intent to award any type of athletically-related financial assistance during the summer prior to initial enrollment that involves the signature (or written approval) of the prospect or prospect's parents or legal guardians, shall be on a standardized form (Tender of Financial Assistance) supplied by the Conference office for use by all member institutions. The tender shall be endorsed by an officer of the awarding agency, the Director of Athletics, the Senior Woman Administrator, or administrator's designee (who shall not be members of the coaching staff). An institution may electronically format the Big Ten Tender of Financial Assistance to include additional modifications provided the language set forth in the standardized tender is not modified. *(Revised & effective 5/01; revised & effective 5/19/02; revised & effective 7/22/18)*

    **B.**    **Tender Validation and Signing.** All tenders to any incoming student-athlete under the age of majority who is not legally emancipated shall require the signature of a parent or legal guardian. The summer tender must be validated by the first day of the summer term for which aid has been awarded. All tenders that have not been validated by the first day of classes shall be invalid after that date. *(Revised 10/7-8/13 & effective 8/1/14)*

**Rule 15.3  Terms & Conditions of Awarding Athletically Related Aid: Regular & Academic Year.** *(Revised and effective 10/11/17).*

    **A.**    **Written Statement Required – Tender of Financial Assistance for Aid During the Regular Academic Year.** Any communication, commitment, or intent to award any type of athletically-related financial assistance during the regular academic year that involves the signature (or written approval) of the prospect or prospect's parents or legal guardians, shall be on a standardized form (Tender of Financial Assistance) supplied by the Conference office for use by all member institutions. The tender shall be endorsed by an officer of the awarding agency, the Director of Athletics, the Senior Woman Administrator, or administrator's designee (who shall not be members of the coaching staff). An institution may electronically format the Big Ten Tender of Financial Assistance to include additional modifications provided the language set forth in the standardized tender is not modified. *(Revised & effective 5/01; revised & effective 5/19/02; revised & effective 7/22/18)*

70

**B.**   **Initial Tenders for Incoming Students – Issuance and Signing.** All tenders to any incoming student-athlete under the age of majority who is not legally emancipated shall require the signature of a parent or legal guardian. *(Revised 10/7-8/13 & effective 8/1/14)*

**C.**   **Initial Tenders – Institutional Filing Deadline with Conference.** The signed Commissioner's copy of acceptance shall be received in accordance with the National Letter of Intent filing deadlines (i.e., within 14 days of signature). *(Revised 5/11/92, effective 8/1/92; editorial revision 7/05)*

**D.**   **Modification to Initial Tender.** An initial tender that has been issued to an incoming student-athlete shall not be amended or modified except as noted below. In the event a signed National Letter of Intent is declared null and void, an initial tender does not automatically become invalid and may not be modified upon re-issuance. *(Revised & effective 5/22/95; editorial revision 7/05)*

    **1.**   **Modification to Date of Issuance**: An institution may modify only the date of issuance if a tender must be re-issued (e.g., because of non-receipt of the original tender). A tender modified by the date of issuance shall be so noted.

    **2.**   **Re-Issuing Initial Tender during Later Signing Period**. If a prospect does not sign a National Letter of Intent and initial tender that are issued during the early National Letter of Intent signing period, the institution may modify the initial tender issued during the late signing period for that sport. *(Updated 6/97)*

    **3.**   **Increase Permitted**. In accordance with NCAA Bylaw 15.3.4.1, an institution may increase the value of an initial tender issued to an incoming prospect for any reason at any time. *(Adopted 5/18/98, effective 8/1/98; revised 5/24/99, effective 8/1/99; editorial revision 7/07; Editorial revision 7/12)*

**E.**   **Automatic Nonrenewal of Aid.** A tender may not be renewed for an indefinite period of time if the student-athlete is suspended from an athletic team for participating in the use of, sale of, or distribution of any narcotic drug or controlled substance. *(Editorial revision 6/01)*

## Rule 15.5  Maximum Institutional Grant-in-Aid Limitations by Sport.

**A.**   **Medical Exemption for Counter with Injury or Illness.** This exemption requires approval by petition and shall include a Medical Statement approved by the head team physician; See Rule 14.7 and petition procedures. *(Reinstated 8/1/92 for exemptions to institutional financial aid limitations beginning with 1992-93; reaffirmed 2/19/07; editorial revision 8/13).*

    **1.**   **Change in Medical Condition.** If circumstances change and the student-athlete becomes physically able to practice or compete at the institution at which the incapacitating injury or illness occurred, a student-athlete shall not be eligible to participate unless a new petition is approved. *(Editorial revision per change in NCAA Bylaw 15.5.1.2.2, effective 8/1/01; editorial revision 7/10)*

71

**B.**    **Limitations on Institutional Offers of Aid.** An institution shall not at any time issue a tender to a prospective student which, if accepted, would exceed the maximum number of grants-in-aid allowed under the limits of NCAA Bylaw 15.5.  *(Revised 5/11/92)*
*Exceptions:*

- **Football.** An institution may have no more than 3 initial offers in excess of its institutional limit outstanding at any time.  *(Adopted and effective 10/8/02)*
- **Men's Basketball.** An institution may have no more than 1 initial offer in excess of its institutional limit outstanding at any time. *(Adopted 6/19/07; revised 7/25/07; revised 7/13/10; revised 7/12/11)*
- **Baseball.** At any given time, an institution may offer up to the value of two equivalencies in excess of its institutional limit *(Adopted 10/6/09 effective beginning with initial offers issued during the 2009-10 NLI signing periods; revised 5/14/13 & effective beginning with initial offers issued during the 2013-14 NLI signing periods).*
- **Ice Hockey.** At any given time, an institution may offer up to the value of two equivalencies in excess of its institutional limit. *(Adopted 10/21/19)*

*Reporting Requirements:*

- Institutions shall notify the Conference office of its intention to use any of the exceptions. The Conference office shall monitor compliance with these exceptions, and identify those institutions that shall be required to submit a report, on a form provided the Conference office, to account for any oversignings, as well as any reduction, non-renewal, or cancellation of athletic grants-in-aid for continuing student-athletes in that program. This information will be made available for review by the Faculty Representatives and the Joint Group. *(Revised 7/13/10)*

# RULE 14.7  WAIVERS OF RULES OF ELIGIBILITY AND FINANCIAL AID

**14.7.A  Petition Procedure.** A petition may be submitted on behalf of a student-athlete in cases where, because of special circumstances, the application of any rule results in an unintended hardship to a student-athlete. The Commissioner and Academics and Eligibility Committee are empowered to act on petitions and grant waivers of the Rules of Eligibility as the facts may warrant in each individual case. A waiver of one rule by the Commissioner or the Committee does not automatically waive any other rule. Each rule that applies must be waived individually. All petitions are subject to the final review by and approval of the Faculty Representatives. *(Revised & effective 5/14/19)*

    **1.**    **Submission by Faculty Representative**. The petition shall be submitted in writing by the Faculty Representative of a Big Ten institution on behalf of an enrolled or prospective student-athlete, or a prospective transfer student-athlete.

    **2.**    **Petition Form**. The petition shall be submitted in writing on a form provided by the Conference office. It shall be the responsibility of the Faculty Representative to determine the facts of the case, to ensure completeness of the information submitted on the petition form, and to provide the following with each petition:

        **a.**    Transcripts of all work taken at any collegiate institution attended by the student-athlete.

        **b.**    Instances of withdrawal, cancellation of registration, or dropping below 12 units shall be explained in detail, including dates and courses dropped.

        **c.**    For a student-athlete who participates in an individual sport, any unattached competition must be explained in detail, including dates, sites and whether the university provided any expenses.

    **3.**    **Meeting Schedule**. Petitions are considered by the Academics and Eligibility Committee at scheduled in-person meetings of the Faculty Representatives during the fall, winter, and spring. The Committee may also establish dates between meetings to consider petitions. *(Revised 5/14/19)*

    **4.**    **Submission Deadlines.** Petitions shall be submitted in accordance with the deadlines established by the Conference office. The Committee shall have the prerogative to refuse to act on a petition submitted after the deadline established by the Conference office. The Committee may agree to waive this policy in extenuating circumstances for a petition in which immediate eligibility is requested. Petitions submitted after the established deadlines must include a justification for delay from the Faculty Representative in order to be considered.

    **5.**    **One complete copy** of the petition shall be submitted to the Conference office. Petitions requesting waivers because of medical reasons (e.g., medical hardship, medical non-counter exemption, waivers of eligibility for medical reasons) shall also include one copy of the Medical Statement. Medical hardship and medical non-counter petitions shall be reviewed by a Sports Medicine Subcommittee on Eligibility comprised of four team physicians. Any other petition based on medical reasons may also be reviewed by that Subcommittee as necessary to make an informed decision.

**6.**     **NCAA Hardship Waivers (NCAA Bylaw 12.8.4)**: Petitions to regain a season because of medical hardship shall not be submitted until after the end of the season in which the injury or illness occurred. In order to present the most accurate medical facts, each institution is encouraged to submit these requests prior to the beginning of the immediately succeeding athletic season. The petition shall include:

**a.**     **Schedule of Competition.** For medical hardships, the scheduled contests or dates of competition in effect prior to the first date of competition of the championship segment, noting the student-athlete's actual dates of competition.

**b.**     **Medical Statement**. A medical statement shall be submitted in writing on a form provided by the Conference office, and shall be completed and signed by the Compliance Coordinator and the head team physician. The Medical Statement shall include contemporaneous or other appropriate medical documentation from the physician who administered care at the time of injury or illness that establishes the student-athlete's inability to compete as a result of that injury or illness as follows:  *(Editorial revision 8/13)*

**1)**     The date of the injury or illness;

**2)**     An anatomical diagnosis of the injury or illness;

**3)**     The treatment prescribed;

**4)**     The medical reasons why the student was either unable to participate or continue full-time enrollment (i.e., dropped classes or withdrawal from the university).

**5)**     For petitions involving mental illness, the Medical Statement shall include contemporaneous or other appropriate medical documentation from the mental health professional who is licensed or certified to diagnose and treat mental disorders and who administered care at the time of the illness. (*Revised & effective 10/6/09*)

Any other reports pertaining to the student's medical condition shall be submitted and presented by the team physician, and may become a supplementary part of the petition.

**7.**     **Waivers for Tenders**. Petitions requesting waivers for tender validation, issuance and signing deadlines, or modifications to initial tenders shall include copies of any tenders signed by the prospective or current student-athlete.

**8.**     **Guidelines for Student-Athletes with Education-Impacting Disabilities.** Petitions submitted for student-athletes with education-impacting disabilities shall include at least the following *(Revised 5/13/14 & effective 8/1/14)*:

**a.**     Appropriate medical documentation by university officials (who shall not be a member of the athletic department staff) who certify education-impacting disabilities for all students;

**b.**     Plan for graduation; and

**c.**     Actions taken by the institution to accommodate the needs of the student-athlete.

**14.7.B  Legislative Authority.** Under the provisions of the Big Ten Rules of Organization and Procedure, and by precedents established by the Academics and Eligibility Committee, the Commissioner may act on those cases which can be decided by published waiver criteria and do not raise disputed issues of fact for the following requests. The institution may apply specified institutional exceptions that shall be administered by the Faculty Representative. The Academics and Eligibility Committee shall act on all other petitions. *(Revised 5/24/99, effective 8/1/99; revised 5/14/19)*

1. **Waiver of Rules by the Commissioner** *(See chart on page 77).* The Commissioner may act on the following waivers of NCAA legislation:

   a. **NCAA Bylaw 14.2.3.2 (USOPC/NGB-Practice).**

      1. **Student-Athlete with Eligibility Remaining.** For a student-athlete who is not enrolled or is not enrolled full-time to be able to practice with an institution's team, the petition shall include transcripts of institutions attended as an undergraduate (including former institutions), degree awarded and date of completion, graduate enrollment information, involvement in coaching activities, and a letter from the USOPC or NGB executive director administrator (who shall not be the coach of the national team).

      2. **Former Student-Athlete - Eligibility Exhausted.** For a former student-athlete at that institution with eligibility exhausted who has not attended the institution for at least one academic year, or for an exhausted-eligibility student-athlete who graduated from another institution, the petition may be submitted via written request (rather than by petition form) by the Faculty Representative, along with the additional information requested above.

   b. **NCAA Bylaw 14.4.3.7 (Waivers of NCAA Progress-Toward-Degree Rule - Medical Absence and International Competition).**

   c. **NCAA Bylaw 12.8.4 (Hardship Waiver).** Decisions to appeal a denied waiver to the NCAA per NCAA Bylaw 12.8.4.2.1 shall be determined by the Academics and Eligibility Committee. The Sports Medicine Subcommittee on Eligibility shall review and certify the medical hardship of the petition. *(Revised 5/14/19)*

   d. **Big Ten Rule 15.5.A (Medical Exemption for Counter with Injury of Illness)** for medical reasons for those student-athletes who incur an injury or illness that permanently prevents participation in intercollegiate athletics. In addition, the Sports Medicine Subcommittee on Eligibility shall review and certify the medical hardship of the case.

2. **Institutional Exceptions Administered by the Faculty Representative** *(See chart on page 78).* The Faculty Representative may approve exceptions to waive eligibility requirements for the following NCAA rules and/or Big Ten Rules of Eligibility and Financial Aid. The Faculty Representative shall sign and file with the Conference office the specific exception taken on the Certified Eligibility List. For those student-athletes who are transferring from the institution, the Faculty Representative may also approve exceptions to the Big Ten Rules of Eligibility and Financial Aid only for the purposes of certifying compliance with the NCAA one-time transfer exception or the Division III transfer exception.

    **a.**    **Eligibility Beyond Five Years – NCAA Extensions of the Five-Year Clock**. For a student-athlete who has received an approved NCAA waiver to extend the five-year clock, and who has completed the baccalaureate degree, and who is enrolled or has been officially admitted to a graduate/professional degree program at the certifying institution, or presents an academic plan leading to a specified degree or professional objective as approved by the academic officials at the institution.

    **b**.    **Big Ten Rule of Eligibility 14.4.B** (certification at the beginning of the term) when the ineligibility is caused by circumstances clearly beyond the control of the student.

    **c.**    **Big Ten Rule of Financial Aid 15.3.E** (tender validation date for incoming and continuing students) for an enrolled student-athlete who was unable to sign a tender or whose tender is not validated on the first day of the term.

**14.7.C  Criteria for Waivers of Rules.** Requests for the following waivers are subject to the criteria stated below:

    **1.**    **Guidelines for Eligibility Beyond Five Years – NCAA Extensions of the Five-Year Clock**. A student-athlete who has received an approved NCAA extension of the five-year clock and who is not approved by institutional exception, shall submit a petition to compete.  In general, it would be expected that the student-athlete has completed the baccalaureate degree and is enrolled or has been officially admitted to a graduate/professional degree program at the certifying institution, or presents an academic plan leading to a specified degree or professional objective as approved by the academic officials at the institution. *(Revised & effective 5/20/96)*

    **2.**    **Big Ten GPA Requirements.** Waivers of minimum GPA requirements to compete shall not be considered.

**14.7.D  Right of Appeal.** A petition not approved by the Commissioner may be submitted to the Academics and Eligibility Committee for review and action. A petition not approved by the Committee may be appealed to the Joint Group Appeals Committee. (See Big Ten Rules of Organization and Procedure). *(Revised & effective 5/14/19)*

## Rule 14.7.B.1
## Waivers Administered by the Conference Office
### *Note:  Such waivers may be referred to the Academics and Eligibility Committee*

| RULE | CONDITIONS OF GRANTING EXCEPTION | ADDITIONAL INFORMATION |
|---|---|---|
| NCAA Waiver – USOC/ NGB | Waiver of full-time enrollment for a student-athlete who is not enrolled or not enrolled full-time to be able to practice with an institution's team as recommended by the USOC or NGB in accordance with the provisions of NCAA Bylaw 14.2.3.2. | See Big Ten Rule 14.7 for required documentation that must be submitted with the petition. |
| NCAA Medical Hardship Waiver | Waiver granted in accordance with NCAA Bylaw 12.8.4. Requires review and certification by the Sports Medicine Subcommittee on Eligibility. | See Big Ten Rule 14.7 for additional information. |
| NCAA Medical Absence Waiver | Waiver granted in accordance with NCAA Bylaw 14.4.3.7-(a). | Medical documentation must be submitted with the petition. See Big Ten Rule 14.7 for additional information. |
| NCAA International Competition | Waiver granted in accordance with NCAA Bylaw 14.4.3.7-(b). | Completed petition form. |
| Big Ten Rule 15.5.A Medical Exemption for Counter with Injury or Illness | Waiver granted to exempt the tender for those student-athletes who incur an injury or illness that permanently prevents participation in intercollegiate athletics.  Requires review and certification by the Sports Medicine Subcommittee on Eligibility. | Supplement for medical petitions form must be submitted. |

## Rule 14.7.B.2
## Institutional Exceptions to the Rules of Eligibility & Financial Aid Administered On-Campus by the Faculty Representative
*(Revised 2/20/01; revised 2/24/04; revised 5/20/04; revised 7/05; revised 10/5/05; revised 5/14/08)*

| RULE | CONDITIONS OF GRANTING EXCEPTION | NOTES |
|---|---|---|
| NCAA Eligibility Beyond Five Years – Extensions of the Five-Year Clock | Exception may be granted provided the student-athlete: <br> 1. Received an approved NCAA waiver to extend the 5-year clock; <br> 2. Completed the baccalaureate degree; AND <br> 3. Enrolled or has been officially admitted to a graduate/ professional degree program at the institution OR presents an academic plan leading to a specified degree (e.g., second baccalaureate) or professional objective (e.g., teaching certificate) as approved by the academic officials at the institution. | Notify Conference Office via CEL. |
| Big Ten Rules pertaining to Big Ten Rules of Eligibility for Competition | Exception may be granted to administer waivers of conference eligibility for the purposes of certifying a student-athlete to meet the NCAA one-time transfer exception or the Division III transfer exception. | Conference office need not be notified of the exception. |
| Big Ten Rule 14.4.B Certification at Beginning of Term | Exception may be granted when the ineligibility is caused by circumstances clearly beyond the control of the student-athlete. *(Revised 5/20/04 to delete guidelines)* | Notify Conference Office via CEL. |
| Big Ten Rule 14.4.B.3 Eligibility Center Delays for Freshman Eligibility | An incoming freshman may remain eligible for the remainder of the term if certified by the Eligibility Center within the first two weeks of classes.  NOTE: THIS EXCEPTION DOES NOT NEED TO BE CERTIFIED BY THE FACULTY REP. | Notify Conference Office via CEL. |
| Big Ten Rule 15.3.E Issuance, Signing &Tender Validation Date - Incoming & Continuing Students | - Exception may be granted for an enrolled student-athlete who was unable to sign a tender by the first day of classes.  However, Rule 15.3.F (pro-ration of invalid tender) remains applicable. ( Revised 5/20/04 to delete guidelines) <br> - Exception may be granted for a student-athlete whose tender was not issued, signed and validated by the first day of class.  However, 15.3.F (pro-ration of invalid tender) remains applicable. ( Revised 5/20/04 to delete guidelines) | Conference Office need not be notified of the Exception. |

**AGREEMENTS FOR MEN'S & WOMEN'S PROGRAMS**

**AGR 3. APPLICATION OF RULES & AGREEMENTS**
3.2.4.5 Recognized Sports

**AGR 10. SPORTSMANSHIP POLICY**

**AGR 11. CONDUCT AND EMPLOYMENT OF PERSONNEL**
11.1    Conduct of Coaches' Group
11.2    Contractual Agreements
11.6    Scouting and Film Exchange

**AGR 13. RECRUITING**

**AGR 16. BENEFITS & EXPENSES**
16.2    Complimentary Admissions
16.4    Medical Examinations
16.8    Travel Squad Limits

**AGR 17. PLAYING & PRACTICE SEASONS**
17.01    General Principles
17.1 General Playing Season Regulations
         A. Game Administration – Crowd Control
         B. Tobacco Ban
         C. Forfeiture Guidelines
         D. Ticket Policies
         E. Administration of Officials
         F. Radio, TV, Press Policies
         G. Jewelry
17.29    Playing Rules

**AGR 18. DETERMINATION OF CONFERENCE CHAMPIONS & NCAA AUTOMATIC QUALIFIERS**

The Constitution and Bylaws of the National Collegiate Athletic Association (NCAA) shall govern all matters except to the extent that such are modified by the following Conference agreements. In addition, the Championships Manual and Game Management Manuals for specific sports shall govern the conduct of Conference championships and regular season competition.

**AGREEMENT 3. APPLICATION OF RULES AND AGREEMENTS**

**3.2.4.5 Recognized Sports.** Any activity administered and recognized as a varsity intercollegiate sport by a member institution shall be subject to and governed by NCAA Constitution and Bylaws, and the Conference Rules and Agreements which shall be applied and administered by the Conference. *(Reaffirmed 5/22/95)*

A.    **Club Sports**. The eligibility rules of student-athletes participating in a sport that is not administered and recognized as a varsity intercollegiate sport shall be subject to whatever rules may be mutually acceptable to the competing schools. Conference eligibility rules may be mutually adopted with the understanding that Conference eligibility procedures will not apply, and the Faculty Representatives (Academics and Eligibility Committee) will not rule on the eligibility of athletes participating in non-varsity sports. *(Revised 5/14/19)*

B.    **Varsity Sports Exception.** A varsity intercollegiate sport that is neither an NCAA nor Conference championship sport may adopt the playing and practice season regulations of its national or regional sports association (governing board), subject to the review and approval of the Administrators. The institution shall notify the Conference office in writing of such action, and shall submit a copy of the adopted regulations. All other NCAA and Conference legislation shall apply. *(Adopted 5/92, effective 8/1/92)*

**AGREEMENT 10. SPORTSMANSHIP POLICY**
*(Adopted 1974; revised 1991; 1995; 2000; revised 6/2/13 & effective 8/1/13; revised 1/12/22)*

**10.01  General Purpose and Scope.** The Big Ten Conference expects all contests involving a member institution to be conducted without compromise to any fundamental element of sportsmanship. Such fundamental elements include integrity of the competition, civility toward all, and respect, particularly toward opponents and officials. Accordingly, each member institution, through the actions of the individuals or groups of individuals listed in Agreement 10.1.1 below, has an obligation to behave in a way that does not offend the elements of sportsmanship described above. Actions that are offensive to the integrity of the competition, actions that offend civility, and actions of disrespect are subject to review and are punishable in accordance with the terms of this policy. Although this policy will apply most commonly to actions that occur within or around the competitive arena, the scope of its application is intentionally left unrestricted in order to accommodate any behavior, which may occur in any setting, deemed by the Commissioner to offend the underlying objective this policy seeks to achieve. For example, public comments or public messaging made at any time by individuals listed in Agreement 10.1.1 below, including comments or messages posted even temporarily via social media, are subject to review and punishable in accordance with the terms of this policy. (Note that throughout Agreement 10, use of the term "Commissioner" shall refer to the Commissioner or the Commissioner's designee.)

**10.1  Role of Member Institutions**

    **10.1.1  Responsibility and Accountability.** An institution is responsible for, and therefore, may be held accountable for, the actions of its employees, coaches, student-athletes, band, spirit squads, mascot(s), general student body, and any other individual or group of individuals over whom or which it maintains some level of authority.  In addition, any member of the above groups may be held individually accountable if found to have committed an offensive action as contemplated by this policy.

    **10.1.2  Obligation to Cooperate.** Each institution is obligated to cooperate with the Commissioner during the course of an investigation as to whether an offensive action has occurred. An institution's failure to cooperate shall result in a breach of this policy, which shall be punishable in accordance with the terms of the policy.

    **10.1.3  Presumption of Commitment to Sportsmanship.** Each institution is presumed to be committed to sportsmanship as contemplated by this policy, and is encouraged to take any action it deems appropriate to further the underlying objective of this policy. Such actions may be proactive in nature (e.g., education, sportsmanship campaigns); such actions may be reactive in nature (e.g., institutionally imposed suspensions in response to offensive actions). Although the Commissioner has the ultimate authority to impose disciplinary action in accordance with Agreement 10.2 below, nothing in this policy shall be construed to suggest that institutions are limited in their ability to impose any disciplinary action deemed appropriate in advance of any action that may be taken by the Commissioner.

**10.2  Authority of the Commissioner**

    **10.2.1  Exclusive Authority to Determine Whether Offensive Actions have Occurred.**  The Commissioner shall have the exclusive authority to determine whether an offensive action, as contemplated in Agreement 10.01 above, has been committed by anyone referenced in Agreement 10.1 above. In making this determination, the Commissioner may consider any evidence that he or she deems relevant. The Commissioner may accept any information provided by any source, but except as

outlined in Agreement 10.3.1 below, has no formal obligation to do so.

**10.2.2  Authority to Take Disciplinary Action.** In the event the Commissioner determines that an offensive action has occurred, the Commissioner shall have the authority to impose any disciplinary action in response to the offensive action, subject to the provisions of Agreement 10.3.3.1 below.

**10.2.3  Factors that may be Considered when Deciding upon Disciplinary Action.** In deciding whether to impose disciplinary action, factors to be considered by the Commissioner may include, but shall not be limited to, the following:

    a)    the general nature or severity of the offensive action
    b)    any injury or damage that results directly from the offensive action
    c)    the manner in which the offensive action fits within the context of the
          rules of the game for the sport at issue
    d)    any action taken or imposed in accordance with the applicable rules of the
          game (e.g., actions taken by game officials)
    e)    the response of and/or any action taken by the involved member
          institution(s)
    f)    the response of and/or any action taken by any other entity that may have
          jurisdiction over the offensive action (e.g., law enforcement)
    g)    any prior offensive action(s) as contemplated within this policy

**10.3  Procedural Elements**

**10.3.1  Commissioner's Discretion, Timeliness, and Due Process.** The Commissioner has the discretion to pursue, or choose not to pursue, an investigation as to whether an offensive action has occurred. In the event the Commissioner decides to pursue such an investigation, the Commissioner shall commence the investigation as expeditiously as possible upon notification that such an offensive action may have occurred. Upon commencement of such an investigation, the Commissioner shall determine, as expeditiously as possible, whether an offensive action did occur. Any involved institution or individual at risk of disciplinary action shall be provided an opportunity, which may be waived, to offer its or his or her position as to whether an offensive action occurred. The timeframe within which an institution or individual shall provide its or his or her position shall be set by the Commissioner, and shall be reasonable in light of the circumstances. Upon determination that an offensive action did occur, the Commissioner shall, as expeditiously as possible, determine whether disciplinary action should be imposed, and if so, what it should be.

**10.3.2  Notice of Disciplinary Action.** In the event it becomes clear that an institution is likely to be subjected to disciplinary action, the Commissioner shall notify that institution or individual at the earliest reasonable opportunity. Under no circumstances shall the Commissioner comment publicly regarding either an investigation or disciplinary action without having first provided notice to any involved institution or individual.

**10.3.3  Categories of Disciplinary Actions.**

**10.3.3.1 Standard Disciplinary Action.** Standard disciplinary actions shall include admonishment, reprimand, fines that do not exceed $10,000, and suspensions from no more than two contests. Any combination of the preceding actions shall be considered to be a singular standard disciplinary action. Decisions by the Commissioner to impose a standard disciplinary action shall be final and are not subject to appeal.

**10.3.3.2 Major Disciplinary Action.** Disciplinary actions exceeding those listed in Agreement 10.3.3.1 above must receive prior approval by the Joint Group Executive Committee (JGEC).  In any case for which prior approval is sought, the JGEC shall be provided, in writing, the involved institution's or individual's position as described in Agreement 10.3.1 above. The JGEC may only approve, deny, or lessen the proposed penalty; it shall not increase the proposed penalty. Further, the JGEC may not lessen the penalty to a level lower than that for which its approval is required. Review and action by JGEC shall occur as expeditiously as possible, and its decisions shall be final and are not subject to appeal.

> **10.3.3.2.1 Interim Action.** Prior to receiving approval, the Commissioner may impose as interim action any lesser disciplinary action (i.e., any disciplinary action for which prior approval would not be required), which shall be in effect until the JGEC has had the opportunity to review and act upon any proposed major disciplinary actions.

> **10.3.3.2.2 Recusal and Temporary Replacement.** Any member of JGEC whose institution is involved in an incident for which approval of a major disciplinary action is sought shall be recused and temporarily replaced by an individual (or individuals) representing an institution (or institutions) not involved in the incident at issue. If either the current or incoming Chair (or Co-Chairs) of the Faculty Representatives is (or are) to be recused, any such member of JGEC shall be temporarily replaced by at least one member of the Faculty Representatives who most recently served as Chair (or Co-Chair) of the Faculty Representatives. If both the current and incoming Chairs (or Co-Chairs) of the Faculty Representatives are to be recused, they shall be temporarily replaced by the preceding two Chairs (or Co-Chairs) of the Faculty Representatives (at least one individual per institution represented). If the current Co-Chairs of the Administrators Council are to be recused, they shall be temporarily replaced by the members of the Administrators Council who most recently served as Co-Chairs. At least one of the former Co-Chairs (either the Athletic Director or Senior Woman Administrator) must still be in the same role at the applicable institution. In the event no eligible replacement(s) in a given group (either Faculty Representatives or Administrators Council) exist(s), the Commissioner shall appoint a replacement from the applicable group that may be based on availability but with primary consideration given to seniority.

**10.3.4 Annual Review.** Any case for which the Commissioner has pursued an investigation as described in Agreement 10.3.1 above shall be reviewed by the Joint Group on an annual basis, regardless of whether any disciplinary action has been imposed. The purpose of the annual review is to ensure the Commissioner is administering the policy in a reasonable, fair, and consistent manner.

**10.3.5  Notice of Closure.** For any case in which an institution has been provided notice of being at risk, the Commissioner shall notify that institution when the matter is closed, regardless of whether disciplinary action was or has been imposed.

**AGREEMENT 11. CONDUCT AND EMPLOYMENT OF ATHLETICS PERSONNEL**

## 11.1  CONDUCT OF COACHES GROUP

**A.**     **Membership.** The head coaches in each sport constitute the Conference coaches group.

**B.**     **Chair.** Each coaches' group shall designate a chair, who shall be an active head coach. The chair shall serve a (two)-year term based on alphabetical institutional rotation. In any case in which the prescribed order of chair would cause an institution to serve as chair during the first two-year period of the head coaches service, the institutional rotation shall be postponed so that the institution chairs in the third year of service, after which the prescribed order of succession to the chair set forth in this Handbook shall continue. *Note: An alternate chair rotation schedule may be approved on a sport-by-sport basis. Please refer to the game management manuals for details (http://office.bigten.org/manuals/). (Revised and effective 10/7/03; editorial revision 8/14)*

    **1.**     **Sport Assignment**. Head coaches are to fulfill chair responsibilities of the sport to which they are assigned. Chair responsibilities shall not be delegated unless the chair is unavailable or unable to participate, in which case the chair pro-tem would be assigned to the most recent past chair. *(Affirmed 5/18/07)*

**C.**     **Regular Meetings**. The head coaches of each group shall conduct an annual business meeting at which the Conference staff sports liaison and for sports other than football, men's basketball, and women's basketball, the respective Sports Management Committee liaison shall be present. Minutes of all coaches' meetings shall be made available promptly to members of the Conference coaches group. All actions are subject to the approval of the Administrators Council or the Joint Group. Upon approval, a representative from the coaches may present recommendations to the Administrators Council in person. *(Editorial revision 7/06; 7/09)*

    **1.**     **Attendance.** Head coaches are expected to participate. An assistant coach may substitute for the head coach if the head coach is unable to participate due to extraordinary circumstances. Substitutions must receive prior approval from the Director of Athletics, or his or her designee. There shall be only one representative per institution in attendance. *(Re-affirmed 5/23/00; revised & effective 2/19/01; editorial revision 8/14)*

    **2.**     **Location.** The Conference staff sports liaison, Sports Management Committee liaison, and coaches' chair shall review potential agenda items in a timely manner and determine if the annual meeting will be held via teleconference or in person. If it is determined an in-person meeting will be held, each coaches group is advised to conduct its in person meeting at the Conference office headquarters. As a guideline, each coaches group should meet at least once every three years in person. *(Revised 2/20/01; revised 2/21/05; revised 2/19/09; editorial revisions 7/09)*

**D.**     **Duties of Coaches.** The head coaches in the following sports are required to attend the functions specified unless the Commissioner grants approval for being absent. The Commissioner shall notify the Director of Athletics of the involved institution of the action taken. *(Revised & effective 8/6/98)*

    **1.**     **Head Football Coaches.** All head football coaches are required to attend the Big Ten Football Media Days. Coaches participating in the Big Ten Football Championship Game are required to participate on a media teleconference the Sunday prior to the championship game, an on-site press conference the Friday

prior to the championship game and postgame interviews held on-site following the championship game. *(Revised & effective 10/1/12)*

    **2.**    **Head Men's Basketball Coaches.** All head men's basketball coaches are required to attend the following media events, unless approval for being absent is granted by the Commissioner: the annual Big Ten Basketball Media Day, the telephone news conference held prior to the postseason Conference tournament, and postgame interviews held at the site of the Conference tournament following their team's participation. *(Revised & effective 5/1/95; revised & effective 5/18/98)*

    **3.**    **Head Women's Basketball Coaches.** All head women's basketball coaches are required to attend the following media events, unless approval for being absent is granted by the Commissioner: the annual Big Ten Basketball Media Day, the telephone news conference held prior to the postseason Conference tournament, and postgame interviews held at the site of the Conference tournament following their team's participation. *(Updated 6/97; revised & effective 5/18/98; revised & effective 8/6/98; revised & effective 5/19/17; revised & effective 8/12/21)*

    **4.**    **Head Men's Ice Hockey Coaches.** All head men's ice hockey coaches are required to take part in the following media events: the annual Big Ten Men's Ice Hockey Digital Media Week, the pre-tournament media teleconference to be held the week of the Big Ten Men's Ice Hockey Tournament, and post-game interviews held at the site of the Conference tournament following their team's participation. *(Effective 8/1/13; revised & effective 5/19/17)*

**11.2  Contractual Agreements – Athletically Related Income – Equipment and Apparel Contracts.** By September 1, 1994, all future contracts for athletic equipment and apparel shall be either between the university and vendor or a tripartite arrangement between the university, coach/support personnel and vendor. The university must be a party to agreements entered into after the effective date described above between coaches and/or support personnel and vendors. *(Adopted 6/8/94, revised & effective 8/1/94)*

**11.6  Scouting and Film Exchange.** Refer to Conference Game Management and/or Championship/Tournament Manuals for sport-specific regulations regarding scouting and film/videotape exchange *(http://office.bigten.org/manuals/). (Revised 7/10).*

## AGREEMENT 13. RECRUITING

**13.01.1 Eligibility Effects of Recruiting Violations.** Any student who is induced to enroll at a Conference university in violation of NCAA or Conference legislation shall be ineligible for intercollegiate athletics at that university. If eligibility has been reinstated by the NCAA, reinstatement of eligibility may be authorized by action of the Faculty Representatives.

**13.01.2 Institutional Responsibility in Recruitment.** Any university which employs or retains on its athletic staff anyone who has violated or who has been a party to a violation of NCAA or Conference legislation or who encourages others to violate these provisions or who upon inquiry by the Commissioner withholds knowledge of the violation of this legislation by others, shall be required to show cause to the Council of Presidents/Chancellors why its membership in the Conference should not be suspended or terminated.

**AGREEMENT 16. BENEFITS AND EXPENSES FOR
ENROLLED STUDENT-ATHLETES**
*(Note: See Rule 19.5.C for violations of Agreement 16)*

## 16.2 COMPLIMENTARY ADMISSIONS AND TICKET BENEFITS

**16.2.1 Complimentary Admissions Procedures.** The provisions of NCAA Bylaw 16.2 shall govern complimentary admissions benefits to student-athletes except as those noted in this section. (For information on general ticket policies, see Agreement 17.1.D.) *(Staff editorial revision 8/14)*

### 16.2.1.1 For Contests in Student-Athlete's Sport.

**A.    Home Contests.** *(Staff editorial revision 8/14)*
    **1.**    Complimentary admissions may be provided to visiting universities' squad members in sports other than football and basketball without charge. *(Revised and effective 2/21/05; staff editorial revision 8/14)*
    **2.**    Each university may issue complimentary admissions to coaching personnel and their families, administrative personnel, selected clerical personnel, retirees and other categories to be determined by the Director of Athletics. This policy shall be governed by each university.  However, the university shall adhere to the policy relative to financial settlements for these complimentary admissions.

**B.    Away-from-Home Contests.** Complimentary admissions may be issued only to team members who are on the travel squad for football and men's basketball. See Agreement 17.1.D for additional ticket policies and visiting team allotments for all sports. (*Editorial revision 7/11/07*)

**C.    Conference Championships**. The Conference or host institution shall not issue complimentary or any other form of free admission to any competitor in a Conference championship. Championship management, press personnel with credentials, and the participants shall be admitted without charge. An institution may purchase admissions that may be used by student-athletes consistent with Big Ten and NCAA legislation.

### 16.2.1.3  For Contests Other Than Student-Athlete's Sport

**A.    Home Contests in Other Sports.** A student-athlete may receive a complimentary admission to all regular-season home athletic events as long as tickets are available. *(Revised 5/13/14 & effective 8/1/14)*

**B.    Away-from-Home Contests – Non-Participating Visiting Team.** Upon request, the host institution shall arrange for a visiting institution to provide complimentary admissions to its student-athletes for entertainment purposes as permitted under NCAA legislation for away-from-home contests in events other than football, men's basketball, and men's ice hockey, provided the event is not sold out. *(Revised and effective 1/9/99; revised & effective 7/27/00; editorial revisions 7/06 and 8/13)*

**16.4  MEDICAL EXAMINATIONS**. Each student-athlete shall have an initial physical examination when they enter a Conference intercollegiate sports program. The extent of the physical examination including laboratory studies and other diagnostic procedures will be determined by each team physician. Thereafter, an annual review of their health status shall be performed. This may include a physical examination at the discretion of the team physician. *(Reaffirmed 2/19/07)*

**A.**     The final decision on physical qualification or reason for rejection shall be the responsibility of the team physician.

**B.**     The team physician shall have final authority regarding participation in practice and competition subsequent to an injury or illness.


**16.8  TRAVEL SQUAD SIZE LIMITS AND OFFICIAL PARTY**

**16.8.1  Home and Travel Squad Limits.** Only student-athletes who are eligible to compete may dress in uniform for a game or contest. *(Updated 9/92; revised & effective 1/9/99)*

**16.8.2  Squad Size Limitations.** The following home and travel squad limits shall apply to all regular season (championship and non-championship segments) competition against Conference opponents, including exhibitions, scrimmages, Conference championships, and Conference postseason tournaments (See Charts 16.8.2 for men's and women's sports). *(Revised & effective 1/21/92; updated 9/92; editorial revision 7/04; Revised 10/6/14 & effective 8/1/15)*

   **A.     Squad Size Limits - Split Sites.** Except on occasions in which away competition involves only nonconference opponents, when an institution has split squads at two different sites on the same date, the travel squad at both sites together may not exceed the total number allowed for that sport. *(Revised 10/6/14 & effective 8/1/15)*

   **1.     Exception: Cross Country Reserve Squads.**
      **a.**     Split squads, comprised of no more than 12 members each, are permitted. The reserve squad shall be limited to travel within150 miles of campus with no overnight stay. *(Adopted 5/19/02; effective 8/1/02)*
      **b.**     Both the primary and reserve squad may travel to the same site, provided the site is within 150 miles of campus with no overnight stay. *(Adopted 5/20/05; effective 8/1/05)*

   **B.     Squad Size Limits – Neutral Sites.** For competition involving Conference opponents, travel squad limits shall be applicable to both teams competing at a neutral site that is not the institution's regular campus facility, regardless of which institution is designated as the "home" team. *(Revised 10/6/14 & effective 8/1/15)*

   **C.     Squad Size Limits – Multiple Contests**. For competitions involving more than one Conference opponent, multiple contests squad limits may be used when a team is playing more than one contest in one day or when a team is playing more than one contest during the same trip (e.g., off-campus, weekend competition involving contests on Saturday and Sunday). The multiple contests squad limit is not applicable when an institution has split squads at different sites on the same day involving only one contest per squad. In this situation, the single contest squad size limit would apply and both teams together must be no more than the single contest limit. These provisions are not applicable to occasions in which away competition involves only nonconference opponents. *(Revised 10/6/14 & effective 8/1/15)*

**D.** **One-Time Travel Exception.** In all sports except football and men's and women's basketball, there may be an annual one-time, one-trip exception of the travel squad limits. This exception shall not apply to travel squad limits to Conference championships. *(Adopted & effective 12/14/92)*

**E.** **Football.** *(Refer to the Football Game Management Manual for additional restrictions for non-uniformed players on the sidelines.)*
   **1.** The home team may dress as many players as it desires for a varsity game.
   **2.** For any Conference game, the visiting varsity team may carry and dress not more than 74 eligible players (including in that number players who may be injured and unable to play) as the traveling squad. *(Revised & effective 6/8/92; revised & effective 5/20/04)*
   **3.** The travel squad limits shall apply when the team is housed in a hotel, motel or similar "extra cost" facility on the night prior to any home Conference or non-Conference game. *(Revised 10/14/91)*

**16.8.3  Official Travel Party.** Total number of members of an official party, beyond the squad size, shall be at the discretion of the individual university.

**A.** Only members of the official travel squad shall participate in an intercollegiate meet. A student-athlete who is not a member of the official travel squad may not travel to an away from home contest at his or her own expense to participate in practice or competition activities (e.g., warm up with the team) or sit on the bench unless that student-athlete is included in the travel squad limits. *(Revised 4/7/98; revised & effective 10/4/04)*

**B.** An athlete who is not eligible for practice shall not travel with the team in any capacity to an off-campus site, regardless of whether or not the athlete offers to pay an appropriate share of the travel expenses.

**C.** If fewer than the permissible number of athletes travel to a contest, the university may transport a replacement for an injured or ill athlete.

**16.8.4  Waivers of Travel Squad Limits.** A petition for waiver of a travel squad limitation may be submitted to the Conference office because of an extraordinary situation. The Conference office is authorized to approve waiver requests that have no significant academic, competitive, or financial impact. All other waiver requests shall be acted upon by the Administrators Council. The involved institutions shall be recused. Waiver requests approved by the Conference office shall be reported to the Administrators Council on an annual basis. *(Editorial revision 7/07; Revised & effective 2/22/16; revised & effective 5/15/17; revised & effective 5/14/18)*

## 16.8.2 MEN'S TRAVEL SQUAD LIMITS
### *Applies to Competition against Conference Opponents*

| Sport | Regular Season Travel | Home | Conference Championship or Conference Postseason Tournament | |
|---|---|---|---|---|
| Baseball | 27 | Unlimited | 27 | (Revised 8/1/94, 2/19/96, 2/19/07, 2/21/12, 10/6/14) |
| Basketball | 15 | Unlimited | 15 | (Revised 6/8/92, 7/1/92; revised 2/15/97 & effective 8/1/97) |
| Cross Country | 12 | Unlimited | 12 | (Revised 7/24/96; revised 5/19/02; revised 2/21/22) |
| Football | 74 | Unlimited | ++ | (Revised 6/8/92, 8/1/94, 5/17/03, 5/20/04, 7/28/11, 10/1/12, 10/6/14, 5/14/19) |
| Golf | 8 | Unlimited | 6 | (Revised 1/17-18/12 & effective 8/1/12) |
| Gymnastics | 16 | Unlimited | 16 | (Revised 2/22/16 & effective 8/1/16) |
| Lacrosse | 45 | Unlimited | 45 | (Adopted 2/24/14 & effective 8/1/14; revised 5/15/17 & effective 8/1/17; revised & effective 2/19/18) |
| Ice Hockey | 24+++ | Unlimited | 28 | (Effective 8/1/13; revised 10/6/14; revised 10/22/18; revised 10/18/21) |
| Soccer - Single contest | 24 | Unlimited | | (Revised 5/20/04) |
| Soccer - Multiple contests | 24 | Unlimited | 24* | (Revised 8/1/95, 5/20/04; editorial revision 8/05) |
| Swimming & Diving | 26** | Unlimited | 26** | (Revised 10/14/91,6/8/92, 8/9/93, 7/24/96, 2/15/97; revised 10/7/03 & effective 03-04 season; revised 12/20/21) |
| Tennis | 10 | Unlimited | 10 | (Revised 2/21/05& effective 8/1/05; revised 2/21/11 & effective 8/1/12) |
| Track - Indoor | 32 | Unlimited | 32*** | (Revised 5/24/99 & effective 8/1/99;  Revised 5/23/00 & effective 8/1/00; Revised 10/9/01 & effective 8/1/02) |
| Track - Outdoor | 34 | Unlimited | 34*** | (Revised 2/15/97 & effective 8/1/97; revised 10/9/01 & effective 8/1/02) |
| Wrestling | | | | |
| Open | 20 | Unlimited | | |
| Single contest | 13 | Unlimited | | |
| Multiple contests | 15 | Unlimited+ | 15 | (Revised & effective10/17/00) |

\*      For the Conference championship, the travel squad limit of 24 shall apply to all teams, except that the host institution may dress an unlimited number (*Revised 2/19/95, effective 8/1/95; revised 5/20/04; editorial update 8/05*).

\*\*      Swimmers shall count as one and divers shall count as one-half. (*Revised & effective 8/9/93; revised 7/24/96, effective 8/1/96; revised 10/7/03 effective 03-04 season*)

\+      The home squad may be unlimited only if two conference teams are not competing against each other. (*Revised & effective 10/17/00*)

\++      Travel squad size for the football championship game shall be left to institutional discretion. (*Revised & effective 7/28/11*)

\+++      An institution may travel 24 student-athletes during the regular season. Further, travel squad limits shall not apply for regular season contests that do not involve an overnight or that occur during an institution's vacation period. (*Revised & effective 10/18/21*)

## 16.8.2  WOMEN'S TRAVEL SQUAD LIMITS
### *Applies to Competition against Conference Opponents*

| Sport | Regular Season Travel | Home | Conference Championship or Conference Postseason Tournament | |
|---|---|---|---|---|
| Basketball | 15 | Unlimited | 15 | |
| Cross Country | 12 | Unlimited | 12 | (Revised 7/24/96 & effective 8/1/96; revised 2/21/22) |
| Field Hockey | 28 | Unlimited | 28 | (Revised 2/15/97 & effective 8/1/97; revised 5/18/98 & effective 8/1/98; revised 5/15/17 & effective 8/1/17) |
| Golf | 8 | Unlimited | 6 | (Revised 1/17-18/12 & effective 8/1/12) |
| Gymnastics | 18 | Unlimited | 18 | (Revised 2/15/97; effective 8/1/97; Revised 2/18/19; effective 8/1/19) |
| Lacrosse - Conference | 40 | Unlimited | 40 | (Adopted 2/24/14 & effective 8/1/14) |
| Rowing (Not applicable to lightweight) | | | | (Adopted 1/9/99 & effective 8/1/99) |
|     Fall season | 81 | Unlimited | | (Revised 2/19/02 & effective 8/1/02) |
|     Spring Season | 60 | Unlimited | 57 | (Revised 2/21/12 & effective 8/1/12) |
| Soccer | | | | |
|     Single contest | 28 | Unlimited | | |
|     Multiple contests | 28 | Unlimited | 28 | (Revised 2/19/95 & effective 8/1/95; revised 5/18/98 & effective 8/1/98; revised 2/9/02& effective 8/1/02; revised 2/27/06 & effective 8/1/06) |
| Softball | 22 | Unlimited | 22 | (Revised and effective 1/9/99; revised & effective 2/24/14; revised 5/15/17 & effective 8/1/17) |
| Swimming & Diving | 26* | Unlimited | 26* | (Revised & effective 10/7/03) |
| Tennis | 10 | Unlimited | 10 | (Revised 2/21/05 & effective 8/1/05; revised 2/21/11 & effective 8/1/12) |
| Track - Indoor | 32 | Unlimited | 32 | (Revised 5/24/99 & effective 8/1/99; revised 5/23/00 & effective 8/1/00) |
| Track – Outdoor | 34 | Unlimited | 34 | (Revised 2/15/97; effective 8/1/97; revised 5/23/00; effective 8/1/00; revised 10/9/01 & effective 8/1/02) |
| Volleyball | 18 | Unlimited | -- | (Revised 5/19/97; effective 8/1/97; revised 5/20/05; effective 8/1/05; revised 5/19/06, effective 8/1/06; revised 5/15/17 & effective 8/1/17; revised 5/17/21) |

\* Swimmers shall count as one and divers count as one-half.  *(Revised 8/9/93; revised 10/7/03 effective 03-04 season)*

## AGREEMENT 17. ADMINISTRATION OF PLAYING AND PRACTICE SEASONS

*In addition to the following Conference Agreements, the Championship/Tournament Manuals and Game Management Manuals provide the specific Conference policies governing the conduct of regular season competition and Conference championships and postseason tournaments that are also subject to Conference review and action (see http://office.bigten.org/manuals/). Effective 8/1/07; revised 9/24/20).*

### 17.01  GENERAL PRINCIPLES

**17.01.1 Class Time Precedence – Final Examination Periods.** If possible, all contests and Conference championships shall be scheduled on dates that do not conflict with the schedule of examination periods of the participating institutions.

**17.01.2  Schedules**

A.  **Men's and Women's Basketball.** Non-Conference games shall not be contracted prior to approval of the Conference schedule. Principles that guide development of men's and women's basketball schedules shall be prepared by the Commissioner for approval by the Administrators Council. *(Revised 7/14/05 effective 2006-07 through 2011-12 seasons)*

1.  If for any reason a men's or women's intraconference basketball game is unable to be played on its approved date of competition, the two participating institutions shall have 48 hours from the time of postponement to reschedule the contest. If the two participating institutions are unable to reach agreement on when the game is to be rescheduled within 48 hours of its postponement, the Commissioner, or his or her designee, shall reschedule the game after conducting a thorough evaluation of all relevant facts and circumstances. *(Revised 5/24/99, effective 8/1/99; Revised 2/22/16, effective 8/1/16)*

2.  Any change in an approved basketball schedule shall be coordinated through the Commissioner's office. *(Revised & effective 5/18/98)*

3.  Any preliminary game or practice session must end one hour before the scheduled varsity game. *(Revised 2/24/93)*

B.  **Football.** Schedules shall be prepared by the Commissioner for approval by the Administrators Council. *See Agreement 17.29.A for the Big Ten suspended football game policy.*

1.  Any postponed football game shall be rescheduled at the earliest possible date.

2.  Any change in an approved football schedule shall be coordinated through the Commissioner's office and approved by the Administrators Council.  If agreement cannot be reached on the matter, it shall be referred to the Administrators Council for appropriate action. *(Editorial revision 2/24/04)*

3.  Non-Conference games shall not be contracted prior to approval of the Conference schedule. Non-Conference games shall not be scheduled on the last Saturday, or in certain years, the last two Saturdays in September

prior to the approval of the Conference schedule in any particular season. Non-conference games may, however, be scheduled on established and approved 'bye' dates after the last Saturday, or in certain years, the last two Saturdays in September. *(Revised & effective 12/12/94; editorial revision 7/04; editorial revision 7/06)*

**C.**   **Olympic Sports.** There are conference schedules and accompanying scheduling principles for the following Olympic sports: volleyball, men's and women's soccer, field hockey, men's ice hockey, wrestling, men's and women's gymnastics, men's and women's tennis, rowing, softball, baseball and men's and women's lacrosse. Please refer to each sport's game management manual (http://office.bigten.org/manuals/) for sport-specific information. *(Revised 7/11; 8/13; 8/14; revised 2/20/17 & effective 8/1/18).*

**17.01.3  Contracts.** Approved Conference schedules in all sports shall constitute adequate proof of intent. No other written contract is required.

**17.01.4  Guarantees – Men's Sports.** Guarantees are not required when home contests are scheduled for all sports. In all sports each team shall pay its own expenses, and the game expenses shall be paid by the host school.

**17.02.9 Outside Competition. Written Permission for Competition While Not Representing Institution (including exhibitions and clinics)**. See Rule 14.6.

## 17.1  GENERAL PLAYING SEASON REGULATIONS

Additional information on the specific provisions for each sport, game security, spectators, bands, and cheerleaders, etc. have been incorporated into the Game Management Manuals (http://office.bigten.org/manuals/). *(Revised & effective 12/12/94)*

## 17.1.A  Game Administration.

1.   **Crowd Control and Protection of Visiting Team & Officials**

   a.   **In Game Video Replay Policy - Electronic Video or Message Boards.** The use of electronic scoreboards to present videotaped game replays or electronic messages shall be permitted in accordance with the following provisions: *(Staff editorial revision 8/14)*

   1)   **Football.**  Replays may be shown in the following situations:

   - **Plays Involving Instant Replay.** Institutions are not limited in the use of replays when the instant replay process is initiated following a play. However, institutions are not permitted to use replays once the referee completes the on-field announcement to determine the outcome of the instant replay process.

   - **Plays Not Involving Instant Replay.** Institutions are not limited in the use of replays for plays that do not involve instant replay. Also, all replays and noise emanating from a video or message board must stop once the offensive team approaches the line of scrimmage, is set, or while signals are

being called by the quarterback. *(Adopted & effective 5/19/02; revised 10/7/02; revised 6/23/03; revised 5/19/05, effective 8/1/05-1/4/06; revised 4/5/06 & effective 8/1/06; revised 7/25/13 & effective 8/1/13)*

2) **Sports other than Football and Women's Basketball.** Replays may be shown in accordance with the following provisions:

- **Plays Involving Official Review.** In the event of a stoppage for an official review, institutions may show replays without limitation except that only video feeds available to the officials may be shown (i.e., it is not permissible to show video that is not available to the officials). Once the official administers the ruling to determine the outcome of the official review process, the institution shall cease showing replays of the play at issue.

- **Plays Not Involving Official Review.** Institutions are limited to showing one replay when an officiating call (or no call) could be considered a substantial part of the play. Institutions are not limited in the use of replays where officiating is not considered a substantial part of the play. *(Revised & effective 5/19/05; revised 5/19/15 & effective 8/1/15)*

b. **Protection of Visiting Team & Officials.** Host institutions must provide adequate security and protection for the visiting team and officials and their vehicles immediately upon arrival on campus continuing through their departure. *(Refer to Football, Ice Hockey and Basketball Game Management Manuals; Adopted & effective 5/19/02; revised 10/7/02; revised 6/23/03)*

c. **Student and Band Sections.** Institutions will be held responsible for school sponsored student and band sections that attack or single out student-athletes. An institution not in compliance with this policy shall be subject to conference review and action. *(Refer to Game Management Manuals for specific guidelines and penalties.) (Adopted & effective 5/19/02; revised 10/7/02; revised 6/23/03; revised 5/19/05)*

**17.1.B  Tobacco Ban.** The use of all tobacco products by all individuals at the site of Conference regular season competition, championships, and postseason Conference competition as well as during other activities associated with competition such as banquets, autograph sessions, press conferences, and postgame interviews, shall be prohibited. *(Adopted 8/8/94)*

**17.1.C  Forfeiture Guidelines.** See Appendix C.

**17.1.D  Ticket Policies**

1. **Price of Admissions.** Each university shall establish the price of admissions for all sports or athletic events held under its supervision.

a. A member of the student body, faculty, staff or employee of a university may purchase a ticket or tickets at a reduced price, which shall be established by the university. A maximum of two football tickets may be

purchased by a member of the faculty, staff or employee of a university at this price. *(Reaffirmed 2/25/03)*

**b.** Every person, regardless of age, who is not being admitted through complimentary admissions, must have a ticket to enter the facility for the sports of football, men's basketball and men's ice hockey.

**c.** By mutual agreement, the two Directors involved may set special prices for promotional purposes for an individual football game.

**d. Student Ticket Prices – Conference Championship Events.** Students from all institutions shall be eligible for student ticket prices if so offered by the host institution at Big Ten championship and tournament events. *(Revised 5/17/03; effective 8/1/03)*

**2. Visiting Team Ticket Allotments** (Also See Agreement 16.2.1 for Complimentary Admission Policies)

**a. Football.** Big Ten football fans have a rich tradition of supporting their teams by traveling to games played at opposing Big Ten sites. To help maintain this tradition, home teams are committed to provide the following:

**1)** If requested, a maximum of 3,000 football tickets shall be allotted to the visiting team university. The location of 100 of these tickets shall begin at the 20-yard line, above the fifth row, in the permanent seating of the stadium. The remaining 2,900 tickets shall be contiguously allocated at the discretion of the host university. *(Revised and effective 2/27/06)*

**2)** Any additional tickets requested over the first 3,000 shall be in a continuous band insofar as possible. *(Revised and effective 2/27/06)*

**3)** Every effort shall be made to provide the tickets requested by August 1.

**4)** The visiting team university shall account for all tickets issued at their established price.

**5)** For all Conference games, unless the visiting team receives prior written approval from the home team, the visiting team shall return for credit all tickets over 200 no later than three Mondays prior to the game, and no more than 100 tickets plus player complimentary pass seats may be returned for credit after the close of business on Friday of game week. *(Revised & effective 8/4/93; revised and effective 2/27/06)*

**b. Men's Basketball.** 100 tickets shall be made available on a complimentary basis to a visiting institution. The location of 36 of these tickets shall be behind the visiting university's bench. Institutions are encouraged to enter reciprocal agreements with one another if it is mutually determined that they wish to provide a greater number and/or a better allocation of visiting team tickets than what is required *(Revised & effective 10/5/05; reaffirmed & revised 6/9/09)*

**c. Women's Basketball.** A maximum of 60 complimentary admissions located behind the visiting team bench shall be allotted at no charge to

Conference institutions. An additional 40 tickets shall be made available for purchase by the visiting team. *(Revised 7/24/96; revised & effective 9/29/97)*

    **d.**    **Women's Volleyball.** A total of 64 complimentary admissions shall be allotted at no charge to a visiting institution. The location of 36 of these seats shall be behind the visiting university's bench. *(Revised 5/24/99 & effective 8/1/99; editorial revision 7/07 to reflect 8/06 change in travel squad limit from 15 to 16; Revised 5/13/14 & effective 8/1/14; Revised 5/15/17 & effective 8/1/17)*

    **e.**    **Men's Ice Hockey.** The visiting team shall receive 75 complimentary tickets behind the visiting team bench. The option to purchase additional tickets, if available, will be coordinated at the institutional level. *(Adopted 2/25/13 & effective 8/1/13)*

    **3.**    **Press.** Members of the working press may receive a press pass only.

    **4.**    **Press Box Policies – Football.** *See Football Game Management Manual (http://office.bigten.org/manuals/pdfs/fb-gamemgt.pdf)*

**17.1.E Administration of Officials.** In addition to the following provisions, see the Game Management Manuals for additional sport-specific policies, if applicable.

    **1.**    **Appointment and Assignment.** The Conference office shall be responsible for the assignment, training, and evaluation of officials for baseball, men's and women's basketball, field hockey, football, men's ice hockey, women's lacrosse, men's and women's tennis (conference matches only), men's and women's soccer, softball, volleyball, and wrestling. *(Revised & effective 2/19/18; revised & effective 7/15/20; revised & effective 8/11/21)*

    **2.**    **Policy on Redlining Officials.** Coaches in all sports are prohibited from attempting to influence in any way the assignment of or release of any game official. For sports with a Coordinator of Officials hired by the Conference office: *(Adopted and effective 5/19/06)*

        **a.**    All assignments made by the coordinator are final.

        **b.**    Coaches shall use their sport's formal evaluation procedures to evaluate officials and should contact the coordinator with specific concerns.

        **c.**    The coordinator will be responsible for conducting annual performance reviews of all Conference officials in the sport with input from coaches. The coordinator shall work with the coaches group to ensure a fair process for coaches to provide written evaluations of officials.

        **d.**    The coordinator shall fulfill all other duties as assigned by the Conference. Coaches will be given the opportunity to provide input on the coordinator's performance on an annual basis.

    **3.**    **Conflict of Interest Policy.** A person shall not be appointed or retained as an official if the person's other employment or conditions might affect the efficiency or quality of the person's officiating. The following individuals are prohibited

from serving as officials for conference events during the regular season and championship/tournament: *(Effective 8/1/07; Revised & effective 2/22/16)*

    **a.**    Immediate family members;

    **b.**    Current coach or individual affiliated with a current program;

    **c.**    Individual involved in a personal relationship with a coach/student-athlete;

    **d.**    Student at a Conference university.

Any person employed by a Conference university shall only be appointed as an official if it is deemed by the Conference office that no conflict of interest exists.

**4.**    **Complimentary Admissions.** All officials may receive a maximum of two complimentary admissions for each game officiated. Football officials should contact the ticket manager for any additional tickets. Refer to the men's and women's basketball and men's ice hockey game management manuals for information regarding the administration of complimentary admissions for officials in those sports. *(Editorial revision 7/11; 8/13).*

**5.**    **Publicity.** Publicity shall not be given to the assignment of officials. Names of officials are to be announced only in the press box at game time.

**6.**    **Fees and Expenses**. Contact the Conference office for information on fees and expenses for officials. *(Editorial revision 8/14)*

**17.1.F   Radio, Television, Press Policies.** Terms and conditions of Conference agreements govern television policies. See the Game Management Manual for details on radio and press box policies.

**17.1.G   Jewelry.** No jewelry may be worn in competition or practices for the following sports: men's basketball, women's basketball, baseball, football, men's gymnastics, women's gymnastics, men's ice hockey, men's lacrosse, women's lacrosse, men's soccer, women's soccer, volleyball or wrestling, with the exception that one pair of stud earrings may be worn by student-athletes in women's gymnastics (one stud earring per ear). For all other sports, jewelry is defined to include all forms of body piercing and other ornamentation that could cause injury to the wearer or other participants. For the sports of field hockey and softball, NCAA rules regarding jewelry shall be followed. Tongue studs are specifically prohibited for competition and practices in all sports. *(Revised 5/24/99, effective 8/1/99; revised & effective 10/5/99; Revised & effective 5/04; Editorial revision 2/21/12; Editorial revision (men's ice hockey) 8/13; revised 2/25/13 & effective 8/1/13 (field hockey); staff revision 8/14 (addition of lacrosse))*

**17.29 Playing Rules.** The playing rules of the National Collegiate Athletic Association shall be followed in all sports for which rules are published, except as they may be modified by the Administrators Council. Proposals for rules interpretations and modifications recommended by Conference coaches shall be subject to approval by the Administrators Council. *(Revised 2/24/14 and effective 8/1/14).*

**A.**    **Policy for Suspended Big Ten Football Games** *(Adopted and effective 10/3/11)*

**1.**    Authority to delay the start of a game up until kickoff is vested solely in the home team's game management, which shall communicate such to the visiting team and game officials in a timely and effective manner.

**2.**    Authority to suspend a game once it has started is vested solely in the game officials, who will adhere to Section 3, Article 3 of 2013 and 2014 NCAA Football Rules and Interpretations (Referee's Discretionary Timeout).

**3.**    If the game is suspended during play, every effort should be made by game officials and game management to continue it as soon as conditions allow, with the safety of student-athletes and spectators of paramount concern in the decision of when it can be resumed.

**4.**    If a game is suspended and cannot be resumed, the following policy will apply:

**a.**    If fewer than four periods of the game have been completed and the game is not the Conference Championship game, there are four possible options:

**1)**    Resume the game at later date;
**2)**    Terminate the game with a determined final score;
**3)**    Forfeit the game; or
**4)**    Declare a "no contest."

The Directors of Athletics of the two participating teams, upon consultation with the Conference office, will decide the applicable option and, if the decision is to resume the game at later date, when and where the game shall be rescheduled. If the Directors of Athletics cannot agree on an option or on all details about the resumption of the game, the decision on the option and, if applicable, the details of a resumed game will be made by the Conference Commissioner. Any such decision by the Directors of Athletics must be made within 48 hours of the suspension of game. If applicable, any such decision by the Conference Commissioner should be made within 72 hours after the suspension of the game.

Notwithstanding the preceding provisions of this subparagraph 4.a., if the suspended game has a bearing on the Conference Championship, the Conference's representative in the Rose Bowl or Bowl Championship Series, any Member Institution's eligibility to participate in post-season play or opportunity to gain the best possible bowl berth, the game will be resumed at a later date unless both participating institutions and the Conference Commissioner agree not to resume the contest.

**b.**    If the game is the Conference Championship game and has not been completed whether or not before or after four periods of play, the game shall be resumed at a later date as soon as practicable as determined by the Conference Commissioner in consultation with the Directors of Athletics of the participating teams.

96

## AGREEMENT 18.  DETERMINATION OF CONFERENCE CHAMPION
## AND NCAA AUTOMATIC QUALIFIER

**18.3.   DETERMINATION OF CONFERENCE CHAMPION.** A sport is considered a Conference sport in which a champion is declared when six or more Conference universities sponsor varsity teams in that sport. The Conference Championships Manual provides specific information on the governance of championships for these sports. The Conference champion shall be determined as follows:

**A.**   **Championship Event**. Conference champions shall be determined by championship events in the following sports:

| | |
|---|---|
| Men's Cross Country | Men's Indoor Track and Field |
| Football *(Revised 7/11)* | Men's Outdoor Track and Field |
| Men's Golf | Wrestling |
| Men's Gymnastics | |
| Men's Swimming and Diving | |
| | |
| Women's Cross Country | Women's Indoor Track and Field |
| Women's Golf | Women's Outdoor Track and Field |
| Women's Gymnastics | |
| Women's Rowing *(Effective 8/1/99)* | |
| Women's Swimming and Diving | |

**B.**   **Conference Win/Loss Record or Point Total.** The Conference champion for the following sports shall be the team with the best win/loss record (or point total where applicable) in the regular season Conference schedule:

Baseball
Men's Basketball
Men's Ice Hockey (Highest Point Total)
Men's Lacrosse
Men's Soccer (Highest Point Total) *(Revised 2/24/09)*
Men's Tennis *(Revised 10/7/08)*

Women's Basketball
Field Hockey (Highest Point Total)
Women's Lacrosse
Women's Soccer (Highest Point Total)
Softball          (The champion must play a minimum of 18 of its scheduled
                  Conference games.) *(Revised 5/24/99& effective 8/1/99; Revised
                  & effective 2/21/12)*
Women's Tennis *(Revised 2/19/08)*
Volleyball

## 18.5.  DETERMINATION OF NCAA AUTOMATIC QUALIFIER.

The Conference shall annually submit applications for automatic qualification to NCAA championships for a Conference representative in all sports where such is available. The Conference automatic qualifier shall be determined in accordance with the applicable provisions set forth in each sport's respective Big Ten Tournament or Championship Manual (refer to http://office.bigten.org/manuals).

For sports that do not have NCAA automatic qualification, the conditions of NCAA Executive Regulation 31.3.3 shall be applied, except where exempted by action of the Administrators Council.

***Any team ineligible for NCAA Championships for any reason is ineligible for participation in Big Ten postseason championships/tournaments.***  *(Revised 2/21/12 & effective 8/1/12)*

## POSTSEASON FOOTBALL AND FINANCIAL ADMINISTRATION

**AGR 18.  POSTSEASON FOOTBALL**
18.7    Administration of Postseason Football
      A.      Conference Championship Game
      B.      Team Selection – College Football Playoff & Other Contracted Bowls
      C.      Bowl Ticket Policies
      D.      Bowl Financial Policies
      E.      Bowl Travel Party Guidelines

**AGR 31. FINANCIAL ADMINISTRATION**

**18.7    ADMINISTRATION OF POSTSEASON FOOTBALL**

*Except where specified by Conference Rules or Agreements, all matters relating to participation in a postseason football bowl game shall be governed by NCAA rules.*

*The Commissioner shall make available the services of the Conference office to participating schools in making advance and other arrangements for game participation. The Commissioner shall maintain liaison, on behalf of Conference interests with the College Football Playoff, the Rose Bowl and Tournament of Roses Association, contract bowls, and other bowl participation.*

    **A.**    **Conference Championship Game.** The participants in the Big Ten Football Championship Game will be determined by the following tiebreaker. The Big Ten championship will be decided by a game played between the two division champions. A team or teams that are not eligible to participate in a postseason football bowl game as a result of NCAA and/or Big Ten sanctions shall not be eligible to participate in the Big Ten Football Championship Game. The winner of the Big Ten Football Championship Game will represent the conference in one of the bowls that comprise the College Football Playoff - the Cotton, Fiesta, Orange, Peach, Rose, or Sugar Bowl. If the Big Ten Champion is ranked No. 1, 2, 3, or 4 in the final College Football Playoff poll, the team will play in a semifinal game. Otherwise, the Big Ten Champion will play in the Rose Bowl Game (when not hosting a semifinal) or the Cotton, Fiesta, or Peach Bowl. *(Revised & effective 8/20/14; revised & effective 8/26/21).*

        **1.**    **Conference Championship Game Participants.** The championship game participant and division champion from each division will be determined by the following:

            **a.**    If all conference games are completed as scheduled, the team with the best winning percentage in all conference games.

            **b.**    In the event of an unbalanced schedule due to cancellation of games, the following shall apply:

99

**1)** If two (or more) teams have the same number of conference losses but a different number of conference wins, head-to-head results (if applicable) will take precedence over winning percentage.

**2)** If the game was cancelled between two teams with the same winning percentage in all conference games or the same number of conference losses but a different number of conference wins, move to tiebreaker for two teams below.

**3)** If a game or games was cancelled between three or more teams with the same winning percentage in all conference games or the same number of conference losses but a different number of conference wins, move to tiebreaker for three or more teams below.

**4)** The team or teams with the best winning percentage in all conference games and both championship game participants will earn at least a share of the division championship.

**2. Divisional Tiebreaker Procedures.** The following procedure will determine the championship game participant and/or division champion from each division in the event of a tie per above language:

  **a.** If two teams are tied per above language, steps 1 through 8 will be followed until a determination is made:

    **1)** The winner of the game between the two tied teams shall be the representative. If the game was cancelled between the two teams, move to next step in tiebreaker.

    **2)** The records of the two tied teams will be compared based on winning percentage within their division:
      (a) In the event of an unbalanced schedule:
        i. If two teams have the same number of division losses but a different number of division wins, move to next step in tiebreaker.
        ii. If two teams have a different number of division losses, the teams will be compared based on winning percentage within their division.

    **3)** The records of the two tied teams will be compared based on winning percentage against the next highest placed teams in their division in order of finish (3, 4, 5, 6, and 7):

(a) When arriving at a group of tied teams while comparing records, use each team's record based on winning percentage against the collective tied teams as a group, rather than record against the individual teams.

(b) In the event of an unbalanced schedule:

    i.    If one or both teams did not play a certain team, move to the next highest placed teams in their division in order of finish.

    ii.    If one or both teams did not play all teams in the group of tied teams, move to the next highest placed team or teams in their division in order of finish.

    iii.    If one or both teams did not play the lowest placed team in their division, move to next step in tiebreaker.

**4)** The records of the two tied teams will be compared based on winning percentage against all common conference opponents.

**5)** The records of the two tied teams will be compared based on the best cumulative conference winning percentage of non-divisional opponents:

(a) Example: East 1 non-divisional opponents are 20-7, East 2 non-divisional opponents are 19-8 – East 1 would be the representative.

(b) In the event of an unbalanced schedule, the records of the two tied teams will be compared based on the best cumulative conference winning percentage of non-divisional opponents, regardless of how many non-divisional opponents each team played. If one or both teams played no non-divisional opponents, move to next step in tiebreaker.

**6)** The records of the two tied teams will be compared based on winning percentage against the highest placed non-divisional teams in their division order of finish (1, 2, 3, 4, 5, 6, and 7):

(a) When arriving at a group of tied teams while comparing records, use each team's record based on winning percentage against the collective tied teams as a group, rather than record against the individual teams.

(b) When comparing records against a single team or a group of teams, the record will prevail, even if the number of games played against the team or group are unequal (i.e. 1-0 is better than 0-0, 2-0 is better than 1-0, etc.).

**7)** The team with the best overall winning percentage [excluding exempted games] shall be the representative, regardless of number of games played.

**8)** The representative will be chosen by random draw.

**b.** If three or more teams are tied per above language, steps 1 through 8 will be followed until a determination is made. If only two teams remain tied after any step (or sub-step), the winner of the game between the two tied teams shall be the representative. If the game between the two teams was cancelled, move to two-team tiebreaker above. If three or more teams remain tied after any step, move to next step in tiebreaker with remaining tied teams.

1) The records of the three (or more) tied teams will be compared based on winning percentage in games between the tied teams:
   (a) Example: East 1 is 2-0 in games between the tied teams with wins over East 2 and 3 – East 1 would be the representative.
   (b) In the event of an unbalanced schedule, if one or multiple teams did not play all teams in the group of tied teams, move to next step in tiebreaker.

2) The records of the three (or more) tied teams will be compared based on winning percentage within their division:
   (a) In the event of an unbalance schedule:
       i.   If all teams have the same number of division losses but a different number of division wins, move to next step in tiebreaker.
       ii.  If all teams have a different number of division losses, the teams will be compared based on winning percentage within their division.
       iii. If some teams have one division loss and some teams have two or more division losses, the teams will be compared based on winning percentage within their division. If multiple teams are separated from the group with the best winning percentage, move to next step in tiebreaker with those teams.

3) The records of the three (or more) tied teams will be compared based on winning percentage against the next highest placed teams in their division in order of finish (4, 5, 6, and 7):
   (a) When arriving at a group of tied teams while comparing records, use each team's record based on winning percentage against the collective tied teams as a group, rather than record against the individual teams.
   (b) In the event of an unbalanced schedule:
       i.   If one or all teams did not play a certain team, move to the next highest placed teams in their division in order of finished.
       ii.  If one or all teams did not play all teams in the group of tied teams, move to the next highest placed teams in their division in order of finish.
       iii. If one or all teams did not play the lowest placed team in their division, move to next step in tiebreaker.

4) The records of the three (or more) tied teams will be compared based on winning percentage against all common conference opponents.

5) The records of the three (or more) tied teams will be compared based on the best cumulative conference winning percentage of non-divisional opponents:
   (a) Example: East 1 non-divisional opponents are 20-7, East 2 non-divisional opponents are 19-8, East 3 non-divisional opponents are 14-13 – East 1 would be the representative.

     (b) In the event of an unbalanced schedule, the records of the three (or more) tied teams will be compared based on the best cumulative conference winning percentage of non-divisional opponents, regardless of how many non-divisional opponents each team played. If one or more teams played no non-divisional opponents, move to next step in tiebreaker.

**6)** The records of the three (or more) tied teams will be compared based on winning percentage against the highest placed non-divisional teams in their division order of finish (1, 2, 3, 4, 5, 6, and 7):

     (a) When arriving at a group of tied teams while comparing records, use each team's record based on winning percentage against the collective tied teams as a group, rather than record against the individual teams.

     (b) When comparing records against a single team or a group of teams, the record will prevail, even if the number of games played against the team or group are unequal (i.e. 1-0 is better than 0-0, 2-0 is better than 1-0, etc.)

**7)** The team with the best overall winning percentage [excluding exempted games] shall be the representative, regardless of number of games played.

**8)** The representative will be chosen by <u>random</u> draw.

**3. Ineligible Division Champion(s).** If one or both of the Big Ten division champions is ineligible to play in the Big Ten Championship Game, then the participant(s) in the Big Ten Championship Game shall be determined by the following procedure:

**a.** If the ineligible team is tied for the division championship, then the team it tied with shall be the Big Ten Championship Game representative.

**b.** If two or more teams are tied with an ineligible team for the division championship, then the ineligible team is removed and the remaining teams revert to the tie-break procedure.

**c.** The division runner-up shall be the Big Ten Championship Game representative.

**d.** If there is a division runner-up tie, then the tied teams shall revert to the tie-break procedure.

**4. Championship Game Not Played.** If the championship game cannot be played (due to any reason beyond the control of the Big Ten Conference), the two division champions (using divisional tie-breakers as set forth above) shall be declared co-champions and the following procedure will be used to determine the Big Ten Conference representative to the College Football Playoff:

    **a.**  Teams ranked No. 1, 2, 3, or 4 in the final College Football Playoff poll will automatically be placed in the College Football Playoff.

    **b.**  If the two divisional representatives met previously in the season and neither is ranked No. 1, 2, 3, or 4 in the final College Football Playoff poll, the team ranked highest in the final poll shall be the representative to the College Football Playoff, unless the other team is ranked within five or fewer places of the higher ranked team. In this case, the head-to-head results of the two teams shall determine the conference's representative.

    **c.**  If the two divisional representatives did not meet previously during the season, the team ranked highest in the College Football Playoff poll shall be the representative.

    **d.**  If the two teams are tied in the College Football Playoff poll, the team with the best overall Big Ten record based on winning percentage shall be the representative.

    **e.**  If the two teams remain tied after d), the team with the best combined record based on winning percentage of the tied teams against all common Big Ten opponents each team played that season shall be the representative.

    **f.**  If the two teams remain tied after e), the representative will be the team with the best overall winning percentage.

    **g.**  If the two teams remain tied after f), the representative will be the team furthest removed from College Football Playoff, Bowl Championships Series or Rose Bowl Game participation (as appropriate).

    **h.**  If the two teams remain tied after g), the representative shall be determined by a random draw.

**B.**  **Bowl Games - Selection of Teams.** All invitations for bowl games shall be coordinated through the Commissioner's office to facilitate communication among Conference members. Ineligible teams shall not be available for selection by any bowl. Conference bowl representatives shall be determined by the procedures described below.

    **1.**  **College Football Playoff.** The College Football Playoff consists of two semifinal games, which rotate among the Cotton, Fiesta, Orange, Peach, Rose and Sugar Bowls, and a national championship game. The Orange, Rose and Sugar Bowls participate in the College Football Playoff arrangement when they host a Playoff Semifinal; the Cotton, Fiesta and Peach bowls will participate every season.

        **a.**  **College Football Playoff Semifinal Games.** In the event the conference has one or more football teams ranked No. 1, 2, 3, or 4 in the final College Football Playoff poll, these conference team(s) shall participate in a College Football Playoff Semifinal Game.

       **b.**    **Rose Bowl.** In years the Rose Bowl does not host a College Football Playoff Semifinal Game, the Conference champion shall participate in the Rose Bowl. The team that wins the Big Ten football championship game shall be the Conference champion and play in the Rose Bowl. *(Revised and effective 10/6/14).*

       **c.**    **Orange Bowl.** A Big Ten team will be selected a minimum of three times and a maximum of five times in years the Orange Bowl does not host a College Football Playoff Semifinal Game. The Big Ten Champion will never be selected to participate the Orange Bowl during these years. The Orange Bowl will select its participating teams after the No. 1, 2, 3, and 4 ranked teams are assigned to the two College Football Playoff Semifinal Games and the Rose Bowl has selected (or been assigned) its teams. The Orange Bowl will select the highest ranked (according to the final College Football Playoff poll) non-champion Big Ten team if the highest ranked non-champion Big Ten team is ranked higher than the highest ranked non-champion team from the SEC and Notre Dame.

       **d.**    **Cotton, Fiesta and Peach Bowls.** At-large selection to participate in the Cotton, Fiesta and Peach Bowls will be determined by the College Football Playoff selection committee.

  **2.**    **Contract Bowls.** The Conference has agreements with the Citrus Bowl, ReliaQuest Bowl, Music City Bowl, Las Vegas Bowl, Pinstripe Bowl, Duke Mayo Bowl, Guaranteed Rate Bowl, and Quick Lane Bowl following the 2020-25 regular seasons. These contract bowls will make their selection of Conference bowl eligible teams in accordance with the selection procedures specified in their respective agreements with the Conference. Conference teams invited to participate in a contract bowl are obligated to accept such invitation. *(Revised & effective 7/1/20; Editorial revision 8/11/20; editorial revision 7/21/22)*

  **3.**    **Other Bowls.** If there are bowl eligible Conference teams remaining after the Conference's contract bowls have been filled, the Conference office will work with these eligible teams in efforts to be selected by other NCAA-approved bowl games. The terms of participation in any non-contract bowl must be approved by the Council of Presidents/Chancellors.

**C.**    **Bowl Ticket Policies**

  **1.**    **Ticket Surcharges.** A charge of up to 15% of the ticket price to defray postage and distribution expense may be placed on all tickets sold by the participating school. *(Revised & effective 10/5/05)*

  **2.**    **Ticket Commitments.** Each bowl will make available and the participating team will be obligated to purchase the following number of tickets as set forth in the respective bowl agreements.

      **a.**     **College Football Playoff Championship Game.** Each participating team shall be allocated 20,000 tickets, 19,500 for purchase and 500 complimentary tickets for the school band. *(Revised & effective 10/6/14)*

      **b.**     **College Football Playoff Semifinal Games, Cotton, Fiesta, and Peach Bowls.** Each participating team shall be allocated 13,000 tickets, 12,500 for purchase and 500 complimentary tickets for the school band. *(Revised & effective 10/6/14)*

      **c.**     **Rose Bowl.** In years the Rose Bowl does not host a College Football Championship Semifinal Game, the Big Ten participant shall receive 22,000 tickets.

          **1)**     In years in which a Big Ten team is participating in the Rose Bowl, each non-participating Conference member and the Conference office shall be entitled to and financially responsible for an allocation of 200 game tickets.

      **d.**     **Contract Bowls**. *(Effective 2020-21 through 2025-26)*

          **1)**     Citrus Bowl – 9,000 tickets.

          **2)**     ReliaQuest Bowl – 8,500 tickets.

          **3)**     Music City Bowl – 5,000 tickets.

          **4)**     Las Vegas Bowl – $500,000 value.

          **5)**     Pinstripe Bowl – 7,500 tickets.

          **6)**     Duke's Mayo Bowl – $300,000 value.

          **7)**     Guaranteed Rate Bowl – 4,000 tickets.

          **8)**     Quick Lane Bowl -- $347,000 value.

**3.**     **Syndication of Unsold Tickets.** The cost of unsold, guaranteed bowl game tickets shall be syndicated among Conference universities.

**D.**     **Bowl Financial Policies**

**1.**     **Receipts and Authorized Participating Team Shares.** Expenses incurred by the participating team shall be paid from the respective authorized participating team share. Any expenses in excess of the authorized amount shall be paid by the participating institution. *(Editorial revision 7/13/20)*

**2.**     **Conference Revenue Sharing.** The net receipts (defined as gross bowl payouts less authorized participating team shares, less Conference office assessment, less

unsold ticket syndication expense and less Conference delegation and/or Conference staffing expenses) from participation in all postseason bowl games shall be divided equally among all universities, subject to any new member financial integration plan. *(Editorial revision 10/6/14)*

**3.     Non-contract Bowl Participation.** In the event a team is invited to participate in a non-contract bowl, no participating team share is defined. Therefore, the participating team will retain the net receipts from the bowl. No additional team share will be allocated from the Conference, so the institution shall be financially responsible for any expenses incurred beyond the financial resources provided by the bowl *(Adopted & effective 5/16/22)*.

**4.     Participating Team Shares of Bowl Revenue.**

a.      Each team that participates in a postseason bowl game is authorized to retain a pre-determined amount of bowl revenue to off-set travel and other expenses incurred by the participating institution. The participating team shares for contracted bowl games following the 2020-2025 regular football seasons are as follows *(Revised & effective 10/6/14; editorial revision 5/18; Revised 10/21/19, effective 7/1/20; revised 8/8/22)*:

| PARTICIPATING TEAM SHARES ('000's) | | | | | | |
|---|---|---|---|---|---|---|
| | 2020-21 | 2021-22 | 2022-23 | 2023-24 | 2024-25 | 2025-26 |
| ^CFP CG Miami, FL | $2,531 | - | - | - | - | - |
| ^CFP CG Indianapolis | - | $2,632 | - | - | - | - |
| CFP CG Los Angeles | - | - | $3,000 | - | - | - |
| ^CFP CG Houston | - | - | - | 2,847 | - | - |
| Rose | $2,900 | $2,950 | $3,000 | $3,050 | $3,100 | $3,150 |
| ^Sugar | $2,531 | - | - | $2,847 | - | - |
| ^Orange | $2,531 | $2,632 | $2,737 | $2,847 | $2,960 | $3,079 |
| ^Cotton | $2,531 | $2,632 | $2,737 | $2,847 | $3,960 | $3,079 |
| Fiesta | $2,900 | $2,950 | $3,000 | $3,050 | $3,100 | $3,150 |
| ^Peach | $2,531 | $2,632 | $2,737 | $2,847 | $2,960 | $3,079 |
| Citrus | $2,150 | $2,175 | $2,200 | $2,225 | $2,250 | $2,275 |
| ReliaQuest | $2,150 | $2,175 | $2,200 | $2,225 | $2,250 | $2,275 |
| Las Vegas | - | $2,600 | - | $2,650 | - | $2,700 |
| Music City | $1,675 | $1,700 | $1,725 | $1,750 | $1,775 | $1,800 |
| Pinstripe# | $2,450 | $2,525 | $2,600 | $2,600 | $2,600 | $2,600 |
| Duke's Mayo (Charlotte) | $1,675 | - | $1,725 | - | $1,775 | - |
| *Guaranteed Rate (Phoenix) | $2,150 | $2,175 | $2,200 | $2,225 | $2,250 | $2,275 |
| *Redbox | $2,150 | $2,175 | $2,200 | $2,225 | $2,250 | $2,275 |
| *Quick Lane | $1,225 | $1,250 | $1,275 | $1,300 | $1,325 | $1,350 |

107

^Participating team share equal to amount reimbursed through CFP.
*Participating team shares is greater than minimum bowl payout (Guaranteed Rate Bowl payout partially based on net profit).
#Pinstripe Bowl payout is less than minimum bowl payout in 2021 and 2022 only.

**b.**     An institution that participates in a postseason bowl game may submit an appeal to the Administrators Council to increase the participating team share to off-set extraordinary expenses in a specific year. Such appeal must be made by the Director of Athletics of the participating institution and should be accompanied by a detailed expenditures budget that includes the names of the persons included in the institution's Travel Parties.

**E.     Guidelines for Travel Parties**

**1.     Participating Institution**

**a.     Official Party.** The Official Party shall be limited to the following persons and a spouse or guest: the chief executive officer of the university (president and/or chancellor), the vice-president responsible for intercollegiate athletics, the governor of the state, the governing board of the university, and the members of the committee, council or board having control of intercollegiate athletics at that university and the faculty representatives. The university may name others in substitution for any of the above designated persons, provided the number of persons shall not exceed the total number of persons originally calculated.

**b.     Team Party.** The participating team shall not be absent from classes for more than the day following the game to the extent that transportation is available. The size of the Team Party shall be determined by the individual institution's appropriate administrators. In the list of the names of the persons included in the Team Party, there shall be indication of the intended function of each (e.g., player, coach, trainer, manager, ticket manager, etc.). *(Revised & effective 2/27/06)*

**c.     Athletic Department Staff Family Party.** This Party shall include only the following persons: spouses or guests of Athletic Department staff personnel who have been assigned duties at the bowl, minor children living at home, wives of players, and all squad members in excess of the number taken in the Team Party. Expenses for the Athletic Department Staff Family Party shall be subject to the following limitations:

**1)**     The extra squad members, including student managers not in the Team Party, shall be part of the official student bowl tour, with arrangements made by the Athletic Department.

108

    **d.**       **Band.** The size, budget, departure and return dates of the official marching band and cheerleading party shall be determined by the individual institution's appropriate administrators. *(Revised & effective 10/9/01; revised & effective 2/27/06)*

    **e.**       **Other Representation – Participating University.** The participating university's Advisory Commission representative may represent the university at the bowl. That representative's actual expenses will be paid for by the participating university. Guidelines for spouse and dependent reimbursable expenses shall be determined by the participating university.

**2.**       **Official Representation – Nonparticipating Universities.**  See Appendix D.

## AGREEMENT 31.  FINANCIAL ADMINISTRATION

**31.1**   **Gate Receipts – Football and Men's Basketball.** *(Revised 6/7/94, effective 8/1/94)*

**A.**   **Football Gate Receipts.** After payment of local and state taxes, the gross gate receipts of football games between Conference universities shall be shared on a 65-35 percent basis with the visiting team receiving 35 percent or a minimum of $300,000 whichever is greater up to a maximum of $1,000,000. *(Updated 8/1/95; 8/1/96; 8/1/97; revised 6/3/01, effective 8/1/02; revised 12/4/05; effective 8/1/06)*

Gross receipts shall include the receipts from the sale of all tickets at their selling price(s) and the value of tickets included in suite sales, club seats, corporate sponsorships and barter arrangements where the institution receives anything of value in return for tickets. Fees collected, such as facility and processing shall not be included in the gross receipt calculation. Fees incurred, such as secondary market, management, and commission expenses shall not be deducted from the gross receipt calculation. For example, if a ticket is sold on the secondary market for $150 and the amount collected by the school is $142.50, figured as follows: $150 selling price – $7.50 commission = $142.50, then the amount recorded toward gate receipt shall be $150. *(Revised 10/17/00, effective 7/1/01; revised 10/21/19, effective 7/1/20)*

**1.**   **Accounting and Payments.** A full and complete accounting for all Conference games must be made not later than February 1 following the season on an approved Conference settlement form. Settlement forms and payments shall be forwarded to the Conference office on or before that date. Payments will be pooled and returned to the membership in equal shares. Ticket accounts between the competing universities must be settled within 60 days after the conclusion of the last Conference game. *(Revised & effective 7/25/96)*

**B.**   **Men's Basketball Gate Receipts – Regular Season.** After payment of local and state taxes, the gross gate receipts of men's basketball games between Conference universities shall be shared on a 65-35 percent basis with the visiting team receiving 35 percent or a minimum of $29,000 whichever is greater up to a maximum of $67,000. Gross receipts shall include the receipts from the sale of all tickets at their selling price(s) and the value of tickets included in suite sales, club seats, corporate sponsorships and barter arrangements where the institution receives anything of value in return for tickets. Fees collected, such as facility and processing shall not be included in the gross receipt calculation. Fees incurred, such as secondary market, management, and commission expenses shall not be deducted from the gross receipt calculation. *(Revised 10/17/00, effective 7/1/01; revised 10/21/19 & effective 7/1/20)*

**1.**   **Accounting and Payments.** A full and complete accounting for all Conference games must be made not later than May 15 following the season on an approved Conference settlement form. Settlement forms and payments shall be forwarded to the Conference office on or before that date. Payments will be pooled and returned to the membership in equal shares. Ticket accounts between the competing universities must be settled within 60 days after the conclusion of the

last Conference game. *(Revised & effective 10/27/94; revised & effective 7/25/96)*

**C.**     **Men's Basketball Receipts – Conference Tournament**. Net receipts (after tournament expenses have been paid) shall be shared equally among member institutions, subject to any new member financial integration plan. *(Adopted and effective 2/17/98; revised 6/5/11).*

**D.**     **Football Championship Game.** Net receipts (after game expenses have been paid) shall be shared equally among member institutions, subject to the any new member financial integration plan. *(Adopted 6/5/11).*

**31.2**   **Television Revenue Sharing.** Revenues generated from Conference television agreements shall be shared equally after the payment of approved expenses, subject to any new member financial integration plan. *(Revised 6/5/11).*

**31.3**   **Preseason Tournaments and Classics.** Revenues from a preseason tournament or classic shall not be shared.

**31.4**   **Sports Other than Football and Men's Basketball**

**A.**     A settlement or a financial report for a scheduled game or event is not necessary unless mutually agreed.

**B.**     Each university shall pay its own game and other expenses for a scheduled game or event unless mutually agreed.

**31.5**   **NCAA Revenue Distribution.**

**A.**     The following revenues received from the NCAA revenue distribution plan: Basketball Fund, Sports Sponsorship Fund, Grant-in-Aid Fund, Academic Performance Fund, and unbudgeted supplemental distributions from the NCAA shall be shared equally, subject to any new member financial integration plan. *(Revised 6/5/11; revised 7/15/20)*

**B.**     The following revenues received from the NCAA revenue distribution plan: Academic Enhancement Fund and Student Assistance Fund shall be distributed according to the approved NCAA formula and agreed upon Conference procedures. *(Adopted 12/10/90; Revised 12/92; 6/94; 5/96)*

**C.**     NCAA Men's Basketball Championship. Universities that participate in the NCAA Men's Basketball Championship shall receive the following revenue to help defray the cost of participation *(Revised 10/5/15; revised 8/8/22)*:

|  |  |
|---|---|
| 2nd and 3rd Round | $75,000 |
| Regional | Additional $100,000 |
| Final Four | Additional $200,000 |

# APPENDIX A
# ACTIONS AND EDITORIAL CHANGES TO THE BIG TEN CONFERENCE HANDBOOK

| 2021-22 Rule Citation | 2022-23 Rule Citation | Detail | Source of Change |
|---|---|---|---|
| 10.01 Agreement 10. Sportsmanship Policy – General Purpose and Scope | Same | Revised to reflect JG action to add clarifying sentence to specify that public comments (including on social media) made by student-athletes (or any other individuals covered by the policy) are subject to review and punishable in accordance with the terms of the policy. | Joint Group 1/21/22. |
| 11.1.D.1 Agreement 11. Conduct and Employment of Personnel - Conduct of Coaches Group – Duties of Coaches – Head Football Coaches | Same | Removal of "Big Ten Football Kickoff Luncheon" as required attendance since the event has been discontinued. | Staff editorial revision. |
| 14.3.B Credit-Hour Requirement – Eligibility at the Start of the Second Year – Exception – International Baccalaureate Credits | New | Revised to reflect FR action to adopt exception to Rule 14.3. | Faculty Representatives 2/21/22. |
| 14.3.C Credit-Hour Requirement – Eligibility at the Start of the Second Year – Exception – Dual Enrollment Credits | New | Revised to reflect FR action to adopt exception to Rule 14.3. | Faculty Representatives 5/16/22. |
| 16.8.2 Men's Travel Squad Limits – Cross Country | Same | Revised to reflect increase of travel squad limit for championship in cross country from 9 to 12. | Administrators Council 2/21/22. |
| 16.8.2 Men's Travel Squad Limits – Ice Hockey | Same | Revised to reflect change in travel squad policy—removal of requirement of traveling with 3 goaltenders to travel a total of 24. Teams are now permitted to travel 24 regardless of how many goaltenders travel. | Administrators Council 10/18/21. |
| 16.8.2 Men's Travel Squad Limits – Men's Swimming and Diving | Same | Revised to reflect increase of travel squad limit for regular season in men's swimming & diving from 24 to 26. | Administrators Council 2/21/22. |
| 16.8.2 Women's Travel Squad Limits – Cross Country | Same | Revised to reflect increase of travel squad limit for championship in cross country from 9 to 12. | Administrators Council 2/21/22. |
| 16.8.2 Women's Travel Squad Limits – Volleyball | Same | Revised to reflect change in travel squad policy—removal of charter requirement in order to bring 18. Teams are now permitted to travel 18 regardless of using a charter. | Administrators Council 5/17/21. |
| 16.8.3.B Official Travel Party | Same | Revised to reflect AC action prohibiting a student-athlete who is ineligible to practice from being a part of the official travel party. | Administrators Council 8/16/22. |
| 18.7.B.2 – Administration of Postseason Football – Bowl Games – Selection of Teams – Contract Bowls | Same | Revised to reflect bowl name change from the Outback Bowl to the ReliaQuest Bowl. | Staff editorial revision. |

| | | | |
|---|---|---|---|
| 18.7.C.2.d – Administration of Postseason Football – Bowl Ticket Policies – Ticket Commitments – Contract Bowls. | Same | Revised to reflect bowl name change from the Outback Bowl to the ReliaQuest Bowl. | Staff editorial revision. |
| 18.7.3.D.3.(2) Administration of Postseason Football – Bowl Financial Policies – Non-contract Bowl Participation | New | Language to reflect AC action to clarify that the institution shall be financially responsible for any expenses incurred beyond the financial resources provided by the bowl. | Administrators Council 5/16/22. |
| 18.7.3.D.4.a Administration of Postseason Football – Bowl Financial Policies – Participating Team Shares of Bowl Revenue | Same | Language to clarify that participating team shares are for contracted bowl games. | Staff editorial revision. |
| 18.7.3.D.4.a Administration of Postseason Football – Bowl Financial Policies – Participating Team Shares of Bowl Revenue | Same | Revised to reflect bowl name change from the Outback Bowl to the ReliaQuest Bowl. | Staff editorial revision |
| Appendix C: Big Ten Conference Forfeiture Guidelines | Same | Revised to reflect AC action to update COVID-19 forfeiture policy. | Administrators Council 12/28/21. |

**APPENDIX B**
**CONFERENCE CHAMPIONSHIP/TOURNAMENT DEPARTURE REQUIREMENTS IN EFFECT FOR 2022-23**

**Exception/Waiver Instructions:**
In all sports, submit the "request/reporting form for institutional exception of Big Ten departure requirements" via email to Fred Krauss (fkrauss@bigten.org).

*(As of 7/12/07; revised 6/25/08; revised 7/09; staff revision 7/10; revised 7/11; revised 7/12; revised 5/14/13; revised 8/14; revised 5/17; revised 5/18; revised 5/19; subject to change)*

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Men's & Women's Cross Country<br>Oct. 28<br>Michigan | **After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on Wednesday prior to the Friday championships. | Coaches' declaration meeting at 5:00 p.m. on Thursday. |
| Women's Soccer<br>Oct. 30 (Quarterfinals)<br>Nov. 3-6 (Semis/Final)<br><br>QF @ Seeds #1-#4<br>Semis/Final @<br>Lower.com Field<br>Columbus, OH | **Quarterfinals**<br>**Seeds 5-8: After 3:00 p.m. (local time of departing institution) on Friday.** After 3:00 p.m. on the Friday prior to the team's first competition on Sunday.<br>**Semis/Final**<br>**After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on the Wednesday prior to the team's first competition on Thursday.<br><br>*Teams shall return to campus as soon as possible following elimination from the tournament. | Coaches' meeting for remaining teams via conference call at 10:00 a.m. (CT) on the Monday preceding Semis/Final. |
| Field Hockey<br>Nov. 3-6<br>Ohio State | **Seeds 2-7: After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on the Wednesday prior to the team's first competition on Thursday.<br>**Seed 1: After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on the Thursday prior to the team's first competition on Friday.<br>*Teams shall return to campus immediately following elimination from the tournament or completion of the championship game. | Coaches' meeting via conference call at 11:00 a.m. (CT) on the Tuesday preceding the tournament. |

114

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Men's Soccer<br>Nov. 4 (Quarterfinals)<br>Nov. 9 (Semifinals)<br>Nov. 13 (Finals)<br><br>QF @ Seeds #1-4<br>Semifinals @ 2 Highest<br>Remaining Seeds<br>Final @ Highest<br>Remaining Seed | **Quarterfinals**<br>**Seeds 5-8: After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on the Thursday prior to the team's first competition on Friday.<br>**Semis**<br>**After 12:00 p.m. (local time of departing institution) on Tuesday.** After 12:00 p.m. on the Tuesday prior to the team's competition on Wednesday.<br>**Finals**<br>**Saturday prior to the team's competition on Sunday.** On the Saturday prior to the team's competition on Sunday.<br>*Teams shall return to campus as soon as possible following elimination from tournament. | Coaches' meeting via conference call at 10:00 a.m. (CT) on the Monday preceding Quarterfinals.<br><br>Coaches' meeting for remaining teams via conference call at 10:00 a.m. (CT) on the Monday preceding Semis/Final. |
| Football<br>Dec. 3<br>Indianapolis, IN | **After 8:00 p.m. (Eastern) on Thursday.** After 8:00 p.m. (Eastern) on the Thursday prior to the Saturday championship game. | Participating coaches' media teleconference on Sunday preceding the Football Championship Game. |
| Women's Swimming & Diving<br>Feb. 15-18<br>Michigan | **On Tuesday.** Teams shall depart in accordance with their assigned practice time on the Tuesday prior to the start of the championships on Wednesday. | Coaches' meeting at 12:00 p.m. (local time) on Wednesday. |
| Men's Swimming & Diving<br>Feb. 22-25<br>Michigan | **On Tuesday.** Teams shall depart in accordance with their assigned practice time on the Tuesday prior to the start of the championships on Wednesday. | Coaches' meeting at 12:00 p.m. (local time) on Wednesday. |
| Men's & Women's Indoor Track & Field<br>Feb. 24-25<br>SPIRE Institute<br>Geneva, OH | **After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on Wednesday prior to the start of the championships on Friday (1st comp. approx. 10:00 a.m. Friday). | Coaches' meeting at 5:30 p.m. (local time) on Thursday.<br><br>Second coaches' meeting immediately following the first day of competition at the championship site. |

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Women's Basketball<br>March 1-5<br>Target Center<br>Minneapolis, MN | Teams shall depart no earlier than 12:00 p.m. one day prior to the team's first competition. **Seeds 12-14: After 12:00 p.m. (local time of departing institution) on Tuesday.** After 12:00 p.m. on Tuesday prior to the team's first competition on Wednesday.<br>**Seeds 5-10: After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on Wednesday prior to the team's first competition on Thursday.<br>**Seeds 1-4: After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on Thursday prior to the team's first competition on Friday.<br>*Teams shall return to campus as soon as possible following elimination from tournament.<br><br>**Team on Spring Break:** A team on spring break may not leave until the day prior to its first competition. If the team's first competition is on Wednesday, the team may not leave campus until after 12:00 p.m. (local time) on Tuesday. If the team's first competition is on Thursday, the team may leave at any time on Wednesday. If the team's first competition is on Friday, the team may leave at any time on Thursday. | Coaches' media teleconference on Monday preceding the tournament. |
| Wrestling<br>March 4-5<br>Michigan | **Thursday.** No earlier than 48 hours prior to the start of weigh-ins on Day 1 (Saturday) of the Championships. *Note: Specific start time not set at time of Handbook publication. Please contact Logan Young (lyoung@bigten.org) for details.* | Coaches' meeting on the day prior to the first session. |
| Men's Basketball<br>March 8-12<br>United Center<br>Chicago, IL | Teams shall depart no earlier than 12:00 p.m. one day prior to the team's first competition.<br><br>**Seeds 11-14: After 12:00 p.m. (local time of departing institution) on Tuesday.** After 12:00 p.m. on Tuesday prior to the team's first competition on Wednesday.<br>**Seeds 5-10: After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on Wednesday prior to the team's first competition on Thursday.<br>**Seeds 1-4: After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on Thursday prior to the team's first competition on Friday.<br><br>**Team on Spring Break:** A team on spring break may not leave until the day prior to its first competition. If the team's first competition is on Wednesday, the team may not leave campus until after 12:00 p.m. (local time) on Tuesday. If the team's first competition is on Thursday, the team may leave at any time on Wednesday. If the team's first competition is on Friday, the team may leave at any time on Thursday. | Coaches' media teleconference on Monday preceding the tournament. |

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Men's Ice Hockey<br>March 3-5 (Quarterfinals)<br>March 11 (Semifinals)<br>March 18 (Finals)<br><br>*All games hosted at campus of higher seeds | **Quarterfinals**<br>**Seeds 5-7: After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on the Thursday prior to the team's first competition on Friday of the first weekend.<br>**Semifinals**<br>**Lower seeds: After 12:00 p.m. (local time of departing institution) on Friday.** Lower seeds traveling to the higher seeds' campus shall not depart prior to 12:00 p.m. (local time) on Friday before Saturday games.<br>**Final**<br>**Lower seed: After 12:00 p.m. (local time of departing institution) on Friday.** Lower seed traveling to the higher seed's campus shall not depart prior to 12:00 p.m. (local time) on Friday before Championship Game.<br><br>*Teams shall return to campus as soon as possible following elimination from tournament. | Head coaches' teleconference TBD. |
| Women's Gymnastics<br>March 18<br>Iowa | **After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on the Thursday prior to the start of the Championships on Saturday (departure is based on start of the rotation, which is scheduled to begin approx. 12:00 p.m.). | Coaches' meeting at 9:00 a.m. (local time) on Friday. |
| Men's Gymnastics<br>March 31-April 1<br>Ohio State | **After 3:00 p.m. (local time of departing institution) on Wednesday.** After 3:00 p.m. on the Wednesday prior to the start of the Championships on Friday. | Coaches' meeting at 9:00 a.m. (local time) on Friday. |
| Women's Golf<br>April 21-23<br>Fox Chapel Golf Course<br>Pittsburgh, PA | **After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on the Wednesday prior to the start of the Championships on Friday (1st comp. time TBD (Friday a.m.)). | Coaches will meet at the golf course at 4:00 p.m. (local time) on Thursday. |
| Women's Tennis<br>April 26-May 30<br>Purdue | **Seeds 11-14: After 12:00 p.m. (local time of departing institution) on Tuesday.** After 12:00 p.m. on Tuesday prior to the team's first competition on Wednesday.<br>**Seeds 5-10: After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on Wednesday prior to the team's first competition on Thursday.<br>**Seeds 1-4: After 12:00 p.m. (local time of departing institution) on Thursday.** After 12:00 p.m. on Thursday prior to the team's first competition on Friday.<br><br>Exceptions permitted for teams that play on Wednesday (seeds 11-14).<br>*No submission of reporting form to Conference office required for seeds 11-14.<br>*Teams shall return to campus immediately following elimination from tournament. | Coaches' meeting via conference call at 1:00 p.m. (CT) on the Monday preceding the tournament, in conjunction with the seeding call. |

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Men's Tennis<br>April 27-30<br>Indiana | **After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. (local time) on the Wednesday prior to the start of the tournament on Thursday (1st comp. on Thursday, time TBD by host). Exceptions permitted for teams that play on Thursday (seeds 7-10). For teams that do not start play until Friday (seeds 1-6), waivers to depart earlier shall be administered by the Joint Group members.<br><br>*No submission of reporting form to Conference office required for seeds that play on Thursday. | Coaches' meeting via conference call on Monday preceding the tournament, immediately following the seeding call. |
| Men's Golf<br>April 28-30<br>Galloway National Golf Club<br>Galloway, NJ | **After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on the Wednesday prior to the start of the Championships on Friday (1st comp. time TBD (Friday a.m.)). | Banquet on Thursday evening. Coaches' meeting on Thursday, prior to the banquet. |
| Men's Lacrosse<br>April 29 (Quarterfinals)<br>May 4-6 (Semis/Final)<br><br>QF @ #3 & #4 Seeds<br>Semis/Final @ Johns Hopkins | **Seeds 5-6: After 12:00 p.m. (local time of departing institution) on Friday.** After 12:00 p.m. on Friday the day prior to the start of their competition on Saturday of the first weekend of the tournament.<br>**Teams participating in the semifinals: After 12:00 p.m. (local time of departing institution) on Wednesday.** Teams participating in the semifinals shall not depart earlier than 12:00 p.m. local time Wednesday prior to their first competition on Thursday of the second weekend of the tournament.<br><br>**Final Exams:** No student-athlete on a team seeded #5 or #6 shall leave campus until after his final exams are completed on Friday of the first weekend. No student-athlete on the semifinal teams shall leave campus until after his final exams are completed on Wednesday of the second weekend. This may require a student-athlete to travel separately from the team. If an exam cannot be rescheduled, the student-athlete must remain on-campus to take the exam without pressure on the student-athlete or faculty to act otherwise. Study locations shall be provided for those student-athletes in reading/study periods.<br><br>*Teams shall return to campus as soon as possible following elimination from tournament.<br>**Departure requirements only apply to teams whose academic year has not officially ended. | Coaches' meeting via conference call at 10:00 a.m. (CT) on the Tuesday preceding the tournament. |

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Women's Lacrosse<br>April 29 (Quarterfinals)<br>May 4-6 (Semis/Final)<br><br>QF @ #2, #3, & #4 Seeds<br>Semis/Final @ Ohio State | **Seeds 5-7: After 12:00 p.m. (local time of departing institution) on Friday.** After 12:00 p.m. on Friday the day prior to the start of their competition on Saturday of the first weekend of the tournament.<br>**Teams participating in the semifinals: After 12:00 p.m. (local time of departing institution) on Wednesday.** Teams participating in the semifinals shall not depart earlier than 12:00 p.m. local time Wednesday prior to their first competition on Thursday of the second weekend of the tournament.<br><br>**Final Exams:** No student-athlete on a team seeded #5, #6, or #7 shall leave campus until after his final exams are completed on Friday of the first weekend. No student-athlete on the semifinal teams shall leave campus until after his final exams are completed on Wednesday of the second weekend. This may require a student-athlete to travel separately from the team. If an exam cannot be rescheduled, the student-athlete must remain on-campus to take the exam without pressure on the student-athlete or faculty to act otherwise. Study locations shall be provided for those student-athletes in reading/study periods.<br><br>*Teams shall return to campus as soon as possible following elimination from tournament.<br>**Departure requirements only apply to teams whose academic year has not officially ended. | Coaches' meeting via conference call at 10:00 a.m. (CT) on the Monday preceding the tournament. |
| Softball<br>May 10-13<br>Illinois | **After 12:00 p.m. (local time of departing institution) on Tuesday.** After 12:00 p.m. on Tuesday prior to the team's first competition on Wednesday (seeds #5-12). **OR**<br>**After 12:00 p.m. (local time of departing institution) on Wednesday.** After 12:00 p.m. on Wednesday prior to the team's first competition on Thursday (seeds 1-4).<br>**Final Exams:** No student-athlete shall leave campus until after her final exams are completed on Wednesday or Thursday. This may require a student-athlete to travel separately from the team. If an exam cannot be rescheduled, the student-athlete must remain on-campus to take the exam without pressure on the student-athlete or faculty to act otherwise. Study locations shall be provided for those student-athletes in reading/study periods.<br><br>*Teams shall return to campus as soon as possible following elimination from tournament.<br>**Departure requirements only apply to teams whose academic year has not officially ended. | Coaches' meeting via conference call at 10:00 a.m. (CT) on Monday preceding the tournament. |

| SPORT | BIG TEN DEPARTURE REQUIREMENT<br>Based on Current Date Formula and Format | MEETINGS/<br>SOCIAL EVENTS |
|---|---|---|
| Men's and Women's Outdoor Track & Field<br>May 12-14<br>Indiana | **Thursday (local time of departing institution).** No earlier than the Thursday prior to the Championships on Friday. (1st comp. approx. 12:00 p.m. on Friday).<br><br>*Departure requirements only apply to teams whose academic year has not officially ended. | Coaches' meetings:<br>• Thursday at 5:30 p.m. (local time)<br>• Friday and Saturday meetings held at the competition site immediately following competition. |
| Rowing<br>May 14<br>Indianapolis Rowing Center<br>Indianapolis, IN | **After 12:00 p.m. (local time of departing institution) on Friday.** All teams shall depart no earlier than 12:00 p.m. Friday prior to the competition on Sunday.<br><br>Teams must also comply with the following departure time parameters:<br><br>1. No student-athlete shall leave campus until after her final exams are completed on Friday.<br>2. If an exam cannot be rescheduled, the student-athlete must remain on-campus to take the exam without pressure on the student-athlete or faculty to act otherwise.<br>3. There shall be no practice at the site of the championships on Friday. Practice shall begin at 8:00 a.m. ET on Saturday.<br>*Departure requirements only apply to teams whose academic year has not officially ended. | Coaches' meeting via conference call in conjunction with championships seeding at 11:00 a.m. (CT) on the Monday preceding the championships. |
| Baseball<br>May 24-28<br>Charles Schwab Field<br>Omaha, NE | **After 12:00 p.m. (local time of departing institution) on Tuesday.** After 12:00 p.m. on the Tuesday prior to the start of the tournament on Wednesday. (8 teams total; 8 teams play on Day 1; 1st comp 9:00 a.m. on Day 1)<br><br>*Departure requirements only apply to teams whose academic year has not officially ended | Participating coaches' meeting with Coordinator of Officials on Tuesday, immediately prior to the press conference. Conference will notify umpires and coaches of time and location of meeting. |

# APPENDIX C

# BIG TEN CONFERENCE FORFEITURE GUIDELINES

*(Adopted and effective 8/9/93; revised & effective 12/15/05; revised & effective 5/16/17; revised & effective 8/20/21)*

The following guidelines are intended to establish policy and procedure for determining when an institution must forfeit a contest(s).

1.    **Forfeiture**

    A.    **Facility Adequacy**

        1)    Each Conference coaches group shall advise the appropriate administrative group as to facility adequacy for Conference competition. Each Conference coaches group, upon approval of the appropriate administrative group, may adopt national governing bodies standards for facilities or may choose to adopt its own standards. Athletic facility standards shall be specified in the Conference Game Management Manuals and Championship Manuals.

        2)    Each Conference institution has the responsibility to meet Conference facility standards as outlined in 1.A.1). If standards are met there shall be a presumption that facilities are adequate.

        3)    A visiting institution that declines to play in a facility of a Conference member that has been deemed adequate per 1.A.1) shall forfeit the scheduled contest. Such forfeiture shall be reported to the Conference Compliance Committee. The Compliance Committee may recommend to the Council of Presidents/Chancellors any additional penalties which may include ineligibility for a Conference championship or NCAA competition.

    B.    **Visiting Team Travel**

        1)    If a game has to be canceled or postponed due to the failure of the visiting team to report at the game site as scheduled for reasons other than no fault/force majeure situations noted in 2.A, the visiting team shall be subject to forfeiture as follows:

            a)    If the postponed event can be rescheduled during the regular playing season, it shall count in determining Conference standings once the contest is completed.

            b)    If the postponed event cannot be rescheduled, the visiting team shall forfeit the contest.

            *(Refer to Men's Basketball Game Management Manual for additional information on forfeitures fines for cancellations or postponement of games due to visiting team travel.)*

121

2.      **Weather - Disasters – Exigency**

    A.    Consistent with existing Conference agreements, and in consultation with the Conference office any contest that must be postponed due to any act of God, inevitable accident, strike or other labor dispute, fire, riot or civil commotion, government action or decree, inclement weather or for any other reason beyond the control of the participating teams ("force majeure"), shall be rescheduled as soon as is reasonably possible upon mutual consent of the participating teams and approval by the conference office per the procedures outline in 3.A-D.

    B.    If the postponed event can be rescheduled during the regular playing season, it shall count in determining Conference standings once the contest is completed.

    C.    If the postponed event cannot be rescheduled, a "no contest" shall be recorded.

3.      **Rescheduling**

    A.    The schools involved in the suspended or postponed contest(s) shall have 48 hours from the time of the suspension or from the originally scheduled start time, whichever is later, to reach mutual agreement regarding when to reschedule the game(s).

    B.    The conference office must approve the mutually agreed upon outcome with consideration given to student-athlete welfare, missed class time, and impact on the competitive standings of all conference teams relative to conference or national postseason competition.

    C.    If the schools cannot reach agreement on rescheduling the game(s) and/or the conference office does not approve the schools' proposed rescheduling of the game(s), then the conference office will take final action with consideration given to student-athlete welfare, missed class time, and impact on the competitive standings of all conference teams relative to conference or national postseason competition.

    D.    There is no appeal of the conference's actions, however, the Administrators Council will annually review the conference's actions and provide feedback as to whether the conference's actions are consistent with the membership's expectations.

    *(See Baseball and Softball Game Management Manuals for additional rescheduling policies applicable when visiting teams have left campus to travel to the host campus.)*

4.      **Student-Athlete Eligibility**

If a student-athlete is declared ineligible as a result of an NCAA ruling or action of the Conference Compliance Committee, the related forfeiture or competition shall be determined as follows:

122

**A.**     The Conference office will initiate a conference call involving the appropriate administrative group.

**B.**     If ruling is made during the regular season but prior to postseason competition and the ineligible student-athlete's participation is found to have resulted in some competitive advantage as determined by the appropriate administrative group, the affected institution will be required to forfeit Conference contests played to date. The Conference competitive standings will be adjusted accordingly. The appropriate administrative group may also recommend to the Council of Presidents/Chancellors the institution's eligibility for postseason competition. The decision of the administrative group will be final unless the Council of Presidents/Chancellors through the Commissioner, expresses a desire to review such administrative action.

**C.**     If ruling is made after all regular season competition and the ineligible student-athlete's participation is found to have resulted in some competitive advantage as determined by the appropriate administrative group, the affected institution will be required to forfeit Conference contests played to date. The Conference competitive standings will be adjusted accordingly. The appropriate administrative group may also recommend to the Council of Presidents/Chancellors the institution's eligibility for postseason competition. The decision of the administrative group will be final unless the Council of Presidents/Chancellors, through the Commissioner, expresses a desire to review such administrative action.

**5.     Interim Guidance for COVID-19 (SARS-CoV-2)**

*(Adopted and effective from 12/28/21 until rescinded by the Administrators Council.)*

**A.     Conference Competition.** If a team or teams is/are unable to participate in a scheduled Conference competition due to COVID-19 and as a result the competition is unable to occur on the calendar day on which it is scheduled, the competition will not automatically be considered a forfeiture. Upon review and approval by the Conference office, in consultation with the participating institutions and the Big Ten Chief Medical Officer, the competition may be rescheduled, or declared a no contest or a forfeiture. The Conference office will be responsible for rescheduling any conference competition postponed due to COVID-19.

123

# APPENDIX D

## OFFICIAL POSTSEASON BOWL REPRESENTATION FOR NONPARTICIPATING UNIVERSITIES

*(Revised and effective 7/15/97; revised 7/02; 7/03; 7/04; 7/06; staff revision 8/14; staff revision 8/19)*

**1.     Official Representation - Nonparticipating Universities**

Council of Presidents/Chancellors members and Joint Group members (Directors of Athletics, Senior Woman Administrators, Faculty Representatives) from non-participating universities, and from universities which play in a bowl game no later than December 28 will be invited to attend the Rose Bowl or designated College Football Playoff (CFP) game in which the conference is participating.  It is intended that social activities will foster interaction of the governance groups as well as with Tournament of Roses bowl personnel and association members and Pacific-12 Conference personnel, or personnel of the CFP and conference opponent. Additionally, the head football coach from each non-participating university may attend.

**2.     Reimbursement Guidelines for Official Representation by Nonparticipating Universities**

**A.**     Representation will consist of a delegate, delegates' spouse or guest and delegate's dependent(s) 18 years old and under, living at home. Dependents (other than spouse or guest) will receive only airfare reimbursement. Additionally, any reimbursement for dependents (other than spouse or guest) will be reported as taxable income to the IRS.

**B.**     Air travel arrangements must be obtained through the Big Ten Conference designated travel agency.

**C.**     A per diem will be approved annually.

**D.**     Hotel room and tax will be billed directly to the Big Ten Conference. All incidentals will be paid by guest upon check out. The Conference will pay for one room per representative.  Room nights will be limited to the duration of official bowl activities (e.g., if the Rose Bowl activities begin the evening of the 29th, and the game is on the 1st, representatives arrive on the 29th and must depart on the 2nd). *(Revised 7/04; revised 7/06)*

**E.**     Tickets to each event will be provided for the representative and guest.  Tickets which are made available to the Conference on a complimentary basis will be extended to the representatives' dependents. Dependents' tickets for which there is a charge will be paid for by the representative.

**F.**     Representatives are encouraged to attend "official" bowl functions and participate in any scheduled Conference functions.  Reimbursement will be provided for costs associated with these functions (e.g., rental of formal attire).

**G.**     Ground transportation to/from airport will not be reimbursed.

**H.**     Parking at the point of departure will be reimbursed.

## APPENDIX E

## GENDER EQUITY ACTION POLICY PLANS
### Adopted 6/8/92

**PHASE I – PARTICIPATION (1992-1997)**

In 1992, the Big Ten was the first Conference to voluntarily adopt participation goals for female student-athletes. This objective was Phase I of the Conference's Gender Equity Action Plan for conference members to commit to a 60%/40% male-female participation ratio over a five-year period. By 1997, the conference achieved the 40% female participation ratio; by 2000-01, 47% of student-athletes Conference-wide are female. In addition, 32 new sports programs were created and conference championships expanded from 10 to 13 for female student-athletes.

A.    **Policy**. The Big Ten Conference believes that a Conference Gender Equity Action Policy is required to address the historical imbalance in the level of male and female student-athlete participation in intercollegiate athletics. In that regard, The Conference members commit to a 60%/40% male-female participation level by June 30, 1997. This Gender Equity Action Policy, approved by the Council, is designed to implement this commitment through the member institutions by encouraging initiative, creativity, and leadership in the pursuit of the specified participation levels.

B.    **Progress Review.** The specific programs and procedures designed to achieve the levels are to be determined by each of the member institutions which will develop and submit a written plan setting forth the actions to be undertaken pursuant to the Policy. Such plan shall be submitted to the Council no later than June 30, 1993. Any amendments to this plan will be submitted to the Council promptly.

      Beginning in June, 1994, each member institution will present an annual report to the Council by June 1. The report will include a description of the actions taken by the member institution during the course of the preceding academic year in connection with this Policy and a report on the specific level of male-female student-athlete participation as of the date of the report.

C.    **Participation Levels**. Each institution is to attain a male-female participation level of 60%/40% prior to the end of the five-year period ending on June 30, 1997 through the implementation of positively directed, good faith efforts to promote female student-athletics. The Conference recognizes that the current levels of male-female student-athlete participation and the overall athletic programs differ at each of the member institutions. However, the Conference believes that the specified levels are attainable for all member institutions. The focus of the Gender Equity Action Policy is on the reasonable, good faith efforts adopted and implemented by the member institutions which are designed to set in motion the systems, programs, and procedures that will be effective in correcting the traditional imbalance in female athletics participation.

D.    **Procedures for Implementation**. As indicated above, this Policy seeks to encourage the initiative, creativity, and flexibility of its member institutions in striving to achieve the specified levels. Without limiting in any way other actions that may be taken to comply with this Policy, the following actions may be appropriate:

125

- Increased funding of female student-athlete programs (including, specifically, increased female student-athlete scholarships);

- Increased availability of programs to women;

- Encouragement of increased participation by women;

- Increased dissemination of information to female student-athletes (either attending the member institution or in the high schools) concerning programs available to women;

- Enhancement of public perception of female student-athlete programs;

- Reallocation of resources within the intercollegiate athletics program;

- Cap on squad sizes of men's sports.

E.  **Assuring Compliance with the Policy.** The Conference and the Council are committed to this Policy. Any member institution that refuses to implement good faith measures under this Policy or fails to make progress in the pursuit of those measures shall be subject to such sanctions as the Council determines from time to time to be appropriate.


**PHASE II – COMMUNICATION, EXPOSURE, OUTREACH, AND MONITORING (1997-2002)**
In order to continue the Big Ten's commitment to gender equity, Dream Big was implemented as an awareness program to help increase girls' participation sports at an early age.  During Phase II, the Dream Big message – "Her Future Begins with Sports" – was exposed to targeted groups to influence young girls' awareness: coaches (year one); teachers (year two); and parents (men specifically) through additional tournament support and public relations (year three).  In year four, Dream Big initiated the "Catch the Action Tour" as a vehicle to bring attention to and awareness of youth girls', grades K-8, participation in sports and the benefits it plays in their daily lives. The focus of the campaign includes a visit to each Big Ten university at least once throughout the year to help promote and increase attendance at a women's sporting event selected by respective institutions.

A.  **Policy.** The Big Ten believes that a Conference Gender Equity Communication Plan is required to increase the public awareness of the intrinsic value of the women's intercollegiate athletic competitive experience. Historically, the intercollegiate competitive experience was seen as an exclusively male activity. Over the past two decades this view has begun to change with more family, community and school programs encouraging young females to participate and compete. The Conference, by implementing a progressive community outreach and media plan focused on Big Ten women's intercollegiate athletic competition, can strengthen the perception and reality of the value of early female athletic participation. The Conference action plan will be broadly based and integrated throughout the Conference's multi-media outlets.

126

B.  **Media and Television.** Over the next 5-years (1997-2002), the Conference through various strategies will endeavor to increase the number of live women's intercollegiate athletic competitions available for viewing by the American public. In particular, the Conference will continue to expand the exposure of women's basketball and volleyball and, to the extent feasible, other Conference championship sports activities.

C.  **Sponsorship/Outreach.** Over the next five-years (1997-2002), the Conference through various strategies will endeavor to increase its outreach efforts into communities and K through 8 schools to the end that young girls become more familiar with the health and life benefits associated with participation and achievement of excellence in competitive athletics.

D.  **Institutional Cooperation.** Each member institution should endeavor to create outreach opportunities in local communities, grades K through 8, and cooperate in the efforts by the Conference to create improved external relations focused on the benefits associated with participation in women's intercollegiate athletics.

E.  **Budget Priority.** The Conference shall prioritize the funding of those activities described in sections A, B and C as it establishes its annual budget priorities. In addition, the Conference as it negotiates its television and corporate sponsorship agreements shall endeavor where feasible to create synergies which benefit the exposure of women's intercollegiate athletics.

F.  **Other Programs**. The Conference shall be alert to use new technologies, public service announcements and other methods of communication to emphasize the important value the Conference places on increasing participation by young girls in grades K through 8, thereby increasing the pool of young females interested in pursuing athletic participation into the secondary and post-secondary levels.

G.  **Assuring Compliance with the Policy**. The Conference and the Council are committed to this policy. The Conference shall report annually to the Council on the activities occurring under this plan and the Council shall receive reports with respect to the community outreach enacted under this plan by each of the member universities.

H.  **Participation Levels.** The Council shall continue to monitor on an annual basis the number of men's and women's sports and participants, as well as the relative percentage of male and female participants across the Conference and at each of the member schools.  Further, the Council shall annually review 5-year trends in this area to determine the number of increased opportunities for females and/or males, as well as the strategies which have been successful in achieving progress in addressing the historic under-representation of female student-athletes.

## PHASE III – INCREASING GAME ATTENDANCE (2002-2007)

Continuing its commitment to position the Conference and its institutions as leaders in efforts to increase and improve the participation of young girls and women in athletics, Phase III focused on developing strategies to increase in-game attendance for all Big Ten women's sporting events and sustained the effort to increase attendance at all Big Ten championships and tournaments, on and off campus. The Big Ten and Conference schools worked together to aggressively promote

and advertise all women's sport contests via marketing awareness campaigns, generated by branding, advertising, promotion, and media publicity of these events.

A.  **Policy.** Continuing its commitment to position the Conference and its institutions as leaders in efforts to increase and improve the participation of young girls and women in athletics, the Big Ten Conference believes that a Conference Gender Equity Action Plan is required to develop strategies to increase in-game attendance for all Big Ten women's sporting events. Phase III will also sustain the effort to increase attendance at all Big Ten championships and tournaments, on and off campus.

B.  **Procedure for Implementation.** The Big Ten and Conference schools will work together to aggressively promote and advertise all women's sport contests. The Conference will provide the schools with the tools to use for marketing these events.  In turn, the Conference will do its part to increase awareness of women's sports to complement the efforts of the individual schools, and will roll out an umbrella campaign to its member schools to increase attendance and market Big Ten women's sporting events. This will be accomplished through "awareness" generated by branding, advertising, promotion and publicity. After the campaign's rollout program to the schools, the Conference in conjunction with its member institutions will announce their plans nationally through a press conference/ release.

C.  **Institutional Cooperation.** The sports information departments at each school should be responsible for such tracking and reporting.  The Conference will be responsible for setting up a template for schools to submit on line reporting. The information is then posted weekly on the Big Ten web site, either through e-mails or such vehicles as the weekly good news "newsletter."

D.  **Monitoring and Reporting.** The Conference and each member institution will be responsible for tracking attendance numbers in order to provide an annual review of women's sports attendance figures. To make the effort legitimate, the Conference will create a policy that includes tracking attendance for all women's sporting events for which championships are held: basketball, cross country, field hockey, golf, gymnastics, rowing, soccer, softball, swimming and diving, tennis, indoor track and field, outdoor track and field and volleyball. Attendance for basketball and volleyball will be obtained by tracking ticket sales, while attendance for the other sports will be tracked by estimates. If necessary, the box scores for these specific events may be used.

E.  **Integration.** Dream Big will be integrated as part of the campaign used to promote and support women's athletics, specifically to explain the lifelong benefits of athletic participation for girls. In addition, the Big Ten and schools will also research and use new technologies to advance the promotion of Conference and regular season events.

F.  **Participation Levels.** The Council shall continue to monitor on an annual basis the number of men's and women's sports and participants, as well as the relative percentage of male and female participants across the Conference and at each of the member schools. Further, the Council shall annually review 5-year trends in this area to determine the number of increased opportunities for females and/or males, as well as the strategies

which have been successful in achieving progress in addressing the historic under-representation of female student-athletes.

## PHASE IV – CELEBRATING SUCCESS (2007-2012)

A.   **Policy.** The focus of Phase IV is to celebrate the achievements and success stories of female student-athletes and to also encompass the previous three phases (participation, outreach, and attendance) of the Gender Equity Action Plans. The successes shall be celebrated through Public Service Announcements (PSAs), website and television features, releases, video boards, media guides, championship programs and other forms of media. Success stories to be highlighted should include, but are not limited to:

1) Academic achievement and graduation rates
2) Conference and National athletic competitiveness
3) Community service and outreach
4) Personal accomplishments
5) Sportsmanship

B.   **Institutional Cooperation.** The Big Ten and member institutions will work together to identify appropriate stories and individuals to showcase, as well as ways to creatively and effectively communicate these stories to the media and public. The Conference will continue to expand the exposure of women's sports on television, specifically through the Big Ten Network.

C.   **Monitoring and Reporting**. The Conference will continue to monitor and update participation, attendance, and the encouragement of and participation in women's athletics on an annual basis.

D.   **Participation Levels.** The Council shall continue to monitor on an annual basis the number of men's and women's sports and participants, as well as the relative percentage of male and female participants across the Conference and at each of the member schools. Further, the Council shall annually review 5-year trends in this area to determine the number of increased opportunities for females and/or males, as well as the strategies which have been successful in achieving progress in addressing the historic under-representation of female student-athletes