# Declaration of Paul Cairns

**UNREDACTED VERSION OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL**