# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER REGARDING THE DEFENDANTS' JOINT OPPOSITION TO PLANTIFFS' MOTION FOR CLASS CERTIFICATION** |

Pending before the Court is Plaintiffs' Motion for Class Certification. The Court has considered the motion, all other papers relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for Class Certification is DENIED.

IT IS SO ORDERED.

Dated: _____    _____
CLAUDIA WILKEN
United States Senior District Judge