**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS, REPORTS, AND TESTIMONY OF EDWIN DESSER AND DANIEL RASCHER** |
| | Date: 2023-09-21<br>Time: 2:30 PM<br>Trial Date: 2025-01-27<br>Before: Hon. Claudia Wilken |

Defendants National Collegiate Athletic Association, the Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., the Pac-12 Conference, and the Southeastern Conference, have filed this Motion to Exclude the Opinions, Reports, and Testimony of Edwin Desser and Daniel Rascher pursuant to Rule 702 of the Federal Rules of Evidence, as well as *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Upon consideration of Defendants' Motion to Exclude the Opinions, Reports, and Testimony of Edwin Desser and Daniel Rascher, the Memorandum and materials cited therein, any opposition and reply thereto, and any oral argument heard by the Court, it is ORDERED that Defendants' Motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE