Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **DECLARATION OF RAKESH KILARU IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF EDWIN DESSER AND DANIEL RASCHER** <br><br> Date: Sept. 21, 2023 <br> Time: 2:30 PM <br> Trial Date: Jan. 27, 2025 <br> Judge: Hon. Claudia Wilken |

Decl. of Rakesh Kilaru in Supp. of Defendants' Joint Opp.
to Plaintiffs' Mot. for Class Cert. and *Daubert* Motion
Case No. 4:20-cv-03919-CW

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NCAA Defendants in this litigation. I submit this declaration in support of the Defendants' Joint Opposition to Plaintiff's Motion for Class Certification. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Catherine Tucker, dated April 28, 2023.

2. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Bob Thompson, dated April 28, 2023.

3. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Barbara Osborne, dated April 27, 2023.

4. Attached hereto as Exhibit 4 is a true and correct copy of Name, Image and Likeness Policy Question and Answer produced by the NCAA with Bates-number NCAAHOUSE00196365.

5. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Sedona Prince, taken on January 19, 2023.

6. Attached hereto as Exhibit 6 is a true and correct copy of the transcript from the deposition of Plaintiffs' sports media expert Edwin Desser, taken on January 12, 2023.

7. Attached hereto as Exhibit 7 is a true and correct copy of the transcript from the deposition of Plaintiff's economics expert Daniel A. Rascher, taken January 10, 2023.

8. Attached hereto as Exhibit 8 is a true and correct copy of a Letter from the Office for Civil Rights to Bowling Green University dated July 23, 1998 (OCR-00020), available at https://www2.ed.gov/print/about/offices/list/ocr/docs/bowlgrn.html.

9. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Grant House, taken on February 10, 2023.

10. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of Plaintiff Tymir Oliver, taken on January 23, 2023.

1

Decl. of Rakesh Kilaru in Supp. of Defendants' Joint Opp.
to Plaintiffs' Mot. for Class Cert. and *Daubert* Motion
Case No. 4:20-cv-03919-CW

11. Attached hereto as Exhibit 11 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00001875.

12. Attached hereto as Exhibit 12 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00001243.

13. Attached hereto as Exhibit 13 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00006067.

14. Attached hereto as Exhibit 14 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00000268.

15. Attached hereto as Exhibit 15 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00005410.

16. Attached hereto as Exhibit 16 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00000149.

17. Attached hereto as Exhibit 17 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00001462.

18. Attached hereto as Exhibit 18 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00000121.

19. Attached hereto as Exhibit 19 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00000158.

2

Decl. of Rakeh Kilaru in Supp. of Defendants' Joint Opp.
to Plaintiffs' Mot. for Class Cert. and *Daubert* Motion
Case No. 4:20-cv-03919-CW

20. Attached hereto as Exhibit 20 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00001239.

21. Attached hereto as Exhibit 21 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00006071.

22. Attached hereto as Exhibit 22 is a true and correct copy of email exchanges between EA employees, produced by third party Electronic Arts, Inc. with Bates-number EA_NIL_00005288.

23. Attached hereto as Exhibit 23 is a true and correct copy of transcript excerpts from the deposition of the Commissioner of the Big Ten Conference, James Delany, taken on September 20, 2022.

3

Decl. of Rakesh Kilaru in Supp. of Defendants' Joint Opp.
to Plaintiffs' Mot. for Class Cert. and *Daubert* Motion
Case No. 4:20-cv-03919-CW

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 28th day of April 2023 in Washington, D.C.

Respectfully submitted,

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (admitted *pro hac vice*)

4

Decl. of Rakesh Kilaru in Supp. of Defendants' Joint Opp.
to Plaintiffs' Mot. for Class Cert. and *Daubert* Motion
Case No. 4:20-cv-03919-CW