# EXHIBIT 10

## To the Declaration of Rakesh N. Kilaru

1      UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3          OAKLAND DIVISION

4   --------------------------------

5   IN RE: COLLEGE ATHLETE NIL LITIGATION

6   No. 4:20-cv-03919 CW

7

8          Videotaped Deposition of

9             Tymir Oliver

10          January 23, 2023

11             9:00 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24   Reported by Jennifer Miller, RMR, CRR, CCR-NJ

25   JOB NO. 220889

```
 1          P R O C E E D I N G S
 2             THE VIDEOGRAPHER:  This is the
 3   start of tape labeled number 1 of the
 4   videotaped record deposition of Tymir
 5   Oliver in In Reference of the College
 6   Athlete NIL Litigation in the United
 7   States District Court, Northern District
 8   of California, Case Number
 9   4:20-cv-03919 CW.
10             This deposition is being held at
11   100 North 18th Street, Philadelphia,
12   Pennsylvania, on January 23rd, 2023, at
13   approximately 9:06 a.m.
14             My name is Crystal Strawbridge.
15   I am the legal video specialist from
16   TSG Reporting, Inc.
17             The Court Reporter is Jennifer
18   Miller, in association with TSG Reporting.
19             All present will be noted on the
20   stenographic record.
21             Will the Court Reporter please
22   swear in the witness.
23                  TYMIR OLIVER, after
24      having been first duly sworn, was
25      examined and testified as follows:
```

1   schools offered you football scholarships?

2       A.   There were probably ten or more.  Ten

3   would be a low number.  Because you get just

4   small schools that offer you, like Villanova.

5   And I'll go see them.  They had great

6   basketball games.  So the coaches would let me

7   get tickets.  So that was cool.

8       Q.   What were the factors you considered

9   important when deciding among the schools you

10  were considering for college?

11      A.   I never grew up playing -- well, I

12  never grew up watching football.  Like -- so

13  when it came down to it, academics.  And I just

14  found out, like, senior year of high school

15  that you want to play in a Power Five

16  conference.  So you want to play in a Power

17  Five.  And I was like "all right."  And if my

18  family could see me, that was important too.

19      Q.   So location of the school or the

20  proximity to your family?

21      A.   Yes.  That was, like, really

22  important.  That's why I committed to Rutgers

23  first because of that.

24                  It was Power Five, close to

25  home.  And really also my favorite color was

1    red, so I committed there.

2         Q.   Those were the big three reasons?

3    Academics, being in a Power Five conference,

4    and your family being able to see you?

5         A.   Yes.

6         Q.   All right.  Did you consider whether

7    or not you were getting a full cost of

8    attendance scholarship offer?

9         A.   Say that one more time.

10        Q.   Did any of the smaller schools offer

11   you less than a full scholarship?

12        A.   No.  No.

13        Q.   So everybody that offered you a

14   scholarship was offering you a full cost of

15   attendance scholarship?

16        A.   Yes.

17        Q.   Okay.  And was that important?

18        A.   Yeah.  Yeah.

19        Q.   All right.  Did you consider the

20   coaching staff and whether you liked the

21   coaching staff?

22        A.   That's the most important about --

23   like, Rutgers, they -- Rutgers, why I committed

24   to them as well, they checked on me all the

25   time.  And that was kind of like Illinois as

1    well.

2                    Like, usually it's like a

3    gentleman's sport.  Like a gentleman's rule.

4    Like, once a kid commit, you kind of like not

5    supposed to talk to them no more.

6                    But certain colleges would still

7    reach out to me.  And, like, when Rutgers'

8    coaching staff got fired, I always just

9    remembered who reached out to me, who seen me,

10   who still kept in contact and didn't just leave

11   me when I committed.

12       Q.   Were the facilities -- the quality of

13   the facilities important when you were

14   considering which school you wanted to attend?

15       A.   Not really, no.  Because I think

16   Syracuse had a nice facility.  I got an offer

17   from Syracuse.  Yeah, they had a nice facility.

18       Q.   Was the size of the team stadium or

19   the attendance base for their fans important to

20   you?

21       A.   No.

22       Q.   Was potential playing time important

23   to you?

24       A.   Most important.

25       Q.   Was the quality of the team's player

1    was the best thing they got, Illinois.

2                     When they got the new stadium --

3    because we was able to sleep there now.  So,

4    like, it made everything just perfect:

5    Tutoring, study sessions, everything right

6    there.

7         Q.   Based on what you just told me, I

8    think I know the answer, but I'm going to ask

9    the question.

10                    Did attending classes, studying,

11   and participating on the football team use up

12   most of your available free time?

13                    MR. KODROFF:  Objection.  Asked

14        and answered.

15                    THE WITNESS:  Yes.

16   BY MR. ALBRIGHT:

17        Q.   Did you have enough time while you

18   were in college to do everything you wanted to

19   do?

20                    MR. KODROFF:  Objection.  Vague.

21                    THE WITNESS:  Honestly, no.  But

22        it's a sacrifice to, you know, play

23        Division I football.

24   BY MR. ALBRIGHT:

25        Q.   It's a sacrifice that you wanted to

1  make?

2      A.   Yeah.  Well, either that or not go to

3  college.  So you got to pick one.

4              I can't tell my mom I'm not

5  going to go to college because I can't have fun

6  or do parties like the rest of the people or

7  join a frat because, depending on your coaching

8  staff, they might not let you do -- join a

9  fraternity.

10     Q.   Playing football in college and

11  getting the scholarship for playing football in

12  college is what enabled you to go to the

13  University of Illinois and to go to college?

14              MR. KODROFF:  Objection.  Asked

15     and answered.

16              THE WITNESS:  Yes.

17  BY MR. ALBRIGHT:

18     Q.   Did you have enough time to just hang

19  out with friends outside of the football team

20  while you were at the University of Illinois?

21     A.   Only football-related friends.

22  Nobody else really.  Like, your friend group

23  turns to all football players.  Because we get

24  our haircuts at the same time.  It just -- it

25  just makes sense.

1          Q.   Did you have enough time to spend

2     much time with student athletes in other sports

3     while you were at the University of Illinois?

4          A.   Only if they was at the lunchroom,

5     our Varsity I section.  If they wasn't at the

6     Varsity I, usually not because, like, they

7     would come in and out, we would see each other.

8     That's all.

9          Q.   During the time that you were in

10    college, did you consider the time demands you

11    were facing to be a -- challenging to manage?

12                    MR. KODROFF:  Objection.  Vague.

13                    THE WITNESS:  Can you say that

14        one more time.  Sorry.

15    BY MR. ALBRIGHT:

16         Q.   Sure.

17                    During the time you were in

18    college, did you consider the time demands that

19    you faced to be a challenge?

20                    MR. KODROFF:  Objection.  Vague.

21                    THE WITNESS:  So it's like -- so

22        you're asking me, like, did I think

23        about --

24    BY MR. ALBRIGHT:

25         Q.   Was it hard work to manage --

1      A.    Oh.

2      Q.    -- the time demands that you had

3  while you were in college?

4      A.    Yes.  Like, the first -- I remember

5  my freshman year I called my mom complaining

6  because I couldn't believe all my time went to

7  football.  Like, that never happened to me

8  before in my life.

9              Every day was football.  Every

10  single day.  Every morning.  I didn't even

11  expect it.

12     Q.    And was that a typical complaint you

13  heard other student athletes voice as well?

14     A.    Once it got to our freshman year,

15  everybody did.  But it really depends on your

16  coaching staff, though, and everything.  Like,

17  stuff like that depends on your coaching and

18  everything.

19     Q.    Did you ever have a job while at the

20  University of Illinois?

21     A.    No.

22     Q.    Given the schedule that you just

23  described, did you have time for a job?

24              MR. KODROFF:  Objection.  Calls

25     for speculation.

1   something like that sometimes too, if I can --

2   if I can remember.

3        Q.   Do you -- do you remember any

4   walk-ons making memorable plans for Illinois

5   while you were there?

6               MR. KODROFF:  Objection.  Vague.

7               THE WITNESS:  Marchese would

8        make the most, I think.  Because he was --

9        because he was a special teams threat.

10               So we'd punt.  He'd go down

11        there make a tackle and stop them at,

12        like, the 20-yard line.  Or, like, at

13        kickoff, he'd be down there.  Like, he'd

14        do it.

15               Bobak was one of them as well.

16               Somebody else, Nolan Bernat, he

17        got his first pick, I think, either

18        against Northwestern or Wisconsin game.

19        One of those games, he got a pick.  It

20        wasn't Wisconsin.  I think it was

21        Northwestern.

22   BY MR. ALBRIGHT:

23        Q.   What year was that?

24        A.   Nolan might have been my senior year.

25        Q.   So fall of 2019 football season?

1      A.   Yep.

2      Q.   And he was a walk-on as well?

3      A.   Yep.  Nolan Bernat.  And now he's

4  playing, like, in a league overseas somewhere,

5  like Lithuania, because we still keep in

6  contact on social media.

7      Q.   Did Jimmy Marchese intercept a pass

8  against Western Illinois during your junior

9  season in fall of 2018?

10     A.   We played Western Illinois that year?

11 We did?  That was Western Illinois we played?

12 No, it was Michigan my freshman year.

13               I think so, yeah.  He definitely

14 got -- you got to look at their highlight

15 tapes.  He definitely got a pick on there.

16 That's probably the game.

17     Q.   All right.  Did you consider your

18 teammates who were walk-on players to be

19 important contributors to the team?

20     A.   Yes.

21               MR. KODROFF:  Objection.  Vague.

22 BY MR. ALBRIGHT:

23     Q.   Did you feel that walk-ons should be

24 treated as equal, important members of your

25 team, just like the teammates who were on

1  scholarship?

2                    MR. KODROFF:  Objection.  Vague.

3                    THE WITNESS:  Yes.

4  BY MR. ALBRIGHT:

5      Q.   If a walk-on player did not play much

6  in games but worked very hard in practice and

7  did all of the things that coaches asked him to

8  do, to the best of his abilities, did you still

9  consider him to be an important contributor to

10  the team's success?

11                    MR. KODROFF:  Objection.  Vague.

12                    THE WITNESS:  Yes.

13  BY MR. ALBRIGHT:

14      Q.   Were there some walk-on players who

15  actually made bigger contributions in games

16  than some of the reserve scholarship players

17  who didn't play as much in the games?

18                    MR. KODROFF:  Objection.  Vague.

19                    I don't know what "bigger"

20      means.

21                    THE WITNESS:  Well, you said it

22      yourself.  Marchese got a pick.  There's

23      some people on scholarship that didn't get

24      a pick.  So he got a stat that -- you

25      know, technically, if we playing a stat

1        and numbers game...

2   BY MR. ALBRIGHT:

3        Q.   Were you ever injured -- I think --

4   well, strike that.

5              You told me earlier about being

6   injured at least at one point during your

7   career, correct?

8        A.   Yes.

9        Q.   Were there ever any other times that

10  you were injured other than the time that you

11  broke your finger?

12              MR. KODROFF:  Playing football.

13  BY MR. ALBRIGHT:

14       Q.   Playing football.

15       A.   AC joint.  I think I sprained my AC

16  joint or something.  That was sophomore year.

17              Yeah, that's one game where I

18  didn't start, actually.  One game I didn't

19  start because I strained my AC joint.

20              But luckily we had a bye week,

21  and coach let me sit out the whole entire bye

22  week to heal for the next week.  And then he

23  didn't let me start because he didn't know how

24  my shoulder was going to do.  But then after we

25  rotated, he found out I was okay, and then we

1    was good.

2         Q.   And so that happened in your

3    sophomore year, and then you said you broke

4    your finger during your senior year?

5         A.   Senior year, I broke my finger.  And

6    junior year, I also messed up my finger.  My

7    tendon or something, like, slipped off my

8    finger.  And my finger would, like, fall down

9    by itself.  So I had to, like, play with a cast

10   to keep it up so it could heal.

11        Q.   What effect did those injuries have

12   on your performance while you were dealing with

13   them?

14        A.   The worst performance I feel like I

15   probably ever had.  Coach still kept me out

16   there, but to this day, if I could go back in

17   time, I would have tried to get, like, a

18   medical or something because I couldn't perform

19   nose guard taking on two blocks with one hand.

20   It's tough.

21        Q.   I know you said you missed at least

22   one game for your AC joint sprain during your

23   sophomore year, correct?

24        A.   Well, only, like, one series.  I just

25   didn't start that game.  Because there was only

1  positioned or better equipped to represent the

2  proposed class than other potential class

3  representatives?

4                    MR. KODROFF:  Objection.  Vague.

5                    THE WITNESS:  No.  I'm not sure.

6        Like...

7  BY MR. ALBRIGHT:

8        Q.   Do you think you're a -- strike that.

9                    Do you think you were better

10  positioned or better equipped to represent

11  current and former men's basketball players

12  than an actual men's basketball player would

13  be?

14                    MR. KODROFF:  Objection.  Vague.

15                    THE WITNESS:  I'm not sure, to

16        be honest.  You know, when it comes to

17        that, I'm really not sure.

18  BY MR. ALBRIGHT:

19        Q.   You don't know whether or not a men's

20  basketball player might be in a better position

21  to represent other current former men's

22  basketball players than you would be?

23                    MR. KODROFF:  Objection.  Vague.

24        Calls for a legal conclusion.

25                    THE WITNESS:  I'm not sure, to

1          be honest.  I know that they -- from just

2          what I've seen on university, we put the

3          same time in, same hours, everything like

4          that in, from my understanding.

5     BY MR. ALBRIGHT:

6          Q.   And based on your understanding that

7     you put the same time and the same hours in, do

8     you believe that that's all you need to know to

9     be able to represent current and former men's

10    basketball players?

11                    MR. KODROFF:  Objection.  Vague.

12         Calls for a legal conclusion.

13                    THE WITNESS:  I'm not sure.

14    BY MR. ALBRIGHT:

15         Q.   You're not aware of anything else you

16    would need to know other than those two things?

17         A.   Yeah, I'm really -- to represent

18    what's fair?  I hope not.  I'm not sure.

19         Q.   So you don't need to actually have a

20    men's -- current or former men's basketball

21    player serve as a class representative to

22    decide for them what's fair?

23                    MR. KODROFF:  Objection.  Calls

24         for a legal conclusion.

25                    THE WITNESS:  No.  I'm not sure.

1  BY MR. ALBRIGHT:

2     Q.   As long as you're treating everybody

3  the same, that's enough?

4     A.   Well, technically, everybody I'm

5  representing is part of Power Five.  They're

6  athletes.  They played Division I level.

7            So we're equal, technically.

8  Like, we all signed the same deal, so we're all

9  equal, yes.  Since y'all -- NCAA views us as

10  equal, technically, when we sign our papers.

11     Q.   So as long as everybody's interests

12  are treated equally in this litigation, then

13  you feel that you're fulfilling your role as a

14  class representative?

15     A.   Yes.

16     Q.   And would that also apply to the

17  amount of compensation that each person would

18  get?

19            MR. KODROFF:  Objection.  Calls

20       for a legal conclusion.

21            THE WITNESS:  Yes.

22  BY MR. ALBRIGHT:

23     Q.   Are you expecting to be compensated

24  for being a class representative in this

25  lawsuit?

1                    THE WITNESS:  Yeah, I'm not

2        sure.

3    BY MR. ALBRIGHT:

4        Q.   Okay.  Well, I'm asking you whether

5    that's something you've considered or

6    investigated.

7                    MR. KODROFF:  Objection.  Calls

8        for a legal conclusion.

9                    THE WITNESS:  No, not -- no, not

10       me personally, no.

11   BY MR. ALBRIGHT:

12       Q.   Do you agree that many people decide

13   to watch games based on their interest in

14   seeing certain star athletes in those games?

15                   MR. KODROFF:  Objection.

16       Speculation.

17                   THE WITNESS:  I'm not sure.

18   BY MR. ALBRIGHT:

19       Q.   You don't know if some people turn on

20   the TV to watch a game because they want to see

21   LeBron James play in that game or they want to

22   see some other star player play in that game?

23                   MR. KODROFF:  Objection.  Calls

24       for speculation.

25                   THE WITNESS:  We're talking

1        about NBA?

2    BY MR. ALBRIGHT:

3        Q.   I'm happy to make it college.

4                Do you know who Zion Williamson

5    is?

6        A.   Yes.

7        Q.   Do you know what college team he

8    played for?

9        A.   I think either -- it's a blue school.

10   It's either Duke or Kentucky.  It's one of

11   those.

12       Q.   It's Duke.  So you were in the

13   ballpark.

14               Do you agree that a lot of

15   people watch college basketball games just to

16   see Zion Williamson play?

17               MR. KODROFF:  Objection.  Calls

18       for speculation.

19               THE WITNESS:  I don't know.

20   BY MR. ALBRIGHT:

21       Q.   Did you ever watch Zion Williamson

22   play a game in college?

23       A.   No.  I don't want basketball sports.

24       Q.   All right.  Do you know who Joe

25   Burrow is?

1          A.    Yes.   He was the LSU quarterback,

2     right?   Yeah.

3          Q.    And did he play when you were in

4     college?

5          A.    He might be class of 2016.   He might

6     have.   Yeah.

7          Q.    At least you know who he is?

8          A.    Uh-hum.

9          Q.    And do you know which team he led to

10    the national championship?

11         A.    LSU.

12         Q.    All right.   And did you ever see any

13    of his games on TV when he played?

14         A.    Yes.

15         Q.    You watched any of the playoff games

16    that year that LSU won the national

17    championship?

18         A.    Yeah.

19         Q.    Okay.   And do you agree that a lot of

20    people watched college football games that year

21    just to see Joe Burrow play?

22              MR. KODROFF:   Objection.   Calls

23         for speculation.

24              THE WITNESS:   No.   I'm not sure.

25