# EXHIBIT 12

## To the Declaration of Rakesh N. Kilaru

# UNREDACTED VERSION OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL