# EXHIBIT 18

## To the Declaration of Rakesh N. Kilaru

## UNREDACTED VERSION OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL