Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>Judge: Hon. Claudia Wilken |

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in Washington, D.C. I am over the age of 18 and not a party to the within action; my business address is 2001 M Street NW, 10th Floor, Washington, D.C. 20036.

On April 28, 2023, I served via secure email transfer to counsel included in the below Service List the following documents:

| Description |
|---|
| **[UNREDACTED]** Defendants' Joint Memorandum in Opposition to Plaintiff's Motion for Class Certification |
| **[UNREDACTED]** Defendants' Notice of Motion, Motion and Memorandum of Points and Authorities in Support Thereof to Exclude The Opinions, Reports, and Testimony of Edwin Desser and Daniel Rascher |
| **[UNREDACTED]** Declaration of Ben Tario |
| **[UNREDACTED]** Declaration of George Kliavkoff |
| **[UNREDACTED]** Declaration of Greg Sankey |
| **[UNREDACTED]** Declaration of Paul Cairns |
| **[UNREDACTED]** Expert Report of Catherine Tucker (Kilaru Decl. Ex. 1) |
| **[UNREDACTED]** Expert Report of Bob Thompson (Kilaru Decl. Ex. 2) |
| **[UNREDACTED]** Expert Report of Barbara Osbourne (Kilaru Decl. Ex. 3) |
| **[UNREDACTED]** Deposition Transcript of Edwin S. Desser, Jan. 12, 2023 (Kilaru Decl. Ex. 6) |
| **[UNREDACTED]** Deposition of Transcript of Daniel A. Rascher, Jan. 10, 2023 (Kilaru Decl. Ex. 7) |

| Description |
|---|
| EA_NIL_00001875 (Kilaru Decl. Ex. 11) |
| EA_NIL_00001243 (Kilaru Decl. Ex. 12) |
| EA_NIL_00006067 (Kilaru Decl. Ex. 13) |
| EA_NIL_00000268 (Kilaru Decl. Ex. 14) |
| EA_NIL_00005410 (Kilaru Decl. Ex. 15) |
| EA_NIL_00000149 (Kilaru Decl. Ex. 16) |
| EA_NIL_00001462 (Kilaru Decl. Ex. 17) |
| EA_NIL_00000121 (Kilaru Decl. Ex. 18) |
| EA_NIL_00000158 (Kilaru Decl. Ex. 19) |
| EA_NIL_00001239 (Kilaru Decl. Ex. 20) |
| EA_NIL_00006071 (Kilaru Decl. Ex. 21) |
| EA_NIL_00005288 (Kilaru Decl. Ex. 22) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of April 2023 at Washington, D.C.

                                                               ___/s/Rakesh Kilaru_____
                                                                   Rakesh Kilaru

# EMAIL SERVICE/DISTRIBUTION LIST

| Counsel For Plaintiffs and The Proposed Classes | |
|---|---|
| Steve W. Berman | steve@hbsslaw.com |
| Emilee N. Sisco | emilees@hbsslaw.com |
| Benjamin J. Siegel | bens@hbsslaw.com |
| Jeffrey L. Kodroff | jkodroff@srkattorneys.com |
| Eugene A. Spector | espector@srkattorneys.com |
| Jeffrey L. Kessler | jkessler@winston.com |
| David G. Feher | dfeher@winston.com |
| David L. Greenspan | dgreenspan@winston.com |
| Adam I. Dale | aidale@winston.com |
| Jeanifer E. Parsigian | jparsigian@winston.com |