1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| In re College Athlete NIL Litigation | Case No. 4:20-cv-03919 CW |
|---|---|
| | **[P~~ROPOSED~~] ORDER RE: DISCLOSURE OF CONFIDENTIAL NETWORK AGREEMENTS TO DEFENDANTS' EXPERT** |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation filed by non-parties Fox Broadcasting Company, LLC and Fox Sports 1 (as successors-in-interest to Fox Cable Networks, Inc. and Fox Broadcasting Company), and the Big Ten Network, LLC (collectively, "Fox") and Defendants; the operative Protective Orders in place in this action and their amendments (the "Protective Orders") [ECF 137, 148]; and for good cause appearing, the Court hereby orders as follows:

1. If Ms. Barbara Osborne is given access to any of Fox's Network Strictly Confidential materials, she will maintain their confidentiality consistent with the Protective Orders; and

2. If Ms. Osborne is given access to Fox's Network Strictly Confidential materials, then she may not serve as a consultant for (or otherwise assist) any Defendant conference in connection with negotiation for any prospective telecast rights regarding college football with Fox or any Fox-affiliated and controlled company through May 30, 2025.

**IT IS SO ORDERED.**

Dated: 5/3/2023

_____
HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE