1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re College Athlete NIL Litigation | Case No. 4:20-cv-03919 CW |
|---|---|
| | **[PROPOSED] ORDER RE: DISCLOSURE OF CONFIDENTIAL NETWORK AGREEMENTS TO DEFENDANTS' EXPERT** |

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation filed by non-parties Fox Broadcasting Company, LLC and Fox Sports 1 (as successors-in-interest to Fox Cable Networks, Inc. and Fox Broadcasting Company), and the Big Ten Network, LLC (collectively, "Fox") and Defendants; the operative Protective Orders in place in this action and their amendments (the "Protective Orders") [ECF 137, 148]; and for good cause appearing, the Court hereby orders as follows:

1. If Mr. Robert Thompson is given access to any of Fox's Network Strictly Confidential materials, he will maintain their confidentiality consistent with the Protective Orders;

2. If Mr. Thompson is given access to Fox's Network Strictly Confidential materials, then he may not serve as a consultant for (or otherwise assist) any Defendant conference in connection with negotiation for any prospective telecast rights regarding college football with Fox or any Fox-affiliated and controlled company through May 30, 2025; and

3. In the course of Mr. Thompson's work in the Action, he must not use or disclose any confidential Fox information he learned while employed by Fox that has not otherwise been disclosed as part of the Action.

**IT IS SO ORDERED.**

Dated: 5/3/2023

HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE