U.S. District Court
Northern District of Texas

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### ASHLEY GOULD

Bar Number:              Date of Admission:

**24098171**              03/13/2017

Witness my official signature and the seal of this court.

Dated: May 9, 2023          Karen Mitchell,
                                             Clerk of Court

                                             By: /s/ L. Waits
                                                      Deputy Clerk

