# ERRATA

## To the Expert Report of Catherine Tucker, Ph.D. Submitted April 28, 2023

## REDACTED VERSION OF DOCUMENT REQUESTED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919 CW

Errata Sheet - REDACTED

Expert Report of Catherine Tucker, Ph.D. Submitted April 28, 2023

| Location | Original Text | Revised Text |
| --- | --- | --- |
| ¶ 13 | WBNA | WNBA |
| ¶ 26.g | See Section V.F.6. | See Section V.G. |
| FN 36 | at 617 | at 617-618 |
| FN 48 | p. 617 | pp. 617-618 |
| ¶ 66 | Rasher Report | Rascher Report |
| FN 210 | at 1596 ("The paper shows that in an information-rich economy IT-progress, globalization or distribution of information through media channels increase the level of attention seeking activities and raise the minimal signal strength required to be attended by consumers."). | at 1596 ("The modern consumer may experience a different problem – a mail box full of advertisements for diverse items jostling for his or her attention. […] This article presents an equilibrium model in which consumers have a limited amount of attention and in which firms compete for this limited resource."); 1611 ("Moreover, the opportunity to reach consumers through the media induces firms to increase the strength of attention-seeking."). |
| FN 254 | p. 1304 | pp. 1304-1305 |
| ¶ 121 | Within the Big 12, Iowa State University implemented the "Hawkeye Academic Advantage Program" beginning in the 2022-2023 academic year, which consists of two types of disbursements with varying eligibility requirements: (1) up to $1,495 per semester per student-athlete, depending on their scholarship status and | Within the Big 12, Iowa State University implemented the "Cyclone Student-Athlete Academic Achievement Program," in which eligible student-athletes could receive up to $23,920 based on classroom performance, payable upon a student-athlete's graduation |

1

| | | |
|---|---|---|
| | academic standing, and (2) a cumulative deferred payment of $2,990 for each year the student-athlete is in school (up to four years, regardless of whether they receive a scholarship), payable upon a student-athlete's graduation with a bachelor's degree from Iowa State.[1] | with a bachelor's degree from Iowa State University.[2] |
| ¶ 121 | | [*Add sentence to end of paragraph:*] The University of Iowa implemented the "Hawkeye Academic Advantage Program" beginning in the 2022-2023 academic year, which consists of two types of disbursements with varying eligibility requirements: (1) up to $1,495 per semester per student-athlete, depending on their scholarship status and academic standing, and (2) a cumulative deferred payment of $2,990 for each year the student-athlete is in school (up to four years, regardless of whether they receive a scholarship), payable upon a student-athlete's graduation with a bachelor's degree from the University of Iowa.[3] |

---

[1] Wittry, Andy, "Hawkeye Academic Advantage Program Details Iowa's Alston Awards," *On3*, August 16, 2022, available at https://www.on3.com/news/university-iowa-hawkeyes-college-football-alston-awards-hawkeye-academic-advantage-program/ ("Starting this fall, full-scholarship athletes at Iowa will have the opportunity to earn up to $1,495 per semester as part of the university's disbursement of Alston awards for academic achievement. Iowa's Alston awards program is called the Hawkeye Academic Advantage Program and it's a different approach than how other universities plan to provide academic financial awards."; "Iowa's Alston awards are tied to athletes' scholarship equivalency status, as well as their ability to earn both their eligibility and retention points for their team's Academic Progress Rate (APR)."; "Iowa's Hawkeye Academic Advantage Program also provides deferred payments, such that half of the maximum allowable annual amount of $5,980 is withheld until an athlete earns his or her first bachelor's degree from Iowa. Iowa's Alston awards policy also notes that athletes can earn the deferred portion of their academic financial awards for a maximum of four years."; "In addition to walk-on athletes, there are other athletes who will only qualify for deferred payments but not the annual per-semester awards. Those athletes include athletes who are medically disqualified, whose sport was discontinued, who are on scholarship but no longer active participants in their sport, and who have exhausted their eligibility but are still advancing towards their first undergraduate degree.").

[2] Iowa State, "ISU Announces Student-Athlete Academic Incentive Plan," October 11 2021, available at https://cyclones.com/news/2021/10/11/athletics-isu-announces-student-athlete-academic-incentive-plan.aspx ("'The Cyclone Student-Athlete Academic Achievement Program will afford the opportunity for Iowa State student-athletes to accrue incentives, based upon their performance in the classroom each semester, that will be paid to them upon graduation from Iowa State University,' [Athletic Director] Pollard said."; "While details of the ISU plan are still being finalized, Cyclone scholarship student-athletes potentially could each receive up to $23,920 upon graduation, provided they also maintain good standing on campus and within the community.").

[3] Wittry, Andy, "Hawkeye Academic Advantage Program Details Iowa's Alston Awards," *On3*, August 16, 2022, available at https://www.on3.com/news/university-iowa-hawkeyes-college-football-alston-awards-hawkeye-academic-advantage-program/ ("Starting this fall, full-scholarship athletes at Iowa will have the opportunity to earn up to $1,495 per semester as part of the university's disbursement of Alston awards for academic achievement. Iowa's Alston awards program is called the Hawkeye Academic Advantage Program and it's a

| FN 352 | pp. 69:9-70:3 | p. 69:9-25 |
|---|---|---|
| FN 381 | ¶¶ 79, 82, 84, 88, 91 | ¶¶ 79, 82, 85, 88, 91 |
| | Counsel Only | Counsel Only |
| Appendix C | | [Added source:]<br>Iowa State, "ISU Announces Student-Athlete Academic Incentive Plan," October 11 2021, available at https://cyclones.com/news/2021/10/11/athletics-isu-announces-student-athlete-academic-incentive-plan.aspx. |

_____

Catherine Tucker, Ph.D.
May 30, 2023

---

different approach than how other universities plan to provide academic financial awards."; "Iowa's Alston awards are tied to athletes' scholarship equivalency status, as well as their ability to earn both their eligibility and retention points for their team's Academic Progress Rate (APR)."; "Iowa's Hawkeye Academic Advantage Program also provides deferred payments, such that half of the maximum allowable annual amount of $5,980 is withheld until an athlete earns his or her first bachelor's degree from Iowa. Iowa's Alston awards policy also notes that athletes can earn the deferred portion of their academic financial awards for a maximum of four years."; "In addition to walk-on athletes, there are other athletes who will only qualify for deferred payments but not the annual per-semester awards. Those athletes include athletes who are medically disqualified, whose sport was discontinued, who are on scholarship but no longer active participants in their sport, and who have exhausted their eligibility but are still advancing towards their first undergraduate degree.").