

**FLAHERTY**
LAW FIRM

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

FILED
JUN 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   *In re: College NIL Litigation*, Case No. 4:20-cv-03919 CW
       Objection to release of personal information

Dear Judge Wilken:



In the above-referenced litigation, the plaintiff served a subpoena on Florida State University for my private "education records," which are protected, confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA).

I hereby respectfully object to the release of my personal information.

Sincerely,

Devyn Flaherty

3439 E. Forest Lake Drive/1827 Westminster Dr.

Sarasota, Fl 34232/Tallahassee, FL 32304

2180 Main Street, Sarasota, FL 34237  |  srqfamilylaw.com  |  941.706.2860 T  |  941.706.2063 F

Angela D. Flaherty, Esquire  |  Angela@srqfamilylaw.com
Mark Flaherty, Esquire  |  Mark@srqfamilylaw.com
Florida Supreme Court Certified Family Mediator

