United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

FILED
JUN 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   *In re: College NIL Litigation*, Case No. 4:20-cv-03919 CW
      Objection to release of personal information

Dear Judge Wilken:

In the above-referenced litigation, the plaintiff served a subpoena on Florida State University for my private "education records," which are protected, confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA).

I hereby respectfully object to the release of my personal information.

Sincerely,

Jordan Travis

790 Edgebrook Lane

WEST PALM BEACH, FL, US, 33414