


| US POSTAGE & FEES PAID | 062S0014950347 |
|---|---|
| 1 OZ FIRST-CLASS PKG RATE | 9768907 |
| ZONE 8 | FROM 33411 |
| ComBasPrice | |

stamps
endicia
06/12/2023

## USPS FIRST-CLASS PKG™

JORDAN TRAVIS
790 Edgebrook Ln
West Palm Beach FL 33411-5305

0006

SHIP TO:
California Northern District Court
OAKLAND DIVISION
1301 Clay St
Oakland CA 94612-5217

### USPS TRACKING #

9400 1112 0621 5855 4074 07