FILED
JUN 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612



    Re:   *In re: College NIL Litigation*, Case No. 4:20-cv-03919 CW
           Objection to release of personal information

Dear Judge Wilken:

In the above-referenced litigation, the plaintiff served a subpoena on Florida State University for my private "education records," which are protected, confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA).

I hereby respectfully object to the release of my personal information.

Sincerely,


Kaley Mudge

2030 Belle Vue Way – Apt. 20.

Tallahassee, FL 32304

Case 4:20-cv-03919-CW   Document 274   Filed 06/20/23   Page 2 of 3





To: US District Court
Oakland Division
1301 Clay Street
Oakland, CA 94612

From: Kory Mudor
403 Stadium Dr.
Tallahassee, FL 32306



ReadyPost

SACRAMENTO CA 957
15 JUN 2023e PM5mL

