


**US POSTAGE & FEES PAID**
1 OZ FIRST-CLASS PKG RATE
ZONE 7
ComBasPrice

062S0001442707
9768907
FROM 38701

stamps
endicia
06/12/2023

## USPS FIRST-CLASS PKG™

KURTRELL BENSON   0006
1963 Susan Dr
GREENVILLE MS 38701-7733

SHIP TO:
California Northern District Court
OAKLAND DIVISION
1301 Clay St
Oakland CA 94612-5217

**USPS TRACKING #**



9400 1112 0621 5855 1995 93