FILED

JUN 20 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

    Re:   *In re: College NIL Litigation*, Case No. 4:20-cv-03919 CW
           Objection to release of personal information

Dear Judge Wilken:



In the above-referenced litigation, the plaintiff served a subpoena on Florida State University for my private "education records," which are protected, confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA).

I hereby respectfully object to the release of my personal information.

Sincerely,

Makenna Reid

14940 Sw 141st Ave

Portland, Oregon 97224

TAMPA FL 335
SAINT PETERSBURG FL
12 JUN 2023 PM 3 L

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums federal Building
and United States Courthouse
1301 Clay Street
Oakland, CA 94612

14940 SW 141st Ave
Portland, Oregon
97224