F I L E D

JUN 2 0 2023 SN

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

      Re:   *In re: College NIL Litigation*, Case No. 4:20-cv-03919 CW
             Objection to release of personal information

N<sup>C</sup>

Dear Judge Wilken:

In the above-referenced litigation, the plaintiff served a subpoena on Florida State University for my private "education records," which are protected, confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA).

I hereby respectfully object to the release of my personal information.

Sincerely,


Emily Ryan

4601 Maple Avenue

Bethesda, MD 20814

Ryan
4601 Maple Ave.
Bethesda, MD 20814

CAPITAL DISTRICT 208

12 JUN 2023   PM 3   L

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building
&
United States Courthouse
1301   Clay Street, Oakland, CA
94612

94612-525124