**FILED**

JUN 20 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

    Re:    *In re: College NIL Litigation*, Case No. 4:20-cv-03919 CW

    Objection to release of personal information

Dear Judge Wilken:

In the above-referenced litigation, the plaintiff served a subpoena on Florida State University for my private "education records," which are protected, confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA).

I hereby respectfully object to the release of my personal information.

Sincerely,

[name] Amari Gainer
[address] 2932 Springfield Dr.
Tall, FL 32309

TALLAHASSEE FL 323

12 JUN 2023 PM 3 L

United States District Court.
Northern District of California
Oakland Division
Ronald V. Dellums Federal Building &
United States Courthouse
★ 1301 Clay Street
Oakland, CA 94612

Amari Gainer
2932 Springfield DR.
Tall, FL 32309

