Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **PLAINTIFFS' RESPONSE TO LETTERS FILED BY FLORIDA STATE UNIVERSITY ATHLETES** |

Per the Court's Notice (*see* ECF No. 280), Plaintiffs respond herein to the letters filed by Florida State University ("FSU" or the "University") athletes—Devyn Flaherty, Jordan Travis, Kaley Mudge, Kurtell Benson, Makenna Reid, Julian Armella, Emily Ryan, and Amari Gainer (collectively, "Objecting FSU Athletes")—which object to the production of their personal information on the basis of the Family Educational Rights and Privacy Act ("FERPA").  *See* ECF No. 272–79.

As noted by the Objecting FSU Athletes, Plaintiffs served a subpoena on the University on May 12, 2023, which requested information on name, image and likeness ("NIL") deals entered into by FSU athletes, including the Objecting FSU Athletes.  Plaintiffs have represented to the subpoenaed institutions, including FSU, that they do not intend to challenge athletes' FERPA-based objections to the production of information relating to their personal NIL deals.  Consistent with those representations, Plaintiffs are not challenging the Objecting FSU Athletes' objections, and, as such, will accept the University's production without the inclusion of their information.

1   Dated: July 6, 2023                              Respectfully submitted,

2   HAGENS BERMAN SOBOL SHAPIRO LLP                  WINSTON & STRAWN LLP

3   By:  _/s/ Steve W. Berman_____           By:  __/s/ Jeffrey L. Kessler_____
4        Steve W. Berman (*pro hac vice*)                 Jeffrey L. Kessler (*pro hac vice*)
     Emilee N. Sisco (*pro hac vice*)                 David G. Feher (*pro hac vice*)
5    Stephanie Verdoia (*pro hac vice*)               David L. Greenspan (*pro hac vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP                  Adam I. Dale (*pro hac vice*)
6    1301 Second Avenue, Suite 2000                   Sarah L. Viebrock (*pro hac vice*)
     Seattle, WA 98101                                WINSTON & STRAWN LLP
7    Telephone: (206) 623-7292                        200 Park Avenue
8    Facsimile: (206) 623-0594                        New York, NY 10166-4193
     steve@hbsslaw.com                                Telephone: (212) 294-4698
9    emilees@hbsslaw.com                              Facsimile: (212) 294-4700
     stephaniev@hbsslaw.com                           jkessler@winston.com
10                                                    dfeher@winston.com
11   Benjamin J. Siegel (SBN 256260)                  dgreenspan@winston.com
     HAGENS BERMAN SOBOL SHAPIRO LLP                  aidale@winston.com
12   715 Hearst Avenue, Suite 202                     sviebrock@winston.com
     Berkeley, CA 94710
13   Telephone: (510) 725-3000                        Jeanifer E. Parsigian (SBN 289001)
     Facsimile: (510) 725-3001                        WINSTON & STRAWN LLP
14   bens@hbsslaw.com                                 101 California Street, 34th Floor
15                                                    San Francisco, CA 94111
     Jeffrey L. Kodroff                               Telephone: (415) 591-1000
16   SPECTOR ROSEMAN & KODROFF PC                     Facsimile: (415) 591-1400
     Two Commerce Square                              jparsigian@winston.com
17   2001 Market Street, Suite 3420
18   Philadelphia, PA 19103
     Telephone: (215) 496 0300
19   Facsimile: (215) 496 6611
     jkodroff@srkattorneys.com
20
21                        *Counsel for Plaintiffs and the Proposed Classes*
22
23
24
25
26
27
28