UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HOUSE, and others,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and others,<br><br>Defendants. | Case No. 20-cv-03919-CW (NC)<br><br>**ORDER SUSTAINING OBJECTIONS TO THE RELEASE OF PERSONAL INFORMATION**<br><br>Re: ECF 272, 273, 274, 275, 276, 277, 278, 279 |

Plaintiffs served a subpoena on Florida State University ("FSU" or "University"), requesting information on name, image and likeness deals entered into by FSU athletes. Several FSU athletes – Devyn Flaherty, Jordan Travis, Kaley Mudge, Kurtell Benson, Makenna Reid, Julian Armella, Emily Ryan, and Amari Gainer – filed letters objecting to the release of their personal information pursuant to the Family Educational Rights and Privacy Act ("FERPA"). *See* ECF 272-79. Plaintiffs filed their response to the letters, stating they "are not challenging the Objecting FSU Athletes' objections, and . . . will accept the University's production without the inclusion of their information." ECF 281. Based on the Plaintiffs' representation, the Court SUSTAINS the FSU Athletes' objections. The Court directs the Clerk to send a copy of Plaintiffs' response (ECF 281), and a copy of this Order, to the Objecting FSU Athletes at the addresses provided in their respective letters.

**IT IS SO ORDERED.**

Dated: July 6, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge