```
COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
ASHLEY KEMPER CORKERY (301380)
(acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

MARK LAMBERT (197410)
(mlambert@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

DEE BANSAL (1001754)
(dbansal@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

REBECCA L. TARNEJA (293461)
(rtarneja@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone:   (213) 561-3250
Facsimile:   (213) 561-3244

Attorneys for Defendant
PAC-12 CONFERENCE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEARANCE REBECCA L. TARNEJA ON BEHALF OF DEFENDANT PAC-12 CONFERENCE**<br><br>Judge:   Honorable Claudia Wilken<br>Date Action Filed: July 26, 2021 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE
OF REBECCA L. TARNEJA
CASE NO. 4:20-CV-03919-CW

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

PLEASE TAKE NOTICE that Rebecca L. Tarneja, of Cooley LLP, 355 South Grand Avenue, Suite 900, Los Angeles, CA 90071-1560, fully preserving all rights, defenses, and motions available to Defendant Pac-12 Conference, including, without limitation, objections to service, jurisdiction, and venue, hereby enters an appearance as counsel for Defendant Pac-12 Conference.

Dated: July 7, 2023                                                 COOLEY LLP

                                                                    By: */s/ Rebecca L. Tarneja*
                                                                         Rebecca L. Tarneja

                                                                    Attorney for Defendant
                                                                    PAC-12 CONFERENCE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE
OF REBECCA L. TARNEJA
CASE NO. 4:20-CV-03919-CW