United States District Court
Northern District of California
Oakland Division
Ronald v. Dellums Federal Building & United States Courthouse
1301 Clay Street
Oakland, CA 94612

    Re:    *In re: College NIL Litigation, Case No. 4:20-cv-03919 CW*

    Objection to release of personal information

Dear Judge Wilken:

In the above-referenced litigation, the plaintiff served a subpoena on Howard University for my "private educational records," which are protected confidential records pursuant to the Family Educational Rights and Privacy Act (FERPA). I hereby respectfully object to the release of my personal information.

Sincerely,
Ariel Finch
5134 s. Charton Ave.
Los Angeles, CA 90056