AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Grant House, et al. | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Case No.  4:20-cv-03919-CW |
| National Collegiate Athletic Association, et al. | ) | |
| *Defendants* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Big 12 Conference, Inc.                                                                                                  .

Date:   07/18/2023

/s/ Chad S. Hummel
*Attorney's signature*

Chad S. Hummel, SBN 139055
*Printed name and bar number*

Sidley Austin LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067
*Address*

chummel@sidley.com
*E-mail address*

(310) 595-9505
*Telephone number*

(310) 595-9501
*FAX number*