AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Grant House, et al. | ) |
|---|---|
| *Plaintiffs* | ) |
| v. | ) Case No. 4:20-cv-03919-CW |
| National Collegiate Athletic Association, et al. | ) |
| *Defendants* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Big 12 Conference, Inc.

Date: 07/18/2023

/s/ David L. Anderson

David L. Anderson, SBN 149604
*Printed name and bar number*

Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, California 94104
*Address*

dlanderson@sidley.com
*E-mail address*

(415) 772-1200
*Telephone number*

(415) 772-7412
*FAX number*