UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-CV-03919-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DEFENDANTS' EXPERT PROFESSOR BARBARA OSBORNE**<br><br>Hon. Claudia Wilken |

This matter is before the Court on Plaintiffs' *Daubert* Motion to Exclude the Opinions of Defendants' Expert Professor Barbara Osborne ("Motion"). The Court, having considered all of the papers submitted by the parties, the arguments presented at the hearing on the Motion, and the relevant authorities, finds that the challenged testimony of Professor Osborne is inadmissible pursuant to Rule 702 of the Federal Rules of Evidence, as well as under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and related precedents.

For these reasons, the Court hereby GRANTS Plaintiffs' Motion. The reports and testimony of Professor Osborne is excluded in its entirety.

1

[PROPOSED] ORDER GRANTING PLS. MOT. TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERT PROFESSOR BARBARA OSBORNE
CASE NO. 4:20-CV-03919-CW

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                 The Honorable Claudia Wilken
                                                 United States District Court Judge
                                                 Northern District of California

2

[PROPOSED] ORDER GRANTING PLS. MOT. TO EXCLUDE OPINIONS OF DEFENDANTS' EXPERT PROFESSOR BARBARA OSBORNE
CASE NO. 4:20-CV-03919-CW