| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **PLAINTIFFS' CERTIFICATE OF SERVICE** <br><br> Hon. Claudia Wilken |

1  I, the undersigned, declare:

2  I am a resident of the United States and am employed in the city of Berkeley, California, over

3  the age of 18 years, and not a party to or interested in the within action. My business address is 715

4  Hearst Avenue, Suite 300, Berkeley, California 94710.

5  On July 21, 2023, I served via secure email transfer the following document to the parties

6  enumerated in the attached Service List:

| No. | Description |
|-----|-------------|
| 1   | [Sealed] Plaintiffs' Reply Memorandum in Support of Motion for Class Certification |
| 2   | [Sealed] Expert Reply Report of Daniel A. Rascher |
| 3   | [Sealed] Reply Report of Edwin S. Desser |
| 4   | [Sealed] Sealed Exhibits 58, 61 and 89 to the Declaration of Steve W. Berman in Further Support of Plaintiffs' Motion for Class Certification |
| 5   | [Sealed] Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions, Reports, and Testimony of Edwin Desser and Dr. Daniel Rascher |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of July at Berkeley, California.

                                          *s/ Brian R. Miller*
                                          BRIAN R. MILLER

*In re College Athlete NIL Litigation* – Case No. 4:20-cv-03919-CW (N.D. Cal.)
**EMAIL SERVICE/DISTRIBUTION LIST**

| Defendant National Collegiate Athletic Association – Wilkinson Stekloff, LLP | |
|---|---|
| Beth A. Wilkinson | bwilkinson@wilkinsonstekloff.com |
| Rakesh N. Kilaru | rkilaru@wilkinsonstekloff.com |
| Kieran Gostin | kgostin@wilkinsonstekloff.com |
| Calanthe A. Cope-Kasten | ccope-kasten@wilkinsonstekloff.com |
| Sarah Neuman | sneuman@wilkinsonstekloff.com |
| Max Warren | mwarren@wilkinsonstekloff.com |
| Meg Braun | mbraun@wilkinsonstekloff.com |
| Jacob Danziger | jacob.danziger@afslaw.com |

| Defendant Atlantic Coast Conference – Fox Rothschild, LLP | |
|---|---|
| D. Erik Albright | ealbright@foxrothschild.com |
| Gregory G. Holland | gholland@foxrothschild.com |
| Jonathan P. Heyl | jheyl@foxrothschild.com |

| Defendant The Big Ten Conference – Mayer Brown LLP | |
|---|---|
| Britt M. Miller | bmiller@mayerbrown.com |
| Matthew D. Provance | mprovance@mayerbrown.com |
| Christopher J. Kelly | cjkelly@mayerbrown.com |
| Jessica Michaels | jmichaels@mayerbrown.com |
| Nathan Rice | nrice@mayerbrown.com |

| Defendant The Big 12 Conference, Inc. – Polsinelli PC | |
|---|---|
| Leane K. Capps | lcapps@polsinelli.com |
| Amy D. Fitts | afitts@polsinelli.com |
| Phillip Zeeck | pzeeck@polsinelli.com |
| Wesley D. Hurst | whurst@polsinelli.com |

| Defendant PAC-12 Conference – Cooley LLP | |
|---|---|
| Whitney Somvichian | wsomvichian@cooley.com |
| Kathleen R. Hartnett | khartnett@cooley.com |
| Dee Bansal | dbansal@cooley.com |
| Ashley Kemper Corkery | acorkery@cooley.com |
| David Louk | dlouk@cooley.com |

| Defendant Southeastern Conference – Robinson Bradshaw & Hinson, P.A.; Seifert Law Firm | |
|---|---|
| Robert F. Fuller, III | rfuller@robinsonbradshaw.com |
| Lawrence C. Moore, III | lmoore@robinsonbradshaw.com |
| Pearlynn G. Houck | phouck@robinsonbradshaw.com |
| Amanda P. Nitto | anitto@robinsonbradshaw.com |
| Mark J. Siefert | mseifert@seifertfirm.com |