1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  Grant House, et al.,  Case No. 20-cv-03919-CW
5      Plaintiff(s),
6    v.  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  National Collegiate Athletic Association, et al.,  (CIVIL LOCAL RULE 11-3)
8      Defendant(s).
9
10  I, Matthew R. Skanchy, an active member in good standing of the bar of
11  District of Columbia, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: National Collegiate Athletic Association  in the
13  above-entitled action. My local co-counsel in this case is Jacob K. Danziger, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 278219.

16  2001 M St. NW, 10th Floor                           44 Montgomery Street, 38th Floor
    Washington, D.C. 20036                              San Francisco, CA 94104
17  MY ADDRESS OF RECORD                                LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (202) 999-0672                                      (734) 222-1516
    MY TELEPHONE # OF RECORD                            LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20  mskanchy@wilkinsonstekloff.com                      jacob.danziger@afslaw.com
    MY EMAIL ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 1045601.
24      A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26      I have been granted pro hac vice admission by the Court 0 times in the 12 months
27  preceding this application.
28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2023

Matthew R. Skanchy
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew R. Skanchy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Matthew Randall Skanchy*

*was duly qualified and admitted on March 10, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 27, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*