United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Grant House, et al.                              ,

Plaintiff(s),

v.

National Collegiate Athletic
Association, et al.                              ,

Defendant(s).

Case No. 20-cv-03919-CW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Matthew R. Skanchy          , an active member in good standing of the bar of

District of Columbia                    , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing:  National Collegiate Athletic
Association                     in the

above-entitled action. My local co-counsel in this case is Jacob K. Danziger                , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 278219               .

2001 M St. NW, 10th Floor
Washington, D.C. 20036
MY ADDRESS OF RECORD

44 Montgomery Street, 38th Floor
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 999-0672
MY TELEPHONE # OF RECORD

(734) 222-1516
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mskanchy@wilkinsonstekloff.com
MY EMAIL ADDRESS OF RECORD

jacob.danziger@afslaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 1045601         .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months

preceding this application.

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _July 28, 2023_____                    Matthew R. Skanchy_____

5                                                  APPLICANT

6
7

8                       ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11     IT IS HEREBY ORDERED THAT the application of _Matthew R. Skanchy_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____8/7/2023_____

16

17  _____

18                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California