Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF RAKESH KILARU IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINTISTRATIVE RELIEF FOR LEAVE TO CONDUCT SUPPLEMENTAL DEPOSITION OF DR. DANIEL RASCHER**<br><br>Trial Date:   2025-01-27<br>Judge: Hon. Claudia Wilken |

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NCAA Defendant in this litigation. I submit this declaration in support of the Defendants' Motion for Administrative Relief for Leave to Conduct Supplemental Deposition of Dr. Daniel Rascher. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. In support of their reply brief on class certification, Plaintiffs filed a second report by Dr. Daniel Rascher on July 21, 2023. *See* Rascher Class Cert. Reply Report, ECF No. 290-2 (Reply Rpt.).
2. On July 27, 2023, counsel for Defendants requested that Plaintiffs make Dr. Rascher available for a supplemental deposition on the basis that Dr. Rascher's reply report goes beyond the scope of proper rebuttal.
3. The parties met and conferred over the course of the next week, including by phone on August 2, 2023.
4. Plaintiffs did not agree to produce Dr. Rascher for a supplemental deposition, asserting that Dr. Rascher's reply report was within the proper scope of rebuttal.

1

**Declaration of Rakesh Kilaru in Support of Defs' Motion for Admin. Relief for Leave to Conduct Suppl. Deposition of Dr. Daniel Rascher**   Case No. 4:20-cv-03919-CW

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   EXECUTED on this 9th day of August 2023 in Washington, D.C.

2

**Declaration of Rakesh Kilaru in Support of Defs' Motion for Admin.**  **Case No. 4:20-cv-03919-CW**
**Relief for Leave to Conduct Suppl. Deposition of Dr. Daniel Rascher**

| | |
|---|---|
| Dated:  August 9, 2023 | Respectfully Submitted, |
| **WILKINSON STEKLOFF LLP** | **COOLEY LLP** |
| By: /s/ Rakesh N. Kilaru<br>Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>Tamarra Matthews Johnson (*pro hac vice*)<br>Matthew R. Skanchy (*pro hac vice*)<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>mskanchy@wilkinsonstekloff.com<br><br>Jacob K. Danziger (SBN 278219)<br>ARENTFOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | By: /s/ Whitty Somvichian<br>Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>David S. Louk (SBN 304654)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  (415) 693 2000<br>Facsimile:  (415) 693 2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br>dlouk@cooley.com<br><br>Mark Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 849-7400<br>mlambert@cooley.com<br><br>Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842 7800<br>Facsimile:  (202) 842 7899<br>dbansal@cooley.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE |

**Declaration of Rakesh Kilaru in Support of Defs' Motion for Admin.**  Case No. 4:20-cv-03919-CW
**Relief for Leave to Conduct Suppl. Deposition of Dr. Daniel Rascher**

| | |
|---|---|
| **MAYER BROWN LLP**<br><br>By: /s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice*)<br>Daniel T. Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | **SIDLEY AUSTIN LLP**<br><br>By:  /s/ Angela C. Zambrano<br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br>dlanderson@sidley.com<br><br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 969-3529<br>Facsimile: (214) 969-3558<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br><br>Chad Hummel (SBN 139055)<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9505<br>Facsimile: (310) 595-9501<br>chummel@sidley.com<br><br>Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. |

4

**Declaration of Rakesh Kilaru in Support of Defs' Motion for Admin. Relief for Leave to Conduct Suppl. Deposition of Dr. Daniel Rascher**         Case No. 4:20-cv-03919-CW

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br><br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  (202) 637-1061<br>Facsimile:  (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5368<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

5

**Declaration of Rakesh Kilaru in Support of Defs' Motion for Admin. Relief for Leave to Conduct Suppl. Deposition of Dr. Daniel Rascher**          **Case No. 4:20-cv-03919-CW**