# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINTISTRATIVE RELIEF FOR LEAVE TO CONDUCT SUPPLEMENTAL DEPOSITION OF DR. DANIEL RASCHER** |

Pending before the Court is Defendants' Motion for Administrative Relief for Leave to Conduct the Supplemental Deposition of Dr. Daniel Rascher. The Court has considered the motion, and all other papers relating to the motion.

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Administrative Relief for Leave to Conduct the Supplemental Deposition of Dr. Daniel Rascher is GRANTED.

2. Plaintiffs shall make Dr. Rascher available for a three-hour deposition before September 1, 2023.

IT IS SO ORDERED.

Dated: _____       _____
CLAUDIA WILKEN
United States Senior District Judge