UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DEFENDANTS' EXPERT PROFESSOR BARBARA OSBORNE** |

Pending before the Court is Plaintiffs' Motion to Exclude the Opinions of Defendants' Expert Professor Barbara Osborne.  The Court has considered the motion, all other papers relating to the motion, other documents and pleadings filed in this action, and the arguments of counsel.

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Exclude the Opinions of Defendants' Expert Professor Barbara Osborne is DENIED.

IT IS SO ORDERED.

Dated: _____           _____
                                  CLAUDIA WILKEN
                                  United States District Judge