Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF RAKESH KILARU IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS, REPORTS, AND TESTIMONY OF EDWIN DESSER AND DR. DANIEL RASCHER AND DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE OPINIONS OF DEFENDANTS' EXPERT PROFESSOR BARBARA OSBORNE**<br><br>Date:      September 21, 2023<br>Time:     2:30 p.m.<br>Judge:    Hon. Judge Claudia Wilken |

Decl. of Rakesh Kilaru in Supp. of Defendants' Reply to
Plaintiffs' Opp. to Defendants' *Daubert* Motion and
Defendants' Opp. to Plaintiffs' *Daubert* Motion
Case No. 4:20-cv-03919-CW

I, Rakesh N. Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NCAA Defendants in this litigation. I submit this declaration in support of the Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions, Reports, and Testimony of Edwin Desser and Dr. Daniel Rascher and Defendants' Joint Opposition to Plaintiffs' Motion to Exclude the Opinions of Defendants' Expert Professor Barbara Osborne.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.  I am admitted *pro hac vice* to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Bob Thompson, taken on June 8, 2023.
2. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Barbara Osborne, taken on June 15, 2023.
3. Attached hereto as Exhibit 3 are excerpts from a true and correct copy of the Office for Civil Rights' Title IX Athletics Investigator's Manual, available at https://files.eric.ed.gov/fulltext/ED400763.pdf (last visited Aug. 8, 2023).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 11th day of August 2023 in Washington, D.C.

Respectfully submitted,

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (admitted *pro hac vice*)

1

Decl. of Rakesh Kilaru in Supp. of Defendants' Reply to
Plaintiffs' Opp. to Defendants' *Daubert* Motion and
Defendants' Opp. to Plaintiffs' *Daubert* Motion
Case No. 4:20-cv-03919-CW