# EXHIBIT 3

To the Declaration of
Rakesh N. Kilaru

ED 400 763

# TITLE IX ATHLETICS INVESTIGATOR'S MANUAL

1990

Prepared By:

**VALERIE M. BONNETTE**
Policy and Enforcement Service

**LAMAR DANIEL**
Region IV

**OFFICE FOR CIVIL RIGHTS**
**DEPARTMENT OF EDUCATION**



U.S. DEPARTMENT OF EDUCATION
Office of Educational Research and Improvement
EDUCATIONAL RESOURCES INFORMATION CENTER (ERIC)
☑ This document has been reproduced as received from the person or organization originating it.
☐ Minor changes have been made to improve reproduction quality.
● Points of view or opinions stated in this document do not necessarily represent official OERI position or policy.

BEST COPY AVAILABLE

c. **Whether disparities in individual segments of the program regarding benefits, treatment, services, or opportunities are substantial enough by themselves to deny equality of athletic opportunity.**

VII. DATA NEEDS (Use the following for intercollegiate athletics only; for interscholastic athletics, use the data request beginning on page 126)

1. A list of all teams, including any coed teams, in the intercollegiate athletics program, the athletic association in which the men's and women's programs are members, the division level at which each team competes, the date each team began intercollegiate competition, the number of participants of each sex on each team, and the eligibility or squad lists (for example, the NCAA squad list).

2. The current enrollment of full time undergraduate students by sex.

3. Copies of any current publications of the athletic department(s) available to the general public, including press guides, recruitment brochures, schedule cards, samples of game programs, and similar publications for each men's and women's team.

4. Copies for the current year and the previous year of budgets for the men's and women's intercollegiate athletic programs (by team and line item, if possible) and a record of the expenditures for each program (by team and line item, if available) for the previous year. If available, a copy of the institution's management plan or similar document or those portions of the document that show budget projections or proposed program changes for the athletic program beyond the current year.

5. If available, copies of written policies, procedures, and criteria for the following or, if unavailable, a description for:

   a. awarding athletic financial assistance to male and female athletes

   b. determining the amount and type of need-based or merit-based financial assistance for male and female athletes, <u>only</u> if such policies, practices, or criteria are different for athletes as compared to the general student body

   c. determining whether sports will be added (and, if so, what sports) to the men's and women's intercollegiate athletic programs; include copies of any reports discussing the growth of the athletics program and copies of any surveys or assessments conducted of students' athletic interests and abilities and the date(s) and results of the surveys or assessments

   d. providing, maintaining, and replacing equipment and supplies, including any replacement schedules

   e. establishing competitive and practice schedules

   f. permitting pre-season or post-season competition



BEST COPY AVAILABLE





g. providing travel arrangements and per diem allowances

h. providing tutoring services to male and female athletes

i. determining the number of coaches (full time, part time, head, assistant and graduate or student assistants) assigned to teams

j. determining the use and availability of locker rooms and practice and competitive facilities

k. providing medical and training facilities and services to male and female athletes

l. providing athletes with special housing, dining facilities or arrangements, and services including any special preference given to athletes in allocating dormitory space

m. providing publicity services to men's and women's intercollegiate athletic programs

n. providing administrative, secretarial, and clerical support services to men's and women's intercollegiate athletics programs

o. recruiting student athletes, including any differences in recruiting male and female athletes

6. For the current year and previous year, for each athlete who receives (received) athletic financial assistance, the team on which the athlete competes, the amount of aid that was awarded to each athlete, and what expenses the award covered; also, a list of what expenses are covered by a full athletic scholarship for men and women and the dollar value of each of these expenses, including the cost of in-state and out-of-state tuition.

7. A current list of club and intramural sports and the number of participants by sex participating in each club and intramural sport.

8. The competitive and practice schedules for each intercollegiate athletic team (varsity, junior varsity, etc.) for the current year (or the previous year if not yet established), including the starting date of the first practice session for each team; if organized practice/competitive sessions are also scheduled for the team outside the regular season (for example, fall baseball or fall golf), obtain specifics.

9. A list of teams by sex that competed in post-season events, a list of the events, the schedule of competition, and a list of those teams by sex that qualified for such competition but did not compete; also, the same information for individual athletes when post-season competition is offered for individual entrants in addition to or in lieu of team competition.





10. A list of teams by sex that competed in exhibition or scrimmage games, the schedule of competition, and those teams by sex that had opportunities for such competition but did not compete.

11. A list of the modes or methods of transportation (privately-owned vehicles; institutionally-owned vehicles - car, van, bus, train, or plane; commercial vehicles - bus, train, or plane) used by each team for each competition; also, for each away competition, whether the team stayed overnight.

12. For each team, the size of the travel squad and the names and positions of additional personnel (including student assistants) who travel with the team to away games.

13. The per diem allowance for male and female intercollegiate athletes, by team if possible.

14. A list of the names of all varsity, junior varsity, and freshman coaches by team, with the following (or similarly relevant) information regarding their assignment:

    a) head
    b) assistant
    c) graduate or student assistant
    d) full time or part time as a coach (indicating percentage of full time)
    e) length of contract or assignment, for example, 9 months, 12 months
    f) other non-coaching duties at the institution (if appropriate), for example, Associate Professor for Physical Education, Counselor, Director of Transportation, etc., indicating percentage of time
    g) salary

15. A listing of all locker rooms, practice, and competitive facilities used by each team, indicating the name and general age of the facility, whether it is on or off campus, and whether the facility is used exclusively by certain teams or programs; also, a schedule showing when any facilities are used for practice and how long the locker rooms are assigned for use by each team (for example, competitive season only, all year, etc.); a copy of the campus map to indicate the location of all facilities, if available.

16. A list of each weight, training, and conditioning facility available to athletes, indicating the teams, by sex, using the facility, the schedule of use, and the location of the facility.

17. For each team, a list of the names of any trainers and any medical personnel assigned to the team; the certification of each trainer; if a student trainer, the number of years that person has been a student trainer; which trainers accompany the team to away games.



BEST COPY AVAILABLE



18. Copies of any health, accident, and injury insurance policies available to athletes of both sexes, and the cost of each policy to the athletes (if any). General policies available to all students at the institution need not be provided.

19. A list of the special housing and dining facilities, if any, provided to athletes, indicating the locations, the capacity, and the teams, by sex, that use the facilities; a list of such facilities provided for athletes during school breaks or early return to campus; also, if applicable, for which teams the institution provides training tables and/or pre-game meals before home games.

20. A description of the types of publicity or promotional services the institution makes available to the men's and women's intercollegiate athletic programs, including the name(s) and title(s) of person(s) in charge.

21. Any available organizational charts showing the lines of authority for all persons involved in intercollegiate athletics, indicating the administrative and clerical support personnel assigned to each organizational unit; for each organizational unit in the athletic department(s) (including teams), a list of the names of all personnel assigned to that unit and their titles; for student personnel, whether they are on work-study.

22. If the institution recruits student athletes, for each team: the area of recruitment, names of personnel who recruit, and for the previous year, a listing of recruitment trips made by each person; also, for the current year and previous year, for each team, the number of prospective athletes who were invited to and visited campus as part of a recruitment effort and, of these, the number of prospective athletes who had their trip to campus subsidized by the institution.

23. Any other available information that might help OCR to understand the institution's intercollegiate athletics program.

The data will be obtained from coaches, athletic directors, trainers, intercollegiate athletes, records, and other written policies and procedures.

## VIII. INTERVIEWS

1. Athletic Director(s) for men's and women's sports
2. Assistant Athletic Directors
3. Head Coaches for men's and women's teams
4. Assistant and Graduate Assistant Coaches, if appropriate
5. Trainers
6. Equipment Managers, if appropriate
7. Athletic Financial Affairs Director
8. Director of Tutors
9. Student Athletes
10. Complainant
11. Others as identified





131

BEST COPY AVAILABLE

## IX. PROPOSED ACTIVITY SCHEDULE

1. Send letter of acknowledgement to complainant
2. Send letter of notification and data request to recipient
3. Complete Investigative Plan
4. Receive Data
5. Analyze Data
6. Schedule On-site, if appropriate
7. Conduct On-site, if appropriate
8. Complete draft Investigative Report
9. If proposed violation finding, negotiate corrective action and forward corrective action plan
10. If proposed no violation finding, notify complainant of proposed adverse findings
11. Complete Investigative Report and Letter of Findings (LOF)
12. If proposed violation without corrective action, forward Enforcement Activity Report
13. Issue LOF
14. LOF due date: ______________.

## X. REVIEW AND CLEARANCE

________________________ ________________________
Date

________________________ ________________________
Date

________________________ ________________________
Date



ERIC Full Text Provided by ERIC