UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE ET AL.,

Plaintiff(s),

v.

NCAA ET AL.,

Defendant(s).

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Timothy P. Misner, an active member in good standing of the bar of the State of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Southeastern Conference in the above-entitled action. My local co-counsel in this case is Mark J. Seifert, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 217054.

Robinson, Bradshaw & Hinson, P.A., 101 N. Tryon St., Suite 1900, Charlotte, North Carolina 28246
MY ADDRESS OF RECORD

Seifert Zuromski LLP, 100 Pine Street, Suite 1250
San Francisco, California 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

704.377.2536
MY TELEPHONE # OF RECORD

415.869.8837
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tmisner@robinsonbradshaw.com
MY EMAIL ADDRESS OF RECORD

mseifert@szllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 56364.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: August 22, 2023                                         Timothy P. Misner
                                                                                APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Timothy P. Misner  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/23/2023

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE