KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Non-Party Electronic Arts, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF R. JAMES SLAUGHTER IN SUPPORT OF STIPULATION TO EXTEND NON-PARTY ELECTRONIC ARTS INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING**<br><br>Judge:      Hon. Claudia Wilken |

DECLARATION OF R. JAMES SLAUGHTER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2353352

I, R. James Slaughter, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a partner at Keker, Van Nest & Peters LLP, and counsel of record for non-party Electronic Arts Inc. ("EA") in the above-captioned action. I submit this declaration pursuant to Civil Local Rule 6-2 and in connection with the Parties' Stipulation and [Proposed] Order to Extend Non-Party Electronic Arts Inc.'s Time to File Declaration in Support of Sealing. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness.

2. Pursuant to multiple subpoenas served by the Parties to this action, EA produced a substantial amount of highly confidential information in this matter, some of which is included in the Parties' respective class certification submissions.

3. Pursuant to the Court's Order Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents, the Parties are to file an Omnibus Sealing Motion no later than fourteen (14) days from the last class certification filing (currently September 1, 2023), and the Parties shall then serve the Omnibus Sealing Motion on all Non-Party Designating Parties (*See* ECF Nos. 207, 227).

4. As a Non-Party Designating Party, EA's declaration or statement in favor of sealing is currently due on September 29, 2023. My colleague Luke Apfeld and I, who represent EA in this matter, will both be out of the country for pre-planned and pre-paid travel for much of September. As a result, we will be unable to review the Parties' Omnibus Sealing Motion, evaluate the scope and nature of the Parties' use of EA's highly confidential information, and prepare any necessary declaration or statement in support of sealing. We therefore asked the Parties to stipulate that EA have until October 13, 2023 to file a statement or declaration in support of sealing, as set forth in Local Rule 79-5(f)(3). As reflected in the concurrently filed stipulation, the Parties agreed.

5. Pursuant to Civil Local Rule 6-2(a)(2), this is EA's first request for an extension of time in this matter.

1

DECLARATION OF R. JAMES SLAUGHTER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2353352

6. Pursuant to Civil Local Rule 6-2(a)(3), it is my understanding that EA's requested extension will not affect any currently set deadlines in the above-captioned matter. Additionally, EA's requested extension will not otherwise impact the case schedule beyond extending the Court's ruling on the Parties' Omnibus Sealing Motion by two weeks.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on September 5, 2023.

By: _____
R. James Slaughter

2
DECLARATION OF R. JAMES SLAUGHTER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME
TO FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2353352