KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Non-Party Electronic Arts Inc.

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING**<br><br>Judge:     Hon. Claudia Wilken |

  Pursuant to Northern District of California Local Rule 7-12, Plaintiffs and Defendants in the above-captioned action, along with non-party Electronic Arts Inc. ("EA"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending the time by which EA must file a declaration or statement in support of the Parties' Omnibus Sealing Motion.

  WHEREAS, pursuant to multiple subpoenas served by the Parties, EA produced a substantial amount of highly confidential information in this matter, some of which is included in the Parties' respective class certification submissions; and

  WHEREAS, pursuant to the Court's Order Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents, the Parties are to file an Omnibus Sealing Motion no later than fourteen (14) days from the last class certification filing (currently

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO
FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2352162

September 1, 2023), and the Parties shall then serve the Omnibus Sealing Motion on all Non-Party Designating Parties (*See* ECF Nos. 207, 227); and

WHEREAS, counsel for EA will be out of the country for pre-planned and pre-paid travel leading up to the deadline for Non-Party Designating Parties to submit declarations or statements in support of sealing, currently set for September 29, 2023, and as such will be unable to review the Parties' Omnibus Sealing Motion, evaluate the scope and nature of the Parties' use of EA's highly confidential information, and prepare any necessary declaration or statement in support of sealing;

THEREFORE, EA and the Parties in the above-captioned action hereby agree and stipulate that (assuming the Parties submit and serve their Omnibus Sealing Motion as described above), upon order of this Court, the time for EA to file a statement or declaration in support of sealing, as set forth in Local Rule 79-5(f)(3), shall be on or before October 13, 2023.

Dated: September 5, 2023

Respectfully submitted

KEKER, VAN NEST & PETERS LLP

By: */s/ R. James Slaughter*
R. JAMES SLAUGHTER
LUKE APFELD

Attorneys for Non-Party Electronic Arts Inc.

|     |     |                                                                 |
| --- | --- | --------------------------------------------------------------- |
|     |     | HAGENS BERMAN SOBOL SHAPIRO LLP                                 |
|     | By: | */s/ Steve W. Berman*                                           |
|     |     | Steve W. Berman (pro hac vice)                                  |
|     |     | Emilee N. Sisco (pro hac vice)                                  |
|     |     | 1301 Second Avenue, Suite 2000                                  |
|     |     | Seattle, WA 98101                                               |
|     |     | Telephone: (206) 623-7292                                       |
|     |     | Facsimile: (206) 623-0594                                       |
|     |     | steve@hbsslaw.com                                               |
|     |     | emilees@hbsslaw.com                                             |
|     |     |                                                                 |
|     |     | Benjamin J. Siegel (SBN 256260)                                 |
|     |     | 715 Hearst Avenue, Suite 202                                    |
|     |     | Berkeley, CA 94710                                              |
|     |     | Telephone: (510) 725-3000                                       |
|     |     | Facsimile: (510) 725-3001                                       |
|     |     | bens@hbsslaw.com                                                |
|     |     |                                                                 |
|     |     | Attorneys for Plaintiffs and the Proposed Classes               |
|     |     |                                                                 |
|     |     | WINSTON & STRAWN LLP                                            |
|     |     |                                                                 |
|     | By: | */s/ Steve W. Berman*                                           |
|     |     | Jeffrey L. Kessler (pro hac vice)                               |
|     |     | David G. Feher (pro hac vice)                                   |
|     |     | David L. Greenspan (pro hac vice)                               |
|     |     | Adam I. Dale (pro hac vice)                                     |
|     |     | 200 Park Avenue                                                 |
|     |     | New York, NY 10166-4193                                         |
|     |     | Telephone: (212) 294-4698                                       |
|     |     | Facsimile: (212) 294-4700                                       |
|     |     | jkessler@winston.com                                            |
|     |     | dfeher@winston.com                                              |
|     |     | dgreenspan@winston.com                                          |
|     |     | aidale@winston.com                                              |
|     |     |                                                                 |
|     |     | Jeanifer E. Parsigian (SBN 289001)                              |
|     |     | 101 California Street, 34th Floor                               |
|     |     | San Francisco, CA 94111-5840                                    |
|     |     | Telephone: (415) 591-1000                                       |
|     |     | Facsimile: (415) 591-1400                                       |
|     |     | jparsigian@winston.com                                          |
|     |     |                                                                 |
|     |     | Attorneys for Plaintiffs and the Proposed Classes               |

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2352162

WILKINSON STEKLOFF LLP

By: */s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (pro hac vice)
Beth A. Wilkinson (pro hac vice)
Kieran Gostin (pro hac vice)
Calanthe Cope-Kasten (pro hac vice)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com

Jacob K. Danzinger (SBN 278219)
ARENT FOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501

Attorneys for Defendant National
Collegiate Athletic Association

LATHAM & WATKINS LLP

By: */s/ Christopher S. Yates*
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2352162

D. Erik Albright (pro hac vice)
Jonathan P. Heyl (pro hac vice)
Gregory G. Holland (pro hac vice)
FOX ROTHSCHILD LLP
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

Attorneys for Defendant Atlantic Coast Conference

MAYER BROWN LLP

By:  */s/ Britt M. Miller*
Britt M. Miller (pro hac vice)
Matthew D. Provance (pro hac vice)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant The Big Ten Conference, Inc.

COOLEY LLP

By: /s/ Whitty Somvichian
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

Dee Bansal (pro hac vice)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842 7800
Facsimile: (202) 842 7899
dbansal@cooley.com

Attorneys for Defendant Pac-12 Conference

SIDLEY AUSTIN LLP

By: /s/ David L. Anderson
David L. Anderson (SBN 149604)
dlanderson@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412

Angela C. Zambrano (pro hac vice)
angela.zambrano@sidley.com
Natali Wyson (pro hac vice)
nwyson@sidley.com
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Tel: (214) 969-3529
Fax: (214) 969-3558

6
STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO
FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2352162

|   |   |
|---|---|
| 1 | Chad Hummel (SBN 139055) |
| 2 | chummel@sidley.com |
|   | 1999 Avenue of the Stars, Suite 1700 |
|   | Los Angeles, CA 90067 |
| 3 | Tel: (310) 595-9505 |
|   | Fax: (310) 595-9501 |
| 4 |   |
| 5 | Attorneys for Defendant The Big 12 Conference, Inc. |

ROBINSON BRADSHAW & HINSON, P.A.

By: /s/ Robert W. Fuller
Robert W. Fuller, III (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
Pearlynn G. Houck (pro hac vice)
Amanda P. Nitto (pro hac vice)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
phouck@robinsonbradshaw.com
anitto@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 941105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Attorneys for Defendant Southeastern Conference

---

7

STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO
FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2352162

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I, R. James Slaughter, attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*/s/ R. James Slaughter*
R. JAMES SLAUGHTER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that EA's deadline to file a declaration or statement in support of sealing is hereby extended to October 13, 2023.

Dated: 9/6/2023

_/s/ Claudia Wilken_
HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE

9
STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-PARTY ELECTRONIC ARTS, INC.'S TIME TO FILE A DECLARATION IN SUPPORT OF SEALING
Case No. 4:20-cv-03919-CW

2352162