*Counsel for Plaintiffs and Defendants
Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>CLASS ACTION<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hon. Claudia Wilken |

Counsel for Plaintiffs Grant House, Sedona Prince, and Tymir Oliver ("Plaintiffs") and Defendants National Collegiate Athletic Association, Pac-12 Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Southeastern Conference, and Atlantic Coast Conference ("Defendants," and collectively with Plaintiffs, "the Parties") in the above-referenced actions submit this Further Case Management Conference Statement in advance of the Case Management Conference scheduled for September 21, 2023.

## I.   MOTIONS

On October 21, 2022, Plaintiffs filed a motion for class certification. *See* ECF No. 208. Defendants opposed. *See* ECF No. 252. The motion is fully briefed and set for hearing on September 21, 2023. The Parties also filed motions to exclude various expert opinions, *see* ECF Nos. 250, 293, which are fully briefed and set for hearing on September 21, 2023, as well. The Parties currently anticipate motions for summary judgment and/or summary adjudication, which will be briefed from April through July of 2024, consistent with the Court's scheduling order, ECF No. 227.

## II.   AMENDMENT OF PLEADINGS

Plaintiffs do not presently anticipate any further substantive amendments to the pleadings but reserve all rights in this regard depending on the Court's orders and/or if additional information comes to light.

## III.   DISCOVERY

The Parties are proceeding under the Court's scheduling order, ECF No. 227, and expect to complete fact discovery by the current deadline of October 27, 2023. The Parties have no discovery disputes to raise at this time.

## IV.   RELATED CASES

*Grant House, et al. v. National Collegiate Athletic Association, et al.*, No. 4:20-cv-03919CW

*Tymir Oliver, et al. v. National Collegiate Athletic Association, et al.*, No. 4:20-cv-04527 CW

*Hubbard, et al. v. National Collegiate Athletic Association, et al.*, No. 5:23-cv-01593-BLF

*In re National Collegiate Athletic Association Athletic Grant-In-Aid Cap Antitrust Litigation*, No. 14-md-02541 CW

## V. SETTLEMENT AND ADR

The Parties have engaged a mediator and participated in mediation sessions.  At this time, the Parties have not reached a resolution of this matter.

## VI. SCHEDULING

The Parties are proceeding under the Court's scheduling order, ECF No. 227.  The Parties are not seeking to alter any deadlines at this time.  The current schedule is as follows:

| EVENT | DATE |
|---|---|
| Hearing on Class Certification and *Daubert* Motions | 9/21/23 at 2:30 p.m. |
| Merits Discovery Cut-off | 10/27/23 |
| Merits Expert Disclosure (Including Reports) on Issues at to Which Party Bears the Burden at Trial | 12/1/23 |
| Merits Expert Response | 1/26/24 |
| Merits Expert Reply | 2/23/24 |
| Expert Discovery Cut-Off | 3/15/24 |
| Plaintiffs' Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 50 pages) | 4/3/24 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 70 pages) | 5/17/24 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 80 pages) | 6/28/24 |
| Defendants' Reply in Support of their Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 60 pages) | 7/26/24 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | September 19, 2024 at 2:30 p.m. |
| Deadline for each side to file motions *in limine* in a single brief not to exceed 25 pages | Two weeks after the Court issues a ruling on the dispositive motions but not later than 11/22/24 |
| Deadline for each side to file oppositions to other side's motions *in limine* in a single brief not to exceed 25 pages | Two weeks after motions *in limine* are filed but not later than 12/6/24 |
| Pretrial conference | 12/16/24 |
| Trial Date | 1/27/25 |

## VII. TRIAL

Plaintiffs have requested a jury trial. The Parties respectfully submit that it is premature to estimate an expected length of the trial at this time.

DATED: September 14, 2023                Respectfully Submitted,

**WINSTON & STRAWN LLP**                **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  /s/ Jeffrey L. Kessler             By:  /s/ Steve W. Berman
     JEFFREY L. KESSLER                       STEVE W. BERMAN

Jeffrey L. Kessler (*pro hac vice*)        Steve W. Berman (*pro hac vice*)
David G. Feher (*pro hac vice*)            Emilee N. Sisco (*pro hac vice*)
David L. Greenspan (*pro hac vice*)        1301 Second Avenue, Suite 2000
Adam I. Dale (*pro hac vice*)              Seattle, WA 98101
Sarah L. Viebrock (*pro hac vice*)         Telephone: (206) 623-7292
200 Park Avenue                            Facsimile:  (206) 623-0594
New York, NY 10166-4193                    steve@hbsslaw.com
Telephone: (212) 294-4698                  emilees@hbsslaw.com
Facsimile: (212) 294-4700
jkessler@winston.com                       Benjamin J. Siegel (SBN 256260)
dfeher@winston.com                         HAGENS BERMAN SOBOL SHAPIRO LLP
dgreenspan@winston.com                     715 Hearst Avenue, Suite 202
aidale@winston.com                         Berkeley, CA 94710
sviebrock@winston.com                      Telephone:  (510) 725-3000
                                           Facsimile:   (510) 725-3001
Jeanifer E. Parsigian (SBN 289001)         bens@hbsslaw.com
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000                  *Attorneys for Plaintiffs and the Proposed Classes*
Facsimile: (415) 591-1400
jparsigian@winston.com

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **WILKINSON STEKLOFF LLP** |
| By:   */s/ Christopher S. Yates* <br>     CHRISTOPHER S. YATES | By:   */s/ Beth A. Wilkinson* <br>     BETH A. WILKINSON |
| Christopher S. Yates (SBN 161273) <br> Aaron T. Chiu (SBN 287788) <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 391-0600 <br> Facsimile: (415) 395-8095 <br> Chris.yates@lw.com <br> Aaron.chiu@lw.com <br><br> Anna M. Rathbun (SBN 273787) <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, DC 20004 <br> Telephone: (202) 637-1061 <br> Facsimile: (202) 637-2201 <br> Anna.rathbun@lw.com <br><br> D. Erik Albright (*pro have vice*) <br> Jonathan P. Heyl (*pro have vice*) <br> Gregory G. Holland (*pro have vice*) <br> FOX ROTHSCHILD LLP <br> 230 North Elm Street, Suite 1200 <br> Greensboro, NC 27401 <br> Telephone: (336)0378-5368 <br> Facsimile: (336) 378-5400 <br> ealbright@foxrothschild.com <br> jheyl@foxrothschild.com <br> gholland@foxrothschild.com <br><br> *Attorneys for Defendant Atlantic Coast Conference* | Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> Kieran Gostin (*pro hac vice*) <br> Calanthe A. Cope-Kasten (*pro hac vice*) <br> WILKINSON STEKLOFF LLP <br> 2001 M Street NW, 10th Floor <br> Washington, D.C. 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> bwilkinson@wilkinsonstekloff.com <br> rkilaru@wilkinsonstekloff.com <br> kgostin@wilkinsonstekloff.com <br> carat@wilkinsonstekloff.com <br><br> Jacob K. Danziger (SBN 278219) <br> ARENT FOX SCHIFF LLP <br> 44 Montgomery Street, 38th Floor <br> San Francisco, CA 94104 <br> Telephone: (734) 222-1516 <br> Facsimile: (415) 757-5501 <br><br> *Attorneys for Defendant National Collegiate Athletic Association* |

| | |
|---|---|
| **COOLEY LLP** | **MAYER BROWN LLP** |
| By:   */s/ Whitty Somvichian* | By:   */s/ Britt M. Miller* |
|      WHITTY SOMVICHIAN |      BRITT M. MILLER |

Whitty Somvichian (SBN 194463)  
Kathleen R. Hartnett (SBN 314267)  
Ashley Kemper Corkery (SBN 301380)  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004  
Telephone: (415) 693-2000  
Facsimile: (415) 693-2222  
wsomvichian@cooley.com  
khartnett@cooley.com  
acorkery@cooley.com  

Mark Lambert (SBN 197410)  
3175 Hanover Street  
Palo Alto, CA 94304-1130  
Telephone: (650) 843-5000  
Facsimile: (650) 849-7400  
mlambert@cooley.vom  

Dee Bansal (*pro hac vice*)  
1299 Pennsylvania Ave. NW, Suite 700  
Washington, DC 20004-2400  
Telephone: (202) 842-7800  
Facsimile: (202) 842-7899  

*Attorneys for Defendant Pac-12 Conference*

Britt M. Miller (*pro hac vice*)  
Matthew D. Provance (*pro hac vice*)  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, IL 60606  
Telephone: (312) 782-0600  
Facsimile: (312) 701-7711  
bmiller@mayerbrown.com  
mprovance@mayerbrown.com  

Christopher J. Kelly (SBN 276312)  
MAYER BROWN LLP  
Two Palo Alto Square, Suite 300  
3000 El Camino Real  
Palo Alto, CA 94306  
Telephone: (650) 331-2000  
Facsimile: (650) 331-2060  
cjkelly@mayerbrown.com  

*Attorneys for Defendant The Big Ten Conference, Inc.*

| | |
|---|---|
| **ROBINSON BRADSHAW & HINSON, P.A.** | **SIDLEY AUSTIN LLP** |
| By: */s/ Robert W. Fuller, III* <br>      ROBERT W. FULLER, III | By: */s/ David L. Anderson* <br>      DAVID L. ANDERSON |
| Robert W. Fuller, III (*pro hac vice*) <br> Lawrence C. Moore, III (*pro hac vice*) <br> Amanda P. Nitto (*pro hac vice*) <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br><br> Mark J. Seifert (SBN 217054) <br> SEIFERT ZUROMSKI LLP <br> One Market Street, 36th Floor <br> San Francisco, CA 941105 <br> Telephone: (415) 999-0901 <br> Facsimile: (415) 901-1123 <br> mseifert@szllp.com <br><br> *Attorneys for Defendant Southeastern Conference* | David L. Anderson (SBN 149604) <br> dlanderson@sidley.com <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7412 <br><br> Angela C. Zambrano (*pro have vice*) <br> Natali Wyson (*pro hac vice*) <br> Angela.zambrano@sidley.com <br> nwyson@sidley.com <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX 75201 <br> Telephone: (214 969-3529 <br> Fax: (214) 969-3558 <br><br> Chad Hummel (SBN 139055) <br> chummel@sidley.com <br> 1999 Avenue of the Stars, Suite 1700 <br> Los Angeles, CA 90067 <br> Telephone: (310) 595-9505 <br> Fax: (310) 595-9501 <br><br> *Attorneys for Defendant Big 12 Conference* |

**E-FILING ATTESTATION**

I, Jeffrey L. Kessler, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER
