1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

IN RE COLLEGE ATHLETE NIL
LITIGATION

Case No. 4:20-cv-03919-CW

**[PROPOSED] ORDER REGARDING
JOINT ADMINISTRATIVE OMNIBUS
MOTION TO SEAL**

Judge: Hon. Claudia Wilken

Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., the Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), filed a Joint Administrative Omnibus Motion to Seal pursuant to Civil Local Rule 79-5 and this Court's Stipulation and Order as Modified Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents ("Stipulation and Order Modifying Sealing Procedures") (ECF No. 205) in connection with the Parties' class certification briefing, *Daubert* briefing, and supporting documents. Having considered the Parties' Joint Administrative Motion and the declarations from designating parties submitted in support thereof, and finding that there are compelling reasons to justify sealing the below reference material, **IT IS HEREBY ORDERED THAT** the Parties' Joint Administrative Motion is **GRANTED**.

The following documents shall remain under seal:

## A. PLAINTIFFS' CLASS CERTIFICATION MOTION [ECF NO. 208]

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 1. | p. 4:14-16 | Big 12 | |
| 2. | p. 4:17-18 | Big 12 | |
| 3. | p. 4, n. 7 | Big 12 | |
| 4. | p. 5:7-8 | Big Ten | |
| 5. | p. 5, n. 9 | NCAA | |
| 6. | p. 5, n. 11 | NCAA | |
| 7. | p. 6:18 | NCAA | |
| 8. | p. 8:17-20 | SEC; ESPN; ACC; Big Ten; Villanova | |
| 9. | p. 9:10 | Plaintiffs | |
| 10. | p. 10:4-7 | EA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 11. | p. 10:11-12 | EA | |
| 12. | p. 10:14-17 | NCAA | |
| 13. | p. 10:18-11:1 | EA | |
| 14. | p. 10, n. 24 | EA | |
| 15. | p. 10, n. 25 | EA | |
| 16. | p. 11:2-15 | EA | |
| 17. | p. 11:19-22 | EA, CLC | |
| 18. | p. 12:16 | NCAA | |
| 19. | p. 13:14-16 | Big Ten | |
| 20. | p. 14:15-21 | NCAA | |
| 21. | p. 14, n. 40 | University of Missouri; NCAA | |
| 22. | p. 15:7-12 | NCAA | |
| 23. | p. 16, n. 48 | NCAA | |
| 24. | p. 23:14-15 | Big Ten | |
| 25. | p. 30:11-17 | Big Ten | |
| 26. | p. 30:20 | Plaintiffs | |
| 27. | p. 30:23-25 | Plaintiffs | |
| 28. | p. 31:15 | Plaintiffs | |
| 29. | p. 32:3-6 | EA | |
| 30. | p. 32:9 | NCAA | |
| 31. | p. 32:18 | Plaintiffs; EA | |
| 32. | p. 32:18-19 | Plaintiffs; EA | |
| 33. | p. 32:22-23 | EA; NCAA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 34. | p.32 n. 57 | SEC | |
| 35. | p. 32 n. 57 | NFLPA | |
| 36. | p. 32 n. 57 | NBPA | |

**B. DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [ECF NO. 208-1]**

| Entry Number | Exhibit to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 37. | Ex. 7 | Big Ten | |
| 38. | Ex. 8 | Big 12 | |
| 39. | Ex. 10 | NCAA | |
| 40. | Ex. 11 | Big Ten | |
| 41. | Ex. 12 | NCAA | |
| 42. | Ex. 13 | NCAA | |
| 43. | Ex. 18 | NCAA | |
| 44. | Ex. 24 | EA | |
| 45. | Ex. 25 | EA | |
| 46. | Ex. 26 | NCAA | |
| 47. | Ex. 27 | EA | |
| 48. | Ex. 28 | EA | |
| 49. | Ex. 29 | EA | |
| 50. | Ex. 37 | University of Missouri | |
| 51. | Ex. 38 | NCAA | |
| 52. | Ex. 39 | NCAA | |
| 53. | Ex. 45 | NCAA | |

| Entry Number | Exhibit to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 54. | Ex. 47 | Sedona Prince (Plaintiffs) | |
| 55. | Ex. 48 | Grant House (Plaintiffs) | |
| 56. | Ex. 49 | Tymir Oliver (Plaintiffs) | |
| 57. | Ex. 50 | Big Ten | |
| 58. | Ex. 51 | SEC | |
| 59. | Ex. 52 | NFLPA | |
| 60. | Ex. 53 | NBPA | |

**C.  EXPERT REPORT OF DANIEL A. RASCHER [ECF NO. 209-2]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 61. | p. 24 ¶ 48 | Big Ten | |
| 62. | p. 24 n. 38 | Big Ten | |
| 63. | p. 29 ¶ 55 | NCAA | |
| 64. | p. 29 n. 57 | NCAA | |
| 65. | p. 29 n. 57 | EA | |
| 66. | p. 30 ¶ 56 | EA | |
| 67. | p. 30 n. 59 | EA | |
| 68. | p. 30 n. 60 | NCAA | |
| 69. | p. 31 ¶ 59 | NCAA | |
| 70. | p. 31 n. 63 | EA | |
| 71. | p. 32 ¶ 59 | NCAA | |
| 72. | p. 32 ¶ 59 | EA | |
| 73. | p. 32 ¶ 60 | SEC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 74. | p. 32 ¶ 60 | EA | |
| 75. | p. 32 ¶ 61 | EA | |
| 76. | p. 32 n. 64 | NCAA | |
| 77. | p. 32 n. 65 | NCAA | |
| 78. | p. 32 n. 66 | EA | |
| 79. | p. 32 n. 67 | EA | |
| 80. | p. 32 n. 68 | SEC | |
| 81. | p. 32 n. 68 | EA | |
| 82. | p. 32 n. 69 | EA | |
| 83. | p. 33 ¶ 61 | EA | |
| 84. | p. 33 n. 70 | EA | |
| 85. | p. 54 ¶ 118b | BYU | |
| 86. | p. 54 n. 112 | BYU | |
| 87. | p. 55 ¶ 118b | BYU | |
| 88. | p. 55 ¶ 118d | Howard University | |
| 89. | p. 55 ¶ 118e | Florida State University | |
| 90. | p. 55 n. 113 | BYU | |
| 91. | p. 55 n. 115 | University of Texas – Austin | |
| 92. | p. 55 n. 116 | Howard University | |
| 93. | p. 55 n. 117 | Florida State University | |
| 94. | p. 59 ¶ 125 | NCAA | |
| 95. | p. 59 n. 127 | NCAA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 96. | p. 59 n. 128 | NCAA | |
| 97. | p. 59 n. 129 | EA | |
| 98. | p. 60 ¶ 126 | EA | |
| 99. | p. 60 n. 129 | EA | |
| 100. | p. 60 n. 130 | EA | |
| 101. | p. 60 n. 131 | EA | |
| 102. | p. 60 n. 132 | EA | |
| 103. | p. 61 ¶ 128 | NCAA | |
| 104. | p. 61 ¶ 128 | EA | |
| 105. | p. 61 ¶ 128 | EA | |
| 106. | p. 61 n. 136 | NCAA | |
| 107. | p. 61 n. 137 | EA | |
| 108. | p. 62 ¶ 128 | EA | |
| 109. | p. 62 ¶ 129 | EA | |
| 110. | p. 62 ¶ 129 | NCAA | |
| 111. | p. 62 ¶ 131 | EA | |
| 112. | p. 62 n. 138 | EA | |
| 113. | p. 62 n. 139 | EA | |
| 114. | p. 62 n. 140 | NCAA | |
| 115. | p. 62 n. 141 | NCAA | |
| 116. | p. 62 n. 142 | EA | |
| 117. | p. 63 ¶ 131 | EA | |
| 118. | p. 63 ¶ 132 | CLC | |
| 119. | p. 63 ¶ 132 | EA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 120. | p. 63 n. 143 | EA | |
| 121. | p. 63 n. 144 | CLC | |
| 122. | p. 63 n. 145 | EA | |
| 123. | p. 63 n. 146 | CLC | |
| 124. | p. 64 ¶ 133 | NCAA | |
| 125. | p. 64 ¶ 134 | NCAA | |
| 126. | p. 64 n. 147 | NCAA | |
| 127. | p. 64 n. 148 | NCAA | |
| 128. | p. 64 n. 149 | NCAA | |
| 129. | p. 64 n. 150 | NCAA | |
| 130. | p. 65 ¶ 137 | NCAA | |
| 131. | p. 65 n. 152 | NCAA | |
| 132. | p. 66 ¶ 137 | NCAA | |
| 133. | p. 66 ¶ 138 | EA | |
| 134. | p. 66 n. 153 | NCAA | |
| 135. | p. 66 n. 154 | EA | |
| 136. | p. 67 ¶ 141 | NFLPA; NBPA | |
| 137. | p. 68 ¶ 141 | NFLPA; NBPA | |
| 138. | p. 68 ¶ 142 | EA | |
| 139. | p. 68 n. 157 | NFLPA; NBPA | |
| 140. | p. 69 ¶ 142 | EA | |
| 141. | p. 69 ¶ 143 | EA | |
| 142. | p. 69 n. 160 | EA | |
| 143. | p. 69 n. 161 | EA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 144. | p. 69 n. 162 | EA | |
| 145. | p. 70 ¶ 146 | EA | |
| 146. | p. 70 n. 164 | EA | |
| 147. | p. 70 n. 165 | EA | |
| 148. | p. 71 ¶ 148 | EA | |
| 149. | p. 71 n. 166 | EA | |
| 150. | p. 76 ¶ 156 | NCAA; A5 Conferences; ESPN; CBS; Fox; Notre Dame | |
| 151. | p. 77 ¶ 156 | NCAA; A5 Conferences; ESPN; CBS; Fox; Notre Dame | |
| 152. | p. 77 n. 174 | NCAA; A5 Conferences; ESPN; CBS; Fox; Notre Dame | |
| 153. | p. 77 n. 175 | ACC; Big Ten; Big 12; ESPN; Fox | |
| 154. | p. 78 ¶ 159 | NFLPA; NBPA | |
| 155. | p. 78 ¶ 159 | NCAA | |
| 156. | p. 78 ¶ 159 | EA | |
| 157. | p. 78 n. 176 | NFLPA; NBPA | |
| 158. | p. 78 n. 177 | NCAA | |
| 159. | p. 78 n. 178 | EA | |
| 160. | p. 82 ¶ 165 | NBPA; NFLPA | |
| 161. | p. 82 n. 192 | NBPA; NFLPA | |
| 162. | p. 82 n. 193 | NBPA; NFLPA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 163. | p. 83 n. 193 | NFLPA | |
| 164. | p. 84 n. 195 | ACC, ESPN | |
| 165. | p. 85 ¶ 172 | NFLPA; WNBPA; NBPA | |
| 166. | p. 86 Ex. 5 | NFLPA | |
| 167. | p. 86 Ex. 6 | WNBPA | |
| 168. | p. 86 n. 198 | NFLPA | |
| 169. | p. 86 n. 199 | WNBPA | |
| 170. | p. 87 Ex. 7 | NBPA | |
| 171. | p. 87 n. 200 | NBPA | |
| 172. | p. 88 ¶ 175 | SEC; ESPN | |
| 173. | p. 88 ¶ 175 | CUSA | |
| 174. | p. 88 n. 202 | SEC; ESPN | |
| 175. | p. 88 n. 203 | CUSA | |
| 176. | p. 89 n. 203 | CUSA | |
| 177. | p. 90 Ex. 9 | A5 Conferences; ESPN; CBS; Big Ten Network; Fox; ABC; Turner | |
| 178. | p. 90 n. 208 | A5 Conferences; ESPN; CBS; Big Ten Network; Fox; ABC; Turner | |
| 179. | p. 91 n. 208 | A5 Conferences; ESPN; CBS; Big Ten Network; Fox; ABC;Turner | |
| 180. | p. 91 n. 210 | Big Ten | |
| 181. | p. 92 Ex. 10 | NCAA; A5 Conferences; | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| | | ESPN; ABC; Fox; Big Ten Network LLC; CBS | |
| 182. | p. 93 Ex. 11 | NCAA; A5 Conferences; ESPN; ABC; Fox; Big Ten Network LLC; CBS | |
| 183. | p. 94 Ex. 12 | NCAA; A5 Conferences; ESPN; ABC; Fox; Big Ten Network LLC; CBS | |
| 184. | p. 103 ¶ 197 | NCAA | |
| 185. | p. 103 n. 230 | NCAA | |
| 186. | p. 107 Ex. 16 | NCAA | |
| 187. | p. 108 Ex. 17 | NCAA | |
| 188. | p. 112 n. 238 | University of Maryland; University of Florida | |
| 189. | p. 112 n. 238 | Auburn | |
| 190. | Appx Ex. C.1 | EA | |
| 191. | Appx Ex. C.2 | EA; Take-Two; NBPA | |
| 192. | Appx Ex. C.3 | EA | |
| 193. | Appx Ex. C.4 | ACC; NCAA; ESPN | |
| 194. | Appx Ex. C.5 | Big Ten; NCAA; ESPN; ABC; Big Ten Network, LLC; Fox; CBS | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 195. | Appx Ex. C.6 | Big 12; NCAA; ESPN; ABC; Fox | |
| 196. | Appx Ex. C.7 | Pac-12; NCAA; ABC; ESPN; Fox | |
| 197. | Appx Ex. C.8 | SEC; NCAA; CBS; ESPN | |
| 198. | Appx E ¶ 258 | NCAA | |
| 199. | Appx E n. 264 | NCAA | |
| 200. | Appx E ¶ 261 | NCAA | |
| 201. | Appx E n. 267 | NCAA | |
| 202. | Appx E n. 272 | NCAA | |
| 203. | Appx E ¶ 263 | NCAA | |
| 204. | Appx E n. 273 | NCAA | |

**D.  EXPERT REPORT OF EDWIN S. DESSER [ECF NO. 209-3]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 205. | p. 23 Sec. 6.4 | ACC; ESPN; Big 12; FOX | |
| 206. | p. 23 n. 21 | Big Ten; Fox | |
| 207. | p. 23 n. 22 | ACC; ESPN; Big 12; FOX | |
| 208. | p. 23 n. 23 | SEC; ESPN | |
| 209. | p. 23 n. 24 | ACC; ESPN | |
| 210. | p. 24 Sec. 6.4 | Big Ten; ESPN | |
| 211. | p. 24 Sec. 6.5 | SEC; ESPN | |
| 212. | p. 24 Sec. 6.5 | ACC; ESPN | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 213. | p. 24 n. 25 | Big Ten; ESPN | |
| 214. | p. 24 n. 26 | Big Ten; ESPN | |
| 215. | p. 25 Sec. 6.7 | NCAA; A5 Conferences; ESPN; CBS | |
| 216. | p. 25 n. 30 | ACC; ESPN | |
| 217. | p. 25 n. 31 | Big 12; Fox; SEC; ESPN; ACC; Big Ten | |
| 218. | p. 26 Sec. 6.7 | NCAA; A5 Conferences | |
| 219. | p. 26 n. 32 | SEC; ESPN; NCAA; CBS | |
| 220. | p. 26 n. 33 | ACC; ESPN; Big 12; FOX | |
| 221. | p. 27 Sec. 6.7 | NCAA; A5 Conferences | |
| 222. | p. 27 n. 33 | Big 12; FOX | |
| 223. | p. 31 Sec. 7.2 | Big Ten | |
| 224. | p. 31 n. 36 | Big Ten | |
| 225. | p. 31 N. 37 | Big Ten | |
| 226. | p. 31 n. 37 | Villanova | |
| 227. | p. 31 n. 38 | Big Ten | |
| 228. | p. 32 n. 39 | ACC; ESPN | |
| 229. | p. 40 Sec. 9 | NFLPA; NBPA | |
| 230. | p. 40 n. 43 | NFLPA | |
| 231. | p. 40 n. 44 | NBPA | |
| 232. | p. 47 Sec. 10.2 | ACC; ESPN | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 233. | p. 47 n. 48 | Kansas University | |
| 234. | p. 47 n. 49 | Big Ten; Pac 12 | |
| 235. | p. 47 n. 51 | ACC; ESPN | |
| 236. | p. 48 Sec. 10.3 | NCAA; CBS | |
| 237. | p. 48 Sec. 10.4 | NCAA; ESPN | |
| 238. | p. 48 n. 54 | NCAA; CBS | |
| 239. | p. 48 n. 55 | Pac 12 | |
| 240. | p. 48 n. 56 | NCAA; ESPN | |
| 241. | p. 56 Sec. 15.3 | NFLPA | |
| 242. | p. 56 n. 66 | NFLPA | |
| 243. | p. 57 Sec. 15.3 | NBPA | |
| 244. | p. 57 Sec. 15.3 | WNBPA | |
| 245. | p. 57 n. 67 | NBPA | |
| 246. | p. 57 n. 68 | WNBPA | |
| 247. | p. 58 Sec. 16 | EA | |
| 248. | p. 58 n. 69 | EA | |
| 249. | p. 58 n. 70 | EA | |
| 250. | p. 59 Sec. 16 | NBPA | |
| 251. | p. 59 Sec. 16 | NFLPA | |
| 252. | p. 59 n. 71 | NBPA | |
| 253. | p. 59 n. 72 | NFLPA | |
| 254. | p. 60 Sec. 17.1 | SEC | |
| 255. | p. 60 n. 74 | SEC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 256. | p. 62 Sec. 17.4 | CUSA; CBS | |
| 257. | p. 62 n. 78 | CUSA; CBS | |

**E. DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [ECF NO. 249]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 258. | p. 7:13 | A5 Conferences | |
| 259. | p. 10:19 | North Carolina State University; ACC | |
| 260. | p. 12:24 | Big Ten | |
| 261. | p. 12:25 | Pac-12 | |
| 262. | p. 13:1 | Pac-12 | |
| 263. | p. 13:2 | Big Ten | |
| 264. | p. 14:18-19 | Pac-12 | |
| 265. | p. 14:27-28 | ACC | |
| 266. | p. 15:1 | ACC | |
| 267. | p.15:3 | SEC | |
| 268. | p. 15:5 | SEC; CBS | |
| 269. | p. 15:6-7 | SEC; ESPN | |
| 270. | p. 15:10 | NCAA; ESPN | |
| 271. | p. 18:26-28 | EA | |
| 272. | p. 19:1-4 | EA | |
| 273. | p. 19:7-12 | EA | |
| 274. | p. 19:15-17 | EA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 275. | p. 19:19-22 | EA | |
| 276. | p. 19:27-28 | EA | |
| 277. | p. 26:20 | University of Oregon; Pac-12 | |
| 278. | p. 26:22 | UNC; ACC | |
| 279. | p. 31:10 | SEC | |
| 280. | p. 33:21 | EA | |
| 281. | p. 34:7-12 | EA | |
| 282. | p. 36:22 | Big Ten; ACC | |
| 283. | p. 36:23 | ACC | |

## F.  DECLARATION OF GREG SANKEY [ECF NO. 249-1]

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 284. | p. 12:23-24 | SEC; ESPN | |
| 285. | p. 13:2-3 | SEC; ESPN | |
| 286. | p. 13:12-15 | SEC; ESPN | |
| 287. | p. 13:19-22 | SEC; ESPN | |
| 288. | p. 14:5-9 | SEC; CBS; ESPN | |
| 289. | p. 16:6 | SEC | |
| 290. | p. 16:10-13 | SEC | |
| 291. | p. 16:14 | SEC | |
| 292. | p. 16:21-22 | SEC | |
| 293. | p. 18:3-4 | SEC | |

## G.  DECLARATION OF GEORGE KLIAVKOFF [ECF NO. 249-3]

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 294. | p. 6:19-28 | Pac-12; ESPN; ABC; Fox | |
| 295. | p. 7:1-5 | Pac-12; Pac-12 Networks | |
| 296. | p. 8:8-12 | Pac-12; ESPN; ABC; Fox; Pac-12 Networks | |
| 297. | p. 8:13-17 | Pac-12; ESPN; ABC; Fox; Pac-12 Networks | |
| 298. | p. 8:22-26 | Pac-12; ESPN; ABC; Fox; Pac-12 Networks | |

## H.  DECLARATION OF BEN TARIO [ECF NO. 249-6]

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 299. | p. 11 ¶ 29a | ACC; ESPN | |
| 300. | p. 11 ¶ 29b | ACC; ESPN | |
| 301. | p. 12 ¶ 31 | ACC; ESPN | |
| 302. | p. 13 ¶ 35 | ACC; ESPN | |
| 303. | p. 14 ¶ 35 | ACC; ESPN | |

## I.  DECLARATION OF PAUL CAIRNS [ECF NO. 249-16]

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 304. | Whole Document | EA | |

## J.  DEFENDANTS' NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF TO EXCLUDE THE

**OPINIONS, REPORTS, AND TESTIMONY OF EDWIN DESSER AND DANIEL RASCHER [ECF NO. 250]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 305. | p. 4:22-26 | SEC; CBS; ESPN | |
| 306. | p. 11:1-2 | NFLPA; WNBPA; NBPA | |
| 307. | p. 13:3 | SEC | |
| 308. | p. 13:5-10 | CBS; SEC; ESPN | |
| 309. | p. 14:18 | NFLPA; WNBPA; NBPA | |
| 310. | p. 14:21 | NFLPA; WNBPA; NBPA | |
| 311. | p. 16:15-17 | North Carolina State University; ACC | |
| 312. | p. 16:23 | ACC | |
| 313. | p. 16:24 | Big Ten; ACC | |

**K. DECLARATION OF RAKESH KILARU IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF EDWIN DESSER AND DANIEL RASCHER [ECF NO. 251]**

| Entry Number | Exhibit to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 314. | Ex. 1 | *See infra* Section L | |
| 315. | Ex. 2 | *See infra* Section M | |
| 316. | Ex. 3 | *See infra* Section N | |
| 317. | Ex. 6 | *See infra* Section O | |
| 318. | Ex. 7 | *See infra* Section P | |
| 319. | Ex. 11 | EA | |
| 320. | Ex. 12 | EA | |

| Entry Number | Exhibit to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 321. | Ex. 13 | EA | |
| 322. | Ex. 14 | EA | |
| 323. | Ex. 15 | EA | |
| 324. | Ex. 16 | EA | |
| 325. | Ex. 17 | EA | |
| 326. | Ex. 18 | EA | |
| 327. | Ex. 19 | EA | |
| 328. | Ex. 20 | EA | |
| 329. | Ex. 21 | EA | |
| 330. | Ex. 22 | EA | |

**L.  EXPERT REPORT OF CATHERINE TUCKER, PH.D. [ECF NO. 251-1]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 331. | p. 12 ¶ 24(c) | SEC | |
| 332. | p. 16 ¶ 25(e) | ACC; Big 12 | |
| 333. | p. 16 ¶ 25(e) | Big Ten; SEC | |
| 334. | p. 33 ¶ 43 | NCAA | |
| 335. | p. 33 ¶ 43 | NCAA | |
| 336. | p. 33 (Table 1) | NCAA | |
| 337. | p. 44 n.101 | Big Ten | |
| 338. | p. 46 ¶ 56 | SEC | |
| 339. | p. 46 ¶ 56 | A5 Conferences | |
| 340. | p. 46 n.105 | SEC | |
| 341. | p. 47 (Table 2) | A5 Conferences; Big East | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 342. | p. 54 ¶ 63 | NCAA; A5 Conferences | |
| 343. | p. 55 (Fig. 3) | NCAA; A5 Conferences | |
| 344. | p. 56 ¶ 64 | SEC | |
| 345. | p. 61 ¶ 69 | NCAA | |
| 346. | p. 62 (Fig. 4) | NCAA | |
| 347. | p. 64 n.146 | Pac-12 | |
| 348. | p. 67 (Table 5) | NCAA; A5 Conferences | |
| 349. | p. 67 n.153 | NCAA; A5 Conferences | |
| 350. | p. 68 Notes | NCAA | |
| 351. | p. 68 ¶ 76 | NCAA; A5 Conferences | |
| 352. | p. 68 (Table 6) | NCAA; A5 Conferences | |
| 353. | p. 68 n.154 | NCAA; A5 Conferences | |
| 354. | p. 69 n.155 | SEC | |
| 355. | p. 71 (Table 7) | A5 Conferences | |
| 356. | p. 72 Note 1 | Notre Dame; ACC | |
| 357. | p. 80 ¶ 89 (a) | Big 12 | |
| 358. | p. 80 ¶ 89 (c) | Big 12 | |
| 359. | p. 81 ¶ 89 (d) | Big 12 | |
| 360. | p. 102 (Table 8) | A5 Conferences | |
| 361. | p. 102 Note 1 | A5 Conferences | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 362. | p. 102 Note 2 | Notre Dame; ACC | |
| 363. | p. 106 ¶ 118 | Virginia Tech; ACC | |
| 364. | p. 106 (Fig. 5) | Virginia Tech; ACC | |
| 365. | p. 106 n.268 | Virginia Tech; ACC | |
| 366. | p. 107 Notes | Virginia Tech; ACC | |
| 367. | p. 107 ¶ 119 | ACC; NC State; University of Louisville | |
| 368. | p. 108 (Fig. 6) | NC State University; University of Louisville; ACC | |
| 369. | p. 108 Notes | NC State University; University of Louisville; ACC | |
| 370. | p. 108 n.269 | NC State University; University of Louisville; ACC | |
| 371. | p. 115 (Fig. 7) | NCAA; ACC (Georgia Tech, Miami, NC State, Virginia, Virginia Tech); Big 12 (Kansas, Texas); Big Ten (Illinois, Ohio State); Pac-12 (Washington, Washington State); SEC (Texas A&M) | |
| 372. | p. 116 Note | A5 Conferences | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 373. | p. 116 (Fig. 8) | NCAA; ACC (Georgia Tech, Miami, NC State, Virginia, Virginia Tech); Big 12 (Kansas, Texas); Big Ten (Illinois, Ohio State); Pac-12 (Washington, Washington State); SEC (Texas A&M) | |
| 374. | p. 117 ¶ 129 | NCAA; ACC; NC State; Georgia Tech; University of Miami; Virginia Tech | |
| 375. | p. 117 ¶ 130 | Big 12; Kansas | |
| 376. | p. 117 ¶ 130 | NCAA; ACC; Miami; NC State; Virginia; Georgia Tech | |
| 377. | p. 117 n.296 | Big 12; Kansas | |
| 378. | p. 118 (Fig. 9) | NCAA; ACC (Virginia Tech, Georgia Tech, Miami, Virginia, NC State); Big 12 (Kansas, Texas); Pac-12 (Washington, Washington State); Big Ten (Illinois, Ohio State); SEC (Texas A&M) | |
| 379. | p. 120 ¶ 134 | ACC | |
| 380. | p. 120 (Fig. 10) | NCAA; ACC (Duke, Louisville, Syracuse, North Carolina, Pittsburgh, | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| | | Virginia, NC State, Wake Forest, Boston College, Virginia Tech, Florida State, Clemson, Georgia Tech, Miami, Notre Dame) | |
| 381. | p. 121 Note | NCAA | |
| 382. | p. 121 ¶ 135 | NCAA; ACC; Duke; Louisville; Miami; Georgia Tech; Clemson; Florida State; Notre Dame | |
| 383. | p. 121 n.303 | NCAA; CBS; Duke; Louisville; ACC | |
| 384. | p. 121 n.304 | NCAA; ACC | |
| 385. | p. 121 n.305 | NCAA; Notre Dame; ACC | |
| 386. | p. 127 ¶ 142 | ACC; SEC | |
| 387. | p. 127 n.323 | ACC; SEC | |
| 388. | p. 128 ¶ 143 | SEC; ACC | |
| 389. | p. 128 n.325 | ACC; SEC | |
| 390. | p. 128 n.326 | SEC; University of Kentucky | |
| 391. | p. 128 n.327 | ACC | |
| 392. | p. 129 ¶ 146 | Pac-12; Big Ten | |
| 393. | p. 129 n.328 | Pac-12; Big Ten | |
| 394. | p. 136 ¶ 151 | Big Ten; Rutgers; Ohio State | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 395. | p. 136 ¶ 151 | ACC; Pac-12 | |
| 396. | p. 137 n.347 | NCAA | |
| 397. | p. 138 ¶ 154 | ACC; SEC; CBS; ESPN | |
| 398. | p. 138 n.348 | SEC; CBS | |
| 399. | p. 139 (Table 9) | A5 Conferences | |
| 400. | p. 139 n.349 | NCAA | |
| 401. | p. 141 n.352 | SEC | |
| 402. | p. 142 n.353 | SEC | |
| 403. | p. 144 n.363 | SEC; Big Ten; NCAA | |
| 404. | p. 147 (Fig. 12) | NFLPA; WNBPA; NBPA | |
| 405. | p. 147 n.374 | NFLPA; WNBPA; NBPA | |
| 406. | p. 148 ¶ 164 | NFL; NBA; NBPA; NFLPA | |
| 407. | p. 148 n.377 | NBPA; NFLPA; WNBPA | |
| 408. | p. 149 n.378 | NFL | |
| 409. | p. 151 ¶ 168 (a) | A5 Conferences; NCAA | |
| 410. | p. 152 ¶ 168 (b) | A5 Conferences | |
| 411. | p. 152 n.386 | A5 Conferences; NCAA | |
| 412. | p. 152 n.389 | A5 Conferences | |
| 413. | p. 165-66 ¶ 195 | Gopuff | |
| 414. | p. 166 n.425 | Gopuff | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 415. | p. 169 ¶ 198 | Grant House | |
| 416. | p. 169 n.434 | Grant House | |
| 417. | p. 174 ¶ 205 | Snapchat | |
| 418. | p. 174 ¶ 206 | Cameo | |
| 419. | p. 174 n.449 | Snapchat | |
| 420. | p. 174 n.450 | Cameo | |
| 421. | p. 175 ¶ 207 | UCLA; Pac-12 | |
| 422. | p. 175 n.452 | UCLA; Pac-12 | |
| 423. | p. 175 n.453 | UCLA; Pac-12 | |
| 424. | p. 181 ¶ 218 | NCAA | |
| 425. | p. 181 n.472 | NCAA | |
| 426. | p. 182 (Table 11) | NCAA | |
| 427. | p. 182 n.473 | NCAA | |
| 428. | p. 184 ¶ 222 | Oregon State University; Pac-12 | |
| 429. | p. 184 n.480 | Pac-12 | |
| 430. | p. 186 ¶ 222 | University of Minnesota; Big Ten | |
| 431. | p. 186 n.487 | Big Ten | |
| 432. | p. 188 ¶ 223 | Sedona Prince; Teamworks; Cameo | |
| 433. | p. 188 n.493 | Sedona Prince; Teamworks; Cameo | |
| 434. | p. 189 ¶ 223 | Duke; ACC | |
| 435. | p. 189 n.498 | Duke; ACC | |
| 436. | p. 189 n.499 | Duke; ACC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 437. | p. 197 ¶ 237 | LSU; SEC | |
| 438. | p. 198 (Table 12) | LSU; SEC | |
| 439. | p. 198 n.522 | LSU; SEC | |
| 440. | p. 199 ¶ 239 (a) | University of Oregon; Pac-12 | |
| 441. | p. 199 n.526 | University of Oregon; Pac-12 | |
| 442. | p. 200 ¶ 239 (b) | University of Miami; ACC | |
| 443. | p. 200 n.527 | University of Miami; ACC | |
| 444. | p. 201 (Table 13) | A5 Conferences | |
| 445. | p. 201 n.530 | A5 Conferences; NCAA | |
| 446. | p. 202 ¶ 243 | Big 12; Pac-12; Big Ten; SEC | |
| 447. | p. 203 ¶ 244 | Virginia Tech; ACC | |
| 448. | p. 203 ¶ 244 | University of Miami; ACC | |
| 449. | p. 203 ¶ 244 | University of Pittsburgh; ACC | |
| 450. | p. 203 n.533 | Virginia Tech; ACC | |
| 451. | p. 203 n.534 | University of Miami; ACC | |
| 452. | p. 203 n.536 | University of Pittsburgh; ACC | |
| 453. | p. 204 ¶ 244 | USC; Pac-12 | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 454. | p. 204 ¶ 244 | LSU; SEC | |
| 455. | p. 204 ¶ 244 | USC; Pac-12; LSU; SEC | |
| 456. | p. 204 ¶ 245 | A5 Conferences; NCAA | |
| 457. | p. 204 n.539 | USC; Pac-12 | |
| 458. | p. 204 n.540 | LSU; SEC | |
| 459. | p. 204 n.541 | Alabama; SEC; UNC; ACC; Oregon; Pac-12; Vanderbilt; SEC; Teamworks | |
| 460. | p. 207 Notes | NCAA | |
| 461. | p. 207 n.547 | NCAA | |
| 462. | p. 209 Notes | NCAA | |
| 463. | p. 209-10 ¶ 250 | University of Virginia; ACC; University of Alabama; SEC; Notre Dame; ACC; UCLA; Pac-12 | |
| 464. | p. 210 n.550 | University of Virginia; ACC; University of Alabama; SEC; Notre Dame; ACC; UCLA; Pac-12 | |
| 465. | p. 211 ¶ 251 (b) | University of Kentucky; SEC | |
| 466. | p. 211 n.555 | University of Kentucky; SEC | |
| 467. | p. 212 ¶ 251 (c) | Ball State University; MAC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 468. | p. 212 n.558 | Ball State University; MAC | |
| 469. | p. 212 n.559 | Ball State University; MAC | |
| 470. | p. 214 ¶ 254 (a) | University of Kentucky; SEC | |
| 471. | p. 214 n.565 | University of Kentucky; SEC | |
| 472. | p. 215 ¶ 254(b) | University of Georgia; SEC | |
| 473. | p. 215 n.566 | University of Georgia; SEC | |
| 474. | p. 218 ¶ 257 | A5 Conferences; NCAA | |
| 475. | p. 218 ¶ 257(a) | Arizona State; Pac-12 | |
| 476. | p. 218 ¶ 257 (b) | University of Oklahoma; Big 12 | |
| 477. | p. 218 n.575 | A5 Conferences; NCAA | |
| 478. | p. 218 n.576 | Arizona State; Pac-12 | |
| 479. | p. 218 n.577 | University of Oklahoma; Big 12 | |
| 480. | p. 219 ¶ 257(b) | University of Oklahoma; Big 12 | |
| 481. | p. 219 ¶ 257(c) | UT San Antonio; CUSA | |
| 482. | p. 219 ¶ 257(c) | UT San Antonio; CUSA | |
| 483. | p. 219 ¶ 259 | A5 Conferences; NCAA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 484. | p. 219-20 ¶ 259 (a) | Vanderbilt University; SEC | |
| 485. | p. 219 n.578 | UT San Antonio; CUSA | |
| 486. | p. 220 ¶ 259(b) | University of Oklahoma; Big 12 | |
| 487. | p. 220 ¶ 259(c) | University of Alabama; SEC | |
| 488. | p. 220 (Table 15) | A5 Conferences; NCAA | |
| 489. | p. 220 n.579 | Vanderbilt University; SEC | |
| 490. | p. 220 n.580 | University of Oklahoma; Big 12 | |
| 491. | p. 220 n.581 | University of Alabama; SEC | |
| 492. | p. 220 n.528 | A5 Conferences; NCAA | |
| 493. | p. 223 ¶ 263(a) | University of Alabama; SEC | |
| 494. | p. 223-24 ¶ 263 (b) | Colorado State; Mountain West Conference | |
| 495. | p. 223 n.591 | University of Alabama; SEC | |
| 496. | p. 224 ¶ 263 (b) | Colorado State; Mountain West Conference | |
| 497. | p. 224 ¶ 263 (c) | Northern Illinois University; Mid-American Conference | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 498. | p. 224 n.592 | Colorado State; Mountain West Conference | |
| 499. | p. 224 n.593 | Colorado State; Mountain West Conference; NCAA | |
| 500. | p. 224 n.594 | Northern Illinois University; Mid-American Conference | |
| 501. | p. 225 ¶ 264 (a) | University of Wyoming; Mountain West Conference; Gopuff | |
| 502. | p. 225 ¶ 264(a) | Gopuff; Opendorse; University of Wyoming; Mountain West Conference; | |
| 503. | p. 225 ¶ 264 (b) | University of South Florida; AAC | |
| 504. | p. 225 n.596 | University of Wyoming; Mountain West Conference; Gopuff; Opendorse | |
| 505. | p. 225 n.597 | University of South Florida; AAC | |
| 506. | p. 226 ¶ 264 (b) | University of South Florida; AAC | |
| 507. | p. 226 ¶ 264 (c) | Utah State University; Mountain West Conference | |
| 508. | p. 226 ¶ 265 | A5 Conferences; NCAA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 509. | p. 226 n.598 | University of South Florida; AAC | |
| 510. | p. 226 n.599 | University of South Florida; AAC | |
| 511. | p. 226 n.600 | Utah State University; Mountain West Conference | |
| 512. | p. 227 (Table 16) | A5 Conferences; NCAA | |
| 513. | p. 227 n.603 | A5 Conferences; NCAA | |
| 514. | p. 238 ¶ 280 (b) | EA; NCAA; CLC | |
| 515. | p. 238 n.652 | EA | |
| 516. | p. 238-39 n.654 | EA; CLC; NCAA | |
| 517. | p. 239 ¶ 282 | EA | |
| 518. | p. 239-40 ¶ 282 | EA; NCAA | |
| 519. | p. 239 n.656 | EA; CLC; NCAA | |
| 520. | p. 239-40 n.657 | EA; NCAA | |
| 521. | p. 240 ¶ 282 | CLC; NFL; NBA; NCAA | |
| 522. | p. 240 n.658 | EA; CLC; NCAA | |
| 523. | p. 240 n.660 | CLC | |
| 524. | p. 240 n.661 | NFL; NBA; NCAA | |
| 525. | p. 240 n.662 | EA; A5 Conferences; NCAA | |
| 526. | p. 241 ¶ 283 | EA; CLC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 527. | p. 241 n.663 | EA; NCAA (FBS Schools) | |
| 528. | p. 241 n.664 | EA | |
| 529. | p. 241 n.665 | EA | |
| 530. | p. 244 ¶ 290 | NCAA; Northwestern University; Big Ten | |
| 531. | p. 244 n.669 | NCAA; Northwestern University; Big Ten | |
| 532. | p. 245 (Table 17) | NCAA; Northwestern University; Big Ten | |
| 533. | p. 245 n.670 | NCAA; Northwestern University; Big Ten | |
| 534. | p. 246 Notes | NCAA; Big Ten | |
| 535. | p. 246 ¶ 291 | NCAA; Northwestern University; Big Ten | |
| 536. | p. 249-50 ¶ 296 (a) | NCAA; Notre Dame; ACC; Georgia; LSU; SEC; Syracuse; ACC | |
| 537. | p. 250 ¶ 296 (b) | NCAA; Duke; Louisville; Notre Dame; ACC; University of Kentucky; SEC | |
| 538. | p. 250 ¶ 296 (b) | NCAA; TCU; Big 12; LSU; SEC | |
| 539. | p. 251 (Fig. 16) | NCAA; ACC (Duke, Louisville, Syracuse, Miami); | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| | | SEC (Kentucky, Texas A&M, LSU, Georgia); Big Ten (Maryland); Big 12 (TCU, Texas Tech); Notre Dame | |
| 540. | p. 251 n.679 | NCAA | |
| 541. | p. 252 ¶ 297 | SEC; Big 12 | |
| 542. | p. 252 ¶ 300 | A5 Conferences; NCAA | |
| 543. | p. 252 n.680 | A5 Conferences | |
| 544. | p. 252 n.682 | A5 Conferences; NCAA | |
| 545. | p. 254 ¶ 302 | University of Alabama; SEC; University of Maryland; Big Ten | |
| 546. | p. 254 n.687 | University of Alabama; SEC; University of Maryland; Big Ten | |
| 547. | p. 255 ¶ 302 | University of Oregon; Pac-12; University of Texas-Austin; Big 12 | |
| 548. | p. 255 n.689 | A5 Conferences; NCAA | |

**M. EXPERT REPORT OF BOB THOMPSON [ECF NO. 251-2]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 549. | p. 8 n.23 | ACC; NCAA; SEC | |
| 550. | p. 8 n.24 | ACC; NCAA; SEC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 551. | p. 9 | ACC; Big Ten; SEC | |
| 552. | p. 9 | ACC; SEC; ESPN | |
| 553. | p. 9 | Big Ten; FOX; ESPN; ACC; SEC | |
| 554. | p. 9-10 | NCAA; CBS; Turner; ESPN | |
| 555. | p. 9, n.25 | ESPN; FOX; Big Ten | |
| 556. | p. 10 | NCAA; A5 Conferences; ESPN | |
| 557. | p. 11 (1) | ACC; ESPN | |
| 558. | p. 11 (2) | Big 12; Fox; ESPN | |
| 559. | p. 11-12 (3) | Big Ten; FOX, ESPN, CBS | |
| 560. | p. 11 n.27 | ACC | |
| 561. | p. 11 n.28 | ACC | |
| 562. | p. 11 n.29 | Big 12 | |
| 563. | p. 11 n.30 | Big 12; Fox; ESPN | |
| 564. | p. 11 n.31 | Big Ten | |
| 565. | p. 11 n.32 | Big Ten | |
| 566. | p. 11 n.33 | Big Ten | |
| 567. | p. 11 n.34 | Big Ten | |
| 568. | p. 12 (4) | Pac-12; ESPN; FOX; ABC | |
| 569. | p. 12-13 (5) | SEC; CBS; ESPN; ABC | |
| 570. | p. 12 n.35 | Big Ten | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 571. | p. 12 n.36 | Pac-12; ESPN; FOX | |
| 572. | p. 12 n.38 | SEC | |
| 573. | p. 12 n.39 | SEC | |
| 574. | p.12 n.40 | SEC | |
| 575. | p. 13 | NCAA; ESPN | |
| 576. | p. 13 n.41 | NCAA | |
| 577. | p. 14 | Turner Sports; CBS Sports; NCAA; ESPN; SEC | |
| 578. | p. 14 | ESPN; ACC | |
| 579. | p. 14 | ESPN; Big 12 | |
| 580. | p. 14 n.42 | NCAA | |
| 581. | p. 14 n.43 | SEC | |
| 582. | p. 14 n.45 | ACC | |
| 583. | p. 14 n.47 | Big 12 | |
| 584. | p. 15 n.48 | Big Ten; NCAA; CBS/Turner; SEC; ESPN | |
| 585. | p. 15 n.49 | A5 Conferences | |
| 586. | p. 16 | SEC; ESPN | |
| 587. | p. 16-17 | Pac-12; ESPN | |
| 588. | p. 16 n.50 | SEC; ESPN | |
| 589. | p. 16 n.51 | ACC; ESPN; Big 12; FOX; SEC | |
| 590. | p. 16 n.52 | Big Ten; FOX; ESPN; CBS | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 591. | p. 17 | NCAA; ESPN | |
| 592. | p. 17 n.54 | Pac-12 | |
| 593. | p. 17 n.55 | NCAA | |
| 594. | p. 17 n.56 | NCAA | |
| 595. | p. 18 | SEC; CBS; ESPN | |
| 596. | p. 18-19 | SEC; CBS; ESPN | |
| 597. | p. 18 n.57 | SEC; CBS | |
| 598. | p. 18 n.58 | SEC; CBS; ESPN | |
| 599. | p. 18-19 n.59 | SEC; CBS; ESPN | |
| 600. | p. 19 | Big Ten; Pac-12; Big 12 | |
| 601. | p. 19 n.60 | SEC | |
| 602. | p. 19 n.61 | Big 12; Big Ten; FOX; Pac-12 | |
| 603. | p. 19-20 n.62 | ACC; ESPN; SEC | |
| 604. | p. 20-21 n.63 | ACC; ESPN; Big Ten; Pac-12; FOX; SEC | |
| 605. | p. 21 n.64 | ACC; ESPN; SEC; Pac-12; FOX | |
| 606. | p. 21 n.66 | SEC; ESPN; Big-12; ESPN/ABC | |
| 607. | p. 21 n.67 | SEC | |
| 608. | p. 22 n.68 | ACC; ESPN; Big 12; FOX; SEC | |
| 609. | p. 22 n.69 | Big 12; Big Ten; ESPN; Pac-12; FOX; SEC | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 610. | p. 23 | SEC; ACC | |
| 611. | p. 23 n.70 | ACC; ESPN; ABC; Big 12; FOX; SEC; CBS | |
| 612. | p. 23 n.71 | Big 10; ACC; ESPN | |
| 613. | p. 23 n.72 | ACC; ESPN; Big 12; FOX; ESPN/ABC | |
| 614. | p. 24 | NCAA; CBS | |
| 615. | p. 24 n.74 | Big Ten | |
| 616. | p. 24 n.76 | ACC; ESPN; Big 12; Big Ten; Pac-12; FOX; SEC | |
| 617. | p. 25 | SEC; ESPN; ABC | |
| 618. | p. 25 | Pac-12; FOX; ESPN; ABC | |
| 619. | p. 25 | Big 12; ABC, ESPN, FOX | |
| 620. | p. 25 | ACC; ABC; ESPN | |
| 621. | p. 25 | Big Ten; ABC; ESPN; FOX | |
| 622. | p. 25 n.78 | SEC | |
| 623. | p. 25 n.79 | Pac-12 | |
| 624. | p. 25 n.80 | Big 12 | |
| 625. | p. 25 n.81 | Big 12 | |
| 626. | p. 25 n.82 | ACC | |
| 627. | p. 26 n.85 | SEC; ESPN; CBS | |
| 628. | p. 33 | EA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 629. | p. 33 n.99 | EA | |
| 630. | p. 38 n.112 | NFLPA | |
| 631. | p. 38 n.113 | NBPA | |
| 632. | p. 41 | NFLPA | |
| 633. | p. 41 | EA | |
| 634. | p. 41 | EA; NFLPA; NFLPI | |
| 635. | p. 41-42 | NBPA; Take-Two | |
| 636. | p. 41 n.130 | NBPA | |
| 637. | p. 41 n.132 | NFLPA | |
| 638. | p. 41 n.134 | EA | |
| 639. | p. 41 n.136 | EA | |
| 640. | p. 41 n.137 | EA | |
| 641. | p. 42 | NBPA; Take-Two | |
| 642. | p. 42 n.138 | NBPA | |
| 643. | p. 42 n.139 | NBPA | |
| 644. | p. 42 n.140 | NFLPA | |
| 645. | p. 48 | FOX; Big Ten; ESPN; ACC; SEC | |
| 646. | p. 48 | Big Ten; FOX; ESPN | |
| 647. | p. 48 n.154 | Big Ten | |
| 648. | p. 48 n.155 | Big Ten | |
| 649. | p. 51(a) | SEC; CBS | |
| 650. | p. 51(b) | SEC; ESPN | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 651. | p. 51 | SEC | |
| 652. | p. 51 | SEC; CBS | |
| 653. | p. 52 | SEC | |
| 654. | p. 52 | CUSA; CBS; ESPN | |
| 655. | p. 52 | CUSA; CBS | |
| 656. | p. 52 n.161 | CUSA | |
| 657. | p. 52 n.162 | CUSA | |
| 658. | p. 52 n.163 | CUSA | |
| 659. | p. 53 | CUSA | |
| 660. | p. 53 | CUSA | |
| 661. | p. 53 | SEC; CUSA; ESPN | |
| 662. | p. 53 | SEC; CUSA; ESPN | |
| 663. | p. 53 n.165 | CUSA | |

**N.  EXPERT REPORT OF BARBARA OSBORNE [ECF NO. 251-3]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 664. | p. 54 ¶ 134(a) | SEC; ESPN | |
| 665. | p. 54 ¶ 134(b) | SEC | |
| 666. | p. 67 Appex. B | EA | |

**O.  JANUARY 12, 2023 DEPOSITION OF EDWIN DESSER [ECF NO. 251-6]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 667. | p. 37:6-12 | SEC; ESPN | |
| 668. | p. 39:4-8 | SEC; ESPN | |
| 669. | p. 45:10-46:14 | SEC; CBS; ESPN | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 670. | p. 50:6-11 | SEC; ESPN | |
| 671. | p. 94:25-95:12 | SEC; CBS; ESPN | |
| 672. | p. 96:13-16 | SEC; CBS; ESPN | |
| 673. | p. 97:3-5 | SEC; CBS; ESPN | |
| 674. | p. 97:25-99:17 | SEC; CBS; ESPN | |
| 675. | p. 99:25-100:2 | SEC; ESPN | |
| 676. | p. 100:6-10 | SEC; ESPN | |
| 677. | p. 101:2-13 | SEC; CBS; ESPN | |
| 678. | p. 101:20-22 | SEC; ESPN | |
| 679. | p. 110:1-15 | CUSA;CBS College Sports Network | |
| 680. | p. 112:8-113:4 | CUSA;CBS College Sports Network | |
| 681. | p. 114:13-119:19 | SEC; CBS; ESPN | |

### P.  JANUARY 10, 2023 DEPOSITION OF DANIEL RASCHER [ECF NO. 251-7]

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 682. | p. 58:2-21 | NFLPA | |
| 683. | p. 59:22-24 | NFLPA | |
| 684. | p. 67:2-5 | ACC; ESPN | |
| 685. | p. 67:6-9 | SEC; CBS; ESPN | |
| 686. | p. 68:7-8 | ACC; ESPN | |
| 687. | p. 68:8-13 | SEC; CBS; ESPN | |
| 688. | p. 68:21-23 | ACC; ESPN | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 689. | p. 68:24-69:1 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 690. | p. 69:2-3 | Pac-12; ABC; ESPN; Fox | |
| 691. | p. 69:4-5 | Pac-12; ABC; ESPN; Fox | |
| 692. | p. 69:6-16 | SEC; CBS; ESPN; Big 10; Fox | |
| 693. | p. 72:18-20 | SEC; CBS; ESPN | |
| 694. | p. 72:21-24 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 695. | p. 72:25-73:2 | SEC; CBS; ESPN | |
| 696. | p. 73:3-13 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 697. | p. 91:23-92:8 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 698. | p. 93:4-15 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 699. | p. 94:3-5 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 700. | p. 122:21-123:11 | ACC; ESPN | |
| 701. | p. 126:16-20 | ACC; ESPN | |
| 702. | p. 127:20-24 | ACC; ESPN | |
| 703. | p. 128:16-19 | ACC; ESPN | |
| 704. | p. 129:18-20 | ACC; ESPN | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 705. | p. 133:8-10 | SEC; CBS; ESPN; CUSA; CBS College Sports Network | |
| 706. | p. 133:16-17 | SEC; CBS; ESPN | |
| 707. | p. 134:12-19 | CUSA;CBS College Sports Network | |
| 708. | p. 135:9-139:15 | SEC; CBS; ESPN | |
| 709. | p. 139:17-140:8 | CUSA;CBS College Sports Network | |
| 710. | p. 140:16-141:13 | NCAA | |
| 711. | p. 142:8-143:18 | NCAA | |
| 712. | p. 144:2-22 | NCAA; A5 Conferences | |
| 713. | p. 145:24-146:6 | NCAA | |
| 714. | p. 146:13-25 | SEC; CBS; ESPN; CUSA; CBS College Sports Network | |
| 715. | p. 147:22-148:6 | NCAA | |
| 716. | p. 149:1-150:12 | NCAA; ACC | |
| 717. | p. 156:2-157:2 | SEC; CBS; ESPN | |
| 718. | p. 157:3-158:1 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 719. | p. 159:12-160:12 | Big 12; ESPN; Fox | |
| 720. | p. 183:14-21 | NCAA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 721. | p. 184:1-3 | NCAA | |
| 722. | p. 188:18-189:15 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 723. | p. 191:10-23 | ACC; ESPN; Big 10; Big Ten Network, LLC; Fox; CBS | |
| 724. | p. 192:14-18 | ACC; ESPN; Big 10; Big Ten Network, LLC; Fox; CBS | |
| 725. | p. 193:24-194:9 | ACC; ESPN; Big 10; Big Ten Network, LLC; Fox; CBS | |
| 726. | p. 194:23-195:22 | ACC; ESPN; Big 10; Big Ten Network, LLC; Fox; CBS | |
| 727. | p. 196:21-24 | ACC; ESPN; Big 10; Big Ten Network, LLC; Fox; CBS | |
| 728. | p. 197:14-17 | ACC; ESPN; Big 10; Big Ten Network, LLC; Fox; CBS | |
| 729. | p. 201:17-202:4 | SEC; CBS; ESPN | |
| 730. | p. 202:5-202:8 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 731. | p. 202:9-11 | Big 12; ESPN; Fox | |
| 732. | p. 202:12-16 | Pac-12; ABC; ESPN; Fox | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 733. | p. 202:17-18 | ACC; ESPN | |
| 734. | p. 207:11-22 | Big 10; Big Ten Network, LLC; Fox; CBS | |
| 735. | p. 262:1-263:19 | EA | |
| 736. | p. 264:3-6 | EA; SEC | |
| 737. | p. 265:7-21 | EA | |
| 738. | p. 266:20-267:2 | EA | |
| 739. | p. 267:12-16 | EA | |
| 740. | p. 268:17-21 | EA | |
| 741. | p. 269:18-270:9 | EA | |
| 742. | p. 270:23-271:25 | EA | |
| 743. | p. 272:16-274:12 | EA | |
| 744. | p. 274:25-276:8 | EA | |
| 745. | p. 280:3-6 | EA | |
| 746. | p. 280:21-282:9 | EA | |
| 747. | p. 283:5-19 | EA | |
| 748. | p. 284:21-285:7 | EA | |
| 749. | p. 287:19-289:7 | EA | |

**Q.  PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [ECF NO. 289]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 750. | p. 6:17-18 | Big Ten; FOX | |
| 751. | p. 9:8-10 | A5 Conferences | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 752. | p. 10:27-28 | EA | |
| 753. | p. 11:1-2 | EA | |
| 754. | p. 11:3-6 | EA; NCAA | |
| 755. | p. 11, n. 25, lines 26-27 | EA | |
| 756. | p. 11, n. 25, lines 27-28 | CLC | |

**R. DECLARATION OF STEVE W. BERMAN IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [ECF NO. 289-1]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 757. | Ex. 58, p. 49:1-21 | Big Ten; FOX | |
| 758. | Ex. 58, p. 86:13-15 | NFLPA | |
| 759. | Ex. 58, p. 87:20-25 | NBPA | |
| 760. | Ex. 58, p. 88:1 | NBPA | |
| 761. | Ex. 58, p. 120:4 | SEC | |
| 762. | Ex. 58, p. 120:15 | SEC | |
| 763. | Ex. 58, p. 121:4 | SEC | |
| 764. | Ex. 58, p. 123:19-22 | SEC | |
| 765. | Ex. 69 | Conference USA; CBS | |

**S. REPLY REPORT OF EDWIN S. DESSER [ECF NO. 289-2]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 766. | p. 14 ¶ 3.2.1 | NFLPA | |
| 767. | p. 14 ¶ 3.2.1 | NBPA | |
| 768. | p. 14 n. 39 | WNBPA | |
| 769. | p. 16 | NFLPA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 770. | p. 20 ¶ 4.3.1 | SEC | |
| 771. | p. 21 ¶ 4.3.1 | SEC | |
| 772. | p. 21 ¶ 4.3.2 | SEC | |
| 773. | p. 21 ¶ 4.3.3 | SEC | |
| 774. | p. 21 n. 66 | SEC | |
| 775. | p. 21 ¶ 4.3.4 | Conference USA; CBS | |
| 776. | p. 22 ¶ 4.3.4 | Conference USA; CBS | |
| 777. | p. 22 ¶ 4.3.5 | Notre Dame; NBC | |
| 778. | p. 22-23 n. 71 | Notre Dame; NBC | |
| 779. | p. 23 ¶ 4.3.6 | Conference USA; CBS | |
| 780. | p. 23 ¶ 4.3.6 | SEC | |
| 781. | p. 24 | Big East; ESPN | |
| 782. | p. 32 | Big East; ESPN | |
| 783. | p. 33 | Notre Dame; NBC | |
| 784. | p. 34 | SEC | |

**T.  EXPERT REPLY REPORT OF DANIEL A. RASCHER [ECF NO. 290-2]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 785. | p. 17 ¶ 28 | EA | |
| 786. | p. 17 ¶ 28 | University of Florida | |
| 787. | p. 17 ¶ 28 | University of Michigan | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 788. | p.17 ¶ 28 | University of Memphis | |
| 789. | p. 17 n. 36 | University of Florida | |
| 790. | p. 17 n. 37 | University of Michigan | |
| 791. | p. 17 n. 38 | University of Memphis | |
| 792. | p. 18 ¶ 30 | Texas A&M; Texas Tech | |
| 793. | p. 18 ¶ 30 | Texas A&M | |
| 794. | p. 18 ¶ 30 | Texas Tech | |
| 795. | p. 18 ¶ 30 | Texas A&M; Texas Tech | |
| 796. | p. 18 n. 42 | Texas A&M | |
| 797. | p. 18 n. 43 | Texas Tech | |
| 798. | p. 22 ¶ 36 | NCAA | |
| 799. | p. 23 ¶ 38 | NCAA | |
| 800. | p.23 n. 58 | NCAA | |
| 801. | p. 31 ¶ 60 | EA | |
| 802. | p. 32 ¶ 62 | EA | |
| 803. | p. 32 n.82 | EA | |
| 804. | p. 32 n. 83 | NCAA | |
| 805. | p. 33 ¶ 63 | Take Two; NBPA | |
| 806. | p. 33 ¶ 65 | EA | |
| 807. | p. 33 n. 86 | Take Two; NBPA | |
| 808. | p. 34 ¶ 65 | EA | |

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 809. | p. 37 ¶ 68 | EA | |
| 810. | p. 37 n. 96 | EA | |
| 811. | p. 38 Ex. 3 | EA | |
| 812. | p. 38 ¶ 69 | EA | |
| 813. | p. 38 n. 97 | EA | |
| 814. | p. 42 ¶ 74 | NCAA | |
| 815. | p. 43 ¶ 78 | EA | |
| 816. | p. 43 n. 115 | EA | |
| 817. | p. 44 ¶ 78 | EA | |
| 818. | p. 44 n. 117 | EA | |
| 819. | p. 44 n. 119 | EA | |
| 820. | p. 56 ¶ 101 | BYU | |
| 821. | p. 56 ¶ 102 | NFLPA; WNBPA; NBPA | |
| 822. | p. 57 ¶ 102 | NFLPA; WNBPA; NBPA | |
| 823. | p. 59 ¶ 107 | NCAA | |
| 824. | p. 59 ¶ 108 | NCAA | |
| 825. | p. 85 n.217 | NCAA | |
| 826. | p. 91 n. 235 | Arizona State University | |
| 827. | p. 91 n. 235 | University of Arizona | |
| 828. | p. 91 n. 235 | University of Southern California | |

**U.  PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS, REPORTS, AND TESTIMONY OF EDWIN DESSER AND DR. DANIEL RASCHER [ECF NO. 291]**

| Entry Number | Text to be Sealed | Designating Parties | Court's Ruling |
|---|---|---|---|
| 829. | 4:19-20 | NFLPA; NBPA; WNBPA | |
| 830. | 4:22-23 | NFLPA; NBPA | |
| 831. | 14:11-14 | SEC; ESPN | |
| 832. | 14:17-19 | CUSA; CBS College Sports Network | |
| 833. | 14:24-25 | SEC | |

**IT IS SO ORDERED.**

Dated: _____          By: _____

THE HON. CLAUDIA WILKEN
United States District Judge