1  Jacob K. Danziger (SBN 278219)
2  **ARENTFOX SCHIFF LLP**
   44 Montgomery Street, 38th Floor
3  San Francisco, CA 94104 United States
   Telephone: (734) 222-1516
4  Facsimile: (415) 757-5501
   jacob.danziger@afslaw.com
5

6  Beth A. Wilkinson (pro hac vice)
   Rakesh N. Kilaru (pro hac vice)
7  Kieran Gostin (pro hac vice)
   Cali Arat (pro hac vice)
8  Tamarra Matthews Johnson (pro hac vice)
   **WILKINSON STEKLOFF LLP**
9  2001 M Street NW, 10th Floor
   Washington, DC 20036
10 Telephone:  (202) 847-4000
   Facsimile:  (202) 847-4005
11 bwilkinson@wilkinsonstekloff.com
   rkilaru@wilkinsonstekloff.com
12 kgostin@wilkinsonstekloff.com
   carat@wilkinsonstekloff.com
13 tmatthewsjohnson@wilkinsonstekloff.com
14

15

   Attorneys for Defendant
16 NATIONAL COLLEGIATE ATHLETIC
   ASSOCIATION
17
   [Additional Counsel Listed on Signature Page]
18

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED**<br><br>Judge: Hon. Claudia Wilken |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants submit this administrative motion to consider whether the deposition transcript referenced in Defendants' Motion For Leave To Submit Additional Authority In Support Of Defendants' Opposition To Class Certification should be temporarily treated as confidential in accordance with the Court's Order Granting an Amended Deposition Protocol.  *See* ECF No. 224.  The Parties may submit proposed confidentiality designations for the deposition transcript within 45 days of the date of the deposition.

| | |
|---|---|
| Dated:  September 19, 2023 | Respectfully Submitted, |
| **WILKINSON STEKLOFF LLP** | **COOLEY LLP** |
| By: /s/ Rakesh N. Kilaru<br>Beth A. Wilkinson (*pro hac vice*)<br>Rakesh N. Kilaru (*pro hac vice*)<br>Kieran Gostin (*pro hac vice*)<br>Calanthe Cope-Kasten (*pro hac vice*)<br>Tamarra Matthews Johnson (*pro hac vice)*<br>Matthew R. Skanchy (*pro hac vice)*<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone:  (202) 847-4000<br>Facsimile:  (202) 847-4005<br>bwilkinson@wilkinsonstekloff.com<br>rkilaru@wilkinsonstekloff.com<br>kgostin@wilkinsonstekloff.com<br>ccope-kasten@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com<br>mskanchy@wilkinsonstekloff.com<br><br>Jacob K. Danziger (SBN 278219)<br>ARENTFOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (734) 222-1516<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>Attorneys for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | By: /s/ Whitty Somvichian<br>Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  (415) 693 2000<br>Facsimile:  (415) 693 2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com<br><br>Mark Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000<br>Facsimile:  (650) 849-7400<br>mlambert@cooley.com<br><br>Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone:  (202) 842 7800<br>Facsimile:  (202) 842 7899<br>dbansal@cooley.com<br><br>Attorneys for Defendant<br>PAC-12 CONFERENCE |

| | |
|---|---|
| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| By: /s/ Britt M. Miller | By: /s/ Angela C. Zambrano |
| Britt M. Miller (*pro hac vice*) | David L. Anderson (SBN 149604) |
| Daniel T. Fenske (*pro hac vice*) | 555 California Street, Suite 2000 |
| 71 South Wacker Drive | San Francisco, CA 94104 |
| Chicago, IL 60606 | Telephone: (415) 772-1200 |
| Telephone: (312) 782-0600 | Facsimile: (415) 772-7412 |
| Facsimile: (312) 701-7711 | dlanderson@sidley.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac vice*) |
| | Natali Wyson (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | 2021 McKinney Avenue, Suite 2000 |
| Two Palo Alto Square, Suite 300 | Dallas, TX 75201 |
| 3000 El Camino Real | Telephone: (214) 969-3529 |
| Palo Alto, CA 94306 | Facsimile: (214) 969-3558 |
| Telephone: (650) 331-2000 | angela.zambrano@sidley.com |
| Facsimile: (650) 331-2060 | nwyson@sidley.com |
| cjkelly@mayerbrown.com | |
| | Chad Hummel (SBN 139055) |
| Attorneys for Defendant | 1999 Avenue of the Stars, Suite 1700 |
| THE BIG TEN CONFERENCE, INC. | Los Angeles, CA 90067 |
| | Telephone: (310) 595-9505 |
| | Facsimile: (310) 595-9501 |
| | chummel@sidley.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

3

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-1061<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |