1  Jacob K. Danziger (SBN 278219)
   **ARENTFOX SCHIFF LLP**
2  44 Montgomery Street, 38th Floor
   San Francisco, CA 94104 United States
3  Telephone: (734) 222-1516
4  Facsimile: (415) 757-5501
   jacob.danziger@afslaw.com
5
6  Beth A. Wilkinson (pro hac vice)
   Rakesh N. Kilaru (pro hac vice)
7  Kieran Gostin (pro hac vice)
   Cali Arat (pro hac vice)
8  Tamarra Matthews Johnson (pro hac vice)
   **WILKINSON STEKLOFF LLP**
9  2001 M Street NW, 10th Floor
   Washington, DC 20036
10 Telephone:  (202) 847-4000
   Facsimile:  (202) 847-4005
11 bwilkinson@wilkinsonstekloff.com
12 rkilaru@wilkinsonstekloff.com
   kgostin@wilkinsonstekloff.com
13 carat@wilkinsonstekloff.com
   tmatthewsjohnson@wilkinsonstekloff.com
14
15
16 Attorneys for Defendant
   NATIONAL COLLEGIATE ATHLETIC
   ASSOCIATION
17
   [Additional Counsel Listed on Signature Page]
18

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED**<br><br>Judge: Hon. Claudia Wilken |

[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED

Case No. 4:20-cv-03919-CW

1  Defendants filed an Administrative Motion to Consider Whether Plaintiffs' Materials
2  Should be Temporarily Sealed ("Administrative Motion") pursuant to Local Rule 79-5(f) in
3  connection with Defendants' Motion For Leave To Submit Additional Authority In Support Of
4  Defendants' Opposition To Class Certification.  Having considered Defendants' Administrative
5  Motion,
6  IT IS HEREBY ORDERED THAT the Administrative Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____  By: _____
THE HON. CLAUDIA WILKEN
United States District Judge

1

**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED**    Case No. 4:20-cv-03919-CW