Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF RAKESH KILARU IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINTISTRATIVE RELIEF FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**<br><br>Trial Date:    2025-01-27<br>Judge: Hon. Claudia Wilken |

**Declaration of Rakesh Kilaru ISO Defs' Motion for Admin. Relief for Leave to Submit Additional Authority**

Case No. 4:20-cv-03919-CW

I, Rakesh Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the NCAA Defendant in this litigation. I submit this declaration in support of the Defendants' Motion for Leave to Submit Additional Authority in Support of Defendants' Opposition to Class Certification and Administrative Motion to Consider Whether Plaintiffs' Materials Should Be Temporarily Sealed. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the supplemental deposition transcript of Dr. Daniel Rascher, dated September 1, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 19th day of September 2023 in Washington, D.C.

1

**Declaration of Rakesh Kilaru ISO Defs' Motion for Admin. Relief for Leave to Submit Additional Authority**   Case No. 4:20-cv-03919-CW

Dated: September 19, 2023                     Respectfully Submitted,

**WILKINSON STEKLOFF LLP**                    **COOLEY LLP**

By: /s/ Rakesh N. Kilaru                      By: /s/ Whitty Somvichian
Beth A. Wilkinson (*pro hac vice*)            Whitty Somvichian (SBN 194463)
Rakesh N. Kilaru (*pro hac vice*)             Kathleen R. Hartnett (SBN 314267)
Kieran Gostin (*pro hac vice*)                Ashley Kemper Corkery (SBN 301380)
Calanthe Cope-Kasten (*pro hac vice*)         3 Embarcadero Center, 20th Floor
Tamarra Matthews Johnson (*pro hac vice*)     San Francisco, California 94111-4004
Matthew R. Skanchy (*pro hac vice*)           Telephone: (415) 693 2000
2001 M Street NW, 10th Floor                  Facsimile: (415) 693 2222
Washington, DC 20036                          wsomvichian@cooley.com
Telephone: (202) 847-4000                     khartnett@cooley.com
Facsimile: (202) 847-4005                     acorkery@cooley.com
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com                 Mark Lambert (SBN 197410)
kgostin@wilkinsonstekloff.com                 3175 Hanover Street
ccope-kasten@wilkinsonstekloff.com            Palo Alto, CA 94304-1130
tmatthewsjohnson@wilkinsonstekloff.com        Telephone: (650) 843-5000
mskanchy@wilkinsonstekloff.com                Facsimile: (650) 849-7400
                                              mlambert@cooley.com
Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP                           Dee Bansal (*pro hac vice*)
44 Montgomery Street, 38th Floor              1299 Pennsylvania Ave. NW, Suite 700
San Francisco, CA 94104                       Washington, DC 20004-2400
Telephone: (734) 222-1516                     Telephone: (202) 842 7800
Facsimile: (415) 757-5501                     Facsimile: (202) 842 7899
jacob.danziger@afslaw.com                     dbansal@cooley.com

Attorneys for Defendant                       Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC                  PAC-12 CONFERENCE
ASSOCIATION

2

Declaration of Rakesh Kilaru ISO Defs' Motion for Admin. Relief                Case No. 4:20-cv-03919-CW
for Leave to Submit Additional Authority

| | |
|---|---|
| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| By: /s/ Britt M. Miller | By: /s/ Angela C. Zambrano |
| Britt M. Miller (*pro hac vice*) | David L. Anderson (SBN 149604) |
| Daniel T. Fenske (*pro hac vice*) | 555 California Street, Suite 2000 |
| 71 South Wacker Drive | San Francisco, CA 94104 |
| Chicago, IL 60606 | Telephone: (415) 772-1200 |
| Telephone: (312) 782-0600 | Facsimile: (415) 772-7412 |
| Facsimile: (312) 701-7711 | dlanderson@sidley.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac vice*) |
| | Natali Wyson (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | 2021 McKinney Avenue, Suite 2000 |
| Two Palo Alto Square, Suite 300 | Dallas, TX 75201 |
| 3000 El Camino Real | Telephone: (214) 969-3529 |
| Palo Alto, CA 94306 | Facsimile: (214) 969-3558 |
| Telephone: (650) 331-2000 | angela.zambrano@sidley.com |
| Facsimile: (650) 331-2060 | nwyson@sidley.com |
| cjkelly@mayerbrown.com | |
| | Chad Hummel (SBN 139055) |
| Attorneys for Defendant | 1999 Avenue of the Stars, Suite 1700 |
| THE BIG TEN CONFERENCE, INC. | Los Angeles, CA 90067 |
| | Telephone: (310) 595-9505 |
| | Facsimile: (310) 595-9501 |
| | chummel@sidley.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

3

**Declaration of Rakesh Kilaru ISO Defs' Motion for Admin. Relief for Leave to Submit Additional Authority**   Case No. 4:20-cv-03919-CW

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  (202) 637-1061<br>Facsimile:  (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5368<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

4

**Declaration of Rakesh Kilaru ISO Defs' Motion for Admin. Relief for Leave to Submit Additional Authority**   Case No. 4:20-cv-03919-CW