Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION**<br><br>Date: Sept. 21, 2023<br>Time: 2:30 p.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom: Via Zoom Video Conference |

010912-11/2333348 V1

Defendants' Motion to Submit Additional Authority,[1] filed less than two days prior to the class certification hearing, is untimely in several respects.[2] Nonetheless, while Defendants correctly state that "Plaintiffs do not join this motion," they leave out that when Defendants on Monday (September 18) identified the 45 pages of excerpts from Dr. Rascher's September 1st supplemental deposition that they wanted to make part of the record before tomorrow's hearing, Plaintiffs said that they would join the request as long as it was to make the entire transcript part of the record. Plaintiffs also requested that, in accordance with Local Rule 7-11, they be given the four days prescribed by the rule to respond to the Motion, which would, *inter alia*, allow Plaintiffs to identify additional excerpts from Dr. Rascher's deposition if that were helpful to the Court. Defendants refused each aspect of this compromise offer.

If the Court orders that Dr. Rascher's deposition transcript become part of the record before the class certification hearing, Plaintiffs submit that their proposed compromise solution is the fairest one. Defendants have identified excerpts from 45 of the deposition transcript's 141 pages (almost one-third of the pages) that they want to make part of the record. If the Court allows this submission, Plaintiffs should be entitled to cite those and other pages of the entire transcript, which puts the excerpts identified by Defendants in proper context. And given the percentage of the transcript's pages identified by Defendants, it would likely be less burdensome for the Court to consider the entire transcript, rather than just the large but selective tranche identified by Defendants. Finally, given Defendants' untimely Motion, to minimize the prejudice to Plaintiffs on the eve of the hearing,

---

[1] *See* Defs.' Mot. for Leave to Submit Additional Authority in Supp. of Defs.' Opp'n to Class Certification ("Motion"), filed Sept. 19, 2023, ECF No. 320.

[2] To begin with, Defendants' request is untimely because it was not filed in time to give Plaintiffs four days prior to Thursday's hearing to respond to the Motion, which we are afforded under Civil Local Rule 7-11. While not styled as an administrative motion, there is no time limit prescribed in the local rules for responses to motions to submit additional authority (and Defendants cite no local rule, federal rule or statute, or standing order of this Court in their Motion), and thus under Local Rule 7-11, Plaintiffs should have been provided four days to respond. *See* N.D. Cal. Civil L.R 7-11(b). For the purposes of the rule, four days from the filing of yesterday's Motion is Monday, September 25. Moreover, Dr. Rascher's deposition was more than two weeks ago on September 1, and it was inexcusable for Defendants to wait to make their request until now, especially given the emphasis on limited and timely post-deposition submissions in the Court's order permitting the supplemental deposition. *See* ECF No. 308.

PLS.' RESPONSE TO DEFS.' MOT. FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY
Case No. 4:20-cv-03919-CW                    - 1 -
010912-11/2333348 V1

1  Plaintiffs submit that, in accordance with Local Rule 7-11, they should be given until Monday,

2  September 25 to respond to the Motion to, *inter alia*, identify additional excerpts from Dr. Rascher's

3  deposition.

4

5  Dated: September 20, 2023                                  Respectfully submitted,

6  HAGENS BERMAN SOBOL SHAPIRO LLP          WINSTON & STRAWN LLP

7  By:   */s/ Steve W. Berman*                                By:   */s/ Jeffrey L. Kessler*
8      Steve W. Berman (*pro hac vice*)             Jeffrey L. Kessler (*pro hac vice*)
   Emilee N. Sisco (*pro hac vice*)                           David G. Feher (*pro hac vice*)
9  Stephanie Verdoia (*pro hac vice*)                         David L. Greenspan (*pro hac vice*)
   1301 Second Avenue, Suite 2000                             Adam I. Dale (*pro hac vice*)
10 Seattle, WA 98101                                          Sarah L. Viebrock (*pro hac vice*)
   Telephone: (206) 623-7292                                  200 Park Avenue
11 Facsimile: (206) 623-0594                                  New York, NY 10166-4193
   steve@hbsslaw.com                                          Telephone: (212) 294-4698
12 emilees@hbsslaw.com                                        Facsimile: (212) 294-4700
   stephaniev@hbsslaw.com                                     jkessler@winston.com
13                                                            dfeher@winston.com
14 Benjamin J. Siegel (SBN 256260)                            dgreenspan@winston.com
   715 Hearst Avenue, Suite 300                               aidale@winston.com
15 Berkeley, CA 94710                                         sviebrock@winston.com
   Telephone: (510) 725-3000
16 Facsimile: (510) 725-3001                                  Jeanifer E. Parsigian (SBN 289001)
   bens@hbsslaw.com                                           101 California Street, 34th Floor
17                                                            San Francisco, CA 94111
18 Jeffrey L. Kodroff                                         Telephone: (415) 591-1000
   SPECTOR ROSEMAN & KODROFF PC                               Facsimile: (415) 591-1400
19 Two Commerce Square                                        jparsigian@winston.com
   2001 Market Street, Suite 3420
20 Philadelphia, PA 19103
21 Telephone: (215) 496 0300                                  *Counsel for Plaintiffs and the Proposed Classes*
   Facsimile: (215) 496 6611
22 jkodroff@srkattorneys.com
23
   *Counsel for Plaintiffs and the Proposed Classes*
24

25

26

27

28 PLS.' RESPONSE TO DEFS.' MOT. FOR LEAVE TO SUBMIT
   ADDITIONAL AUTHORITY
   Case No. 4:20-cv-03919-CW                               - 2 -
   010912-11/2333348 V1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated this 20th day of September 2023.

                                              */s/ Steve W. Berman*
                                              STEVE W. BERMAN