```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
```

## MINUTE ORDER

**The Honorable Claudia Wilken, Presiding**
**Date**: 9/21/2023        **Time**: 1 hour 29 minutes
**Deputy Clerk**: Jenny Galang  **Court Reporter**: Ana Dub

**Case No.**: [20-cv-03919-CW](20-cv-03919-CW)
**Case Name**: In re College Athlete NIL Litigation

**Appearances for Plaintiffs**: Steve Berman, Jeffrey Kessler, Jeanifer Parsigian, David Greenspan, Benjamin Siegel
**Appearances for Defendants**: Rakesh Kilaru, Chris Yates, Britt Miller, Natali Wyson, Whitty Somvichian, Robert Fuller

**Proceedings: Hearing on Motion for Class Certification, Hearing on Motions to Exclude, and Case Management Conference.**

Defendants may file a five-page brief by Monday, September 25, 2023, to argue the relevance of the transcript of Dr. Rascher's supplemental deposition to the class certification briefing. Plaintiffs may file a five-page response no later than Wednesday, September 27, 2023.

The parties are to continue to meet and confer regarding the witnesses recently disclosed by Defendants.

The Court to issue a written order regarding the pending motion for class certification and motions to exclude expert testimony.