Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Calanthe Arat (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIAL SHOULD BE SEALED IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**<br>Trial Date:   2025-01-27<br>Judge: Hon. Claudia Wilken |

DEFS' ADMIN. MOTION TO CONSIDER WHETHER PLFS' MATERIAL SHOULD BE SEALED ISO DEFS' SUPP. MOTION FOR LEAVE TO SUBMIT ADD'L AUTHORITY ISO DEFS' OPP. TO CLASS CERTIFICATION

Case No. 4:20-cv-03919-CW

Pursuant to Civil Local Rules 7-11 and 79-5(f), Defendants submit this administrative motion to consider whether Plaintiffs' materials should be sealed.

Defendants seek to file under seal the following portions of their Supplemental Motion for Leave to Submit Additional Authority in Support of Defendants' Opposition to Class Certification:

- Text at 1:21–22
- Text at 3:8
- Text at 3:10

The excerpts of the Motion cited above refer to or cite the transcript of the September 1, 2023 deposition of Plaintiffs' expert, Daniel A. Rascher. That transcript was filed under seal at ECF No. 321-3, and is currently subject to Defendants' Administrative Motion to Consider Whether Plaintiffs' Materials Should be Temporarily Sealed, ECF No. 321. As Defendants noted in that Administrative Motion, pursuant to the Court's Order Granting an Amended Deposition Protocol, *see* ECF No. 224, the Parties may submit proposed confidentiality designations for that deposition transcript within 45 days of the date of the deposition.

Plaintiffs are expected to respond to this motion regarding whether the documents at issue should remain under seal once the Parties have submitted their proposed confidentiality designations for that deposition transcript.

1

**DEFS' ADMIN. MOTION TO CONSIDER WHETHER PLFS' MATERIAL SHOULD BE SEALED ISO DEFS' SUPP. MOTION FOR LEAVE TO SUBMIT ADD'L AUTHORITY ISO DEFS' OPP. TO CLASS CERTIFICATION**

Case No. 4:20-cv-03919-CW

Dated:  September 25, 2023

**WILKINSON STEKLOFF LLP**

By: /s/ Rakesh N. Kilaru
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice)*
Matthew R. Skanchy (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

Respectfully Submitted,

**COOLEY LLP**

By: /s/ Whitty Somvichian
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  (415) 693 2000
Facsimile:  (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400
mlambert@cooley.com

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842 7800
Facsimile:  (202) 842 7899
dbansal@cooley.com

Attorneys for Defendant
PAC-12 CONFERENCE

2

DEFS' ADMIN. MOTION TO CONSIDER WHETHER PLFS' MATERIAL SHOULD BE SEALED ISO DEFS' SUPP. MOTION FOR LEAVE TO SUBMIT ADD'L AUTHORITY ISO DEFS' OPP. TO CLASS CERTIFICATION

Case No. 4:20-cv-03919-CW

| | |
|---|---|
| **MAYER BROWN LLP**<br><br>By: /s/ Britt M. Miller<br>Britt M. Miller (*pro hac vice*)<br>Daniel T. Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Telephone:  (312) 782-0600<br>Facsimile:  (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com<br><br>Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com<br><br>Attorneys for Defendant<br>THE BIG TEN CONFERENCE, INC. | **SIDLEY AUSTIN LLP**<br><br>By:  /s/ Angela C. Zambrano<br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br>dlanderson@sidley.com<br><br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 969-3529<br>Facsimile: (214) 969-3558<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br><br>Chad Hummel (SBN 139055)<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9505<br>Facsimile: (310) 595-9501<br>chummel@sidley.com<br><br>Attorneys for Defendant<br>THE BIG 12 CONFERENCE, INC. |

3

**DEFS' ADMIN. MOTION TO CONSIDER WHETHER PLFS'
MATERIAL SHOULD BE SEALED ISO DEFS' SUPP. MOTION
FOR LEAVE TO SUBMIT ADD'L AUTHORITY ISO DEFS' OPP.
TO CLASS CERTIFICATION**

Case No. 4:20-cv-03919-CW

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  (202) 637-1061<br>Facsimile:  (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5368<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

4

DEFS' ADMIN. MOTION TO CONSIDER WHETHER PLFS' MATERIAL SHOULD BE SEALED ISO DEFS' SUPP. MOTION FOR LEAVE TO SUBMIT ADD'L AUTHORITY ISO DEFS' OPP. TO CLASS CERTIFICATION

Case No. 4:20-cv-03919-CW