Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION** |
| | Hon. Claudia Wilken |

1    Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs submit this administrative motion to

2    file under seal portions of Plaintiffs' Response to Defendants' Supplemental Motion for Leave to

3    Submit Additional Authority in Support of Opposition to Class Certification ("Response").

4    Plaintiffs seek to file under seal the following portions of their Response:

5    - Pg. 3, lines 18 and 20 (showing numerical amount of NIL)

6    The excerpts of the Response cited above refer to or cite the transcript of the September 1,

7    2023 deposition of Plaintiffs' expert, Daniel A. Rascher, which is currently submitted under seal in

8    its totality at ECF No. 321-3. As Defendants noted in their previous administrative motion to file

9    under seal (ECF No. 321), the Parties may submit proposed confidentiality designations for the

10   deposition within 45 days of the date of the deposition.

11

12   DATED: September 27, 2023                     HAGENS BERMAN SOBOL SHAPIRO, LLP

13                                                 By:  /s/ *Steve W. Berman*
14                                                      STEVE W. BERMAN (*pro hac vice*)

15                                                 Emilee N. Sisco (*pro hac vice*)
                                                   Stephanie Verdoia (*pro hac vice*)
16                                                 1301 Second Avenue, Suite 2000
                                                   Seattle, WA 98101
17                                                 Telephone: (206) 623-7292
                                                   Facsimile:  (206) 623-0594
18                                                 steve@hbsslaw.com
                                                   emilees@hbsslaw.com
19                                                 stephaniev@hbsslaw.com

20
                                                   Benjamin J. Siegel (SBN 256260)
21                                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                                   715 Hearst Avenue, Suite 300
22                                                 Berkeley, CA 94710
                                                   Telephone: (510) 725-3000
23                                                 Facsimile:  (510) 725-3001
                                                   bens@hbsslaw.com
24

25

26

27

28

PLS.' ADMINISTRATIVE MOT. TO PARTIALLY FILE UNDER
SEAL - No. 4:20-cv-03919-CW                     - 1 -
010912-11/2340301 V1

Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
SPECTOR ROSEMAN KODROFF & WILLS, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*