| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Sarah L. Viebrock (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| | dfeher@winston.com |
| Benjamin J. Siegel (SBN 256260) | dgreenspan@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | sviebrock@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile: (510) 725-3001 | WINSTON & STRAWN LLP |
| bens@hbsslaw.com | 101 California Street, 34th Floor |
| | San Francisco, CA 94111 |
| *Counsel for Plaintiffs and the Proposed Classes* | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | |
| | *Counsel for Plaintiffs and the Proposed Classes* |

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**PLAINTIFFS' CERTIFICATE OF SERVICE**<br><br>Hon. Claudia Wilken |

1  I, the undersigned, declare:

2  I am a resident of the United States and am employed in the city of Berkeley, California, over
3  the age of 18 years, and not a party to or interested in the within action. My business address is 715
4  Hearst Avenue, Suite 300, Berkeley, California 94710.

5  On September 27, 2023, I served via secure email transfer the following document to the
6  parties enumerated in the attached Service List:

7  - **[Sealed] PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL**
8  **MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT**
9  **OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct. Executed this 27th day of September 2023 at Berkeley, California.

*s/ Brian R. Miller*
BRIAN R. MILLER

*In re College Athlete NIL Litigation* – Case No. 4:20-cv-03919-CW (N.D. Cal.)
**EMAIL SERVICE/DISTRIBUTION LIST**

| **Defendant National Collegiate Athletic Association – Wilkinson Stekloff, LLP** | |
|---|---|
| Beth A. Wilkinson | bwilkinson@wilkinsonstekloff.com |
| Rakesh N. Kilaru | rkilaru@wilkinsonstekloff.com |
| Kieran Gostin | kgostin@wilkinsonstekloff.com |
| Calanthe A. Cope-Kasten | ccope-kasten@wilkinsonstekloff.com |
| Sarah Neuman | sneuman@wilkinsonstekloff.com |
| Max Warren | mwarren@wilkinsonstekloff.com |
| Clayton Wiggins | cwiggins@wilkinsonstekloff.com |
| Matthew Skanchy | mskanchy@wilkinsonstekloff.com |
| Tamara Matthews Johnson | tmatthewsjohnson@wilkinsonstekloff.com |
| Robert Laird | rlaird@wilkinsonstekloff.com |
| Julian Jiggetts | jjiggetts@wilkinsonstekloff.com |
| Remington Thames | rthames@wilkinsonstekloff.com |
| **Defendant National Collegiate Athletic Association – ArentFox Schiff** | |
| Jacob Danziger | jacob.danziger@afslaw.com |
| **Defendant Atlantic Coast Conference – Fox Rothschild, LLP** | |
| D. Erik Albright | ealbright@foxrothschild.com |
| Gregory G. Holland | gholland@foxrothschild.com |
| Jonathan P. Heyl | jheyl@foxrothschild.com |
| **Defendant Atlantic Coast Conference – Latham & Watkins LLP** | |
| Christopher S. Yates | chris.yates@lw.com |
| Aaron T. Chiu | aaron.chiu@lw.com |
| Anna M. Rathbun | anna.rathbun@lw.com |
| **Defendant The Big Ten Conference – Mayer Brown LLP** | |
| Britt M. Miller | bmiller@mayerbrown.com |
| Matthew D. Provance | mprovance@mayerbrown.com |
| Christopher J. Kelly | cjkelly@mayerbrown.com |
| Jessica Michaels | jmichaels@mayerbrown.com |
| Daniel Fenske | dfenske@mayerbrown.com |
| Gina Del Tatto | gdeltatto@mayerbrown.com |
| **Defendant The Big 12 Conference, Inc. – Polsinelli PC** | |
| Leane K. Capps | lcapps@polsinelli.com |
| Amy D. Fitts | afitts@polsinelli.com |
| Phillip Zeeck | pzeeck@polsinelli.com |
| Wesley D. Hurst | whurst@polsinelli.com |
| Kimberly Murray | kmurray@polsinelli.com |

| **Defendant The Big 12 Conference, Inc. – Sidley & Austin LLP** | |
|---|---|
| Angela Zambrano | angela.zambrano@sidley.com |
| Natali Wyson | nwyson@sidley.com |
| Chad Hummel | chummel@sidley.com |
| Dave Anderson | dlanderson@sidley.com |
| **Defendant PAC-12 Conference – Cooley LLP** | |
| Whitney Somvichian | wsomvichian@cooley.com |
| Kathleen R. Hartnett | khartnett@cooley.com |
| Dee Bansal | dbansal@cooley.com |
| Ashley Kemper Corkery | acorkery@cooley.com |
| David Louk | dlouk@cooley.com |
| Mark F. Lambert | mlambert@cooley.com |
| Rebecca Tarneja | rtarneja@cooley.com |
| **Defendant Southeastern Conference – Robinson Bradshaw & Hinson, P.A.; Seifert Law Firm** | |
| Robert F. Fuller, III | rfuller@robinsonbradshaw.com |
| Lawrence C. Moore, III | lmoore@robinsonbradshaw.com |
| Travis S. Hinman | thinman@robinsonbradshaw.com |
| Amanda P. Nitto | anitto@robinsonbradshaw.com |
| Patrick Hill | phill@robinsonbradshaw.com |
| Timothy P. Misner | tmisner@robinsonbradshaw.com |
| Mark J. Siefert | mseifert@seifertfirm.com |