Michael Merriman (SBN 234663)
HILGERS GRABEN, PLLC
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 369-6232
Facsimile:  (402) 413-1880
mmerriman@hilgersgraben.com

Attorney for Non-Party OPENDORSE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **STATEMENT OF NON-PARTY OPENDORSE, INC. REGARDING JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** |
| | Trial Date:  2025-01-27<br>Judge: Hon. Claudia Wilken |

Pursuant to Civil Local Rule 79-5(f)(3), Non-Party Opendorse, Inc. files this Statement regarding that portion of the Joint Administrative Omnibus Motion to Seal ("Motion to Seal," Dkt. 318). In support, Opendorse states as follows:

Opendorse is a technology company serving college and professional athletes in their efforts to understand, build, protect, and monetize their personal brands. Founded in 2012 by two former University of Nebraska-Lincoln football players, Opendorse is headquartered in Lincoln, Nebraska. Among other services, Opendorse provides an online marketplace to facilitate NIL deals between athletes and companies (or other organizations or individuals) wishing to utilize those athletes' platforms to promote the company's products, services, or causes.

Counsel for certain of the defendants in this matter recently advised Opendorse that the parties provisionally filed various documents under seal, with redacted versions available on the

public docket. Counsel for the defendants stated that there were two instances of Opendorse-confidential information in the recent filing.

The first instance is in paragraph 264(a) in the Expert Report of Catherine Tucker, which states that "[REDACTED] has many reported third-party NIL deals because they partnered with [REDACTED] to encourage student-athletes to sign up on a new platform." *See* Dkt. No. 251-1 at 225. Opendorse does not object to the public disclosure of the information behind these redactions.

The second "redaction" that counsel for the defendants identified to Opendorse is the entirety of footnote 596 in the Expert Report of Catherine Tucker. This footnote provides a citation to a document purportedly reflecting confidential NIL transaction data received from various third parties, including Opendorse. *See* Dkt. No. 251-1 at 225. Based on the undersigned's communications with counsel for Defendant Pac-12 Conference, it is Opendorse's understanding that the document itself that is cited in footnote 596 has not been filed with the Court, publicly or otherwise. Thus, the question is whether Opendorse has an interest in keeping the <u>citation</u> to that document under seal. With this understanding, Opendorse states that it does not object to the unsealing of the text contained in footnote 596. Nevertheless, ***if the document cited in footnote 596 (or any other document containing Opendorse's confidential information) is ever filed in the future, Opendorse reserves the right to object to such document's public disclosure.***

## CONCLUSION

In sum, because Opendorse does not believe either of the redactions discussed above implicates Opendorse confidential information, Opendorse does not object to their unsealing. By making this statement, however, Opendorse does not waive any of its rights under the protective order or its agreements with the parties with respect to protecting its confidential information in future filings or otherwise.

1   DATED:  September 29, 2023.                **HILGERS GRABEN, PLLC**

2

3
                                              By:    *s/ Michael Merriman*
4                                                    Michael Merriman
                                                     (SBN 234663)
5                                                    mmeriman@hilgersgraben.com
                                                     655 West Broadway
6                                                    Suite 900
                                                     San Diego, CA 92101
7                                                    Telephone: (619) 369-6232
                                                     Fax: (402) 413-1880
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF NON-PARTY OPENDORSE, INC. REGARDING JOINT ADMINISTRATIVE OMNIBUS
MOTION TO SEAL

1

## <u>CERTIFICATE OF SERVICE</u>

2

 The undersigned certifies that a true and correct copy of the foregoing document has been

3

served on this date to all current and/or opposing counsel of record via electronic mail.

4

 I declare under penalty of perjury under the Laws of the United States of America that the

5

above is true and correct.

6

7

DATED: September 29, 2023     **HILGERS GRABEN, PLLC**

8

9

        By: <u>*/s/ Michael Merriman*</u>

10

        Michael Merriman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28