UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**GRANT HOUSE, et al,**
    **Plaintiffs,**                             CASE NO. 4:20-cv-03919-CW

v.

**NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.
    Defendants.**

### ORDER

Comes now the Court, and having examined the Administrative Motion of Ball State University to Consider Whether Another Party's Material Should be Sealed, filed pursuant to Administrative Rule 79-5(f), now finds that (i) a legitimate public interest exists that supports the Motion; and, (ii) the right to privacy of the Univerisity's student athletes in their educationl records will be violated unless this Court issues this Court grant the relief requested; and, (iii) no less restrictive alternative exists to the relief requested by the Motion..

Accordingly, the Court ORDERS that the name of the student athlete and the details of his NIL deals identified as ECF Filing No. 251-1, page 212, Paragraph 251(C) should be redacted and maintained under seal. The Court also ORDERS that the spreadsheets located at ECF Fling No. 251-1, page 212, notes 558 and 559 should be redacted and maintained under seal. Counsel for the Parties are Ordered to prepare a redacted exhibit conforming with this Order and to maintain this information under seal in future filings..

Dated:

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Service will be made electronically on all*

*ECF-registered counsel of record via email generated by the court's ECF system*