DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Non-Party Network Intervenor
CBS BROADCASTING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
|---|---|
| | **NOTICE OF APPEARANCE OF DAVID R. SINGH** |
| | Trial Date:  January 27, 2025<br>Judge:  Hon. Claudia Wilken |

1     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     Non-Party Network Intervenor CBS BROADCASTING INC., ("CBS") files this Notice of Appearance of Counsel and hereby notifies the Court that David Singh of the law firm Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, 6th floor, Redwood Shores, CA 94065, will appear as counsel of record for Non-Party Network Intervenor CBS BROADCASTING INC. All pleadings, discovery, correspondence, notices, calendars and other materials should be served upon counsel at the address referenced above.

Date: September 29, 2023                  Respectfully Submitted,

                                                     /s/ David R. Singh
                                                     DAVID R. SINGH

                                                     Attorneys for Non-Party Network Intervenor
                                                     CBS BROADCASTING INC.