AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| In re College Athlete NIL Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:20-cv-03919-CW |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Take-Two Interactive Software, Inc.                                                      .

Date:   September 29, 2023

/s/ Neelesh T. Moorthy
*Attorney's signature*

Neelesh T. Moorthy (SBN 341155)
*Printed name and bar number*

55 Second Street, San Francisco, CA 94105
*Address*

nmoorthy@axinn.com
*E-mail address*

(415) 490-1893
*Telephone number*

(415) 490-2001
*FAX number*