1  T. Scott Mills (Cal. Bar No. 313554)
   Scott.Mills@troutman.com
2  TROUTMAN PEPPER
   HAMILTON SANDERS LLP
3  600 Peachtree Street, N.E., Suite 3000
4  Atlanta, Georgia 30308
   Telephone:    404.885.3000
5  Facsimile:    404.885.3900

6

7  Attorneys for Non-Party Network Intervenor,
   Turner Broadcasting System, Inc.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 | | Case No. 4:20-cv-03919-CW
13 | | **NOTICE OF APPEARANCE OF T. SCOTT MILLS**
14 | |
15 | IN RE COLLEGE ATHLETE NIL LITIGATION |
16 | | Trial Date: 2025-01-27
17 | | Judge: Hon. Claudia Wilken
18
19

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Non-Party Network Intervenor Turner Broadcasting System, Inc. ("TBS, Inc.") files this Notice of Appearance of Counsel and hereby notifies the Court that T. Scott Mills of the law firm Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street, N.E., Suite 3000, Atlanta, Georgia, 30308, will appear as counsel of record for Non-Party Network Intervenor TBS, Inc. All pleadings, discovery, correspondence, notices, calendars, and other materials should be served upon counsel at the address referenced above.

Date: September 29, 2023

Respectfully Submitted,

*/s/ T. Scott Mills*
T. SCOTT MILLS

Attorneys for Non-Party Network Intervenor,
Turner Broadcasting System, Inc.