Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF FILING OF AMENDED EXHIBIT 1 TO JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL, ECF NO. 318**<br><br>Trial Date:   2025-01-27<br>Judge: Hon. Claudia Wilken |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulation and Order as Modified Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents (the "Sealing Order") (ECF No. 205), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., the Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their counsel, filed the Joint Administrative Omnibus Motion to Seal with Exhibit 1 (the "Omnibus Motion") (ECF No. 318) on September 15, 2023. In the course of preparing their statements or declarations in support of sealing the material redacted in the various class certification filings, the Parties identified two additional redactions in the class certification materials that certain Defendants seek to maintain under seal. Accordingly, the Parties hereby submit an Amended Exhibit 1, which identifies the additional redactions (entry numbers 626a and 664a) and the corresponding Designating Parties for the material at issue in those redactions, as well as an accompanying amended Proposed Order consistent with the Amended Exhibit 1.

The Parties certify that the Amended Exhibit 1 and Proposed Order identify all of the information proposed to be sealed in the class certification materials and related briefing and that the Parties have provided notice of the Omnibus and the sealing procedures set forth in Local Rule 79-5(f)(3) to the appropriate Non-Party Designating Parties, as required by the Sealing Order, even if those Non-Party Designating Parties are not identified by name in Amended Exhibit 1, which may be over- or under-inclusive.

Dated:  September 29, 2023                     Respectfully Submitted,

| **WILKINSON STEKLOFF LLP** | **COOLEY LLP** |
|---|---|
| By: /s/ Rakesh N. Kilaru | By: /s/ Whitty Somvichian |
| Beth A. Wilkinson (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Rakesh N. Kilaru (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| Kieran Gostin (*pro hac vice*) | Ashley Kemper Corkery (SBN 301380) |
| Calanthe Arat (*pro hac vice*) | 3 Embarcadero Center, 20th Floor |
| Tamarra Matthews Johnson (*pro hac vice*) | San Francisco, California 94111-4004 |
| Matthew R. Skanchy (*pro hac vice*) | Telephone:  (415) 693 2000 |
| 2001 M Street NW, 10th Floor | Facsimile:  (415) 693 2222 |
| Washington, DC 20036 | wsomvichian@cooley.com |
| Telephone:  (202) 847-4000 | khartnett@cooley.com |
| Facsimile:  (202) 847-4005 | acorkery@cooley.com |
| bwilkinson@wilkinsonstekloff.com | |
| rkilaru@wilkinsonstekloff.com | Mark Lambert (SBN 197410) |
| kgostin@wilkinsonstekloff.com | 3175 Hanover Street |
| carat@wilkinsonstekloff.com | Palo Alto, CA  94304-1130 |
| tmatthewsjohnson@wilkinsonstekloff.com | Telephone:  (650) 843-5000 |
| mskanchy@wilkinsonstekloff.com | Facsimile:  (650) 849-7400 |
| | mlambert@cooley.com |
| Jacob K. Danziger (SBN 278219) | |
| ARENTFOX SCHIFF LLP | Dee Bansal (*pro hac vice*) |
| 44 Montgomery Street, 38th Floor | 1299 Pennsylvania Ave. NW, Suite 700 |
| San Francisco, CA 94104 | Washington, DC 20004-2400 |
| Telephone: (734) 222-1516 | Telephone:  (202) 842 7800 |
| Facsimile: (415) 757-5501 | Facsimile:  (202) 842 7899 |
| jacob.danziger@afslaw.com | dbansal@cooley.com |
| Attorneys for Defendant | Attorneys for Defendant |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | PAC-12 CONFERENCE |

| | |
|---|---|
| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| By: /s/ Britt M. Miller | By: /s/ Angela C. Zambrano |
| Britt M. Miller (*pro hac vice*) | David L. Anderson (SBN 149604) |
| Daniel T. Fenske (*pro hac vice*) | 555 California Street, Suite 2000 |
| 71 South Wacker Drive | San Francisco, CA 94104 |
| Chicago, IL 60606 | Telephone: (415) 772-1200 |
| Telephone: (312) 782-0600 | Facsimile: (415) 772-7412 |
| Facsimile: (312) 701-7711 | dlanderson@sidley.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac vice*) |
| | Natali Wyson (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | 2021 McKinney Avenue, Suite 2000 |
| Two Palo Alto Square, Suite 300 | Dallas, TX 75201 |
| 3000 El Camino Real | Telephone: (214) 969-3529 |
| Palo Alto, CA 94306 | Facsimile: (214) 969-3558 |
| Telephone: (650) 331-2000 | angela.zambrano@sidley.com |
| Facsimile: (650) 331-2060 | nwyson@sidley.com |
| cjkelly@mayerbrown.com | |
| | Chad Hummel (SBN 139055) |
| Attorneys for Defendant | 1999 Avenue of the Stars, Suite 1700 |
| THE BIG TEN CONFERENCE, INC. | Los Angeles, CA 90067 |
| | Telephone: (310) 595-9505 |
| | Facsimile: (310) 595-9501 |
| | chummel@sidley.com |
| | |
| | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.** | **LATHAM & WATKINS LLP** |
| By: /s/ Robert W. Fuller | By: /s/ Christopher S. Yates |
| Robert W. Fuller, III (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Lawrence C. Moore, III (*pro hac vice*) | Aaron T. Chiu (SBN 287788) |
| Amanda P. Nitto (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| Travis S. Hinman (*pro hac vice*) | San Francisco, CA  94111 |
| Patrick H. Hill (*pro hac vice*) | Telephone:  (415) 391-0600 |
| 101 N. Tryon St., Suite 1900 | Facsimile:  (415) 395-8095 |
| Charlotte, NC 28246 | chris.yates@lw.com |
| Telephone:  (704) 377-2536 | aaron.chiu@lw.com |
| Facsimile:  (704) 378-4000 | |
| rfuller@robinsonbradshaw.com | Anna M. Rathbun (SBN 273787) |
| lmoore@robinsonbradshaw.com | 555 Eleventh Street, NW, Suite 1000 |
| anitto@robinsonbradshaw.com | Washington, DC  20004 |
| thinman@robinsonbradshaw.com | Telephone:  (202) 637-1061 |
| phill@robinsonbradshaw.com | Facsimile:  (202) 637-2201 |
| | anna.rathbun@lw.com |
| Mark J. Seifert (SBN 217054) | **FOX ROTHSCHILD LLP** |
| SEIFERT ZUROMSKI LLP | |
| One Market Street, 36th Floor | By: /s/ D. Erik Albright |
| San Francisco, California 941105 | D. Erik Albright (*pro hac vice*) |
| Telephone:  (415) 999-0901 | Jonathan P. Heyl (*pro hac vice*) |
| Facsimile:  (415) 901-1123 | Gregory G. Holland (*pro hac vice*) |
| mseifert@szllp.com | 230 North Elm Street, Suite 1200 |
| | Greensboro, NC 27401 |
| Attorneys for Defendant | Telephone:  (336) 378-5368 |
| SOUTHEASTERN CONFERENCE | Facsimile:  (336) 378-5400 |
| | ealbright@foxrothschild.com |
| | jheyl@foxrothschild.com |
| | gholland@foxrothschild.com |
| | |
| | Attorneys for Defendant |
| | THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| By: _/s/ Jeffrey L. Kessler_<br>JEFFREY L. KESSLER | By: _/s/ Steve W. Berman_<br>STEVE W. BERMAN |
| Jeffrey L. Kessler (*pro hac vice*)<br>David G. Feher (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>Sarah L. Viebrock (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>dfeher@winston.com<br>dgreenspan@winston.com<br>aidale@winston.com<br>sviebrock@winston.com<br><br>Jeanifer E. Parsigian (SBN 289001)<br>101 California Street, 34th Floor<br>San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com | Steve W. Berman (*pro hac vice*)<br>Emilee N. Sisco (*pro hac vice*)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br><br>Benjamin J. Siegel (SBN 256260)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone:  (510) 725-3000<br>Facsimile:   (510) 725-3001<br>bens@hbsslaw.com<br><br><br>*Attorneys for Plaintiffs and the Proposed Classes* |

## SIGNATURE CERTIFICATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file this Joint Stipulation Omnibus Motion to Seal. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 29, 2023

Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By: /s/ Rakesh N. Kilaru
Rakesh N. Kilaru
Attorneys for Defendant
National Collegiate Athletic Association