Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.    (415) 869-8837
Fax    (415) 901-1123
mseifert@szllp.com

Robert W. Fuller (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
ROBINSON, BRADSHAW & HINSON, P.A.
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Tel.    (704) 377-2536
Fax    (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF ROBERT W. FULLER IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** |

I, Robert W. Fuller, declare as follows:

I am a lawyer at the law firm of Robinson, Bradshaw & Hinson, P.A. and represent the Southeastern Conference in this litigation. I submit this declaration in support of the Joint Administrative Omnibus Motion to Seal (ECF No. 318). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently

thereto. I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Charlie Hussey (Southeastern Conference) in Support of Joint Administrative Omnibus Motion to Seal, dated September 27, 2023, with accompanying exhibit.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Matthew Self (University of Alabama) in Support of Joint Administrative Omnibus Motion to Seal, dated September 28, 2023.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Auburn University in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Kim Green (University of Florida) in Support of Joint Administrative Omnibus Motion to Seal, dated September 26, 2023.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of the University of Georgia in Support of Joint Administrative Omnibus Motion to Seal, dated September 25, 2023.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of University of Kentucky in Support of Joint Administrative Omnibus Motion to Seal, dated September 21, 2023.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Winston G. DeCuir, Jr. (Louisiana State University) in Support of Joint Administrative Omnibus Motion to Seal, dated September 27, 2023.

8. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Nick

Grunenwald (University of Missouri) in Support of Joint Administrative Omnibus Motion to Seal, dated September 26, 2023;

9. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Texas A&M University in Support of Joint Administrative Omnibus Motion to Seal, dated September 22, 2023.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Vanderbilt University in Support of Joint Administrative Omnibus Motion to Seal, dated September 28, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of September in Charlotte, North Carolina.

Respectfully submitted,

/s/ *Robert W. Fuller*
Robert W. Fuller (admitted *pro hac vice*)