# Exhibit 7
## to Declaration of Robert W. Fuller

WINSTON G. DECUIR, JR. (LA #25642)
LOUISIANA STATE UNIVERSITY
Office of General Counsel
3810 W. Lakeshore Dr., Suite 124
Baton Rouge, LA 70808
(225) 578-0335
wdecuirjr@lsu.edu

*Attorneys for Louisiana State University*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF WINSTON G. DECUIR, JR. IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** |

I, Winston G. DeCuir, Jr. declare that the following is true:

1. I am the Vice President of Legal Affairs and General Counsel of Louisiana State University ("LSU"). LSU is a member of the Southeastern Conference, which is a defendant in this action. I make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

2. I am informed that the parties in this matter are seeking to file under seal certain highly confidential and competitively sensitive information belonging to LSU, as well as other documents that reference those materials. Specifically, on September 15, 2023, the parties in this matter filed a Joint Administrative Omnibus Motion to Seal (the "Motion"). LSU was served with a copy of the Motion and was informed of the procedures set forth in Civil Local Rule 79-5, as modified by the Stipulation and Order Modifying Sealing Procedures in this case.

*See* ECF No. 205.

3.     I make this declaration in support of the sealing of certain confidential information produced by LSU pursuant to Local Rule 79-5(c) and (f)(3) of the U.S. District Court for the Northern District of California.

4.     On September 21, 2021, Plaintiffs in this action served LSU with a subpoena seeking, in part, data and documents reflecting the identity of student-athletes on various athletic teams at LSU; the financial aid distributions made to student-athletes at LSU; and the terms of agreements that student-athletes at LSU have entered with third parties related to the commercial use of their name, image, or likeness ("NIL") or commercial activity related to their NIL, including the financial terms of those agreements.

5.     On April 8, 2022 and June 8, 2022, LSU complied with the subpoena by producing documents that contained confidential financial aid records for individual student-athletes; the terms, including financial terms, of NIL agreements for individual student-athletes; and copies of NIL agreements entered by individual student-athletes. These documents were produced to Plaintiffs with the understanding that they would be kept confidential pursuant to the Stipulation and Protective Order entered in this action.

6.     I understand that a party seeking to file a document under seal must "establish that a document, or portions thereof, are sealable." Civil L.R. 79-5(c). In connection with a dispositive motion, a designating party must demonstrate that "compelling reasons" exist to protect the information from being disclosed. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Redactions, instead of complete removal, can be used to place "limited and clear" portions of information outside the public record. *Id.* at 1183.

7.     LSU requests that the following portions of the parties' filings containing LSU's confidential information be maintained and filed under seal and can demonstrate that

compelling reasons exist to maintain these narrowly tailored redactions under seal:

| | Document and Location | Compelling Reason(s) for Sealing |
|---|---|---|
| 1. | ECF No. 251-1, Expert Report of Catherine Tucker, p. 197, ¶ 237. | To protect highly confidential and competitively sensitive information pertaining to confidential NIL agreements involving LSU student-athlete Olivia Dunne. |
| 2. | ECF No. 251-1, Expert Report of Catherine Tucker, p. 198, Table 12 and n. 522. | To protect highly confidential and competitively sensitive information pertaining to confidential NIL agreements involving LSU student-athletes, specifically Olivia Dunne, Elena Arenas, Haleigh Bryant, Kiya Johnson, Alyona Shchennikova, Samantha Durante, Sarah Edwards, Kamryn Ryan, Katherine Campbell and Christina Desiderio. |
| 3. | ECF No. 251-1, Expert Report of Catherine Tucker, p. 204, ¶ 244 and n. 540. | To protect highly confidential and competitively sensitive information pertaining to confidential NIL agreements involving LSU student-athlete Derek Stingley Jr. |

8. LSU maintains the terms of the NIL agreements summarized above and the terms thereof as confidential. Not all employees of LSU are permitted to access these documents or the agreement terms that they contain. LSU also demands that recipients of those agreements treat the agreements as confidential. Additionally, many of the agreements contain explicit confidentiality provisions prohibiting or limiting their public disclosure.

9. The Northern District of California has concluded that "compelling reasons" exist to seal confidential "license agreements, financial terms, [and] details of confidential licensing negotiations[.]" *Guzman v. Chipotle Mexican Grill, Inc.*, No. 17-cv-02606-HSG, 2020 WL 1171112, at *1 (N.D. Cal. Mar. 11, 2020) (citation and internal quotation marks omitted). Likewise, in *Gray Media Group, Inc. v. Tate*, Docket No. 712,007, 19th Judicial

District Court, State of Louisiana, the court concluded that NIL agreements and records are not public records, both under FERPA and under the right of privacy recognized by the Louisiana constitution. For the same reasons, the agreements summarized above should remain sealed.

10. For the foregoing reasons, LSU respectfully submits that compelling reasons exist to seal the information identified above and in the Proposed Order submitted with the Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2023.

By: _____
Winston G. DeCuir, Jr.
Vice President of Legal Affairs and General Counsel
Louisiana State University