Jeffrey S. Walker, (SB #333335)
WALKER, HAMILTON & KEARNS LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133
Tel: (415) 986-3339
Fax: (415) 986-1618
E-Mail: jeff@whk-law.com; e-service@whk-law.com

Attorneys for Ball State University

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In re College Athlete NIL Litigation | Case No. 4:20-cv-03919-CW |
|---|---|

**NOTICE OF APPEARANCE**

TO THE CLEARK OF COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeffrey S. Walker of the law firm Walker, Hamilton, & Kearns, LLP, hereby enters his appearance as local co-counsel to Scott E. Shockley representing Ball State University.

My address is 50 Francisco St., Suite 460, San Francisco, California, 94133;

My telephone number is (415) 986-3339;

My email is e-service@whk-law.com with courtesy copies to jeff@whk-law.com;

1  My fax number is (415)986-1618.

2

3

4  Dated: September 29, 2023                    WALKER, HAMILTON, & KEARNS, LLP

5

6                                               By: _____
                                                    Jeffrey S. Walker
7                                                   Attorneys for Ball State University

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28