Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
Natali Wyson (*pro hac vice*)
nwyson@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3476
Facsimile: (214) 981-3400

David L. Anderson (SBN 149604)
dlanderson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412

Chad Hummel (SBN 139055)
chummel@sidley.com
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 595-9505
Fax: (310) 595-9501

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF NATALI WYSON IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** |

I, Natali Wyson, declare as follows:

I am a lawyer at the law firm of Sidley Austin LLP and represent the Big 12 Conference, Inc. in this litigation. I submit this declaration in support of the Joint Administrative Omnibus Motion to Seal (ECF No. 318). I have personal knowledge of the facts set forth in this

declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Catrina Gibson (Big 12 Conference) in Support of Joint Administrative Omnibus Motion to Seal, dated September 27, 2023, with accompanying exhibit.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of John Curtis (University of Oklahoma) in Support of Joint Administrative Omnibus Motion to Seal, dated September 28, 2023.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Eric D. Bentley (Texas Tech University) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Lee Tyner (Texas Christian University) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Megan Walawender (University of Kansas) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of September in Dallas, Texas.

Respectfully submitted,

/s/ *Natali Wyson*
Natali Wyson (admitted *pro hac vice*)