DocuSign Envelope ID: 3C5F9BB3-D530-4928-9808-8AE43AC77341

| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Sarah L. Viebrock (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| | dfeher@winston.com |
| Benjamin J. Siegel (SBN 256260) | dgreenspan@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | sviebrock@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile: (510) 725-3001 | 101 California Street, 34th Floor |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| *Counsel for Plaintiffs and the Proposed Classes* | jparsigian@winston.com |
| | *Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>DECLARATION OF GRANT HOUSE PURSUANT TO N.D. CAL. LOCAL RULE 79-5(f)(3) IN SUPPORT OF JOINT OMNIBUS SEALING MOTION<br><br>Judge: Hon. Judge Claudia Wilken |

010912-11/2335334 V1

1  I, GRANT HOUSE, declare as follows:

2  1. I am a plaintiff in the action titled *In re College Athlete NIL Litigation*, Case No. 4:20-

3  cv-03919 CW, filed in the U.S. District Court for the Northern District of California, Oakland

4  Division.

5  2. I submit this declaration in support of the Joint Omnibus Sealing Motion. Based on

6  personal knowledge or discussions with counsel about the matters stated herein, if called upon, I

7  could and would competently testify thereto.

8  3. I understand that the joint stipulation filed by Plaintiffs and Defendants in the above

9  captioned case sought "an order adjusting the sealing procedures for the Parties' class certification

10 briefing papers and related documents as set forth in Local Rule 79-5." Case No. 4:20-cv-03919-

11 CW, ECF No. 204. I further understand that on October 12, 2022, the Court granted the parties'

12 stipulation, allowing any designating party to file a statement or declaration in support of sealing, as

13 set forth in Local Rule 79-5(f)(3), fourteen days from filing the Omnibus Sealing Motion. ECF No.

14 207 ("Stipulated Sealing Order").

15 4. I make this declaration on behalf of the Plaintiffs' and my own privacy interests in

16 response to the Stipulated Sealing Order to maintain the provisional sealing of my personal private

17 information ("Confidential Material") that was provisionally filed under seal in support of dispositive

18 motions. The Confidential Material is narrowly tailored and consists of the following:

19 5. **Exhibit 48 to Plaintiffs' Motion for Class Certification,** ECF No. 209-1: Exhibit 48

20 contains my response to Defendant's First Set of Interrogatories. My response includes sensitive,

21 personal information that should remain under seal. Defendants' First Set of Interrogatories,

22 specifically Interrogatory No. 1 and No. 7, requested I disclose actions I undertook to use my NIL

23 and to disclose "all revenues" that I earned related to my NIL. This required that I disclose private

24 and confidential individual contract terms and compensation value, as well as the identity of the

25 contracting parties.

26 6. Sealing this Confidential Material is consistent with the confidentiality protections of

27 the Second Stipulation and Order Supplementing and Amending Protective Order Regarding Highly

28 Confidential – Counsel Only and Conference Strictly Confidential Information. ECF No. 181.

1  7. Disclosure of the Confidential Material identified in paragraph 5 may impact my
2  business relationships with sponsoring entities and inhibit my ability to negotiate contractual terms
3  with parties in the future. As such, sealing this material is necessary to protect my current and future
4  personal, financial interests.

5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct. Executed this __29__th day of September 2023 at Tempe, Arizona.



GRANT HOUSE

HOUSE DECL. ISO JOINT OMNIBUS SEALING  - 2 -
MOT. - Case No. 4:20-cv-03919-CW
010912-11/2335334 V1