DocuSign Envelope ID: 3DF9071A-370B-4875-AA07-AEBEF7FE3D18

| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Adam I. Dale (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Sarah L. Viebrock (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| | dfeher@winston.com |
| Benjamin J. Siegel (SBN 256260) | dgreenspan@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | sviebrock@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile: (510) 725-3001 | 101 California Street, 34th Floor |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| *Counsel for Plaintiffs and the Proposed Classes* | jparsigian@winston.com |
| | *Counsel for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>DECLARATION OF SEDONA PRINCE PURSUANT TO N.D. CAL. LOCAL RULE 79-5(f)(3) IN SUPPORT OF THE JOINT OMNIBUS SEALING MOTION<br><br>Judge: Hon. Judge Claudia Wilken |

010912-11/2335335 V1

1    I, SEDONA PRINCE, declare as follows:

2    1.    I am a plaintiff in the action titled *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW, filed in the U.S. District Court for the Northern District of California, Oakland Division.

5    2.    I submit this declaration in support of the Joint Omnibus Sealing Motion. Based on personal knowledge or discussions with counsel about the matters stated herein, if called upon, I could and would competently testify thereto.

8    3.    I understand that the joint stipulation filed by Plaintiffs and Defendants in the above captioned case sought "an order adjusting the sealing procedures for the Parties' class certification briefing papers and related documents as set forth in Local Rule 79-5." Case No. 4:20-cv-03919-CW, ECF No. 204. I further understand that on October 12, 2022, the Court granted the parties' stipulation, allowing any designating party to file a statement or declaration in support of sealing, as set forth in Local Rule 79-5(f)(3), fourteen days from filing the Omnibus Sealing Motion. ECF No. 207 ("Stipulated Sealing Order").

15    4.    I make this declaration on behalf of Plaintiffs' and my own privacy interests in response to the Stipulated Sealing Order to maintain the provisional sealing of my personal private information ("Confidential Material") that was provisionally filed under seal in support of dispositive motions. The Confidential Material is narrowly tailored and consists of the following:

19    5.    **Exhibit 47 to Plaintiffs' Motion for Class Certification**, ECF No. 209-1: Exhibit 47 contains my response to Defendant's First Set of Interrogatories. My response includes sensitive, personal information that should remain under seal. Defendants' First Set of Interrogatories, specifically Interrogatory No. 1 and No. 7, requested I disclose actions I undertook to use my NIL and to disclose "all revenues" that I earned related to my NIL. This required that I disclose private and confidential individual contract terms and compensation value, as well as the identity of the contracting parties.

26    6.    **Defendants' Expert Catherine Tucker's Expert Report**, ECF No. 254-1: In paragraph 223(a) of Dr. Tucker's report she includes sensitive contractual terms including compensation and contracting party names of personal third-party NIL deals I have obtained and

1  disclosed in the interests of serving the class. Similarly, in paragraph 302(b) of her report Dr. Tucker
2  discusses my total financial earnings from third-party NIL deals which is private and sensitive
3  information.
4        7.    Sealing this Confidential Material is consistent with the confidentiality protections of
5  the Second Stipulation and Order Supplementing and Amending Protective Order Regarding Highly
6  Confidential – Counsel Only and Conference Strictly Confidential Information. ECF No. 181.
7        8.    Disclosure of the Confidential Material identified in paragraphs 5 and 6 may impact
8  my business relationships with sponsoring entities and inhibit my ability to negotiate contractual
9  terms with parties in the future. As such, sealing this material is necessary to protect my current and
10 future personal, financial interests.
11     I declare under penalty of perjury under the laws of the United States that the foregoing is
12 true and correct. Executed this __29__th day of September 2023 at Fort Worth, Texas.



SEDONA PRINCE