Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL**<br><br>Trial Date: 2025-01-27<br>Judge: Hon. Claudia Wilken |

I, Rakesh N. Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the National Collegiate Athletic Association in this litigation. I submit this declaration in support of the Joint Administrative Omnibus Motion to Seal (ECF No. 318). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Scott Bearby (NCAA) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Scott Hays (Conference USA) in Support of Joint Administrative Omnibus Motion to Seal, dated September 28, 2023.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Jason L. Johnson (Colorado State University) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Bryan L. Perry (Northern Illinois University) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Joel Londrigan (University of South Florida) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Tara Evans (University of Wyoming) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

7. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Lilly Stonecipher (Utah State University) in Support of Joint Administrative Omnibus Motion to Seal, dated September 29, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 29th day of September 2023, in Washington, D.C.

Respectfully submitted,

*/s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)

Attorney for Defendant
*NATIONAL COLLEGIATE ATHLETIC ASSOCIATION*