**MAYER BROWN LLP**
BRITT M. MILLER (*pro hac vice*)
bmiller@mayerbrown.com
DANIEL T. FENSKE (*pro hac vice*)
dfenske@mayerbrown.com
71 S. Wacker Dr.
Chicago, IL, 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

CHRISTOPHER J. KELLY (SBN 276312)
cjkelly@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Defendant The Big Ten Conference, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF DANIEL T. FENSKE IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL, FILED PURSUANT TO L.R. 79-5(d)(1)** |

LOCAL RULE 79-5(d)(1) DECLARATION OF DANIEL T. FENSKE
ON BEHALF OF THE BIG TEN CONFERENCE, INC.                                    CASE NO. 4:20-CV-03919-CW

1

I, Daniel T. Fenske, declare:

1. I am a partner at the law firm Mayer Brown LLP, attorneys for Defendant The Big Ten Conference, Inc. ("The Big Ten") in this action. I make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Kerry Kenny on behalf of The Big Ten Conference, Inc., dated September 29, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of the declaration of Rob Lichten on behalf of Northwestern University, dated September 27, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of the declaration of Warde J. Manuel on behalf of University of Michigan, dated September 28, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of the declaration of Ryan Squire on behalf of University of Illinois Urbana-Champaign, dated September 28, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of the declaration of Amy Nash Golian on behalf of The Ohio State University, dated September 27, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of the declaration of Matthew Pottorff on behalf of Rutgers, the State University of New Jersey, dated September 29, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of the declaration of Christopher B. Lord on behalf of University of Maryland, College Park, dated September 28, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of the declaration of Brian J. Slovut, on behalf of University of Minnesota, dated September 27, 2023.

10. Attached hereto as Exhibit 9 is a true and correct copy of the declaration of Noah Perez-Silverman on behalf of Snap Inc., dated September 28, 2023.

LOCAL RULE 79-5(d)(1) DECLARATION OF DANIEL T. FENSKE
ON BEHALF OF THE BIG TEN CONFERENCE, INC.                    CASE NO. 4:20-CV-03919-CW

2

1     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
2 and correct.
3     Executed on September 29, 2023, in Chicago, Illinois.

5                                         **/s/ *Daniel T. Fenske***
6                                             Daniel T. Fenske

LOCAL RULE 79-5(d)(1) DECLARATION OF DANIEL T. FENSKE
ON BEHALF OF THE BIG TEN CONFERENCE, INC.               CASE NO. 4:20-CV-03919-CW

3