# EXHIBIT 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF AMY NASH GOLIAN IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** |

I, Amy Nash Golian, declare as follows:

I am a Senior Assistant Vice President and Senior Associate General Counsel at The Ohio State University ("Ohio State"). Ohio State is a member of the Big Ten Conference, which is a defendant in this action. I make this Declaration based on my personal knowledge and investigation, and if called as a witness to testify, I could and would testify competently to the following facts.

1. This Declaration is being made in support of the Joint Administration Omnibus Motion to Seal ("Motion"), and pursuant to Civil Local Rules 7-11 and 79-5.

2. Ohio State moves to maintain the confidentiality of certain portions of documents filed under seal by the Parties that reflect Institution's highly sensitive, non-public, current financial information.

3. Specifically, Ohio State requests that certain portions of The Expert Report of Catherine Tucker [ECF No. 251-1], as described below and as identified in the Proposed Order Regarding Joint Administrative Omnibus Motion to Seal ("Proposed Order") as entry numbers 371, 373, 378 and 394 be maintained under seal.

4. A party seeking to file a document under seal must "establish that a document, or portions thereof, are sealable." Civil L.R. 79-5(b). In connection with a dispositive motion, a designating party must demonstrate that "compelling reasons" exist to protect the information from being disclosed. *Kamakana v. City & County of Honolulu*, 447 F. 3d 1172, 1178-79 (9th Cir. 2006). Redactions, instead of complete removal, can be used to place "limited and clear" portions of information outside the public record. *Id.* at 1183.

5. Ohio State can demonstrate that compelling reasons exist to maintain the following narrowly tailored redactions under seal.

**CONFIDENTIAL INSTITUTIONAL FINANCIAL INFORMATION**

6. The Expert Report of Catherine Tucker [ECF No. 251-1] contains information which reflects the details of financial aid provided by Ohio State to its student athletes as well as the specific manner in which Ohio State awards such aid.

7. The Expert Report of Catherine Tucker [ECF No. 251-1] also contains information which reflects confidential financial information regarding Ohio State's revenue sources, which is information that is not available to the public, other conferences, or NCAA member institutions at a conference- or school-specific level.

8. Ohio State would be harmed by the disclosure of such financial information, as it would reveal non-public information regarding Ohio State's financial decisions to other NCAA members and other competitors. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).

9. Therefore, Ohio State supports the Parties' Motion to redact those portions of the Expert Report of Catherine Tucker [ECF No. 251-1] which contain Ohio State's confidential financial information, as identified below and in the Proposed Order:

| Document | Entry Number | Text to be Sealed |
|---|---|---|
| Expert Report of Catherine Tucker [ECF No. 251-1] | 371 | p.115 (Fig.7) |
| Expert Report of Catherine Tucker [ECF No. 251-1] | 373 | p. 116 (Fig.8) |
| Expert Report of Catherine Tucker [ECF No. 251-1] | 378 | p. 118 (Fig. 9) |
| Expert Report of Catherine Tucker [ECF No. 251-1] | 394 | p. 136 ¶ 151 |

10. For the foregoing reasons, Ohio State respectfully submits that compelling reasons exist to seal the information as identified above and in the Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 27, 2023, in Columbus, Ohio.

*Amy Nash Golian*
Amy Nash Golian