# GZJ KDKV'9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF CHRISTOPHER B. LORD IN SUPPORT OF JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** |

I, Christopher B. Lord, declare as follows:

I am an Associate General Counsel at the University of Maryland, College Park ("UMD"). UMD is a member of The Big Ten Conference, which is a defendant in this action. I make this Declaration based on my personal knowledge and investigation, and if called as a witness to testify, I could and would testify competently to the following facts.

1. This Declaration is being made in support of the Joint Administration Omnibus Motion to Seal ("Motion"), and pursuant to Civil Local Rules 7-11 and 79-5.

2. UMD moves to maintain the confidentiality of certain portions of document filed under seal by the Parties that contain or reflect confidential personal information of individual student-athletes.

3. Specifically, UMD requests that certain portions of the documents described herein and as identified in the Proposed Order Regarding Joint Administrative Omnibus Motion to Seal ("Proposed Order") as entry numbers 188, 539, 545, 546 (the "Confidential Documents") be maintained under seal.

4. A party seeking to file a document under seal must "establish that a document, or portions thereof, are sealable." Civil L.R. 79-5(b). In connection with a dispositive motion, a designating party must demonstrate that "compelling reasons" exist to protect the information from being disclosed. *Kamakana v. City & County of Honolulu*, 447 F. 3d 1172, 1178-79 (9th Cir. 2006). Redactions, instead of complete removal, can be used to place "limited and clear" portions of information outside the public record. *Id*. at 1183.

5. UMD can demonstrate that compelling reasons exist to maintain the following narrowly tailored redactions under seal.

**CONFIDENTIAL STUDENT INFORMATION**

6. The Confidential Documents contain and reflect confidential personal information of UMD's student-athletes. UMD is required to keep confidential student personal information, and such information may not be disclosed to the public without first obtaining a release from the student or parent, as FERPA (Family Educational Rights and Privacy Act, 20 U.S.C. 1232g) requires. *See Rosenfeld v. Montgomery Cnty. Pub. Sch.*, 25 F. App'x 123, 132 (4th Cir. 2001)

1

("[T]he district court should consider FERPA in making its determination whether sealing of the documents in question is appropriate.").

7. Therefore, UMD supports the Parties' Motion to redact those portions of the Confidential Documents which contain the personal information of individual UMD student-athletes, as identified below and in the Proposed Order:

| Document | Entry Number | Text to be Sealed |
| --- | --- | --- |
| Expert Report of Catherine Tucker [ECF No. 251-1] | 545 | p. 254 ¶ 302 |
| Expert Report of Catherine Tucker [ECF No. 251-1] | 546 | p. 254 n.687 |

8. The limited redactions proposed above are narrowly tailored, and seek to seal only individual UMD student-athletes' confidential information, the public disclosure of which would harm such third-party individuals. Disclosing these redacted portions publicly is also unnecessary in this litigation, as these student-athletes' specific identities are irrelevant to Plaintiffs' arguments in support of class certification.

**CONFIDENTIAL NCAA MEMBER INFORMATION**

9. The NCAA's member institutions submit certain information to the NCAA ("NCAA Member Squad List Data"), which contains information regarding the member institutions' financial aid distributions to student-athletes. The NCAA Member Squad List Data reflects confidential information concerning the member institutions' finances and financial decisions. This data is submitted under express guarantees of confidentiality and is not released to either the public or other NCAA members on a conference-specific or school-specific basis. The NCAA's member institutions provide the NCAA Member Squad List Data to the NCAA in reliance on the NCAA's guarantee of confidentiality. The NCAA produced the NCAA Member Squad List Data in *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation* (Case Nos. 4:14-md-2541-CW, 4:14-cv-2758-CW) ("*Alston*") pursuant to an agreement with Plaintiffs in that case to treat such

1 | data under the Protective Order as "Counsel Only."

2 | 10. UMD would be harmed by revealing their highly confidential, non-public financial information to other NCAA members and other competitors. *See Nixon v. Warner Commc'ns*, Inc., 435 U.S. 589, 598 (1978).

11. Therefore, UMD supports the Parties' Motion to redact the portion of the Expert Report of Daniel A. Rascher [ECF No. 209-2], which contains UMD's highly sensitive information, as identified below and in the Proposed Order:

| Document | Entry Number | Text to be Sealed |
|---|---|---|
| Expert Report of Daniel A. Rascher [ECF No. 209-2] | 188 | p. 112 n.238 |

12. The limited redaction proposed above is narrowly tailored, and seeks to seal only highly sensitive and confidential information, the public disclosure of which would harm UMD. Disclosing this redacted portion would publicly harm UMD by revealing their highly confidential, current financial data to other NCAA members and other competitors.

**CONFIDENTIAL INSTITUTIONAL FINANCIAL INFORMATION**

13. The Expert Report of Catherine Tucker [ECF No. 251-1] contains information which reflects confidential financial information regarding UMD's revenue sources, which is information that is not available to the public, other conferences, or NCAA member institutions at a conference- or school-specific level. UMD would be harmed by the disclosure of such financial information, as it would reveal non-public information regarding UMD's financial decisions to other NCAA members and other competitors. *See Nixon*, 435 U.S. at 598.

14. Therefore, UMD supports the Parties' Motion to redact the portion of the Expert Report of Catherine Tucker [ECF No. 251-1], which contains UMD's confidential financial information, as identified below and in the Proposed Order:

| Document | Entry Number | Text to be Sealed |
|---|---|---|
| Expert Report of Catherine Tucker [ECF No. 251-1] | 539 | p. 251 (Fig. 16) |

15. For the foregoing reasons, UMD respectfully submits that compelling reasons exist

1 | to seal the information as identified above and in the Proposed Order.

3 | I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.

5 | Executed on September 28, 2023, in College Park, Maryland

*/s/ Christopher B. Lord*

Christopher B. Lord
Associate General Counsel
University of Maryland, College Park

4