Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**NOTICE OF DISPUTE RE DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES** |

- 2 -

1  Plaintiffs and Defendants National Collegiate Athletic Association, Atlantic Coast Conference,
2  The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern
3  Conference hereby submit to the Court the attached Joint Statement Regarding Defendants'
4  Supplemental Initial Disclosures. As Your Honor directed at the September 21, 2023 Class
5  Certification Hearing and Case Management Conference, the parties met and conferred on this issue,
6  but have reached an impasse. The relevant portion of the hearing transcript pertaining to this issue is
7  attached hereto as Exhibit A.

8  At the hearing, the Court indicated that it would probably refer the dispute to Judge Cousins.
9  *See* Sept. 21, 2023 Hr'g Tr. (Ex. A) at 7:12–14. In anticipation that the Court might do so, the Parties
10 have briefed the dispute in a 5-page joint statement without attachments according to Judge Cousins'
11 standing order requirements.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 6, 2023 | Respectfully submitted, |
| 3 | HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
| 4 | | |
| 5 | By:   /s/ Steve W. Berman   <br>       Steve W. Berman (*pro hac vice*) | By:   /s/ Jeffrey L. Kessler   <br>       Jeffrey L. Kessler (*pro hac vice*) |
| 6 | Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| 7 | Stephanie Verdoia (*pro hac vice*)<br>1301 Second Avenue, Suite 2000 | David L. Greenspan (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*) |
| 8 | Seattle, WA 98101<br>Telephone: (206) 623-7292 | Sarah L. Viebrock (*pro hac vice*)<br>Neha Vyas (*pro hac vice*) |
| 9 | Facsimile: (206) 623-0594<br>steve@hbsslaw.com | 200 Park Avenue<br>New York, NY 10166-4193 |
| 10 | emilees@hbsslaw.com<br>stephaniev@hbsslaw.com | Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700 |
| 11 | | jkessler@winston.com |
| 12 | Benjamin J. Siegel (SBN 256260) | dfeher@winston.com<br>dgreenspan@winston.com |
| 13 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | aidale@winston.com |
| 14 | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 | sviebrock@winston.com<br>nvyas@winston.com |
| 15 | bens@hbsslaw.com | |
| 16 | *Counsel for Plaintiffs and the Proposed Classes* | Jeanifer E. Parsigian (SBN 289001)<br>101 California Street, 34th Floor |
| 17 | | San Francisco, CA 94111-5840<br>Telephone: (415) 591-1000 |
| 18 | | Facsimile: (415) 591-1400<br>jparsigian@winston.com |
| 19 | | *Counsel for Plaintiffs and the Proposed Classes* |

| | |
|---|---|
| LATHAM & WATKINS LLP | WILKINSON STEKLOFF LLP |
| By: */s/ Christopher S. Yates* | By: */s/ Rakesh N. Kilaru* |
| Christopher S. Yates | Rakesh N. Kilaru (*pro hac vice*) |
| Christopher S. Yates (SBN 161273) | Beth A. Wilkinson (*pro hac vice*) |
| Aaron T. Chiu (SBN 287788) | Kieran Gostin (*pro hac vice*) |
| 505 Montgomery Street, Suite 2000 | Calanthe A. Cope-Kasten (*pro hac vice*) |
| San Francisco, CA 94111 | 2001 M Street NW, 10th Floor |
| Telephone: (415) 391-0600 | Washington, D.C. 20036 |
| Facsimile: (415) 395-8095 | Telephone: (202) 847-4000 |
| Chris.yates@lw.com | Facsimile: (202) 847-4005 |
| Aaron.chiu@lw.com | bwilkinson@wilkinsonstekloff.com |
| | rkilaru@wilkinsonstekloff.com |
| Anna M. Rathbun (SBN 273787) | kgostin@wilkinsonstekloff.com |
| 555 Eleventh Street, NW, Suite 1000 | carat@wilkinsonstekloff.com |
| Washington, DC 20004 | |
| Telephone: (202) 637-1061 | Jacob K. Danziger (SBN 278219) |
| Facsimile: (202) 637-2201 | ARENT FOX SCHIFF LLP |
| Anna.rathbun@lw.com | 44 Montgomery Street, 38th Floor |
| | San Francisco, CA 94104 |
| D. Erik Albright (*pro have vice*) | Telephone: (734) 222-1516 |
| Jonathan P. Heyl (*pro have vice*) | Facsimile: (415) 757-5501 |
| Gregory G. Holland (*pro have vice*) | |
| FOX ROTHSCHILD LLP | *Attorneys for Defendant National Collegiate Athletic Association* |
| 230 North Elm Street, Suite 1200 | |
| Greensboro, NC 27401 | |
| Telephone: (336)0378-5368 | |
| Facsimile: (336) 378-5400 | |
| ealbright@foxrothschild.com | |
| jheyl@foxrothschild.com | |
| gholland@foxrothschild.com | |
| | |
| *Attorneys for Defendant Atlantic Coast Conference* | |

| | | |
|---|---|---|
|1| COOLEY LLP | MAYER BROWN LLP |
|2| | |
|3| By:  */s/ Whitty Somvichian* | By:  */s/ Britt M. Miller* |
|4| Whitty Somvichian<br>Whitty Somvichian (SBN 194463) | Britt M. Miller<br>Britt M. Miller (*pro hac vice*) |
|5| Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380) | Matthew D. Provance (*pro hac vice*)<br>71 South Wacker Drive |
|6| 3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004 | Chicago, IL 60606<br>Telephone: (312) 782-0600 |
|7| Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222 | Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com |
|8| wsomvichian@cooley.com | mprovance@mayerbrown.com |
|9| khartnett@cooley.com<br>acorkery@cooley.com | Christopher J. Kelly (SBN 276312) |
|10| | Two Palo Alto Square, Suite 300 |
|11| Mark Lambert (SBN 197410)<br>3175 Hanover Street | 3000 El Camino Real<br>Palo Alto, CA 94306 |
|12| Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000 | Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060 |
|13| Facsimile: (650) 849-7400<br>mlambert@cooley.vom | cjkelly@mayerbrown.com |
|14| | *Attorneys for Defendant The Big Ten Conference, Inc.* |
|15| Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700 | |
|16| Washington, DC 20004-2400<br>Telephone: (202) 842-7800 | |
|17| Facsimile: (202) 842-7899<br>dbansal@cooley.com | |
|18| | |
|19| *Attorneys for Defendant Pac-12 Conference* | |

- 5 -
NOTICE OF DISPUTE RE DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES
CASE NO. 4:20-CV-03919-CW

| | |
|---|---|
| ROBINSON BRADSHAW & HINSON, P.A. | SIDLEY AUSTIN LLP |
| By:   */s/ Robert W. Fuller III*<br>      Robert W. Fuller, III<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, CA 941105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@szllp.com<br><br>*Attorneys for Defendant Southeastern Conference* | By:   */s/ David L. Anderson*<br>      David L. Anderson<br>David L. Anderson (SBN 149604)<br>dlanderson@sidley.com<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br><br>Angela C. Zambrano (*pro have vice*)<br>Natali Wyson (*pro hac vice*)<br>Angela.zambrano@sidley.com<br>nwyson@sidley.com<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214 969-3529<br>Fax: (214) 969-3558<br><br>Chad Hummel (SBN 139055)<br>chummel@sidley.com<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9505<br>Fax: (310) 595-9501<br><br>*Attorneys for Defendant Big 12 Conference* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Jeanifer E. Parsigian*
JEANIFER E. PARSIGIAN

- 7 -
NOTICE OF DISPUTE RE DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES
CASE NO. 4:20-CV-03919-CW