KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
LUKE APFELD - # 327029
lapfeld@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Non-Party Electronic Arts Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **DECLARATION OF BETSY CONTRO IN SUPPORT OF NON-PARTY ELECTRONIC ARTS INC.'S STATEMENT IN SUPPORT OF PLAINTIFFS' AND DEFENDANTS' JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL** <br><br> Judge:     Hon. Claudia Wilken |

DECLARATION OF BETSY CONTRO IN SUPPORT OF NON-PARTY ELECTRONIC ARTS INC.'S
STATEMENT IN SUPPORT OF PLAINTIFFS' AND DEFENDANTS' JOINT ADMINISTRATIVE OMNIBUS
MOTION TO SEAL
Case No. 4:20-cv-03919-CW

2375623

I, Betsy Contro, state and declare as follows:

1. I am not a party to this action and am more than eighteen years of age. I submit this declaration pursuant to Northern District of California Civil Local Rule 79-5. Unless otherwise stated, the contents of the declaration are based on my personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2. I am currently Senior Counsel, Litigation at Electronic Arts Inc. ("EA"). EA is one of the world's leading digital interactive entertainment companies. It develops, publishes, and distributes games, content, and services for video game consoles, personal computers, and mobile devices. As Senior Counsel, Litigation, I am responsible for managing EA's civil litigation matters, including EA's collection and production of corporate documents. I am familiar with EA's document storage policies, including the steps EA takes to ensure that certain documents and information remain confidential and are accessible only by a limited group of authorized employees.

3. I understand that Plaintiffs and Defendants in the above-captioned litigation have submitted briefing, expert reports, and supporting documents relating to Plaintiffs' motion for class certification. I understand that portions of these materials include reference to EA business material and information that has been designated "Highly Confidential—Counsel Only." I have reviewed the excerpts in the Parties' respective papers and reports, which were provided to EA's outside counsel in an unredacted or summarized form by Defendants' counsel on September 15, 2023. EA seeks to keep the information identified in **Exhibit A**, attached hereto, under seal.

4. The business material EA seeks to keep under seal is all non-public information internal to EA. The information relates to: (i) contract negotiations, licensing, and terms of various EA agreements with third parties; (ii) EA's competitive financial information, including sales data and projections; and (iii) internal assessments, projections, and development discussions regarding an unreleased EA College Football video game.

5. Regarding contract negotiations, licensing, and terms of various EA agreements with third parties, EA does not publicly disclose its approach to contract negotiations, the

1
DECLARATION OF BETSY CONTRO IN SUPPORT OF NON-PARTY ELECTRONIC ARTS INC.'S STATEMENT IN SUPPORT OF PLAINTIFFS' AND DEFENDANTS' JOINT ADMINISTRATIVE OMNIBUS MOTION TO SEAL
Case No. 4:20-cv-03919-CW

2375623

negotiations themselves, or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing.

6. Regarding EA's competitive financial information, EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing.

7. As to EA's internal assessments, projections, and development discussions regarding an unreleased EA College Football video game, EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing.

8. EA strictly restricts public dissemination of the business material, data, and information identified in the paragraphs above. EA takes steps to preserve the confidentiality of this type of information to protect EA's competitive position.

//

//

1   I declare under penalty of perjury under the law of the State of California that the
2   foregoing is true and correct, and that this declaration was executed in Los Gatos, California on
3   October 13, 2023.

DocuSigned by:

*Betsy Contro*
07BA68ADB064466...
Betsy Contro

3
DECLARATION OF BETSY CONTRO IN SUPPORT OF NON-PARTY ELECTRONIC ARTS INC.'S
STATEMENT IN SUPPORT OF PLAINTIFFS' AND DEFENDANTS' JOINT ADMINISTRATIVE OMNIBUS
MOTION TO SEAL
Case No. 4:20-cv-03919-CW

2375623