# EXHIBIT A

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 10:4-7 | | EA does not seek to seal this information. |
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 10:11-12 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 10:18-22 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 10, n. 24 | | EA does not seek to seal this information. |
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 10, n. 25 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 11:1-15 | EA_NIL_00000125 involves internal assessments, projections, and development discussions regarding EA's unreleased College Football video game. | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | | EA does not seek to seal information as it pertains to EA_NIL_00000249-250 and EA_NIL_00000972. |
| **Plaintiffs' Class** | p. 32:3-6 | Internal assessments, projections, and development | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Certification Motion [ECF No. 208]** | | discussions regarding EA's unreleased College Football video game | including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Class Certification Motion [ECF No. 208]** | p. 32:22-23 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Berman Declaration ISO Class Certification [ECF No. 208-1]** | Ex. 24 | | EA does not seek to seal this information. |
| **Berman Declaration ISO Class Certification [ECF No. 208-1]** | Ex. 25 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Berman Declaration ISO Class Certification [ECF No. 208-1]** | Ex. 27 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Berman Declaration ISO Class Certification [ECF No. 208-1]** | Ex. 28 | | EA does not seek to seal this information. |
| **Berman Declaration ISO Class Certification [ECF No. 208-1]** | Ex. 29 | | EA does not seek to seal this information. |
| **Expert Report of Daniel** | p. 29, n. 57 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Rascher [ECF No. 290-2]** | | | commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 30, ¶ 56 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 30, n. 59 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 31 n. 63 | EA_NIL_00000165 involves internal assessments, projections, and development discussions regarding EA's unreleased College Football video game. | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | | EA does not seek to seal information as it pertains to EA_NIL_00000249-250. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 ¶ 59 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 ¶ 59 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel** | p. 32 ¶ 59 | Internal assessments, projections, and development discussions regarding EA's | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Rascher [ECF No. 290-2]** | | unreleased College Football video game | is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 ¶ 60 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 ¶ 61 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 n. 66 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 n. 67 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 n. 68 | | EA does not seek to seal this information. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 32 n. 69 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 33 ¶ 61 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 33, n. 70 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 59 n. 129 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 60, ¶ 126 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 60, n. 129 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 60 n. 130 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher** | p. 60 n. 131 | Internal assessments, projections, and development discussions regarding EA's | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **[ECF No. 290-2]** | | unreleased College Football video game | it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 60 n. 132 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 61, ¶ 128 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 61, ¶ 128 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 61 n. 137 | EA_NIL_00000887 involves internal assessments, projections, and development discussions regarding EA's unreleased College Football video game. | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. EA does not seek to seal information as it pertains to EA_NIL_00000972. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62, ¶ 128 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62, ¶ 129 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62, ¶ 129 | | EA does not seek to seal this information. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62, ¶ 131 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62 n. 138 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62 n. 139 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 62 n. 142 | | EA does not seek to seal this information. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 63, ¶ 131 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of** | p. 63, ¶ 132 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Daniel Rascher [ECF No. 290-2]** | | | of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 63 n. 143 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 63 n. 145 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 66, ¶ 138 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 66 n. 154 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 68, ¶ 142 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 69, ¶ 142 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 69, ¶ 143 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 69, ¶ 143 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher** | p. 69, n. 160 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| [ECF No. 290-2] | | | in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 69, n. 161 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 69, n. 162 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 70, ¶ 146 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing.

EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | Contract negotiations, licensing, and terms of EA agreements | of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 70, ¶ 146 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 70 n. 164 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 70 n. 165 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 71, ¶ 148 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 71 n. 166 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 72, ¶ 149 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 72 Ex. 3 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 72 n. 167 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 72 p. 168 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of** | p. 73 Ex. 4 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Daniel Rascher [ECF No. 290-2]** | | | including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 73 n. 169 | EA competitive financial information | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 78, ¶ 159 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | p. 78 n. 178 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | Appx Ex. C.1 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by |

13

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | | the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | Appx Ex. C.2 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Daniel Rascher [ECF No. 290-2]** | Appx Ex. C.3 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Edwin Desser [ECF No. 209-3]** | p. 58 Sec. 16 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Edwin Desser [ECF No. 209-3]** | p. 58 n. 69 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Expert Report of Edwin Desser [ECF No. 209-3]** | p. 58 n. 70 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

14

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 18:26-28 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game. | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 19:1-4 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 19:7-12 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 19:15-17 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | | the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 19:19-22 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 19:27-28 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 33:21 | | EA does not seek to seal this information. |
| **Opposition to Class Certification Brief [ECF No. 249]** | p. 34:7-12 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Declaration of Paul Cairns [ECF No. 249-16]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | Contract negotiations, licensing, and terms of EA agreements | prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing.<br><br>EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 238, ¶ 280 (b) | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 238, ¶ 280 (b) | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 238, ¶ 280 (b) | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 238, n.652 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 238-39, n.654 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 239, ¶ 282 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 239-40, ¶ 282 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 239, n.656 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 239-40, n.657 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 240, n.658 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 240, n.662 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1,** | p. 241, ¶ 283 | | EA does not seek to seal this information |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Expert Report of Catherine Tucker [ECF No. 251-1]** | | | |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 241, ¶ 283 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 241, ¶ 283 | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 241, ¶ 283 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 241, n.663 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | | the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 241, n.664 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 1, Expert Report of Catherine Tucker [ECF No. 251-1]** | p. 241, n.665 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2]** | p. 33 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2]** | p. 33, n.99 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | | of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2] | p. 41 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2] | p. 41 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2] | p. 41, n.134 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2] | p. 41, n.136 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 2, Expert Report of Bob Thompson [ECF No. 251-2] | p. 41, n.137 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

21

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Kilaru Decl. Ex. 3, Expert Report of Barbara Osborne [ECF No. 251-3]** | p. 67, appex. B | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7]** | p. 262:1-263:19 | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7]** | p. 264:3-6 | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7]** | p. 265:1-4 | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7]** | p. 265:7-21 | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7]** | p. 266:20-267:2 | | EA does not seek to seal this information. |
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript** | p. 267:12-16 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| Excerpts [ECF No. 251-7] | | | in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 268:17-21 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 269:18-270:9 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 270:23-271:25 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts | p. 272:16-274:12 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| [ECF No. 251-7] | | | prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 274:25-276:8 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 280:3-6 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 280:21-282:9 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 283:5-19 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7] | p. 284:21-285:7 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Kilaru Decl. Ex. 7, Rascher Deposition Transcript Excerpts [ECF No. 251-7]** | p. 287:19-289:7 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 11 [ECF No. 251-11]** | Whole Document | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 12 [ECF No. 251-12]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 13 [ECF No. 251-13]** | Whole Document | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 14 [ECF No. 251-14]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 15 [ECF No. 251-15]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 16 [ECF No. 251-16]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | unreleased College Football video game | it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 17 [ECF No. 251-17]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 18 [ECF No. 251-18]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 19 [ECF No. 251-19]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 20 [ECF No. 251-20]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Kilaru Decl. Exhibit 21 [ECF No. 251-21]** | Whole Document | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | | |
| **Kilaru Decl. Exhibit 22 [ECF No. 251-22]** | Whole Document | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Reply ISO Class Cert [ECF No. 289]** | p. 2:10-11 | | EA does not seek to seal this information. |
| **Plaintiffs' Reply ISO Class Cert [ECF No. 289]** | p. 10:27-28 | | EA does not seek to seal this information. |
| **Plaintiffs' Reply ISO Class Cert [ECF No. 289]** | p. 11:1-2 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Reply ISO Class Cert [ECF No. 289]** | p. 11:3-6 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Plaintiffs' Reply ISO Class Cert [ECF No. 289]** | p. 11:14-16 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Plaintiffs' Reply ISO Class Cert [ECF No. 289]** | p. 11, n. 25, lines 26-27 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 17, ¶ 28 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 31, ¶ 60 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 32, ¶ 62 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| | | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| | | | the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 32, n.82 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 33, ¶ 65 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 34, ¶ 65 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 37, ¶ 68 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 37, n. 96 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 38, Ex. 3 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 38, ¶ 69 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 38, n. 97 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 43, ¶ 78 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
|  |  | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 43, n. 115 | Contract negotiations, licensing, and terms of EA agreements | EA does not publicly disclose its negotiations or the terms of its agreements with third parties and partners. The negotiations and terms of such agreements are commercially sensitive information, and EA's other partners could use them if publicly disclosed to gain a strategic advantage in future negotiations with EA. EA would be prejudiced by the public disclosure of this information.  EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 44, ¶ 78 | EA competitive financial information | EA does not publicly disclose revenue-based data or performance metrics pertaining to its suite of video game titles. Such data is used to determine EA's competitive, marketing, and business strategies. It is commercially sensitive information, and EA's partners or competitors could use it if publicly disclosed to gain a strategic advantage in future negotiations or in competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher** | p. 44, ¶ 78 |  | EA does not seek to seal this information. |

2372782

| Briefing | Page Number | Description of Document or Excerpt | EA's Reasons for Sealing |
|---|---|---|---|
| **[ECF No. 290-2]** | | | |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 44, n. 117 | Internal assessments, projections, and development discussions regarding EA's unreleased College Football video game | EA does not publicly disclose internal assessments, projections, or development discussions regarding unreleased video game titles, including the proposed College Football game title. Such information is commercially sensitive, and EA's partners or competitors could use it if publicly disclosed to gain a unique insight and strategic advantage in future negotiations or competition with EA. EA would be prejudiced by the public disclosure of this information. EA's prejudice could not be avoided through any less restrictive alternative to sealing. |
| **Reply Report of Daniel Rascher [ECF No. 290-2]** | p. 44, n. 119 | | EA does not seek to seal this information. |

31