UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.                    ,

Plaintiff(s),

v.

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, et al.,

Defendant(s).

Case No.  4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _Chelsea A. Priest_, an active member in good standing of the bar of

_the State of Texas_, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: _The Big 12 Conference, Inc._ in the

above-entitled action. My local co-counsel in this case is _Chad S. Hummel_, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _SBN 139055_.

Sidley Austin LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
MY ADDRESS OF RECORD

Sidley Austin LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

214-981-3300
MY TELEPHONE # OF RECORD

310-595-9505
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cpriest@sidley.com
MY EMAIL ADDRESS OF RECORD

chummel@sidley.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _24102375_.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _zero_ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1         I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _10/11/2023_____               */s/ Chelsea A. Priest*_____
                                              APPLICANT
5

6    ═══════════════════════════════════════════════════════════

7

8                      ORDER GRANTING APPLICATION

9             FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of _Chelsea A. Priest_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17                              _____

18                             UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                                2