# ATTACHMENT A

---

**From:** Clayton Wiggins <cwiggins@wilkinsonstekloff.com>
**Sent:** Friday, October 20, 2023 8:30 PM
**To:** Viebrock, Sarah L.; Parsigian, Jeanifer; Wyson, Natali; Dale, Adam I.; RB-Robert Fuller; Baucom, Marilyn; Beth Wilkinson; Rakesh Kilaru; Kieran Gostin; Cali Arat; Max Warren; Sarah Neuman; Tamarra Matthews Johnson; jacob.danziger@afslaw.com; Kacy.Rayburn@afslaw.com; rey.caling@afslaw.com; MB-Britt Miller; MB-Matt Provance; cjkelly@mayerbrown.com; MB - Jessica Maurer; RB-Lawrence Moore; RB-Amanda Nitto; Hinman, Travis; Raynor, Jake; Hill, Patrick; mseifert@szllp.com; wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com; ahernaez@foxrothschild.com; FC-Erik Albright; FR - Greg Holland; SC-Jonathan Heyl; EMartin@foxrothschild.com; PS-Leane Capps; PN - Amy Fitts; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; Hummel, Chad S.; Anderson, David; Zambrano, Angela; Misner, Tim; Julian Jiggetts; Robert Laird; Matthew Skanchy
**Cc:** Kessler, Jeffrey; Greenspan, David; Feher, David; Vyas, Neha; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com
**Subject:** RE: In re College Athlete NIL - Deposition Scheduling

Sarah,

As I stated in my earlier email below, Defendants intend to pursue the document requests from Huron Consulting Group and Deloitte.  Judge Cousins' order related to *witness disclosures*, not document discovery.  Merits discovery is still open and we see no basis for Plaintiffs to object to our pursuit of that discovery.  Indeed, Plaintiffs not only produced to Defendants a number of documents you received pursuant to non-party subpoenas earlier today but in fact demanded further document productions from Defendants, underscoring the complete lack of prejudice to Plaintiffs from the Parties pursuing document discovery at this time.

We will of course, consistent with the Joint Stipulation and Order Regarding Third-Party Productions in Response to Subpoenas entered in this case on January 6, 2022, serve Plaintiffs with the production of any documents we receive pursuant to our subpoenas.

Best,
Clayton

---

**From:** Viebrock, Sarah L. <SViebrock@winston.com>
**Sent:** Friday, October 20, 2023 5:46 PM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Clayton Wiggins <cwiggins@wilkinsonstekloff.com>; Wyson, Natali <nwyson@sidley.com>; Dale, Adam I. <AIDale@winston.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; Baucom, Marilyn <MBaucom@robinsonbradshaw.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; Cali Arat <carat@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Tamarra Matthews Johnson <tmatthewsjohnson@wilkinsonstekloff.com>;

1

jacob.danziger@afslaw.com; Kacy.Rayburn@afslaw.com; rey.caling@afslaw.com; MB-Britt Miller <BMiller@mayerbrown.com>; MB-Matt Provance <mprovance@mayerbrown.com>; cjkelly@mayerbrown.com; MB - Jessica Maurer <jmaurer@mayerbrown.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com; wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com; ahernaez@foxrothschild.com; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; EMartin@foxrothschild.com; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; Hummel, Chad S. <chummel@sidley.com>; Anderson, David <dlanderson@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Misner, Tim <TMisner@robinsonbradshaw.com>; Julian Jiggetts <Jjiggetts@wilkinsonstekloff.com>; Robert Laird <rlaird@wilkinsonstekloff.com>; Matthew Skanchy <mskanchy@wilkinsonstekloff.com>
**Cc:** Kessler, Jeffrey <JKessler@winston.com>; Greenspan, David <DGreenspan@winston.com>; Feher, David <DFeher@winston.com>; Vyas, Neha <NVyas@winston.com>; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com
**Subject:** RE: In re College Athlete NIL - Deposition Scheduling


Clayton,

Following up on Jen's email below. Please let us know your position on the document requests so that Plaintiffs can proceed accordingly.

Thank you,
Sarah


**Sarah L. Viebrock**
Winston & Strawn LLP
D: +1 212-294-6718
winston.com



**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Monday, October 16, 2023 5:58 PM
**To:** Clayton Wiggins <cwiggins@wilkinsonstekloff.com>; Wyson, Natali <nwyson@sidley.com>; Dale, Adam I. <AIDale@winston.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; Baucom, Marilyn <MBaucom@robinsonbradshaw.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; Cali Arat <carat@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Tamarra Matthews Johnson <tmatthewsjohnson@wilkinsonstekloff.com>; jacob.danziger@afslaw.com; Kacy.Rayburn@afslaw.com; rey.caling@afslaw.com; MB-Britt Miller <BMiller@mayerbrown.com>; MB-Matt Provance <mprovance@mayerbrown.com>; cjkelly@mayerbrown.com; MB - Jessica Maurer <jmaurer@mayerbrown.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com;

wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com; ahernaez@foxrothschild.com; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; EMartin@foxrothschild.com; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; Hummel, Chad S. <chummel@sidley.com>; Anderson, David <dlanderson@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Misner, Tim <TMisner@robinsonbradshaw.com>; Julian Jiggetts <Jjiggetts@wilkinsonstekloff.com>; Robert Laird <rlaird@wilkinsonstekloff.com>; Matthew Skanchy <mskanchy@wilkinsonstekloff.com>
**Cc:** Kessler, Jeffrey <JKessler@winston.com>; Greenspan, David <DGreenspan@winston.com>; Feher, David <DFeher@winston.com>; Viebrock, Sarah L. <SViebrock@winston.com>; Vyas, Neha <NVyas@winston.com>; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com
**Subject:** Re: In re College Athlete NIL - Deposition Scheduling

Clayton,
Plaintiffs object to Defendants continuing to pursue document discovery from these two newly disclosed sources.  Judge Cousins found that these disclosures were late, and allowed Defendants to rely on only 4 of the 12 sources of newly disclosed discovery to mitigate the prejudice to plaintiffs.  Defendants' pursuit of documents from 2 of the sources in addition to identifying 4 sources that you intend to rely on for testimony exceeds what he has allowed.  We ask that you reconsider withdrawing the subpoenas or plaintiffs will seek to exclude any discovery obtained therefrom.

Best,
Jeanifer

---

**From:** Clayton Wiggins <cwiggins@wilkinsonstekloff.com>
**Sent:** Monday, October 16, 2023 4:20:48 PM
**To:** Parsigian, Jeanifer <JParsigian@winston.com>; Wyson, Natali <nwyson@sidley.com>; Dale, Adam I. <AIDale@winston.com>; RB-Robert Fuller <RFuller@robinsonbradshaw.com>; Baucom, Marilyn <MBaucom@robinsonbradshaw.com>; Beth Wilkinson <bwilkinson@wilkinsonstekloff.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Kieran Gostin <kgostin@wilkinsonstekloff.com>; Cali Arat <carat@wilkinsonstekloff.com>; Max Warren <mwarren@wilkinsonstekloff.com>; Sarah Neuman <sneuman@wilkinsonstekloff.com>; Tamarra Matthews Johnson <tmatthewsjohnson@wilkinsonstekloff.com>; jacob.danziger@afslaw.com <jacob.danziger@afslaw.com>; Kacy.Rayburn@afslaw.com <Kacy.Rayburn@afslaw.com>; rey.caling@afslaw.com <rey.caling@afslaw.com>; MB-Britt Miller <BMiller@mayerbrown.com>; MB-Matt Provance <mprovance@mayerbrown.com>; cjkelly@mayerbrown.com <cjkelly@mayerbrown.com>; MB - Jessica Maurer <jmaurer@mayerbrown.com>; RB-Lawrence Moore <LMoore@robinsonbradshaw.com>; RB-Amanda Nitto <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com <mseifert@szllp.com>; wsomvichian@cooley.com <wsomvichian@cooley.com>; khartnett@cooley.com <khartnett@cooley.com>; mlambert@cooley.com <mlambert@cooley.com>; dbansal@cooley.com <dbansal@cooley.com>; acorkery@cooley.com <acorkery@cooley.com>; dlouk@cooley.com <dlouk@cooley.com>; ahernaez@foxrothschild.com <ahernaez@foxrothschild.com>; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; EMartin@foxrothschild.com <EMartin@foxrothschild.com>; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; PZeeck@polsinelli.com <PZeeck@polsinelli.com>; whurst@polsinelli.com <whurst@polsinelli.com>; rfernandez@mayerbrown.com <rfernandez@mayerbrown.com>; cdodd@mayerbrown.com <cdodd@mayerbrown.com>; Anna.Rathbun@lw.com <Anna.Rathbun@lw.com>; Aaron.Chiu@lw.com <Aaron.Chiu@lw.com>; Chris.Yates@lw.com <Chris.Yates@lw.com>; agould@polsinelli.com <agould@polsinelli.com>;

[monique.handy-jones@lw.com](mailto:monique.handy-jones@lw.com) <[monique.handy-jones@lw.com](mailto:monique.handy-jones@lw.com)>; [Linda.Tam@lw.com](mailto:Linda.Tam@lw.com) <[Linda.Tam@lw.com](mailto:Linda.Tam@lw.com)>; [kmurray@polsinelli.com](mailto:kmurray@polsinelli.com) <[kmurray@polsinelli.com](mailto:kmurray@polsinelli.com)>; [GDelTatto@mayerbrown.com](mailto:GDelTatto@mayerbrown.com) <[GDelTatto@mayerbrown.com](mailto:GDelTatto@mayerbrown.com)>; [christine.greeley@lw.com](mailto:christine.greeley@lw.com) <[christine.greeley@lw.com](mailto:christine.greeley@lw.com)>; [Jack.Siddoway@lw.com](mailto:Jack.Siddoway@lw.com) <[Jack.Siddoway@lw.com](mailto:Jack.Siddoway@lw.com)>; [jsip@cooley.com](mailto:jsip@cooley.com) <[jsip@cooley.com](mailto:jsip@cooley.com)>; [rtarneja@cooley.com](mailto:rtarneja@cooley.com) <[rtarneja@cooley.com](mailto:rtarneja@cooley.com)>; Hummel, Chad S. <[chummel@sidley.com](mailto:chummel@sidley.com)>; Anderson, David <[dlanderson@sidley.com](mailto:dlanderson@sidley.com)>; Zambrano, Angela <[angela.zambrano@sidley.com](mailto:angela.zambrano@sidley.com)>; Misner, Tim <[TMisner@robinsonbradshaw.com](mailto:TMisner@robinsonbradshaw.com)>; Julian Jiggetts <[Jjiggetts@wilkinsonstekloff.com](mailto:Jjiggetts@wilkinsonstekloff.com)>; Robert Laird <[rlaird@wilkinsonstekloff.com](mailto:rlaird@wilkinsonstekloff.com)>; Matthew Skanchy <[mskanchy@wilkinsonstekloff.com](mailto:mskanchy@wilkinsonstekloff.com)>
**Cc:** Kessler, Jeffrey <[JKessler@winston.com](mailto:JKessler@winston.com)>; Greenspan, David <[DGreenspan@winston.com](mailto:DGreenspan@winston.com)>; Feher, David <[DFeher@winston.com](mailto:DFeher@winston.com)>; Viebrock, Sarah L. <[SViebrock@winston.com](mailto:SViebrock@winston.com)>; Vyas, Neha <[NVyas@winston.com](mailto:NVyas@winston.com)>; [steve@hbsslaw.com](mailto:steve@hbsslaw.com) <[steve@hbsslaw.com](mailto:steve@hbsslaw.com)>; [emilees@hbsslaw.com](mailto:emilees@hbsslaw.com) <[emilees@hbsslaw.com](mailto:emilees@hbsslaw.com)>; [bens@hbsslaw.com](mailto:bens@hbsslaw.com) <[bens@hbsslaw.com](mailto:bens@hbsslaw.com)>; [merediths@hbsslaw.com](mailto:merediths@hbsslaw.com) <[merediths@hbsslaw.com](mailto:merediths@hbsslaw.com)>; [brianm@hbsslaw.com](mailto:brianm@hbsslaw.com) <[brianm@hbsslaw.com](mailto:brianm@hbsslaw.com)>; [radhak@hbsslaw.com](mailto:radhak@hbsslaw.com) <[radhak@hbsslaw.com](mailto:radhak@hbsslaw.com)>; [jkodroff@srkattorneys.com](mailto:jkodroff@srkattorneys.com) <[jkodroff@srkattorneys.com](mailto:jkodroff@srkattorneys.com)>; [espector@srkattorneys.com](mailto:espector@srkattorneys.com) <[espector@srkattorneys.com](mailto:espector@srkattorneys.com)>
**Subject:** RE: In re College Athlete NIL - Deposition Scheduling


Hi Jeanifer,

Defendants intend to withdraw the subpoenas for 30(b)6 testimony served on Huron Consulting Group and Deloitte, but will continue to pursue the document requests.

Best,
Clayton


**Clayton Wiggins** | Associate
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4018 | Fax: (202) 847-4005
[cwiggins@wilkinsonstekloff.com](mailto:cwiggins@wilkinsonstekloff.com)
[wilkinsonstekloff.com](http://wilkinsonstekloff.com)


The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Parsigian, Jeanifer <[JParsigian@winston.com](mailto:JParsigian@winston.com)>
**Sent:** Monday, October 16, 2023 10:17 AM
**To:** Wyson, Natali <[nwyson@sidley.com](mailto:nwyson@sidley.com)>; Dale, Adam I. <[AIDale@winston.com](mailto:AIDale@winston.com)>; RB-Robert Fuller <[RFuller@robinsonbradshaw.com](mailto:RFuller@robinsonbradshaw.com)>; Baucom, Marilyn <[MBaucom@robinsonbradshaw.com](mailto:MBaucom@robinsonbradshaw.com)>; Beth Wilkinson <[bwilkinson@wilkinsonstekloff.com](mailto:bwilkinson@wilkinsonstekloff.com)>; Rakesh Kilaru <[rkilaru@wilkinsonstekloff.com](mailto:rkilaru@wilkinsonstekloff.com)>; Kieran Gostin <[kgostin@wilkinsonstekloff.com](mailto:kgostin@wilkinsonstekloff.com)>; Cali Arat <[carat@wilkinsonstekloff.com](mailto:carat@wilkinsonstekloff.com)>; Max Warren <[mwarren@wilkinsonstekloff.com](mailto:mwarren@wilkinsonstekloff.com)>; Sarah Neuman <[sneuman@wilkinsonstekloff.com](mailto:sneuman@wilkinsonstekloff.com)>; Clayton Wiggins <[cwiggins@wilkinsonstekloff.com](mailto:cwiggins@wilkinsonstekloff.com)>; Tamarra Matthews Johnson <[tmatthewsjohnson@wilkinsonstekloff.com](mailto:tmatthewsjohnson@wilkinsonstekloff.com)>; [jacob.danziger@afslaw.com](mailto:jacob.danziger@afslaw.com); [Kacy.Rayburn@afslaw.com](mailto:Kacy.Rayburn@afslaw.com); [rey.caling@afslaw.com](mailto:rey.caling@afslaw.com); MB-Britt Miller <[BMiller@mayerbrown.com](mailto:BMiller@mayerbrown.com)>; MB-Matt Provance <[mprovance@mayerbrown.com](mailto:mprovance@mayerbrown.com)>; [cjkelly@mayerbrown.com](mailto:cjkelly@mayerbrown.com); MB - Jessica Maurer <[jmaurer@mayerbrown.com](mailto:jmaurer@mayerbrown.com)>; RB-Lawrence Moore <[LMoore@robinsonbradshaw.com](mailto:LMoore@robinsonbradshaw.com)>; RB-Amanda

Nitto <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com; wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com; ahernaez@foxrothschild.com; FC-Erik Albright <EAlbright@foxrothschild.com>; FR - Greg Holland <GHolland@foxrothschild.com>; SC-Jonathan Heyl <jheyl@foxrothschild.com>; EMartin@foxrothschild.com; PS-Leane Capps <lcapps@polsinelli.com>; PN - Amy Fitts <afitts@polsinelli.com>; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; Hummel, Chad S. <chummel@sidley.com>; Anderson, David <dlanderson@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Misner, Tim <TMisner@robinsonbradshaw.com>; Julian Jiggetts <Jjiggetts@wilkinsonstekloff.com>; Robert Laird <rlaird@wilkinsonstekloff.com>; Matthew Skanchy <mskanchy@wilkinsonstekloff.com>

**Cc:** Kessler, Jeffrey <JKessler@winston.com>; Greenspan, David <DGreenspan@winston.com>; Feher, David <DFeher@winston.com>; Viebrock, Sarah L. <SViebrock@winston.com>; Vyas, Neha <NVyas@winston.com>; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com

**Subject:** RE: In re College Athlete NIL - Deposition Scheduling


Counsel,

Please confirm that you intend to withdraw the document subpoenas served on Huron Consulting Group and Deloitte as they are not among the 4 newly relevant disclosures listed below.

Best,
Jeanifer


**Jeanifer Parsigian**
**Partner**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400
winston.com



**From:** Wyson, Natali <nwyson@sidley.com>
**Sent:** Friday, October 13, 2023 5:35 PM
**To:** Dale, Adam I. <AIDale@winston.com>; Fuller, Robert <RFuller@robinsonbradshaw.com>; Baucom, Marilyn <MBaucom@robinsonbradshaw.com>; bwilkinson@wilkinsonstekloff.com; rkilaru@wilkinsonstekloff.com; kgostin@wilkinsonstekloff.com; ccope-kasten@wilkinsonstekloff.com; mwarren@wilkinsonstekloff.com; sneuman@wilkinsonstekloff.com; cwiggins@wilkinsonstekloff.com; tmatthewsjohnson@wilkinsonstekloff.com; jacob.danziger@afslaw.com; Kacy.Rayburn@afslaw.com; rey.caling@afslaw.com; Miller, Britt (EXTERNAL @MAYERBROWN.COM) <bmiller@mayerbrown.com>; mprovance@mayerbrown.com; cjkelly@mayerbrown.com; Maurer, Jessica (NON-SIDLEY @MAYERBROWN.COM) <jmaurer@mayerbrown.com>; Moore, Lawrence <LMoore@robinsonbradshaw.com>; Nitto, Amanda Pickens <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com; wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com;

ahernaez@foxrothschild.com; ealbright@foxrothschild.com; gholland@foxrothschild.com; jheyl@foxrothschild.com; EMartin@foxrothschild.com; lcapps@polsinelli.com; afitts@polsinelli.com; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; Hummel, Chad S. <chummel@sidley.com>; Anderson, David <dlanderson@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Misner, Tim <TMisner@robinsonbradshaw.com>; jjiggetts@wilkinsonstekloff.com; rlaird@wilkinsonstekloff.com; mskanchy@wilkinsonstekloff.com

**Cc:** Kessler, Jeffrey <JKessler@winston.com>; Greenspan, David <DGreenspan@winston.com>; Feher, David <DFeher@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Viebrock, Sarah L. <SViebrock@winston.com>; Vyas, Neha <NVyas@winston.com>; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com

**Subject:** RE: In re College Athlete NIL - Deposition Scheduling

Counsel,

The conference Defendants will facilitate the scheduling of the depositions for Blake James, Candice Storey Lee, Mack Rhoades, and Chad Weiberg.  With regard to Mark Harlan and Ray Tanner, the Defendants will agree to withdraw their disclosures as witnesses.

Regarding the other "Categorical" and "Newly Relevant" witnesses, please see below for our disclosures.

Categorical Disclosures:

1. John Cunningham
2. Jamie Pollard
3. Caryl Smith-Gilbert
4. Darin Spease

Newly Relevant Disclosures:

1. Phil Andrews

2. Frank Busch

3. Rocky Harris

4. Morgan Fuller Kolsrud


**NATALI WYSON**

**SIDLEY AUSTIN LLP**
+1 214 969 3529
nwyson@sidley.com

---

> **From:** Dale, Adam I. <AIDale@winston.com>
> **Sent:** Friday, October 13, 2023 3:23 PM

**To:** Fuller, Robert <RFuller@robinsonbradshaw.com>; Baucom, Marilyn <MBaucom@robinsonbradshaw.com>; bwilkinson@wilkinsonstekloff.com; rkilaru@wilkinsonstekloff.com; kgostin@wilkinsonstekloff.com; ccope-kasten@wilkinsonstekloff.com; mwarren@wilkinsonstekloff.com; sneuman@wilkinsonstekloff.com; cwiggins@wilkinsonstekloff.com; tmatthewsjohnson@wilkinsonstekloff.com; jacob.danziger@afslaw.com; Kacy.Rayburn@afslaw.com; rey.caling@afslaw.com; Miller, Britt (EXTERNAL @MAYERBROWN.COM) <bmiller@mayerbrown.com>; mprovance@mayerbrown.com; cjkelly@mayerbrown.com; Maurer, Jessica (NON-SIDLEY @MAYERBROWN.COM) <jmaurer@mayerbrown.com>; Moore, Lawrence <LMoore@robinsonbradshaw.com>; Nitto, Amanda Pickens <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com; wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com; ahernaez@foxrothschild.com; ealbright@foxrothschild.com; gholland@foxrothschild.com; jheyl@foxrothschild.com; EMartin@foxrothschild.com; lcapps@polsinelli.com; afitts@polsinelli.com; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; Hummel, Chad S. <chummel@sidley.com>; Anderson, David <dlanderson@sidley.com>; Zambrano, Angela <angela.zambrano@sidley.com>; Wyson, Natali <nwyson@sidley.com>; Misner, Tim <TMisner@robinsonbradshaw.com>; jjiggetts@wilkinsonstekloff.com; rlaird@wilkinsonstekloff.com; mskanchy@wilkinsonstekloff.com
**Cc:** Kessler, Jeffrey <JKessler@winston.com>; Greenspan, David <DGreenspan@winston.com>; Feher, David <DFeher@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Viebrock, Sarah L. <SViebrock@winston.com>; Vyas, Neha <NVyas@winston.com>; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com
**Subject:** RE: In re College Athlete NIL - Deposition Scheduling

Counsel,

I am following up on the below.  Given the very short time period for these depositions, we would like to begin scheduling them as soon as possible.  Notifying us of who to contact to do so should not require a lengthy deliberation.  Please provide this information today.

We also await Defendants' lists of "Categorical Disclosures" witnesses and "Newly Relevant" witnesses.  We assume that Mr. Spease is one of them given the correspondence from the SEC this week concerning logistics for his deposition on Monday.

Best,
Adam


**Adam I. Dale**
Winston & Strawn LLP
D: +1 212-294-5329
winston.com



**From:** Dale, Adam I.
**Sent:** Wednesday, October 11, 2023 3:12 PM

**To:** Fuller, Robert <RFuller@robinsonbradshaw.com>; Baucom, Marilyn <MBaucom@robinsonbradshaw.com>; bwilkinson@wilkinsonstekloff.com; rkilaru@wilkinsonstekloff.com; kgostin@wilkinsonstekloff.com; ccope-kasten@wilkinsonstekloff.com; mwarren@wilkinsonstekloff.com; sneuman@wilkinsonstekloff.com; cwiggins@wilkinsonstekloff.com; tmatthewsjohnson@wilkinsonstekloff.com; jacob.danziger@afslaw.com; Kacy.Rayburn@afslaw.com; rey.caling@afslaw.com; BMiller@mayerbrown.com; mprovance@mayerbrown.com; cjkelly@mayerbrown.com; jmaurer@mayerbrown.com; Moore, Lawrence <LMoore@robinsonbradshaw.com>; Nitto, Amanda Pickens <ANitto@robinsonbradshaw.com>; Hinman, Travis <THinman@robinsonbradshaw.com>; Raynor, Jake <JRaynor@robinsonbradshaw.com>; Hill, Patrick <PHill@robinsonbradshaw.com>; mseifert@szllp.com; wsomvichian@cooley.com; khartnett@cooley.com; mlambert@cooley.com; dbansal@cooley.com; acorkery@cooley.com; dlouk@cooley.com; ahernaez@foxrothschild.com; ealbright@foxrothschild.com; gholland@foxrothschild.com; jheyl@foxrothschild.com; EMartin@foxrothschild.com; lcapps@polsinelli.com; afitts@polsinelli.com; PZeeck@polsinelli.com; whurst@polsinelli.com; rfernandez@mayerbrown.com; cdodd@mayerbrown.com; Anna.Rathbun@lw.com; Aaron.Chiu@lw.com; Chris.Yates@lw.com; agould@polsinelli.com; monique.handy-jones@lw.com; Linda.Tam@lw.com; kmurray@polsinelli.com; GDelTatto@mayerbrown.com; christine.greeley@lw.com; Jack.Siddoway@lw.com; jsip@cooley.com; rtarneja@cooley.com; chummel@sidley.com; dlanderson@sidley.com; angela.zambrano@sidley.com; nwyson@sidley.com; Misner, Tim <TMisner@robinsonbradshaw.com>; jjiggetts@wilkinsonstekloff.com; rlaird@wilkinsonstekloff.com; mskanchy@wilkinsonstekloff.com
**Cc:** Kessler, Jeffrey <JKessler@winston.com>; Greenspan, David <DGreenspan@winston.com>; Feher, David <DFeher@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>; Viebrock, Sarah L. <SViebrock@winston.com>; Vyas, Neha <NVyas@winston.com>; steve@hbsslaw.com; emilees@hbsslaw.com; bens@hbsslaw.com; merediths@hbsslaw.com; brianm@hbsslaw.com; radhak@hbsslaw.com; jkodroff@srkattorneys.com; espector@srkattorneys.com
**Subject:** In re College Athlete NIL - Deposition Scheduling

Counsel,

Pursuant to Judge Cousins' Order Resolving Discovery Dispute About Defendants' Supplemental Initial Disclosures (ECF No. 374), we would like to begin scheduling depositions of the "April 2023 Declarants." Please let us know if Defendants will facilitate scheduling the depositions of any or all of the six school administrators: Mark Harlan, Blake James, Candice Storey Lee, Mack Rhoades, Ray Tanner, and Chad Weiberg.

In addition, on Friday, when Defendants identify their selected four "Categorical Disclosures" witnesses and four "Newly Relevant" witnesses, please include a notation of whether any of the depositions may be scheduled through Defendants.

Thanks,
Adam

**Adam I. Dale**
**Associate Attorney**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

T: +1 212-294-6700

D: +1 212-294-5329

Bio | VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

******************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

******************************************************************************