Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF RAKESH N. KILARU IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY ORDER RESOLVING DISCOVERY DISPUTE ABOUT DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURE (CIV. L.R. 7-11)**<br><br>Trial Date:  2025-01-27<br>Judge: Hon. Claudia Wilken |

I, Rakesh N. Kilaru, declare as follows:

I am a partner at the law firm of Wilkinson Stekloff LLP and represent the National Collegiate Athletic Association in this litigation.  I submit this declaration in support of the Defendants' Response to Plaintiffs' Administrative Motion to Clarify Order Resolving Discovery Dispute About Defendants' Supplemental Initial Disclosure (Civ. L.R. 7-11).  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.  I am admitted pro hac vice to practice before the United States Northern District of California in this litigation.

1. Attached hereto as Exhibit A is a true and correct copy of the email from Plaintiffs' counsel to the Defendants' counsel re RFP Supplement, dated October 20, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this 27th day of October 2023, in Washington, D.C.

Respectfully submitted,

*/s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (admitted *pro hac vice*)

Attorney for Defendant
*NATIONAL COLLEGIATE ATHLETIC ASSOCIATION*