# EXHIBIT A

| | |
|---|---|
| **From:** | Stephanie Verdoia |
| **To:** | Beth Wilkinson; Rakesh Kilaru; Kieran Gostin; Cali Arat; Sarah Neuman; Max Warren; Clayton Wiggins; Matthew Skanchy; Tamarra Matthews Johnson; Robert Laird; Julian Jiggetts; Remington Thames; jacob.danziger@afslaw.com; FC-Erik Albright; FR - Greg Holland; SC-Jonathan Heyl; Chris Yates; "Aaron.Chiu@lw.com"; Anna.Rathbun@lw.com; MB-Britt Miller; MB-Matt Provance; Kelly, Christopher J.; Fenske, Daniel T.; Del Tatto, Gina; PS-Leane Capps; PN - Amy Fitts; Phillip Zeeck; Wesley Hurst; Kim Murray; angela.zambrano@sidley.com; NWYSON@SIDLEY.COM; chummel@sidley.com; dlanderson@sidley.com; Priest, Chelsea A.; wsomvichian@cooley.com; khartnett@cooley.com; dbansal@cooley.com; Corkery, Ashley K; dlouk@cooley.com; Lambert, Mark (EXTERNAL CONTACT); Tarneja, Rebecca L.; RB-Robert Fuller; RB-Lawrence Moore; thinman@robinsonbradshaw.com; RB-Amanda Nitto; Hill, Patrick; tmisner@robinsonbradshaw.com; SF-Mark Seifert |
| **Cc:** | Steve Berman; Ben Siegel; Emilee Sisco; Meredith Simons; Jen Parsigian; Adam Dale; Viebrock, Sarah |
| **Subject:** | RFP Supplement |
| **Date:** | Friday, October 20, 2023 5:05:48 PM |
| **Attachments:** | 2021-11-05 [175] Stipulation and Order Extending Case Deadlines.pdf |



Counsel,

During Tuesday's U.S. Senate Judiciary Committee Hearing, Trinity Thomas testified that she participated in an "SEC Day on the Hill." This is one of many recent examples of efforts by Defendants to correspond with Congress regarding issues including college athlete compensation.

Plaintiffs previously served two Requests for Production that have become highly relevant in recent months and were not covered within the last time period of production. Plaintiffs seek supplemental productions of relevant documents that are responsive to the following Requests for Production:

<u>REQUEST FOR PRODUCTION NO. 23</u>:

All Documents Relating to any Communications, correspondence with and/or inquiries from the U.S. Senate, U.S. House of Representatives, members of Congress, and/or Congressional Committees and/or Subcommittees, or any state legislative bodies, along with any written responses to requests for information from such bodies, individuals, or committees regarding college athletes' rights in the licensing, sale, use, display or monetization of their names, images and/or likenesses.

<u>REQUEST FOR PRODUCTION NO. 73</u>:

All Communications with Charlie Baker Relating to college athlete compensation and/or NCAA rules Regarding college athlete compensation.

Defendants have an ongoing obligation to supplement, and the attached Stipulation and Order contemplates supplemental production of discrete categories of documents in order to address circumstances like this one. *See* Stipulation and Order Extending Case Deadlines, at ¶ 4, *In re College Athlete NIL Litigation*, No. 4:20-cv-039190-CW, ECF No. 175. The recent Congressional hearings and testimony and Defendants' public push for new legislation makes any recently created documents highly relevant, and also not covered by previous productions. To streamline discussions, Plaintiffs are specifically targeting documents and communications between Defendants and Congress related to "Days on the Hill," new legislation, and documents specifically given to Congress by NCAA Staff and President Charlie Baker from March 1, 2023 to the present.

Plaintiffs are available to meet and confer early next week, if necessary, regarding this production.

Best,

Stephanie

--

**Stephanie Verdoia** | **Associate**

Hagens Berman Logo

Hagens Berman Sobol Shapiro LLP
Seattle, WA
(206) 268-9343
stephaniev@hbsslaw.com

News  |  Cases  |  Twitter  |  Facebook

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.