1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW (NC) |
|---|---|
| | **[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO CLARIFY ORDER RESOLVING DISCOVERY DISPUTE ABOUT DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURE (CIV. L.R. 7-11)** |

1    Pending before this Court is Plaintiffs' Administrative Motion to Clarify Order Resolving

2    Discovery Dispute About Defendants' Supplemental Initial Disclosures.  The Court has considered

3    the motion, all other papers relating to the motion, and other documents and pleadings filed in this

4    action.

5        IT IS HEREBY ORDERED THAT Plaintiffs' Administrative Motion to Clarify Order

6    Resolving Discovery Dispute About Defendants' Supplemental Initial Disclosures is **DENIED**.

7

8        **IT IS SO ORDERED.**

9

10   Dated: _____        By: _____

11                                                THE HON. NATHANAEL M. COUSINS
                                                United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING PLTFS' ADMIN MTN TO
CLARIFY ORDER RESOLVING DISCOVERY DISPUTE
CASE NO. 4:20-CV-03919-CW (NC)