Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
Drew H. Washington (SBN: 350107)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
dwashington@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**NOTICE OF APPEARANCE OF DREW H. WASHINGTON** |

1   TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE that Drew H. Washington of the law firm Winston & Strawn LLP,

3   who is a member of the bar of this Court, hereby enters her appearance in this action on behalf of

4   Plaintiffs and the Proposed Classes.  Ms. Washington's contact information is as follows:

5           Drew H. Washington

6           WINSTON & STRAWN LLP
        101 California Street, 34th Floor

7           San Francisco, CA 94111
        Telephone: (415) 591-1000
        Facsimile: (415) 591-1400

8           Email:  dwashington@winston.com

9

10   Dated: October 30, 2023              Respectfully submitted,

11                                     WINSTON & STRAWN LLP

12                                 By:   */s/ Drew H. Washington*
                                   Drew H. Washington

13                                      WINSTON & STRAWN LLP

14                                      101 California Street, 34th Floor
                                   San Francisco, CA 94111

15                                      Telephone: (415) 591-1000
                                   Facsimile: (415) 591-1400

16                                      dwashington@winston.com

17                                      *Counsel for Plaintiffs and the Proposed Classes*

18

19

20

21

22

23

24

25

26

27

28