|   |   |
|---|---|
| 1 | Calanthe Arat (SBN 349086) |
| 2 | **WILKINSON STEKLOFF LLP**<br>2001 M Street NW, 10th Floor |
| 3 | Washington, DC 20036<br>Telephone: (202) 847-4000 |
| 4 | Facsimile: (202) 847-4005<br>carat@wilkinsonstekloff.com |
| 5 |   |
| 6 | Attorney for Defendant<br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| 7 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT NATIONAL COLLEGIATE ATHLETIC CONFERENCE**<br><br>Trial Date:   2025-01-27<br>Judge: Hon. Claudia Wilken |
|---|---|

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Calanthe Arat, of the law firm Wilkinson Stekloff LLP, 2001 M Street, NW, 10th Floor, Washington, DC 20036, formerly admitted *pro hac vice* in this matter, after becoming a member of the bar of the Northern District of California, hereby enters her appearance as counsel of record for defendant National Collegiate Athletic Association in the above-referenced action. National Collegiate Athletic Association hereby advises all parties that all pleadings and documents should be addressed to and served upon Calanthe Arat as follows:

Calanthe Arat
WILKINSON STEKLOFF LLP
2001 M Street NW
10th Floor
Washington, DC 20036
Tel: (202) 847-4017
Fax: (202) 847-4005
carat@wilkinsonstekloff.com

Dated: November 2, 2023          Respectfully submitted,

By: /s/ *Calanthe Arat*
    Calanthe Arat (SBN 349086)

    Attorney for Defendant NATIONAL
    COLLEGIATE ATHLETIC ASSOCIATION