UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW (NC)<br><br>**ORDER RESOLVING PLAINTIFFS' MOTION FOR DISCOVERY ORDER CLARIFICATION**<br><br>Re: ECF 380 |

In ECF 380, Plaintiffs move for clarification of my October 7, 2023, discovery ruling resolving a discovery dispute about defendants' supplemental initial disclosures. ECF 372-2 (underlying discovery motion); ECF 374 (Oct. 7 discovery order). Plaintiffs now ask the Court for two additional remedies: quashing Defendants' document subpoenas to third parties Deloitte and Huron Consulting Group; and granting Plaintiffs additional time until February 23, 2024, to take certain depositions. Defendants oppose. ECF 382.

Plaintiffs' motion is less of a request for clarification and more of a request for additional discovery relief. I agree with Defendants that my October 7 order did not quash document subpoenas to Deloitte and Huron Consulting Group. Plaintiffs could have but did not ask for that in the joint letter brief at ECF 372-2. And viewed as a new request, I find that Plaintiffs do not show good cause to quash the subpoenas or to further extend the discovery deadlines. The admissibility of any documents received from Deloitte and Huron will be an argument for another day.

In sum, I deny Plaintiffs' motion for clarification, ECF 380.

**IT IS SO ORDERED.**

Dated: November 3, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge