Leane K. Capps (*pro hac vice*)
Ashley Gould (*pro hac vice*)
2950 N. Harwood St. Ste 2100
Dallas, TX 75201
Tel.: (214) 397-0030
lcapps@polsinelli.com
agould@polsinelli.com

Amy D. Fitts (*pro hac vice*)
Phillip J.R. Zeeck (*pro hac vice*)
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
Tel.: (816) 753-1000
afitts@polsinelli.com
pzeeck@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Ste. 2900
Los Angeles, CA 90067
Tel.: (310) 556-1801
whurst@polsinelli.com

Attorneys for Defendant
THE BIG 12 CONFERENCE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that Wesley D. Hurst has withdrawn as counsel on behalf of Defendant The Big Twelve Conference, Inc. (the "Big 12"), in the above-mentioned matter. The Big 12 will continue to be represented by counsel.

| | | |
|---|---|---|
| 1 | Dated: November 10, 2023 | **POLSINELLI LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: _/S/WESLEY D. HURST_<br>Leane K. Capps (*pro hac vice*)<br>Ashley Gould (*pro hac vice*)<br>2950 N. Harwood St. Ste 2100<br>Dallas, TX 75201<br>Tel.: (214) 397-0030<br>lcapps@polsinelli.com<br>agould@polsinelli.com |

Dated: November 10, 2023    **POLSINELLI LLP**

By: _/S/WESLEY D. HURST_
Leane K. Capps (*pro hac vice*)
Ashley Gould (*pro hac vice*)
2950 N. Harwood St. Ste 2100
Dallas, TX 75201
Tel.: (214) 397-0030
lcapps@polsinelli.com
agould@polsinelli.com

Amy D. Fitts (*pro hac vice*)
Phillip J.R. Zeeck (*pro hac vice*)
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
Tel.: (816) 753-1000
afitts@polsinelli.com
pzeeck@polsinelli.com

Wesley D. Hurst (SBN 127564)
2049 Century Park East, Ste. 2900
Los Angeles, CA 90067
Tel.: (310) 556-1801
whurst@polsinelli.com

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

**CERTIFICATE OF SERVICE**

At the time of service, I was over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is: 2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

On November 10, 2023, I served true copies of the following document described as **NOTICE OF WITHDRAWAL OF COUNSEL** on the interested parties in this action as follows:

**VIA CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system (listed below). Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules. Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on all parties entitled to electronic service.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| 11-10-2023 | Martha A. Hammond | /s/ Martha A. Hammond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |