Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW<br><br>**NOTICE OF APPEARNCE OF MEREDITH SIMONS** |

1  TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that Meredith Simons of the law firm Hagens Berman Sobol

3  Shapiro LLP, who is a member of the bar of this Court, hereby enters her appearance in this action

4  on behalf of Plaintiffs and the Proposed Classes. Ms. Simons's contact information is as follows:

5       Meredith Simons
        HAGENS BERMAN SOBOL SHAPIRO LLP
6       1301 Second Avenue, Suite 2000
        Seattle, WA 98101
7       Telephone: (206) 623-7292
        Facsimile: (206) 623-0594
8       Email: merediths@hbsslaw.com

9

10 DATED: November 21, 2023            Respectfully submitted,

11                                     HAGENS BERMAN SOBOL SHAPIRO, LLP

12
                                       By: /s/ *Meredith Simons*
13                                         MEREDITH SIMONS (320229)
                                       1301 Second Avenue, Suite 2000
14                                     Seattle, WA 98101
                                       Telephone: (206) 623-7292
15                                     Facsimile:  (206) 623-0594
                                       merediths@hbsslaw.com
16
17                                     *Counsel for Plaintiffs and the Proposed Classes*

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE OF MEREDITH SIMONS
 - No. 4:20-cv-03919-CW                    - 1 -
010912-11/2396191 V1