Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (pro hac vice)
Rakesh N. Kilaru (pro hac vice)
Kieran Gostin (pro hac vice)
Cali Arat (pro hac vice)
Tamarra Matthews Johnson (pro hac vice)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>[~~PROPOSED~~] **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED**<br><br>Judge: Hon. Claudia Wilken |

[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED

Case No. 4:20-cv-03919-CW

Defendants filed an Administrative Motion to Consider Whether Plaintiffs' Materials Should be Temporarily Sealed ("Administrative Motion") pursuant to Local Rule 79-5(f) in connection with Defendants' Motion For Leave To Submit Additional Authority In Support Of Defendants' Opposition To Class Certification.  Having considered Defendants' Administrative Motion,

IT IS HEREBY ORDERED THAT the Administrative Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: 11/22/23          By: *[signature]*
THE HON. CLAUDIA WILKEN
United States District Judge

1

[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER PLAINTIFFS' MATERIALS SHOULD BE TEMPORARILY SEALED

Case No. 4:20-cv-03919-CW