UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-CV-03919-CW<br><br>[~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENTAL MOTION FOR LEAVE TO SUBMIT ADDITIONAL AUTHORITY IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION<br><br>Hon. Claudia Wilken |

This matter is before the Court on Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Response to Defendants' Supplemental Motion for Leave to Submit Additional Authority in Support of Defendants' Opposition to Class Certification ("Response").

Having considered Plaintiffs' Administrative Motion, the declarations submitted in response thereto, and finding that there are compelling reasons to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT** the Administrative Motion is **GRANTED**.

The following test shall be filed under seal:

| Portion Containing Confidential Information | Court's Ruling |
|---|---|
| Plaintiffs' Response to Defendants' Supplemental Motion for Leave to Submit Additional Authority in Opposition to Class Certification at p. 3, lines 18 and 20 (showing numerical amount of NIL) | GRANTED |

**IT IS SO ORDERED.**

Dated: 11/22/23

The Honorable Claudia Wilken
United States District Court Judge
Northern District of California