UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12:

Case No. 4:14-md-02541-CW
*In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*

Case No. 4:20-cv-03919-CW
*In re College Athlete NIL Litigation*

Case No. 4:23-cv-01593-CW
*Hubbard v. National Collegiate Athletic Association, et al.*

Case No. 4:23-cv-06325-CW
*Carter v. National Collegiate Athletic Association, et al.*

# ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   ARE NOT RELATED as defined by Civil L.R. 3-12.

[X]   ARE RELATED as defined by Civil L.R. 3-12. I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ ]   ARE RELATED as defined by Civil L.R. 3-12. The Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: December 15, 2023



CLAUDIA WILKEN
United States District Judge