```
COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
ASHLEY KEMPER CORKERY (301380)
(acorkery@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

MARK LAMBERT (197410)
(mlambert@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

DEE BANSAL (1001754)
(dbansal@cooley.com)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone:    (202) 842 7800
Facsimile:    (202) 842 7899

REBECCA L. TARNEJA (293461)
(rtarneja@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone:    (213) 561-3250
Facsimile:    (213) 561-3244

Attorneys for Defendant
PAC-12 CONFERENCE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
|---|---|

**TO THE CLERK ALL PARTIES AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Pac-12 Conference this Notice of Withdrawal of Counsel to notify the Court that David S. Louk has withdrawn as attorney of record for Defendant Pac-12 Conference in the above-captioned matter.  David S. Louk is no longer employed at Cooley LLP.  Please remove Mr. Louk from the docket as counsel of record.  Cooley LLP will continue to represent Defendant Pac-12 Conference in the above-captioned matter.

Please continue to serve all pleadings, orders, notices, discovery, and other documents on the following counsel:

> Whitty Somvichian
> Kathleen Hartnett
> Ashley Kemper Corkery
> COOLEY LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, California 94111-4004
> Telephone:   (415) 693-2000
> Facsimile:   (415) 693-2222
> Email: wsomvichian@cooley.com
>        khartnett@cooley.com
>        acorkery@cooley.com
>
> Mark Lambert
> COOLEY LLP
> 3175 Hanover Street
> Palo Alto, CA  94304-1130
> Telephone:   (650) 843-5000
> Facsimile:   (650) 849-7400
> Email: mlambert@cooley.com
>
> Dee Bansal
> COOLEY LLP
> 1299 Pennsylvania Ave. NW, Suite 70
> Washington, DC 20004-2400
> Telephone:   +1 202 842 7800
> Facsimile:   +1 202 842 7899
> Email: dbansal@cooley.com
>
> Rebecca Tarneja
> COOLEY LLP
> 355 South Grand Avenue, Suite 900
> Los Angeles, California 90071-1560
> Telephone:   (213) 561-3250
> Facsimile:   (213) 561-3244
> Email: rtarneja@cooley.com

Dated: January 23, 2024

COOLEY LLP

By: */s/ Whitty Somvichian*
Whitty Somvichian

Attorney for Defendant
PAC-12 CONFERENCE

295059021