Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice)*
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Counsel for Plaintiffs and the Class*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF MANNER AND FORM OF CLASS NOTICE**<br><br>Date:      March 28, 2024<br>Time:     2:30 p.m.<br>Judge:    Hon. Judge Claudia Wilken<br>Courtroom: 2, 4th Floor |

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice law before this Court in this matter. I am a member of the Washington Bar, and I have been admitted to this Court *pro hac vice*. I am the managing partner of Hagens Berman Sobol Shapiro LLP and counsel for Plaintiffs Grant House, Sedona Prince, and Tymir Oliver in this matter. I submit this declaration in support of Plaintiffs' Motion for Approval of the Manner and Form of Class Notice based on personal knowledge or discussions with counsel in my firm regarding the matters stated herein, and if called upon, I could and would competently testify thereto.

2. On February 7, 2024, Plaintiffs' counsel met and conferred with counsel for the NCAA regarding Plaintiffs' class notice plan. Counsel for the NCAA informed Plaintiffs' counsel that the NCAA does not maintain records that include the names and contact information of current or former student-athletes, so the NCAA cannot provide Plaintiffs with class members' contact information.

3. On February 8, 2024, Plaintiffs' counsel sent counsel for the NCAA and the Conference Defendants drafts of Plaintiffs' long-form notice and postcard notice. Plaintiffs' counsel also asked counsel for the Conference Defendants whether the conferences maintain records that include the names and contact information of current or former student-athletes.

4. On February 14, 2024, counsel for Defendants sent Plaintiffs a set of joint revisions to the draft long-form notice and postcard notice. Their proposed revisions were incorporated into the notice documents (including the long-form notice, postcard notice, and email notice).

5. On February 15, 2024, counsel for each of the Conference Defendants confirmed that the conferences do not maintain records that include the names and contact information of current or former student-athletes, so the Conference Defendants cannot provide Plaintiffs with class members' contact information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of February, 2024 at Seattle, Washington.

                                              */s/ Steve W. Berman*
                                               STEVE W. BERMAN