1
2
3
4           IN THE UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7
8
9
10
11
12

IN RE: COLLEGE ATHLETE NIL
LITIGATION

Case No. 20-cv-03919 CW

**ORDER REGARDING MOTION TO
APPROVE MANNER AND FORM OF
CLASS NOTICE**

(Re: Dkt. No. 402)

13          Now before the Court is Plaintiffs' motion to approve the manner and form of class notice.
14   Docket No. 402.
15          The Court is tentatively inclined to grant the motion as submitted but proposes the
16   following changes.
17          The proposed long-form notice states that a class member wishing to exclude herself must
18   send a letter to the Notice Administrator, which must include the following information: name,
19   address, telephone number, "NCAA ID number," signature, and "which Class you are part of (i.e.,
20   Football and Men's Basketball Class, Women's Basketball Class, or Additional Sports Class)[.]"
21   *See* Docket No. 402-3 at ECF header page 17.  The notice should be modified to state that a
22   request for exclusion must include a "NCAA ID Number" *if available* to avoid imposing an
23   unnecessary burden on the class member wishing to opt out.
24          The proposed order states that direct notice will begin within twenty-eight days, and that
25   publication notice will begin within fourteen days, respectively, of the date the Court approves the
26   proposed manner and form of class notice.  To maximize the time that class members will have for
27   opting out, the Court proposes that the date on which the direct notice begins be the same date on
28

United States District Court
Northern District of California

which the publication notice begins, namely within fourteen days of the date the Court approves the proposed manner and form of class notice.

No later than February 26, 2024, Defendants shall file a statement on the docket indicating whether they intend to oppose Plaintiffs' motion by the March 5, 2024, deadline for doing so.  In that statement, Defendants also shall address the Court's proposed revisions to the notice and notice plan.

No later than February 29, 2024, Plaintiffs shall file a statement indicating whether they object to the Court's proposed revisions to the notice and notice plan.  If Plaintiffs do not have any objections to the Court's proposed revisions, Plaintiffs shall file a revised notice and revised proposed order that incorporates the Court's proposed revisions by February 29, 2024.

The March 28, 2024, hearing on the present motion is VACATED.  The Court will decide the motion on the papers.

IT IS SO ORDERED.

Dated: 2/21/2024

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
Northern District of California