

# SUPREME COURT
# State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**MICHAEL T. WILLIAMS**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **15th** day of **October** A.D. **2001** and that at the date hereof the said **MICHAEL T. WILLIAMS** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **February** A.D. **2024**

*Cheryl Stevens*
Clerk

By *Myra Sanchez*
Deputy Clerk