*Counsel for Plaintiffs and Defendants
Listed on Signature Pages*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**<br><br>Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order adjusting the sealing procedures for the Parties' summary judgment and *Daubert* briefing papers and related documents as set forth in Local Rule 79-5:

WHEREAS, the Court: (i) entered the Parties' stipulation and protective order that largely incorporated the six (6) confidentiality designations in *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litigation* (Case Nos. 4:14-md-2541-CW, 4:14-cv-2758-CW) (herein "*Alston*") ("Confidential Information"; "Highly Confidential – Counsel Only"; "Highly Confidential NCAA Member Financial Data"; "Conference Strictly Confidential – Outside Litigation Counsel Only"; "Network Strictly Confidential – Outside Litigation Counsel Only"; "Highly Confidential Billing Records – Outside Counsel Only") (*see* ECF Nos. 136–37); (ii) entered the Parties' supplemental stipulation that created two (2) additional confidentiality designations ("House CSC – Outside Litigation Counsel Only"; "House NSC – Outside Litigation Counsel Only") (*see* ECF Nos. 147–48); (iii) entered the Parties' second supplemental stipulation that addressed protections for information produced by NCAA member schools, colleges, universities or institutions (*see* ECF Nos. 180–81) (collectively, the "Protective Orders"); and (iv) entered the Parties' Stipulation and Order As Modified Modifying Sealing Procedures Relating to Class Certification Briefing and Related Documents (*see* ECF No. 207);

WHEREAS, pursuant to the Court's Order Granting Stipulation and Setting Case Schedule ("Court's Scheduling Order") dated April 7, 2023, Plaintiffs will file their motion for summary judgment and *Daubert* motion(s) as to Defendants' merits experts on April 3, 2024; the Defendants will file (a) their opposition to both Plaintiffs' motion for summary judgment and *Daubert* motion(s) and (b) their cross-motion for summary judgment and *Daubert* motion(s) as to Plaintiffs' merits experts on May 17, 2024; Plaintiffs will file (a) their reply in support of both their motion for summary judgment and *Daubert* motion(s) as to Defendants' merits experts and (b) their opposition to both Defendants' cross-motion for

summary judgment and *Daubert* motion(s) on June 28, 2024; and the Defendants will file their reply in support of both their cross-motion for summary judgment and *Daubert* motion(s) as to Plaintiffs' merits experts on July 26, 2024 (*See* ECF No. 243);

WHEREAS, the Parties have sought and obtained discovery, including substantial discovery of information belonging to non-parties that is subject to protection under the Protective Orders, to facilitate the summary judgment and *Daubert* briefing and anticipate that several administrative motions to seal would be filed if the Parties strictly complied with the procedures set forth in Local Rule 79-5;

WHEREAS, the Parties anticipate that numerous Party and non-party declarations in support of any forthcoming administrative motions to seal will need to be filed, and that compliance with the procedures and timing set forth in Local Rule 79-5 will impose a substantial burden on non-parties to file multiple declarations to protect the same or similar information, and on the Court to review and evaluate such duplicative filings;

WHEREAS, the Parties previously stipulated that where information designated "Network Strictly Confidential – Outside Counsel Only" in *Alston* or "House NSC – Outside Litigation Counsel Only Information" is filed, the filing party shall provide written notice to each applicable "Network Intervenor" or "Network" (collectively, "Network Entity") at least five (5) business days in advance of filing an administrative motion to seal the designated material (*see* ECF No.136-3, 137, 148); and

WHEREAS, the Parties agree that a single combined administrative motion to seal covering all sealing requests ("Omnibus Sealing Motion") would be the most efficient way for the Court to handle all sealing issues arising from the Parties' summary judgment and *Daubert* briefing papers and related documents, and that, upon order of this Court, such Omnibus Sealing Motion shall supersede any interim sealing motions that would ordinarily accompany the Parties' opening briefs, opposition briefs, cross briefs, reply briefs, and any associated documents.

THEREFORE, the Parties hereby agree and stipulate that, upon order of this Court:

- The Parties shall file redacted versions of their summary judgment and *Daubert* briefs and related documents on or before the deadlines set forth in the Court's Scheduling Order (*see* ECF No. 243), without accompanying interim motions to seal;

- The Parties shall file the sealed versions of their summary judgment and *Daubert* briefs and related documents on or before the deadlines set forth in the Court's Scheduling Order (*see* ECF No. 243), using the ECF Event for "Documents e-Filed Under Seal," which will make them electronically available to the Court;

- Within five (5) business days of each filing, the filing Party shall identify for each non-filing Party the portions of the filing Party's brief and supporting documents that contain information designated as "Highly Confidential – Counsel Only"; "Highly Confidential NCAA Member Financial Data"; "Conference Strictly Confidential – Outside Litigation Counsel Only"; "Network Strictly Confidential – Outside Litigation Counsel Only"; "Highly Confidential Billing Records – Outside Counsel Only"; "House CSC – Outside Litigation Counsel Only"; or "House NSC – Outside Litigation Counsel Only";

- No later than five (5) days from the last filing (currently July 31, 2024), each Party shall notify any Network Entity of the inclusion of any information designated "Network Strictly Confidential – Outside Counsel Only" or "House NSC – Outside Litigation Counsel Only Information" in any of that Party's summary judgment and *Daubert* filings;

- No later than fourteen (14) days from the last filing (currently, August 9, 2024), the Parties shall file an Omnibus Sealing Motion, and, consistent with Local Rule 79-5(f)(2), shall serve the Omnibus Sealing Motion on all Non-Party Designating Parties.  The Parties shall also notify any applicable Non-Party Designating Parties of the procedures set forth in Local Rule 79-5(f)(3) and as modified herein.  The Parties will cooperate in good faith to divide equitably amongst themselves the burden of notifying all Non-Party Designating Parties of the Omnibus Sealing Motion and Local Rule 79-5(f)(3); and

- No later than fourteen (14) days from the filing of the Omnibus Sealing Motion (currently, August 23, 2024), any Designating Party must file a statement or declaration in support of sealing, as set forth in Local Rule 79-5(f)(3).

4

STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO SUMMARY JUDGMENT AND *DAUBERT* MOTIONS
CASE NO. 4:20-cv-03919-CW

| | | |
|---|---|---|
| 1 | Dated: March 29, 2024 | Respectfully submitted, |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |

By: */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
    Emilee N. Sisco (*pro hac vice*)
    Stephanie Verdoia (*pro hac vice*)
    Meredith Simons (SBN 320229)
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    steve@hbsslaw.com
    emilees@hbsslaw.com
    stephaniev@hbsslaw.com
    merediths@hbsslaw.com

    Benjamin J. Siegel (SBN 256260)
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    bens@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

By: */s/ Jeffrey L. Kessler*
    Jeffrey L. Kessler (*pro hac vice*)
    David G. Feher (*pro hac vice*)
    David L. Greenspan (*pro hac vice*)
    Adam I. Dale (*pro hac vice*)
    Sarah L. Viebrock (*pro hac vice*)
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    jkessler@winston.com
    dfeher@winston.com
    dgreenspan@winston.com
    aidale@winston.com
    sviebrock@winston.com

    Jeanifer E. Parsigian (SBN 289001)
    101 California Street, 34th Floor
    San Francisco, CA 94111-5840
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400
    jparsigian@winston.com

*Counsel for Plaintiffs and the Proposed Classes*

5

STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO SUMMARY JUDGMENT
AND *DAUBERT* MOTIONS
CASE NO. 4:20-cv-03919-CW

| | |
|---|---|
| WILKINSON STEKLOFF LLP<br><br>By: /s/ Rakesh N. Kilaru<br>  Rakesh N. Kilaru (*pro hac vice*)<br>  Beth A. Wilkinson (*pro hac vice*)<br>  Kieran Gostin (*pro hac vice*)<br>  Cali Arat (SBN 349086)<br>  Matthew Skanchy (*pro hac vice*)<br>  Tamarra Matthews Johnson (*pro hac vice*)<br>  Clayton Wiggins (*pro hac vice*)<br>  Julian A. Jiggetts (*pro hac vice*)<br>  Robert Laird (*pro hac vice*)<br>  2001 M Street NW, 10th Floor<br>  Washington, DC 20036<br>  Telephone: (202) 847-4000<br>  Facsimile: (202) 847-4005<br>  rkilaru@wilkinsonstekloff.com<br>  bwilkinson@wilkinsonstekloff.com<br>  kgostin@wilkinsonstekloff.com<br>  carat@wilkinsonstekloff.com<br>  mskanchy@wilkinsonstekloff.com<br>  tmatthewsjohnson@wilkinsonstekloff.com<br>  cwiggins@wilkinsonstekloff.com<br>  jjiggetts@wilkinsonstekloff.com<br>  rlaird@wilkinsonstekloff.com<br><br>Jacob K. Danzinger (SBN 278219)<br>ARENT FOX SCHIFF LLP<br>44 Montgomery Street, 38th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 757-5500<br>Facsimile: (415) 757-5501<br>jacob.danziger@afslaw.com<br><br>*Counsel for Defendant National Collegiate Athletic Association* | LATHAM & WATKINS LLP<br><br>By: /s/ Christopher S. Yates<br>  Christopher S. Yates (SBN 161273)<br>  Aaron T. Chiu (SBN 287788)<br>  505 Montgomery Street, Suite 2000<br>  San Francisco, CA 94111<br>  Telephone: (415) 391-0600<br>  Facsimile: (415) 395-8095<br>  chris.yates@lw.com<br>  aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com<br><br>D. Erik Albright (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>FOX ROTHSCHILD LLP<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5200<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Jonathan P. Heyl (*pro hac vice*)<br>101 N. Tryon Street, Suite 1300<br>Charlotte, NC 28246<br>Telephone: (704) 384-2600<br>Facsimile: (704) 384-2800<br>jheyl@foxrothschild.com<br><br>Alexander Hernaez (SBN 201441)<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com<br><br>*Counsel for Defendant Atlantic Coast Conference* |

| | |
|---|---|
| MAYER BROWN LLP<br><br>By: */s/ Britt M. Miller*<br>    Britt M. Miller (*pro hac vice*)<br>    Matthew D. Provance (*pro hac vice*)<br>    Daniel Fenske (*pro hac vice*)<br>    71 South Wacker Drive<br>    Chicago, IL 60606-4637<br>    Telephone: (312) 782-0600<br>    Facsimile: (312) 701-7711<br>    bmiller@mayerbrown.com<br>    mprovance@mayerbrown.com<br>    dfenske@mayerbrown.com<br><br>    Christopher J. Kelly (SBN 276312)<br>    Two Palo Alto Square<br>    3000 El Camino Real, Suite 300<br>    Palo Alto, CA 94306-2112<br>    Telephone: (650) 331-2000<br>    Facsimile: (650) 331-2060<br>    cjkelly@mayerbrown.com<br><br>*Counsel for Defendant The Big Ten Conference, Inc.* | COOLEY LLP<br><br>By: */s/ Whitty Somvichian*<br>    Whitty Somvichian (SBN 194463)<br>    Kathleen R. Hartnett (SBN 314267)<br>    Ashley Kemper Corkery (SBN 301380)<br>    3 Embarcadero Center, 20th Floor<br>    San Francisco, California 94111-4004<br>    Telephone: (415) 693-2000<br>    Facsimile: (415) 693-2222<br>    wsomvichian@cooley.com<br>    khartnett@cooley.com<br>    acorkery@cooley.com<br><br>    Dee Bansal (*pro hac vice*)<br>    1299 Pennsylvania Ave. NW, Suite 700<br>    Washington, DC 20004-2400<br>    Telephone: (202) 842-7800<br>    Facsimile: (202) 842-7899<br>    dbansal@cooley.com<br><br>    Mark Lambert (SBN 197410)<br>    3175 Hanover Street<br>    Palo Alto, CA  94304-1130<br>    Telephone: (650) 843-5000<br>    Facsimile:(650) 849-7400<br>    mlambert@cooley.com<br><br>    Rebecca Tarneja (SBN 293461)<br>    355 S. Grand Ave., Suite 900<br>    Los Angeles, CA 90071-1560<br>    Telephone: (213) 561-3250<br>    Facsimile: (213) 561-3244<br>    rtarneja@cooley.com<br><br>*Counsel for Defendant Pac-12 Conference* |

7

STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO SUMMARY JUDGMENT AND *DAUBERT* MOTIONS
CASE NO. 4:20-cv-03919-CW

| | |
|---|---|
| SIDLEY AUSTIN LLP | ROBINSON BRADSHAW & HINSON, P.A. |
| By: */s/ Angela C. Zambrano* <br> Angela C. Zambrano (*pro hac vice*) <br> Natali Wyson (*pro hac vice*) <br> Chelsea Priest (*pro hac vice*) <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, Texas 75201 <br> Telephone: (214) 981-3300 <br> Facsimile: (214) 981-3400 <br> angela.zambrano@sidley.com <br> nwyson@sidley.com <br> cpriest@sidley.com <br><br> David L. Anderson (SBN 149604) <br> 555 California Street, Suite 2000 <br> San Francisco, California 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 <br> dlanderson@sidley.com <br><br> Chad S. Hummel (SBN 139055) <br> 1999 Avenue of the Stars, 17th Floor <br> Los Angeles, California 90067 <br> Telephone: (310) 595-9500 <br> Facsimile: (214) 595-9501 <br> chummel@sidley.com <br><br> *Counsel for Defendant The Big 12 Conference, Inc.* | By: */s/ Robert W. Fuller, III* <br> Robert W. Fuller, III (*pro hac vice*) <br> Lawrence C. Moore, III (*pro hac vice*) <br> Travis S. Hinman (*pro hac vice*) <br> Amanda P. Nitto (*pro hac vice*) <br> Patrick H. Hill (*pro hac vice*) <br> Timothy P. Misner (*pro hac vice*) <br> 101 N. Tryon St., Suite 1900 <br> Charlotte, NC 28246 <br> Telephone: (704) 377-2536 <br> Facsimile: (704) 378-4000 <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> thinman@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br> phill@robinsonbradshaw.com <br> tmisner@robinsonbradshaw.com <br><br> Mark J. Seifert (SBN 217054) <br> SEIFERT ZUROMSKI LLP <br> 100 Pine Street, Suite 1250 <br> San Francisco, California 94111 <br> Telephone: (415) 869-8837 <br> mseifert@szllp.com <br><br> *Counsel for Defendant Southeastern Conference* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                 */s/ Jeffrey L. Kessler*
                                                 JEFFREY L. KESSLER

9

STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO SUMMARY JUDGMENT
AND *DAUBERT* MOTIONS
CASE NO. 4:20-cv-03919-CW

**[PROPOSED] ORDER**

The Parties must file the sealed versions of the documents at the time they file the documents in redacted form, using the ECF Event for "Documents e-Filed Under Seal," which will make them electronically available to the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/2/2024

HON. CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE

10

STIPULATION AND [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL RELATING TO SUMMARY JUDGMENT AND *DAUBERT* MOTIONS
CASE NO. 4:20-cv-03919-CW