UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-CV-03919-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE THE OPINIONS OF DR. GAUTAM GOWRISANKARAN AND BARBARA OSBORNE** |

Before the Court is Plaintiffs' Motion for Summary Judgment and to Exclude the Opinions of Dr. Gautam Gowrisankaran and Barbara Osborne ("Motion"). The Court, having considered the parties' papers, the arguments of counsel, the relevant authorities, and all other matters presented, HEREBY ORDERS that:

1. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, as well as *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) and related precedents, there is no issue of disputed material fact as to Plaintiffs' claims under the Sherman Act § 1 (15 U.S.C. § 1). For these reasons, the Court hereby GRANTS Plaintiffs' Motion for Summary Judgment as to Defendants' liability under the Sherman Act § 1 (15 U.S.C. § 1), with only the amount of damages to be determined at trial.

2. Pursuant to Rule 702 of the Federal Rules of Evidence, as well as *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and related precedents, the challenged testimony of Dr. Gowrisankaran and Professor Osborne is inadmissible. For these reasons, the Court hereby

GRANTS Plaintiffs' Motion to Exclude the challenged testimony. The reports and testimony of Dr. Gowrisankaran and Professor Osborne are excluded in their entirety.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Claudia Wilken
United States District Court Judge
Northern District of California