# EXHIBITS 1 – 11 SUBMITTED UNDER SEAL