# EXHIBIT 16

Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 2 of 12

KERRY KENNY  30b6 Conf.                                October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                                  1

```
 1               UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                      OAKLAND DIVISION

 4

 5    IN RE COLLEGE ATHLETE NIL   ) Case No.

 6    LITIGATION                  ) 4:20-CV-03919-CW

 7

 8             NETWORK STRICTLY CONFIDENTIAL

 9

10             The videotaped Rule 30(b)(6) deposition

11    of THE BIG TEN CONFERENCE, INC. through KERRY

12    KENNY, called as a witness for examination, taken

13    pursuant to the Federal Rules of Civil Procedure of

14    the United States District Courts pertaining to the

15    taking of depositions, taken before VICTORIA C.

16    CHRISTIANSEN, a Certified Shorthand Reporter of the

17    State of Illinois, CSR No. 84-3192, at Suite 3200,

18    71 South Wacker Drive, Chicago, Illinois, on the

19    4th day of October, A.D. 2023, at 9:03 a.m.

20

21

22

23

24
```



Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 3 of 12

KERRY KENNY  30b6 Conf.
IN RE COLLEGE ATHLETE NIL LITIGATION
October 04, 2023
87





Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 4 of 12

KERRY KENNY  30b6 Conf.
IN RE COLLEGE ATHLETE NIL LITIGATION

October 04, 2023
88





Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 5 of 12

KERRY KENNY  30b6 Conf.                                October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                                183

1       And so to the extent that the July 2021
2  rules are true NIL and that's the way that they're
3  being applied, then our model is still consistent
4  with the pre July 2021 model for the fact that
5  student athletes are now able to maximize
6  opportunities surrounding their true NIL, and the
7  Big Ten supports that.
8       Q.   Yeah, and I just want to focus on the
9  competitive balance bit.  Sorry for this, but just
10 in terms of true NIL, in the competitive balance
11 equation, true NIL doesn't have an adverse effect
12 on competitive balance?  If it's true NIL.  That's
13 my question.
14      A.   Generally speaking, true NIL -- because
15 again we support it, we encourage it -- you would
16 not expect it to have any imper- -- im- -- sort of
17 impact on competitive balance.
18           That's not to say that anecdotally
19 within locker rooms, within athletic departments
20 that it doesn't have an impact on balance within an
21 institution or within a set of teams or within a
22 conference, but from a general perspective, again,
23 true NIL is allowing student athletes to maximize
24 their name, image and likeness in a way that's



Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 6 of 12

KERRY KENNY  30b6 Conf.                              October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                              184

1  consistent with still allowing them to be tethered
2  to education, there is academics first, athletics
3  second and part of the larger student community
4  that is there for, you know, reasons of
5  participating in extracurricular activities as part
6  of their educational experience.
7        Q.   The anecdotes that you mentioned, are
8  those things that you're concerned about as not
9  being true NIL?
10       A.   Things that are not true NIL are
11 absolutely things that threaten the competitive
12 balance model.
13       Q.   Yeah.  I just wanted to make sure when
14 you talk about the anecdotes, are those anecdotes
15 about things that aren't true NIL, potentially?
16       A.   Anecdotes about the team --
17       Q.   You mentioned -- and I don't want to go
18 all the way back --
19       A.   Sure.
20       Q.   -- in your testimony, but you said
21 something that you may have heard some anecdotes,
22 and -- and I'm just trying to figure out what you
23 were talking about.  That's it.
24       A.   Sure.



Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 7 of 12

KERRY KENNY  30b6 Conf.                                    October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                                    185

```
 1        Q.    And so in terms of those anecdotes that
 2   you mentioned, first off, that's not any kind of
 3   data or research or study or anything like that,
 4   right?
 5        MS. MILLER:  Objection, form.
 6   BY THE WITNESS:
 7        A.    Correct.  "Anecdotes" was being
 8   referenced as obviously, you know, the media
 9   provide a lot of coverage on this topic and just
10   what you read, you know, what you observe through
11   all those different types of reports on social
12   media platforms about, you know, ways that --
13   whether it's true -- obviously not true NIL is a
14   separate category, as you've, you know, defined in
15   this question, but with true NIL, the reference was
16   to the fact that anecdotally you do see, you know,
17   reports media-wise and otherwise about, you know,
18   the impact that it has within team environments or
19   within, you know, individual sport environments
20   around true NIL being activated.
21              But from a Big Ten perspective, that was
22   getting back to my point of we support it, we
23   encourage it.  Those anecdotal pieces are not
24   things that represent the Big Ten's view on what
```



Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 8 of 12

KERRY KENNY  30b6 Conf.                                   October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                                   186

1    our belief is of true NIL post July 2021, still
2    allowing that competitive balance to maintain
3    because of the fact that we're still tethered to
4    all those other underlying principles of education
5    first, graduation, broad-based sports, et cetera.
6         BY MR. FEHER:
7              Q.   Okay.  And in that -- well, that's okay.
8    That's fine.  Let's move away from that.
9                   Actually, in terms of people who were
10   supportive, I'll give you what's Harbaugh Exhibit
11   134.  It's an article from May 9, 2020 -- whoops,
12   sorry -- in "The Wolverine," and it says in the
13   headline, "Jim Harbaugh is 'All For' NIL Proposal,"
14   and it just says -- kind of midway down it says,
15   quote, "'We believe that the name, image and
16   likeness is a very good thing,' Harbaugh said."
17                  Is that consistent with what you were
18   discussing a minute ago in terms of the Big Ten
19   being supportive of true NIL?
20        MS. MILLER:  Objection, form.
21   BY THE WITNESS:
22             A.   Again, I can't speak for Jim Harbaugh
23   back in May of 2020 and -- and whether or not that
24   was consistent with everybody in the Big Ten or the



Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 9 of 12

KERRY KENNY  30b6 Conf.                                    October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                                    294

```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, VICTORIA C. CHRISTIANSEN, a Certified

 4   Shorthand Reporter of the State of Illinois, do

 5   hereby certify:

 6            That previous to the commencement of the

 7   examination of the witness, the witness was duly

 8   sworn to testify the whole truth concerning the

 9   matters herein;

10

11            That the foregoing deposition transcript

12   was reported stenographically by me, was thereafter

13   reduced to typewriting under my personal direction

14   and constitutes a true record of the testimony

15   given and the proceedings had;

16

17            That the said deposition was taken

18   before me at the time and place specified;

19

20            That I am not a relative or employee or

21   attorney or counsel, nor a relative or employee of

22   such attorney or counsel for any of the parties

23   hereto, nor interested directly or indirectly in

24   the outcome of this action.
```



Case 4:20-cv-03919-CW   Document 414-8   Filed 04/03/24   Page 10 of 12

KERRY KENNY  30b6 Conf.                                  October 04, 2023
IN RE COLLEGE ATHLETE NIL LITIGATION                                  295

1        The witness has requested a review
2   pursuant to Rule 30(e)(1).
3
4        IN WITNESS WHEREOF, I do hereunto set my
5   hand at Chicago, Illinois, this 6th day of October,
6   2023.
7
8                VICTORIA C. CHRISTIANSEN,
9                Certified Shorthand Reporter.
10
11
12  C.S.R. Certificate No. 84-3192.



# ERRATA SHEET

NAME OF CASE: *In Re College Athlete NIL Litigation*

DATE OF DEPOSITION: October 4, 2023

NAME OF WITNESS: Kerry Kenny – 30(b)(6)

Reason Codes:

1. To clarify the record.
2. To conform to facts.
3. Transcription error.

| Page(s) | Line(s) | From | to | Reason |
|---|---|---|---|---|
| 29 | 3 | ▉ | ▉ | Transcription error |
| 39 | 18 | "highest of" | "highest level of" | Transcription error |
| 50 | 21 | ▉ | ▉ | Conform to facts |
| 62 | 14 | ▉ | ▉ | Transcription error |
| 73 | 21 | ▉ | ▉ | Transcription error |
| 83 | 22-23 | ▉ | ▉ | Transcription error |
| 127 | 16-17 | "managed, changed and not force changed" | "was managed change and not forced change" | Transcription error |
| 156 | 15-16 | ▉ | ▉ | Clarify the record |
| 157 | 19 | ▉ | ▉ | Transcription error |
| 180 | 4 | "those participate" | "those who participate" | Transcription error |

| Page(s) | Line(s) | From | to | Reason |
|---|---|---|---|---|
| 210 | 12 | ▮ | ▮ | Transcription error |
| 224 | 2 | ▮ | ▮ | Transcription error |
| 287 | 3 | trips | contests | Transcription error |

By:    */s/* Kerry Kenny

DATE:   December 11, 2023