# EXHIBIT 17

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                      OAKLAND DIVISION
 4
 5   - - - - - - - - - - - - - - - -X
 6   IN RE: COLLEGE ATHLETE NIL        ) Number
 7   LITIGATION                        ) 4:20-cv-03919 CW
 8   - - - - - - - - - - - - - - - -X
 9
10
11       Videotaped Deposition of GREGORY SANKEY,
12   Individually, and as the 30(b)(6) Representative
13            for the SOUTHEASTERN CONFERENCE,
14              Friday, September 15, 2023
15                    8:44 a.m. (EDT)
16
17
18
19   Job No. J10268584
20   Pages:   1 - 369
21   Reported by:   Dana C. Ryan, RPR, CRR
22
23
24
25
```



Page

1    there are others --
2        Q    Okay.
3        A    Go ahead.
4        Q    Well, let me ask you this -- let me ask
5    you this more specifically, then, as related to
6    this case.
7             Do you believe that there has been any
8    dropoff in consumer demand for SEC sports since
9    the interim rules -- NIL rules were passed in
10   July 2021?
11       A    I think it's too early to have a full
12   answer to that.  I think we've continued to draw
13   interest.  We go back through TV ratings for
14   certain games last year, so interest has remained
15   high.
16       Q    All right.  You don't -- you can't --
17   you can't affirmatively say that there has been
18   any dropoff in consumer demand for SEC sports
19   since the interim NIL rules were passed?
20       A    I can't.
21       Q    Okay.  Do you believe that the interim
22   NIL rules have decreased consumer demand for SEC
23   sports?
24       A    I think that's too soon to tell.  It's
25   created a level of turmoil that I've never



```
                                                            Page
 1    presented in the form.
 2         BY MR. SIEGEL:
 3         Q     Right.
 4               After -- is -- is that form still used
 5    today?
 6         A     It is.  I -- I'm not comparing
 7    language, but, yes.
 8         Q     Okay.  So continuously since 2014 --
 9    or, let me ask that.  I don't want to presume.
10               But continuously since 2014 until
11    today, does the SEC have college athletes sign a
12    form that gives schools the permission to use
13    their -- their NILs in the manners that you've
14    just described?
15               MR. FULLER:  Objection.
16               THE WITNESS:  Yes.
17         BY MR. SIEGEL:
18         Q     Okay.  Has -- has the -- has the form
19    changed since 2014 in any substantive manner?
20         A     I -- I can't tell you that there aren't
21    replacements that -- that have changed.  I think
22    it's been -- it's been consistent during that
23    time.
24         Q     Okay.  Since the rule changes in
25    July 2021 which allowed college athletes to
```



```
                                                              Page
 1   receive NIL compensation from third parties, would
 2   you agree that there are a wide variety of NIL
 3   activities that athletes have been involved in?
 4        A    Yes.
 5        Q    Okay.  Does that include autograph
 6   signing to your knowledge?
 7        A    Based on the report.
 8             MR. FULLER:  Objection to the extent
 9   you're asking for a legal conclusion.
10             But go ahead and answer.
11             THE WITNESS:  Based on reports.  I've
12   never actually witnessed one or participated in
13   one.
14        BY MR. SIEGEL:
15        Q    Okay.  Prior to 2021, autograph signing
16   of college athletes for compensation was
17   prohibited; correct?
18        A    Yes.
19        Q    Okay.  And, actually, there's a famous
20   set of circumstances where Johnny Manziel, also
21   known as Johnny Football, Texas A&M quarterback
22   got in trouble for -- for selling his autograph;
23   correct?
24        A    Yes.
25        Q    Okay.  Do you -- do you -- do you --
```



Page

1   did you agree with the rule changes allowing
2   college athletes to be compensated for selling
3   their autographs?
4        A    The reality was you had state laws that
5   came into effect, and as I indicated earlier, the
6   NCAA was adapting.  I have concerns about whether
7   that's actual activity, boosters just providing
8   inducements.
9             So you asked if I agree or disagree.  I
10  would -- I would just offer a word I remain
11  concerned about that activity and what it really
12  means.
13       Q    So you don't -- so do you think that --
14  in -- in the -- let's say in the states where it's
15  not mandated, would you have preferred that the
16  rules remain the same; that college athletes not
17  be allowed to profit from their signing of
18  autographs?
19       A    Well, there was a clear -- that's not a
20  choice that was in front of anyone.  The state's
21  adapted quite quickly as one state adopted
22  legislation, and -- and part of that is the change
23  that we're being asked to accommodate.
24       Q    Okay.  Now, college coaches going back
25  for since the beginning of your tenure at the SEC,



Page

1    they could sell their autographs for money; right?
2        A    I'm not sure how many participate in
3    that activity.  I'm frequently asked to sign an
4    autograph which is one of those odd realities for
5    me, and I've never asked or tried to be
6    compensated.
7             So --
8        Q    Well, college coaches.  I didn't say
9    commissioners.
10       A    Yeah.  Could they?  Yeah.  Did they?  I
11   don't know.
12       Q    Okay.  And that would be on top of,
13   say, like Coach Saban who is paid close to
14   $4 million annually to coach the Alabama football
15   team.
16            Actually, that's probably -- I wouldn't
17   ask you to quote a specific amount for me.  He is
18   paid multiple millions of dollars to coach the
19   Alabama football team; is that right?
20       A    It is.
21       Q    And for as long as you can remember, he
22   could also get additional money from signing
23   autographs?
24       A    I don't know if he's got a contractual
25   stipulation.  There's not an NCAA rule against



```
 1   that coach and activity.
 2        Q    Okay.  Or appearing in commercials --
 3   television commercials for a variety of products;
 4   correct?
 5             There's no NCAA prohibiting that?
 6        A    Correct.
 7        Q    He actually does that -- every Saturday
 8   morning, have you seen him on commercials
 9   promoting a variety of products?
10        A    I've seen him on a variety of weekdays
11   is probably the best way to answer.  I'm not a big
12   Saturday morning -- I have things happening on
13   Saturdays.  So you would have to follow up --
14        Q    He actually has been in a commercial
15   recently alongside Deion Sanders --
16        A    Yeah.
17        Q    -- the two of them together; right?
18        A    I did see that, yeah.
19        Q    Okay.  Since 2021, are college athletes
20   allowed to be compensated for promotional
21   appearances?
22        A    They are.
23        Q    Okay.  What about their personal --
24   personal businesses, pers- -- pers- -- strike
25   that.
```



Page

```
 1              Personal businesses that advertise that
 2   they're, you know, a quarterback of an SEC
 3   football team?
 4         A    They can use themselves in that type of
 5   promotion.
 6         Q    Okay.  They couldn't do that before
 7   2021; correct?
 8         A    That's my understanding.  I think
 9   waivers allowed them to do things but didn't
10   create that kind of association that exists now.
11         Q    Okay.  And since 2021, a large variety
12   of college athletes have been compensated for each
13   of their NIL on social media?
14         A    I understand that based on,
15   essentially, media reports.  I'm not an expert on
16   their social media compensation.
17         Q    Okay.  Did you personally follow any
18   college athletes on social media: Twitter,
19   Instagram?
20         A    Not intentionally.
21         Q    Do you follow -- do you follow --
22   besides family members and friends, do you follow
23   anyone on Twitter and Instagram?
24         A    I don't have an Instagram account.  I
25   do have a Twitter account.  I do follow people
```



Page

1   other than friends and family.  Some media
2   entities; there's a few hundred -- I can't recite
3   them all -- writers, follow YouTube on Twitter.
4       Q    Okay.  I don't know if that's good for
5   your health to follow all the writers on --
6       A    Yeah.
7       Q    -- Twitter, but that's up to you.
8       A    Well, I have all my filters on so I
9   don't see as many comments as I once did.
10      Q    And in addition to what I just
11  mentioned, are there other NIL commercial
12  activities that you're aware of that college
13  athletes are engaging in?
14      A    I think you spoke to appearances in the
15  promotional piece.  You know, I've read about
16  charitable activities.  I think those are covered
17  under the promotional element.  Seeing
18  student-athletes in advertising, both video and
19  print, social media activities, that -- that would
20  be my range of expertise, but I don't know if it's
21  the full range of activities.
22      Q    Are you aware of any group NIL
23  licensing opportunities that have been made
24  available to SEC athletes?
25      A    I think --



Page

1      MR. FULLER:  Objection.
2      THE WITNESS:  I'm sorry.
3      Yeah, I think there's been efforts.
4  I'm not aware of anything specifically.
5      BY MR. SIEGEL:
6      Q    Okay.  And there are collectives of
7  individuals at SEC schools that have generated and
8  collected NIL deals for athletes at those schools?
9      A    That's a -- that's a question?
10     Q    Yes.
11          Is that true?
12     A    Yeah, there are collectives around our
13 programs and others.
14     Q    Okay.  And -- and they have offered NIL
15 deals to -- to college athletes?
16     MR. FULLER:  Objection.
17     THE WITNESS:  That's my understanding
18 based on reports.
19     BY MR. SIEGEL:
20     Q    Okay.  Have you seen reports that
21 collectives at Texas A&M, for example, have
22 generated more than $4 million in NIL deals for
23 A&M athletes since the rule changes?
24     A    Yeah, I don't know about that specific
25 amount.  I've seen different projections which



```
                                                              Page
 1   CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
 2              I, Dana C. Ryan, Registered Professional
 3   Reporter, Certified Realtime Reporter, the officer
 4   before whom the foregoing proceedings were taken
 5   do hereby certify that the foregoing transcript is
 6   a true and correct record to the best of my
 7   ability of the proceedings; that said proceedings
 8   were taken by me stenographically and thereafter
 9   reduced to typewriting under my supervision; and
10   that I am neither counsel for, related to, nor
11   employed by any of the parties to this case and
12   have no interest, financial or otherwise, in its
13   outcome.
14              IN WITNESS WHEREOF, I have hereunto set
15   my hand and affixed my notarial seal this 19th day
16   of September 2023.
17   My Commission expires:
18   November 23, 2024
19
20
21   
22   _____
23   NOTARY PUBLIC IN AND FOR THE
24   STATE OF ALABAMA
25
```

# ERRATA SHEET

Case Name: In Re: College Athlete NIL Litigation
Deposition Date: September 15, 2023
Deponent: Gregory Sankey

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 22 | 8 | specificity | specifically | Transcription error |
| 44 | 15 | with whom I chair | with whom I chaired | Transcription error |
| 53 | 12 | state-by-state basis barred | state-by-state basis and barred | Clarification |
| 59 | 28 | conference except for -- except | Conference. Except for – except | Transcription error |
| 59 | 21 | violations. The conference | violations, the conference | Transcription error |
| 75 | 9 | It do. | It does. | Transcription error |
| 79 | 6-7 | ████████ | ████████ | Misstatement in testimony. Declaration filed with court opposing class certification provides background and explanation. |
| 130 | 9-10 | of any our teams | of any of our teams | Transcription error |
| 138 | 20 | The state's | The states | Transcription error |
| 140 | 1 | that coach and activity | that coach activity | Transcription error |
| 148 | 5 | conversations about why | conversations about, wow | Transcription error |
| 148 | 8 | athletics' bubble | athletics bubble | Transcription error |
| 159 | 11 | and whose sample | and who's sampled | Transcription error |
| 161 | 14 | Marist poling | Marist polling | Transcription error |
| 166 | 20 | the site below | the cite below | Transcription error |
| 171 | 8 | associate commissioner for finances. I was | associate commissioner for finance. As I was | Transcription error |
| 199 | 11 | July 1st, 2025, | July 1st, 2024 | Correction |
| 204 | 25 | seen poling | seen polling | Transcription error |
| 206 | 24 | an indication of the sport | an indication of the support | Transcription error |
| 242 | 21-22 | "We've just talked about the financial piece with LSU's athletics director generally." | "We've just talked about the financial piece, not the potential for dropping sports, with LSU's athletics director generally." | Clarification of testimony regarding the scope of conversations with LSU's athletics director concerning plaintiffs' proposed damages model. |
| 278 | 23 | they're own | their own | Transcription error |
| 283 | 12 | pretty disperse | pretty dispersed | Transcription error |
| 296 | 11 | I'd to do | I'd have to do | Transcription error |
| 316 | 5 | Other there | Or they're | Transcription error |
| 316 | 6 | focus | focused | Transcription error |
| 316 | 8 | even on our campus | even on our campuses | Transcription error |
| 345 | 20 | in the direction | and the direction | Transcription error |
| 346 | 16 | me recollection | my recollection | Transcription error |
| 346 | 16 | that there was | if this was | Transcription error |

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 363 | 22 | bringing my mind to frequently | ring in my mind too frequently | Transcription error |

Gregory Sankey
October 30, 2023