# EXHIBITS 18 – 22 SUBMITTED UNDER SEAL