# EXHIBIT 23

# Over 10,000 players opt in to EA Sports College Football 25



Adam Rittenberg, ESPN Senior Writer
Mar 4, 2024, 10:00 AM ET

 Share  Like  339

More than 10,000 college football players have already opted in for EA Sports College Football 25, the new EA Sports video game set to launch this summer, which will feature the athletes and pay them through a name, image and likeness deal.

EA Sports reached 10,000 opt-ins Friday night, just eight days after opening the process to players at FBS programs, a spokesman for the company told ESPN. Each player who opts in to have their name, image and likeness used will receive $600 and a copy of the game, valued at around $70.

By surpassing 10,000 opt-ins, EA Sports has reached 87% of its goal for the game, which will feature teams with 85-man rosters.

"The response to the athlete opt-in opportunity for EA Sports College Football 25 has been phenomenal," Daryl Holt, senior vice president and group general manager for EA Sports' Tiburon Studios and American football division, said in a statement to ESPN. "In the little over one week, over 10,000 athletes across the FBS have opted-in to the offer with more saying 'yes' every hour. We're excited to welcome more athletes in the weeks ahead and to debut this first class of athletes in the game when it launches this summer."



**EDITOR'S PICKS**

Players can start opting in to new EA Sports game
12d Michael Rothstein

NIL, realignment and everything to know about the new EA Sports College Football game
12d Michael Rothstein

Notre Dame in EA Sports Football 25
14d Michael Rothstein

EXHIBIT 913
DESSER
JP 3/13

Although the roster size is in line with the scholarship limits for FBS teams, non-scholarship athletes can opt in through an app on their phone. Athletes set up a profile and review the offer before deciding whether or not to opt in. They must be on the current

roster have valid school email addresses to opt in. EA Sports is working with the schools to verify names.

Freshmen can opt in once they enroll in college. EA Sports is encouraging interested players to opt in by April, so that their name, image and likeness can be included when the game launches.

Athletes will receive annual payments throughout their college careers, and their individual licensing deals will be valid if they transfer during their college careers. They also can opt out of future EA Sports college football games if they choose.

The company spokesman told ESPN that more than 100 of college football's most recognizable players have opted in during the past week, including Colorado two-way star Travis Hunter, Texas quarterback Quinn Ewers, Georgia quarterback Carson Beck, Alabama quarterback Jalen Milroe and Oregon quarterback Dillon Gabriel.

EA Sports vice president of business development Sean O'Brien told ESPN last month that the company decided on the $600 payment after examining deals completed with other sports titles, including the Madden NFL series, the NHL series and the company's soccer game. EA Sports' college football deal comes with no expectation of services provided by the athlete and will be guaranteed regardless of the game's success.

*ESPN's Michael Rothstein contributed to this report.*