# EXHIBITS 24 – 27 SUBMITTED UNDER SEAL