# EXHIBIT 29

```
 1                 IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                           OAKLAND DIVISION

 4

 5   IN RE:                              *
                                         *  NO. 4:20-CV-03919 CW
 6                                       *
     COLLEGE ATHLETE NIL                 *
 7   LITIGATION                          *

 8

 9

10                  -------------------------------
                    ORAL AND VIDEOTAPED DEPOSITION OF
11                           ROBERT BOWLSBY
                             OCTOBER 24, 2023
12                  -------------------------------

13

14

15        ANSWERS AND DEPOSITION OF ROBERT BOWLSBY,

16   a witness produced at the instance of the

17   Plaintiff, taken in the above styled and

18   numbered cause, on the 24th day of October, 2023

19   from 9:20 a.m. to 12:42 p.m., before Gail

20   Spurgeon, a Certified Court Reporter in and for

21   the State of Texas, at the offices of Sidley &

22   Austin, 2021 McKinney Avenue, Suite 2000, City

23   of Dallas, County of Dallas, and State of Texas,

24   pursuant to the Federal Rules of Civil

25   Procedure.
```



```
 1   just sad.  And as I say, it was unnecessary.
 2          Q    (BY MR. GREENSPAN)  Is the principal
 3   benefit that conference alignment is intended to
 4   generate more TV money?
 5                 MS. ZAMBRANO:  Objection,
 6      form.
 7          A.   There are a number of reasons why
 8   conference realignment took place.  Some of them
 9   are pretty good reasons; some of them are not
10   very good reasons.  I think it depends a little
11   bit on the individual institution.  There are
12   those who were -- out of necessity, found
13   themselves transitioning to a different
14   conference.  There are those who -- who saw an
15   opportunity and sought it.  So I don't think
16   there's a way to give a broad-stroke answer to
17   that.  I think it's an individual institutional
18   assessment of what their needs are.
19          Q    (BY MR. GREENSPAN)  Do you agree that
20   pursuing media dollars is a significant factor
21   in conference realignment?
22                 MS. ZAMBRANO:  Objection,
23      form, asked and answered.
24          You can answer.
25          A.   It's a factor.
```



1   and the other eight, you'll play some of them
2   and some them you won't play.  Those are --
3   those are things that disrupt traditional
4   rivalries.  And traditional rivalries are a big
5   part of why fans turn out.
6           MR. GREENSPAN:  I'm going to
7   mark as Exhibit 646 the deposition of Robert A.
8   Bowlsby and this is from December 15, 2016.  So
9   the record is clear, this is his individual
10  deposition.  We took a 30(b)(6) deposition where
11  Mr. Bowlsby testified the same day.
12          (Exhibit No. 646 introduced.)
13      A.  Do you have a particular citation you
14  want me to --
15      Q.  (BY MR. GREENSPAN)  Yes, sir.  If you
16  could turn to page 39.  And if you look at line
17  6 to 14, I asked you a question.  You responded,
18  "I said that."  I'm going to read it for the
19  record and simply ask if you still agree with
20  this today.
21          "We've tried to legislate competitive
22  equity, and it really has never existed.  We win
23  more than 90 percent of the national
24  championships in those 65 schools, and it's been
25  that way for a very long time."



```
 1            Do you agree with that statement as
 2   you sit here today, Mr. Bowlsby?
 3       A.   I believe that it's correctly stated
 4   and I agree with -- and agree -- still agree
 5   with it today.
 6       Q.   And the 65 schools refer to the
 7   Autonomy 5 or the Power 5 schools?
 8       A.   Generally speaking.
 9       Q.   Okay.
10              MR. GREENSPAN:  I'm going
11        to mark next as 647 a document with
12        the Bates stamp BIGTEN-NIL 391645.
13              THE WITNESS:  Are we
14        finished with this one or --
15              MR. GREENSPAN:  Yes.
16              THE WITNESS:  -- are we
17   going     to go back to that one?
18              MR. GREENSPAN:  We may.
19              THE WITNESS:  Okay.
20        Should I just keep it here?
21              MR. GREENSPAN:  Sure.
22         (Exhibit No. 647 introduced.)
23       Q    (BY MR. GREENSPAN)  And the -- the
24   subject of the document is Football Media Days
25   Briefing Book Example.
```



1            So it's -- it's correct, then, that a
2    school can be Title IX compliant not with
3    spending more money on men's sports than women's
4    sports?
5            MS. ZAMBRANO:  Objection,
6       form.
7       A.   It is correct that you can be in
8    complete compliance without spending the same
9    amount of money on both -- both genders.
10      Q.   (BY MR. GREENSPAN)  Okay.
11      A.   See how easy that was.
12      Q.   Did you?
13           Mr. Bowlsby, to your -- to your
14   knowledge, were Big 12 member schools all
15   Title IX compliant during your time as
16   commissioner?
17      A.   I don't have specific knowledge
18   because we didn't -- we didn't seek those --
19   those numbers.  And it's not all numbers but
20   it's -- a lot of it is numbers.  But my
21   understanding is that all -- all of our members
22   are Title IX compliant.  But it's an
23   institutional responsibility, you understand,
24   not a -- not a conference responsibility.
25      Q.   I understand. Do you have any



```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                        OAKLAND DIVISION

 4

 5    IN RE:                         *
                                     *  NO. 4:20-CV-03919 CW
 6                                   *
      COLLEGE ATHLETE NIL            *
 7    LITIGATION                     *

 8

 9                    REPORTER'S CERTIFICATION
              ORAL AND VIDEOTAPED DEPOSITION OF
10                       ROBERT BOWLSBY
                        OCTOBER 24, 2023
11

12
              I, GAIL SPURGEON, Certified
13    Shorthand Reporter in and for the State of
      Texas, hereby certify to the following:
14
              That the foregoing deposition of
15    ROBERT BOWLSBY was reported by me
      stenographically at the time and place
16    indicated, said witness having been placed under
      oath by me, and that the transcript is a true
17    record of the testimony given by the witness;
              I further certify that pursuant to
18    FRCP Rule 30(f)(1) that the signature of the
      deponent:
19            X  was requested by the deponent or
      a party before the completion of the deposition
20    and is to be returned within 30 days from date
      of receipt of the transcript.  If returned, the
21    attached Changes and Signature Page contains any
      changes and the reasons therefor;
22            _____ was not requested by the
      deponent or a party before the completion of the
23    deposition;
           I further certify that the amount of time
24    used on the record:
      DAVID L. GREENSPAN - 2:18
25    ANGELA ZAMBRANO - 0:27
```



```
 1        I further certify that I am neither
    counsel for, related to, nor employed by any of
 2  the parties or attorneys in the action in which
    this proceeding was taken, and further that I am
 3  not financially or otherwise interested in the
    outcome of the action.
 4
            Given under my hand this the 25th
 5  day of October, 2023.

 6

 7  _____
    GAIL SPURGEON
 8  Texas CSR 1718
    Expires: 11/30/24
 9  CRF-286
    Esquire Deposition Solutions, LLC
10  3838 Oak Lawn Avenue
    Suite 1000
11  Dallas, Texas  75219
    404.443.7134
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



# ERRATA SHEET FOR DEPOSITION TRANSCRIPT OF
*Robert Bowlsby*
*Deposition Date: October 24, 2023*
*In Re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW*

| Page | Lines | Transcript Text | Corrected Text | Reason for Change |
|---|---|---|---|---|
| 9 | 5 | "I did not." | "I did not go back and review any of the testimony I gave in the Alston litigation." | Clarification based on inaccuracy in question ("Austin" rather than "Alston") |
| 14 | 3 | "counsel" | "Council" | Transcription Error |
| 25 | 14 | "counsel" | "Council" | Transcription Error |
| 32 | 23 | "they" | "there" | Transcription Error |
| 59 | 16 | "Wilkins'" | "Wilken" | Transcription Error |
| 60 | 25 | "asked" | "answered" | Transcription Error |
| 77 | 6 | "work way" | "work your way" | Transcription Error |
| 77 | 10 | "is a for a" | "is for a" | Transcription Error |
| 78 | 16 | "million -- nor 110" | "million -- 110" | Transcription Error |
| 82 | 25 | "calories" | "salaries" | Transcription Error |
| 87 | 3 | "institutions" | "institution" | Transcription Error |
| 92 | 1 | "costs money" | "costs more money" | Transcription Error |
| 102 | 12 | "one starts" | "one that starts" | Transcription Error |
| 110 | 24 | "develop" | "development" | Transcription Error |
| 117 | 25 | "Of" | "Or" | Transcription Error |

I, Robert Bowlsby, do hereby certify that I have read my deposition transcript dated October 24, 2023. The changes and corrections to my deposition transcript set forth above are necessary to render the same true and correct. Having made such changes, I hereby subscribe my name to the deposition. I declare, under penalty of perjury that the foregoing is true and correct.

Executed this ___7th___ day of December, 2023, at ___Dallas, TX___
                                                                                   (City/State)

*/s/ Robert Bowlsby*
Robert Bowlsby

1