# EXHIBIT 30

# NCAA.org



A letter to student-athletes from Charlie Baker
Media Center
Posted: 12/19/2023 1:00:00 PM

Dear student-athletes:

Quite a lot has been going on the past several weeks. I recently shared a proposal with Division I membership that is a positive step to modernize college sports in an equitable fashion and best support your academic and athletic success. I'm grateful to see that media coverage has focused on how this self-directed modernization is centered around doing what is best for you, the student-athlete. Importantly, this proposal builds on the recent adoption of the holistic model for all Division I student-athletes.

This proposal is not set in stone. It's a working document that requires continued dialogue. It needs feedback and engagement from those this would directly affect — you. I am pleased the memo has kicked open the doors of conversation and that I've had many reach out with ideas and alternatives. With everyone I've talked to, I've encouraged them to be open-minded and practical in this long-overdue conversation to address several key issues in college sports.

That said, there are a couple of things we want to accomplish:

   1. We want all Division I colleges and universities to offer student-athletes any level of enhanced educational benefits they deem appropriate.

EXHIBIT 928

2. The rules should allow for any Division I school, at their choice, to enter into name, image and likeness licensing opportunities with their student-athletes.

In addition, my proposal would create or reimagine a subdivision within Division I for institutions that have the most resources to invest in their student-athletes. Suggested parameters of this subdivision are:

1. Complying with Title IX, invest at least $30,000 per year into an enhanced educational fund for at least half of the school's eligible student-athletes.
2. Work with peer institutions in this subdivision to create rules that may differ from the other rules in place in Division I. Those rules could offer different policies surrounding areas like scholarships, roster limits, recruiting, transfers and NIL.

I think these changes also will enhance the opportunities available to all Division I student-athletes and help level the playing field between men and women student-athletes because schools will have to adhere to existing gender equity regulations as they invest in their athletics programs. It will take continued financial and organizational support to continue fueling the rise of women's sports.

Giving schools more latitude to determine how they can best support their student-athletes and the ability to be more directly involved in NIL licensing programs is a big step in the right direction for everyone.

College sports face many challenges, and while my proposal will help address some of those, the NCAA cannot address each one alone. We must continue to partner with Congress to prevent student-athletes from being considered employees of a school and must have the authority to make nationwide rules without endless legal challenges. I am proud that so many student-athletes are joining us in our work with Congress. Thank you! We will continue to need your voice in Washington, D.C.

It's no secret that the growing financial gap between the highest-resourced colleges and universities and other schools in Division I has created a new series of challenges. As I'm sure you are aware, competitive and financial challenges are only further complicated by ever-evolving NIL and Transfer Portal rules.

That's why we — the NCAA — are offering our own vision while making certain we sustain the best elements of the student-athlete experience.

Smaller clusters of similar athletics departments determining appropriate benefit levels for their student-athletes will also create more competitive balance, while helping to protect those passionate rivalries and maintain current access to national championship events.

I'm sure most of us know someone who wouldn't have gone to college, much less graduated from college, if it weren't for college sports. Maybe that describes you. This is important work. I think college sports offer some of the best opportunities for personal growth. They create lifelong friendships and memories. They teach about hard work, accountability, perseverance and confidence. I am a firm believer that being a student-athlete is transformational, and we want to help schools provide you with the best student-athlete experience possible.

Of course, now comes the hard part — taking these concepts and turning them into policies — something that will take us beyond the NCAA Convention coming up in January.

Consider the memo a conversation starter. These topics have been discussed ad nauseum in press conferences, locker rooms and school offices across the country. Open social media, turn on the TV or listen to members of Congress, the debate is constant. It's now time to do something. Make your voice heard and be part of the solution that shapes the future of college sports.

I want your thoughts and opinions. If you have feedback on this proposal, please email projectd1@ncaa.org or provide comments here: Project D1 Feedback.

There's work to do, and we should do it together.
Copyright ©2024 NCAA.org