# EXHIBIT 31

```
1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                       OAKLAND DIVISION

4                 Case No. 4:20-cv-03919-CW

5    IN RE COLLEGE ATHLETE NIL

6    LITIGATION

7

8                  Videotape Deposition of
                       James J. Phillips
9                     October 10, 2023
                        At 9:36 a.m.
10

11

12

13

14

15

16

17

18

19   Reported by LeShaunda Cass-Byrd, CSR, RPR

20

21

22

23

24

25
```



```
 1        Q.     Do you have any view as to whether or not
 2   the NCAA rule change -- changes relating to NIL in
 3   July of '21 have had any impact at all on consumer
 4   interest and college athletics?
 5             MR. YATES:  Object to form.
 6             THE WITNESS:  I don't -- I don't
 7        think everybody loves it.  I don't.  I
 8        think there's some purests that believe
 9        that maybe it shouldn't be in there.  I
10        take a different view on that, on name,
11        image and likeness.  But I can't say that
12        everybody I've ever talked to in the last
13        two years, 100 percent everybody loves it.
14   BY MR. FEHER:
15        Q.     Okay.  In terms of when you said you take a
16   different view on that, what do you mean?
17        A.     I'm supportive of name, image and likeness
18   and I think the record has shown that from -- from the
19   beginning.  But it's not meant to be an inducement,
20   it's not meant to be a payment by the schools to
21   student athletes.  It's about young people having a
22   chance to monetize their name, image, talents in a way
23   that they haven't had before in the history of -- of
24   the NCAA.
25             And I can just say my position is, I've
```



1   been fighting for and always have as well, but I'll
2   speak for myself, fighting for a natural
3   standardization of that, that makes sense across
4   sports that are played intra and intrastate in a -- in
5   a way that this disparative kind of rules have caused
6   some imbalanced in the system.  But I believe it's
7   a -- it's a great thing for student athletes and a --
8   and a positive addition to the modernization of
9   college athletics.
10      Q.   Okay.  And why do you think it's a great
11  thing for student athletes?
12      A.   I would -- I would just say these are
13  really, you know, talented young people and -- and if
14  they have the interest and the desire to spend time in
15  that space and -- and market themselves and -- and
16  create an opportunity for them to provide services
17  and -- and be compensated in return, it makes sense.
18      Q.   Okay.  And before the NCAA rule change in
19  July of 2021, were you supportive in terms of opening
20  up the NCAA rules relating to name, image and likeness
21  compared to what they were in that pre-20 -- July of
22  2021 time period?
23           MR. YATES:  Object to form.
24  BY MR. FEHER:
25      Q.   And by opening up, I mean making it so that



1     Q.     Yeah.
2     A.     I don't believe so.
3     Q.     Okay.  Are you aware of any studies or
4  analyses -- no.
5            Are you aware of any studies or analyses,
6  as to whether the NCAA's July 2021 NIL rules have had
7  any kind of negative impact on competitive balance in
8  NCAA athletic contests?
9     A.     In contests, no, but.  I would be remiss if
10 I didn't say that I hear it or feel it from individual
11 institutions relative to others having advantages,
12 recruiting advantages and a more lenient NIL
13 opportunities in their particular school.  So, you
14 know, there's a feeling in the -- in the coaching
15 industry and -- and that there is some imbalanced
16 there.  What some can do, others can't.
17    Q.     Any studies or analyses of that?
18           That's a no?
19    A.     No.
20    Q.     Okay.  Do you have any sense at all as
21 to -- well, let me ask you a different question.
22           Are you aware that there is an issue in
23 this case regarding what portion of broadcast revenues
24 might be attributable to student athlete NIL in --
25 well, let me just say it again and just leave it



```
 1                    REPORTER'S CERTIFICATE
 2         I, LESHAUNDA CASS-BYRD, CSR No. B-2291, RPR,
 3   Registered Professional Reporter, certify that the
 4   foregoing proceedings were taken before me at the time
 5   and place therein set forth, at which time the witness
 6   was put under oath by me;
 7         That the testimony of the witness, the questions
 8   propounded, and all objections and statements made at
 9   the time of the examination were recorded
10   stenographically by me and were thereafter
11   transcribed;
12         That the foregoing is a true and correct
13   transcript of my shorthand notes to taken.
14   I further certify that I am not a relative or employee
15   of any attorney or the parties, nor financially
16   interested in the action.
17         I declare under penalty of perjury under the laws
18   of North Carolina that the foregoing is true and
19   correct.
20         Dated this October 12, 2023.
21
22   
23         LESHAUNDA CASS-BYRD, CCR-B-2291, RPR
24
25
```

# ERRATA SHEET FOR DEPOSITION TRANSCRIPT OF
*James J. Phillips*
*Deposition Date: October 10, 2023*
*In Re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW*

| Page | Lines | Transcript Text | Corrected Text | Reason for Change |
|---|---|---|---|---|
| 10 | 2 | Philips | Phillips | Transcription Error |
| 10 | 14-16 | It's a position that you also served on the president cabinet | It's a position that you also served on while on the president's cabinet | Transcription Error; Clarity of Point Being Made |
| 11 | 19 | turnkey | Turnkey | Transcription Error |
| 12 | 3-4 | I didn't know experiences | I didn't know what experiences | Transcription Error |
| 14 | 11 | all 500, 25 or so | all 525 or so | Transcription Error |
| 15 | 1-2 | administrators and the | administrators that the | Transcription Error |
| 21 | 5 | gambit | gamut | Clarification |
| 21 | 8 | gambit | gamut | Clarification |
| 25 | 12-13 | we've talked about so much | we've talked so much | Transcription Error |
| 26 | 7-9 | purests | purists | Typo |
| 27 | 2 | natural | national | Transcription Error |
| 27 | 4 | intrastate | interstate | Transcription Error |
| 27 | 4-6 | in a way that this disparative kind of rules have caused some imbalanced in the system. | in a way that these disparate kinds of rules have caused some imbalance in the system. | Transcription Error; Clarity of Point Being Made |
| 28 | 9 | athlete | athletes | Transcription Error |
| 28 | 25 | And that we had a standardization. | And that we had a national standardization. | Transcription Error |
| 30 | 3-4 | or a piece that's comes into the system | or a piece that has come into the system | Transcription Error; Clarity of Point Being Made |
| 31 | 9-10 | NCAA work conference level | NCAA or conference level | Transcription Error |
| 33 | 17 | make be money | make money | Transcription Error |
| 34 | 21-22 | there is subcommittees | there are subcommittees | Transcription Error |
| 36 | 11 | NIL actively | NIL activity | Transcription Error |
| 38 | 11-13 | support for institutions for student athletes | support from institutions to student athletes | Clarity of Point Being Made |
| 39 | 22 | in spirit | in the spirit | Transcription Error |

| 42 | 14-15 | | | Transcription Error |
|---|---|---|---|---|
| 42 | 19-20 | | | Typo |
| 42 | 21-22 | | | Transcription Error |
| 42 | 24 | | | Transcription Error |
| 42 | 25 | | | Transcription Error |
| 43 | 2-3 | | | Typo |
| 43 | 6 | | | Transcription Error |
| 44 | 5-6 | | | Transcription Error |
| 47 | 5 | | | Transcription Error |
| 50 | 9 | incite | insight | Transcription Error |
| 50 | 14-15 | sharing the NCAA counsel | chairing the NCAA council | Transcription Error |
| 51 | 10 | So it seem to | So it seemed | Transcription Error |
| 54 | 18 | allegation | allocation | Transcription Error |
| 54 | 22-23 | revenues for the conference | revenues of the Conference | Transcription Error |
| 54 | 25 | conference | Conference | Transcription Error |
| 55 | 1 | and there remain | and the remaining | Transcription Error |
| 55 | 3 | revenue shall be deemed to be an attributable | revenues shall be deemed to be attributable | Transcription Error |
| 57 | 16-17 | | | Transcription Error |
| 57 | 24 | | | Transcription Error |
| 57 | 35 | | | Transcription Error |
| 58 | 2 | | | Transcription Error |
| 58 | 3 | | | Transcription Error |
| 59 | 5 | | | Transcription Error |
| 59 | 7 | | | Transcription Error |
| 59 | 9-10 | | | Transcription Error |
| 60 | 16-17 | that very supportive | we are very supportive | Clarity of Point Being Made |
| 60 | 19 | likeness has to be done in a way that | likeness but it has to be done in a way that | Clarity of Point Being Made |

2

| 60 | 22-23 | there is some checks and balances | there are some checks and balances | Clarity of Point Being Made |
|---|---|---|---|---|
| 63 | 3 | ■ | ■ | Typo |
| 63 | 6 | ■ | ■ | Transcription Error |
| 63 | 6 | ■ | ■ | Transcription Error |
| 63 | 11-12 | ■ | ■ | Transcription Error |
| 63 | 14 | ■ | ■ | Transcription Error |
| 63 | 18 | ■ | ■ | Transcription Error |
| 63 | 22 | ■ | ■ | Transcription Error |
| 64 | 21 | ■ | ■ | Transcription Error |
| 65 | 3-4 | ■ | ■ | Transcription Error |
| 65 | 9 | ■ | ■ | Transcription Error |
| 66 | 6-8 | ■ | ■ | Transcription Error |
| 71 | 2 | ■ | ■ | Transcription Error |
| 72 | 15 | ■ | ■ | Transcription Error |
| 71 | 3 | ■ | ■ | Transcription Error |
| 74 | 8 | Amy Ocolluough | Amy Yakola | Transcription Error |
| 74 | 9 | Vanterio | Ben Tario | Transcription Error |
| 78 | 20 | ■ | ■ | Transcription Error |
| 81 | 1 | ■ | ■ | Transcription Error |
| 85 | 5 | ■ | ■ | Transcription Error |
| 85 | 13 | ■ | ■ | Transcription Error |
| 86 | 9 | ■ | ■ | Transcription Error |
| 94 | 7 | ■ | ■ | Transcription Error |
| 98 | 10 | ■ | ■ | Transcription Error |
| 98 | 12 | ■ | ■ | Clarity of Point Being Made |
| 98 | 12-13 | ■ | ■ | Transcription Error |
| 98 | 16-17 | ■ | ■ | Transcription Error |
| 98 | 22 | ■ | ■ | Transcription Error |
| 99 | 6 | ■ | ■ | Transcription Error |
| 99 | 17 | ■ | ■ | Transcription Error |

3

| | | | | |
|---|---|---|---|---|
| 99 | 22 | ▮ | ▮ | Transcription Error |
| 100 | 9 | ▮ | ▮ | Transcription Error; Clarity of Point Being Made |
| 100 | 20 | ▮ | ▮ | Transcription Error |
| 102 | 16-17 | ▮ | ▮ | Transcription Error; Clarity of Point Being Made |
| 102 | 20 | ▮ | ▮ | Transcription Error |
| 106 | 12 | ▮ | ▮ | Transcription Error |
| 106 | 15 | ▮ | ▮ | Transcription Error |
| 106 | 17 | ▮ | ▮ | Transcription Error |
| 106 | 18 | ▮ | ▮ | Transcription Error |
| 112 | 4 | propose new governance model that allow | propose a new governance model that allows | Transcription Error |
| 112 | 5 | may | must | Transcription Error |
| 113 | 2 | monetization | modernization | Transcription Error |
| 117 | 6 | ▮ | ▮ | Transcription Error |
| 118 | 2 | ▮ | ▮ | Transcription Error |
| 122 | 14 | ▮ | ▮ | Typo |
| 127 | 10-11 | higher affordability affordable | higher ed affordability affordable | Transcription Error |
| 131 | 5 | ▮ | ▮ | Transcription Error |
| 132 | 15 | ▮ | ▮ | Transcription Error |
| 134 | 2 | expected to the committee | expected the committee | Transcription Error |
| 134 | 19 | served | serve | Transcription Error |
| 138 | 5 | ▮ | ▮ | Transcription Error |
| 138 | 9 | ▮ | ▮ | Transcription Error |
| 139 | 9 | ▮ | ▮ | Transcription Error |
| 139 | 19-20 | ▮ | ▮ | Transcription Error |
| 141 | 7 | Austin | Alston | Transcription Error |
| 141-142 | 2 | eternal | internal | Transcription Error |
| 142 | 19-20 | Mischaracterizes? | Mischaracterizes. | Transcription Error |
| 145 | 9 | ▮ | ▮ | Transcription Error |
| 147 | 5 | ▮ | ▮ | Transcription Error |
| 147 | 7 | ▮ | ▮ | Transcription Error |
| 148 | 12 | ▮ | ▮ | Transcription Error |

| Page | Line | From | To | Reason |
|---|---|---|---|---|
| 149 | 4 | ■ | ■ | Transcription Error |
| 149 | 4 | ■ | ■ | Transcription Error |
| 149 | 7 | ■ | ■ | Transcription Error |
| 149 | 10 | ■ | ■ | Transcription Error |
| 150 | 3 | ■ | ■ | Typo |
| 150 | 6 | ■ | ■ | Transcription Error |
| 150 | 15 | ■ | ■ | Transcription Error |
| 150 | 18 | ■ | ■ | Transcription Error |
| 150 | 19 | ■ | ■ | Transcription Error |
| 150 | 22 | ■ | ■ | Transcription Error |
| 152 | 9 | ■ | ■ | Transcription Error |
| 153 | 8 | ■ | ■ | Transcription Error |
| 153 | 11 | ■ | ■ | Transcription Error |
| 159 | 19 | ■ | ■ | Transcription Error |
| 166 | 10 | elective official | elected official | Transcription Error |
| 166 | 12-13 | ■ | ■ | Transcription Error |
| 167 | 16 | ■ | ■ | Transcription Error |
| 167 | 17 | ■ | ■ | Transcription Error |
| 167 | 21 | ■ | ■ | Transcription Error |
| 167 | 23 | ■ | ■ | Transcription Error |
| 168 | 1 | ■ | ■ | Transcription Error |
| 172 | 18 | I don't like skirt laws | I don't like to skirt laws | Transcription Error |
| 173 | 21 | conferences that enters | conference as it enters | Transcription Error |
| 185 | 4 | ■ | ■ | Transcription Error |
| 184 | 10-11 | ■ | ■ | Transcription Error |
| 186 | 17-18 | ■ | ■ | Transcription Error |
| 187 | 1 | ■ | ■ | Transcription Error |
| 187 | 3-4 | ■ | ■ | Transcription Error |
| 187 | 16 | support | sport | Transcription Error |
| 198 | 24 | ■ | ■ | Typo |
| 199 | 13 | ■ | ■ | Transcription Error |
| 199 | 17 | ■ | ■ | Typo |
| 202 | 14 | ■ | ■ | Transcription Error |
| 205 | 9 | compared to 1920 | compared to '19, '20 | Transcription Error |
| 205 | 22 | ■ | ■ | Transcription Error |
| 206 | 7-8 | ■ | ■ | Transcription Error |

I, James J. Phillips, do hereby certify: that I have read my deposition transcript dated October 10, 2023; that the changes and corrections to my deposition transcript set forth above are

5

necessary to render the same true and correct; that having made such changes, I hereby subscribe my name to the deposition. I declare, under penalty of perjury that the foregoing is true and correct.

Executed this __21__ day of November, 2023 at __Charlotte, NC__ .
(City/State)

_____
James J. Phillips