# EXHIBIT 33



https://twitter.com/NicoleAuerbach/status/1763676677194895598?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1763676677194895598%7Ctwgr%5E8e0127e8045c268e7c533ae33197bf6ff5c3dc5c%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Fbleacherreport.com%2Farticles%2F10111357-ncaa-pauses-investigations-into-nil-violations-following-lawsuit-injunction



To NCAA member institutions:

NCAA staff have been working with the DI Board of Directors, Board of Governors and membership since a federal judge entered a preliminary injunction in the case brought by Tennessee and Virginia attorneys general.

And while we are eager to work with the attorneys general who brought the suit to reach a common understanding, we must move forward and provide as much clarity and stability as possible now.

In response to this latest order, the Division I Board of Directors directed NCAA enforcement staff to pause and not begin investigations involving third-party participation in NIL-related activities. There will be no penalty for conduct that occurs consistent with the injunction while the injunction is in place. I agree with this decision, while the progress toward long-term solutions is underway and while we await discussions with the attorneys general. In circumstances that are less than ideal, this at least gives the membership notice of the board's direction related to enforcement.

The judge's order also upheld three specific NCAA policies that remain in effect and will be enforced by NCAA staff:

- The prohibition on pay-for-play/payment for specific athletics performance.
- The prohibition on direct institutional payment for NIL.
- The quid pro quo requirement.

The proposals related to student-athlete protections adopted in January remain on track for an Aug. 1 effective date. Also, this injunction and the NCAA's response are effective for all of Division I.

I realize pausing NIL-related enforcement while these other bylaws are upheld by the injunction will raise significant questions on campuses. This is precisely why a DI meeting room, not a courtroom, is the best place to change NCAA policy. This is the only practical response to the injunction at this time, and we hope the attorneys will work with us to clarify next steps. Additionally, the DI Board, NIL working group and NCAA staff are fully aware of the need to bring about clarity for the role of institutions as soon as possible. In fact, the council introduced a proposal in January intended to clarify the role of schools in NIL matters. That proposal will be on the council and board agendas this April.

The reason I took this job is to work with all of you to bring about positive change for student-athletes. Guaranteed health care, guaranteed scholarships, guaranteed support to complete a degree — administrators and student-athletes made these positive changes reality in the last year. More needs to be done, and that's why I proposed to transform the Division I model while delivering more benefits to student-athletes. It's why the NIL working group and many other members are working on additional improvements. These are issues college sports leaders must resolve with student-athletes soon, and as NCAA president, I am committed to working with all stakeholders to find consensus and move forward.

*Charlie Baker* [signature]

Charlie Baker, NCAA President