# EXHIBITS 34 – 36 SUBMITTED UNDER SEAL