# EXHIBIT 43

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    OAKLAND DIVISION

4

5

6

7    IN RE: COLLEGE ATHLETE NIL LITIGATION

8    Case No. 4:20-CV-03919-CW

9

10

11

12

13

14    DEPOSITION TRANSCRIPT OF

15    CHARLIE HUSSEY

16    August 23, 2023

17    8:30 a.m.

18

19

20    The deposition of CHARLIE HUSSEY was

21    taken before Sarah Stimpson, CCR, RPR, on

22    August 23, 2023, by Jeanifer Parsigian, Esq.,

23    commencing at approximately 8:30 a.m., at the

24    offices of Lightfoot Franklin, in Birmingham,

25    Alabama.



1  it would have been prior to this date,

2  obviously.

3      Q.   Do you know if it was prior to this

4  date or concurrent with this amendment being

5  signed?

6      A.   I don't remember.  I don't remember.  I

7  mean, let me think just a second.  The summer

8  of '21 -- it would be -- you know, the vote

9  would obviously occur fairly close to this date

10 for the amendment.

11     Q.   Why is that?

12     A.   These processes, typically once this

13 happens, move pretty quickly.  So, Texas and

14 Oklahoma would ask for the membership -- ask

15 for membership into the SEC.  Our presidents

16 and chancellors would consider that and take

17 action, and then we would formalize it to an

18 amendment.

19

20

21

22

23

24

25



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19          MR. FULLER:  Object to the form.  If

20    you understand the question, go ahead.  I was

21    objecting to the word "make," but whatever.

22        A.    Yes.

23        Q.    Okay.  And was ESPN consulted --

24          MS. PARSIGIAN:  Strike that.

25
```



800.211.DEPO (3376)
*EsquireSolutions.com*



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25


ESQUIRE
DEPOSITION SOLUTIONS









```
 1

 2

 3

 4

 5

 6          MR. FULLER:  Can I make a suggestion?

 7  Can you and I go outside, and I'll tell you

 8  what I think he's saying -- so I don't coach

 9  him.  Because I think we can make this go a lot

10  faster if you understand what he's saying,

11  because you guys are not communicating.

12          MS. PARSIGIAN:  Okay.

13          MR. FULLER:  Yeah.  Let's go off the

14  record a minute.  You just stay right there,

15  Charlie.

16          THE VIDEOGRAPHER:  Off the record at

17  10:17.

18

19          (At which time, a brief recess was

20          taken.)

21

22          THE VIDEOGRAPHER:  Back on the record

23  at 10:19.

24

25
```





```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18      Q.   Let me ask you, is this document kept
19   in the regular course of business?
20      A.   Yes.
21
22
23
24
25
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20     Q.    Are your revenues currently over a
21  billion dollars annually?
22          MR. FULLER:  Did you -- did you say a
23  billion or a million?
24     A.    Billion.
25          MS. PARSIGIAN:  A billion.  I'm pretty
```



```
 1   confident they are over a million.
 2            MR. FULLER:  That's what I thought.
 3        A.   If it's a million, I could say yes,
 4   but, you know, they're close.  If they're not
 5   over, they're close.
 6        Q.   Okay.  Do you expect them to be over a
 7   billion dollars in the next few years?
 8        A.   Yes.
 9        Q.   Okay.  Did you engage a media
10   consultant in relation to the addition of Texas
11   and Oklahoma to the Conference?
12        A.   We did not secure an additional
13   consultant.  We continue to have consulting
14   from CAA Evolution Media in the media space,
15   but there was not a new consultant.
16        Q.   So, they consulted on this agreement?
17        A.   Yes.
18        Q.   Did you hire any other consultants in
19   considering the potential new members on any --
20        A.   No, no.
21        Q.   Okay.
22            MS. PARSIGIAN:  I'm going to ask the
23   court reporter to mark the --
24        A.   Thank you.
25
```



```
 1              C E R T I F I C A T E

 2

 3    STATE OF ALABAMA

 4    AT LARGE

 5

 6         I hereby certify that the above and
      foregoing deposition of CHARLIE HUSSEY was
      taken down by me in stenotype and the questions
 7    and answers thereto were transcribed by means
      of computer-aided transcription; transcribed by
 8    me or overseen by me, and that the foregoing
      represents a true and correct transcript of the
 9    testimony given by said witness upon said
      hearing.
10
           I further certify that I am neither of
11    counsel, nor of kin to the parties to the
      action, nor am I in anywise interested in the
12    result of said cause.

13         I further certify that I am duly licensed
      by the National Court Reporters Association as
14    a Registered Professional Reporter and by the
      Alabama Board of Court Reporting as a Certified
15    Court Reporter as evidenced by the NCRA and
      ACRA numbers following my name found below.
16

17         So certified on this date, August 23, 2023.

18

19                   /s/ Sarah Stimpson
                     Sarah Stimpson, CCR, RPR
20                   NCRA No. 45087, AL No.612
                     Commissioner and Notary Public
21                   Alabama State at Large

22

23    My Commission Expires:  September 30, 2023

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

**ERRATA SHEET**

Case Name: In Re: College Athlete NIL Litigation
Deposition Date: August 23, 2023
Deponent: Charlie Hussey

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 6 | 18 | of on behalf | on behalf | Transcription error |
| 6 | 16-17 | within then (inaudible) of | with the Sidley law firm of | Clarification |
| 7 | 10-11 | e-mails after deposition | e-mails after the deposition | Transcription error |
| 8 | 5 | you plead state | you please state | Transcription error |
| 16 | 3 | president | presidents | Transcription error |
| 17 | 23 | continuous | contiguous | Transcription error |
| 19 | 5 | so it's becomes | so it becomes | Transcription error |
| 21 | 12 | Wolmack | Womack | Transcription error |
| 32 | 25 | mostly fully distributed | fully distributed at launch | Clarification |
|  |  | ███████████████████ | ████████ |  |
| 36 | 25 | Jean | Jen | Transcription error |
|  |  | ███████████████████ | ████ |  |
| 87 | 1 | Plaintiff's Exhibit 123 | Plaintiffs' Exhibit 124 | Transcription error |
| 102 | 20 | Olympics | Olympic | Transcription error |
| 102 | 22 | invested to have | invested in having | Clarification |
| 117 | 12 | it's not | it is | Clarification |
| 122 | 22:23 | a bearing on paying the NIL is more | a bearing on whether paying the NIL creates more | Clarification |
| 138 | 11 | Correct | Correct for championship events | Clarification |
| 140 | 16 | corporation | incorporation | Transcription error |
| 145 | 7 | nonamateur | A nonamateur | Transcription error |
| 148 | 18 | funds | if you know | Transcription error |
| 153 | 19 | I don't anything | I don't know anything | Clarification |

_____
Charlie Hussey
October 3, 2023