# EXHIBIT 44

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                     OAKLAND DIVISION
 4
 5   GRANT HOUSE and SEDONA
 6   PRINCE, on behalf of
 7   themselves and all others
 8   similarly situated,
 9            Plaintiffs,
10    -vs-                      No:   4:20-cv-03919
11   NATIONAL COLLEGIATE ATHLETIC
12   ASSOCIATION; PAC-12 CONFERENCE;
13   THE BIG TEN CONFERENCE, INC.;
14   THE BIG TWELVE CONFERENCE, INC.;
15   SOUTHEASTERN CONFERENCE; and
16   ATLANTIC COAST CONFERENCE,
17            Defendants.
18   _____/
19   Pages 1 - 66.
20   The deposition of JORDAN ACKER,
21   taken at 17000 West Ten Mile Road, Suite 200
22   Southfield, Michigan,
23   commencing at 1:03 p.m.
24   Monday, October 16, 2023
25   before Ann L. Bacon CSR-1297.
```



```
 1         I think that is not a coincidence, no.
 2    Q.   So you think that the University of Michigan
 3         football's success, Go Blue as it were, has
 4         impacted applications to the university?
 5    A.   I do, yes.
 6    Q.   Are you familiar with recent changes in conference
 7         makeup across the Power Five conferences?
 8    A.   I am.
 9    Q.   Do you agree that television revenues drove
10         those changes?
11    A.   Absolutely, yes.
12              MR. YATES:  Objection to form, lack of
13         foundation.
14              MR. ANDRES:  Just give the lawyers a
15         chance to object.
16    A.   I know.  It's my worst lawyer habit.  I'm sorry.
17         I apologize.
18              MR. YATES:  No, no problem at all.
19    Q.   (Continuing, by Ms. Parsigian) Do you agree that
20         the conference realignment that's taken place
21         will increase the travel time for student-athletes?
22              MR. YATES:  Objection to form.
23    A.   I do.
24    Q.   (Continuing, by Ms. Parsigian) Can you give an
25         example of how it might increase the travel time
```



```
1   STATE OF MICHIGAN)
                     )
2   COUNTY OF MACOMB )
```

3      I, Ann L. Bacon, a Notary Public in and for
4   the above county and state, do hereby certify
5   that the witness, whose attached deposition was
6   taken before me in the entitled cause on the
7   date, time and place hereinbefore set forth, was
8   first duly sworn to testify to the truth, and
9   nothing but the truth; that the testimony
10  contained in said deposition was reduced to
11  writing in the presence of said witness by means
12  of stenography; that said testimony was
13  thereafter reduced to written form by mechanical
14  means; and that the deposition is, to the best
15  of my knowledge and belief, a true and correct
16  transcript of my stenographic notes so taken.
17     I further certify that the signature to and
18  the reading of the deposition by the witness was
19  waived by counsel for the respective parties
20  hereto; also, that I am not of counsel to either
21  party or interested in the event of this case.

22

23  _____
24  Ann L. Bacon, Notary Public, Macomb County
    Acting in Oakland County
25  My commission expires: 6/29/29

# ERRATA SHEET

**NAME OF CASE:** *In Re College Athlete NIL Litigation*

**DATE OF DEPOSITION:** October 16, 2023

**NAME OF WITNESS:** Jordan Acker

Reason Codes:

1. To clarify the record.
2. To Conform to facts.
3. To Transcription error.

| Page(s) | Line(s) | From | to | Reason |
|---|---|---|---|---|
| 8 | 11 | Over you, so I violated | Over you, so there I violated | Transcription error |
| 8 | 12 | Everyone needs a reminder. | Everyone needs the reminder. | Transcription error |
| 9 | 13 | hold, other than some | hold, as it were other than some | Transcription error |
| 12 | 7 | Were through NCAA institutions, I felt | Were through NCAA institutions, that I felt | Transcription error |
| 12 | 11 | What's called the M-Den | What's called the M Den | Conform to facts |
| 12 | 20 | "back in 2019 when I spoke up" | "back in 2019, you know, when I spoke up" | Transcription Error |
| 14 | 20 | (Continuing, by Ms. Parsigian) Okay. Does | (Continuing, by Ms. Parsigian) Does | Transcription error |
| 17 | 20 | An essay that you | A essay that you | Transcription error |
| 18 | 13 | From both as a government's perspective | From both as a governance perspective | Transcription error |
| 20 | 9 | Though I will say in my | Though I will say that in my | Transcription error |
| 20 | 14 | Use round numbers so people | Use round numbers, and so people | Transcription error |

| Page(s) | Line(s) | From | to | Reason |
|---|---|---|---|---|
| 20 | 16 | Revenue sharing, so what | Revenue sharing, though what | Transcription error |
| 20 | 22 | That you mentioned | That you mention | Transcription error |
| 21 | 8 | Michigan coach Jim | Michigan's coach Jim | Transcription error |
| 22 | 21 | Question and I'm | Question that I'm | Transcription error |
| 22 | 22 | This to be confidential | To keep confidential | Transcription error |
| █████ | ██ | ███████████████████████ | ████████████████████ | █████████ |
| 24 | 13 | Of the string | In this string | Transcription error |
| 24 | 23 | Whole thing. "While | Whole. "While | Transcription error |
| 25 | 1 | By their actions, not by | By their actions, and not by | Transcription error |
| 25 | 8 | To the tweets right | To the tweet | Transcription error |
| 28 | 7 | No longer amateurs | No longer amateur | Transcription error |
| 29 | 12 | Plaintiff's counsel's | Plaintiffs' counsel's | Conform to facts |
| 34 | 5 | The law firm? | The law firm you work for right? | Transcription error |
| 34 | 10 | Title 9 | Title IX | Conform to facts |
| 34 | 11 | Title 9 | Title IX | Conform to facts |
| 34 | 12 | Title 9 | Title IX | Conform to facts |
| 34 | 13 | Title 9 | Title IX | Conform to facts |
| 36 | 9 | Object as it misstates | Object that that misstates | Transcription error |

2

| Page(s) | Line(s) | From | to | Reason |
|---|---|---|---|---|
| 37 | 13 | Title 9 | Title IX | Conform to facts |
| 37 | 14 | Title 9 | Title IX | Conform to facts |
| 37 | 16 | Anti-trust laws? | Anti-trust law? | Transcription error |
| 37 | 19 | Even distribution revenues | Even distribution of revenues | Transcription error |
| 38 | 19 | Not offering opinions | Not offering any opinions | Transcription error |
| 41 | 8 | Is that right? | Isn't that right? | Transcription error |
| 44 | 25 | "you're talking like about physical monetary benefits" | "you're talking about, like, physical monetary benefits" | Transcription Error |
| 45 | 21 | There's prestige | There's the prestige | Transcription error |
| 47 | 19 | Is that right? | Isn't that right? | Transcription error |
| 47 | 20 | "That's correct." | "That's right." | Transcription Error |
| 47 | 25 | So you're a student athlete and if | So you're a student, you're a student athlete and if | Transcription error |
| 50 | 8 | "I think that it's not unimportant to remember that" | "I think with the – I think that it's not unimportant to remember that" | Transcription Error |
| 50 | 25 | "from media reports of what I know" | "from what I read in media reports and from what I know" | Transcription Error |
| 51 | 19 | $250,00 in value | $250,00 a year in value | Transcription error |
| 51 | 22 | Voters who elected you | Of the voters who elected you | Transcription error |
| 52 | 7 | The time value | There's a time value | Transcription error |

3

| Page(s) | Line(s) | From | to | Reason |
|---|---|---|---|---|
| 55 | 13-14 | "as much pride in our football championship" | "as much pride in a football championship" | Transcription Error |
| 56 | 7 | Even those sports | Even though those | Transcription error |
| 56 | 15 | Michigan University of Michigan Athletic | Michigan University Athletic | Transcription error |
| 58 | 25 | Duties, I have to | Duties, that I have to | Transcription error |
| 59 | 4 | My personal feel | My personal feelings | Transcription error |
| 59 | 10 | In drawing an attractive | In drawing and attracting | Transcription error |
| 59 | 18 | (Continuing by Ms. Parsigian) | (Continuing by Mr. Yates) | Conform to facts |
| 60 | 14-15 | the English premier league | the English Premier League | Conform to facts |

By: _____/s/ Jordan Acker_____

DATE:     November 27, 2023

4