# EXHIBIT 45

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5   IN RE COLLEGE ATHLETE NIL    ) Case No.

 6   LITIGATION                   ) 4:20-CV-03919-CW

 7

 8          NETWORK STRICTLY CONFIDENTIAL

 9

10          The videotaped deposition of KEVIN

11   WARREN, called as a witness for examination, taken

12   pursuant to the Federal Rules of Civil Procedure of

13   the United States District Courts pertaining to the

14   taking of depositions, taken before VICTORIA C.

15   CHRISTIANSEN, a Certified Shorthand Reporter of the

16   State of Illinois, CSR No. 84-3192, at Halas Hall,

17   1920 Football Drive, Lake Forest, Illinois, on the

18   12th day of October, A.D. 2023, at 9:09 a.m.

19

20

21

22

23

24
```



1        Q.    Okay.  Was it good for the Big Ten

2    during the time you were commissioner?

3        A.    It was good for our student-athletes,

4    yes.

5        Q.    Okay.  It was also beneficial for the

6    schools?

7        MS. MILLER:  Objection, form, foundation.

8    BY THE WITNESS:

9        A.    Yes.

10   BY MR. KESSLER:

11       Q.    Do you agree that the NIL opportunities

12   that were made available for athletes didn't lead

13   to any reduction in fan interest in college sports?

14       MS. MILLER:  Objection, form, foundation,

15   calls for speculation.

16   BY THE WITNESS:

17       A.    I would say it -- it has not reduced fan

18   interest, yes.  So to answer your question, yes.

19   BY MR. KESSLER:

20       Q.    Do you agree that the availability of

21   NIL opportunities for college athletes did not

22   cause any economic damage to any of the Big Ten

23   athletic departments?

24       MS. MILLER:  Objection, form, foundation,



```
 1        Q.    Yeah, okay.  Do you agree that

 2   television ratings were not adversely affected

 3   during the time you were commissioner by the

 4   introduction of NIL opportunities for the athletes?

 5        MS. MILLER:  Objection, form, foundation,

 6   calls for speculation.

 7   BY THE WITNESS:

 8        A.    Yes, that's correct.

 9   BY MR. KESSLER:

10        Q.    Is it correct that after NIL

11   opportunities were made available in July of 2021,

12   it was subsequent to that that you negotiated the

13   largest media deals in the history of the Big Ten?

14        A.    Yes.

15        Q.    Is it correct that no one from any of

16   the broadcast networks told you that they had any

17   objection to the athletes having NIL opportunities?

18        MS. MILLER:  Objection, form, foundation.

19   BY THE WITNESS:

20        A.    To the best of my recollection, yes.

21   BY MR. KESSLER:

22        Q.    All right.  And it's also correct --

23   okay.  That's -- that's fine.

24             Let me show you Tab 32 next.
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



KEVIN WARREN  Confidential
IN RE COLLEGE ATHLETE NIL LIT

October 12, 2023
97

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



```
 1                    REPORTER'S CERTIFICATE

 2

 3           I, VICTORIA C. CHRISTIANSEN, a Certified

 4    Shorthand Reporter of the State of Illinois, do

 5    hereby certify:

 6               That previous to the commencement of the

 7    examination of the witness, the witness was duly

 8    sworn to testify the whole truth concerning the

 9    matters herein;

10

11               That the foregoing deposition transcript

12    was reported stenographically by me, was thereafter

13    reduced to typewriting under my personal direction

14    and constitutes a true record of the testimony

15    given and the proceedings had;

16

17               That the said deposition was taken

18    before me at the time and place specified;

19

20               That I am not a relative or employee or

21    attorney or counsel, nor a relative or employee of

22    such attorney or counsel for any of the parties

23    hereto, nor interested directly or indirectly in

24    the outcome of this action.
```



1           The witness has requested a review

2    pursuant to Rule 30(e)(1).

3

4           IN WITNESS WHEREOF, I do hereunto set my

5    hand at Chicago, Illinois, this 15th day of

6    October, 2023.

7

8                 VICTORIA C. CHRISTIANSEN,

9                 Certified Shorthand Reporter.

10

11

12   C.S.R. Certificate No. 84-3192.

13

14

15

16

17

18

19

20

21

22

23

24

