# EXHIBIT 46

```
 1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
 2                    OAKLAND DIVISION

 3              No. 4:20-cv-03919 CW

 4

 5

 6    IN RE:   COLLEGE ATHLETE NIL
               LITIGATION
 7    _____/

 8

 9
           VIDEOTAPED DEPOSITION OF LYNDA TEALER
10

11

                                    Thursday, September 28, 2023
12    DATE:

      TIME:                         Commenced:  9:10 a.m.
13                                  Concluded:  11:59 a.m.

14    LOCATION:                     Tigert Hall
                                    Room 123
15                                  300 SW 13th Street
                                    Gainesville, Florida  32611
16
      STENOGRAPHICALLY               Jane Hagan-O'Brien
17    REPORTED BY:                   CSR-MI, CSR-GA
                                     Registered Diplomate Reporter
18                                   Certified Realtime Reporter
                                     Certified Realtime Captioner
19                                   Notary Public - State of FL

20

21

22

23

24

25
```



```
 1   sports?
 2        A    Yes.
 3        Q    And are there also rules that require       10:56:42
 4   schools -- NCAA rules that require schools to
 5   maintain a minimum number of scholarships?
 6        A    Based on divisional membership, yes.
 7        Q    So the University of Florida is an FBS
 8   school; is that correct?
 9        A    Yes.
10        Q    Do those NCAA minimum scholarship rules     10:57:02
11   apply to FBS schools like the University of Florida,
12   to your understanding?
13        A    Yes.
14        Q    Okay.  Would you agree that those rules
15   are generally designed to maximize the likelihood of  10:57:13
16   broad-based sports participation opportunities at
17   Division I schools?
18        A    Yes.
19        Q    And those rules are separate from the
20   NCAA's rules that prohibits schools or conferences    10:57:29
21   from paying athletes for NIL, right?
22        A    I'm uncertain about -- I don't understand
23   the question.
24        Q    It's two separate sets of bylaws.  They're
25   not intertwined.                                      10:57:46
```



```
 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA    )

 4    COUNTY OF VOLUSIA   )

 5

 6            I, Jane Hagan-O'Brien, CSR-MI, CSR-GA,

 7    Registered Diplomate Reporter, Certified Realtime

 8    Reporter, Certified Realtime Captioner, and Notary

 9    Public, State of Florida, certify that the

10    aforementioned witness personally appeared before me

11    and was duly sworn on this date:  Thursday,

12    September 28, 2023.

13

14            WITNESS my hand and official seal:

15    September 29, 2023.

16

17

18

19                    _____
20                    Jane Hagan-O'Brien
                      CSR-MI, CSR-GA
21                    Registered Diplomate Reporter
                      Certified Realtime Reporter
22                    Certified Realtime Captioner
                      Notary Public - State of FL
23                    Commission No. HH 190551
                      Expires:  12-19-2025
24

25
```



```
 1                   CERTIFICATE OF REPORTER
 2
     STATE OF FLORIDA   )
 3                      )
     COUNTY OF ALACHUA  )
 4
 5            I, Jane Hagan-O'Brien, CSR-MI, CSR-GA,
 6   Registered Diplomate Reporter, Certified Realtime
 7   Reporter, and Certified Realtime Captioner, certify
 8   that I was authorized to and did stenographically
 9   report the foregoing proceedings; that a review of
10   the transcript was requested, and that the
11   transcript is a true and complete record of my
12   stenographic notes.
13            I further certify that I am not a
14   relative, employee, attorney, or counsel of any of
15   the parties, nor am I a relative or employee of any
16   of the parties' attorney or counsel connected with
17   the action, nor am I financially interested in the
18   action.
19            DATED September 29, 2023, in Alachua
20   County, Florida.
21
22                         
23                         _____
                           Jane Hagan-O'Brien
24                         CSR-MI, CSR-GA
                           Registered Diplomate Reporter
                           Certified Realtime Reporter
25                         Certified Realtime Captioner
```



**Office of Vice President and General Counsel**

300 SW 13th Street
123 Tigert Hall
PO Box 113125
Gainesville, FL 32611
Phone: 352-392-1358
Fax: 352-392-4387

October 18, 2023

Esquire Deposition Solutions, LLC
1500 Centre Parkway, Suite 100
East Point, GA 30344

Ref: Job No. 10289690

Dear Sir/Madam:

Enclosed please find an Errata Sheet for the Deposition of Lynda Tealer for her deposition in the case for the above-referenced Job No. 10289690.

Sincerely,

Michael W. Ford
Senior University Counsel

# ERRATA SHEET

Case Name: In Re: College Athlete NIL Litigation
Deposition Date: September 28, 2023
Deponent: Lynda Tealer

| Page | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 21 | 8 – 9 | | We have engaged with a platform called INFLCR…" | Incorrect use of the word influence |
| 32 | 25 | state | NCAA | Transcribing error |
| 45 | 15 | athletics | athletes | Transcribing error |
| 52 | 21 | conundrum | conversation | Transcribing error |
| 95 | 7 | perimeters | parameters | Transcribing error |

Lynda Tealer
October 18, 2023