# EXHIBIT 47

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                       OAKLAND DIVISION

 4

 5   IN RE:                      ) No. 4:20-cv-03919 CW
                                 )
 6   COLLEGE ATHLETE NIL         ) VIDEOTAPED DEPOSITION
     LITIGATION,                 )          OF
 7                               )      JAMIE POLLARD
     _____)
 8

 9               ------------------------------
                 NETWORK STRICTLY CONFIDENTIAL
10                   OUTSIDE COUNSEL ONLY
                 ------------------------------
11

12

13              THE VIDEOTAPED DEPOSITION OF

14   JAMIE POLLARD, taken before Janice M. Doud,

15   Registered Professional Reporter and Notary

16   Public, commencing at 9:04 a.m., on the 28th day

17   of November, 2023, at Iowa State University,

18   Ames, Iowa.

19

20

21

22

23

24         Reported by:   Janice M. Doud, R.P.R.

25
```



Case 4:20-cv-03919-CW   Document 414-31   Filed 04/03/24   Page 3 of 7

JAMIE POLLARD  Conf. OCO                                   November 28, 2023
IN RE: COLLEGE ATHLETE NIL LITIGATION                                     77

| | | |
|---|---|---|
| 1 | partnership with Campus Ink? | 10:48:17 |
| 2 | A.  Clearly, we were or we wouldn't have | 10:48:19 |
| 3 | said it.  I hope we were first.  But, again, | 10:48:21 |
| 4 | that goes back to we're competing and marketing | 10:48:24 |
| 5 | and positioning ourselves, but I'm guessing that | 10:48:26 |
| 6 | we probably were the first because they wouldn't | 10:48:29 |
| 7 | have attributed that to me if we weren't. | 10:48:31 |
| 8 | Q.  And so as -- again, as Iowa State | 10:48:35 |
| 9 | athletic director, it's important for you to | 10:48:39 |
| 10 | provide certain resources like this Campus Ink | 10:48:41 |
| 11 | partnership to compete with other universities? | 10:48:45 |
| 12 | A.  Again, we go back to we are providing | 10:48:49 |
| 13 | our student-athletes everything we can to help | 10:48:51 |
| 14 | them be able to use their opportunity at our | 10:48:54 |
| 15 | educational institution to prepare themselves | 10:49:02 |
| 16 | for life after sport. | 10:49:05 |
| 17 | And having third-party NIL | 10:49:07 |
| 18 | opportunities is a big -- is another one of | 10:49:11 |
| 19 | those things that happens on my couch, that | 10:49:14 |
| 20 | people ask about the coaches, the facilities, | 10:49:16 |
| 21 | the services, and this is one of the services | 10:49:19 |
| 22 | that they ask about. | 10:49:21 |
| 23 | And so I'm proud of the fact that | 10:49:23 |
| 24 | our staff obviously did a deal with -- and our | 10:49:24 |
| 25 | licensing unit on campus did a deal with Campus | 10:49:30 |



Case 4:20-cv-03919-CW   Document 414-31   Filed 04/03/24   Page 4 of 7

JAMIE POLLARD  Conf. OCO                                November 28, 2023
IN RE: COLLEGE ATHLETE NIL LITIGATION                                  78

| # | Testimony | Time |
|---|---|---|
| 1 | Ink.  Am I specifically familiar with Campus | 10:49:33 |
| 2 | Ink?  I am not.  Have I been to that website?  I | 10:49:35 |
| 3 | have obviously not been. | 10:49:38 |
| 4 | Q.   And these opportunities weren't allowed | 10:49:41 |
| 5 | prior to July 1, 2021; is that correct? | 10:49:44 |
| 6 | A.   They weren't allowed prior to a certain | 10:49:49 |
| 7 | point in time.  Whether it was July 1, I don't | 10:49:51 |
| 8 | want to on record say a date that I don't know | 10:49:53 |
| 9 | factually, but they weren't allowed prior to a | 10:49:56 |
| 10 | certain date. | 10:49:58 |
| 11 | Q.   And this is the last one, I promise, | 10:50:01 |
| 12 | but is there -- but do you recall a business | 10:50:04 |
| 13 | partnership with an organization called Podium X? | 10:50:07 |
| 14 | A.   I don't really recall.  I mean, I've | 10:50:13 |
| 15 | heard of the company Podium X.  Whether we had a | 10:50:15 |
| 16 | relationship with them or not, I don't recall. | 10:50:20 |
| 17 | Q.   Okay. | 10:50:21 |
| 18 | MS. VERDOIA:  And we will pull | 10:50:22 |
| 19 | Tab 21.  And, sorry, we will mark this as | 10:50:24 |
| 20 | Exhibit 752. | 10:51:04 |
| 21 | (Exhibit 752 was marked for | 10:51:04 |
| 22 | identification by the reporter.) | 10:51:35 |
| 23 | A.   It's small print.  I have to put my | 10:51:35 |
| 24 | glasses on. | 10:51:36 |
| 25 | Q.   I'm sorry. | 10:51:37 |



Case 4:20-cv-03919-CW   Document 414-31   Filed 04/03/24   Page 5 of 7

JAMIE POLLARD  Conf. OCO                                November 28, 2023
IN RE: COLLEGE ATHLETE NIL LITIGATION                                131

```
                    C E R T I F I C A T E
```

    I, the undersigned, a Registered Professional Reporter and Notary Public, do hereby certify that I acted as the Registered Professional Reporter in the foregoing matter at the time and place indicated herein; that I took in shorthand the proceedings had at said time and place; that said shorthand notes were reduced to typewriting under my supervision and direction, and that the foregoing pages are a full and correct transcript of the shorthand notes so taken; that said deposition was submitted to the witness for signature as requested and that any changes, if any, requested by the witness are attached hereto.

    I further certify that I am neither attorney nor counsel for, or related to or employed by any of the parties in the foregoing matter, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my hand and seal this 29th day of November, 2023.

    _____
    REGISTERED PROFESSIONAL REPORTER
    and NOTARY PUBLIC



# ERRATA SHEET FOR DEPOSITION TRANSCRIPT OF
## Jamie Pollard
### Deposition Date: November 28, 2023
### In Re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW

| Page | Lines | Transcript Text | Corrected Text | Reason for Change |
|---|---|---|---|---|
| 10 | 8-9 | No, that | No, not that | Transcription Error |
| 15 | 5 | are towards | are progressing towards | Clarification |
| 21 | 7 | I said indirectly, and I | I said indirectly impact, and I | Clarification (based on misstatement of prior testimony in the question) |
| 21 | 15-16 | but faculty, visitors, local residents | but also faculty, visitors, and local residents | Transcription Error |
| 23 | 14 | mental health, have | mental health services, have | Clarification |
| 23 | 15-16 | yes, very important and very proud | yes, it's very important and we're very proud | Transcription Error |
| 24 | 11 | and really proud | and we're really proud | Transcription Error |
| 25 | 8 | the 320 million | the $320 million | Transcription Error |
| 27 | 4 | had an incredible | had incredible | Transcription Error |
| 27 | 6 | probably, in the standpoint | probably, from the standpoint | Clarification |
| 31 | 25 | maybe have | maybe you have | Transcription Error |
| 33 | 21 | is a very honor | is an honor | Clarification |
| 47 | 6 | ability, not | ability to, not | Transcription Error |
| 47 | 12-13 | viewed are based | viewed is based | Transcription Error |
| 60 | 16-17 | probably at some level of spending in a different | probably, at some level of spending, a different | Clarification |
| 60 | 18 | to part eliminating | to start eliminating | Transcription Error |
| 61 | 14 | stride | strides | Transcription Error |
| 62 | 12 | soccer steam | soccer team | Transcription Error |
| 68 | 10 | there has been | there have been | Transcription Error |
| 82 | 2-3 | that they distribute | that the Iowa State University Foundation distributes | Clarification |
| 87 | 1 | commercial | comment | Transcription Error |
| 88 | 23 | opportunity to third-party | opportunity to do third-party | Transcription Error |
| 107 | 24 | seems very | seems to be a very | Clarification |

1



I, Jamie Pollard, do hereby certify that I have read my deposition transcript dated November 28, 2023. The changes and corrections to my deposition transcript set forth above are necessary to render the same true and correct. Having made such changes, I hereby subscribe my name to the deposition. I declare, under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2024, at  Ames, Iowa                .
(City/State)

Jamie Pollard

2