# EXHIBIT 48

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          OAKLAND DIVISION




   IN RE COLLEGE ATHLETE NIL      |   No. 4:20-cv-03919 CW
   LITIGATION                     |
                                  |
                                  |
                                  |




        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF CHAD WEIBERG

               TAKEN ON BEHALF OF THE PLAINTIFFS

                    IN STILLWATER, OKLAHOMA

                       ON NOVEMBER 30, 2023




                     * * * * * * * * *

            IN-NETWORK - STRICTLY CONFIDENTIAL -
                   OUTSIDE COUNSEL ONLY

                     * * * * * * * * *








               REPORTED BY:  TRENA K. BLOYE, CSR
```



Case 4:20-cv-03919-CW   Document 414-32   Filed 04/03/24   Page 3 of 8

CHAD WEIBERG  Strictly Conf. Outside Counsel					November 30, 2023
IN RE COLLEGE ATHLETE NIL LIT					156

1    Q   If you look to the bottom of this page there is
2  a phrase "Tell your story, grow your audience, build
3  your brand."  Is that the motto or the slogan of NIL at
4  OSU?
5    A   No, I don't -- I don't think so.  I'm not sure
6  who came up with that or how that got on there.  I'm
7  sure that's something that came from our creative --
8  creative team, so.
9    Q   Okay.  I ask because I have seen it on several
10 NIL documents.  I didn't know if it was an official
11 slogan or something like that.
12         Is it fair to say that OSU promotes NIL
13 education and opportunities at OSU to prospective
14 student-athletes?
15   A   Well, there are specific guidelines, NCAA
16 guidelines around what exactly we can do with
17 prospective student-athletes, and we take those rules
18 very seriously.
19         So the main thing that we want everyone to know
20 is that Oklahoma State is going to, you know, like
21 everything else that we have done, whether it is
22 building facilities or hiring great coaches or providing
23 great support around them, within the rules we're going
24 to provide our student-athletes with everything that we,
25 you know, can provide them to be successful.  And this

Case 4:20-cv-03919-CW   Document 414-32   Filed 04/03/24   Page 4 of 8

CHAD WEIBERG  Strictly Conf. Outside Counsel                November 30, 2023
IN RE COLLEGE ATHLETE NIL LIT                                            157

1   is a new area that is something that we can do for
2   student-athletes.
3            So we just want anyone who may be interested in
4   coming to Oklahoma State, whether we've talked to them
5   or not, whether they are of recruitable age or not, we
6   want them to have an understanding that Oklahoma State
7   has an NIL program, just like all the other institutions
8   that they may be one day considering going to, has.
9            But this is also as much about, I think,
10  educating just our fan base as well.  There's -- we get
11  a lot of questions about this new -- this new realm, if
12  you will, since July of 2021 about what does this mean,
13  what can we do, what can we not do, how, if I own a
14  business, do I engage with a student-athlete or team.
15           And so we've tried to make information
16  available to them so they can go on and learn as much as
17  they possibly can about how to partner with OSU, with an
18  OSU student-athlete if that's what they want to do.
19      Q    Does OSU's Athletic Department have an NIL
20  department?
21      A    We do, yes.
22      Q    And were you responsible for creating that
23  department?
24      A    Yes.  I was part of, yeah, creating that
25  department.



```
1                        C E R T I F I C A T E

2

3    STATE OF OKLAHOMA    )

4                         ) SS:

5    COUNTY OF OKLAHOMA   )

6            I, Trena K. Bloye, Certified Shorthand Reporter

7    within and for the State of Oklahoma, certify that CHAD

8    WEIBERG was by me first duly sworn to testify the truth,

9    the whole truth, and nothing but the truth, in the case

10   aforesaid; that the witness chooses to read and sign the

11   deposition; that the above and foregoing videotaped

12   deposition was taken by me in shorthand and thereafter

13   transcribed; that the same was taken on November 30,

14   2023, at 8:10 a.m., at the OSU Foundation, 400 S. Monroe

15   in Stillwater, Oklahoma and via videoconference; that I

16   am not an attorney for, nor a relative of any of said

17   parties or otherwise interested in the event of said

18   action.

19           IN WITNESS WHEREOF, I have hereunto set my hand

20   and official seal this 3rd day of December, 2023.

21

22

23
                                  
24                               _____
                                  Trena K. Bloye, CSR
25                                State of Oklahoma CSR No. 1522
```

# ERRATA SHEET FOR DEPOSITION TRANSCRIPT OF
*Chad Weiberg*
*Deposition Date: November 30, 2023*
*In Re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW*

| Page | Lines | Transcript Text | Corrected Text | Reason for Change |
|---|---|---|---|---|
| 10 | 13 | Pack 12 | Pac-12 | Transcription Error |
| 10 | 13-14 | Big 10 | Big Ten | Transcription Error |
| 15 | 11 | relationship | relationships | Transcription Error |
| 15 | 13 | ultimately was | ultimately it was | Transcription Error |
| 15 | 14 | director for developments that | Director for development that | Clarification |
| 20 | 5 | who he is. | who Edwin Desser is. | Clarification based on transcription error in the question ("Jesser" rather than "Desser") |
| 21 | 6 | the rest remaining student-athletes | the remaining student-athletes | Clarification |
| 21 | 15 | out-house | outside counsel | Clarification |
| 41 | 2 | Yes. | Yes, there's a reference to athletic departments in lower revenue conferences. | Clarification based on transcription error in the question ("partners" rather than "departments") |
| 43 | 3 | there is already | there are already | Clarification |
| 43 | 6 | There is institutions | There are institutions | Clarification |
| 46 | 21 | across the athlete department | across the athletic department | Clarification |
| 58 | 10 | sport at any other school | sport than at any other school | Clarification |

1

| | | | | |
|---|---|---|---|---|
| 77 | 20 | 1,334,807 | $1,334,807 | Transcription Error |
| 78 | 7 | 9,119,613 | $9,119,613 | Transcription Error |
| 86 | 18 | end-game | in-game | Transcription Error |
| 88 | 3 | end-game | in-game | Transcription Error |
| 88 | 4 | end-game | in-game | Transcription Error |
| 96 | 13 | by a previous | by previous | Transcription Error |
| 97 | 5 | a indoor | an indoor | Transcription Error |
| 97 | 22 | Gallagher event arena? | Gallagher-Iba Arena? | Transcription Error |
| 102 | 9 | 55 million | $55 million | Transcription Error |
| | | | | |
| 111 | 16-18 | student-athletes through its partnership with Center for Health Science. The department | student-athletes. Through its partnership with Center for Health Sciences, the department | Transcription Error |
| | | | | |
| 116 | 18 | how much | how many | Transcription Error |
| 121 | 16 | Yes. I think | I think | Clarification |
| 126 | 3 | 2,604,720 | $2,604,720 | Transcription Error |
| 126 | 6 | 5,097,903 | $5,097,903 | Transcription Error |
| 126 | 14 | competitively in the | competitive in the | Transcription |
| 127 | 3 | Coach John coaches | Coach Dunn coaches | Transcription Error |
| | | | | |
| 140 | 7 | that are on a -- yes. | that are on aid -- yes. | Transcription Error |
| 142 | 3 | fist | first | Transcription Error |
| 142 | 11 | come no Oklahoma | come to Oklahoma | Transcription Error |
| 143 | 20 | an a reality | a reality | Transcription Error |
| 145 | 3 | permissive | permitted | Transcription Error |
| 151 | 3 | level in fair | level and fair | Transcription Error |
| 151 | 8 | come in | come to | Transcription Error |
| 167 | 20 | end venue | in-venue | Transcription Error |
| 169 | 10 | yeah. The early | Yeah. Since the early | Clarification |

2

| 170 | 14 | that be | that could be | Transcription Error |
| --- | --- | --- | --- | --- |
| 176 | 14 | They are | If they are | Transcription Error |
|  |  |  |  |  |
| 193 | 13 | its | it has | Transcription Error |

    I, Chad Weiberg, do hereby certify that I have read my deposition transcript dated November 30, 2023. The changes and corrections to my deposition transcript set forth above are necessary to render the same true and correct. Having made such changes, I hereby subscribe my name to the deposition. I declare, under penalty of perjury that the foregoing is true and correct.

    Executed this 18th day of January, 2024, at Stillwater, OK.

*[signature]*

Chad Weiberg

3