# EXHIBIT 55

Case 4:20-cv-03919-CW   Document 414-30   Filed 04/03/24   Page 2 of 3

**FANNATION**  |  SI SWIMSUIT  |  SI SPORTSBOOK  |  SI TICKETS  |  SI SHOP

**NCAAF**  |  Home    Scores    Schedule    Rankings    Standings    Statistics    Teams    FanNation ↗    Tickets ↗

# Michigan's Jim Harbaugh Calls for Revenue Sharing, Comments on Future With Program

**PAT FORDE • JAN 6, 2024**

In this story:


**MICHIGAN WOLVERINES**

HOUSTON—Michigan football coach Jim Harbaugh reiterated his call for college athletes to get a greater share of the revenue that pours into athletic departments, suggesting that coaches, administrators and other stakeholders should take a pay cut of 5 to 10%, with that money redirected to athletes across all sports.

"We're all robbing the same train here," Harbaugh said at the College Football Playoff championship game media day Saturday. "Like coaches, administrators, media, television stations, conferences, NCAA…. I would say this, anyone who is profiting from the student-athletes right now, myself included…take 5 to 10% less…. 5 to 10% less and maybe a 10 percent tax from the television station more, into one pot for the student-athletes.

"Maybe that's a start, a way…. that it (would) be right for all student-athletes to share in."

Citing the massive realignment changes that have happened recently, Harbaugh said he hoped the powers-that-be in college sports could expedite a way to creating an enhanced revenue-sharing model.

"We've seen a whole conference go into a portal," Harbaugh said. "If those kind of things can happen overnight, things we saw this year, then—I don't know how the sausage gets made completely, but there's a lot of smart people that do, that know a lot about revenue sharing, know a lot about how those algorithms and economics work…. If stuff can happen this quick, like we've seen this year, then I'm hopeful that there's a wrong that could be righted quickly as well."

Although Name, Image and Likeness payments have changed the economic reality of college for many athletes—including the Michigan football team—Harbaugh wants to see more of the massive revenue available trickling down to the players.

"It's one thing for somebody to say, well, they're getting NIL, but the billions that are being generated, they're not getting much of," Harbaugh said. "They're getting the same amount as I got in the '80s. You're getting a scholarship, room, board, books and tuition. So it's like, come on, man, let's do the right thing here."

Case 4:20-cv-03919-CW Document 414-30 Filed 04/03/24 Page 3 of 3

On another hot-button subject—Harbaugh's future beyond this season—the coach of the Wolverines had much less to say. With potential interest from NFL franchises and two ongoing NCAA investigations, speculation has intensified that the championship showdown with Washington on Monday night could be Harbaugh's last game at Michigan.

The university has presented general terms of a lucrative contract extension to Harbaugh but talks are in a holding pattern. Harbaugh reportedly has recently hired agent Don Yee, who has extensive NFL ties and was Tom Brady's agent.

"I'll gladly talk about the future next week," Harbaugh said. "And I hope to have one, how about that? A future, I hope to have one, yes. Thank you."