| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David Feher (*pro hac vice*) |
| Stephanie A. Verdoia (*pro hac vice*) | David Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | **WINSTON & STRAWN LLP** |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | sviebrock@winston.com |
| Berkeley, CA 94710 | nvyas@winston.com |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | Jeanifer Parsigian SBN (289001) |
| bens@hbsslaw.com | Drew H. Washington SBN (350107) |
| | **WINSTON & STRAWN LLP** |
| *Class Counsel for Plaintiffs* | 101 California Street, 34th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | dwashington@winston.com |
| | |
| | *Class Counsel Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL PURSUANT TO STIPULATED ORDER** |

Plaintiffs bring this administrative motion to provisionally file under seal pursuant to Civil Local Rules 7-11 and 79-5, and the Stipulation and Order Regarding Administrative Motions to Seal Relating to Summary Judgment and *Daubert* Motions ("Order"), entered by this Court on April 2, 2024 (ECF No. 413).

The Order provides that "a single combined administrative motion to seal covering all sealing requests ('Omnibus Sealing Motion') would be the most efficient way for the Court to handle all sealing issues arising from the Parties' summary judgment and *Daubert* briefing papers and related documents." Order at 3. It also provides that the parties shall file redacted versions of their class certification briefs and related documents on the public docket "without accompanying interim motions to seal," and shall file sealed versions of those documents "using the ECF Event for 'Documents e-Filed Under Seal." *Id.* at 4.

Using the ECF Event for "Documents e-Filed Under Seal" requires the filing party to link to an order granting a motion to seal. Plaintiffs have attempted to file their class certification documents using the ECF Event for "Documents e-Filed Under Seal" by linking to the Order. However, the Order does not appear to have been designated in the ECF system as an order granting a motion to seal. Therefore, the ECF system prevents Plaintiffs from linking to the Order and using the ECF Event for "Documents e-Filed Under Seal." Plaintiffs are therefore filing this Administrative Motion to Provisionally File Under Seal to allow them to file their summary judgment brief and related documents under seal, consistent with the Order. Plaintiffs request that Court enter the concurrently filed proposed order so that the summary judgment brief and related documents may be maintained provisionally under seal, pending the Court's ruling on the Omnibus Sealing Motion contemplated by the Order.

Pursuant to the Order, Plaintiffs are concurrently filing under seal either portions of or in their entirety the following documents:

1. Plaintiffs' Notice of Motion and Motion for Summary Judgment and to Exclude the Opinions of Dr. Gautam Gowrisankaran and Barbara Osborne; and
2. Exhibits 1-11, 13, 15-22, 24-28, 31-32, 34-36, 43-49, and 56 to the Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Summary Judgment and to Exclude the

1 | Opinions of Dr. Gautam Gowrisankaran and Barbara Osborne.

3 | Dated: April 3, 2024                                    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP                WINSTON & STRAWN LLP

By: /s/ Steve W. Berman                         By: /s/ Jeffrey L. Kessler
    Steve W. Berman (*pro hac vice*)                  Jeffrey L. Kessler (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)                David G. Feher (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)              David L. Greenspan (*pro hac vice*)
Meredith Simons (SBN 320229)                    Adam I. Dale (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP                 Sarah Viebrock (*pro hac vice*)
1301 Second Avenue, Suite 2000                  Neha Vyas (*pro hac vice*)
Seattle, WA 98101                               **WINSTON & STRAWN LLP**
Telephone: (206) 623-7292                       200 Park Avenue
Facsimile: (206) 623-0594                       New York, NY 10166-4193
steve@hbsslaw.com                               Telephone: (212) 294-6700
emilees@hbsslaw.com                             Facsimile: (212) 294-4700
stephaniev@hbsslaw.com                          jkessler@winston.com
merediths@hbsslaw.com                           dfeher@winston.com
                                               dgreenspan@winston.com
                                               aidale@winston.com
Benjamin J. Siegel (SBN 256260)                 sviebrock@winston.com
HAGENS BERMAN SOBOL SHAPIRO LLP                 nvyas@winston.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710                              Jeanifer Parsigian SBN (289001)
Telephone: (510) 725-3000                       Drew H. Washington SBN (350107)
Facsimile: (510) 725-3001                       **WINSTON & STRAWN LLP**
bens@hbsslaw.com                                101 California Street, 34th Floor
                                               San Francisco, CA 94111
                                               Telephone: (415) 591-1000
                                               Facsimile: (415) 591-1400
                                               jparsigian@winston.com
*Counsel for Plaintiffs and the Proposed Class*  dwashington@winston.com

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                */s/ Steve W. Berman*
                                                STEVE W. BERMAN