1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL PURSUANT TO STIPULATED ORDER** |
|---|---|

Before the Court is Plaintiffs' Administrative Motion to Provisionally File Under Seal Pursuant to Stipulated Order. The Court, having considered the parties' papers, the arguments of counsel, the previously entered Stipulation and Order Regarding Administrative Motions to Seal (ECF No. 413) ("Order"), and all other matters presented, HEREBY ORDERS that:

1. Sealed versions of Plaintiffs' Motion for Summary Judgment and to Exclude the Opinions of Dr. Gautam Gowrisankaran and Barbara Osborne, and supporting documents, shall remain provisionally under seal, pending the Court's decision regarding the Omnibus Sealing Motion described in the Order.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Claudia Wilken
United States Senior District Court Judge
Northern District of California