| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie A. Verdoia (*pro hac vice*) <br> Meredith Simons (SBN 320229) <br> **HAGENS BERMAN SOBOL SHAPIRO LLP** <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br> merediths@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Class Counsel for Plaintiffs* | Jeffrey Kessler (*pro hac vice*) <br> David Feher (*pro hac vice*) <br> David Greenspan (*pro hac vice*) <br> Adam Dale (*pro hac vice*) <br> Sarah Viebrock (*pro hac vice*) <br> Neha Vyas (*pro hac vice*) <br> **WINSTON & STRAWN LLP** <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br> sviebrock@winston.com <br> nvyas@winston.com <br><br> Jeanifer Parsigian SBN (289001) <br> Drew H. Washington SBN (350107) <br> **WINSTON & STRAWN LLP** <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br> dwashington@winston.com <br><br> *Class Counsel Plaintiffs* |

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **PLAINTIFFS' CERTIFICATE OF SERVICE** <br><br> Hon. Claudia Wilken |

1   I, the undersigned, declare:

2   I am a resident of the United States and am employed in the city of Berkeley, California, over

3   the age of 18 years, and not a party to or interested in the within action. My business address is 715

4   Hearst Avenue, Suite 300, Berkeley, California 94710.

5   On September April 3, 2024, I served via secure email transfer the following documents to

6   the parties enumerated in the attached Service List:

7   - [Sealed] Plaintiffs' Notice of Motion and Motion for Summary Judgment and to Exclude

8   the Opinions of Dr. Gautam Gowrisankaran and Barbara Osborne; and

9   - [Sealed] Exhibits 1-11, 13, 15-22, 24-28, 31-32, 34-36, 43-49, and 56 to the Declaration

10   of Steve W. Berman in Support of Plaintiffs' Motion for Summary Judgment and to

11   Exclude the Opinions of Dr. Gautam Gowrisankaran and Barbara Osborne.

12   I declare under penalty of perjury under the laws of the United States of America that the

13   foregoing is true and correct. Executed this 3rd day of April 2024 at Berkeley, California.

*s/ Brian R. Miller*
BRIAN R. MILLER

*In re College Athlete NIL Litigation* – Case No. 4:20-cv-03919-CW (N.D. Cal.)
**EMAIL SERVICE/DISTRIBUTION LIST**

### Defendant National Collegiate Athletic Association – Wilkinson Stekloff, LLP

| | |
|---|---|
| Beth A. Wilkinson | bwilkinson@wilkinsonstekloff.com |
| Rakesh N. Kilaru | rkilaru@wilkinsonstekloff.com |
| Kieran Gostin | kgostin@wilkinsonstekloff.com |
| Cali Arat | carat@wilkinsonstekloff.com |
| Sarah Neuman | sneuman@wilkinsonstekloff.com |
| Max Warren | mwarren@wilkinsonstekloff.com |
| Clayton Wiggins | cwiggins@wilkinsonstekloff.com |
| Matthew Skanchy | mskanchy@wilkinsonstekloff.com |
| Tamara Matthews Johnson | tmatthewsjohnson@wilkinsonstekloff.com |
| Robert Laird | rlaird@wilkinsonstekloff.com |

### Defendant National Collegiate Athletic Association – ArentFox Schiff

| | |
|---|---|
| Jacob Danziger | jacob.danziger@afslaw.com |

### Defendant Atlantic Coast Conference – Fox Rothschild, LLP

| | |
|---|---|
| D. Erik Albright | ealbright@foxrothschild.com |
| Gregory G. Holland | gholland@foxrothschild.com |
| Jonathan P. Heyl | jheyl@foxrothschild.com |

### Defendant Atlantic Coast Conference – Latham & Watkins LLP

| | |
|---|---|
| Christopher S. Yates | chris.yates@lw.com |
| Aaron T. Chiu | aaron.chiu@lw.com |
| Anna M. Rathbun | anna.rathbun@lw.com |

### Defendant The Big Ten Conference – Mayer Brown LLP

| | |
|---|---|
| Britt M. Miller | bmiller@mayerbrown.com |
| Matthew D. Provance | mprovance@mayerbrown.com |
| Christopher J. Kelly | cjkelly@mayerbrown.com |
| Daniel Fenske | dfenske@mayerbrown.com |
| Gina Del Tatto | gdeltatto@mayerbrown.com |

### Defendant The Big 12 Conference, Inc. – Sidley & Austin LLP

| | |
|---|---|
| Angela Zambrano | angela.zambrano@sidley.com |
| Natali Wyson | nwyson@sidley.com |
| Chad Hummel | chummel@sidley.com |
| Dave Anderson | dlanderson@sidley.com |
| Chelsea Priest | cpriest@sidley.com |

### Defendant PAC-12 Conference – Cooley LLP

| | |
|---|---|
| Whitney Somvichian | wsomvichian@cooley.com |
| Kathleen R. Hartnett | khartnett@cooley.com |
| Dee Bansal | dbansal@cooley.com |
| Ashley Kemper Corkery | acorkery@cooley.com |
| Mark F. Lambert | mlambert@cooley.com |

| | |
|---|---|
| Rebecca Tarneja | rtarneja@cooley.com |
| **Defendant Southeastern Conference – Robinson Bradshaw & Hinson, P.A.; Seifert Law Firm, Wheeler Trigg O'Donnell LLP** | |
| Robert F. Fuller, III | rfuller@robinsonbradshaw.com |
| Lawrence C. Moore, III | lmoore@robinsonbradshaw.com |
| Travis S. Hinman | thinman@robinsonbradshaw.com |
| Amanda P. Nitto | anitto@robinsonbradshaw.com |
| Patrick Hill | phill@robinsonbradshaw.com |
| Timothy P. Misner | tmisner@robinsonbradshaw.com |
| Mark J. Siefert | mseifert@seifertfirm.com |
| Michael T. Williams | williams@wtotrial.com |
| Kathryn A. Reilly | reilly@wtotrial.com |