Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
Natali Wyson (*pro hac vice*)
nwyson@sidley.com
Chelsea A. Priest (*pro hac vice*)
cpriest@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3476
Facsimile: (214) 981-3400

David L. Anderson (SBN 149604)
dlanderson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-cw<br><br>**NOTICE OF CHANGE OF COUNSEL** |

1  PLEASE TAKE NOTICE pursuant to Local Civil Rule 5-1(c)(2)(C) that, effective
2  April 12, 2024, Chad Hummel is no longer counsel of record for Defendant The Big 12
3  Conference, Inc. ("The Big 12") in this matter. Mr. Hummel left the firm of Sidley Austin LLP on
4  April 12, 2024. All further contacts and correspondence should be directed to Angela C.
5  Zambrano, Natali Wyson, Chelsea A. Priest, and David L. Anderson, who remain counsel for The
6  Big 12.

Dated: April 26, 2024

Respectfully submitted,

*/s/ Natali Wyson*
Angela C. Zambrano (*pro hac vice*)
angela.zambrano@sidley.com
Natali Wyson (*pro hac vice*)
nwyson@sidley.com
Chelsea A. Priest (*pro hac vice*)
cpriest@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:   (214) 981-3476
Facsimile:    (214) 981-3400

David L. Anderson (SBN 149604)
dlanderson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 772-1200

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*