Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (SBN 349086)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE DEADLINES**<br><br>Trial Date:  2025-01-27<br>Judge: Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, submit the following Stipulation seeking an order extending certain case deadlines:

WHEREAS, on April 7, 2023, the Court set a schedule for Dispositive Motion Briefing (ECF No. 243);

WHEREAS, on April 4, 2024, Plaintiffs filed their dispositive and Daubert motions (ECF Nos. 414 and 415);

WHEREAS, the Parties agree that modifying certain upcoming case deadlines related to dispositive and *Daubert* motions is mutually beneficial;

WHEREAS, the Parties' proposed deadline extensions will *not* impact the hearing currently docketed for September 19, 2024 ("Hearing on all Dispositive and Daubert motions as to merits experts and further case management conference") or any other subsequent deadlines;

THEREFORE, THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, SUBJECT TO COURT APPROVAL, THAT:

The Court issue an order modifying the case deadlines as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 70 pages) | May 17, 2024 | June 21, 2024 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 80 pages) | June 28, 2024 | July 26, 2024 |

-1-

CASE NO. 4:20-CV-03919-CW

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE DEADLINES

-2-

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Defendants' Reply in Support of their Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 60 pages) | July 26, 2024 | August 23, 2024 |
| Hearing on all dispositive and Daubert motions as to merits experts and further case management conference | September 19, 2024 | *Same* |
| Motions in Limine (single brief of 25 pages or less) | November 22, 2024 | *Same* |
| Oppositions to Motions in Limine (single brief of 25 pages or less) | December 6, 2024 | *Same* |
| Pretrial Conference | December 16, 2024 | *Same* |
| Trial Date | January 27, 2025 | *Same* |

| | |
|---|---|
| Dated: May 6, 2024 | Respectfully Submitted, |
| **WILKINSON STEKLOFF LLP** | **COOLEY LLP** |
| By: /s/ Rakesh N. Kilaru | By: /s/ Whitty Somvichian |
| Beth A. Wilkinson (*pro hac vice*) | Whitty Somvichian (SBN 194463) |
| Rakesh N. Kilaru (*pro hac vice*) | Kathleen R. Hartnett (SBN 314267) |
| Kieran Gostin (*pro hac vice*) | Ashley Kemper Corkery (SBN 301380) |
| Calanthe Arat (SBN 349086) | 3 Embarcadero Center, 20th Floor |
| Tamarra Matthews Johnson (*pro hac vice*) | San Francisco, California 94111-4004 |
| Matthew R. Skanchy (*pro hac vice*) | Telephone: (415) 693-2000 |
| 2001 M Street NW, 10th Floor | Facsimile: (415) 693-2222 |
| Washington, DC 20036 | wsomvichian@cooley.com |
| Telephone: (202) 847-4000 | khartnett@cooley.com |
| Facsimile: (202) 847-4005 | acorkery@cooley.com |
| bwilkinson@wilkinsonstekloff.com | |
| rkilaru@wilkinsonstekloff.com | Mark Lambert (SBN 197410) |
| kgostin@wilkinsonstekloff.com | 3175 Hanover Street |
| carat@wilkinsonstekloff.com | Palo Alto, CA 94304-1130 |
| tmatthewsjohnson@wilkinsonstekloff.com | Telephone: (650) 843-5000 |
| mskanchy@wilkinsonstekloff.com | Facsimile: (650) 849-7400 |
| | mlambert@cooley.com |
| Jacob K. Danziger (SBN 278219) | |
| ARENTFOX SCHIFF LLP | Dee Bansal (*pro hac vice*) |
| 44 Montgomery Street, 38th Floor | 1299 Pennsylvania Ave. NW, Suite 700 |
| San Francisco, CA 94104 | Washington, DC 20004-2400 |
| Telephone: (734) 222-1516 | Telephone: (202) 842 7800 |
| Facsimile: (415) 757-5501 | Facsimile: (202) 842 7899 |
| jacob.danziger@afslaw.com | dbansal@cooley.com |
| Attorneys for Defendant | Attorneys for Defendant |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | PAC-12 CONFERENCE |

-4-

| | |
|---|---|
| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| By: /s/ Britt M. Miller | By: /s/ Angela C. Zambrano |
| Britt M. Miller (*pro hac vice*) | David L. Anderson (SBN 149604) |
| Daniel T. Fenske (*pro hac vice*) | 555 California Street, Suite 2000 |
| 71 South Wacker Drive | San Francisco, CA 94104 |
| Chicago, IL 60606 | Telephone: (415) 772-1200 |
| Telephone:  (312) 782-0600 | Facsimile: (415) 772-7412 |
| Facsimile:  (312) 701-7711 | dlanderson@sidley.com |
| bmiller@mayerbrown.com | |
| dfenske@mayerbrown.com | Angela C. Zambrano (*pro hac vice*) |
| | Natali Wyson (*pro hac vice*) |
| Christopher J. Kelly (SBN 276312) | Chelsea A. Priest (*pro hac vice*) |
| Two Palo Alto Square, Suite 300 | 2021 McKinney Avenue, Suite 2000 |
| 3000 El Camino Real | Dallas, TX 75201 |
| Palo Alto, CA 94306 | Telephone: (214) 969-3529 |
| Telephone: (650) 331-2000 | Facsimile: (214) 969-3558 |
| Facsimile: (650) 331-2060 | angela.zambrano@sidley.com |
| cjkelly@mayerbrown.com | nwyson@sidley.com |
| | cpriest@sidley.com |
| Attorneys for Defendant | |
| THE BIG TEN CONFERENCE, INC. | Attorneys for Defendant |
| | THE BIG 12 CONFERENCE, INC. |

-5-

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.**<br><br>By: /s/ Robert W. Fuller<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon St., Suite 1900<br>Charlotte, NC 28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>One Market Street, 36th Floor<br>San Francisco, California 941105<br>Telephone:  (415) 999-0901<br>Facsimile:  (415) 901-1123<br>mseifert@szllp.com<br><br>Attorneys for Defendant<br>SOUTHEASTERN CONFERENCE | **LATHAM & WATKINS LLP**<br><br>By: /s/ Christopher S. Yates<br>Christopher S. Yates (SBN 161273)<br>Aaron T. Chiu (SBN 287788)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun (SBN 273787)<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>Telephone:  (202) 637-1061<br>Facsimile:  (202) 637-2201<br>anna.rathbun@lw.com<br><br>**FOX ROTHSCHILD LLP**<br><br>By: /s/ D. Erik Albright<br>D. Erik Albright (*pro hac vice*)<br>Jonathan P. Heyl (*pro hac vice*)<br>Gregory G. Holland (*pro hac vice*)<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone:  (336) 378-5368<br>Facsimile:  (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br><br>Attorneys for Defendant<br>THE ATLANTIC COAST CONFERENCE |

| | |
|---|---|
| **WINSTON & STRAWN LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| By: */s/ Jeffrey L. Kessler* | By: */s/ Steve W. Berman* |
| JEFFREY L. KESSLER | STEVE W. BERMAN |

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

-6-

CASE NO. 4:20-CV-03919-CW

STIPULATION AND [PROPOSED] ORDER
EXTENDING CERTAIN CASE DEADLINES

-7-

## SIGNATURE CERTIFICATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Certain Case Deadlines. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 6, 2024                              Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By:   /s/ Rakesh N. Kilaru
        Rakesh N. Kilaru
        Attorney for Defendant
        National Collegiate Athletic Association

CASE NO. 4:20-CV-03919-CW                    STIPULATION AND [PROPOSED] ORDER
                                              EXTENDING CERTAIN CASE DEADLINES

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 5/6/2024

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge