[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW |
|---|---|
| | **JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL** |
| | Hon. Claudia Wilken |

Pursuant to Northern District of California Civil Local Rule 7-12, Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), Big Ten Conference, Inc. ("Big Ten"), Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and Atlantic Coast Conference ("ACC") (collectively, "Defendants") (Plaintiffs and each Defendant is referred to herein as a "Party" and all Defendants together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS, the Parties have agreed to the principal terms on which the Parties will settle *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW (N.D. Cal.), *Hubbard et al. v. National Collegiate Athletic Association et al.*, Case No. 23-cv-01593 (N.D. Cal.), and *Carter et al. v. National Collegiate Athletic Association et al.*, Case No. 3:23-cv-06325-RS (N.D. Cal.);

WHEREAS, the terms of the settlement were jointly agreed to after arms-length negotiations;

WHEREAS, the Parties are working expeditiously and in good faith to finalize the long-form settlement agreement, and anticipate that a motion for preliminary approval of the settlement will be filed on or before thirty (30) days from the date of this stipulation, but in any event no later than forty-five (45) days from the date of this stipulation;

WHEREAS, in furtherance of the settlement, and to conserve judicial and party resources, the Parties agree, and request that the Court stay all deadlines and proceedings pending filing of the settlement and motion for preliminary approval.

THEREFORE, IT IS STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT:

1. All deadlines are hereby STAYED pending the Court's ruling on Plaintiffs' motion to preliminarily approve the settlement between Plaintiffs and Defendants pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. If the Court grants preliminary approval, the case shall remain stayed pending final approval of the settlement.

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL
No. 4:20-cv-03919-CW

2

3. If the Court does not grant preliminary approval, the Parties shall promptly negotiate in good faith regarding a new schedule to be submitted for Court approval.

Dated: May 30, 2024                                      Respectfully submitted,

| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |
|---|---|
| By: */s/ Steve W. Berman* <br> Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> Jeffrey L. Kodroff <br> SPECTOR ROSEMAN & KODROFF PC <br> Two Commerce Square <br> 2001 Market Street, Suite 3420 <br> Philadelphia, PA 19103 <br> Telephone: (215) 496 0300 <br> Facsimile: (215) 496 6611 <br> jkodroff@srkattorneys.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* | By: */s/ Jeffrey L. Kessler* <br> Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Counsel for Plaintiffs and the Proposed Classes* |
| **WILKINSON STEKLOFF LLP** | **LATHAM & WATKINS LLP** |
| By: */s/ Rakesh N. Kilaru* <br> Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) | By: */s/ Christopher S. Yates* <br> Christopher S. Yates (SBN 161273) <br> Aaron T. Chiu (SBN 287788) |

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL
No. 4:20-cv-03919-CW

3

Kieran Gostin (*pro hac vice*)
Calanthe Arat (SBN 349086)
Tamara Matthews Johnson (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

*Counsel for Defendant National Collegiate Athletic Association*

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**

By: */s/ D. Erik Albright*
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

*Counsel for Defendant Atlantic Coast Conference*

**MAYER BROWN LLP**

By: */s/ Britt M. Miller*
Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300

**COOLEY LLP**

By: */s/ Whitty Somvichian*
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL
No. 4:20-cv-03919-CW

4

| | | |
|---|---|---|
| 1 | 3000 El Camino Real | Mark Lambert (SBN 197410) |
| 2 | Palo Alto, CA 94306<br>Telephone: (650) 331-2000 | 3175 Hanover Street<br>Palo Alto, CA 94304-1130 |
| 3 | Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 4 | | mlambert@cooley.com |

*Counsel for Defendant The Big Ten Conference, Inc.*

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842 7800
Facsimile: (202) 842 7899
dbansal@cooley.com

*Counsel for Defendant Pac-12 Conference*

**SIDLEY AUSTIN LLP**

By: */s/ Angela C. Zambrano*
Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
Chelsea A. Priest (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

David L. Anderson (SBN 149604)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412
dlanderson@sidley.com

*Counsel for Defendant The Big 12 Conference, Inc.*

**ROBINSON BRADSHAW & HINSON, P.A.**

By: */s/ Robert W. Fuller*
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick Hill (*pro hac vice*)
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, CA 94105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@SZLLP.com

*Counsel for Defendant Southeastern Conference*

JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING SETTLEMENT APPROVAL
No. 4:20-cv-03919-CW

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                              */s/ Steve. W. Berman*
                                              STEVE W. BERMAN (*pro hac vice*)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge