1 | Jennifer S. Coleman (SBN 213210)
Jedidiah L. Dooley (SBN 240105)
2 | **SPENCER FANE LLP**
225 West Santa Clara St., Suite 1500
3 | San Jose, California 95113
Telephone: (408) 286-5100
4 | Facsimile: (408) 286-5722
jcoleman@spencerfane.com
5 | jdooley@spencerfane.com

6 | James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
7 | Ryan Eitzmann (OBA No. 22556)
**NATIONAL LITIGATION LAW GROUP**
8 | 401 West Broadway Avenue
Enid, Oklahoma 73701
9 | Telephone: (202) 413-1855
Facsimile: (405) 835-6244
10 | jbryant@nationlit.com
*PRO HAC VICE APPLICATIONS*
11 | *FORTHCOMING*

12 | [Additional Counsel on Signature Page]

13 | Attorneys for Intervenor
HOUSTON CHRISTIAN UNIVERSITY

14 |

**UNITED STATES DISTRICT COURT**

15 |

**NORTHERN DISTRICT OF CALIFORNIA**

16 |

**OAKLAND DIVISION**

17 |

18 | GRANT HOUSE, et al.,                          CASE NO.: 4:20-CV-03919-CW

19 |                     *Plaintiffs,*            **NOTICE OF APPEARANCE OF JENNIFER S. COLEMAN ON BEHALF OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY**

20 |          v.

21 | NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,

22 |                     *Defendants.*

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF APPEARANCE OF JENNIFER S. COLEMAN ON BEHALF
OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY          CASE NO.: 4:20-CV-03919-CW

1  TO THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of Jennifer S. Coleman of the firm of

3  Spencer Fane, LLP, as counsel of record for and on behalf of Intervenor Houston Christian

4  University in the above-entitled matter.  Copies of all filings, orders, pleadings, letter briefs, and

5  all documents and notices pertaining to the above-entitled action not otherwise filed through the

6  Court's electronic filing system should be forwarded to counsel at the following address:

7  Jennifer S. Coleman
jcoleman@spencerfane.com

8  Spencer Fane, LLP
225 West Santa Clara St., Suite 1500

9  San Jose, California 95113

10  Dated:  June 20, 2024                                      Respectfully submitted,

11

12  By: _____
Jennifer S. Coleman

13  Jedidiah L. Dooley
SPENCER FANE LLP

14  225 West Santa Clara St.
Suite 1500

15  San Jose, California 95113

16  Andrew W. Lester (OBA No. 5388)
Mariana Pitts (OBA No. 34989)

17  SPENCER FANE LLP
9400 N. Broadway Extension, Suite 600

18  Telephone: (405) 844-9900
Facsimile: (405) 844-9958

19  alester@spencerfane.com
mpitts@spencerfane.com

20  *PRO HAC VICE APPLICATIONS
FORUMCOMING*

21  
C. Peter Goplerud, Colo. Bar No.21255

22  SPENCER FANE LLP
1700 Lincoln Street, Suite 2000

23  Denver, CO 80203
Telephone: (904) 502-9515

24  pgoplerud@spencerfane.com
*PRO HAC VICE APPLICATION

25  FORTHCOMING*

26  ///

27  ///

28  ///

- 2 -

NOTICE OF APPEARANCE OF JENNIFER S. COLEMAN ON BEHALF                 CASE NO.: 4:20-CV-03919-CW
OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY

SPENCER FANE
LLP
SAN JOSE

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
NATIONAL LITIGATION LAW GROUP
401 West Broadway Avenue
Enid, Oklahoma 73701
*PRO HAC VICE APPLICATIONS*
*FORTHCOMING*

Attorneys for Intervenor
HOUSTON CHRISTIAN UNIVERSITY

- 3 -

NOTICE OF APPEARANCE OF JENNIFER S. COLEMAN ON BEHALF
OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY

CASE NO.: 4:20-CV-03919-CW

SPENCER FANE
LLP
SAN JOSE