Jennifer S. Coleman (SBN 213210)
Jedidiah L. Dooley (SBN 240105)
**SPENCER FANE LLP**
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
jcoleman@spencerfane.com
jdooley@spencerfane.com

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
**NATIONAL LITIGATION LAW GROUP**
401 West Broadway Avenue
Enid, Oklahoma 73701
Telephone: (202) 413-1855
Facsimile: (405) 835-6244
jbryant@nationlit.com
*PRO HAC VICE APPLICATIONS FORTHCOMING*

[Additional Counsel on Signature Page]

Attorneys for Intervenor
HOUSTON CHRISTIAN UNIVERSITY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| GRANT HOUSE, et al., | CASE NO.: 4:20-CV-03919-CW |
| *Plaintiffs*, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | **[N.D. CAL. CIV. L.R. 3-15]** |
| *Defendants*. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: None.

Dated: June 20, 2024                                          Respectfully submitted,

By: *Jennifer S. Coleman*
Jennifer S. Coleman
Jedidiah L. Dooley
SPENCER FANE LLP
225 West Santa Clara St.
Suite 1500
San Jose, California 95113

Andrew W. Lester (OBA No. 5388)
Mariana Pitts (OBA No. 34989)
SPENCER FANE LLP
9400 N. Broadway Extension, Suite 600
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
mpitts@spencerfane.com
*PRO HAC VICE APPLICATIONS FORTHCOMING*

C. Peter Goplerud, Colo. Bar No.21255
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (904) 502-9515
pgoplerud@spencerfane.com
*PRO HAC VICE APPLICATION FORTHCOMING*

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
NATIONAL LITIGATION LAW GROUP
401 West Broadway Avenue
Enid, Oklahoma 73701
*PRO HAC VICE APPLICATIONS FORTHCOMING*

Attorneys for Intervenor
HOUSTON CHRISTIAN UNIVERSITY