Jennifer S. Coleman (SBN 213210)
Jedidiah L. Dooley (SBN 240105)
**SPENCER FANE LLP**
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
jcoleman@spencerfane.com
jdooley@spencerfane.com

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
**NATIONAL LITIGATION LAW GROUP**
401 West Broadway Avenue
Enid, Oklahoma 73701
Telephone: (202) 413-1855
Facsimile: (405) 835-6244
jbryant@nationlit.com
*PRO HAC VICE APPLICATIONS FORTHCOMING*

[Additional Counsel on Signature Page]

Attorneys for Intervenor
HOUSTON CHRISTIAN UNIVERSITY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., | CASE NO.: 4:20-CV-03919-CW |
| *Plaintiffs,* | **[PROPOSED] ORDER GRANTING HOUSTON CHRISTIAN UNIVERSITY'S MOTION TO INTERVENE** |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | Hearing Date:    TBD<br>Hearing Time:    TBD<br>Location:        TBD<br>Judge:           Hon. Claudia Wilken |
| *Defendants.* | |

**[PROPOSED] ORDER**

Now before the Court is Intervenor, Houston Christian University's, Motion to Intervene ("Motion"). Having considered the Motion, all relevant documents and evidence, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Complaint in Intervention attached as Exhibit 1 to the Motion is deemed filed and served as of the date of entry of this Order.

**IT IS SO ORDERED.**

Date: _____  By: _____
                                    HON. CLAUDIA WILKEN
                                    DISTRICT COURT JUDGE