Jennifer S. Coleman (SBN 213210)
Jedidiah L. Dooley (SBN 240105)
**SPENCER FANE LLP**
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone: (408) 286-5100
Facsimile: (408) 286-5722
jcoleman@spencerfane.com
jdooley@sppencerfane.com

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
**NATIONAL LITIGATION LAW GROUP**
401 West Broadway Avenue
Enid, Oklahoma 73701
Telephone: (202) 413-1855
Facsimile: (405) 835-6244
jbryant@nationlit.com
*PRO HAC VICE APPLICATIONS FORTHCOMING*

[Additional Counsel on Signature Page]

Attorneys for Intervenor
HOUSTON CHRISTIAN UNIVERSITY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | CASE NO.: 4:20-CV-03919 CW <br><br> **NOTICE OF APPEARANCE OF JEDIDIAH L. DOOLEY ON BEHALF OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY** |

TO THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Jedidiah L. Dooley of the firm of Spencer Fane, LLP, as counsel of record for and on behalf of Intervenor Houston Christian University in the above-entitled matter. Copies of all filings, orders, pleadings, letter briefs, and all documents and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

>Jedidiah L. Dooley
>jdooley@spencerfane.com
>Spencer Fane, LLP
>225 West Santa Clara St., Suite 1500
>San Jose, California 95113

Dated:  June 24, 2024

Respectfully submitted,

By: _____
Jennifer S. Coleman
Jedidiah L. Dooley
SPENCER FANE LLP
225 West Santa Clara St.
Suite 1500
San Jose, California 95113

Andrew W. Lester (OBA No. 5388)
Mariana Pitts (OBA No. 34989)
SPENCER FANE LLP
9400 N. Broadway Extension, Suite 600
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
mpitts@spencerfane.com
*PRO HAC VICE APPLICATIONS FORTHCOMING*

C. Peter Goplerud, Colo. Bar No.21255
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (904) 502-9515
pgoplerud@spencerfane.com
*PRO HAC VICE APPLICATION FORTHCOMING*

| | |
|---|---|
| 1 | James Sears Bryant (DC Bar No. 402796) |
| 2 | W. Lance Conn (DC Bar No. 447446) |
|   | Ryan Eitzmann (OBA No. 22556) |
| 3 | NATIONAL LITIGATION LAW GROUP |
|   | 401 West Broadway Avenue |
| 4 | Enid, Oklahoma 73701 |
|   | *PRO HAC VICE APPLICATIONS* |
| 5 | *FORTHCOMING* |
| 6 | Attorneys for Intervenor |
|   | HOUSTON CHRISTIAN UNIVERSITY |

NOTICE OF APPEARANCE OF JEDIDIAH L. DOOLEY ON BEHALF OF INTERVENOR HOUSTON CHRISTIAN UNIVERSITY

SPENCER FANE LLP
SAN JOSE