UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.,

Plaintiff(s),

v.

NCAA, et al.,

Defendant(s).

Case No. 4:20-CV-03919 CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, C. Peter Goplerud, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Houston Christian University in the above-entitled action. My local co-counsel in this case is Jennifer S. Coleman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN: 213210.

| | |
|---|---|
| Spencer Fane, LLP.<br>1700 Lincoln Street, Suite 200<br>Denver, CO 80203 | Spencer Fane, LLP.<br>225 West Santa Clara St., Suite 1500<br>San Jose, CA 95113 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (904) 502-9515 | (408) 286-5100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| pgoplerud@spencerfane.com | jcoleman@spencerfane.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 21255.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Date: June 28, 2024                                             C. Peter Goplerud
                                                                          APPLICANT
5

6
7
8  ORDER GRANTING APPLICATION
9  FOR ADMISSION OF ATTORNEY PRO HAC VICE
10
11  IT IS HEREBY ORDERED THAT the application of  C. Peter Goplerud  is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.
15  Dated: _____

                                                         _____
                                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021                           2



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**C PETER GOPLERUD, III**__

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**18th**__ day of __**March**__ A.D. __**1992**__ and that at the date hereof the said __**C PETER GOPLERUD, III**__ is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**24th**__ day of __**June**__ A.D. __**2024**__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk