UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.          ,

          Plaintiff(s),

  v.

NCAA, et al.          ,

          Defendant(s).

Case No. 4:20-CV-03919 CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James Sears Bryant, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Houston Christian University in the above-entitled action. My local co-counsel in this case is Jennifer S. Coleman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: SBN: 213210.

National Litigation Law Group
401 West Broadway Avenue
Enid, Oklahoma 73701
MY ADDRESS OF RECORD

Spencer Fane, LLP.
225 West Santa Clara St., Suite 1500
San Jose, California 95113
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(405) 753-5911
MY TELEPHONE # OF RECORD

(408) 286-5100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jbryant@nationlit.com
MY EMAIL ADDRESS OF RECORD

jcoleman@spencerfane.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 402796.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2024

James Sears Bryant
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James Sears Bryant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/5/2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE