[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES (CIVIL LOCAL RULE 7-4(b))**<br><br>Hon. Claudia Wilken |

1      Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Pac-12 Conference, the Big Ten Conference, Inc., the Big 12 Conference, Inc., Southeastern Conference, and Atlantic Coast Conference (collectively, "Defendants") (Defendants together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

     WHEREAS, the Parties are executing a settlement agreement;

     WHEREAS Plaintiffs are preparing to file with the Court a motion to preliminarily approve the settlement along with supporting documents;

     WHEREAS, Civil Local Rule 7-4(b) limits the length of a supporting brief or memorandum of points and authorities to 25 pages of text;

     WHEREAS, the Parties have agreed that, in this case, to adequately address the settlement agreement, notice program, and all statutory and Northern District of California-specific requirements for preliminary approval, Plaintiffs require additional pages in excess of the 25 pages permitted under Civil Local Rule 7-4(b);

     WHEREAS, the Parties have met and conferred, and agreed that Plaintiffs may file a memorandum of points and authorities that contains up to 35 pages of text; and

     WHEREAS, the Parties respectfully submit that good cause exists to allow this enlargement of pages;

     THEREFORE, the Parties, through their counsel, hereby stipulate subject to the Court's approval:

     1.    Plaintiffs may submit a memorandum of points and authorities in support of preliminary approval that contains up to 35 pages of text.

     **IT IS SO STIPULATED**.

| | |
|---|---|
| Dated: July 11, 2024 | Respectfully submitted, |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: /s/ *Steve W. Berman* | By: /s/ *Jeffrey L. Kessler* |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Adam I. Dale (*pro hac vice*) |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-4698 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | |
| Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| Jeffrey L. Kodroff | jparsigian@winston.com |
| **SPECTOR ROSEMAN & KODROFF PC** | |
| Two Commerce Square | *Class Counsel for Plaintiffs* |
| 2001 Market Street, Suite 3420 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 496 0300 | |
| Facsimile: (215) 496 6611 | |
| jkodroff@srkattorneys.com | |
| | |
| *Class Counsel for Plaintiffs* | |
| **WILKINSON STEKLOFF LLP** | **LATHAM & WATKINS LLP** |
| By: /s/ *Rakesh N. Kilaru* | By: /s/ *Christopher S. Yates* |
| Beth A. Wilkinson (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Rakesh N. Kilaru (*pro hac vice*) | Aaron T. Chiu (SBN 287788) |
| Kieran Gostin (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| Calanthe Arat (SBN 349086) | San Francisco, CA 94111 |
| Tamara Matthews Johnson (*pro hac vice*) | Telephone: (415) 391-0600 |
| Matthew R. Skanchy (*pro hac vice*) | Facsimile: (415) 395-8095 |
| 2001 M Street NW, 10th Floor | chris.yates@lw.com |
| Washington, DC 20036 | aaron.chiu@lw.com |

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

2

Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

*Counsel for Defendant National Collegiate Athletic Association*

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**

By: */s/ D. Erik Albright*
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

*Counsel for Defendant Atlantic Coast Conference*

**MAYER BROWN LLP**

By: */s/ Britt M. Miller*
Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

**COOLEY LLP**

By: */s/ Whitty Somvichian*
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

3

| | |
|---|---|
| *Counsel for Defendant The Big Ten Conference, Inc.* | Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842 7800<br>Facsimile: (202) 842 7899<br>dbansal@cooley.com<br><br>*Counsel for Defendant Pac-12 Conference* |
| **SIDLEY AUSTIN LLP** | **ROBINSON BRADSHAW & HINSON, P.A.** |
| By: */s/ Angela C. Zambrano*<br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>Chelsea A. Priest (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 969-3529<br>Facsimile: (214) 969-3558<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br>cpriest@sidley.com<br><br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7412<br><br>*Counsel for Defendant The Big 12 Conference, Inc.* | By: */s/ Robert W. Fuller*<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>**SEIFERT ZUROMSKI LLP**<br>One Market Street, 36th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 999-0901<br>Facsimile: (415) 901-1123<br>mseifert@SZLLP.com<br><br>*Counsel for Defendant Southeastern Conference* |

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

4

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified below has concurred in this filing.

> <i>/s/ Steve W. Berman</i>
> STEVE W. BERMAN (*pro hac vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

---
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge