[All counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | No. 4:20-cv-03919 CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES (CIVIL LOCAL RULE 7-4(b))**<br><br>Hon. Claudia Wilken |

1    Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic
2    Association, Pac-12 Conference, the Big Ten Conference, Inc., the Big 12 Conference, Inc.,
3    Southeastern Conference, and Atlantic Coast Conference (collectively, "Defendants") (Defendants
4    together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record,
5    submit the following Stipulation and Proposed Order:

6    WHEREAS, the Parties are executing a settlement agreement;

7    WHEREAS Plaintiffs are preparing to file with the Court a motion to preliminarily approve
8    the settlement along with supporting documents;

9    WHEREAS, Civil Local Rule 7-4(b) limits the length of a supporting brief or memorandum of
10   points and authorities to 25 pages of text;

11   WHEREAS, the Parties have agreed that, in this case, to adequately address the settlement
12   agreement, notice program, and all statutory and Northern District of California-specific requirements
13   for preliminary approval, Plaintiffs require additional pages in excess of the 25 pages permitted under
14   Civil Local Rule 7-4(b);

15   WHEREAS, the Parties have met and conferred, and agreed that Plaintiffs may file a
16   memorandum of points and authorities that contains up to 35 pages of text; and

17   WHEREAS, the Parties respectfully submit that good cause exists to allow this enlargement of
18   pages;

19   THEREFORE, the Parties, through their counsel, hereby stipulate subject to the Court's
20   approval:

21   1.   Plaintiffs may submit a memorandum of points and authorities in support of preliminary
22   approval that contains up to 35 pages of text.

23   **IT IS SO STIPULATED**.

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

2

| | |
|---|---|
| Dated: July 11, 2024 | Respectfully submitted, |

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **WINSTON & STRAWN LLP** |
| By: */s/ Steve W. Berman* | By: */s/ Jeffrey L. Kessler* |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Adam I. Dale (*pro hac vice*) |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-4698 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | |
| Berkeley, CA 94710 | Jeanifer E. Parsigian (SBN 289001) |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| Jeffrey L. Kodroff | jparsigian@winston.com |
| **SPECTOR ROSEMAN & KODROFF PC** | |
| Two Commerce Square | *Class Counsel for Plaintiffs* |
| 2001 Market Street, Suite 3420 | |
| Philadelphia, PA 19103 | |
| Telephone: (215) 496 0300 | |
| Facsimile: (215) 496 6611 | |
| jkodroff@srkattorneys.com | |
| | |
| *Class Counsel for Plaintiffs* | |
| **WILKINSON STEKLOFF LLP** | **LATHAM & WATKINS LLP** |
| By: */s/ Rakesh N. Kilaru* | By: */s/ Christopher S. Yates* |
| Beth A. Wilkinson (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Rakesh N. Kilaru (*pro hac vice*) | Aaron T. Chiu (SBN 287788) |
| Kieran Gostin (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| Calanthe Arat (SBN 349086) | San Francisco, CA 94111 |
| Tamara Matthews Johnson (*pro hac vice*) | Telephone: (415) 391-0600 |
| Matthew R. Skanchy (*pro hac vice*) | Facsimile: (415) 395-8095 |
| 2001 M Street NW, 10th Floor | chris.yates@lw.com |
| Washington, DC 20036 | aaron.chiu@lw.com |

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

*Counsel for Defendant National Collegiate Athletic Association*

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**

By: */s/ D. Erik Albright*
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

*Counsel for Defendant Atlantic Coast Conference*

**MAYER BROWN LLP**

By: */s/ Britt M. Miller*
Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

**COOLEY LLP**

By: */s/ Whitty Somvichian*
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

3

*Counsel for Defendant The Big Ten Conference, Inc.*

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842 7800
Facsimile: (202) 842 7899
dbansal@cooley.com

*Counsel for Defendant Pac-12 Conference*

**SIDLEY AUSTIN LLP**

By: */s/ Angela C. Zambrano*
Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
Chelsea A. Priest (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

David L. Anderson (SBN 149604)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412

*Counsel for Defendant The Big 12 Conference, Inc.*

**ROBINSON BRADSHAW & HINSON, P.A.**

By: */s/ Robert W. Fuller*
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
**SEIFERT ZUROMSKI LLP**
One Market Street, 36th Floor
San Francisco, CA 94105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@SZLLP.com

*Counsel for Defendant Southeastern Conference*

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

4

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified below has concurred in this filing.

  /s/ Steve W. Berman
STEVE W. BERMAN (*pro hac vice*)

JOINT STIPULATION AND [PROPOSED] ORDER TO PERMIT FILING OF EXCESS PAGES
No. 4:20-cv-03919-CW

5

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

7/12/2024

_____
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge