UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.          ,

       Plaintiff(s),

  v.

NCAA, et al.          ,

       Defendant(s).

Case No. 4:20-CV-03919 CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ryan Eitzmann          , an active member in good standing of the bar of

Oklahoma          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Houston Christian University     in the

above-entitled action. My local co-counsel in this case is Jennifer S. Coleman          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: SBN: 213210          .

National Litigation Law Group
401 West Broadway Avenue
Enid, Oklahoma 73701

MY ADDRESS OF RECORD

(202) 413-1855

MY TELEPHONE # OF RECORD

reitzmann@nationlit.com

MY EMAIL ADDRESS OF RECORD

Spencer Fane, LLP.
225 West Santa Clara St., Suite 1500
San Jose, CA 95113

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(408) 286-5100

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jcoleman@spencerfane.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

     I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 22556          .

     A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

     I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: June 27, 2024                                    Ryan Eitzmann
                                                            APPLICANT

5

6  ===========================================================================

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of  Ryan Eitzmann            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated:  7/22/2024


16

17
                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California