| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David Feher (*pro hac vice*) |
| Stephanie A. Verdoia (*pro hac vice*) | David Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | **WINSTON & STRAWN LLP** |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| 715 Hearst Avenue, Suite 300 | sviebrock@winston.com |
| Berkeley, CA 94710 | nvyas@winston.com |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | Jeanifer Parsigian SBN (289001) |
| bens@hbsslaw.com | Drew H. Washington SBN (350107) |
| | **WINSTON & STRAWN LLP** |
| *Class Counsel for Plaintiffs* | 101 California Street, 34th Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | dwashington@winston.com |
| | |
| | *Class Counsel Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **PLAINTIFFS' NOTICE REGARDING SETTLEMENT OPT-OUTS** |

Pursuant to paragraph 4(c) of the Order Granting Plaintiffs' Motion to Approve Manner and Form of Class Notice as Modified (entered Mar. 1, 2024, ECF No. 406), Plaintiffs report that no opt-outs have been received by Plaintiffs' counsel or the claims administrator Verita, formerly known as Kurtzman Carson Consultants Class Action Services, LLC (KCC).

Dated: July 26, 2024                                    Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP            WINSTON & STRAWN LLP

By: */s/ Steve W. Berman*                              By: */s/ Jeffrey L. Kessler*
    Steve W. Berman (*pro hac vice*)                      Jeffrey L. Kessler (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)                        David G. Feher (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)                      David L. Greenspan (*pro hac vice*)
Meredith Simons (SBN 320229)                            Adam I. Dale (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP                         Sarah Viebrock (*pro hac vice*)
1301 Second Avenue, Suite 2000                          Neha Vyas (*pro hac vice*)
Seattle, WA 98101                                       **WINSTON & STRAWN LLP**
Telephone: (206) 623-7292                               200 Park Avenue
Facsimile: (206) 623-0594                               New York, NY 10166-4193
steve@hbsslaw.com                                       Telephone: (212) 294-6700
emilees@hbsslaw.com                                     Facsimile: (212) 294-4700
stephaniev@hbsslaw.com                                  jkessler@winston.com
merediths@hbsslaw.com                                   dfeher@winston.com
                                                        dgreenspan@winston.com
                                                        aidale@winston.com
Benjamin J. Siegel (SBN 256260)                         sviebrock@winston.com
HAGENS BERMAN SOBOL SHAPIRO LLP                         nvyas@winston.com
715 Hearst Avenue, Suite 300
Berkeley, CA 94710                                      Jeanifer Parsigian SBN (289001)
Telephone: (510) 725-3000                               Drew H. Washington SBN (350107)
Facsimile: (510) 725-3001                               **WINSTON & STRAWN LLP**
bens@hbsslaw.com                                        101 California Street, 34th Floor
                                                        San Francisco, CA 94111
*Class Counsel for Plaintiffs*                          Telephone: (415) 591-1000
                                                        Facsimile: (415) 591-1400
                                                        jparsigian@winston.com
                                                        dwashington@winston.com

                                                        *Class Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                          */s/ Steve W. Berman*
                                          STEVE W. BERMAN