Steve W. Berman (pro hac vice)
Emilee N. Sisco (pro hac vice)
Stephanie Verdoia (pro hac vice)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
Drew H. Washington (SBN 350107)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
dwashington@winston.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE COLLEGE ATHLETE NIL LITIGATION

**Case No. 4:20-cv-03919-CW**

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Hon. Claudia Wilken

Pursuant to Northern District of California Civil Local Rule 7-12 and Federal Rule of Civil Procedure 15(a)(2), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby submit the following Stipulation to permit the Plaintiffs to file the Second Consolidated Amended Class Action Complaint submitted herewith:

WHEREAS, on June 15, 2020, Plaintiffs filed the Class Action Complaint. ECF No. 1;

WHEREAS, on July 26, 2021, Plaintiffs timely filed the Consolidated Amended Class Action Complaint. ECF No. 164;

WHEREAS, Plaintiffs seek to supplement their claims to challenge all of Defendants' restraints on college-athlete compensation and benefits—including, but not limited to, compensation for name, image and likeness and "pay-for-play"—and Defendants' rules restricting the number and overall amount of athletic scholarships, as well as to add Plaintiffs and classes;

WHEREAS, the Defendants consent to Plaintiffs' request to file the Second Consolidated Amended Class Action Complaint submitted herewith as Exhibit 1 and in redline format as Exhibit 2, for purposes of facilitating the resolution of this matter; and

WHEREAS, the Parties agree that Defendants do not need to file a pleading in response to the Second Consolidated Amended Class Action Complaint.

THEREFORE, the Parties hereby agree and stipulate that, upon order of this Court:

- Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiffs filing the Second Consolidated Amended Class Action Complaint submitted herewith as Exhibit 1, which shall become the operative complaint; and
- Defendants shall not be required to file a pleading in response to the Second Consolidated Amended Class Action Complaint.

Dated: July 26, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
Drew H. Washington (SBN 350107)
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
dwashington@winston.com

*Class Counsel for Plaintiffs*

WILKINSON STEKLOFF LLP

By: */s/ Rakesh N. Kilaru*

Rakesh N. Kilaru (*pro hac vice*)
Beth A. Wilkinson (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Cali Arat (SBN 349086)
Matthew Skanchy (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Jacob K. Danzinger (SBN 278219)
ARENT FOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

*Counsel for Defendant National Collegiate Athletic Association*

LATHAM & WATKINS LLP

By: */s/ Christopher S. Yates*

Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com

FOX ROTHSCHILD LLP

By: */s/ D. Erik Albright*

D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
FOX ROTHSCHILD LLP
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

*Counsel for Defendant Atlantic Coast Conference*

MAYER BROWN LLP

By: */s/ Britt M. Miller*
Britt M. Miller (*pro hac vice*)
Daniel Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

*Counsel for Defendant The Big Ten Conference, Inc.*

COOLEY LLP

By: */s/ Whitty Somvichian*
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dbansal@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile:(650) 849-7400
mlambert@cooley.com

Rebecca Tarneja (SBN 293461)
355 S. Grand Ave., Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
rtarneja@cooley.com

*Counsel for Defendant Pac-12 Conference*

SIDLEY AUSTIN LLP

By: */s/ Angela C. Zambrano*
Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
Chelsea Priest (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

David L. Anderson (SBN 149604)
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
dlanderson@sidley.com

*Counsel for Defendant The Big 12 Conference, Inc.*

ROBINSON BRADSHAW & HINSON, P.A.

By: */s/ Robert W. Fuller, III*
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
thinman@robinsonbradshaw.com
anitto@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 869-8837
mseifert@szllp.com

*Counsel for Defendant Southeastern Conference*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Steve W. Berman*
STEVE W. BERMAN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____________________

____________________________________________
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE