Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
Drew H. Washington (SBN 350107)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
dwashington@winston.com

*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Hon. Claudia Wilken |

I, Steve W. Berman, declare as follows:

1. I am the managing partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and counsel for the Plaintiff Classes ("Plaintiffs") in the above-captioned action. I have personal knowledge of the matters set forth herein, and if called upon as a witness, I could competently testify thereto.

2. I have reviewed Northern District of California Civil Local Rules 7-11 and 79-5.

3. I submit this declaration pursuant to Local Rule 79-5(c) and 7-11(a) in support of Plaintiffs' Administrative Motion to File Under Seal Information in Connection With Plaintiffs' Motion for Preliminary Settlement Approval ("Sealing Motion"), in order to establish the portions of Plaintiffs' Motion for Preliminary Settlement Approval that contain information that merits sealing.

4. Plaintiffs seek to seal only the information in the Stipulation & Settlement Agreement in this matter—appended as Exhibit 1 to the Declaration of Steve W. Berman In Support of Plaintiffs' Unopposed Motion for Preliminary Settlement Approval—that relates to Defendants' right to terminate the Settlement Agreement, in the event that a certain percentage of potential settlement class members timely and validly opt out of the settlement class.

5. Disclosure of this information would jeopardize what promises to be a landmark settlement for college sports and scores of college athletes.

6. The information that Plaintiffs seek to seal through their Sealing Motion is notated in the following table:

| Document | Portion Sought to Be Sealed | Basis for Sealing |
|---|---|---|
| Stipulation & Settlement Agreement (Ex. 1 to the Declaration of Steve W. Berman In Support of Plaintiffs' Unopposed Motion for Preliminary Settlement Approval) | Highlighted Portion of ¶ 37(c) | Contains opt-out threshold information. If disclosed, this information could be used by third parties for improper purposes, *i.e.*, as a means of undermining the proposed landmark settlement to obstruct the settlement and garner higher payouts. |

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 26th day of July, in Seattle, Washington.

/s/ Steve W. Berman
STEVE W. BERMAN