1

2

3

4

5

6

7

8       **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA**

10      **OAKLAND DIVISION**

11  | IN RE COLLEGE ATHLETE NIL | **Case No. 4:20-cv-03919-CW** |
    | LITIGATION | |

12  **[PROPOSED] ORDER RE: PLAINTIFFS'**
    **ADMINISTRATIVE MOTION TO FILE**
13  **UNDER SEAL INFORMATION IN**
    **CONNECTION WITH PLAINTIFFS'**
14  **MOTION FOR PRELIMINARY**
    **SETTLEMENT APPROVAL**

15
    Hon. Claudia Wilken
16

17

18

19

20

21

22

23

24

25

26

27

28

1   The Plaintiff Classes in the above-captioned action filed an Administrative Motion to File

2   Under Seal Information in Connection With Plaintiffs' Motion for Preliminary Settlement Approval.

3   **IT IS HEREBY ORDERED THAT** the Administrative Motion is **GRANTED**. The following

4   information shall remain sealed:

| Document | Portion Sought to Be Sealed |
|---|---|
| Stipulation & Settlement Agreement (Ex. 1 to the Declaration of Steve W. Berman In Support of Plaintiffs' Unopposed Motion for Preliminary Settlement Approval) | Highlighted Portion of ¶ 37(c) |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Claudia Wilken
United States District Court Judge