Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
**WINSTON & STRAWN LLP**
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
jparsigian@winston.com

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Hon. Claudia Wilken |

1    Pursuant to Local Rule 6-3, plaintiffs respectfully move the Court to advance the hearing
2  from September 5, 2024, to August 12, 13, 14 or August 19, 20, 21, or 22, 2024 of plaintiffs'
3  Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion") (ECF No.
4  450). The parties have met and conferred and defendants do not oppose this request.

5    Addressing the Motion at an earlier date will assist the parties in the time-consuming
6  process of identifying contact information for potential class members. The proposed notice
7  program currently contemplates direct notice to approximately 250,000 class members. Under the
8  proposed form of notice, each of these potentially affected class members would receive notice by
9  email or mail. Counsel, therefore, must obtain accurate contact information, including email and
10  mailing addresses, for each class member to provide adequate notice of the proposed settlement.

11    Based on plaintiffs experience in the *In re National Collegiate Athletic Association Athletic*
12  *Grant-in-Aid Cap Antitrust Litigation* settlement where similar information was sought, this
13  process requires coordination with hundreds of member schools. Defendants and plaintiffs have
14  begun this process already by contacting the schools and preparing instructions and templates to
15  facilitate efficient production of class members contact information. The process for obtaining class
16  member contact information, however, is triggered from the date the Court grants preliminary
17  approval.

18    Defendants have also conferred with member institutions who are waiting to notify class
19  members under the Family Educational Rights and Privacy Act ("FERPA") statute until after the
20  Court grants preliminary approval and prior to providing any contact information. This could result
21  in a delay of many weeks before plaintiffs would receive any data and would likely delay the start
22  of the proposed notice program.

23    Accordingly, to facilitate the timely and efficient gathering of the necessary data, plaintiffs
24  ask the Court to set or specially set the hearing at the earliest date convenient to the Court.

25

26

27

28

UNOPPOSED ADMIN. MOTION TO SHORTEN TIME                    Case No. 4:20-cv-03919-CW

1   Dated: July 30, 2024

2   By  _/s/ Steve W. Berman_                          By  _/s/ Jeffrey L. Kessler_

3   Steve W. Berman (*pro hac vice*)                  Jeffrey L. Kessler (*pro hac vice*)
    Emilee N. Sisco (*pro hac vice*)                  David G. Feher (*pro hac vice*)

4   Stephanie Verdoia (*pro hac vice*)                David L. Greenspan (*pro hac vice*)
    Meredith Simons (SBN 320229)                      Adam I. Dale (*pro hac vice*)

5   HAGENS BERMAN SOBOL SHAPIRO LLP                   Sarah L. Viebrock (*pro hac vice*)
    1301 Second Avenue, Suite 2000                    Neha Vyas (*pro hac vice*)

6   Seattle, WA 98101                                 WINSTON & STRAWN LLP
    Telephone: (206) 623-7292                         200 Park Avenue

7   Facsimile: (206) 623-0594                         New York, NY 10166-4193
                                                      Telephone: (212) 294-6700
8   steve@hbsslaw.com                                 Facsimile: (212) 294-4700
    emilees@hbsslaw.com                               jkessler@winston.com

9   stephaniev@hbsslaw.com                            dfeher@winston.com
    merediths@hbsslaw.com                             dgreenspan@winston.com

10                                                    aidale@winston.com
    Benjamin J. Siegel (SBN 256260)                   sviebrock@winston.com
11  HAGENS BERMAN SOBOL SHAPIRO LLP                   nvyas@winston.com

12  715 Hearst Avenue, Suite 300
    Berkeley, CA 94710

13  Telephone: (510) 725-3000                         Jeanifer E. Parsigian (SBN 289001)
    Facsimile: (510) 725-3001                         Drew H. Washington (SBN 350107)

14  bens@hbsslaw.com                                  WINSTON & STRAWN LLP
                                                      101 California Street, 34th Floor
15                                                    San Francisco, CA 94111
    Jeffrey L. Kodroff (*pro hac vice*)               Telephone: (415) 591-1000
16  Eugene A. Spector (*pro hac vice*)                Facsimile: (415) 591-1400

17  SPECTOR ROSEMAN & KODROFF, PC                     jparsigian@winston.com
    2001 Market Street, Suite 3420                    dwashington@winston.com

18  Philadelphia, PA 19103
    Telephone: (215) 496-0300

19  Facsimile: (215) 496-6611                         *Class Counsel for Plaintiffs*
    jkodroff@srkattorneys.com

20  espector@srkattorneys.com

21  *Class Counsel for Plaintiffs*

22

23

24

25

26

27

28

UNOPPOSED ADMIN. MOTION TO SHORTEN TIME                            Case No. 4:20-cv-03919-CW

1

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2       Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in

3    the filing of this document has been obtained from the signatories above.

4

5                                                    /s/ *Steve W. Berman*
                                                    STEVE W. BERMAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28