| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> Meredith Simons (SBN 320229) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile:  (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br> merediths@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Class Counsel for Plaintiffs* | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> Sarah L. Viebrock (*pro hac vice*) <br> Neha Vyas (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br> sviebrock@winston.com <br> nvyas@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> Drew H. Washington (SBN 350107) <br> WINSTON & STRAWN LLP <br> 101 California Street, 34th Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br> dwashington@winston.com <br><br> *Class Counsel for Plaintiffs* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW <br><br> **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Hon. Claudia Wilken |

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Washington Bar, and I have been admitted to this Court *pro hac vice*. I am the managing partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and counsel for Plaintiffs Grant House, Sedona Prince, and Tymir Oliver ("Plaintiffs") in this matter.

2. I submit this declaration in support of Plaintiffs' Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 for the Hearing of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

3. Plaintiffs request a modification of time to assist the parties in the time-consuming process of identifying contact information for potential class members. The proposed notice program contemplates direct notice to approximately 250,000 class members. Under the proposed form of notice, each of these potentially affected class members must obtain accurate contact information, including email and mailing addresses, for each class member to provide adequate notice of the proposed settlement.

4. Plaintiffs' counsel represented the plaintiffs in *In re National Collegiate Athletic Association Athletic Grant-in-Aid Cap Antitrust Litigation*, where similar student-athlete contact information was sought. Plaintiffs' counsel's experience is that this process requires coordination with hundreds of member schools. Defendants and Plaintiffs have begun this process already by contacting the schools and preparing instructions and templates to facilitate efficient production of class members contact information.

5. Defendants have informed Plaintiffs that they have conferred with member institutions that, citing the Family Educational Rights and Privacy Act ("FERPA") statute, will not notify class members that their contact information will be disclosed until after the Court grants preliminary approval, and then will not disclose contact information until after students are notified. This could result in a delay of many weeks before Plaintiffs would receive any contact information and will likely delay the start of the proposed notice program if the preliminary approval hearing is not held until the currently scheduled date of September 5, 2024.

6. Plaintiffs met and conferred with Defendants regarding their Motion to Shorten Time on Friday July 26, and Monday July 29, 2024. Defendants do not oppose the motion.

7. Plaintiffs and Defendants conferred about dates before September 5, 2024, and determined that all parties were available from August 12–14, 2024, and August 19–22, 2024.

8. The Parties have not filed a Stipulated Request for an Order Changing Time to a certain date so that the Court can choose the earliest date that is convenient for the Court from among the dates that both parties are available.

9. This request to shorten time would have the effect of advancing the hearing on Plaintiffs' motion for preliminary approval of the settlement agreement, which may allow the process of collecting class member contact information to begin earlier than it otherwise would. All other dates associated with the settlement approval process are unaffected and no other time modifications have been sought related to the settlement approval process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of July 2024 at Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN