**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Claudia Wilken |

-1-

1  This matter comes before the Court on plaintiffs' Unopposed Administrative Motion to Shorten Time Pursuant to Local Rule 6-3 for the Hearing of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Upon consideration of the foregoing motion, the papers submitted in support and opposition thereto, and good cause appearing,

IT IS HEREBY ORDERED that plaintiffs' motion is GRANTED. The Court is advancing the hearing of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement from September 5, 2024 to _____, 2024.

DATED: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE