STEPHEN M. TILLERY (*pro hac vice forthcoming*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
  gzelcs@koreintillery.com
MARC WALLENSTEIN (*pro hac vice forthcoming*)
  mwallenstein@koreintillery.com
PAMELA I. YAACOUB (*pro hac vice forthcoming*)
  pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
  cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A. Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

Attorneys for Interested Parties Alex Fontenot,
Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark
(and the *Fontenot* putative class)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-3919-CW<br><br>**NOTICE OF APPEARANCE OF GARRETT R. BROSHUIS ON BEHALF OF INTERESTED PARTIES WHO ARE CLASS MEMBERS OF THE PROPOSED SETTLEMENT**<br><br>Hon. Claudia Wilken |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Garrett R. Broshuis of the firm of Korein Tillery, LLC, as counsel of record for and on behalf of certain interested parties, who are class members in the proposed settlement classes of the proposed settlement (*see* ECF No. 450): Alex Fontenot, Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark. Copies of filings, orders, pleadings, letter briefs, and all documents and notice pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Garrett R. Broshuis
> gbroshuis@koreintillery.com
> Korein Tillery, LLC
> 505 N. 7th Street, Suite 3600
> St. Louis, MO 63101

DATED: July 31, 2024

Respectfully submitted,

*/s/ Garrett R. Broshuis*

STEPHEN M. TILLERY (*pro hac vice forthcoming*)
stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
gzelcs@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice forthcoming*)
mwallenstein@koreintillery.com
PAMELA I. YAACOUB (*pro hac vice forthcoming*)
pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

| | |
|---|---|
| 1 | CHRISTOPHER M. BURKE (Bar No. 214799) |
| 2 | cburke@koreintillery.com<br>**KOREIN TILLERY, LLC** |
| 3 | 401 West A Street, Suite 1430<br>San Diego, CA 92101 |
| 4 | Telephone: (619) 625-5620 |
| 5 | *Attorneys for Interested Parties Alex Fontenot, Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark (and the* Fontenot *putative class)* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Garrett R. Broshuis*
Garrett R. Broshuis