Andrew W. Lester (OBA No. 5388)
Mariana Pitts (OBA No. 34989)
**SPENCER FANE LLP**
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
mpitts@spencerfane.com
*ADMITTED VIA PRO HAC VICE APPLICATIONS*

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
**NATIONAL LITIGATION LAW GROUP**
401 West Broadway Avenue
Enid, Oklahoma 73701
Telephone: (202) 413-1855
Facsimile: (405) 835-6244
jbryant@nationlit.com
*ADMITTED VIA PRO HAC VICE APPLICATIONS*

[Additional Counsel on Signature Page]

Attorneys for Appellant/ Intervenor
HOUSTON CHRISTIAN UNIVERSITY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GRANT HOUSE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., <br><br> Defendants. | CASE NO.: 4:20-CV-03919 CW <br><br> **NOTICE OF APPEAL** <br><br> Date: TBD <br> Time: TBD <br> Dept: TBD <br> Judge: Hon. Claudia Wilken |

**HOUSTON CHRISTIAN UNIVERSITY'S NOTICE OF APPEAL**

Notice is hereby given that Appellant/ Intervenor Houston Christian University appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion for Intervention by Houston Christian University entered by the District Court on July 24, 2024, (Doc. 446), together with all the District Court's opinions incorporated within that Order.

Pursuant to Ninth Circuit Rule 3-2, Houston Christian University's Representation Statement is attached hereto.

Respectfully submitted,

Dated: July 31, 2024

SPENCER FANE LLP


By: */s/ Mariana Pitts*
Andrew W. Lester (OBA No. 5388)
Mariana Pitts (OBA No. 34989)
SPENCER FANE LLP
9400 N. Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
alester@spencerfane.com
mpitts@spencerfane.com
*ADMITTED VIA PRO HAC VICE APPLICATIONS*

Jennifer S. Coleman
Jedidiah L. Dooley
SPENCER FANE LLP
225 West Santa Clara St., Suite 1500
San Jose, California 95113
Telephone: (408) 918-2805
jcoleman@spencerfane.com
jdooley@spencerfane.com

C. Peter Goplerud, Colo. Bar No.21255
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
Telephone: (904) 502-9515
pgoplerud@spencerfane.com
*ADMITTED VIA PRO HAC VICE APPLICATIONS*

James Sears Bryant (DC Bar No. 402796)
W. Lance Conn (DC Bar No. 447446)
Ryan Eitzmann (OBA No. 22556)
NATIONAL LITIGATION LAW GROUP
401 West Broadway Avenue
Enid, Oklahoma 73701
jbryant@nationlit.com
lconn@nationlit.com
reitzmann@nationlit.com
*ADMITTED VIA PRO HAC VICE APPLICATIONS*

- 2 -

NOTICE OF APPEAL

# **RULE 3-2 REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), Appellant/ Intervenor Houston Christian University provides the following statement of parties to this appeal and their respective counsel:

1. Appellant/ Intervenor Houston Christian University

   Jennifer S. Coleman
   Spencer Fane
   222 W Santa Clara St., Suite 1500
   San Jose, CA 95113
   408-286-5100
   Email: jcoleman@spencerfane.com

   Andrew W. Lester
   Spencer Fane LLP
   Oklahoma
   9400 North Broadway Extension, Suite 600
   Oklahoma City, OK 73114-7423
   405-753-5911
   Fax: 405-844-9958
   Email: alester@spencerfane.com

   James S. Bryant
   National Litigation Law Group
   401 W. Broadway Ave.
   Enid, OK 73701
   202-413-1855
   Email: jbryant@nationlit.com

   Jedidiah Lee Dooley
   Spencer Fane LLP
   225 W. Santa Clara Street, Suite 1500
   San Jose, CA 95113
   408-286-5100
   Fax: 408-286-5722
   Email: jdooley@spencerfane.com

   Mariana Pitts
   Spencer Fane LLP
   9400 N. Broadway Extension, Ste. 600
   Oklahoma City, OK 73114
   405-844-5957
   Email: mpitts@spencerfane.com

- 4 -

C. Peter Goplerud, Colo. Bar No.21255
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
Telephone: (904) 502-9515
pgoplerud@spencerfane.com

Ryan Eitzmann
National Litigation Law Group
401 W. Broadway Ave.
Enid, OK 73701
405-429-7629
Email: reitzmann@nationlit.com

William Lance Conn
National Litigation Law Group
401 W. Broadway Ave.
Enid, OK 73701
650-400-7836
Email: lconn@nationlit.com

2. Appellees/ Plaintiffs Grant House, Sedona Prince, Chuba Hubbard, Keira McCarrell
Appellee/ Consol Plaintiff Tymir Oliver

Jeffrey L. Kessler (pro hac vice)
David G. Feher (pro hac vice)
David L. Greenspan (pro hac vice)
Adam I. Dale (pro hac vice)
Sarah L. Viebrock (pro hac vice)
Neha Vyas (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
Drew H. Washington (SBN 350107)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000

Facsimile: (415) 591-1400
jparsigian@winston.com
dwashington@winston.com

Steve W. Berman (pro hac vice)
Emilee N. Sisco (pro hac vice)
Stephanie Verdoia (pro hac vice)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff (pro hac vice)
Eugene A. Spector (pro hac vice)
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

3. Appellee/ Defendant National Collegiate Athletic Association

Beth A. Wilkinson (pro hac vice)
Rakesh N. Kilaru (pro hac vice)
Kieran Gostin (pro hac vice)
Calanthe Arat (SBN 349086)
Tamarra Matthews Johnson (pro hac vice)
Matthew R. Skanchy (pro hac vice)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

- 5 -

NOTICE OF APPEAL

bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

4. Appellee/ Defendant Pac-12 Conference

Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

Dee Bansal (pro hac vice)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842 7800
Facsimile: (202) 842 7899
dbansal@cooley.com

5. Appellee/ Defendant The Big Ten Conference, Inc.

Britt M. Miller (pro hac vice)
Daniel T. Fenske (pro hac vice)
71 South Wacker Drive
Chicago, IL 60606

- 6 -

NOTICE OF APPEAL

```
 1      Telephone: (312) 782-0600
        Facsimile: (312) 701-7711
 2      bmiller@mayerbrown.com
        dfenske@mayerbrown.com
 3
 4      Christopher J. Kelly (SBN 276312)
        Two Palo Alto Square, Suite 300
 5      3000 El Camino Real
        Palo Alto, CA 94306
 6      Telephone: (650) 331-2000
        Facsimile: (650) 331-2060
 7      cjkelly@mayerbrown.com
 8
     6. Appellee/ Defendant The Big 12 Conference, Inc.
 9
        David L. Anderson (SBN 149604)
10      555 California Street, Suite 2000
        San Francisco, CA 94104
11      Telephone: (415) 772-1200
        Facsimile: (415) 772-7412
12      dlanderson@sidley.com
13
        Angela C. Zambrano (pro hac vice)
14      Natali Wyson (pro hac vice)
        Chelsea A. Priest (pro hac vice)
15      2021 McKinney Avenue, Suite 2000
        Dallas, TX 75201
16      Telephone: (214) 969-3529
17      Facsimile: (214) 969-3558
        angela.zambrano@sidley.com
18      nwyson@sidley.com
        cpriest@sidley.com
19
20   7. Appellee/ Defendant Southeastern Conference
21
        Robert W. Fuller, III (pro hac vice)
22      Lawrence C. Moore, III (pro hac vice)
        Amanda P. Nitto (pro hac vice)
23      Travis S. Hinman (pro hac vice)
        Patrick H. Hill (pro hac vice)
24      101 N. Tryon St., Suite 1900
        Charlotte, NC 28246
25      Telephone: (704) 377-2536
        Facsimile: (704) 378-4000
26      rfuller@robinsonbradshaw.com
27      lmoore@robinsonbradshaw.com
        anitto@robinsonbradshaw.com
28      thinman@robinsonbradshaw.com
```

phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 941105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

8. Appellee/ Defendant The Atlantic Coast Conference

Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

D. Erik Albright (pro hac vice)
Jonathan P. Heyl (pro hac vice)
Gregory G. Holland (pro hac vice)
FOX ROTHSCHILD LLP
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com