| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | **WINSTON & STRAWN LLP** |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| merediths@hbsslaw.com | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin J. Siegel (SBN 256260) | sviebrock@winston.com |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | |
| 715 Hearst Avenue, Suite 300 | Jeanifer E. Parsigian (SBN 289001) |
| Berkeley, CA 94710 | **WINSTON & STRAWN LLP** |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| *Class Counsel for Plaintiffs* | jparsigian@winston.com |
| | |
| [Additional counsel on signature page] | *Class Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**PLAINTIFFS' RESPONSE TO INTERESTED PARTY'S OPPOSITION TO ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR THE HEARING OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Claudia Wilken |

Plaintiffs respectfully submit this response to the Opposition to Plaintiffs' Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 for the Hearing on Plaintiffs' Unopposed Motion for Preliminary Settlement Approval of Class Action Settlement (ECF No. 454).

In Plaintiffs' motion, Class Counsel explained that there is good reason to advance the hearing date because it would allow the parties to begin as soon as possible the process of identifying contact information for the approximately 250,000 potential class members who will receive notice of the proposed settlement. Defendants did not oppose this request as the parties both recognize that the notice process will be time consuming and cannot begin until preliminary approval is granted. To give just one example of the problems with delay, Defendants' member institutions are waiting to notify class members under the Family Educational Rights and Privacy Act ("FERPA") statute until after the Court grants preliminary approval and prior to providing any contact information to Plaintiffs. Thus, a longer delay until the hearing will result in a longer delay until Plaintiffs will be able to gather the data they need to initiate the proposed notice program.

*Fontenot* counsel argue that the hearing date for preliminary approval in *In re College Athlete NIL Litigation* should not be moved because they want more time to "scrutinize the proposed settlement" and "determine whether a response is called for" prior to the hearing.[1] As an initial matter, to the extent the *Fontenot* lawyers have publicly stated their intention to oppose the settlement in this case in an effort to keep their own, overlapping case alive and to pursue some "better" form of relief,[2] that is not a proper basis on which to object. In overruling similar objections, the Ninth Circuit has noted, "Settlement is the offspring of compromise; the question we address is not whether the final product could be prettier, smarter or snazzier, but whether it is fair, adequate and free from collusion."[3] Moreover, it is not necessary for the *Fontenot* plaintiffs to file any response before the preliminary approval hearing or to otherwise participate in the hearing,

---

[1] *Fontenot* counsel have not opposed Plaintiffs' motion to advance the preliminary approval hearing date in the *Hubbard* case.

[2] *See* i.e., KESSLER DEFENDS HOUSE V. NCAA DEAL AMID FONTENOT CASE FLAK, Sportico.com (May 22, 2024), https://www.sportico.com/leagues/college-sports/2024/kessler-house-ncaa-deal-fontenot-1234780034/.

[3] *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1027 (9th Cir. 1998).

-1-

PLS. RESP. TO OPP'N TO UNOPPOSED ADMINISTRATIVE
MOT. TO SHORTEN TIME                                                                Case No. 4:20-cv-03919-CW

-2-

1  in order to ensure that their interests are protected. If the Court grants preliminary approval, the
2  *Fontenot* plaintiffs—and all other members of the proposed settlement classes—will receive notice
3  and will have plenty of time to "scrutinize" the settlement (and file objections if they so choose)
4  prior to final approval. Advancing the date of the preliminary approval hearing would not in any
5  way impair the *Fontenot* plaintiffs' rights, but it would delay the efforts the parties here are
6  undertaking to ensure that *all* members of the proposed classes receive notice and have a fair
7  opportunity to be heard.
8      Based on these facts, as well as those set forth in detail in Class Plaintiffs' Motion, Plaintiffs
9  respectfully ask the Court to set the hearing at the earliest date convenient to the Court.

Dated: August 2, 2024

By  /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

*Class Counsel for Plaintiffs*

By   /s/ Jeffrey L. Kessler
Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
Drew H. Washington (SBN 350107)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
dwashington@winston.com

*Class Counsel for Plaintiffs*

-4-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Steve W. Berman*
STEVE W. BERMAN