Joshua P. Davis (SBN 193254)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

*Attorney for Interested Parties*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEARANCE OF JOSHUA P. DAVIS ON BEHALF OF INTERESTED PARTIES TAMENANG CHOH AND GRACE KIRK**<br><br>Hon. Claudia Wilken |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Joshua P. Davis of the firm of Berger Montague PC, as counsel of record for and on behalf of certain interested parties Tamenang Choh and Grace Kirk. Tamenang Choh and Grace Kirk hereby advise all parties that all pleadings and documents should be addressed to and served upon Tamenang Choh and Grace Kirk at the following address:

> Joshua P. Davis
> BERGER MONTAGUE PC
> 505 Montgomery Street, Suite 625
> San Francisco, CA 94111
> Tel: (800) 424-6690
> jdavis@bm.net

Date: August 5, 2024

Respectfully submitted,

*/s/ Joshua P. Davis*
Joshua P. Davis (SBN 193254)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

*Attorney for Interested Parties Tamenang Choh and Grace Kirk*