IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER DENYING MOTION TO SHORTEN TIME**<br><br>(Re: Dkt. No. 451) |

On July 26, 2024, Plaintiffs filed a motion for preliminary approval of a settlement agreement and noticed the motion for a hearing on September 5, 2024. Now pending is Plaintiffs' motion to shorten time with respect to the motion for preliminary approval of a settlement agreement. Docket No. 451. Plaintiffs request that the Court advance the September 5, 2024, hearing date to an earlier date. *See id.* The motion to shorten time is opposed by individuals who allege to be members of the proposed settlement class; they argue that granting the motion to shorten time would shorten the briefing schedule for the motion for preliminary approval and would leave them with insufficient time to review the proposed settlement and prepare a response to the motion for preliminary approval. Docket Nos. 454, 458.

The Court DENIES the motion to shorten time. The deadline for filing an opposition to the motion for preliminary approval of a settlement agreement is August 9, 2024, at 5:00 p.m. The deadline for filing a reply in support of the motion for preliminary approval of a settlement agreement is August 16, 2024, at 5:00 p.m.

IT IS SO ORDERED.

Dated: August 6, 2024

CLAUDIA WILKEN
United States District Judge