

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

AUG 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-4843 |
| Originating Case Number: | 4:20-cv-03919-CW |
| Short Title: | House, et al. v. National Collegiate Athletic Association, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-4843 |
| Originating Case Number: | 4:20-cv-03919-CW |
| Case Title: | House, et al. v. National Collegiate Athletic Association, et al. |

**Monday, August 12, 2024**
Houston Christian University　　　　　　　　Mediation Questionnaire due

**Monday, August 19, 2024**
Houston Christian University　　　　　　　　Appeal Transcript Order Due

**Thursday, September 19, 2024**
Houston Christian University　　　　　　　　Appeal Transcript Due

**Friday, October 25, 2024**
Houston Christian University　　　　　　　　Appeal Opening Brief Due

**Monday, November 25, 2024**
Grant House　　　　　　　　　　　　　　　Appeal Answering Brief Due
Sedona Prince　　　　　　　　　　　　　　Appeal Answering Brief Due
Chuba Hubbard　　　　　　　　　　　　　Appeal Answering Brief Due
Keira McCarrell　　　　　　　　　　　　　Appeal Answering Brief Due
Tymir Oliver　　　　　　　　　　　　　　 Appeal Answering Brief Due
National Collegiate Athletic Association　　　 Appeal Answering Brief Due
Pac-12 Conference　　　　　　　　　　　　Appeal Answering Brief Due

| | |
|---|---|
| The Big Ten Conference, Inc. | Appeal Answering Brief Due |
| The Big Twelve Conference, Inc. | Appeal Answering Brief Due |
| Southeastern Conference | Appeal Answering Brief Due |
| Atlantic Coast Conference | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**