WILLIAM J. COOPER (CA Bar No. 304524)
NATALIE CHA (CA Bar No. 327869)
**CONRAD | METLITZKY | KANE LLP**
217 Leidesdorff Street
San Francisco, CA  94111
Tel:    (415) 343-7100
Fax:    (415) 343-7101
Email: wcooper@conmetkane.com
Email: ncha@conmetkane.com

*Attorneys for Objectors*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| IN RE COLLEGIATE ATHLETE NIL LITIGATION | Case No. 4:20-CV-03919-CW<br><br>**NOTICE OF APPEARANCE OF WILLIAM J. COOPER**<br><br>Hon. Claudia Wilken<br><br>Noticed for Hearing September 5, 2024 |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that William J. Cooper of CONRAD | METLITZKY | KANE LLP hereby appears as counsel of record in this action for Grace E. Menke, Flannery Dunn, Mia Levy, Madison Moore, Sierra Bishop, and Etta Carpender (the "Objectors"). All pleadings and other documents should be directed to William J. Cooper at the following address:

WILLIAM J. COOPER
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA  94111
Tel:     (415) 343-7100
Fax:    (415) 343-7101
Email: wcooper@conmetkane.com

DATED: August 9, 2024                                        Respectfully submitted,

                                                                               **CONRAD | METLITZKY | KANE LLP**

                                                                               WILLIAM J. COOPER
                                                                               NATALIE CHA

                                                                               *Attorneys for Objectors*