1  WILLIAM J. COOPER (CA Bar No. 304524)
   NATALIE CHA (CA Bar No. 327869)
2  **CONRAD | METLITZKY | KANE LLP**
   217 Leidesdorff Street
3  San Francisco, CA  94111
   Tel:    (415) 343-7100
4  Fax:    (415) 343-7101
   Email: wcooper@conmetkane.com
5  Email: ncha@conmetkane.com

6  *Attorneys for Objectors*

7

8

9                   **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                           **OAKLAND DIVISION**

12

13  |                                    |                                       |
    |------------------------------------|---------------------------------------|
14  | IN RE COLLEGIATE ATHLETE NIL LITIGATION | Case No. 4:20-CV-03919-CW          |
15  |                                    | **NOTICE OF APPEARANCE OF NATALIE CHA** |
16  |                                    | Hon. Claudia Wilken                   |
17  |                                    | Noticed for Hearing September 5, 2024 |

18

19

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       Please take notice that Natalie Cha of CONRAD | METLITZKY | KANE LLP hereby appears as

3  counsel of record in this action for Grace E. Menke, Flannery Dunn, Mia Levy, Madison Moore, Sierra

4  Bishop, and Etta Carpender (the "Objectors"). All pleadings and other documents should be directed to

5  Natalie Cha at the following address:

6

7  NATALIE CHA
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
8  San Francisco, CA  94111
Tel:     (415) 343-7100
9  Fax:    (415) 343-7101
Email: ncha@conmetkane.com

10

11

12  DATED: August 9, 2024            Respectfully submitted,

13

                                   **CONRAD | METLITZKY | KANE LLP**

14

15

16                                       WILLIAM J. COOPER
NATALIE CHA
17

18                                       *Attorneys for Objectors*