UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE COLLEGE ATHLETE NIL LITIGATION,

    Plaintiff(s),

v.

    Defendant(s).

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexandra C. Eynon, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Student-Athlete Objectors (Appendix A) in the above-entitled action. My local co-counsel in this case is William James Cooper, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 304524.

| | |
|---|---|
| 430 Park Avenue<br>New York, NY 10022<br>MY ADDRESS OF RECORD | 217 Leidesdorff Street<br>San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 607-8174<br>MY TELEPHONE # OF RECORD | (415) 343-7100<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aeynon@mololamken.com<br>MY EMAIL ADDRESS OF RECORD | wcooper@conmetkane.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5814314.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/9/2024                                         /s/Alexandra C. Eynon
                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexandra C. Eynon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# APPENDIX A

## STUDENT ATHLETE OBJECTORS

- Sierra Bishop, Oregon State University '22, NCAA Division I Crew Team

- Etta Carpender, The University of Texas at Austin '23, NCAA Division I Crew Team

- Flannery Dunn, George Washington University '23, NCAA Division I Crew Team

- Grace E. Menke, Yale University '24, NCAA Division I Crew Team

- Mia Levy, Yale University '25, NCAA Division I Crew Team

- Madison Moore, Yale University '25, NCAA Division I Crew Team



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Alexandra Clare Eynon

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 11, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 2, 2024.

*Clerk of the Court*

CertID-00185997



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
DEPUTY CLERKS

MELISSA KRAKOWSKI
WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised March 2024