| | |
|---|---|
| Steven F. Molo (*pro hac vice pending*) | William J. Cooper (CA Bar No. 304524) |
| Eric A. Posner (*pro hac vice pending*) | Natalie Cha (CA Bar No. 327869) |
| Thomas J. Wiegand (*pro hac vice pending*) | CONRAD \| METLITZKY \| KANE LLP |
| Elizabeth K. Clarke (*pro hac vice pending*) | 217 Leidesdorff Street |
| MOLOLAMKEN LLP | San Francisco, CA 94111 |
| 300 N. LaSalle Street | wcooper@conmetkane.com |
| Chicago, IL 60654 | ncha@conmetkane.com |
| smolo@mololamken.com | (415) 343-7100 |
| eposner@mololamken.com | |
| twiegand@mololamken.com | Alexandra C. Eynon (*pro hac vice pending*) |
| eclarke@mololamken.com | Catherine Martinez (*pro hac vice pending*) |
| (312) 450-6700 | Swara Saraiya (*pro hac vice pending*) |
| | Sara Tofighbakhsh (*pro hac vice pending*) |
| Lois S. Ahn (*pro hac vice pending*)\* | MOLOLAMKEN LLP |
| MOLOLAMKEN LLP | 430 Park Avenue |
| 600 New Hampshire Avenue, N.W. | New York, NY 10022 |
| Washington, D.C. 20037 | aeynon@mololamken.com |
| lahn@mololamken.com | cmartinez@mololamken.com |
| (202) 556-2000 | ssaraiya@mololamken.com |
| | stofighbakhsh@mololamken.com |
| *\*Admitted only in New York; practice limited to matters before federal courts and federal agencies* | (212) 607-8160 |

*Counsel for Objectors*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGIATE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**OBJECTORS' CERTIFICATION UNDER LOCAL RULE 3-15**<br><br>Hon. Claudia Wilken |

On behalf of objectors Grace E. Menke, Flannery Dunn, Mia Levy, Madison Moore, Sierra Bishop, and Etta Carpender, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: August 9, 2024                                  Respectfully submitted,

/s/ Steven F. Molo                                              /s/ William J. Cooper
Steven F. Molo (*pro hac vice pending*)         William J. Cooper (CA Bar No. 304524)
Eric A. Posner (*pro hac vice pending*)         Natalie Cha (CA Bar No. 327869)
Thomas J. Wiegand (*pro hac vice pending*)     CONRAD | METLITZKY | KANE LLP
Elizabeth K. Clarke (*pro hac vice pending*)    217 Leidesdorff Street
MOLOLAMKEN LLP                                  San Francisco, CA  94111
300 N. LaSalle Street
Chicago, IL  60654

Alexandra C. Eynon (*pro hac vice pending*)
Catherine Martinez (*pro hac vice pending*)
Swara Saraiya (*pro hac vice pending*)
Sara Tofighbakhsh (*pro hac vice pending*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022

Lois S. Ahn (*pro hac vice pending*)*
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037

*Admitted only in New York; practice limited to matters before federal courts and federal agencies*

*Counsel for Objectors*