UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE COLLEGE ATHLETE NIL
LITIGATION                                      ,

        Plaintiff(s),

    v.

                      ,

        Defendant(s).

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Thomas J. Wiegand , an active member in good standing of the bar of

New York , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Student-Athlete Objectors (Appendix A) in the

above-entitled action. My local co-counsel in this case is William James Cooper , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 304524 .

300 N. LaSalle Street
Chicago, IL  60654
MY ADDRESS OF RECORD

(312) 450-6703
MY TELEPHONE # OF RECORD

twiegand@mololamken.com
MY EMAIL ADDRESS OF RECORD

217 Leidesdorff Street
San Francisco, CA  94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 343-7100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wcooper@conmetkane.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 4934196 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 8/9/2024                                    /s/Thomas J. Wiegand

5                                                       APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11   IT IS HEREBY ORDERED THAT the application of Thomas J. Wiegand            is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated:            8/9/2024

16

17

18   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

## <u>APPENDIX A</u>

## STUDENT ATHLETE OBJECTORS

- Sierra Bishop, Oregon State University '22, NCAA Division I Crew Team

- Etta Carpender, The University of Texas at Austin '23, NCAA Division I Crew Team

- Flannery Dunn, George Washington University '23, NCAA Division I Crew Team

- Grace E. Menke, Yale University '24, NCAA Division I Crew Team

- Mia Levy, Yale University '25, NCAA Division I Crew Team

- Madison Moore, Yale University '25, NCAA Division I Crew Team