UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE COLLEGE ATHLETE NIL LITIGATION,

    Plaintiff(s),

  v.

    Defendant(s).

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Catherine Martinez, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Student-Athlete Objectors (Appendix A) in the above-entitled action. My local co-counsel in this case is William James Cooper, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 304524.

| | |
|---|---|
| 430 Park Avenue<br>New York, NY 10022 | 217 Leidesdorff Street<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 607-8152 | (415) 343-7100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| cmartinez@mololamken.com | wcooper@conmetkane.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5804364.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/9/2024

/s/Catherine Martinez
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Catherine Martinez is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/9/2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# APPENDIX A

## STUDENT ATHLETE OBJECTORS

- Sierra Bishop, Oregon State University '22, NCAA Division I Crew Team

- Etta Carpender, The University of Texas at Austin '23, NCAA Division I Crew Team

- Flannery Dunn, George Washington University '23, NCAA Division I Crew Team

- Grace E. Menke, Yale University '24, NCAA Division I Crew Team

- Mia Levy, Yale University '25, NCAA Division I Crew Team

- Madison Moore, Yale University '25, NCAA Division I Crew Team