STEPHEN M. TILLERY (*pro hac vice forthcoming*)
  stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
  gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
  cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
  gzelcs@koreintillery.com
MARC WALLENSTEIN (*pro hac vice forthcoming*)
  mwallenstein@koreintillery.com
PAMELA I. YAACOUB
  pyaacoub@koreintillery.com (*pro hac vice forthcoming*)
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
  cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A. Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

ERIC OLSON (*pro hac vice forthcoming*)
eolson@olsongrimsley.com
SEAN GRIMSLEY (*pro hac vice forthcoming*)
sgrimsley@olsongrimsley.com
JASON MURRAY (*pro hac vice forthcoming*)
jmurray@olsongrimsley.com
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151

*Attorneys for Plaintiffs in the Colorado Cases*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-3919-CW<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS IN THE COLORADO CASES' CERTIFICATION UNDER LOCAL RULE 3-15**<br><br>Judge: Hon. Claudia Wilken |

On behalf of Alex Fontenot, Mya Hollingshed, Sarah Fuller, Deontay Anderson, and Tucker Clark, who are plaintiffs in the case of *Fontenot v. National Collegiate Athletic Association*, No. 1:23-cv-03076 (D. Colo.), and who are members of the proposed settlement class in this action, and Riley Cornelio in the case of *Cornelio v. National Collegiate Athletic Association*, No. 1:24-cv-02178 (D. Col.), who is a member of the proposed settlement class in this action, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: August 13, 2024

Respectfully submitted,

By: /s/ *Garrett R. Broshuis*
STEPHEN M. TILLERY (*pro hac vice forthcoming*)
stillery@koreintillery.com
GARRETT R. BROSHUIS (Bar No. 329924)
gbroshuis@koreintillery.com
CAROL O'KEEFE (*pro hac vice forthcoming*)
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS (*pro hac vice forthcoming*)
gzelcs@koreintillery.com
MARC A. WALLENSTEIN (*pro hac vice forthcoming*)
mwallenstein@koreintillery.com
PAMELA I. YAACOUB (*pro hac vice forthcoming*)
pyaacoub@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE (Bar No. 214799)
cburke@koreintillery.com
**KOREIN TILLERY, LLC**
401 West A Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 625-5620

ERIC OLSON (*pro hac vice forthcoming*)
eolson@olsongrimsley.com
SEAN GRIMSLEY (*pro hac vice forthcoming*)
sgrimsley@olsongrimsley.com
JASON MURRAY (*pro hac vice forthcoming*)

**Plaintiffs in the Colorado Cases' Certification Under Local Rule 3-15**

jmurray@olsongrimsley.com
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202

*Attorneys for Plaintiffs in the Colorado Cases*

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

*/s/ Garrett R. Broshuis*
Garrett R. Broshuis