UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT HOUSE, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>NCAA, et al.<br><br>Defendant(s). | Case No. 4:20-cv-3919CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Eric Olson, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Colorado Cases' Plaintiffs (Appx. A) in the above-entitled action. My local co-counsel in this case is Christopher M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 214799.

| | |
|---|---|
| 700 17th Street, Suite 1600<br>Denver, CO 80202<br>MY ADDRESS OF RECORD | 401 West A Street, Suite 1430<br>San Diego, CA 92101<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (303) 595-9155<br>MY TELEPHONE # OF RECORD | (619) 625-5620<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| eolson@olsongrimsley.com<br>MY EMAIL ADDRESS OF RECORD | cburke@koreintillery.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36414.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/16/2024

Eric Olson
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eric Olson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# APPENDIX A

# COLORADO CASES' PLAINTIFFS

*Fontenot v. National Collegiate Athletic Association*, No. 1:23-cv-03076 (D. Colo.)

- Alex Fontenot
- Mya Hollingshed
- Sarah Fuller
- Deontay Anderson
- Tucker Clark

*Cornelio v. National Collegiate Athletic Association*, No. 1:24-cv-02178 (D. Col.)

- Riley Cornelio



### State of Colorado,

**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**ERIC R. OLSON**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **19th**

day of **May** A.D. **2005** and that at the date

hereof the said **ERIC R. OLSON** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **15th** day of **August** A.D. **2024**

**Cheryl Stevens**

Clerk

By _____

Deputy Clerk