UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.,

Plaintiff(s),

v.

NCAA, et al.

Defendant(s).

Case No. 4:20-cv-3919CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Eric Olson, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Colorado Cases' Plaintiffs (Appx. A) in the above-entitled action. My local co-counsel in this case is Christopher M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 214799.

| | |
|---|---|
| 700 17th Street, Suite 1600<br>Denver, CO 80202 | 401 West A Street, Suite 1430<br>San Diego, CA 92101 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (303) 595-9155 | (619) 625-5620 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| eolson@olsongrimsley.com | cburke@koreintillery.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36414.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/16/2024

Eric Olson
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eric Olson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/19/2024

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

# APPENDIX A

## COLORADO CASES' PLAINTIFFS

*Fontenot v. National Collegiate Athletic Association*, No. 1:23-cv-03076 (D. Colo.)

- Alex Fontenot
- Mya Hollingshed
- Sarah Fuller
- Deontay Anderson
- Tucker Clark

*Cornelio v. National Collegiate Athletic Association*, No. 1:24-cv-02178 (D. Col.)

- Riley Cornelio