UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, et al.,

Plaintiff(s),

v.

NCAA, et al.

Defendant(s).

Case No. 4:20-cv-3919CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jason Murray, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Colorado Cases' Plaintiffs (Appx. A) in the above-entitled action. My local co-counsel in this case is Christopher M. Burke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 214799.

| | |
|---|---|
| 700 17th Street, Suite 1600<br>Denver, CO 80202 | 401 West A Street, Suite 1430<br>San Diego, CA 92101 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (303) 595-9155 | (619) 625-5620 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jmurray@olsongrimsley.com | cburke@koreintillery.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 43652.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 08/16/2024

Jason Murray
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason Murray is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/19/2024

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

# APPENDIX A

## COLORADO CASES' PLAINTIFFS

*Fontenot v. National Collegiate Athletic Association*, No. 1:23-cv-03076 (D. Colo.)

- Alex Fontenot
- Mya Hollingshed
- Sarah Fuller
- Deontay Anderson
- Tucker Clark

*Cornelio v. National Collegiate Athletic Association*, No. 1:24-cv-02178 (D. Col.)

- Riley Cornelio