| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| merediths@hbsslaw.com | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin J. Siegel (SBN 256260) | sviebrock@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 300 | Jeanifer E. Parsigian (SBN 289001) |
| Berkeley, CA 94710 | WINSTON & STRAWN LLP |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| *Class Counsel for Plaintiffs* | jparsigian@winston.com |
| [Additional counsel on signature page] | *Class Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **PLAINTIFFS' NOTICE OF FILING OF REVISED SETTLEMENT DOCUMENTS** |
| | Hrg. Date: September 5, 2024 |
| | Time: 2:30 p.m. |
| | Judge: Hon. Claudia Wilken |
| | Courtroom: 2, 4th Floor |

**NOTICE OF REVISED PROPOSED ORDER AND PROPOSED NOTICE DOCUMENTS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, upon further review and in response to certain objections, Plaintiffs identified potential minor revisions to the proposed notices and proposed order submitted with their preliminary approval filings. *See* Plaintiffs' Reply ISO Preliminary Approval of Settlement, at 21 n. 19-20, 24, *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW (N.D. Cal., Aug. 16, 2024), ECF No. 494; Joint Declaration of Steve W. Berman and Jeffrey L. Kessler in Further Support of Plaintiffs' Reply ISO Motion for Preliminary Approval, at ¶¶ 17, 18, ECF No. 494-1. These revisions include additional language clarifying that objections may be filed electronically and additional language clarifying that the scope of the release does not extend to claims in the *Choh* or *Johnson* cases. In addition, Plaintiffs have been notified by Defendants that certain member schools require specific language by court order to trigger the Family Educational Rights and Privacy Act (FERPA) notification process prior to providing class member contact information to Plaintiffs for notice of the settlement. Plaintiffs have revised the Proposed Order to incorporate this language. To provide the Court with a full opportunity to review those changes prior to the Preliminary Approval Hearing on September 5, 2024, Plaintiffs submit these revised documents with substantive changes identified in redline, and minor edits/formatting changes adopted. Plaintiffs will also submit these revised documents in Word format for the Court.

Plaintiffs respectfully submit the following documents for the Court's review:

1. Revised Proposed Order Granting Plaintiffs' Motion for Preliminary Settlement Approval (Revised from ECF No. 451-2), attached hereto as Exhibit 1.

2. Revised Long Form Notice (Revised from Ex. 5 to Peak Decl., ECF No. 450-5), attached hereto as Exhibit 2.

3. Revised Email Notice (Revised from Ex. 1 to Peak Decl., ECF No. 450-5), attached hereto as Exhibit 3.

4. Revised Postcard Notice (Revised from Ex. 2 to Peak Decl., ECF No. 450-5), attached hereto as Exhibit 4.

PLAINTIFFS' NOTICE OF FILING  Case No. 4:20-cv-03919-CW

010912-11/2748977 V1

5.  Revised Claim Form (Revised from Ex. 6 to Peak Decl., ECF No. 450-5), attached hereto as Exhibit 5.

| | | |
|---|---|---|
| 1 | DATED: August 28, 2024 | Respectfully submitted, |
| 2 | By  */s/ Steve W. Berman* | By  */s/ Jeffrey L. Kessler* |
| 3 | Steve W. Berman (*Pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
|   | Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| 4 | Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
|   | Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| 5 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | Sarah L. Viebrock (*pro hac vice*) |
|   | 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| 6 | Seattle, WA 98101 | **WINSTON & STRAWN LLP** |
| 7 | Telephone: (206) 623-7292 | 200 Park Avenue |
|   | Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| 8 | steve@hbsslaw.com | Telephone: (212) 294-6700 |
|   | emilees@hbsslaw.com | Facsimile:  (212) 294-4700 |
| 9 | stephaniev@hbsslaw.com | jkessler@winston.com |
|   | merediths@hbsslaw.com | dfeher@winston.com |
| 10 |  | dgreenspan@winston.com |
| 11 | Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
|    | **HAGENS BERMAN SOBOL SHAPIRO LLP** | sviebrock@winston.com |
| 12 | 715 Hearst Avenue, Suite 300 | nvyas@winston.com |
|    | Berkeley, CA 94710 |  |
| 13 | Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
|    | Facsimile:  (510) 725-3001 | Drew H. Washington (SBN 350107) |
| 14 | bens@hbsslaw.com | **WINSTON & STRAWN LLP** |
| 15 |  | 101 California Street, 34th Floor |
|    | Jeffrey L. Kodroff (*pro hac vice*) | San Francisco, CA 94111 |
| 16 | Eugene A. Spector (*pro hac vice*) | Telephone: (415) 591-1000 |
|    | **SPECTOR ROSEMAN & KODROFF, PC** | Facsimile:  (415) 591-1400 |
| 17 | 2001 Market Street, Suite 3420 | jparsigian@winston.com |
|    | Philadelphia, PA 19103 | dwashington@winston.com |
| 18 | Telephone: (215) 496-0300 |  |
| 19 | Facsimile:  (215) 496-6611 | *Class Counsel for Plaintiffs* |
|    | jkodroff@srkattorneys.com |  |
| 20 | espector@srkattorneys.com |  |
| 21 | *Class Counsel for Plaintiffs* |  |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Steve W. Berman*
STEVE W. BERMAN