# EXHIBIT 4

United States District Court
*In re: College Athlete NIL Litigation*
Case No. 4:20-cv-03919

# Class Action Notice

*Authorized by the U.S. District Court*



**Were you denied compensation opportunities as a college athlete any time between 2016 and 2024?**



**NCAA records indicate you may be entitled to compensation from a $2.576 billion settlement and may be eligible for future benefits.**



**To see how much money you are entitled to and to learn about your rights and options, scan the QR code to learn more.**

**Key things to know:**

- This is an important legal document.
- If you take no action, any ruling from the Court will apply to you, and you will not be able to sue the NCAA, or any of the Power Five Conferences, or their member institutions about the same issues.
- NCAA compensation rules are changing as part of this settlement. To understand how you are impacted, learn more at www.collegeathletecompensation.com or by scanning the QR code.

# Court-Approved Legal Notice



This is an important notice about a class action settlement.

&lt;&lt;MAIL ID&gt;&gt;

&lt;&lt;NAME 1&gt;&gt;
&lt;&lt;NAME 2&gt;&gt;
&lt;&lt;ADDRESS LINE 1&gt;&gt;
&lt;&lt;ADDRESS LINE 2&gt;&gt;
&lt;&lt;ADDRESS LINE 3&gt;&gt;
&lt;&lt;ADDRESS LINE 4&gt;&gt;
&lt;&lt;ADDRESS LINE 5&gt;&gt;
&lt;&lt;CITY, STATE ZIP&gt;&gt;
&lt;&lt;COUNTRY&gt;&gt;