Joshua P. Davis (SBN 193254)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net

[Additional Counsel Appear on Signature Page]

*Attorneys for Interested Parties Tamenang Choh and Grace Kirk (and the Choh proposed class)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL BY TAMENANG CHOH AND GRACE KIRK, ON BEHALF OF A PROPOSED CLASS OF IVY LEAGUE ATHLETES**<br><br>Hon. Claudia Wilken |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

In light of the parties' clarification that the Settlement Agreement is not intended to release, and does not release, the claims currently raised in the Complaint in *Choh v. Brown University et al.*, No.3:23-cv-305 (D. Conn.) ("*Choh*"), and the commitment by the parties to amend the settlement notice documents to make this distinction clear for class members, Mr. Choh and Ms. Kirk withdraw their objection to the Settlement Agreement.

With the court's permission, Counsel for Choh and Kirk still intend to attend the September 5, 2024 hearing to answer any questions the Court may pose.

Dated: September 3, 2024                **BERGER MONTAGUE PC**

*/s/ Joshua P. Davis*
Joshua P. Davis (SBN 193254)
Hope Brinn (SBN 338508)
**BERGER MONTAGUE PC**
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Tel: (800) 424-6690
jdavis@bm.net
hbrinn@bm.net

Eric L. Cramer
Patrick F. Madden
Alan K. Cotler
Najah Jacobs
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ecramer@bm.net
Email: pmadden@bm.net
Email: alancotler@gmail.com
Email: njacobs@bm.net

Robert E. Litan
Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Tel: (202) 559-9740
Facsimile: (215) 875-5707
Email: rlitan@bm.net
Email: dwalker@bm.net

Devin "Velvel" Freedman
Edward Normand
Richard Cipolla
Joseph Delich
Stephen Lagos
**FREEDMAN NORMAND FRIEDLAND LLP**
90 Park Avenue, Suite 1910
New York, NY 10016
Phone: (646) 970-7513
vfreedman@fnf.law
tnormand@fnf.law
rcipolla@fnf.law
jdelich@fnf.law
slagos@fnf.law

Stephen M. Kindseth
James M. Moriarty
John L. Cesaroni
**ZEISLER & ZEISLER, P.C.**
10 Middle Street, 15th Floor
Bridgeport, CT 06605
Phone: (203) 368-4234
Fax: (203) 368-5485
skindseth@zeislaw.com
jmoriarty@zeislaw.com
jcesaroni@zeislaw.com

*Attorneys for Interested Parties Tamenang Choh and Grace Kirk (and the Choh proposed class)*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ *Joshua P. Davis*
Joshua P. Davis