Steven F. Molo (*pro hac vice*)
Eric A. Posner (*pro hac vice*)
Thomas J. Wiegand (*pro hac vice*)
Elizabeth K. Clarke (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654
smolo@mololamken.com
eposner@mololamken.com
twiegand@mololamken.com
eclarke@mololamken.com
(312) 450-6700

Lois S. Ahn (*pro hac vice*)*
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
lahn@mololamken.com
(202) 556-2000

*Admitted only in New York; practice limited
to matters before federal courts and federal
agencies*

William J. Cooper (CA Bar No. 304524)
Natalie Cha (CA Bar No. 327869)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111
wcooper@conmetkane.com
ncha@conmetkane.com
(415) 343-7100

Alexandra C. Eynon (*pro hac vice*)
Catherine Martinez (*pro hac vice*)
Swara Saraiya (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
aeynon@mololamken.com
cmartinez@mololamken.com
ssaraiya@mololamken.com
stofighbakhsh@mololamken.com
(212) 607-8160

*Counsel for Objectors*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGIATE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF AMENDMENT TO LIST OF OBJECTORS**<br><br>Hon. Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 23(e)(5), the five class members listed below, who are members of the "Additional Sports Class" and the "Injunctive Relief Settlement Class" as defined in the proposed settlement, Dkt. 450-3 ¶1(n)(3), (z), hereby join in full the objection filed at Dkt. 475 for the reasons stated therein.

Georgiana Barr is a member of Yale University's NCAA Division I volleyball team, and will be playing as a junior in 2024-2025.  Barr was named an Honorable Mention to the All-Ivy team in each of the last two seasons when Yale won the Ivy League volleyball championship. Barr is majoring in Astrophysics.

Elise Johnson was a member of Southern Methodist University's NCAA Division I swimming and diving team as a scholar-athlete for four consecutive years, graduating in 2022. Johnson was selected to the American Athletic Conference All-Academic Team for each of 2019, 2020, and 2021, and she currently is starting her third year of law school.

Mila Yarich is a member of Yale University's NCAA Division I volleyball team, and will be playing as a senior in 2024-2025.  Yarich was named to the All-Ivy team for the 2023-2024 season and was a member of Yale's team each of the last two seasons when Yale won the Ivy League volleyball championship.  Yarich is majoring in Cognitive Science.

Rachael Holp was a member of Arizona State University's NCAA Division I swim and dive team, where she swam for four years on academic scholarship before graduating in 2022. Holp received an M.S. in Systems Medicine from Georgetown University in 2023 and now works full time in the medical field.

Charlotte Forman was a member of Temple University's NCAA Division I crew team, rowing all four years as a scholarship athlete and graduating in 2018.  Forman represented the U.S. at the World University Rowing Championships in Shanghai, China in 2018, where she and her teammates medaled.  Forman currently rows competitively at the Penn AC Rowing Association in Philadelphia while working full-time.

In addition, Etta Carpender hereby withdraws her objection to the proposed settlement agreement filed at Dkt. 475.

Dated: September 3, 2024

Respectfully submitted,

/s/ William J. Cooper
William J. Cooper (CA Bar No. 304524)
Natalie Cha (CA Bar No. 327869)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA  94111

/s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)
Eric A. Posner (*pro hac vice*)
Thomas J. Wiegand (*pro hac vice*)
Elizabeth K. Clarke (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL  60654

Alexandra C. Eynon (*pro hac vice*)
Catherine Martinez (*pro hac vice*)
Swara Saraiya (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022

Lois S. Ahn (*pro hac vice*)*
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037

*\*Admitted only in New York; practice limited to matters before federal courts and federal agencies*

*Counsel for Objectors*