UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE COLLEGIATE ATHLETE NIL LITIGATION,

Plaintiff(s),

v.

Defendant(s).

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michelle Simpson Tuegel, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Objectors (Appendix A) in the above-entitled action. My local co-counsel in this case is Evangeline A.Z. Burbidge, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 266966.

| | |
|---|---|
| 3611 Swiss Ave Ste 200, Dallas, TX 75204 | 601 Montgomery St., Ste. 2000<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 774-9121 | (415) 800-0590 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| michelle@stfirm.com | eburbidge@lewisllewellyn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24075187.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2024          Michelle Simpson Tuegel
                                                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michelle Simpson Tuegel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

APPENDIX A

STUDENT ATHLETE OBJECTORS

- Alyssa Baumann, University of Florida, NCAA Division 1 gymnastics

- Napualani Hall, UCLA, NCAA Division I gymnastics

- Kennedy Baker, , University of Florida, NCAA Division 1 gymnastics

- Peyton Michelle Ernst, University of Florida, NCAA Division 1 gymnastics

- Rachel Baumann, University of Georgia, NCAA Division 1 gymnastics

- Emma Steigerwald, Virginia Tech, NCAA Division 1 gymnastics

- Dai'Ja Thomas, Southern Methodist University, NCAA Division I Women's Basketball

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

June 19, 2024

Re: Ms. Michelle Simpson Tuegel, State Bar Number 24075187

To Whom It May Concern:

This is to certify that Ms. Michelle Simpson Tuegel was licensed to practice law in Texas on November 05, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167