THE SIMPSON TUEGEL LAW FIRM, PLLC
Michelle Simpson Tuegel
(*pro hac vice pending*)
michelle@stfirm.com
Maryssa J. Simpson
(*pro hac vice pending*)
maryssa@stfirm.com
3611 Swiss Avenue, Suite 200
Dallas, Texas 75204
Telephone: (214) 774-9121

LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
eburbidge@lewisllewellyn.com
Erin H. Reding (CA Bar No. 252691)
ereding@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Counsel for Objectors

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGIATE ATHLETE NIL LITIGATION<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Case No. 4:20-cv-03919-CW<br><br>**OBJECTORS' CERTIFICATION UNDER LOCAL RULE 3-15**<br><br>Hon. Claudia Wilken |

On behalf of objectors Alyssa Baumann, Napualani Hall, Kennedy Baker, Peyton Michelle Ernst, Rachel Baumann, Emma Steigerwald and Dai'Ja Thomas, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: September 4, 2024                                    Respectfully submitted,

By: */s/ Michelle Simpson Tuegel*                    By: */s/ Evangeline A.Z. Burbidge*
Michelle Simpson Tuegel                                      Evangeline A.Z. Burbidge
(*pro hac vice pending*)                                        Erin H. Reding
Maryssa J. Simpson                                              LEWIS & LLEWELLYN LLP
(*pro hac vice pending*)
THE SIMPSON TUEGEL LAW FIRM, PLLC

*Counsel for Objectors*

OBJECTORS' CERTIFICATION UNDER LOCAL RULE 3-15
CASE NO. 4:20-CV-03919-CW