THE SIMPSON TUEGEL LAW FIRM, PLLC
Michelle Simpson Tuegel
(*pro hac vice pending*)
michelle@stfirm.com
Maryssa J. Simpson
(*pro hac vice pending*)
maryssa@stfirm.com
3611 Swiss Avenue, Suite 200
Dallas, Texas 75204
Telephone: (214) 774-9121

LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (CA Bar No. 266966)
eburbidge@lewisllewellyn.com
Erin H. Reding (CA Bar No. 252691)
ereding@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

*Counsel for Objectors*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGIATE ATHLETE NIL LITIGATION<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF JOINDER IN OBJECTION TO SETTLEMENT AGREEMENT AND OPPOSITION TO MOTION FOR PRELIMINARY SETTLEMENT APPROVAL [DOC. 475]**<br><br>Date: September 5, 2024<br>Time: 2:30 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 23(e)(5), the seven class members listed below respectfully join in the Objection to Settlement Agreement and Opposition to Motion for Preliminary Settlement Approval, filed at Dkt. 475.

The class members joining the Objection ("Objectors") are members of the "Additional Sports Class" and the "Injunctive Relief Settlement Class" as defined in the proposed settlement agreement filed in this matter, and thus should be classified as "Objectors." *See* Dkt. 450-3. Objectors are student-athletes who are members of the "Additional Sports Class" and the "Injunctive Relief Settlement Class" as defined in the Settlement. *See* Dkt. 450-3 ("Settlement") ¶ 1(n)(3), (z). These seven additional Objectors hereby adopt and incorporate by reference the arguments and authorities set forth in the previously-filed Objection. *See* Doc. 475, in its entirety.

## I.   OBJECTORS JOINING IN OBJECTION

**Alyssa Baumann** was an elite Team USA gymnast and Division I gymnast from 2018 to 2021. Baumann was a member of Team USA at the 2014 World Championships that won gold. Over the course of her career competing for the University of Florida gymnastics team, she earned All-American accolades eight times (2 NCAA/6 WCGA Regular Season) and three SEC balance beam championships (2018, 2019 & 2021), as well as Academic and SEC Honor roll. Baumann was also one of the former Team USA gymnasts who came forward publicly as a sexual abuse survivor of former Olympic doctor Larry Nassar. Since coming forward, Baumann has bravely advocated and testified in the Texas legislature for reforms to laws that impact child sexual abuse survivors in Texas. Baumann is now a law student in North Carolina.

**Napualani Hall** was an elite gymnast and a member of the UCLA NCAA Division I gymnastics team from 2016 to 2018. As a leading member of the collegiate gymnastics powerhouse team at UCLA, Hall recorded the team's second-highest vault score to help lead UCLA to its seventh NCAA Championship in 2018. Also in 2018, Hall was named as a 2 Second-Team All-American on vault and All-Pac-12 on vault. As an elite gymnast, Hall was the 2013 National vault champion and two-time USA Championships qualifier. Hall graduated from UCLA with a degree in Sociology and now works as a specialized Buyers Agent and Operations Lead in real estate in California.

**Kennedy Baker** was an elite Team USA gymnast and member of University of Florida's NCAA Division I gymnastics team from 2015-2018. Among her many accomplishments as an elite and collegiate gymnast, Baker was a member of the Senior International Elite and two-time member of the U.S. Senior National Team. Baker qualified and competed in the Olympic Trials in 2017 where she placed seventh in the bars and eighth in the all-around and floor. In 2015 at the NCAA Gymnastics Championships. Baker helped her team advance to the Super Six Final and win the national title. Baker also earned All-America First Team Honors on the floor exercise. Baker was also named SEC Co-Freshman of the Year as a freshman. In 2016, at the SEC Championships, Baker won the all-around. Baker also spoke out publicly as a survivor of sexual abuse related to Larry Nassar, and she has also advocated for survivors publicly in Texas and nationally. Baker lives in California she has worked as an ESPN commentator on Women's Gymnastics since retiring from competition.

**Peyton Michelle Ernst** was a collegiate and elite Team USA national gymnast. Ernst started her collegiate gymnastics career at the University of Florida and competed for UF from the Fall of 2015 to the Spring of 2016. Ernst was placed on medical leave from University of Florida after that first season. Ernst then transferred to the University of Alabama. On September 20, 2018 Ernst had announced her retirement from gymnastics. As an elite gymnast, Ernst competed in the 2014 Pacific Rim Championships for Team USA (among other competitions) in Richmond, British Columbia, where she replaced Simone Biles and ended up placing first in the team finals for Team USA.

**Rachel Baumann** was an elite gymnast and a member of the NCAA Division I University of Georgia gymnastics team starting in 2019. Baumann competed as a member of the Junior Olympic National Gymnastics Team in 2016 and 2017. Among her many accomplishments, Baumann was the 2017 Junior Olympics Level 10 Senior B balance beam champion, all-around runner-up and sixth on floor, and the 2016 Junior Olympics all-around co-champion. Some of the highlights of Baumann's collegiate gymnastics career include Southeastern Conference Academic Honor Roll, leading Georgia in 2021 Three beam titles, and earning SEC Academic Honor Roll.

**Emma Steigerwald** was a Division I women's soccer player at Virginia Tech from 2018-2021. In 2020-21, Steigerwald was one of three athletes to start in all of Tech's 17 games.

Steigerwald logged the fifth-most minutes on the team, and fired the third-most shots on the team – including the game-winner at Boston College. Steigerwald was an All-ACC Academic Team honoree. Emma Steigerwald is now a paralegal and intake coordinator at The Simpson Tuegel Law Firm, where she serves as the first point of contact for potential clients, helping them begin their journey to justice.

**Dai'Ja Thomas** was a member of the NCAA Division I Women's Basketball Team at Southern Methodist University. As a freshman (2015-2016 season), Thomas played in 30 games with one start. She averaged 5.0 points and 4.1 rebounds per game, all while only playing 16.7 minutes per contest. Thomas also led the team with a 48.7 shooting percentage (55-of-113). As a sophomore (2016-2017 season), Thomas's statistics and game play steadily continued to improve. Thomas's sophomore season included playing in 31 games with 10 starts, averaging 6.2 points and 5.1 rebounds per game. Thomas was second in blocking on the team, with 40 blocks and two double-doubles. As a junior (2017-2018 season), Thomas faithfully played in all 30 games with 21 starts despite suffering a knee injury. Even during a career-ending injury season, Thomas was second on the team and 13th in the conference with 6.4 rebounds per game. Thomas scored 15 points and tied the SMU single-game record with 22 rebounds against East Carolina, and had at least 10 rebounds six times. Thomas was also again second in blocking on the team as a junior, with 31 blocks.

## II.   JOINDER IN THE ARGUMENT IN SUPPORT OF OBJECTION

The seven class members join in the Objection to Settlement Agreement and Opposition to Motion for Preliminary Settlement Approval [Doc. 475] as if stated fully herein. Objectors object to the settlement for the reasons set forth in the Objection, and adopt and incorporate by reference the arguments and authorities set forth in the Objection. Doc. 475 at p. 9. Objectors herein reiterate that the settlement vastly undercompensates female athletes; creates a new anticompetitive cartel to limit athlete compensation; and attempts to improperly cut off claims for fair employment compensation. *Id.* at p. 9-20.

As the previously-filed Objection sets forth, women athletes have been disproportionately harmed by the NCAA's anticompetitive rules and practices, a by-product of discriminatory

practices. *Id.* at p. 10. The NCAA's failure to promote women's sports depressed the value of female athletes' NIL over decades, and the NCAA's scholarship cap denied women scholarships that would otherwise have been available under Title IX. *Id.* Yet, instead of compensating those injuries, the Settlement perpetuates the same inequalities it should remedy. *Id.* The result is a stunning disparity in compensation – well over 90% of the settlement proceeds will be paid to male athletes. *Id.* By reinforcing wrongful gender inequities instead of remedying them, the Settlement is a major setback for efforts to achieve gender equity in college athletics. *Id.*

Objectors therefore respectfully join the objection filed at Dkt. 475, adopt and incorporate by reference the arguments and authorities set forth in the Objection as if fully stated herein, and wish to be recognized as Objectors which have a stated, demonstrable interest in the settlement agreement. *See* Doc. 475. Objectors ask that the Court deny preliminary approval of the settlement agreement.

Dated: September 4, 2024                                        Respectfully submitted,

By: */s/ Michelle Simpson Tuegel*  
Michelle Simpson Tuegel  
(*pro hac vice pending*)  
Maryssa J. Simpson  
(*pro hac vice pending*)  
THE SIMPSON TUEGEL LAW FIRM, PLLC

By: */s/ Evangeline A.Z. Burbidge*  
Evangeline A.Z. Burbidge  
Erin H. Reding  
LEWIS & LLEWELLYN LLP

*Counsel for Objectors*