| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

IN RE COLLEGIATE ATHLETE NIL LITIGATION,

Plaintiff(s),

v.

Defendant(s).

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _Michelle Simpson Tuegel_, an active member in good standing of the bar of _Texas_, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _Objectors (Appendix A)_ in the above-entitled action. My local co-counsel in this case is _Evangeline A.Z. Burbidge_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _266966_.

| | |
|---|---|
| 3611 Swiss Ave Ste 200, Dallas, TX 75204 | 601 Montgomery St., Ste. 2000<br>San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (214) 774-9121 | (415) 800-0590 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| michelle@stfirm.com | eburbidge@lewisllewellyn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _24075187_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2024                                          Michelle Simpson Tuegel
                                                                                   APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Michelle Simpson Tuegel  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   9/6/2024

*[signature]*

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

APPENDIX A

STUDENT ATHLETE OBJECTORS

- Alyssa Baumann, University of Florida, NCAA Division 1 gymnastics

- Napualani Hall, UCLA, NCAA Division I gymnastics

- Kennedy Baker, , University of Florida, NCAA Division 1 gymnastics

- Peyton Michelle Ernst, University of Florida, NCAA Division 1 gymnastics

- Rachel Baumann, University of Georgia, NCAA Division 1 gymnastics

- Emma Steigerwald, Virginia Tech, NCAA Division 1 gymnastics

- Dai'Ja Thomas, Southern Methodist University, NCAA Division I Women's Basketball