| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Leann Eckhardt | **2a. CONTACT PHONE NUMBER** 314-241-4844 | **3. CONTACT EMAIL ADDRESS** leckhardt@koreintillery.com |
| **1b. ATTORNEY NAME (if different)** Garrett R. Broshuis | **2b. ATTORNEY PHONE NUMBER** 314-241-4844 | **3. ATTORNEY EMAIL ADDRESS** gbroshuis@koreintillery.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
KOREIN TILLERY LLC
505 N. 7th Street, Ste. 3600
St. Louis, MO 63101

**5. CASE NAME:** In re College Athlete NIL Litigation

**6. CASE NUMBER:** 4:20-cv-03919

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Marla Knox

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☒ NON-APPEAL  ☒ CIVIL    CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/05/2024 | CW | Hearing | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Garrett R. Broshuis

**12. DATE** 09/06/2024

Clear Form                    Save as new PDF