```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

                             MINUTE ORDER
                         Hearing held via Zoom
```

**The Honorable Claudia Wilken, Presiding**
**Date: September 5, 2024**        **Time**: 2 hour 29 minutes
**Deputy Clerk**: Tracy Geiger  **Court Reporter**: Marla Knox

**Case Nos.:** 20-cv-03919-CW and 23-cv-01593-CW
**Case Names:** In re College Athlete NIL Litigation
          Chuba Hubbard et al v. National Collegiate Athletic Assoc.

**Appearances for Plaintiff**: Steve Berman, Jeffrey Kessler, David Greenspan, Jeanifer Parsigian, Adam Dale, Neha Vyas, Benjamin Siegel, Emilee Sisco, Stephanie Verdoia
**Appearances for Defendant (NCAA)**: Rakesh Kilaru, Cali Arat
**Appearances for Defendant (ACC)**: Chris Yates
**Appearances for Defendant (Big 10)**: Britt Miller
**Appearances for Defendant (Big 12)**: Natali Wyson, Angela Zambrano
**Appearances for Defendant (PAC 12)**: Whitty Somvichian
**Appearances for Defendant (SEC)**: Robert Fuller, Katie Reilly
**Appearances for Menke/Women Objectors**: Steven Molo, Eric Posner, Elizabeth Clarke, William Cooper, Alexandra Eynon, Catherine Martinez, Swara Saraiya, Sara Tofighbakhsh, Lois Ahn
**Appearances for Colorado (Fontenot/Cornelio) Objectors**: Garrett Broshuis, Sean Grimsley, George Zelcs
**Amicus Curiae**: Richard Volante, David West


**Proceedings: Plaintiffs' Motion for Preliminary Settlement Approval (Dkt. No. 450)**
            **Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 227)**

**Motions taken under submission.**

**Parties to meet and confer to address changes to notice, release, and settlement agreement and report back to Court by September 26, 2024.**