| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> Meredith Simons (SBN 320229) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br> merediths@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Class Counsel for Plaintiffs* | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> Sarah L. Viebrock (*pro hac vice*) <br> Neha Vyas (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-6700 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br> sviebrock@winston.com <br> nvyas@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street, 35th Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Class Counsel for Plaintiffs* |

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** <br><br> Hon. Claudia Wilken |

Pursuant to Northern District of California Civil Local Rule 7-12 and Federal Rule of Civil Procedure 15(a)(2), Plaintiffs in the above-captioned action and Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, hereby submit the following Stipulation to permit the Plaintiffs to file the Third Consolidated Amended Class Action Complaint submitted herewith:

WHEREAS, on June 15, 2020, Plaintiffs filed the Class Action Complaint. ECF No. 1;

WHEREAS, on July 26, 2021, Plaintiffs timely filed the Consolidated Amended Class Action Complaint. ECF No. 164;

WHEREAS, on July 26, 2024, Plaintiffs timely filed the Second Consolidated Amended Class Action Complaint. ECF No. 448-1;

WHEREAS, the Defendants consent to Plaintiffs' request to file the Third Consolidated Amended Class Action Complaint submitted herewith as Exhibit 1 and in redline format as Exhibit 2, for purposes of facilitating the resolution of this matter; and

WHEREAS, the Parties agree that Defendants do not need to file a pleading in response to the Third Consolidated Amended Class Action Complaint.

THEREFORE, the Parties hereby agree and stipulate that, upon order of this Court:

- Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiffs filing the Third Consolidated Amended Class Action Complaint submitted herewith as Exhibit 1, which shall become the operative complaint; and
- Defendants shall not be required to file a pleading in response to the Third Consolidated Amended Class Action Complaint.

| | |
|---|---|
| Dated: September 26, 2024 | Respectfully submitted, |
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |

By: */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
    Emilee N. Sisco (*pro hac vice*)
    Stephanie Verdoia (*pro hac vice*)
    Meredith Simons (SBN 320229)
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    steve@hbsslaw.com
    emilees@hbsslaw.com
    stephaniev@hbsslaw.com
    merediths@hbsslaw.com

    Benjamin J. Siegel (SBN 256260)
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    bens@hbsslaw.com

*Class Counsel for Plaintiffs*

By: */s/ Jeffrey L. Kessler*
    Jeffrey L. Kessler (*pro hac vice*)
    David G. Feher (*pro hac vice*)
    David L. Greenspan (*pro hac vice*)
    Adam I. Dale (*pro hac vice*)
    Sarah L. Viebrock (*pro hac vice*)
    Neha Vyas (*pro hac vice*)
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    jkessler@winston.com
    dfeher@winston.com
    dgreenspan@winston.com
    aidale@winston.com
    sviebrock@winston.com
    nvyas@winston.com

    Jeanifer E. Parsigian (SBN 289001)
    101 California Street, 35th Floor
    San Francisco, CA 94111-5840
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400
    jparsigian@winston.com

*Class Counsel for Plaintiffs*

| | |
|---|---|
| WILKINSON STEKLOFF LLP<br><br>By: */s/ Rakesh N. Kilaru*<br>　　Rakesh N. Kilaru (*pro hac vice*)<br>　　Beth A. Wilkinson (*pro hac vice*)<br>　　Kieran Gostin (*pro hac vice*)<br>　　Cali Arat (SBN 349086)<br>　　Matthew Skanchy (*pro hac vice*)<br>　　Tamarra Matthews Johnson (*pro hac vice*)<br>　　2001 M Street NW, 10th Floor<br>　　Washington, DC 20036<br>　　Telephone: (202) 847-4000<br>　　Facsimile: (202) 847-4005<br>　　rkilaru@wilkinsonstekloff.com<br>　　bwilkinson@wilkinsonstekloff.com<br>　　kgostin@wilkinsonstekloff.com<br>　　carat@wilkinsonstekloff.com<br>　　mskanchy@wilkinsonstekloff.com<br>　　tmatthewsjohnson@wilkinsonstekloff.com<br><br>　　Jacob K. Danzinger (SBN 278219)<br>　　ARENT FOX SCHIFF LLP<br>　　44 Montgomery Street, 38th Floor<br>　　San Francisco, CA 94104<br>　　Telephone: (415) 757-5500<br>　　Facsimile: (415) 757-5501<br>　　jacob.danziger@afslaw.com<br><br>*Counsel for Defendant National Collegiate Athletic Association* | LATHAM & WATKINS LLP<br><br>By: */s/ Christopher S. Yates*<br>　　Christopher S. Yates (SBN 161273)<br>　　Aaron T. Chiu (SBN 287788)<br>　　505 Montgomery Street, Suite 2000<br>　　San Francisco, CA 94111<br>　　Telephone: (415) 391-0600<br>　　Facsimile: (415) 395-8095<br>　　chris.yates@lw.com<br>　　aaron.chiu@lw.com<br><br>　　Anna M. Rathbun (SBN 273787)<br>　　555 Eleventh Street NW, Suite 1000<br>　　Washington, D.C. 20004-1304<br>　　Telephone: (202) 637-2200<br>　　Facsimile: (202) 637-2201<br>　　anna.rathbun@lw.com<br><br>FOX ROTHSCHILD LLP<br><br>By: */s/ D. Erik Albright*<br>　　D. Erik Albright (*pro hac vice*)<br>　　Gregory G. Holland (*pro hac vice*)<br>　　230 North Elm Street, Suite 1200<br>　　Greensboro, NC 27401<br>　　Telephone: (336) 378-5200<br>　　Facsimile: (336) 378-5400<br>　　ealbright@foxrothschild.com<br>　　gholland@foxrothschild.com<br><br>　　Jonathan P. Heyl (*pro hac vice*)<br>　　101 S. Tryon Street, Suite 1700<br>　　Charlotte, NC 28280<br>　　Telephone: (704) 384-2600<br>　　Facsimile: (704) 384-2800<br>　　jheyl@foxrothschild.com<br><br>*Counsel for Defendant Atlantic Coast Conference* |

| | |
|---|---|
| MAYER BROWN LLP | COOLEY LLP |
| By: */s/ Britt M. Miller* | By: */s/ Whitty Somvichian* |
| Britt M. Miller (*pro hac vice*)<br>Daniel Fenske (*pro hac vice*)<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com | Whitty Somvichian (SBN 194463)<br>Kathleen R. Hartnett (SBN 314267)<br>Ashley Kemper Corkery (SBN 301380)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>wsomvichian@cooley.com<br>khartnett@cooley.com<br>acorkery@cooley.com |
| Christopher J. Kelly (SBN 276312)<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com | Dee Bansal (*pro hac vice*)<br>1299 Pennsylvania Ave. NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br>dbansal@cooley.com |
| *Counsel for Defendant The Big Ten Conference, Inc.* | Mark Lambert (SBN 197410)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile:(650) 849-7400<br>mlambert@cooley.com |
| | Rebecca Tarneja (SBN 293461)<br>355 S. Grand Ave., Suite 900<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 561-3250<br>Facsimile: (213) 561-3244<br>rtarneja@cooley.com |
| | *Counsel for Defendant Pac-12 Conference* |

| | |
|---|---|
| SIDLEY AUSTIN LLP | ROBINSON BRADSHAW & HINSON, P.A. |
| By: */s/ Angela C. Zambrano*<br>Angela C. Zambrano (*pro hac vice*)<br>Natali Wyson (*pro hac vice*)<br>Chelsea Priest (*pro hac vice*)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br>cpriest@sidley.com<br><br>David L. Anderson (SBN 149604)<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>dlanderson@sidley.com<br><br>*Counsel for Defendant The Big 12 Conference, Inc.* | By: */s/ Robert W. Fuller, III*<br>Robert W. Fuller, III (*pro hac vice*)<br>Lawrence C. Moore, III (*pro hac vice*)<br>Travis S. Hinman (*pro hac vice*)<br>Amanda P. Nitto (*pro hac vice*)<br>Patrick H. Hill (*pro hac vice*)<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>phill@robinsonbradshaw.com<br><br>Mark J. Seifert (SBN 217054)<br>SEIFERT ZUROMSKI LLP<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br>Telephone: (415) 869-8837<br>mseifert@szllp.com<br><br>*Counsel for Defendant Southeastern Conference* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

/s/ *Steve W. Berman*
STEVE W. BERMAN

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

1

STIPULATION AND [PROPOSED] ORDER REGARDING FILING
OF THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT
CASE NO. 4:20-cv-03919-CW