| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | sviebrock@winston.com |
| 715 Hearst Avenue, Suite 300 | nvyas@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile: (510) 725-3001 | Drew H. Washington (SBN 350107) |
| bens@hbsslaw.com | WINSTON & STRAWN LLP |
| | 101 California Street, 34th Floor |
| *Class Counsel for Plaintiffs* | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | |
| | *Class Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL**<br><br>Hon. Claudia Wilken |

BERMAN DECL. IN SUPPORT OF PLS.' SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 4:20-cv-03919-CW

010912-11/2825903 V1

1   I, STEVE W. BERMAN, declare as follows:

2   1.   I am an attorney duly licensed to practice law before this Court. I am a member of the Washington Bar, and I have been admitted to this Court *pro hac vice*. I am the managing partner of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and counsel for the Class Plaintiffs ("Plaintiffs") in this matter.

2.   I submit this declaration in support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Settlement Approval. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

3.   Attached hereto are true and correct copies of the following exhibits:

**Exhibit 1**:   Amended Settlement Agreement dated September 26, 2024.

**Exhibit 2**:   Amended Settlement Agreement dated September 26, 2024 [redline].

**Exhibit 3**:   Proposed Email Notice [*House*].

**Exhibit 4**:   Proposed Postcard Notice [*House*].

**Exhibit 5**:   Proposed Long Form Notice [*House*].

**Exhibit 6**:   Proposed Claim Form [*House*].

**Exhibit 7**:   Proposed Press Release [*House* and *Hubbard*].

**Exhibit 8**:   Proposed Email Notice [*Hubbard*].

**Exhibit 9**:   Proposed Postcard Notice [*Hubbard*].

**Exhibit 10**:   Proposed Long Form Notice [*Hubbard*].

**Exhibit 11**:   Proposed Claim Form [*Hubbard*].

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of September, 2024 at Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN

1

BERMAN DECL. IN SUPPORT OF PLS.' SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY SETTLEMENT APPROVAL
CASE NO. 4:20-cv-03919-CW

010912-11/2825903 V1