# EXHIBIT 4

**Court-Approved Legal Notice**

*House v. NCAA*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134



This is an important notice about a class action settlement.

«Barcode»

Postal Service: Please do not mark barcode

ClaimID: <<ClaimID>>
PIN Code: <<PIN>>

NCCO: ClaimID: «ClaimID»
PIN: «PIN»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

**NCCO**



United States District Court
*In re: College Athlete NIL Litigation*
Case No. 4:20-cv-03919

**Class Action Notice**
**Authorized by the U.S. District Court**



**Were you a Division I college athlete at any time between 2016 and 2024 who was subject to NCAA scholarship and compensation rules?**

**There is a $2,576,000,000 settlement of a lawsuit.**

**You may be entitled to money.**

**The settlement also changes NCAA scholarship and compensation rules in the future.**

**To see how much money you may get, visit www.collegeathletecompensation.com on [60 days after notice date].**

**Scan the QR code to learn about your rights and options.**

**Respond by [105 days after notice date].**

**Key Things to Know:**

- This is an important legal document.
- If you take no action, any ruling from the Court will apply to you, and you will not be able to sue the NCAA, or any of the Power Five Conferences, or their member institutions about the same issues.
- NCAA compensation rules are changing as part of this settlement. To understand how you are impacted, learn more at www.collegeathletecompensation.com or by scanning the QR code.