# EXHIBIT 7

# Division I Athletes may be eligible for money from class action settlements

San Francisco, CA--(PR Newswire)--The following statement is being issued by Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP:

Settlements have been reached in class-action lawsuits alleging the NCAA and Power Five Conferences broke laws by agreeing not to provide benefits to college athletes for their participation in college sports or for the use of their names, images and likenesses (NIL), agreeing to limit scholarships, and agreeing not to provide college athletes academic achievement awards.

> "*NCAA college athletes have waited decades for this moment, and their right to receive the full value of their hard work has finally arrived*," said Steve Berman, managing partner and co-founder of Hagens Berman. "*We are incredibly proud to be in the final stages of historic change.*"

You may be included in one or both of the settlements and be entitled to money or other benefits if (1) you competed on a Division I athletic team and were declared initially eligible for competition at any point from June 15, 2016 to Sept. 15, 2024, and/or (2) you competed on Division I athletic team any time between the beginning of the 2019-2020 academic year and the end of the 2021-2022 academic year and you would have qualified for an academic achievement award at your school, and/or (3) you will compete as a Division I athlete beginning in Fall 2025.

Complete descriptions of the settlement classes will be available at collegeathletecompensation.com.

Payments will be automatically made to:

- Power Five Football and Men's Basketball athletes for broadcast awards, videogame awards, athletic services awards, and awards for lost third-party payments for your NIL (if NIL deal information has been provided to Plaintiffs by your school);
- Power Five Women's Basketball athletes for broadcast awards, athletic services awards, and awards for lost third-party payments for your NIL(if NIL deal information has been provided to Plaintiffs by your school); and
- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL deal(s) that has been provided to Plaintiffs by your school, other than Power Five Football and Basketball athletes for NIL deals if deal information has been provided to Plaintiffs by your school.
- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

You must file a Claim Form to receive a settlement payment if:

- You are a Division I athlete other than a Power Five Football or Basketball player and you want to receive payments for participation in college sports;

- You are a Football or Basketball athlete not in the Power Five and you want to receive payment for athletic services or videogames;
- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check collegeathletecompensation.com to find out); or
- You competed on a Division I athletic team, outside of the Power Five Conferences or on a team besides basketball in the Big East, anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Review your estimated payment amount approximately [60 days from Notice Date] at collegeathletecompensation.com and file a Claim Form if it is required for you to receive all the money you qualify for.

**Claim Forms may be submitted online or printed and mailed to the Settlement Administrator by [date].**

In addition, student-athletes who did, do, or will compete on a Division I athletic team anytime between June 15, 2020 and the date of any injunctive relief ordered by the Court will benefit from changes to NCAA and conference rules that will allow athletes to receive direct benefits for NIL and participation in college sports, receive additional benefits over and above annual existing scholarships and all other benefits currently permitted by NCAA rules, and more. Complete details regarding these additional benefits are provided in the Injunctive Settlement, available at collegeathletecompensation.com.

> Winston's Co-Executive Chairman Jeffrey L. Kessler, who also negotiated the class-action settlements that created the free agency systems for athletes in the NFL and the NBA, said, "*We're pleased to take this next step towards finalizing this historic, industry-changing settlement that will provide a fair system of revenue sharing for the college athletes who generate hundreds-of-millions-of-dollars for their schools. For far too long, these athletes have been deprived of their economic rights in an unjust system that will now, finally, be fundamentally reformed. The new system will allow athletes to be fairly rewarded for their contributions and college sports will continue to thrive.*"

Media contact (press only): [name][firm][phone number]