# EXHIBIT 8

ClaimID: <<ClaimID>>
PIN: <<PIN>>

Dear <<First1>> <<Last1>>,

## If You Competed as a Division I College Athlete Anytime Between 2019 and 2024 You Could Get Money from a Class Action Settlement.

**CLICK HERE TO FILE YOUR CLAIM FORM**

*A federal court authorized this notice.*

| | |
|---|---|
| **YOUR CLAIM ID** | <<ClaimID>> |
| **YOUR PIN** | <<PIN>> |
| USE THESE UNIQUE NUMBERS WHEN FILING YOUR CLAIM FORM TO RECEIVE A CLASS PAYMENT. | |

You are receiving this notice because school records indicate you are included in this class action settlement and are eligible for a payment. To see how much money you could recover, and ensure you receive your payment, update your contact information and preferred payment method at www.collegeathletecompensation.com, if you did not compete in a Power Five Conference or compete as a Basketball player in the Big East Conference, you must submit a Claim Form by visiting www.collegeathletecompensation.com and entering the Claim ID and PIN provided above.

### What is this lawsuit about?

This lawsuit claims that the NCAA and Power Five Conferences (ACC, Big Ten, Big 12, Pac-12, and SEC) agreed not to pay college athletes for academic achievement awards deemed lawful by the Supreme Court decision in *In re NCAA Grant-in-Aid Cap Antitrust Litigation*. Defendants have agreed to the settlement to end the lawsuit against them.

### Who is a part of the lawsuit?

You are part of the class if you competed on a Division I athletic team any time between April 15, 2019 and September 15, 2024, and would have met the requirements set by your school to receive an Academic Achievement Award.

### What do I get?

Defendants have agreed to pay $200,000,000 to resolve this lawsuit. You may be able to get some of this money. The amount of money you get will depend on how many academic terms you met the eligibility requirements, how many people file claims, and how much money the Court approves for administration costs, attorneys' fees, and class representative awards. These payments, as well as attorneys' fees, will be paid out yearly over a ten-year period, with equal amounts paid each year.

You are not eligible for payment if you released your claims in the *In re NCAA Grant-in-Aid Cap Antitrust Litigation* settlement. To find out if you did, please go to www.collegeathletecompensation.com.

### How do I get money?

- If you competed between 2019-2022 on a team in a Power Five Conference (ACC, Big Ten, Big 12, Pac-12, SEC), or on a Basketball team in the Big East Conference, then you must go to www.collegeathletecompensation.com to update your contact information and preferred payment method to receive payment.

- If you competed on any other team in Division I between 2019-2022—besides a team in a Power Five Conference or Basketball in the Big East—then you must submit a Claim Form online or by mail by [**Month 00, 202X**].

Your payment will be paid out yearly, over a ten-year period, with equal amounts paid each year.

### What are my rights?

If you do nothing, you will be bound by the Court's decisions. If you want to keep your right to sue the settling Defendants, or their member institutions, instead of getting some of the settlement money, you must opt out by [**Month 00, 202X**]. Please note that if you opt out, you will not receive any money from this settlement. If you want to stay in the

settlement but do not agree with any part of it, you may object to it by [**Month 00, 202X**]. Details about these options are available by clicking here or by going to www.collegeathletecompensation.com.

The Court will hold a hearing on [**Month 00, 202X**]—this date is subject to change—to consider whether to approve the settlement and a request for attorneys' fees up to 20% of the settlement plus interest earned on that amount, costs, and a $50,000 award for each of the Class Representatives. You or your own lawyer may ask to speak at the hearing at your own expense if you have submitted a written objection to the Court electronically, by mail, or in person. The Court may not allow everyone who requests to speak an opportunity to do so, but to ensure the Court considers your request to speak, you must file a written objection.

Please visit www.collegeathletcompensation.com to confirm the time and date of the hearing.

## What if I received two notices?

If you received two notices by email and/or mail, NCAA records indicate that you are included in both this settlement and the *In re College Athlete NIL Litigation* settlement. You may be eligible to receive money from both settlements.

Go to www.collegeathletecompensation.com to file a Claim Form in both settlements, if required, for you to receive all the money you qualify for.

## Questions?

www.collegeathletecompensation.com   admin@collegeathletecompensation.com   1-877-514-1777