# EXHIBIT 9

**Court-Approved Legal Notice**

*Hubbard v. NCAA*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134



This is an important notice about a class action settlement.

«Barcode»

Postal Service: Please do not mark barcode

ClaimID: <<ClaimID>>
PIN Code: <<PIN>>

NCCO: ClaimID: «ClaimID»
PIN: «PIN»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St» «Zip»
«Country»



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

**NCCO**

United States District Court
*Hubbard v. National Collegiate Athletic Association*
Case No. 4:23-cv-01593

**Class Action Notice**
**Authorized by the U.S. District Court**

**Did you compete as a Division I athlete anytime between 2019 and 2024?**



**There is a $200,000,000 settlement of a lawsuit.**

**You may be entitled to money.**



**To be a part of this settlement, you should:**

**Update your information or fill out a Claim Form at www.collegeathletecompensation.com**

**Scan the QR code to learn about your rights and options.**

**Respond by [date].**

**Key Things to Know:**

- This is an important legal document.
- If you take no action, any ruling from the Court will apply to you, and you will not be able to sue the NCAA, any of the Power Five Conferences, or their member institutions about the same issues.
- You can learn more at www.collegeathletecompensation.com, or by scanning the QR code.