# APPENDIX A

**Objectors**

- **Liam Anderson** ("Anderson") is a college men's cross-country athlete who was highly recruited by several NCAA Division I and Power 5 Conference member institutions. Anderson was offered and accepted an offer to run cross-country at Stanford University, located in Stanford, California, a Division I member of the NCAA and part of the Power 5, Pac-12 Conference. Anderson participated on Stanford's men's cross-country team from 2019-2024. During his first two years, he received need-based financial aid and 0% athletic scholarship money. He received a full athletic scholarship during each of his last three years on the team. Anderson has one remaining year of NCAA athletics eligibility.

- **Jordan Bohannon** ("Bohannon") is a former men's college basketball player who was highly recruited by several NCAA Division I and Power 5 Conference member institutions. Bohannon received a full scholarship to play basketball at the University of Iowa, located in Iowa City, Iowa. The University of Iowa is a Division I member of the NCAA and part of the Power 5, Big Ten Conference. Bohannon played basketball for the University of Iowa from 2016 to 2022 where he broke the 3-point record for the University of Iowa and the Big Ten Conference.

- **Kaira Brown** ("Brown") is a former college women's track athlete who was highly recruited by several NCAA Division I and Power 5 Conference member institutions. Brown received a partial scholarship to run track at Vanderbilt University, located in Nashville, Tennessee, a Division I member of the NCAA and part of the Power 5, Southeastern Conference, where she competed from 2020 to 2023, before leaving to run track at Georgetown University, located in Washington, D.C., from 2023 to 2024. Brown received a partial scholarship to run track at Georgetown University.

- **Talanoa Ili** ("Ili") is an 18-year-old, current high school football player at Orange Lutheran High School, located in Orange, California. Ili is in his junior year, is a nationally ranked recruit who ESPN ranked the #1 outside linebacker the state of California from the class of 2026 and is currently being recruited by numerous NCAA Division I and Power 5 Conference member institutions. Ili has not yet signed a letter of intent with any NCAA Division I university.

- **Ezekiel Larry** ("Larry") is a college football player who was highly recruited by several NCAA Division I and Power 5 Conference member institutions. In 2021, Larry agreed to play football at Yale, located in New Haven, Connecticut, a Division I member of the NCAA and part of the Ivy League. Larry did not receive a scholarship from Yale because, as member of the Ivy League conference, Yale is not permitted to provide athletic scholarships. Larry was offered and accepted a full scholarship from San Diego State University (SDSU), located in San Diego, California. SDSU is a Division I member of the NCAA and Mountain West Conference. SDSU has agreed to join the Pac-12 Conference in July 2026. The PAC-12 is one of the defendant conferences and among the Power 5 Conferences. Larry currently participates on the SDSU football team.

- **Dyson McCutcheon** ("McCutcheon") is a college football player who was highly recruited by several NCAA Division I and Power 5 Conference member institutions. In

2020, McCutcheon was offered and accepted a full scholarship to play football at the University of Washington, located in Seattle, Washington. The University of Washington is a Division I member of the NCAA and the Big Ten Conference. The Big Ten Conference is one of the defendant conferences and among the Power 5 Conferences. McCutcheon currently participates as a member of the University of Washington football team. McCutcheon is a National College Players Association (NCPA) leader. The NCPA is a college athlete advocacy organization named in the footnote on page 15 of the preliminary settlement Motion as an organization that plaintiff's counsel would confer with to provide input on the views of class members with respect to the implementation, monitoring, and enforcement of the Settlement Agreement if it receives final approval.

- **Rodney Sermons** a former NCAA and USC football player, is the father and legal guardian of **RJ Sermons** ("Sermons")**,** a 17-year-old, current high school football player at Rancho Cucamonga High School, located in Rancho Cucamonga, California. Sermons is in his junior year, is a nationally ranked recruit who ESPN ranked the #1 cornerback in the state of California from the class of 2026and is currently being recruited by numerous NCAA Division I and Power 5 Conference member institutions. Sermons has not yet signed a letter of intent with any NCAA Division I university.