# APPENDIX D



# THE STATE OF GEORGIA

## EXECUTIVE ORDER

---

BY THE GOVERNOR:

**REGARDING FAIRNESS TO GEORGIA'S STUDENT-ATHLETES IN COMPENSATION FOR THEIR NAME, IMAGE, AND LIKENESS**

**WHEREAS:** The State of Georgia boasts postsecondary educational institutions and intercollegiate student-athletes excelling at the highest level of intercollegiate athletics; and

**WHEREAS:** The National Collegiate Athletic Association (the "NCAA") and certain athletic conferences have entered into a proposed settlement agreement (the "Settlement") in *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW (N.D. Cal.) ("the Litigation"), which, if approved, would permit postsecondary institutions to provide direct compensation to student-athletes for the use of such student-athletes name, image of likeness ("NIL"); and

**WHEREAS:** Until the Settlement is approved and effective, legislative and executive actions across the country create a patchwork of inconsistent rules regulating intercollegiate athletics; and

**WHEREAS:** Student-athletes in the State of Georgia should compete on a level playing field and not forgo compensation available to student-athletes in other states while the Settlement is pending.

**NOW, THEREFORE, BY THE POWER VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY**

**ORDERED:** That neither the NCAA, an athletic conference, nor any other organization with authority over intercollegiate athletics shall take any adverse action against a postsecondary educational institution in the State of Georgia for such institution facilitating compensation, offering compensation, or compensating an intercollegiate student-athlete for the use of such student-

athlete's NIL; provided, however, that no postsecondary educational institution shall use funds allocated by the State of Georgia for such compensation.

**IT IS FURTHER**

**ORDERED:** That the provisions of this Order shall become effective upon signature and shall remain in effect until the earlier of:

1. The effective date of any federal law enacted after the date of this Order regulating the rights of student-athletes to receive compensation for the use of their NIL; or

2. The effective date of any settlement related to the Litigation.

Upon the earlier of one of these events, this Order shall be rendered null and without effect.

This 17th day of September 2024.

*[Signature]*

GOVERNOR