# APPENDIX Q

| | NIL Collectives | 2023 | 2024 |
|---|---|---|---|
| | Public Universities | ☐ Conf | ☐ Conf |

NCAA Athlete Revenue Sharing, Scholarships & NIL Collectives by School

# NIL Collectives

## Summary of all NIL Collectives:

There are 362 NCAA I member schools of which 213 currently have NIL collectives and 149 do not. All 70 members of the "Power" conferences have supporting collectives while slightly more than half of all other NCAA I schools currently do not.

| Schools / Supporting Collective(s) | Total | Yes | No |
|---|---|---|---|
| Power 5 Schools | 70 | 70 | - |
| Group of 5 Schools | 60 | 50 | 10 |
| All other D1 Schools | 232 | 93 | 139 |
| **Total - All NCAA I Schools** | **362** | **213** | **149** |

## Average Funding per NIL Collective by Group:

| Average per Collective * | # | Average | Football | Men's BB | Other Sports |
|---|---|---|---|---|---|
| Power 5 Schools | 70 | $ 9,815,217 | 66% | 24% | 10% |
| Group of 5 Schools | 50 | $ 1,452,645 | 50% | 37% | 13% |
| Other NCAA I Schools | 93 | $ 738,844 | 52% | 32% | 16% |
| **Totals** | **213** | | **62%** | **27%** | **11%** |

* Averages are computed based on market data presented in the Opendorse *NIL at Two* report on projected 2023-24 NIL total spending. Football & Men's Basketball account for nearly 90% of NIL allocated compensation while all other sports account for just over 10%. Schools with multiple supporting collectives are considered a single collective for these purposes.

## NIL Collective Average Funding by Power 5 Conference:

Based on the projected 2023-24 NIL Market, the following is our estimate of NIL Collective funding by Power 5 Conference. NIL collectives are expected to generate on average almost $10 million annually per Power 5 school in compensation to student athletes. See our disclosure of Methodology as to how these estimates were arrived at:

| Power 5 Conference NIL Collectives | 2023 | 2024 | Collective Funding | Average 2023 | Average 2024 |
|---|---|---|---|---|---|
| ACC | 15 | 18 | 149,058,917 | 9,937,261 | 8,936,535 |
| Big 12 | 14 | 16 | 114,805,506 | 8,200,393 | 7,231,404 |
| Big Ten | 14 | 18 | 149,621,199 | 10,687,228 | 9,725,407 |
| Pac-12 * | 12 | 2 | 77,669,370 | 6,472,447 | 3,190,207 |
| SEC | 14 | 16 | 186,095,088 | 13,292,501 | 13,949,067 |
| **Total** | **69** | **70** | **$ 677,250,000** | **$ 9,815,217** | **$ 9,731,184** |

Click on links above for more detail by conference. We are confident these estimates are reasonable: the CEO of

Student-Athlete NIL agency recently estimated that collectives associated with Big Ten and SEC schools might spend $ 7.5 million to $ 12 million on football players alone. Using his allocation of 75% to 80% to football, this would result in Big Ten and SEC collectives raising $ 10 million to $ 15 million annually, which is in line with our estimates above. Ryan Day, head football coach at Ohio State, recently stated that they needed $ 13 million in NIL money simply to "maintain" their roster which is also consistent with these estimates.

* Big Ten Blues? Why the Four Pac-12 schools joining the Big Ten this year may soon regret their decision.

## Projected NIL Collective Funding by NCAA I School:

Based on 2022 Booster support, the following is our estimate of NIL collective 2023-24 funding per school. Public universities only – private schools are not reported here due to lack of data. Our estimate of NIL Collective funding is based on a percentage of the school's existing booster & fan support – see our disclosure of Methodology as to how these estimates were arrived at:

Show  All   entries                                                                Search:

| NIL Collectives Public Universities | 2023 ☐ Conf | 2024 ☐ Conf | ☐ | Funding Estimate * ☐ | |
|---|---|---|---|---|---|
| Texas | Big 12 | SEC | $ 22,272,474 | 135,517,239 | 57,543,166 | 77,974,073 |
| Ohio State | Big Ten | Big Ten | $ 20,253,400 | 123,232,149 | 59,649,921 | 63,582,228 |
| LSU | SEC | SEC | $ 20,137,141 | 122,524,769 | 46,594,942 | 75,929,827 |
| Georgia | SEC | SEC | $ 18,326,566 | 111,508,298 | 37,192,353 | 74,315,945 |
| Texas A&M | SEC | SEC | $ 17,228,714 | 104,828,397 | 50,624,287 | 54,204,110 |
| Michigan | Big Ten | Big Ten | $ 16,357,054 | 99,524,766 | 55,266,135 | 44,258,631 |
| Alabama | SEC | SEC | $ 15,995,406 | 97,324,316 | 44,211,016 | 53,113,300 |
| Florida | SEC | SEC | $ 15,802,237 | 96,148,974 | 34,784,702 | 61,364,272 |
| Clemson | ACC | ACC | $ 15,258,374 | 92,839,831 | 31,980,356 | 60,859,475 |
| Oklahoma | Big 12 | SEC | $ 14,817,595 | 90,157,905 | 46,977,771 | 43,180,134 |
| Penn State | Big Ten | Big Ten | $ 13,793,489 | 83,926,716 | 44,678,657 | 39,248,059 |
| Indiana | Big Ten | Big Ten | $ 13,631,160 | 82,939,020 | 21,278,997 | 61,660,023 |
| Michigan State | Big Ten | Big Ten | $ 13,035,471 | 79,314,544 | 25,178,673 | 54,135,871 |
| Virginia | ACC | ACC | $ 12,780,300 | 77,761,952 | 15,114,983 | 62,646,969 |
| Tennessee | SEC | SEC | $ 11,602,164 | 70,593,563 | 35,110,289 | 35,483,274 |
| Auburn | SEC | SEC | $ 11,588,953 | 70,513,179 | 34,140,396 | 36,372,783 |
| Arkansas | SEC | SEC | $ 11,544,039 | 70,239,900 | 48,073,959 | 22,165,941 |
| Kentucky | SEC | SEC | $ 11,254,204 | 68,476,390 | 40,538,111 | 27,938,279 |
| Oregon | Pac-12 | Big Ten | $ 10,623,807 | 64,640,729 | 24,357,945 | 40,282,784 |
| Florida State | ACC | ACC | $ 10,034,191 | 61,053,203 | 18,773,797 | 42,279,406 |
| Iowa | Big Ten | Big Ten | $ 9,698,730 | 59,012,087 | 26,416,829 | 32,595,258 |
| South Carolina | SEC | SEC | $ 9,554,700 | 58,135,731 | 24,301,862 | 33,833,869 |
| Louisville | ACC | ACC | $ 9,443,439 | 57,458,760 | 27,045,669 | 30,413,091 |
| Washington | Pac-12 | Big Ten | $ 9,406,794 | 57,235,798 | 29,198,790 | 28,037,008 |
| Illinois | Big Ten | Big Ten | $ 9,311,667 | 56,656,994 | 15,693,517 | 40,963,477 |
| Wisconsin | Big Ten | Big Ten | $ 8,982,406 | 54,653,602 | 38,117,093 | 16,536,509 |
| Mississippi | SEC | SEC | $ 8,872,378 | 53,984,130 | 19,574,652 | 34,409,478 |
| North Carolina | ACC | ACC | $ 8,355,617 | 50,839,894 | 30,224,001 | 20,615,893 |
| Nebraska | Big Ten | Big Ten | $ 7,973,918 | 48,517,435 | 38,946,701 | 9,570,734 |

| School | Conf | Conf | Amount | | | |
|---|---|---|---|---|---|---|
| Virginia Tech | ACC | ACC | $ 7,732,903 | 47,050,980 | 21,168,159 | 25,882,821 |
| Iowa State | Big 12 | Big 12 | $ 7,551,312 | 45,946,084 | 22,909,710 | 23,036,374 |
| Kansas | Big 12 | Big 12 | $ 7,427,957 | 45,195,526 | 17,933,864 | 27,261,662 |
| Utah | Pac-12 | Big 12 | $ 7,252,969 | 44,130,809 | 15,286,819 | 28,843,990 |
| Minnesota | Big Ten | Big Ten | $ 7,171,424 | 43,634,648 | 19,252,536 | 24,382,112 |
| Missouri | SEC | SEC | $ 7,146,859 | 43,485,183 | 13,929,479 | 29,555,704 |
| Kansas State | Big 12 | Big 12 | $ 7,121,436 | 43,330,498 | 15,221,310 | 28,109,188 |
| Texas Tech | Big 12 | Big 12 | $ 6,986,182 | 42,507,539 | 13,560,519 | 28,947,020 |
| Mississippi State | SEC | SEC | $ 6,467,166 | 39,349,578 | 16,737,350 | 22,612,228 |
| Arizona | Pac-12 | Big 12 | $ 6,414,683 | 39,030,243 | 19,164,426 | 19,865,817 |
| North Carolina State | ACC | ACC | $ 5,935,429 | 36,114,218 | 21,214,362 | 14,899,856 |
| UCLA | Pac-12 | Big Ten | $ 5,919,423 | 36,016,831 | 17,494,361 | 18,522,470 |
| Arizona State | Pac-12 | Big 12 | $ 5,689,877 | 34,620,152 | 14,144,182 | 20,475,970 |
| Purdue | Big Ten | Big Ten | $ 5,510,579 | 33,529,207 | 16,617,614 | 16,911,593 |
| West Virginia | Big 12 | Big 12 | $ 5,495,362 | 33,436,624 | 18,763,866 | 14,672,758 |
| Oklahoma State | Big 12 | Big 12 | $ 5,338,583 | 32,482,697 | 12,882,021 | 19,600,676 |
| Colorado | Pac-12 | Big 12 | $ 5,337,719 | 32,477,439 | 19,175,198 | 13,302,241 |
| Georgia Tech | ACC | ACC | $ 4,281,809 | 26,052,739 | 12,303,309 | 13,749,430 |
| San Diego State | MW | MW | $ 4,158,476 | 25,302,315 | 5,624,459 | 19,677,856 |
| Cincinnati | AAC | Big-12 | $ 3,984,845 | 24,245,856 | 9,631,998 | 14,613,858 |
| California | Pac-12 | ACC | $ 3,932,903 | 23,929,814 | 8,073,384 | 15,856,430 |
| University of Connecticut | Big East | Big East | $ 3,839,690 | 23,362,661 | 9,747,824 | 13,614,837 |
| Maryland | Big Ten | Big Ten | $ 3,735,112 | 22,726,352 | 12,735,792 | 9,990,560 |
| Rutgers | Big Ten | Big Ten | $ 3,624,816 | 22,055,252 | 13,049,333 | 9,005,919 |
| Central Florida | AAC | Big-12 | $ 3,308,993 | 20,133,624 | 5,782,943 | 14,350,681 |
| Washington State | Pac-12 | Pac-12 | $ 3,216,991 | 19,573,838 | 9,299,636 | 10,274,202 |
| Oregon State | Pac-12 | Pac-12 | $ 3,163,423 | 19,247,899 | 9,447,886 | 9,800,013 |
| East Carolina | AAC | AAC | $ 2,887,971 | 17,571,910 | 5,807,897 | 11,764,013 |
| Nevada-Las Vegas | MW | MW | $ 2,772,864 | 16,871,536 | 7,034,986 | 9,836,550 |
| Boise State | MW | MW | $ 2,765,657 | 16,827,686 | 7,226,105 | 9,601,581 |
| Memphis | AAC | AAC | $ 2,634,877 | 16,031,952 | 10,253,609 | 5,778,343 |
| Colorado State | MW | MW | $ 2,586,300 | 15,736,383 | 4,742,234 | 10,994,149 |
| Wyoming | MW | MW | $ 2,426,393 | 14,763,429 | 4,084,611 | 10,678,818 |
| Old Dominion | Sun Belt | Sun Belt | $ 2,389,384 | 14,538,249 | 2,493,640 | 12,044,609 |
| South Florida | AAC | AAC | $ 2,235,939 | 13,604,611 | 6,485,854 | 7,118,757 |
| University of Montana | Big Sky | Big Sky | $ 2,167,846 | 13,190,294 | 6,183,720 | 7,006,574 |
| Fresno State | MW | MW | $ 2,102,800 | 12,794,521 | 5,914,738 | 6,879,783 |
| Houston | AAC | Big-12 | $ 2,098,333 | 12,767,342 | 5,191,579 | 7,575,763 |
| North Dakota State University | Summit | Summit | $ 2,070,608 | 12,598,652 | 5,961,999 | 6,636,653 |
| Nevada | MW | MW | $ 2,000,558 | 12,172,431 | 7,325,678 | 4,846,753 |
| Wichita State | AAC | AAC | $ 1,972,609 | 12,002,372 | 4,713,121 | 7,289,251 |
| Appalachian State | Sun Belt | Sun Belt | $ 1,925,394 | 11,715,090 | 5,407,791 | 6,307,299 |
| New Mexico | MW | MW | $ 1,776,472 | 10,808,972 | 4,510,754 | 6,298,218 |
| UNC Charlotte | AAC | AAC | $ 1,570,976 | 9,558,628 | 1,628,183 | 7,930,445 |

| School | Conf | Conf | Amount | | | |
|---|---|---|---|---|---|---|
| Montana State University | Big Sky | Big Sky | $ 1,553,594 | 9,452,866 | 4,436,089 | 5,016,777 |
| Utah State | MW | MW | $ 1,511,795 | 9,198,542 | 2,718,827 | 6,479,715 |
| Southern Mississippi | Sun Belt | Sun Belt | $ 1,500,334 | 9,128,806 | 3,324,383 | 5,804,423 |
| Marshall | Sun Belt | Sun Belt | $ 1,462,900 | 8,901,037 | 2,946,763 | 5,954,274 |
| Florida Atlantic | AAC | AAC | $ 1,308,349 | 7,960,674 | 1,112,409 | 6,848,265 |
| Louisiana-Lafayette | Sun Belt | Sun Belt | $ 1,284,835 | 7,817,600 | 2,411,959 | 5,405,641 |
| Alabama at Birmingham | AAC | AAC | $ 1,240,957 | 7,550,624 | 2,306,791 | 5,243,833 |
| James Madison | Sun Belt | Sun Belt | $ 1,207,786 | 7,348,797 | 3,564,462 | 3,784,335 |
| Arkansas State | Sun Belt | Sun Belt | $ 1,207,619 | 7,347,777 | 1,178,133 | 6,169,644 |
| Texas-San Antonio | AAC | AAC | $ 1,058,313 | 6,439,323 | 3,315,102 | 3,124,221 |
| University of Hawaii at Manoa | Big West | Big West | $ 1,051,850 | 6,399,998 | 1,950,230 | 4,449,768 |
| San Jose State | MW | MW | $ 1,001,536 | 6,093,864 | 608,561 | 5,485,303 |
| Texas-El Paso | CUSA | CUSA | $ 955,659 | 5,814,721 | 2,318,851 | 3,495,870 |
| Toledo | MAC | MAC | $ 928,243 | 5,647,912 | 1,933,429 | 3,714,483 |
| Virginia Commonwealth University | A10 | A10 | $ 902,755 | 5,492,825 | 2,132,585 | 3,360,240 |
| Western Kentucky | CUSA | CUSA | $ 870,548 | 5,296,863 | 2,281,717 | 3,015,146 |
| Georgia Southern | Sun Belt | Sun Belt | $ 844,462 | 5,138,145 | 1,999,550 | 3,138,595 |
| Western Michigan | MAC | MAC | $ 827,015 | 5,031,984 | 1,460,058 | 3,571,926 |
| Georgia State | Sun Belt | Sun Belt | $ 781,177 | 4,753,087 | 606,809 | 4,146,278 |
| University of Northern Colorado | Big Sky | Big Sky | $ 779,260 | 4,741,421 | 522,402 | 4,219,019 |
| Florida Gulf Coast University | ASUN | ASUN | $ 757,497 | 4,609,004 | 825,822 | 3,783,182 |
| University of Massachusetts | A10 | A10 | $ 743,864 | 4,526,052 | 1,626,956 | 2,899,096 |
| University of Northern Iowa | MVC | MVC | $ 704,682 | 4,287,650 | 1,135,780 | 3,151,870 |
| New Mexico State | CUSA | CUSA | $ 680,038 | 4,137,703 | 1,465,012 | 2,672,691 |
| Bowling Green | MAC | MAC | $ 670,821 | 4,081,620 | 1,201,307 | 2,880,313 |
| George Mason University | A10 | A10 | $ 612,537 | 3,726,993 | 617,434 | 3,109,559 |
| North Texas | AAC | AAC | $ 607,493 | 3,696,302 | 1,337,778 | 2,358,524 |
| Texas State | Sun Belt | Sun Belt | $ 599,058 | 3,644,980 | 1,191,968 | 2,453,012 |
| University of Rhode Island | A10 | A10 | $ 561,639 | 3,417,304 | 1,281,600 | 2,135,704 |
| University of Nebraska at Omaha | Summit | Summit | $ 556,138 | 3,383,828 | 2,633,319 | 750,509 |
| University of Tennessee-Chattanooga | Southern | Southern | $ 549,269 | 3,342,037 | 803,128 | 2,538,909 |
| Indiana State University | MVC | MVC | $ 524,475 | 3,191,177 | 348,145 | 2,843,032 |
| Southern Illinois University | MVC | MVC | $ 524,242 | 3,189,757 | 1,074,469 | 2,115,288 |
| McNeese State University | Southland | Southland | $ 519,547 | 3,161,193 | 897,853 | 2,263,340 |
| Ohio University | MAC | MAC | $ 509,427 | 3,099,615 | 1,234,040 | 1,865,575 |
| Northern Illinois | MAC | MAC | $ 506,195 | 3,079,952 | 495,563 | 2,584,389 |
| South Alabama | Sun Belt | Sun Belt | $ 479,267 | 2,916,110 | 1,176,270 | 1,739,840 |
| Stephen F Austin State University | WAC | WAC | $ 427,846 | 2,603,236 | 558,338 | 2,044,898 |
| Towson University | CAA | CAA | $ 411,577 | 2,504,246 | 265,996 | 2,238,250 |
| Murray State University | MVC | MVC | $ 409,722 | 2,492,963 | 1,273,984 | 1,218,979 |
| Troy | Sun Belt | Sun Belt | $ 386,184 | 2,349,746 | 778,536 | 1,571,210 |
| Illinois State University | MVC | MVC | $ 382,828 | 2,329,322 | 1,426,063 | 903,259 |
| Weber State University | Big Sky | Big Sky | $ 372,994 | 2,269,488 | 617,398 | 1,652,090 |
| University of California-Santa Barbara | Big West | Big West | $ 371,000 | 2,257,353 | 231,232 | 2,026,121 |

| Coastal Carolina | Sun Belt | Sun Belt | $ 367,676 | 2,237,128 | 1,306,549 | 930,579 |
| Kennesaw State University | ASUN | CUSA | $ 362,703 | 2,206,872 | 635,600 | 1,571,272 |
| Univ of North Carolina Wilmington | CAA | CAA | $ 355,627 | 2,163,817 | 652,718 | 1,511,099 |
| Ball State | MAC | MAC | $ 341,183 | 2,075,931 | 795,202 | 1,280,729 |
| University of North Alabama | ASUN | ASUN | $ 303,471 | 1,846,475 | 312,542 | 1,533,933 |
| Northwestern State University | Southland | Southland | $ 295,595 | 1,798,555 | 215,433 | 1,583,122 |
| Univ of Wisconsin-Green Bay | Horizon | Horizon | $ 292,411 | 1,779,182 | 389,835 | 1,389,347 |
| Lamar University | Southland | Southland | $ 284,546 | 1,731,323 | 475,090 | 1,256,233 |
| Tarleton State University | WAC | WAC | $ 281,304 | 1,711,601 | 604,450 | 1,107,151 |
| Univ of North Carolina at Greensboro | Southern | Southern | $ 274,806 | 1,672,059 | 131,664 | 1,540,395 |
| Northern Kentucky University | Horizon | Horizon | $ 272,399 | 1,657,416 | 242,279 | 1,415,137 |
| Austin Peay State University | ASUN | ASUN | $ 253,579 | 1,542,908 | 417,101 | 1,125,807 |
| Youngstown State University | Horizon | Horizon | $ 245,788 | 1,495,499 | 417,712 | 1,077,787 |
| Sam Houston State | CUSA | CUSA | $ 238,669 | 1,452,185 | 307,512 | 1,144,673 |
| Florida International | CUSA | CUSA | $ 229,930 | 1,399,013 | 774,837 | 624,176 |
| Stony Brook University | CAA | CAA | $ 224,341 | 1,365,006 | 572,319 | 792,687 |
| Indiana-Purdue Univ- Fort Wayne | Horizon | Horizon | $ 213,519 | 1,299,159 | 78,078 | 1,221,081 |
| Grambling State University | SWAC | SWAC | $ 203,964 | 1,241,020 | 763,192 | 477,828 |
| University at Albany | Am East | Am East | $ 202,187 | 1,230,213 | 406,713 | 823,500 |
| Longwood University | Big South | Big South | $ 195,164 | 1,187,479 | 74,200 | 1,113,279 |
| Univ of North Carolina at Asheville | Big South | Big South | $ 194,803 | 1,185,280 | 45,071 | 1,140,209 |
| Utah Valley University | WAC | WAC | $ 191,396 | 1,164,552 | 224,785 | 939,767 |
| Eastern Kentucky University | ASUN | ASUN | $ 161,551 | 982,959 | 296,858 | 686,101 |
| Kent State | MAC | MAC | $ 160,201 | 974,748 | 313,217 | 661,531 |
| Texas A & M - Corpus Christi | Southland | Southland | $ 118,556 | 721,355 | 210,723 | 510,632 |
| University of Illinois at Chicago | MVC | MVC | $ 115,207 | 700,979 | 102,727 | 598,252 |
| University of Missouri-Kansas City | Summit | Summit | $ 102,761 | 625,253 | 113,867 | 511,386 |
| University of California-Riverside | Big West | Big West | $ 76,105 | 463,064 | 54,951 | 408,113 |
| Alcorn State University | SWAC | SWAC | $ 36,786 | 223,822 | 223,822 | - |

Showing 1 to 147 of 147 entries                                                    Previous  Next

**\* Important – see our disclosure of Methodology as to how these estimates were arrived at.**
Our initial impression was that these estimates are high. But upon review we saw that the goal of the University of
Tennessee collective is $ 25 million and that they believe this goal is "absolutely attainable". The head football
coach at Ohio State recently stated they need $ 13 million in NIL money just to "maintain" their football roster.
Using the 66% Power 5 average of NIL money allocated to Football, this translates into just under $ 20 million in
NIL dollars to all Ohio State sports – very close to the estimate presented in this table. Additional spot checking
revealed credible reports of Auburn raising over $ 13 million and Ole Miss raising over $ 10 million in NIL
Collective money – both figures are somewhat *higher* the estimates contained in this table.
But there are also collectives that have generated funding substantially *below* these estimates. Michigan State's
primary collective recently cancelled or paused nearly all its contracts with football players due to lackluster
support – less than 100 subscriptions to date. Michigan State has without question received the worst publicity of
any college athletic department in recent years due to several serious incidents, but it's also likely not a total outlier.
Several other collectives have announced weak fundraising totals as well, including Northwestern's which recently
stated  that it was going to miss its Year 1 goal of raising $3 million by a substantial margin (possibly due to the
firing of a popular coach). So some of our estimates are clearly too high, and some may be too low.

The CEO of *Student-Athlete NIL* estimated that the average collective nationally has raised $ 3 million to $ 5 million which almost directly matches our computed average of just under $ 3.9 million for all 211 collectives currently in our database. So overall we believe the methodology used and resulting estimates are within reason and generally consistent with real world results.

Opendorse summarizes 2023-24 NIL Collective fundraising tiers as follows:

| Grouping | Annual Funding |
|---|---|
| Power 5 - Top Level | $ 10 million + |
| Power 5 - Mid Tier | $ 5 - $ 10 million |
| Lower P5 & Upper G5 | $ 1 - $ 5 million |
| Mid G5 & Upper D1 | $ 250K - $ 1 million |
| All other D1 | $ 100k - $ 250k |

### Complete listing of all NIL Collectives by School:

Show All entries                                                                 Search:

| NCAA I Member School | State | Conference | Collective(s) | |
|---|---|---|---|---|
| Alabama A & M University | AL | SWAC | | |
| Alabama State University | AL | SWAC | | |
| Auburn University | AL | SEC | On to Victory | |
| Jacksonville State University | AL | CUSA | Gamecock-NIL | |
| Samford University | AL | Southern | | |
| Troy University | AL | Sun Belt | Trojans Together | |
| University of Alabama | AL | SEC | Yea Alabama | The Tuscaloo |
| University of Alabama at Birmingham | AL | American | The Southside Solution | Forged in Fir |
| University of North Alabama | AL | ASUN | The Lions Share | |
| University of South Alabama | AL | Sun Belt | Jags Impact | |
| Arkansas State University | AR | Sun Belt | Impackt Club | |
| University of Arkansas | AR | SEC | Arkansas Edge | Athlete Advo |
| University of Arkansas at Little Rock | AR | OVC | | |
| University of Arkansas at Pine Bluff | AR | SWAC | | |
| University of Central Arkansas | AR | ASUN | | |
| Arizona State University | AZ | Pac-12 | Sun Angel Collective | |
| Grand Canyon University | AZ | WAC | Heart Of A Lope | |
| Northern Arizona University | AZ | Big Sky | | |
| University of Arizona | AZ | Pac-12 | Friends of Wilbur and Wilma | Arizona Assis |
| Cal Poly - San Luis Obispo | CA | Big West | | |
| Cal State - Bakersfield | CA | Big West | | |
| Cal State - Northridge | CA | Big West | | |
| Cal State Fullerton | CA | Big West | | |
| California Baptist University | CA | WAC | Lance Up Collective | |
| Fresno State | CA | MW | Bulldog Bread | |

| Long Beach State | CA | Big West | | |
| Loyola Marymount University | CA | WCC | Magis Lions | |
| Pepperdine University | CA | WCC | | |
| Sacramento State | CA | Big Sky | | |
| Saint Mary's College | CA | WCC | | |
| San Diego State University | CA | MW | Mesa Foundation | Aztec Link |
| San Jose State University | CA | MW | Blue & Gold Unlimited | |
| Santa Clara University | CA | WCC | The Mission NIL | |
| Stanford University | CA | Pac-12 | Lifetime Cardinal | |
| University of California-Berkeley | CA | Pac-12 | California Legends Collective | |
| University of California-Davis | CA | Big West | | |
| University of California-Irvine | CA | Big West | | |
| University of California-Los Angeles | CA | Pac-12 | Men of Westwood | |
| University of California-Riverside | CA | Big West | Raise the Riv | |
| University of California-San Diego | CA | Big West | | |
| University of California-Santa Barbara | CA | Big West | Santa Barbara Blue & Gold | |
| University of San Diego | CA | WCC | | |
| University of San Francisco | CA | WCC | The Hilltop Club | |
| University of Southern California | CA | Pac-12 | House of Victory | Conquest Co |
| University of the Pacific | CA | WCC | | |
| Colorado State University | CO | MW | The Green and Gold Guard | |
| U.S. Air Force Academy | CO | MW | | |
| University of Colorado | CO | Pac-12 | Buffs4Life | 5430 Founda |
| University of Denver | CO | Summit | Crimson & Gold Collective | |
| University of Northern Colorado | CO | Big Sky | Bear Pride Collective | |
| Central Connecticut State Univ | CT | NEC | | |
| Fairfield University | CT | MAAC | | |
| Quinnipiac University | CT | MAAC | | |
| Sacred Heart University | CT | NEC | | |
| University of Connecticut | CT | Big East | Bleeding Blue for Good | D'Amelio Hus |
| Yale University | CT | Ivy League | | |
| American University | DC | Patriot | | |
| George Washington University | DC | A10 | Friends of George | |
| Georgetown University | DC | Big East | Hoyas Rising | |
| Howard University | DC | MEAC | The Mecca Society | |
| Delaware State University | DE | MEAC | | |
| University of Delaware | DE | CAA | Blue Hen Collective | |
| Bethune-Cookman University | FL | SWAC | | |
| Florida A & M University | FL | SWAC | | |

| Florida Atlantic University | FL | American | Paradise Collective | Owl Collective |
| Florida Gulf Coast University | FL | ASUN | SWFL Flight Crew | |
| Florida International University | FL | CUSA | The Blueprint Collective | |
| Florida State University | FL | ACC | Rising Spear | The Battle's |
| Jacksonville University | FL | ASUN | | |
| Stetson University | FL | ASUN | Hatters Collective Group | |
| University of Central Florida | FL | Big 12 | The Kingdom | |
| University of Florida | FL | SEC | Florida Victorious | |
| University of Miami | FL | ACC | Canes Connection | |
| University of North Florida | FL | ASUN | | |
| University of South Florida | FL | American | Fowler Avenue | |
| Georgia Institute of Technology | GA | ACC | The Tech Way | |
| Georgia Southern University | GA | Sun Belt | Eagle Nation Collective | |
| Georgia State University | GA | Sun Belt | All Blue All NIL | |
| Kennesaw State University | GA | CUSA | Owls Collective | |
| Mercer University | GA | Southern | | |
| University of Georgia | GA | SEC | Classic City Collective | |
| University of Hawaii at Manoa | HI | Big West | Rainbow Collective | |
| Drake University | IA | MVC | DU Great Collective | |
| Iowa State University | IA | Big 12 | We Will | |
| University of Iowa | IA | Big Ten | Swarm | |
| University of Northern Iowa | IA | MVC | The Panther Collective | |
| Boise State University | ID | MW | The Horseshoe Collective | |
| Idaho State University | ID | Big Sky | | |
| University of Idaho | ID | Big Sky | | |
| Bradley University | IL | MVC | Home of the Brave | |
| Chicago State University | IL | Indep | | |
| DePaul University | IL | Big East | Under the 'L' | |
| Eastern Illinois University | IL | OVC | | |
| Illinois State University | IL | MVC | Empower The Nest | |
| Loyola University Chicago | IL | A10 | Keepers of the Culture | |
| Northern Illinois University | IL | MAC | Boneyard Victor E | |
| Northwestern University | IL | Big Ten | TrueNU | |
| Southern Illinois Univ- Edwardsville | IL | OVC | | |
| Southern Illinois University | IL | MVC | Floorburn U Collective | Saluki Footba |
| University of Illinois | IL | Big Ten | ICON Collective | |
| University of Illinois at Chicago | IL | MVC | The Chicago Collective | |
| Western Illinois University | IL | OVC | | |
| Ball State University | IN | MAC | Feed the Bird Foundation | |

| School | State | Conference | Collective | |
|---|---|---|---|---|
| Butler University | IN | Big East | All Good Dawgs | |
| Indiana State University | IN | MVC | Crossroad of Champions | |
| Indiana University | IN | Big Ten | Hoosiers Connect | Hoosiers For |
| Indiana-Purdue Univ- Fort Wayne | IN | Horizon | Dons For Fort Wayne | |
| Indiana-Purdue Univ- Indianapolis | IN | Horizon | | |
| Purdue University | IN | Big Ten | Boilermaker Alliance | |
| University of Evansville | IN | MVC | trUE & loyal | |
| University of Notre Dame | IN | ACC | Irish United | Fund Founda |
| University of Southern Indiana | IN | OVC | | |
| Valparaiso University | IN | MVC | Victory Bell Club | |
| Kansas State University | KS | Big 12 | The Wildcats' Den | Wildcat NIL |
| University of Kansas | KS | Big 12 | Mass St. Collective | RCJH |
| Wichita State University | KS | American | Armchair Strategies | Lady Shocks |
| Bellarmine University | KY | ASUN | | |
| Eastern Kentucky University | KY | ASUN | Maroon Fund | |
| Morehead State University | KY | OVC | | |
| Murray State University | KY | MVC | Blue & Gold Standard | |
| Northern Kentucky University | KY | Horizon | Highland Heights Hype | |
| University of Kentucky | KY | SEC | The 15 Club | Commonwea |
| University of Louisville | KY | ACC | 502Circle | |
| Western Kentucky University | KY | CUSA | Red Towel Trust | |
| Grambling State University | LA | SWAC | The Icon 1901 | |
| Louisiana State University | LA | SEC | Bayou Traditions | |
| Louisiana Tech University | LA | CUSA | | |
| McNeese State University | LA | Southland | Ranch Collective | |
| Nicholls State University | LA | Southland | | |
| Northwestern State University | LA | Southland | Fork'Em Collective | |
| Southeastern Louisiana University | LA | Southland | | |
| Southern University | LA | SWAC | | |
| Tulane University | LA | American | FTW Collective Group | |
| University of Louisiana at Lafayette | LA | Sun Belt | Krewe Allons | |
| University of Louisiana at Monroe | LA | Sun Belt | | |
| University of New Orleans | LA | Southland | | |
| Boston College | MA | ACC | Friends of the Heights | |
| Boston University | MA | Patriot | | |
| Harvard University | MA | Ivy League | | |
| Holy Cross | MA | Patriot | | |
| Merrimack College | MA | NEC | | |
| Northeastern University | MA | CAA | | |

| School | State | Conference | Collective 1 | Collective 2 |
|---|---|---|---|---|
| Stonehill College | MA | NEC | | |
| Univ of Massachusetts-Lowell | MA | America East | | |
| University of Massachusetts | MA | A10 | Midnight Ride | The Massach |
| Coppin State University | MD | MEAC | | |
| Loyola University Maryland | MD | Patriot | | |
| Morgan State University | MD | MEAC | | |
| Mount St Mary's University | MD | MAAC | | |
| Towson University | MD | CAA | Goh Collective | |
| U.S. Naval Academy | MD | Patriot | | |
| University of Maryland | MD | Big Ten | One Maryland Collective | The Best is A |
| University of Maryland- Baltimore Cty | MD | America East | | |
| University of Maryland Eastern Shore | MD | MEAC | | |
| University of Maine | ME | America East | | |
| Central Michigan University | MI | MAC | | |
| Eastern Michigan University | MI | MAC | | |
| Michigan State University | MI | Big Ten | SD4L | This is Spart |
| Oakland University | MI | Horizon | | |
| University of Detroit Mercy | MI | Horizon | | |
| University of Michigan | MI | Big Ten | Champions Circle | Stadium & M |
| Western Michigan University | MI | MAC | Broncos Will Reign | |
| University of Minnesota | MN | Big Ten | Dinkytown Athletes | |
| University of St Thomas | MN | Summit | | |
| Lindenwood University | MO | OVC | | |
| Missouri State University | MO | MVC | | |
| Saint Louis University | MO | A10 | Billiken Victory Fund | |
| Southeast Missouri State University | MO | OVC | | |
| University of Missouri | MO | SEC | Every True Tiger Foundation | |
| University of Missouri-Kansas City | MO | Summit | Roos Excellence Collective | |
| Alcorn State University | MS | SWAC | The 1871 Collective | |
| Jackson State University | MS | SWAC | | |
| Mississippi State University | MS | SEC | The Bulldog Initiative | |
| Mississippi Valley State Univ | MS | SWAC | | |
| University of Mississippi | MS | SEC | The Grove Collective | |
| University of Southern Mississippi | MS | Sun Belt | To The Top Collective | |
| Montana State University | MT | Big Sky | Bobcat Collective | |
| University of Montana | MT | Big Sky | Good Ol' Grizzlies | |
| Appalachian State University | NC | Sun Belt | Mountaineer Collective | |
| Campbell University | NC | CAA | | |
| Davidson College | NC | A10 | Exit 30 Collective | |

| School | State | Conference | Collective | Collective 2 |
|---|---|---|---|---|
| Duke University | NC | ACC | Durham Devils Club | |
| East Carolina University | NC | American | Team Boneyard | |
| Elon University | NC | CAA | | |
| Gardner-Webb University | NC | Big South | | |
| High Point University | NC | Big South | Friends of HPU | |
| North Carolina A & T State University | NC | CAA | | |
| North Carolina Central University | NC | MEAC | | |
| North Carolina State University | NC | ACC | Pack of Wolves | Savage Wolv |
| Queens University of Charlotte | NC | ASUN | | |
| Univ of North Carolina at Asheville | NC | Big South | Rocky's Collective | |
| Univ of North Carolina at Charlotte | NC | American | Goldmine Alliance | Queen City ( |
| Univ of North Carolina at Greensboro | NC | Southern | Spartans Unite | |
| Univ of North Carolina Wilmington | NC | CAA | OneSeahawk | |
| University of North Carolina | NC | ACC | Heels4Life | |
| Wake Forest University | NC | ACC | Roll The Quad | |
| Western Carolina University | NC | Southern | | |
| North Dakota State University | ND | Summit | Green and The Gold | |
| University of North Dakota | ND | Summit | 1883 Collective | |
| Creighton University | NE | Big East | Heart Mind Soul | The Bird Clul |
| University of Nebraska | NE | Big Ten | The 1890 Initiative | Big Red Colla |
| University of Nebraska at Omaha | NE | Summit | Omaha Bull Market | |
| Dartmouth College | NH | Ivy League | | |
| University of New Hampshire | NH | America East | | |
| Fairleigh Dickinson University | NJ | NEC | | |
| Monmouth University | NJ | CAA | Fly Hawks Alliance | |
| New Jersey Institute of Technology | NJ | America East | | |
| Princeton University | NJ | Ivy League | | |
| Rider University | NJ | MAAC | | |
| Rutgers University | NJ | Big Ten | Knights of The Raritan | Knight Socie |
| Saint Peter's University | NJ | MAAC | | |
| Seton Hall University | NJ | Big East | Hall Hands on Deck | |
| New Mexico State University | NM | CUSA | A-Mountain Sports | |
| University of New Mexico | NM | MW | 505 Sports Venture Foundation | |
| University of Nevada | NV | MW | Friends of the Pack | The Empowe |
| University of Nevada-Las Vegas | NV | MW | Friends of UNILV | |
| Binghamton University | NY | America East | | |
| Canisius College | NY | MAAC | | |
| Colgate University | NY | Patriot | The 13 Collective | |

| School | State | Conference | Collective | |
|---|---|---|---|---|
| Columbia University | | Ivy League | | |
| Cornell University | NY | Ivy League | | |
| Fordham University | NY | A10 | | |
| Hofstra University | NY | CAA | Turnpike United | |
| Iona College | NY | MAAC | Gaels Nation | |
| Le Moyne College | NY | NEC | | |
| Long Island University | NY | NEC | | |
| Manhattan College | NY | MAAC | | |
| Marist College | NY | MAAC | | |
| Niagara University | NY | MAAC | | |
| Siena College | NY | MAAC | Saints March On | |
| St Bonaventure University | NY | A10 | Team Unfurl | |
| St John's University | NY | Big East | Johnnies Collective | Flat Top Fund |
| Stony Brook University | NY | CAA | The 1957 Club | |
| Syracuse University | NY | ACC | Orange United | 315 Foundat |
| U.S. Military Academy | NY | Patriot | | |
| University at Albany | NY | America East | Grayed Danes Lacrosse Collective | |
| University at Buffalo | NY | MAC | Nickel City Collective | |
| Wagner College | NY | NEC | | |
| Bowling Green State University | OH | MAC | The Ziggy Collective | |
| Cleveland State University | OH | Horizon | | |
| Kent State University | OH | MAC | | |
| Miami University | OH | MAC | | |
| Ohio State University | OH | Big Ten | The 1870 Society | Cohesion Fou |
| Ohio University | OH | MAC | 1804 Sport Collective | |
| University of Akron | OH | MAC | | |
| University of Cincinnati | OH | Big 12 | Cincy Reigns | |
| University of Dayton | OH | A10 | Dayton 6th | |
| University of Toledo | OH | MAC | Friends of Rocky | |
| Wright State University | OH | Horizon | | |
| Xavier University | OH | Big East | Musteteer Gear | |
| Youngstown State University | OH | Horizon | Penguin Collective | |
| Oklahoma State University | OK | Big 12 | Pokes With A Purpose | |
| Oral Roberts University | OK | Summit | Eternal Flame Collective | |
| University of Oklahoma | OK | Big 12 | Crimson and Cream | 1Oklahoma ( |
| University of Tulsa | OK | American | Hurricane Impact | |
| Oregon State University | OR | Pac-12 | Dam Nation Collective | |
| Portland State University | OR | Big Sky | | |
| University of Oregon | OR | Pac-12 | Division Street | Ducks Rising |

| School | State | Conference | Collective | |
|---|---|---|---|---|
| University of Portland | OR | WCC | Back the Bluff | |
| Bucknell University | PA | Patriot | | |
| Drexel University | PA | CAA | | |
| Duquesne University | PA | A10 | Red and Blue Collective | |
| La Salle University | PA | A10 | Explorers United | |
| Lafayette College | PA | Patriot | | |
| Lehigh University | PA | Patriot | | |
| Pennsylvania State University | PA | Big Ten | Happy Valley United | |
| Robert Morris University | PA | Horizon | RoMo Rise | |
| Saint Francis University | PA | NEC | | |
| Saint Joseph's University | PA | A10 | Hawk Hill Alliance | |
| Temple University | PA | American | TUFF Fund | |
| University of Pennsylvania | PA | Ivy League | | |
| University of Pittsburgh | PA | ACC | Alliance 412 | |
| Villanova University | PA | Big East | Friends of Nova | |
| Brown University | RI | Ivy League | | |
| Bryant University | RI | America East | Tupper's Kennel | |
| Providence College | RI | Big East | Friar Family Collective | |
| University of Rhode Island | RI | A10 | Rhode to Excellence | |
| Charleston Southern University | SC | Big South | | |
| Citadel Military College | SC | Southern | | |
| Clemson University | SC | ACC | 110 Society | |
| Coastal Carolina University | SC | Sun Belt | The Teal Collective | |
| College of Charleston | SC | CAA | | |
| Furman University | SC | Southern | | |
| Presbyterian College | SC | Big South | | |
| South Carolina State University | SC | MEAC | | |
| Univ of South Carolina - Upstate | SC | Big South | | |
| University of South Carolina | SC | SEC | Garnet Trust | Carolina Rise |
| Winthrop University | SC | Big South | | |
| Wofford College | SC | Southern | | |
| South Dakota State University | SD | Summit | | |
| University of South Dakota | SD | Summit | | |
| Austin Peay State University | TN | ASUN | For The Peayple | |
| Belmont University | TN | MVC | | |
| East Tennessee State University | TN | Southern | | |
| Lipscomb University | TN | ASUN | | |
| Middle Tennessee State Univ | TN | CUSA | | |
| Tennessee State University | TN | OVC | | |

| School | State | Conference | Collective 1 | Collective 2 |
|---|---|---|---|---|
| Tennessee Tech University | TN | OVC | | |
| University of Memphis | TN | American | 901 Fund | Bluff City NIL |
| University of Tennessee | TN | SEC | Volunteer Club | Volunteer Le |
| University of Tennessee-Chattanooga | TN | Southern | The Flock | |
| University of Tennessee-Martin | TN | OVC | | |
| Vanderbilt University | TN | SEC | Anchor Impact Fund | |
| Abilene Christian University | TX | WAC | | |
| Baylor University | TX | Big 12 | GXG | |
| Houston Christian University | TX | Southland | | |
| Lamar University | TX | Southland | Cardinal Country | |
| Prairie View A & M University | TX | SWAC | | |
| Rice University | TX | American | | |
| Sam Houston State University | TX | CUSA | Kat Fund | |
| Southern Methodist University | TX | American | Pony Sports DTX | Boulevard Co |
| Stephen F Austin State University | TX | WAC | Sawmill 6th Man | |
| Tarleton State University | TX | WAC | Bleed Purple Athletic Alliance | |
| Texas A & M - Commerce | TX | Southland | | |
| Texas A & M - Corpus Christi | TX | Southland | Shakas Up Sports | |
| Texas A & M University | TX | SEC | Texas Aggies United | |
| Texas Christian University | TX | Big 12 | Flying T Club | |
| Texas Southern University | TX | SWAC | | |
| Texas State University | TX | Sun Belt | Victory Star NIL | |
| Texas Tech University | TX | Big 12 | Matador Club | Dark Horse C |
| University of Houston | TX | Big 12 | HOU NIL | LinkingCoogs |
| University of North Texas | TX | American | Light The Tower | |
| University of Texas | TX | Big 12 | Texas One Fund | |
| University of Texas at Arlington | TX | WAC | | |
| University of Texas at El Paso | TX | CUSA | The Miner Collective | |
| University of Texas at San Antonio | TX | American | 210 Inspired | City Fans 21 |
| University of Texas Rio Grande Valley | TX | WAC | | |
| University of the Incarnate Word | TX | Southland | | |
| Brigham Young University | UT | Big 12 | The Royal Blue | Coug Connec |
| Southern Utah University | UT | WAC | | |
| University of Utah | UT | Pac-12 | Crimson Collective | Who Rocks T |
| Utah State University | UT | MW | Blue A Collective | Light It Blue |
| Utah Tech University | UT | WAC | | |
| Utah Valley University | UT | WAC | Wolverine Way | |
| Weber State University | UT | Big Sky | Purple Dub Club | |
| College of William & Mary | VA | CAA | | |

| School | State | Conference | Collective | |
|---|---|---|---|---|
| George Mason University | VA | A10 | Patriot Nation Collective | |
| Hampton University | VA | CAA | | |
| James Madison University | VA | Sun Belt | Montpelier Collective | |
| Liberty University | VA | CUSA | Flames Rising NIL Collective | Flames Diam |
| Longwood University | VA | Big South | Excellence Through Service | |
| Norfolk State University | VA | MEAC | | |
| Old Dominion University | VA | Sun Belt | The Pride of ODU | |
| Radford University | VA | Big South | | |
| University of Richmond | VA | A10 | The Spiders' Collective | |
| University of Virginia | VA | ACC | Cav Futures | |
| Virginia Commonwealth University | VA | A10 | Havoc Unlimited | |
| Virginia Military Institute | VA | Southern | | |
| Virginia Tech | VA | ACC | The Hokie Way | Triumph |
| University of Vermont | VT | America East | | |
| Eastern Washington University | WA | Big Sky | | |
| Gonzaga University | WA | WCC | Zags Collective | |
| Seattle University | WA | WAC | Red White U | |
| University of Washington | WA | Pac-12 | Montlake Futures | Montlake Pla |
| Washington State University | WA | Pac-12 | Cougar Collective | |
| Marquette University | WI | Big East | Be the Difference NIL | |
| Univ of Wisconsin-Green Bay | WI | Horizon | Fly With The Phoenix | |
| Univ of Wisconsin-Milwaukee | WI | Horizon | | |
| University of Wisconsin | WI | Big Ten | The Varsity Collective | |
| Marshall University | WV | Sun Belt | The Thunder Trust | |
| West Virginia University | WV | Big 12 | Country Roads Trust | |
| University of Wyoming | WY | MW | 1WYO | |

Showing 1 to 362 of 362 entries                    Previous  Next

**Additions or Changes? Contact us at: edits@nil-ncaa.com**

*Statistics compiled & edited by Patrick O'Rourke, CPA Washington, DC*