# APPENDIX A

**College Athlete Objectors**

- **Liam Anderson**, current Stanford University, NCAA Division I men's cross-country athlete.
- **Jordan Bohannon**, former University of Iowa, NCAA Division I men's basketball player.
- **Kaira Brown**, former Vanderbilt University and Georgetown University, NCAA Division I women's track athlete.
- **Talanoa Ili**, current 18-year-old high school football player at Orange Lutheran High School.
- **Ezekiel Larry**, current San Diego State University, NCAA Division I football player.
- **Dyson McCutcheon**, current University of Washington, NCAA Division I football player.
- **Rodney Sermons**, former University of Southern California, NCAA Division I football player, father and legal guardian of **RJ Sermons**, a 17-year-old, current high school football player at Rancho Cucamonga High School.