UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: COLLEGE ATHLETE NIL
LITIGATION                    ,
                    Plaintiff(s),

        v.

                              ,
                    Defendant(s).

Case No.  4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicholas U. Murphy, II , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Objectors (See Exhibit A) in the above-entitled action. My local co-counsel in this case is Michael P. Lehmann , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 77152 .

Hausfeld LLP
888 16th Street, NW, Suite 300
MY ADDRESS OF RECORD

(202) 540-7200
MY TELEPHONE # OF RECORD

nmurphy@hausfeld.com
MY EMAIL ADDRESS OF RECORD

Hausfeld LLP
600 Montgomery Street, Suite 3200
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 633-1908
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mlehmann@hausfeld.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90011138 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _10/3/2024_

_/s/ Nicholas U. Murphy, II_

APPLICANT

===============================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California