House v. NCAA Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-301134

# NCCO




VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

«Barcode»

Postal Service: Please do not mark barcode

NCCO: ClaimID: «ClaimID»
PIN: «PIN»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

*House, et al. v. NCAA, et al.*
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 4:20-CV-03919 (N.D. Cal.)

**Must Be Postmarked By DATE**

Claim ID: <<ClaimID>>
PIN: <<PIN>>

# Claim Form

If you are or were a Power Five football or basketball player with a full scholarship, you do not need to fill out a Claim Form to receive an award, but you do have the option to provide additional information about NIL deals in Section 3.

All other athletes, please fill out Section 1, Section 2, Section 3 (only if eligible), and Sections 4-6 to ensure your claim is correctly processed.

**1)** **Contact Information**

First Name      M.I.   Last Name

ClaimID from Email or Postcard Notice (if you did not get a notice, leave this blank)

Primary Address

Primary Address Continued

City      State   ZIP Code

Email Address

Area Code   Mobile Number

NCAA Eligibility Center ID

*NCCOHOONE*   1



**2)** **Basic Eligibility Information**

Please fill out the below to confirm the year(s), the sport(s), and the school(s), in which you competed in Division I college athletics.

○ 2015-2016 Academic Year

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2016-2017 Academic Year
If the information for 2016-2017 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2017-2018 Academic Year
If the information for 2017-2018 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2018-2019 Academic Year
If the information for 2018-2019 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2019-2020 Academic Year
If the information for 2019-2020 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2020-2021 Academic Year

If the information for 2020-2021 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2021-2022 Academic Year

If the information for 2021-2022 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2022-2023 Academic Year

If the information for 2022-2023 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2023-2024 Academic Year

If the information for 2023-2024 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2024-2025 Academic Year

If the information for 2024-2025 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

In order for your claim to be processed for Compensation for Athletic Services and Video Games Damages, please ensure you complete sections 1 and 2 above. To see a description of these categories, visit www.collegeathletecompensation.com.

To file a claim for Lost NIL Opportunities (lost third-party payments for your NIL), please see Section 3.

Please confirm which category, or categories, you are submitting a claim for:

- ○ Compensation for Athletic Services (competed as a Division I athlete at any point from 2019-2024 or eligible to compete in 2024-2025)
- ○ Video Games (played Division I FBS Football or Men's Basketball at any point from 2016-2024)
- ○ Lost NIL Opportunities (competed prior to July 1, 2021 and received $ for NIL after July 1, 2021)

**3) Eligibility Information for Lost NIL Opportunities (third-party payments for your NIL)**

**If you answer no to either of the following two questions, you are not eligible and should not submit a claim for third-party NIL.**

Did you compete on a Division I athletic team prior to July 1, 2021?  ○ Yes  ○ No

Did you earn money for your NIL from a third-party while competing as a college athlete since July 1, 2021?
○ Yes     ○ No

**Do you have an NIL deal recorded in our database? Visit the settlement website at www.collegeathletecompensation.com to find out.**

○ Yes  ○ No

If your deal is recorded in our database, you will receive a direct payment and do not need to file a claim form if we have your updated contact information (fill out Section 1 and submit this form if you are not sure whether we have your updated contact information).

If your NIL deal is not recorded in our database, please submit records of the NIL deal to us for review.

You can attach paper documents to this form if you are mailing it, or you can submit the records electronically.

**4)   Documentation**

**Enclose a copy of any documents you think would be beneficial to prove your claim, including documents showing the dollar amounts and dates of NIL transactions.**

**Enclose a copy of an official photo identification (like a driver's license or a Student ID).**

**5)   Payment Selection**

If you would like to receive your payment electronically via PayPal or Venmo, you must submit your claim on the website at www.collegeathletecompensation.com. Otherwise you will receive a check payment mailed to the address provided above.

If you qualify for payment and the settlement is approved and finalized, you will receive money each year in equal amounts over ten years through your selected method of payment.

**6)   Certification & Signature**

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct to the best of my knowledge and that I am authorized to submit this claim. I understand that my claim is subject to audit, review, and validation using all available information.

Signature: _____     Dated (mm/dd/yyyy): _____

Print Name: _____

Mail your Claim Form with copies of any supporting documents, **postmarked on or before MONTH DAY YEAR** to: *House v. NCAA* Settlement Administrator, P.O. Box 301134, Los Angeles, CA 90030-1134.