United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION, <br><br>     Plaintiff(s), <br><br> v. <br><br>     Defendant(s). | Case No. __4:20-cv-03919-CW__ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Michael D. Hausfeld__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Objectors (See Exhibit A)__ in the above-entitled action. My local co-counsel in this case is __Michael P. Lehmann__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __77152__.

| | |
|---|---|
| Hausfeld LLP <br> 888 16th Street, NW, Suite 300 | Hausfeld LLP <br> 600 Montgomery Street, Suite 3200 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 540-7200 | (415) 633-1908 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mhausfeld@hausfeld.com | mlehmann@hausfeld.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __153742__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/3/2024

*/s/ Michael D. Hausfeld*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael D. Hausfeld is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/7/2024

*/s/ Claudia Wilken*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# APPENDIX A

**College Athlete Objectors**

- **Liam Anderson**, current Stanford University, NCAA Division I men's cross-country athlete.
- **Jordan Bohannon**, former University of Iowa, NCAA Division I men's basketball player.
- **Kaira Brown**, former Vanderbilt University and Georgetown University, NCAA Division I women's track athlete.
- **Talanoa Ili**, current 18-year-old high school football player at Orange Lutheran High School.
- **Ezekiel Larry**, current San Diego State University, NCAA Division I football player.
- **Dyson McCutcheon**, current University of Washington, NCAA Division I football player.
- **Rodney Sermons**, former University of Southern California, NCAA Division I football player, father and legal guardian of **RJ Sermons**, a 17-year-old, current high school football player at Rancho Cucamonga High School.