1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **OAKLAND DIVISION**

| | |
|---|---|
| 11  IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW** |
| 12 | [P<span style="text-decoration:line-through">ROPOSED</span>] **ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |
| 13 | |
| 14 | |
| 15 | Hon. Claudia Wilken |
| 16 | |

17
18
19
20
21
22
23
24
25
26
27
28

The Plaintiff Classes in the above-captioned action filed an Administrative Motion to File Under Seal Information in Connection With Plaintiffs' Motion for Preliminary Settlement Approval. **IT IS HEREBY ORDERED THAT** the Administrative Motion is **GRANTED**. The following information shall remain sealed:

| Document | Portion Sought to Be Sealed |
|---|---|
| Stipulation & Settlement Agreement (Ex. 1 to the Declaration of Steve W. Berman In Support of Plaintiffs' Unopposed Motion for Preliminary Settlement Approval) | Highlighted Portion of ¶ 37(c) |

**IT IS SO ORDERED.**

Dated: 10/7/2024

_____
The Honorable Claudia Wilken
United States District Court Judge