LATHAM & WATKINS LLP
   Christopher S. Yates (SBN 161273)
   Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: Chris.Yates@lw.com
       Aaron.Chiu@lw.com

LATHAM & WATKINS LLP
   Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.1061
Facsimile: 202.637.2201
Email: Anna.Rathbun@lw.com

Attorneys for Defendant
*Atlantic Coast Conference*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF ANNA M. RATHBUN REGARDING CAFA NOTICE COMPLIANCE (28 U.S.C. § 1715)**<br><br>Complaint Filed: June 15, 2020 |

I, Anna M. Rathbun, declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and with the law firm of Latham & Watkins LLP, counsel of record for Defendant Atlantic Coast Conference. I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify competently to each fact.

2. I submit this Declaration on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Settlement Approval As Modified (Dkt. 544, ¶ 27) to show compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3. Plaintiffs' Motion for Preliminary Approval of Class Action Settlement was filed on July 26, 2024. Pursuant to 28 U.S.C. § 1715(b), within ten days of that filing, on August 5, 2024, I directed my staff to send the CAFA notice letter ("CAFA Notice") in accordance with 28 U.S.C. § 1715 to Mr. Merrick B. Garland, the United States Attorney General, the California Attorney General, and all other Attorneys General of states where Class Members reside.

4. Attached hereto as Exhibit A is a true and correct copy of the letter sent to each Attorney General, detailing the specific documents that were included in the mailing (without enclosures) as required by 28 U.S.C. § 1715(b)(1)-(8). These letters were sent via Certified U.S. Mail.

5. To date, apart from email confirming receipt of the CAFA Notice, no response to the CAFA Notice letters have been received.

6. To the best of my knowledge, Defendants have fully complied with CAFA's notice requirements.

7. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

1 | Executed this 15th day of October 2024 at Washington, D.C.

                                                      */s/ Anna M. Rathbun*
Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
Telephone:  (202) 637-1061
Facsimile:  (202) 637-2201
Email: anna.rathbun@lw.com

Attorney for Defendant
*Atlantic Coast Conference*