# EXHIBIT A

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

## VIA CERTIFIED U.S. MAIL

The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
<u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

August 5, 2024
Page 2

**LATHAM&WATKINS**LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM&WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

**LATHAM&WATKINS**LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
  *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
  *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
  *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Treg Taylor
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
         *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
         *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
         <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

        Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

        Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

   - The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

**LATHAM & WATKINS** LLP

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Kris Mayes
Phoenix Office
2005 N Central Ave
Phoenix, AZ 85004-2926

      Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
             *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
             *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
             <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

      Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

      Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

August 5, 2024
Page 2

**LATHAM&WATKINS**LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.      **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.      **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM & WATKINS** LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Tim Griffin
323 Center Street, Suite 200
Little Rock, AR 72201

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

       Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

       Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS** LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

**LATHAM&WATKINS**LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM&WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS**LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
         *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
         *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
         *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.   **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.   **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S.  Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C.  Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W.  Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
400 6th Street NW
Washington, D.C. 20001

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

   - The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S.  Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C.  Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W.  Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

**LATHAM&WATKINS**LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM&WATKINS LLP

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("House"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("Hubbard"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("Carter," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM & WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General Ashley Moody
PL-01, The Capitol
Tallahassee, FL 32399-1050

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

       Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

       Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

   • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   • The Complaint (ECF No. 1) filed in *Hubbard*.

   • The Complaint (ECF No. 1) filed in *Carter*.

August 5, 2024
Page 2

LATHAM&WATKINS LLP

2.      **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.      **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
47 Trinity Street, SW
Atlanta, GA 30334

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
     *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
     *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
     *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

    Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

    Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

    - The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  - [Proposed] Order (ECF No. 450-1);
  - Declaration of Daniel A. Rascher (ECF No. 450-4); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  - [Proposed] Order (ECF No. 227-1);
  - Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  - Declaration of Daniel A. Rascher (ECF No. 227-5); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

August 5, 2024
Page 3

**LATHAM & WATKINS** LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

LATHAM & WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Department of the Attorney General
425 Queen Street
Honolulu, HI 96813

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
        *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
        *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
        *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

  Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

  Enclosed is a CD containing the following information in a PDF format:

1. **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.      **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.      **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.   **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.   **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

**LATHAM&WATKINS** LLP

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM&WATKINS** LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

August 5, 2024
Page 4

**LATHAM&WATKINS** LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62701

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   • The Complaint (ECF No. 1) filed in *Hubbard*.

   • The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

**LATHAM&WATKINS**LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM&WATKINS LLP

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM&WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

August 5, 2024
Page 4

**LATHAM & WATKINS** LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Brenna Bird
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
         *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
         *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
         *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM&WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

August 5, 2024
Page 4

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Kris W. Kobach
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
        *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
        *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
        *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

    Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

    Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

    • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    • The Complaint (ECF No. 1) filed in *Hubbard*.

    • The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.     **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.     **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.     **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.     **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.     **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

**LATHAM & WATKINS** LLP

Attorney for Defendant Southeastern Conference

s/ Britt M. Miller
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

Attorney for Defendant The Big Ten Conference, Inc.

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Attorney for Defendant National Collegiate Athletic
Association

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

Attorney for Defendant Pac-12 Conference

**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601-3449

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

2.     **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.     **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

LATHAM & WATKINS LLP

Attorney for Defendant Southeastern Conference

s/ Britt M. Miller
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

Attorney for Defendant The Big Ten Conference, Inc.

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Attorney for Defendant National Collegiate Athletic
Association

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

Attorney for Defendant Pac-12 Conference

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Liz Murrill
1885 North Third Street
Baton Rouge, LA 70802

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
          *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
          *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
          <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

        Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

        Enclosed is a CD containing the following information in a PDF format:

1.      **28 U.S.C. § 1715(b)(1) – Complaints:**

   * The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   * The Complaint (ECF No. 1) filed in *Hubbard*.

   * The Complaint (ECF No. 1) filed in *Carter*.

2.     **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.     **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  - [Proposed] Order (ECF No. 450-1);
  - Declaration of Daniel A. Rascher (ECF No. 450-4); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  - [Proposed] Order (ECF No. 227-1);
  - Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  - Declaration of Daniel A. Rascher (ECF No. 227-5); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.     **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.     **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.     **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

LATHAM & WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Aaron Frey
6 State House Station
Augusta, ME 04333

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
        *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
        *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
        *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

        Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

        Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

-    The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

-    The Complaint (ECF No. 1) filed in *Hubbard*.

-    The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

    - The Complaint (ECF No. 1) filed in *Carter*.

2.     **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.     **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.   **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.   **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S.  Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C.  Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W.  Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS<sup>LLP</sup>

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**<u>VIA CERTIFIED U.S. MAIL</u>**

Office of Massachusetts Attorney General Joy Campbell
ATTN: CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, MA 02108

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

August 5, 2024
Page 4

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Dana Nessel
525 W. Ottawa St.
Lansing, MI 48906

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
        *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
        *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
        *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

      Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

      Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Keith Ellison
445 Minnesota Street, Suite 1400
St. Paul, MN 55101

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.     **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.  **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.  **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

   o [Proposed] Order (ECF No. 450-1);
   o Declaration of Daniel A. Rascher (ECF No. 450-4); and
   o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

   o [Proposed] Order (ECF No. 227-1);
   o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
   o Declaration of Daniel A. Rascher (ECF No. 227-5); and
   o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM & WATKINS LLP

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Lynn Fitch
550 High Street
Jackson, MS 39201

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
        *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
        *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
        <u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

        Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

        Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2. **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3. **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S.  Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C.  Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W.  Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Missouri Attorney General's Office
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
     *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
     *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
     *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

    Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

    Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

     • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

     • The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM & WATKINS** LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
Justice Building, Third Floor
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("House"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("Hubbard"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("Carter," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM&WATKINS** LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Mike Hilgers
2115 State Capitol
PO Box 98920
Lincoln, NE 68509

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2. **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3. **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7.  **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

**LATHAM&WATKINS** LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

CAFA Coordinator,
Office of the Nevada Attorney General
Bureau of Consumer Protection
100 N. Carson Street
Carson City, NV 89701

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

    Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

    Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

   o   [Proposed] Order (ECF No. 450-1);
   o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
   o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

   o   [Proposed] Order (ECF No. 227-1);
   o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
   o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
   o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM & WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
1 Granite Place South
Concord, NH 03301

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

   • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   • The Complaint (ECF No. 1) filed in *Hubbard*.

   • The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

LATHAM&WATKINS<sup>LLP</sup>

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of The Attorney General
Headquarters: Richard J. Hughes Justice Complex (HJC)
8th Floor, West Wing
25 Market Street
Trenton, NJ 08625-0080

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM & WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

<u>s/ Britt M. Miller</u>
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

<u>s/ Rakesh Kilaru</u>
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

<u>s/ Whitty Somvichian</u>
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

New Mexico Dept. of Justice
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM&WATKINS**LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2. **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3. **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification.  Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

**LATHAM&WATKINS** LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

s/ *Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ *Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

s/ *Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM&WATKINS LLP

August 5, 2024

## VIA CERTIFIED U.S. MAIL

CAFA Coordinator
Office of the New York State Attorney General
28 Liberty Street, 15th Floor
New York, NY 10005

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM&WATKINS**LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2. **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3. **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

August 5, 2024
Page 3

LATHAM & WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

s/ Christopher S. Yates
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

s/ Natali Wyson
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

s/ Robert W. Fuller
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM&WATKINS**LLP

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Josh Stein
9001 Mail Service Center
Raleigh, NC 27699-9001

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
    *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
    *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
    *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

    - The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.  **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.  **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o [Proposed] Order (ECF No. 450-1);
    o Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o [Proposed] Order (ECF No. 227-1);
    o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS**LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Drew H. Wrigley
Consumer Protection and Antitrust
1720 Burlington Drive, Suite C
Bismarck, ND 58504

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
    *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
    *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
    *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("House"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("Hubbard"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("Carter," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    •  The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    •  The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

**LATHAM & WATKINS** LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Dave Yost
James A. Rhodes State Office Tower
30 E. Broad St. Floor 17
Columbus, OH 43215

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

    • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    • The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM&WATKINS** LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

   - The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM & WATKINS** LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("House"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("Hubbard"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("Carter," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   •   The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   •   The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

   o  [Proposed] Order (ECF No. 450-1);
   o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
   o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

   o  [Proposed] Order (ECF No. 227-1);
   o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
   o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
   o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
        *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
        *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
        *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

        Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

        Enclosed is a CD containing the following information in a PDF format:

1.      **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

   - The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

   o  [Proposed] Order (ECF No. 450-1);
   o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
   o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

   o  [Proposed] Order (ECF No. 227-1);
   o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
   o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
   o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS** LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonsteklof.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Peter F. Neronha
150 South Main Street
Providence, RI 02903

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

       Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

       Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   • The Complaint (ECF No. 1) filed in *Hubbard*.

   • The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.      **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.      **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.   **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.   **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Alan Wilson
P.O. Box 11549
Columbia, SC 29211

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

    Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

    Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

   - The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2. **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3. **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM & WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Division of Consumer Protection
1302 E Hwy 14
Suite 3
Pierre, SD 57501-8501

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

        Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

        Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   • The Complaint (ECF No. 1) filed in *Hubbard*.

**LATHAM & WATKINS** LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.  **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.  **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o   [Proposed] Order (ECF No. 450-1);
    o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o   [Proposed] Order (ECF No. 227-1);
    o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM&WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Jonathan Skrmetti
P.O. Box 20207
Nashville, TN 37202

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.     **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.     **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.   **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.   **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.   **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM & WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS** LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Sean D. Reyes
PO Box 142320
SLC, UT 84114-2320

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

       Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

       Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

    •  The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    •  The Complaint (ECF No. 1) filed in *Hubbard*.

    •  The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM&WATKINS**LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Charity R. Clark
109 State St
Montpelier, VT 05609

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

LATHAM & WATKINS LLP

2.     **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.     **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of Attorney General Jason Miyares
202 North 9th Street
Richmond, Virginia 23219

> Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
> *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
> *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
> *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

    - The Complaint (ECF No. 1) filed in *Carter*.

LATHAM&WATKINS LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 450-1);
  o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o  [Proposed] Order (ECF No. 227-1);
  o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM & WATKINS** LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA  98504-0100

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    - The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  - [Proposed] Order (ECF No. 450-1);
  - Declaration of Daniel A. Rascher (ECF No. 450-4); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  - [Proposed] Order (ECF No. 227-1);
  - Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  - Declaration of Daniel A. Rascher (ECF No. 227-5); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Attorney General Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

   * The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   * The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

2. **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3. **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5. **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6. **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
PO Box 7857
Madison, WI 53707-7857

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

   • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   • The Complaint (ECF No. 1) filed in *Hubbard*.

   • The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.  **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.  **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

  - The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 450-1);
    o  Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

  - The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o  [Proposed] Order (ECF No. 227-1);
    o  Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o  Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o  Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

## LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Wyoming Attorney General's Office
109 State Capitol
200 W. 24th Street
Cheyenne, WY  82002

Re:   Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

   - The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

   - The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024.  (*House* ECF No. 450; *Hubbard* ECF No. 227).  On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 450-1);
  o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o   [Proposed] Order (ECF No. 227-1);
  o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release.  Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement.  We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM&WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

**LATHAM&WATKINS** LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Department of Legal Affairs
Executive Office Bldg.
3rd Floor,
P.O. Box 7
Utulei, American Samoa 96799

Re:  Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("House"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("Hubbard"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("Carter," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.  **28 U.S.C. § 1715(b)(1) – Complaints:**

    •  The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

    •  The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.  **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.  **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o [Proposed] Order (ECF No. 450-1);
    o Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o [Proposed] Order (ECF No. 227-1);
    o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

**LATHAM&WATKINS**LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

LATHAM & WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General Guam
590 S. Marine Corps Dr., Suite 901
Tamuning, GU 96913

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

**LATHAM&WATKINS**LLP

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  o [Proposed] Order (ECF No. 450-1);
  o Declaration of Daniel A. Rascher (ECF No. 450-4); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  o [Proposed] Order (ECF No. 227-1);
  o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  o Declaration of Daniel A. Rascher (ECF No. 227-5); and
  o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

August 5, 2024
Page 4

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

s/ Rakesh Kilaru
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic
Association*

s/ Whitty Somvichian
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

**LATHAM & WATKINS** LLP

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
Caller Box 10007
Saipan, MP 96950

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
       *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
       *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
       *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

2.　**28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.　**28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

  - [Proposed] Order (ECF No. 450-1);
  - Declaration of Daniel A. Rascher (ECF No. 450-4); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

  - [Proposed] Order (ECF No. 227-1);
  - Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
  - Declaration of Daniel A. Rascher (ECF No. 227-5); and
  - Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.　**28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.　**28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.　**28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM&WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

**LATHAM&WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
PO Box 9020192
San Juan, PR, 00902-0192

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
*Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
<u>*Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS</u>

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.    **28 U.S.C. § 1715(b)(1) – Complaints:**

- The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

- The Complaint (ECF No. 1) filed in *Hubbard*.

- The Complaint (ECF No. 1) filed in *Carter*.

2.  **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.  **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

    -   The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

        o   [Proposed] Order (ECF No. 450-1);
        o   Declaration of Daniel A. Rascher (ECF No. 450-4); and
        o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

    -   The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

        o   [Proposed] Order (ECF No. 227-1);
        o   Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
        o   Declaration of Daniel A. Rascher (ECF No. 227-5); and
        o   Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.  **28 U.S.C. § 1715(b)(6) – Final Judgment**: None.

6.  **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the "Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

LATHAM&WATKINS LLP

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

LATHAM & WATKINS LLP

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

August 5, 2024

**VIA CERTIFIED U.S. MAIL**

Office of the Attorney General
3438 Krondprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI  00802

Re:    Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715
      *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW
      *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW
      *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS

Dear Attorney General:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of Defendants National Collegiate Athletic Association ("NCAA"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Southeastern Conference ("SEC"), and the Atlantic Coast Conference ("ACC") (collectively, "Defendants") to provide the following notification of the proposed settlements in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) ("*House*"), *Hubbard v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 4:23-cv-01593-CW (N.D. Cal.) ("*Hubbard*"), and *Carter v. Nat'l Collegiate Athletic Assoc. et al.*, Case No. 3:23-cv-06325-RS ("*Carter*," and collectively with *House* and *Hubbard*, the "Federal Actions").

Enclosed is a CD containing the following information in a PDF format:

1.   **28 U.S.C. § 1715(b)(1) – Complaints:**

  • The Class Action Complaint (ECF No. 1), Consolidated Amended Complaint (ECF No. 164), and Second Consolidated Amended Class Action Complaint (ECF No. 448-1), filed as Exhibit 1 to the Stipulation with Proposed Order Regarding Filing of Second Consolidated Amended Class Action Complaint (ECF No. 448), filed in *House*.

  • The Complaint (ECF No. 1) filed in *Hubbard*.

LATHAM&WATKINS LLP

- The Complaint (ECF No. 1) filed in *Carter*.

2.    **28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearings:** Plaintiffs in *House* and *Hubbard* noticed a settlement hearing for September 5, 2024. (*House* ECF No. 450; *Hubbard* ECF No. 227). On July 30, 2024, those plaintiffs filed an Unopposed Administrative Motion to Shorten Time Pursuant to Civil Local Rule 6-3 For the Hearing Of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (*House* ECF No. 451; *Hubbard* ECF No. 228), requesting to advance the noticed hearing date from September 5, 2024 to August 12, 13, 14 or August 19, 20, 21, or 22, 2024.

3.    **28 U.S.C. § 1715 (b)(3) and (b)(4) – Proposed Notification to Class Members and Class Action Settlement Agreements:**

- The *House* Plaintiffs' Unopposed Motion for Preliminary Settlement Approval (ECF No. 450), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Steve W. Berman (ECF No. 450-2), ECF No. 450-3), with the following exhibits:

    o [Proposed] Order (ECF No. 450-1);
    o Declaration of Daniel A. Rascher (ECF No. 450-4); and
    o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 450-5).

- The *Hubbard* Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 227), submitted to the District Court on July 26, 2024, as well as the Stipulation of Settlement (Exhibit 1 to the Declaration of Jeffrey L. Kessler (ECF No. 227-2), ECF No. 227-3), with the following exhibits:

    o [Proposed] Order (ECF No. 227-1);
    o Exhibit 2 to the Declaration of Jeffrey L. Kessler (ECF No. 227-4);
    o Declaration of Daniel A. Rascher (ECF No. 227-5); and
    o Declaration of Carla A. Peak Regarding Settlement Notice Program (ECF No. 227-6).

4.    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** None.

5.    **28 U.S.C. § 1715(b)(6) – Final Judgment:** None.

6.    **28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** The names and residences of all of the class members will not be known until after notice of the settlement is given and potential class members submit a Proof of Claim and Release. Accordingly, it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. We respectfully refer any further inquiries regarding the potential class members to Verita Global, LLC (the

LATHAM & WATKINS LLP

"Settlement Administrator"), which is working to collect information regarding potential class members in order to provide such members with notice of the Stipulation of Settlement.

7. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** The Court granted the *House* Plaintiffs' Unopposed Motion for Certification of Injunctive Relief Class on September 22, 2023 (*House* ECF No. 323), granted the *House* Plaintiffs' Motion for Certification of Damages Classes on November 3, 2023 (*House* ECF No. 387), and issued an Order Granting the *House* Plaintiffs' Motion to Approve Manner and Form of Class Notice (as Modified) on March 1, 2024 (*House* ECF No. 406).

The foregoing information is provided based on the information currently available to Defendants and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*s/ Christopher S. Yates*
Christopher S. Yates
Latham & Watkins LLP
500 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: chris.yates@lw.com

*Attorney for Defendant Atlantic Coast Conference*

*s/ Natali Wyson*
Natali Wyson
Angela C. Zambrano
nwyson@sidley.com
angela.zambrano@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400

*Attorney for Defendant The Big 12 Conference, Inc.*

*s/ Robert W. Fuller*
Robert W. Fuller
rfuller@robinsonbradshaw.com
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900

August 5, 2024
Page 4

LATHAM&WATKINS LLP

Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendant Southeastern Conference*

*s/ Britt M. Miller*
Britt M.  Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago IL, 60606
Tel: (312) 701-8663
Fax: (312) 706-8763
bmiller@mayerbrown.com

*Attorney for Defendant The Big Ten Conference, Inc.*

*s/ Rakesh Kilaru*
Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*

*s/ Whitty Somvichian*
Whitty Somvichian
COOLEY LLP
3 Embarcadero Street, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

*Attorney for Defendant Pac-12 Conference*