FILED

OCT 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION<br><br>GRANT HOUSE; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al.,<br><br>　　　　Defendants - Appellees,<br><br>　v.<br><br>HOUSTON CHRISTIAN UNIVERSITY, Proposed Intervenor,<br><br>　　　　Movant - Appellant. | No. 24-4843<br><br>D.C. No. 4:20-cv-03919-CW<br>Northern District of California, Oakland<br><br>ORDER |

The motion (Docket Entry No. 13) to voluntarily dismiss this appeal is granted. *See* Fed. R. App. P. 42(b). This appeal is dismissed.

This order will be the mandate in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
