Marty J. Jackley, Attorney General (SD Bar #2447)
Paul S. Swedlund, Solicitor General (SD Bar #1683)
**OFFICE OF THE SOUTH DAKOTA ATTORNEY GENERAL**
1302 E. Highway 14, Suite 1
Pierre, South Dakota 57501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
paul.swedlund@state.sd.us
*PRO HAC VICE APPLICATIONS*
*FORTHCOMING*

Dustin Young (SBN 254872)
Curtis Molloy (SBN 206866)
**NATIONAL LITIGATION LAW GROUP, LLP**
2995 Woodside Road, Suite 250
Woodside, CA 94062
Telephone: (405) 212-2817
dyoung@nationlit.com
cmolloy@nationlit.com

[Additional Counsel on Signature Page]

Attorneys for STATE OF SOUTH DAKOTA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

GRANT HOUSE, *et al.*,
                                  Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, *et al.*,
                                  Defendants.

CASE NO.: 4:20-CV-03919 CW

**[PROPOSED] ORDER GRANTING MOTION BY THE STATE OF SOUTH DAKOTA TO COMPEL 28 U.S.C. § 1715 NOTICE**

Date: TBD
Time: TBD
Dept: TBD
Judge: Hon. Claudia Wilken

//

//

NATIONAL LITIGATION LAW GROUP 2995 WOODSIDE RD SUITE 250 WOODSIDE, CA 94062

# [PROPOSED] ORDER

Now before the Court is Motion by the State of South Dakota to Compel 28 U.S.C. § 1715 Notice ("Motion"). Having considered Motion, all relevant documents and evidence, and the arguments of counsel, and good cause appearing,

IT IS HEREBY ORDERED:

1.      THAT Motion is granted.

2.      THAT NCAA serve proper 28 U.S.C. § 1715 notice on the Attorneys General for the State of South Dakota as well as other states for whom such notice is required.

**IT IS SO ORDERED.**

Date:

By: _____
                    HON. CLAUDIA WILKEN
                    DISTRICT COURT JUDGE

NATIONAL LITIGATION
LAW GROUP
2995 WOODSIDE RD
SUITE 250
WOODSIDE, CA 94062

[PROPOSED] ORDER GRANTING THE STATE OF SOUTH DAKOTA'S MOTION TO COMPEL 28 U.S.C. § 1715 NOTICE