| | |
|---|---|
| Jeffrey L. Kessler (*pro hac vice*)<br>David G. Feher (*pro hac vice*)<br>David L. Greenspan (*pro hac vice*)<br>Adam I. Dale (*pro hac vice*)<br>Sarah L. Viebrock (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4698<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>dfeher@winston.com<br>dgreenspan@winston.com<br>aidale@winston.com<br>sviebrock@winston.com<br><br>Jeanifer E. Parsigian (SBN 289001)<br>WINSTON & STRAWN LLP<br>101 California Street, 21st Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>jparsigian@winston.com<br><br>*Counsel for Plaintiffs and the Classes* | Steve W. Berman (*pro hac vice*)<br>Emilee N. Sisco (*pro hac vice*)<br>Stephanie Verdoia (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>emilees@hbsslaw.com<br>stephaniev@hbsslaw.com<br><br>Benjamin J. Siegel (SBN 256260)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>bens@hbsslaw.com<br><br>Jeffrey L. Kodroff (*pro hac vice*)<br>Eugene A. Spector (*pro hac vice*)<br>SPECTOR ROSEMAN KODROFF & WILLS, PC<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br>jkodroff@srkattorneys.com<br>espector@srkattorneys.com<br><br>*Counsel for Plaintiffs and the Classes* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice of the following change of address for Jeanifer E. Parsigian, effective immediately:

WINSTON & STRAWN LLP
101 California Street, **21st Floor**
San Francisco, California 94111

The telephone and facsimile numbers and e-mail addresses remain the same.

All future orders, copies of all notices, motions and other filings should be directed to the undersigned counsel at the new address.

Dated: November 14, 2024                    WINSTON & STRAWN LLP

By: */s/ Jeanifer E. Parsigian*
Jeanifer E. Parsigian (SBN 289001)
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

*Counsel for Plaintiffs and the Classes*