# Exhibit A

To: [Insert Class Member]

We would like to correct previous statements we may have made to you, and published on our website, regarding the *In re: College Athlete NIL Litigation* (*House v. NCAA*) settlement.

First, the Court has appointed the law firms Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP to represent you and all other eligible athletes in the settlement. You are not required to seek additional help or legal support from anyone in order to participate in the settlement. For more information on the settlement, you may visit the settlement website at www.collegeathletecompensation.com.

Second, Profound's statement that, "[a]ll settlement cases where you were not specifically represented lead to lower payouts," is not accurate. Your estimated payment from the settlement will be available beginning on December 17 on the settlement website (www.collegeathletecompensation.com). You will need to log in to the website using your Claim ID and PIN (if you received one) or your NCAA Eligibility Center ID (which can be obtained from your school if you do not have it).

Third, settlement payments are determined based on a formula and will be paid on a set schedule approved by the Court. Payment amounts and payment schedules cannot be negotiated.

Additional information about the settlement is available on the settlement website: www.collegeathletecompensation.com.