Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
jparsigian@winston.com

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER REGARDING THIRD-PARTY CLAIMS FILING SERVICES**<br><br>Hrg. Date: December 26, 2024<br>Time: 2:30 p.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

WHEREAS, the Court has determined that certain solicitations of class members regarding third-party claims filing services have been misleading;

AND WHEREAS the Court has expressed concern about instances of class member confusion;

AND WHEREAS Plaintiffs are still in the process of sending notice to Class Members and thus expect various third-party entities to seek new business relationships based on the proposed settlement;

IT IS HEREBY ORDERED AND DECREED as follows:

1. All third-party claims filing companies seeking to represent Class Members in connection with the Settlement be required to include the following in any solicitation or engagement agreement with prospective clients:

   a. A statement making clear that:

      1. Class Members need not use any third-party service in order to participate in any monetary relief;
      2. the use of a third-party service will not increase any monetary relief that Class Members are eligible to receive under the Settlement;
      3. no-cost assistance is available from the Claims Administrator and Class Counsel during the claims-filing period and their contact information is available on the Court-approved Settlement website, and

   b. Information (including the full URL or direct link) directing Class Members to the Court-approved Settlement website for additional information.

2. The proposed relief outlined above must be included in any solicitation or marketing materials, in any form, including on company websites, in mail and email solicitations, and in telephone and in-person solicitations, as well as in engagement agreements with Class Members.

3. Solicitations that do not contain the required information (as set forth above) may be deemed misleading and following notice and an opportunity to cure, those entities may be enjoined permanently from taking any role in the settlement.

-1-

PROPOSED ORDER RE THIRD-PARTY CLAIMS FILING SERVICES                    Case No. 4:20-cv-03919-CW

4.     Profound Sports shall be required to send, at their own expense, a corrective notice (attached hereto as Exhibit A) to athletes that have been contacted by or engaged with Profound Sports for claims filing services related to the Settlement to ensure that they understand the contract of representation and were not misled by prior solicitations. Upon receipt of the corrective notice, Class Members would have the option to void their contract.

5.     Class Counsel and the Claims Administrator will continue to monitor third-party claims filing companies to ensure that they comply with any Order of the Court and will provide any third-party filing companies that contact Class Counsel or the Claims Administrator with this Order.

IT IS SO ORDERED.

DATED: _____

                                         HONORABLE CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE

Submitted by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

|   |   |
|---|---|
| 1 | Benjamin J. Siegel (SBN 256260) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 300 |
| 3 | Berkeley, CA 94710 |
|   | Telephone: (510) 725-3000 |
| 4 | Facsimile: (510) 725-3001 |
|   | bens@hbsslaw.com |
| 5 |   |
|   | By  */s/ Jeffrey L. Kessler* |
| 6 | Jeffrey L. Kessler *(pro hac vice)* |
| 7 | David G. Feher *(pro hac vice)* |
|   | David L. Greenspan *(pro hac vice)* |
| 8 | Adam I. Dale *(pro hac vice)* |
|   | Sarah L. Viebrock *(pro hac vice)* |
| 9 | WINSTON & STRAWN LLP |
| 10 | 200 Park Avenue |
|   | New York, NY 10166-4193 |
| 11 | Telephone: (212) 294-6700 |
|   | Facsimile: (212) 294-4700 |
| 12 | jkessler@winston.com |
|   | dfeher@winston.com |
| 13 | dgreenspan@winston.com |
| 14 | aidale@winston.com |
|   | sviebrock@winston.com |
| 15 |   |
|   | Jeanifer E. Parsigian (SBN 289001) |
| 16 | WINSTON & STRAWN LLP |
|   | 101 California Street, 34th Floor |
| 17 | San Francisco, CA 94111 |
| 18 | Telephone: (415) 591-1000 |
|   | Facsimile: (415) 591-1400 |
| 19 | jparsigian@winston.com |
| 20 | *Class Counsel for Plaintiffs* |

-3-

| PROPOSED ORDER RE THIRD-PARTY CLAIMS FILING SERVICES | Case No. 4:20-cv-03919-CW |
|---|---|