IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER REGARDING MOTION FOR A PROSPECTIVE ORDER CONCERNING THIRD-PARTY CLAIMS-FILING SERVICES**<br><br>(Re: Dkt. No. 560) |

On November 19, 2024, Plaintiffs filed a motion for a prospective order concerning third-party claims-filing services. Docket No. 560. Any opposition to this motion must be filed no later than November 25, 2024. If an opposition is filed, Plaintiffs may file a reply no later than November 27, 2024. The Court will decide the motion on the papers. Accordingly, the hearing scheduled for December 26, 2024, is VACATED.

IT IS SO ORDERED.

Dated: November 20, 2024

CLAUDIA WILKEN
United States District Judge