# State Bar of South Dakota

**President**
Sarah Sharp Theophilus
111 W Capitol Ave. #1
Pierre, SD 57501
(605) 941-0212
sarah.theophilus@va.gov

**President Elect**
John T. Richter
222 E Capitol Ave., Suite 8
Pierre, SD 57501
(605) 773-8231
john.richter@state.sd.us

**Executive Director & Sec/Treas**
Paul L. Cremer
111 W Capitol Ave. #1
Pierre, SD 57501
(605) 224-7554
paul.cremer@sdbar.net

**Board of Bar Commissioners**
Justin Lee Bell          Tyler P. Matson
Steven Blair             Gerald M. McCabe
Sarah Covington          Amber L. Mulder
Kristen Edwards          Erika S. Olson
Teramie L. Hill          Caroline A. Srstka
Stacy M. Johnson         David R. Strait
Kimberly R. Kinney

To Whom It May Concern:

This is to certify that Mr. Marty Jackley of Pierre, SD was admitted to practice law in the State of South Dakota on September 15, 1995; that he is presently listed on the roster of active practitioners in this state in good standing and is presently, and has been at all times since that year, in good standing and admitted to practice before the Supreme Court of South Dakota, and further, that his fitness to practice law and his conduct as an attorney have never been legitimately challenged before the Disciplinary Board of the State Bar of South Dakota.

Dated at Pierre, South Dakota, this 21st day of November 2024.

*Tailynn Bradford*
_____

Tailynn Bradford
Member Services Coordinator
State Bar of South Dakota