# State Bar of South Dakota

| President | President Elect | Executive Director & Sec/Treas |
|---|---|---|
| Sarah Sharp Theophilus | John T. Richter | Paul L. Cremer |
| 111 W Capitol Ave. #1 | 222 E Capitol Ave., Suite 8 | 111 W Capitol Ave. #1 |
| Pierre, SD 57501 | Pierre, SD 57501 | Pierre, SD 57501 |
| (605) 941-0212 | (605) 773-8231 | (605) 224-7554 |
| sarah.theophilus@va.gov | john.richter@state.sd.us | paul.cremer@sdbar.net |

**Board of Bar Commissioners**

| | |
|---|---|
| Justin Lee Bell | Tyler P. Matson |
| Steven Blair | Gerald M. McCabe |
| Sarah Covington | Amber L. Mulder |
| Kristen Edwards | Erika S. Olson |
| Teramie L. Hill | Caroline A. Srstka |
| Stacy M. Johnson | David R. Strait |
| Kimberly R. Kinney | |

To Whom It May Concern:

This is to certify that Mr. Paul S. Swedlund of Pierre, SD was admitted to practice law in the State of South Dakota on July 10, 1991; that he is presently listed on the roster of active practitioners in this state in good standing and is presently, and has been at all times since that year, in good standing and admitted to practice before the Supreme Court of South Dakota, and further, that his fitness to practice law and his conduct as an attorney have never been legitimately challenged before the Disciplinary Board of the State Bar of South Dakota.

Dated at Pierre, South Dakota, this 21st day of November 2024.

_____

Tailynn Bradford
Member Services Coordinator
State Bar of South Dakota