UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, *et al.*                    ,

         Plaintiff(s),

    v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, *et al.*                    ,

         Defendant(s).

Case No.  4:20-CV-03919 CW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marty J. Jackley            , an active member in good standing of the bar of South Dakota                     , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing:  The State of South Dakota     in the above-entitled action. My local co-counsel in this case is        Dustin Young        , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 254872            .

1302 E. Highway 14, Suite 1
Pierre, South Dakota  57501
MY ADDRESS OF RECORD

605-773-3215
MY TELEPHONE # OF RECORD

marty.jackley@state.sd.us
MY EMAIL ADDRESS OF RECORD

2995 Woodside Road, Suite 250
Woodside, CA  94062
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

405-212-2817
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dyoung@nationlit.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

      I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is:  2447  .

      A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

      I have been granted pro hac vice admission by the Court   0   times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _November 21, 2024_                    /s/ Marty J. Jackley
                                                    APPLICANT

5                                                   

6    

7    

8                        ORDER GRANTING APPLICATION

9                 FOR ADMISSION OF ATTORNEY PRO HAC VICE

10   

11       IT IS HEREBY ORDERED THAT the application of __Marty J. Jackley__ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: ____11/22/2024____

16   

17   _____

18        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California