UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRANT HOUSE, *et al.*                           ,

        Plaintiff(s),

    v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, *et al.*                           ,

        Defendant(s).

Case No.  4:20-CV-03919-CW

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, ___Paul S. Swedlund___, an active member in good standing of the bar of ___South Dakota___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___The State of South Dakota___ in the above-entitled action. My local co-counsel in this case is ___Dustin Young___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___254872___.

1302 E. Highway 14, Suite 1
Pierre, South Dakota  57501
MY ADDRESS OF RECORD

605-773-3215
MY TELEPHONE # OF RECORD

paul.swedlund@state.sd.us
MY EMAIL ADDRESS OF RECORD

2995 Woodside Road, Suite 250
Woodside, CA  94062
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

405-212-2817
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dyoung@nationlit.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___2447___.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __November 21, 2024__                    __/s/ Paul S. Swedlund_____

5                                                 APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of __Paul S. Swedlund_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____11/22/2024_____

16

17    _____

18              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28