September 25, 2024

**Judge Claudia Wilken**
Senior District Judge
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

**Re: My NIL Proposal for College Sports. How to Pay NCAA Athletes Without Ruining College Sports. (2018)**

Dear Judge Wilken:

Enclosed, please find my proposal on how to manage The NIL (Name, Image, and Likeness) for NCAA College Athletes.

The proposal pays college athletes, but the NIL money is put in a special 'escrow account' that the athletes **cannot** touch until they have graduated from their respective universities.

If you have any questions, comments, or concerns, please feel free to contact me at any time.

Sincerely,

Chris D. O'Brien
1674 Newport Ave.
#9
Long Beach, CA 90804
(714) 333 – 8977
Yellowshirt1@hotmail.com

cc: Enclosure

## HOW TO PAY NCAA ATHLETES WITHOUT RUINING COLLEGE SPORTS. THE NIL AND HOW TO REGULATE IT. Copyright-Chris O'Brien-2018-All rights reserved.@

1. All freshmen athletes would be 'ineligible' to cash in on the NIL. Why? This keeps the 'one and done' basketball players from ruining the sport of NCAA Basketball. This also keeps a 'bidding war' from happening when recruiting college football players. This furthermore evens the recruiting war for smaller schools like Indiana, Wisconsin, and Northwestern.

2. All the money that an athlete makes would go directly into an 'escrow account' that the athlete cannot touch until they have graduated from their university.

3. If an NCAA athlete enters the 'transfer portal,' then the athlete's escrow account follows them to the other university. If an athlete in any sport enters the 'transfer portal' a second time, then the athlete forfeits all their money in their 'escrow account.' This keeps athletes from entering the 'transfer portal' 4-5 times in their college careers. The exception for entering the 'transfer portal' more than once would be if a head coach is fired, resigns, retires, or takes another coaching job.

4. An athlete cannot have any money put into their 'escrow account' if they are redshirting, suspended from the team for any reason, are charged with a misdemeanor, felony, DUI, are charged with murder, sexual assault, kidnapping, etc. Only until the legal process is completed, can an athlete continue to have money put into their 'escrow account.'

5. If an athlete enters the transfer portal before playing in a 'non-playoff' major bowl game (Rose Bowl, Fiesta Bowl, Cotton Bowl, Sugar Bowl, and Orange Bowl, or an NIT tournament basketball game, the athlete must sit out for 2 years. Why? This will keep games from becoming "glorified scrimmages." If this continues, no TV Network will broadcast the major "non-playoff' bowl game anymore. The money will dry up and we all know what happens next.

6. If an athlete 'opts-out' of a "non-playoff major bowl game," or the NIT Tournament, the athlete automatically forfeits all their money in their NIL Account. This will keep a high TV viewing audience.

7. No college can put an athlete's name on the back of any jersey for any sport until the athlete's eligibility is finished. After that, the university can. When the athlete has graduated from their university, the university bookstore must split 50/50 with the athlete for life on the sale of the jersey.

8. If an athlete leaves after their sophomore or junior year to go pro, they will have 10 years to come back and get their degree. If they do not complete their degree within 10 years, the money would automatically go back into the university's athletic department with interest.

9. If an NCAA Team opts out of the NIT Tournament, the university would automatically be ineligible for the NCAA conference Tournament next year. If they opt out for than once in 10 years, there would be a 2-year suspension from the NCAA Tournament.