Dawn Jevnick

Po box 4230

Cave Creek, AZ 85327

9/18/24

Judge Claudia Wilken

USDC- Oakland California

1301 Clay Street, Suite 400S

Oakland, CA 94612

Regarding Case No: 4:20-CV-03919-CW

Dear Judge Wilken,

I am sending a second letter to you asking **PLEASE DO NOT IMPOSE ROSTER LIMITS** to college sports. Please allow a place for walk on athletes that don't need a scholarship but a golf family. Like you, I am from MN but moved to AZ after getting married. My husband and I met in high school and raised two daughters, both girls academically and athletically driven. Our oldest just graduated from High School and accepted a spot on the Women's golf team at Vanderbilt with 11 players.

Jayden was on cloud nine the first few days of school and joyful for her next chapter. Jayden is still developing as a golfer and has great potential to play at a high level in the coming years. She works abouts 30 hours on golf each week in addition to keeping an A average in school.

After her first week at Vanderbilt, the team was told by coaches they may have to cut the team from 11 to 9 girls next year if the new roster limits happen in 2025. She went from the joy of finding her new golf home to the worry of getting cut if her scores aren't good enough by the end of the year. Golf is a sport she has put her heart and soul into for 10 years and she will want to continue to play but she will not want to transfer after just getting started at the school of her dreams. This is the threat she is now living with each day. Please preserve the spots for current team members. If the roster cuts happen, please wait and phase them in over time to not disrupt the lives of students on golf teams with more than 9 players. Please allow it to happen over a period of years.

I'm pleading with you to see the value in preserving the current roster spots as they allow room for walk on athletes. Please do not uproot the current players that are on teams now, working hard, and hoping to develop enough to compete at the highest level. I'm asking you to see the value in securing a spot for all athletes even the ones not asking for money. Athletes that care about being part of a team because it feels like a family. Please preserve the spirit of the walk on athlete.

Sincerely,

Dawn Jevnick (djevnick@dpaxholdings.com) (602.502.7290 cell)