# KILARU
# EXHIBIT 4

Allyson M. Maltas
Direct Dial: +1.202.637.2314
Email: allyson.maltas@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

June 2, 2023

The United States Attorney General and All State Attorneys
General on the Attached Service List A

Re:     Notice of Class Action Settlement Pursuant to 28 U.S.C § 1715, ███████
████████

Dear Mr. or Madam Attorney General,

Pursuant to the requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, we write on behalf of ███████ ███████ and ███████ to provide the following notification of the proposed settlements in ███████ (the "Action").

Plaintiffs filed a motion for preliminary approval of the settlements on May 26, 2023. *See* 28 U.S.C. § 1715(b)(2). Enclosed is a CD containing the following information in PDF format:

1. The Consolidated Amended Complaint, Consolidated Second Amended Complaint, and Consolidated Third Amended Complaint filed in the Action. *See* 28 U.S.C. § 1715(b)(1).

2. Plaintiffs' Motion for Preliminary Approval of Settlements with Defendants ███ ███████ and the accompanying Declaration of Megan E. Jones in Support and following Exhibit[s] thereto: ███████ Settlement Agreement (Exhibit 1); ███████ Settlement Agreement (Exhibit 2); ███████ Agreement (Exhibit 3). *See* 28 U.S.C. § 1715(b)(4).

In addition to the ███ Settlement Agreement, plaintiffs and ███ also executed a Confidential Supplement to that Settlement Agreement. The Confidential Supplemental sets forth certain conditions under which ███ shall have the option to terminate the settlement and render the settlement agreement void in the event that requests for exclusion from the class exceed certain agreed-upon criteria. Plaintiffs and ███ agreed to maintain the confidentiality of the agreed-upon

June 2, 2023
Page 2

**LATHAM&WATKINS** LLP

criteria in the Confidential Supplement, which shall not be disclosed or filed unless required by the District Court.

As of the date of this letter, the District Court has not scheduled any preliminary approval or final approval hearing for the settlements, and has not issued a final judgment or notice of dismissal for ▮▮▮▮▮▮▮▮ in this Action. Plaintiffs also have not yet filed their proposed notice to the class members with the District Court. ▮▮▮▮▮▮▮▮ will provide a supplemental letter including copies of those items promptly after they are filed.

Because the Action settled before the parties identified the members of the putative class, it is not possible at this time to identify and provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of claims of class members residing in each state to the entire settlement. *See* 28 U.S.C. § 1715(b)(2). Much of this information will become available to Plaintiffs if the court approves the proposed settlements and class members submit proofs of claim.

The foregoing information is provided based on the information currently available to ▮▮ ▮▮▮▮▮▮▮▮ and is based on the status of the proceedings at the time of the submission of this notification. Should you have any questions, please do not hesitate to contact the undersigned counsel.

Respectfully submitted,

s/Allyson M. Maltas
Allyson M. Maltas
of LATHAM & WATKINS LLP

Counsel for ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮

Counsel for ▮▮▮▮▮▮

LATHAM&WATKINS LLP



*Counsel for* ████████████████████

**CAFA Notice Service List A**
**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---------|----------|----------|----------|------|-------|-----|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |
| Office of the Attorney General | Treg Taylor | 1031 W. 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney | Anne E. Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Raúl Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris W. Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Rm 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Joy Campbell | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G. Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | Department of Justice | PO Box 220 | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders St Fl 3 | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H. Wrigley | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J. Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raúl Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Genter Drummond | 313 NE 21st St | | Oklahoma | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle A. Henry | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S. Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R. Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima- | Executive Office Building 3rd Floor | PO Box 7 | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas B. Moylan | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Carol Thomas-Jacobs (Acting) | 3438 Kronprindsens Gade Ste 2 | GERS Fl | St Thomas | VI | 00802 |

**Ashley M. Bauer**
Direct Dial: 415-395-8138
ashley.bauer@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

**FIRM / AFFILIATE OFFICES**

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

October 28, 2020

**VIA CERTIFIED MAIL**

Attorney General Jason Ravnsborg
Office of the Attorney General
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501

**Re:**    CAFA Notice for the Proposed Class Action Settlement with Class Plaintiffs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Attorney General:

This Notice is sent on behalf of defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in accordance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1711 *et seq.*, to inform you that a proposed class action settlement has been filed with the Court in the above-titled matter, on October 23, 2020.

Plaintiffs ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (collectively, the "Plaintiffs") filed a putative class action lawsuit alleging a violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiffs allege, among other things, that Defendants ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ entered into a contract, combination or conspiracy in restraint of trade, the purpose and effect of which was to suppress competition and to pay depressed prices to the Settlement Class for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ during the Class Period. ▮▮▮ has denied and continues to deny each and all of the claims and contentions alleged in the Action, or that could have been alleged in the Action, and would assert numerous defenses to Plaintiffs' claims if required to do so.

The proposed settlement class consists of: "All persons or entities in the United States who sold ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to any of the Defendants, including their subsidiaries or joint-ventures, from January 1, 2014 through December 31, 2019 (the "Class Period"). Specifically excluded from this Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from this Class are any

LATHAM&WATKINS LLP

federal, state or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action, and any co-conspirator identified in this action."  Settlement Agreement at I.A.

<u>**Compliance with 28 U.S.C. § 1715**</u>

Enclosed please find a CD containing the materials requested by 28 U.S.C. § 1715(b).

1. **28 U.S.C. § 1715(b)(1) – A copy of the complaint and any materials filed with the complaint and any amended complaints:** Copies of the original Class Action Complaint and Demand for Jury Trial [Dkt. No. 1], Amended Class Action Complaint and Demand for Jury Trial [Dkt. No. 120], Second Amended Class Action Complaint and Demand for Jury Trial [Dkt. No. 148] are included on the attached CD.

2. **28 U.S.C. § 1715(b) – Notice of any scheduled judicial hearing:** The Court has not yet set Plaintiffs' motion for preliminary approval of the settlement with █████ for a hearing.  The Court could set a hearing on that motion at any time.  In order to monitor the Court's schedule for hearing dates and changes to hearing dates, you may find scheduling information by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.vaed.uscourts.gov/cgi-bin/DktRpt.pl.

3. **28 U.S.C. § 1715(b)(3) – Any proposed or final notification to class members:** Plaintiffs have not yet filed a proposed notification to class members.  The proposed notice plan with provisions for opt outs and objections, if any, will be filed with the Court via "CM/ECF" online docket for the above-captioned case at https://ecf.vaed.uscourts.gov/cgi-bin/DktRpt.pl.

4. **28 U.S.C. § 1715(b)(4) – Any proposed or final class action settlement:**  A copy of the Settlement Agreement between Plaintiffs and █████ ("Agreement"), executed on October 23, 2020, is included on the enclosed disc.

5. **28 U.S.C. § 1715(b)(5) – Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants:**  Plaintiffs and █████ have entered a Confidential Side Letter agreement ("Confidential Side Letter"), executed on October 23, 2020, with respect to certain cooperation that █████ will provide to Plaintiffs.  Upon written request, █████ will provide a copy of the Confidential Side Letter to your office on a confidential basis.  Please let us know if you would like a copy.

6. **28 U.S.C. § 1715(b)(6) – Any final judgment or notice of dismissal:** There is no final judgment or notice of dismissal at this time.

**LATHAM&WATKINS**LLP

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – a reasonable estimate of the number of class members residing in each state and the estimated proportionate share of the claims of such members to the entire settlement:**

It is not feasible to provide the information requested in subsection 7(A) at this time. Although ▮▮▮ only purchased ▮▮▮▮▮▮▮▮▮▮▮ in Alabama, Florida and Georgia, the proposed settlement class includes individuals and entities that sold ▮▮▮▮▮▮▮▮▮▮▮ not only to ▮▮▮, but also to other Defendants who purchased ▮▮▮▮▮▮▮▮▮▮▮ in those states and possibly also in other states. Accordingly, ▮▮▮ does not know the names of the class members who reside in each state or the estimated proportionate share of the claims of such class members. The names and state residences of the class members will not be known until after notice of the settlement is given and potential class members decide whether to participate in the settlement and submit claim forms. As such, it is not feasible at this time to provide a list of class member names by state of residence. If the settlement is approved, class members that properly submit claim forms shall receive their pro rata share of the settlement fund.

8. **28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described under subparagraphs (3) through (6):** There are no judicial opinions relating to the materials described in 28 U.S.C. § 1715(b)(3) through (6) at this time.

Any materials relating to the proposed settlement that are filed after the service of this notice can be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.vaed.uscourts.gov/cgi-bin/DktRpt.pl.

*** 

Please do not hesitate to contact me with any questions you may have regarding these materials.

Sincerely,

Ashley M. Bauer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Email: ashley.bauer@lw.com
Telephone: 415.395.8138

Enclosure:

MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

January 16, 2019

**BY U.S. MAIL**

**Britt M. Miller**
Direct Tel +1 312 701 8663
Direct Fax +1 312 706 8763
bmiller@mayerbrown.com

SEE ATTACHED SERVICE LIST

Re:    Notice of Proposed Class Action Settlement:
       ████████████████████████████
       ███████████████

Dear Sir or Madam:

We write on behalf of ████████████ and ████████████████████ (collectively "██████"), which are defendants in the above-captioned class action lawsuit pending in the United States District Court for the ████████████. Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), specifically 28 U.S.C. § 1715, ██████ hereby provides notice that a proposed class action settlement with a putative plaintiff class has been filed with the Court in this matter. In accordance with its obligations under 28 U.S.C. § 1715(b), ██████ provides the enclosed documents identified below, and advises as follows:

1.    **Copy of the complaint, all materials filed with the complaint, and any amended complaints.**

      The enclosed CD contains publicly available copies of Plaintiffs' original and amended complaints. The password for the CD is NxG8fZPx2H9p. Sealed versions of the complaints may be accessed only if you file a motion with the Court and are permitted to review those materials.

2.    **Notice of any scheduled judicial hearing.**

      The Court has not yet scheduled a hearing to consider Plaintiffs' motion for preliminary approval of the proposed settlement. No final approval hearing dates have been set. Please note that other hearings may be scheduled, but you will not receive any further notice, other than this document, regarding the scheduling of any of the hearings referenced in this paragraph.

3.    **Any proposed or final notification to class members.**

      No such notification is presently available beyond the notifications referenced in the Stipulation and Agreement of Settlement, which is included on the CD enclosed with this letter.

Mayer Brown LLP

January 16, 2019
Page 2

4.      **Any proposed or final class action settlement.**

A copy of the Stipulation and Agreement of Settlement is included on the CD enclosed with this letter.

5.      **Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.**

No other settlement or agreement has been contemporaneously made between counsel for the putative plaintiff class and counsel for ███████.

6.      **Any final judgment or notice of dismissal.**

Final judgment has not yet been entered as to the proposed class settlement with respect to the putative class.

7.      **Class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

████████ advises that it is not feasible at the present time to provide the names (or number) of class members of the proposed settlement class who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement.  That information will not be known until after notice of the settlement is given and eligible class members submit claim forms.  Pursuant to the terms of the settlement agreement, monetary relief will be available to eligible class members who properly submit claims and supporting documentation.  And the amount of each class member's recovery will be determined by a plan of allocation that has not yet been submitted to the Court for approval.  As a result, ████████ is unable at this time, and absent completion of the contemplated claims processes, to provide a reasonable estimate of the number of settlement class members residing in each State or the estimated proportionate share of the claims of such members.  Upon the conclusion of the claims processes, the names (or number) of the class members per State and the estimated proportionate share of their claims will be available, if requested by you, from the claims administrator.

8.      **Any written judicial opinion relating to the materials described in item numbers 3–6.**

There are no written judicial opinions relating to the materials described in item numbers 3-6.

████████ submits this notice in a good faith effort to comply with any obligations it may have pursuant to 28 U.S.C. § 1715.  In accordance with 28 U.S.C. § 1715(d), the Court will not finally approve the proposed class action settlements until at least 90 days after service of this notice.

January 16, 2019
Page 3

If you have any questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

_____

Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-8663
Fax: (312) 706-8763

*Counsel for* ███████████ *and* ███████████████████

Enclosures

Mayer Brown LLP

January 16, 2019
Page 4

## <u>SERVICE LIST</u>

Acting Attorney General Matthew Whitaker
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(202) 514-2000

Alabama Attorney General Steve Marshall
Office of the Attorney General
501 Washington Ave.
P.O. Box. 300152
Montgomery, AL 36130-0152
(334) 242-7300

Alaska Attorney General Kevin Clarkson
Alaska Department of Law – Civil Division
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5100

Arizona Attorney General Mark Brnovich
Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
(602) 542-5025

Arkansas Attorney General Leslie Rutledge
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(800) 482-8982

California Attorney General Xavier Becerra
Office of the Attorney General
1300 I Street
Sacramento, CA 95814-2919
(916) 210-6276

Colorado Attorney General Phil Weiser
Office of the Attorney General – Colorado Dept. of Law
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor

January 16, 2019
Page 5

Denver, Colorado 80203
(720) 508-6000

Connecticut Attorney General William Tong
Office of the Attorney General
55 Elm Street
Hartford, CT 06106
(860) 808-5318

Delaware Attorney General Kathy Jennings
Delaware Department of Justice
Carvel State Office Bldg.
820 N. French Street
Wilmington DE, 19801
(302) 577-8400

District of Columbia Attorney General Karl Racine
Office of the Attorney General
441 4th Street, NW
Washington DC 20001
(202) 727-3400

Florida Attorney General Ashley Moody
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050
(850) 414-3300

Georgia Attorney General Christopher Carr
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 656-3300

Hawaii Attorney General Russell Suzuki
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1500

Idaho Attorney General Lawrence Wasden
Office of the Attorney General
Statehouse
700 W. Jefferson St., Suite 210

January 16, 2019
Page 6

P.O. Box 83720
Boise, ID 83720
(208) 334-2400

Illinois Attorney General Kwame Raoul
Office of the Attorney General
James R. Thompson Center
100 W. Randolph St.
Chicago, IL 60601
(312) 814-3000

Indiana Attorney General Curtis Hill, Jr.
Office of the Attorney General
Indiana Government Center South 5th Floor
302 West Washington Street
Indianapolis, IN 46204
(317) 232-6201

Iowa Attorney General Tom Miller
Office of the Attorney General
Hoover State Office Bldg.
1305 E. Walnut
Des Moines, IA 50319
(515) 281-5164

Kansas Attorney General Derek Schmidt
Office of the Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597
(785) 296-2215

Kentucky Attorney General Andy Beshear
Office of the Attorney General
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601
(502) 696-5300

Louisiana Attorney General Jeff Landry
Office of the Attorney General
P.O. Box 94005
Baton Rouge, LA 70804-4095
225-326-6000

January 16, 2019
Page 7

Maine Attorney General Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800

Maryland Attorney General Brian Frosh
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202-2202
(410) 576-6300

Massachusetts Attorney General Maura Healey
Office of the Attorney General
1 Ashburton Place
Boston, MA 02108-1698
(617) 727-2200

Michigan Attorney General Dana Nessel
Office of the Attorney General
G. Mennen Williams Bldg.
525 W. Ottawa St
Lansing, MI 48909-0212
(517) 373-1110

Minnesota Attorney General Keith Ellison
Office of the Attorney General
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN 55155
(651) 296-3353

Mississippi Attorney General Jim Hood
Office of the Attorney General
Department of Justice
550 High Street, #1200
P.O. Box 220
Jackson, MS 39205
(601) 359-3680

Missouri Attorney General Eric Schmitt
Office of the Attorney General
Supreme Ct. Bldg.
207 W. High St.

January 16, 2019
Page 8

Jefferson City, MO 65101
(573) 751-3321

Montana Attorney General Tim Fox
Office of the Attorney General
Justice Bldg.
215 N. Sanders, 3rd Fl.
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026

Nebraska Attorney General Doug Peterson
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683

Nevada Attorney General Aaron Ford
Office of the Attorney General
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
(775) 684-1100

New Hampshire Attorney General Gordon MacDonald
Office of the Attorney General
33 Capitol St.
Concord, NH 03301-6397
(603) 271-3658

New Jersey Attorney General Gurbir Grewal
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625
(609) 292- 4925

New Mexico Attorney General Hector Balderas
Office of the Attorney General
408 Galisteo Street
Santa Fe, NM  87501
(505) 490-4060

New York Attorney General Letitia James

January 16, 2019
Page 9

Office of the Attorney General
The Capitol
Albany, NY 12224
(800) 771-7755

North Carolina Attorney General Josh Stein
Office of the Attorney General
Dept. of Justice
9001 Mail Service Center
Raleigh, NC 27699
(919) 716-6400

North Dakota Attorney General Wayne Stenehjem
Office of the Attorney General
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505-0040
(701) 328-2210

Ohio Attorney General Mike DeWine
Office of the Attorney General
State Office Tower
30 E. Broad St.
Columbus, OH 43266-0410
(614) 466-4986

Oklahoma Attorney General Mike Hunter
Office of the Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921

Oregon Attorney General Ellen F. Rosenblum
Office of the Attorney General
Justice Bldg.
1162 Court St., NE
Salem, OR 97301
(503) 378-6002

Pennsylvania Attorney General Josh Shapiro
Office of the Attorney General
1600 Strawberry Square
Harrisburg, PA 17120
(717) 787-5211

January 16, 2019
Page 10


Rhode Island Attorney General Peter Neronha
Office of the Attorney General
150 S. Main St.
Providence, RI 02903
(401) 274-4400

South Carolina Attorney General Alan Wilson
Office of the Attorney General
Rembert C. Dennis Office Bldg.
1000 Assembly Street, Room 519
Columbia, SC 29201
(803) 734-3970

South Dakota Attorney General Jason Ravnsborg
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215

Tennessee Attorney General Herbert Slatery III
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37243
(615) 741-3491

Texas Attorney General Ken Paxton
Office of the Attorney General
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2100

Utah Attorney General Sean Reyes
Office of the Attorney General
350 North State Street, Ste. 230
Utah State Capitol Complex
Salt Lake City, UT 84114-0810
(800)   244-4636

Vermont Attorney General T. J. Donovan
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001

January 16, 2019
Page 11

(802)   828-3173

Virginia Attorney General Mark Herring
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

Washington Attorney General Bob Ferguson
Office of the Attorney General
1125 Washington St. SE, PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

West Virginia Attorney General Patrick Morrisey
Office of the Attorney General
State Capitol Complex, Bldg. 1, Room E-26
1900 Kanawha Blvd., E.
Charleston, WV 25305
(304) 558-2021

Wisconsin Attorney General Josh Kaul
Office of the Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-1221

Wyoming Attorney General Peter K. Michael
Office of the Attorney General
Kendrick Building
2320 Capital Avenue
State Capitol Bldg.
Cheyenne, WY 82002
(307) 777-7841

American Samoa Attorney General Eleasalo Va'alele Ale
Office of the Attorney General
American Samoa Government
A.P. Lutali Executive Office Building, 3rd Floor
P. O. Box 7
Utulei, Territory of American Samoa
Pago Pago, American Samoa 96799
(689) 633-4163

January 16, 2019
Page 12

Guam Attorney General Leevin Taitano Camacho
Office of the Attorney General of Guam
Administration Division
590 S. Marine Corps. Drive, #901
Tamuning, Guam 96913
(671) 475-3324

Federated States of Micronesia Attorney General Joses Gallen
Office of the Secretary
Department of Justice for the Federated States of Micronesia
P.O. Box PS 105
Palikir, Pohnpei, FM 96941
(691) 320-2614

Northern Mariana Islands Attorney General Edward E. Manibusan
Office of the Attorney General
Administration Building
P.O. Box 10007
Saipan, MP 96950-8907
(670) 237-7500

Palau Office of the Attorney General
Vice President Taynold B. Oilouch, Ministry of Justice
P.O. Box 1365
Koror, PW 96940
(680) 488-2481

Wanda Vazquez Garced
Puerto Rico Attorney General
P.O. Box 9020192
San Juan, PR 00902-0192
(787) 721-2900

Republic of the Marshall Islands
Office of the Attorney General
P.O. Box 890
Majuro, MH 96960
(692) 625-3244

U.S. Virgin Islands Attorney General Joseph Ponteen
Office of the Attorney General
Dept. of Justice
34-38 Kronprindsens Gade
G.E.R.S. Building, 2nd Floor

January 16, 2019
Page 13

St. Thomas, VI 00802
(340) 774-5666, Ext. 107

Board of Governors of the Federal Reserve System
Mark E. Van Der Weide
Office of the General Counsel
20th Street and Constitution Avenue N.W.
Mail Stop K-300
Washington, D.C. 20551
(202) 452-3000

Federal Reserve of New York
Office of the General Counsel
33 Liberty Street
New York, NY 10045
(212) 720-5000

Director, Litigation Division
Office of the Comptroller of the Currency
OCC Headquarters
Constitution Center
400 7th Street, S.W., Suite 3E-218
Washington, D.C. 20219
(202) 649-6800

Robert Stebbins
Office of the General Counsel
Securities and Exchange Commission
SEC Headquarters
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-5100

Commodity Futures Trading Commission
Office of the General Counsel
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C. 20581
(202) 418-5000

# MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

October 26, 2015

**Britt M. Miller**
Direct Tel +1 312 701 8663
Direct Fax +1 312 706 8763
bmiller@mayerbrown.com

**BY U.S. MAIL**

Hon. Loretta E. Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C., 20530-0001

The State Attorneys General/Regulatory Authorities
(identified on the attached Schedule A)

Re:    Notice of Proposed Class Action Settlement:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Sir or Madam:

We write on behalf of ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮ (collectively ▮▮▮▮,
which are defendants in the above-captioned class action lawsuit pending in the ▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the
"Court"). Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), specifically 28 U.S.C.
§ 1715, ▮▮▮▮ hereby provides notice that a proposed class action settlement with a putative
plaintiff class has been filed with the Court in this matter. In accordance with its obligations
under 28 U.S.C. § 1715(b), ▮▮▮▮ provides the enclosed CD-ROM, which includes copies of the
documents identified below, and advises as follows:

1.    **Copy of the complaint, all materials filed with the complaint, and any
       amended complaints.**

       - Plaintiffs' Consolidated Class Action Complaint; and

       - Plaintiffs' Second Consolidated Class Action Complaint.

2.    **Notice of any scheduled judicial hearing.**

       The Court has not yet scheduled a hearing to consider plaintiffs' motion for
       preliminary approval of the proposed settlements. No final approval hearing dates
       have been set. Please note that other hearings may be scheduled, but you will not
       receive any further notice, other than this document, regarding the scheduling of
       any of the hearings referenced in this paragraph.

Mayer Brown LLP

October 26, 2015
Page 2

3.     **Any proposed or final notification to class members of a proposed settlement.**

A copy of the proposed notice to class members is attached as Exhibit A-1 to the Stipulation and Agreement of Settlement with ███████████ and ███████████ ███████████ (enclosed herewith).

4.     **Any proposed or final class action settlement.**

A copy of the Stipulation and Agreement of Settlement with ███████████ and ███████████ is included on the enclosed CD-ROM.

5.     **Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.**

No other settlement or agreement has been contemporaneously made between counsel for the putative plaintiff class and counsel for ███████.

6.     **Any final judgment or notice of dismissal.**

Final judgment has not yet been entered as to the proposed class settlement with respect to the putative class.

7.     **Class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

███████ advises that it is not feasible at the present time to provide the names (or number) of class members of the proposed settlement class who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement. That information will not be known until after notice of the settlement is given and eligible class members submit claim forms. Pursuant to the terms of the settlement agreement, monetary relief will be available to eligible class members who properly submit claims and supporting documentation. And the amount of each class member's recovery will be determined by a plan of allocation that has not yet been submitted to the Court for approval. As a result, ███████ is unable at this time, and absent completion of the contemplated claims processes, to provide a reasonable estimate of the number of settlement class members residing in each State or the estimated proportionate share of the claims of such members. Upon the conclusion of the claims processes, the names (or number) of the class members per State and the estimated proportionate share of their claims will be available, if requested by you, from the claims administrator.

8.     **Any written judicial opinion relating to the materials described in item numbers 3–6.**

There are no written judicial opinions relating to the materials described in item numbers 3-6.

October 26, 2015
Page 3

████ submits this notice in a good faith effort to comply with any obligations it may have pursuant to 28 U.S.C. § 1715.  In accordance with 28 U.S.C. § 1715(d), the Court will not finally approve the proposed class action settlements until at least 90 days after service of this notice.  If you have any questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

_____

Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-8663
Fax: (312) 706-8763

*Counsel for* ████████ *and* ████████████

Enclosures

MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

June 20, 2014

**BY U.S. MAIL**

**Britt M. Miller**
Direct Tel +1 312 701 8663
Direct Fax +1 312 706 8763
bmiller@mayerbrown.com

The Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C., 20530-0001

The State Attorneys General
(identified on the attached Schedule A)

Re:     Notice of Proposed Class Action Settlements: ███
████████████████████████████████████████

Dear Sir or Madam:

We write on behalf of ████████████████ and ████████████
███████████████, which are defendants in the above-captioned class action lawsuits pending in
the United States District Court for the █████████████████████████████
████████████████ (the "Court").    Pursuant to the Class Action Fairness Act of 2005
("CAFA"), specifically 28 U.S.C. § 1715, █████████ hereby provide notice that
proposed class action settlements with three putative plaintiff classes have been filed with the
Court in this matter.[1]  In accordance with their obligations under 28 U.S.C. § 1715(b), ███████
████████ provide the enclosed CD-ROM, which includes copies of the documents identified
below, and advise as follows:

     1.     **Copy of the complaint, all materials filed with the complaint, and any
amended complaints.**

As Exhibits 1-61, please find copies of:

- ████████████ *Plaintiffs (Exhibits 1-14):*  (1) the original and amended
complaints filed by individual named plaintiffs ████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

---

[1] ███████ is a named defendant in only two of the putative class actions—the ████████████
and the ████████████████████████—and thus is a party to only those two settlements.

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

Mayer Brown LLP

Attorneys General
June 20, 2014
Page 2



                                                           (2)  the Consolidated Amended Class Action Complaint filed by the ▮ on May 14, 2012 (adding ▮ as a named plaintiff); and (3) the Second Consolidated Amended Class Action Complaint filed by the ▮ on June 20, 2013.

- ▮ *Plaintiffs (Exhibits 15-21):* (1) the original and amended complaints filed by individual named plaintiffs ▮ ; (2) the ▮ Consolidated Class Complaint filed on May 14, 2012; and (3) the ▮ Second Consolidated Class Action Complaint filed on July 17, 2013.

- ▮ *Plaintiffs (Exhibits 22-64):* (1) the original and amended complaints filed by individual named plaintiffs ▮ ; (2) the Consolidated Amended Class Action Complaint filed by the ▮ Plaintiffs on May 14, 2012; (3) the Second Consolidated Amended Class Action Complaint filed by the ▮ Plaintiffs on June 20, 2013; and (4) the ▮ Plaintiffs' Corrected Third Amended Consolidated Class Action Complaint filed on April 10, 2014.

2. **Notice of any scheduled judicial hearing.**

The Court has scheduled a hearing to consider all three plaintiff groups' motions for preliminary approval of the proposed settlements for July 1, 2014 at 11:00 a.m. Eastern. No final approval hearing dates have been set. Please note that other hearings may be scheduled, but you will not receive any further notice, other than this document, regarding the scheduling of any of the hearings referenced in this paragraph.

3. **Any proposed or final notification to class members of a proposed settlement.**

A copy of the proposed notice to potential ▮ Plaintiff class members is attached as Exhibit C to the Settlement Agreement Between the ▮ Plaintiff Class and Defendant ▮ (Exhibit 65, hereto). Pursuant to their respective settlement agreements, the ▮ Plaintiffs and the ▮ Plaintiffs must file with the Court, within a

Mayer Brown LLP

Attorneys General
June 20, 2014
Page 3

reasonable period of time following preliminary approval, motions seeking authorization to disseminate notice of their respective settlements to potential class members. Those motions will include a proposed form of, method for, and date of dissemination of notice. As such, as of the date of the mailing of this notice, neither the ███████████ Plaintiffs nor the ████████ Plaintiffs have proposed, and the Court has not yet finalized, the notices of settlement to be disseminated to potential class members.

4.     **Any proposed or final class action settlement.**

On June 11, 2014, the ███████████ Plaintiffs filed a Motion for Preliminary Approval of Proposed Settlement with Defendant ████████ and for Authorization to Disseminate Notice to the Settlement Class and a Memorandum of Law in Support. That Motion and Memorandum of Law are included as Exhibit 65 on the enclosed CD-ROM. In addition, the ██████████ Plaintiff Settlement Agreement and exhibits thereto are attached as exhibits to the Motion and Memorandum of Law.

On June 13, 2014, the ███████████ Plaintiffs filed a Motion for Preliminary Approval of Proposed Settlement with Defendants ██████████████████████████████ and Provisional Certification of a Settlement Class and a Memorandum of Law in Support. That Motion and Memorandum of Law are included as Exhibit 66 on the enclosed CD-ROM. In addition, the ██████████ Plaintiff Settlement Agreement and exhibits thereto are attached as exhibits to the Motion and Memorandum of Law.

On June 10, 2014, the ████████ Plaintiffs filed a Motion for Preliminary Approval of Proposed Settlement with Defendants ██████████████████████████████ and Provisional Certification of a Settlement Class and a Memorandum of Law in Support. That Motion and Memorandum of Law are included as Exhibit 67 on the enclosed CD-ROM. In addition, the ███████ Plaintiff Settlement Agreement and exhibits thereto are attached as exhibits to the Motion and Memorandum of Law.

5.     **Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants.**

Confidential side letter agreements have been executed between the parties to each of the three settlements. *See* Paragraph 9 of all three agreements and Paragraph 22 of the ████████████ and ████████ agreements. These side letter agreements concern the criteria that must be met in connection with any exclusions from the settlements in order to trigger the defendants' options to terminate the settlement agreements as well as, in the case of the █████████ ████████ and █████████ the timing of certain of ██████████████████

Mayer Brown LLP

Attorneys General
June 20, 2014
Page 4

cooperation obligations. Pursuant to the terms of the settlement agreements, the confidential side letter agreements are available only to the Court, and in that case, only if the document is filed and maintained under seal. No other settlement or agreement has been contemporaneously made between counsel for the three putative plaintiff classes and counsel for ████████████████ other than escrow agreements created in connection with the settlements to hold the settlement proceeds.

6.    **Any final judgment or notice of dismissal.**

Final judgment has not yet been entered as to the proposed class settlement with respect to any of the three putative classes.

7.    **Class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

████████████████ advise that it is not feasible at the present time to provide the names (or number) of class members of any of the three proposed settlement classes who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement. That information will not be known until after notice of the settlements is given and eligible class members submit claim forms. Pursuant to the terms of the settlement agreements, monetary relief will be available to eligible class members who properly submit claims and supporting documentation. And the amount of each class member's recovery will be determined by plans of allocation that have not yet been submitted to the Court for approval. As a result, neither ████████████ is able at this time, and absent completion of the contemplated claims processes, to provide a reasonable estimate of the number of settlement class members residing in each State or the estimated proportionate share of the claims of such members. Upon the conclusion of the claims processes, the names (or number) of the class members per State and the estimated proportionate share of their claims will be available, if requested by you, from the claims administrators.

8.    **Any written judicial opinion relating to the materials described in item numbers 3–6.**

The ████████████████████████████████████ issued an Order Approving Distributions from Stock and Warrant Reserve to Facilitate Settlement of Antitrust Actions. *See* Exhibit 68, hereto. There are no written judicial opinions relating to the materials described in item numbers 3-6.

An index of the above-referenced exhibits is attached hereto as Schedule B.

Attorneys General
June 20, 2014
Page 5

           ▮▮▮▮▮▮▮ submit this notice in a good faith effort to comply with any obligations they may have pursuant to 28 U.S.C. § 1715. In accordance with 28 U.S.C. § 1715(d), the Court will not finally approve the proposed class action settlements until at least 90 days after service of this notice. If you have any questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

*Britt M. Miller*

Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-8663
Fax: (312) 706-8763

*Counsel for* ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

*Counsel for* ▮▮▮▮▮▮▮▮

Enclosures