IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER DENYING MOTION TO COMPEL**<br><br>(Re: Dkt. No. 557) |

On November 13, 2024, non-party South Dakota filed a motion to compel Defendants to provide notice of the settlement in this action to states attorneys general as required by 28 U.S.C. § 1715(b)(7). Docket No. 557. Defendants filed a response on November 27, 2024, in which they argue that the motion to compel is moot because Defendant National Collegiate Athletic Association (NCAA) complied with 28 U.S.C. § 1715(b)(7) on November 25, 2024, by providing South Dakota with "a reasonable estimate of the number of class members residing in [South Dakota] and the estimated proportionate share of the claims of such members to the entire settlement." *See* Docket No. 577 at 1. The deadline to file a reply in support of the motion to compel was December 4, 2024. No reply was filed.

Because it is undisputed that Defendants have complied with 28 U.S.C. § 1715(b)(7) as of November 25, 2024, the Court DENIES AS MOOT South Dakota's motion to compel.

IT IS SO ORDERED.

Dated: December 5, 2024

CLAUDIA WILKEN
United States District Judge