

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

**Retail**

U.S. POSTAGE PAID
PM
WAUNAKEE, WI 53597
DEC 07, 2024
94612
$19.40
RDC 03
R2304H107752-05

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance.
- USPS Tracking® service included for domestic destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**CERTIFIED MAIL®**
9589 0710 5270 2031 9346 96

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

**TRACKED ■ INSURED**

RECEIVED
DEC 12 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USPS.COM/PICKUP

EP14F October 2023
12 1/2 x 9 1/2

**FROM:**
Grant House, Sedona Prince and Nya Harrison
214 20th Street North,
Suite 301
Birmingham, AL 35203

**TO:**
Senior District Judge Claudia Wilken
United States District Court of the Northern District of California,
Oakland Courthouse
1301 Clay Street 400S
Oakland, CA 94612



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.