1
2
3
4
5
6
7
8   **UNITED STATES DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA**
9   **OAKLAND DIVISION**
10

11  | IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
12  | | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF ADDITIONAL SETTLEMENT CLASS COMMUNICATIONS** |
13  | | |
14  | | Judge: Hon. Claudia Wilken |
15

16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is the Parties' Joint Motion for Approval of Additional Settlement Class Communications. The Court has considered the motion, and all other papers relating to the motion.

**IT IS HEREBY ORDERED** that:

1. The Joint Motion for Approval of Additional Settlement Class Communications is **GRANTED**.

2. The Parties are permitted to publish the document attached to the Motion as Exhibit A and subsequently supplement and update the publication.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                             CLAUDIA WILKEN
                                                             United States Senior District Judge