IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**NOTICE OF TENTATIVE RULING**<br><br>(Re: Dkt. No. 581) |

On December 13, 2024, the parties filed a joint motion for approval of additional settlement class communications. *See* Docket No. 581. Given that the motion at issue was filed jointly, the Court is inclined to grant it to the extent that the parties agree to the revised question-and-answer document (Q&A) that is attached to this order as Exhibit A and provide the Court with additional information about the method that the parties propose to use for distributing the Q&A to class members. The Court is inclined to require that the parties publish the revised Q&A on the case website (www.collegeathletecompensation.com) and the website of the National Collegiate Athletic Association (NCAA) so long as the publication of the Q&A on the NCAA's website includes a link to the case website. If the parties wish to distribute the Q&A more broadly, they shall propose a method of distribution to the Court.

Within four days of the date this order is filed, the parties may file a supplemental brief addressing the matters above. If the parties wish to make any modifications to the revised Q&A attached to this order as Exhibit A, they shall file a modified version of the Q&A for the Court's review and approval as an attachment to their supplemental brief and they shall address any such revisions in their supplemental brief. In the future, the parties shall seek Court approval to the

extent that they wish to issue any additional guidance to class members by way of an updated Q&A.

Any opposition to the relief sought in the joint motion shall be filed within four days of the date this order is filed.

IT IS SO ORDERED.

Dated:  December 16, 2024



CLAUDIA WILKEN
United States District Judge

2