**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Judge:        Hon. Claudia Wilken |

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR ATTYS' FEES, REIMBURSEMENT OF LITIG. EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:20-cv-03919-CW

010912-11/2861987 V1

This matter comes before the Court on Plaintiffs' Motion For Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives ("Motion"). In this Order, the terms used by Court shall have the same meaning as those terms are used in the Motion and the Amended Settlement Agreement between Plaintiffs and Defendants.[1] The Court, having considered the Motion, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and ORDERS that:

1. Class Counsel are awarded attorneys' fees in the amount of 20% of the NIL Settlement Fund (**$395.2 million**), 10% of the Additional Compensation Fund (**$60 million**), and an upfront injunctive relief award of **$20 million**. These fees shall be paid to Class Counsel pursuant to the terms and schedule set forth in the Amended Settlement Agreement, paragraphs 27-29.

2. As specified in the Amended Settlement Agreement,[2] Class Counsel shall have the right to apply to the Court, or a special master appointed by the Court, each academic year for an award of a percentage of the total amount spent by Division I member institutions under the Pool (with the percentage increasing from .75% to a maximum of 1.25%).

3. As further specified in the Amended Settlement Agreement,[3] Class Counsel also may file a fee and cost application with the Court, or a special master appointed by the Court, each Academic Year of the Injunctive Relief Settlement Term to compensate Class Counsel based on their reasonable hourly fees and costs for their ongoing work in monitoring and enforcing compliance with the Amended Settlement Agreement.

4. Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of **$9,081,356.70**.

---

[1] *See* Amended Stipulation and Settlement Agreement, Ex. 1 to Declaration of Steve W. Berman in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Settlement Approval (ECF No. 535).
[2] *See id.* ¶ 27(b).
[3] *See id.* ¶ 27(c).

-1-

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR ATTYS' FEES, REIMBURSEMENT OF LITIG. EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:20-cv-03919-CW

010912-11/2861987 V1

5. Class Representatives Grant House, Sedona Prince, and Tymir Oliver shall each receive a service award of **$125,000**.

6. Class Representatives DeWayne Carter and Nya Harrison shall each receive a service award of **$10,000.**

7. Class Representative Nicholas Solomon shall receive a service award of **$5,000.**

**IT IS SO ORDERED**.

DATED: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

-2-

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR ATTYS' FEES, REIMBURSEMENT OF LITIG. EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:20-cv-03919-CW

010912-11/2861987 V1