Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Date:　　　April 7, 2025<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Claudia Wilken<br>Courtroom:　2, 4th Floor |

Error! Unknown document property name.

1    I, JEFFREY L. KESSLER, declare as follows:

2        1.    I am an attorney licensed before all the courts of the State of New York and am co-

3    executive chairman and a partner of Winston & Strawn LLP ("Winston & Strawn" or "Winston"). I

4    am co-lead Class Counsel for the Class Plaintiffs in this action. Based on personal knowledge or

5    discussions with counsel at my firm about the matters stated herein, I could competently testify to the

6    same if called upon to do so.

7        2.    This Declaration is made in support of Plaintiffs' Motion for Attorneys' Fees,

8    Reimbursement of Litigation Expenses, and Service Awards for Class Representatives ("Fee Motion"),

9    and pursuant to Civil Local Rule 54-5.

10        3.    As detailed more fully below, for nearly four years, Winston & Strawn and co-counsel

11    at Hagens Berman Sobol Shapiro LLP ("Hagens Berman") have been extensively involved in all

12    aspects of the above-captioned litigation. Winston attorneys took or shared the lead on many hearings

13    and motions during years of pretrial litigation, including: drafting briefs and filings, organizing and

14    completing document review, drafting discovery requests and responses, corresponding with defense

15    counsel, setting agendas and guiding negotiations for meet-and-confer discussions that governed

16    document production, depositions, scheduling, and all other manner of discovery disputes, taking and

17    defending depositions, working with experts, arguing class certification and other motions before the

18    Court, and conducting arduous settlement negotiations with Defendants.

19    **I.    SUMMARY OF WORK PERFORMED IN THE *HOUSE* LITIGATION**

20        4.    When the Court granted class certification to the damages classes and injunctive relief

21    class, Winston was named co-lead counsel for all Plaintiff Classes, along with Hagens Berman. Over

22    the course of the litigation, Winston and Hagens Berman have worked together closely to avoid

23    duplication of effort and to prosecute this case as efficiently as possible, notwithstanding the enormous

24    scope of this case.

25        5.    During discovery, Winston and Hagens Berman prepared and acted to enforce requests

26    for production and interrogatories, as well as gathering documents from Plaintiffs and preparing

27    Plaintiffs' responses to Defendants' requests.

28

6.      In response to Plaintiffs' document requests, Defendants produced nearly 200,000 documents that spanned more than 1.6 million pages. Defendants' responses to Plaintiffs' interrogatory requests were also extensive, requiring Winston and Hagens Berman to analyze hundreds of pages of documents.

7.      Further, Winston and Hagens Berman served and enforced document subpoenas on nearly 200 third parties, including all Power Five schools and several other Division I institutions. Negotiating to receive responsive information from these third parties was an arduous and time-consuming process that was critical to class certification and damages. These third parties produced more than 13,000 additional documents that spanned nearly 80,000 pages. Winston and Hagens Berman attorneys had to file motions to compel in the Southern District of Florida (against the University of Miami and Florida International University) to ultimately receive productions from these schools, which also significantly aided in Winston's and Hagens Berman's abilities to secure document productions from other schools.

8.      Winston and Hagens Berman also successfully negotiated with Defendants to deem all documents produced in *In re NCAA Athletic Grant-in-Aid Cap Antitrust Litig.*, 375 F. Supp. 3d 1058 (N.D. Cal. 2019), *aff'd sub nom. NCAA v. Alston*, 594 U.S. 69 (2021) and *O'Bannon v. NCAA*, 7 F. Supp. 3d 955 (N.D. Cal. 2014), *aff'd in part, vacated in part*, 802 F.3d 1049 (9th Cir. 2015) as produced in the instant litigation. The parties reached a similar agreement regarding the use of depositions from the *Alston* and *O'Bannon* litigations. These agreements helped streamline the discovery process but also expanded the number of documents Winston and Hagens Berman attorneys needed to review to pursue the classes' claims.

9.      Reviewing such voluminous document productions and analyzing which documents supported Plaintiffs' case was a major undertaking. Winston and Hagens Berman devised a multi-step review protocol to efficiently identify the most useful documents. To limit cost, Winston relied heavily upon in-firm "review" attorneys who specialize in e-discovery and bill at substantially lower hourly rates than what is commonly charged in the marketplace for these services. When necessary for the proper administration of the case, Winston associate attorneys—and on a handful of tasks, Winston partner attorneys—were also involved, and Winston coordinated with co-counsel on document review

1    issues to avoid duplication of effort. In total, the tremendous volume of documents produced by

2    Defendants and third parties meant that Winston attorneys spent roughly 10,500 hours working until

3    the close of discovery, identifying the best evidence for use at depositions, as well as in pre-trial

4    motions and for devising the case strategy.

5        10.    Plaintiffs collectively deposed more than forty fact witnesses and defended three fact

6    depositions. Winston attorneys acted as the "first-chair" examining or defending attorney in twenty-

7    eight of these depositions. The depositions for which Winston assumed primary responsibility included

8    numerous witnesses with critical knowledge about the conduct at issue, and whose testimony provided

9    important evidence in support of Plaintiffs' claims. These witnesses included NCAA Vice President

10    Kevin Lennon; NCAA Director of Division I Governance Jennifer Fraser; Big 12 Conference

11    Commissioner Robert Bowlsby; former Big 10 Conference Commissioners James Delany and Kevin

12    Warren; Atlantic Coast Conference Commissioner James Phillips; Southeastern Conference Deputy

13    Commissioner Charlie Hussey; and Georgetown University President John DeGioia, among others.

14        11.    Winston also first-chaired the examining or defending of seven testifying experts in this

15    matter. Specifically, Winston deposed Defendants' economists, Dr. Gautam Gowrisankaran, Dr.

16    Ashley Langer, and Dr. Catherine Tucker, and Defendants' media expert, Bob Thompson; and

17    defended Plaintiffs' economist Dr. Darrell Williams, consumer survey expert Hal Poret and media

18    expert Edwin Desser. Plaintiffs were also substantially involved in the preparation for the depositions

19    of the other experts: Plaintiffs' economist, Daniel Rascher; and Defendants' economists Dr. Barbara

20    Osborne and Kevin Murphy. The evidence obtained in those depositions resulted in additional crucial

21    evidence that bolstered Plaintiffs' claims.

22        12.    To maximize the recovery to the class and to minimize costs, Winston and Hagens

23    Berman have leanly staffed depositions and all other projects in this case. Additionally, to minimize

24    travel costs, Winston and Hagens Berman divided up these depositions by location, with Hagens

25    Berman typically taking or defending depositions located on the West Coast, where the firm is based,

26    and Winston typically taking or defending depositions located on the East Coast, where most of its

27    attorneys working on the case are located.

28        13.    Winston attorneys also worked closely with the experts throughout the case, retaining,

1    along with co-counsel, the necessary experts needed to pursue this type of high stakes antitrust

2    litigation. Working closely with plaintiffs' experts—Dr. Rascher, Mr. Poret, Mr. Desser, and Dr.

3    Williams—Winston & Strawn assisted Plaintiffs' experts in identifying and gathering the relevant

4    materials for expert analysis. The firm also supported these experts as they drafted their reports and

5    testimony, formulated their analyses, and sought additional information as the case developed. In

6    coordination with Winston's and Hagens Berman's efforts, Dr. Rascher and Mr. Desser wrote reports

7    that helped the Court certify Plaintiffs' Rule 23(b) injunctive-relief class and damages classes; Drs.

8    Williams and Rascher wrote reports that helped to demonstrate the failings of Defendants' experts'

9    merits reports; and Dr. Rascher, Mr. Poret, and Mr. Desser offered merits reports that were used

10    persuasively in Plaintiffs' motion for summary judgment. In total, across the case, four experts were

11    retained by Plaintiffs; they produced eleven reports spanning 1,239 pages; they were deposed seven

12    times in total.

13        14.    In preparation for class certification, Winston and Hagens Berman performed

14    significant legal research on various class certification issues, including class-wide impact, class-wide

15    damages, and Defendants' purported defenses. Winston and Hagens Berman also worked with

16    Plaintiffs' experts—economist Dr. Rascher, and media expert Mr. Desser—to put together expert

17    reports in support of class certification. Plaintiffs' efforts in briefing class certification (*see* ECF Nos.

18    208, 289) resulted in the Court granting Plaintiffs' motion in full. *See* Class Cert. Decisions (ECF Nos.

19    323, 387).

20        15.    Winston and Hagens Berman also spent extensive time briefing Plaintiffs' summary

21    judgment motion on liability which was filed prior to the renewed settlement discussions in May 2024.

22    As part of summary judgment motion practice, Plaintiffs worked with four experts, who put together

23    opening, rebuttal, and reply expert reports, and reviewed the opening, rebuttal, and reply reports of

24    Defendants' experts Dr. Gautam Gowrisankaran, Dr. Barbara Osborne, Dr. Ashley Langer, Dr.

25    Catherine Tucker and Dr. Kevin Murphy. The summary judgment motion relied heavily on evidence

26    obtained during discovery and served as a crucial point of leverage for settlement discussions.

27        16.    I, along with Steve Berman of Hagens Berman and David Greenspan, my partner at

28    Winston, personally handled the hard-fought settlement discussions that lasted several years. We

attended multiple in-person mediation sessions with Professor Eric Green and participated in telephone calls with the mediator as well.

17.     Winston and Hagens Berman also worked with Plaintiffs' expert economist Dr. Rascher in relation to considering settlement strategy and damages for all aspects of the settlement.

18.     During settlement negotiations, the parties were confronted with numerous difficult and time-consuming issues. These negotiations have been arm's-length at all times and broke down on several occasions before the parties were finally able to reach a settlement.

19.     The settlement establishes a common fund of $1.976 billion for the NIL claims at issue in the *House* litigation—a settlement that amounts to approximately two-thirds of single damages for the NIL damages claims when the parties entered into an agreement in principle. This extraordinary result is the product of a thorough assessment and evaluation of the strengths and weaknesses of Plaintiffs' case.

20.     The settlement also provides unprecedented injunctive relief to members of the injunctive relief class. Under the terms of the settlement, college athletes, for the first time, will be able to receive benefits directly from Division I schools on top of their cost of attendance and *Alston* awards. According to conservative estimates by Plaintiffs' economic expert, Dr. Rascher, the settlement will allow college athletes to receive a total of $19.4 billion over the 10-year settlement period, and if non-Power Five schools, in aggregate, increase spending for athlete compensation by a modest margin over the settlement period, Dr. Rascher's estimate increases to more than $20 billion.

21.     Since the settlement was submitted for preliminary approval, Winston has provided detailed and personalized responses to class members' inquiries on this case, and continues to do so.

22.     Winston and Hagens Berman will also perform additional work related to the litigation and settlement for the foreseeable future. The firms anticipate expending significant time drafting final settlement approval papers, and litigating potential appeals of the settlement if the Court grants final approval. The fees and expenses incurred for this work are not reflected in the lodestar, but this additional work will require substantial time and resources from Winston and Hagens Berman attorneys.

## II.    SUMMARY OF WORK PERFORMED IN THE *CARTER* LITIGATION

23.    On December 7, 2023, Plaintiffs DeWayne Carter, Nya Harrison, and Sedona Prince filed *Carter v. NCAA*, No. 4:23-cv-6325-RS (N.D. Cal.), which alleged that the NCAA's rules prohibiting payments for athletic services violate the antitrust laws. During injunctive relief settlement discussions in *House,* and prior to the filing of the *Carter* complaint, the parties had discussed the concept of expanding the *House* injunctive relief settlement to include the pay-for-play claims that would eventually be alleged (and were ultimately alleged in *Carter*) to globally address Defendants' compensation and benefit rules on a going-forward basis. Plaintiffs made clear that any broadening of the *House* settlement to include pay-for-play claims would require a separate, and independent, discussion of damages. Plaintiffs used Dr. Rascher to evaluate damages for those pay-for-play claims to aid the pre-*Carter* settlement discussions and to prepare for the filing of the *Carter* complaint.

24.    Winston and Hagens Berman previously brought antitrust challenges in 2014 to the NCAA's rules prohibiting payments for athletic services in *Jenkins v. NCAA*, No. 3:14-cv-01678-FLW-LHG (D. N.J.), and *Alston v. NCAA*, No. 4:14-cv-01011-CW (N.D. Cal.), respectively. Through the JPML process, the cases were brought together before this Court. *See Alston v. NCAA*, 4:14-md-02541-CW (N.D. Cal.)*.* The parties engaged in over two years of fact and expert discovery and litigated the case through trial and appeal up to the Supreme Court. Class counsel developed a deep knowledge of the facts and legal landscape of these claims that it brought to bear to the *Carter* case when drafting the complaint and negotiating a settlement of these claims.

25.    Discovery had not formally begun in *Carter* when Plaintiffs and the NCAA resumed settlement negotiations in May 2024 to pursue a resolution of all claims challenging the NCAA's compensation restrictions.

26.    On May 30, 2024, the Court stayed all case deadlines pending resolution of the present settlement. ECF No. 421. The same day, in *Carter*, Judge Seeborg entered a stipulated order extending Defendants' deadline to respond to the complaint due to the parties' settlement negotiations. ECF No. 100, No. 3:23-cv-06325-RS (N.D. Cal.). The *Carter* claims have now been consolidated in the operative Third Amended Complaint ("Complaint"), which was filed concurrently with Plaintiffs' Supplemental Motion for Preliminary Settlement Approval. *See* ECF Nos. 533, 543.

27.     As a result of the more recent filing of the *Carter* complaint, Winston and Hagens Berman have incurred comparatively lower fees and expenses from the litigation of the *Carter* claims.

28.     However, Winston and Hagens Berman have still expended significant time and resources in litigating the claims at issue in *Carter*. For example, Winston and Hagens Berman attorneys worked extensively on briefing before the Judicial Panel on Multidistrict Litigation to avoid the case being transferred out of the Northern District of California, which has extensive experience with the rules and law at issue here. Winston and Hagens Berman attorneys also conducted arduous settlement negotiations with Defendants in an effort to settle Plaintiffs' claims.

29.     The settlement establishes a common fund of $600 million for the claims at issue in the *Carter* litigation—a settlement that amounts to approximately 31.6% of single damages for the damages claims when the parties entered into an agreement in principle. Given the pitfalls and litigation risks inherent in class actions, especially in antitrust class actions, this is an extraordinary result for class members.

30.     As a result of the comparatively less time and expense invested in litigation of the *Carter* claims, Winston and Hagens Berman seek only 10% of the $600 million *Carter* settlement fund.

### III.     SERVICE AWARDS

31.     As their accompanying declarations explain in further detail, Class representatives DeWayne Carter, Nya Harrison and Nicholas Solomon have devoted significant time and resources to, and undertook significant risk in, representing the classes.

32.     Mr. Carter, Ms. Harrison, and Mr. Solomon were responsive and available to counsel through the entire duration of their involvements in this lawsuit, providing additional information as needed and remaining engaged and actively informed on the case.

33.     Mr. Carter and Ms. Harrison played a significant role in helping Class Counsel prepare the initial *Carter* complaint, in developing Class Counsel's litigation strategy, and remained engaged during settlement negotiations and throughout the settlement approval process. Mr. Carter and Ms. Harrison regularly contacted Class Counsel with questions and ideas. Although Mr. Solomon joined this action as a class representative after the initial settlement had been reached, he has played a

significant role in assisting Class Counsel in preparing the Complaint and throughout the settlement approval process.

34.     Mr. Carter and Ms. Harrison were also still competing in college under the NCAA rules when their cases began and incurred substantial risks and costs in taking on leadership roles in this high-profile litigation against the NCAA and the most prominent conferences in college sports.

35.     While Mr. Solomon's collegiate athletic career had concluded by the time he joined this litigation, he placed his personal relationships developed through college athletics at risk through his involvement in this litigation.

36.     In recognition of their contributions to this litigation, Plaintiffs request a service award for service awards in the amount of $10,000 for Mr. Carter and Ms. Harrison, and a service award in the amount of $5,000 for Mr. Solomon.

**IV.     SUMMARY OF LODESTAR AND EXPENSES**

37.     Winston's lodestar for litigating the claims in the above-captioned action is $35,973,842.50.

38.     Winston's lodestar is calculated based on the current hourly rates of the firm. These hourly rates are based on regular and ongoing monitoring of prevailing market rates in the respective regions for attorneys of comparable skill, experience, and qualifications.

39.     Winston has expended a total of $682,206.53 in unreimbursed litigation expenses in litigating the claims in the above-captioned action. They are the type of expenses typically billed by attorneys to paying clients in the marketplace, and include such costs as fees paid or incurred for online document repositories, document preparation for depositions and hearings, and travel in connection with this litigation.

40.     The litigation expenses incurred in prosecuting this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

41.     Over the course of the litigation, Winston also contributed $4,015,000.00 to a Joint Litigation Fund for the payment of costs which are not included in the above-stated expense total, but are reflected in the concurrently filed Declaration of Steve W. Berman in Support of Plaintiffs' Motion

for Attorneys' Fees, Reimbursement of Litigation Expenses and Service Awards for Class Representatives.

42.     Attached hereto as **Exhibit A** is a true and correct copy of a summary lodestar chart for Winston, reflecting work done litigating the claims in the above-captioned case, including the timekeepers who worked on this matter, their total hours, their current hourly billing rates and their total lodestar based on current billing rates.

43.     Attached hereto as **Exhibit B** is a true and correct copy of a report reflecting a summary of Winston's expenses incurred litigating the claims in the above-captioned case.

44.     Attached hereto as **Exhibit C** is a breakdown of Winston's lodestar by task category. The task categories are as follows:

a.  **Investigation and Fact Discovery**, which includes investigation of the case, researching publicly available sources, relevant prior litigation against Defendants, and investigating potential fact witnesses.

b.  **Written Discovery**, which includes drafting, responding to, and collecting documents regarding written discovery to and from parties and to third parties.

c.  **Document Review**, which includes analyzing and reviewing documents produced by parties and third parties, and managing document review efforts.

d.  **Motion**, which includes researching, writing, filing, responding to motions, and oral argument concerning motions.

e.  **Expert**, which includes facilitating expert reports and data analysis, corresponding and conferencing with experts, and supporting expert conclusions.

f.  **Deposition**, which includes analysis and research for, preparing for, and taking and defending depositions.

g.  **Client and Class Communications**, which includes corresponding and conferencing with class representatives, and with potential and actual class members.

h.  **Settlement**, which includes settlement negotiations, mediation, and work conducted to facilitate the settlement, such as notice and administration tasks.

1    i.  **File Maintenance**, which includes non-attorney work organizing, updating, and

2        maintaining the litigation file.

3    45.    Attached hereto as **Exhibit D** are materials about Winston and its antitrust and sports

4    law practices that provide additional information about the firm's well-recognized expertise and

5    capabilities with respect to antitrust litigations in the world of sports.

6    46.    Attached hereto as **Exhibit E** are select biographies of Winston attorneys that provide

7    additional background about the primary team that litigated this matter.

8    I declare under penalty of perjury under the laws of the United States that the foregoing is

9    true and correct. Executed this 17th day of December 2024 at New York, New York.

10

11

12                                    */s/ Jeffrey L. Kessler*
                                   JEFFREY L. KESSLER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**EXHIBIT A**

**Winston & Strawn LLP**
**LODESTAR TOTALS AT CURRENT RATES**
Inception through December 9, 2024

| Timekeeper | Position | Current Rate | Total Hours | Lodestar at Current Rates |
|---|---|---|---|---|
| Abe, Machi | Review Attorney | $75.00 | 214.50 | $16,087.50 |
| Arguello, Sofia | Partner | $1,315.00 | 51.7 | $67,985.50 |
| Balkam, Nathrawit | Paralegal | $240.00 | 43.1 | $10,344.00 |
| Benjamin, Rachel | Paralegal | $375.00 | 14 | $5,250.00 |
| Bernard, Melissa | Review Attorney | $95.00 | 137.6 | $13,072.00 |
| Blake, Joey | Associate | $980.00 | 4,005.40 | $3,925,292.00 |
| Blomquist, Kristin | Review Attorney | $75.00 | 10.8 | $810.00 |
| Bovia, Jasmine | Summer Associate | $640.00 | 12.3 | $7,872.00 |
| Calvar, Cristina | Partner | $1295.00 | 2.3 | $2,978.50 |
| Carll, Jonathan | Review Attorney | $75.00 | 150.2 | $11,265.00 |
| Chen, Deanie | Associate | $640.00 | 23 | $14,720.00 |
| Chen, Ryan | Associate | $775.00 | 9.4 | $7,285.00 |
| Choate, Ann | Litigation Support Manager | $310.00 | 3.4 | $1,054.00 |
| Cummings, Quinlan | Associate | $835.00 | 510.8 | $426,518.00 |
| Dale, Adam | Partner | $1,265.00 | 2,172.9 | $2,748,718.50 |
| DalSanto, Matthew | Partner | $1,290.00 | 217 | $279,930.00 |
| Drenon, Brent | Associate | $895.00 | 0.2 | $179.00 |
| Feher, David | Partner | $1,695.00 | 2,162.8 | $3,665,946.00 |
| Frost, Matthew | Associate | $640.00 | 31.7 | $20,288.00 |
| Gailey, Lauren | Of Counsel | $1,230.00 | 41.2 | $50,676.00 |
| Garlow, Michael | Review Attorney | $75.00 | 61.8 | $4,635.00 |
| George, Imisi | Review Attorney | $75.00 | 38.8 | $2,910.00 |
| Gillis, Lisa | Review Attorney | $75.00 | 47.7 | $3,577.50 |
| Greenspan, David | Partner | $1,540.00 | 1,823.60 | $2,808,344.00 |

| Hook, Steven | Review Attorney | $75.00 | 63.5 | $4,762.50 |
| Hughes, Timothy | Associate | $995.00 | 117.4 | $116,813.00 |
| Jurdi, Daniel | Review Attorney | $75.00 | 264.1 | $19,807.50 |
| Kessler, Jeffrey | Partner | $1,980.00 | 1,624.2 | $3,215,916.00 |
| Khrapko, Artem | Associate | $895.00 | 21.7 | $19,421.50 |
| King, Andrew | Associate | $775.00 | 24.2 | $18,755.00 |
| Knight, Blake | Review Attorney | $75.00 | 337.1 | $25,282.50 |
| Koulikov, Mikhail | Research Analyst | $245.00 | 3.6 | $882.00 |
| Kyritsopoulos, Corinne | Senior Paralegal | $400.00 | 1,960.1 | $784,040.00 |
| Leaphart, Audrey | Paralegal | $240.00 | 5.4 | $1,296.00 |
| Lerner, Lane | Docket Attorney | $590.00 | 25.7 | $15,163.00 |
| Lowe, Jolie | Paralegal | $240.00 | 5.6 | $1,344.00 |
| Mantel, Matthew | Senior Research Analyst | $245.00 | 9.1 | $2,229.50 |
| Martinez, Lindsay | Paralegal | $240.00 | 26.5 | $6,360.00 |
| Mascolo, Maria | Research Analyst | $245.00 | 0.3 | $73.50 |
| McAdams, Sarah | Paralegal | $255.00 | 1.9 | $484.50 |
| McAleavy, Kevin | Litigation Support Project Manager | $285.00 | 0.5 | $142.50 |
| Morgan, Stephen | Review Attorney | $75.00 | 614.5 | $46,087.50 |
| Neptune, Kharyne | Review Attorney | $85.00 | 1,733.2 | $147,322.00 |
| Ngyuen, Tessa | Data Analyst | $430.00 | 211 | $90,730.00 |
| Onozato, Sandra | Review Attorney | $75.00 | 82 | $6,150.00 |
| Otten, Shane | Economics Advisor | $530.00 | 204.5 | $108,385.00 |
| Oyediran, Oyedele | Paralegal | $375.00 | 1.4 | $525.00 |
| Parsigian, Jeanifer | Partner | $1,295.00 | 3,576.8 | $4,631,956.00 |
| Parsons, Molly | Review Attorney | $75.00 | 213.8 | $16,035.00 |
| Peltier, Robert | Review Attorney | $75.00 | 895.5 | $67,162.50 |
| Purpuro, Daniela | Associate | $640.00 | 2.5 | $1,600.00 |
| Riaz, Bia | Review Attorney | $75.00 | 7.5 | $562.50 |

| Richard, Mark | Review Attorney | $75.00 | 360.1 | $27,007.50 |
|---|---|---|---|---|
| Robinson, Tanya | WLS Manager | $105.00 | 8.4 | $882.00 |
| Rosario, Rick | Senior Paralegal | $400.00 | 284.4 | $113,760.00 |
| Ross, Matthew | Review Attorney | $75.00 | 36 | $2,700.00 |
| Russell, Andrea | Review Attorney | $75.00 | 150 | $11,250.00 |
| Rutledge, Madeline | Associate | $695.00 | 1.5 | $1,042.50 |
| Joshua Ryder | Graphic Designer | $180.00 | 3.5 | $630.00 |
| Saade, Michael | Review Attorney | $75.00 | 5 | $375.00 |
| Sherman, Scott | Associate | $1,190.00 | 3,877.5 | $4,614,225.00 |
| Sloan, Nick | Associate | $775.00 | 328.5 | $254,587.50 |
| Solomon, Daniel | Associate | $835.00 | 1,016 | $848,360.00 |
| Steeg, Aaron | Associate | $890.00 | 395.8 | $352,262.00 |
| Sun-Lake, Lisa | Review Attorney | $75.00 | 199.3 | $14,947.50 |
| Thompson, Michael | Trial Support Specialist | $225.00 | 27.8 | $6,255.00 |
| Ubani, Chibuenyim | Review Attorney | $75.00 | 128.6 | $9,645.00 |
| Viebrock, Sarah | Associate | $1,220.00 | 1,971.4 | $2,405,108.00 |
| Virga, Madeline | Associate | $775.00 | 15.3 | $11,857.50 |
| Vyas, Neha | Associate | $980.00 | 2,166.4 | $2,123,072.00 |
| Walz, Alan | Docket Clerk | $240.00 | 2 | $480.00 |
| Washington, Caleb | Associate | $640.00 | 3 | $1,920.00 |
| Washington, Drew | Associate | $1,070.00 | 781 | $835,670.00 |
| Wesclitz, Stephen | Senior Research Analyst | $255.00 | 2 | $510.00 |
| Wexler, Jay | Associate | $975.00 | 889.9 | $867,652.50 |
| Williams, Whitney | Associate | $940.00 | 13.1 | $12,314.00 |
| Woodward, Timothy | Senior Research Analyst | $255.00 | 5.2 | $1,326.00 |
| Yoder, John | Associate | $775.00 | 12.1 | $9,377.50 |
| Zewdie, Milcah | Associate | $640.00 | 2.5 | $1,600.00 |
| **TOTAL** | | | **36,506.1** | **$35,973,842.50** |

# EXHIBIT B

**EXHIBIT B**

**Winston & Strawn LLP**

**LITIGATION EXPENSE REPORT**
Inception through December 9, 2024

| CATEGORY | AMOUNT |
|---|---|
| Travel (Airfare, Hotels, Long-Distance Travel) | $133,214.17 |
| Telecommunication Services | $659.66 |
| Copying Costs | $142,458.27 |
| Computerized Legal Research and ECF/PACER | $122,957.22 |
| Document Services (Online Hosting, etc.) | $217,970.50 |
| Meals | $25,459.79 |
| Service of Process and Messenger/Courier | $2,248.38 |
| Professional Services | $738.46 |
| Shipping and Mailing | $3,563.39 |
| Local Transportation | $27,612.69 |
| Court Costs | $4,977.00 |
| Miscellaneous | $347.00 |
| **TOTAL** | **$682,206.53** |

# EXHIBIT C

**EXHIBIT C**

**Winston & Strawn LLP**

**Summary of Attorney Hours by Litigation Activity Type**
Inception through December 9, 2024

| LITIGATION ACTIVITY | ATTORNEY HOURS | LODESTAR |
|---|---|---|
| Investigation and Fact Discovery | 1,035.3 | $1,065,362.50 |
| Written Discovery | 3,198.6 | $3,895,052.50 |
| Document Review | 10,585.9 | $5,342,468.50 |
| Motion | 5,082.2 | $6,239,036.00 |
| Expert | 7,084.8 | $9,392,582.00 |
| Deposition | 5,801 | $6,539,814.50 |
| Client and Class Communications | 139.7 | $190,411.50 |
| Settlement | 1,798.4 | $2,603,513.00 |
| File Maintenance | 1,780.2 | $705,602.00 |
| **TOTAL** | **36,506.1** | **$35,973,842.50** |

# EXHIBIT D



WINSTON & STRAWN LLP

OVERVIEW

# Antitrust/Competition

2024

© 2024 Winston & Strawn LLP

# Antitrust/Competition Snapshot

## ATTORNEYS BY OFFICE



CHICAGO **32**

NEW YORK **56**
WASHINGTON, D.C. **14**
CHARLOTTE **1**

LONDON **6**

MIAMI **1**

SAN FRANCISCO **7**
LOS ANGELES **5**

DALLAS **6**
HOUSTON **4**

## 120+
**ANTITRUST/COMPETITION ATTORNEYS**

## 40+
**GLOBAL CARTEL ATTORNEYS**

## PRACTICE GROUP LEADERS



**EVA W. COLE**
PARTNER
New York
+1 (212) 294-4609
ewcole@winston.com



**JAMES HERBISON**
PARTNER
Chicago
+1 (312) 558-5909
jherbiso@winston.com

# Why Winston for Antitrust/Competition?

**A TEAM WITH CENTURIES OF COLLECTIVE EXPERIENCE IN ANTITRUST ENFORCEMENT, INVESTIGATIONS, LITIGATION, AND MERGER MATTERS**

**WINSTON "IS A POWERHOUSE IN ANTITRUST"**
CHAMBERS USA

**MANY LONG-TIME CLIENTS IN THE CONSUMER GOODS, HEALTH CARE, FINANCIAL SERVICES, HEAVY INDUSTRY SECTORS**

**2023 ANTITRUST PRACTICE OF THE YEAR**
BEST LAW FIRMS®

**KNOWN FOR CAPABILITIES REPRESENTING:**
- ▶ DEFENDANTS IN NEARLY 40 GLOBAL CARTEL MATTERS
- ▶ PARTIES IN HIGH-STAKES ANTITRUST LITIGATION
- ▶ CLIENTS IN ANTITRUST TRANSACTIONAL MATTERS, INCLUDING MERGER REVIEWS AND CHALLENGES

# What We Do

## ANTITRUST/COMPETITION TEAM'S EXPERIENCE COVERS

| | | | |
|---|---|---|---|
| ADVISORY & COUNSELING | APPEALS | GLOBAL CARTEL INVESTIGATIONS & ENFORCEMENT | DOJ, FTC, AND STATE AG INVESTIGATIONS & ENFORCEMENT |
| CRIMINAL DEFENSE | INTERNAL INVESTIGATIONS | MERGER FILINGS, REVIEWS & CHALLENGES | MONOPOLY LITIGATION |
| TECHNOLOGY ANTITRUST LITIGATION | TRADE GROUP ADVISORY | UNFAIR COMPETITION LITIGATION | VENDOR AND DISTRIBUTION AGREEMENTS |

© 2024 Winston & Strawn LLP

# Unique Perspective: Law and Economics Group

Our internal economics and analytics resource is a strategic differentiator among law firms, offering clients enhanced benefits in creating effective defense strategies compared to outside consultants.

| SEAMLESS INTEGRATION | COMPOUNDING BENEFIT OF IN-HOUSE COLLABORATION | REIGN IN EXPERTS FROM "FISHING EXPEDITIONS" |
|---|---|---|
| WE ARE A PART OF THE TEAM | WE SEE WHAT EXTERNAL EXPERTS DON'T | WE BRING A TRIAL LAWYER'S EYE |

| ACCESSIBLE REPORTING FOR COURTROOM CONSUMPTION |
|---|
| WE ARE HIGHLY SKILLED IN BOTH LEGAL AND ECONOMIC SPEAK |

# Unique Perspective: Technology Antitrust Group

Our Technology Antitrust Group ("TAG") assists clients with navigating the complex, dynamic, and increasingly government-scrutinized area where **technology, antitrust, and IP converge**.



© 2024 Winston & Strawn LLP    6

# Select Cartel Experience

Won complete acquittal on criminal cartel antitrust charges for **former DaVita CEO** in high-profile labor-market collusion case, earning Am Law "Litigator of the Week" win

Secured voluntary dismissal of criminal price-fixing charges against **Claxton Poultry Farms** from DOJ and supported the defeat of related criminal indictments against two Claxton executives at trial via complete acquittals

Successfully resolved the indirect-purchaser class claims for **Panasonic Corp.** in *In re CRT* via favorable settlement, which was upheld by the Ninth Circuit and denied Supreme Court review in 2022

Secured a major victory with co-counsel and joint defense counsel for a **global investment bank** and other defendants in dismissal, with prejudice, of a consolidated antitrust class action

Achieved denial of class certification for all defendants, including clients **NTN** and **JTEKT** in *the only ruling on class certification to date* in this sprawling MDL — named by *GCR* as its "Antitrust Litigation of the Year"

# Select Antitrust Litigation Experience

Won landmark trial—affirmed unanimously by Supreme Court—and later negotiated historic settlement of US$2.75B+ in back-damages in four follow-on antitrust litigations challenging compensation and benefit restrictions placed on **college athletes**

Successfully defended **Hawaiian Electric** against Hu Honua Bioenergy's allegations that Hawaiian Electric's 2017 power plant acquisition was part of an anticompetitive scheme to monopolize the firm power generation market in Hawaii. Courts ruled Hu Honua amendments futile due to statute limitations and lack of antitrust injury.

Secured Fifth Circuit affirmation of dismissal win for **Avanci**, against claims that the licensing practices of SEP licensor Avanci and co-defendant SEP owners violated the Sherman Act

Won dismissal, later affirmed on appeal, of a proposed antitrust class action filed against **CPM LLC**, alleging that its 75-year-long, US$1.15B concession agreement to operate Chicago's parking meters violated the Sherman Act and state law

For a **major financial institution**, secured dismissal of two fintech litigations relating to web-app-related technology, alleging monopolization, conspiracy, and other claims

# Key Technology Antitrust Matters

Represented **Microsoft** at trial in connection with the remedy phase of the highly publicized state and federal enforcement actions alleging that **Microsoft abused its monopoly power** on Intel-based personal computers by bundling its flagship Internet Explorer (IE) web-browser software with its Windows operating system

Counseled Panasonic predecessor **Matsushita** and the DVD 6C pool on the implementation and application of its policies, including seeking the original Business Review Letter for the DVD 6C pool—the first DOJ-issued letter on such a pool

Obtained complete dismissals with prejudice on behalf of **Panasonic** in several litigations alleging state and federal antitrust violations relating to a patent pool for SD Card technology that imposed a market "entry fee" on competitor

Successfully represented plaintiff **Metaswitch** in a monopolization litigation relating to the abuse of standard-setting process, false assertions of purported patent rights, sham litigation, and failure to abide by FRAND obligations

Successfully represented **RPX**, a patent risk-mitigation and portfolio-licensing organization, in antitrust litigation and are currently counseling and training RPX employees on antitrust issues and risk mitigation

Advised **Honda Motor Company** and **Sony Group Corporation** on formation of their Sony Honda Mobility JV, including completing successful filings

# Select Merger-Related Experience

Represented **Chart Industries** in connection with its acquisition of UK-based fan manufacturer Howden from KPS Capital Partners, through an HSR filing (avoiding a Second Request) and multiple foreign filings, resulting in clearance without remedy

Secured major win on appeal for **PetIQ** in unanimous Ninth Circuit affirmance of the dismissal with prejudice of merger-related antitrust complaint challenging PetIQ's acquisition of VIP Petcare

Advised **KAR Auction Services, Inc., d/b/a KAR Global**, on the competition aspects of its acquisition of Carwave, including representing it through an FTC review that we resolved without a Second Request

Assisted **NorthShore University HealthSystem** with its successful acquisitions of Swedish Covenant Hospital, Northwest Community Hospital, and Edward-Elmhurst Hospitals

Secured antitrust clearance for **Upstream Rehabilitation** (the third-largest provider of U.S. outpatient PT services) in its acquisition by Revelstoke Single Asset Fund I, L.P.

# Industries We Serve

## ANTITRUST/COMPETITION EXPERIENCE COVERS MULTIPLE SECTORS

| AUTOMOTIVE/ AUTOPARTS | CONSUMER ELECTRONICS | CONSUMER PRODUCTS & SERVICES | FINANCIAL SERVICES |
|---|---|---|---|
| ENERGY & INFRASTRUCTURE | FOOD, BEVERAGES, & INGREDIENTS | HEALTH CARE & LIFE SCIENCES | LUXURY GOODS |
| MANUFACTURING & INDUSTRY | AGRICULTURE | RETAIL | SPORTS & ENTERTAINMENT |

# Key Antitrust Clients

ACTIVISION BLIZZARD

CANGREJEROS BASEBALL CLUB

CLAXTON POULTRY

DELTA DENTAL INSURANCE PLANS

DISCOVER FINANCIAL SERVICES

ENBRIDGE

HAWAIIAN ELECTRIC INDUSTRIES

HONDA MOTOR CO.

MOTOROLA SOLUTIONS

NUVEEN INVESTMENTS

RAPIDUS CORPORATION

TREEHOUSE FOODS

# Rankings & Recognitions

## BEST LAW FIRMS®
- 2024 Antitrust Law and Antitrust Litigation: Tier 1 Nationally, Chicago, New York, Tier 2 – Dallas, Washington, D.C.
- "Lawyer of the Year" – James Herbison, Antitrust Law (2024);  Dan Webb, Litigation – Antitrust (2025)
- 2023 Antitrust Practice of the Year

## BENCHMARK LITIGATION US
- 2024 Tier 2 – Antitrust Nationwide
- 2022 National Impact Case of the Year – *Alston v. NCAA*
- 2022 Antitrust Litigator of the Year: East Coast Awards – Jeffrey Kessler
- 2020 Antitrust Firm of the Year

## GLOBAL COMPETITION REVIEW
- 2023 Highly Recommended (NY, IL), Recommended (CA)
- Litigation of the Year: Cartel Prosecution (2021) – *Alston v. NCAA;* Cartel Defense (2019) – *Auto Parts Antitrust Litigation*

## CHAMBERS USA 2024
- Firm ranked in Antitrust – New York, Illinois, Nationwide, Antitrust: Cartel – Nationwide
- Five partners ranked in Antirust areas

## LEGAL 500
- **US 2024** - Firm ranked in Antitrust: Merger Control, Antitrust: Cartel, Antitrust: Civil Litigation Defense
- **UK 2025** – Firm ranked in EU and Competition

© 2024 Winston & Strawn LLP

# What They Say

"I would recommend them to anyone going through a merger or acquisition who needs a **top-notch, smart and well-versed** law firm." "The Winston team is a collaborative and skillful **value-add bonus** to our business."

**CHAMBERS USA 2022**

"Relentless in their efforts, and peerless industry knowledge and experience; **superior trial advocacy** and experience."

**LEGAL 500 US 2022**

"**Very responsible.** Good coordination of HSR professionals and experienced litigators."

**LEGAL 500 US 2024**

# What They Say

"Winston's **antitrust bench is deep and experienced**; rather than simply offer theoretical, ivory tower antitrust insights, **their advice is practically offered**."

**LEGAL 500 US 2024**

"Because of Winston's **outstanding trial practice**, their antitrust team is an integrated one with **tremendous antitrust experience combined with outstanding trial and appellate expertise**."

**LEGAL 500 US 2024**

"Always bringing **creative solutions to our legal/competition issues in the EU and UK**."

**LEGAL 500 UK 2024**

# Key Attorneys


**EVA COLE**
CO-CHAIR, ANTITRUST/
COMPETITION
New York
+1 (212) 294-4609
ewcole@winston.com


**JAMES HERBISON**
CO-CHAIR, ANTITRUST/
COMPETITION
Chicago
+1 (312) 558-5909
jherbiso@winston.com


**JEFFREY AMATO**
PARTNER
New York
+1 (212) 294-4685
jamato@winston.com


**JONATHAN AMOONA**
PARTNER
New York
+1 (212) 294-4745
jamoona@winston.com


**SOFIA ARGUELLO**
PARTNER
New York
+1 (212) 294-5304
sarguello@winston.com


**ALDO BADINI**
PARTNER
New York
+1 (212) 294-4601
abadini@winston.com


**DANA COOK-MILLIGAN**
PARTNER
San Francisco
+1 (415) 591-1583
dlcook@winston.com


**PETER CROWTHER**
PARTNER
London
+44 20 7011 8750
pcrowther@winston.com


**ADAM DALE**
PARTNER
New York
1 212-294-5329
adale@winston.com


**MATTHEW DALSANTO**
PARTNER
Chicago
+1 (312) 558-6211
mdalsanto@winston.com


**RICHARD FALEK**
PARTNER
New York
+1 (212) 294-3314
rfalek@winston.com


**DAVID FEHER**
PARTNER
New York
+1 (212) 294-4613
dfeher@winston.com

# Key Attorneys


**KEVIN GOLDSTEIN**
PARTNER
Chicago
+1 (312) 558-5869
kbgoldstein@winston.com


**DAVID GREENSPAN**
PARTNER
New York
+1 (212) 294-4616
dgreenspan@winston.com


**JOHANNA RAE HUDGENS**
PARTNER
New York
+1 (212) 294-6734
jhudgens@winston.com


**JEFFREY KESSLER**
PARTNER
New York
+1 (212) 294-4698
jkessler@winston.com


**GEORGE MASTORIS**
PARTNER
New York
+1 (212) 294-4623
gmastoris@winston.com


**MIKE MAYER**
PARTNER
Chicago
+1 (312) 558-7883
mmayer@winston.com


**THOMAS MELSHEIMER**
PARTNER
Dallas
+1 (214) 453-6401
tmelsheimer@winston.com


**JEANIFER PARSIGIAN**
PARTNER
San Francisco
+1 (415) 591-1469
jparsigian@winston.com


**CONOR REIDY**
PARTNER
Chicago
+1 (312) 558-7542
creidy@winston.com


**SUSANNAH TORPEY**
PARTNER
New York
+1 (212) 294-4690
storpey@winston.com


**DAN WEBB**
PARTNER
Chicago
+1 (312) 558-5856
dwebb@winston.com


**LAUREN DUXSTAD**
OF COUNSEL
Miami
+1 (305) 910-0568
lduxstad@winston.com



VISIT WINSTON.COM



OVERVIEW

# Sports Law Practice

2024

© 2024 Winston & Strawn LLP

# Sports Law Snapshot

## ATTORNEYS BY OFFICE



CHICAGO **17**

NEW YORK **39**
WASHINGTON, D.C. **5**

LONDON **5**
PARIS **3**

SAN FRANCISCO **2**
LOS ANGELES **5**

DALLAS **7**
HOUSTON **3**

### 80+ | SPORTS LAW ATTORNEYS

## PRACTICE GROUP LEADERS



**DAVID FEHER**
CO-CHAIR, SPORTS
PRACTICE
New York
+1 (212) 294-4613
sfeher@winston.com



**DAVID GREENSPAN**
CO-CHAIR, SPORTS
PRACTICE
New York
+1 (212) 294-4616
dgreenspan@winston.com



**JEFFREY KESSLER**
PRACTICE CHAIR
EMERITUS
New York
+1 (212) 294-4698
jkessler@winston.com

© 2024 Winston & Strawn LLP     **2**

# Why Winston for Sports Law?

SKILLED IN ADVISING ON THE **LARGEST AND HIGHEST-PROFILE SPORTS FACILITY AND STADIUM DEALS** IN THE MARKET

**"WINSTON'S SPORTS LAW GROUP IS ONE OF THE BEST IN THE BUSINESS."**
CHAMBERS USA 2024

KNOWN FOR OBTAINING **HISTORIC, GROUNDBREAKING** TRIAL RESULTS

**SPORTS & BETTING PRACTICE GROUP OF THE YEAR (2021–2024)**
LAW360

EXPERIENCE LITIGATING, ARBITRATING, NEGOTIATING, AND STRUCTURING **THE MOST IMPORTANT LEGAL ISSUES IN THE SPORTS SECTOR**

# What We Do

## SPORTS LAW TEAM'S EXPERIENCE SPANS KEY SECTOR ISSUES

| | | | |
|---|---|---|---|
| ANTITRUST LITIGATION | PLAYER/TEAM/LEAGUE CONTRACT NEGOTIATIONS | EQUAL-PAY AND WORKING CONDITIONS LITIGATION | SUSPENSION/ TERMINATION ARBITRATIONS |
| NIL AND OTHER IP LITIGATION | ELIGIBILITY ARBITRATIONS | COLLEGE SPORTS AND BROADCAST RIGHTS LITIGATION | STADIUM PROJECT FINANCINGS AND SPORTS FACILITY DEVELOPMENT |
| AGENCY REPRESENTATION IN VARIOUS DISPUTES | DISCRIMINATION LITIGATION | COLLECTIVE BARGAINING AGREEMENT (CBA) NEGOTIATIONS | TEAM/LEAGUE ACQUISITIONS |

© 2024 Winston & Strawn LLP   4

# Recent Key Sports Litigation Cases

Secured an **historic settlement** that will pay more than **US$2.75B** in back-damages to **classes of college football and basketball players**, and billions more to current and future college athletes, in their antitrust challenge to the NCAA and its power conferences' compensation restraints

For **members of the U.S. Women's National Team (USWNT),** secured a landmark settlement and an agreement to provide equal pay moving forward

Won a unanimous 2nd Circuit victory for **Relevent Sports, LLC** that revived its antitrust suit challenging a FIFA rule prohibiting official season professional soccer league games from being played outside of a team/league's FIFA-designated country

Representing **Cangrejeros Baseball Club, LLC and its owner** in their antitrust, civil-rights, and tort action against Puerto Rico's professional-baseball league and team operators for group boycott

Representing the **North American Soccer League (NASL)** against the United States Soccer Federation (USSF) and Major League Soccer (MLS) to assert its antitrust rights against being blocked from a Division I or II sanction

# Key Sports Arbitrations

Represented the **NFLPA** and **then Patriots Quarterback Tom Brady** in arbitration and court proceedings challenging his four-game suspension for his alleged role in the so-called "Deflategate" scandal

As co-counsel, represented **Guggenheim Baseball Mgmt.** and **Magic Johnson** in multiple arbitration and mediation sessions relating to the **US$2.15B** acquisition of the LA Dodgers

Represented 400m double-amputee runner **Oscar Pistorius** in the historic CAS arbitration establishing Pistorius's eligibility to compete in the Olympics and Int'l Amateur Athletic Federation (IAAF) sanctioned events

Advised each of the **NFL, NBA, and MLB players' unions** in unprecedented engagements on each union's complex and unique legal and economic issues presented by the return to play in each sport in the midst of the COVID-19 pandemic, including issues under their collective-bargaining agreements (CBAs), force majeure, and employee rights

Represented professional football club **CSKA-Sofia JSC** in a Court of Arbitration for Sport (CAS) appeal against the Union of European Football Associations

# Key Sports Negotiations and Deals

Represented **WTA player board members** in matters involving the WTA Tour's structure and operation

Represented **Olympic athlete and world-champion sprinter Caster Semenya** in her successful negotiation for Olympic eligibility

Advised **three major NFL agents** in negotiating their new agency contracts, collectively valued at **US$50M+** in guaranteed compensation

For 20+ years, have represented the **NFLPA** and **NBPA** in negotiating every CBA for their respective sports

Represented private equity firm **General American Capital Partners** in its acquisition of League 1 professional soccer (football) club Les Girondins de Bordeaux

# Key Stadium Finance Projects

Represented **institutional investors** and **lenders** in connection with the **multi-billion-dollar** construction and permanent financings for SoFi Stadium—a 70,000-seat stadium that serves as home to both the Los Angeles Rams and Los Angeles Chargers professional football teams

Represented a **group of institutional investors** in a **CND$524M** issuance by Oilers Entertainment Group Canada Corp., the owner of the Edmonton Oilers' home arena

Represented a **group of institutional investors** in connection with the development and financing of a renovation of Bankers Life Fieldhouse in Indianapolis, home of the Indiana Pacers

Represented **institutional investors** and **lenders** in connection with a private placement and bank loan to finance Q2 Stadium in Austin, Texas, a soccer-specific facility that serves as home to Austin FC, an MLS Franchise and the city's first professional sports team

Represented a **group of institutional investors** in connection with the issuance of fixed and floating rate notes, the proceeds from which were used to fund the completion of Globe Life Field, the home of the Texas Rangers

Represented a **group of institutional investors** in connection with the **€575M** private placement of notes to renovate Real Madrid's 81,000-seat Santiago Bernabéu Stadium

# Who We Serve

## WE REPRESENT CLIENTS ACROSS THE SPORTS SECTOR

| | | | |
|---|---|---|---|
| MAJOR U.S. PLAYERS ASSOCIATIONS | SPORTS FRANCHISES AND LEAGUES | PROFESSIONAL, COLLEGIATE, AND AMATEUR ATHLETES | STADIUM PROJECT LENDERS, SPONSORS, AND DEVELOPERS |
| INTELLECTUAL PROPERTY LICENSEES/LICENSORS | MEDIA COMPANIES | SPORTS AGENCIES AND AGENTS | GOVERNMENT ENTITIES |
| COACHES AND TEAMS | SPONSORS | GAMING COMPANIES | ESPORTS COMPANIES AND LEAGUES |

# Key Sports Law Clients



| | | |
|---|---|---|
| ACTIVISION BLIZZARD | KLUTCH SPORTS | RELEVENT SPORTS |
| CANGREJEROS BASEBALL CLUB | NORTH AMERICAN SOCCER LEAGUE (NASL) | TENNESSEE UNIVERSITY |
| GOLTV | OAK VIEW GROUP | UNITED TALENT AGENCY |
| JPMORGAN CHASE BANK | PLAYERS ASSOCIATIONS (MLBPA, NFLPA, NBPA, WNTPA) | WILLIAM MORRIS ENDEAVOR |

© 2024 Winston & Strawn LLP

10

# Rankings & Recognitions

## LAW360 – SPORTS & BETTING

- Practice Group of the Year (2021–2023)
- Jeanifer Parsigian – Rising Stars List (2022)
- Jeffrey Kessler – MVP List (2020, 2022)

## BEST LAW FIRMS® 2024

- "Law Firm of the Year" – Sports Law Practice (2018–2022, 2024)
- Tier 1 – Project Finance, Sports Law Nationwide, New York (2024)

## CHAMBERS USA 2024

- Band 1 (2024), Band 2 (2014–2023) Nationwide
- Five lawyers recognized in Bands 1, 2 3, and Up & Coming

## SPORTS BUSINESS JOURNAL

- New Voices Under 30 – Drew Washington (2022), Robert Pannullo (2023)

## LEGAL 500 2024

- U.S. Rankings
  - Sport (Tier 1), Project Finance: Advice to Lenders, Advice to Sponsors (Tier 3)
  - Five U.S. lawyers recognized (Hall of Fame, Leading Lawyer, Next Generation Partner, and Rising Star)
- U.K. Rankings
  - Sport (Tier 6)

# What They Say

"[Winston's] **encyclopedic expertise, redoubtable record and reputation, and its singular practitioners are nonpareil**."

**LEGAL 500 UNITED STATES 2022**

"The group tackles **complex and sophisticated** matters through research and **brilliant strategy**."

**CHAMBERS USA 2023**

"They have the **best knowledge of the U.S. sports legal market**... You feel like you are in **the best possible hands**"

**LEGAL 500 UNITED STATES 2023**

© 2024 Winston & Strawn LLP    **12**

# What They Say

"Ability to advise on developer, equity, lender and construction matters for projects. **Good holistic perspective.**"

**LEGAL 500 UNITED STATES 2022**

"Every team member is **extremely bright** and a **fantastic attorney**."

**CHAMBERS USA 2023**

"The individuals on the team are **very thorough** in their approach. They have brilliant legal minds and can **conceptualize thoughtful strategies**. They **work hard and are always responsive and available.**"

**LEGAL 500 UNITED STATES 2023**

© 2024 Winston & Strawn LLP    13

# Key Attorneys


**DAVID FEHER**
CO-CHAIR, SPORTS PRACTICE
New York
+1 (212) 294-4613
sfeher@winston.com


**DAVID GREENSPAN**
CO-CHAIR, SPORTS PRACTICE
New York
+1 (212) 294-4616
dgreenspan@winston.com


**JEFFREY KESSLER**
PARTNER
New York
+1 (212) 294-4698
jkessler@winston.com


**SETH FARBER**
PARTNER
New York
+1 (212) 294-4611
sfarber@winston.com


**JONATHAN AMOONA**
PARTNER
New York
+1 (212) 294-4745
jamoona@winston.com


**SOFIA ARGUELLO**
PARTNER
New York
+1 (212) 294-5304
sarguello@winston.com


**MATHILDE LEFRANC BARTHE**
ASSOCIATE
London
+1 33 1 53 64 82 63
mlefranc@winston.com


**PETER CROWTHER**
PARTNER
London
+44 20 7011 8750
pcrowther@winston.com


**ADAM DALE**
PARTNER
New York
+1 (212) 294-5329
aidale@winston.com


**JASON GOLDSTEIN**
PARTNER
New York
+1 (212) 294-2662
jgoldstein@winston.com


**JASON HELLWIG**
PARTNER
New York
+1 (212) 294-6676
jhellwig@winston.com


**ALAN HOFFMAN**
PARTNER
New York
+1 (212) 294-2643
ahoffman@winston.com

# Key Attorneys


**DIANA LEIDEN**
PARTNER
Los Angeles
+1 (213) 615-1924
dhleiden@winston.com


**TALBERT NAVIA**
PARTNER
New York
+1 (212) 294-4728
tnavia@winston.com


**ULRIKA PALSSON**
OF COUNSEL
New York
+1 (212) 294-6811
upalsson@winston.com


**JEANIFER PARSIGIAN**
PARTNER
San Francisco
+1 (415) 591-1469
jparsigian@winston.com


**CARDELLE SPANGLER**
PARTNER
Chicago
+1 (312) 558-7541
cspangler@winston.com


**JOSEPH BLAKE**
ASSOCIATE
Houston
+1 (713) 651-2674
jblake@winston.com


**MARGARET BROWN**
ASSOCIATE
New York
+1 (212) 294-4707
mcbrown@winston.com


**ROBERT PANNULLO**
ASSOCIATE
New York
+1 (212) 294-2646
pcrowther@winston.com


**SCOTT SHERMAN**
ASSOCIATE
New York
+1 (212) 294-9551
ssherman@winston.com


**SARAH VIEBROCK**
ASSOCIATE
New York
+1 (212) 294-6718
sviebrock@winston.com


**NEHA VYAS**
ASSOCIATE
New York
+1 (212) 294-2658
nvyas@winston.com


**DREW WASHINGTON**
ASSOCIATE
San Francisco
+1 (415) 591-1475
dwashington@winston.com



VISIT WINSTON.COM

# EXHIBIT E





# Jeffrey Kessler

**PARTNER**

**CO-EXECUTIVE CHAIRMAN**

New York
+1 212-294-4698

jkessler@winston.com

Co-Executive Chairman of Winston & Strawn, Jeffrey is one of the world's leading antitrust, sports law, and trial lawyers. He has served as lead counsel in some of the most complex antitrust, sports, and intellectual property litigations in the country, including major jury trials, and has represented a number of U.S. and international companies in criminal and civil investigations in the antitrust, sports law, trade, and Foreign Corrupt Practices Act (FCPA) areas.

Jeffrey formerly served as the co-chair of Winston's global Antitrust/Competition Practice and as the co-chair of the firm's Sports Law Practice. Law360 recently named both practices as a "Practice Group of the Year" for their respective categories. He focuses his practice on all aspects of antitrust/competition, sports law, complex commercial litigation, intellectual property (IP), and government criminal and civil investigations. He has served as lead counsel in some of the most complex antitrust, sports law, and IP law cases in the country, including major jury trials, and has represented many U.S. and international companies in criminal and civil investigations in the antitrust, trade, and Foreign Corrupt Practices Act (FCPA) areas. He successfully defended Matsushita and JVC against claims of a worldwide conspiracy in the landmark U.S. Supreme Court case *Zenith v. Matsushita* and is regarded universally as a leading commentator on international antitrust law. He has also been the lead counsel for important cases involving frontier issues of IP law and lead counsel in numerous government criminal and civil investigations. He is a member of the firm's Videogame, Gaming, and Esports Group, which provides comprehensive legal solutions to companies in the sector.

Jeffrey is also one of the United States' most prominent lawyers regularly engaged in high-profile sports litigation. He has litigated some of the most famous sports-antitrust cases in history, including the landmark college players-brought *Alston v. NCAA* case, in which, following Jeffrey's oral argument, the U.S. Supreme Court unanimously affirmed his and co-counsel's earlier "groundbreaking and disruptive" trial victory against the NCAA in this antitrust challenge to its no-compensation rules; *McNeil v. The NFL*, the watershed antitrust jury trial that led to the establishment of free agency in the National Football League (NFL); and *Brady v. NFL*, which led to the end of the 2011 NFL lockout. Jeffrey's sports sector clients have included the NFL Players Association (NFLPA), the National Basketball Players Association (NBPA), the Arena Football League Players Association, the National Hockey League Players Association, the Major League Baseball Players Association, the National Invitation Tournament (NIT), Wasserman Media Group, SCP Worldwide, MVP Sports, the U.S. Women's National [Soccer] Team (USWNT), the NFL Coaches Association, the Women's Tennis Benefit Association, Endeavor,

© 2024 Winston & Strawn LLP

Super Slam Ltd., Activision Blizzard, Adidas, Klutch Sports, and Players, Inc. Jeffrey has represented various classes of Division 1 college basketball and football players; other college athletes; elite swimmers; NBA, NFL, AFL, and MLS players; the North American Soccer League (NASL); the U.S. Football League; the Overwatch and Call of Duty Esports leagues; the Professional Bull Riders; Relevent Sports Agency, and the Cities of San Diego and Oakland, as well as Alameda County, in various sports law disputes. He negotiated the current free agency/salary cap systems in the NFL and NBA, and successfully represented Latrell Sprewell in his controversial suspension arbitration. In the area of NFL discipline, he represented the NFLPA on behalf of Ray Rice, Tom Brady (in "Deflategate"), Ezekiel Elliott, Adrian Peterson, and the "Bountygate" players. He represented pro bono Oscar Pistorius, the double-amputee athlete, in his successful arbitration to obtain the right to compete against non-disabled athletes around the world. Recently, he achieved a landmark equal pay class action settlement for the members of the USWNT.

This impressive experience has led Law360 to name Jeffrey as an MVP for Sports and Betting (2015; 2018–2022; and 2024). In March 2022 at the *Benchmark Litigation* East Coast Awards, Jeffrey was honored as the Antitrust Litigator of the Year, and the firm was recognized for its work on *NCAA v. Alston*, one of the National Impact Cases of the Year. Jeffrey is also part of the group recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award.

## KEY MATTERS

- *Jenkins v. NCAA* and *Alston v. NCAA, et al.* – Successfully represented classes of Division 1 college football and basketball players in a landmark antitrust case and successful trial, culminating in a verdict that struck down anticompetitive NCAA rules barring player compensation. Both the Ninth Circuit and Supreme Court later affirmed the trial win, with the Supreme Court issuing a heralded, unanimous decision, after Jeffrey presented oral argument to the Court on the players' behalf. *The American Lawyer* (*Am Law*) recognized both the trial and Supreme Court wins with its highly coveted "Litigator of the Week" (LOTW) honor. Jeffrey is currently representing college players in the *House* litigation against the NCAA, asserting antitrust claims against NCAA restrictions on athlete compensation for rights to their names, images, and likenesses.
- *Zenith v. Matsushita Electric Industrial Co., Ltd.* – Successfully defended Matsushita in a landmark antitrust conspiracy case, in which the Supreme Court established new summary judgment standards
- *McNeil v. NFL* – Won jury verdict for NFL players striking down free agency restrictions under the antitrust laws, a victory which led to the *Reggie White* class action that resulted in a settlement establishing the free agency/salary cap system in the NFL
- *Thales Avionics, Inc. v. Matsushita Avionics Systems Corp.* – Won summary judgment for Matsushita against monopolization charges in the avionics industry
- *U.S. Women's National Team Equal Pay Litigation* – Achieved a groundbreaking, widely reported, and globally acclaimed equal pay class action settlement for the USWNT players in their equal pay and working conditions litigation against the United States Soccer Federation (USSF)
- *Panasonic Corp. of North America* class action defense – Represented Panasonic in its defense of various nationwide consumer class actions in New Jersey and California courts
- *NFL Discipline Cases*– Represented the NFLPA for Tom Brady (in "Deflategate"), Ray Rice, the "Bountygate" players, Ezekiel Elliott, Adrian Peterson, and others in challenging NFL discipline
- *JVC Americas Corp.* class action defense – Represented JVC in national consumer class action defense
- *MDL proceedings* – Has represented and continues to represent Panasonic, Sanyo, NTN, Nippon Seiki, Corning, and other major companies in complex MDL class actions

- *Axcess Global v. Matsushita Electric Industrial Co., Ltd.* – Successfully defended Matsushita in a nine-week jury trial involving claims of breach of contract and fraud, in which the plaintiffs sought US$750 million and the jury awarded a complete defense verdict
- *NBA Player Class Actions* – Successfully represented various classes of NBA players in different antitrust actions, leading to the current free agency/salary cap system in the NBA and the end of the 2011 NBA lockout
- *DVD Copy Control Association v. Bunner* – Successfully obtained preliminary injunction for DVD Copy Control Association in watershed case challenging theft and distribution of DVD trade secrets over the internet
- *Brady v. NFL* – Successfully represented a class of NFL players in an antitrust action that led to the end of the 2011 NFL lockout
- *Players Inc. v. Gridiron* and *Athletes First* – Successfully prosecuted two frontier IP litigations challenging the group use of NFL player images on websites
- *J.F. Feesers v. Serv-A-Portion* – Successfully represented plaintiff in major Robinson-Patman Act litigation
- *City of Oakland and Alameda County v. Oakland Raiders* – Obtained summary judgment on behalf of the City of Oakland and Alameda County requiring Raiders to honor the team's stadium lease and remain in Oakland
- *Minolta and Matsushita State Attorneys General Antitrust Litigation* – Successfully settled separate multi-state antitrust actions alleging resale price maintenance
- *Samsung v. Panasonic* – Represented Panasonic and the SD-3C patent pool against antitrust claims challenging industry standard-setting and patent pool licensing provisions
- *Sprewell v. NBA* – Successfully represented Latrell Sprewell and the NBPA in arbitration reducing controversial suspension and reversing guaranteed contract termination
- *Rowe v. Creative Artists Agency* – Obtained summary judgment for CAA in defense of alleged conspiracy case
- *Metropolitan Intercollegiate Basketball Association v. NCAA* –Successfully represented the NIT in antitrust litigation and jury trial against the NCAA, leading to settlement that protected the future of the NIT
- *Telesat Cablevision, Inc. v. The Nashville Network* – Successfully defended the Nashville Network and Westinghouse Broadcasting against antitrust claims by cable company
- *NBA and NFL arbitrations* – Represented the players associations in numerous arbitrations involving player free agency rights, circumvention claims, collusion claims, salary caps, and various other collective bargaining agreement issues
- *North America Soccer League v. NFL*– Successfully represented original NASL in an antitrust case striking down NFL ownership rules
- *Matsushita Electronics Corp. v. Loral Corp.* – Successfully represented Matsushita in obtaining summary judgment to establish a license defense against patent infringement claims
- *Guidry v. AFL* – Successfully represented class of AFL players in an antitrust case that established free agency in the AFL
- *Belichick v. NFL* – Represented NFL Head Coach Bill Belichick in litigation relating to changing teams from the Jets to the Patriots
- *Matsushita v. Mediatek* – Lead Counsel for Matsushita in major patent litigation
- *Hygrade Milk and Cream Co. v. DiGiorgio* – Successfully defended company in Robinson-Patman Act litigation

- *City of Oakland v. Oakland A's* – Successfully represented the city in franchise valuation arbitration with the Oakland A's baseball team
- *Honeywell v. Victor Company of Japan Ltd.* – Successfully defended JVC against claims of willful patent infringement
- *NFLPA v. NFL* – Successfully represented NFLPA in challenge to provisions of the NFL TV contracts used to fund the NFL 2011 Lockout
- *Ovalar Makine Ticaret Ve Sanayi, A.S. v. Applied Industrial Materials Corp.* – Successfully vacated arbitration award in landmark Second Circuit decision on the standards for determining arbitrator bias
- *Cinram v. Matsushita*– Obtained summary judgment in defense of antitrust claim against the DVD6C patent pool
- *Global Cartel Defense*– Represented major international companies in more than a dozen global cartel investigations, including in the United States, Canada, the EU, Brazil, Mexico, Korea, Japan, Australia, New Zealand, UK, and China
- *Oscar Pistorius v. IAAF* – Won landmark arbitration for Oscar Pistorius, the double-amputee runner, enabling him to compete against non-disabled athletes and to realize his dream of competing in the Olympics
- *North American Soccer League v. USSF* – Represented the new NASL in antitrust litigation against the USSF
- *Successfully represented college athletes at Stanford University and Robert Morris University to restore their varsity sports teams*
- *Continental vs. Avanci* – Successfully defended Avanci in antitrust litigation against its patent licensing platform, and preserved the win on appeal to the Fifth Circuit
- *William Morris Endeavor v. Writers Guild of America* – Represented WME in major antitrust litigation against WGA
- Representing class of elite swimmers in antitrust litigation against Fédération Internationale De Natation (FINA)
- Representing MLBPA in various litigations and grievances
- Representing Relevent Sports Agency in antitrust litigation against the USSF and FIFA
- Representing leading sports agencies, including Endeavor, MVP Sports, Wasserman, and Klutch in litigations and arbitrations over agent movement

## EDUCATION

Jeffrey received a J.D. from Columbia Law School in 1977, where he was a Kent Scholar and on the board of editors for the *Columbia Law Review*. He received a B.A., *summa cum laude*, from Columbia University in 1975.

## ADMISSIONS

- New York

## RECOGNITIONS

Jeffrey has been recognized by *Am Law* as its "Litigator of the Week" (LOTW) in October 2024 and in March 2019, and by *The National Law Journal* as a "Litigation Trailblazer" for his historic trial victory on behalf of classes of college football and basketball players in antitrust litigation against the NCAA, striking down the NCAA's anticompetitive compensation restraints and, again, as its LOTW in June 2021 after he argued the appeal before the Supreme Court and secured a unanimous affirmation of the trial win. Jeffrey also was

honored with the LOTW recognition in March 2018 when he defeated plaintiffs' second attempt to obtain class certification in a major antitrust action against Panasonic and in September 2015 for his team's victory on behalf of Tom Brady and the NFLPA in the so-called "Deflategate" matter. Jeffrey led the team of lawyers named in February 2022 as LOTW runners-up for their representation of current and former members of the USWNT (soccer) in their landmark settlement of the equal pay portion of their lawsuit seeking to equalize pay and working conditions between the men's and women's U.S. national soccer teams as well as the team honored with LOTW recognition in March 2022 for their important Fifth Circuit antitrust win for client Avanci—a joint licensing platform for standard essential patents for the 2G, 3G, and 4G wireless standards.

In December 2021, *Sports Business Journal* (*SBJ*) named Jeffrey to its 2021 list of "The Most Influential People in Sports Business." Earlier, in October 2021 and on its 75th anniversary, *SBJ* recognized Jeffrey as an individual who helped grow the NBA into the global powerhouse it is today, placing him on its list of "Power Players: Outside Counsel."

In September 2024, Jeffrey was featured in *Sports Illustrated* on their 2024 list of The 50 Most Influential Figures in Sports. The list features leaders, athletes, executives, dealmakers, and influencers in the sports industry who push limits, redefine success and have an outsized impact between and outside the lines. Among the ranks of icons such as Tom Brady and Simone Biles, Jeffrey was highlighted for his work on behalf of college athletes in *House v. NCAA*, that forced a US$2.8B damages settlement (plus a 10-year agreement for future payments) and allows revenue sharing directly with college athletes.

Jeffrey's honors include being named an "Acritas Star," a recognition for lawyers who have been independently nominated for exceptional work in private practice, named as a "2020 Trailblazer" by *New York Law Journal*, and named as a December 2015 "Litigation Trailblazer" by *The National Law Journal* as one of 50 attorneys who have helped make a difference in the fight for justice. Jeffrey received the John Jay Award from Columbia College for distinguished professional achievement in 2016.

Jeffrey received the Legal Aid Society New York's 2019 Pro Bono Publico Award, honoring his outstanding and sustained achievements in pro bono services. And he received the Servant of Justice Award from the Legal Aid Society in 2019.

Jeffrey has been recognized by numerous publications, including *The Legal 500 US*, *Chambers Global*, *Chambers USA*, *Best Lawyers in America* (the Top 100 Lawyers in New York), and *Elite Trial Lawyers* for his antitrust, commercial litigation and sports law practices. *The Legal 500 US* has recognized him in Antitrust Civil Litigation/Class Actions: Defense; Antitrust: Cartel; International Litigation; and as a "Leading Trial Lawyer." *The Legal 500 US* also honored Jeffrey in its Hall of Fame (2020–2024) for Industry Focus: Sport ("Jeffrey Kessler is the most knowledgeable and effective lawyer in America when it comes to antitrust law in sports. He is also extremely responsive and communicative. He goes above and beyond when he takes a case."). *The Best Lawyers in America*® has recognized him for Antitrust Law (2006–2025), Sports Law (2007–2025), Litigation-Antitrust (2011–2025) and Commercial Litigation (2021–2025). *Best Lawyers*® also named him "Lawyer of the Year" for Sports Law in 2021 and 2017 and "Lawyer of the Year" for Antitrust Litigation in 2020. *Chambers Global* 2024 ranked him among the nation's leading lawyers in Antitrust: Cartel. *Chambers USA* 2018–2024 ranked him among the nation's leading lawyers in Antitrust, Antitrust: Cartel, and Sports Law. In 2024, *Chambers USA* ranked him as a "Star Individual" for Sports Law. *Benchmark Litigation US* has placed him on its "Top 100 Trial Lawyers" list (2017–2025), honored him as the "Antitrust Litigator of the Year" at the 2022 Litigation East Coast Awards, and identified him repeatedly as a "National General Commercial Litigation Star" and "New York Litigation Star" and as one of America's Top 100 High Stakes Litigators (2017). Jeffrey has been

recognized by *Guide to the World's Leading Antitrust Lawyers,* Law360 (2015; 2018-2022; 2024 "Sports MVP"), *The National Law Journal*'s "Elite Lawyers and Winning Litigators," *Who's Who Legal* (Sports, Competition, and Commercial Litigation numerous times), *Lawdragon 500*'s "Leading Lawyers in America" (2020 "500 Hall of Fame" inductee), *Lawdragon 500s* "Leading Litigators in America," and the 2019 "*Lawdragon 500*: The Legends." He has been repeatedly listed in *Super Lawyers*, including as the "Top Rated Antitrust Litigation Attorney" and one of the "Top 100 Lawyers in New York." Jeffrey has been named as one of "The 50 Most Influential People in the Sports Business" by *Sports Business Journal.* In 2024, *Forbes* ranked Jeffrey among the "Top 200 Lawyers in America."

Jeffrey has also been recognized as one of "The CFB Hot 25 Rankings: The Most Influential (behind-the-scenes) People in the Sport*"* for his work in NCAA v. Alston (2023).

In addition to his practices being named by Law360 as a Practice Group of the Year for Antitrust/Competition (2021) and Sports Law (2017, 2020-2023), the firm's Sports Law Practice has been recognized by *U.S. News – Best Law Firms* as "Law Firm of the Year" for Sports Law (2012, 2013,  2018–2022, 2024) and the firm's Antitrust/Competition Practice was named "2015 Team of the Year" in cartel defense by *The Legal 500 US*.

In December 2024, Jeffrey was named among *Crain's New York Business*' 2024 Notable Leaders in Accounting, Consulting & Law.

Jeffrey was honored by the Auschwitz Jewish Center Foundation (AJCF) at their annual Gala in New York on June 1, 2023, and awarded the AJCF Advocacy Award for his profound, impactful work to effect meaningful change for all. Jeffrey's outstanding contributions serve as the paradigmatic example of fighting hatred, for everyone, especially given his remarkable efforts to stand up for those who aren't able to stand up for themselves.

## INSIGHTS & NEWS

- Featured, *The Closer Podcast*, Brazen, June 16, 2023
- Speaker, "The Supreme Court in 2022," NYSBA Antitrust Law Section Annual Meeting, January 18, 2023
- Speaker, "Baseball Antitrust Exemption," ABA Antitrust Law Section Webinar, October 14, 2022
- Speaker, "Navigating Per Se and Rule of Reason," 2022 ABA Antitrust Law Spring Meeting, April 6, 2022
- Speaker, "Discussion of NCAA Antitrust Case and Transgender Athletes' Rights," Sport Resolutions, December 7, 2021
- Speaker, 2021 Golden State Antitrust and Unfair Competition Law Institute, November 18, 2021
- Speaker, "A Conversation with Jeffrey Kessler," Seton Hall University, November 3, 2021
- Speaker, "*Alston v. NCAA*: A Reckoning for the Big Business of College Sports," Celesq® webinar, September 14, 2021
- Featured, CNN Films and HBO Max special broadcast of LFG, a documentary about the U.S. Women's National Team (USWNT) for soccer and their fight for equal pay, September 6, 2021
- Speaker, "College Athletics in the Supreme Court Spotlight: *Alston v. NCAA*," Association of Business Trial Lawyers, July 14, 2021
- Moderator, "Mitigating Risks in U.S. Transactions: CFIUS and Merger Review Tips for Japanese Companies," Winston & Strawn Webinar, June 28, 2021

- Featured, "Litigator of the Week: Jeffrey Kessler Takes the Fight to Get NCAA Athletes Compensated from the Trial Court to the High Court," *The American Lawyer*, June 25, 2021
- Featured, "Vice Versa: College $ports, Inc.," Vice TV documentary, June 9, 2021
- Pocket Part Update to "Parties" Chapter of Commercial Litigation in New York State Courts Treatise, 5th edition (2021)
- Co-author, "Compliance Challenges for Foreign Investment in the U.S.," *Asia Business Law Journal's Japan Outbound Investment Guide,* 2021 and 2022
- Co-author, "*The NIL in Amateurism's Coffin: How the NCAA's Policy Reversal Shows Once Again That Compensating Student-Athletes Won't Hurt College* Sports,"*Journal of Sports and Entertainment Law* (August 2020)
- Featured, *Balance of Power Podcast*, Bloomberg Radio, June 29, 2020
- Featured, "Brown University Athletes Who Lost Their Sports May Have Their Day in Court," *Sports Illustrated*, June 22, 2020
- Featured, "NCAA Athlete Case Part of Social Justice Push, Atty Says," Law360, June 2, 2020
- Featured, "Litigator of the Week: Winston's Jeffrey Kessler Scores for College Athletes," *The American Lawyer*, March 15, 2019
- Co-author, *International Trade and U.S. Antitrust Law*, 2nd Edition, 2006 (updates through 2019)
- Speaker, "Antitrust Litigation Against the Compensation Restrictions of the NCAA for Division I Football and Basketball Players," 21st Annual Fordham Sports Law Symposium, March 24, 2017
- Speaker, "Designing Antitrust Compliance in a Silicon Valley Culture," 28th Annual All Hands Meeting Hub, November 17, 2016
- Speaker, "NCAA Change and Challenges: A Landscape in Flux," 2015 Jeffrey S. Moorad Sports Law Journal Symposium, April 20, 2015
- Speaker, "Antitrust Theories in Sports Law Cases," Mecklenburg County Bar High-Profile Sports Litigation CLE Program, January 21, 2015
- Co-Chair, IBC Legal's 2013 Advanced U.S. Antitrust Conference, November 7, 2013
- Speaker, "At the Table with the Player's Union," Bloomberg Sports Business Summit, September 10, 2013
- "After Further Review: How the Eighth Circuit's Misinterpretation of the Norris-LaGuardia Act Fumbled the District Court's Ruling in *Brady v. NFL*," *1 Berkeley J. Ent. & Sports L.*,2012
- "The Supreme Court's Decision in *Dagher:* Canary in a Coal Mine or Antitrust Business as Usual?" *Antitrust*, 2006
- *Inside the Minds: AntitrustLaws*, 2005
- "Strategies for Litigation," *The Litigation LeadershipRoundtable*, 2005
- *The Corporate Counselor and Antitrust/The Corporate Counselor's Deskbook*, 2003
- Editorial Board, *Competition Laws Outside the United States*, 2001–2003
- "Protecting DVD Trade Secrets in an Internet World,"2002
- "Understanding Business and Legal Aspects of Sports Industry," Practising Law Institute, Co-Chair, 1999–2000
- "What Justice Breyer Could Not Know at His Mother's Knee: The Adverse Effects of *Brown v. Pro Football*on Labor Relations in Professional Sports," 2000
- Co-Editor-In-Chief, *State Antitrust Practice and Statutes*, 2nd Edition, 1999
- "Consents and Settlement Agreements," *Antitrust Law in New York State,* 1995
- "The New Wave of Antitrust CIDs: What to Do When the Department of Justice Comes Knocking on Your Door," *The Metropolitan Corporate Counsel,*1995

- "New International Antitrust Guidelines," *ANTITRUST*, Summer 1989
- "The Antitrust Legacy of the Reagan Administration," *The Antitrust Bulletin*, 1988
- "Litigating International Antitrust Cases," *The Practitioner's Viewpoint*, 1987
- "S. 1300-H.R. 4831 – An Overdue Antitrust Reform," *The Antitrust Bulletin*, 1986
- "Integrated Reform Suggested for Antitrust Remedies," 1983

## ACTIVITIES

Jeffrey is a Lecturer-in-Law at Columbia Law School, where he has taught a course on complex litigation. He has written and lectured extensively on a wide variety of antitrust, sports law, and related topics. Jeffrey has published multiple editions of *International Trade and U.S Antitrust Law*, a treatise on antitrust and trade law issues in a global economy. He also was co-editor-in-chief of *State Antitrust Practice and Statutes*, published by the ABA Antitrust Law Section. He was a member of the Council and was formerly co-chairman of the Publications Committee and chairman of the International Antitrust Law Committee of the Antitrust Section of the American Bar Association (ABA). He was also a member of the ABA's NAFTA Tri-National Committee and an Adjunct Professor of Law at Fordham Law School. He was a founding member of the Board of Advisors of the Georgetown University Study of Private Antitrust Litigation. Jeffrey is a member of the Board of the Center for Family Representation, chair of the Board of Advisors of the Legal Aid Society, a member of the Board of Visitors at Columbia Law School, and a fellow of the International Academy of Trial Lawyers.

## EXPERIENCE

Agreement Between 119 Institutional Investors and the Company Vivendi SE

Won Important Dismissal of Sherman Act Claims Against Actors' Equity on Statutory Labor Exemption Grounds

Secured New CBA Deal for NBA Players Following Round-the-Clock Negotiating Sessions with NBA

Triumphed for Relevent Sports Before Second Circuit, Reviving Antitrust Suit Against FIFA, USSF

Secured Landmark Equal-Pay Settlement for Current and Former USWNT Members

Successful Resolution of Cleveland Browns Quarterback DeShaun Watson Arbitration Contesting NFL's Unprecedented Disciplinary Recommendation

Secured High-Profile Fifth Circuit Dismissal for Avanci of Closely Watched Technology-Antitrust Case





# Dave Greenspan

**PARTNER**

**CO-CHAIR, SPORTS PRACTICE**

New York
+1 212-294-4616

dgreenspan@winston.com

**An accomplished antitrust, sports, and complex-commercial litigator, Dave counsels clients on wide-ranging matters and represents them both at trial and on appeal.**

Dave Co-Chairs Winston's top-ranked Sports Law Practice. One of the nation's leading sports law litigators, Dave has litigated sports-industry cases involving antitrust law, labor law, licensing, agent regulation, active and retired player rights, and collegiate athlete rights. Dave has represented all four major U.S. professional sports players associations, myriad professional athletes and agents, and on occasion teams and owners in disputes with their respective leagues. He was trial and appellate counsel in the landmark *Alston v. NCAA* antitrust litigation, wherein the team prevailed at trial and that culminated in a widely reported unanimous Supreme Court victory.

In the antitrust arena, Dave has litigated cases involving alleged cartels, monopoly and monopsony conduct, predatory pricing, price fixing, group boycotts, bid rigging, and other restraints of trade. His practice is balanced between litigation defense, litigation prosecution, and counseling. Representative defense work includes defending alleged cartel activities in multidistrict class actions, defending alleged monopolization under various federal and state antitrust laws, and defending companies in criminal and administrative proceedings brought by the U.S. Department of Justice (DOJ) and international competition authorities. On the plaintiff's side, Dave has prosecuted group boycotts and other restraints of trade in the sports and entertainment industries, among others. Dave regularly counsels clients on antitrust matters, including implementing antitrust compliance policies, conducting antitrust trainings, and advising on day-to-day business issues.

Dave is part of the group recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award for Winston's historic unanimous Supreme Court victory for college athletes in *Alston v. NCAA.*

## KEY MATTERS

- *Alston v. NCAA* — Trial, appellate, and Supreme Court counsel for classes of collegiate players in their landmark antitrust victory against the NCAA concerning its restraints on athlete compensation.
- *NFLMC v. NFLPA (Tom Brady)* — Represented the NFLPA and Mr. Brady in arbitration and litigation challenges to discipline imposed on Mr. Brady in connection with so-called "Deflategate."
- *Johnson v. NFLPA* — Argued Second Circuit appeal affirming summary judgment for the NFLPA.

- *Job Creators Network v. MLB, MLBPA* — Represented the MLB Players Association (MLBPA) in litigation challenging MLB's decision to move the All-Star Game.
- *WME v. WGA* — Represented William Morris Endeavor Entertainment in antitrust litigation against the Writers Guild of America.
- *House v. NCAA* — Represents classes of collegiate players in antitrust litigation against the NCAA concerning its restraints on name, image and likeness compensation.
- *In re Automotive Brake Hoses Antitrust Litig.* — Represented Hitachi Metals, Ltd. in defense of bid-rigging claims.
- *Drabinsky v. Actor's Equity Association* – Represents Actor's Equity in antitrust litigation with a producer.
- *Kaepernick v. NFL* — Represented the NFLPA in connection with Colin Kaepernick's collusion claim against the NFL.
- *NFLPA v. NFL (Saints "Bounty" Discipline)* — Represented the NFLPA and certain NFL players in litigation and multiple arbitrations that resulted in all discipline being vacated.
- *In re Optical Disc Drives Antitrust Litig.* — Represented Panasonic in defense of price fixing claims.
- *NBPA/NBA Player Litigations* and *Brady v. NFL* — Represented NBA players and NFL players in their respective antitrust lawsuits challenging lockouts imposed by the NBA and NFL.
- *In re Refrigerant Compressors Antitrust Litig.* — Represented Panasonic in defense of price fixing claims.
- *Thales v. Panasonic Avionics Corp.* — Represented Panasonic Avionics Corp. in a matter in which Panasonic achieved summary judgment against claims of unlawful monopolization and predatory pricing.
- *Ferguson v. WPT Enterprises, Inc.* — Represented seven of the world's top poker players in an antitrust lawsuit against the World Poker Tour.
- *In re Dewey Ranch Holdings* — Represented PSE Sports & Entertainment in James Balsillie's bid to purchase and relocate the Phoenix Coyotes hockey franchise out of bankruptcy.

## EDUCATION

Dave received a J.D. from the University of Pennsylvania Law School in 2001, and a B.A., *cum laude*, from the University of Pennsylvania in 1998.

## ADMISSIONS

- New York

## RECOGNITIONS

Dave has been recognized for his legal acumen by a number of publications:

- *Chambers* USA—Ranked as one of the nation's leading attorneys in Sports Law (2018–2024) and as "Leaders in Their Field" and "Up & Coming" for Sports Law (2015)
- *The Best Lawyers in* America®—Selected by his peers for Sports Law (2019–2025)
- *Benchmark Litigation US*—Recognized as a "Litigation Star" (2023–2025) and on it's "Under 40 Hot List" (2016)
- *The Legal 500* US—Recognized as a "Leading Lawyer" for Sports Law (2010, 2018, 2021–2024) and as a "Key Lawyer" in for Antitrust: Civil Litigation/Class Actions: Defense (2022–2023)
- *Lawdragon* "500 Leading Litigators in America"—Recognized for Antitrust, Sports, Complex Commercial Litigation and Appeals (2023–2025)
- *Super Lawyers*—Recognized (2023–2024) and listed as a "Rising Star" (2014–2015)

- AAI—"Antitrust Enforcement Award" for Private Litigation (2019, 2021)
- Law360—Recognized as a "Rising Star" in its list of four "Sports Lawyers Under 40 to Watch" (2016)
- *Sports Business Journal*—Recognized on the "40 Under 40" list as one of the top young executives in the sports industry (2014, 2016)
- *New York Law Journal*—Recognized as a "Rising Star" and a top contributor to the practice of law and the community (2014)
- Law360—Recognized as a "Rising Star" in its list of four "Media & Entertainment Lawyers under 40 to Watch" (2013)
- Legal Aid Society—"Rights of Workers Pro Bono Award" for achieving summary judgment in a matter of first impression on behalf of  a low-income childcare worker (2004)

## INSIGHTS & NEWS

- Speaker, 25th Annual Fordham Sports Law Symposium, March 11, 2022
- Panelist, University of Pennsylvania Law School, Sports Law Symposium, February 2021
- Co-author, "*The NIL in Amateurism's Coffin: How the NCAA's Policy Reversal Shows Once Again That Compensating Student-Athletes Won't Hurt College* Sports," Journal of Sports and Entertainment Law (August 2020)
- Panelist, ABA Section of Antitrust Law Committee, *Collusion in Sports* (May 30, 2019)
- Panelist, Update on Labor Relations, Sports Lawyers Ass'n (May 2019)
- Panelist, ABA Trade, Sports, and Professional Associations Committee, "Hot Topics in Sports and Antitrust" (March 9, 2018)
- Panelist, Fifth Annual Penn Law Sports Law Symposium, Sponsored by Penn Law, COP, and the Entertainment and Sports Law Society (February 9, 2018)
- Panelist, Association of Business Trial Lawyers, Tackling NFL Player Litigation: From Bountygate to Deflategate (February 6, 2018)
- ABA International Committee Monthly Corporate Counsel Update (November 2017)
- Panelist, NYU Law School Sports Law Colloquium (March 2016)
- NYU School of Professional Studies, "Labor Relations in Sports," Guest Lecturer, February 2016
- University of New Hampshire, Professor Michael McCann's Deflategate Course, Guest Lecturer, October 2015
- William B. Bryant Inn of Court, "Deflategate Goes to Federal Court," Guest Lecturer, October 2015
- Panelist, NY State Bar Association Antitrust Law Section Annual Meeting, "Amateur in Name Only?  The Intersection Between Antitrust Law and College Athletics," January 2015
- NYU School of Professional Studies, "Labor Relations in Sports," Guest Lecturer, December 2014
- Panelist, CSE Sports Marketing Symposium, "College Sports: The Changing Relationship with Athletes and the Implications on Sports and Sports Marketing," October 2014
- Panelist, Federal Bar Council, "The Role of Federal Litigation in Governing Sports in the 21st Century," September 2014
- Panelist, University of Pennsylvania Law School, Sports Law Symposium, February 2014
- CPI Antitrust Chronicle, *Litigating Change in CollegeSports*, Author, January 2014
- Bloomberg TV, Market Makers, Discussing Alex Rodriguez lawsuit, October 2013
- ABA Section of Antitrust Law: Cartel and Criminal Practice and Economics Committee, "The Economics of Collusion," Moderator, July 2013

## ACTIVITIES

- Dave serves on Winston's Racial Equity Task Force
- Dave has served as chair of Winston's Associate Evaluation Committee since 2016
- 2016, 2018, and 2019 Law360 Sports Editorial Advisory Board Member
- Dave formerly served as the chair of the New York City Bar Association's Sports Law Committee

## EXPERIENCE

Won Important Dismissal of Sherman Act Claims Against Actors' Equity on Statutory Labor Exemption Grounds

Successful Resolution of Cleveland Browns Quarterback DeShaun Watson Arbitration Contesting NFL's Unprecedented Disciplinary Recommendation





# David Feher

**PARTNER**

**CO-CHAIR, SPORTS PRACTICE**

New York
+1 212-294-4613

<u>dfeher@winston.com</u>

David has been recognized in *Chambers USA* (2005–2024) as "one of the country's leading sports attorneys." He was also recognized in *The Legal 500 US* for his work in Sports Law and International Litigation, recognized in Lawdragon's "500 Leading Litigators in America" (2023–2025), and selected by his peers for inclusion in *The Best Lawyers in America*® for Sports Law (2019–2025) and for Antitrust Law (2025).

David is the Co-Chair of the firm's Sports Law Practice. He is one of the leading sports lawyers in the country, with extensive experience in complex litigations, negotiations, and arbitrations involving contract, sponsorship, intellectual property, antitrust, and international issues.

He has been outside counsel for the NFL Players Association (NFLPA) and the NBA Players Association (NBPA) for many years. He is one of the prime negotiators of the collective bargaining agreements (CBAs) and antitrust settlements in the NFL and NBA and has represented clients in numerous landmark litigations and negotiations in the sports industry.

## KEY MATTERS

David has represented clients in many prominent sports lawsuits, arbitrations, and negotiations, including:

- **North American Soccer League** (NASL) in antitrust litigation against the USSF and Major League Soccer (MLS) regarding USSF sanctioning decisions and other conduct adverse to NASL
- **U.S. Women's National Team** (soccer) in the historic fight for equal pay, and other litigation and negotiations with the U.S. Soccer Federation (USSF)
- **Classes of Division 1 college basketball and Football Bowl Subdivision players** in the *Jenkins v. NCAA* landmark antitrust suit challenging NCAA and major conference restrictions on competition for player services, and the *House v. NCAA* class action challenging restrictions on competition for player name, image and likeness (NIL) rights
- **Guggenheim Partners** in their sponsorship contract with Andretti Formula E
- **Bose Corporation** in its sponsorship of the NFL
- **Owner/organizer of Madrid Open tennis tournament** and **Ion Tiriac** in scheduling and related disputes with the Women's Tennis Association (WTA)

- **Major investor in a professional bull riding franchise**, in the acquisition of the equity interest
- **Prominent PGA golfers** in various contract and disciplinary matter disputes
- **U.S. double amputee 400m sprinter Blake Leeper** in the eligibility process before the International Association of Athletics Federations (IAAF) and USA Track & Field
- **Non-binary runner Cal Calamia** in obtaining a Therapeutic Use Exemption from the US Antidoping Agency
- **NFLPA** and **NBPA** in their respective annual reviews of NFL and NBA finances to determine the Salary Caps and other revenue-sharing based metrics in those sports
- **Top European men's professional soccer team** in a dispute with the European soccer federation (UEFA)
- **Oakley** in the Oakley/Rory McIlroy/Nike litigation (concerning a right of first refusal in Mr. McIlroy's contract with Oakley, which resulted in a settlement with Mr. McIlroy)
- **National Invitational Tournament** (NIT) in the *NCAA/NIT* litigation (which resulted in a favorable settlement for the five New York City colleges and universities that operated the NIT)
- **Double-amputee Oscar Pistorius**, as co-lead counsel, in the successful and historic *pro bono* effort to overturn the ban against Mr. Pistorius competing in IAAF track events and the Olympics (which led to Mr. Pistorius competing in the 2012 London Olympics), and **800M World Champion sprinter Caster Semenya** in her initial eligibility dispute with the IAAF
- **One of the lead lawyers for the NFLPA and NFL players** in the *New Orleans Saints Bounty Case* that overturned the discipline the NFL had imposed on the players for allegedly participating in an undisclosed "pay-for-performance/bounty" program operated by the team
- **All of the major U.S. professional sports player associations** as principal author of the brief submitted on behalf of the associations to the U.S. Supreme Court in the landmark *American Needle* case, which rejected the NFL's efforts to characterize itself as a "single entity" for antitrust purposes
- **Agents and their clients at Creative Artists Agency** (CAA), **Wasserman Media Group** (WMG), **and other such firms** in various matters
- **Avon Products, Inc.** in negotiating its sponsorship of the Olympic Games and its licensing contract with Derek Jeter
- **NFLPA** as trial counsel in the *Freeman McNeil/NFL* antitrust trial
- **NFLPA** in the Reggie White and Patrick Ewing class actions
- **NFLPA** in the NFL lockout insurance/network TV contract case
- **Jeremy Lin** in the "Bird Rights" arbitration
- **Drew Brees** in the Franchise Player arbitration
- **Michael Vick** in the roster bonus forfeiture arbitration
- **Terrell Owens** in arbitrations
- **The Arena Football League Players Association** in a class action
- **Bill Belichick** in the New York Jets litigation
- **Latrell Sprewel**l in grievance proceedings

In addition, David has represented a number of large U.S. and international companies in various non-sports matters, including:

- Successfully defended **Avon Products, Inc.** against a US$100 million false advertising claim in the *C. Johnson v. Avon Products* trial
- Represented a **Turkish company** in a landmark case successfully vacating an arbitration award on grounds of evident partiality

- Represented **noted nutritionist and New York Times best-selling author Dr. Joel Fuhrman** in a successful arbitration and negotiation regarding the terms of a joint venture

## EDUCATION

David received a J.D. from Duke University in 1984, where he was an article editor for the *Duke Law Journal*. He received an A.B., *magna cum laude*, from Georgetown University in 1980.

## ADMISSIONS

- New York

## RECOGNITIONS

David has been recognized in *Chambers USA* (2005–2024) as "one of the country's leading sports attorneys" and in *Lawdragon's* "500 Leading Litigators in America" (2023–2025) for Complex Litigation, Sports, Antitrust, and IP. *The Legal 500 US* recognized him as a "Leading Lawyer" for Industry Focus: Sport (2024), recognized him as a "Key Lawyer" for Antitrust Civil Litigation/Class Actions: Defense (2023), and recommended him for his work in Sports Law and International Litigation (2018, 2022). He was selected by his peers for inclusion in *The Best Lawyers in America*® for Sports Law (2019–2025) as well as for Antitrust Law (2025). David was also selected in the first 100 *Lawdragon* "New Stars" in 2006 and named by *Super Lawyers* to the New York *Super Lawyers* list (2010–2022) as a "Top Rated Entertainment & Sports Attorney in New York, New York."

David is part of the group recognized with *GCR's* 2022 "Litigation of the Year: Cartel Prosecution" award, as well as being awarded the "2015 Team of the Year" in Cartel Defense by *The Legal 500 US.* Winston & Strawn's Sports Law Practice has been recognized by *U.S. News & World Reports – Best Lawyers* as "Law Firm of the Year" in Sports Law (2012, 2013, 2018–2022, 2024)

In February 2022, David was among the team of lawyers named as runners-up for "Litigator of the Week" by *The American Lawyer* for their representation of current and former members of the U.S. Women's National Team (soccer) in their landmark settlement of the equal pay portion of their lawsuit seeking to equalize pay and working conditions between the men's and women's U.S. national soccer teams.

## INSIGHTS & NEWS

### Publications

- "A Structural Overview of Competition Law as Applied to U.S. Major League Team Sports," *Concurrences Journal* N° 2-2014, Art. N° 65481, May 2014
- *Inside the Minds: Winning Legal Strategies for Entertainment, Sports, and Media Law*, Chapter, Aspatore Books, 2006
- "The Supreme Court's Decision in Dagher: Canary in a Coal Mine or Antitrust Business as Usual?" *Antitrust*, Co-author, Fall 2006
- "The Corporate Counsellor & Antitrust," *Corporate Counsellor's Deskbook*, Chapter 12, Co-author, 5th ed.
- "The Adverse Effects of Brown v. Pro Football on Labor Relations in Professional Sports," *Antitrust Magazine*, Co-author, Spring 2000 Issue

### Speeches and Programs

- NYU Sports Law Association 11th Annual Sports Law Colloquium, NYU Law School, "The Future of Name, Image, & Likeness Policy for College Athletes," Panelist, New York, NY, March 4, 2022
- Tulane Law School, "Tulane Pro Basketball Negotiation Competition," Speaker, New Orleans, LA, March 4, 2022
- Harvard Sports Law Symposium, Harvard Law School, "The NCAA, Amateurism, NIL Rights, and California's 'Fair Pay to Play' Act," October 22, 2021
- West Legal Ed Center, "Alston v. NCAA: A Reckoning for the Big Business of College Sports," Panelist, September 14, 2021
- Sports Lawyers Association Virtual Annual Conference, "The NCAA in the Supreme Court: Amateurism, Alston, Antitrust, and the Next Step in the Evolution of College Sports," Panelist, May 18, 2021
- Tulane Law School, "Tulane Pro Basketball Negotiation Competition," Speaker, New Orleans, LA, March 2019
- Duke Exchange, Duke University Fuqua School of Business, "The Law of College Sports: An Inside Look at NCAA Rules, Infractions, and the Regulation of College Athletics," Speaker, Durham, NC, February 10, 2018
- Minnesota State Bar Association, "Sports Antitrust: The Rules Off the Field are Changing," Speaker, Minneapolis, MN, April 20, 2017
- 6th Annual NYU Sports Law Colloquium, "Team Relocations & League Expansion," Speaker, New York, NY, April 14, 2017
- New York Law School, "Sports Law Symposium," Speaker, New York, NY, March 30, 2017
- University of Pennsylvania Law School Entertainment & Sports Law Society, 4th Annual Penn Law Sports Law Symposium, "Gender Equality in Sports: On the Field and in the Front Office," Speaker, Philadelphia, PA, January 27, 2017
- Sports Arbitration, Georgetown International Arbitration Society, Georgetown University Law Center, Panelist, Washington, D.C., April 19, 2016
- ABA Forum on the Entertainment and Sports Industries, 2016 International Legal Symposium on the World of Music, Film, Television, and Sports, Panelist, Miami, Florida, March 7, 2016
- FIFPro Legal Conference 2015, "Legal Legends in Sport and the Future of Sports Law," Speaker, Amsterdam, Netherlands, December 14, 2015
- NYU School of Professional Studies, "Sports Economics," Guest Lecturer, New York, New York, December 1, 2015
- Sports Law, St. John's University School of Law, Guest Lecturer, October 22, 2015
- "An Inside Look at the World of Agents: Past, Present and Future," The Jeffrey S. Moorad Sports Law Journal Annual Symposium, Villanova University School of Law, Speaker, March 21, 2014
- "The Litigation-ization of Sports," American Bar Association, 2013 ABA Annual Meeting, Section of Litigation, Panelist, San Francisco, California, August 8, 2013

## ACTIVITIES

David is a member of the American Bar Association and the Sports Lawyers Association. He also often writes and speaks on antitrust and sports topics, and served as an Adjunct Professor of Law at the Benjamin Cardozo School of Law.

## EXPERIENCE

<u>Secured New CBA Deal for NBA Players Following Round-the-Clock Negotiating Sessions with NBA</u>

Secured Landmark Equal-Pay Settlement for Current and Former USWNT Members





# Jeanifer Parsigian

**PARTNER**

San Francisco
+1 415-591-1469

jparsigian@winston.com

An accomplished antitrust, sports, and commercial litigator, Jeanifer concentrates her practice on civil antitrust litigation with a particular focus in mixed issues of antitrust and intellectual property law, and class actions. She represents clients in some of the most complex antitrust, sports, and intellectual property disputes in the country at the trial and appellate levels. She has represented clients in high-profile matters such as the landmark Supreme Court decision against the NCAA on behalf of classes of D-I college athletes and Women's National Soccer Team's gender discrimination litigation. Jeanifer has been recognized by top ranking publications including *Chambers USA*, *Legal 500 US*, *SuperLawyers*, and Law360. Most recently, she was named in *Global Competition Review*'s 2024 "40 Under 40" honor roll.

Jeanifer's practice focuses on all aspects of antitrust/competition, sports law, intellectual property, and complex litigation. She regularly represents major U.S. and multinational corporations in connection with a wide array of federal and state antitrust and competition issues, including monopolization, price fixing, wage fixing, merger enforcement, group boycotts, exclusive dealing, tying, price discrimination, unfair competition, and mixed issues of antitrust and intellectual property law relating to Fair, Reasonable, and Non-Discriminatory (FRAND) obligations, standard-setting, patent licensing, and patent misuse. Jeanifer represents clients across multiple industries, including sports and entertainment, financial services, technology, food and beverage, and retail.

In addition to Jeanifer's antitrust experience, she has also represented clients facing patent infringement, employment discrimination claims, and consumer fraud and other business tort and breach of contract claims. She also has experience in alternative dispute resolution, including commercial arbitration and mediation.

She has been recognized for obtaining critical wins for her clients whether at trial, on appeal, or by obtaining complete dismissals. Recently, she successfully defended PetIQ in a private merger challenge, where she argued an appeal to the Ninth Circuit and successfully secured a dismissal of the complaint. Jeanifer also has a major role in Winston's renowned sports practice, successfully trying antitrust claims to a landmark win for college athletes against the NCAA upheld by the Supreme Court, and in a high-stakes, high-profile gender discrimination lawsuit on behalf of the Women's National Soccer Team in their pursuit of equal pay.

In February 2022, Jeanifer was among the team of lawyers named as runners-up for "Litigator of the Week" by *The American Lawyer* for their representation of current and former members of the U.S. Women's National Team in their landmark settlement of the equal pay portion of their lawsuit seeking to equalize pay and working conditions between the men's and women's U.S. national soccer teams. Jeanifer was also named one of Law360's Sports & Betting "Rising Stars" of 2022 and named as a "Lawyer on the Fast Track" by *The Recorder* for 2022.

## KEY MATTERS

**Federal Litigation Matters:**

- *House v. NCAA*: On behalf of putative classes of student-athletes, the firm is fighting the NCAA for antitrust violations seeking prior damages for restraints on the use of student-athlete names, images, and likenesses. The Winston team beat a motion to dismiss in July 2021.
- *Guden v. Stanford University*: Serving as co-lead plaintiff counsel, filed an action seeking a preliminary injunction to stop Stanford University from terminating eight of its varsity sports teams. As a result of the lawsuit and pending preliminary injunction motion, Stanford announced the reinstatement of all eight eliminated teams. The action was withdrawn as the reinstatement of the teams by Stanford was a complete and total victory in May 2021.
- *Jenkins v. NCAA and Alston v. NCAA et al.:* Representation of classes of college athletes in antitrust in antitrust trial striking down anticompetitive NCAA rules.
- *Morgan vs. USSF:* Representation of a class of Women's National Team soccer players in gender discrimination litigation against the U.S. Soccer Federation.
- *Preston Hollow Capital LLC v. Nuveen LLC*: Representation of global investment manager accused of group boycott claims under the Sherman Act and New York Donnelly Act and tortious interference with prospective business in claims.
- *B&R Supermarket v. Visa et al.*: Representation of defendant Discover Financial Services in a putative class action alleging violation of federal and state antitrust laws in connection with chip card technology.
- *Med Vets Inc. et al. v. VIP Petcare Holdings Inc. et al.:* Representation of PetIQ, a leading company in the pet medicine industry, in a private antitrust merger suit, and successfully obtained full dismissal with prejudice and affirmance at the 9th Circuit.
- *Continental vs. Avanci et al.:* Representation of a wireless connectivity patent portfolio company defending against high-profile monopolization, conspiracy, unfair competition, and breach of contract claims relating to purported FRAND obligations and joint licensing conduct.
- *Super Slam, Ltd. v. ATP Tour, Inc.:* Representation of Owner/organizer of Madrid Open tennis tournament in dispute with Association of Tennis Professionals.
- *Ohio v. American Express*: Representation of Discover Financial Services in Second Circuit and Supreme Court appeals with major industry implications.
- *MegaFon v. HPE*: Representation of MegaFon, a major telecom operator in the Russian federation, in fraud claims relating to failure of key systems upgrade.
- *Global Cartel Defense*: Representation of a major electronics manufacturer in multidistrict, putative class actions alleging conspiracies to fix prices of optical disk drives, lithium ion batteries, and capacitors.

- *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litigation*: Representation of TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. in their antitrust lawsuit against Keurig Green Mountain, Inc. alleging anticompetitive exclusive dealing, conspiracy, monopolization, unfair competition, tying, anticompetitive product redesign, patent misuse, and sham litigation claims.

**Other Relevant Experience:**

- Representation of a former pharmaceutical executive in an investigation of alleged violations of Food, Drug, and Cosmetics Act
- Representation of defendant in an arbitration matter alleging breach of contract and antitrust monopolization claims based on alleged abuse of intellectual property rights
- Representation of plaintiff SunLink Corporation in a contract dispute over solar construction development
- Representation of defendant Kenwood Investments No. 2, LLC in California court in a motion to compel arbitration in complex contract dispute over development of tribal gaming casino

**Pro Bono:**

- Equal Rights Amendment: Involved in the firm's efforts to assist and support the ratification of the Equal Rights Amendment.
- 1983 Civil Rights litigation: Representation of a California inmate in civil rights claim against Richmond Police Department for assault during arrest. Conducted depositions of six police officers involved and leveraged effective discovery to five-figure settlement for client.
- Board of Immigration Appeals matter: Representation of a Cameroonian immigrant in a successful appeal of an order denying withholding of removal based on threat of persecution based on sexual orientation.

## EDUCATION

Jeanifer received her B.A. from the University of Michigan in 2006. She received her J.D. from Harvard Law School in 2012.

## ADMISSIONS

- California

## RECOGNITIONS

- *Global Competition Review*—Named in "40 Under 40" honor roll (2024)
- *Chambers USA*—Recognized as an "Up and Coming Practitioner" for Sports Law (2023–2024)
- *The Legal 500 US*—Recognized as a "Key Lawyer" for Sports Law (2022–2024)
- *Best Lawyers: Ones to Watch® in America*—Recognized for Antitrust Law and Litigation-Antitrust (2021–2023)
- *Lawdragon*—
  - "500 Leading Litigators in America"—Recognized for Complex Litigation, especially Antitrust, Sports and IP, and Appeals (2022–2025)
  - "500 X – The Next Generation"—Recognized for Antitrust & Competition (2024)
- *The Recorder*—Named as a "Lawyer on the Fast Track" (2022)
- Law360—Recognized as a "Sports & Betting Rising Star" (2022)
- *Benchmark Litigation US*—"National Impact Case of the Year," *Alston v. NCAA* (2022)

- *Super Lawyers*—Named a "Rising Star" (2020–2024)
- *Bloomberg Law*—"They've Got Next: Antitrust Fresh Face" (2021)
- AAI—Antitrust Award for Private Litigation for the work on the NCAA case (2019)
- Winston & Strawn recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award and "Matter of the Year" for Winston's Supreme Court win in the NCAA Grant-In-Aid Cap antitrust litigation
- Winston "Pro Bono Commitment to Service Award"

## INSIGHTS & NEWS

- ""Cartels: Can Software Programs Be a Hub for Collusion?," GCR Live: Women in Antitrust, Panelist, Nov. 12, 2024
- "Women's Soccer: Equal Pay, Coaching Misconduct, Age Restrictions, Expansion, and the Lawyer's Role in it All," The Sports Lawyers Association, Panelist, May 12, 2023
- "Changing Landscape of NCAA Student-Athlete Compensation," Notre Dame Law School, Speaker, Oct. 22, 2021
- "Because We're Worth It: Powerful Progress on Pay Equity," National Association of Women Lawyers Annual Meeting, July 22, 2021
- "Alston in the Supreme Court," ABA Antitrust Section, Speaker, Dec. 4, 2020
- Berkeley Law Symposium on Employment Law & Sports, Speaker, March 6, 2020
- "Equal Pay, Equal Play and the Equal Rights Amendment," National Association of Women Lawyers Annual Meeting, Speaker, Nov. 7, 2019
- Berkley Law Sports & Entertainment Law Conference, Speaker, April 5, 2019
- Regular contributor to Winston & Strawn's Competition Corner blog posts and podcast, featuring insights on recent legal developments in the antitrust arena as well as user-friendly guidance and practical tips for compliance.

## ACTIVITIES

Jeanifer served on Law360's 2022 Sports & Betting Editorial Advisory Board. Jeanifer is an active member of the California Lawyers' Association Antitrust & UCL Section and previously served as a California Young Lawyers Association Liaison to the Antitrust & UCL Section.

## EXPERIENCE

Secured Landmark Equal-Pay Settlement for Current and Former USWNT Members





# Sofia Arguello

**PARTNER**

New York
+1 212-294-5304

sarguello@winston.com

Sofia focuses her practice on antitrust, sports, white collar criminal defense, and corporate internal investigations. She regularly represents professional sports unions and players in negotiations, arbitrations, and litigations involving contract, sponsorship, intellectual property, and antitrust issues. She also has particular experience advising clients on cross-border issues, and dealing with disputes and investigations in Latin America.

In connection with antitrust matters, Sofia has acted as plaintiff and defense counsel in cases involving monopolization, price-fixing, price discrimination, group boycotts, and other restraints of trade. She has also defended clients in criminal investigations brought by the U.S. Department of Justice (DOJ) and international competition authorities.

With respect to white collar and investigations, Sofia specializes in white collar and regulatory defense, with a particular focus on FCPA and global investigations. She has extensive experience representing companies and individuals in white collar investigations by the Securities and Exchange Commission (SEC) and the DOJ. She has also conducted internal investigations responding to government or other allegations of FCPA, money laundering, securities, and other law violations, and regularly provides compliance counseling and performs due diligence regarding potential transactions, focusing on FCPA, anti-corruption, antitrust, and other potential regulatory violations.

## KEY MATTERS

- *Hubbard v. NCAA & Carter v. NCAA*: Representing classes of collegiate players in antitrust litigations against the NCAA concerning its restraints on athlete compensation.
- Represented Activision Blizzard in DOJ civil antitrust case, resulting in a favorable, no-civil-penalty settlement.
- Represented William Morris Endeavor Entertainment in antitrust litigation against the Writers Guild of America.
- Represented Zillow Group, Inc. and Zillow, Inc. in a litigation involving antitrust, consumer protection, and common law claims.

- *In re Cathode Ray Tube (CRT) Antitrust Litigation* — Represents Panasonic Corporation and Panasonic Corporation of North America in the multidistrict, putative class action involving the Cathode Ray Tube industry, currently consolidated in the Northern District of California.
- *In re Capacitors Antitrust Litigation* — Represents Panasonic Corporation and Panasonic Corporation of North America in the multidistrict putative class action involving the Capacitors industry, currently consolidated in the Northern District of California.
- Represented Nucor Corporation in an antitrust litigation concerning alleged conspiracy, price discrimination, and trade secret misappropriation.
- Represented Panasonic Avionics Corporation in an antitrust litigation concerning alleged monopolization, group boycott, and trade libel.
- Represented clients in connection with drafting and instituting compliance programs and providing training to employees.

## EDUCATION

Sofia received a B.A., *cum laude*, in Political Science, Mathematics, and International Relations from the University of Florida in 2008, where she received the Anderson Scholar of Highest Distinction. She earned a J.D. from the University of Chicago Law School in 2011.

## ADMISSIONS

- New York

## RECOGNITIONS

Sofia was recognized on *Benchmark Litigation US*'s "40 & Under List" for White Collar Crime (2023–2024). She was listed in *Best Lawyers*: *Ones to Watch in America* in 2021 and 2022 in the areas of Antitrust Law and Litigation–Antitrust. She was recognized in the 2023 edition for Criminal Defense: White Collar. She was recognized by *Legal 500 Latin America* 2022 for her work in International Arbitration and *The Legal 500 US* as a "Key Lawyer" in the area of Industry Focus: Sport. She was recognized in the 2021 "Women in the Law" edition of *Best Lawyers*. She has also been recognized by *Super Lawyers* as a "New York Metro Rising Star" for Antitrust Litigation (2017–2022). Winston & Strawn's Sports Law group has been recognized by *Best Law Firms*® as "Law Firm of the Year" in the Sports Law Practice from 2018–2022 and in 2024.

## INSIGHTS & NEWS

- "Football world cup: a blessing or a curse for clubs?," IBA 2024 Annual Conference, Moderator, Sept. 16, 2024
- "General Antitrust Update," TexasBarCLE's 23rd Annual Course – Advanced In-House Counsel, Speaker, Aug. 30, 2024
- Panoramic: Competition Compliance 2024, Lexology, Co-author, May 1, 2024
- "Early Assessment of the Digital Markets Act," Winston & Strawn Competition Corner, Co-author, March 25, 2024
- "Antitrust Enforcement in Action: Insights from the Regulators," Winston & Strawn Competition Corner, Co-author, Dec. 15, 2023
- Global Legal Insights – Cartels, USA Chapter, *The GLI Cartels 2023*, 11th ed., Co-author, May 12, 2023

- "Department of Commerce Calls for Change to Mobile App Stores," Winston & Strawn Competition Corner, Co-author, Feb. 10, 2023
- "Federal Court Closes the Book on Publishers' Attempted Merger," Winston & Strawn Competition Corner, Co-author, Jan. 20, 2023
- "New Kids on the Blockchain: Antitrust Trends in Web3.0 and FashionTech," *Women in Antitrust* series, Winston & Strawn Competition Corner: Podcast, Co-host, Oct. 6, 2022
- "Another Step Towards Increased Antitrust Enforcement in Labor Markets," Winston & Strawn Competition Corner, Co-author, July 27, 2022
- Global Legal Insights – Cartels, USA Chapter, *The GLI Cartels 2022*, 10th ed., Co-author, May 19, 2022
- "Boosting Immunity: DOJ Injects Additional Burden and Uncertainty to Antitrust Leniency Process," Winston & Strawn Competition Corner, Co-author, April 6, 2022
- "Antitrust 101: A Quick Spin Through Hub-and-Spoke Conspiracies," Winston & Strawn Competition Corner, Co-author, Feb. 9, 2022
- Global Legal Insights Cartels Laws and Regulations, Cartels 2021 USA, Co-author, April 23, 2021
- "Pleading and Defending Coordinated Conduct Claims," ABA Joint Conduct Committee, Speaker, Feb. 26, 2021
- "New Frontiers in ANA Section of Litigation, Speaker, May 1, 2019

## ACTIVITIES

- Current Events/Conference Officer, International Bar Association's North American Regional Forum (NARF)
- Current Member, Antitrust Cartel and Criminal Enforcement Subcommittee for the NYSBA
- Current Member, Hispanic National Bar Association
- Current Member, Committee on Character and Fitness for the New York State Supreme Court, Appellate Division, First Department

## EXPERIENCE

Secured New CBA Deal for NBA Players Following Round-the-Clock Negotiating Sessions with NBA

Secured High-Profile Acquittal at Trial for Matthew Grimes on Charges He Acted as an Unregistered Foreign Agent





# Matt DalSanto

**PARTNER**

Chicago
+1 312-558-6211

mdalsanto@winston.com

**Matt is an attorney and Ph.D. applied economist whose practice is at the intersection of law and economics. As both an attorney and economist, he develops novel and intuitive arguments that further his clients' objectives on many of their most significant and economically sophisticated matters.**

Matt is an attorney and a Ph.D. applied economist. He focuses his practice on the areas of antitrust and unfair competition law, intellectual property law, and the use of economic and statistical analysis in legal matters. With his skills and experience as well as the team of economists he assembled, he provides not only high-quality legal work product in a multitude of areas, but also comprehensive and thoughtful analyses of the potential economic consequences of legal decisions. Matt also serves as a consultant within the firm on various confidential matters for clients and coordinates a number of external expert teams in several large multidistrict litigations.

## KEY MATTERS

- *In re Optical Disc Drive (ODD) Antitrust Litigation* – Successfully defeated indirect purchaser plaintiffs' motion for class certification.
- *In re Lithium Ion Batteries Antitrust Litigation* – Successfully defeated indirect purchaser plaintiffs' motion for class certification twice.
- *In re Cathode Ray Tube (CRT) Antitrust Litigation* – Represent a major electronics manufacturer against individual and antitrust class actions related to the CRT industry.
- *In re Capacitors Antitrust Litigation* – Represent a major electronics manufacturer against individual and antitrust class actions related to the Capacitors industry.
- EMV Antitrust Litigation – Represent credit card network in putative class action alleging a conspiracy to shift liability in connection with rollout of security-enhanced "chip" cards.

## EDUCATION

Matt received a J.D. from the University of California, Berkeley School of Law in 2011. While in law school, he was elected editor-in-chief of the *Berkeley Business Law Journal*, worked as a research assistant to Professors Andrew Guzman and John Yoo, presented in Berkeley Law's prestigious Law and Economics Workshop, and served as a post-doctoral research fellow at the Berkeley Center for Law, Business and the Economy (BCLBE).

Matt earned his Ph.D. in Applied Economics and M.A. in economics from the University of Minnesota in 2010. While pursuing his Ph.D., he lectured in the economics department at the University of Minnesota and served as an adjunct lecturer in economics at Hamline University and Macalester College. Matt received his B.S. in mathematics and economics from the University of Illinois, Urbana-Champaign in 2003.

## ADMISSIONS
- California
- Illinois

## RECOGNITIONS

Matt was named to *Best Lawyers: Ones to Watch in America* for Commercial Litigation (2021–2023).

## INSIGHTS & NEWS
- "Elimination of Bias in AI," Winston & Strawn's Disruptive Technologies Legal Summit, Sept. 30, 2020
- "Class Certification Update," Class Action Money & Ethics Conference, New York, May 6, 2019
- "Plaintiffs Placing Themselves in Harm's Way," Class Action Money & Ethics Conference, New York, May 7, 2018
- "Antitrust: Past and Present," University of California, Berkeley, School of Law, April 4, 2012
- "The Economics of Horizontal Government Cooperation," University of California, Berkeley, Law and Economics Workshop, April 11, 2011
- "The Use of Statistics in the Law," University of California, Berkeley, Statistics Department, VIGRE Undergraduate Seminar, November 15, 2010

## ACTIVITIES

Matt is a member of the State Bar of California's Unfair Competition and Antitrust Section and is on the Economics Committee of the American Bar Association's Antitrust Section.





# Adam I. Dale

**PARTNER**

New York
+1 212-294-5329

aidale@winston.com

Recognized as a "Rising Star" and "One to Watch," Adam focuses his practice on sports, antitrust, and labor law. He regularly counsels and represents athletes, agencies, Players Associations, and other high-profile sports industry clients.

Adam counsels and represents a variety sports industry clients including Klutch Sports Group, MVP Sports Group, Relevent Sports, WME | IMG (Endeavor), the Major League Baseball Players Association, the NBA Players Association, the NFL Players Association, and several professional athletes, agents and agencies.

Additionally, he has negotiated nearly US$200M in guaranteed compensation for several top sports agents. Adam is a strategic advisor for numerous other agents and agencies in the baseball, basketball, football, hockey, and soccer industries on a variety of topics, including acquisitions and new business lines, employment matters, athlete-agent laws, and name, image, and likeness (NIL) laws and regulations.

He was a key member of the *Alston v. NCAA* trial and appellate team that secured a landmark 9-0 victory in the Supreme Court, striking down scores of NCAA rules that limited the education-related compensation and benefits that colleges and universities may provide to FBS football and Division I Men's and Women's basketball players. The team was honored with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award for their unanimous Supreme Court victory.

## KEY MATTERS

- *House v. NCAA*: secured landmark $2.75 billion dollar back-pay damages settlement for hundreds of thousands of current and former college athletes that resolved three pending lawsuits challenging the NCAA's limits on compensation and benefits that athletes can receive and opened the door for billions more in revenue sharing payments that will be shared with athletes going forward.
- *Alston v. NCAA:*  successfully represented a class of college football and basketball players in a landmark antitrust suit at trial, appeal and before the Supreme Court against the NCAA and ten member-conferences that struck down unlawful compensation restraints imposed by the NCAA on Division I Men's and Woman's basketball and FBS Football programs.

- *Relevent Sports v. United States Soccer Federation and Fédération Internationale De Football Association (FIFA):* represents soccer promoter Relevent Sports in a federal antitrust lawsuit seeking to enjoin the United States Soccer Federation from continuing to block official season international soccer matches from being played in the U.S.
- *Guden et al. v. Stanford University: secured a settlement reinstating eleven varsity sports at Stanford University that were scheduled to be discontinued following the 2020-21 school year.*
- *USA National Sled (Paralympic) Hockey Team*: served as lead negotiator on behalf of the members of the USA Paralympic Hockey Team to secure substantial increases in the players' compensation and benefits from USA Hockey and the United States Olympic Committee.
- *Elliott v. NFL:* served as counsel for Dallas Cowboys Running Back Ezekiel Elliott and the NFL Players Association in arbitration and federal court proceedings challenging the six-game suspension imposed on Elliott by the NFL for an alleged violation of the League's Personal Conduct Policy.
- *Green Bay Packers v. Bennett:* successfully represented NFL Tight End Martellus Bennett in an arbitration brought against him by his former Club, the Green Bay Packers, for alleged breach of the NFL Collective Bargaining Agreement.
- *Kerley v. San Francisco 49ers:* Adam achieved complete victory for NFL Wide Receiver Jeremy Kerley in an arbitration against the San Francisco 49ers.
- *Major League Baseball Player Agent Arbitrations:* Adam frequently represents high-profile Major League Baseball Player Agents and agencies in arbitrations before the MLBPA arbitration tribunal.

Adam maintains an active pro bono practice. He represented two clients serving life sentences for drug-related crimes in their successful petitions to the President of the United States for sentence commutations. Adam also successfully filed and argued a *Habeas* petition on behalf of a client to correct the Bureau of Prisons' miscalculation of his client's sentence. He negotiated a five-figure settlement for a state prison inmate in a civil rights action and secured asylum for a transgender torture victim from Honduras.

In recognition of Adam's commitment to pro bono he has received multiple Empire State Counsel Awards and the Legal Aid Society Pro Bono Publico Award.

He received his J.D. from New York University School of Law in May 2015, where he was Senior Editor of the *Journal of Intellectual Property and Entertainment Law* and the Chair of the NYU Sports Law Society. He received a B.A. in Political Communication, *cum laude*, in May 2012 from The George Washington University.

## EDUCATION

Adam received his J.D. from New York University School of Law in May 2015, where he was Senior Editor of the *Journal of Intellectual Property and Entertainment Law,* the Chair of the NYU Sports Law Society, and Advocate-in-Chief of the Suspension Representation Project. He received a B.A. in Political Communication, *cum laude*, in May 2012 from The George Washington University.

## ADMISSIONS

- New York

## RECOGNITIONS

Adam has been recognized as a "Rising Star" in Sports Law by *The Legal 500 U.S.* in 2020-2024. He was also named as one of the *Best Lawyers: Ones to Watch® in America* in Entertainment and Sports Law from 2022-2025. In 2023, Adam was named to the inaugural *Conduct Detrimental* "10 Under 10" List, which honors ten "next generation" sports law attorneys within ten years of law school graduation.

He is a core member of the firm's Sports Law Group, which has been named among *Law360*'s Sports & Betting Groups Of The Year in 2017 and 2020-2023 and in Best Law Firms® "Law Firm of the Year" in Sports Law in 2024.

Adam is part of the group recognized with *GCR*'s 2022 "Litigation of the Year: Cartel Prosecution" award for their unanimous Supreme Court victory in *Alston v. NCAA*.

His other recognitions include:

- Legal Aid Society New York—"Pro Bono Publico" award
- Multiple Empire State Counsel Awards in recognition of Adam's commitment to pro bono

## ACTIVITIES

Adam is the alumni advisor to the Sports Law Association at NYU, a member, and former Secretary, of New York City Bar Committee on Sports Law and a member of the Sports Lawyers Association. He served as the Young Lawyer Representative to the Trade, Sports & Professional Associations Committee of the American Bar Association's Antitrust Law Section.

Adam is a frequent speaker and guest lecturer on Sports Law, including at several law schools, podcasts, and bar associations.

## EXPERIENCE

Triumphed for Relevent Sports Before Second Circuit, Reviving Antitrust Suit Against FIFA, USSF





# Sarah L. Viebrock

**ASSOCIATE**

New York
+1 212-294-6718

sviebrock@winston.com

**Sarah focuses her practice on sports, complex commercial, and antitrust litigation matters. As a former federal law clerk, Sarah leverages her inside understanding of the judicial process to bring creativity and effective solutions to her cases.**

In the sports industry, Sarah provides pre-dispute legal advice and represents clients in mediation, arbitration, and federal and state court litigation. Sarah has represented a variety of sports industry clients, including college and professional athletes, sports agencies, and a professional soccer league.

In the areas of antitrust and complex commercial litigation, Sarah has represented plaintiffs and defendants in a variety of industries through various phases of litigation, including case initiation, discovery, class certification, dispositive motion practice, and appeals

Sarah has more than two years of experience as a federal judicial clerk to the Honorable Esther Salas, United States District Judge (District of New Jersey). She draws upon her judicial clerkship experience in her representation of clients in litigation.

## KEY MATTERS

- *House v. NCAA*: Sarah represents putative classes of college athletes in an action against the NCAA seeking damages for restraints on the use of student-athlete names, images, and likenesses.
- *North American Soccer League v. United States Soccer Federation* and *Major League Soccer:* Sarah represents the North American Soccer League in a federal antitrust lawsuit seeking to recover damages inflicted on the League by the United States Soccer Federation's and Major League Soccer's conspiracy to arbitrarily enforce the Federation's rules in order to protect Major League Soccer from competition from other leagues.
- Won Important Dismissal of Sherman Act Claims Against Actors' Equity on Statutory Labor Exemption Grounds.
- Secured victory on appeal in the Eleventh Circuit in a defamation case filed against a political organization.

## EDUCATION

Sarah received a J.D. from St. John's University in 2016 and a B.A. from Quinnipiac University in 2013.

## CLERKSHIPS

- USDC - District of New Jersey for the Honorable Esther Salas

## ADMISSIONS

- New York

## RECOGNITIONS

Sarah was recognized in the 2025 edition of *Best Lawyers: Ones to Watch® in America* in the area of Entertainment and Sports Law.

## INSIGHTS & NEWS

- "Restitution in Corporate Criminal Cases: An Underappreciated But Effective Remedy," New York Law Journal, Co-author, Sept. 8, 2023
- *"United States v. Glencore Ltd.:* Victims' Rights to Restitution," ABA International Law Section Anti-Corruption Committee Meeting, Dec. 15, 2022
- "Important Is Not Important Enough: Forcibly Medicating Defendants For Sentencing Using The Important Interest Standard," *St. John's Law Review Vol. 90: No.1, Article 6*

## EXPERIENCE

Won Important Dismissal of Sherman Act Claims Against Actors' Equity on Statutory Labor Exemption Grounds





# Scott Sherman

**ASSOCIATE**

New York
+1 212-294-9551

ssherman@winston.com

Scott Sherman is an associate in Winston & Strawn LLP's New York office. His practice focuses on sports, antitrust, and labor law.

Scott was a member of the *Alston v. NCAA* team that won a landmark 9-0 victory before the United States Supreme Court in 2021 and the Winston team that in May 2024 obtained a historic multibillion-dollar settlement that is poised to revolutionize the economic model of college sports. As part of his college sports work, Scott also regularly counsels clients on name, image, and likeness (NIL) laws and policies.

Scott represented the U.S. Women's National Team in its lawsuit against the U.S. Soccer Federation that culminated in a settlement guaranteeing equal pay and working conditions between the men's and women's soccer teams. Scott also represents the North American Soccer League in its antitrust case against the Federation, and he has advised multiple prominent ATP tennis tournaments and sports agencies. On a pro bono basis, Scott has represented two separate world champion athletes before the Court of Arbitration for Sport in Lausanne, Switzerland.

In addition to his sports law practice, Scott is a member of the firm's Videogame, Gaming and E-sports Group dedicated to providing comprehensive legal solutions to companies in these industries.

## EDUCATION

Scott received a B.A., *magna cum laude*, in History from Harvard College in 2013, where he was a member of Phi Beta Kappa, and a J.D. in 2017 from Harvard Law School, where he was Co-Editor-in-Chief for the *Journal of Sports and Entertainment Law* and President of the Committee on Sports and Entertainment Law.

## ADMISSIONS

- New York

## RECOGNITIONS

At Winston, Scott is part of the group that has received numerous "Law Firm of the Year" awards for its Sports Law Practice.

As part of the *Alston* team, Scott's work was recognized as one of the National Impact Cases of the Year at the 2022 Benchmark Litigation East Coast Awards and won the *Global Competition Review* (GCR's) 2022 "Litigation of the Year: Cartel Prosecution" award.

As part of the *Morgan* team, Scott's work was recognized as one of the National Impact Cases of the year at the 2023 Benchmark Litigation East Coast Awards.  In February 2022, he was also among the team of lawyers named as runners-up for "Litigator of the Week" by *The American Lawyer* for the landmark settlement of the *Morgan* lawsuit.

Scott was named to the 2020 Forbes "30 Under 30" list in the "Sports" category. While at Harvard Law School, he received the 2017 Weiler Award for Excellence in Sports Law.

Outside of the courtroom, Scott was named Winston & Strawn's 2023 "Mentor of the Year."

## INSIGHTS & NEWS

On September 30, 2022, Scott spoke at Lewis & Clark Law School's Center for Business Law & Innovation (CBLI) 2022 Fall Forum: Sports Law's New Dimensions.

## EXPERIENCE

Secured Landmark Equal-Pay Settlement for Current and Former USWNT Members





# Neha Vyas

**ASSOCIATE**

New York
+1 212-294-2658

<u>nvyas@winston.com</u>

**Neha's practice focuses on sports, antitrust, and labor law. She regularly represents athletes, agencies, and professional sports unions in arbitration and litigation.**

Neha's practice focuses on sports, antitrust, and labor law. She regularly represents athletes, agencies, and professional sports unions in arbitration and litigation. Neha represents a variety of sports industry clients, including Klutch Sports Group, WME Sports, the National Football League Players Association, and a global eSports League.

## KEY MATTERS

- *House v. NCAA.* Neha represents putative classes of student-athletes in an action against the NCAA seeking damages for restraints on the use of student-athlete names, images, and likenesses.
- *Guden v. Stanford University.* Neha represented a group of Stanford University athletes in an action seeking to enjoin Stanford from terminating eight of its varsity sports teams. The action led to the reinstatement of the eliminated teams.
- *Watson v. NFL.* Neha represented Cleveland Browns Quarterback Deshaun Watson and the NFL Players Association in arbitration proceedings challenging the NFL's proposed indefinite suspension.
- *Excel Sports Management v. Eric Eways and Klutch Sports Group.* Neha represented Klutch Sports Group in an action brought by Excel Sports Management seeking an injunction to prevent its former marketing employee from working at Klutch.

## EDUCATION

Neha received her B.A. with high distinction in Communication Studies from the University of Michigan in 2015. She received her J.D., *cum laude*, from the Georgetown University Law Center in 2020, where she was an Executive Notes Editor for *The Georgetown Law Journal*.

## ADMISSIONS

- New York

**EXPERIENCE**

Successful Resolution of Cleveland Browns Quarterback DeShaun Watson Arbitration Contesting NFL's Unprecedented Disciplinary Recommendation





# Joey Blake

**ASSOCIATE**

Dallas
+1 214-453-6387
jblake@winston.com

**Joey's practice focuses on sports litigation and intellectual property matters.**

Joey is a litigation and intellectual property associate whose practice primarily consists of antitrust litigation, with a specific focus on college sports. Joey currently represents a class of student-athletes in litigation concerning Name, Image, and Likeness (NIL) in *House v. NCAA*. Additionally, Joey counsels clients on NIL laws and policies.

Joey is also heavily involved in the firm's Intellectual Property Practice. As part of his practice, Joey assists clients on strategic management of their global trademark portfolios, including clearance, prosecution, counseling, disputes, and enforcement, and represents clients in Uniform Domain-Name Dispute-Resolution Policy (UDRP) proceedings. Additionally, Joey litigates copyright infringement cases. In fact, he currently represents a group of music-focused companies and their CEO in opposing a copyright infringement claim that is being appealed to the Supreme Court of the United States.

Prior to joining Winston, Joey interned at the Public Defender Service for the District of Columbia, where he assisted attorneys in providing indigent defense to multiple clients in the D.C. area.

## EDUCATION

Joey received his B.A., *magna cum laude*, in political science from the University of North Carolina at Chapel Hill in 2015. He received his J.D. from Vanderbilt Law School in 2020, where he served as president of the Vanderbilt Bar Association and development editor of the *Vanderbilt Journal of Entertainment & Technology Law*.

## ADMISSIONS

- Texas

## RECOGNITIONS

- *Best Lawyers: Ones to Watch® in America*, Commercial Litigation (2025)
- The National Black Lawyers' "Top 40 Under 40" (2023)

## ACTIVITIES

Joey was chosen to participate in the Leadership Council on Legal Diversity's 2024 Pathfinders Program.

## EXPERIENCE

American Multinational Hedge Fund and Financial Services Company Trademark Counseling





# Nick Sloan

**ASSOCIATE**

New York
+1 212-294-8287

nsloan@winston.com

**Nick is a litigator who focuses his practice on antitrust, labor and employment, and sports matters.**

Nick is a former Winston summer associate with a background in sports law. Prior to law school, Nick worked as a Manager, Special Projects for the National Basketball Players Association (NBPA) where he helped develop and implement player assistance programs, advocated for players in disciplinary appeals and grievances, and conducted strategic planning for the NBPA's Business Development and Grassroots Basketball Department.

## EDUCATION

Nick earned his J.D. from New York University School of Law in 2023. While in law school, he was a staff editor for the *Journal of Intellectual Property and Entertainment Law*, co-president of the Sports Law Association, member of the Intellectual Property and Entertainment Law Society, and legal intern for the National Basketball Players Association. Nick also served as the student member secretary for the Transactional Subcommittee of the New York City Bar Association Sports Law Committee. Nick received his B.A., *cum laude*, in government and psychology from Georgetown University in 2016.

## ADMISSIONS

- New York

## ACTIVITIES

- New York City Bar Association Sports Law Committee

© 2024 Winston & Strawn LLP