| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Emilee N. Sisco (*pro hac vice*) <br> Stephanie Verdoia (*pro hac vice*) <br> Meredith Simons (SBN 320229) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> emilees@hbsslaw.com <br> stephaniev@hbsslaw.com <br> merediths@hbsslaw.com <br><br> Benjamin J. Siegel (SBN 256260) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 715 Hearst Avenue, Suite 300 <br> Berkeley, CA 94710 <br> Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 <br> bens@hbsslaw.com <br><br> *Class Counsel for Plaintiffs* | Jeffrey L. Kessler (*pro hac vice*) <br> David G. Feher (*pro hac vice*) <br> David L. Greenspan (*pro hac vice*) <br> Adam I. Dale (*pro hac vice*) <br> Sarah L. Viebrock (*pro hac vice*) <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166-4193 <br> Telephone: (212) 294-4698 <br> Facsimile: (212) 294-4700 <br> jkessler@winston.com <br> dfeher@winston.com <br> dgreenspan@winston.com <br> aidale@winston.com <br> sviebrock@winston.com <br><br> Jeanifer E. Parsigian (SBN 289001) <br> WINSTON & STRAWN LLP <br> 101 California Street, 21st Floor <br> San Francisco, CA 94111-5840 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br> jparsigian@winston.com <br><br> *Class Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW <br><br> **DECLARATION OF JEFFREY L. KODROFF IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES** <br><br> Hrg. Date:    April 7, 2025 <br> Time:         10:00 a.m. <br> Judge:        Hon. Claudia Wilken <br> Courtroom:    2, 4th Floor |

I, JEFFREY L. KODROFF, declare as follows:

1. I am a Partner with Spector Roseman & Kodroff, P.C. (SRK). SRK is one of the counsel for Plaintiffs and the Classes in this Action. I submit this Declaration in support of Lead Counsels' motion for Attorneys' Fees, Reimbursement of Litigation Expenses and Service Awards for Class Representatives.

2. From the inception of this case, SRK has actively and diligently performed its duty to represent Plaintiff and the Classes by working with Lead Counsel in prosecuting this case including, among other thing investigation of the facts and law in drafting plaintiffs' original complaint as well as the subsequent consolidated and amended complaints filed by Plaintiffs' Counsel; regularly communicating with both Lead Counsel and Plaintiff Ty Oliver regarding the status and progress of the action, including in anticipation of status conferences with the Court, key motion practice, such as Defendants' motion to dismiss and Plaintiffs' motion for class certification; extensively working with Lead Counsel and Plaintiff Oliver to respond to various discovery issues including document production and interrogatory responses, preparation and attending deposition; review and edit responses to motions to dismiss and motions for class certification to ensure consistency with Plaintiff Oliver's allegations; and discussion with Lead Counsel and Plaintiff Oliver about settlement negotiations which ultimately resolved this case.

3. The schedule attached as Exhibit A sets forth my SRK's total hours and lodestar, computed at current rates, for the period from Inception through October 31, 2024. The total number of hours spent by SRK during this period of time was 238.25, with a corresponding lodestar of $223,498.75. This schedule was prepared from contemporaneous, daily time records prepared and maintained by SRK.

2. The lodestar amount reflected in Exhibit A is for work performed by attorneys and professional staff at SRK for the benefit of the Classes. The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates currently charged by my firm in similar matters.

3. SRK has expended a total of $763.63 in unreimbursed costs and expenses in connection with the prosecution of the Action from inception through October 31, 2024. These costs and expenses are set forth in the schedule attached as Exhibit B and are reflected on the books and records of my firm. They were incurred on behalf of Indirect Purchaser Plaintiffs by my firm and have not been reimbursed. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of December, 2024.

_____
JEFFREY L. KODROFF

# EXHIBIT A

**Matter:** In re: NCAA-NIL
**EXHIBIT A**

**Firm Name: SPECTOR ROSEMAN & KODROFF, PC**
**REPORTING PERIOD FOR TIME:** INCEPTION THROUGH 10-31-2024

| TIMEKEEPER NAME | TITLE CODE | HOURS | CURRENT HOURLY RATE | CURRENT LODESTAR |
|---|---|---|---|---|
| JEFFREY KODROFF | P | 209.75 | 975.00 | $ 204,506.25 |
| WILLIAM CALDES | P | 4.00 | 975.00 | $ 3,900.00 |
| EUGENE SPECTOR | P | 3.75 | 1100.00 | $ 4,125.00 |
| JEFFREY CORRIGAN | P | 0.50 | 975.00 | $ 487.50 |
| ALEX IOZZO | L | 5.00 | 220.00 | $ 1,100.00 |
| JEFFREY SPECTOR | P | 4.75 | 850.00 | $ 4,037.50 |
| ICEE ETHERIDGE | A | 0.50 | 595.00 | $ 297.50 |
| JOHN MACORETTA | P | 2.75 | 975.00 | $ 2,681.25 |
| CARY ZHANG | A | 0.25 | 495.00 | $ 123.75 |
| GERRI DE MARSHALL | L | 7.00 | 320.00 | $ 2,240.00 |
| **TOTAL** | | **238.25** | | **$ 223,498.75** |

**Timekeeper Title Codes**

| | |
|---|---|
| Partner/Principal/Shareholder/Director | P |
| Counsel/Senior Counsel/Of Counsel | C |
| Associate/Senior Associate | A |
| Staff Attorney/Contract Attorney | S |
| Paralegal | L |
| Other Staff | O |

# EXHIBIT B

**Matter: NCAA - NIL**
**EXHIBIT B**

**Firm Name: SPECTOR ROSEMAN & KODROFF, PC**
**REPORTING PERIOD FOR TIME:   INCEPTION THROUGH 10-31-2024**

| EXPENSES | CURRENT TOTAL | NOTES |
|---|---|---|
| Case Assessment | | |
| Copying (in house) | | |
| Copying (vendor) | | |
| Court Costs/Filing Fees | $ 670.00 | |
| Court Reporter/Transcripts | | |
| Computer Research | $ 28.56 | |
| Delivery/Courier | | |
| Expert Witness Fees | | |
| Facsimile | | |
| Interpreter Fees | | |
| Investigator Fees | | |
| Mailing/Postage | | |
| Printing/Binding | | |
| Service of Process | | |
| Telephone | | |
| Travel: Airfare/Train | | |
| Travel: Car rental/taxi/parking | | |
| Travel: Lodging | | |
| Travel: Meals | | |
| Trial Exhibits | | |
| Vendor (specify) | | |
| Witness Fees | | |
| Miscellaneous (specify) | $ 65.08 | LUNCH MEETING WITH CLIENT |
| Miscellaneous (specify) | | |
| Miscellaneous (specify) | | |
| TOTALS: | $ 763.64 | |