Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF TYMIR OLIVER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Hrg. Date: April 7, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

I, TYMIR OLIVER, declare as follows:

1. I am one of the named plaintiffs in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives.

2. I became involved in this case in or about June 2020. I was introduced to my counsel who explained the history of NCAA litigation and what my potential claims I have related to name, image and likeness issues while I attended university. After numerous discussions with my counsel I decided that it was important to pursue this Action to not only recover my own personal loses but more importantly to change the system so current and future college athletes would have name, image and likeness opportunities that I was not allowed to pursue.

3. I understood from the outset that participating in this lawsuit as a class representative would not provide a significant financial benefit to me. I knew that there was no guarantee I would personally receive any more from my involvement beyond what other class members may receive, and that I could receive nothing if my attorneys and I were unsuccessful in this litigation, in which case the time that I devoted to the case would not result in any financial recovery whatsoever.

4. From the inception of this case, I have actively and diligently performed my duty to assist counsel in prosecuting this case, investing significant time and effort to fulfill my role as a class representative. I have devoted a significant number of hours in connection with my representation of the class including, among other things:

- Working with Class Counsel in the investigation of my claims and plaintiffs' claims generally;
- Reviewing the initial complaint, as well as the subsequent consolidated and amended complaints filed by Plaintiffs' Counsel;
- Regularly communicating with my attorneys regarding the status and progress of the action, including in anticipation of status conferences with the Court, key motion

practice, such as Defendants' motion to dismiss and Plaintiffs' motion for class certification;

- Reviewing important litigation briefs and Court orders;
- Preparing and sitting for my in-person deposition by Defendants' lawyers which lasted approximately 7.5 hours. Prior to the deposition, I met with Class Counsel both in person and via telephone and/or Zoom 6 times and spent approximately 20 hours in total preparing for the deposition. Following the deposition I reviewed the deposition transcript for errors;
- Working with counsel regarding discovery, including reviewing and responding to Defendants' interrogatories and searching for responsive documents and data in response to Defendants' requests for production;
- Submitting a detailed declaration in support of Plaintiffs' motion for class certification;
- Communicating with Class Counsel regarding the prospects of settlement, consulting with my attorneys throughout the settlement process to ensure the class will achieve a fair outcome, and reviewing and approving the settlement.

5. Throughout this litigation, I have had numerous conversations with counsel both in-person and over the phone, and have exchanged many emails about relevant facts, strategy, and case progress.

6. At the time this case was filed, I was pursuing a professional football career in the NFL. In serving as a named plaintiff in a lawsuit against the NCAA and Power Five conferences I recognized that I was taking on a risk, especially given their substantial power in and around athletics, including in professional sports.

7. I support final approval of the settlement agreement in this matter. I understand that the Court granted preliminary approval of it, and that the Court will hold a final approval hearing on April 27, 2025, per the current schedule. I am proud to have been a named plaintiff in this litigation

- 3 -

that has achieved a significant recovery for the class and will greatly benefit former, current, and future college athletes. I am proud to have played such a meaningful role in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of December, 2024.



TYMIR OLIVER

- 3 -

OLIVER DECL. ISO PLS.' MOT. FOR ATTYS' FEES, REIMBURSEMENT OF LITIG. EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:20-cv-03919-CW