| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | sviebrock@winston.com |
| 715 Hearst Avenue, Suite 300 | nvyas@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile: (510) 725-3001 | WINSTON & STRAWN LLP |
| bens@hbsslaw.com | 101 California Street, 21st Floor |
| | San Francisco, CA 94111-5840 |
| *Class Counsel for Plaintiffs* | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | |
| | *Class Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF NYA HARRISON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES**<br><br>Hrg. Date: April 7, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor |

HARRISON DECL. ISO PLS.' MOT. FOR ATTYS' FEES, REIMBURSEMENT OF LITIG. EXPENSES, AND SERVICE AWARDS FOR CLASS REPS
Case No. 4:20-cv-03919-CW

I, NYA HARRISON, declare as follows:

1. I am one of the named plaintiffs in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives.

2. I became involved in this litigation in November 2023, before the complaint in *Carter v. NCAA*, No. 3:23-cv-06325-RS (N.D. Cal.)—which has now been consolidated with the above-entitled action—was filed. I joined this litigation because I felt it was the right thing to do. What I could receive personally from the case has never been my motivation for serving as a class representative and pursuing claims on behalf of current and former college athletes. Although my own losses in this case are small when compared to the overall settlement, I believe in this case and have been dedicated in putting my time and energy to benefit the classes and all college athletes.

3. I understood from the outset that participating in this lawsuit as a class representative would not necessarily provide a significant financial benefit to me. I also knew that there was no guarantee I would personally receive any more from my involvement beyond what other class members may receive, and that I could receive nothing if my attorneys and I were unsuccessful in this litigation, in which case the time and energy that I devoted would not result in any financial recovery whatsoever.

4. From the inception of the *Carter* litigation, I have actively and diligently performed my duty to assist counsel in developing, prosecuting and settling this case, investing significant time and effort to fulfill my role as a class representative. Among other things, I have devoted significant time to:

- Working with Class Counsel in the investigation of my claims and Plaintiffs' claims generally;

- Reviewing the initial *Carter* complaint, as well as the subsequent consolidated and amended complaints in this action;

- Regularly communicating with my attorneys regarding the status and progress of the case;

- Ensuring that any relevant documents in my possession were preserved;
- Reviewing important litigation briefs and Court orders;
- Consulting with Class Counsel regarding the prospects of settlement;
- Reviewing the settlement, before it was submitted for preliminary approval, and the amendments to the settlement before the revised settlement was submitted for preliminary approval; and
- Consulting with Class Counsel throughout the settlement process to ensure the class will achieve a fair outcome.

5. Throughout this litigation, I have had numerous conversations with counsel both by video and over the phone, and have exchanged many emails and text messages about relevant facts, strategy, and case updates. On many occasions, I proactively sought status updates from, and asked questions to, Class Counsel.

6. At the time the *Carter* case was filed and continuing through the date of this declaration, I was, and currently am, a student at Stanford University where I also competed as a member of the Women's Soccer team. I incurred substantial risks and costs in taking on a leadership role in this high-profile litigation against the NCAA and the most prominent conferences in college athletics, including possible ostracization by teammates and/or retaliation from the NCAA and coaches/administrators.

7. Still today, with the proposed settlement pending, and the substantial media attention surrounding it, my name is frequently mentioned in news articles and commentaries about the settlement, and I am often contacted about the case by members of the media, class members, and others in and around college sports.

8. Finally, I support final approval of the proposed settlement in this matter. I understand that the Court granted preliminary approval of it, and that the Court will hold a final approval hearing on April 7, 2025, per the current schedule. I am proud to have been a named plaintiff and played a meaningful role in this litigation that has achieved a significant recovery for the classes and will greatly benefit former, current, and future college athletes.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of December, 2024 at San Diego, California.

_____
NYA HARRISON