| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-4698 |
| emilees@hbsslaw.com | Facsimile: (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | sviebrock@winston.com |
| 715 Hearst Avenue, Suite 300 | nvyas@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile: (510) 725-3001 | WINSTON & STRAWN LLP |
| bens@hbsslaw.com | 101 California Street, 21st Floor |
| | San Francisco, CA 94111-5840 |
| *Class Counsel for Plaintiffs* | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| | |
| | *Class Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **DECLARATION OF NICHOLAS SOLOMON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES** |
| | Hrg. Date:  April 7, 2025 |
| | Time:  10:00 a.m. |
| | Judge:  Hon. Claudia Wilken |
| | Courtroom:  2, 4th Floor |

I, NICHOLAS SOLOMON, declare as follows:

1. I am one of the named plaintiffs in the above-entitled action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives.

2. I became involved in this litigation in early September 2024, before the third consolidated amended complaint was filed. I joined this litigation because I felt it was the right thing to do. What I could receive personally from the case has never been my motivation for serving as a class representative and pursuing claims on behalf of current and former college athletes. Although my own losses in this case are small when compared to the overall settlement, I believe in this case and have been dedicated in putting my time and energy to benefit the classes and all college athletes.

3. I understood from the outset that participating in this lawsuit as a class representative would not necessarily provide a significant financial benefit to me. I also knew that there was no guarantee I would personally receive any more from my involvement beyond what other class members may receive, and that I could receive nothing if the proposed settlement is not approved and my attorneys and I are unsuccessful in this litigation, in which case the time and energy that I devoted to the case would not result in any financial recovery whatsoever.

4. Since becoming involved in this litigation, I have actively and diligently performed my duty to assist counsel in prosecuting and settling this case, investing significant time and effort to fulfill my role as a class representative. Among other things, I have devoted significant time to:

- Reviewing the complaints filed in this litigation, including the third amended complaint before it was filed;

- Regularly communicating with Class Counsel regarding the status and progress of the case;

- Reviewing important litigation briefs and Court orders;

- Consulting with Class Counsel regarding the settlement;

- Reviewing the settlement that was submitted for preliminary approval and the amendments to the settlement before the revised settlement was submitted for preliminary approval; and

- Consulting with my attorneys throughout the settlement approval process to ensure the class will achieve a fair outcome.

5. Throughout my involvement in this litigation, I have had conversations with Class Counsel by video, and have exchanged emails about relevant facts, strategy, and case updates.

6. At the time I joined this litigation, I had concluded my career playing Division I lacrosse and football at the University of North Carolina, and Division I lacrosse at Georgetown University, but remained, and still remain, active in the North Carolina and Georgetown athletics communities and in frequent contact with my former teammates and coaches. Given Defendants' immense power and influence in athletics, I placed my college sports relationships and friendships at risk through my involvement in this case.

7. Still today, with the proposed settlement pending, and the substantial media attention surrounding it, my name has been mentioned in news articles and commentaries about the settlement, and I am often contacted about the case by class members, and others in and around college sports.

8. Finally, I support final approval of the settlement in this matter. I understand that the Court granted preliminary approval of it, and that the Court will hold a final approval hearing on April 7, 2025, per the current schedule. I am proud to have been a named plaintiff and played a meaningful role in this litigation that has achieved a significant recovery for the classes and will greatly benefit former, current, and future college athletes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of December, 2024 at New York, New York.

*Nicholas Solomon*
NICHOLAS SOLOMON