Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104 United States
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Kieran Gostin (*pro hac vice*)
Calanthe Arat (SBN 349086)
Tamarra Matthews Johnson (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

[Additional Counsel Listed on Signature Page]

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **SUPPLEMENTAL BRIEF IN SUPPORT OF JOINT MOTION FOR APPROVAL OF ADDITIONAL SETTLEMENT CLASS COMMUNICATIONS** |
| | Judge: Hon. Claudia Wilken |

CASE NO. 4:20-CV-03919-CW

SUPP. BRIEF ISO JOINT MOT. FOR APPROVAL OF ADD'L SETTLEMENT CLASS COMMS.

Plaintiffs and Defendants jointly submit this supplemental brief addressing the Court's Tentative Ruling on their Joint Motion for Approval of Additional Settlement Class Communications.  *See* Dkt. No. 582.

The parties agree to the revised question-and-answer document (Q&A) that the Court attached to its recent order.  *See* Dkt. No. 582-1.  As for distribution, the parties agree to publish the revised Q&A on the case website (www.collegeathletecompensation.com) and the website of the National Collegiate Athletic Association (NCAA).  The parties further agree that the publication of the Q&A on the NCAA's website will include a link to the case website.

Given that prospective and current student-athletes are frequently approaching NCAA member institutions with clarifying questions about the settlement, the parties respectfully request the Court's approval to provide NCAA member institutions with a standardized communication that they can provide on request to prospective and current student-athletes.  The proposed communication directs prospective and current student-athletes to the case website and the NCAA's webpage with publication of the Q&A and attaches a copy of the Q&A.  *See* Q&A Communication for NCAA Member Institutions (attached hereto as **Exhibit A**).

## CONCLUSION

The parties respectfully request that the Court issue an Order approving publication of the revised Q&A document (Dkt No. 582-1) on the case website and the NCAA's website and distribution of a standardized communication (Exhibit A) by NCAA member institutions.

SUPP. BRIEF ISO JOINT MOT. FOR APPROVAL
OF ADD'L SETTLEMENT CLASS COMMS.

1

Dated:  December 20, 2024                          Respectfully Submitted,

2

3

**WILKINSON STEKLOFF LLP**                        **COOLEY LLP**

4

By: /s/ Rakesh N. Kilaru_____                 By: /s/ Whitty Somvichian_____
Beth A. Wilkinson (*pro hac vice*)                Whitty Somvichian (SBN 194463)

5

Rakesh N. Kilaru (*pro hac vice*)                 Kathleen R. Hartnett (SBN 314267)
Kieran Gostin (*pro hac vice*)                    Ashley Kemper Corkery (SBN 301380)

6

Calanthe Arat (SBN 349086)                        3 Embarcadero Center, 20th Floor
Tamarra Matthews Johnson (*pro hac vice*)         San Francisco, California 94111-4004

7

Matthew R. Skanchy (*pro hac vice*)               Telephone:  (415) 693-2000

8

2001 M Street NW, 10th Floor                      Facsimile:  (415) 693-2222
Washington, DC 20036                              wsomvichian@cooley.com

9

Telephone:  (202) 847-4000                        khartnett@cooley.com
Facsimile:  (202) 847-4005                        acorkery@cooley.com

10

bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com                     Mark Lambert (SBN 197410)

11

kgostin@wilkinsonstekloff.com                     3175 Hanover Street
carat@wilkinsonstekloff.com                       Palo Alto, CA  94304-1130

12

tmatthewsjohnson@wilkinsonstekloff.com            Telephone:  (650) 843-5000
mskanchy@wilkinsonstekloff.com                    Facsimile:  (650) 849-7400

13

                                                  mlambert@cooley.com

14

Jacob K. Danziger (SBN 278219)

15

**ARENTFOX SCHIFF LLP**                           Dee Bansal (*pro hac vice*)
44 Montgomery Street, 38th Floor                  1299 Pennsylvania Ave. NW, Suite 700

16

San Francisco, CA 94104                           Washington, DC 20004-2400
Telephone: (734) 222-1516                         Telephone:  (202) 842 7800

17

Facsimile: (415) 757-5501                         Facsimile:  (202) 842 7899
jacob.danziger@afslaw.com                         dbansal@cooley.com

18

19

Attorneys for Defendant                           Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC               PAC-12 CONFERENCE

20

ASSOCIATION

21

22

23

24

25

26

27

28

-2-

**SUPP. BRIEF ISO JOINT MOT. FOR APPROVAL
                                                          OF ADD'L SETTLEMENT CLASS COMMS.**

**MAYER BROWN LLP**

By: /s/ Britt M. Miller
Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Christopher J. Kelly (SBN 276312)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

**SIDLEY AUSTIN LLP**

By:  /s/ Natali Wyson
David L. Anderson (SBN 149604)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412
dlanderson@sidley.com

Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
Chelsea A. Priest (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

Attorneys for Defendant
THE BIG 12 CONFERENCE, INC.

-3-

SUPP. BRIEF ISO JOINT MOT. FOR APPROVAL
OF ADD'L SETTLEMENT CLASS COMMS.

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: /s/ Robert W. Fuller
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
101 N. Tryon St., Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
One Market Street, 36th Floor
San Francisco, California 941105
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**LATHAM & WATKINS LLP**

By: /s/ Christopher S. Yates
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

**FOX ROTHSCHILD LLP**

By: /s/ D. Erik Albright
D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

Attorneys for Defendant
THE ATLANTIC COAST
CONFERENCE

-4-

**SUPP. BRIEF ISO JOINT MOT. FOR APPROVAL OF ADD'L SETTLEMENT CLASS COMMS.**

**WINSTON & STRAWN LLP**

By: /s/ Jeffrey L. Kessler
Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
bens@hbsslaw.com

Attorneys for Plaintiffs and the Settlement Classes

-5-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE CERTIFICATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file this Supplemental Brief in Support of Joint Motion for Approval of Additional Settlement Class Communications.  In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  December 20, 2024                            Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By:   */s/ Rakesh N. Kilaru*
        Rakesh N. Kilaru
        Attorney for Defendant
        National Collegiate Athletic Association

-6-

CASE NO. 4:20-CV-03919-CW

SUPP. BRIEF ISO JOINT MOT. FOR APPROVAL
OF ADD'L SETTLEMENT CLASS COMMS.