# EXHIBIT A

[NCAA Member Institution Letterhead]

[Date]

The NCAA, Atlantic Coast Conference, Big Ten Conference, Big 12 Conference, Pac-12 Conference and Southeastern Conference entered into a proposed settlement with the plaintiffs in the *House*, *Hubbard*, and *Carter* cases which has been preliminarily approved.

The lawyers representing the student-athlete classes have established www.collegeathletecompensation.com to provide information about the case and the settlement.  Student-athletes are encouraged to go to that website to obtain more information about the settlement (including a copy of the settlement agreement itself) and/or obtain the contact information of the lawyers representing the student-athlete classes, who can answer questions about the settlement.

To help answer commonly asked questions if the settlement is approved by the Court, the NCAA and the Conferences have drafted the attached question-and-answer document, which the lawyers representing the student-athlete classes and the Court have both approved.  The document may also be found on the case website at [insert case website link] and on the NCAA's website at [insert NCAA link].