# EXHIBIT A

**Subject:** FW: NCAA settlement

**From:** Kessler, Jeffrey <JKessler@winston.com>
**Sent:** Thursday, September 26, 2024 4:53 PM
**To:** Molo, Steven <smolo@mololamken.com>; steve@hbsslaw.com
**Cc:** GZelcs <GZelcs@KoreinTillery.com>; Broshuis, Garrett <GBroshuis@koreintillery.com>; Eric Posner - MoloLamken (eposner@uchicago.edu) <eposner@uchicago.edu>; Greenspan, David <DGreenspan@winston.com>
**Subject:** Re: NCAA settlement

> Thanks for your e-mail. We have been aware of this issue and have raised it with the NCAA. Those discussions are continuing. It is an issue of some individual schools possibly renegging on their commitments to athletes . It does not present any need for separate class counsel.

**From:** Molo, Steven <smolo@mololamken.com>
**Sent:** Thursday, September 26, 2024 12:30 PM
**To:** steve@hbsslaw.com <Steve@hbsslaw.com>; Kessler, Jeffrey <JKessler@winston.com>
**Cc:** GZelcs <GZelcs@KoreinTillery.com>; Broshuis, Garrett <GBroshuis@koreintillery.com>; Eric Posner - MoloLamken (eposner@uchicago.edu) <eposner@uchicago.edu>
**Subject:** NCAA settlement

Gentlemen-

We assume you've been working to address at least some of the issues raised at the last hearing. I know the court invited you to get in touch us and maybe you are planning to do that. But given the time that has elapsed, we decided to reach out to you.
I want to reiterate that we are not here as a nuisance objector looking for a payout. We know you have put a lot of work into getting things to this point and recognize that significant progress has been made. We raise our objections in good faith and with the hope of achieving the best possible outcome for student athletes.
We want to let you know that we've been contacted on behalf of class members who are adversely affected by the settlement's proposed Roster Limits. Teams that are currently over the Roster Limit have to decrease their number of recruits and cut existing team members. Some high school athletes committed to schools for the 2025-2026 school year, but now are being told that their roster spot is being taken away because of the settlement's Roster Limits. By committing, the athletes foreclosed the opportunity to go to other schools that have since filled their rosters with other athletes. So, they are shut out from competing in the 2025-2026 year. This situation highlights the need for separate representation for prospective athletes which was discussed at the last hearing.

We are available to discuss this as well as the other legal defects in the settlement we've identified.

Best wishes,

Steve

**Steven F. Molo**
MoloLamken
430 Park Avenue

1

New York, NY 10022
T:  (212) 607-8160
M: (312) 953-6153
F:  (212) 607-8161
smolo@mololamken.com
www.mololamken.com

---

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.