1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF ADDITIONAL SETTLEMENT CLASS COMMUNICATIONS AS MODIFIED**<br><br>Judge: Hon. Claudia Wilken |

Pending before the Court is the Parties' Joint Motion for Approval of Additional Settlement Class Communications. The Court has considered the motion, response to the motion, and all other papers relating to the motion.

**IT IS HEREBY ORDERED** that:

1. The Joint Motion for Approval of Additional Settlement Class Communications is **GRANTED**.

2. The Parties are permitted to publish the revised question-and-answer (Q&A) document attached to this order as Exhibit A on the case website (www.collegeathletecompensation.com) and the website of the National Collegiate Athletic Association (NCAA). The publication of the Q&A on the NCAA's website shall include a link to the case website. NCAA member institutions also may provide to prospective and current student-athletes the standardized communication filed as Docket No. 586-1.

3. In the future, the parties shall seek Court approval to the extent that they wish to issue any additional guidance to class members.

**IT IS SO ORDERED**.

Dated: December 23, 2024

_____
CLAUDIA WILKEN
United States Senior District Judge