NOAH HENDERSON
340 W DIVERSEY PKWY
APT 2319
CHICAGO, ILL 60657

 

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND CA 94612