United States District Court
Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4

IN RE COLLEGE ATHLETE NIL
LITIGATION                     ,

Case No. 4:20-cv-03919-CW

5

Plaintiff(s),

6

v.

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7

,

8

Defendant(s).

9

10      I, Bonnie K. St. Charles_____, an active member in good standing of the bar of

11      Illinois_____, hereby respectfully apply for admission to practice pro hac

12      vice in the Northern District of California representing: Student-Athlete Objectors (Appendix A) in the

13      above-entitled action. My local co-counsel in this case is William James Cooper_____, an

14      attorney who is a member of the bar of this Court in good standing and who maintains an office

15      within the State of California.  Local co-counsel's bar number is: 304524_____.

16      300 N. LaSalle Street, Suite 5350                    217 Leidesdorff Street
        Chicago, IL 60654                                    San Francisco, CA 94111

17      MY ADDRESS OF RECORD                                 LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18      (312) 450-6706                                       (415) 343-7109

        MY TELEPHONE # OF RECORD                             LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19

20      bstcharles@mololamken.com                           wcooper@conmetkane.com

        MY EMAIL ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23      another State or the District of Columbia, as indicated above; my bar number is: 6339720_____.

24      A true and correct copy of a certificate of good standing or equivalent official document

25      from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

27      preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules. I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 12/20/2024                                       /s/Bonnie K. St. Charles

                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bonnie K. St. Charles is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: 12/27/2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

## <u>APPENDIX A</u>

## STUDENT ATHLETE OBJECTORS

- Sierra Bishop, Oregon State University '22, NCAA Division I Crew Team

- Flannery Dunn, George Washington University '23, NCAA Division I Crew Team

- Grace E. Menke, Yale University '24, NCAA Division I Crew Team

- Mia Levy, Yale University '25, NCAA Division I Crew Team

- Madison Moore, Yale University '25, NCAA Division I Crew Team

- Elise Johnson, Southern Methodist Univ. '22, NCAA Division I Swim and Dive Team

- Georgiana Barr, Yale University '26, NCAA Division I Women's Volleyball Team

- Mila Yarich, Yale University '25, NCAA Division I Women's Volleyball Team

- Rachael Holp, Arizona State University '22, NCAA Division I Swim and Dive Team

- Charlotte Forman, Temple University '18, NCAA Division I Crew Team