The Honorable Claudia Wilken
1301 Clay Street,
Oakland, CA 94612

Re:    Roster Limits in *House v. NCAA*, Case No. 4:20-cv-03919-CW

December 26, 2024

Dear Judge Wilken,

I'm a senior in high school in Northern California, not far from your Honor's courtroom. I write to you anonymously because I'm not sure how this letter will be received by my future college coach. My spot on the team is already uncertain depending on how your Honor rules with respect to roster limits. The letter from John Weidenbach outlined the negative impact roster limits will have on thousands of current student athletes. The numbers are astounding, but Mr. Weidenbach's letter doesn't actually account for everyone who will be affected. **The entire 2025 recruiting class is being affected too, and thousands of us are at risk of having our offers rescinded** if you approve roster limits without any kind of grandfather provision or gradual phase in. I ask that you please read a recent article titled "Proposed NCAA Settlement Threatens Non-Revenue Sports: Roster Caps Jeopardize 25,000 D1 Roster Spots," which can be found here: https://www.si.com/high-school/news/proposed-ncaa-settlement-threatens-non-revenue-sports-roster-caps-jeopardize-25-000-d1-roster-spots-01jfrmymg4m6.

My story is that I'm a female basketball player. I'm not 6 feet tall, I'm not a McDonald's All American, and UConn isn't blowing up my phone. But I'm a leader, I'm a great teammate, and I've worked just as hard as everyone else to prove that I can play basketball at the next level. I was so excited to commit to playing Division I basketball at my dream school long before the settlement was given preliminary approval. Sadly, however, I was recently told that my roster spot is no longer guaranteed if roster limits go into effect next season. Your Honor—I just want to play basketball and earn my degree. I don't have dreams of going pro or making millions of dollars in NIL. I actually want to become an engineer. I consider myself a true student athlete. I have a 4.1 cumulative GPA, took 3 AP classes last semester, made all-league every season, and am currently leading my team in scoring.

I recently read that the NCAA's mission is to "provide student-athletes with the opportunity to participate in sports and compete as a vital, co-curricular part of their educational experience." If that is the NCAA's mission, why are they including roster limits in the settlement? Why are they knowingly ending the careers of so many walk-ons and killing the dreams of so many incoming high school seniors? We are all student-athletes and part of the NCAA's mission, are we not? The article mentioned above rightfully asks—**"Shouldn't the Proposed Settlement Protect All D1 Athletes?"** If the NCAA is worried about being sued, maybe they can give student athletes who are above the roster limits the option to sign waivers in order to join the team. I'll gladly sign any agreement not to sue the NCAA if it means I can play the sport I love at the school I love. **Please remind the NCAA of its mission and eliminate or phase in roster limits**.

Sincerely,

Anonymous High School Senior