

KWAME ETWI
(713) 301-4599
THE UPS STORE #6750
STE 200
3431 RAYFORD RD
SPRING  TX 77386-3649

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 27 DEC 2024

SHIP CLASS ACTION CLERK
TO: RONALD V DELLUMS FEDERAL BUILDING
    1301 CLAY ST

OAKLAND  CA 94612-5599

CA 946 9-03

UPS GROUND
TRACKING #: 1Z Y22 66F 03 0908 7509

BILLING: P/P

15H 13.00F 22D23D EP 49.9V 12/2024

INSPECTED BY

JAN 06 2025

SERVICE



RONALD V DELLUMS FEDERAL BUILDI
1301 CLAY ST
OAKLAND CA 94612

P-METRO2-RO2           1.73E

315-6000

12122DEC0208208 7309
US BANK HPPR 04 3.1 PAYROLL