OKLAHOMA CITY OK 730

6 JAN 2025 PM 5 L



CLASS ACTION CLERK
U.S. DISTRICT COURT FOR
     NORTHERN DISTRICT OF CA
1301 CLAY ST.
OAKLAND CA 94612

94612-520001

Rice, 5117 Deerfield Dr. Edmond OK 73034