DOHA MEKKI
*Acting Assistant Attorney General*
MICHAEL B. KADES
JOHN W. ELIAS
*Deputy Assistant Attorneys General*
DAVID B. LAWRENCE
*Policy Director*
RYAN DANKS
*Director of Civil Enforcement*
MIRIAM R. VISHIO
*Deputy Director of Civil Enforcement*
YVETTE F. TARLOV
*Chief, Media, Entertainment, and Communications Section*
JARED A. HUGHES
*Assistant Chief, Media, Entertainment, and Communications Section*
ERIC D. DUNN (CSBN 312513)
*Assistant Chief, Competition Policy and Advocacy Section*
ANDREW L. KLINE
*Counsel to the Assistant Attorney General*

JAMES H. CONGDON
*Trial Attorney*
U.S. Department of Justice, Antitrust Division
450 Fifth St, N.W., Suite 7000
Washington, DC 20530
Telephone: (202) 538-3985
james.congdon@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF JAMES H. CONGDON IN SUPPORT OF STATEMENT OF INTEREST OF UNITED STATES OF AMERICA**<br><br>Hon. Claudia Wilken |

I, James H .Congdon, declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice. I am a member in good standing of the bar of the State of New York. I have personal knowledge of the

matters discussed in this Declaration. If called upon as a witness in this action, I could and would testify competently thereto.

     2.     Attached as Exhibit 1 is a true and correct copy of an email from Rakesh Kilaru on behalf of the NCAA and Conference Defendants, dated January 14, 2025.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief. Executed this 17th day of January, 2025, in Washington, DC.

                                    */s/ James H. Congdon*
                                      James H. Congdon
                                      Trial Attorney
                                      Antitrust Division
                                      United States Department of Justice
                                      450 Fifth Street NW
                                      Washington, DC 20530
                                      Telephone: (202) 538-3985
                                      james.congdon@usdoj.gov