# EXHIBIT 1

| | |
|---|---|
| **From:** | Rakesh Kilaru |
| **To:** | Congdon, James (ATR); Hughes, Jared A. (ATR); Tarlov, Yvette (ATR) |
| **Cc:** | Chris.Yates@LW.com; MB-Britt Miller; nwyson@sidley.com; "azambrano@sidley.com"; Somvichian, Whitty; "Reilly, Katie"; RB-Robert Fuller; Cali Arat |
| **Subject:** | [EXTERNAL] Follow up re: House settlement |
| **Date:** | Tuesday, January 14, 2025 11:24:20 AM |

Hi James, Jared, and Yvette:

Following up on your phone call last week and our discussions, I am providing the following in writing (and copying the conference counsel who were on our call).

The *House* defendants agree that the *House* settlement does not provide immunity from a later action by DOJ. Defendants do, however, retain all rights to rely on the settlement and potential court approval thereof in any such action, including as a defense to liability.

Thanks,
Rakesh

**Rakesh Kilaru** | Partner
**WILKINSON STEKLOFF LLP**

2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4046 | Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
wilkinsonstekloff.com
Pronouns: He/Him/His

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.