9589 0710 5270 1704 6339 04



**FROM:**
Prof. Michael H. LeRoy
3307 Cypress Creek Rd
Champaign, IL 61822

**TO:**
The Honorable Claudia Wilken
c/o Clerk of the Court
U.S. District Court, Northern District California
1301 Clay St.
Oakland, CA 94612

RECEIVED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Utility Mailer          ReadyPost

CERTIFIED MAIL

Visit **USPS.com** for Shipping Supplies & Services



**PULL TAB TO OPEN**

**93300007
Utility Mailer
10" x 14"** (usable inside dimension)


Please Recycle

**Utility Mailer**

