Lander Dempsey
2810 E College Ave
Unit 303
Boulder, CO 80303



Ronald V. Dellums Federal Building & United States Courthouse
C/O Class Action Clerk
1301 Clay Street
Oakland, CA 94612

RECEIVED
JAN 16 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA