| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| merediths@hbsslaw.com | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin J. Siegel (SBN 256260) | sviebrock@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | |
| 715 Hearst Avenue, Suite 300 | Jeanifer E. Parsigian (SBN 289001) |
| Berkeley, CA 94710 | WINSTON & STRAWN LLP |
| Telephone: (510) 725-3000 | 101 California Street, 34th Floor |
| bens@hbsslaw.com | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| *Class Counsel for Plaintiffs* | jparsigian@winston.com |
| [Additional counsel on signature page] | *Class Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br> **PLAINTIFFS' NOTICE OF FILING OF REDACTED MATERIALS REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. Claudia Wilken |

PLEASE TAKE NOTICE that Plaintiffs in the above-referenced action hereby submit redacted versions of documents filed regarding Plaintiffs' Motion for Class Certification, as follows:

| Ex. | Document | Original ECF No. | Public / Redacted |
|---|---|---|---|
| 1 | Expert Report of Daniel A. Rascher | 209-2 | Redacted |
| 2 | Expert Report of Edwin S. Desser | 209-3 | Redacted |
| 3 | Plaintiffs' Reply Memorandum in Support of Motion for Class Certification | 290 | Redacted |
| 4 | Exhibit 61 to the Declaration of Steve W. Berman in Further Support Plaintiffs' Motion for Class Certification and Appointment of Hagens Berman Sobol Shapiro LLP as Co-Lead Class Counsel | 290-1 | Public |
| 5 | Expert Reply Report of Daniel A. Rascher | 290-2 | Redacted |
| 6 | Reply Report of Edwin S. Desser | 290-3 | Redacted |
| 7 | Plaintiffs' Opposition to Defendants' Motion to Exclude the Opinions, Reports, and Testimony of Edwin Desser and Dr. Daniel Rascher | 292 | Redacted |

-2-

| | |
|---|---|
| DATED: January 23, 2025 | Respectfully submitted, |
| By  */s/ Steve W. Berman* | By   */s/ Jeffrey L. Kessler* |
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | **WINSTON & STRAWN LLP** |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| Facsimile: (206) 623-0594 | New York, NY 10166-4193 |
| steve@hbsslaw.com | Telephone: (212) 294-6700 |
| emilees@hbsslaw.com | Facsimile:  (212) 294-4700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | sviebrock@winston.com |
| 715 Hearst Avenue, Suite 300 | nvyas@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| Facsimile:  (510) 725-3001 | Drew H. Washington (SBN 350107) |
| bens@hbsslaw.com | **WINSTON & STRAWN LLP** |
| | 101 California Street, 34th Floor |
| Jeffrey L. Kodroff (*pro hac vice*) | San Francisco, CA 94111 |
| Eugene A. Spector (*pro hac vice*) | Telephone: (415) 591-1000 |
| **SPECTOR ROSEMAN & KODROFF, PC** | Facsimile:  (415) 591-1400 |
| 2001 Market Street, Suite 3420 | jparsigian@winston.com |
| Philadelphia, PA 19103 | dwashington@winston.com |
| Telephone: (215) 496-0300 | |
| Facsimile:  (215) 496-6611 | *Class Counsel for Plaintiffs* |
| jkodroff@srkattorneys.com | |
| espector@srkattorneys.com | |
| | |
| *Class Counsel for Plaintiffs* | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: *_/s/ Steve W. Berman_*
STEVE W. BERMAN