

FROM:
David Kasemervisz - davidkaz
459 Laguanita Drive
c/o Stanford Tresidder Pck Ctr
Stanford, CA 94305

TO:
Ronald V. Dellums Federal
Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA, 94612



