1/19/25

The Honorable Claudia Wilken
United States District Court
Northern District of California

**FILED**

JAN 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919

Dear Judge Wilken,



I'm writing this letter anonymously because I'm terrified of being singled out. I am a D1 college junior and like so many other student-athletes, I feel like I'm barely hanging on right now. The situation surrounding Grant House vs. the NCAA roster limits has thrown our lives into chaos, and I need to speak up—even if I have to do it without revealing who I am. The amount of people who are against this but are scared to speak up is huge. There is a Change.org petition which has collected nearly 1,500 signatures of people who are all opposed to the roster limits and every athlete I speak to is against it. Grant House himself said that he is opposed to roster limits and was never consulted!

The proposed roster cuts, affecting up to 25,000 athletes (according to SI.com), are devastating. What's normally just part of managing teams in college sports has turned into something much bigger because of this case. These cuts aren't normal—they're happening because of this legal battle, and they're not just about rosters. They're about our futures, our scholarships, and our dreams.

From what I've learned, this case doesn't seem to be about helping athletes like me. It feels more like a way for a few people, like attorneys Berman, Kessler and others, to cash in. They're asking for nearly $700 million, and it feels like we—25,000 athletes—are just collateral damage in their fight for that payout. At the same time, they're pushing for rules that limit our opportunities and earnings. It's hard to see how this is in our best interest.

What makes it worse is how little we've been told. Information is trickling out so slowly, it almost feels like it's designed to keep us quiet. We've had no clear communication from coaches, no way to voice our concerns, and no say in the decisions that could completely derail our lives.

I came to my university, like so many others, with big dreams. I left home, took on financial sacrifices, and worked hard to balance school, athletics, and everything else. Now, because of this case, everything feels like it's up in the air. These cuts aren't part of the normal ups and downs of college sports—they're happening because of this legal case. None of us were asked for our opinions or given a chance to weigh in.

The impact of these decisions is enormous. Degrees will be delayed or never attained, scholarships lost, and athletic careers ended. And for what? So a few people can walk away

with millions while we're left picking up the pieces of their decisions? It's heartbreaking and unfair.

Please think about what this means for us, the athletes. We're not just numbers on a roster— we're people with dreams, goals, and futures that are being put at risk. I'm writing anonymously because I feel scared and powerless, but I hope my words can make a difference.

Thank you for taking the time to listen and consider what's happening to us.

Sincerely,
A Concerned Student-Athlete

DES MOINES IA 500

21 JAN 2025 PM 4 L

Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

RECEIVED

JAN 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94612-520001