The Honorable Claudia Wilken

1301 Clay Street

Oakland, CA 94612

20-CV-03919 CW

FILED
JAN 27 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Wilken,

I am writing to you on behalf of so many D-1 swimmers that are losing their spot on the team due to the new roster caps.

My son, William Woodall, has been a swimmer for the University of Utah since 2023. He is now a sophomore. He has already been told that he will be cut for next season. He made the decision to relocate from Texas to Utah based on his opportunity to swim for the team. Although out of state tuition was steep, he loves the sport of swimming and based his school choice on the promised opportunity to swim and develop as a student athlete during the next four years.

He has bonded with his teammates and coaches and loves the sport. He was originally told by the coaches that they see him as a swimmer who will reach his real potential as a junior or senior in college. It was an exciting prospect for him and all of us who have watched his swimming for years. Now he has been told by the coaches that they just don't have the time they had hoped to have to help him develop and reach his potential, due to the need to cut so many from the roster.

William would have chosen a different education path, if he had not signed an NLI agreement to swim with Utah for four years. He has made great sacrifices to swim and represent the school, as we, his family have also.

I am extremely concerned for the mental health of these swimmers who have dedicated so much of their young lives to their sport and made decisions and career choices based around being a student athlete. For so many of them, my son included, swimming is a huge part of their identity.

No longer being able to participate in the sport they love, with their teammates will be a huge blow to their lives and will affect them for years to come. I am pleading with you to allow a grandfather clause to be added for the athletes/swimmers who have already made commitments to their school and teams.

So many young athletes futures are being cut short after already making so many sacrifices to get to be part of a D-1 athletic program. The majority of these swimmers are doing it for the love of their sport and the desire to be part of their team representing their school.

Please consider the athletes that are losing so much, after already committing so much of their life to get to the place they are now.

We are asking for your help.

Thank you,

Sincerely,

*Mrs. De Ann Woodall-Watson* (signature)

Mrs. De Ann Woodall-Watson

Wadal
10706 Cypresswood Lake Dr
Spring TX 77373

HOUSTON TX RPDC 773

The Honorable Claudia Wilken
1301 Clay Street
Oakland, CA 94612

RECEIVED
JAN 27 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

