Jelena Sever

6909 Pineberry Ridge

Franklin, WI 53132

NCAA ECID: 1506215842

*In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919)

**FILED**

**JAN 27 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whom this may concern

My name is Jelena Sever, and I played women's soccer at the University of Wisconsin Milwaukee from 2018 to 2021. I writing to you regarding the ongoing NCAA court case, College Athletic NIL Litigation.



1. During my time at the University of Wisconsin Milwaukee (UWM) my name, image, and likeness were used the most when I broke the NCAA record for fastest goal in 2021, among men and women. The video of my goal was plastered on social media, TV, radio, and even in magazines like Sports Illustrated. It was the No. 4 spot on ESPN SportsCenter "Top10 Plays of the Day." The video appeared on Good Morning America as "Play of the Day." The accompanying ESPN and ESPNW Instagram post went viral and been liked over 650,000 times. The ESPN tweet has been viewed over 375,000 times and liked over 8,150 times, totaling over 1,000,000 engagements between the two. Adding to that the video is uploaded to Facebook and the NCAA twitter and Instagram. There are numerous websites online that include Yahoo Sports, USA Today, and YouTube to name a few that have uploaded the video and used my NIL. These numbers/interactions are all from 2021 alone. This video can be found by simply Googling my name or researching the fastest NCAA soccer goal scored. The number of views from 2021 to now have increased. I was never asked if my NIL could be used before uploading this video on any of these platforms. I was a full-time student athlete on a full ride scholarship at UWM. I have not benefited financially from this recording breaking moment in my college career.

2. While attending UWM, I was never provided any guidance to find NIL deals when NCAA allowed student athletes to be paid. The opportunity never presented itself and I find it unfair that from this pre-determined settlement, I would only receive about $280.

I would like to speak at the final hearing.

*Jelena Sever*

Jelena Sever    *Jan 22, 2025*

Jelena Sever
6909 W. Pineberry Ridge
Franklin, WI 53132

22 JAN 2025   PM 2  L

Ronald V. Dellums Fed Bldg + US Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

RECEIVED

JAN 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94612-522529