Senior District Judge Claudia Wilken
c/o Class Action Clerk
Ronald V. Dellums Federal Building and U.S. Courthouse
1301 Clay Street
Oakland, CA 94612

**FILED**

JAN 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20-CV- 3919 CW

January 21, 2025

**RE: House vs. NCAA Decision**

Dear Judge Wilken,

We are writing as the parents of a Division I "Olympic sport" non-revenue athlete. Our daughter, a freshman at Ohio University within the Mid-American Conference, was a member of the women's soccer team. Unfortunately, due to the roster limitations implemented as part of the proposed settlement in *House v. NCAA* (reducing women's soccer rosters from an average of 32 to 28), she has been informed—in a manner both unceremonious and unnecessarily harsh—that she will no longer have a roster spot for the 2025-2026 season. This decision not only removes her from the team she has dedicated herself to but also significantly impacts her academic and athletic future, as the loss of her roster spot includes the forfeiture of her athletic scholarship, which our family depends on to support her education.

This outcome starkly contrasts with the NCAA's mission statement to provide "a world-class athletics and academic experience for student-athletes that fosters lifelong well-being." The proposed settlement fails to uphold this mission, creating harm for thousands of current student-athletes by eliminating their opportunities, including the loss of scholarships that many families rely on and the diminished morale of athletes who have devoted years of training and commitment to their sports, while disproportionately benefiting a smaller subset of athletes.

For our daughter and thousands of other affected athletes, the collegiate athletic experience represents years of dedication, training, and commitment. Stripping away these opportunities deprives them not only of the chance to compete but also of the personal growth, academic support, and lifelong benefits that come with being part of a team. The disproportionate harm suffered by these athletes highlights a critical failure in the settlement's representation of their interests during negotiations.

We respectfully urge the court to reconsider the terms of this settlement by implementing adjustments that safeguard current rostered athletes in non-revenue sports, such as preserving existing roster sizes or creating alternative funding mechanisms that do not require cutting athletic opportunities. Ensuring equitable treatment for all Division I athletes requires a resolution that protects scholarships, maintains access to competition, and upholds the NCAA's mission of fostering lifelong well-being for all student-athletes. These student-athletes deserve better representation and a resolution that aligns with the principles of fairness and inclusion.

Thank you for your attention to this matter.

Sincerely,

Megan Lang and Kevin Lang
Parents of a Division I Student-Athlete

kml2738@gmail.com  or 724-316-9287

LANG
654 Ryland Drive
Pittsburgh, PA 15237

CERTIFIED MAIL®



*Retail*

9589 0710 5270 2337 0483 70

RDC 99

U.S. POSTAGE
FCM LETTER
INGOMAR, PA 15127
JAN 21, 2025


94612

**$8.20**

S2324P506228-04

RECEIVED

JAN 27 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Senior District Judge Claudia Wilken
c/o Class Action Clerk
Ronald V. Dellums Federal Building
         and United States Court house

1301 Clay Street   SUITE 400-S
Oakland, CA  94612

94612-522529

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE