# APPENDIX H

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| **IN RE: COLLEGE ATHLETE NIL LITIGATION** | Case No. 4:20-cv-03919-CW |
| | **DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES** |
| | Hon. Claudia Wilken |

1        1.      My name is Rodney D. Fort.  I am Professor Emeritus of Sport Management at the

2   University of Michigan.  Before coming to Michigan, I was a Professor of Economics at

3   Washington State University.  My primary field of teaching and research is the economics of

4   sports, and my secondary fields are microeconomic theory and environmental and resource

5   economics.  I am the author or editor of seven scholarly books in sports economics and of over

6   100 articles, most of which are in the same field.  Among these publications are *Sports

7   Economics* (a textbook that had three editions); *Economics of College Sports*, co-edited with

8   John Fizel; and *15 Sports Myths and Why They Are Wrong*, co-written with Jason Winfree (seven

9   of the myths pertain to college sports).  I have submitted testimony in several prior proceedings,

10  including before the New Zealand Commerce Commission on the effects of salary caps in

11  professional rugby and the U.S. Senate Subcommittee on Antitrust and Monopoly on competitive

12  balance in baseball.  My complete curriculum vita is included in Appendix A.

13       2.      My name is Roger G. Noll.  I am Professor Emeritus of Economics at Stanford

14  University.  My primary field of teaching and research is industrial organization, which deals

15  with the study of product markets and policies targeted at specific markets and which includes

16  sports economics and the economics of antitrust.  I am the author or editor of nineteen books and

17  over 400 articles and reviews, many of which deal with sports economics and/or antitrust

18  economics.  Among these publications are *Government and the Sports Business* (the first

19  comprehensive book on the economics of professional sports in America);  *Sports, Jobs and

20  Taxes*, co-edited and partly co-written with Andrew Zimbalist; "Collusion in College Sports:

21  O'Bannon v. NCAA" in *The Antitrust Revolution*, edited by John E. Kwoka and Lawrence J.

22  White;  and "Sports Economics on Trial:  Alston v. NCAA" in the *Journal of Sports Economics*.

23  I have testified before congressional committees investigating the sports industry and in

1
**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF
CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

deposition and/or at trial in several antitrust cases involving sports, including *Alston v. NCAA* and *O'Bannon v. NCAA*.  My complete curriculum vita is included in Appendix B.

**ASSIGNMENT**

3.      We have been asked by Michael Hausfeld, Chair Emeritus to the law firm Hausfeld, to write a declaration summarizing the results of our independent economic analysis and evaluation of the proposed settlement of *House v. NCAA*, *Hubbard v. NCAA* and *Carter v. NCAA* (collectively "the House Settlement").  Specifically, we have been asked our opinion on whether the policies and rules described in the proposed settlement impose only reasonable restrictions on competition among the member schools and conferences of NCAA Division 1 for the athletic services of college athletes.  In formulating our opinions, we relied upon the proposed settlement agreement, the *NCAA Division 1 2024-25 Manual*, the extensive research literature on the economics of college sports, and public information from the NCAA and the news media that is relevant to our inquiry, as cited in the footnotes and Exhibit 1.

4.      We are not being compensated by either the Hausfeld firm, any party to this litigation, or anyone else for either writing this report or undertaking any of the research on which it is based.  Our sole interest in preparing this declaration is to assure that the ultimate outcome of this litigation is based on valid economic analysis and imposes no unreasonable restrictions on markets for the athletic services of Division 1 athletes.

**INTRODUCTION AND SUMMARY**

5.      The proposed "Amended Stipulation and Settlement Agreement" of *In re: College Athlete NIL Litigation* has two components.  First is a procedure for calculating payments to members of three damages classes that collectively include all athletes who participated in NCAA Division 1 sports at any time between June 15, 2016, and September 15, 2024.  Second is

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

the "Injunctive Relief Class Settlement" (IRCS), which describes proposed changes in NCAA policies and rules that would cap the total amount that a Division 1 college can spend annually on compensation of all future athletes in Division 1 sports at 51 percent of the average "shared revenue pool" among defendant schools for ten years after the IRCS is adopted.

6.    This report deals with the second component of the settlement, the IRCS.  Herein we apply the current body of research and available public data on the economics of sports to assess the impact of the reforms proposed in the IRCS on the economic welfare of future Division 1 athletes.  We find that the IRCS would impose unreasonable restrictions on the ability of future Division 1 athletes, individually and collectively, to benefit from competition for their athletic services.  This section of the declaration summarizes our main conclusions; the basis for these conclusions is explained in the remainder of this report.

7.    Our principal conclusion is that the IRCS imposes five unreasonable restrictions not only on the athletes who will aspire to participate in Division 1 intercollegiate athletics for the next decade, but also on many colleges that have Division 1 intercollegiate athletic programs.  These restrictions prevent college athletes from being compensated for producing important benefits, financial and otherwise, that defendants derive from college sports.  These restrictions are unreasonable because they are based on the false premise that the revenues that are derived directly from college sports are a reasonable basis for setting a single salary cap for all sports collectively at all Division 1 colleges.  These restrictions are unnecessary because they are based on the false premise that universities are unable to control only one category of expenditures on college sports, the compensation of athletes, but not other costly categories, such as facilities, coaches and athletic administration, let alone all the other departments and programs they run.

8.    First, the IRCS caps compensation of athletes at each Division 1 school at 51 percent of

the average revenue that defendant colleges receive from seven sports-related sources. The basis for using 51 percent of the average shared revenue pool is that major professional sports leagues in North America spend roughly half of their sports-related revenues on compensation of athletes. If this benchmark were valid, which, as explained elsewhere, it is not, the shared revenue pool in the IRCS still would be inadequate because it excludes revenues that are included in the shared revenue pool of professional leagues. Examples are revenues from concessions, parking, programs, gambling, sports-related business ventures (e.g., camps), and the imputed value of some complimentary tickets.

9. Second, if the excluded direct revenue categories were added to the IRCS shared revenue pool, the IRCS compensation cap still would be inadequate because it does not include sports-related revenues that are not available to professional leagues but that, in a competitive player market, would be likely to affect the amount of compensation that colleges would pay their athletes. With one disputed exception,[1] all Division 1 universities are non-profit entities. Non-profit status gives colleges access to sources of revenue that are not available to professional sports leagues. An example is tax-exempt contributions to the athletics program that qualify donors for access to premium seating areas and special events, which is functionally equivalent to fees levied by professional teams that grant access to such amenities as luxury boxes, premium seating areas, and private clubs. Other examples are appropriations from governments, especially payments that are based on enrollment, and student fees, which functionally are forms of sponsorships for values that these benefactors derive from a school's athletics program.

---

[1] The possible exception is Grand Canyon University (GCU), a non-profit entity that contracts with for-profit Grand Canyon Enterprises (GCE) for most of its operations. The President of GCU also is the CEO of GCE. GCU and the U.S. Department of Education are litigating the validity of a decision by former Secretary of Education Miguel Cardona to deny GCU's request for designation as a non-profit entity (*Grand Canyon University v. Miguel Cardona*, U. S. Court of Appeals for the Ninth Circuit, Case No. 23-15124, November 8, 2024).

4

DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES

10.     Third, the benchmarks for player compensation that the IRCS adopts are from leagues that operate under collective bargaining agreements (CBAs). These CBAs cover more issues than the procedures for calculating and enforcing the salary cap, many of which provide substantial value to athletes. Examples are minimum salaries, minimum total compensation (a floor as well as a cap), limits on disciplinary punishments, grievance procedures, free agency rules (parallel to transfer portal rules in NCAA Division 1), and anti-collusion rules. The IRCS does not include provisions that deal with these other or similar issues and so is of less value to athletes than an agreement having the same salary cap as the IRCS plus these other provisions.

11.     Fourth, the IRCS imposes a governance structure on college sports that limits the ability of future athletes to pursue otherwise legal means to advance their economic interests, such as by forming a union, filing further antitrust challenges against the NCAA, or seeking other benefits to workers that arise if they are found to be employees. The IRCS requires acquiescence by plaintiffs to defendants' quest to prevent college athletes from seeking employee status and, thereby, the ability to pursue rights granted to employees under labor laws, including the right to unionize and to be paid the minimum wage. Athletes in professional leagues face no comparable restrictions on their participation in regulatory, legal or political affairs.

12.     Fifth, a fundamental undesirable feature of the IRCS is that it caps the accounting cost of the compensation of athletes as a fraction of revenue in an industry in which neither accounting costs nor revenues have much meaning as measures of the value of either athletics programs or the compensation of athletes. For example, the rules regarding permissible increases in the number of athletic scholarships are expressed as a dollar cap of $2.5 million on spending for new scholarships, rather than simply an increase in the number of allowed scholarships. The problem with this approach is that the accounting cost of a scholarship is varies from roughly $20,000 at

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

the least expensive state colleges to over $90,000 at many private research universities, allowing

some schools to create over 100 new scholarships while others can create fewer than 30.

13.     The remainder of this objection explains in greater detail the basis for these conclusions.

**ECONOMIC EVALUATION OF THE SETTLEMENT**

14.     The IRCS allows Division 1 schools to increase the total amount of compensation that is

paid to college athletes above the pre-Alston cap[2] by 22 percent of the average "shared revenue

pool" [IRCS Article 3 Section 1(c)] among "autonomy" schools (currently the Power Four

conferences plus Notre Dame).  This change creates a salary cap[3] for athletes at each Division 1

college that the parties assert is comparable to the salary caps in major league professional

sports[4] in that compensation of athletes accounts for roughly 50 percent[5] of all sports-related

revenue that is collected by each of the four major pro leagues and its teams.

15.     While the IRCS would increase the cap on compensation of college athletes, the proposed

---

[2] The pre-Alston cap is all compensation paid by a Division 1 university to athletes in NCAA sports that was permissible under the NCAA rules in place before the final outcome in *Alston v. NCAA*.  This pre-Alston amount excludes education-related benefits that were made available after the *Alston* decision.  Going forward, all so-called "Alston benefits" must be paid from the increment in allowed compensation from the shared revenue pool.

[3] Prior NCAA rules for restricting compensation of college athletes had an implicit salary cap equal to the sum of three components: (1) the number of scholarships permitted for every sport multiplied by the value of a full cost-of-attendance scholarship; (2) compensation from the Student Assistance Fund (for details, see https://ncaaorg. s3.amazonaws.com/ncaa/finance/d1/ 2024D1Fin_RevenueDistributionPlan.pdf, pp. 14-16.); and (3) benefits "incidental to participation" that are exceptions to amateurism rules, including prizes for playing in conference and national championships (see Operating Bylaw 12.1.2.1-4, NCAA Division 1 2024-2025 Manual, https://www.ncaapublications.com/productdownloads/D125.pdf).

[4] "Division I college athletes will now be eligible to receive benefits collectively approximating 51% of future athletic revenues—comparable to professional sports."  Plaintiffs Supplementary Brief in Support of Motion for Preliminary Settlement Approval, September 26, 2024, p. 1. Because the shared revenue pool at each Division 1 institution is not remotely close to any publicly available data on college sports finances, we are unable to authenticate whether the IRCS salary cap is approximately half of the shared revenue pool, but even if it is, the cap is not comparable to salary caps in professional sports leagues for reasons explained in the text.

[5] The precise fraction of revenue allocated to the shared revenue pool differs among professional leagues and within a league varies among categories of revenues.

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

1  shared revenue pool is far less than the revenue that college athletes generate for defendants for

2  four reasons.  First, the IRCS shared revenue pool excludes sources of revenue that are included

3  in the shared revenue pools of professional leagues.  Second, for no explicitly stated reason the

4  IRCS shared revenue pool excludes sources of sports-related revenue that are available to

5  colleges due to their status as either private or government non-profit educational institutions but

6  that are not available to professional teams and leagues.  Third, a large fraction of the

7  compensation that the IRCS would cap is not derived from a market process, as is compensation

8  of professional athletes, but instead consists of in-kind benefits valued at internal transfer prices

9  that are both paid for and received by the university (examples are tuition and fees and on-

10  campus room and board charges).  Fourth, CBAs in professional sports contain many provisions

11  that benefit athletes but are not included in the IRCS, such as provisions that establish minimum

12  salaries and guarantee that total player compensation is near the cap.  These four attributes make

13  the IRCS less valuable to college players than a professional CBA with a superficially similar

14  salary cap at 51 percent of a standard professional shared revenue pool.

15  *The Professional CBA Benchmark*

16  16.    Because salary caps in major league professional sports serve as benchmarks for the

17  IRCS, a useful starting place for evaluating the IRCS is to compare its content with the content

18  of these CBAs.  The NBA and NFL CBAs[6] are the best professional benchmarks for the IRCS

19  because men's basketball and football generate substantially more revenue than other college

20  sports and because the NBA and NFL also have salary caps based on average total sports-related

---

[6]  The 2023 NBA CBA is accessible at:  https://imgix.cosmicjs.com/25da5eb0-15eb-11ee-b5b3-fbd321202bdf-Final-2023-NBA-Collective-Bargaining-Agreement-6-28-23.pdf.  The 2020 NFL CBA is accessible at:  https://nflpaweb.blob.core.windows.net/website/PDFs/CBA/March-15-2020-NFL-NFLPA-Collective-Bargaining-Agreement-Final-Executed-Copy.pdf.

DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF
CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES

revenues among teams in the league.

***The Complexity Gap***

17.    A striking difference between the IRCS and CBAs is in their length and complexity.  The IRCS weighs in at 82 pages, consisting of 32 pages of double-spaced main text, a 45-page appendix that describes the NCAA's mandatory Membership Financial Reporting System (MFRS), and 5 pages in another appendix that contains new roster limits for all Division 1 sports to replace the current scholarship limits.  By comparison, the NBA CBA consumes 676 pages, including a 24-page Table of Contents, 560 single-spaced pages of main text, and 92 pages of exhibits.  The NFL CBA has 455 single-spaced pages, including 15 pages for the Table of Contents, 334 pages of main text, and 106 pages of appendixes.

18.    The documents differ in length for two reasons.  First, for topics covered in both the IRCS and CBAs, the provisions in the latter are much longer and more detailed.  Second, the CBAs address many other issues concerning the relationship between a league and its players that the IRCS does not mention.  The second category includes minimum salaries, various non-salary benefits and working conditions.  These issues are mandatory issues for collective bargaining, so excluding them from the IRCS enables the NCAA to continue to exercise unilateral control of these issues as long as athletes do not achieve employee status and unionize.

19.    The importance of these differences arises because the value of a CBA to a professional athlete is the net effect of all of provisions, reflecting the fact that during the negotiation of a CBA a party will make concessions on some terms in return for better outcomes on other terms.  Hence, a CBA is not a valid benchmark for the IRCS unless all provisions in the CBA that are not part of the ICRS deliver no net benefits to athletes.  Obviously, having a say in determining minimum pay, working conditions and non-salary benefits is of value to athletes.

20.     An especially important example of a topic that CBAs cover in greater detail than the IRCS is the description of the sources of revenue that are included in the shared revenue pool.  In the IRCS this topic fills slightly more than one double-spaced page of the main text and a five-page table in the appendix on financial reporting.  The corresponding part of the NBA CBA [Article VII Section 1(a)] occupies 34 single-spaced pages, while the corresponding part of the NFL CBA [Article 12 Section 1(a)] fills 15 single-spaced pages.  The detail in CBAs arises because the extent to which revenue is derived from playing games is often difficult to ascertain and so requires a bargained agreement to anticipate and resolve ambiguities and disagreements.

21.     An illustration of the differences in details in describing the shared revenue pool is the treatment of complimentary tickets in calculating ticket sales.  Teams give away tickets for multiple purposes, including promotion and marketing, public relations, charitable contributions, in-kind compensation of employees, facilitation of other business relationships, and *de facto* bundles of tickets with other products.  Some of these uses may not plausibly be a source of value to team owners beyond a promotional effect on future ticket sales, which would be captured later as sports-related revenue when it occurs.  Other uses of free tickets may deliver value that is not captured in either present or future sports-related revenue, such as making free tickets part of the compensation of employees.  And whether a free ticket has an opportunity cost to a team depends on whether the team normally sells all or most tickets and whether the recipients of free tickets would be likely to pay to attend the game were free tickets not given.  In a competitive player market, athletes would be compensated for free tickets that create value for team owners, so these tickets should be counted as a component of sports-related revenue.

22.     In professional sports that use shared revenue pools to define salary caps, management and unions negotiate how complimentary tickets will be treated in calculating revenues from

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

ticket sales. The NBA and NFL CBAs describe how different types of complimentary tickets are accounted for in the shared revenue pool. For example, the CBAs in the NBA [Article VII Section 1(a)(1)(i)] and NFL [Article 12 Section 1(a)(2)(D)] limit the number and purposes of complimentary tickets that are excluded from revenues. The IRCS measures ticket revenues as sales receipts and mentions complimentary tickets only once (MFRS, p. 28) in the context of assuring that all tickets are allocated among sold, complimentary and unsold tickets.

***CBA Provisions that Are Not Mentioned in the IRS***

23.    The benchmark CBAs contain numerous provisions that are not mentioned in the IRCS but that would be valuable to college athletes if they were part of the IRCS.

24.    One important provision in the CBAs that is not mentioned in the IRCS is minimum salary guarantees. The salary caps in both the IRCS and the CBAs set a maximum value for the compensation of athletes, but nothing in the IRCS establishes a floor for such compensation. The IRCS explicitly states that schools and conferences "shall unilaterally decide/determine whether and how much of any benefits newly permitted by this Injunctive Relief Settlement to provide to any individual Division 1 student-athlete (up to the pool amount)."[7]

25.    Two provisions of the CBAs establish a salary floor. One is the minimum individual salary (NBA CBA Article II Section 5, NFL CBA Article 26 Section 1). The other is a floor on total compensation of all athletes (NBA CBA Article VII Section 2, NFL CBA[8] Article 12 Sections 8-9). The CBAs also have numerous other provisions setting floors on compensation,

---

[7]  IRCS Article 3 Section 2.

[8]  The NFL team and league floor pertain to cash compensation whereas the salary cap is based on annual accounting costs. The most important difference between these rules is that signing bonuses are amortized over the years covered by the contract for the purpose of determining compliance with the annual salary cap but are counted in full in the year they are paid for the purpose of enforcing the minimum cash compensation floor.

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

such as provisions on compensation for players who are cut because they are injured, are not on the regular playing roster, or are signed to short-term contracts.

26.     The IRCS has no such guarantees, as it must if schools that have no athletic scholarships (e.g., the Ivy League) are going to remain in Division 1. But this accommodation is purchased at the price of not affording the protection of a minimum pay floor to athletes who attend Division 1 schools with sports programs that are more commercialized than the Ivy League, including the defendants. Ultimately the cause of this problem is the decision to produce a common salary cap formula that applies to all NCAA sports and all Division 1 conferences, which is a much more heterogeneous group of athletes and teams than single-sport players in a professional league[9] or even all athletes in the autonomy group (the defendants). Regardless of the merits of having a salary floor in the IRCS, the value of the IRCS to athletes is lower because no floor is included.

27.     Another issue that is addressed in CBAs but not in the IRCS is procedures for dealing with and punishing violations of behavioral rules. Article VI of the NBA CBA ("Player Conduct") and Articles 42 ("Club Discipline") and 46 ("Commissioner Discipline") define areas in which players are subject to behavioral rules while participating in either team activities or private life and set forth maximum punishments for violating these rules. The behavioral provisions deal with conduct ranging from minor transgressions (e.g., establishing maximum

---

[9]  One does not observe any CBAs for multiple professional sports, so the NBA and NFL CBAs are not useful for assessing whether the IRCS reasonably accommodates all NCAA Division 1 sports. Most sports at most Division 1 colleges generate little revenue, so that revenue (or profit) cannot possibly be the source of value such sports bring to a college. Hence, a compensation system based on revenues cannot possibly reflect accurately the value that athletes in these sports create for their colleges. For example, the prospect of donations from a few benefactors may be sufficient to cause a college to support a minor sport, but such charitable contributions are not part of shared revenue in the IRCS. Likewise, adding a minor sport may attract more applications from athletes who engage in that sport, thereby increasing demand to attend the school, but none of the benefits arising from greater demand – greater enrollment, higher tuition, increased state appropriations – are included in the shared revenue pool.

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

fines of $2,999 in the 2024 season for throwing a football into the stands and $5,000 for failing to attend an instructional meeting on the "business of basketball") to penalties for engaging in violence, which can involve both large fines and suspensions from the team. Both CBAs also contain provisions setting forth grievance procedures for challenging disciplinary actions by a team or the Commissioner. The IRCS contains no similar provisions, even though the NCAA and conferences all retain roles in disciplining college athletes for violating NCAA rules with respect to recruitment and compensation as well as behavior on and off the field of play.

28.    Both CBAs also contain lengthy provisions that deal with free agency – the circumstance in which a player is allowed to negotiate a player contract with multiple teams simultaneously. The parallel to free agency in college sports to is the "transfer portal" – designated times when college athletes in a given sport are allowed to announce their interest in changing schools and to negotiate the compensation they will receive if they transfer. The absence of any provisions in the IRCS regarding transfers is potentially of great significance because it gives college athletes no role in the design and operation of the transfer system.

***Anticompetitive Effect of Proposed Scholarship Caps***

29.    In one domain the IRCS is more complex than the benchmark CBAs. An important difference between the IRCS and professional CBAs is that the former covers all NCAA Division 1 sports, whereas each of the latter applies to only one professional sport. In so doing, the IRCS creates competition among teams in different sports for roster slots and salary budgets in a way that advantages public universities at the expense of private colleges. This outcome arises due from two features of the IRCS. First, the existing scholarship cap for each sport is increased substantially by expanding the number of scholarships allowed to a far greater number than any school would offer. Second, the increase in the budget for scholarships is capped at

$2.5 million [Article 3 Section 3(b)], which causes the number of permitted new scholarships to vary enormously among colleges.

30.    The problem that is created by this restriction arises because the face value of a scholarship differs greatly among Division 1 colleges.  Consequently, the permitted increase in the number of athletes varies substantially among schools due to differences in their cost of attendance.  The resulting distortion in the market for Division 1 athletes is new – it does not exist in the pre-settlement world in which the number of scholarships, not their aggregate value, is capped.  Thus, under the old rules all schools could have the same number of scholarships regardless of the sticker price of attending the university.

31.    A simple numerical example illustrates the point.  Suppose two colleges that compete in FBS, one private and one public, are located in the same metropolitan area.  Assume that the incremental cost of admitting one more student is the same at both colleges, but that the public university receives a state subsidy of $12,000 for each student that enrolls.  Due to the subsidy, tuition and fees are $25,000 at the public college but $37,000 at the private college, causing full cost of attendance to a student to be $60,000 at the private college and $48,000 at the public college.  With total spending on new scholarships capped at $2.5 million, the public college can add the equivalent of 52.1 full COA scholarships, but the private college can add only 41.7.

32.    The IRCS proposes to increase the scholarship limit for football by 20.  If the drive to remain competitive in the most financially lucrative sport leads both schools to add 20 football scholarships, the private school will have 21.7 scholarships left for all other sports compared with 32.1 for the public college.

33.    The preceding example does not take into account another feature of college finances:  at public colleges in-state students pay lower tuition than out-of-state students.  If out-of-state

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

students pay the same tuition at both colleges, the public college has an incentive to give its new scholarships to in-state students in order to maximize its numerical advantage in incremental scholarships over its cross-town rival. For athletes from states supplying a large number of FBS football players to colleges in other states, this feature of the IRCS causes anticompetitive harm by reducing the intensity of competition from out-of-state colleges for their athletic services.

34.    The preceding example also does not take into account the differences among colleges in the educational programs (and hence the cost and value of educational programs). A notable difference between CBAs and the IRCS is that most of the compensation described in a CBA refers to the amount teams pay to athletes, whereas before the Alston decision most financial aid to athletes consisted of credits on a student's bill for university services: tuition, fees, room and board. The "sticker price" for these services varies among colleges for many reasons, some of which may be related to the quality of the service but others of which may not.

35.    For example, a student in a laboratory science or engineering major receives a more costly and more financially lucrative education than most other students. And revenues to cover the costs of educating a student come from many sources (donations, government appropriations) that vary among colleges. Likewise, athletes and non-athletes may pay the same room and board, but athletes often have more luxurious accommodations than most other students due to the generosity of benefactors of the athletics program. Thus, the book cost of an athletic scholarship is much less reliable as an indicator of the value of the compensation of a college athlete than the average salary of a professional athlete as determined by a CBA.

36.    Table 2 provides real examples of the disparity in impact of the IRCS arising from these differences in sticker prices among colleges. The table shows the value of a cost-of-attendance scholarship for athletes at four groups of FBS schools that are located near each other. Data are

shown for in-state and out-of-state athletes at the public colleges.  Each group includes three colleges:  a distinguished private college, a flagship state research university, and a state college with education as its primary mission.  In all cases the private college has far fewer potential new scholarships compared with both public schools, and in all cases the flagship university has fewer new scholarships than the state teaching college.

37.    By capping expenditures rather than scholarships, the ICRS makes it difficult, if not impossible, for the most academically prestigious FBS schools to take advantage of the opportunity to award 20 additional scholarships in football.  To satisfy Title IX requirements, the school must also make a proportionate increase in athletic scholarships for women.  But the cost of 40 new scholarships exceeds the $2.5 million cap if a college's COA exceeds $62,500.[10] More generally, due to variation in cost of attendance, the new scholarship limit will enable some schools (e.g., Northern Iowa, Troy) to add over one hundred new scholarships, while others (e.g., Northwestern, Southern California, Vanderbilt) can add fewer than 30.  Of course, CBA salary caps do not differentially affect teams; they seek to reduce, not increase, disparities.

38.    There is no obvious reason why the NCAA would want to create such an enormous distortion in the number of scholarships among Division 1 colleges can grant.  Such a disparity will make it far more difficult for private schools to continue to compete at the highest levels in more than a few sports and to achieve compliance with Title IX, which requires that women share roughly proportionately in the new scholarships.  Indeed, the disparity in the impact of the

---

[10]  A university that adds 20 football scholarships and 20 scholarships for women athletes will exceed the $2.5 million cap if its COA is greater than ($2,500,000/40) = $62,500.  For reference, at Wake Forest, where COA is $91,266, only 27.1 new scholarships are permitted under the $2.5 million cap, meaning that if the university adds 20 football scholarships and 20 new scholarships in women's sports, it must eliminate 13 existing scholarships in men's sports.  It must be emphasized that this tension between men's and women's sports is entirely a consequence of denominating the new scholarship cap in dollars rather than scholarships.

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

new scholarship rules is sufficiently large that it calls into question whether any private university can remain competitive in FBS football under the IRCS scholarship and salary caps.

39.     Another feature of the IRCS is that the proposed increase in the cap on scholarships is far greater than any university could fit in under the $2.5 million expenditure cap.  Table 3 shows the new roster limits for NCAA Division 1 sports, which also is the upper bound on scholarships in each sport.  The Division 1 colleges with the lowest cost of attendance can add more than 100 new scholarships, but the sum of the increases in allowable scholarships across all sports is nearly 800.  Thus, even at schools that can offer the greatest number of new scholarships, the vast majority of sports will experience little or no increase.

### Revenues Excluded from Calculating the Compensation Cap

40.     The IRCS shared revenue pool excludes several categories of revenues that are part of shared revenue pools in professional sports.  Article 3 of the IRCS refers to a list of 20 categories of revenues, summarized in Table 1, that member schools are required to report to the NCAA (Appendix A of the NCAA's *2024 Agreed-Upon Procedures*).  The categories that are included in the IRCS shared revenue pool are:  ticket sales, media rights fees, distributions from conferences and the NCAA, payments to play a game away from home (including bowl games), and income from advertising, licenses other than media, and sponsorships.  Twelve revenue categories are excluded from the shared revenue pool, some of which are both important and directly attributable to athletics.

41.     One excluded category is revenues from concessions, novelties, parking and programs (revenue category 14 in Appendix A of the NCAA's "Agreed-Upon Procedures" for financial reporting).  By comparison, the benchmark CBAs include these revenues for purposes of calculating their salary caps [NBA CBA Article 7 Section 1, NFL CBA Article 12 Section

1(a)(i)(3)].

42.    A related revenue category that is not included in the shared revenue pool is income derived from gambling.  Gambling is not listed as a source of revenue in the NCAA's MFRS, reflecting the fact that until recently gambling on college games was not legal in nearly all of the nation and, in any case, colleges generally did not associate themselves with gambling activities. But this has changed in recent years.[11]  NCAA President Charles Baker has stated that he regards gambling as a potentially important future source of income for college sports.[12]  If so, income from gambling on college sports should be included in the shared revenue pool.

43.    Professional leagues, which also previously opposed all connections of their sport to gambling, also recently reversed field.  As a result, leagues and players unions have developed policies and procedures for including gambling revenue in their shared revenue pools.  The benchmark CBAs [NBA CBA Article VII(a)(1)(xiii); NFL CBA Article 12 Section 1(a)(i)(10)] include net revenues (bets net of winnings and excise taxes on bets) derived from gambling entities in or near the stadium, whether operated by the team or a team affiliate.

44.    The shared revenue pool also excludes all government payments, including appropriations that are paid on a per-student basis (that is, that are based on enrollment).  Most football members of Division 1 (either FBS or FCS) are state universities that derive a substantial fraction of their budgets from state governments.  Often state budgets for these institutions are based on enrollment.  For example, the *California State Spending Plan:  Higher*

---

[11]  Anna Betts, Andrew Little, Elizabeth Sander, Alexandra Tremayne-Pengelly and Walt Bogdanich, "How Colleges and Sports-Betting Companies 'Caesarized' Campus Life," *New York Times* November 20, 2022 at https://www.nytimes.com/2022/11/20/business/caesars-sports-betting-universities-colleges.html.

[12]  Karen Weaver, "NCAA Leader Sees Expanded Media Right, Gambling As New Revenue Opportunities For College Sports," *Forbes* June 11, 2023, at https://www.forbes.com/sites/karenweaver/2023/06/11/ncaa-leader-sees-expanded-media-rights-gambling-as-new-revenue-opportunities-for-college-sports/.

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

*Education*[13] explains how the budgets of California State University and the University of California are set.[14]

> "The language authorizes the administration to reduce funding for CSU if it enrolls fewer students than expected. Funding would be reduced at the 2024-25 state marginal cost rate of $10,995 for each student below the expected level."

> "Provisional language authorizes the administration to reduce funding for UC if it enrolls fewer students than expected. Funding would be reduced at the 2024-25 state marginal cost rate of $11,640 for each student below the expected level."

Both Cal State and UC currently are below their enrollment targets, which means that the governor unilaterally can increase state appropriation for each university by roughly $11,000 for every additional athlete that either university admits until the enrollment cap is reached.

45.    While one can appreciate the political rationale for excluding government appropriations for the purpose of calculating the salary cap, nevertheless excluding it removes a legitimate source of sports-related revenue. State universities exist because state officials believe that they deliver public benefits to the state, including attracting educated citizens and businesses that hire them as well as receiving favorable publicity through their athletics programs. Thus,

---

[13] California Legislative Analyst's Office, *The California 2024-2025 Spending Plan: Higher Education*, September 11, 2024. https://lao.ca.gov/Publications/Report/4926#university-of-california.

[14] California State Universities that are members of FBS are Fresno State, San Diego State and San Jose State, while the campuses that are members of Division 1 but not FBS are Cal Poly San Luis Obispo, Cal State Bakersfield, Cal State Fullerton, Cal State Long Beach, Cal State Northridge and Cal State Sacramento. University of California campuses in FBS are UC Berkeley and UCLA, while the UC members of Division 1 that are not in FBS are UC Davis, UC Irvine, UC Riverside, UC San Diego and UC Santa Barbara.

18

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

functionally state governments serve as a kind of sponsor for their universities, implying that appropriations to support athletics properly should be regarded as sports-related revenues.

46.     A similar argument applies to charitable contributions to the athletics program. In some cases, charitable contributions make the donor eligible for preferential season-ticket seat locations and invitations to special events, such as signing-day celebrations and end-of-season banquets.  These contributions are functionally equivalent to licenses that are sold by pro teams that make purchasers eligible to buy preferential seats or visit restricted bars and restaurants. The main difference is that pro license fees are not tax deductible because pro teams are for-profit entities.  But functionally if seat license fees are sports-related revenue for pro teams, charitable contributions that serve the same purpose should have the same status.

**PURPOSES AND PERFORMANCE OF COLLEGE SPORTS PROGRAMS**

47.     As documented in the previous section, the proposed new compensation system for Division 1 athletes contains numerous restrictions on competition among Division 1 colleges for the services of their athletes.  In antitrust economics, such restrictions are justified only if they have a reasonable business justification – that is, the restrictions deliver benefits to college athletes that could not reasonably be obtained in a less restrictive system.

48.     The fundamental problem with the IRCS is that it is constructed on the basis of a pro-competitive justification that is not valid, which is that universities cannot control spending on the athletes who participate in their intercollegiate sports program, so that without restrictions colleges will spend so much that fans lose interest, revenues fall, colleges cut their programs, and athletes have fewer roster slots and scholarships.  This belief is bizarre in that it singles out as beyond control only one of the many expenditure categories of the budget of an athletics department, which is only one administrative unit in the university.  The same institutions that

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

need no collusion to control spending on coaches, athletic facilities, engineering laboratories and physics professors require help in dealing with the demands of 20-something athletes.

49.     The true relationship between university administrators and their college sports endeavors has been understood by sports economists for five decades.  Exhibit 1 contains an incomplete but extensive and representative list of research publications on the management of college sports over the past 30 years.  Fort and Winfree (2013) contains a review of this research and provides a detailed analysis of this relationship as well as an explanation for the dangers of the "out of control" myth in seven separate chapters about college sports.[15]

50.     Essentially, as with every part of the university, college administrators choose the size and scope of their athletic department according to their goals of maximizing some combination of research, teaching and service, with the precise mix differing among colleges according to the specifics of their public missions.  Athletic directors maximize revenues from sports because doing so allows university administrators to obtain the value of the athletic department at lowest cost.  While some athletic departments generate revenues sufficient to cover their costs, the vast majority require appropriations from university administrators in the form of "institutional support" in order to optimize the contributions of athletics to the goals of the university.

51.     The source of institutional support from the university is general revenue – income that is not easily attributable to any particular administrative unit.  Examples are tuition, state government appropriations, and general contributions to the university.  These revenues are assigned for budgetary purposes to the highest-ranking officials of the university, usually a

---

[15]  For a good review of this research, see Daniel A. Rascher and Andrew D. Schwarz, "Review of Literature" (Chapter III), *The Incremental Benefits and Costs of Football, Bowling, and Rifle at the University of Alabama at Birmingham*, pp. 2-22.

**DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES**

President/Chancellor and a Provost/Academic Vice Chancellor, who then allocate these revenues among the university's administrative units.  The fact that general revenue is assigned to top administrators does not imply that this income is caused by top administrators, rather than attributable in some fashion to the various departments and programs of the university.  That is, few students are likely to attend a university because of the identity of its President.  A good academic department, or a good athletics program, ordinarily increases applications from prospective students who pay tuition and later, as alumni, make donations and encourage state governments to appropriate more funds to the university.  Exhibit 1 contains numerous peer-reviewed articles that show how and under what conditions a college sports program contributes to a university in ways that are not included in the MFRS as revenues generated by athletics.

52.     University administrators allocate general funds to athletics because college sports are good investments in building public support for a university, although the details of how this occurs differ among universities according to their academic characteristics and the nature of the community and state in which they are located.  Far from being "out of control," athletic departments are given a budget and are expected to spend it because athletics creates value for the university in more ways than simply the direct revenues from staging athletic events.  The agreement plays to a "stop them before they spend again" mentality without any attention at all to the details of the true relationship between university administrators and their college sports endeavor.  The rationale for the IRCS hangs on this thoroughly discredited myth.

DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF
CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES

1

2   I declare that the foregoing is true to the best of my knowledge and belief.

3

4

5

6   Executed on January 17, 2025, in Salem, Oregon.

7

8   _____

9           Rodney D. Fort

10

11  Executed on January 17, 2025, in Stanford, California.

12

13  _____

14          Roger G. Noll

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RODNEY FORT AND ROGER NOLL IN SUPPORT OF OBJECTION TO SETTLEMENTS ON BEHALF OF
CLASSES OF PAST, CURRENT AND FUTURE NCAA COLLEGE ATHLETES

TABLE 1:  ATHLETICS REVENUE CATEGORIES

| Included in IRS Shared Revenues | Not Included in IRS Shared Revenues |
|---|---|
| Ticket Sales | Government Appropriations for Athletics |
| Fees from Away Games | Student Fees for Athletics |
| Media Rights | Net Direct Institutional Unrestricted Funds |
| Licensing, Sponsorships, Advertising, Royalties | Allowances for Indirect Support |
| | In-kind Contributions |
| NCAA Distributions | Institutional Support for Facilities |
| Conference Distributions: | Cash Contributions (Includes Seat Licenses) |
| * Bowls | Compensation Paid by Third Party |
| * Other | Concessions, Programs and Parking |
| Other Bowl Revenues | Sports Camp Revenues |
| | Investment Income for Athletics |
| | Other |

1

**TABLE 2:  SCHOLARSHIPS ALLOWED UNDER NEW CAP
AMONG REGIONAL RIVALS**

| Schools | In-State COA | Out-of-State COA | Max New Scholarships |
|---|---|---|---|
| *California* | | | |
| San Diego State | $37,324 | $53,644 | 67.0 |
| UCLA | 42,059 | 76,259 | 59.4 |
| USC | 95,225 | 95,225 | 26.3 |
| | | | |
| *Indiana* | | | |
| Ball State | 27,602 | 47,050 | 90.6 |
| Indiana U. | 30,600 | 60,348 | 81.7 |
| Notre Dame | 82,925 | 82,925 | 30.1 |
| | | | |
| *Texas* | | | |
| N. Texas State | 28,494 | 49,794 | 87.7 |
| Texas A&M | 30,608 | 58,976 | 81.7 |
| SMU | 86,104 | 86,104 | 29.0 |
| | | | |
| *North Carolina* | | | |
| UNC-Charlotte | 25,288 | 41,522 | 98.9 |
| UNC-Chapel Hill | 27,036 | 51,632 | 92.5 |
| Wake Forest | 91,266 | 91,266 | 27.4 |

Note:  Cost of attendance figures are for 2024-25 academic year and are from the web pages of the schools.  Where tuition varies by school and major, the lowest value is used.  Maximum New Scholarships refers to the maximum number of full scholarship equivalents for in-state students.

### TABLE 3:  SCHOLARSHIP LIMITS

| Sport | Current | New | Increase |
|---|---|---|---|
| Acrobatics & Tumbling (W) | 14 | 55 | 41 |
| Baseball (M) | 11.7 | 34 | 22.3 |
| Basketball (M) | 13 | 15 | 2 |
| Basketball (W) | 15 | 15 | 0 |
| Beach volleyball (W) | 6 | 19 | 13 |
| Bowling (W) | 5 | 11 | 6 |
| Cross country (M) | 5 | 17 | 12 |
| Cross country (W) | 6 | 17 | 11 |
| Equestrian (W) | 15 | 50 | 35 |
| Fencing (M) | 4.5 | 24 | 19.5 |
| Fencing (W) | 5 | 24 | 19 |
| Field hockey (W) | 12 | 27 | 15 |
| Football (M) | 85 | 105 | 20 |
| Golf (M) | 4.5 | 9 | 4.5 |
| Golf (W) | 6 | 9 | 3 |
| Gymnastics (M) | 6.3 | 20 | 13.7 |
| Gymnastics (W) | 12 | 20 | 8 |
| Ice hockey (M) | 18 | 26 | 8 |
| Ice hockey (W) | 18 | 26 | 8 |
| Indoor Track & Field (M) | 12.6 | 45 | 32.4 |
| Indoor Track & Field (W) | 18 | 45 | 27 |
| Lacrosse (M) | 12.6 | 48 | 35.4 |
| Lacrosse (W) | 12 | 38 | 26 |
| Outdoor Track & Field (M) | 12.6 | 45 | 32.4 |
| Outdoor Track & Field (W) | 18 | 45 | 27 |
| Rifle | 3.6 | 12 | 8.4 |
| Rowing (W) | 20 | 68 | 48 |
| Rugby (W) | 12 | 36 | 24 |
| Skiing (M) | 6.3 | 16 | 9.7 |
| Skiing (W) | 7 | 16 | 9 |
| Soccer (M) | 9.9 | 28 | 18.1 |
| Soccer (W) | 14 | 28 | 14 |
| Softball (W) | 12 | 25 | 13 |
| Stunt (M/W) | 14 | 65 | 51 |
| Swimming & Diving (M) | 9.9 | 30 | 20.1 |
| Swimming & Diving (W) | 14 | 30 | 16 |
| Tennis (M) | 4.5 | 10 | 5.5 |
| Tennis (W) | 8 | 10 | 2 |
| Triathlon (W) | 6.5 | 14 | 7.5 |
| Volleyball (M) | 4.5 | 18 | 13.5 |
| Volleyball (W) | 12 | 18 | 6 |
| Water polo (M) | 4.5 | 24 | 19.5 |
| Water polo (W) | 8 | 24 | 16 |
| Wrestling (M) | 9.9 | 30 | 20.1 |
| Wrestling (W) | 10 | 30 | 20 |

**EXHIBIT 1:**

**Bibliography on the Value of Athletics to Colleges**

Baade, R. A., and Matheson, V. A. (2004).  "An Economic Slam Dunk or March Madness*?* Assessing the Economic Impact of the NCAA Basketball Tournament."  In J. Fizel and R. Fort (eds.), *Economics of College Sports*, Praeger:  111-134.

Baade, R. A., and Sundberg, J. O. (1996).  "Fourth Down and Gold to Go? Assessing the Link between Athletics and Alumni Giving."  *Social Science Quarterly* 77(4):  789-803.

Baumer, B., &, Zimbalist, A. (2019).  "The Impact of College Athletic Success on Donations and Applicant Quality." *International Journal of Financial Studies* 7(2): 1-23.

Borland, M. V., Goff, B. L., and Pulsinelli, R. W. (1992).  "College Athletics: Financial Burden or Boon?"  In G. Scully (ed.), *Advances in the Economics of Sport* Vol. 1, JAI Press:  215-235.

Bowen, W. J., and Levin, S. A. (2003). *Reclaiming the Game*, Princeton University Press.

Bremmer, D. S., and Kesselring, R. G. (1993).  "The Advertising Effect of University Athletic Success: A Reappraisal of the Evidence."  *Quarterly Review of Economics and Finance* 33(4): 409-421.

Brown, R. W. (1994).  "Measuring Cartel Rents in the College Basketball Player Recruitment Market." *Applied Economics* 26(1):  27-34.

Brown, R. W., and Jewell, R. T. (2004).  "Measuring Marginal Revenue Product in College Athletics:  Updated Estimates."  In J. Fizel and R. Fort (eds.), *Economics of College Sports*, Praeger: 153-162.

Brown, R. W., and Jewell, R. T. (2006).  "The Marginal Revenue Product of a Women's College Basketball Player."  *Industrial Relations* 45(1):  96-101.

Case, R., Day, T., Barry, A. and Rudolph, W. (2017).  "An Examination of the Nature and Scope of Academic Clustering in College Athletic Programs." *Journal of Contemporary Athletics* 11(1): 47-57.

Caudill, S. B., Hourican S., & Mixon, F. G. (2018).  "Does College Football Impact the Size of University Applicant Pools and the Quality of Entering Students?"  *Applied Economics* 50(17): 1885-1890.

Chressanthis, G. A., and Grimes, P. W. (1993).  "Intercollegiate Sports Success and First-year Student Enrollment Demand."  *Sociology of Sport Journal* 10(3):  286-300.

Chung, D. J. (2013). "The Dynamic Advertising Effect of Collegiate Athletics."  *Marketing Science* 32(5): 679-698.

4

Clotfelter, C. T. (2011). *Big-Time Sports in American Universities*. Cambridge University Press.

Eggers, A.F., Groothuis, P. A., and Redding, P. T. (2021).  "The Flutie Effect:  The Influence of College Football Upsets and National Championships on the Quality and Quantity of Students at a University." *International Journal of Sport Finance* 16(2):  59-68.

Fizel, J., and Fort, R. (2004). "An Overview."  In J. Fizel and R. Fort (eds.), *Economics of College Sports*,  Praeger: 3-8.

Fizel, J., and Smaby, T. (2004).  "Participation in Collegiate Athletics and Academic Performance."  In J. Fizel and R. Fort (eds.), *Economics of College Sports*, Praeger: 163-174.

Fizel, J.L., and Bennett, R. W. (2001). "College Sports." In W. Adams and J. Brock (eds.), *The Structure of American Industry* 10th ed., Prentice Hall:  325-350.

Fort, R.  (2010).  "An Economic Look at the Sustainability of FBS Athletic Departments." *Journal of Intercollegiate Sport* 3(1):  3-21.

Fort, R.  (2010).  "Economics of College Sports:  A Reading List." *Journal of Intercollegiate Sports* 3(1): 151-162.

Fort, R. (2016).  "College Sports Spending Decisions and the Academic Mission."  In E. Comeaux (ed.), *Introduction to Intercollegiate Athletics*, Johns Hopkins University Press: 135-146.

Fort, R. (2021). "Myles Brand and the Financial Sustainability of the FBS." *Journal of Intercollegiate Sport* 14(3): 147-168.

Fort, R. (2022).  "College Sports Governance: 'Amateurism' Enforcement in Big Time College Sports." *Economics of Governance* 23(3):  303-322.

Fort, R., and Quirk, J.  (1999).  "The College Football Industry."  In J. Fizel, E. Gustafson, and L. Hadley (eds.), *Sports Economics: Current Research*, Praeger:11-26.

Fort, R., and Winfree, J. (2013). *15 Sports Myths and Why They're Wrong*.

Fountain, J. J., and Finley, P. S. (2009).  "Academic Majors of Upperclassmen Football Players in the Atlantic Coast Conference:  An Analysis of Academic Clustering Comparing White and Minority Players." *Journal of Issues in Intercollegiate Athletics* 2(1): 1-13.

Frank, R.H. (May 2004).  "Challenging the Myth: A Review of the Links Among College Athletic Success, Student Quality, and Donations."  Knight Foundation Commission on Intercollegiate Athletics.
https://www.knightcommission.org/wp-content/uploads/2004/05/kcia_frank_report_2004.pdf.

Gladden, J. M., Mahony, D. F., and Apostolopoulou, A. (2005). "Toward a Better Understanding of College Athletic Donors: What are the Primary Motives?" *Sport Marketing Quarterly* 14(1): 18-30.

Gayles, J. G., and Hu, S. (2009). "The Influence of Student Engagement and Sport Participation on College Outcomes." *Journal of Higher Education* 80(3): 315-333.

Goff, B. (2000). "Effects of University Athletics on the University: A Review and Extension of Empirical Assessment." *Journal of Sport Management* 14(2): 85-104.

Goidel, R. K., and Hamilton, J. M. (2006). "Strengthening Higher Education Through Gridiron Success? Public Perceptions of the Impact of National Football Championships on Academic Quality." *Social Science Quarterly* 87(4): 851-862.

Hoffer, A., Humphreys, B. R., Lacombe, D. J., and Ruseski, J. E. (2015). "Trends in NCAA Athletic Spending: Arms Race or Rising Tide?" *Journal of Sports Economics* 16(6): 576-596.

Humphreys, B.R. (2006). "The Relationship Between Big-Time College Football and State Appropriations for Higher Education." *International Journal of Sport Finance* 1(2): 119-128.

Humphreys, B. R. and Mondello, M. (2007). "Intercollegiate Athletic Success and Donations at NCAA Division I Institutions." *Journal of Sport Management* 21(2): 265-280.

Koo, G. Y., and Dittmore, S. W. (2014). "Effects of Intercollegiate Athletics on Private Giving in
Higher Education." *Journal of Issues in Intercollegiate Athletics* 7(1): 1-16.

Le Crom, C., Warren, B., Clark, H., Marolla, J., and Gerber, P. (2009). "Factors Contributing to Student-Athlete Retention." *Journal of Issues in Intercollegiate Athletics* 2(1): 14-24.

Litan, R.E., Orszag, J.M., and Orszag, P.R. (2003*). The Empirical Effects of Collegiate Athletics: An Interim Report*, Sebago Associates for the NCAA. https://citeseerx.ist.psu.edu/ document?repid=rep1&type=pdf&doi=04707ea4edbdd6b7909b71e5d69cabb8687ed8d5.

Mahony, D. F., Gladden, J. M., and Funk, D. C. (2003). "Examining Athletic Donors at NCAA Division I Institutions." *International Sports Journal* 7(1): 9-27.

Mahony, D.F., and DeSchriver, T. D. (2008). "The Big Business of College Sports in America." In B.R. Humphreys and D.R. Howard (eds.), *The Business of Sports* Vol. 1, Praeger: 225-251.

Maxcy, J. (2004). "The 1997 Restructuring of the NCAA: A Transactions Cost Explanation." In J. Fizel and R Fort (eds.), *The Economics of College Sports*, Praeger: 11-34.

McCormick, R.E., and Tinsley, M. (1990). "Athletics and Academics: A Model of University Contributions." In B. L. Goff and R. D. Tollison (eds.), *Sportometrics*, Texas A&M University Press: 193-204.

McEvoy, C. (2005). The relationship between dramatic changes in team performance and undergraduate admissions applications. *The SMART Journal* 2(1): 17-24.

McEvoy, C. (2006). "The Impact of Elite Individual Athletic Performance on University Applicants for Admission in NCAA Division I-A Football." *The Sport Journal* 9(1): unpaginated (online only at https://www.cabidigitallibrary.org/doi/full/10.5555/20073146687).

McFarland, C., Groothuis, P.A., and Guignet, D. (2024). "The Role of Football Win Percentage on College Applications for Power Five and Group of Five Schools." *Contemporary Economic Policy* 42(3): 474-482.

Meer, J., and Rosen, H. (2009). "The Impact of Athletic Performance on Alumni Giving." *Economics of Education Review* 28(3): 287-294

Miller, S. (2022). "An Analysis of the Rate of Academic Clustering and the Types of Majors Chosen by Divisions I, II, and III Intercollegiate Athletes." *Journal for the Study of Sports and Athletes in Education* 16(2): 97-113.

Mixon, F.G., and Hsing, Yu. (1994). "The Determinants of Out-of-State Enrollments in Higher Education: A Tobit Analysis." *Economics of Education Review* 13(4): 329-335.

Mixon, F. G., and Ressler, R. W. (1995). "An Empirical Note on the Impact of College Athletics on Tuition Revenues." *Applied Economics Letters* 2(10): 383-387.

Mixon, F.G., Trevino, L.J., and Minto, T.C. (2004). "Touchdowns and Test Scores: Exploring the Relationship between Athletics and Academics." *Applied Economics Letters* 11(7): 421-424.

Mixon, F.G., and Trevino, L.J. (2005). "From Kickoff to Commencement: The Positive Role of Intercollegiate Athletics In Higher Education." *Economics of Education Review* 24(1): 97-102.

Mulholland, S.E., Tomic, A., & Sholander, S. (2014). "The Faculty Flutie Factor: Does Football Performance Affect a University's US News and World Report Peer Assessment Score?" *Economics of Education Review* 43: 79- 90.

Murphy, R.G. and Trandel, G.A. (1994). "The Relation Between a University's Football Record and the Size of Its Applicant Pool." *Economics of Educations Review* 13(3): 265-270.

Noll, R.G. (1991). "The Economics of Intercollegiate Sports." In J. Andre and D. N. James (eds.), *Rethinking College Athletics*, Temple University Press: 197-209.

Noll, R.G. 1999. "The Business of College Sports and the High Costs of Winning." *Milken Institute Review* 1(3): 24-37.

Orszag, J., & Israel, M. (2009). *The Empirical Effects of Collegiate Athletics: An Update Based on 2004-2007 Data.* Compass Lexicon for the NCAA. https://www.cmaxxsports.com/Misc/

[Orzag%5E2%202005]%20Empirical%20Effects...%20an%20Update.pdf.

Osborne, E. (2004). "Motivating College Athletics." In J. Fizel and R. Fort (eds.), *Economics of College Sports*, Praeger: 51-62.

Pauline, J. (2010). "Factors Influencing College Selection by NCAA Division I, II, and III Lacrosse Players." *ICHPER-SD Journal of Research* 5(2): 62-69.

Pauline, J. S., Pauline, G. A., & Allen, C. (2008). "Factors Influencing College Selection by NCAA Division I, II, and III Softball Student-Athletes." *Journal for the Study of Sports and Athletes in Education* 2(3): 363-378.

Pauline, J. S., Pauline, G. A., and Stevens, A. J. (2004). "Influential Factors in the College Selection Process of Baseball Student-Athletes." *Journal of Contemporary Athletics* 1(2): 153-166.

Pope, D.G., and Pope, J.C. (2009). "The Impact of College Sports Success on the Quantity and Quality of Student Applications." *Southern Economic Journal* 75(3): 750-780.

Rhoads, T.A. and Gerking, S. (2000). "Educational Contributions, Academic Quality, and Athletic Success." *Contemporary Economic Policy* 18(2): 248-258.

Roy, D.P. and Graeff, T.R. (2008). "Repositioning a University Through NCAA Division I-A Football Membership." *Journal of Sport Management* 22(1): 11-29.

Sack, A. (2009). "Clashing Models of Commercial Sport in Higher Education: Implications for Reform and Scholarly Research." *Journal of Issues in Intercollegiate Athletics* 2(1): 76-92

Sandy, R., and Sloane, P. (2004). "Why do U.S. Colleges have Sports Programs?" In J. Fizel and R. Fort (eds.), *Economics of College Sports*, Praeger, pp. 87-110.

Shulman, J. L., and Bowen, W. G. (2001). *The Game of Life: College Sports and Educational Values*, Princeton University Press.

Skousen, C.R., & Condie, F.A. (1988). "Evaluating a Sports Program: Goalposts vs. Test Tubes." *Management Accounting* 70(5): 43-49.

Smith, D. R. (2008). "Big-Time College Basketball and the Advertising Effect: Does Success Really Matter?" *Journal of Sports Economics* 9(4): 387-406.

Smith, D. R. (2009). "College Football and Student Quality: An Advertising Effect or Culture and Tradition?" *The American Journal of Economics and Sociology* 68(2): 553-579.

Staudohar, P., and Zepel, B. (2004). "The Impact on Higher Education of Corruption in Big-Time College Sports." In J. Fizel and R. Fort (eds.), *The Economics of College Sports*, Praeger: 35-50.

Stinson, J. L., and Howard, D. R. (2004). "Scoreboards vs. Mortarboards: Major Donor Behavior and Intercollegiate Athletics." *Sport Marketing Quarterly* 13: 129-140.

Stinson, J. L. and Howard, D. R. (2007). "Athletic Success and Private Giving to Athletic and Academic Programs at NCAA Institutions." *Journal of Sport Management* 21(2): 235-264.

Stinson, J.L., and Howard, D. R. (2010). "Athletic Giving and Academic Giving: Exploring the Value of SPLIT Donors." *Journal of Sport Management* 24(6): 744-768.

Stinson, J. L., and Howard, D. R. (2008). "Winning Does Matter: Patterns in Private Giving to Athletic and Academic Programs at NCAA Division I-AA and I-AAA Institutions." *Sport Management Review* 11(1): 1-20.

Stinson, J.L., Marquardt, A., & Chandley, J. (2012). "An Empirical Examination of University Intercollegiate Athletic Expenditures." *Sport Marketing Quarterly* 21(2): 104-114.

Toma, J.D. and Cross, M.E. (1998). "Intercollegiate Athletics and Student College Choice: Exploring the Impact of Championship Seasons on Undergraduate Applications." *Research in Higher Education* 39(6): 633-661.

Tucker, I. B. (2004a). "A Reexamination of the Effect of Big-Time Football and Basketball Success on Graduation Rates and Alumni Giving Rates." *Economics of Education Review* 23(4): 655-661.

Tucker, I.B. (2005). "Big-Time Pigskin Success: Is There an Advertising Effect?" *Journal of Sports Economics* 6(2), 222-229.

Tucker, I.B., and Amato, L.T. (2006). "A Reinvestigation of the Relationship Between Big-Time
Basketball Success and Average SAT Scores." *Journal of Sports Economics* 7(4), 428-440.

Turner, S.E., Meserve, L.A., and Bowen, W.G. (2001). "Winning and Giving: Football Results and Alumni Giving at Selective Private Colleges and Universities." *Social Science Quarterly* 82(4): 812-826.

Zimbalist, A. (1999). *Unpaid Professionals: Commercialism and Conflict in Big-Time College Sports*. Princeton University Press.

**APPENDIX A:**

CURRICULUM VITAE
RODNEY FORT
January 16, 2025

***PERSONAL***

Name: Rodney Douglas Fort
Address:

208 W. Cooper St.
Colfax, WA 99111
Cell:  (509) 595-0016
rodfort01@gmail.com

***EDUCATION***

B.S., Utah State University, Logan, Utah, 1978; environmental studies.
M.S., Montana State University, Bozeman, Montana, 1980; applied economics. Thesis:
      "Determinants of Community Support for Rural Hospitals: Evidence from Voting on
      Hospital Referenda." June, 1980.
Ph.D., California Institute of Technology, Pasadena, California, 1985; social science.
    Dissertation: "Theory and Practice in the Analysis of Commodity Futures Price Distributions."
      June, 1985.

***EXPERIENCE***

Professor Emeritus of Sport Management, University of Michigan, Fall 2022-present.
Associate Dean for Faculty AffaIRCS and Graduate Programs, School of Kinesiology, University
      of Michigan, Summer 2010-Summer 2012.
Graduate Program Committee Chair, School of Kinesiology, University of Michigan, Summer
      2009-Summer 2010.
Professor of Sport Management, University of Michigan, Fall 2007-Winter 2022.
Professor of Economics, Washington State University, Fall 1997-Spring 2007.
Associate Professor of Economics, Washington State University, Fall 1990-Spring 1997.
Research Fellow, Washington State Institute for Public Policy, The Evergreen State College,
      Summer 1991.
Assistant Professor of Economics, Washington State University, Fall 1984-Spring 1989.

***RESEARCH:***
***7 books, 78 refereed journal articles, and 66 other publications***
***Google Scholar: January 25, 2023. Citations: 6,995. h-index: 38. i10-index: 75.***

*Books*
7.  Fort, Rodney D.  2018.  *Sports Economics Version 1.0*; iBooks and Kindle  (Previous editions
      1- 3, PrenticeHall).

6.  Lee, Young Hoon, and Fort, Rodney.  2015.  *The Sports Business in the Pacific Rim.*  (Springer Verlag).  385 pages.

5.  Fort, Rodney, and Winfree, Jason.  2013.  *15 Sports Myths and Why They're Wrong.*  (Stanford University Press). 299 pages.

4.  Fort, Rodney, and Fizel, John. (eds.).  2004.  *International Sports Economics Comparisons* ( Praeger). 383 pages.

3.  Fizel, John, and Fort, Rodney. (eds.).  2004.  *Economics of College Sports* (Praeger).  262 pages.

2.  Quirk, James, and Fort, Rodney D.  1999.  *Hardball:  The Abuse of Power in Pro Team Sports* (Princeton University Press).  233 pages. [Reprint excerpt:  Scott R. Rosner and Kenneth L. Shropshire (eds.).  2011. *The Business of Sports* 2 ed. (Jones and Bartlett Publishers), pp. 8-11.]

1.  Quirk, James, and Fort, Rodney D.  1992.  *Pay Dirt:  The Business of Professional Team Sports* (Princeton University Press; Soft Cover 1997).  538 pages. [Reprint excerpt:  Scott R. Rosner and Kenneth L. Shropshire (eds.).  2011. *The Business of Sports* 2 ed. (Boston, MA:  Jones and Bartlett Publishers), pp. 338-341; Reprint excerpt: Frank Ackerman, Neva R. Goodwin, Laurie Dougherty, and Kevin Gallagher (eds.)/ 2000. *The Political Economy of Inequality* (Volume 51 in the series Frontiers in Economic Thought) (Covelo, CA: Island Press), pp. 91-95.]

*Journal Articles and Other Publications:  77 refereed journal articles (R) and 66 other publications.*

*Journal Publication List*
1.  *American Economic Review Papers and Proceedings.*
2.  *American Journal of Agricultural Economics.*
3.  *American Statistical Association Proceedings.*
4.  *Annals of the American Academy of Political Science.*
5.  *Antitrust Bulletin.*
6.  *Applied Economics.*
7.  *Contemporary Economic Policy.*
8.  *Economic Inquiry.*
9.  *Economics of Governance.*
10. *Environmental Professional.*
11. *Florida International University Law Review.*
12. *International Journal of Empirical Economics.*
13. *International Journal of Sport Finance.*
14. *Journal of Amateur Sport.*
15. *Journal of Business and Securities Law.*
16. *Journal of Economic Education.*
17. *Journal of Economic Literature.*
18. *Journal of Environmental Management.*
19. *Journal of Forensic Economics.*
20. *Journal of Intercollegiate Sport.*
21. *Journal of Law and Economics.*
22. *Journal of Legal Economics.*

23. *Journal of Political Economy.*
24. *Journal of Sports Economics.*
25. *Managerial and Decision Economics.*
26. *Marquette Sports Law Journal.*
27. *Papeles de Economia Española* (Spanish Economic Papers).
28. *Policy Review.*
29. *Policy Sciences.*
30. *Public Choice.*
31. *Review of Industrial Organization.*
32. *Scottish Journal of Political Economy.*
33. *Social Science Quarterly.*
34. *Sport & Entertainment Review.*
35. *University of Toledo Law Review.*

*78 refereed journal articles (R) and 66 other publications*

144. Fort, Rodney. 2025. "James Patrick Quirk: An Academic Obituary." *Journal of Sports Economics*. Forthcoming Issue 2. Online First, December 19, 2023. 10.1177/15270025221120589.

143. Johnson, Sidney A., Rosentraub, Mark, and Fort, Rodney. 2025. "The Consensus (?) on Public Spending on Professional Sports Facilities." *Economic Development Quarterly*. Forthcoming, May. (R)

142. Fort, Rodney. 2024. "Stop. Wasting College Sports Finance Data." Sportico.com, February 28. Last viewed February 29, 2024 at https://www.sportico.com/leagues/college-sports/2024/college-sports-mfrs-reports-financial-data-1234768199/.

141. Lee, Young Hoon, and Fort, Rodney. 2023. "Division Play and Outcome Uncertainty in Sports Leagues." *Journal of Sports Economics*. 24(5):639-663. Online First, January 17, 2023. 10.1177/15270025221148995. (R)

140. Mills, Brian, and Fort, Rodney. 2023. "Performance Quality Preference Heterogeneity in Major League Baseball." *Journal of Sports Economics*. 24(3), 352-373. Online First, September 7, 2022. 10.1177.15270025221123318. (R)

139. Agha, Nola; Baade, Robert; Berri, David; Blair, Roger; Brook, Stacey; Brown, Robert; Coates, Dennis; Depken II, Craig; Fort, Rodney; Goff, Brian; Humphreys, Brad; Kahane, Leo; Krautmann, Anthony; Maxcy, Joel; Sanderson, Allen; Sauer, Raymond; Solow, John; Szymanski, Stefan; Winfree, Jason; and Zimbalist, Andrew. 2022. On Petition for a Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit, Brief of *Amici Curiae* Sports Economists in Support of Petitioner. Supreme Court of the United States. City of Oakland v. Oakland Raiders et al. Case No. 21-1243. April 13.

138. Fort, Rodney. 2022. "College Sports Governance: 'Amateurism' Enforcement in Big Time College Sports." *Economics of Governance*. 23: 303-322. October 26, 2022. 10.1007/s10101-022-00279w. (R).

137. Fort, Rodney. 2022. "Economical Sports Economics Classroom Activities." In Aju Fenn and Victor Matheson (eds.) *Teaching Sports Economics*. Northampton, MA: Edward Elgar Publishing, Inc., pp. 241-251.

136.  Fort, Rodney. 2022. "Rottenberg at Sixty-Five: In Honor of the 20th Anniversary of the Journal of Sports Economics." *Journal of Sports Economics*. 3(6): 808-825. April 11, 2022. 10.1177/15270025221091548. (R)

135.  Johnson, Sidney, and Fort, Rodney. 2022. "Match Outcome Uncertainty and Sports Fan Demand: An Agnostic Review and the Standard Economic Theory of Sports Leagues." *International Journal of Empirical Economics*. 1(2): 2250007 (35 pages). Online Ready, July 28, 2022. 10.1142/S281094302250007X. (R)

134.  Agha, Nola; Baade, Rob; Berri, David; Blair, Roger; Brook, Stacey; Brown, Robert; Coates, Dennis; Depken, Craig, II; Fizel, John; Fort, Rodney; Goff, Brian; Harris, Jill; Humphreys, Brad; Jewell, R. Todd; Krautmann, Anthony; Matheson, Victor; Maxcy, Joel; Sanderson, Allen; Sauer, Raymond; Siegfried, John; Szymanski, Stefan; Winfree, Jason. 2021. Amicus Curiae Brief of Economists in Support of Petitioner and In Re; National Collegiate Athletic Association v. Shawne Alston, et al., American Athletic Conference, et al., v. Shawne Alston, et al. Supreme Court of the United States. Case Nos. 20-512, 20-520. March 10.

133.  Fort, Rodney. 2021. "Introduction to the Economics of Major League Baseball." In Robert Butler (ed.) *Advances in Sports Economics*. Newcastle, UK: Agenda Publishing, pp. 29-49.

132.  Fort, Rodney. 2021. "Myles Brand and the Financial Sustainability of the FBS." *Journal of Intercollegiate Sport*. 14(3): 147-168. November 23, 2021. 10.17161/jis.v14i3.15639. (R)

131.  Fort, Rodney. 2021. "Sports Economics at Sixty-Five: One American's Perspective." In Ruud H. Koning and Stefan Kesenne (Eds.),  *A Modern Guide to Sports Economics*. Cheltenham, UK: Edward Elgar Publishing, Ltd., pp. 5-20.

130.  Fort, Rodney, and Lee, Young Hoon. 2020. "Transition to An Unbalanced Sports League Schedule: Adding the Analysis of Outcome Uncertainty." *Applied Economics*. 52:5629-5639. First published online, July 7, 2020. 10.1080/00036846.2020.1770191. (R)

129.  Comanor, William S.; Depken II, Craig A.; Economides, Nicholas; Fort, Rodney; Harrison, Jeffrey L.; Kirkwood, John B.; Lande, Robert H.; McClavbe, James T.; Noll, Roger; Sagers, Christopher L. 2019. Brief of Amici Curiae Economists and Professors in Support of Plaintiffs-Appellees and In Re: Karen Stromberg, et all., v. Qualcomm Incorporated. United States Court of appeals for the Ninth Circuit. Case No. 19-15159. August 10.

128.  Fort, Rodney. 2019. "Differencias Entre El Deporte Europeo Y El Norteamericano (?): Una Mirada Retrospectiva." *Papeles de Economia Española* (Spanish Economic Papers). (No. 9):61-89. (R)

[Simultaneous English reprint. Fort, Rodney. 2019. "European and North American Sports Differences (?): A Retrospective." In Jaume Garcia (ed.). *Sports (and) Economics*. FUNCAS Social and Economic Studies, 7 (Madrid: FUNCAS), pp. 105-122.]

127.  Fort, Rodney. 2019. "Objective Functions in Team Sports: A Retrospective." In Paul Downward, Bernd Frick, Brad R. Humphreys, Tim Pawlowski, Jane Ruseski, and Brian Soebbing (eds.) *The SAGE Handbook of Sports Economics*. London, UK: Sage Publications, Ltd., pp. 125-134.

126.  Fort, Rodney; Lee, Young Hoon; and Oh, Taeyeon. 2019. "Quantile Insights on Market Structure and Worker Salaries: The Case of Major League Baseball." *Journal of Sports Economics*. 20(No. 8, December):1066-1087. First published online, May 30, 2019. 10.1177/1527002519851152. (R)

125.   Jang, Hayley; Lee, Young Hoon; and Fort, Rodney. 2019. "Winning in Professional Team Sports: Historical Moments." *Economic Inquiry*. 57(No. 1, January), 103-120. First published online, August 6, 2018. 10.1111/ecin.12702. (R)

124.   Baade, Robert; Berri, David; Coates, Dennis; Depken, Craig A., II; Fort, Rodney; Horowitz, Ira; Kahane, Leo; Blair, Roger; Sanderson, Allen; Siegfried, John; Zimbalist, Andrew. 2018. Brief of Amici Curiae Economists in Support of Plaintiffs-Appellants and In Support of Reversal. In Re National Football League's "Sunday Ticket Antitrust Litigation. United States Court of appeals for the Ninth Circuit. Case No. 17-56119. January 18.

123.   Fort, Rodney. 2018. "Modeling Competitive Imbalance and Self-Regulation in College Sports." *Review of Industrial Organization*. 52(No. 1), 231-251. First published online, October 15, 2017. 10.1007/s11151-017-9591-y. (R)

122.   Fort, Rodney.  2018.  "Reorganization Challenges Facing Korean Baseball."  In Dae Hee Kwak, Yong Jae Ko, Inkyu Kang, and Mark Rosentraub (eds.) *Sport in Korea: History, Development, Management* (London, UK: Routledge), pp. 193-209.

121.   Mills, Brian, and Fort, Rodney. 2018.  "Team-Level Time Series Analysis in MLB, the NBA, and the NHL:  Attendance and Outcome Uncertainty." *Journal of Sports Economics*. 19(No. 7, October):911-933. First published March 30, 2017. 10.1177/152700251769078. (R)

120.  Fort, Rodney. 2017.  "College Sports Competitive Balance 'Beliefs' and the Rule of Reason:  Applied Theory and a Literature Review."  *Antitrust Bulletin*. 62(No. 1, March):15-30. (R)

119.  Fort, Rodney.  2017.  "Pro Sports League Antitrust 'Beliefs':  Applied Theory and the Rule of Reason." *Managerial & Decision Economics*. 38(No. 5), 655-663. First published online, June 15, 2016. DOI: 10.1002/mde.2791. (R)

118.  Salaga, Steven, and Fort, Rodney. 2017.  "Structural Change in Competitive Balance in Big Time College Football."  *Review of Industrial Organization*.  50(No. 1), 27-41. First published online, May 18, 2016. DOI 10.1007/s11151-016-9526-z. (R)

117.  Fort, Rodney. 2016.  "College Sports Spending Decisions and the Academic Mission."  In Eddie Comeaux (ed.) Introduction to Intercollegiate Athletics (Baltimore, Maryland:  Johns Hopkins University Press), pp. 135-146.

116.   Fort, Rodney.  2016.  "Collegiate Athletic Spending:  Principals and Agents v. Arms Race."  *Journal of Amateur Sport*.  2(No. 1):119-140. (R)

115.  Fort, Rodney, Maxcy, Joel, and Diehl, Mark. 2016.   "Uncertainty by Regulation:  Rottenberg's Invariance Principle."  *Research in Economics* 70(No. 3 September):454-467. Online First: June 21, 2016.  DOI:10.1016/j.rie.2016.06.004. (R)

114.   Lee, Young Hoon, Jang, Hayley, and Fort, Rodney. 2016.  "Just Looking for a Good Game:  Competitive Balance in the Korean Professional Baseball League."  *Applied Economics*. 48(Issue 33):3104-3115.  First published online, January 22, 2016.  DOI: 10.1080/00036846.2015.1136393.  (R)

113.   Fort, Rodney. 2015.  "Fort and Quirk:  A Look Back and A Look Forward."  In George B. Cunningham, Janet S. Fink, and Alison J. Doherty (eds.) *Routledge Handbook of Theory in Sport Management* (London, UK:  Routledge), pp. 384-391.

112.   Fort, Rodney.  2015. "Managerial Objectives:  A Retrospective on Utility Maximization in Pro Team Sports." *Scottish Journal of Political Economy* 62(No. 1 February):75-89.  Online First:  January 13, 2015.  DOI:  10.1111/sjpe.12061.  (R)

111.   Fort, Rodney.  2015.  "NCAA Antitrust Exemption?  A 'Back to Basics' View."  *Journal of Business and Securities Law* 16(No. 1 Fall).  (R)

110.   Fort, Rodney; Kang, Joon-Ho; and Lee, Young Hoon.  2015.  "KBO and International Sports League Comparisons."  In Young Hoon Lee and Rodney Fort (eds.) *The Sports Business in the Pacific Rim* (New York, New York:  Springer Verlag), pp. 175-194.

109.   Horn, Brady P., Cantor, Michael, and Fort, Rodney. 2015.  "Proximity and Voting for Professional Sports Stadiums:  The Pattern of Support for the Seahawk Stadium Referendum."  *Contemporary Economic Policy* 33(No. 4 October):678-688.  Online First:  May 28, 2015.  DOI: 10.1111/coep.12108.  (R)

108.   Horn, Brady P., and Fort, Rodney. 2015.  "Referenda, Sports, and Entertainment Management."  *Sport & Entertainment Review* 1(No. 3 October):  83-90.  (R)

107.   Zheng, Fang, and Fort, Rodney.  2015.  "Attendance and Balance in the Chinese Basketball Association."  In Young Hoon Lee and Rodney Fort (eds.) *The Sports Business in the Pacific Rim* (New York, New York:  Springer Verlag), pp. 123-138.

106.   Baade, Robert; Coates, Dennis; Fort, Rodney; Ira Horowitz; Humphreys, Brad; Sanderson, Allen; Siegfried, John J.; Zimbalist, Andrew.  2014.  Reply Comments of Sports Fans Coalition, Inc. In the Matter of Sports Blackout Rules. MB Docket No. 12-3. Federal Communications Commission. Washington D.C. March 25.

105.   Baade, Robert; Coates, Dennis; Fort, Rodney; Ira Horowitz; Humphreys, Brad; Sanderson, Allen; Siegfried, John J.; Zimbalist, Andrew.  2014.  Response of Sports Economists on Declaration of Hal J. Singer. In the Matter of Petition for Rulemaking to Eliminate the Sports Blackout Rule. MB Docket No. 12-3. Federal Communications Commission. Washington D.C. February 20.

104.   Mills, Brian, and Fort, Rodney. 2014.  "League Level Attendance and Outcome Uncertainty in U.S. Pro Sports Leagues."  *Economic Inquiry* 52(No. 1 January):205-218.  Online First: October 18, 2013. DOI:10.1111/ecin.12037. (R)

103.   Fort, Rodney, and Lee, Young Hoon. 2013.  "Major League Baseball Attendance Time Series:  League Policy Lessons."  In Placido Rodriguez, Stefan Kesenne, and Jaume Garcia (eds.) *The Econometrics of Sports* (Cheltenham:  Edward Elgar). Pp. 35-49.

102.   Fort, Rodney, and Winfree, Jason.  2013.  "How The Arguments Against NCAA Pay-for-Play Come Up Short."  Deadspin.com.  December 12.  http://deadspin.com/why-the-arguments-against-ncaa-pay-for-play-suck-1481854847.

101.   Winfree, Jason, and Fort, Rodney.  2013.  "Reply to Szymanski's 'Some Observations on Winfree and Fort 'Nash Conjectures and Talent Supply in Sports League Modeling: A Comment on Current Modeling Disagreements.'"  *Journal of Sports Economics* 14(No. 3 June):327-329.  Online First: April 16, 2012. DOI. 10.1177/1527002512439883. (R)

100.   Winfree, Jason, and Fort, Rodney.  2013.  "Two Sports Myths and Why they're Wrong."  Stanford Brief (Imprint of Stanford University Press:  Stanford, California).  44 pages.

99.   Baade, Robert; Coates, Dennis; Fort, Rodney; Ira Horowitz; Humphreys, Brad; Noll, Roger G.; Sanderson, Allen; Siegfried, John J.; Zimbalist, Andrew.  2012. Comments of Sports Economists on the FCC's Sports Blackout Rules. In the Matter of Petition for Rulemaking to Eliminate the Sports Blackout Rule. MB Docket No. 12-3. Federal Communications Commission. Washington D.C. February 20.

98.   Broglio, Steven, and Fort, Rodney. 2012.  "Concussions and Concussion Management in the NFL:  Pathophysiology and Economics*." Florida International University Law Review* 8:31-48.  (R)

15

97.   Fort, Rodney. 2012.  "Big-Time Sports in American Universities by Charles T. Clotfelter: A Book Review." *Journal of Sports Economics* 14(No. 1 February):106-110.

96.   Fort, Rodney.  2012.  "Competitive Balance in the National Football League."  In Kevin Quinn (ed.) *Economics of the National Football League:  The State of the Art* (New York: Springer). Pp. 207-224.

95.   Fort, Rodney.  2012.  "Major League Baseball Is Just Like McDonald's?  Lessons from Unrecognized Rival Leagues."  In Stephen Shmanske and Leo Kahane (eds.) *The Oxford Handbook of Sports Economics Volume 2: Economics Through Sports* (New York, New York: Oxford University Press. Pp. 227-246.

94.   Lee, Young Hoon, and Fort, Rodney. 2012.  "Competitive Balance:  Time Series Lessons from the English Premiere League." *Scottish Journal of Political Economy* 59(No. 3 July):266-282. (R)

93.   Winfree, Jason, and Fort, Rodney. 2012.  "Nash Conjectures and Talent Supply in Sports League Modeling: A Comment on Current Modeling Disagreements." *Journal of Sports Economics* 13(No. 3 June):306-313. OnLine First: May 16, 2011. DOI: 10.1177/1527002511401412. (R).

92.   Dietl, Helmut, Fort, Rodney, and Lang, Markus.  2011.  "International Sports League Comparisons."  In Leigh Robinson, Packianathan Chelladurai, Guillaume Bodet, and Paul Downward (eds.) *Routledge Handbook of Sport Management* (New York, NY: Routledge). Pp. 388-404.

91.   Fort, Rodney, and Quirk, James. 2011.  "Optimal Competitive Balance in A Season Ticket League."  *Economic Inquiry*. 49(No. 2 April):464-473. Early View: February 25, 2010. DOI:  10.1111/j.1465-7295.2010.00264. (R)

90.   Coulson, N. Edward, and Fort, Rodney. 2010  "Tax Policy and the Value of Pro Sports Team Ownership."  *Contemporary Economic Policy*  28(No.4 October):464-473.  (R) [Reprint excerpt:  Scott R. Rosner and Kenneth L. Shropshire (eds.).  2011. *The Business of Sports* 2 ed. (Boston, MA:  Jones and Bartlett Publishers), pp. 42-47.]

89.   Fort, Rodney.  2010.  "An Economic Look at the Sustainability of FBS Athletic Departments." *Journal of Intercollegiate Sport* 3(Issue 1 June):3-21.  (R)

88.   Fort, Rodney.  2010.  "Economics of College Sports:  A Reading List."  *Journal of Intercollegiate Sports* 3(Issue 1 June):151-162. (R)

87.   Fort, Rodney.  2010.  "Observation, Replication, and Measurement in Sports Economics."  *Journal of Sports Economics* 11(No. 1 February):3-16.  (R)

86.   Baade, Robert; Berri, David; Bresnahan, Timothy; Coates, Dennis; Depken, Craig II; Fort, Rodney; Horowitz, Ira; Humphreys, Brad; Kahn, Lawrence; Kahane, Leo Kesenne, Stefan; Noll, Roger; Quirk, James; Sanderson, Allen; Schmidt, Martin; Siegfried, John; Solow, John; Szymanski, Stefan; White, Lawrence; Zimbalist, Andrew. 2009. Amicus Curiae Brief of Economists in Support of Petitioner. American Needle, Inc. (Petitioner) v. National Football League, et. al. (Respondent). Supreme Court of the United States. Case No. 08-661. September 24.

85.   Fort, Rodney, and Quirk, James. 2010.  "Optimal Competitive Balance in Single-Game Ticket Sports Leagues." *Journal of Sports Economics*11(December):587-601.  Online First: March 12, 2010.: DOI: 10.1177/1527002509359906. (R)

84.   Fort, Rodney, and Winfree, Jason. 2009.  "Sports Really Are Different:  The Contest Success Function and the Supply of Talent."  *Review of Industrial Organization* 34(No. 1 February):69-80.  (R)

16

83.   Fort, Rodney.  2008.  "U.S. Sports Leagues through the Economic Crystal Ball."  In Dennis Howard and Brad Humphreys (eds.) *The Business of Sports, Vol. 1* (Westport, CT: Praeger Publishers), pp. 187-224.

82.   Fort, Rodney; Lee, Young Hoon; and Berri, David.  2008.  "Race, Technical Efficiency, and Retention:  The Case of NBA Coaches."  *International Journal of Sport Finance* 3(No. 2 May):84-97 (oversized).  (R)

81.   Lee, Young Hoon, and Fort, Rodney.  2008.  "Attendance and the Uncertainty-of-Outcome Hypothesis in Baseball."  *Review of Industrial Organization* 33(No. 4 December):281-295.  (R)

80.   Winfree, Jason A., and Fort, Rodney.  2008.  "Fan Substitution and the 2004-05 NHL Lock Out."  *Journal of Sports Economics* 9(No. 4 August):425-434.  (R)

79.   Fort, Rodney.  2007.  "Antitrust and the Sports Industry."  In Victor J. Tremblay and Carol Horton Tremblay (eds.) *Industry and Firm Studies* (Armonk, N.Y.:  M.E. Sharpe, Inc.), pp. 245-266.

78.   Fort, Rodney.  2007.  "Comments on 'Measuring Parity.'"  *Journal of Sports Economics* 8(No. 6 December):642-651.  (R)

77.   Fort, Rodney.  2007.  "Reply to 'The Paradox of Inelastic Pricing.'"  *Managerial and Decision Economics* 28(No. 2 March):159-160.  (R)

76.   Fort, Rodney, and Lee, Young Hoon.  2007.  "Structural Change, Competitive Balance, and the Rest of the Major Leagues."  *Economic Inquiry* 45(No. 3 July):519-532.  (R)

75.   Fort, Rodney, and Quirk, James.  2007.  "Rational Expectations and Pro Sports Leagues."  *Scottish Journal of Political Economy* 54(No. 3 July):374-387.  (R)

74.   Winfree, Jason A.; McCluskey, Jill J., and Fort, Rodney.  2007.  "Transactions Cost Variation and Vertical Integration:  Major League Baseball's Minor League Affiliates."  In Milena Parent and Trevor Slack (eds.) *International Perspectives on the Management of Sport* (Burlington, MA:  Elsevier Academic Press), pp. 173-189.

73.   Fort, Rodney.  2006.  "Inelastic Pricing at the Gate?  A Survey."  In Wladimir Andreff and Stefan Szymanski (eds.) *Handbook on the Economics of Sport* (Cheltenham, UK:  Edward Elgar Publishing, Inc.), pp. 700-708.

72.   Fort, Rodney.  2006.  "Competitive Balance in North American Professional Sports."  In John Fizel (ed.) *Handbook of Sports Economics Research* (Armonk, N.Y.:  M.E. Sharpe, Inc.), pp. 190-206.

71.   Fort, Rodney.  2006.  "Talent Market Models in North American and World Leagues."  In Placido Rodriguez, Stefan Kesenne, and Jaume Garcia (eds.) *Sports Economics after Fifty Years:  Essays in Honour of Simon Rottenberg* (Oviedo, Spain:  Oviedo University Press), pp. 83-106.

70.   Fort, Rodney.  2006.  " The Value of Major League Baseball Ownership."  *International Journal of Sport Finance* 1(No. 1 February):3-8 (oversize).  (R)

[Reprint excerpt:  Scott R. Rosner and Kenneth L. Shropshire (eds.).  2011. *The Business of Sports* 2 ed. (Boston, MA:  Jones and Bartlett Publishers), pp. 18-25.]

69.   Fort, Rodney.  2006.  "What's Right and Wrong with MLB?" in Maury Brown (ed.), "32 Voices on the State of the Game."  BizOfBaseball.com; December 15, 2006.

68.   Fort, Rodney, and Lee, Young Hoon.  2006.  "Stationarity and Major League Baseball Attendance Analysis."   *Journal of Sports Economics* 7(No. 4 November):408-415.  (R)

67.   Fort, Rodney.  2005.  "The Golden Anniversary of 'The Baseball Players' Labor Market.'"  *Journal of Sports Economics* 6(No. 4 November):347-358.  (R)

66.    Fort, Rodney.  2005. The NZRU Premiere Division Salary Cap. In *Commerce Act 1986:  Restrictive Trade Practices Section 58 Notice Seeking Authorization The New Zealand Rugby Football Union Incorporated*, The Registrar, Business Acquisitions and Authorizations, Commerce Commission, November 9, 2005, pp. 122-159.

65.    Lee, Young Hoon, and Fort, Rodney.  2005.  "Structural Change in Baseball's Competitive Balance:  The Great Depression, Team Location, and Racial Integration." *Economic Inquiry* 43(No. 1 January):158-169.  (R)

64.    Fort, Rodney.  2004.  "Dueling Answers?  No, Different Questions." *Street & Smith's Sports Business Journal*, December 20, p. 26.

63.    Fort, Rodney.  2004.  "Economics of College Sports:  An Overview."  In John Fizel and Rodney Fort (eds.) *Economics of College Sports* (Westport, CT: Praeger Publishers), pp. 3-8.

62.    Fort, Rodney.  2004.  "Inelastic Sports Pricing." *Managerial and Decision Economics* 25(No. 2 March):87-94.  (R)

61.    Fort, Rodney.  2004.  "Subsidies As Incentive Mechanisms in Sports." *Managerial and Decision Economics* 25(No. 2 March):95-102.  (R)

60.    Fort, Rodney.  2004.  "Toto Salarial no Futebol."  (Salary Caps and Soccer). *Esportebizz*, April, 2004.  (Portugese)

59.    Fort, Rodney, and Quirk, James.  2004.  "Owner Objectives and Competitive Balance." *Journal of Sports Economics* 5(No. 1 February):30-42.  (R)

[Reprint: Vladimir Andreff (ed.).  2011.  *Recent Developments in the Economics of Sport* Volume 1 (Northampton, MA:  Edward Elgar Publishing, Inc.)]

58.    Winfree, Jason A.; McCluskey, Jill J.; Mittelhammer, Ron C.; Fort, Rodney.  2004.  "Location and Attendance in Major League Baseball." *Applied Economics* 36(No. 19 October 20): 2117-2124.  (R)

57.    Fort, Rodney.  2003.  "*The Economics of Football* by Stephen Dobson and John Goddard." *Review of Industrial Organization* 22(No. 2 March):175-177.

56.    Fort, Rodney.  2003.  "Sports Stadium Subsidies Strike Out." *The Free Lance-Star*, March 2, 2003, pp. D1, D3, Fredericksburg, VA.

55.    Fort, Rodney.  2003.  "Thinking (Some More) about Competitive Balance." *Journal of Sports Economics* 4(No.4 November):280-283.  (R)

54.    Fort, Rodney, and Maxcy, Joel.  2003.  "Comment:  'Competitive Balance in Sports Leagues: An Introduction.'" *Journal of Sports Economics* 4(No. 2 May 2003):154-160. (R)

53.    Fort, Rodney.  2002.  "The American Sports Experience."  In Jörg Heydel and Heinz-Dieter Horch (eds.) *Finanzierung des Sports:  Beitrage des 2. Kolner Sportokonomie-Kongresses*, Edition Sportökonomie & Sportmanagement Band-Nr. 2 (Aachen, Germany:  Meyer & Meyer Verlag), pp. 10-19.

52.    Fort, Rodney.  2002.  "*Fair Ball- A Fan's Case for Baseball* by Bob Costas: A Book Review." *Journal of Sports Economics* 3(No. 1 February):97-99.

51.    Maxcy, Joel G.; Fort, Rodney D.; and Krautmann, Anthony C.   2002.  "The Effectiveness of Incentive Mechanisms in Major League Baseball." *Journal of Sports Economics* 3(No. 3 August):246-255.  (R)

50.    Utt, Joshua, and Fort, Rodney.  2002.  "Pitfalls to Measuring Competitive Balance with Gini Coefficients." *Journal of Sports Economics* 3(No. 4 November):367-373.  (R)

49.    Fort, Rodney.  2001. Revenue Disparity and Competitive Balance in Major League Baseball. In *Baseball's revenue gap : pennant for sale? : Hearing before the Subcommittee on*

*Antitrust, Business Rights, and Competition of the Committee on the Judiciary*, United States Senate, 106th Congress, 2nd Session, November 21, 2000. 2001, pp. 42-52.

48. Fort, Rodney, and Maxcy, Joel.  2001.  "The Demise of African American Baseball Leagues: A Rival League Explanation." *Journal of Sports Economics* 2(No.1 February):35-49. (R) [Larger original paper on file at the Baseball Hall of Fame, Canton, Ohio:

47. Fort, Rodney.  2000.  "Antitrust in Pro Sports."  In Paul D. Staudohar (ed.) *Diamond Mines: Baseball and Labor* (Syracuse, NY: Syracuse University Press), pp. 109-121.

46. Fort, Rodney.  2000.  "European and North American Sports Differences (?)" *Scottish Journal of Political Economy* 47(No. 4 September):431-455. (R)

45. Fort, Rodney.  2000.  "Market Power in Pro Sports."  In William Kern (ed.) *The Economics of Sports* (Kalamazoo, MI: W.E. Upjohn Institute for Employment Research), pp. 7-20.

44. Fort, Rodney.  2000.  "Stadiums and Public and Private Interests in Seattle." *Marquette Sports Law Journal* 10(No. 2 Spring):311-334.  (R)

43. Fort, Rodney, and Gill, Andrew.  2000.  "Race and Ethnicity Assessment in Baseball Card Markets." *Journal of Sports Economics* 1(No.1 February):21-38. (R)

42. Fort, Rodney.  1999.  "Stadium Votes, Market Power, and Politics." *University of Toledo Law Review* 30(No. 3: Spring):419-441.  (R)

41. Fort, Rodney.  1999.  "The U.S. Pro Sports Scene."  In Stephan Kesenne and Claude Jeanrenaud (eds.) *Competition Policy in Professional Sport: Europe after the Bosman Case* (Antwerp: Standaard Uitgeverij), pp. 45-58.

40. Fort, Rodney, and Quirk, James.  1999.  "The College Football Industry."  In John Fizel, Elizabeth Gustafson and Lawrence Hadley (eds.) *Sports Economics: Current Research* (Westport, CT: Praeger Publishers), pp. 11-26.

39. Fort, Rodney, and Rosenman, Robert.  1999.  "Streak Management."  In John Fizel, Elizabeth Gustafson and Lawrence Hadley (eds.) *Sports Economics: Current Research* (Westport, CT: Praeger Publishers), pp. 119-134.

38. Fort, Rodney, and Bunn, Douglas.  1998.  "Whether One Votes and How One Votes." *Public Choice*, 95(Nos. 1-2 April):51-62. (R)

37. Fort, Rodney, and Rosenman, Robert.  1998.  "Winning and Managing for Streaks in Baseball." *American Statistical Association, 1998 Proceedings of the Section on Statistics in Sports* (Alexandria, VA: American Statistical Association), pp. 11-15. (R)

36. Fort, Rodney.  1997.  "Direct Democracy and the Stadium Mess."  In Roger G. Noll and Andrew Zimbalist (eds.) *Sports, Jobs, and Taxes: The Economic Impact of Sports Teams and Stadiums* (Washington, D.C.: The Brookings Institution), pp. 146-177.

35.  Fort, Rodney.  1997.  "The Market Structure of Sports by Gerald Scully." *Annals of the American Academy of Political and Social Science* 550(March):198.

34. Fort, Rodney.  1997.  "The Stadium Mess."  In Daniel Marburger (ed.) *Stee-rike Four: What's Wrong With The Business of Baseball* (Westport, CT: Greenwood Publishing Group, Inc.), pp. 146-177.

33. Fort, Rodney, and Quirk, James.  1997.  "Introducing a Competitive Economic Environment into Professional Sports."  In Wallace Hendricks (ed.) *Advances in the Economics of Sports, Volume 2* (Greenwich, CT: JAI Press), pp. 3-26.

32. Cardell, Scott; Fort, Rodney; Joerding, Wayne; Inaba, Fred; Lamoreaux, David; Rosenman, Robert; Stromsdorfer, Ernst W.; Bartlett, Robin.  1996.  "Laboratory-Based Experimental and Demonstration Initiatives in Teaching Undergraduate Economics." *American Economic Review Papers and Proceedings* 86(No. 2 May):454-459. (R)

31. Fort, Rodney, and Quirk, James. 1996. "Over-stated Exploitation: Monopsony versus Revenue Sharing in Sports Leagues." In John Fizel, Elizabeth Gustafson and Lawrence Hadley (eds.) *Baseball Economics: Current Issues* (Westport, CT: Praeger Publishers), pp. 159-178.

30. Fort, Rodney. 1995. "A Recursive Treatment of the Hurdles to Voting." *Public Choice* 85(Nos. 1-2 October): 45-69. (R)

29. Fort, Rodney, and Quirk, James. 1995. "Cross-Subsidization, Incentives, and Outcomes in Professional Team Sports Leagues." *Journal of Economic Literature* XXXIII(September):1265-1299 . (R)

[Reprint: Andrew Zimbalist (ed.). 2001. *The International Library of Critical Writings in Economics: The Economics of Sport, Vol. 1* (Northampton, MA: Edward Elgar Publishing, Inc.), pp. 117-151.]

28. Fort, Rodney, and Rosenman, Robert. 1995. "Rethinking the Value of Lost Health." *Journal of Legal Economics* 5(No. 1 Spring/Summer):63-73. (R)

27. Stegner, Tesa, and Fort, Rodney. 1995. "Congressional Dominance (?) in the Policy Process: The Case of the U.S. Forest Service." *Social Science Quarterly* 76(No. 4 December):839-852. (R)

26. Fort, Rodney. 1994. "The Decline of Nuclear Power in the United States: Inherent v. Economic Anti-Nuclear Sentiment." In Thomas Lowinger and George Hinman (eds.), *Nuclear Power at the Crossroads: Challenges and Prospects for the Twenty-First Century* (Boulder, CO: International Research Center for Energy and Economic Development), pp. 165-189.

25. Fort, Rodney, and Hallagan, William. 1994. "Nuclear Power in the United States and Japan: Economic versus Political Explanations." In Thomas Lowinger and George Hinman (eds.), *Nuclear Power at the Crossroads: Challenges and Prospects for the Twenty-First Century* (Boulder, CO: International Research Center for Energy and Economic Development), pp. 191-218.

24. Fort, Rodney; Rosenman, Robert; and Budd, William. 1994. "The Facilitation of Nuclear Siting: Compensation Lessons from Japan." In Thomas Lowinger and George Hinman (eds.), *Nuclear Power at the Crossroads: Challenges and Prospects for the Twenty-First Century* (Boulder, CO: International Research Center for Energy and Economic Development), pp. 151-164.

23. Fort, Rodney. 1993. "Do Greedy Owners, Greedy Players Threaten The Future of Baseball?" *HillTopics*, April-June, p. 7, Washington State University, Pullman, WA.

22. Fort, Rodney. 1993. "Host Community Benefits." In William Eblen and Ruth Eblen (eds.) *The Encyclopedia of the Environment* (Boston, MA: Houghton Mifflin Co.). 4 pages.

21. Fort, Rodney; Hallagan, William; Morong, Cyril; and Stegner, Tesa. 1993. "The Ideological Component of Senate Voting: Different Principles or Different Principals?" *Public Choice* 76(Nos. 1-2 June):39-57. (R)

20. Fort, Rodney, and Rosenman, Robert. 1993. "Another Look at the Study of Regulatory Forms and Outcomes." *Journal of Economic Education* 24(No. 1 Winter):39-52. (R)

19. Fort, Rodney; Rosenman, Robert; and Budd, William. 1993. "Prospect Costs and NIMBY." *Journal of Environmental Management* 38(No. 3 July):185-200. (R)

18. Fort, Rodney, and Scarlett, Lynn. 1993. "Too Little Too Late? Host-Community Benefits and Siting Solid Waste Facilities." Policy Study No. 157, The Reason Foundation, Santa Monica, California, April. 34 pages.

17. Fort, Rodney.  1992.  "Commodity Futures."  In Peter Newman, Murray Milgate, and John Eatwell (eds.) *The New Palgrave Dictionary of Money and Finance* (London: The Macmillan Press Ltd.). 4 pages.

16. Fort, Rodney.  1992.  "A Pay and Performance Omnibus: Is the Field of Dreams Barren?"  In Paul Sommers (ed.), *Diamonds are Forever:  The Business of Baseball* (Washington, D.C.: The Brookings Institution), pp. 134-162.

15. Rosenman, Robert, and Fort, Rodney.  1992.  "The Correct Value of Social Security Contributions in Personal Injury and Wrongful Death Settlements." *Journal of Forensic Economics* 5(No. 2 Spring/Summer):149-158. (R)

14. Budd, William; Fort, Rodney; Rosenman, Robert.  1990.  "Risk Externalities, Compensation, and Nuclear Siting in Japan." *The Environmental Professional* 12(October):208-213. (R)

13. Fort, Rodney; Hinman, George; Rosenman, Robert; Wandschneider, Philip.  1990.  "Radon: Residential Attitudes toward the Risk." *Proceedings of the 1990 Summer Study on Energy Efficiency in Buildings* (August 26-September 1), American Council for an Energy Efficient Economy, pp. 4.1-4.9. (R)

12. Rosenman, Robert, and Fort, Rodney.  1990.  "Hospital Planners Aren't Asking Right Questions." *Daily News*, March 24, pp. 1C, 3C, Pullman, WA.

11. Fort, Rodney; Hallagan, William; and Rosenman, Robert.  1989.  "Market Power, Cost-Shifting, and the Provision of Medical Services in Spokane, Washington." *Proceedings of the 23rd Annual Pacific Northwest Regional Economic Conference*, pp. 197-205.

10.  Fort, Rodney; Rosenman, Robert; and Budd, William.  1989.  "Address Problem At Its Source." *Ritzville Adams County Journal*, August 31, pp. 2, 4.  Ritzville, WA.

9. Fort, Rodney; Rosenman, Robert; and Budd, William.  1989.  "Real Cost of Hazardous Waste is Viewed." *The Outlook*, September 6, pp. 2, 4.  Othello, WA.

8. Fort, Rodney.  1988.  "The Median Voter, Setters, and Nonrepeated Construction Bond Issues." *Public Choice* 56(No. 3 March): 213-231. (R)

7. Fort, Rodney, and Quirk, James.  1988.  "Normal Backwardation and the Inventory Effect." *Journal of Political Economy* 96(No. 1 February): 81-99. (R)

6. Rosenman, Robert; Fort, Rodney; and Budd, William.  1988.  "Evaluating Some 'Hidden' Costs of a High Level Nuclear Waste Repository." *AERE Newsletter* 8(No. 1 June): 5-7.

5. Rosenman, Robert, Fort, Rodney; and Budd, William.  1988.  "Perceptions, Fear and Economic Loss: An Application of Prospect Theory to Environmental Decision Making." *Policy Sciences* 21(No. 4 December):327-350. (R)

4. Fort, Rodney, and Hallagan, William.  1987.  "Who Bids the Most for Market Power?" *Economic Inquiry* 25(No. 4 October): 671-680. (R)

3. Fort, Rodney, and Christianson, Jon B.  1981.  "Determinants of Public Service Provision in Rural Communities: Evidence from Voting on Hospital Referenda." *American Journal of Agricultural Economics* 63(No. 2 May): 228-236. (R)

2. Baden, John; Simmons, Randy; and Fort, Rodney.  1980.  "Environmentalists and Self-Interest: How Pure Are Those Who Desire the Pristine?" In John Baden (ed.), *Earth Day Reconsidered* (Washington, D.C.: The Heritage Foundation). 17 pages.

1.  Baden, John, and Fort, Rodney.  1980.  "Natural Resources and Bureaucratic Predators." *Policy Review* (Winter): 69-81. (R)

[Reprint versions: Baden, John, and Fort, Rodney.  1980.  "The Federal Budget as a Common Pool Resource: The Development of a Predatory Bureaucracy." In John Baden (ed.), *Earth Day Reconsidered* (Washington, D.C.: The Heritage Foundation), pp. 95-104.  Reprinted

version:  Fort, Rodney, and Baden, John.  1981.  "The Federal Treasury as a Common Pool Resource and the Development of a Predatory Bureaucracy."  In John Baden and Richard Stroup (eds.), *Bureaucracy vs. Environment, The Environmental Costs of Bureaucratic Governance* (Ann Arbor: The University of Michigan Press), pp. 9-21.]

External Grants/Contracts:  $579,381

7.  National Research Foundation (Korea), 2016 (Studies Informing Sustainable Growth of Korean Sports Industry) with Young Hoon Lee.  $298,038.
6.  National Research Foundation (Korea), 2009 (Moving Korean Professional Sports Leagues Toward Profitability:  A Comparative Study in Korea and the U.S.) with Young Hoon Lee.  $124,000.
5.  Washington Institute for Mental Health Research and Training, 1992 (Benefit Cost Analysis of Crisis Respite Care at the Spokane Community Mental Health Center) with Robert Rosenman. $14,850.
4.  Washington Institute for Public Policy Studies, 1991 (Benefit Cost Analysis and The Community Protection Act). $15,252.
3.  Japan-U.S. Commission and the JEC Fund, 1988-9 (Risk and Safety in U.S. and Japanese Nuclear Power) with George Hinman and Thomas Lowinger. $100,000.
2.  Washington State Institute for Public Policy Studies, 1986 (Risk of Economic Loss Due to Failure or Perceived Failure of A High-Level Nuclear Waste Repository) with Robert Rosenman and William Budd. $5,000.
1.  Center for the Study of Futures Markets, 1984 (Commodity Futures Price Distributions and the Theory of Futures Trading). $4,000.

Internal Grants/Contracts:  $72,241

10.  University of Michigan Rackham Graduate School, Spring/Summer Research Program, 2011 (Competitive Balance Measures in College Sports).  $6,000.
9.  College of Business and Economics, Washington State University, 2004.  (Inventing Principles of Microeconomics exclusively for distance learning).  $5,000.
8.  College of Business and Economics, Washington State University, 2003.  (Innovative Teaching Grant:  Integrating sports business simulations into the classroom).  $5,000.
7.  Washington State University Office of the Technology Provost, 1997 (Virtual WSU for Economics Principles Classes) with Wayne Joerding and Robert Rosenman. $25,000.
6.  Washington State University College of Business and Economics, 1995 (Multimedia Development Summer Grant), with Wayne Joerding. $15,000.
5.  Washington State University Summer Session Office, 1994 (New Course: Sports in American Society). $1,834.
4.  Washington State University Washington State University Office of Grants and Research Development, 1990 (Collection and Analysis of Health Care Data for Spokane, WA). $3,000.
3.  Washington State University Office of Grants and Research Development, 1988 (The Theory of The Price of Storage, Continued). $7,241.
2.  Washington State University Office of Grants and Research Development, 1988 (Determinants of the Support for Nuclear Power in the U.S.). $3,000.

1.    Washington State University Office of Grants and Research Development, 1987 (The Theory of The Price of Storage). $3,000.

Keynotes/Invited Panelist/Invited Conference

34.    Intercollegiate Athletics Finance. Invited Panelist. Intercollegiate Athletics Conference. Katz Law School- Center for Sports and Society. Pennsylvania State University, October 17, 2019.

33.    Antitrust in Sports. Invited Panelist. The Global Antitrust Economics Conference. Concurrence-Stern School of Business, New York University, May 31, 2019.

32.    "Modeling Self-Regulation in College Sports: Assessing Competitive Balance Impacts." Invited Conference. The NCAA Cartel Symposium. Robert F. Lanzillotti Public Policy Research Center, University of Florida. February 24, 2017.

31.    "Amateurism, Economics, Employment and Pay within Collegiate Athletics." Panelist. The Changing Landscape of Collegiate Athletics: Legal and Business Issues. National Sports Law Institute, Marquette University Law School, October 21, 2016.

30.    "The Future of Sports Economics." Keynote. 2nd Annual Sports Economics Summer Workshop. University College Cork, Cork, Ireland. July 23, 2016.

29.    "NCAA Antitrust Exemption? A 'Back to Basics' Overview." Panelist. Pay for Play: Unionization and the Business of the NCAA. Michigan State University Law School, March 20, 2015.

28.    "What Can We Know about Athletic Department Revenues and Expenses?" Panelist. The Value of College Sport. LSA Theme Semester Conference. University of Michigan, November 14, 2014.

27.    "Observations of an Old(er) Brand New Professor of Sport Management." Keynote. 26th Stanley Lecture, College of Health & Human Performance, University of Florida, Gainesville, Florida, March 23, 2011.

26.    "Sustainability of FBS Football Programs." Invited Conference. Ross School of Business/Phi Chi Theta 7th Annual Economic Symposium, *Sports and the Economy*. Conference. University of Michigan. November 14, 2011.

25.    "Major League Baseball Attendance Time Series: League Policy Lessons." Invited Conference. VI Congresso Economia del Deporte, "Sports and Econometrics." Laboral. Paraninfo Faculdad de Comercio, Turismo y Ciencias Sociales Jovellanos, Oviedo University, Gijon, Spain, May 6-7 2011.

24.    "Where Is the Arms Race? A Principal-Agent Perspective on Collegiate Sports Spending." Panelist. The Increasing Regulation of Sports in a Declining Economic Environment. National Sports Law Institute, Marquette University Law School, October 22, 2010.

23.    "An Economic Look at the Sustainability of FBS Athletic Departments." Keynote. Scholarly Colloquium on College Sports, Annual Convention of the NCAA, Atlanta, January 12, 2010.

        "Tradeoffs and Professional Sports Subsidies." Smith Center for Private Enterprise Studies, California State University, East Bay, Hayward, California, April 23, 2008.

22.    "Baseball Economics." Roundtable. BizOfBaseball.com; May 3, 2007.

21.    "The Evolving Face of Sports Economics." Invited Conference. Conference in Honor of the Retirement of Roger Noll, Stanford Institute for Policy Research, Stanford University, May 19-20, 2006.

20.    "Sporting Choices-- Is Investing in Sports A Good Bet?" Panelist. CityClub of Seattle Forum, Seattle, Washington, June 22, 2006.

19. "Talent Market Models in North American and World Leagues."  Invited Conference. I Congresso Economia del Deporte, Sports Economics after Fifty Years:  Conference in Honour of Simon Rottenberg, Oviedo University, Gijon, Spain, April 28-29, 2006.

18. "How I Teach Sports Economics."  Invited Conference. An Inside Look At Economics Conference, Pearson/Prentice Hall Publishers, Fullerton, California, November 4, 2005.

17. "Face Off:  2004 Hockey Negotiations."  Panelist.  Canadian Broadcasting Corporation, Hockey Night in Canada, Hosted by Ron MacLean.  90 minute Canada/U.S. Broadcast from the NHL All-Star Game in St. Paul, MN, February 7, 2004.

16. "The Value of MLB Ownership."  Keynote. Olympia Economists Club, Olympia, Washington, December 9, 2004.

15. "The Value of MLB Ownership."  Keynote. Seattle Economists Club, Seattle, Washington, December 9, 2004.

14. "Competitive Balance."  Panelist.  Invited Conference. Baseball Economics Conference, Vanderbilt University College of Arts and Science, Vanderbilt University Law School and the Owen Graduate School of Management, February 21, 2003.

13. "Lessons from the U.S. Sports Experience."  Invited Conference.  First Brazilian Sports and Marketing Conference, Rio De Janeiro, November, 2003.

12. "Contraction and Competitive Balance in Major League Baseball."  Keynote.  Third Annual Economics of Sports Conference, Fox School of Business and Management, Temple University, February 27, 2002.

11. "Revenue Sharing in Baseball."  Invited Conference. The Economics of Baseball Forum, The Weidenbaum Center, Washington University, St. Louis, Missouri, May 29, 2001.

10. "Cash and Competition: The Economics of Sport."  Panelist.  Education for Public Inquiry and International Citizenship (EPIIC), Tufts University, Medford, Massachusetts, February 9-13, 2000.

9. "Revenue Disparity and Competitive Balance in Major League Baseball."  Panelist.  Hearing before the Subcommittee on Antitrust, Business Rights, and Competition of the Committee on the Judiciary, United States Senate, 106th Congress, 2nd Session, November 21, 2000.

8. "Market Power in Pro Sports and What To Do About It."  Panelist.  Pro Team Sports:  Are Politics and Corruption Winning?  The Independent Institute, Oakland, California, March 7, 2000.

7. "The North American Pro Sports Experience: A Preview for Europe?"  Keynote.  Second Sports Economics Congress (Financing Sport), Institute for Sports Economics and Business and Sports Management, The German Sports Academy, Cologne, Germany, November 30, 2000.

6. "Winning and Managing for Streaks."  Invited Conference. Special Sports Statistics Session, National Meetings of the American Statistical Society, Dallas, Texas, 1998.

5. "Competition and Cross-Subsidies in U.S. Pro Sports."  Invited Conference.  Congress: The Regulation of the Player Market in Professional Team Sports, International Center for Sports Studies, Neuchatel, Switzerland, October 17-18, 1997.

4. "The History of the Kingdome and the Stadium Mess."  First Hill Lecture, Washington State Historical Society, Tacoma, Washington, 1997.

3. "The Economics of Public Stadiums."  Invited Conference.  Economic Impacts of Sports, The Brookings Institution, Washington, D.C., October 7-8, 1996.

2. "Player-Management Relations in Professional Team Sports."  Panelist.  National Meetings of the Southern Economic Association, New Orleans, Louisiana, 1995.

1.  "Diamonds Are Forever: The Business of Baseball."  Invited Conference. Thirteenth Annual Middlebury College Conference on Economic Issues, Middlebury, Vermont, 1991.

Invited Presentations

31.  "An Economist Looks at NCAA Infractions Enforcement." University Open Lecture. Otterbein University, February 21, 2019.
30.  "The Limits of the Economics of Race in Sports with an Application to African American Baseball." Economics Department Seminar, Otterbein University, February 21, 2019.
29.  "Monetary Costs of Concussion."  Department of Economics, University of Wisconsin-LaCrosse, October 14, 2016.
28.  "Winning in Baseball and Soccer:  Historical Moments." Department of Economics and Finance, University of Guelph (Ontario, CA), April 1, 2016.
27.  "15 Sports Myths and Why They Are Wrong."  Samuel M. Levin Lecture, College of Liberal Arts and Sciences, Wayne State University, April 18, 2014.
26.  "Modeling College Conferences."  Department of Economics and Finance, Mississippi State University, November 15, 2013.
25.  "College and Pro Sports Myths."  (Open Lecture) Department of Economics, Wittenberg University, Springfield, Ohio, October 25, 2012.
24.  "Data Diving:  College Sports Finance Issues."  (Economics Department Seminar) Department of Economics, Wittenberg University, Springfield, Ohio, October 25, 2012.
23.  "The Professionalization of Korean Baseball."  Department of Sport Management, Seoul National University, Seoul, Korea, April 14, 2011.
22.  "Asians in Major League Baseball."  School of Business, Sogang University, Seoul, Korea, April 13, 2011.
21.  "The Logic of Owner Lockouts."  John Molson School of Business, Concordia University, Montreal, Quebec, Canada, November 19, 2009.
20.  "Public Goods and Sports Subsidies:  The U.S. Case."  Institut für Strategie und Unternehmensökonomik, University of Zurich, Switzerland, November 25, 2008.
19.  "The Political Economy of Professional Sports Malls."  Clifford Lewis Lecture, Department of Kinesiology, University of Georgia, Athens, Georgia, April 3, 2008.
18.  "The Contest Success Function, Marginal Product, and Marginal Revenue in Pro Sports Leagues."  Department of Economics.  Wayne State University, Detroit, Michigan, November 15, 2007.
17.  "Choosing Competitive Balance Remedies."  Warsaw Center for Sports Marketing, University of Oregon, Eugene, Oregon, April 13, 2007.
16.  "Race and Firing of NBA Coaches."  Division of Kinesiology, University of Michigan, Ann Arbor, Michigan, January 19, 2006.
15.  "Race and Firing of NBA Coaches."  Division of Sport Management, Texas A&M University, College Station, Texas, October 27, 2006.
14.  "The NHL Lockout:  Why the Owners Are Winning Big." MBA in Sport Management Program, San Diego State University, San Diego, California, August 1, 2005.
13.  "Talent Choice in U.S. Pro Sports Leagues:  A Rottenberg-Coase Perspective."  Sport Management Group, University of Michigan, November, 2004.
12.  "Talent Choice in U.S. Pro Sports Leagues:  A Rottenberg-Coase Perspective."  Department of Economics, Texas Christian University, March, 2004.

11.   "The Competitive Position of WSU Athletics."  Tri-Cities Rotary Club, Pasco, Washington, November 8, 2000.

10.   "Sports Teams and Sports Policy: The Winning Percent Maximizing League."  Economics Department, University of Antwerp, Belgium, December 1, 2000.

9.   "The Pro Sports Culprit- Market Power and What Can Be Done About It?"  Emerald City Rotary Club at the Washington Athletic Club, Seattle, Washington, March 28, 2000.

8.   "The Pro Sports Culprit- Market Power and What Can Be Done About It?"  Bellevue Athletics Club, Bellevue, Washington, March 28, 2000.

7.   "The Inverse Relationship between Subsidies and Pricing Choices by Sports Teams."  Department of Economics, Clemson University, Clemson, South Carolina, 1999.

6.   "Pro Sports Problems: Causes and Solutions."  35th Annual Economics Lecture, Western Michigan University, Kalamazoo, Michigan, 1998.

5.   "Benefit-Cost Analysis and Adult Sex Offender Sentencing Alternatives."  Research Findings from the Community Protection Research Project: The First Year, Washington State Institute for Public Policy forum, Seattle, Washington, 1991.

4.   "Referendum Voting and the Determinants of Support for Nuclear Power in the United States."  Department of Economics, University of California, Irvine, 1989.

3.   "Referendum Voting and the Determinants of Support for Nuclear Power in the United States."  Department of Political Science, University of California, San Diego, 1989.

2.   "A Simple Model of Representative Bureaucracy's Public Provision Choices."  Department of Agricultural Economics and Economics, Montana State University, 1988.

1.   "Theories of Regulation and the U.S. Forest Service."  Regulation and Public Policy Workshop, School of Business, Stanford University, 1985.


Other Presentations

55.   "Modeling Injury Costs with An Application to Concussions in Major League Baseball."  Western Economic Association, Vancouver, BC, June 2018.

54.   "The Structure of NCAA Amateur Requirement Enforcement." Western Economic Association, San Diego, California, June, 2017.

53.   "College Sports Antitrust 'Beliefs':  Applied Theory and the Rule of Reason." Western Economics Association, Portland, Oregon, July, 2016.

52.   "The Yankees Do Not Write a Check o the Marlins: Revenue Sharing and Player Pay."  Southern Economic Association, New Orleans, Louisiana, November, 2015.

51.   "What Can We Know about College Sports Financial Data?"  Southern Economic Association, Atlanta, Georgia, November, 2014.

50.   "Just Looking for A Good Game:  Competitive Balance in the Korean Professional Baseball League."  European Sports Economics Association, Antwerp, Belgium, September, 2014.

49.   "Revenue Maximization in a College Conference."  Southern Economic Association, Tampa, Florida, November, 2013.

48.   "League Level Attendance and Outocme Uncertainty in the NBA, NFL, and NHL."  Western Economic Association, San Diego, California, July, 2011.

47.   "Collegiate Athletic Spending:  Arms Race or Principals and Agents?"  Western Economic Association, Portland, Oregon, July, 2010.

46.  "Competitive Balance:  Time Series Lessons from the English Premiere League."  Western Economic Association, Vancouver, Canada, July, 2009.

45.  "Tax Policy and the Value of Sports Team Ownership."  North American Society for Sport Management, Toronto, Canada, May, 2008.

44.  "Talent Supply, the Contest Success Function, and the Invariance Principle."  International Association of Sports Economists Annual Meeting, Gijon, Spain, May, 2008.

43.  "Competitive Balance in Sports Leagues:  When Is More Preferred to Less?"  Western Economic Association, Seattle, WA, 2007.

42.  "Dynasties and Rottenberg's Uncertainty of Outcome Hypothesis:  The Case of MLB."  Western Economic Association, Seattle, WA, 2007.

41.  "Choosing Competitive Balance Remedies."  International Association of Sports Economists Annual Meeting, Dayton, Ohio, May, 2007.

40.  "The Competitive Talent Model:  Rational Expectations and Pro Sports Leagues."  Western Economic Association, San Diego, CA, 2006.

39.  "Compliance Requirements in MLB Revenue Sharing."  Western Economic Association, San Diego, CA, 2006.

38.  "Structural Change, Competitive Balance, and the Rest of the Major Leagues."  Western Economic Association, San Francisco, CA, 2005.

37.  "The Value of Major League Baseball Ownership."  Western Economic Association, San Francisco, CA, 2005.

36.  "The Optimal Level of Competitive Balance in U.S. Pro Sports Leagues."  Western Economic Association, Vancouver, BC, 2004.

35.  "Time Series Behavior of MLB Attendance:  Structural Change and the Uncertainty of Outcome Hypothesis."  Western Economic Association, Vancouver, BC, 2004.

34.  "A Rottenberg/Coase Examination of Sports Policy Prescriptions."  Western Economic Association, Denver, CO, 2003.

33.  "Time Series Analysis of Structural Change:  Competitive Balance in Major League Baseball."  Western Economic Association, Seattle, WA, 2002.

32.  "Vertical Integration in Major League Baseball."  Western Economic Association, Seattle, WA, 2002.

31.  "Sports Policy Prescriptions." International Association of Sports Economists, New York, NY, 2002.

30.  "Attendance and Uncertainty of Outcome in Major League Baseball."  Western Economic Association, San Francisco, CA, 2001.

29.  "Punitive Sports Subsidies."  Western Economic Association, San Francisco, CA, 2001.

28.  "Revenues, Payrolls and Competitive Balance in Major League Baseball."  Western Economic Association, San Francisco, CA, 2001.

27.  "The Demise of African-American Baseball Leagues."  Western Economic Association, Vancouver, BC, 2000.

26.  "Punitive Subsidies."  Western Economic Association, Vancouver, BC, 2000.

25.  "Profit Maximization with Marginal Revenue Less Than Zero."  Western Economic Association, San Diego, California, 1999.

24.  "Last Period Problems in Sports."  Western Economic Association, Lake Tahoe, Nevada, 1998.

23.  "Race Assessment in Memorabilia Markets."  Western Economic Association, Lake Tahoe, Nevada, 1998.

22.  "The College Football Industry."  Western Economics Association, Seattle, Washington, 1997.

21.  "Introducing a Competitive Environment into Professional Sports."  Western Economics Association, San Francisco, California, 1996.

20.  "Profit Maximization with Marginal Revenue Less Than Zero."  Western Economics Association, San Francisco, California, 1996.

19.  "Monopsony versus Revenue Sharing in Sports Leagues."  Western Economics Association, San Diego, California, 1995.

18.  "Race in Economics: Perceptions and Measurement."  Western Economics Association, San Diego, California, 1995.

17.  "Voting Against Nuclear Power."  Western Economics Association, San Diego, California, 1995.

16.  "A Voting Analysis of Anti-Nuclear Sentiment."  Public Choice Society, New Orleans, Louisiana, 1992.

15.  "You've Always Got Choices, But. . . : Public Provision Efficiency and Firm Self-Selection."  Western Economic Association, Seattle, Washington, 1991.

14.  "Participation Hurdles and the Analysis of Nuclear Power Referenda."  Western Economic Association, Seattle, Washington, 1991.

13.  "As Easy as Rolling Off A Log: A Recursive Treatment of the Hurdles to Voting."  Public Choice Society, New Orleans, Louisiana, 1991.

12.  "Prospect Costs and NIMBY."  Western Economics Association, San Diego, California, 1990.

11.  "Alarms, Oversight, and the Structure of Bureaucracy."  Public Choice Society, Tucson, Arizona, 1990.

10.  "Are Senators Principled Agents?"  Public Choice Society, Tucson, Arizona, 1990.

9.  "Theories of Regulation and the U.S. Forest Service."  Public Choice Society, Orlando, Florida, 1989.

8.  "Referendum Voting and the Determinants of Support for Nuclear Power in the United States."  Public Choice Society, Orlando, Florida, 1989.

7.  "The Ideological Component of Senate Voting: Different Principles or Different Principals?"  Public Choice Society, Orlando, Florida, 1989.

6.  "Referendum Voting and the Determinants of Support for Nuclear Power in the United States."  Association for Public Policy Analysis and Management, Seattle, Washington, 1988.

5.  "Theories of Regulation and the U.S. Forest Service."  Public Choice Society, San Francisco, California, 1988.

4.  "Lessons from a More Complete Morphology of Regulation."  American Political Science Association, Chicago, Illinois, 1987.

3.  "A Simple Model of Representative Bureaucracy's Public Provision Choices."  Public Choice Society, Tucson, Arizona, 1987.

2.  "Pay and Performance in Professional Baseball: Modeling Expansion."  Southwest Social Science Association Meetings, Houston, Texas, 1983.

1.  "Hospital Provision by Referenda."  Public Choice Society, San Francisco, California, 1980.

Other Research Activities

4.    "Benefit Cost Analysis of Crisis Respite Care at the Spokane Community Mental Health Center," The Washington Institute for Mental Health Research and Training, Summer, 1992.

3.    "Benefit Cost Analysis and the Community Protection Act," Washington Institute for Public Policy Studies, Summer, 1991.

2.    "Risk of Economic Loss Due to Failure or Perceived Failure of A High-Level Nuclear Waste Repository," with William Budd and Robert Rosenman, Washington State Institute for Public Policy Studies, July, 1986.

1.    Research Associate, Center for the Study of Futures Markets, Columbia University (New York), 1984-1986.

### SERVICE
Editorial Boards/Guest Editor

Boards:

1.    *Eastern Economic Journal* (ended 2012).
2.    *Economics Open*.
3.    *International Journal of Empirical Economics*.
4.    *International Journal of Sport Finance* (ended 2022).
5.    *Journal of Intercollegiate Sport* (ended 2023).
6.    *Journal of Sports Economics*.
7.    *Managerial and Decision Economics*.

Guest Editor:

1.    *Journal of Sports Economics*, 2010, 11(No. 1 February):  Special Issue on the Challenges of Working with Sports Data.

Refereeing:  Journal List
1.    *American Economic Review*.
2.    *Contemporary Economic Policy*.
3.    *Eastern Economic Journal*.
4.    *Economic Inquiry*.
5.    *Economic Journal*.
6.    *Economics Letters*.
7.    *Economics of Education Review*.
8.    *Environmental Professional*.
9.    *European Economic Review*.
10.   *European Journal for Sport and Society*.
11.   *European Sport Management Quarterly*.
12.   *Industrial & Labor Relations Review*.
13.   *Industrial Relations*.
14.   *International Journal of Industrial Organization*.
15.   *International Journal of Sport Finance*.

16. *International Journal of Sport Management and Marketing.*
17. *International Review of Law and Economics.*
18. *Journal of Economic Education.*
19. *Journal of Economics and Business.*
20. *Journal of Higher Education.*
21. *Journal of Intercollegiate Sport.*
22. *Journal of Law & Economics.*
23. *Journal of Law, Economics, and Organization.*
24. *Journal of Legal Studies.*
25. *Journal of Policy Analysis and Management.*
26. *Journal of Regional Science.*
27. *Journal of Regulatory Economics*.
28. *Journal of Sport History*.
29. *Journal of Sport Management.*
30. *Journal of Sports Economics.*
31. *Journal of the Royal Statistical Society*.
32. *Labour Economics.*
33. *Managerial and Decision Economics.*
34. *New Zealand Economic Papers.*
35. *Policy Sciences.*
36. *Public Choice.*
37. *Public Finance Quarterly.*
38. *RAND Journal of Economics.*
39. *Review of Economics and Statistics.*
40. *Review of Industrial Organization.*
41. *Scottish Journal of Political Economy.*
42. *Social Science Journal.*
43. *Social Science Quarterly.*
44. *Sociological Inquiry.*
45. *Southern Economic Journal.*
46. *Sport Management Review.*

Grant Review Panels

2.   National Science Foundation.
1.   Social Sciences and Humanities Research Council of Canada.

Advisory Boards/Association Offices/Committees
6.   Advisory Board, NCAA Scholarly Forum, National Collegiate Athletic Association.  Winter 2009-Winter 2012.
5.   Scientific Committee Member,  Fundacion Observatorio Economico del Deporte, Oviedo University, Gijon, Spain.  Summer 2008-present.
4.   Vice President, International Association of Sports Economists, Limoges, France.  Summer 2002-present.
3.   Board of Associates, International Institute for the Study of Sports Management (IISSM), University of Alberta, Edmonton, Alberta, Canada.  Fall 2002-2006.

2.    Simulations Development Advisory Board.  Sports Business Simulations, Zenophon
      Abraham, CEO.  Oakland, CA.  March, 2005-2007.
1.    Committee Member, Washington State Rural Hospital Advisory Committee, 1986-1990.

Government Testimony/Court Briefs

13.   *Supreme Court of the United States*. On Petition for a Writ of Certiorari to the United States
      Court of Appeals for the Ninth Circuit, Brief of Amici Curiae Sports Economists in Support
      of Petitioner and In re: City of Oakland v. Oakland Raiders et. al. Case No. 21-1243. April
      13, 2022.
12.   *Supreme Court of the United States*. Amicus Curiae Brief of Economists in Support of
      Petitioner and In Re; National Collegiate Athletic Association v. Shawne Alston, et al.,
      American Athletic Conference, et al., v. Shawne Alston, et al. Case Nos. 20-512, 20-520.
      March 10, 2021.
11.    *United States Court of appeals for the Ninth Circuit*. Brief of Amici Curiae Economists
      and Professors in Support of Plaintiffs-Appellees and In Re: Karen Stromberg, et all., v.
      Qualcomm Incorporated. Case No. 19-15159. August 10, 2019
10.   *United States Court of appeals for the Ninth Circuit*. Brief of Amici Curiae Economists in
      Support of Plaintiffs-Appellants and In Support of Reversal. In Re National Football
      League's "Sunday Ticket Antitrust Litigation. Case No. 17-56119. January 18, 2018.
9.    *Federal Communications Commission*. Reply Comments of Sports Fans Coalition, Inc. In
      the Matter of Sports Blackout Rules. MB Docket No. 12-3. March 25, 2014.
8.    *Federal Communications Commission*. Response of Sports Economists on Declaration of
      Hal J. Singer. In the Matter of Petition for Rulemaking to Eliminate the Sports Blackout
      Rule. MB Docket No. 12-3. February 20, 2014.
7.    *Federal Communications Commission*. Comments of Sports Economists on the FCC's Sports
      Blackout Rules. In the Matter of Petition for Rulemaking to Eliminate the Sports Blackout
      Rule. MB Docket No. 12-3. February 20, 2012.
6.    *Supreme Court of the United States*.  Amicus Curiae Brief of Economists in Support of
      Petitioner. American Needle, Inc. (Petitioner) v. National Football League, et. al.
      (Respondent).  Case No. 08-661. September 24, 2009.
5.    *New Zealand Commerce Commission*.  Salary cap impacts in New Zealand Rugby
      Union.  2006.
4.    *U.S. Senate, Subcommittee on Antitrust*, Washington, D.C.  The state of competitive
      balance in Major League Baseball.  2000.
3.    *Governor's Committee on Sex Offender Treatment*, Seattle, WA.  Sex offender sentencing
      alternatives. 1991.
2.    *Washington State Ecological Commission*, Seattle, WA.  Impacts of the ECOS hazardous
      waste incinerator.  1987.
1.    *Washington State Legislature Subcommittee*.  Spokane, WA.  Siting a high-level nuclear
      waste repository.  1986.

## *SPECIAL RECOGNITION*

Honors

7. 26th Stanley Lecture, College of Health & Human Performance, University of Florida, 2011.

6. Annual Clifford Lewis Lecture, Department of Kinesiology, University of Georgia, 2008.

5. Society for American Baseball Research, nomination for the Seymour Medal, *Hardball: The Abuse of Power in Pro Team Sports*, 2000.

4. 35th Annual Economics Seminar Series Lecture, Department of Economics, Western Michigan University, 1998.

3. First Annual Curtiss Hill Lecture, Washington State Historical Society, 1997.

2. Princeton University Press, nomination to the Pulitzer Prize Committee, *Pay Dirt: The Business of Professional Team Sports*, 1992.

1. Eleventh Annual Invited Honors Lecture, Washington State University Honors Program, 1990.

Awards

4. University of Michigan Golden Apple Nominee. 2020.

3. Excellence in Refereeing Award, *American Economic Review*, 2009 [Award notification March 10, 2010.]

2, Pacific Northwest Bell Distinguished Faculty Award, Pacific Northwest Bell , 1988.  Washington State University.

1. Shell Undergraduate Teaching Excellence Award, Shell Companies Foundation, Inc., 1985.   Washington State University.

## APPENDIX B:

CURRICULUM VITAE
ROGER G. NOLL

**PERSONAL**

Date and Place of Birth:  March 13, 1940, Monterey Park, California

**EDUCATION**

East High School, Salt Lake City, Utah, 1958
B.S. (Math, Honors), California Institute of Technology, 1962
A.M., Ph.D. (Economics), Harvard University, 1965, 1967

**SCHOLARSHIPS, FELLOWSHIPS AND AWARDS**

National Merit Scholarship 1958-62
National Defense Education Act Fellowship 1962-66 (declined)
Harvard Prize Fellowship 1962-63
National Science Foundation Fellowship 1963-64
Guggenheim Fellow 1983-84
Rhodes Prize for Undergraduate Teaching, Stanford University, 1994
Distinguished Service Award, Public Utilities Research Center, University of Florida, 2001
Distinguished Lecture Award, Brookings-AEI Joint Center on Regulation and Markets, 2006
Alfred E. Kahn Distinguished Career Award, American Antitrust Institute, 2012
Distinguished Member Award, Transportation and Public Utilities Group, 2013
Economist of the Year, Global Competition Review, 2015
Outstanding Antitrust Litigation Achievement Award in Economics, American Antitrust
    Institute, 2015
Outstanding Antitrust Litigation Achievement Award in Economics, American Antitrust
    Institute, 2021

**POSITIONS**

California Institute of Technology:  Instructor, 1965-67
Assistant Professor, 1967-69
Associate Professor, 1969-71
Professor, 1973-82
Chair, Division of Humanities and Social Sciences, 1978-82
Institute Professor of Social Sciences, 1982-84
Council of Economic Advisers:  Senior Staff Economist 1967-69
Brookings Institution:  Senior Fellow, Co-director Studies in the Regulation of Economic
    Activity, 1970-73
Visiting Fellow, 1995-96
Nonresident Senior Fellow, 1996-1999

**Positions, cont'd**

Stanford University:  Visiting Professor, Graduate School of Business, 1976-77
Professor of Economics, 1984-2006 (*Emeritus* 2006-)
Visiting Scholar, Hoover Institution, 1984-85
Director, Public Policy Program, 1985-2002
Professor by Courtesy, Department of Political Science, 1985-2006
Professor by Courtesy, Graduate School of Business, 1986-2006
Morris M. Doyle Centennial Professor of Public Policy, 1990-2002
Associate Dean, Humanities and Sciences, l991-92
Director, American Studies Program, 2001-2002
Director, Stanford Center for International Development, 2002-06
University of Chicago: Reuben Gustavson Lecturer, April 1981
University of Rochester:  Donald Gilbert Memorial Lecturer, December 1982
Center for Advanced Study in the Behavioral Sciences:  Fellow, 1983-84
Carlton College:  Veblen-Clark Lecturer, May 1986
University of Illinois:  David Kinley Lecturer, May 1987
University of Michigan:  Sunderland Fellow, Law School, Fall 1988
European University Institute:  Jean Monnet Professor, Spring 1991
    University of California, San Diego: Visiting Professor, 1993
London School of Economics:  Visiting Scholar, Spring 2001, Spring 2002
    American Antitrust Institute:  Senior Fellow, 2002-
    Whittier College:  Kim Thomas Lecturer, 2010

## COURSE TAUGHT

<u>Undergraduate</u>:  Introductory Economics, Intermediate Microeconomic Theory, Introduction to Econometrics, Antitrust and Regulation, Economic History of Medieval Europe, History of Economic Thought, Economic Policy Analysis, Economics of Sports, Political Economy of the West

<u>Graduate</u>:  Antitrust and Regulation, Economic Policy Analysis, Applied Microeconomic Theory, Experimental Economics

## RESEARCH INTERESTS

Antitrust and Regulation, Technology Policy, Political Economics, Political Economy of Law

## MEMBERSHIP ON BOARDS AND COMMITTEES

President's Task Force on Communications Policy (CEA Staff Representative), 1967-68
President's Task Force on Suburban Problems, 1968
President's Committee on Urban Housing, 1968
President's Task Force on Public Broadcasting, 1968
Department of Commerce Technical Advisory Board Panel on Venture Capital, 1968-69

34

**Boards and Committees, cont'd**

Committee on the Multiple Uses of the Coastal Zone, National Council on Marine Resources and Engineering, 1968

Secretary, President's Interagency Task Force on Income Maintenance, 1968

Task Force on Application of Economic Analysis to Transportation Problems, National Research Council, 1970-73

Committee on Technological Forecasting on Behalf of the Environment, Office of Science and Technology, 1970-71

Board of Economic Advisers, Public Interest Economics Foundation, 1974-84

Executive Committee, Caltech Environmental Quality Laboratory, 1970-71

Faculty Board, Caltech, 1974-76

Advisory Commission on Regulatory Reform, Senate Committee on Government Operations, 1975-77

Chair, Fourth Annual Telecommunications Policy Research Conference, 1975-76

Committee on Satellite Communications, National Academy of Sciences, 1975-76

Advisory Council, Jet Propulsion Laboratory, 1976-82

Chair, Committee to Monitor the Desegregation Plan of the Los Angeles Unified School District, Los Angeles Superior Court, 1978-79

Advisory Council, National Aeronautics and Space Administration, 1978-81

Advisory Council, National Science Foundation, 1978-89

Board of Advisers, National Institute of Economics and Law, 1978-84

Research Advisory Board, Committee for Economic Development, 1979-82

President's Commission for a National Agenda for the Eighties, 1980

Board of Directors, Economists, Inc., 1981-2021

Review Panel, NSF Regulation and Public Policy Program, 1981-84

Board of Editors, *Journal of Economic Literature*, 1981-90

Advisory Board, Solar Energy Research Institute, 1982-91

Board of Directors, Cornell Pelcovits and Brenner, Inc., 1982-1988

Chair, Advisory Panel on Information Technology R&D, Office of Technology Assessment, 1983-84

Supervisory Board of Editors, *Information Economics and Policy,* 1982-88

Advisory Committee on Integrated Environmental Management Program, Environmental Protection Agency, 1983-85

Commission on Behavioral and Social Sciences and Education, National Research Council, 1984-90

Advisory Panel, NSF Policy Research and Analysis Division, 1984

Director, Program on Regulatory Policy, Stanford Institute for Economic Policy Research, 1984-

Panel on Clean Air, Science Advisory Board, Environmental Protection Agency, 1985-86

Board of Editors, *Review of Economics and Statistics*, 1985-2002

Contributing Editor, *Regulation*, 1986-93

Energy Research Advisory Board, Department of Energy, 1986-89

President & Chairman of the Board, Telecommunications Policy Research Foundation, 1986-87

Coordinating Editor, *Information Economics and Policy*, 1988-92

Board of Directors, International Telecommunications Society, 1988-92

Advisory Board of Editors, *Journal of Risk and Uncertainty,* 1988-2011

**Boards and Committees, cont'd**

Acid Rain Advisory Committee, Environmental Protection Agency, 1990-91
Secretary of Energy Advisory Board, 1990-95
International Board of Editors, *International Journal of the Economics of Business*, 1993-
Faculty Senate, Stanford University, 1993-95, 98-02, 04-06
California Council on Science and Technology, 1995-2001
Panel on Universities, President's Committee of Advisors on Science and Technology, 1996
Committee on Intellectual Property and the Information Infrastructure, National Research
        Council, 1997-9
Board of Editors, *Journal of Sports Economics*, 1999-
Board of Associate Editors, *Economics of Governance*, 1999-
Advisory Board, American Antitrust Institute, 2000-
Board on Science, Technology and Economic Policy, National Research Council, 2000-2006
Committee on Universal Postal Service, National Research Council, 2008

## SPONSORED RESEARCH

"Opinions of Policemen." International Association of Chiefs of Police, 1969
"Studies in the Regulation of Economic Activity." Brookings Institution and Ford Foundation,
        1970- 3
"Government Policies and Technological Innovation." National Science Foundation National
        R&D Assessment Program, 1973-4
"The Social Consequences of Earthquake Prediction," National Aeronautics and Space
        Administration, 1974-6
"Nuclear Safety Regulation." National Science Foundation RANN Program, 1975-7
"The Public Television Station Program Cooperative." National Science Foundation RANN
        Program, 1975-7
"The Station Allocation Game." Federal Communications Commission, 1977
"Energy Policy Studies." Various donors, 1978-84
"Economics of Oil Leasing" and "Issues in Utility Pricing." Department of Energy, 1978-9
"The Economics of Boxing, Wrestling and Karate." California Athletic Commission, 1978
"Implementing Tradable Emissions Permits." California Air Resources Board, 1979-82
"Social Science and Regulatory Policy." National Science Foundation, 1980-2
"The Political Economy of Public Policy." National Science Foundation and Center for
        Economic Policy Research, Stanford University, 1983-4
"SIEPR Program on Regulatory Policy." various donors, 1987-
"The Economics of Research Universities and Scholarly Communication."  Brown Center for
        Education Policy, Brookings Institution, 1995-6
"Coordination of Regulatory Reform," Organization for Economic Cooperation and
        Development, 1996
"The Future of the Research University," Carnegie Foundation, 1996
"SCID Program in Economic Policy Reform," Various donors, 2002-06

**CONSULTING**

Special Assistant to the President, Ford Foundation, 1969
Space Technology Applications, Jet Propulsion Laboratory, 1969
Panel on the Abatement of Particulate Emissions, National Research Council, 1971
Sloan Commission on Cable Communications, 1971
President's Commission on Government Procurement, 1971
Senate Subcommittee on Antitrust and Monopoly, 1971-72
MCI, Inc., 1972-73, 1983, 1986
National Science Foundation, 1973, 1975
Department of Justice, Antitrust Division, 1974-77, 1979-81, 1993-97
Internal Revenue Service, 1976-77
RAND Corporation, 1974-82
Los Angeles Lakers, 1974-75
National Football League Players Association, 1974-76, 1987-93, 2008, 2010-13, 2018-
Office of Telecommunications Policy, 1975-77
National Basketball Association Players Association, 1975-76, 1987-88, 1994
China Lake Naval Ordnance Test Station, 1975
Commission on Law and the Economy, American Bar Association, 1977-78
Aspen Institute Program on Communications and Society, 1977
National Commission on Electronic Funds Transfer, 1977
Business Round Table, 1978
Federal Communications Commission, 1977-81
Food and Drug Administration, 1978
Carnegie Commission on the Future of Public Broadcasting, 1978
Department of Energy, 1979
Office of Technology Assessment, 1980
Kerr-McGee Corporation, 1980
CBS, Inc. 1982-83
Environmental Protection Agency, 1982-83
Showtime/The Movie Channel, 1983, 1985
Harlequin Books, 1984
Lake Huron Broadcasting, 1984
National Collegiate Athletics Association, 1984
National Medical Enterprises, 1985, 1987-88
Camellia City Telecasters, 1985-86
Brown and Root, Inc., 1985-86
McDermott, Inc., 1985-86
Major League Baseball Players Association, 1985, 1994
United Cable Television and American Television and Communications, 1985
United States Football League, 1985-86
City of Anaheim, 1986
Technicolor, 1986
Metro-Mobile, 1986-89
Hewlett-Packard, 1986-90, 1991
Echostar, 1987, 1994-95, 2002-03, 2004-05

**Consulting, cont'd**

Continental Airlines, 1987-88
Home Box Office, 1988-89
Bell South Cellular, 1989
Western Union, 1989
Minnesota Twins, 1989
Northwest Airlines, 1989
Pepsico, 1989
Yellow Phone, 1989-91
Dialog, 1990-91
California Public Utilities Commission, 1989-90
American Newspaper Publishers Association, 1990
Humana, 1990-91
Class Plaintiffs, Inside Wire Antitrust Litigation, 1990-93
South Coast Air Quality Management District, 1990-91
Federal Trade Commission, 1990-91, 2010-18
Delta Airlines, 1991
California Cable Television Association, 1991
 Bureau of Competition Policy, Government of Canada, 1991
R&D Business Systems, *et al.* 1991-95
International Entertainment Group, 1992-93
Nike, Inc., 1992
World Bank, 1992-2006
Gemini, Inc. 1992-94
Servicetrends, Inc., 1993-94
William Sullivan/New England Patriots, 1993-95
Sure Safe Industries, 1993
U. S. Department of Justice, Civil Division 1994-95
Kopies, Inc., *et al.* 1995-99
Telecom Technical Services, *et al.*, 1995-99
Digital Distribution, Inc. 1996-99
Silvey, *et al.*, 1996-2000
Aguillar, *et al.* 1996-2000
Wadley Medical Center, 1997-2001
Oakland Raiders, 1997-2000
Major League Soccer Players Association, 1997-2000
Class Plaintiffs, Brand Name Prescription Drugs Litigation, 1998-99
Class Plaintiffs, Compact Disc Litigation, 1999-2003
Class Plaintiffs, State Microsoft Antitrust Litigation (California, Iowa, Minnesota, New York),
     2000-07
Kingray, 2000
Napster, 2000-02
Metropolitan Intercollegiate Basketball Association, 2002-05
Congressional Budget Office, 2002
Pioneer and Scientific Atlanta, 2002-03

**Consulting, cont'd**

Lenscrafters, 2003-4, 2009-12
Seven Network, 2003-07
Sports Car Clubs of America, 2003-05
Intertainer, 2003-05
Class Plaintiffs, DRAM Antitrust Litigation 2005-07
Class Plaintiffs, Honeywell Antitrust Litigation, 2005-13
Class Plaintiffs, Tableware Antitrust Litigation, 2005-07
Class Plaintiffs, *White, et al., v. NCAA*, 2006-08
Class Plaintiffs, Apple iPod Antitrust Litigation, 2006-15
Sirius Satellite Radio and XM Satellite Radio, 2006-7, 2011-12
Class Plaintiffs, Cartier Antitrust Litigation, 2006-07
Monte Carlo Country Club and Sociėtė Monėgasque pour l'Exploitation du Tournai de Tennis,
     2007
Pearle Vision, Inc., 2007-08
Class Plaintiffs, Apple iTunes/iPod Antitrust Litigation, 2007-15
Class Plaintiffs, SRAM Antitrust Litigation**,** 2007-09
Fair Isaac, 2007-09
Houston Baptist University, 2008
U. S. Department of Justice, U. S. Attorney's Office, San Francisco, 2008-09
Novell, 2008-11
GlaxoSmithKline, 2008-18
Class Plaintiffs, Flash Memory Antitrust Litigation, 2008-10
Class Plaintiffs, *Khalid Eidoo, et al., v Infineon, et al.*, 2008-14
MobiTV, 2009-10
AT&T, 2009-10
Verizon, 2009-10
Ericsson, 2009-10
Kaleidescape, 2011-12
Class Plaintiffs, Text Messaging Antitrust Litigation, 2011-15
Class Plaintiffs, California Automobile Insurance Antitrust Litigation, 2011-14
Class Plaintiffs, NCAA Student-Athlete Name and Likeness Licensing Litigation, 2011-14
State Attorneys General and Class Plaintiffs, E-Books Antitrust Litigation, 2013-14
Pandora Media, 2013-14
Class Plaintiffs, NHL and MLB Out-of-Market Premium Television Litigation, 2013-15
Class Plaintiffs, Television Blackout Antitrust Litigation, 2013-16
Class Plaintiffs, Digital Music Antitrust Litigation, 2013-18
City of San Jose, 2014-15
Class Plaintiffs, Lithium-Ion Batteries Antitrust Litigation, 2014-18
Class Plaintiffs, NCAA Athletic Grants-in-Aid Antitrust Litigation, 2015-18
North American Soccer League, 2017-
National Women's Soccer Team Players Association, 2019-22

**BOOKS AND MONOGRAPHS**

*Reforming Regulation: An Evaluation of the Ash Council Report.* Brookings Institution, 1971.

*Economic Aspects of Television Regulation*, co-authors Merton J. Peck and John J. McGowan. Brookings Institution, 1973. Winner, National Association of Educational Broadcasters Annual Book Award, 1974.

*Government and the Sports Business*, editor. Brookings Institution, 1974.

*The Political Economy of Deregulation*, co-author Bruce Owen. American Enterprise Institute, 1983.

*Regulatory Policy and the Social Sciences*, editor. University of California Press, 1985.

*The Technology Pork Barrel*, co-author Linda R. Cohen. Brookings Institution, 1991.

*The Economics and Politics of Deregulation*. European University Institute, 1991.

*Constitutional Reform in California: Making State Government More Effective and Responsive*, co-editor Bruce E. Cain. University of California Institute of Governmental Studies, 1995.

*Sports, Jobs, and Taxes*, co-editor Andrew Zimbalist. Brookings Institution, 1997.

*Challenges to Research Universities*, editor. Brookings Institution, 1998

*A Communications Cornucopia*, co-editor Monroe E. Price. Brookings Institution, 1998.

*The Economics and Politics of the Slowdown in Regulatory Reform.* AEI Press, 1999.

*The Digital Dilemma,* 17 co-authors (Committee on Intellectual Property Rights and the Emerging Information Infrastructure). National Academy Press, 2000.

*Bridging the Digital Divide*, editor. California Council on Science and Technology, 2001.

*Economic Reform in India*, co-editors Nicholas C. Hope, Anjini Kochar, and T.N. Srinivasan. Cambridge University Press, 2013

**ARTICLES IN SCHOLARLY PUBLICATIONS**

"Urban Concentration: Prospects and Implications." In *Increasing Understanding of Public Problems and Policies.* Farm Foundation, 1969.

"Metropolitan Employment and Population Distribution and the Conditions of the Urban Poor." In *Financing the Metropolis: Public Policy in Urban Economics: The Urban AffaIRCS Annual Reviews*, IV, John P. Crecine, ed. Sage Publications, 1970. Brookings Reprint No. 184.

"National Communications Policy: Discussion — Spectrum Allocation Without Markets." *American Economic Review Papers and Proceedings* 60(2) (May 1970).

"The Behavior of Regulatory Agencies." *Review of Social Economics* 24(1) (March 1971): 15-19. Brookings Reprint No. 219 (November 1971).

"Summary and Conclusions," co-author William Capron. In *Technological Change in Regulated Industries*, William Capron, ed. Brookings Institution, 1971.

"The Nature and Causes of Regulatory Failure." *Administrative Law Review* 23(4) (June 1971): 424-437. Revised version published as "The Economics and Politics of Regulation." *Virginia Law Review* 57(6) (September 1971): 1016-1032.

"Mass Balance, General Equilibrium and Environmental Externalities," co-author, John Trijonis. *American Economic Review* 61(4) (September 1971): 730-735.

"Selling Research to Regulatory Agencies." In *The Role of Analysis in Regulatory Decisionmaking: The Case of Cable Television*, Rolla Edward Park, ed. Heath-Lexington, 1973.

**Scholarly Articles, cont'd**

"Relative Prices on Regulated Transactions of the Natural Gas Pipelines," co-author Paul W. MacAvoy. *Bell Journal of Economics and Management Science* 4(1) (Spring 1973): 212-234.

"Regulating Prices in Competitive Markets," co-author Lewis A. Rivlin. *Yale Law Journal* 82(7) (June 1973): 1426-1434.

"Attendance and Price Setting." In *Government and the Sports Business*, Roger G. Noll, ed. Brookings Institution, 1974. Reprinted in *The Economics of Sport*, Andrew Zimbalist, ed. Edward Elgar, 2001.

"The U.S. Team Sports Industry." In *Government and the Sports Business*, Roger G. Noll, editor. Brookings Institution, 1974. Abridged version reprinted in *Public Policies Toward Business: Reading and Cases*, William G. Shephard, ed. Irwin, 1975.

"Alternatives in Sports Policy." In *Government and the Sports Business*, Roger G. Noll, ed. Brookings Institution, 1974. Abridged version in *Public Policies Toward Business: Readings and Cases*, William G. Shephard, ed. Irwin 1975. Revised version in *Handbook of Social Science of Sport*, Gunther R. R. Luschen and George H. Sage, eds. Stripes Publishing Co., 1980.

"The Social Costs of Government Intervention." In *The Business-Government Relationship in American Society: Reassessment*, Neil H. Jacoby, editor. University of California Press, 1975.

"The Consequence of Public Utility Regulation of Hospitals." In *Controls on Health Care*. Washington, D.C.: National Academy of Sciences, 1975.

"Information, Decision-Making Procedures and Energy Policy." *American Behavioral Scientist*, Vol. 19, No. 3 (January/February 1976): 267-278. Reprinted in *Current Issues in Social Policy*, W. B. Littrell and G. Sjoberg, eds. Sage, 1976.

"Breaking Out of the Regulatory Dilemma: Alternatives to the Sterile Choice." *Indiana Law Journal* 51(3) (Spring 1976): 686-699. Reprinted in *Corporate Practice Commentator* 19(1) (Spring 1977): 99-114.

"Safety Regulation," co-authors Nina Cornell and Barry Weingast. In *Setting National Priorities: The Next Ten Years*, Henry Owen and Charles L. Schultze, eds. Brookings Institution, 1976.

"Major League Team Sports." In *The Structure of American Industry*, Walter Adams, ed. 5th ed. Macmillan, 1977. 6th ed. Macmillan, 1981.

"An Experimental Market for Public Goods: The PBS Program Cooperative," co-author John A. Ferejohn. *American Economic Review Papers and Proceedings* 66(2) (May 1976): 267-273.

"Government Policy and Technological Innovation: Where Do We Stand and Where Do We Go?" In *Innovation, Economic Change and Technology Policies*, K.A. Stroetmann, ed. Birkauser-Verlag, 1977.

"Economic Policy Research on Cable Television: Assessing the Costs and Benefits of Cable Deregulation," co-authors S. M. Besen, B. M. Mitchell, B. M. Owen, R. E. Park, and J. N. Rosse. In *Deregulation of Cable Television*, Paul W. MacAvoy, ed. American Enterprise Institute, 1977.

**Scholarly Articles, cont'd**

"The Economic Implications of Regulation by Expertise: The Case of Recombinant DNA Research," co-author Paul A. Thomas. In *Research with Recombinant DNA*. National Academy of Sciences, 1977.

"The Dilemma of Consumer Advocacy." In *Regulatory Reform*, W.S. Moore, ed. American Enterprise Institute, 1978.

"Voters, Bureaucrats and Legislators: A Rational Choice Perspective on the Growth of Bureaucracy," co-author Morris P. Fiorina. *Journal of Public Economics* 9(3) (May 1978): 239-254.

"Public Utilities and Solar Energy Development: Institutional Economic Considerations." In *The Solar Market: Proceedings of the Symposium on Competition in the Solar Industry*, Federal Trade Commission, 1978. Excerpted version in *On the Economics of Solar Energy*, Stephen L. Feldman and Robert M. Wirtshafter, eds. D.C. Heath, Lexington Books, 1980.

"Uncertainty and the Formal Theory of Political Campaigns," co-author John A. Ferejohn. *American Political Science Review* 72(2) (June 1978): 492-505.

"The Rationale for Mandated Cost Increases." In *Economic Effects of Government-Mandated Costs*, Robert F. Lanzillotti, ed. University Presses of Florida, 1978.

"An Experimental Analysis of Decision-Making Procedures for Discrete Public Goods: A Case Study of a Problem in Institutional Design," co-authors John A. Ferejohn and Robert E. Forsythe. In *Research in Experimental Economics*, Vol. I, Vernon L. Smith, ed. JAI Press, 1979.

"Voters, Legislators and Bureaucracy: Institutional Design in the Public Sector," co-author Morris P. Fiorina. *American Economic Review Papers and Proceedings* 68(2) (May 1978): 256-260. Translated into Italian in *Problemi Di Amministrazione Pubblica* 4(2) (1979): 69-89.

"Practical Aspects of the Construction of Decentralized Decision-Making Systems for Public Goods," co-authors John A. Ferejohn and Robert Forsythe. In *Collective Decisionmaking*, Clifford S. Russell, ed. Resources for the Future, 1979.

"Regulatory and Nonregulatory Strategies for Controlling Health Care Costs," co-author Alain Enthoven. In *Medical Technology: The Culprit Behind Health Care Costs*, Stuart H. Altman and Robert Blendon, eds. Sun Valley Forum on National Health. U.S. Department of Health, Education and Welfare Publication No. (PHS) 79-3216, 1979.

"Antitrust Exemptions: An Economic Overview." In National Commission for the Review of Antitrust Laws and Procedures, *Report to the President and the Attorney General*, Vol. II. U.S. Department of Justice, 1979.

Regulation and Computer Services." In *The Computer Age*, Michael L. Dertouzos and Joel Moses, eds. MIT Press, 1979: 254-284.

"Majority Rule Models and Legislative Elections," co-author Morris P. Fiorina. *Journal of Politics*, Vol. 41, No. 4 (November 1979): 1081-1104.

"The Game of Health Care Regulation: Comments on Feldman/Roberts." In *Issues in Health Care Regulation*, Richard S. Gordon, ed. McGraw-Hill Book Co., 1980.

"Discussion: Regulatory Institutions in Historical Perspective." *American Economic Review Papers and Proceedings,* 70(2) (May 1980): 316-317.

**Scholarly Articles, cont'd**

"Regulation in Theory and Practice:  An Overview," co-author Paul L. Joskow.  In *Studies in Public Regulation*, Gary Fromm, ed.  MIT Press, 1981.

"The Economics of Disaster Defense: The Case of Building Codes to Resist Seismic Shock," co-author Linda Cohen.  *Public Policy* 29(1) (Winter 1981):  1-29.  Reprinted in *The Economics of Natural Disasters*, Vol. I, Howard Kunruether and Adam Rose, eds.  Edard Elgar, 2004.

"Designing a Market for Tradable Emissions Permits," co-author Robert W. Hahn.  In *Reform of Environmental Regulation*, Wesley Magat, ed.  Lexington Books, 1982.

"Implementing Marketable Emissions Permits." *American Economic Review Papers and Proceedings* 72(2) (May 1982):  120-124.

"An Experimental Examination of Auction Mechanisms for Discrete Public Goods," co-authors John A. Ferejohn, Robert Forsythe and Thomas R. Palfrey.  In *Research in Experimental Economics*, Vol. II, Vernon L. Smith, ed.  JAI Press, 1982.  Reprinted in *Experimental Foundations of Political Science*, Donald R. Kinder and Thomas R. Palfrey, eds.  University of Michigan Press, 1993.

"Implementing Tradable Emissions Permits," co-author Robert W. Hahn.  In *Reforming Social Regulation*, Leroy Graymer and Frederick Thompson, eds.  Sage Publications, 1982.

"The Case Against the Balanced Budget Amendment: Comments on Aranson and Rabushka."  In *The Economic Consequences of Government Deficits*, Laurence Meyer, ed.  Kluwer-Nyhoff Publishing, 1983.

"The Feasibility of Marketable Emissions Permits in the U.S."  In *Public Sector Economics*, Jorg Finsinger, ed.  Macmillan Press, Ltd., 1983.

"Barriers to Implementing Tradable Air Pollution Permits: Problems of Regulatory Interactions," co-author Robert W. Hahn.  *Yale Journal on Regulation* 1(1) (1983):  63-91.

"The Future of Telecommunication Regulation."  In *Telecommunications Today and Tomorrow*, Eli Noam, ed.  Harcourt Brace Jovanovich, 1983.

"The Political Foundations of Regulatory Policy." *Zeitschrift fur die gesamte Staatswissenschaft (Journal of Institutional and Theoretical Economics)* 139(3) (1983):  377-404. Reprinted in *Congress:  Structure and Policy*, Mathew McCubbins and Terry Sullivan, eds.  Cambridge University Press, 1987.

"The Regulation of Surface Freight Transportation: The Welfare Effects Revisited," co-author Ronald R. Braeutigam.  *The Review of Economics and Statistics* 66(1) (1984):  80-87.

"Prospective Payment: Will It Solve Medicare's Financial Problem," co-author Alain C. Enthoven.  *Issues in Science and Technology* 1(1) (1984): 111-116.  Reprinted in Health Industry Today 48(3) (1985): 16-24.

"The Preferences of Policy Makers for Alternative Allocations of the Broadcast Spectrum," co-author Forrest Nelson.  In *Antitrust and Regulation: Essays in Memory of John J. McGowan*, Franklin M. Fisher, ed.  MIT Press, 1985.

"Government Regulatory Behavior: A Multidisciplinary Survey and Synthesis."  In *Regulatory Policy and the Social Sciences*, Roger G. Noll, ed.  University of California Press, 1985.

"'Let Them Make Toll Calls': A State Regulator's Lament."  *American Economic Review Papers and Proceedings* 75(2) (1985):  52-56.

"State Regulatory Responses to Competition and Divestiture in the Telecommunications Industry."  In *Antitrust and Regulation*, Ronald E. Grieson, ed.  Lexington Books, 1986.

43

**Scholarly Articles, cont'd**

"The Political and Institutional Context of Communications Policy."  In *Marketplace for Telecommunications*, Marcellus S. Snow, ed.  Longman, Inc., 1986.

"Funding and Knowledge Growth: Comments."  *Social Studies of Science* 16(1) (1986):  135-42.

"Government R&D Programs for Commercializing Space," co-author Linda R. Cohen. *American Economic Review Papers and Proceedings* 76(2) (1986):  269-73.

"Administrative Procedures as Instruments of Political Control," co-authors Mathew D. McCubbins and Barry R. Weingast. *Journal of Law, Economics and Organization* 3(2) (1987): 243-77.  Abridged version in *State and Federal Administrative Law*, Arthur Earl Bonfield and Michael Asimow, eds., West Publishing, 1989.  Reprinted in *Economic Regulation*, Paul Joskow, ed.  Edward Elgar, 2000; *Regulation and Regulatory Processes*, Cary Coglianese and Robert Kagan, eds.  Ashgate Publishing, 2007; *The Economics of Administrative Law*, Susan Rose-Ackerman, ed., Edward Elgar, 2007; *Principles and Practice of American Politics: Classic and Contemporary Readings*, 5th Edition, Samuel Kernell and Stephen S. Smith, eds., Sage, 2013; *Rational Choice Politics*, Torun Dewan, Keith Dowling and Kenneth Shepsle, eds., Sage, 2009; *Institutional Law and Economics*, Pablo Spiller, ed., Edward Elgar, 2014.

"Communications."  In *The New Palgrave*, John Eatwell, Murray Milgat, and Peter Newman, eds. MacMillan, 1987.

"Comment:  Settlement Incentives and Follow-on Litigation."  In *Private Antitrust Litigation*, Lawrence J. White, ed. MIT Press, 1988.

"The Political Economy of NASA's Applications Technology Satellite Program," co-author Linda R. Cohen.  In Space Applications Board, *Proceedings of a Symposium on Space Communications Research and Development*.  National Research Council, 1988.

"Economics, Politics and Government Research and Development," co-author Linda Cohen.  In *Technology and Politics*, Michael E. Kraft and Norman J. Vig, eds.  Duke University Press, 1988.

"The Anticompetitive Uses of Regulation: *United States v. AT&T (1982)*," co-author Bruce M. Owen.  In *The Antitrust Revolution*, John E. Kwoka, Jr., and Lawrence J. White, eds. Scott, Foresman, 1988.

"The Economics of Sports Leagues."  In *Law of Professional and Amateur Sports*, Gary A. Uberstine, ed. Clark Boardman, 1988.

"Preface: Symposium on Telecommunications Demand."  *Information Economics and Policy* 3(4) (1988):  275.

"Telecommunications Regulation in the 1990s."  In *New Directions in Telecommunications Policy*, Vol. I, Paula R. Newberg, ed.  Duke University Press, 1989.

"Structure and Process, Politics and Policy: Administrative Arrangements and the Political Control of Agencies," co-authors Mathew D. McCubbins and Barry R. Weingast.  *Virginia Law Review* 75(2) (March 1989):  431-482.  Reprinted in: *The Political Economy of Regulation*, Thomas Lyon, ed., Edward Elgar, 2007; *Institutional Law and Economics*, Pablo Spiller, ed., Edward Elgar, 2014; *Public Administration Vol. II*, B. Guy Peters and Jon Pierre, eds., Sage Publications, 2014.

44

**Scholarly Articles, cont'd**

"U.S. v. AT & T:  An Interim Assessment," co-author Bruce M. Owen.  In *Future Competition in Telecommunications*, Stephen Bradley and Jerry Hausman, eds.  Harvard Business School Press, 1989.

"Economic Perspectives on the Politics of Regulation."  In *Handbook of Industrial Organization*, Vol. II.  Richard Schmalensee and Robert Willig, eds.  North Holland Publishing Co., 1989.  Reprinted in *Regulation and the Law*, Anthony I. Ogus, ed.  Edward Elgar Publishing, 2001.

"Comment: Peltzman on Deregulation."  *Brookings Papers on Economic Activity: Microeconomics* (1989):  48-58.

"Pricing of Telephone Services," co-author Susan Smart.  In *After the Breakup*, Barry G. Cole, ed.  Columbia University Press, 1990.

"Positive and Normative Models of Procedural Rights: An Integrative Approach to Administrative Procedures," co-authors Mathew D. McCubbins and Barry R. Weingast. *Journal of Law, Economics and Organization* 6 (1990):  307-332.

"Some Implications of Cognitive Psychology for Risk Regulation," co-author James Krier. *Journal of Legal Studies* 19 (June 1990):  747-779.  Excerpts reprinted in *Foundations of the Economic Approach to Law*, Avery Weiner Katz, ed.  Oxford University Press, 1998. Reprinted in *Behavioral Law and Economics*, Cass R. Sunstein, ed.  Cambridge University Press, 2000.

"Environmental Markets in the Year 2000," co-author Robert Hahn.  *Journal of Risk and Uncertainty* 3 (December, 1990):  347-363.

"Commentary: The Prospects for Using Market Incentives for Conservation of Biological Diversity."  In *The Preservation and Valuation of Biological Resources*, Gordon H. Orians, Gardner M. Brown, Jr., William E. Kunin, and Joseph E. Swierzbinski, eds.  University of Washington Press, 1990.

"Slack, Public Interest, and Structure-Induced Policy," co-authors Mathew D. McCubbins and Barry R. Weingast.  *Journal of Law, Economics and Organization* 6 (1990):  203-212.

"How to Vote, Whether to Vote: Strategies for Voting and Abstaining on Congressional Roll Calls," co-author Linda R. Cohen.  *Political Behavior* 13(2) (1991):  97-127.

"Rational Actor Theory, Social Norms, and Policy Implementation: Applications to Administrative Processes and Bureaucratic Culture," co-author Barry R. Weingast.  In *The Economic Approach to Politics*, Kristen Renwick Monroe, ed.  Harper Collins, 1991.

"The National Aerospace Plane: An American Technological Long Shot, Japanese Style," co-authors Linda R. Cohen and Susan A. Edelman.  *American Economic Review Papers and Proceedings*, 81(2) (May 1991):  50-53.

"The Economics of Intercollegiate Sports."  In *Rethinking College Athletics*, Judith Andre and David N. James, eds.  Temple University Press, 1991.

"Comparative Structural Policies," co-author Haruo Shimada.  In *Parallel Politics*, Samuel Kernell, ed.  Brookings Institution, 1991.

"Structural Policies in the United States."  In *Parallel Politics*, Samuel Kernell, ed.  Brookings Institution, 1991.

"ISDN and the Small User:  Regulatory Policy Issues," co-author William Lehr.  In *Integrated Broadband Networks*, Martin C.J. Elton, ed.  North-Holland, 1991.

**Scholarly Articles, cont'd**

"On Regulating Prices for Physicians."  In *Regulating Doctors' Fees*, H.E. Frech III, ed. AEI Press, 1991.

"Professional Basketball:  Economic and Business Perspectives."  In *The Business of Professional Sports*, Paul D. Staudohar and James A. Mangan, eds.  University of Illinois Press, 1991.

"Computer Reservation Systems and Their Network Linkages to the Airline Industry," co-author Margaret E. Guerin-Calvert.  In *Electronic Services Networks*, Margaret E. Guerin-Calvert and Steven S. Wildman, eds.  Praeger, 1991.

"An Economic Analysis of Scientific Journal Prices: Preliminary Results," co-author W. Edward Steinmueller.  *Serials Review* 18 (1992):  32-37.

"The Theory of Interpretive Canon and Legislative Behavior," co-authors Mathew McCubbins and Barry Weingast.  *International Review of Law and Economics* 12 (1992):  235-238.

"Positive Canons:  The Role of Legislative Bargains in Statutory Interpretation," co-authors Mathew McCubbins and Barry Weingast.  *Georgetown Law Journal* 80 (February 1992): 705-742.  Reprinted in *Sutherland Statutory Construction*, 5th edition, Norton J. Singer, ed., Clark Boardman Callaghan, 1992; *Sutherland Statutes and Statutory Interpretation*, 6th edition, Norman J. Singer, ed., West, 2000; *Sutherland Statutes and Statutory Interpretation*, 7th edition, Norman J. Singer and J. D. Shambie Singer, eds., Clark Boardman Callaghan, 2007.

"Comment: Judicial Review and the Power of the Purse."  *International Review of Law and Economics* 12 (June 1992):  211-213.

"Comment:  Standard Setting in High-Definition Television."  *Brookings Papers on Economic Activity:  Microeconomics*, 1992:  80-89.

"Research and Development," co-author Linda R. Cohen.  In *Setting Domestic Priorities:  What Can Government Do?*  Henry J. Aaron and Charles L. Schultze, eds.  Brookings Institution, 1992.

"The Economics of Information:  A User's Guide."  In *The Knowledge Economy:  Annual Review of the Institute for Information Studies*.  Aspen Institute, 1993.

"Downsian Thresholds and the Theory of Political Advertising."  In *Information, Participation, and Choice*, Bernard Grofman, ed.  University of Michigan Press, 1993.

"Economic Regulation," co-author Paul L. Joskow.  In *American Economic Policy in the 1980s*, Martin Feldstein, ed.  University of Chicago Press, 1994.

"The Origins of State Railroad Regulation:  The Illinois State Constitution of 1870," co-author Mark T. Kanazawa.  In *The Regulated Economy*, Claudia Goldin and Gary D. Libecap, eds. University of Chicago Press, 1994.

"Legislative Intent: The Use of Positive Political Theory in Statutory Interpretation," co-authors Mathew McCubbins and Barry Weingast.  *Law and Contemporary Problems* 57 (Winter/Spring 1994): 3-37.  Reprinted in *Public Choice and Public Law*, Daniel A. Farber, ed.  Edward Elgar, 2006, and *Legal Institutions and Economic Development*, Robert A. Cooter and Francesco Parisi, eds., Edward Elgar, 2010.

"Privatizing Public Research," co-author Linda R. Cohen.  *Scientific American*, September 1994, pp. 72-77.  Reprinted in *Leading Economic Controversies of 1996*, Edwin Mansfield, ed. New York:  Norton, 1996.

**Scholarly Articles, cont'd**

"Japanese and American Telecommunications Policy," co-author Frances M. Rosenbluth. *Communications and Strategy* 15 (3eme trimestre 1994): 13-46.

"Public Policy and the Admission of the Western States," co-author David W. Brady. In *The Political Economy of the American West*, Terry L. Anderson and Peter J. Hill, eds. Rowman and Littlefield, 1994.

"Introduction: Regulation and the New Telecommunications Infrastructure." *The Changing Nature of Telecommunications/Information Infrastructure*. National Academy Press, 1995.

"Telecommunications Policy: Structure, Process, Outcomes," co-author Frances M. Rosenbluth. In *Structure and Policy in Japan and the United States*, Mathew D. McCubbins and Peter Cowhey, eds.   Cambridge University Press, 1995.

"Politics and the Courts: A Positive Theory of Judicial Doctrine and the Rule of Law," co-authors Mathew D. McCubbins and Barry R. Weingast. *Southern California Law Review* 68 (September 1995): 1631-83. Reprinted in *The Economics of Judicial Behavior*, Lee Epstein, ed., Edward Elgar, 2013; *Institutional Law and Economics*, Pablo Spiller, ed., Edward Elgar, 2014.

"Feasibility of Effective Public-Private R&D Collaboration: The Case of Cooperative R&D Agreements," co-author Linda R. Cohen. *International Journal of the Economics of Business* 2 (1995): 223-240.

"Principles of State Constitutional Design," co-author Bruce E. Cain. In *Constitutional Reform in California*, Bruce E. Cain and Roger G. Noll, eds. University of California Institute for Governmental Studies, 1995. Excerpt reprinted in *Madison Review* 3 (Fall 1997): 7-11.

"Executive Organization: Responsiveness vs. Expertise and Flexibility." In *Constitutional Reform in California*, Bruce E. Cain and Roger G. Noll, eds. University of California Institute for Governmental Studies, 1995.

"The Role of Antitrust in Telecommunications." *Antitrust Bulletin* (Fall 1995): 501-528.

"Comment: Preferences, Promises, and the Politics of Entitlement." In *Individual and Social Responsibility*, Victor R, Fuchs, ed. University of Chicago Press, 1996.

"Privatizing Public Research: The New Competitiveness Strategy," co-author Linda R. Cohen. In *The Mosaic of Economic Growth*, Ralph Landau, Timothy Taylor, and Gavin Wright, eds. Stanford University Press, 1996.

"Is There a Role for Benefit-Cost Analysis in Environmental, Health and Safety Regulation?," 10 co-authors. *Science* 272 (April 12, 1996): 221-222. Reprinted in *Environmental and Development Economics*, Vol. 2, No. 2 (May 1997), pp. 196-201, and *Economics of the Environment*, Robert N. Stavins, ed. Norton, 2000, and subsequent editions.

"Benefit-Cost Analysis in Environmental, Health, and Safety Regulation: A Statement of Principles," ten co-authors. AEI, 1996.

"The Economics of Information." In *The Economics of Information in the Networked Environment*, Meredith A. Butler and Bruce R. Kingma, eds. Association of Research Libraries, 1996. Reissued by Haworth Press, 1999.

"Reforming Risk Regulation." *The Annals of the AAPSS* 545 (May 1996): 165-75.

"The Economics of Scholarly Publications and the Information Superhighway." In *The Internet and Telecommunications Policy*, Gerald W. Brock and Gregory L. Rosston, eds. Lawrence Erlbaum, 1996.

**Scholarly Articles, cont'd**

"Regulatory Reform as International Policy."  In *Regulatory Reform and International Market Openness*. Organisation for Economic Cooperation and Development, 1996.

"The Future of the National Laboratories," co-author Linda R. Cohen.  *Proceedings of the National Academy of Sciences* 93 (November 1996):  12678-85.

"Research and Development after the Cold War," co-author Linda R. Cohen.  In *Commercializing High Technology:  East and West*, Judith B. Sedaitis, ed.  Roman and Littlefield, 1997.

"Internationalizing Regulatory Reform."  In *Comparative Disadvantage?  Social Regulations and the Global Economy*, Pietro S. Nivola, ed.  Brookings Institution, 1997.

"The International Dimension of Regulatory Reform: With Applications to Egypt."  *Distinguished Lecture Series #8*.  Egyptian Center for Economic Studies, 1997.  Reprinted in *Challenges and Reforms of Economic Regulations in MENA Countries*, Imed Limam, ed.  American University in Cairo Press, 2003.

"Build the Stadium–Create the Jobs!" co-author Andrew Zimbalist.  In *Sports, Jobs and Taxes*, Roger G. Noll and Andrew Zimbalist, eds.  Brookings Institution, 1997.

"The Economic Impact of Sports Teams and Facilities," co-author Andrew Zimbalist.  In *Sports, Jobs and Taxes*, Roger G. Noll and Andrew Zimbalist, eds.  Brookings Institution, 1997.

"Sports, Jobs and Taxes:  The Real Connection," co-author Andrew Zimbalist.  In *Sports, Jobs and Taxes*, Roger G. Noll and Andrew Zimbalist, eds.  Brookings Institution, 1997.

"Legislative Control of Bureaucratic Policy Making," co-authors Mathew D. McCubbins and Barry R. Weingast.  *New Palgrave Dictionary of Economics and the Law*.  London: New Palgrave, 1997.

"The American Research University:  An Introduction."  In *Challenges to Research Universities*, Roger G. Noll, ed.  Brookings Institution, 1998.

"Universities, Constituencies, and the Role of the States," co-author Linda R. Cohen.  In *Challenges to Research Universities*, Roger G. Noll, ed.  Brookings Institution, 1998.

"Students and Research Universities," co-author Gary Burtless.  In *Challenges to Research Universities*, Roger G. Noll, ed.  Brookings Institution, 1998.

"The Economics of University Indirect Cost Reimbursement in Federal Research Grants," co-author William P. Rogerson.  In *Challenges to Research Universities*, Roger G. Noll, ed.  Brookings Institution, 1998.

"The Future of Research Universities."  In *Challenges to Research Universities*, Roger G. Noll, ed.  Brookings Institution, 1998.

"Communications Policy:  Convergence, Choice, and the Markle Foundation," co-author Monroe E. Price.  In *A Communications Cornucopia*, Roger G. Noll and Monroe E. price, eds.  Brookings Institution, 1998.

"Economic Perspectives on the Athlete's Body." *Stanford Humanities Review* 6(2) (1998):  69-73.

"The Bell Doctrine: Applications in Telecommunications, Electricity, and Other Network Industries," co-author Paul L. Joskow.  *Stanford Law Review* 51(5) (1999):  1249-1315.

**Scholarly Articles, cont'd**

"The Political Origins of the Administrative Procedure Act," co-authors Mathew D. McCubbins
and Barry R. Weingast. *Journal of Law, Economics, and Organization* 15(1) (1999): 180-
217. Excerpt reprinted in *Administrative Law* 11th Edition, Walter Gellhorn, Clark Byse,
Peter L. Strauss, Todd Rakoff, Cynthia Farina, and Gillian Metzger, eds., Foundation Press,
2011.

"The Economics of Information," *Journal of Library Administration* 26(1) (1999): 47-55.

"Competition Policy in European Sports after the Bosman Case." In *Competition Policy in
Professional Sports: Europe after the Bosman Case*, Claude Jeanrenaud and Stefan Kė
senne, eds. Standaard Editions Ltd., 1999.

"The Business of College Sports and the High Costs of Winning." *Milken Institute Review* 1(3)
(3rd Quarter 1999): 24-37. Reprinted in *The Business of Sports*, Scott Rosner and Kenneth
Shropshire, eds. Jones and Bartlett, 2004.

"Antitrust and Labor Markets in Professional Sports." In *The Role of the Academic Economist in
Litigation Support*, Daniel J. Slottje, ed. North-Holland, 1999.

"Reforming Urban Water Systems in Developing Countries," co-authors Mary M. Shirley and
Simon
Cowan. In *Economic Policy Reform: The Second Stage*, Anne O. Krueger, ed. University of
Chicago, 2000.

"Telecommunications Reform in Developing Countries." In *Economic Policy Reform: The
Second Stage*, Anne O. Krueger, ed. University of Chicago: 2000.

"Regulatory Reform and International Trade Policy." In *Deregulation and Interdependence in
the Asia-Pacific Region*, Takatoshi Ito and Anne O. Krueger, eds. University of
Chicago/NBER, 2000.

"Comment: Hong Kong's Business Regulation in Transition." In *Deregulation and
Interdependence in the Asia-Pacific Region*, Tahatoshi Ito and Anne O. Krueger, eds.
University of Chicago/NBER, 2000.

"The Digital Divide: Definitions, Measurement, and Policy Issues," co-authors Dina Older-
Aguilar, Richard R. Ross and Gregory L. Rosston. In *Bridging the Digital Divide*, Roger
G. Noll, ed. California Council on Science and Technology, 2001.

"The Digital Divide: Diagnosis and Policy Options," co-author Dina Older-Aguilar. In *Bridging
the Digital Divide*, Roger G. Noll, ed. California Council on Science and Technology,
2001.

"Intellectual Property, Antitrust and the New Economy," co-author Linda R. Cohen. *University
of Pittsburgh Law Review* 62(3) (Spring 2001): 453-73.

"The Economics of Promotion and Relegation in Sports Leagues: The Case of English
Football." *Journal of Sports Economics* 3(2) (May 2002): 169-203. Reprinted in *The
Economics of Association Football*, Bill Girard, ed., Edward Elgar, 2006.

"The Economics of Urban Water Systems." In *Thirsting for Efficiency*, Mary M. Shirley, ed.
Pergamon Press, 2002.

"Comment: Small-Scale Industry Policy in India." In *Economic Policy Reforms and the Indian
Economy*, Anne O. Krueger, ed. University of Chicago, 2002.

"The Economics of the Supreme Court's Decision on Forward Looking Costs," co-author
Gregory L. Rosston. *Review of Network Economics* 1(2) (September 2002): 81-9.

## Scholarly Articles, cont'd

"Federal R&D in the Antiterrorist Era." In *Innovation Policy and the Economy,* Vol. 3, Adam B. Jaffe, Josh Lerner and Scott Stern, eds. MIT Press, 2003.

"The Economics of Contraction in Baseball." *Journal of Sports Economics* 4(4) (November 2003): 367-88.

"The Organization of Sports Leagues." *Oxford Review of Economic Policy* 19(4) (Winter 2004): 530-51.

"The Conflict over Vertical Foreclosure in Competition Policy and Intellectual Property Law." *Journal of Institutional and Theoretical Economics* 160(1) (March 2004): 79-96.

"New Tool for Studying Network Industry Reforms in Developing Countries," co-authors Scott J. Wallsten, George Clarke, Luke Haggarty, Rosario Kaneshiro, Mary Shirley and Lixin Colin Xu. *Review of Network Economics* 3(3) (September 2004): 248-82.

"Comment: Who Benefits Whom in Local Television Markets?" In *Brookings-Wharton Papers on Urban AffaIRCS 2004*, William G. Gale and Janet Rothenberg Pack, eds. Brookings Institution, 2004.

"'Buyer Power' and Economic Policy." *Antitrust Law Journal* 72(2) (2005): 311-40. Spanish version "'Poder de Compra' y Polltica Económica." In *Libra Competencia y Retail: Un Análisis Crltico*, Paulo Montt Rettig and Nicole Behme Zalaquett, eds. Abeledo Perrot Legal Publishing, Santiago, Chile, 2010.

"Einstein's Interoffice Memo." *Science* 309: 5740 (September 2, 2005): 1490-1. Reprinted in *CAUT-ACPPU Bulletin* (December 2005): 2.

"The Politics and Economics of Implementing State-Sponsored Embryonic Stem Cell Research." In *States and Stem Cells*, Aaron D. Levine, ed. Policy Research Institute for the Region, Princeton University, 2006.

"Designing an Effective Program of State-Sponsored Human Embryonic Stem-Cell Research." *Berkeley Technology Law Journal* 21(3) (Summer 2006): 1-33.

"Universal Telecommunications Service in India," co-author Scott J. Wallsten. In *India Policy Forum 2005-06*, Suman Bery, Barry Bosworth and Arvind Pamagariya, eds. Brookings Institution, 2006. Reprinted in *Spectrum Law and Governance*, Ramakistaiah Jilla, ed. Icfai University Press, 2008.

"Conditions for Judicial Independence," co-authors Mathew D. McCubbins and Barry R. Weingast. *Journal of Contemporary Legal Issues* 15(1) (September/October 2006): 107-29.

"Sports Economics after Fifty Years." In *Sports Economics after Fifty Years*, Placido Rodriquez, Stefan Kèsenne and Jaume Garcia, eds. University of Oveido Press, 2006.

"Broadcasting and Team Sports." *Scottish Journal of Political Economy* 54(3) (July 2007): 400-21.

"The Political Economy of Law*,*" co-authors Mathew D. McCubbins and Barry R. Weingast. In *Handbook of Law and Economics*, A. Mitchell Polinsky and Steven Shavell, eds. North-Holland Publishers, 2007.

"Comment: Housing Subsidies and Homeowners." *Brookings/Wharton Papers on Urban AffaIRCS 2007.*Brookings Institution, 2007.

"The Economic Significance of Executive Order 13,422." *Yale Journal on Regulation* 25(1) (Winter 2008), pp. 113-24.

50

**Scholarly Articles, cont'd**

"The Wines of West Africa:  History, Technology and Tasting Notes." *Journal of Wine Economics* Vol. 3, No. 1 (May 2008), pp. 85-94.

"Administrative Law Agonistes," co-authors Mathew D. McCubbins, Daniel B. Rodriguez and Barry R. Weingast.  *Columbia Law Review Sidebar* Vol. 108 (April 29, 2008)*, pp. 15-22.

"Comment:  London Congestion Charges."  *Brookings-Wharton Papers on Urban AffaIRCS 2008*, Gary Burtless and Janet Rothenberg Pack, eds.  Brookings Institution, 2008.

"Priorities for Telecommunications Reform in Mexico."  In *No Growth without Equity? Inequality, Interests, and Competition in Mexico*, Santiago Levy and Michael Walton, eds. Palgrave MacMillan, 2009.

"Malleable Constitutions:  Reflections on State Constitutional Reform," co-author Bruce E. Cain. *Texas Law Review* Vol. 87, No. 7 (June 2009), pp. 1517-44.

"Regionalizing Infrastructure Reform in Developing Countries," co-authors Nancy C. Benjamin and Ioannis N. Kessides.  *World Economics* Vol. 11, No. 3 (July-September 2010), pp. 79-108.

"Institutional Causes of California's Budget Problem," co-author Bruce E. Cain.  *California Journal on Politics and Policy* Vol. 2, No. 2 (September 2010), pp. 1-35.

"Comment."  *Energy Economics* Vol. 33, No. 4 (July 2011), pp. 683-6.

"Impediments to Innovation in Legal Infrastructure."  *I/S:  A Journal of Law and Policy for the Information Society* Vol. 8, No. 1 (Summer 2012), pp. 61-71.

"Introduction," co-authors Nicholas C. Hope, Anjini Kochar, and T N. Srinivasan.  In *Economic Reform in India*, Nicholas C. Hope, Anjini Kochar, Roger Noll and T.N. Srinivasan, eds. Cambridge University Press, 2013.

"An Assessment of Indian Telecommunications Reform," co-author Scott J. Wallsten.  In *Economic Reform in India*, Nicholas C. Hope, Anjini Kochar, Roger Noll and T.N. Srinivasan, eds.  Cambridge University Press, 2013.

"Alfred E. Kahn, 1917-2010," co-author Paul L. Joskow.  *Review of Industrial Organization* Vol. 42, No. 2 (March 2013), pp. 107-26.

"Evaluación de las Políticas de Telecomunicaciones en México." *El Trimestre Económico* Vol. 80, No. 3 (July-September 2013), pp. 603-50.

"The DRAM Antitrust Litigation (2008)."  In *The Antitrust Revolution*, John E. Kwoka, Jr., and Lawrence J. White, eds.  Oxford University Press, 2013.

"Endogeneity in Attendance Demand Models."  In *The Econometrics of Sport*, Placido Rodriguez, Stefan Kesenne and Jaume Garcia, eds.  Edward Elgar, 2013.

"Collusion in College Sports:  O'Bannon v. NCAA (2015)."  In *The Antitrust Revolution*, John E. Kwoka, Jr., and Lawrence J. White, eds.  Oxford University Press, 2018.

"Sports Economics on Trial:  Alston v. NCAA." *Journal of Sports Economics* Vol. 23, No. 6 (August 2022), pp. 826-45.

"Thomas Teitenberg and the Tradable Permits Innovation."  *International Review of Environmental and Resource Economics* Vol. 17, No. 4 (2023), pp. 449-76.

**OTHER PROFESSIONAL PUBLICATIONS**

"Central City–Suburban Employment Distribution." In *Final Report: Statistical Papers*. President's Task Force on Suburban Problems, Department of Housing and Urban Development, December 1968.

"Current Mortgage Finance Problems." In *Final Report: Policy and Program Papers*. President's Task Force on Suburban Problems, Department of Housing and Urban Development, December 1968.

A Statistical Analysis of the International Association of Chiefs of Police Poll of the Opinions of the Opinions of Policemen," Jet Propulsion Laboratory, Fall 1969.

"The Economics of Professional Basketball," co-author Benjamin A. Okner. Brookings Reprint No. 258, (1972). From "Statements," Senate Antitrust Subcommittee, Hearings on S. 2373, September 21-23, 1971, *Professional Basketball (Part I)* and May 3, 1972, Professional Basketball (Part II).

"Prospects and Policies for CATV," co-authors John J. McGowan and Merton J. Peck. In *On the Cable: Report of the Sloan Commission on Cable Communications*. New York: McGraw-Hill, 1971.

"The Price Commission and Regulated Public Utilities." *Compendium on Price and Wage Controls: Now and the Outlook for 1973*. Joint Economic Committee, U.S. Congress, 1972.

"The Administration Bill to Deregulate Surface Transportation." In *Transportation Policy: The Economic-Political Interface*, Anthony M. Woodward, ed. Business Research Center, Syracuse University, 1972.

"The Case for Viewer Sovereignty," co-authors Merton J. Peck and John J. McGowan. Research Report No. 135. Brookings Institution, June 1973.

"Regulating the Medical Services Industry." In *The Changing Role of the Public and Private Sectors in Health Care*. National Health Council, 1973.

"Decentralization of Public Television." In *Conference on Communications Policy Research: Papers and Proceedings*. Office of Telecommunications Policy, Washington, D.C., 1973.

"The Product Market in Sports." In *Conference on the Economics of Professional Sports: Proceedings*, George Burman, ed. National Football League Players Association, Washington, D.C., May 7, 1974.

"Government Administrative Behavior and Technological Change." In *Government Policies and Technological Innovation*, Vol. II. National Technical Information Service, 1974.

"Public Policy and Innovation: Two Cases," co-author W. David Montgomery. In *Government Policies and Technological Innovation*, Vol. II. National Technical Information Service, 1974.

"Subsidization through Regulation: The Case of Broadcasting," co-authors John J. McGowan and Merton J. Peck. In *The Economics of Federal Subsidy Programs: Part 8 - Selected Subsidies*. U.S. Government Printing Office, 1974.

"Comments Regarding Limitations on Programming Available for Broadcast on Pay-TV Channels." Submitted to Federal Communications Commission. Published in *Communications--the Pay-Cable Industry*, Subcommittee on Antitrust and Monopoly, Senate Committee on the Judiciary, June 1975.

"Empirical Studies of Utility Regulation." In *Rate of Return Regulation: Proceedings of the Future Planning Conference*. Federal Communications Commission, 1976.

**Other Professional Publications, cont'd**

"The Role of Competition in the Electronic Media."  In *Proceedings of the Symposium on Media Concentration*, Vol. 1, December 14-15, 1978.  Bureau of Competition, Federal Trade Commission.

"Adaptive Approaches to the CO2 Problem."  In *Carbon Dioxide, Climate and Society:  A Research Agenda*, Vol. II.  U.S. Department of Energy, 1980.

"The Rationale for Social Regulation."  In *Government Regulation:  New Perspective*, Andrew R. Blair, ed.  University of Pittsburgh, Graduate School of Business, October 1981.

"Institutional Aspects of Geothermal Development," co-authors Tom K. Lee, Venkatraman Sadanand and Louis L. Wilde.  In *Geothermal Probabilistic Cost Study*, Vol. II (JPL 5030-491). JPL, 1981.

"Looking for Villains in the Energy Crisis."  In *Energy Independence for the United States: Alternative Policy Proposals*, Nake M. Kamrany, ed.  Fundamental Books, 1981; reprinted in *U.S. Options for Energy Independence*, Nake M. Kamrany, ed.  Heath Lexington Books, 1982.

"What Makes Reform Happen?," co-author Bruce Owen.  *Regulation* 7(2) (March/April 1983): 19-24.

"Recent Social Policy:  Comment."  In *Telecommunications Access and Public Policy*, Alan Baughcum and Gerald Faulhaber, eds.  Ablex Publishing Corp., 1984.

"The Economic Viability of Professional Baseball:  Report to the Major League Baseball Players Association."  In *Representing Professional Athletes and Teams*, Philip R. Hochberg and Martin E. Blackman, eds.  Practicing Law Institute, 1986.

"The Twisted Pair."  *Regulation* 11(3/4) (1987):  15-22.

"Regulation After Reagan."  *Regulation* 12(3) (1988):  13-20.

"Statement of Goals and Strategies for State Telecommunications Regulation," numerous co-authors.  Aspen Institute, 1989.

"Wirtschaftswachstum, High-Tech-Produkte und internationale Handelspolitik" (in German).  In *Deutsch-amerikanische Beziehungen: Politische Freundschaft und wirtschaftliche Kondurrenx*?  Haus der Evangelischen Publizistik, 1989.

"The Contemporary Development of International Trade:  Approaches, Issues and Problems."  In *A Developing World Economy:  The Ethics of International Cooperation*.  Vesper International, 1990.

"Competitive Issues:  Enforcement Priorities and Economic Principles."  In *Antitrust Issues in Regulated Industries*.  Charles River Associates, 1991.

"Responding to Referees and Editors."  *CSWEP Newsletter* (February 1993): 15-17.  Reprinted in *CSWEP Newsletter Special Reprint Issue No. 2* (1996).

"Biographical Sketches of CSWEP Board Members."  *CSWEP Newsletter* (October 1994).

"Privatization Won't Foster R&D," co-author Linda R. Cohen.  *Public AffaIRCS Report* 36(3) (May 1995).

"Constitutional Reform in California," co-author Bruce E. Cain.  *CPS Brief* 7(14) (December 1995).

"Taxpayers Foot Bill for Sports Boom."  *Brookings Newsletter* 7(2) (Autumn 1997):  7.

**Other Professional Publications, cont'd**

"Sports, Jobs, and Taxes:  Are New Stadiums Worth the Cost?," co-author Andrew Zimbalist.
*Brookings Review* 15(3) (Summer 1997): 35-39.  Reprinted in *Readings in Urban
Economics:  Issues and Public Policy*, Robert W. Wassmer, ed.  Blackwell Publishing,
2000.

"Unleashing Telecommunications:  The Case for True Competition," co-author Robert Litan.
*Brookings Policy Brief* # 39 (November 1998).  Available at
www.brookings.org/comm/policybriefs/pb39.htm.

 "Telecommunications Reform in Romania."  In *Romania:  Regulatory and Structural
Assessment in the Network Utilities*, Ioannis Kessides, ed.  World Bank Report 20546 RO,
2000.

"Is U.S. Science Policy at Risk?", co-author Linda R. Cohen.  *Brookings Review* 19(1) (Winter
2001):  10-15.

"Broadband Telecommunications Policy:  Ending the Chaos."  *SIEPR Policy Brief*, December
2001.

"The Supreme Court's Decision on FCC Pricing Rules," co-author Gregory Rosston.  *SIEPR
Policy Brief*, May 2002.

"The FCC's New Television Ownership Rules."  *SIEPR Policy Brief*, June 2003.

"The Uncertain Future of the Telecommunications Industry," co-author Robert E. Litan.
*Brookings Policy Brief* #129, January 2004.

"The Painful Implementation of California's Stem Cell Research Program," *SIEPR Policy Brief*,
October 2005.

"The Foreign Aid Paradox."  *SIEPR Policy Brief*, October 2006.

"For More Efficient Subsidy Schemes," co-author T. N. Srinivasan.  *Hindu Business Line*, April
27, 2006. (Originally "More Efficient Subsidy Scheme Benefits Consumers, Government,
and Economy," *SIEPR Policy Brief*, May 2006.)

"The Regulatory Component of Health Care Reform."  *Fresh-Thinking Project*, November 2007.

"Designing It Right," co-author Joe Nation. *Environmental Finance* vol. 10, no. 2 (December
2008/January 2008), p. 49.

"Toward a 21st Century Health Care System:  Recommendations for Health Care Reform," 49
co-authors.  *Annals of Internal Medicine* Vol. 150, No. 7 (April 7, 2009), pp. 493-5.

"Competitive Implications of the Proposed Acquisition of T-Mobile by AT&T Mobility," co-
author Gregory Rosston.  *SIEPR Policy Brief*, March 2011.

"Would California Be Better Off Without Ballot Initiatives?  No – but Make a Lot of Fixes," *Up
For Discussion*, October 2011, Zocalo Public Square, at
http://zocalopublicsquare.org/thepublicsquare/2011/10/04/this-doggone-direct-
democracy/read/up-for-discussion/.

"A Trumped-up Charge against Canadian Dairy Tariffs," co-author Robert E. Litan, *Brookings
Up Front* (June 13, 2018).

"As Trump Twists NATO's Arm, Let's Run the Math on Defense Spending," co-author Robert
E. Litan. *Brookings Up Front* (July 12, 2018).

"Extra Milk Exports to Canada under Trump's Rebranded NAFTA Will Be a Drop in the
Bucket," co-author Robert E. Litan, *Brookings Up Front* (October 8, 2018).

## OTHER PROFESSIONAL PAPERS

"An Economic Analysis of Network Operations Research Techniques."  Ph.D. dissertation, Harvard University, 1967.

"Perspectives on Rural-Urban Migration."  Council of Economic Advisors, November 1968.

"The Economics of Pollution Abatement."  Presented at Annual Meeting of the American Association for the Advancement of Science, December 1970.

"Comments Regarding the Public Interest in Commission Rules and Regulations Relating to Cable Television, Signal Importation and the Development of UHF Independent Commercial Stations," co-authors John J. McGowan and Merton J. Peck.  Submitted to FCC Docket 18397-A, February 10, 1971.

"A Dynamic Theory of Political Campaigning," co-author John A. Ferejohn.  Annual Meeting of the American Political Science Association, September 1972, Washington, D.C.

"Comments Regarding Limitations on Programming Available for Broadcast on Pay-TV Channels."Submitted to FCC Docket 19554.  Social Science Working Paper No. 65, California Institute of Technology, September 20, 1974.

"Statement on Regulatory Reform."  In *Regulatory Reform - 1975:  Hearings before the Committee on Government Operations*, U.S. Senate, 94th Cong., 1st Sess., 1975.

"The Causes of Regulatory Failures."  In *Oversight of Civil Aeronautics Board Practices and Procedures  Hearings before the Subcommittee on Administrative Practices and Procedures*, Senate Committee on the Judiciary, 94th Cong., 1st Sess., 1975.

"Responses to Disaster: Planning for a Great Earthquake in California," co-authors Linda Cohen and Barry Weingast.  Social Science Working Paper No. 131, California Institute of Technology, April 1977.

"Statement on Public Policy toward Sports."  *Hearings:  Select Committee on Professional Sports*, U.S. House of Representatives, September 1976.

"Statement on H.R. 11611."  *Drug Regulation Reform Act of 1978:  Hearings before the Subcommittee on Health and the Environment*, U.S. House of Representatives, June 1978, p. 2156ff. "Television and Competition."  *Symposium on Media Concentration*, Federal Trade Commission, December 1978.

"The Economics of Boxing Regulation in California," co-authors Joel A. Balbien and James P. Quirk.  Social Science Working Paper No. 366, California Institute of Technology, January 1981.  Report to California Athletic Commission.

*Implementing Tradable Emissions Permits for Sulfur Oxides Emissions in the South Coast Basin* (three volumes), co-authors Glen Cass and Robert Hahn.  Report to California Air Resources Board.  Caltech Environmental Quality Laboratory, June 1983.

"Economic Effects of the Financial Interest and Syndication Rule," co-authors Robert Crandall and Bruce Owen.  Economists, Inc., April 1983.  Submitted to Federal Communications Commission, Inquiry on Television Networks.

"Pay and Performance in Baseball:  Modeling Regulars, Reserves and Expansion," co-author Rodney D. Fort.  Social Science Working Paper No. 527, California Institute of Technology, Pasadena, CA 1984.

"Promises, Promises: Campaign Contributions and the Reputation for Services," co-author John Ferejohn.  Social Science Working Paper No. 545, California Institute of Technology, Pasadena, CA, 1984.

**Other Professional Papers, cont'd**

"The Economic Viability of Professional Baseball: A Report to the Major League Baseball Players' Association."  Major League Baseball Players' Association, 1985.

"Local Telephone Prices and the Subsidy Question," co-author Nina W. Cornell.  Presented at Annual Meetings of the American Economic Association, December 1984, and at the Conference on Telecommunications Demand Modeling, Bell Communications Research, October 1985.

"The Economics of Bell Operating Company Diversification in the Post-Divestiture Telecommunications Industry," co-authors Kenneth Baseman and Stephen Silberman.  ICF, Incorporated, September 1986.  Submitted in First Triennial Review, Modification of Final Judgment, *U.S. vs. AT&T*.

"Two's Company, Three's a Crowd:  Duverger's Law Reconsidered," co-author John A. Ferejohn. Presented at Annual Meeting of the American Political Science Association, September 1987.

"Telecommunications Reform in Brazil."  Report to the International Bank for Reconstruction and Development, September 1990.

"Marketable Emissions Permits in Los Angeles."  Report to the South Coast Air Quality Management District.  Center for Economic Policy Publication No. 285, Stanford University, January 1991.

"Statement on the Baseball Antitrust Exemption."  Hearings before the Subcommittee on Antitrust, Monopolies, and Business Rights, Committee on the Judiciary, United States Senate, December 1992.

"Regulatory Transparency in Telecommunications:  Public Interest Standards for BOC Entry into Long Distance," co-author Robert Litan, August 1998.  Submitted to FCC Docket CCBPol 98-4.

"Remedies Brief of *Amicus Curie*," co-authors Robert Litan, William Nordhaus and Frederic Scherer. *U.S. v. Microsoft*, U. S. District Court, District of Columbia, April 2000.  Available at: www.aei.brookings.org/publications/index.php?tab=author&authorid=14.

"Promoting Efficient Use of Spectrum through Elimination of Barriers to the Development of Secondary Markets," 36 co-authors.  Submitted to Federal Trade Commission, February 2001.

"Notes on Privatizing Infrastructure Industries."  World Bank *Development Report* Planning Conference, July 2001.

"Comments on Revised Proposed Final Settlement," co-authors Robert Litan and William Nordhaus. *U.S. v. Microsoft*, U. S. District Court, District of Columbia, January 2002.

"The Copyright Term Extension Act of 1998: An Economic Analysis," Amicus Brief in Support of Petitioners, sixteen co-authors, *Eldred, et al., vs. Aschroft*, U. S. Supreme Court, May 2002.

"Comments on the Federal Trade Commission's Strategic Plan for 2003," co-authors Robert W. Hahn and Robert E. Litan.  AEI-Brookings Joint Center for Regulatory Studies, July 2003.

"Brief of Amici Curiae," 32 co-authors *PSEG Fossil, et al., vs. Riverkeeper Inc.*, U. S. Supreme Court, July 21, 2008.

"Comments of 71 Concerned Economists: Using Procurement Auctions to Allocate Broadband Stimulus Grants," National Telecommunications Information Agency and Rural Utilities Service, April 13, 2009.

**Other Professional Papers, cont'd**

"A Statement on the Appropriate Role for Research and Development in Climate Policy," 9 co-authors, Berkeley Electronic Press, December 9, 2008.

"Amicus Curiae Brief in Support of Petitioner," 19 co-authors, *American Needle vs. National Football League*, U. S. Supreme Court, September 25, 2009.

"Regionalizing Telecommunications Reform in West Africa," co-authors Ioannis N. Kessides and Nancy C. Benjamin.  Policy Research Working Paper No. 5126, World Bank, November 2009.

"Comment of Sports Economists on the FCC's Sports Blackout Rules," eight co-authors, submitted in Docket MB 12-3, Federal Communications Commission, February 2012.

"Amicus Curiae Brief of Law and Economics Professors," *Motorola Mobility vs. AU Optronics*, U.S. Court of Appeals, 7th Circuit, September 2014.

"Brief of *Amici Curiae* Economists and Other Professors in Support of Petitioner," 11 co-authors, *Motorola Mobility vs. AU Optronics*, U. S. Supreme Court, April 16, 2015.

"Brief of Economists and Other Social Scientists as *Amici Curiae* in Support of Respondents," 22 co-authors, *Tyson Foods v. Peg Bouaphakio, et al.*, U.S. Supreme Court, September 29, 2015.

"Brief of *Amici Curiae* Antitrust-Law Professors and Economists in Support of Respondents," *Visa, Inc., et al., v. Sam Osborn, et. al.*, U.S. Supreme Court, October 24, 2016.

"Brief of *Amici Curiae* John M. Connor, Martin Gatnor, Daniel McFadden, Roger Noll, Jeffrey M. Perloff, Joseph E. Stiglitz, Lawrence J. White, and Ralph A. Winter in Support of Respondents," *States of Ohio, et al., v. American Express Company*, U. S. Supreme Court, December 14, 2017.

"Brief of Antitrust Scholars as *Amici Curiae* in Support of Petitioners," 13 co-authors, *Puerto Rico Telephone v. San Juan Cable*, U. S. Supreme Court, April 2, 2018.

"Corrected Brief of *Amici Curiae* Fifty-Seven Law, Economics, Business, Health, and Medicine Professors In Support of Cross-Appellants' Petition for Rehearing *en Banc*, 56 co-authors, *GlaxoSmithKline v. Teva Pharmaceuticals USA*, U.S. Federal Circuit, December 16, 2020.

## GENERAL AUDIENCE PUBLICATIONS

"School Bonds and the Future of Pasadena." *Pasadena Star-News* (April 20, 1969):  C-1.

"After Vietnam, Another Recession?" *Caltech News* (June 1969).

"People Is a Dirty Word," (with others).  *Pest Control Operators News* 30 (February/March 1970). (Transcript of panel discussion, radio station KMPC, Los Angeles.)

"Defending Against Disasters." *Engineering and Science* 39 (May-June 1976).

"Quake Prediction:  For Public Officials the Problems Are Mind-Bending." *Los Angeles Times* (May 2, 1976), Part VIII:  5.

"Professional Sports:  Should Government Intervene?" *San Francisco Chronicle* (June 7, 1977).

"Fact and Fancy About the Energy Crisis." *Pasadena Star-News* (July 27, 1980):  17.

"Looking for Villains in the Energy Crisis." *Town Hall Reporter* 13(8) (August 1980):  12.

"Using the Marketplace to Reform Regulation."  Washington University Center for the Study of American Business, Whittemore House Series 5 (1981).

"Leasing the Air: An Alternative Approach to Regulation?" *Engineering and Science* 46(1) (September 1982):  12-17.

**General Audience Publications, cont'd**

"Television Ownership and the FCC:  Let a Free Market Set the Pace."  *New York Times* (August 26, 1984), Business Section:  2.

"Trends in California's Economy:  Implications for the Future."  *Engineering and Science* LVI (1) (Fall 1992):  9-13.

"Help Business, but Beware of High-tech Pork," co-author Linda R. Cohen.  *USA Today*, March 18, 1993, p. 11A.

"The Decline of Public Support for R&D."  *Framtider International*, Vol. 5 (1995):  23-27.

"Wild Pitch."  *New York Times*, April 11, 1996.  Reprinted in *New York Times Op-Classic*, 2008.

"Revisiting Telecom Reform," co-author T. N. Srinivasan.  *Business Standard of India*, August 21-22, 1999.

"32 Voices on the State of the Game," 31 co-authors.  *The Biz of Baseball*, December 15, 2006.

"Sharing a Stadium Makes Perfect Sense."  *Oakland Tribune*, February 9, 2007, Sports Section:  3.

"Six Views on Former Commissioner Bowie Kuhn," five co-authors.  *The Biz of Baseball*, March 26, 2007.

"Why Analysis of 49ers Move is Too Rosy."  *San Jose Mercury News*, April 15, 2007:  1P.

"Baseball Economics Roundtable," six co-authors.  *The Biz of Baseball*, May 3, 2007.

"Are Stadiums Worth the Price?"  *San Francisco Chronicle*, July 8, 2007: E1, E3.

"Voices on Barry Bonds," ten co-authors.  *The Biz of Baseball*, November 27, 2007.

"Is Tim Gaithner's Toxic Asset Plan Toxic?"  seven co-authors.  *Foreign Policy*, March 23, 2009.

"A Few Thoughts about Measure J," *San Francisco Chronicle*, May 16, 2010.

"What Rams Football Will and Won't Bring to LA," *Los Angeles Times*, January 22, 2016.

"Are Publicly Financed Sports Facilities a Good Investment?"  *Intersections* Vol. 2, No. 10 (October 17, 2016), at http://treasurer.ca.gov/newsletter/2016/201610/conversation.asp.

## PODCASTS

"Roger Noll on Antitrust and the NCAA."  *Two Think Minimum*, Technology Policy Institute, July 12, 2021.  https://techpolicyinstitute.org/publications/antitrust-and-competition/roger-noll-on-antitrust-and-the-ncaa-two-think-minimum/.

"Efficiencies in Horizontal Mergers:  2020 Jerry S. Cohen Award Winners for Antitrust Scholarship, Nancy Rose and Jonathan Sallet, Unpack the Debate in Merger Enforcement with Guest Host Roger Noll."*Ruled by Reason*, American Antitrust Institute, January 5, 2022. https://www.antitrustinstitute.org/work-product/efficiencies-in-horizontal-mergers-2020-jerry-s-cohen-award-winners-for-antitrust-scholarship-nancy-rose-and-jonathan-sallet-unpack-the-debate-in-merger-enforcement-with-guest-host/.

"How Should Antitrust Tackle Antitrust's Duty to Deal in the Tech Sector?  A Conversation with Eric Hovenkamp, 2023 Jerry S. Cohen Award Winner for Antitrust Scholarship."  *Ruled by Reason*, American Antitrust Institute, August 23, 2023. https://www.antitrustinstitute.org/work-product/how-should-antitrust-tackle-antitrusts-duty-to-deal-in-the-tech-sector-a-conversation-with-erik-hovenkamp-2023-jerry-s-cohen-award-winner-for-antitrust-scholarship/.

## REVIEW ARTICLES

"Assessing the Energy Situation." *Science*, 208(4445) (May 16, 1980): 701-702.

"Energy Data and Political Polarization." *Science*, 214(4524) (November 27, 1981): 1019.

"Handbook for Reform: Breyer on Regulation." *Columbia Law Review*, 83(4) (May 1983): 1109-1119.

"*Rules in the Making*, by Magat, Krupnick, and Harrington." *Rand Journal of Economics*, 18(3) (Autumn 1987): 461-464.

"Fields of Greed." *New York Times Book Review* (April 4, 1993): 24-25.

"Reasoning for Votes: Symposium on Jed Stiglitz's *The Reasoning State*." *Yale Journal on Regulation: Notice and Comment Blog*: December 8, 2022.
https://www.yalejreg.com/nc/symposium-stiglitz-reasoning-state-08/.


## BOOK REVIEWS

"*Cure for Chaos*, by Simon Ramo." *Engineering and Science* 33 (November 1969): 43-44.

"*Technology and Market Structure*, by Almarin Phillips." *Journal of Economic Literature* 10 (December 1972): 1253-55.

"*The Telecommunications Industry*, by Gerald W. Brock." *Journal of Economic Literature* 20 (September 1982): 1096-97.

"*Presidential Management of Science and Technology*, by W. Henry Lambright." *Science*, 231(4739) (February 14, 1986): 749.

"*Telecommunications Economics and International Regulatory Policy*, by Snow and Jusawalla." *Information Economics and Policy*, 2(4) (1986): 318-19.

"*The Economist's View of the World*, by Steven E. Rhoads." *American Political Science Review* 81(1) (March 1987): 339-41.

"*Air Pollution Regulation*, by Richard A. Liroff." *Environmental Professional* 9(4) (1987): 359-60.

"*The Sports Industry and Collective Bargaining*, by Paul D. Staudohar." *Industrial and Labor Relations Review* 41(2) (January 1988): 314-15.

"*The Social Context of New Information and Communication Technologies*, by Elia Zureik and Dianne Hartling." *Information Economics and Policy* 3(2) (1988): 204.

"*The United States and the Direct Broadcast Satellite*, by Sara Fletcher Luther." *Information Economics and Policy* 4(1) (1989/90): 83-84.

"*Regulation and Markets*, by Daniel F. Spulber." *Journal of Economic Literature* 28(4) (December 1990): 1757-59.

"*A Legislative History of the Communications Act of 1934*, edited by Max Paglin." *Information Economics and Policy* 4(2) (1990): 190-94.

"*International Telecommunications in Hong Kong: The Case for Liberalization*, by Milton Mueller." *Information Economics and Policy* 4(3) (1990): 273-74.

"Risky Business: *Breaking the Vicious Circle*, by Stephen Breyer." *Regulation*, 16(3) (1993): 82-83.

"*Strategy and Choice*, edited by Richard J. Zeckhauser." *Journal of Policy Analysis and Management*, 12(2) (Spring 1993): 386-88.

**Book Reviews, cont'd**

"*Government's Role in Innovation*, by D.P. Leyden and A.N. Link." *Zeitschrift für Nationalökonomie* (*Journal of Economics)* 54(3) (1994):  333-35.

"*Regulation, Organizations, and Politics*, by Lawrence S. Rothenberg." *American Political Science Review* 89(3) (September 1995):  768-69.

"*The Political Economy of Public Administration: Institutional Choice in the Public Sector*, by Murray J.Horn." *Economic Record* 73 (June 1997):  187-88.

"*Making and Breaking Governments*, by Michael Laver and Kenneth A. Shepsle." *Zeitschrift für Nationalökonomie* (*Journal of Economics*) 66(3) (December 1997): 324-26.

"*The Economics of Sports Broadcasting*, by Chris Gratton and Harry Arne Solberg." *Journal of Media Economics* Vol. 23, No. 1 (2010): 42-45.

"*Handbook of International Sport Law*, by James A. R. Nafziger and Stephen F. Ross." *Journal of Sports Economics* Vol. 14, No. 3 (June 2013), pp. 330-33.

"*Pedestrianism:  When Watching People Walk Was America's Favorite Spectator Sport*, by Matthew Algeo." *Journal of Sports Economics* Vol. 16, No. 7 (October 2015), pp. 804-6.

"*99 Bottles:  A Black Sheep's Guide to Life-Changing Wines*, by André Hueston Mack." *Journal of Wine Economics* Vol. 17, No. 2 (May 2022), pp. 174-6.


## DOCUMENTARY FILMS

"Quantum Hoops."  Produced and Directed by Rick Greenwald.  Green Forest Films, 2007. Winner:  Audience Choice Award, Santa Barbara Film Festival.

"Throw a Billion Dollars from the Helicopter."  Produced and Directed by Michael Bertin. Giant Ladder Films, 2020.


1/24