# APPENDIX R

# NCAA ATHLETE REVENUE SHARING, SCHOLARSHIPS & NIL COLLECTIVES BY SCHOOL

    

### Estimated NCAA Athlete Revenue Sharing 2025-26:

As part of the *House v. NCAA* proposed settlement, schools will be allowed to share athletic department revenues with their varsity athletes beginning in the 2025-26 academic year. While not finalized, under the proposed revenue sharing model, schools will be allowed to distribute up to 22% of annual athletic revenues to their athletes not to exceed an annual compensation cap estimated to be $ 21 million per school (scheduled to increase to $ 33 million per school over the next ten years). We compiled data from the most recently available NCAA membership reporting of 20 Power Conference schools, and arrived at the following estimated revenue sharing allocations per team:

| Estimated Revenue Sharing Power School Averages | Team | Average Per Team | Average Roster * | | Average Per Athlete |
|---|---|---|---|---|---|
| Football < https://nil-ncaa.com/football/> | M | 15,029,708 | 105 | | 143,140 |
| Basketball < https://nil-ncaa.com/basketball/> | M | 3,209,097 | 15 | | 222,050 |
| Hockey < https://nil-ncaa.com/hockey/> | M | 545,334 | 26 | | 20,975 |
| Baseball < https://nil-ncaa.com/baseball/> | M | 358,510 | 34 | | 10,394 |
| Basketball < https://nil-ncaa.com/basketball/> | W | 229,259 | 14 | | 16,740 |
| Wrestling < https://nil-ncaa.com/wrestling/> | M | 123,695 | 30 | | 4,128 |
| Volleyball < https://nil-ncaa.com/volleyball/> | W | 101,916 | 17 | | 6,161 |
| Gymnastics < https://nil-ncaa.com/gymnastics/> | W | 89,335 | 19 | | 4,905 |
| Softball < https://nil-ncaa.com/softball/> | W | 81,799 | 23 | | 3,605 |
| Hockey < https://nil-ncaa.com/hockey/> | W | 64,353 | 25 | | 2,686 |
| Soccer < https://nil-ncaa.com/soccer/> | M/W | 57,790 | 28 | | 2,064 |
| Track & Field / X-C < https://nil-ncaa.com/ncaa-revenue-sharing-track-field-cross-country/> | M/W | 41,761 | 49 | | 852 |
| Lacrosse < https://nil-ncaa.com/lacrosse/> | M/W | 39,562 | 41 | | 975 |
| Swimming < https://nil-ncaa.com/swimming/> | M/W | 30,802 | 30 | | 1,027 |
| Rowing < https://nil-ncaa.com/rowing/> | W | 19,771 | 64 | | 297 |
| Field Hockey < https://nil-ncaa.com/field-hockey/> | W | 19,039 | 25 | | 724 |
| Tennis < https://nil-ncaa.com/tennis/> | M/W | 16,529 | 9 | | 1,837 |
| Golf < https://nil-ncaa.com/golf/> | M/W | 12,124 | 9 | | 1,347 |
| Beach Volleyball < https://nil-ncaa.com/beach-vb/> | W | 8,372 | 17 | | 520 |
| Totals per School | | 19,432,197 | | | |

Football and Men's basketball account for close to 95% of team specific revenues at most Power Conference schools, and athletes on these two teams will be the major beneficiaries under the proposed NCAA revenue sharing model. While football receives the most revenue sharing per team, Men's basketball ends up with a significantly higher average per player due to much smaller roster sizes (15 versus 105).

These are estimates of the *maximum* amount of revenue sharing each school could distribute to its athletes for the 2025-26 fiscal year. Since participation in revenue sharing is optional, a school can elect *not* to share revenue with its athletes or opt to distribute amounts less than the proposed 22% limit. However, doing so would likely put that school at a significant competitive disadvantage in athletic recruiting.

The NCAA model is titled *Revenue Sharing* so the initial cut at an allocation per team will begin with this computation. While close to 95% of all team specific revenue is attributed to football and men's basketball at most P5 schools, other factors will likely affect the ultimate allocation including Title IX considerations.

These are *averages* per athlete. In actuality, a few players per team will get substantially higher than the average, while many will get much less. Let's take football as an example: the average Power conference school will likely allocate around $ 15 million in annual revenue sharing to football, which based on a NCAA roster limit of 105 results in an *average* of around $ 143,000 per player. However, a coach may make a commitment of say 10% or $ 1.5 million per year to land a 5-star quarterback recruit. Then maybe $ 700,000 per year for some running backs and receivers, plus say $ 2 million annually for a starting offensive line to block for the running backs and protect that pricey 5-star quarterback recruit. It can quickly add up, and for players who see little if any playing time, their revenue share will also likely be little or none.

\* Rosters sizes subject to NCAA proposed limits beginning in 2025-26

## Estimated Revenue Sharing by Conference:

By our calculations, NCAA I schools could be shelling out over *$ 1.6 billion* annually in revenue sharing beginning next year. Based on NCAA reporting data compiled by *USA Today*, we arrived at the following estimates of 2025-26 revenue sharing by conference and member schools:

| Average Annual Athletic Revenues per School \* | # of Schools | Revenue per School | 22% of Revenue | |
|---|---|---|---|---|
| SEC < https://nil-ncaa.com/sec/> | 16 < https://nil-ncaa.com/sec/> | 122,170,753 | 26,877,566 | 2 |
| Big Ten < https://nil-ncaa.com/big10/> | 18 < https://nil-ncaa.com/big10/> | 116,190,176 | 25,561,839 | 2 |
| ACC < https://nil-ncaa.com/acc/> | 18 < https://nil-ncaa.com/acc/> | 85,546,578 | 18,820,247 | 1 |
| Big 12 < https://nil-ncaa.com/big12/> | 16 < https://nil-ncaa.com/big12/> | 66,210,685 | 14,566,351 | 1 |
| Pac-12 < https://nil-ncaa.com/pac12/> | 2 < https://nil-ncaa.com/pac12/> | 60,974,391 | 13,414,366 | 1 |
| **Sub-total - P5 Schools \*** | **70** | **$ 100,420,042** | **$ 22,092,409** | **$ 18** |
| Mountain West < https://nil-ncaa.com/mw/> | 11 < https://nil-ncaa.com/mw/> | 19,862,094 | 4,369,661 | |
| American Athletic < https://nil-ncaa.com/aac/> | 13 < https://nil-ncaa.com/aac/> | 13,597,219 | 2,991,388 | |
| Sun Belt < https://nil-ncaa.com/sb/> | 14 < https://nil-ncaa.com/sb/> | 9,187,681 | 2,021,290 | |
| Mid-American < https://nil-ncaa.com/mac/> | 12 < https://nil-ncaa.com/mac/> | 8,651,993 | 1,903,438 | |
| Conference USA < https://nil-ncaa.com/cusa/> | 10 < https://nil-ncaa.com/cusa/> | 7,466,103 | 1,642,543 | |
| **Sub-total - G5 Schools** | **60** | **$ 11,493,375** | **$ 2,528,543** | **$ 2** |
| All other NCAA I Schools < https://nil-ncaa.com/d1other/> | 232 < https://nil-ncaa.com/d1other/> | $ 3,881,357 | $ 853,899 | |
| **Totals - All NCAA I Schools** | **362** | | | |

Computed Athletic Department revenue includes event tickets and admission fees, game guarantees, TV, media, licensing, advertising, sponsorships and royalty rights, bowl game, NCAA and conference distributions and all related revenues. Revenue does *not* include direct or indirect school support, student fees or unrecompensed (i.e. charitable) contributions to the athletic department from alumni and boosters.

Based on these estimates, the average Power 5 conference school ($ 18,755,486) will be able to compensate its athletes over **seven times** what the average Group of 5 school ($ 2,528,543) and over **twenty times** what all other NCAA I schools ($ 853,899) will be able to share. Since inception of the NCAA in 1906, all Division I member schools have recruited athletes subject to the same financial parameters: all schools were subject to identical scholarship limits per sport, and no member school could compensate athletes directly. The revenue sharing model scheduled to begin in 2025 will uproot this this long existing level playing field, and drastically alter the competitive balance between NCAA I schools.

\* We are confident in these estimates: our computed average annual revenue per P5 conference school came to $ 100,420,042 – spot on with the $ 100 million average P5 estimate reportedly used to formulate the parameters of the proposed NCAA revenue sharing model. Note: Revenue sharing is *in addition* to any NIL compensation and athletic scholarships received by athletes.

Note: A separate antitrust case (*Fontenot v. NCAA*) contests the proposed settlement reached in *House v NCAA* as being insufficient. Among the complaints is that the proposed 22% revenue sharing allocation is too low, and by inference that revenue sharing by NCAA member schools should be mandatory, not optional.

### Estimated Athlete Revenue Sharing by NCAA I School 2025-26:

The following is an estimate of the maximum amount each public NCAA I school would be allowed to distribute to its athletes under the proposed NCAA revenue sharing agreement. The 22% limit on revenue sharing is also subject to an annual cap estimated to be about $ 21 million per school for the 2025-26 fiscal year:

Show  15  entries                                                                                    Search:

| Maximum Revenue Sharing Estimates 2025-26 | Group | Conf | | Annual Revenue | 22% of Revenue | 2( |
|---|---|---|---|---|---|---|
| Ohio State | P5 | Big Ten | | 187,930,323 | 41,344,671 | 21,000,000 | 11% |
| Michigan | P5 | Big Ten | | 166,204,848 | 36,565,067 | 21,000,000 | 13% |
| Texas | P5 | SEC | | 161,316,575 | 35,489,647 | 21,000,000 | 13% |
| Alabama | P5 | SEC | | 143,674,059 | 31,608,293 | 21,000,000 | 15% |
| Nebraska | P5 | Big Ten | | 142,131,011 | 31,268,822 | 21,000,000 | 15% |
| Penn State | P5 | Big Ten | | 141,979,389 | 31,235,466 | 21,000,000 | 15% |
| Texas A&M | P5 | SEC | | 138,935,509 | 30,565,812 | 21,000,000 | 15% |
| Oklahoma | P5 | SEC | | 134,140,083 | 29,510,818 | 21,000,000 | 16% |
| Wisconsin | P5 | Big Ten | | 132,091,734 | 29,060,181 | 21,000,000 | 16% |
| Kentucky | P5 | SEC | | 131,139,792 | 28,850,754 | 21,000,000 | 16% |
| Arkansas | P5 | SEC | | 128,309,736 | 28,228,142 | 21,000,000 | 16% |
| Georgia | P5 | SEC | | 125,201,819 | 27,544,400 | 21,000,000 | 17% |
| Florida | P5 | SEC | | 123,787,622 | 27,233,277 | 21,000,000 | 17% |
| LSU | P5 | SEC | | 123,379,555 | 27,143,502 | 21,000,000 | 17% |

Showing 1 to 15 of 232 entries                                                            ‹ Previous  Next ›

The above data includes public NCAA Division I colleges only, comprehensive private school data is not currently available. For our sources of information see our **Methodology page < https://nil-ncaa.com/methodology/>** .

### Non-Power Conference Schools face a newly tilted playing field:

Non-Power conference schools have much smaller revenues and their athlete revenue sharing pool will be a fraction of what big schools can – and will – pay. In men's basketball and football, the *average* Power conference player can expect to receive between 5 to 60 times what a non-power conference player would receive.

Recruiting by non-power conference teams in revenue generating sports is going to be much more difficult. Since inception of the NCAA in 1906, all Division I member schools have recruited athletes subject to the same financial parameters: all schools were subject to identical scholarship limits per sport, and no member school could compensate athletes directly. The revenue sharing model scheduled to begin in 2025 will uproot this this long existing level playing field, and drastically alter the competitive balance between NCAA I schools.

## Substantial increase in potential athletic scholarships for NCAA I athletes:

The NCAA recognizes that revenue sharing will primarily benefit athletes in only a few sports. To address this issue, the organization has proposed to eliminate existing scholarship restrictions on all D1 sports and instead substitute roster limits. This could create a substantial increase in athletic scholarships especially in non-revenue sports. For example, the scholarship limit in women's rowing will increase from 20 to 68, in softball from 12 to 25 and in baseball from 11.7 to 34. Here are the new limits under the proposal:

| Scholarship Limits per NCAA I Sport | Team | Old limit | New limit | Increase Per team | % Increase | # of Teams |
|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Men's NCAA I Sports** | | | | | | | | |
| Baseball | M | 11.7 | 34 | 22.3 | 191% | 305 | 6,802 | 12,109 |
| Basketball | M | 13 | 15 | 2 | 15% | 362 | 724 | 5,826 |
| Fencing | M | 4.5 | 24 | 19.5 | 433% | 23 | 449 | 444 |
| Football (FBS) | M | 85 | 105 | 20 | 24% | 133 | 2,660 | 16,907 |
| Golf | M | 4.5 | 9 | 4.5 | 100% | 305 | 1,373 | 3,090 |
| Gymnastics | M | 6.3 | 20 | 13.7 | 217% | 12 | 164 | 250 |
| Hockey | M | 18 | 26 | 8 | 44% | 63 | 504 | 1,834 |
| Lacrosse | M | 12.6 | 48 | 35.4 | 281% | 77 | 2,726 | 3,914 |
| Skiing | M | 6.3 | 16 | 9.7 | 154% | 11 | 107 | 160 |
| Soccer | M | 9.9 | 28 | 18.1 | 183% | 212 | 3,837 | 6,708 |
| Swimming | M | 9.9 | 30 | 20.1 | 203% | 137 | 2,754 | 4,032 |
| Tennis | M | 4.5 | 10 | 5.5 | 122% | 242 | 1,331 | 2,485 |
| Track / X-C | M | 12.6 | 62 | 49.4 | 392% | 301 | 14,869 | 11,942 |
| Volleyball | M | 4.5 | 18 | 13.5 | 300% | 29 | 392 | 610 |
| Water polo | M | 4.5 | 24 | 19.5 | 433% | 29 | 566 | 774 |
| Wrestling | M | 9.9 | 30 | 20.1 | 203% | 80 | 1,608 | 2,805 |
| **Women's NCAA I Sports** | | | | | | | | |
| Basketball | W | 15 | 15 | - | - | 360 | - | 5,468 |
| Beach volleyball | W | 6 | 19 | 13 | 217% | 67 | 871 | 1,202 |
| Bowling | W | 5 | 11 | 6 | 120% | 37 | 222 | 360 |
| Equestrian | W | 15 | 50 | 35 | 233% | 20 | 700 | 798 |
| Fencing | W | 5 | 24 | 19 | 380% | 28 | 532 | 506 |
| Field hockey | W | 12 | 27 | 15 | 125% | 82 | 1,230 | 2,024 |
| Golf | W | 6 | 9 | 3 | 50% | 277 | 831 | 2,357 |
| Gymnastics | W | 12 | 20 | 8 | 67% | 62 | 496 | 1,279 |
| Hockey | W | 18 | 26 | 8 | 44% | 39 | 312 | 1,006 |
| Lacrosse | W | 12 | 38 | 26 | 217% | 130 | 3,380 | 4,459 |
| Rowing | W | 20 | 68 | 48 | 240% | 92 | 4,416 | 1,824 |
| Rugby | W | 12 | 36 | 48 | 400% | 11 | 528 | 386 |
| Skiing | W | 7 | 16 | 9 | 129% | 12 | 108 | 192 |
| Soccer | W | 14 | 28 | 14 | 100% | 348 | 4,872 | 10,658 |
| Softball | W | 12 | 25 | 13 | 108% | 307 | 3,991 | 7,024 |
| Swimming | W | 14 | 30 | 16 | 114% | 200 | 3,200 | 6,196 |
| Tennis | W | 8 | 10 | 2 | 25% | 312 | 624 | 2,930 |
| Track / X-C | W | 18 | 62 | 44 | 244% | 350 | 15,400 | 14,116 |
| Triathlon | W | 6.5 | 14 | 7.5 | 115% | 12 | 90 | 110 |
| Acrobatics | W | 14 | 55 | 41 | 293% | 6 | 246 | 252 |
| Volleyball | W | 12 | 18 | 6 | 50% | 346 | 2,076 | 6,159 |
| Water polo | W | 8 | 24 | 16 | 200% | 37 | 592 | 854 |
| Wrestling | W | 10 | 30 | 20 | 200% | 4 | 80 | 46 |
| | | | | | | | - | |
| **Mixed / Coed Sports** | | | | | | | - | |
| Rifle | Mix | 3.6 | 12 | 8.4 | 233% | 22 | 185 | 262 |
| Stunt | Mix | 14 | 65 | 51 | 364% | 2 | 102 | 74 |
| **Totals** | | | | | | | | |

The potential impact of these additional awards is massive. Under our calculations, NCAA I schools could award up to 85,948 additional "full-ride" scholarships. Assuming a value of $ 35,000 annually per scholarship, this would result in potentially up to $ *3 billion* in additional scholarship awards per year – almost double the estimated $ 1.6 billion in revenue sharing distributions.

But the actual increase is going to be substantially less than $ 3 billion. Scholarships awards are optional – a school can fully fund a sport or make awards less than the maximum allowed. Many schools already operate with roster sizes less than the NCAA limit, and they will have a new financial incentive to operate with smaller teams. And sadly, we're likely to see cuts to non-revenue sports at many schools.

Athletic directors are currently looking at a new reality where the costs of sponsoring a (competitive) non-revenue sport are likely to increase significantly, while the historical offsetting subsidy from sports such as football is being substantially decreased due to revenue sharing. To make matters worse, athletic departments are losing an undetermined amount of support from booster contributions being diverted to **NIL collectives < https://nil-ncaa.com/collectives/>** rather than directly to the schools. There are going to be painful decisions to make about non-revenue sports at many schools.

### Potential Total Impact to schools from *House v NCAA* settlement:

As part of the potential settlement of the *House v NCAA* antitrust litigation, the NCAA has proposed the revenue sharing model outlined above, as well as removing scholarship limits for all NCAA I sports in order to give some additional consideration to athletes participating in non-revenue sports. For purposes of this analysis we are assuming a school's athletic scholarship costs will increase by 25% – this percentage may be too low as there will likely be intense pressure from non-revenue sports to fully fund athletic scholarships. In addition to revenue sharing and additional scholarship costs, schools are currently losing booster financial support from donor funds that are being contributed to NIL collectives rather than directly to the schools. These three elements will have a potentially severe effect on a school's athletic budget. The estimated potential total impact by school is as follows:

Show [ 10 ] entries                                                                                     Search: [        ]

| School | Conference | Football Division | Revenue Sharing | Additional Scholarships | C( |
|---|---|---|---|---|---|
| Ohio State < http://www.ohiostatebuckeyes.com/> | Big Ten | FBS | 21,000,000 | 5,779,488 | 20,253,400 | $ 47,032,889 |
| Texas < http://www.texassports.com/> | SEC | FBS | 21,000,000 | 3,610,803 | 22,272,474 | $ 46,883,278 |
| Michigan < http://www.mgoblue.com/> | Big Ten | FBS | 21,000,000 | 7,969,319 | 16,357,054 | $ 45,326,373 |
| Louisiana State < http://www.lsusports.net/> | SEC | FBS | 21,000,000 | 3,147,779 | 20,137,141 | $ 44,284,920 |
| Georgia < http://georgiadogs.com/> | SEC | FBS | 21,000,000 | 2,963,443 | 18,326,566 | $ 42,290,010 |
| Texas A & M < http://www.12thman.com/> | SEC | FBS | 21,000,000 | 3,410,965 | 17,228,714 | $ 41,639,680 |
| Alabama < http://www.rolltide.com/> | SEC | FBS | 21,000,000 | 3,947,942 | 15,995,406 | $ 40,943,349 |
| Penn State < http://www.gopsusports.com/> | Big Ten | FBS | 21,000,000 | 5,847,097 | 13,793,489 | $ 40,640,587 |
| Oklahoma < http://www.soonersports.com/> | SEC | FBS | 21,000,000 | 4,652,676 | 14,817,595 | $ 40,470,272 |

Showing 1 to 10 of 232 entries                                                                    ‹ Previous  Next ›

The total impact above does *not* include each school's share of the *House v NCAA* $ 2.8 billion settlement to current & former athletes. This settlement will be paid by a combination of direct NCAA payments ($ 1.1 billion) and withheld NCAA revenue sharing distributions ($ 1.665 billion) to schools over the next ten years – see the table below for details.

The wildcard here are the **NIL Collectives < https://nil-ncaa.com/collectives/>** . With the advent of the proposed revenue sharing model, the NCAA has indicated that it will step up enforcement of NIL collectives so that payments to athletes are only for *true* NIL, and that these entities are not used as vehicles to circumvent (and exceed) the forthcoming 22% / $ 21 million revenue sharing cap.

Most schools would prefer that donor funds currently flowing to collectives instead go directly to the schools, where they can be used for areas in most need and even help pay for a school's revenue sharing commitment: i.e., schools should determine how donor funds are spent. Athletic department budgets would be healthier if schools did not have to compete with collectives for contributions from the same boosters. Intercollegiate competition would also be on a more level playing field, as there would be less opportunity for a rogue coach to gain an unfair recruiting advantage by using a collective to do an end-around the revenue sharing caps.

The above data includes public NCAA Division I colleges only, comprehensive private school data is not currently available. For our sources of information see our **Methodology page < https://nil-ncaa.com/methodology/>** .

### Are Non-Power Conference Schools getting hosed in proposed *House v NCAA* settlement?

Under the proposed $ 2.8 billion *House* settlement, the NCAA will pay $ 1.1 billion directly from its reserve funds and the remaining $ 1.665 billion will be paid by schools via reduced NCAA income distributions over the next ten years. But the proposed allocation of the

amount due from schools is receiving some justified criticism. Under the proposal, Power conference schools will be responsible for $ 675 million or about 40% and all other NCAA I schools will be responsible for $ 990 million or around 60%. The issue is that Power conference schools account for over 80% of athletic revenues while all other D1 schools account for less than 20%. At first glance this appears inequitable, because as a percentage of annual revenue, non-power schools are paying about *6 times* more of the *House* settlement than Power 5 schools:

| House V NCAA Proposed Settlement | # of Schools | % | Total | Per School Total | Per School Annually | Avr Annual Revenue | % paid per year |
|---|---|---|---|---|---|---|---|
| Power Conference Schools | 70 | 40% | $ 675 million | $ 9,642,857 | $ 964,286 | $ 100,420,042 | **1%** |
| All Other NCAA I Schools | 292 | 60% | $ 990 million | $ 3,390,411 | $ 339,041 | $ 5,445,470 | **6%** |
| **Total** | **362** | | **$ 1.665 billion** | | | | |

The NCAA's presumed position on this is that the proposed settlement allocation matches the sources of the revenue streams it distributes to schools, and what a school may have in other revenue is irrelevant. While this position is valid, whether it is truly equitable remains up for debate. The plaintiffs in *House* are all former Power conference athletes, and it's not unreasonable to argue that it appears non-Power conference schools are being asked to pay for more than their fair share. Allocating the settlement instead to match school or conference revenues would result in *all* NCAA I schools paying about 2% of their annual revenue.

### School support of Athletic Programs by Percentage:

There is a direct relationship between Athletic Department Revenues and what a school needs to internally contribute to support its athletic department. Schools with substantial revenues from ticket sales, booster contributions and TV contracts require little or no school support. But most Athletic Departments have limited outside revenue and must rely on school funds & student fees to a significant extent to support their athletic programs:

Show 10 entries            Search:

| NCAA I Schools Public Universities | Total AD Revenue | School & Student % | Ticket Sales | Contributions | Rights & Licensing | | Student Fees |
|---|---|---|---|---|---|---|---|
| Ohio State | 251,615,345 | 0% | 59,649,921 | 63,582,228 | 104,211,451 | - | 102,794 | 24,068,951 |
| Texas | 239,290,648 | 0% | 57,543,166 | 77,974,073 | 94,128,116 | - | - | 9,645,293 |
| Alabama | 214,365,357 | 8% | 44,211,016 | 53,113,300 | 83,989,823 | - | 17,577,998 | 15,473,220 |
| Michigan | 210,652,287 | 0% | 55,266,135 | 44,258,631 | 91,652,498 | - | 188,808 | 19,286,215 |
| Georgia | 203,048,566 | 2% | 37,192,353 | 74,315,945 | 77,447,079 | 3,530,802 | - | 10,562,387 |
| LSU | 199,309,382 | 0% | 46,594,942 | 75,929,827 | 71,943,756 | - | - | 4,840,857 |
| Texas A&M | 193,139,619 | 0% | 50,624,287 | 54,204,110 | 76,984,470 | - | - | 11,326,752 |
| Florida | 190,417,139 | 3% | 34,784,702 | 61,364,272 | 75,817,625 | 2,559,134 | 2,706,111 | 13,185,295 |
| Penn State | 181,227,448 | 0% | 44,678,657 | 39,248,059 | 77,552,680 | - | - | 19,748,052 |
| Oklahoma | 177,320,217 | 0% | 46,977,771 | 43,180,134 | 69,875,826 | - | - | 17,286,486 |

Showing 1 to 10 of 232 entries                                                               ‹ Previous   Next ›

The emergence of revenue sharing & **NIL collectives < https://nil-ncaa.com/collectives/>** is going to substantially widen the already large financial gap between big revenue schools and everyone else. The NCAA is in a very difficult situation, while it truly strives to have member schools compete fairly, settlement of the ongoing anti-trust cases may require that competitive equity be sacrificed. However, athletics is key part of the college experience. It's important that the necessary steps be taken to maintain as level of a playing field as possible between all NCAA I schools.

\* See **our disclosure of Methodology < https://nil-ncaa.com/methodology/>** as to how these estimates were arrived at:

## Summary of all NIL Collectives: < https://nil-ncaa.com/collectives/>

Most everything you want – or not want to know – about **NIL Collectives < https://nil-ncaa.com/collectives/>** .

**Additions or Changes? Contact us at: edits@nil-ncaa.com**

*Statistics compiled & edited by Patrick O'Rourke, CPA Washington, DC*