Docusign Envelope ID: DFE53CD9-A10A-4FAA-9950-E8442F9A0782

Patrick A. Bradford, *pro hac vice* forthcoming
pbradford@bradfordedwards.com
Denver Edwards, SBN 268822
dedwards@bradfordedwards.com
Panda Kroll, SBN 211877
pkroll@bradfordedwards.com
BRADFORD EDWARDS LLP
1150 S. Olive St., 10th Floor
Los Angeles, CA 90015
Telephone: (213) 868-3310

*Attorneys for Charles O'Bannon, Jr.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
|---|---|
| | **DECLARATION OF CLASS MEMBER CHARLES O'BANNON, JR., IN SUPPORT OF OBJECTION TO CERTAIN TERMS OF THE PARTIES' PROPOSED SETTLEMENT** |
| | Hon. Claudia Wilken |

1. I am a 6-foot, 6-inch Division 1 basketball player. I played basketball for University of Southern California (USC) from 2017-2019 and for Texas Christian University (TCU) from 2020-2024.

2. I am a member of the settlement class of D1 athletes in the above-captioned case, which class is represented by Winston & Strawn and Hagens Berman Sobol Shapiro LLP.

3. I am concerned that all D1 athletes, especially Black athletes, have the opportunity to learn about the pending settlement so that these athletes can submit a claim form, opt-out, or as I have asked my counsel to do, submit an objection requesting modification of the settlement.

1  4. I have submitted a claim form to preserve my rights under the proposed
2 settlement. However, through my counsel, Bradford Edwards LLP, I wish to object
3 to certain terms of the proposed settlement.
4  Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the
5 foregoing is true. Executed this 29th day of January, 2025 at

6

7  _____, _____.

8

Signed by:

*Charles O'Bannon Jr.*

_____
CHARLES O'BANNON, JR.