January 29, 2025

Class Action Clerk
U.S. District Court for the Northern District of California
1301 Clay Street
Oakland, CA 94612

Re: In re College Athlete NIL Litigation, 4:20-cv-03919 (Judge Claudia Wilken)

Dear Sir or Madam:

I write pursuant to the Court's Order of October 7, 2024 (ECF 544). I write to object to certain terms of the proposed settlement. My written objections are included in the brief of my lawyers, Bradford Edwards LLP, to be filed with the Court.

My full name is Charles Edward O'Bannon, Jr.

I wish to have my lawyer speak at the Fairness Hearing should the Court have any questions about my objections.

Respectfully yours,

*Signed by:*
*Charles O'Bannon Jr.*
F03279CBE75F4BF...

Charles O'Bannon, Jr.

cc: Bradford Edwards LLP