

BRAEDEN@ANDERPC.COM
OFFICE: (202) 787-5796 | MOBILE: (640) 444-1774
1717 K STREET NW. SUITE 900, WASHINGTON, D.C. 20006

January 28, 2025

Class Action Clerk

U.S. District Court for the Northern District of California

1301 Clay Street

Oakland, CA 94612

Re: In re College Athlete NIL Litigation, 4:20-cv-03919 (Judge Claudia Wilken)

Dear Sir or Madam:

I write pursuant to the Court's Order of October 7, 2024 (ECF 544). I write to object to certain terms of the proposed settlement. My written objections are included in the brief of my lawyers, Bradford Edwards LLP, to be filed with the Court.

My full name is K. Braeden Anderson. My NCAA Eligibility Center ID number is 0911631840.

I wish my lawyer to speak at the Fairness Hearing should the Court have any questions about my objections.

Respectfully yours,

K. Braeden Anderson

cc: Bradford Edwards LLP

To be filed on the ECF



Sincerely,
Braeden Anderson