January 29, 2025

Judge Claudia Wilkin

United States District Court

Northern District of California

Re: In re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW (N.D. Cal)

Dear Judge Wilken,

My name is D'Andre McKenzie, I am a former student athlete at the University of Columbia-Missouri. I played on the university football team for 4 seasons. (2012-2015) I am submitting this objection to the "Settlement Football and Men's Basketball Class" definition in the proposed settlement of the above referenced litigation, which limits membership only to full Grant-In-Aid (GIA) Scholarship athletes.

During all of my seasons as a football player The University of Missouri-Columbia was a part of the Southeastern Conference (SEC). Thus I played at a power five conference during my time at Missouri.

I was offered a Preferred walk on (PWO) my initial season at Missouri. I was recruited by the school coming out of High School, as I attended unofficial and official visits, and camps to the University. I did not have to try out for the team as Missouri did not even hold open tryouts. Even as I was not on scholarship initially I still had the same regulations and responsibilities as everyone else such as but not limited to: 6am workouts, all practices, weight sessions, academic standards, team and position meetings, summer training, games, 12 month a year participation, etc. The only thing that was different was not a GIA student.

During each of my seasons I was an active roster participant in Fall Camp, a time of the year when the roster number is limited per NCAA ByLaw 17.11.3.1.2. I was also an active roster member and played in games during my time at the University. Preparing for games, and even traveling to away games.

As a full member of the Missouri football team, I propose for myself and other players in my position should be added and awarded to just as much as GIA players of the "Settlement Football and Men's Basketball Class". My NIL was used in broadcast television, posters, news segments, and other media.

It truly is not right or fair that an athletic scholarship status alone determines that one player's NIL on and off the field is worth significant broadcast compensation, whereas the teammate alongside him in the same games and settings are worth nothing at all. It was difficult enough as a PWO having to do twice as much work for the same reward in college and I would hope that in the real world things would be seen a little more fair of a light. I request that the definition of the "Settlement Football and Men's Basketball Class" include ALL Power 5 Athletes who actively participated and contributed to their team. A easy verifiable measure would be to check the team roster from each season to see who was on the team at that time would be justifiable or even for football in checking who was on the fall roster at the time.

If permitted I would like to speak at the upcoming hearing, I am willing to appear in person or on zoom.

Respectfully submitted

D'Andre McKenzie

NCAA Eligibility Center ID: 1006144011