# Exhibit 1

1   STEPHEN M. TILLERY *(admitted pro hac vice)*
    stillery@koreintillery.com
2   GARRETT R. BROSHUIS (Bar No. 329924)
    gbroshuis@koreintillery.com
3   CAROL O'KEEFE *(admitted pro hac vice)*
    cokeefe@koreintillery.com
4   **KOREIN TILLERY, LLC**
    505 North 7th Street, Suite 3600
5   St. Louis, MO 63101
    Telephone:  (314) 241-4844
6   Facsimile: (314) 241-3525
7   GEORGE A. ZELCS *(admitted pro hac vice)*
    gzelcs@koreintillery.com
8   MARC WALLENSTEIN *(admitted pro hac vice)*
    mwallenstein@koreintillery.com
9   PAMELA I. YAACOUB
    pyaacoub@koreintillery.com *(admitted pro hac*
10  *vice)*
    **KOREIN TILLERY, LLC**
11  205 N. Michigan Ave., Suite 1950
    Chicago, IL 60601
12  Telephone: (312) 641-9750

    ERIC OLSON *(admitted pro hac vice)*
    eolson@olsongrimsley.com
    SEAN GRIMSLEY (Bar No. 216741)
    sgrimsley@olsongrimsley.com
    JASON MURRAY *(admitted pro hac vice)*
    jmurray@olsongrimsley.com
    SAMARA HOOSE (Bar No. 337713)
    shoose@olsongrimsley.com
    **OLSON GRIMSLEY KAWANABE
    HINCHCLIFF & MURRAY LLC**
    700 17th Street, Suite 1600
    Denver, CO 80202
    Telephone: (303) 535-9151

13  *Attorneys for Objector Alex Vogelsong*

14

15

16          **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
17             **OAKLAND DIVISION**

18  IN RE COLLEGE ATHLETE NIL          CASE NO. 4:20-cv-3919-CW
    LITIGATION
19                                     **DECLARATION OF ALEX VOGELSONG**
                                       **IN SUPPORT OF OBJECTION TO**
20                                     **FINAL APPROVAL**

21
                                       Hearing date: April 7, 2025
22                                     Hearing Time: 10:00 a.m.
                                       Courtroom: 2, 4th Floor
23                                     Judge: Hon. Claudia Wilken

24

25

26

27

28
                                       No. 4:20-cv-3919-CW
                 **Declaration of Alex Vogelsong**

1    I, ALEX VOGELSONG, declare as follows:

2    1.    My current address is 819 University Blvd. Unit 101, Jupiter FL 33458.

3    2.    I was a golfer on partial scholarship at Auburn University from 2019 to 2024. Auburn

4  University is a Division I school and was for the entire time that I played there.

5    3.    My NCAA ECID number is 1807240232.

6    4.    I am not an officer, director or employee of any of the Defendants.

7    I declare under penalty of perjury under the laws of the United States that the foregoing is true

8  and correct.

9    Executed this 31st day of January, 2025 at ___Jupiter, Florida_____.

10

11

12  
    Alex Vogelsong

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    No. 4:20-cv-3919-CW

**Declaration of Alex Vogelsong**