# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

IN RE COLLEGIATE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

Hon. Claudia Wilken

## MENKE-WEIDENBACH OBJECTORS

Pursuant to Federal Rule of Civil Procedure 23(e)(5), the 13 class members listed below hereby join in full the Objection enclosed for the reasons stated herein.

Grace E. Menke was a member of Yale University's NCAA Division I crew team for four years, serving as its captain during her senior year, 2023-2024. Menke began rowing at Yale in fall 2019 and missed the 2020-2021 season due to the COVID pandemic. Menke is currently preparing to apply to medical school.

Flannery Dunn is a member of George Washington University's NCAA Division I crew team, attending school on an athletic scholarship since fall 2020. Dunn plans to compete in the upcoming 2024-2025 season. Dunn graduated with a B.A. degree in December 2023 and is currently a graduate student at George Washington's School of Media and Public Affairs.

Mia Levy is a member of Yale University's NCAA Division I crew team and will be rowing as the team's captain during her senior year, 2024-2025. Levy was named the 2023 U.S. Rowing Under-23 Female Athlete of the Year and won a gold medal at the World Rowing Championships as a member of the U.S. Under-23 National Team. Levy is an English major who received Scholar Athlete honors from the Collegiate Rowing Coaches Association in 2024.

Madison Moore is a member of Yale University's NCAA Division I crew team and will be rowing as a senior in 2024-2025. Among her many accomplishments in the sport of rowing, Moore rowed as a member of the U.S. national team, competing at the Under-23 World Rowing

Championships in 2023. Moore is a psychology major who received Scholar Athlete honors from the Collegiate Rowing Coaches Association in 2024.

Sierra Bishop was a member of Oregon State University's NCAA Division I crew team from 2018 to 2023. Bishop attended Oregon State on an athletic scholarship and was a member of the 2021 U.S. Under-23 National Team. Bishop won a gold medal at the World Rowing Championships and was honored as an All-American athlete in 2021 and 2022, was nominated for the NCAA Woman of the Year award in 2022, received Scholar Athlete honors from the Collegiate Rowing Coaches Association in 2022 and 2023, and was awarded the PAC-12 Thomas C. Hansen Conference Medal in 2023. Bishop graduated with honors with a B.S. degree in business administration in 2022 and earned an M.B.A. in supply chain and logistics management in 2023.

Georgiana Barr is a member of Yale University's NCAA Division I volleyball team and will be playing as a junior in 2024-2025. Barr was named an Honorable Mention to the All-Ivy team in each of the last two seasons when Yale won the Ivy League volleyball championship. Barr is majoring in astrophysics.

Mila Yarich is a member of Yale University's NCAA Division I volleyball team and will be playing as a senior in 2024-2025. Yarich was named to the All-Ivy team for the 2023-2024 season and was a member of Yale's team each of the last two seasons when Yale won the Ivy League volleyball championship. Yarich is majoring in cognitive science.

Rachael Holp was a member of Arizona State University's NCAA Division I swim and dive team, where she swam for four years on academic scholarship before graduating in 2022. Holp received an M.S. in systems medicine from Georgetown University in 2023 and now works full time in the medical field.

Charlotte Forman was a member of Temple University's NCAA Division I crew team, rowing all four years as a scholarship athlete and graduating in 2018. Forman represented the United States at the World University Rowing Championships in Shanghai, China in 2018,

where she and her teammates medaled. Forman currently rows competitively at the Penn AC Rowing Association in Philadelphia while working full-time.

Audrey Leak was a member of Yale University's NCAA Division I volleyball team, where she played for four years and graduated in 2024. Leak was named to the All-Ivy team and Academic All-District for the 2022-2023 and 2023-2024 seasons. Leak was a member of Yale's team each of the last two seasons when Yale won the Ivy League volleyball championship. She was the 2023 Ivy League Tournament Most Outstanding Player and a 2024 NCAA Woman of the Year award nominee. Leak received a B.S. in neuroscience from Yale University in 2024 and now works as a high school biology teacher as part of the Teach for America program.

John Weidenbach is a sophomore at the University of Michigan and a member of its NCAA Division I football team. Weidenbach is a preferred walk-on athlete and a 2024 Academic All-Big Ten honoree.[1]

Lance Hollingshead is a freshman at the University of Notre Dame and a member of the NCAA Division I golf team. Hollingshead is majoring in finance.

Rachel Wheatley is a senior at Florida State University where, until recently, she was a member of its NCAA cross country and track teams. Wheatley is majoring in exercise physiology.

Elise Johnson hereby withdraws her objection to the Amended Settlement Agreement.

---

[1] Univ. of Michigan 2024 Football Roster, *John Weidenbach*, https://bit.ly/4gDeOPD (last visited Jan. 31, 2025).