# APPENDIX A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**OBJECTIONS TO PROPOSED CLASS ACTION SETTLEMENTS; NOTICE OF INTENTION TO APPEAR; AND REQUEST TO SPEAK AT FINAL FAIRNESS HEARING**<br><br>Hon. Claudia Wilken |

I, Thomas Castellanos, agree with and join in the Objections to Proposed Class Action Settlements; Notice of Intention to Appear; and Request to Speak at Final Fairness Hearing dated January 31, 2025.

Signature: Thomas Castellanos (Jan 31, 2025 19:56 EST)

Name: Thomas Castellanos

Player ID No.: 5894371011762302

University: FSU

Date: Jan 31, 2025