



earthsmart

FedEx carbon-neutral
envelope shipping

Envelope

Align top of FedEx Express® shipping label here.