






USPS Priority Mail Flat Rate Envelope

US POSTAGE PAID $10.10
Origin: 94305
01/29/25
0558050191-77

PRIORITY MAIL®
0 Lb 2.00 Oz
RDC 03
EXPECTED DELIVERY DAY: 01/31/25
C037

SHIP TO:
1301 CLAY ST
OAKLAND CA 94612-5217

USPS TRACKING #
9505 5128 5991 5029 5177 69

FROM: Jason Thompson - jasonjt1
459 Lagunita Drive
c/o Stanford Tresidder Package Ctr
Stanford, CA 94305

TO:
Ronald V. Dellums Federal Building & United States Courthouse
c/o class action clerk
1301 Clay Street
Oakland, CA 94612

400-S



**FLAT RATE ENVELOPE**
ONE RATE ▪ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ▪ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.