January 27, 2025

Judge Claudia Wilken

United States District Court

Northern District of California

FILED

JAN 30 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: In re: College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW (N.D. Cal.)

Dear Judge Wilken,

My name is Logan Berzins. I am a graduate from Stanford University. I played on the Stanford football team for four seasons, from 2020 – 2023. I am submitting this objection to the "Settlement Football and Men's Basketball Class" definition in the proposed settlement of the above-referenced litigation, which limits membership only to full Grant-in-Aid ("GIA") scholarship athletes.

During the first three seasons of my football career, Stanford was a member of the PAC-12. During my last season, Stanford was a member of the Atlantic Coast Conference. Thus, I played in a Power Five conference my entire career at Stanford.

I was offered and accepted a Preferred Walk-On ("PWO") position at Stanford. As a recruited PWO, I did not have to try out for the team. I was treated the same as any GIA player, except that I did not receive the same financial benefits as a GIA player, however, my duties encompassed soliciting alumni for donations and thanking donors for scholarship funds that I did not receive. I was a full member of the team, subject to the same regulations and expectations as GIA players. I was held to the same athletic and academic standards as all GIA players, including full 12 months-a-year participation in all football practices, lifts, trainings, meetings, and activities.

During each of my four seasons, I was an active roster participant in Fall Camp, a time of the year when the roster number is limited per NCAA Bylaw 17.11.3.1.2. I played in 24 official games (more than 200 total snaps) and 4 exhibition games during my career. I started above scholarship athletes in three career games and finished my final season as the team's highest-rated offensive guard for run blocking (according to PFF). I traveled to 17 away games during my career, over the course of 4 seasons. I was a 4 time Pac-12 Academic Honor Roll athlete balancing class and football seamlessly. As a Sophomore I was recognized among my team as the most outstanding contributor for training and development receiving the Greg Piers Award. During my junior year, head coach David Shaw recognized me with a unique play package tailored to my specific skill set which resulted in touchdowns in multiple games. In my final 2 seasons, I represented Stanford on and off the field and was actively interviewed as a panelist in a post-game interview with head coach Troy Taylor.

As a full member of the Stanford football team, I propose that players in my position should be added to the definition of the "Settlement Football and Men's Basketball Class." My NIL was used on broadcast television and other media. During my time at Stanford, I was not getting a

free education like GIA players, but my NIL was used along with GIA players to promote the football team during broadcasts in the 24 games in which I played. I believe it is only fair and reasonable that players like myself be eligible for broadcast NIL payments and not be treated differently than GIA players, particularly when some of them may have played less on the field than I did.

It is not fair that athletic scholarship status alone determines that one player's NIL on the field is worth significant broadcast compensation, whereas the teammate alongside him in the same game is worth nothing. I request that the definition of the "Settlement Football and Men's Basketball Class" include all Power 5 athletes who actively participated and contributed to their teams. An easily verifiable measure, such as participation on a roster during Fall Camp or games played/snap count, would fairly include all athletes who contributed to the broadcast revenue.

If necessary, I would be happy to speak at the upcoming hearing. I am willing to appear in person or via Zoom.

Respectfully submitted,

Logan Berzins

NCAA Eligibility Center ID: 1901395753

January 27, 2025

Judge Claudia Wilken

United States District Court

Northern District of California

Re: In re: College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW (N.D. Cal.)

Dear Judge Wilken,

My name is Logan Berzins. I am a graduate from Stanford University. I played on the Stanford football team for four seasons, from 2020 – 2023. I am submitting this objection to the "Settlement Football and Men's Basketball Class" definition in the proposed settlement of the above-referenced litigation, which limits membership only to full Grant-in-Aid ("GIA") scholarship athletes.

During the first three seasons of my football career, Stanford was a member of the PAC-12. During my last season, Stanford was a member of the Atlantic Coast Conference. Thus, I played in a Power Five conference my entire career at Stanford.

I was offered and accepted a Preferred Walk-On ("PWO") position at Stanford. As a recruited PWO, I did not have to try out for the team. I was treated the same as any GIA player, except that I did not receive the same financial benefits as a GIA player, however, my duties encompassed soliciting alumni for donations and thanking donors for scholarship funds that I did not receive. I was a full member of the team, subject to the same regulations and expectations as GIA players. I was held to the same athletic and academic standards as all GIA players, including full 12 months-a-year participation in all football practices, lifts, trainings, meetings, and activities.

During each of my four seasons, I was an active roster participant in Fall Camp, a time of the year when the roster number is limited per NCAA Bylaw 17.11.3.1.2. I played in 24 official games (more than 200 total snaps) and 4 exhibition games during my career. I started above scholarship athletes in three career games and finished my final season as the team's highest-rated offensive guard for run blocking (according to PFF). I traveled to 17 away games during my career, over the course of 4 seasons. I was a 4 time Pac-12 Academic Honor Roll athlete balancing class and football seamlessly. As a Sophomore I was recognized among my team as the most outstanding contributor for training and development receiving the Greg Piers Award. During my junior year, head coach David Shaw recognized me with a unique play package tailored to my specific skill set which resulted in touchdowns in multiple games. In my final 2 seasons, I represented Stanford on and off the field and was actively interviewed as a panelist in a post-game interview with head coach Troy Taylor.

As a full member of the Stanford football team, I propose that players in my position should be added to the definition of the "Settlement Football and Men's Basketball Class." My NIL was used on broadcast television and other media. During my time at Stanford, I was not getting a

free education like GIA players, but my NIL was used along with GIA players to promote the football team during broadcasts in the 24 games in which I played. I believe it is only fair and reasonable that players like myself be eligible for broadcast NIL payments and not be treated differently than GIA players, particularly when some of them may have played less on the field than I did.

It is not fair that athletic scholarship status alone determines that one player's NIL on the field is worth significant broadcast compensation, whereas the teammate alongside him in the same game is worth nothing. I request that the definition of the "Settlement Football and Men's Basketball Class" include all Power 5 athletes who actively participated and contributed to their teams. An easily verifiable measure, such as participation on a roster during Fall Camp or games played/snap count, would fairly include all athletes who contributed to the broadcast revenue.

If necessary, I would be happy to speak at the upcoming hearing. I am willing to appear in person or via Zoom.

Respectfully submitted,

Logan Berzins

NCAA Eligibility Center ID: 1901395753