









**PRESS FIRMLY TO SEAL**     **PRESS FIRMLY TO SEAL**

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE** ■ **ONE RATE** ■ **ANY WEIGHT**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7022 0410 0003 2502 5577

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**TRACKED** ■ **INSURED**

PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

Retail
U.S. POSTAGE PAID
PM
SAN DIEGO, CA 92199
JAN 27, 2025
94612    $19.05
RDC 03    S2324K504358-09

**FROM:**
Logan Berzins
13990 Etude Road
San Diego, CA 92128

400-S

**TO:**
Ronald V. Dellums Federal
Building and United States
Courthouse
c/o Class Action Clerk
Case No.: 4:20-cv-03919-CW
(N.D. Cal.)
1301 Clay Street
Oakland, CA 94612



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.