January 28, 2025

**Rachel Garcia**
4324 Elena Place
Lancaster, CA 93536
strikezonegarcia@gmail.com
661-264-6087

**Claim ID:** 10355221201
**PIN:** 1664
**NCAA ECID:** Unknown
**RE:** College Athlete NIL Litigation, Case No. 4:20-cv-03919 — CW
**Reason for Objection:** Request for Additional Compensation
**To:** Ronald V. Dellums
Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

Dear Mr. Dellums,

I am writing to you as a proud former NCAA softball player to present a case for additional financial restitution as part of the ongoing class action lawsuit concerning the fair compensation of athletes. Specifically, I want to highlight my unique position as a leading figure in NCAA softball and the sacrifices I made due to the NCAA's policies before Name, Image, and Likeness (NIL) rights were granted to athletes.

As an athlete, I have been fortunate to accomplish many milestones throughout my career, some of which are now part of the legacy of NCAA softball. I was honored to represent Team USA in the Tokyo Olympics and my alma mater, UCLA, in various high-profile competitions, including an NCAA championships and individual honors, such as the *2x USA Softball Collegiate Player of the Year Award*, *2x Honda Cup Award Winner* (outright winner, which no one else has accomplished even once and is the equivalent to the Heisman Award for a female*), and 3x Honda Award winner*. I was also the first female collegiate athlete to be named an ambassador to the *Women's Sport Foundation*, founded by Billy Jean King, and currently sit on the Board of Trustees to help promote and ensure equity in female sports. Included, you will also find a detailed document on my accomplishments as a college athlete. My performance on the field, including my dominance as both a pitcher and a hitter, helped elevate the visibility of the sport and the NCAA's brand. Along with my teammates, I was fortunate to compete in numerous nationally televised games, contributing to the growing popularity of softball and the overall success of NCAA women's athletics.

However, despite these monumental achievements, I, along with many of my peers, was prohibited by NCAA regulations from capitalizing on the tremendous visibility and marketability that I brought to the sport. The NCAA's longstanding ban on the use of an athlete's Name, Image, and Likeness during my college years effectively denied me the opportunity to receive financial compensation for the very platform I helped build. I was unable to accept sponsorship deals, endorsement offers, or any other financial opportunities that came my way, despite the clear and undeniable value I added to the NCAA's revenue streams.

In addition to these missed financial opportunities, the restrictions placed on athletes like me also prevented us from engaging in career-building ventures, such as personal brand development,

appearances, and the chance to negotiate endorsement contracts that could have significantly impacted our post-college careers. I was offered a part in a movie —see included email dated Oct 14, 2020—that would come out post-graduation, as well as the opportunity from American Girl Doll to have a doll made in my likeness prior to the Olympics, both of which I was forced to turn down due to NCAA rules. The exact monetary compensation for these opportunities was never given to me; however, the value of the exposure and recognition as a representative of the sport is invaluable. While I watched athletes in other sports—and even some in professional leagues—capitalize on their marketability, I was bound by NCAA rules that limited my ability to build a financial foundation for myself. I was never allotted the opportunities, like Nijaree Canady, to enter the transfer portal and receive two million dollars in compensation to transfer to another university for 2 years. In all fairness, my accomplishments and accolades compare, if not significantly surpass, by almost any measure.

The rise of NCAA softball, particularly in the years during and following my career, is in no small part thanks to athletes like myself who helped drive national media attention, larger crowds, and lucrative broadcasting deals. These opportunities, which continue to pay dividends to the NCAA, were made possible by athletes like me who gave our all, not just on the field but in promoting the sport. Yet, we were not compensated for the significant value we contributed to the NCAA's bottom line.

Given the great accomplishments and the high-profile nature of my career, I believe it is only fair that athletes from my generation receive a form of restitution for the years when we were denied the ability to benefit financially from our own image, name, and likeness. The NCAA's current stance on NIL rights, while a positive development, highlights the inequities faced by athletes like myself during our college careers. The revenues generated by NCAA softball, in part due to our contributions, warrant a reevaluation of how athletes from previous years should be compensated.

I respectfully urge you to consider the unique position of athletes like me—those who have been at the forefront of NCAA softball and have contributed immensely to its rise in popularity—when advocating for a more equitable outcome in this class action lawsuit. Financial restitution for the years in which we were denied NIL rights would serve as a just acknowledgment of the sacrifices we made and the value we provided to the NCAA.

Thank you for your attention to this matter. I trust that you will consider the lasting impact of my career and the contributions of athletes like me as you continue to fight for fairness and equity in the compensation of NCAA athletes.

I do not wish to speak at the Final Approval hearing and I do not have an attorney as of yet.

Sincerely,

*[signature]*  1/28/25

**Rachel Garcia**
Former UCLA Softball Player and National Champion
2x USA Softball Collegiate Player of the Year
Olympian

# RACHEL GARCIA – LIST OF COLLEGIATE ACCOMPLISHMENTS*

### 2016 - Freshman
- Redshirt Due to Injury

### 2017 - Redshirt Freshman
- 2/21:  Pac-12 Pitcher of the Week
- 3/20:  Pac-12 Freshman of the Week
- 4/10:  USA Softball National Player of the Week
- 4/10:  Pac-12 Freshman of the Week
- 4/10:  Pac-12 Pitcher of the Week
- 4/24:  Pac-12 Freshman of the Week
- 4/24:   Pac-12 Pitcher of the Week
- 5/16:  Pac-12 Freshman of the Week
- Pac-12 Freshman of the Year
- First Team All-Pac-12
- First Team All-Pac-12 Freshman Team
- NFCA Freshman of the Year
- NFCA All-West Region Team
- NFCA Second Team All-American

### 2018 - Redshirt Sophomore
- 2/27:  NFCA National Player of the Week
- 2/27:  USA Softball Player of the Week
- 4/16: Pac-12 Pitcher of the Week
- 4/17:  NFCA National Pitcher of the Week
- 4/17: USA Softball Player of the Week
- 4/16: Pac-12 Player of the Week
- 4/23:  Pac-12 Pitcher of the Week
- 4/24:  NFCA National Pitcher of the Week
- 5/7:  Pac-12 Pitcher of the Week
- 5/14:  Pac-12 Pitcher of the Week
- 5/24:  UCLA/Muscle Milk Student-Athlete of the Week
- Honda Award Winner
- USA Softball Collegiate Player of the Year
- WCWS All-Tournament Team
- ESPN Player of the Year
- NFCA Division 1 Player of the Year
- NFCA First Team All-American
- NFCA All-West Region
- Pac-12 Player of the Year
- First Team All-Pac-12
- Team USA Member

### 2019 - Redshirt Junior
- 2/12:  Pac-12 Pitcher of the Week
- 2/19:  Pac-12 Pitcher of the Week
- 2/26:  Pac-12 Pitcher of the Week
- 3/4:  UCLA/Muscle Milk Student Athlete of the Week
- 3/19:  Pac-12 Pitcher of the Week
- 3/19:  Pac-12 Player of the Week
- 3/19:  USA Softball National Player of the Week
- 3/19:  NFCA National  Player of the Week
- 3/19:  UCLA/Muscle Milk Student Athlete of the Week

### 2019 - Redshirt Junior (Continued):
- 6/4:  UCLA/Muscle Milk Student Athlete of the Week
- UCLA Scholar Athlete
- UCLA Rose Gilbert Courage and Character Award
- Honda Award & Cup Winner
- NCAA National Champion
- USA Softball Collegiate Player of the Year
- WCWS Most Outstanding Player
- WCWS All-Tournament Team
- ESPN Player of the Year
- NFCA Division 1 Pitcher of the Year
- NFCA First Team All-American
- NFCA All-West Region
- D1 Softball Player of the Year
- Pac-12 Pitcher & Player of the Year
- First Team All-Pac-12
- ESPY Nominee: Best Collegiate Athlete
- Sullivan Award Finalist
- LA Sportswoman of the Year
- Ella Latina Athlete of the Year
- Softball America – D1 Player of the Year
- Team USA Member

### 2020 - Redshirt Year
- Redshirt for Olympic Year & Covid
- 1/1: Named to the Softball America All-Decade College Softball Teams:  First Team
- 1/1: Rode on the Honda Rose Parade Float, as the 2019 Honda Cup Recipient for Woman Athlete of the Year
- 1/6:  Named Softball News Division 1 Player of the Decade, ESPN Greatest All-Time Softball Team
- 1/20: Recipient of Sportswoman of the Year at the 15th Annual LA Sports Awards (Beverly Hilton)

### 2021 - Redshirt Senior
- 3/23:  Pac-12 Pitcher of the Week
- 4/19:  Pac-12 Pitcher of the Week
- 4/26:  Pac-12 Pitcher of the Week
- 4/12:  Pac-12 Player of the Week
- 5/10:  Pac-12 Player of the Week
- Honda Award & Cup Winner†
- NFCA Division 1 Player of the Year
- Senior Class Award
- Pac-12 Player of the Year
- Pac-12 All-Conference First Team
- USA Softball Collegiate POY - Top 3
- NFCA First Team All-American
- NFCA All-West Region
- D1 Softballs Two-Way Player of the Year
- Team USA Member/Olympian

†(2x Outright Winner)

*Rachel Garcia is the most decorated collegiate softball athlete of this time.



Rachel Garcia <strikezonegarcia@gmail.com>

# Personal Statement
4 messages

**Rachel Garcia** <strikezonegarcia@gmail.com>  
To: "Serrano, Lucia" <lserrano@athletics.ucla.edu>

Wed, Oct 14, 2020 at 12:20 AM

Hi Lucia,

Here in my personal statement. Sorry for sending this late. Was catching up on some class work.

My name is Rachel Garcia and I am redshirt senior here at UCLA. I am currently a member of the softball team and will also be representing our country in the 2021 Tokyo Olympics which was postponed due to COVID. I was recently contacted with the possibility to participate in the upcoming Jackass 4 movie. I would be pitching in one of their scenes. While this is all in fun, there would be no misrepresentation of UCLA or myself for that matter. As I am nearing the end of my career at UCLA I am looking forward to opportunities that I have not been able to pursue. Tentative filming dates are scheduled for October 22nd or 23rd. There will be no classes or practice missed as I know what my priorities are. The film is also a scheduled for release in September 2021. By that time, I will be finished with my athletic obligation and have graduated. I have great respect for my university and will in no way jeopardize the image of our school or myself.

**Serrano, Lucia** <lserrano@athletics.ucla.edu>  
To: Rachel Garcia <strikezonegarcia@gmail.com>

Wed, Oct 14, 2020 at 2:17 PM

I would add why you want the ncaa to allow you to do this.

[Quoted text hidden]

**Serrano, Lucia** <lserrano@athletics.ucla.edu>  
To: Rachel Garcia <strikezonegarcia@gmail.com>

Wed, Oct 14, 2020 at 7:40 PM

Don't forget to send me the signed Buckley statement as well.

**From:** Rachel Garcia <strikezonegarcia@gmail.com>  
**Sent:** Wednesday, October 14, 2020 12:20 AM  
**To:** Serrano, Lucia <lserrano@athletics.ucla.edu>  
**Subject:** Personal Statement

Hi Lucia,

[Quoted text hidden]

| Year | School | Stats | Awards/Recognition | | | | | | | | Team USA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UCLA | Pac-12 | NFCA | USA Softball | WCWS | Media Awards | Special Awards | Milestones | |
| 2016 | UCLA | Redshirt season (left knee) | | | | | | | | | |
| 2017 | UCLA | 23-9 with three saves, a 1.87 ERA and 212 strikeouts in 202 2/3 innings ... tied for 26th nationally in strikeouts, tied for 28th in wins and tied for 48th in saves ... led all Pac-12 pitchers in strikeouts and was tied for first in saves, third in wins, fourth in innings, fifth in opposing batting average (.203) and sixth in ERA ... had 14 complete games and was a part of 13 shutouts, including five solo blankings ... third on the team with 21 walks and tied for third with 12 doubles, adding a .325 batting average, eight homers and 29 RBI ... had 15 multiple-hit games and eight multi-RBI contests ... recorded an eight-game hitting streak from April 14-28, batting .520 (13-for-25) with six RBI and three doubles ... posted a 1.40 ERA, a win and 16 strikeouts in 20 innings at the Women's College World Series, starting all three games in the circle and pitching all but one inning | | 2/21: Pac-12 Pitcher of the Week<br>3/20: Pac-12 Freshman of the Week<br>4/10: Pac-12 Freshman of the Week<br>4/10: Pac-12 Pitcher of the Week<br>4/24: Pac-12 Freshman of the Week<br>4/24: Pac-12 Pitcher of the Week<br>5/16: Pac-12 Freshman of the Week<br><br>First Team All-Pac-12 Freshman Team<br>Pac-12 Freshman of the Year<br>First Team All-Pac 12 | NFCA Second Team All-American<br>NFCA All-West Region Second Team<br>NFCA/Schutt Sports National Freshman of the Year | 4/10: USA Softball National Player of the Week | | | | | |

| 2018 | UCLA | 29-4 record in the circle with a 1.31 earned run average and 315 strikeouts in 208 innings had two saves, held opponents to a .143 batting average, tossed 21 complete games and was a part of 11 shutouts, including nine solo blankings ... ranked fourth nationally in strikeouts, tied for fourth in wins, eighth in hits allowed per seven innings (3.50), 12th in strikeout-to-walk ratio (6.56), 16th in ERA and tied for 17th in solo shutouts ... led all Pac-12 hurlers in wins, strikeouts and opposing batting average, was third in innings pitched and fifth in ERA ... at the plate, was second on the team with 11 home runs and 54 runs batted in (tied for fourth in Pac-12), first with six sacrifice flies (tied for fifth nationally, tied for first in Pac-12) and third with 23 walks and a .563 slugging percentage, boasting a .339 batting average | 5/24: UCLA/Muscle Milk Student-Athlete of the Week | 4/16: Pac-12 Pitcher of the Week<br>4/16: Pac-12 Player of the Week<br>4/23: Pac-12 Pitcher of the Week<br>5/7: Pac-12 Pitcher of the Week<br>5/14: Pac-12 Pitcher of the Week<br><br>Pac-12 All-Conference First Team<br>Pac-12 Player of the Year | 2/27: NFCA National Player of the Week<br>4/17: NFCA National Pitcher of the Week<br>4/24: NFCA National Pitcher of the Week<br><br>NFCA All-West Regional First Team<br>NFCA First Team All-American<br>NFCA First Team Player of the Year | 2/27: USA Softball Player of the Week<br>4/17: USA Softball Player of the Week<br><br>USA Softball Collegiate Player of the Year | WCWS All-Tournament Team | ESPNW Player of the Year | Winner of the 2018 Honda Sport Award for Softball | | Named to the 2018 USA Softball Women's National Team<br><br>2018 WBSC Women's World Championship Gold Medalist; Had a 1.05 ERA with 13 strikeouts in 6.2 innings; had the game-winning, walk-off hit in the semifinal against Japan<br>2018 USA Softball International Cup; Had a 1.31 ERA with 11 strikeouts in 5.1 innings pitched; Hit .167 (1-for-6) with one run scored |

| Year | School | Stats | Awards 1 | Awards 2 | Awards 3 | Awards 4 | Awards 5 | Awards 6 | Awards 7 | Awards 8 | Awards 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | UCLA | Garcia led the Bruins with a 1.14 earned run average (1.01 after regular season - third best in nation), a 29-1 record, four saves and 286 strikeouts in 202 innings. Strike-to-walk ratio of 7.67 (fourth best in nation). 9-0 in the NCAA Tournament with a 1.49 ERA and 79 strikeouts in 65 2/3 innings and also led the team with 16 RBI. She led all postseason players in wins and RBI. On the season, she hit .343 on the season with 11 home runs, 57 runs batted in and a team-best 35 walks. | UCLA Scholar Athlete Rose Gilbert Courage and Character Award 3/4: UCLA/Muscle Milk Student Athlete of the Week 3/19: UCLA/Muscle Milk Student Athlete of the Week 6/4: UCLA/Muscle Milk Student Athlete of the Week | 2/12: Pac-12 Pitcher of the Week 2/19: Pac-12 Pitcher of the Week 2/26: Pac-12 Pitcher of the Week 3/19: Pac-12 Pitcher of the Week 3/19: Pac-12 Player of the Week Pac-12 All-Conference First Team Pac-12 Pitcher of the Year Pac-12 Player of the Year | 3/19: NFCA National Player of the Week NFCA All-West Region First Team NFCA First Team All-American 2019 Schutt Sports/NFCA Inaugural Division I National Pitcher of the Year | 3/19: USA Softball National Player of the Week USA Softball Collegiate Player of the Year | WCWS All-Tournament Team Member of the WCWS NCAA National Champion Team (UCLA) WCWS Tournament Most Outstanding Player | ESPNW Player of the Year Softball America First Team Softball America College Player of the Year 2019 FPN NCAA DI Pitcher of the Year 2019 FPN NCAA DI All-American Team | 1 of 8 Finalists for the AAU James E. Sullivan Award (field included: Mikaela Foecke, Townley Haas, Aleia Hobbs, Morgan Hurd, Luke Maye, McKenzie Milton, Kathryn Plummer) Winner of the 2019 Honda Sport Award for Softball ELLA Awards 2019 - Latina Softball Player of the Year - Fastpitch Softball UCLA Winner of the 2019 Collegiate Woman Athlete of the Year Award and the prestigious Honda Cup Nominated for an ESPY for Best College Athlete (one of an elite group of 4 athletes including: Zion Williamson, Sabrina Lonescu and Kyler Murray) | 5/30: Passsed Lisa Fernandez's strike out total of 784, to now hold 5th place in strikeouts for UCLA with 813 | Named to the 2019 USA Softball Women's National Team 2019 Gold Medalist member for Team USA in the USA Softball International Cup; with a 0.00 ERA with 11 strikeouts in 6.2 innings, and a .353 batting average Named to the elite 15 player roster for the Pan American Games in Peru |
| 2020 | UCLA | Redshirted with UCLA to spend time with Team USA - Stand Beside Her Tour | | | 2019 Schutt Sports/NFCA Inaugural Division I National Pitcher of the Year | 1/1: Named to the Softball America All-Decade College Softball Teams: First Team | 1/6: Named Softball News Division 1 Player of the Decade, ESPN Greatest All-Time Softball Team | | 2/20: Recipient of Sportswoman of the Year at the 15th Annual LA Sports Awards (Beverly Hilton) | 1/1: Rode on the Honda Rose Parade Float, as the 2019 Honda Cup Recipient for Woman Athlete of the Year | 1/5: Attended the Gold meets Golden Red Carpet Event in Hollywood with Monica Abbott |
| 2021 | UCLA | Garcia led the Bruins with a 1.39 earned run average (0.60 after regular season - best in nation), a 18-3 record, 7 shutouts, 2 saves and 183 strikeouts to just 29 walks, and only allowing 5 home runs in 136.1 innings pitched. On the season, she hit .337 with 13 home runs, 35 RBIs, a .708 slugging percentage and a team-best .473 on-base percentage. | | 3/23: Pac-12 Pitcher of the Week 4/19: Pac-12 Pitcher of the Week 4/26: Pac-12 Pitcher of the Week 4/12: Pac-12 Player of the Week 5/10: Pac-12 Player of the Week Pac-12 All-Conference First Team Pac-12 Player of the Year | NFCA All-West Region First team 2021 Schutt Sports/NFCA Division I National Player of the Year | 6/1: Winner of D1 Senior Class Award for Softball, as the most outstanding senior student-athlete in Division 1 softball Top 3 finalist for USA Softball Collegiate Player of the Year | | | Winner of the 2021 Honda Sport Award for Softball Winner of the 2021 Collegiate Woman Athlete of the Year Award and the prestigious Honda Cup | | |