PRESS FIRMLY TO SEAL

 

PRESS FIRMLY TO SEAL

FSC
MIX
Board
FSC® C116916

PAPER POUCH
how2recycle.info

**Retail**



U.S. POSTAGE PAID
PME
RAMONA, CA 92065
JAN 29, 2025


94612

$31.40

RDC 07                      S2324E500681-11

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

  


**UNITED STATES POSTAL SERVICE®**



UNITED STATES POSTAL SERVICE®

**PRIORITY MAIL EXPRESS**

ER 143 202 609 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( 661 ) 264 6087

Rachel Garcia
4324 Elena Place
Lancaster CA 93536

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE 510 637 3530

Ronald V Dellums Federal Building
and United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland CA
ZIP + 4® (U.S. ADDRESSES ONLY)
94612 (400-5)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.


← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 92065 | 01/30/2025 | $ 31.40 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 01/29/2025 | 3:00 PM | $ | |
| Time Accepted | | Return Receipt Fee | Live Animal Transportation Fee |
| 3:10 ☐ AM ☐ PM | | $ | |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 31.40 | |
| Weight ☐ Flat Rate | Acceptance Employee Initials | | |
| 3 lbs. ozs. | | | |

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.

 **UNITED STATES POSTAL SERVICE**® | **PRIORITY MAIL EXPRESS**®

 **EMS**

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

# GUARANTEED* ▪TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.