


**UNITED STATES POSTAL SERVICE** — Retail

P  US POSTAGE PAID  $10.10
Origin: 94305
01/29/25
0558050191-50

**PRIORITY MAIL®**

0 Lb 2.40 Oz
RDC 03

EXPECTED DELIVERY DAY: 01/31/25

C037

SHIP TO:
1301 CLAY ST
OAKLAND CA 94612-5217

USPS TRACKING® #

9505 5128 5992 5029 6139 58



PS00001000014

**FLAT RATE EN**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS**



**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Dorsey Gibson – Wgibson
459 Lagunita Drive
C/o Stanford Tressider Package Center
Stanford, CA 94305

TO:
Ronald V. Dellums Federal
Building & United States Courthouse
C/o Class Action Clerk
1301 Clay Street
Oakland, CA, 94612      400-S



Label 228, March 2016     FOR DOMESTIC AND INTERNATIONAL USE



