

VOICEINSPORT Foundation
Stef Strack
**Founder & CEO**
**1711 Rogers Park CT**
**Anchorage, AK 99508**

Dear Judge Wilken,

  We are VOICEINSPORT Foundation (VISF), a non-profit organization dedicated to elevating and championing the voice of girls and women in sports. VISF is a community for our members, girls and women in sport from middle school to college, to elevate one another by sharing their views and experiences in sports. We have a leadership development program called the VIS Advocate Program that educates women athletes on Title IX and powers them with the tools to drive change at their school. Our mission is to advocate with and for our members to advance in their chosen sports while advocating for the progress of *all* women in *all* sports.

  Our membership is made up of 250 women athletes participating in the **VIS Advocate Program** and through over 20 active VIS Chapters we reach over 1,000 high school and collegiate athletes nationwide. Most, if not all, are also class members in the settlement proposed in *In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal.), more commonly known as the *House* Settlement. Those classes are the damages classes (Women's Basketball and Additional Sports Classes) and the injunctive release class (the Injunctive Relief Settlement Class).

  VISF objects to the *House* Settlement on behalf of our membership. It turns back the clock on decades of progress for women in sports, violates Title IX and federal antitrust law, and harms women's opportunities to compete at the highest level of college sports. It hurts our mission and our members. For the sake of all women in sports, the Court should reject the settlement.

  On January 16, 2025, the U.S. Department of Education, Office for Civil Rights (OCR) published a Fact Sheet confirming that Title IX applies to institutions of higher education sharing revenues from licensing their student athletes' Name, Image, and Likeness (NIL) directly with those athletes. That means schools *must* distribute NIL revenues in proportion to athletic participation by men and women at each school.

  The *House* Settlement doesn't do that. It distributes more than 90% of the $2.8 billion settlement fund for NIL and "athletic services" damages to male football and basketball players. Women athletes will get less than 10% of the entire settlement. That is obvious gender discrimination. It violates Title IX's guarantee of equal opportunity for men and women in education and deprives our members of what they are owed.

  The *House* Settlement also illegally restrains our members' market freedom in violation of federal antitrust law. The U.S. Department of Justice told the Court on January 17, 2025, that it opposed the settlement because it caps future revenue sharing each year and restrains competition for athletes' labor

by colleges and universities. We agree. Our athletes must be free to compete on the playing field and in the marketplace. If they choose to earn a living playing their sport, they must be free to do so without having to overcome their schools, conferences, and the NCAA colluding to restrict their earning power.

Finally, the *House* Settlement immediately reduces college athletic opportunities for women by imposing roster limits on each Division I sport. The proposed limits particularly impact so-called "non-revenue" sports such as swimming and track and field. Many women athletes who are currently on college teams, or have been recruited for the 2025 season, have found that the threat of roster limits is already causing coaches to take away their roster spots even before the *House* Settlement has been fully evaluated by the Court. With reduced roster spots available in each sport, it will be harder for young girls to chart the long path to Division I. That will reduce interest and participation in youth sports for decades to come and strangle the pipeline of women athletes. Roster limits will harm our mission and our members beyond repair.

We speak with one voice. The *House* Settlement damages decades of efforts to equalize the playing field for women in sports and must not be approved. 73 VISF members, signing below, agree. On their behalf, and on behalf of women in sports, we object.

Sincerely,

Stef Strack
**Founder & CEO**
**VOICEINSPORT Foundation**

**Signed,**

| |
|---|
| Maggie Munson<br>NCAA ECID (if applicable): 2010948880<br>Address: 208 South Charter St, Madison, WI 53715 |
| Joscelyn Dieckman<br>NCAA ECID (if applicable): 2207618456<br>Address: 189 W Christopher Ave Cortland IL 60112 |
| Helene Usher<br>NCAA ECID (if applicable): 2208644265<br>Address: 1900 W Olney Ave (La Salle University Mailroom), Philadelphia, PA, 19141 |
| Mia Pasha<br>NCAA ECID (if applicable):<br>Address: 3700 O st NW Washington DC, 20057 |

| |
|---|
| Hadley Horton<br>NCAA ECID (if applicable):<br>Address:  7722 Harp Mill Road Raleigh, NC |
| Jane Brink<br>NCAA ECID (if applicable):<br>Address: 1424 Charles Ave, Saint Paul MN 55104 |
| Mattie Schimenz<br>NCAA ECID (if applicable): 1903472871<br>Address: 5705 w Wahner Ave, Brown Deer, WI 53223 |
| Logan Manley<br>NCAA ECID (if applicable): 1804173483<br>Address:  1818 Reed Ave, San Diego, CA 92109 |
| Dannielle Langseth<br>NCAA ECID (if applicable):<br>Address: 2302 University Ave Apt 108 Madison WI 53726 |
| Scarlett Alvarez<br>NCAA ECID (if applicable): 2301771407<br>Address:  57 Laurens street Charleston SC 29401 |
| Nora Gremban<br>NCAA ECID (if applicable): 2203480932<br>Address:  1265 Zeman Road, Madison WI |
| Molly Dreher<br>NCAA ECID (if applicable): 2001781381<br>Address:  2200 9th Ave, Sacramento, CA |
| Megan Lee<br>NCAA ECID (if applicable): 2203452657<br>Address:  1627 Madison Street, Madison WI |
| Derica Chiu<br>NCAA ECID (if applicable): 2201407407<br>Address:  6840 Oak Springs Drive, Oak Park, CA 91377 |
| Angelina Franco<br>NCAA ECID (if applicable): 1908668448<br>Address:  10448 Vena Avenue, Arleta CA 91331 |
| Ava Borgens<br>NCAA ECID (if applicable):<br>Address:  14853 NW Wendy Ln, Portland OR 97229 |
| Mia Kodachi<br>NCAA ECID (if applicable):<br>Address:  12845 NW Westlawn Terrace, Portland OR |
| Avery Allemann<br>NCAA ECID (if applicable): 1801996567<br>Address:  24585 Jeremiah Drive Dana Point, CA |
| Lena Dubois<br>NCAA ECID (if applicable):<br>Address:   2923 NW Telshire Terrace, Portland OR |

| |
|---|
| Ingrid Lann<br>NCAA ECID (if applicable):<br>Address:  1915 NW 130th Ave Portland, OR |
| Mia Menzies<br>NCAA ECID (if applicable):<br>Address:  172-40 133rd Ave Jamaica, NY 11434 |
| Brooke Wilson<br>NCAA ECID (if applicable): 2201421456<br>Address:  1834 Wake Forest Road, NCA 28407, Winston Salem, NC 27109 |
| Mica Altringer<br>NCAA ECID (if applicable):<br>Address:  725 s cedar ridge ct Cornville AZ |
| Zaira Malloy Salgado<br>NCAA ECID (if applicable): 2206588345<br>Address:  University of Wisconsin |
| Madison Breuer<br>NCAA ECID (if applicable):<br>Address:  26 Flagg Rd Hubbardston MA |
| Macy Hanson<br>NCAA ECID (if applicable):<br>Address:  2638 115th St Granada MN |
| Luke Reaume<br>NCAA ECID (if applicable):<br>Address: 1000 Virginia Avenue, Room 5250B, Columbia, MO 65201 |
| Sarah Turner<br>NCAA ECID (if applicable):   2105177241<br>Address: 75 College Dr, P.o. Box 6571 UM Box 2179, Montevallo, AL 35115 |
| Olivia Chellevold<br>NCAA ECID (if applicable):<br>Address: 3955 Goth rd Verona WI |
| Kate Gregar<br>NCAA ECID (if applicable):<br>Address: Math and Science Academy |
| Madisyn Conner<br>NCAA ECID (if applicable):<br>Address: 8204 Fernwood Drive Norfolk VA 23518 |
| Annie Emmerich<br>NCAA ECID (if applicable):<br>Address: 3162 Summerset Dr, Bozeman MT 59715 |
| Piper Schuster<br>NCAA ECID (if applicable):<br>Address: 4041 Wexford Circle South Richfield, WI |
| Eden MacMartin<br>NCAA ECID (if applicable):  2207614597<br>Address: 13444 Racquet Court Poway CA 92064 |

| |
|---|
| Maddox Larson<br>NCAA ECID (if applicable):<br>Address: 14386 NW Tripton Ct, Portland OR |
| Elizabeth Whaley<br>NCAA ECID (if applicable): 2004846024<br>Address: 2554 Owen Drive, Winston-Salem, NC 27106 |
| Adley Wilson<br>NCAA ECID (if applicable):<br>Address: 3N645 Ponderosa Dr, St Charles, IL 60175 |
| Elyse Stachewicz<br>NCAA ECID (if applicable):<br>Address: 20098 Harness Avenue, Lakeville Minnesota 55044 |
| Oona Zilavy<br>NCAA ECID (if applicable):  1912768736<br>Address: 1326 Randall Ct Madison, WI 53715 |
| Madeline Miller<br>NCAA ECID (if applicable):<br>Address: 5907 Carnation Drive, Toledo, OH 43615 |
| Madison Griffin<br>NCAA ECID (if applicable):  03283067<br>Address: 1575 Darlington Rd. Ligonier, PA 15658 |
| Emily Potts<br>NCAA ECID (if applicable):<br>Address: 1209 Delesseps Ave, Savannah GA 31404 |
| Carolyn Evers<br>NCAA ECID (if applicable):<br>Address: 403 Doral ct, Waunakee, WI |
| Elizabeth Bohn<br>NCAA ECID (if applicable):  1404658740<br>Address: 235 e Pittsburgh ave APT 309 Milwaukee WI 53204 |
| Kamryn Spooner<br>NCAA ECID (if applicable):  2406322431<br>Address: 16100 NW Pristine Ln Portland OR, 97229 |
| Holly Beeman<br>NCAA ECID (if applicable):  2001779301<br>Address: 441 East Fordham Road Unit 37-1499 Bronx NY 10458 United States |
| Alexandra Gaskin<br>NCAA ECID (if applicable):<br>Address: 809 W Fox Hunt Trace Mequon, WI 53092 |
| Kaitlin Henn<br>NCAA ECID (if applicable):<br>Address: 905 Cedar Court, Verona WI |
| Iona Kuehn<br>NCAA ECID (if applicable):<br>Address: 407 Glenview Avenue, Wauwatosa WI |

Case 4:20-cv-03919-CW     Document 647     Filed 02/03/25     Page 6 of 7

| Name | NCAA ECID (if applicable) | Address |
|---|---|---|
| Lilianna Albarano | 2209659588 | 100 Sophia lane hummelstown PA |
| Sasmita Kumar |  | 5588 NW 126th Terrace, Portland OR 97229 |
| Alec Davis | 1909688733 | 1944 16th Ave., Grafton, WI 53024 |
| Grace Hartman | 2006878683 | 2101 Versatile Road, Raleigh NC |
| Hannah Baik |  | 14660 NW heathman ln, Portland OR |
| Rhea van den Bosch |  | 11331 NW Kenzie Ln |
| Nora Olson |  | 1770 nw 138th ave, Portland OR |
| Adele Clarke | 2009926048 | 1444 Bateman Ln. Celina, TX 75009 |
| Ravenna Carter |  | 10072 NW Fleetwood Dr, Portland OR |
| Shannon Quinn | 2304884951 | 1144 Cordova Bend Tx 78133 |
| Kambelle Syth |  | 5260 County Rd T Oshkosh, WI 54904 |
| Chloe Dostal |  | 2832 Standish Ave. SW Canton, Ohio 44706 |
| Abby Kozo | 2106212073 | 195 E Chestnut Ave, Metuchen, NJ 08840 |
| Grace Albaugh |  | 1102 oriental gardens road, Jacksonville, FL 32207 |
| Erin Mobley |  | 1603 N 77th Street, Philadelphia, PA 19151 |
| Sophia Towne |  | 3531 O Street NW Washington DC 20007 |

| |
|---|
| Leah Croom<br>NCAA ECID (if applicable): 2105172440<br>Address: Fourth Street NW, Washington, DC, United States |
| Taylor Williams<br>NCAA ECID (if applicable): 2308992031<br>Address: 2225 4th Street Northwest W608-B Washington, DC, US |
| Claire Chen<br>NCAA ECID (if applicable):  2102115870<br>Address: 48048 Avalon Heights terrace Fremont, CA 94539 |
| Emily Collins<br>NCAA ECID (if applicable): 2109313163<br>Address: 43332 Markham Place Ashburn, Virginia |
| Ji'reh Williams<br>NCAA ECID (if applicable):<br>Address: 2251 Sherman Ave NW Washington, DC 20001 United States |
| Kathryn Niepoky<br>NCAA ECID (if applicable):<br>Address: 11495 Nw Henson ct Portland Oregon 97229 |
| Wisdom Colbert<br>NCAA ECID (if applicable): 2109335055<br>Address: 2225 Fourth St NW Washington, DC 20059 United States |