Thomas Bryce Spangler
5326 Providence Country Club Drive
Charlotte, NC 28277

January 29, 2025

Re: *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW

Dear Judge Wilken:

My name is Thomas 'Bryce' Spangler]. I am a high school student aspiring to be a future Division I athlete, and a member of the Injunctive Relief Class. For the reasons stated in my attached declaration, I object to the roster limits in the settlement agreement in *In re College Athlete NIL Litigation*, No. 4:20-cv-03919-CW. I make this objection individually and on behalf of the Injunctive Relief Class.

I designate Steven F. Molo and the firm of MoloLamken LLP to speak on my behalf at the Fairness Hearing on April 7, 2025.

Sincerely,
Thomas Bryce Spangler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE COLLEGIATE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

Hon. Claudia Wilken

### DECLARATION OF [NAME]

I, Thomas Bryce Spangler, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am 17 years old and am in 12th grade at Charlotte Latin School. I have been competing as a swimmer since I was 10 years old and hope to compete on a Division I college team.]

2. I understand that the settlement in this lawsuit will govern NCAA Division I sports for the next decade, which is when I will be in college. I therefore am a class member who could be affected by the terms of the settlement. I object to the settlement for the reasons stated below, both for myself and for other class members like me.

3. I swim at SwimMac Carolina, which is one of the top swim Clubs in the Country. I rain in the highest training group up to 30 hours seven days a week 11 months out of the year. I compete at monthly swim meets, travel to out of town and out-of-state swim meets, participate in swim training trips on my school vacations and have gone on college recruiting visits. I have sacrificed countless hours with family and friends the last four years in high school to pursue my goals of swimming at the D1 level. Our family has spent a significant amount of money on my swim goals I have had to miss family holidays vacations school events family and friends birthdays and train on most of my school break and even school. I do not believe I have met my full potential as still growing and I would love the opportunity to continue to swim in college at the D1 level to see what my true potential could be. I am currently Qualified for the upcoming Futures swim meet in five events and am getting close

1

to junior nationals swim cuts which normally open many doors at top 50 D1 swim programs.

4. As noted I am currently qualified in multiple events for the upcoming futures meet and have high hopes of achieving junior national swim cuts and attending the meet this upcoming summer in California. Swimming keeps me both physically and mentally happy has taught me life skills and I have met some of my closest and most supportive friends through the sport.

5. swimming has taught me to set goals and have the discipline to work hard towards them. It has taught me time management skills, grit, determination, what hard work looks like, how to handle disappointment and achievements as well as what it is like to be a part of a team and be there for your teammates.

6. If roster limits are imposed it will make it harder for aspiring high school swimmers like myself who are not the top 100 swimmers in the Country, as well as other high school athletes, to have the opportunity to continue swimming or play their sport in college. It is already becoming increasingly difficult to swim on D1 swim team and with roster limits many swimmers will need to be cut from their current swim teams and will enter the transfer portal. D1 Coaches will be more likely to pick up these older larger most likely full grown faster athletes over younger graduating seniors as can only have a limited number on their team. Aspiring athletes will have to consider taking a gap year and or going to a junior college to try and get faster to be able to compete for spots or walk away from the sport they love. Aspiring D1 swimmers already compete against athletes who were delayed from being allowed to compete during COVID and international swimmers who all wants to train in the US with some of the best coaches at these D1 programs. This helps their Olympic teams and will hurt the US competitors. Limiting roster cuts will hurt non revenue sports the most. Please consider how our National and Olympic teams will suffer as less will be competing and have less teammates to train against. The diamonds in the rough that bloom later will not have a chance ultimately effecting boys/men's teams the most. This decision will also effect

the mental health for many of these athletes as they could be cut if they have a bad season and or were promised spots on teams. High School the Kerrs may decide it is not worth it to compete thru their Senior Year as not worth the sacrifice if they can't possibly continue with their Sport in College. Many high school swimmers and other athletes will never get to see what their true potential could be.

7. I hope you consider how this decision could affect not only current athletes but also aspiring high school athletes, our National and Olympic Teams and will consider other options.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Charlotte NC
January 29th, 2025

*[signature]*

Thomas Bryce Spangler
5326 Providence Country Club Drive
Charlotte NC 28277

---

3

DECLARATION OF [NAME]
CASE NO. 4:20-CV-03919-CW