UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick A. Bradford, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See attached Appendix A in the above-entitled action. My local co-counsel in this case is Panda Kroll, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 211877.

Bradford Edwards LLP NYC
575 Fifth Avenue, 14th Floor
New York, NY 10017
MY ADDRESS OF RECORD

Bradford Edwards LLP Los Angeles
1150 S. Olive Street, 10th Floor
Los Angeles, CA 90015
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

917.671.9406
MY TELEPHONE # OF RECORD

805.551.0773
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

pbradford@bradfordedwards.com
MY EMAIL ADDRESS OF RECORD

pkroll@bradfordedwards.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2338465.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/3/25

Patrick A. Bradford
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick A. Bradford is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/4/2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

## **Appendix A**

*In Re: College Athlete NIL Litigation*; Case No. 4:20-cv-03919-CW

African American Former D1 NCAA College Athletes, Objectors:

- Charles O'Bannon, Jr.
- K. Braeden Anderson