January 29, 2025

Judge Claudia Wilken

United States District Court

Northern District of California

FILED

FEB 03 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: In re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW (N.D. Cal.)

Dear Judge Wilken,

My name is Griffin Waiss. I am a senior at Stanford University. I am a football student-athlete here at Stanford (2024-present) and formerly a football student-athlete at the University of Washington (2021-2023). I am submitting this objection to the "Settlement Football and Men's Basketball Class" definition in the proposed settlement of the above-referenced litigation, which limits membership only to full Grant-In-Aid (GIA) scholarship athletes.



I was offered and accepted a Preferred Walk-On (PWO) position at the UW out of high school. As a recruited PWO, I did not have to try out for the team. I was treated the same as any GIA player in all matters except that I did not receive the same financial benefits. I was a full member of the team, subject to the same regulations and expectations as GIA players. I was held to the same athletic and academic standards as all GIA players, including full 12 months-a-year participation in all football practices, lifts, trainings, meetings, and activities.

During each of my four seasons, I was an active roster participant in Fall Camp, a time of year when the roster number is limited per NCAA Bylaw 17.11.3.1.2. I redshirted the 2021 season at the UW, and medically redshirted the 2024 season at Stanford due to injury. In just two seasons of competition at the UW, I played in 27 games, totaling 217 snaps and recording one reception for 21 yards (as verified by the PFF website). In 2022, I was the only walk-on for the offense to travel to and appear in every game, including our victory at the Alamo Bowl, and was named to the PAC-12 academic honor roll. During our undefeated regular season in 2023, I appeared in every game except one (concussion), including our PAC-12 Championship Victory, Sugar Bowl CFP Semifinal Victory, and CFP National Championship appearance.

As a full member of the Stanford football team and former full member of the UW football team, I propose that players in my position should be added to the definition of the "Settlement Football and Men's Basketball Class." My NIL was used on broadcast television and other media. My NIL was used in the video game *College Football 25* produced by EA Sports featuring a limited roster of active college football players, and will appear in the upcoming version as well. During my time in college, I have not received a free education like GIA players, but my NIL has been used along with GIA players to promote the football team during

broadcasts in the 27 games in which I played. I believe it is only fair and reasonable that players like myself be eligible for broadcast NIL payments and not be treated differently than GIA players, particularly when some of them may have played less on the field than I have (some of whom did not play at all).

It is not fair that athletic scholarship status alone determines that one player's NIL on the field is worth significant broadcast compensation, whereas the teammate alongside him in the same game is worth nothing. I request that the definition of the "Settlement Football and Men's Basketball Class" include all Power 5 athletes who actively participated and contributed to their teams. An easily verifiable measure, such as participation on a roster during Fall Camp or games played/snap count, would fairly include all athletes who contributed to the broadcast revenue.

Thank you for your attention to the matter.

Respectfully Submitted,

Griffin Waiss

NCAA Eligibility Center ID: 2004844661







**UNITED STATES POSTAL SERVICE**

- Expected delivery date specifi[ed]
- Domestic shipments include $
- USPS Tracking® service includ[ed]
- Limited international insurance
- When used internationally, a c[ustoms form is required]

*Insurance does not cover certain items. Domestic Mail Manual at http://pe.usps.c[om]
** See International Mail Manual at http://[pe.usps.com]

**FLAT RATE EN[VELOPE]**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INS[URED]**

PS00001000014

---

**UNITED STATES POSTAL SERVICE.**   Retail

P   US POSTAGE PAID
$10.10
Origin: 94305
01/30/25
0558050191-50

**PRIORITY MAIL®**

0 Lb 2.30 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/01/25

C037

SHIP TO:
1301 CLAY ST
OAKLAND CA 94612-5217

USPS TRACKING® #
9505 5128 5992 5030 6143 26

---

FROM:

Griffin Waiss
218 Tourney Loop
Los Gatos, CA, 95030

TO:

Ronald V. Dellums Federa[l]
Building & United States
Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA, 94612