

**John Clune**
clune@hbcboulder.com

February 4, 2025

Honorable Judge Claudia Wilken
U.S. District Court
Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

      Re:    NCAA Eligibility Number of Eden Hardy
                *In Re: College Athlete NIL Litigation*
                Civil Action No.: 4:20-CV-03919-CW
                #618 Objection To Amended Settlement Agreement And Opposition To Final Settlement Approval Based On Failure To Apply Title IX

Dear Judge Wilken,

      Objector Eden Hardy respectfully requests that the court accept this letter with her NCAA Eligibility number as a supplement to the above referenced Objection. At the time of the filing of the Objection, Ms. Hardy could not locate her eligibility number. However, she has now received the number which is as follows: NCAA number: 1609580640.

                                                          Respectfully,

                                                           John Clune

921 Walnut St., Suite 200 | Boulder, CO 80302 | Tel (303) 442-6514 | Fax (303) 442-6593
www.hbcboulder.com