

FROM: Adam Rourke
454 Lagunita Drive
Stanford, CA 94305

TO: Ronald V. Dellums Federal
Building & United States
Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA. 94612



