GUERRIERO & GUERRIERO
Attorneys at Law
P.O. Box 4092
Monroe, Louisiana 71211-4092

Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

