Aidan Siers

20194 Lagente Circle Venice, FL, 34293

352-217-9583

NCAA ID #2203462773

College Athlete NIL Litigation Case # 4:20-cv-03919

I object to add roster limits because I have been working since I was 9 years old swimming 20+ hours a week because it means the world to me. I never went to high school in person to dedicate my time to the sport. I committed to Auburn over 2 years ago after falling in love with the team dynamic, coaching staff, and facilities knowing even with the athletic scholarship I was offered it would still be hard financially on my family. My dad picked up an extra job to help pay for my tuition but if I am cut, I will have to leave Auburn University. I have already signed a lease for next year which I must pay whether I am here or not. When signing my 4-year NLI I did not know my swimming career could come to an end before it truly started.

Attorney Thomas Wiegand may peak on my behalf at the final approval hearing.

Signed: *Aidan Siers*

Aidan Siers