| | |
|---|---|
| **TO:** | **The Honorable Claudia Wilken** <br> Ronald v. Dellums Federal Building & United States Courthouse <br> c/o Class Action Clerk <br> 1301 Clay Street <br> Oakland, CA 94612 |
| **FROM:** | **Sarah Brooke Baker** <br> University of North Carolina – Women's Lacrosse (2021-23) <br> Vanderbilt University – Women's Lacrosse (2024-25) <br> NCAA Eligibility Center ID #1805204945 |
| **CC:** | **Leigh Ernst Friestedt** |
| **RE:** | **Objection** <br> *In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal) |
| **DATE:** | January 31, 2025 |

Dear Judge Wilken:

My name is **Sarah Brooke Baker**, and I was a NCAA Division I student-athlete on the Women's Lacrosse Team at **University of North Carolina** ("UNC") from 2021-23, I graduated with distinction in three years in 2023. The UNC Women's Lacrosse was #1 in the nation winning the **ACC Championships** and **NCAA DI Women's' Lacrosse Championship** in 2022. At UNC I was recognized for my academic achievements: ACC Academic Honor Roll (2022-23) and Dean's List (Fall 2022, Spring 2022, Spring 2023).

After UNC, I pursued two Master's degrees at **Vanderbilt University**: (1) Education at Peabody College (2024), and (2) Marketing at Owen Graduate School of Management (2025). I am currently a member of the **Vanderbilt Women's Lacrosse Team** and have been recognized for my academic accomplishments: SEC First-Year Honor Roll and Academic All-District Team.

I am writing you today on behalf of not only myself, but more importantly, the millions of female student-athletes who deserve an equal opportunity to play sports in college and receive equal treatments and benefits under **Title IX of the Education Amendments Act of 1972** ("Title IX").

Based on the terms set forth in the Amended Settlement Agreement, I object to *In re: College Athlete NIL Litigation - House* Settlement, Case No. 4:20-cv-03919 (N.D. Cal), and request that you not approve the *House* Settlement at the Final Approval Hearing, scheduled for April 7, 2025.

According to the website www.collegeathletecompensation.com, my **Estimated Allocation** as a member of the **Additional Sports Class** (Women's Lacrosse) at ~~BC~~ (UNC) and ~~Duke~~ (Vanderbilt) are detailed below. ~~Note, despite contacting Duke University, I have been unable to obtain my Estimated Allocation information for my freshman and sophomore years at Duke, so it is missing below.~~

*LEF 2/2/25*
*SBB 2/2/25*