# PRIORITY MAIL EXPRESS

FOR DOMESTIC AND INTERNATIONAL USE

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 496 090 880 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (434) 326 6699

KIMBERLY MCCARDLE
1371 BUNDORAN DR
NORTH GARDEN VA 22959

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

THE HONORABLE CLAUDIA WILKEN
RONALD V DELLUMS FEDERAL BLDING ? US COURT HOUSE
C/O CLASS ACTION CLERK
1301 CLAY STREET
OAKLAND, CA

ZIP + 4® (U.S. ADDRESSES ONLY)
94612

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

| ☐ 1-Day | ☑ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 22959 | Scheduled Delivery Date (MM/DD/YY): 2/1/25 | Postage: $ 31.40 | |
| Date Accepted (MM/DD/YY): 1/30/25 | Scheduled Delivery Time: ☑ 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 130 ☐ AM ☑ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 3140 | |
| Weight: ☑ Flat Rate lbs. ozs. | Acceptance Employee Initials: [illegible] | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

PRIORITY
MAIL
EXPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

VISIT US AT USPS.COM®

ORDER FREE SUPPLIES ONLINE

EP13F May 2020
OD: 12 1/2 x 9 1/2

GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.




