

**PRIORITY MAIL EXPRESS®**
FLAT RATE ENVELOPE
ONE RATE • ANY WEIGHT

FROM: (PLEASE PRINT)   PHONE ( 603 ) 494-7307
Trevor Glassman
9775 Magnolia Blossom Dr
Tampa, FL 33626

TO: (PLEASE PRINT)   PHONE ( 510 ) 637-5000
Ronald V. Dellums Federal Building & United States
Courthouse
c/o Class Action Lawsuit
1301 Clay Street
Oakland, CA 94612

PO ZIP Code: 34677
Date Accepted: 1/31/25
Time Accepted: 4:28 PM
Scheduled Delivery Date: 2/1/25
Scheduled Delivery Time: 6:00 PM
Postage: $31.40
Total Postage & Fees: $31.40

RDC 07
94612
$31.40
U.S. POSTAGE PAID
S2324M502249-68

ER 127 351 374 US




