| | |
|---|---|
| **TO:** | **The Honorable Claudia Wilken** |
| | Ronald v. Dellums Federal Building & United States Courthouse |
| | c/o Class Action Clerk |
| | 1301 Clay Street |
| | Oakland, CA 94612 |
| | |
| **FROM:** | **Sarah Brooke Baker** |
| | University of North Carolina – Women's Lacrosse (2021-23) |
| | Vanderbilt University – Women's Lacrosse (2024-25) |
| | NCAA Eligibility Center ID #1805204945 |
| | |
| **CC:** | **Leigh Ernst Friestedt** |
| | |
| **RE:** | **Objection** |
| | *In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal) |
| | |
| **DATE:** | January 31, 2025 |

FILED
FEB 03 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Wilken:

My name is **Sarah Brooke Baker**, and I was a NCAA Division I student-athlete on the Women's Lacrosse Team at **University of North Carolina** ("UNC") from 2021-23, I graduated with distinction in three years in 2023. The UNC Women's Lacrosse was **#1** in the nation winning the **ACC Championships** and **NCAA DI Women's' Lacrosse Championship** in 2022. At UNC I was recognized for my academic achievements: ACC Academic Honor Roll (2022-23) and Dean's List (Fall 2022, Spring 2022, Spring 2023).

After UNC, I pursued two Master's degrees at **Vanderbilt University**: (1) Education at Peabody College (2024), and (2) Marketing at Owen Graduate School of Management (2025). I am currently a member of the **Vanderbilt Women's Lacrosse Team** and have been recognized for my academic accomplishments: SEC First-Year Honor Roll and Academic All-District Team.

I am writing you today on behalf of not only myself, but more importantly, the millions of female student-athletes who deserve an equal opportunity to play sports in college and receive equal treatments and benefits under **Title IX of the Education Amendments Act of 1972** ("Title IX").

Based on the terms set forth in the Amended Settlement Agreement, I object to *In re: College Athlete NIL Litigation - House* Settlement, Case No. 4:20-cv-03919 (N.D. Cal), and request that you not approve the *House* Settlement at the Final Approval Hearing, scheduled for April 7, 2025.

According to the website www.collegeathletecompensation.com, my **Estimated Allocation** as a member of the **Additional Sports Class** (Women's Lacrosse) at BC and Duke are detailed below. Note, despite contacting Duke University, I have been unable to obtain my Estimated Allocation information for my freshman and sophomore years at Duke, so it is missing below.

| Type of Damage | Sarah Brooke Baker – Est. Allocation | | |
|---|---|---|---|
| **Name, Image & Likeness (NIL)** | **UNC** | **Vanderbilt** | |
| Broadcast NIL | Not Eligible | Not Eligible | **Object** |
| Videogame NIL | Not Eligible | Not Eligible | --- |
| Lost NIL Opportunities | Not Eligible | Missing | **Object** |
| **Athletic Services** | $408.15 | $222.11 | **Object** |
| ***Hubbard* Academic / (*Alston* Award)** | $1,956.10 | Not Eligible | **Object** |
| **Total Estimated Settlement Payment** | **$2,364.25** | **$222.11** | |

I believe that I was adversely impacted by NIL restrictions and the NCAA's failure to promote female sports equally to men, which is a violation of Title IX. Additionally, my calculation is clearly missing a *Hubbard* payment at Vanderbilt. Therefore, based on my **Estimated Allocation** in the amount of **$2,586.36**, I object to the following:

1. *House* Settlement Damages
    i. **Name Image Likeness**: Broadcast NIL and Lost NIL Opportunities
    ii. **Athletic Services – Additional Compensation**
2. *Hubbard* **Academic Achievement (*Alston* Award)**, and
3. **Title IX Release**

**Request to Speak at Final Hearing – Legal Representation**:

I have retained an independent attorney because I believe there is a conflict of interest with the Class Counsel (Winston & Strawn LLP and Hagens Berman Sobol Shapiro LLP) who has negotiated a *House* Settlement that disproportionately favors men and failed to take Title IX into consideration. I am currently being represented by **Leigh Ernst Friestedt**, a New York attorney who specializes in Title IX and sports law matters. Leigh is also a former DI Women's Lacrosse player, who has a strong understanding of the issues raised in my objection. I will be in-season at Vanderbilt, so unable to attend the Approval Hearing. In my absence, I request that Leigh be permitted to speak on my behalf at the Final Approval Hearing, schedule for April 7, 2025.

Leigh's full contact information is listed below. Please include her on any future correspondence.

**Leigh Ernst Friestedt**
Equity IX, LLC
40 Mercer St. #15
New York, NY 10013
leigh@equityix.com
(917) 513-5541

**Claim Forms**

I have updated my contact and payment information required to participate in the *House* and *Hubbard* Settlements. Note, I tried to upload Claim Forms but the official website was overloaded with users and I was unable. Should the Court approve the *House* Settlement, I request that the Court recalculate my Estimated Allocation amounts to reflect my full information, including my years at both UNC and Vanderbilt.

If you need any additional information, please feel free to contact me – my full contact information is listed below.

**Sarah Brooke Baker**
428 Drummond Drive
Raleigh, NC 27609
sarah.b.bakers@vanderbilt.edu
(919) 995-1460

Thank you for your consideration of my objections.

Sincerely,

*[signature]*

**Sarah Brooke Baker**
University of North Carolina – Women's Lacrosse (2021-23)
Vanderbilt University – Women's Lacrosse (2024-25)

cc: Leigh Ernst Friestedt

*[signature]*
1/31/25

# Brooke Baker
919.995.1460 | sarah.b.baker@vanderbilt.edu | https://www.linkedin.com/in/brooke-baker29/

---

| | | |
|---|---|---|
| **EDUCATION** | **VANDERBILT UNIVERSITY** | Nashville, TN |

**Owen Graduate School of Management**
Master of Marketing, May 2025
- Varsity Women's Lacrosse

**Peabody College**
Master of Education, Human Development Studies – Organizational, May 2024
- GPA: 3.75
- Varsity Women's Lacrosse (SEC First-Year Honor Roll, Academic All-District Team)

**UNIVERSITY OF NORTH CAROLINA – CHAPEL HILL**
Bachelor of Arts, May 2023
**Hussman School of Journalism and Media**
Major: Media and Journalism Studies: Advertising and Public Relations
- GPA: 3.7, graduated with distinction
- Varsity Women's Lacrosse (2022 ACC Champions, 2022 National Champions)
- ACC Academic Honor Roll (2022-2023), Dean's List (Fall 2022, Spring 2022, Spring 2023)

**EXPERIENCE**
8/24 – 11/24

**SOME SUN CLOTHING**                                                                Nashville, TN
*Social Media Marketing Intern*
- Manages the company's TikTok platform for content creation, customer relations, and branding.
- Analyzes market trends to track company growth and engagement to increase customer base, ultimately resulting in a 15% follower increase.
- Assists the company's founder, Mary Smith, on ad-hoc projects aimed to increase brand awareness.

8/22 – 3/23

**Riddle & Bloom**                                                                Chapel Hill, NC
*Brand Influencer – Amazon Prime Student*
- Created, published, and promoted prime student content on Instagram and TikTok, resulting in increased product visibility.
- Reported product sales activity by developing and submitting event plans, recaps, and analysis of social media metrics.

Summer 2022

**Complete Concierge**                                                                Philadelphia, PA
*Concierge Intern*
- Organized and managed high-profile client information on a time-sensitive basis, including assisting relationship managers in accommodating client requests.
- Researched methodology for reputation maintenance and brand management, including developing a detailed action plan to expand clientele through social media for company Founder and President, Bridget Michener.

Summer 2020

**Addison Bay**                                                                Philadelphia, PA
*Business Intern*
- Facilitated warehouse workflow to better understand product presentation and manage merchandise inventory.
- Supported company Founder and CEO Marguerite Adzick on ad-hoc projects and administrative duties.

**LEADERSHIP**
8/23 - Present

**Athlete to Athlete**                                                                Nashville, TN
*Athlete Mentor*
- Coaches and guides 5+ adolescent students weekly on navigating lacrosse college recruiting, game strategy, field IQ, mechanics, and team bonding, and creates training schedules goal achievement plans.

11/22 – 5/23

**Student-Athlete Advisory Committee, UNC Chapel Hill**                            Chapel Hill, NC
*Committee Member*
- Consulted on rules, regulations, and policies that impact students' livelihood and academic performance, thus resulting in increased wellness for UNC student-athletes.

1/17-1/19

**American Cancer Society**                                                                Raleigh, NC
*Committee Member*
- Led 12 students to fundraise over $150k through the planning and execution of fundraising events, including organizing a "Running Over Cancer" 5k with 200+ participants.
- Awarded 'Heroes of Research' award from the American Cancer Society.

**ADDITIONAL**
- Certifications: Social Media Marketing (HubSpot Academy), Social Behavioral Investigators and Key Personnel (CITI Program), Google Analytics
- Technical Skills: Canva, Adobe, SPSS, Excel (Data Dashboards, Pivot Tables), MS Office, Google Suite
- Interests: TikTok Marketing, Instagram lifestyle account, Women's Lacrosse, Running, Shopping, Shoes



# BROOKE BAKER
## Division 1 Student Athlete

📞 919-995-1460

✉ sbrookebaker@icloud.com

📍 Nashville, TN

## About Me:

I am a collegiate athlete with a successful background in women's lacrosse, contributing to national and conference championship victories. On and off the field, I have taken on leadership roles, mentored young athletes, and advocated for student-athlete wellness while balancing academic and athletic responsibilities. I am recognized for my resilience, teamwork, and strategic thinking. Currently, I am pursuing a master's degree in Marketing while finishing my final year in lacrosse with hopes of a career in sports marketing.

## Education

**Master in Marketing**
Vanderbilt University
2024-2025

**Master in Education - M.Ed**
Vanderbilt University
2023-2024

**Bachelor in Advertising and Public Relations**
University of North Carolina - Chapel Hill
2020-2023
3 year graduate with distinction

## Vanderbilt University

**2023 - 2024**
- 2023-24 First-Year SEC Academic Honor Roll
- 2024 CSC Academic All-District
- Named AAC Honor Roll (April 15, 2024)
- Named to AAC Honor Roll (Feb. 19, 2024)
- 2023-24 All-AAC Academic Team
- Finished top 10 in the nation in free position goals per game
- Started in all 17 games
- Finished with 39 points off 36 goals and three assists
- Six hat tricks on the season

## University of North Carolina - Chapel Hill

**2020 - 2023**
- 2022 Undefeated National Champions 22-0
- 2022 ACC Tournament Champions
- 2022 ACC Regular Season Champions
- 2021 ACC Tournament Champions
- 2021 ACC Regular Season Champions
- ACC Academic Roll 2022, 2023
- Deans list 2022, 2023
- Student-Athlete Advisory Committee (SAAC)

## Features

https://youtu.be/ZzJf1Vdi9gU?si=pIGSt_xSMzj4HjVa

https://vucommodores.com/get-to-know-the-dores-brooke-baker/

https://athletesthread.com/collections/brooke-baker?college=&athlete=Brooke%20Baker


