**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ● ANY WEIGHT

FROM: (PLEASE PRINT)  PHONE ( 917 ) 513-7574
Leigh Ernst Friestedt
40 Mercer St. #15
New York, NY 10013

TO: (PLEASE PRINT)  PHONE (   )
Judge Claudia Wilken
Ronald V. Dellums Fed. Building & Court
c/o Class Action Clerk
1301 Clay Street / Oakland, CA
94612

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2

PO ZIP Code: 10013
Date Accepted (MM/DD/YY): 1/31/25
Time Accepted: 4:25 PM
Scheduled Delivery Date (MM/DD/YY): 2/3/25
Scheduled Delivery Time: 6:00 PM
Postage: $4.60
Weight: 11 oz
Flat Rate ☑
Employee Signature: JK
Total Postage & Fees: $31.60

U.S. POSTAGE PAID
JAN 31, 2025
$31.40
94612
R2324K504056-06







