**PRIORITY MAIL EXPRESS®**
FLAT RATE ENVELOPE
ONE RATE • ANY WEIGHT

PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

FROM: (PLEASE PRINT)    PHONE ( 917 ) 513-7541
Leigh Ernst Friestedt
40 Mercer St. #15
New York, NY 10013

TO: (PLEASE PRINT)    PHONE ( )
Judge Claudia Wilken
Ronald V. Dellums Fed. Building & Court
c/o Class Action Clerk
1301 Clay Street / Oakland, CA
94612

ZIP + 4® (U.S. ADDRESSES ONLY)
9 4 6 1 2 -

PO ZIP Code: 10013
Date Accepted (MM/DD/YY): 1/31/25
Time Accepted: 4:25 PM
Weight: 11 lbs  2 ozs
Flat Rate ✓
Scheduled Delivery Date (MM/DD/YY): 2/3/25
Scheduled Delivery Time: 6:00 PM
Postage: $4.60
Insurance Fee: 
Return Receipt Fee: 
Live Animal Transportation Fee: 
Total Postage & Fees: $31.60
Employee Signature: JK

Retail
U.S. POSTAGE PAID
$31.40
JAN 31, 2025
94612
S2324K504056-06

ER 144 363 942 US

RDC 07



