**PRIORITY MAIL EXPRESS**

FLAT RATE ENVELOPE — ONE RATE • ANY WEIGHT

FROM:
Leigh Ernst Friestedt
40 Mercer St. #15
New York, NY 10013
PHONE: (917) 513-7541

TO:
Judge Claudia Wilken
Ronald V. Dellums Fed. Building & Court
c/o Class Action Clerk
1301 Clay Street / Oakland, CA
94612

ZIP+4: 94612

PO ZIP Code: 10013
Date Accepted: 1/31/25
Time Accepted: 4:25 PM
Flat Rate
Weight: 11 oz
Scheduled Delivery Date: 2/3/25
Scheduled Delivery Time: 6:00 PM
Postage: $4.60
Total Postage & Fees: $31.60

U.S. POSTAGE PAID
JAN 31, 2025
$31.40
94612
S2324K504056-06

ER 144 363 942 US





