# USPS Priority Mail Envelope

**UNITED STATES POSTAL SERVICE® — Retail**

US POSTAGE PAID
$10.10
Origin: 30303
01/30/25
1204580060-24

PRIORITY MAIL®
0 Lb 1.80 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/03/25

C037

SHIP TO:
1301 CLAY ST
OAKLAND CA 94612-5217

USPS TRACKING® #
9505 5116 0376 5030 9125 36

**RECEIVED**
FEB 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

FROM:
Kiersten J. Lee
1838 Hannah Pl
Powder Springs, GA 30127
United States

TO:
Ronald V. Dellums Federal
Building + United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612



