**Equity IX, LLC**

# Memo

| | |
|---|---|
| **To:** | The Honorable Claudia Wilken<br>c/o Class Action Clerk |
| **From:** | **Leigh Ernst Friestedt**<br>**Sarah Brooke Baker** NCAA Eligibility ID # 180520495 |
| **Date:** | February 3, 2025 |
| **Re:** | **Amended – Objection Letter – Sarah Brooke Baker**<br>*In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal) |

FILED
FEB 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

I am a New York Attorney representing four Division I student-athletes who are Class Members of the *College Athlete NIL Litigation*: **Charlotte North** (Duke / Boston College Women's Lacrosse), **Mai Nirundorn** (Georgia Women's Tennis), **Katherine McCabe Ernst** (Vanderbilt Women's Lacrosse), and **Sarah Brooke Baker** (UNC / Vanderbilt Women's Lacrosse).

All four Class Members have filed (via mail) **Objection Letters** that were post marked **by Jan. 31**. I would expect the letters to arrive on Monday, Feb. 3.

The letter from **Sarah Brooke Baker** has a minor amendment that, if possible, I wanted to correct for the public record. I have attached:

1. **Page 1** of her letter with edits initialed and dated by both of us
2. Revised Objection Letter from Sarah Brooke Baker reflecting the edits above

Please let me know if this is acceptable or if you need any additional information?

Please feel free to contact me if you have any questions. Thank you for your assistance.

Leigh

**Leigh Ernst Friestedt**
**Equity IX, LLC**
40 Mercer St. #15
New York, NY 10013
leigh@equityix.com
(917) 513-5541

*[signature] Leigh EF Frst*
*2/3/25*

[Amendment] Leigh Ernst Friestedt 2/3/25

TO: **The Honorable Claudia Wilken**
Ronald v. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

FROM: **Sarah Brooke Baker**
University of North Carolina – Women's Lacrosse (2021-23)
Vanderbilt University – Women's Lacrosse (2024-25)

NCAA Eligibility Center ID #1805204945

CC: **Leigh Ernst Friestedt**

RE: **Objection**
*In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal)

DATE: January 31, 2025

Dear Judge Wilken:

My name is **Sarah Brooke Baker**, and I was a NCAA Division I student-athlete on the Women's Lacrosse Team at **University of North Carolina** ("UNC") from 2021-23, I graduated with distinction in three years in 2023. The UNC Women's Lacrosse was #1 in the nation winning the **ACC Championships** and **NCAA DI Women's' Lacrosse Championship** in 2022. At UNC I was recognized for my academic achievements: ACC Academic Honor Roll (2022-23) and Dean's List (Fall 2022, Spring 2022, Spring 2023).

After UNC, I pursued two Master's degrees at **Vanderbilt University**: (1) Education at Peabody College (2024), and (2) Marketing at Owen Graduate School of Management (2025). I am currently a member of the **Vanderbilt Women's Lacrosse Team** and have been recognized for my academic accomplishments: SEC First-Year Honor Roll and Academic All-District Team.

I am writing you today on behalf of not only myself, but more importantly, the millions of female student-athletes who deserve an equal opportunity to play sports in college and receive equal treatments and benefits under **Title IX of the Education Amendments Act of 1972** ("Title IX").

Based on the terms set forth in the Amended Settlement Agreement, I object to *In re: College Athlete NIL Litigation - House* Settlement, Case No. 4:20-cv-03919 (N.D. Cal), and request that you not approve the *House* Settlement at the Final Approval Hearing, scheduled for April 7, 2025.

According to the website www.collegeathletecompensation.com, my **Estimated Allocation** as a member of the **Additional Sports Class** (Women's Lacrosse) at [UNC] ~~BC~~ and [Vanderbilt] ~~Duke~~ are detailed below. ~~Note, despite contacting Duke University, I have been unable to obtain my Estimated Allocation information for my freshman and sophomore years at Duke, so it is missing below.~~

LEF 2/2/25
SBB 2/2/25

| | |
|---|---|
| **TO:** | **The Honorable Claudia Wilken** |
| | Ronald v. Dellums Federal Building & United States Courthouse |
| | c/o Class Action Clerk |
| | 1301 Clay Street |
| | Oakland, CA 94612 |
| **FROM:** | **Sarah Brooke Baker** |
| | University of North Carolina – Women's Lacrosse (2021-23) |
| | Vanderbilt University – Women's Lacrosse (2024-25) |
| | NCAA Eligibility Center ID #1805204945 |
| **CC:** | **Leigh Ernst Friestedt** |
| **RE:** | **Objection** |
| | *In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal) |
| **DATE:** | January 31, 2025 |

Dear Judge Wilken:

My name is **Sarah Brooke Baker**, and I was a NCAA Division I student-athlete on the Women's Lacrosse Team at **University of North Carolina** ("UNC") from 2021-23, I graduated with distinction in three years in 2023. The UNC Women's Lacrosse was **#1** in the nation winning the **ACC Championships** and **NCAA DI Women's' Lacrosse Championship** in 2022. At UNC I was recognized for my academic achievements: ACC Academic Honor Roll (2022-23) and Dean's List (Fall 2022, Spring 2022, Spring 2023).

After UNC, I pursued two Master's degrees at **Vanderbilt University**: (1) Education at Peabody College (2024), and (2) Marketing at Owen Graduate School of Management (2025). I am currently a member of the **Vanderbilt Women's Lacrosse Team** and have been recognized for my academic accomplishments: SEC First-Year Honor Roll and Academic All-District Team.

I am writing you today on behalf of not only myself, but more importantly, the millions of female student-athletes who deserve an equal opportunity to play sports in college and receive equal treatments and benefits under **Title IX of the Education Amendments Act of 1972** ("Title IX").

Based on the terms set forth in the Amended Settlement Agreement, I object to *In re: College Athlete NIL Litigation - House* Settlement, Case No. 4:20-cv-03919 (N.D. Cal), and request that you not approve the *House* Settlement at the Final Approval Hearing, scheduled for April 7, 2025.

According to the website www.collegeathletecompensation.com, my **Estimated Allocation** as a member of the **Additional Sports Class** (Women's Lacrosse) at UNC and Vanderbilt are detailed below.

| Type of Damage | Sarah Brooke Baker – Est. Allocation | | |
|---|---|---|---|
| **Name, Image & Likeness (NIL)** | **UNC** | **Vanderbilt** | |
| Broadcast NIL | Not Eligible | Not Eligible | **Object** |
| Videogame NIL | Not Eligible | Not Eligible | --- |
| Lost NIL Opportunities | Not Eligible | Missing | **Object** |
| **Athletic Services** | $408.15 | $222.11 | **Object** |
| ***Hubbard* Academic / (*Alston* Award)** | $1,956.10 | Not Eligible | **Object** |
| **Total Estimated Settlement Payment** | **$2,364.25** | **$222.11** | |

I believe that I was adversely impacted by NIL restrictions and the NCAA's failure to promote female sports equally to men, which is a violation of Title IX. Additionally, my calculation is clearly missing a *Hubbard* payment at Vanderbilt. Therefore, based on my **Estimated Allocation** in the amount of **$2,586.36**, I object to the following:

1. *House* Settlement Damages
   i. **Name Image Likeness**: Broadcast NIL and Lost NIL Opportunities
   ii. **Athletic Services – Additional Compensation**
2. *Hubbard* **Academic Achievement (*Alston* Award)**, and
3. **Title IX Release**

### Request to Speak at Final Hearing – Legal Representation:

I have retained an independent attorney because I believe there is a conflict of interest with the Class Counsel (Winston & Strawn LLP and Hagens Berman Sobol Shapiro LLP) who has negotiated a *House* Settlement that disproportionately favors men and failed to take Title IX into consideration. I am currently being represented by **Leigh Ernst Friestedt**, a New York attorney who specializes in Title IX and sports law matters. Leigh is also a former DI Women's Lacrosse player, who has a strong understanding of the issues raised in my objection. I will be in-season at Vanderbilt, so unable to attend the Approval Hearing. In my absence, I request that Leigh be permitted to speak on my behalf at the Final Approval Hearing, schedule for April 7, 2025.

Leigh's full contact information is listed below. Please include her on any future correspondence.

**Leigh Ernst Friestedt**
Equity IX, LLC
40 Mercer St. #15
New York, NY 10013
leigh@equityix.com
(917) 513-5541

**Claim Forms**

I have updated my contact and payment information required to participate in the *House* and *Hubbard* Settlements. Note, I tried to upload Claim Forms but the official website was overloaded with users and I was unable. Should the Court approve the *House* Settlement, I request that the Court recalculate my Estimated Allocation amounts to reflect my full information, including my years at both UNC and Vanderbilt.

If you need any additional information, please feel free to contact me – my full contact information is listed below.

**Sarah Brooke Baker**
428 Drummond Drive
Raleigh, NC 27609
sarah.b.bakers@vanderbilt.edu
(919) 995-1460

Thank you for your consideration of my objections.

Sincerely,

*[signature]*

**Sarah Brooke Baker**
University of North Carolina – Women's Lacrosse (2021-23)
Vanderbilt University – Women's Lacrosse (2024-25)

cc: Leigh Ernst Friestedt

*[signature]*