





USPS Priority Mail Express Flat Rate Envelope

FROM:
Aeigh Ernest Friestedt
Equity IX, LLC
40 Mercer St. #15
New York, NY 10013
PHONE: (917) 513-5541

TO:
Judge Claudia Wilken — Courthouse
Ronald v. Dellums Clerk
1301 Clay Street Oakland, CA
94612

Origin ZIP: 11975
Date Accepted: 2/3/25  2:15 PM
Flat Rate
Scheduled Delivery Date: 2/4/25
Postage: $31.40
Employee Initials: B02
Total: $31.40

U.S. POSTAGE PAID
PME
WAINSCOTT, NY 11975
FEB 03, 2025
$31.40
S2324P501756-02

EI 173 942 691 US

RDC 07
94612




