The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

FILED

FEB 04 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Re: House v. NCAA, Case No. 4:20-cv-03919-CW
January 31, 2025

Dear Judge Wilken,

My name is Camden Dempsey, and I am a walk-on football player at the University of Colorado. I have been notified that I am considered part of the "Class" for the *College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.) settlement. The Claim ID assigned to me is **10295436701**. Following my initial letter submitted on behalf of Big 12 walk-on athletes (f Jan. 16, 2025 at Doc. 597), I am writing to provide further support for a grandfathering provision in the House v. NCAA settlement. This letter now represents signatures from walk-on athletes across nine additional NCAA Division I schools nationwide, united in their concern about the impact of the proposed roster limits.

Walk-ons are integral to college athletics, embodying dedication, perseverance, and the true spirit of sport. The proposed roster restrictions will unfairly eliminate opportunities for these athletes, many of whom compete without scholarships or guarantees, simply for the love of their sport.

We respectfully request the inclusion of a grandfathering provision to allow current walk-ons to complete their collegiate careers without counting against roster limits. This solution is fair, feasible, and would protect thousands of student-athletes from losing their place on the teams they've worked so hard to join. I would like to also respectfully reiterate my request to testify at the final approval hearing, either in person or remotely, to speak for myself and the countless walk-ons whose athletic careers, financial interests, and due process rights are not being fully considered.

Thank you for considering this critical issue. We trust that the voices of walk-ons from across the country will demonstrate the importance of preserving opportunities for all student-athletes.

Respectfully,
Camden Dempsey, Football
University of Colorado, 2025

*[signature]*

(Additional signatures on next page)

John Weidenbach, Football
University of Michigan, 2027

Tyler Kuo, Football
Stanford, 2027

Alex Ransone, Track and Field
High Point University, 2026

Liam Quigley, Football
University of Toledo, 2027

William Goldberg, Football
Duke University, 2025

Dawson Andrew, Football
Duke University, 2026

Ryan Degyansky, Football
Duke University, 2027

Devin McDonough, Football
USC, 2026

Cole Kennon, Football
Duke University, 2025

Luke Bennett, Football
Georgia, 2026

Henry Peagler, Football
University of Georgia, 2026

Anthony Egbo Jr, Football
Abilene Christian, 2024

Madeleine MacNeille, Tennis
University of Texas, 2027

Maddy MacNeille, Tennis
University of Texas, 2027

Audrey Deatherage, Women's Tennis
University of Texas at Austin, 2028

Lucy Schmeil, Tennis
University of Texas at Austin, 2028

0-cv-03919-CW    Document 681    Filed 02/04/25    Pa

U.S. POSTAGE PAID
FCM LETTER
BOULDER, CO 80301
JAN 31, 2025
$0.73
S2324H503756-02
94621
Retail
RDC 99

Camen Dawson
2810 E College Ave Unit 303
Boulder, Co 80303

Ronald V. Dellums Federal Resort Building & US Courthouse
c/o Class action Clerk
1301 Clay Street
Oakland, CA 94612

RECEIVED
FEB 04 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

