Landry Estes
1917 Thorndyke Ln
Bryan, TX 77807

Ronald V. Dellums Federal Building
C/O Class Action Clerk
1301 Clay Street
Oakland, CA 94612

