FROM:
Cody Markel
1120 N. Roxboro St.
Durham, NC 27701

TO:
Ronald V. Dellums Federal Building and United States Courthouse
c/o Class Action Clerk
1301 Clay St.
Oakland, CA 94612

CERTIFIED MAIL
9589 0710 5270 2380 8055 55

U.S. POSTAGE PAID
FCM LG ENV
AUSTIN, TX 78745
JAN 31, 2025
$6.89
RDC 99
94612
S2324D502934-11

Utility Mailer
10 1/2" x 16"
ReadyPost



93300007
Utility Mailer
10" x 14" (usable inside dimension)
Please Recycle

Visit USPS.com® for Shipping Supplies & Services

Utility Mailer

PULL TAB TO OPEN

0 15645 97296 4

AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.