The Honorable Claudia Wilken
United States District Court
Northern District of California

Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919

Dear Judge Wilken,



By now you have already received a significant number of objections for roster limits. The impact has been called out to you extensively and is well documented. This settlement has huge implications, and the names associated with it will go down in history. If the roster limits are approved Jeffery Kessler will forever be known as the person who killed the Walk-on athlete and Olympic Sports.

If roster limits are enforced the USA *will not* win as many Olympic medals and we will forego our dominant position on the world athletic stage. There will no longer be any walk-ons like Baker Mayfield (Heisman Winner), Scottie Pippen, JJ Watt and countless other hero walk-on stories.

Your honor, I urge you to please explicitly exclude roster limits from the settlement. That is the only fair and just decision. If you exclude roster limits, your name will go down in history as the one person who saved Olympic Sports and preserved the American spirit. You will have risen above greed and refused to let thousands of student-athletes be used as disposable bargaining chips.

Thank you for your consideration.

Sincerely,
A Hopeful Student-Athlete

FILED
FEB 06 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

31 JAN 2025 PM 4 L

Ronald V. Dellums Federal Building & United States Courthouse  
c/o Class Action Clerk  
1301 Clay Street  
Oakland, CA 94612

94612-520001