Patrick Carr

10 Red Adler

The Woodlands, TX 77382

NCAA ECID: 1403645264

FILED

FEB 06 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

January 31, 2025

Ronald V. Dellums Federal Building & United States Courthouse

c/o Class Action Clerk

1301 Clay Street

Oakland, CA 94612

Subject: Objection to Settlement – College Athlete NIL Litigation, Case No. 4:20-cv-03919

Dear Class Action Clerk,

I am writing to formally object to the settlement terms in the College Athlete NIL Litigation, Case No. 4:20-cv-03919 and request the opportunity to state my case in court.

I played in a Power 6 conference at the University of Houston and was featured on ESPN and other national broadcasting networks. Throughout my career, I competed against Power 5 schools, and my games were televised. The University of Houston received payment for these televised games, and I believe I should be compensated for my broadcasting rights.

My college football career began as a Division I athlete at the University of Colorado (2015-2016). Due to a family medical emergency, I had to transfer home to Houston. However, the coaching staff at Colorado refused to release me and provided no assistance in finding a new school. Since the transfer portal did not exist at the time, I was forced to walk on at the University of Houston.

Under NCAA rules, I had to redshirt the 2016-2017 season, losing my full scholarship and continuing as a walk-on. In 2017-2018, I played in a few games. By Spring 2018, I earned a full scholarship, and during the 2018-2019 season, I became the starting running back, rushing for over 800 yards. I continued as the starting running back in the 2019-2020 season.

Despite my contributions, I am not being compensated because the University of Houston was not in the Big 12 at the time. However, the school regularly competed against major programs, participated in bowl games, and was featured on national television. My career and image were used for financial gain, and I believe I should be entitled to the same compensation as other athletes in similar situations.

For these reasons, I respectfully request the opportunity to present my case in court. Please confirm receipt of my objection and inform me of any next steps.

Sincerely,



Patrick Carr



