Byron Keaton
2355 Thomas Ave, Unit 1706
Dallas, TX 75201

Ronald V. Dellums Federal Court Building
United States Courthouse
C/O Class Action Clerk
1301 Clay Street
Oakland, CA 94612

RECEIVED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE




