# MORGAN&MORGAN
## BUSINESS TRIAL GROUP
—— *Contingency-Fee Litigation* ——

20 North Orange Avenue, Suite 1600
Orlando, Florida 32801

January 31, 2025

**Via E-mail and E-Portal**
admin@collegeathletecompensation.com
https://ecf.cand.uscourts.gov

Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

**Re: In re: College Athlete NIL Litigation, Case No. 4:20-cv-03919);**
    **JOHN TOWNSEND Claim#: 10114205501 PIN Code:7914**

To whom it may concern,

I represent John Townsend. I am writing to object to the settlement on the issue of the amount allocated to Johnny from the settlement. This objection applies to Johnny's allocation estimate.

Johnny's estimated total settlement payment is **$57,433.11** per the estimate available on the website.

Johnny's objection includes, but is not limited to:

1) The estimate does not provide the calculation of his allocation sufficient for a determination of accuracy.
2) The estimate states that the allocation was based upon "information we received from your school", but Johnny has not been provided with this information which is required to make the determination that "If you believe the information we have is inaccurate, you can submit additional documentation…"
3) Johnny has learned that players at the University of Florida who played far less and over fewer seasons have received estimates which are significantly higher than his estimate. Further, Johnny's accolades that should be considered include:
    - 2x 1st Team All American
    - 2x NCAA Statistical Champion (#1 Punter in the NCAA 2016, 2017)
    - All time leading punter in UF History (punt average, # of punts, total punt yardage)
    - SEC Record Holder (2016, 2017)
    - 5x SEC Academic Honor Roll
    - Student Government, Student Body Treasurer
    - NFL Draft Pick
    - Significant social media audience/presence

4) On behalf of Johnny, I submitted questions about his estimated allocation as directed to admin@collegeathletecompensation.com. Johnny also made requests to the University of

5) Johnny's GIA resulted in a significant loss of thousands of dollars from the Bright Futures program which does not appear to have been considered. Qualifying for Bright Futures Scholarship required a tremendous effort to excel in scholarship as well as athletics. The result was being penalized, while non-athletes received the full benefit from their Bright Futures scholarship funds.
6) Johnny states that he and his undersigned lawyer would like to speak at the Final Approval Hearing.

Johnny greatly appreciates the work of class counsel and the Court to render justice for him and his fellow athletes. However, Johnny must register this objection by the deadline to protect his rights, and to reserve his right to receive required information.
Johnny submits this objection without prejudice and reserves all rights and remedies.

Thank you for your consideration in this matter. Should you require any additional information, please feel free to have your Judicial Assistant contact me at my email address or at 407-719-9866.

Respectfully submitted,

_____
Clay M. Townsend, Esq.

CMT/shc



Clay Townsend

MORGAN & MORGAN
FORTHEPEOPLE.COM

20 North Orange Ave.
16th Floor
Orlando, FL 32801



Ronald V. Dellums Federal Building &
United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612



POSTAGE PAID
ORLANDO, FL 32801
2025
501059-13

ORLANDO FL 328
31 JAN 2025 PM 2 L

RECEIVED
FEB 11 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE