Lucy Schmeil

11904 Eagles Glen Drive

Austin, TX 78732

**FILED**

FEB 13 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 4, 2025

Re: *In re College Athletic NIL Litigation*, No. 4:20-cv-03919-CW

Dear Judge Wilken,

My name is Lucy Schmeil. I am a current Division I athlete at the University of Texas at Austin, and my NCAA ECID number is 2209668688. For the reasons stated in my attached declaration, I object to the roster limits in the settlement agreement in *In re College Athlete NIL Litigation*, No 4:20-cv-03919-CW. I am a member of the Injunctive Relief Class. I make this objection individually and on behalf of the Injunctive Relief Class.

The reason I did not meet the January 31, 2025 deadline to submit this declaration is because I was only notified yesterday, February 3, 2025, that I would be losing my roster spot on the tennis team. I was unaware of the NCAA settlement until yesterday and unaware that it would lead to roster limitations. Further, I was not aware until today that I could object to the settlement. I never received anything written or verbal from the University of Texas or from the NCAA, and it was only yesterday that my coach told me about the settlement and the impact on roster size.

I designate Steven F. Molo and the firm of MoloLamken LLP to speak on my behalf at the Fairness Hearing on April 7, 2025.

Sincerely,

Lucy Schmeil

*Lucy J. Schmeil*

February 4, 2025

DECLARATION OF LUCY J. SCHMEIL

I, Lucy J. Schmeil, declare as follows pursuant to 28 U.S.C. 1746:

I am a freshman at the University of Texas at Austin where I am a member of the NCAA Division I women's tennis team. I am also a member of the Injunctive Relief Class, and I object individually and on behalf of the class.

I am submitting this declaration on February 4th, 2025, and was unable to meet the January 31st deadline because I was just informed yesterday, February 3rd, 2025, that I would lose my roster spot for my remaining three years of college due to roster limitations that were arbitrarily imposed due to the NCAA litigation. I never received anything written or verbal from the University of Texas or from the NCAA, and it was only yesterday that my coach told me about the settlement and its impact on roster size. Further, I was not aware until today that I could object to the settlement.

I would like to tell you about my journey in tennis that led to my being recruited at the University of Texas where I was promised a four-year spot on the women's tennis team.

I began playing tennis at age 4 and within a few years began competing on the junior tennis circuit in Texas. With my success in Texas tournaments, I began to play national level tournaments which took me from California to Florida to Minnesota to New York, and almost everywhere in between.

By the time I reached high school, virtually all tennis players at my level were doing online schooling and training full time in tennis. Academics are extremely important in my family, however, and I was unwilling to sacrifice my education. As an alternative to online schooling, I decided to move across the country, without my family, to attend a tennis academy where I was also able to attend a private school that allowed for my demanding tennis training. All of this came at significant financial expense to my family. My high school years at the Smith-Stearns Tennis Academy consisted of approximately 25 hours of tennis practice and fitness during the week, in addition to traveling to tournaments around the country at least two weekends each month. The training was grueling, and I missed my family terribly, but I felt that the sacrifices I was willing to

make would be worth it to achieve my goal of receiving a scholarship to play Division I tennis at a college that would give me both an excellent academic and tennis experience.

Due to my dedication and the thousands of hours I put into my sport, I became a highly recruited tennis player and had Division I scholarship offers for four years. I was weighing my options when I received a call from the coach at the University of Texas and was offered a preferred walk-on spot on the team. Although it was difficult to pass up the equivalent of $300,000 in scholarship offers at several schools, I had grown up in Austin and after living apart from my family for 4 years (during which time my mom was diagnosed with and treated for colon cancer), I was excited at the idea of being back in my hometown and close to family. And being a Longhorn athlete on a top 5 nationally ranked team was too good to pass up, as well, so I accepted the offer (and promise) of four years of tennis and academic support as a UT athlete.

My experience at UT as a freshman, both as an athlete and student, has been nothing short of amazing. I have great coaches, great teammates, and I currently have a 3.8 GPA in the McCombs School of Business at UT with plans to major in finance.

All was well until yesterday, which quickly turned into one of the worst days of my life. My coach called me in to his office along with the two other preferred walk-ons on our team. He explained that due to the NCAA litigation and factors out of his control he was being forced to cut our spots from the team and there was nothing he could do about it. He said he was embarrassed and saddened by this but told us he could not keep his promise to us because of the imposed roster limits that were tied to the litigation. I felt like the world around me was falling apart. I asked a thousand questions and kept being told the same thing. The decision had been made and there wasn't anything the coach could do about it and that it was all due to highly arbitrary decisions that somehow tied the payment to football players and basketball players to roster limitations that effectively cut dozens of roster spots of dedicated, high-level athletes from their teams.

I have spent 20 hours each week training with the team this year and have done every single thing that the scholarship players do. I have never asked for scholarship money from UT and am not asking for money now. I simply want to play for my team for four years, JUST AS I WAS PROMISED when I was recruited by the school. It is simply

unfair and unethical that I am being penalized and serving as collateral damage from the NCAA lawsuit.

The RIGHT thing to do is to grandfather current athletes in so they can complete the college athletic careers they were promised.

I turned down four-year scholarships to take a preferred walk-on spot and have now established myself at the University of Texas. It is disingenuous to suggest that I just pick up and transfer to a different school when I have established myself athletically, academically, and socially at UT. I was promised four years on the tennis team at my school and deserve to have this promise kept. Please do the right thing and allow current college athletes to complete their athletic careers.

I declare under penalty of perjury that the foregoing is true and correct.

Sincerely,

Lucy J. Schmeil

*Lucy J. Schmeil*
February 4, 2025

Lucy Schmeil
11904 Eagles Glen Dr.
Austin, TX 78732

Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612



RECEIVED
FEB 13 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR[NIA]



$10.45  US POSTAGE
FIRST-CLASS IMI
Feb 06 2025
Mailed from ZIP 78732
1 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 7
11212709



063S0010937440

FIRST-CLASS MAIL

LUCY SCHMEIL
11904 EAGLES GLEN DR
AUSTIN TX 78732

C037

Shipped using PostalMate
Pkg: 10124[...]

RETURN RECEIPT REQUESTED

SHIP TO:

RANALD V DELUMS FED BLDG & US COURTHOUS[E]
C/O CLASS ACTION CLERK
1301 Clay St
OAKLAND CA 94612

USPS CERTIFIED MAIL



9414 7118 9956 0511 4228 05



511 4228 05

ED MAIL

DG & US COURTHOUS

Pkg:101246
Shipped using PostalMate

C037

SS MAIL

06350010937440



FLATS RATE
1702

POSTAGE

endicia