ORIGIN ID:CCRA  (925) 947-1100
ALLY ESQUIVIAS
ONE HOUR DELIVERY SERVICES
2920 CAMINO DIABLO STE 100

WALNUT CREEK, CA 94597
UNITED STATES US

SHIP DATE: 29JAN25
ACTWGT: 1.25 LB
CAD: 6990611/SSF02600

BILL THIRD PARTY

TO HONORABLE CLAUDIA WILKEN
U.S DISTRICT COURT HOUSE NORTHERN
1301 CLAY ST

OAKLAND CA 94612

(000) 000-0000     REF:
INV:
PO:                DEPT:

RECEIVED
JAN 30 2025
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND OFFICE

FedEx Express

THU — 30 JAN 8:00A
FIRST OVERNIGHT

TRK# 0215  8137 9205 3727

W1 JEMA
DSR
94612
CA-US  OAK

FedEx First Overnight®

