1  Mark J. Seifert (SBN 217054)
   SEIFERT ZUROMSKI LLP
2  100 Pine Street, Suite 1250
   San Francisco, California 94111
   Tel.   (415) 869.8837
3  mseifert@szllp.com

4  Robert W. Fuller (*pro hac vice*)
   Lawrence C. Moore, III (*pro hac vice*)
5  Amanda P. Nitto (*pro hac vice*)
   Travis S. Hinman (*pro hac vice*)
6  Patrick H. Hill (*pro hac vice*)
   Timothy P. Misner (*pro hac vice*)
7  ROBINSON, BRADSHAW & HINSON, P.A.
   600 South Tryon Street, Suite 2300
   Charlotte, NC 28202
8  Tel.   (704) 377-2536
   Fax   (704) 378-4000
9  rfuller@robinsonbradshaw.com
   lmoore@robinsonbradshaw.com
10 anitto@robinsonbradshaw.com
   thinman@robinsonbradshaw.com
   phill@robinsonbradshaw.com
11 tmisner@robinsonbradshaw.com

12 Attorneys for Defendant
   SOUTHEASTERN CONFERENCE
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| In re College Athlete NIL Litigation | Case No. 4:20-cv-03919-CW |
|---|---|
| | **NOTICE OF ADDRESS CHANGE** |

1  **PLEASE TAKE NOTICE**, that effective February 17, 2025, Robert W. Fuller,
2  Lawrence C. Moore, III, Amanda P. Nitto, Travis S. Hinman, Patrick H. Hill and Timothy
3  P. Misner, counsel to Defendant Southeastern Conference, have a new mailing address as
4  follows:

> Robert W. Fuller
> Lawrence C. Moore, III
> Amanda P. Nitto
> Travis S. Hinman
> Patrick H. Hill
> Timothy P. Misner
> 600 South Tryon Street, Suite 2300
> Charlotte, North Carolina 28202

All email addresses, telephone and facsimile numbers are unchanged.

Dated: February 19, 2025

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: /s/ Robert W. Fuller

> Robert W. Fuller (*pro hac vice*)
> Lawrence C. Moore, III (*pro hac vice*)
> Amanda P. Nitto (*pro hac vice*)
> Travis S. Hinman (*pro hac vice*)
> Patrick H. Hill (*pro hac vice*)
> Timothy P. Misner (*pro hac vice*)
> ROBINSON, BRADSHAW & HINSON, P.A.
> 600 South Tryon Street, Suite 2300
> Charlotte, NC 28202
>
> Tel.   (704) 377-2536
> Fax   (704) 378-4000
> rfuller@robinsonbradshaw.com
> lmoore@robinsonbradshaw.com
> anitto@robinsonbradshaw.com
> thinman@robinsonbradshaw.com
> phill@robinsonbradshaw.com
> tmisner@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Tel.   (415) 869.8837
mseifert@szllp.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing which will automatically and electronically serve all counsel of record.

This 19th day of February, 2025.

s/ Robert W. Fuller
Robert W. Fuller
