

February 14th, 2025

Email: cwpo@cand.uscourts.gov

Honorable Judge Claudia Wilken

c/o Ronald V Dellums Federal Building

& United States Courthouse

1301 Clay Street

Oakland, CA 94612

Activate Sports Management

Peter Boyle

750 S Ash Ave Suite 100

Tempe, AZ 85281

(480)390-1026

peter@activatesportsmanagement.com

*(Representative in NIL matters for the Objectors)*



IN RE: COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

AMENDMENT TO OBJECTION RE: DAMAGES CLASS SETTLEMENT TERMS ON BEHALF OF PAST AND CURRENT NCAA STUDENT ATHLETES AT ARIZONA STATE UNIVERSITY.

Re: Document 676 Filed 02/04/25

Honorable Judge Claudia Wilken,

This amendment to our objection listed as Document 676, is to remove Cruz Lucius as an Objector.

Notwithstanding the foregoing, the rest of the Objection remains in place.

Sincerely,

Peter Boyle

Chief Executive Officer

Activate Sports Management



RECEIVED
FEB 18 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE



94612 $4.85
RDC 99
S2324H503025-09

0-cv-03919-CW Document 708 Filed 02/18/25 Pa

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

© USPS 2022

RECEIVED
FEB 18 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE



Peter [Pughi?]
750 S Ash Ave #704
Tempe, AZ 85281

9589 0710 5270 1415 1470 73
CERTIFIED MAIL

Honorable Judge Wilken
1301 Clay Street
Oakland, CA 94612

U.S. POSTAGE PAID
FCM LETTER
TEMPE, AZ 85281
FEB 14 2025

PHOENIX AZ 852
14 FEB 2025 PM 6 L