Corneluis Mathews
2101 NE 7th Street
Moore, OK. 73160
cmathews@uisonet.com
405-465-6750

FILED

FEB 24 2025 

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2/19/2025

The Honorable Claudia Wilken
United States District Judge
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612



Re: Case Number: 4:20-cv-03919-CW

Dear Judge Wilken,

I am writing in regard to case number 4:20-cv-03919-CW, currently before this Court. As a father and grandfather I have grave concerns regarding the conduct of the attorneys representing both parties involved.

Throughout this document the Plaintiff Lawyers and Defendant Lawyers shall be call "Lawyers" and the NCAA and the Universities shall be called "The Controlling".

As an American we are obligated to stop injustice, oppression and genocide when it arises. These issues continue to occur to a specific demographic far too often. The primary issue concerning this case, the Injunctive Relief Settlement and SSA includes more hurdles for students, and gives more control to The Controlling and the Lawyers.

The reclassification of many university supporters into Associated Entity or Individual/Affiliated puts them under university control. Which circumvents the basic freedoms the transfer portal and true 3rd party NIL established. Associated Entity or Individual are prohibited from providing an NIL contract to students. This language contradicts the narrative in Doc 533-1 compared to the verbiage in Amended Injunctive Relief Settlement. Referenced below.

Doc 533-1 Section 113-117, pg32, 33: The 3rd party sections. Section 117 states that The Controlling has criteria governing compensation to students. The Amended Injunctive Relief Settlement is not much different. The Lawyers added more documents, more committees, more hurdles to restrict the students from their value. The Lawyers created opportunities for themselves to make more money by agreeing with The Controlling to use the students' value for themselves.

Amended Injunctive Relief Settlement Article 1 Section 1 (c): The Controlling Change previous 3rd parties into Associated Entity or Individual to reduce 3rd party money for students. Doc 533-1 section 116,117 issue was never resolved. The Controlling still has control over student compensation. Article 2 Section 3: The Controlling prohibiting NIL deals with the Associated

Entity. The verbiage stating an NIL deal must be commensurate to similar situated individuals. Also, limits student value.

The expansion of the Associated Entity description, reminds me of a time where black people were not allowed to meet together. In fear that black people would come together and take care of themselves. When former college students want to create a fund to take care of current students. By way of a scholarship or NIL. This is prohibited, based on this new Associated Entity definition.

Resolution: Remove all restriction for 3rd party entities and individuals

*Visual: The only money you can receive, you have to get it from me (The Controlling) only. This, on its own is genocidal oppression. The reason for the 13th Amendment.*

Doc 533-1 Sections 256,259,261,262,270,282 individuals from The Controlling appeared to be for the basic freedoms that allow students to benefit from their own abilities. This is different from the tone they have currently. Article 4 Section 3 Designated Enforcement Entity which is no different from the committees that are used by The Controlling to constantly punish students for attempting to make money based on their abilities. Not allowing students to compete while The Controlling takes weeks to clear a student. Amended Injunctive Relief Settlement Article 5 mentions collective bargaining, which is a term used often in the NFL. Pool, cap and 10yr. term are also similar NFL terms. This creates more issues for the students. Because the NFL model is the distain of owners toward employees. Extremely contentions, where the owners often compete against their own employees. This is the structure The Controlling is seeking. The Lawyers also, failed to resolve this issue.

Resolution: Change the Designated Enforcement Entity to the Enhanced Revenue Entity focused on helping students avoid bad actors when seeking NIL deals.

*Visual: Individuals that seek an NFL model for college, only view it from the owners' perspective. These such individuals should be removed from any position of authority. Enforcing slave principles to control mainly young black male students and exploit their gifts for money is deplorable and should be treated as such.*

Doc 533-1 Sections 278, The Controlling attempted to bribe Congress to hinder students from earing endorsement money. Amended Injunctive Relief Settlement Section 279 The Controlling requested statutory immunity from certain antitrust laws and state laws protecting NIL rights. The individual actions of The Controlling is shown to be untrustworthy. Reflective in the bloated verbiage used in the Injunctive Relief Settlement.

Resolution: Remove any verbiage that insinuates any control or authority The Controlling has over what a student earns while in college.

*Visual: The Controlling and Lawyers only care about their own best interest. Never trust a person that has shown they will doing anything to keep their status or their perception of importance.*

Doc 533-1 Section VIII: Antitrust Allegations: The Controlling agreeing to artificially fix, depress, maintain, and/or stabilize prices paid to Plaintiffs and class members for the use of their names, images and/or likenesses. Amended Injunctive Relief Settlement Section 3. NCAA or Conference Rules Relating to Circumvention. Allows the Controlling to change or add any new rule as they see fit. Issue not resolved. This creates more work for Lawyers and less results for the students.

Resolution: Allow the basic freedoms America has granted students. Punish any individual that hinders, blocks or restrains a student in their pursuit of monetary value.

*Visual: The creation of unjust rules gives The Controlling and the Lawyers something to law about. While the students suffer, The Controlling and the Lawyers give the appearance of working on an important issue. Which would have never existed if oppressive rules were never implemented.*

*None of these rules and Article should be binding because they directly contradict the 13th Amendment of our US Constitutions.*

A students, college experiences in said to be exploratory. Students qualify to attend a university, earning the right to traverse various opportunities for growth. The Controlling has constantly creates desperate students for their gain. History has shown, a desperate person will accept about any treatment from an authority figure.

These students may play a university game that is entertaining but they are not there for any individual's entertainment.

I am skilled at finding and resolving issues. I'm a Financial Advisor, Lean 6 Sigma BlackBelt and Project Manager. Process improvement is something I do naturally.

I trust the Court will take the appropriate actions to address these concerns. To resolves these concerns before ruling on this case. I request a meeting with The Controlling and Lawyers to exposes and resolve these issues, effectively and efficiently.

Thank you for your time and consideration. I respectfully await your direction on this matter.

Sincerely,

Corneluis Mathews
The Lavender Foundation
405-465-6750

cmathews@uisonet.com