**PRIORITY MAIL**

USPS — Retail

P — US POSTAGE PAID
$10.10
Origin: 31808
02/19/25
1233770208-04

PRIORITY MAIL®

0 Lb 2.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/22/25

C037

SHIP TO:
1301 CLAY ST
OAKLAND CA 94612-5217

USPS TRACKING® #

9505 5117 6491 5050 3256 36

FROM:
Cornelius Mathews
The Lavender Foundation
2101 NE 7th Street
Moore, OK. 73160

RECEIVED
FEB 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: The Honorable Claudia Wilken
United States District Judge
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA. 94612

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

Corneluis Mathews
2101 NE 7th street
Moore, OK. 73160

The Honorable Claudia Wilken
United States District Judge
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA. 94612

Case #: 4:20-cv-03919-CW