**Jacob D. Ference      NCAA ID# 2405318076**
**15 Jennycliffe Lane**
**Chesterfield, Missouri 63005**

January 31, 2025
Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street, Oakland, CA 94612



F I L E D

FEB 06 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: Hubbard v. National Collegiate Athletic Association, et.al., Case No. 4:23-CV-01593
Dear Hon. Judge Claudia Wilken-

My name is Jacob D. Ference and I am a high school student athlete from Chesterfield, Missouri , and a member of the graduating Class of 2025. I am writing to offer my STRONG OBJECTION to the current proposed settlement before your court In Re: Hubbard v. National Collegiate Athletic Association, et.al., Case No. 4:23-CV-01593. Unfortunately, I have been severely harmed and damaged by the proposed roster cap limitation of 105.

My STRONG OBJECTION to the proposed "Hubbard" Settlement is specifically targeted at the proposed 105 roster cap limitation for DI college football teams. Recently, I lost my only opportunity to play college football, a Preferred Walk On roster spot for the Fall of 2025 college football season because of the proposed House Settlement roster limit of 105 players. During the Fall of 2024 I was offered a Preferred Walk- On and roster spot as a Punter for the upcoming Fall of 2025 College Football season by Head Football Coach Thomas Hammock of Northern Illinois University (NIU). NIU is a DI football program located in De Kalb, Illinois and member of Mid-America Football Conference. In late December 2024, NIU contacted me and rescinded their PWO offer because they believe they will have to reduce their 2025 roster from 120 to the 105 roster cap limit being imposed by the House Settlement. Therefore, they told me I no longer will have a roster spot and won't be able to add me as PWO.

My older brother played 59 games at NIU from 2017-2021 and holds all their punting records. I started playing football at age 6 and my lifelong goal has been to play college football like my hero, my older brother. And play at his alma mater, NIU. I was all set to full fill that goal until the proposed roster limit of 105 in the House Settlement took away my opportunity. Now I have nothing. This is extremely HARMFUL AND UNFAIR to me and others like me whose only opportunity to play college football is as a PWO. My older brother was a PWO at NIU. I am currently rated as a Five Star High School Football player and the 14th Nationally Ranked Punter in the High School Graduating Class of 2025 by Jamie Kohl of the esteemed Kohl's Kicking Organization. I am considered the best available High School Punter in the Class of 2025 (because I do not have any offers to play NCAA college football). I am also rated a Five Star Punter and the 4th Nationally Ranked Punter by Brandon Kornblue of Korblue Kicking. I have been playing football since second grade. I have been training for years to become a college football player with my brother, NFL player Austin Seibert, in addition to Coach Jamie Kohl and Coach Brandon Kornblue.

I have ZERO offers to play college football. I have sent my film, resume and background information to over 130 DI College Football Programs. The feedback I have received from countless head coaches and special team's coaches is that because the proposed Hubbard Settlement is capping the rosters at 105 players for next season, teams will only be keeping 1 or 2 players at my position. The current typical roster size is 120 players and teams carry 3-4 punters which allows them to develop young players like myself. So in effect, 15+ preferred walk on positions are being eliminated from each DI Football roster due to the House Settlement roster cap. This is an extremely unfair penalty for this class of 2025 players. I am unable to attend/ speak at the approval hearing and would respectfully encourage the Court to PLEASE not approve the proposed settlement since the proposed roster cap of 105 will be extremely harmful and eliminate opportunities for Class of 2025 High School players to have a roster spot and a chance to play college football.

X _____

Jacob D. Ference

15 JENNYCLIFFE
CHESTERFIELD, MO
63005

SAINT LOUIS MO 630
31 JAN 2025 PM 8 L

USA FOREVER
Webb Space Telescope

JAN 31 2025
USPS

RONALD V DELLUMS FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
C/O CLASS ACTION CLERK
1301 CLAY STREET
OAKLAND, CA 94612

94612-520001