Brent Friend
9131 N Tacoma Ave
Indianapolis, IN 46240

20 February 2025

The Honorable Claudia Ann Wilken
United States District Court
Northern District of California

1301 Clay Street Oakland, CA 94612

Re: Objection to **House v. NCAA**, Case No. 3:20-cv-04876-CW (3919)

Dear Judge Wilken,

I am writing to express my deep concern regarding the certain implications of this case; in particular, the subject of imposing roster limits on student athletes who have already committed to and enrolled at a particular university. I believe that imposing such limits would be detrimental to the well-being and future prospects of these students.

The motivation behind this letter is that my son is a collegiate swimmer at Purdue University, having just completed his sophomore year. While my ultimate concern is for his welfare, my heart goes out to every teammate and friend whose future hinges on the outcome of this case.

Purdue University, like many other institutions, prides itself on fostering a supportive and inclusive environment for all its student athletes. Reducing rosters to comply with new limits would result in many young athletes being discharged from the teams to which they've dedicated significant time and effort, disrupting their academic and athletic careers. At the same time, the coaches who have dedicated countless hours to the development of these student athletes, nurturing and building relationships with them could be forced to dismiss them.

Such roster limits would not only undermine the commitments made to these students but also negatively impact the overall morale and cohesiveness of the teams. The students affected will face difficulties finding new opportunities to continue their athletic pursuits, potentially hindering their personal development and future career prospects.

I urge the court to consider the significant adverse effects these roster limits could have on current student athletes and to seek alternative solutions that do not jeopardize their educational and athletic experiences. I believe that a more balanced approach can be found, one that respects the rights and commitments of student athletes while addressing the broader concerns of the NCAA.

Roster limits may be the future reality of NCAA sports. It seems fitting at this time that a gradual implementation of limits would be appropriate, timing them over the next several years to honor commitments that have been laid out to all current athletes, allowing them to finish what they started.

I've just recently discovered that letters of concern can be directed to your attention; while this discovery came after the deadline, I pray you'll consider these concerns. Thank you for your time and attention to this important matter.

Sincerely,

*[signature]*

Brent Friend

---

**FILED**

FEB 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE



9131 North Tacoma Avenue
Friend
Indianapolis, IN 46240

INDIANAPOLIS IN 460
22 FEB 2025 PM 4 L

Honorable Claudia A. Wilken
Ronald V. Dellums Federal Building
    and United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

RECEIVED
FEB 28 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

cv-03919-CW    Document 715    Filed 02/28/25    Pa

RECEIVED
FEB 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA