Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
jparsigian@winston.com

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE COLLEGE ATHLETE NIL LITIGATION** | Case No. 4:20-cv-03919-CW |
| | **DECLARATION OF CARLA A. PEAK RE: NOTICE PROCEDURES** |
| | Judge:  Hon. Claudia Wilken |

1    I, Carla A. Peak, declare and state as follows:

2        1.    I have personal knowledge of the matters set forth herein and if called as a witness I could
3    and would testify competently to them.

4        2.    I am a nationally recognized expert in the field of legal notification, and I have served as
5    an expert in countless federal and state cases involving class action notice plans.

6        3.    I am a Vice President of Legal Notification Services for Verita Global, LLC ("Verita"),
7    formerly known as KCC Class Action Services, LLC ("KCC"). Pursuant to the Revised Order Granting
8    Plaintiffs' Motion for Preliminary Settlement Approval as Modified (the "Preliminary Approval Order")
9    dated October 7, 2024, the Court appointed Verita as the Claims Administrator in connection with the
10   proposed Settlement of the above-captioned Action.[1]

## CLASS LIST

12       4.    On or around June 3, 2024, Verita understands that Defendants notified their Division I
13   member institutions ("schools") to provide Verita with data to effectuate notice in the above captioned
14   action. Schools were directed to a website, https://www.kccconnect.com/NCCOUpload, where schools
15   can download data templates, instructions, and upload their athlete roster data through an online portal.
16   The two data templates that were posted on the website are 1) Power5 template and 2) non-Power5
17   template. Class Counsel and Verita additionally created a Yearly template to assist different schools' data
18   storage systems, but this template had to be specifically requested. The templates asked for NCAA EC
19   IDs, names, addresses, email addresses, sport played, years played, GIA status (if Power5), and redshirt
20   years. True and correct copies of the templates and instructions are attached hereto as Exhibit A, B, and C.

21       5.    Beginning August 8, 2024, through January 31, 2025, Verita received at least 534 separate
22   data file submissions from 325 Division 1 (D1) schools. In some submissions, there were multiple data
23   files uploaded or in each data file there would be multiple tabs of data. As Verita processed incoming
24   data files, it was found that some schools needed to provide additional information, or provide the

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement, dated September 26, 2024 (the "Stipulation") and/or the Preliminary Approval Order.

information in a different format, i.e., sports, years played, NCAA EC IDs, or GIA statuses were missing or incorrect. As a result, some schools were asked to provide new and/or supplemental data.

6.    As data files arrived, Verita formatted the lists for mailing purposes and removed duplicate records. Duplicates were removed per data file and not across the entire data population. As a result, some college athletes received multiple notices either because their school provided data on multiple occasions or because the athlete attended multiple schools. On average, athletes were sent direct notice 2.5 times.

7.    Verita also processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS"). A total of 43,203 addresses were found and updated via NCOA. Verita updated its proprietary database with the Class List. A list of schools that provided data is attached hereto as Exhibit D.

8.    Due to multiple data submissions from schools, Verita deduped claims and records based on athlete and school. This means an athlete may be listed in Verita's records multiple times because the athlete attended multiple schools.

9.    In summary, Verita received approximately 436,807 unique student records based on athlete and school. Verita can also estimate that there would be 30,833 unique student records at the 37 schools that did not provide data. The resulting total athlete records for all the schools in the class would be 467,640. Based on analysis of claim data which showed, on average, athletes attended 1.2 schools, Verita estimates the unique athlete count across all schools – i.e., the class size – is approximately 389,700 students.

## NOTICE PLAN

### *Overview*

10.    Verita designed and implemented a notice plan (the "Notice Plan") to provide notice to the Settlement Classes. The Notice Plan consisted of direct, individual notice to all known class members and publication notice comprised of digital media, press releases, and an organic media effort.

11.    Verita estimates that approximately 96.4% of the Settlement Classes received notice, considering the combined direct notice and digital media notice efforts alone. Although not measurable,

the reminder notice, press releases and extensive organic media effort served to further extend reach and frequency of exposure among the Settlement Classes.

*Mailing of the Notice*

12.    Verita identified 362 D1 schools as being eligible to participate in the Settlement. Of the 362 D1 schools, 70 were Power5 schools. From August 8, 2024, through October 17, 2024, Verita received data submissions from 127 D1 schools. On October 18, 2024, Verita printed and mailed the first round of the House Postcard Notice (collectively, the "Notice") to 19,203 names and mailing addresses from 51 D1 schools who provided data. A true and correct copy of the House Postcard Notice is attached hereto as Exhibit E.

13.    Verita continued to mail notices on a rolling basis. From October 21, 2024, through January 31, 2025, Verita mailed notices to the remaining 274 schools who provided data. Verita did not receive data from 37 D1 schools.[2]

14.    From October 18, 2024, through January 27, 2025, Verita completed 17 rounds of postcard noticing and sent a total of 91,084 Notices.

15.    Since mailing the Notices to the class members, Verita has received 1,071 Notices returned by the USPS with forwarding addresses. These 1,071 Notices were associated with 618 unique Claim IDs. Verita immediately caused Notices to be re-mailed to the 513 forwarding addresses supplied by the USPS. Verita did not remail Notice to the 105 athletes whose notice was returned with a forwarding address because Verita received claim form or payment information from these athletes, or their notice was returned after the filing deadline.

16.    Since mailing the Notices to the class members, Verita has received 23,619 Notices returned by the USPS with undeliverable addresses. These 23,619 undeliverable Notices were associated with 13,448 unique Claim IDs. Through credit bureau and/or other public source databases, Verita performed address searches for these undeliverable Notices and was able to find updated addresses for 867 class members. Verita promptly re-mailed Notices to the newly found addresses.

---

[2] As described in the text below, Verita also engaged in a robust publication notice campaign, to maximize the likelihood that all class members received notice of the settlement, including a second press release publication one week prior to the claims deadline.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### *Emailing of the Notice*

17.     Verita also processed 455,202 email addresses through an email cleanse. The email cleanse process fixes common typographical errors in domain names, corrects insufficient domain suffixes (e.g., gmal.com to gmail.com, etc.), and removes known bad email addresses. Email addresses not designated as a known bad address were then verified by contacting Internet Service Providers to determine if the email address exists. Of the 455,202 email addresses, 82,364 were found to be invalid email addresses. Starting October 18, 2024, through January 27, 2025, Verita caused the House Email Notice to be sent to the valid email addresses. A true and correct copy of the email notices is attached hereto as Exhibit F.

18.     On a rolling basis, Verita mailed the Postcard Notices to athletes whose email notice was not successfully delivered and who had a complete mailing address on file. In total, approximately 22,366 Postcard Notices were sent to mailing addresses of athletes whose email notice was not successfully delivered.

19.     From October 18, 2024, through January 27, 2025, Verita performed 17 rounds of email campaigns, sending a total of 372,838 email notices.

20.     Verita sent a total of 463,922 postcard and email notices. Verita has been able to identify 53,068 exact duplicate records based on the athlete's name and school. These duplicates derived from schools resubmitting corrected/updated data files. As a result, some athletes received multiple notices.

21.     With the combined Postcard and Email notices, approximately 81.9% of class members received direct notice. Even when just considering direct notice, this is alone above the estimated reach proposed at preliminary approval and is considered reasonable by The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (the "FJC Checklist").[3]

### *Reminder Summary Notice*

22.     On January 24, 2025, Verita caused an Email Reminder notice to be sent to 252,990 college athletes who, at the time, had not yet submitted a claim and whose initial email notice was

---

[3] The *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* states: "The lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70-95%."

successfully delivered. A true and correct copy of the Email Reminder Notice is attached hereto as Exhibit G.

### *Publication Notice*

23.    Verita purchased approximately 72,800,000 impressions[4] to be distributed programmatically across a variety of websites and mobile apps, as well as on Facebook, Instagram, Tik Tok, YouTube, and Reddit from October 18, 2024, through December 16, 2024. The impressions were delivered via display banner, image, and video ads consisting of text and imagery designed to catch the attention of likely student athletes and were directly linked to the settlement website. The impressions were demographically targeted to adults 18-34 years of age. Where available, additional targeting was layered to include demographics, including self-stated college students or college graduates, to users indicating membership in NCAA or student/college athletics; and/or contextual targeting alongside content related to news and/or college sports; and/or behaviors, for example to those whose online behavior indicates interest in college sports, NCAA sports, NCAA accounts, etc. This targeted digital media campaign alone was designed to reach more than 80% of likely class members in this settlement. Additional impressions were delivered via paid search campaigns serving text ads alongside Google, Yahoo, and Bing search engine results when keywords related to the litigation were triggered. A total of 75,363,111 impressions were delivered, resulting in an additional 2,563,111 impressions at no extra charge. Confirmation of the digital notices as they appeared on a variety of websites and on Facebook, Instagram, TikTok, YouTube, Reddit, Google, and Bing/Yahoo search is attached hereto as Exhibit H.

24.    Verita also caused a press release to be distributed nationally via PR Newswire on October 18, 2024. The press release was distributed via PR Newswire's national newsline as well as a General College Media Influencer List and included syndicated distribution via AP News. According to PR

---

[4] An impression is a count of the number of times a digital notice is displayed to a user. Impressions are used as a metric to measure the reach and exposure of an advertisement. Over 75 million paid digital media impressions were delivered to the target audience, meaning likely class members had over 75 million opportunities to be exposed to a Notice via the paid digital media notice alone. Class members received additional opportunities to learn about the settlement via the direct notice effort, press release, and organic earned media.

Newswire, the press release was viewed 9,859 times and picked up by over 910 news outlets[5] including CBS News Radio, Fox News, New York Times, WKRN Nashville, Tennessee, WGN9 in Chicago, Illinois, KDVR Fox31 in Denver, Colorado, KRON4 in San Francisco, California, KXAN-TV NBC-3 in Austin, Texas, and KSWB-TV Fox-5 in San Diego, California. A true and correct copy of the press release is attached hereto as Exhibit I.

25.    As part of the notice program, Verita commenced an outreach effort the week of October 21, 2024. This organic outreach effort was performed via social media,[6] email, mail, and other methods to contact a variety of relevant influencers, current and former college athletes, college athletes based on school athletic team rosters during the relevant class periods, player associations, conferences, sports groups, collegiate alumni associations, sports agents and sports marketers to solicit their assistance in sharing the settlement information and encourage claims filing.

26.    On January 21, 2025, a second press release was distributed nationally via PR Newswire's national newsline as well as a General College Media Influencer List and a syndicated distribution via AP News. According to PR Newswire, the press release was viewed 3,663 times and picked up by over 525 news outlets[7] including WFLA in Tampa, Florida, KTLA Los Angeles, California, WJW-TV Fox-8 in Cleveland, Ohio, and WXIN-TV Fox-59 in Indianapolis, Indiana. A true and correct copy of the press release is attached hereto as Exhibit J.

## SETTLEMENT WEBSITE

27.    Verita established a website, www.collegeathletecompensation.com, dedicated to this matter to provide information to the class members and to answer frequently asked questions. The website URL was set forth in the Notice, Publication Notices, Long Form Notice, and the Claim Form. Visitors of the website can download copies of the Notice, Claim Form, and other case-related documents. Visitors can also submit claims online and upload supporting documentation. As of February

---

[5] The total potential audience of the news outlets reporting the story directly from PR Newswire is 160,985,946.

[6] In certain instances, athletes received a personal outreach via LinkedIn.

[7] The total potential audience of the news outlets reporting the story directly from PR Newswire is 157,131,477.

20, 2025, there have been 838,271 users, 1,390,401 sessions/hits (active visits to the website), and 4,801,982 page views of the Settlement Website.

28.    From October 18, 2024, through January 31, 2025, Verita received, on average, 852 claims per day. Throughout this claim period, the settlement website did not experience any mass outage or downtime. While Verita did receive notifications of isolated users having issues accessing the website, in each of those instances, the user self-reported that the issue was resolved on their end or Verita was able to troubleshoot the issues individual users were having through Verita's call center agents. Since the activation of the website, there was not a single day that Verita received less than 80 web submissions. As noted above, there were some issues with school data reports—including incorrect eligibility center identification numbers—but these issues were predominantly resolved and over 70,252 athletes were able to file claims using their eligibility center ID or their Claim ID and PIN.

29.    On December 17, 2024, Verita publicized on the settlement website individual allocation estimates for 392,298 athletes for whom Verita received school data. The allocation estimates were updated if Verita received corrected, updated data from schools.

## TELEPHONE HOTLINE

30.    Verita established and continues to maintain a toll-free telephone number, 1-877-514-1777, for athletes to call and obtain information about the Settlement, and/or request a Notice Packet. The telephone hotline became operational on October 18, 2024, and is accessible 24 hours a day, 7 days a week. As of February 20, 2025, Verita has received a total of 5,069 calls to the telephone hotline.

## EMAIL BOX

31.    Verita established and continues to maintain an email box, admin@collegeathletecompensation.com, for athletes to email and obtain information about the Settlement. As of February 10, 2025, there have been a total number of 33,543 emails answered for the Settlement. In addition, Verita has responded to a total of 2,914 voicemails. Based upon the above, the total number of inquiries answered for the case to-date is 36,457. Verita implemented a live call center team to handle emails and voicemails. The total number of hours worked on emails and voicemail call backs is 2,018. On average, all emails were responded to within 1.5 days. Currently, Verita is unaware of any class member who was not provided a response or assistance when requested.

## CLAIM FORMS

32.     The postmark deadline for class members to file claims in this matter was January 31, 2025. To date, Verita has received 98,184 timely-filed web submissions and 5,718 late-filed web submissions. Of the 103,902 total web submissions, 29,233 were payment updates and 74,669 were claim form submissions. To the extent the Court accepts late submissions, Verita will provide updated numbers for the Final Approval Hearing.

33.     Of the 29,233 payment updates, 28,816 were considered unique. Of the 74,669 claim form submissions, 73,115 were considered unique.

34.     Of the total submissions, 47,069 were claim forms or payment updates from P5 students. 23,459 of those submissions were P5 football or basketball athletes. As of February 27, 2025, the online portal is still active and 5,718 athletes have submitted claims post the claims filing deadline and website visitors are continuing to file claims.

35.     Verita received a total of 101,931 unique claim forms or payment updates, which means approximately 26.2% of all settlement class members participated in the settlement.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

36.     The Notice informs class members that requests for exclusion from the Class must be postmarked no later than January 31, 2025. As of the date of this declaration, Verita has received 844 requests for exclusion. Of the 848 requests for exclusions, 478 were considered duplicates, leaving a total of 370 unique requests for exclusion. Of the 370 unique requests, one rescinded their opt out request, 18 were postmarked late, and 8 were from athletes whose name was not found in Verita's records. It is Verita's understanding, after reviewing public sources, that these athletes competed outside the class period and therefore are not class members. Additionally, one of the late opt outs has contacted Verita to rescind their opt out. A list of the 343 valid class members requesting to be excluded is attached hereto as Exhibit K.

## OBJECTIONS TO THE SETTLEMENT

37.     The postmark deadline for class members to object to the settlement was January 31, 2025. As of the date of this declaration, Verita has received one (1) objection to the settlement from Provonsha Wells. This is a duplicate objection that was filed with the Court (ECF No.656).

1    38.    Verita was made aware of an objection from Alex Vogelsong declaring he was ineligible

2    for Compensation for Athletic Services. On December 18, 2024, Alex Vogelsong submitted an online

3    claim. Based on Auburn's school data that was provided to Verita, Vogelsong is eligible to receive

4    payment for Compensation for Athletic Services, Lost NIL Opportunities, and a Hubbard payment, and

5    this was published on the settlement website accordingly.

6                              **ADMINISTRATION COSTS**

7    39.    As of February 26, 2025, through the first distribution, Verita estimates its cost of

8    administration to be $1,558,737.15. Verita's expected total administration costs through final distribution

9    to be $2,750,000-$2,950,000.

10    40.    Verita's estimated fees and charges are based on certain information provided to Verita

11    by the parties as well as significant assumptions. Accordingly, the estimate is not intended to limit

12    Verita's actual fees and charges, which may be less or more than estimated due to the scope of actual

13    services or changes to the underlying facts or assumptions.

14                                 **CONCLUSION**

15    41.    The direct notice effort alone is estimated to have reached more than 80% of settlement

16    class members. When combined with the targeted digital media campaign, the total reach of the Notice

17    Plan is estimated to have reached over 96% of likely settlement class members. The reach and frequency

18    of exposure among the various Settlement Classes was further supplemented by the press releases and

19    extensive outreach effort.

20    42.    It is Verita's opinion, based on my individual expertise and experience and that of my

21    Verita colleagues, that the notice plan was the best practicable under the circumstances. The plan was

22    implemented as directed by the Court at preliminary approval and successfully delivered notice to the

23    settlement class members. It comported with the requirements of due process and of Fed. R. Civ. P. 23.

24    It provided for direct notice to all individuals whose contact information was reasonably available. The

25    Notice Plan as implemented is consistent with other effective settlement notice programs and meets the

26    "reasonably certain to inform" due process communications standard of *Mullane v. Cent. Hanover Bank*

27    *& Trust Co.*, 339 U.S. 306, 315 (1950). The notice program is consistent with the guidelines set forth in

28

Rule 23, the *Manual for Complex Litigation, Fourth*, and the FJC Checklist, which considers 70% reach among class members to be a "high percentage" and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of March 2025, at Ocean City, New Jersey.

*Carla Peak*

_____

CARLA A. PEAK

DECLARATION OF CARLA A. PEAK RE: NOTICE PROCEDURES
CASE NO. 4:20-cv-03919-CW

# Exhibit A

<u>**Instructions to Submit Student-Athlete Census**</u>

Go to https://www.kccconnect.com/NCCOUpload to download the Census Template file in Microsoft Excel format.

Once Census is complete, go to https://www.kccconnect.com/NCCOUpload and click the "**HERE**" button to Log In.  To log in, you will be prompted to enter your School ID Code and PIN**.  Please use the following Login Information**: **School ID Code: NCCO PIN Code: 0683**.

a. Please provide the Name of the Institution and your Contact Information as requested on the Upload Census page.

b. Once you've provided the Name of the Institution and Contact Information, please upload your file by clicking the "**Choose File**" button. If you need to add or remove files, simply click the plus or minus sign. Once you have your files selected, click "**Submit**." to securely upload the student-athlete list(s) to the Notice Administrator. If you have any difficulties, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

You will receive an email confirmation after you have successfully submitted the student-athlete Census.

<u>**Instructions to Complete Student-Athlete Census**</u>

Please review the instructions and complete the Census before returning to the site to upload your data.

Completing a Census means providing the first, middle (if available) and last name, NCAA EC ID Number, last known email address or last known street address, city, state, ZIP code, semester started and ended, and sport played, for **all** athletes participating in sports at your institution from Fall 2019 to September 15, 2024.

**For football and basketball athletes**, it means providing additional information and for a longer time period.  It means providing the following for all student-athletes participating in football and basketball at your institution from Fall 2016 to September 15, 2024: first, middle (if available) and last name, NCAA EC ID, last known email address or last known street address, city, state, ZIP code, semester started and ended, sport played, the annual GIA level received or the highest GIA level received (by decimal amount), semesters of ineligibility, transfer year, and (for football players only) position.

While Excel is a common format for most institutions, and the default Census form is an Excel file, you may already have this data in another <u>tabular</u> format, such as a tab-delimited text file. For security and consistency purposes, please transfer your data to the default Census form provided, being sure to adhere to the below Data Submission Guidelines.

<u>**Data Submission Guidelines**</u>

**Types of Data Files**

Data is most efficiently and accurately transmitted within the census template provided. Excel is typically the most convenient method for small to moderate volumes of data. If transferring large volumes of data (hundreds of thousands or millions of records), please upload within multiple files of the provided census template.

**Excel**

The file should contain one sheet per dataset. If the number of records exceeds the capacity of the Excel sheet (too many records) such that the records would need to be split among two or more sheets, an additional copy of the provided census template should be utilized.

Numeric values should be actual values and not formula or calculation results.

**Note: Please include the heading row with the exact names listed below.**

## Appendix A: General Data Structure

Regardless of the type of file for transfer, the data should contain a single record or line for each student-athlete with separate data elements (field or column) for each of the following pieces of information:

| | |
|---|---|
| Athlete First Name * | Semester Start* |
| Athlete Middle Name or Initial | Semester End* |
| Athlete Last Name * | Division I Sport* |
| Athlete Street Address * | Additional Division I Sport |
| Athlete City * | |
| Athlete State * | For FB and BB athletes only  (GIA decimal amount)* |
| Athlete ZIP Code * | |
| Athlete Foreign Province | For FB and BB athletes only (Redshirt semester(s) / semester(s) of ineligibility)* |
| Athlete Foreign Postal Code | For FB and BB athletes only (Transfer_Year)* |
| Athlete Foreign Country | For FB Athletes only (Position)* |
| Athlete Phone Number | |
| Athlete Email | For FB and BB athletes only (Student Athlete Date of Birth(DOB)) |
| Athlete NCCA EC ID Number* | |

*\* Those elements marked with an asterisk are generally required for all uploads.*

If you have reached out to the Notice Administrator to provide data structured by year rather than athlete, please confirm you have received a separate template for this data upload.

Thank you for your time and attention. Should you have any questions, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

Litigation Notice Administrator

Please provide contact information for each student below. Required fields are marked with an asterisk (*).
Please provide email or mailing address. Required fields are marked with an asterisk (**).
For Power 5 including ND.
Years 2015-16 to 2024-25.

If athlete participated in multiple sports, then please include separate rows for each sport.

| NCAA EC ID Number* | Student Athlete Institution* | Student Athlete First Name* | Student Athlete Middle Name or Initial | Student Athlete Last Name* | Student Athlete Email Address** | Student Athlete Street Address** | Student Athlete City** | Student Athlete State** | Student Athlete Zip** | Semester Start_Year* | Semester End_Year* | Division I Sport played* | For FB and BB athletes only (GIA decimal amount)* | For FB and BB athletes only (Redshirt semester(s) / semester(s) of ineligibility)* | For FB and BB athletes only (Transfer_Year)* | For FB Athletes only (Position)* | For FB and BB athletes only (Student Athlete Date of Birth(DOB)) | Student Athlete Foreign Province | Student Athlete Foreign Postal Code | Student Athlete Foreign Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

# Exhibit B

## Instructions to Submit Student-Athlete Census

Go to https://www.kccconnect.com/NCCOUpload to download the Census Template file in Microsoft Excel format.

Once Census is complete, go to https://www.kccconnect.com/NCCOUpload and click the "**HERE**" button to Log In. To log in, you will be prompted to enter your School ID Code and PIN. **Please use the following Login Information**: **School ID Code:** NCCO **PIN Code:** 0683

a. Please provide the Name of the Institution and your Contact Information as requested on the Upload Census page.

b. Once you've provided the Name of the Institution and Contact Information, please upload your file by clicking the "**Choose File**" button. If you need to add or remove files, simply click the plus or minus sign. Once you have your files selected, click "**Submit**." to securely upload the student-athlete list(s) to the Notice Administrator. If you have any difficulties, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

You will receive an email confirmation after you have successfully submitted the student-athlete Census.

## Instructions to Complete Student-Athlete Census

Please review the instructions and complete the Census before returning to the site to upload your data.

Completing a Census means providing the first, middle (if available) and last name, last known email address, last known street address, city, state, ZIP code, and NCAA EC ID Number for all student-athletes participating in sports at your institution from Fall 2019 to September 15, 2024.

## Data Submission Guidelines

### Types of Data Files

Data is most efficiently and accurately transmitted within the census template provided. Excel is typically the most convenient method for small to moderate volumes of data. If transferring large volumes of data (hundreds of thousands or millions of records), please upload within multiple files of the provided census template.

### Excel

The file should contain one sheet per dataset. If the number of records exceeds the capacity of the Excel sheet (too many records) such that the records would need to be split among two or more sheets, an additional copy of the provided census template should be utilized.

Numeric values should be actual values and not formula or calculation results.

**Note: Please include the heading row with the exact names listed below.**

## Appendix A: General Data Structure

Regardless of the type of file for transfer, the data should contain a single record or line for each student-athlete with separate data elements (field or column) for each of the following pieces of information:

Athlete First Name *                                          Athlete Middle Name or Initial

1

Athlete Last Name *                                    Athlete Foreign Country

Athlete Street Address *                               Athlete Email*

Athlete City *                                         Athlete NCCA EC ID Number*

Athlete State *                                        Year_Start Year

Athlete ZIP Code *                                     Year_End

Athlete Foreign Province                               Division I Sport Played_Year

Athlete Foreign Postal Code


*Those elements marked with an asterisk are generally required for all uploads.*

If you have reached out to the Notice Administrator to provide data structured by year rather than athlete, please confirm you have received a separate template for this data upload.

Thank you for your time and attention. Should you have any questions, please contact the Notice Administrator by email at SchoolAdmin@collegeathletecompensation.com.

Litigation Notice Administrator

**Please provide contact information for each student below. Required fields are marked with an asterisk (*).**
**Please provide email or mailing address. Required fields are marked with an asterisk (**).**
**For all non-Power Five schools**
**Years 2019 to September 15, 2024.**

| NCAA EC ID Number* | Student Athlete Institution* | Student Athlete First Name* | Student Athlete Middle Name or Initial | Student Athlete Last Name* | Student Athlete Email Address** | Student Athlete Street Address** | Student Athlete City** | Student Athlete State** | Student Athlete Zip** | Division I Sport Played_Year | Year_Start Year | Year_End Year | Student Athlete Foreign Province | Student Athlete Foreign Postal Code | Student Athlete Foreign Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Exhibit C

| | For each academic year, please provide athletic information for each student below. Required fields are marked with an asterisk (*). | | | | | | |
|---|---|---|---|---|---|---|---|
| | For Power 5 including ND. Years 2015-16 to 2024-25. | | | If athlete participated in multiple sports, then please include separate rows for each sport. | | | |
| Academic Year* | Student Athlete First Name* | Student Athlete Middle Name or Initial | Student Athlete Last Name* | Division I Sport played* | For FB and BB athletes only (GIA decimal amount)* | For FB and BB athletes only (Redshirt semester(s) / semester(s) of ineligibility)* | For FB Athletes only (Position)* |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Exhibit D



**Weekly Data Report**

**All Schools**

Arizona State University

Auburn University

Baylor University

Boston College

Brigham Young University

Butler University

Clemson University

Creighton University

DePaul University

Duke University

Florida State University

Georgetown University

Georgia Tech

Indiana University

Iowa State University

Kansas State University

Louisiana State University

Marquette University

Michigan State University

Mississippi State University

North Carolina State University

Northwestern University

Ohio State University

Oklahoma State University

Oregon State University

Penn State University

Providence College

Purdue University

Rutgers University

Saint John's University

Seton Hall University

Southern Methodist University

Stanford University

Syracuse University

Texas A&M University

Texas Christian University

Texas Tech University

University of Alabama

University of Arizona
University of Arkansas
University of California – Berkeley
University of California – Los Angeles
University of Central Florida
University of Cincinnati
University of Colorado – Boulder
University of Connecticut
University of Florida
University of Georgia
University of Houston
University of Illinois
University of Iowa
University of Kansas
University of Kentucky
University of Louisville
University of Maryland
University of Miami
University of Michigan
University of Minnesota
University of Mississippi
University of Missouri
University of Nebraska
University of North Carolina at Chapel Hill
University of Notre Dame
University of Oklahoma
University of Oregon
University of Pittsburgh
University of South Carolina
University of Southern California
University of Tennessee
University of Texas – Austin
University of Utah
University of Virginia
University of Washington
University of Wisconsin
Vanderbilt University
Villanova University
Virginia Tech
Wake Forest University
Washington State University
West Virginia University
Xavier University

# Exhibit E

**Court-Approved Legal Notice**



This is an important notice about a class action settlement.



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

**NCCO**

*House v. NCAA*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

«Barcode»
Postal Service: Please do not mark barcode

ClaimID: <<ClaimID>>
PIN Code: <<PIN>>

NCCO: ClaimID: «ClaimID»
PIN: «PIN»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»



United States District Court
*In re: College Athlete NIL Litigation*
Case No. 4:20-cv-03919

**Class Action Notice**
**Authorized by the U.S. District Court**

| | | |
|---|---|---|
| Were you a Division I college athlete at any time between 2016 and 2024 who was subject to NCAA scholarship and compensation rules? | There is a $2,576,000,000 settlement of a lawsuit.<br><br>You may be entitled to money.<br><br>The settlement also changes NCAA scholarship and compensation rules in the future. | To see how much money you may get, visit www.collegeathletecompensation.com on December 17, 2024.<br><br>Scan the QR code to learn about your rights and options.<br><br>Respond by January 31, 2025, if needed. |

**Key Things to Know:**

- This is an important legal document.

- If you take no action, any ruling from the Court will apply to you, and you will not be able to sue the NCAA, or any of the Power Five Conferences, or their member institutions about the same issues.

- NCAA compensation rules are changing as part of this settlement. To understand how you are impacted, learn more at www.collegeathletecompensation.com or by scanning the QR code.

Exhibit F

ClaimID: <<ClaimID>>
PIN: <<PIN>>

Dear <<First1>> <<Last1>>,

*In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.)

## If You Were a Division I College Athlete Between 2016 and 2024, You Could Get Money from a Class Action Settlement.

> ### CLICK HERE TO FILE YOUR CLAIM FORM

*A federal court authorized this notice.*

| | |
|---|---|
| **YOUR CLAIM ID** | **<<ClaimID>>** |
| **YOUR PIN** | **<<PIN>>** |
| **USE THESE UNIQUE NUMBERS WHEN FILING YOUR CLAIM FORM TO RECEIVE A CLASS PAYMENT.** ||

You are receiving this notice because school records indicate you are included in this class action settlement and may be eligible for a payment. To see how much money you could recover, and ensure you receive your payment, update your contact information and payment method at www.collegeathletecompensation.com and enter the Claim ID and PIN provided above. Estimated payments will be updated approximately 60 days from the date you receive this notice and will be dependent on the information your school provided to us.

### What is this lawsuit about?

This lawsuit, *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal.), claims that NCAA limits on the number and amounts of athletic scholarships available and NCAA limits on compensation and benefits that college athletes can receive for their athletic services and their names, images, and likenesses (NIL) violate the antitrust laws.

### Are NCAA rules changing?

As part of the Settlement, Defendants have also agreed to change compensation rules going forward. Conferences and schools, starting in Fall 2025, may increase the number of athletic scholarships provided and may provide direct benefits for NIL and participation in college sports, up to an aggregate yearly amount set forth in the Settlement. These increased compensation opportunities may impact you if you compete as a college athlete beginning in Fall 2025. Also as part of the Settlement, NCAA rules regarding the payments that student-athletes will be permitted to receive from third parties for their NIL while remaining eligible to play Division I sports will be modified.

To see how compensation rules will be changed going forward, access a copy of the Settlement by visiting www.collegeathletecompensation.com.

### Who is a part of the lawsuit?

You are a member of the Settlement Classes (i.e., a "Class Member") if:

- You received or will receive a full Grant-in-Aid scholarship and compete on, competed on, or will compete on a Division I men's basketball team or an FBS football team, at a college or university that is a member of one of the Power Five Conferences (including Notre Dame), and you have been or will be declared initially eligible for competition in Division I at any time from June 15, 2016 through September 15, 2024. This is referred to as the "Settlement Football and Men's Basketball Class."

- You received or will receive a full Grant-in-Aid scholarship and compete on, competed on, or will compete on a Division I women's basketball team at a college or university that is a member of the Power Five Conferences (including Notre Dame), and you have been or will be declared initially eligible for competition in Division I at any time from June 15, 2016 through September 15, 2024. This is referred to as the "Settlement Women's Basketball Class."

- You compete on, competed on, or will compete on a Division I athletic team and you have been or will be declared initially eligible for competition in Division I at any time from June 15, 2016 through September 15, 2024. This is referred to as the "Settlement Additional Sports Class."

- You compete on, or competed on, or will compete on a Division I athletic team at any time between June 15, 2020 through the end of the Injunctive Relief Settlement Term as defined in the Settlement. The Injunctive Relief Settlement Term is the ten (10) Academic Years following the date of Final Approval of the Settlement. This is referred to as the "Settlement Declaratory and Injunctive Relief Class."

**What do I get?**

Defendants have agreed to pay $2,576,000,000 and change compensation rules going forward to end this lawsuit. You may be eligible to receive some of this money. The amount of money you get will depend on which class you are in and what you qualify for according to the below:

- Broadcast NIL payments will be a set, yearly amount for each Power Five FBS Football and Division I Basketball player based on the sport you competed in, the specific years played between 2016-2024, and the conference in which you competed. Payments will be equal for members competing in the same sport in the same conference in the same year. Broadcast NIL, defined by the lawyers in this case, refers to the use of an athlete's NIL via broadcasts like tv, radio, internet and other media.

- Videogame NIL payments will be a set, yearly amount for each athlete who competed in FBS Football or Division I Men's Basketball based on the number of years you competed between 2016-2024 and the number of claims filed by class members. Total payments to be shared equally each year among eligible athletes are based on a fixed percentage applied to estimated videogame revenue that would have occurred had a game been in existence each year.

- Payments for additional compensation for your athletic services will be based on the years you competed in Division I between 2019-2024, the sport you competed in, the school you competed for, and the number of claims filed by class members, among other criteria. For the athletes competing in Power Five Football or Basketball, payments will also be based on the scholarship you received and performance statistics, among other criteria.

- Lost NIL payments will be based on the amount of money you received from third parties for your NIL after July 1, 2021, the specific years you competed between 2016-2021, the sport you competed in, the school(s) you competed for, your performance statistics, and the number of claims filed by class members. "Lost NIL" refers to the lost opportunity to receive money from third parties for your NIL.

Your payment also depends on how much money the Court approves for attorneys' fees, class representative awards, and litigation and settlement costs. These payments, including attorneys' fees, will be paid out yearly over a ten-year period, with equal amounts paid each year.

**How do I get money?**

If you got this notice, and you received a full Grant-in-Aid Scholarship and played FBS Football, Division I Men's Basketball, or Division I Women's Basketball for a school that competes in a Power Five Conference (ACC, Big Ten, Big 12, Pac-12, SEC), you need to update only your contact information and preferred method of payment to get money. Then, you will automatically receive a payment if the settlement is approved and becomes final. To see an estimate of your payment amount or update your contact information and/or payment method, visit www.collegeathletecompensation.com.

If you (1) played a sport other than FBS Football or Division I Basketball, or received less than a full scholarship, at a school that is in a Power Five Conference (ACC, Big Ten, Big 12, Pac-12, SEC), or (2) competed in any sport for a school not within a Power Five Conference, you will need to complete a Claim Form.

If you received NIL compensation since July 1, 2021, and you competed prior to July 1, 2021, you can confirm your deal was reported by your school here, and then you will automatically receive payment if your contact information and payment method is updated. If your NIL deal was not reported by your school, you will need to file a claim form.

For more details about whether a claim form is required, visit www.collegeathletecompensation.com.

**What are my rights?**

If you do nothing, you will be bound by the Court's decisions, even if you do not receive a payment under the Settlement. If you want to keep your right to sue the settling Defendants, or their member institutions, instead of potentially getting money from this settlement, you must opt out by **January 31, 2025**. You cannot opt out of the future rule changes (injunctive relief), but you may object. Please note that if you opt out, you will not receive any money from this Settlement. If you want to stay in the Settlement but do not agree with any part of it, you may object to it by **January 31,**

**2025**. Details about these options are available by clicking here or by going to www.collegeathletecompensation.com.

The Court will hold a hearing remotely and in person on **April 7, 2025**—this date is subject to change—to consider whether to approve the Settlement and a request for attorneys' fees and award for each of the class representatives. You or your own lawyer may request to speak at the hearing at your own expense by submitting a written objection to the Court electronically, by mail, or in person and indicating in the objection that you or your lawyer would like to speak at the hearing. The Court may not allow everyone who requests to speak an opportunity to do so, but to ensure that the Court considers your request to speak at the hearing, you must file a written objection indicating that you or your lawyer would like to speak at the hearing.

Please go to www.collegeathletecompensation.com for more detailed directions about where the hearing will be held in person and how you can access the hearing remotely, and about what to include in, and where to send, your objection. The website will also include the most updated time and date of the hearing, as will the docket for the case, which can be accessed at https://ecf.cand.uscourts.gov.

**NOTE:** The Settlement Agreement does not release the claims currently raised in the Complaint in *Choh v. Brown University, et al*., No. 3:23-cv-00305-AWT (D. Conn.) ("*Choh*"), against the Ivy League and Ivy League member institutions ("*Choh* Defendants"), challenging an alleged agreement among the *Choh* Defendants not to award athletic scholarships or otherwise provide any compensation or education-related reimbursements for athletic services as permitted under then-applicable NCAA rules. The previously filed *Choh* claims arise out of unique aspects of rules applicable within the Ivy League alone. The Settlement Agreement and its release provisions otherwise fully apply to student-athletes who are in the Settlement Classes, including, but not limited to, Ivy League student-athletes, and likewise otherwise fully apply to Releasees as defined in the Settlement, which includes, but is not limited to, the Ivy League, Ivy League member institutions, and Defendants in this Action.

The Settlement Agreement also does not release the claims currently stated in the Complaint in *Johnson, et al. v. National Collegiate Athletic Association, et al*., 2:19-cv-05230-JP (E.D. Pa.); claims under the Fair Labor Standards Act, 29 U.S.C.A. § 201 et seq. or any other federal labor laws, or claims under any analogous state labor laws; or claims under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681 et seq., other than any claims arising out of or relating to the distribution of the Gross Settlement Fund.

You do not need to opt out of this Settlement in order to pursue remedies in the lawsuits listed above.

### What if I received two notices?

If you received two notices by email and/or mail, NCAA records indicate that you are included in both this settlement and the *Hubbard v. National Collegiate Athletic Association* settlement, Case No. 4:23-cv-01593. You may be eligible to receive money from both settlements.

Go to www.collegeathletecompensation.com to file a Claim Form in both settlements, if required, for you to receive all the money you qualify for in both settlements.

### Questions?

**www.collegeathletecompensation.com    admin@collegeathletecompensation.com    1-877-514-1777**

Exhibit G

ClaimID: <<ClaimID>>
PIN: <<PIN>>

Dear <<First1>> <<Last1>>,

*In re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW (N.D. Cal.)*

*Hubbard v. National Collegiate Athletic Association, Case No. 4:23-cv-01593-CW (N.D. Cal.)*

## Time is running out for Division I Athletes to participate in class action settlements.

### CLICK HERE TO CLAIM YOUR SHARE

| | |
|---|---|
| **YOUR CLAIM ID** | **<<ClaimID>>** |
| **YOUR PIN** | **<<PIN>>** |
| **USE THESE UNIQUE NUMBERS TO FILE YOUR CLAIM** | |

Division I Athletes have until January 31, 2025 to claim their share and receive a payment from one or both class action settlements. **Forms may be submitted online at collegeathletecompensation.com.**

**If you have already participated online, then no further action is required at this time.**

**You must file a Claim Form at collegeathletecompensation.com** to receive a settlement payment if:

- You are a Division I athlete other than a full grant-in-aid Power Five Football or Basketball player and you want to receive payments for participation in college sports;

- You are a Football or Basketball athlete not in the Power Five and you want to receive payment for videogames;

- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check www.collegeathletecompensation.com to find out if your deal was reported to Plaintiffs); or

- You competed on a Division I athletic team that was not a basketball team in the Big East or a team in the Power Five Conferences anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Payments under the settlements will be automatically made to athletes that played **if they provide current contact information and a preferred payment method at collegeathletecompensation.com:**

- Power Five FBS Football and Men's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, videogame NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school);

- Power Five Women's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school); and

- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL payments from a third party after July 1, 2021, and information about those payments has been provided to Plaintiffs by their school.

- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

**Questions can be sent to admin@collegeathletecompensation.com**

Exhibit H

# Digital Media PoP

*In re: College Athlete NIL Litig.* and *Hubbard v. NCAA*



# AtlantaNewsFirst.com | 300x600




veritaglobal.com

# CollegeHockeyNews.com | 728x90





# FieldGulls.com | 728x90





# InsideNOVA.com | 300x600





# NBCChicago.com | 300x250





# | NYDailyNews.com | 300x600





# Row2K.com | 300x250





# SMMirror.com | 300x600





# USATF.org | 300x250





# USFigureSkating.org | 728x90



 veritaglobal.com

# VSiN.com | 728x90





# WatchUFA.com | 300x250





# YouTube.com | 6s video



  veritaglobal.com

# Google Search | Text Ad





# |Bing/Yahoo Search | Text Ad





# Facebook Feed | Desktop





veritaglobal.com

# Facebook Feed | Desktop



  veritaglobal.com

# Facebook Feed | Mobile





# Facebook Feed | Mobile





# Facebook Feed | Mobile





# Facebook Feed | Mobile





# Facebook Feed | Stories





# Facebook Feed | Stories



 | veritaglobal.com

# Facebook Feed | Stories




veritaglobal.com

# Facebook Feed | Stories





# Instagram Feed | Desktop





veritaglobal.com

27

# Instagram Feed | Desktop





# Instagram Feed | Desktop





veritaglobal.com

# Instagram Feed | Desktop





veritaglobal.com

# Instagram Feed | Mobile





# Instagram Feed | Mobile





# Instagram Feed | Mobile





# Instagram Feed | Mobile





# Instagram Feed | Stories





veritaglobal.com

35

# Instagram Feed | Stories





# Instagram Feed | Stories





# Instagram Feed | Stories





# Reddit | Promoted Post





# Reddit | Promoted Post





# Reddit | Promoted Post





# Reddit | Promoted Post





# TikTok | Image Ads





# TikTok | Image Ads





# TikTok | Image Ads





# TikTok | Image Ads





Exhibit I

# Division I Athletes may be eligible for money from class action settlements

NEWS PROVIDED BY
**Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP** →
Oct 18, 2024, 22:00 ET

SAN FRANCISCO, Oct. 18, 2024 /PRNewswire/ -- The following statement is being issued by Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP:

Settlements have been reached in class-action lawsuits, *In re College Athlete NIL Litigation*, Case No. 4:20-cv-3919 and *Hubbard v. National Collegiate Athletic Association, et al.*, Case No. 4:23-cv-01593, alleging the NCAA and Power Five Conferences broke antitrust laws by agreeing not to provide benefits and compensation to college athletes for their participation in college sports or for the use of their names, images and likenesses (NIL), agreeing to limit scholarships and scholarship amounts, and agreeing not to provide college athletes academic achievement awards.

> "*NCAA college athletes have waited decades for this moment, and their right to receive the full value of their hard work has finally arrived,*" said Steve Berman, managing partner and co-founder of Hagens Berman. "*We are incredibly proud to be in the final stages of historic change.*"

You may be included in one or both of the settlements and be entitled to money or other benefits if (1) you competed on a Division I athletic team and were declared initially eligible for competition at any point from June 15, 2016 to Sept. 15, 2024, and/or (2) you competed on a Division I athletic team any time between April 1, 2019, and September 15, 2024, and you would have qualified for an academic achievement award at your school, and/or (3) you will compete as a Division I athlete beginning in Fall 2025.

Complete descriptions of the settlement classes are available at **www.collegeathletecompensation.com**.

Payments under the settlements will be automatically made to:

- Power Five FBS Football and Men's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, videogame NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school);

- Power Five Women's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school); and

- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL payments from a third party after July 1, 2021, and information about those payments has been provided to Plaintiffs by their school.

- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

You must file a Claim Form to receive a settlement payment if:

- You are a Division I athlete other than a Power Five Football or Basketball player and you want to receive payments for participation in college sports;

- You are a Football or Basketball athlete not in the Power Five and you want to receive payment for videogames;

- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check www.collegeathletecompensation.com to find out if your deal was reported to Plaintiffs); or

- You competed on a Division I athletic team that was not a basketball team in the Big East or a team in the Power Five Conferences anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Review your estimated payment amount December 17, 2024 at **www.collegeathletecompensation.com** and file a Claim Form if one is required for you to receive all the money you qualify for.  For more information about whether a claim form is required, go to **www.collegeathletecompensation.com**.

If you have not received information via email, check your school email account or file a Claim Form online.

**Claim Forms may be submitted online or printed and mailed to the Settlement Administrator by January 31, 2025.**

In addition, student-athletes who did, do, or will compete on a Division I athletic team anytime between June 15, 2020 and the end of the Injunctive Relief Settlement Term, which will end ten years after the Settlement is approved, may benefit from changes to NCAA and conference rules that will allow schools and conferences to provide to athletes direct benefits and compensation for NIL and participation in college sports, and additional benefits over and above annual existing scholarships and all other benefits currently permitted by NCAA rules, up to an aggregate yearly amount specified in the Settlement. Complete details regarding these additional benefits, and other changes that will be made to NCAA rules about benefits and compensation, including NIL payments from third parties, are provided in the Injunctive Relief Settlement, available at **www.collegeathletecompensation.com**.

Winston's Co-Executive Chairman Jeffrey L. Kessler, who also negotiated the class- action settlements that created the free agency systems for athletes in the NFL and the NBA, said, "*We're pleased to take this next step towards finalizing this historic, industry-changing settlement that will provide a fair system of revenue sharing for the college athletes who generate hundreds-of-millions-of-dollars for their schools.  For far too long, these athletes have been deprived of their economic rights in an unjust system that will now, finally, be fundamentally reformed.  The new system will allow athletes to be fairly rewarded for their contributions and college sports will continue to thrive*."

SOURCE Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP

WANT YOUR COMPANY'S NEWS

# Exhibit J

# Time is running out for Division I Athletes to participate in class action settlements

SAN FRANCISCO, January 21, 2025 /PRNewswire/ -- Division I Athletes have one more week to file a Claim Form or provide their contact/payment information in the *In re College Athlete NIL Litigation* and *Hubbard v. National Collegiate Athletic Association* settlements, announces Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP.

Division I Athletes have until January 31, 2025 to file a Claim Form, or submit contact information and a preferred payment method, to receive a payment from one or both class action settlements. **Information must  be submitted online at collegeathletecompensation.com.**

Payments under the settlements will be automatically made to the following athletes who have updated their contact information and payment method:

- Power Five FBS Football and Men's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, videogame NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school);

- Power Five Women's Division I Basketball athletes who received a full grant-in-aid for broadcast NIL awards, athletic services awards, and awards for lost third-party payments for NIL (if NIL deal information has been provided to Plaintiffs by their school); and

- Any Division I athlete who competed in the same sport prior to and after July 1, 2021, and received NIL payments from a third party after July 1, 2021, and information about those payments has been provided to Plaintiffs by their school.

- All Power Five athletes and Big East Basketball athletes who competed on a team anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years.

You must file a Claim Form to receive a settlement payment if:

- You are a Division I athlete other than a Power Five full grant-in-aid Football or Basketball player and you want to receive payments for participation in college sports from 2019-2024;

- You are a Football or Men's Basketball athlete not in the Power Five and you want to receive payment for videogames from 2016-2024;

- You are a Division I athlete who competed in the same sport prior to and after July 1, 2021, and received an NIL deal after July 1, 2021 that has not been provided to Plaintiffs by your school (check www.collegeathletecompensation.com to find out if your deal was reported to Plaintiffs); or

- You competed on a Division I athletic team that was not a basketball team in the Big East or a team in the Power Five Conferences anytime during the 2019-2020, 2020-2021, or 2021-2022 academic years and you would have qualified for an academic achievement award at your school.

Payments are the result of settlements reached in class-action lawsuits alleging the NCAA and Power Five Conferences broke antitrust laws by agreeing not to provide benefits and compensation to college athletes for their participation in college sports or for the use of their names, images and likenesses (NIL), agreeing to limit scholarships and scholarship amounts, and agreeing not to provide college athletes academic achievement awards.

> "*We strongly encourage NCAA college athletes to participate  before time runs out. They have waited far too long to reap the benefits of this historic, industry-changing settlement.*" said Steve Berman, managing partner and co-founder of Hagens Berman and Jeffrey L. Kessler, Winston's Co-Executive Chairman.

SOURCE Hagens Berman Sobol Shapiro LLP and Winston & Strawn LLP

Media contact (press only): Steve Berman (steve@hbsslaw.com), Jeffrey Kessler (jkessler@winston.com)

Exhibit K



**College Athlete Compensation Settlement**

**Opt Outs - House**

| | Count | | 343 |
|---|---|---|---|
| | **ClaimID** | **First1** | **Last1** |
| 1 | 10185748201 | AARON | HOLIDAY |
| 2 | 10183380501 | AARON | SABATO |
| 3 | 9000008601 | AARON | SCHUNK |
| 4 | 10064367001 | AARON DEVON | EPPS |
| 5 | 10575357901 | AARON JOSHUA | NESMITH |
| 6 | 10298903501 | AASHARI | CROSSWELL |
| 7 | 10266507201 | ABIGAIL | HOOD |
| 8 | 10168453801 | ABIGAIL | SIMINSKI |
| 9 | 10169368001 | ADAM | KUNKEL |
| 10 | 10095957001 | ADDISON | OOMS |
| 11 | 10264966201 | ADRIAN | DEL CASTILLO |
| 12 | 10132544701 | AIDAN | ROBBINS |
| 13 | 10105793301 | AKAYLEB AI | EVANS |
| 14 | 10117632601 | ALARIC | JACKSON |
| 15 | 10624939301 | ALERICK | SOULARIE |
| 16 | 10132110701 | ALEVA | HIFO |
| 17 | 10293841601 | ALEX | FONTENOT |
| 18 | 10327506001 | ALEX JEFFREY | HORNIBROOK |
| 19 | 10429454101 | ALEXANDER | BACHMANN |
| 20 | 10072300701 | ALEXANDER CARL | SHAW |
| 21 | 10301716101 | ALEXANDER JORDAN | PERRY |
| 22 | 10059430001 | AL-MALIK | HAUSMAN |
| 23 | 10551825601 | AMANI | ORUWARIYE |
| 24 | 20000646501 | AMARI | CATCHINGS |
| 25 | 9000045201 | AMARVEER | SINGH |
| 26 | 10272678401 | AMBER C | MELGOZA |
| 27 | 10132381501 | AMMON | HANNEMANN |
| 28 | 9000013601 | ANDREW | ABBOTT |
| 29 | 10105591201 | ANDREW STEPHEN | LOCK |
| 30 | 20001783101 | ANTHONY | GILL |
| 31 | 10174446801 | ANTHONY | GOULD |
| 32 | 10059595901 | ANTHONY | PANDY |
| 33 | 10266685401 | ASA | LACY |
| 34 | 10138756801 | AUSTIN | SEIBERT |

| 35 | 10670843001 | AUSTIN CEDRIC | MONTGOMERY |
|----|-------------|---------------|------------|
| 36 | 10073653101 | AVA JOYCE | ANDERSON |
| 37 | 10130570901 | AZEEZ O | OJULARI |
| 38 | 10132309801 | BAYLOR | ROMNEY |
| 39 | 10122106001 | BELLA SARA KRISTIANA | FISCO |
| 40 | 10132370001 | BENJAMIN | BYWATER |
| 41 | 60013067301 | BENJAMIN | RICHARDSON |
| 42 | 10081666601 | BENJAMIN JAMES | BOULWARE |
| 43 | 10132377301 | BLAKE | FREELAND |
| 44 | 10132286001 | BRACKEN | EL-BAKRI |
| 45 | 10264683101 | BRADLEY | KAAYA |
| 46 | 9000044001 | BRADY | MCCONNELL |
| 47 | 10215885001 | BRADY | OCONNELL |
| 48 | 10132091701 | BRAYDEN | ELBAKRI |
| 49 | 10264679001 | BREVIN | JORDAN |
| 50 | 10292247001 | BRITTANY | BREWER |
| 51 | 10423123301 | BRYCE P | LOVE |
| 52 | 10672726601 | BRYCE RAYMOND | NZE |
| 53 | 10406819001 | CADE MICHAEL | MCNAMARA |
| 54 | 10289394901 | CADE P | CUNNINGHAM |
| 55 | 10093737801 | CADEN | HAWS |
| 56 | 9000004501 | CAITLIN S | DRISCOLL |
| 57 | 10138853601 | CALEB | WILLIAMS |
| 58 | 10074765601 | CAMERON | ECHOLS-LUPER |
| 59 | 10098444701 | CAMERON | KRUTWIG |
| 60 | 10089020901 | CAMERON | TAYLOR BRITT |
| 61 | 10577546001 | CAMERON | VALLADARES |
| 62 | 10271516601 | CAMERON DAVID | SERIGNE |
| 63 | 10256068701 | CAMERON JAMES | RISING |
| 64 | 10146449601 | CARMEN ALEXANDER | MLODZINSKI |
| 65 | 10266372501 | CARSON | GREEN |
| 66 | 50004102401 | CARTER | CUNNINGHAM |
| 67 | 10267690201 | CASSIUS JEROME | STANLEY |
| 68 | 10279884201 | CAYDEN B | WALLACE |
| 69 | 10107554601 | CHAD | KELLY |
| 70 | 10115364801 | CHARLES | MATTHEWS |
| 71 | 10131242801 | CHARLES KENT | WOERNER |
| 72 | 10265213201 | CHARLESTON | RAMBO |
| 73 | 9000037401 | CHASE | STRUMPF |
| 74 | 10132279301 | CHAZ | AH YOU |
| 75 | 10183911001 | CHAZZ | SURRATT |
| 76 | 10147798301 | CHLOE LEE | KITTS |
| 77 | 9000011001 | CHRIS | MCMAHON |
| 78 | 10119475401 | CLEVELAND ALAN | JACKSON |
| 79 | 10181757501 | COLBY | PARKINSON |

| | | | |
|---|---|---|---|
| 80 | 10267103501 | COLTON | PRATER |
| 81 | 10244072401 | CONNOR FRANCIS | PRIELIPP |
| 82 | 10304358501 | CORNELIS | VAN EYK |
| 83 | 9000012301 | CURTIS | WEAVER |
| 84 | 10264461501 | DAMUZHEA | BOLDEN |
| 85 | 10072106001 | DANIEL VIRGIL | MILLS |
| 86 | 10119482101 | DAVID | BELL |
| 87 | 9000022701 | DAVIS MCKEE | WENDZEL |
| 88 | 10132342601 | DAX | MILNE |
| 89 | 10399824001 | DAXTER | MILES |
| 90 | 10292504501 | DEMARCUS | FIELDS |
| 91 | 10535880001 | DEMETRIS | HARRIS |
| 92 | 10248268801 | DENZEL R | MIMS |
| 93 | 10259482001 | DEONTAY | ANDERSON |
| 94 | 10399792101 | DEREK | CULVER |
| 95 | 10617204901 | DERRICK | BARNES |
| 96 | 10292998101 | DERRICK | WHITE |
| 97 | 10068863901 | DESTINY | SLOCUM |
| 98 | 10031731501 | DIBAJI | WALKER |
| 99 | 9000039001 | DIXIE | WOOTEN III |
| 100 | 9000041101 | DONELL | PASTER |
| 101 | 10406872301 | DONOVAN | PEOPLES-JONES |
| 102 | 10461244701 | DONOVAN JOHN | CLINGAN |
| 103 | 10115393401 | DONTAIE | ALLEN |
| 104 | 60013159901 | DONTE | INGRAM |
| 105 | 10081682401 | DORIAN SCOTT | ODANIEL |
| 106 | 10174134001 | DREW | EUBANKS |
| 107 | 10407075401 | DUNCAN | ROBINSON |
| 108 | 10243871701 | DYLAN M | SMITH |
| 109 | 10132258601 | EARL | MARINER |
| 110 | 10577020601 | EDGAR | BURROLA |
| 111 | 10022943801 | ELIJAH | BLADES |
| 112 | 10682167201 | ELIZA | EKSTRAND |
| 113 | 10265601001 | ELLE | MEZZIO |
| 114 | 10088111701 | EMMA | ROWLAND |
| 115 | 10669726201 | EMMALINE M | EKSTRAND |
| 116 | 10096015701 | ERIC | STRIKER |
| 117 | 10108474201 | ERICK | HALLETT |
| 118 | 10427953901 | ERICK BERNARD | NEAL |
| 119 | 10584208401 | ERIK | STEVENSON |
| 120 | 10585939401 | EVERETT | HUNTER |
| 121 | 10236602001 | FILIP | PETRUSEV |
| 122 | 10282698501 | FRANK | MASON |
| 123 | 10407087001 | FRANZ JACOB | WAGNER |
| 124 | 10138382401 | GABE | BRKIC |
| 125 | 10093788301 | GABREYL SALE AH YOU | SUMMERS |

| 126 | 10093002501 | GAVIN | CROSS |
|---|---|---|---|
| 127 | 10558999801 | GRANT | HALEY |
| 128 | 10301568101 | GREGORY MICHEAL | FRANCIS |
| 129 | 9000023001 | GRIFFIN | CONINE |
| 130 | 10132347501 | GUNNER | ROMNEY |
| 131 | 9000040901 | HANNAH | CROFUT |
| 132 | 10132299901 | HARRIS | LACHANCE |
| 133 | 10297108001 | HARRY | ALLEN |
| 134 | 10228423501 | HASAHN | FRENCH |
| 135 | 10670832601 | HASHEM | ASADALLAH |
| 136 | 10132254901 | HAYDEN | LIVINGSTON |
| 137 | 10148109301 | HAYDEN RANDLE | HURST |
| 138 | 10308612201 | HAYDEN THOMAS | HOWERTON |
| 139 | 10176924601 | HUNTER | LONG |
| 140 | 10059357401 | HUNTER ALEXANDER | ECHOLS |
| 141 | 10113611001 | HUNTER HARKINS | BARCO |
| 142 | 10407039001 | HUNTER RYAN | DICKINSON |
| 143 | 10641051901 | IKEM | OKEKE |
| 144 | 10132393101 | ISAAC | REX |
| 145 | 10132134001 | ISAIAH | KAUFUSI |
| 146 | 50004112101 | ISHMAEL | HYMAN |
| 147 | 10132337201 | JACKSON | KAUFUSI |
| 148 | 10272933501 | JACOB | BROWNING |
| 149 | 10273003901 | JACOB | EASON |
| 150 | TBD | JACOB | EVANS |
| 151 | 50018889001 | JACOB | HUFF |
| 152 | 10181975401 | JACOB | LOWE |
| 153 | 9000036101 | JACOB | MCCARTHY |
| 154 | 10132262801 | JACOB | OLDROYD |
| 155 | 10060818801 | JACOB B | CURHAN |
| 156 | 10561625401 | JACOB THOMAS-MICHAEL | COX |
| 157 | TBD | JAIME | JAQUEZ JR |
| 158 | 10271230001 | JAKE MATTHEW | BENZINGER |
| 159 | 10259328001 | JAMAL | SHEAD |
| 160 | 10132287201 | JAMES | EMPEY |
| 161 | 10108582501 | JAMES | MORRISSEY |
| 162 | 10248570701 | JAMES H | LYNCH |
| 163 | 10338679801 | JAMES K | BLACKMON |
| 164 | 10115744701 | JAMES LANDON | YOUNG |
| 165 | 10168550601 | JAMISON ATHENS | GORDON |
| 166 | 10266489401 | JARED | HOCKER |
| 167 | 10132296301 | JARED | KAPISI |
| 168 | 10558965201 | JASON | CABINDA |
| 169 | 9000007301 | JASON | PRESTON |
| 170 | 10071952101 | JAWON CORTEZ | JOHNSON |

| 171 | 10273007601 | JAXSON | KIRKLAND |
|-----|-------------|--------|----------|
| 172 | 10174287301 | JAYDON | GRANT |
| 173 | 10107952701 | JAYLON | ROBINSON |
| 174 | 10267671901 | JAYSON | TATUM |
| 175 | 10278942301 | JEREMIAH J | LEDBETTER |
| 176 | 10399801901 | JERMAINE | HALEY |
| 177 | 10119661101 | JERRON NEHEMIAH | CAGE |
| 178 | 10072511901 | JIMMY | BELL |
| 179 | 10271615801 | JOHN | COLLINS |
| 180 | 10115270001 | JOHN | RHODES |
| 181 | 10411288801 | JOHN MICHAEL | SCHMITZ |
| 182 | 10327022001 | JOHN STEPHEN | CICHY |
| 183 | 10271590701 | JOHN THOMAS | WOLFORD |
| 184 | 10354014301 | JOHNNY | JUZANG |
| 185 | 10132213601 | JONAH | TRINNAMAN |
| 186 | 10132154501 | JONATHAN | LINEHAN |
| 187 | 10624822401 | JORDAN | BECK |
| 188 | 10399822601 | JORDAN | MCCABE |
| 189 | 10267680001 | JORDAN LEWIS | TUCKER |
| 190 | 10181709501 | JOSE | ARCEGA-WHITESIDE |
| 191 | TBD | JOSH | SMITH |
| 192 | 10323348901 | JOSH JAMES | WHYLE |
| 193 | 10115747201 | JOSHUA | ALI |
| 194 | 10160109801 | JOSHUA ANDREAS | PIERRE-LOUIS |
| 195 | 10064645101 | JOSHUA NOAH | GRAY |
| 196 | 10297394501 | JULIUS | BRENTS |
| 197 | 10132444301 | JUSTEN DEAN | SMITH |
| 198 | 20000008901 | JUSTIN | RAGIN |
| 199 | 9000042401 | KAHLIL | JOHNSON |
| 200 | 10119512601 | KAMERON DREW | WILLIAMS |
| 201 | 10168563401 | KARISSA ROSE | QUENICHET |
| 202 | 10095954401 | KATELYN | OHASHI |
| 203 | 10118798101 | KATHLEEN | DOYLE |
| 204 | 10182876701 | KATHRYN | MEYER |
| 205 | 10288431601 | KATHRYN E | WESTBELD |
| 206 | 10267399801 | KEATON | SUTHERLAND |
| 207 | 10132232001 | KEENAN | ELLIS |
| 208 | 10303728701 | KEIR | THOMAS |
| 209 | 10419992101 | KELLAN | GRADY |
| 210 | 10181753801 | KEVIN | COSTELLO |
| 211 | 10266791301 | KEVIN | MARFO |
| 212 | 10174670201 | KEVIN TYLER | ABEL |
| 213 | 10576958701 | KHALIL | TATE |
| 214 | 9000035901 | KHYRI | THOMAS |
| 215 | 9000033301 | KRISTOPHER FARRELL | JENKINS |
| 216 | 10354769101 | KYLA | ROSS |

| | | | |
|---|---|---|---|
| 217 | 10071888701 | KYLIN JATAVIAN | HILL |
| 218 | 10228833101 | LAMONT | EVANS |
| 219 | 10248828901 | LAUREN | COX |
| 220 | 10081650201 | LOGAN JAMES | TISCH |
| 221 | 20000538201 | LOPINI | KATOA |
| 222 | 10132234301 | LORENZO | FAUATEA |
| 223 | 10098639001 | LUCAS | WILLIAMSON |
| 224 | 10115486001 | MADELYNNE | SCHERR |
| 225 | 10354757501 | MADISON | KOCIAN |
| 226 | 10139005101 | MAGGIE | NICHOLS |
| 227 | 10399793301 | MALIK | CURRY |
| 228 | 10661535001 | MALIQUE | JACOBS |
| 229 | 10119518701 | MARC CRANDALL | LOVING |
| 230 | 10060945401 | MARCEL MIKAL | DANCY |
| 231 | TBD | MARCUS | ALLEN |
| 232 | 9000038701 | MARCUS | WALLACE II |
| 233 | 10280054601 | MARCUS ANDREW | ZEGAROWSKI |
| 234 | 10168636501 | MARGARET MARY | OTOOLE |
| 235 | 9000026801 | MARQUES | TOWNES |
| 236 | 10132401701 | MASEN | WAKE |
| 237 | 10671858701 | MASON | MOSES |
| 238 | 10357112701 | MASSIMILIANO C | BORGHI |
| 239 | 10304146101 | MATHEU | NELSON |
| 240 | 10624048101 | MATTHEW | BUTLER |
| 241 | 10308323601 | MATTHEW | CROSS |
| 242 | 10185683001 | MATTHEW | MCLAIN |
| 243 | 10607526301 | MAURICE | ODUM |
| 244 | 10535918001 | MEKHI | LAPOINTE |
| 245 | 60004611701 | MICAH | PARTEN |
| 246 | 60004638901 | MICHAEL | HARLEY |
| 247 | 10132397901 | MICHAEL | TANUVASA |
| 248 | 10671862901 | MICHAEL | VAN RAAPHORST |
| 249 | 10577147801 | MICHAEL | WILEY |
| 250 | 10181802601 | MICHAEL | WILSON |
| 251 | 10119848601 | MICHAEL DONOVAN ALEXANDER | JORDAN |
| 252 | 10168421601 | MICHAEL LOGAN | MENNING |
| 253 | 10185813901 | MICHAELA NNE | ONYENWERE |
| 254 | 10095968401 | MIKAYLA | PIVEC |
| 255 | 10282996201 | MONTELL H | COZART |
| 256 | 10186277501 | MORRELL ALEXANDER | OSLING III |
| 257 | 10294012501 | MYA | HOLLINGSHED |
| 258 | 10138565101 | MYKEL | JONES |
| 259 | 10131645801 | NAKOBE RASHOD | DEAN |
| 260 | 20000942801 | NATE | SAVINO |
| 261 | 10399777501 | NATHAN | ADRIAN |

| 262 | 10183413501 | NATHANIEL | BRITT |
|-----|-------------|-----------|-------|
| 263 | 10225092301 | NATHANIEL | PIERRE-LOUIS |
| 264 | 10064572001 | NAZREON NYRU | REID |
| 265 | 60016300801 | NICHOLAS | DINARDI |
| 266 | 10335992801 | NICHOLAS | SWINEY |
| 267 | 10071770601 | NICHOLAS DYLAN | FITZGERALD |
| 268 | 10249039901 | NICHOLAS J | LOFTIN |
| 269 | 10390868701 | NIGEL | JOHNSON |
| 270 | 10551039701 | NKOSI | PERRY |
| 271 | 10264308801 | NYSIER | BROOKS |
| 272 | 10168639001 | OWEN WILLIAM | SCHWEBACH |
| 273 | 10119745701 | PALAIE TOFAU | GAOTEOTE |
| 274 | 10125674701 | PARKER | MESSICK |
| 275 | 10169921901 | PAUL | STAMM |
| 276 | 10139462701 | PAYTN BLISS | MONTICELLI |
| 277 | 10168582801 | QUINCI GRACE | THOMAS |
| 278 | 10406853001 | QUINN RICHARD | NORDIN |
| 279 | 10228421001 | RASHAD | WILLIAMS |
| 280 | 10406638601 | RASHAN ABDUL | GARY |
| 281 | 9000043701 | RASHARD | DAVIS |
| 282 | 10076433201 | RILEY | CORNELIO |
| 283 | 10123600101 | ROMANE JOELLE | LONGUEVILLE |
| 284 | 10200954501 | ROMAR | REID |
| 285 | 9000010801 | RYAN | ROLISON |
| 286 | 10627241001 | RYAN ALAN | MILLER |
| 287 | 10353654101 | SADDIQ | BEY |
| 288 | 10345876101 | SARAH JESSICA | FULLER |
| 289 | 10114970001 | SAVANNA J | FAULCONER |
| 290 | 10553320801 | SEAN | CLIFFORD |
| 291 | 9000019201 | SEAN | HJELLE |
| 292 | 10226992001 | SETH D | HENIGAN |
| 293 | 10319845301 | SHAQUEM | GRIFFIN |
| 294 | 10319846501 | SHAQUILL | GRIFFIN |
| 295 | 9000020101 | SHEA | LANGELIERS |
| 296 | 10406869301 | SHEA CHRISTOPHER | PATTERSON |
| 297 | 10264964901 | SLADE | CECCONI |
| 298 | 10106258801 | SOPHIE ELIZABETH | CUNNINGHAM |
| 299 | 10399818401 | SPENCER | MACKE |
| 300 | 10345715001 | SPENCER GEORGE | JONES |
| 301 | 10441953201 | STANLEY | DYE |
| 302 | 10186006701 | STEPHAN | BLAYLOCK |
| 303 | 10339048001 | STEPHEN DEON | CARR |
| 304 | 10399844501 | TAJZMEL | SHERMAN |
| 305 | 10411041701 | TANNER | MORGAN |
| 306 | 10264744601 | TATHAN | MARTELL |
| 307 | 9000025501 | TAYLER | PERSONS |

| 308 | 10272954201 | TAYLOR | RAPP |
|---|---|---|---|
| 309 | 10168612201 | TEEGAN MAKAY | MADARA |
| 310 | 60004591901 | TEVIN | BROYLES |
| 311 | 10174492401 | TIMMY | HERNANDEZ |
| 312 | 10060763901 | TIMOTHY CHAD | HANSEN |
| 313 | 10559025301 | TRACE | MCSORLEY |
| 314 | 10132179001 | TRAJAN ATOA JAMES | PILI |
| 315 | 10082362201 | TRENTON | SIMPSON |
| 316 | 10174410901 | TREVON | BRADFORD |
| 317 | 10393269001 | TREVON | SIDNEY |
| 318 | 9000024201 | TREVOR | SCOTT |
| 319 | 10569283901 | TREY | LANCE |
| 320 | 10322162101 | TROY | CAUPAIN |
| 321 | 10327318901 | TROY CHARLES | FUMAGALLI |
| 322 | 10126474401 | TRU | THOMPSON |
| 323 | 10088826401 | TYJON | LINDSEY |
| 324 | 60004098401 | TYLER | BAUM |
| 325 | 10115387901 | TYLER | HERRO |
| 326 | 10264878501 | TYREE | ST LOUIS |
| 327 | 10132151001 | URIAH | LEIATAUA |
| 328 | 10329114301 | VALENTINO | DALTOSO |
| 329 | 10278788801 | VANCE | JACKSON |
| 330 | 10407086901 | VICTOR MORITZ | WAGNER |
| 331 | 20001203001 | VINCENT | SAMPSON |
| 332 | 10399825101 | VINCENT TREVON | MITCHELL |
| 333 | 10071816401 | WESTIN BRANNING | GRAVES |
| 334 | 10115926201 | WILL | LEVIS |
| 335 | 10130617901 | WILLIAM JACOB | FROMM |
| 336 | 10038339701 | XAVIER | SIMPSON |
| 337 | 10559630901 | YETUR | GROSS-MATOS |
| 338 | 9000021401 | ZACHARY | GELOF |
| 339 | 10132297501 | ZACHARY | KATOA |
| 340 | 10132317701 | ZACHARY | WILSON |
| 341 | 10132084001 | ZACHARY G | DAWE |
| 342 | 10407053501 | ZAKARIE | IRVIN |
| 343 | 10234469301 | ZION | BETHEA |