

FOUNDATION

VOICEINSPORT Foundation
Stef Strack
**Founder & CEO**
**1711 Rogers Park CT**
**Anchorage, AK 99508**

**FILED**

**MAR 03 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Dear Judge Wilken,

We are VOICEINSPORT Foundation (VISF), a non-profit organization dedicated to elevating and championing the voice of girls and women in sports. VISF is a community for our members, girls and women in sports from middle school to college, to elevate one another by sharing their views and experiences in sports. We have a leadership development program called the VIS Advocate Program that educates women athletes on Title IX and powers them with the tools to drive change at their school. Our mission is to advocate with and for our members to advance in their chosen sports while advocating for the progress of *all* women in *all* sports.

We are writing to follow up on our initial letter sent on January 31st to reaffirm our strong support for the enforcement of Title IX. This is our second letter emphasizing the urgent need for stronger protections for girls and women in sports. As an organization committed to gender equity, we have seen firsthand the challenges that women athletes face, from disparities in resources and opportunities to issues of discrimination and unequal treatment. We urge you to continue upholding and strengthening Title IX protections to ensure that every girl and woman in sports has equal access to opportunities, funding, and support, allowing them to reach their full potential both on and off the field.

Our membership is made up of 250 women athletes participating in the **VIS Advocate Program,** and through over 20 active VIS Chapters we reach over 1,000 high school and collegiate athletes nationwide. Most, if not all, are also class members in the settlement proposed in *In re: College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal.), more commonly known as the *House* Settlement. Those classes are the damages classes (Women's Basketball and Additional Sports Classes) and the injunctive release class (the Injunctive Relief Settlement Class).

VISF objects to the *House* Settlement on behalf of our membership. It turns back the clock on decades of progress for women in sports, violates Title IX and federal antitrust law, and harms women's opportunities to compete at the highest level of college sports. It hurts our mission and our members. For the sake of all women in sports, the Court should reject the settlement.

On January 16, 2025, the U.S. Department of Education, Office for Civil Rights (OCR) published a Fact Sheet confirming that Title IX applies to institutions of higher education sharing revenues from licensing their student athletes' Name, Image, and Likeness (NIL) directly with those athletes. That means schools *must* distribute NIL revenues in proportion to athletic participation by men and women at each school.

The *House* Settlement doesn't do that. It distributes more than 90% of the $2.8 billion settlement fund for NIL and "athletic services" damages to male football and basketball players. Women athletes will get less than 10% of the entire settlement. That is obvious gender discrimination. It violates Title IX's guarantee of equal opportunity for men and women in education and deprives our members of what they are owed.

The *House* Settlement also illegally restrains our members' market freedom in violation of federal antitrust law. The U.S. Department of Justice told the Court on January 17, 2025, that it opposed the settlement because it caps future revenue sharing each year and restrains competition for athletes' labor by colleges and universities. We agree. Our athletes must be free to compete on the playing field and in the marketplace. If they choose to earn a living playing their sport, they must be free to do so without having to overcome their schools, conferences, and the NCAA colluding to restrict their earning power.

Finally, the *House* Settlement immediately reduces college athletic opportunities for women by imposing roster limits on each Division I sport. The proposed limits particularly impact so-called "non-revenue" sports such as swimming and track and field. Many women athletes who are currently on college teams or have been recruited for the 2025 season have found that the threat of roster limits is already causing coaches to take away their roster spots even before the *House* Settlement has been fully evaluated by the Court. With reduced roster spots available in each sport, it will be harder for young girls to chart the long path to Division I. That will reduce interest and participation in youth sports for decades to come and strangle the pipeline of women athletes. Roster limits will harm our mission and our members beyond repair.

We speak with one voice. The *House* Settlement damages decades of efforts to equalize the playing field for women in sports and must not be approved. 151 VISF members, signing below, agree. On their behalf, and on behalf of women in sports, we object.

Sincerely,

Stef Strack
**Founder & CEO**
**VOICEINSPORT Foundation**

**Signed,**

| |
|---|
| Maggie Munson<br>NCAA ECID (if applicable): 2010948880<br>Address:  208 South Charter St, Madison, WI 53715 |
| Joscelyn Dieckman<br>NCAA ECID (if applicable): 2207618456<br>Address:  189 W Christopher Ave Cortland IL 60112 |

Helene Usher
NCAA ECID (if applicable): 2208644265
Address:   1900 W Olney Ave (La Salle University
Mailroom), Philadelphia, PA, 19141

Mia Pasha
NCAA ECID (if applicable):
Address: 3700 O st NW Washington DC, 20057

Hadley Horton
NCAA ECID (if applicable):
Address:  7722 Harp Mill Road Raleigh, NC

Jane Brink
NCAA ECID (if applicable):
Address: 1424 Charles Ave, Saint Paul MN 55104

Mattie Schimenz
NCAA ECID (if applicable): 1903472871
Address: 5705 w Wahner Ave, Brown Deer, WI 53223

Logan Manley
NCAA ECID (if applicable): 1804173483
Address:  1818 Reed Ave, San Diego, CA 92109

Dannielle Langseth
NCAA ECID (if applicable):
Address: 2302 University Ave Apt 108 Madison WI 53726

Scarlett Alvarez
NCAA ECID (if applicable): 2301771407
Address:  57 Laurens street Charleston SC 29401

Nora Gremban
NCAA ECID (if applicable): 2203480932
Address:  1265 Zeman Road, Madison WI

Molly Dreher
NCAA ECID (if applicable): 2001781381
Address:  2200 9th Ave, Sacramento, CA

Megan Lee
NCAA ECID (if applicable): 2203452657
Address:  1627 Madison Street, Madison WI

Derica Chiu
NCAA ECID (if applicable): 2201407407
Address:  6840 Oak Springs Drive, Oak Park, CA 91377

Angelina Franco
NCAA ECID (if applicable): 1908668448
Address:  10448 Vena Avenue, Arleta CA 91331

Ava Borgens
NCAA ECID (if applicable):
Address:  14853 NW Wendy Ln, Portland OR 97229

| |
|---|
| Mia Kodachi<br>NCAA ECID (if applicable):<br>Address: 12845 NW Westlawn Terrace, Portland OR |
| Avery Allemann<br>NCAA ECID (if applicable): 1801996567<br>Address: 24585 Jeremiah Drive Dana Point, CA |
| Lena Dubois<br>NCAA ECID (if applicable):<br>Address: 2923 NW Telshire Terrace, Portland OR |
| Ingrid Lann<br>NCAA ECID (if applicable):<br>Address: 1915 NW 130th Ave Portland, OR |
| Mia Menzies<br>NCAA ECID (if applicable):<br>Address: 172-40 133rd Ave Jamaica, NY 11434 |
| Brooke Wilson<br>NCAA ECID (if applicable): 2201421456<br>Address: 1834 Wake Forest Road, NCA 28407, Winston Salem, NC 27109 |
| Mica Altringer<br>NCAA ECID (if applicable):<br>Address: 725 s cedar ridge ct Cornville AZ |
| Zaira Malloy Salgado<br>NCAA ECID (if applicable): 2206588345<br>Address: University of Wisconsin |
| Madison Breuer<br>NCAA ECID (if applicable):<br>Address: 26 Flagg Rd Hubbardston MA |
| Macy Hanson<br>NCAA ECID (if applicable):<br>Address: 2638 115th St Granada MN |
| Luke Reaume<br>NCAA ECID (if applicable):<br>Address: 1000 Virginia Avenue, Room 5250B, Columbia, MO 65201 |
| Sarah Turner<br>NCAA ECID (if applicable): 2105177241<br>Address: 75 College Dr, P.o. Box 6571 UM Box 2179, Montevallo, AL 35115 |
| Olivia Chellevold<br>NCAA ECID (if applicable):<br>Address: 3955 Goth rd Verona WI |
| Kate Gregar<br>NCAA ECID (if applicable):<br>Address: Math and Science Academy |
| Madisyn Conner<br>NCAA ECID (if applicable):<br>Address: 8204 Fernwood Drive Norfolk VA 23518 |

| |
|---|
| Annie Emmerich<br>NCAA ECID (if applicable):<br>Address: 3162 Summerset Dr, Bozeman MT 59715 |
| Piper Schuster<br>NCAA ECID (if applicable):<br>Address: 4041 Wexford Circle South Richfield, WI |
| Eden MacMartin<br>NCAA ECID (if applicable): 2207614597<br>Address: 13444 Racquet Court Poway CA 92064 |
| Maddox Larson<br>NCAA ECID (if applicable):<br>Address: 14386 NW Tripton Ct, Portland OR |
| Elizabeth Whaley<br>NCAA ECID (if applicable): 2004846024<br>Address: 2554 Owen Drive, Winston-Salem, NC 27106 |
| Adley Wilson<br>NCAA ECID (if applicable):<br>Address: 3N645 Ponderosa Dr, St Charles, IL 60175 |
| Elyse Stachewicz<br>NCAA ECID (if applicable):<br>Address: 20098 Harness Avenue, Lakeville, Minnesota 55044 |
| Oona Zilavy<br>NCAA ECID (if applicable): 1912768736<br>Address: 1326 Randall Ct Madison, WI 53715 |
| Madeline Miller<br>NCAA ECID (if applicable):<br>Address: 5907 Carnation Drive, Toledo, OH 43615 |
| Madison Griffin<br>NCAA ECID (if applicable): 03283067<br>Address: 1575 Darlington Rd. Ligonier, PA 15658 |
| Emily Potts<br>NCAA ECID (if applicable):<br>Address: 1209 Delesseps Ave, Savannah, GA 31404 |
| Carolyn Evers<br>NCAA ECID (if applicable):<br>Address: 403 Doral ct, Waunakee, WI |
| Elizabeth Bohn<br>NCAA ECID (if applicable): 1404658740<br>Address: 235 e Pittsburgh ave APT 309 Milwaukee, WI 53204 |
| Kamryn Spooner<br>NCAA ECID (if applicable): 2406322431<br>Address: 16100 NW Pristine Ln Portland OR, 97229 |
| Holly Beeman<br>NCAA ECID (if applicable): 2001779301<br>Address: 441 East Fordham Road Unit 37-1499 Bronx NY 10458 United States |

Alexandra Gaskin
NCAA ECID (if applicable):
Address: 809 W Fox Hunt Trace Mequon, WI 53092

Kaitlin Henn
NCAA ECID (if applicable):
Address: 905 Cedar Court, Verona, WI

Iona Kuehn
NCAA ECID (if applicable):
Address: 407 Glenview Avenue, Wauwatosa WI

Lilianna Albarano
NCAA ECID (if applicable): 2209659588
Address: 100 Sophia lane hummelstown PA

Sasmita Kumar
NCAA ECID (if applicable):
Address: 5588 NW 126th Terrace, Portland, OR 97229

Alec Davis
NCAA ECID (if applicable): 1909688733
Address: 1944 16th Ave., Grafton, WI 53024

Grace Hartman
NCAA ECID (if applicable): 2006878683
Address: 2101 Versatile Road, Raleigh NC

Hannah Baik
NCAA ECID (if applicable):
Address: 14660 NW Heathman Ln, Portland, OR

Rhea van den Bosch
NCAA ECID (if applicable):
Address: 11331 NW Kenzie Ln

Nora Olson
NCAA ECID (if applicable):
Address: 1770 NW 138th ave, Portland, OR

Adele Clarke
NCAA ECID (if applicable): 2009926048
Address: 1444 Bateman Ln. Celina, TX 75009

Ravenna Carter
NCAA ECID (if applicable):
Address: 10072 NW Fleetwood Dr, Portland, OR

Shannon Quinn
NCAA ECID (if applicable): 2304884951
Address: 1144 Cordova Bend TX 78133

Kambelle Syth
NCAA ECID (if applicable):
Address: 5260 County Rd T Oshkosh, WI 54904

Chloe Dostal
NCAA ECID (if applicable):
Address: 2832 Standish Ave. SW Canton, Ohio 44706

Abby Kozo
NCAA ECID (if applicable): 2106212073
Address: 195 E Chestnut Ave, Metuchen, NJ 08840

Grace Albaugh
NCAA ECID (if applicable):

| |
|---|
| Address: 1102 oriental gardens road, Jacksonville, FL 32207 |
| Erin Mobley<br>NCAA ECID (if applicable):<br>Address: 1603 N 77th Street, Philadelphia, PA 19151 |
| Sophia Towne<br>NCAA ECID (if applicable):<br>Address: 3531 O Street NW Washington DC 20007 |
| Leah Croom<br>NCAA ECID (if applicable): 2105172440<br>Address: Fourth Street NW, Washington, DC, United States |
| Taylor Williams<br>NCAA ECID (if applicable): 2308992031<br>Address: 2225 4th Street Northwest W608-B Washington, DC, US |
| Claire Chen<br>NCAA ECID (if applicable):  2102115870<br>Address: 48048 Avalon Heights terrace Fremont, CA 94539 |
| Emily Collins<br>NCAA ECID (if applicable): 2109313163<br>Address: 43332 Markham Place Ashburn, Virginia |
| Ji'reh Williams<br>NCAA ECID (if applicable):<br>Address: 2251 Sherman Ave NW Washington, DC 20001 United States |
| Kathryn Niepoky<br>NCAA ECID (if applicable):<br>Address: 11495 Nw Henson ct Portland Oregon 97229 |
| Wisdom Colbert<br>NCAA ECID (if applicable): 2109335055<br>Address: 2225 Fourth St NW Washington, DC 20059 United States |
| Jordann Garrett<br>NCAA ECID (if applicable):<br>Address: 30 Raymond Ave Shelby, OH 44875 United States |
| Maris Stuhlman<br>NCAA ECID (if applicable):<br>Address: 27 Olena Drive Whitesboro NY 13492 United States |
| Lindsey Paulson<br>NCAA ECID (if applicable): 2108302403<br>Address: 303 S 20th Ave Unit C |
| Lydia Goetz<br>NCAA ECID (if applicable):<br>Address: 1900 Belmont Blvd Nashville TN 37212 |
| Morgan Merzon<br>NCAA ECID (if applicable): 2308982768 |

| |
|---|
| Address: 2621 Kersten Court Oakdale California 95361 |
| Nevada Mareno<br>NCAA ECID (if applicable):<br>Address: 12344 Whartons Park, Raleigh, NC 27613 |
| Samir Rampurawala<br>NCAA ECID (if applicable):<br>Address: 17566 NW Solano Ln |
| Chloe Sharpe<br>NCAA ECID (if applicable):<br>Address: 2205 Campus Dr. Evanston, Il 60201 |
| Audrey Yu<br>NCAA ECID (if applicable): 2001785409<br>Address: 2204 Sherman Ave, Unit F1, Evanston, IL 60201 |
| Emilia Vella<br>NCAA ECID (if applicable):<br>Address: 42 Cardinal Street Fairfield CT, 06825 |
| Isabella Chen<br>NCAA ECID (if applicable): 2208643992<br>Address: 11738 Valley View Ave Unit 3 Whittier, CA 90604 |
| Leah Wang<br>NCAA ECID (if applicable): 2211730094<br>Address: 10202 Kabar Trail, Austin, TX 78759 |
| Addison Bray<br>NCAA ECID (if applicable): 2105177086<br>Address: 8300 Talbot Ln, Austin, TX. 78746 |
| Ella Peterson<br>NCAA ECID (if applicable):<br>Address: 11902 Steppingstone Ln, Houston, TX, 77024 |
| Audra Koopman<br>NCAA ECID (if applicable): 1511352840<br>Address: 775 Melrose St. Apt 202 Memphis, TN 38104 |
| Mia Phillipi<br>NCAA ECID (if applicable):<br>Address: 2615 nw Birkendene St. Portland, OR 97229 |
| Adi Narayan<br>NCAA ECID (if applicable):<br>Address: 85 Pitt Street, New York, NY 10002 |
| Tayler Watterson<br>NCAA ECID (if applicable): 1911738627<br>Address: 533 Bedford Rd New Boston NH 03070 |
| Brianne McCabe<br>NCAA ECID (if applicable): 2502517010<br>Address: 102 State St Brewer, ME 04412 |
| Julia Gregoire<br>NCAA ECID (if applicable):<br>Address: 334 Union Street Bangor Maine |
| Jessica Nastasi<br>NCAA ECID (if applicable):<br>Address: 14 Hermitage Street, Wading River, NY 11792 |

| |
|---|
| Carys Code<br>NCAA ECID (if applicable):<br>Address: 1762 Clifton Road, Atlanta, GA 30322 |
| Emily Woodall<br>NCAA ECID (if applicable):<br>Address: 2620 burnt hickory drive, cumming, GA, 30028 |
| Emma Bernstein<br>NCAA ECID (if applicable):<br>Address: 1295 E Rocksprings RD NE Atlanta GA 30306 |
| Claudia Schmidt<br>NCAA ECID (if applicable):<br>Address: 828 Highland Square Dr. NE Atlanta, 30306 |
| Maddison Teng<br>NCAA ECID (if applicable):<br>Address: 3016 Orange Ave |
| Liliana Santoyo<br>NCAA ECID (if applicable):<br>Address: 3246 N ozark Ave |
| Carly Evers<br>NCAA ECID (if applicable):<br>Address: 41 Onofrio st |
| Brooklyn Bellavia<br>NCAA ECID (if applicable):<br>Address: 27 Winmark Way, Honeoye Falls, NY 14472 |
| Padt Skawratananond<br>NCAA ECID (if applicable):<br>Address: 11007 Yucca Drive |
| Janae Russell<br>NCAA ECID (if applicable):<br>Address: 1000 compass Pointe Crossing Alpharetta GA<br>30005 |
| Cassie Pelosi<br>NCAA ECID (if applicable):<br>Address: 8 Front Street, PO Box 726, croton fall, NY,<br>10519 |
| Cordelia Brown<br>NCAA ECID (if applicable):<br>Address: 213 Fieldstone Rd Liberty Hill, Texas 78642 |
| Brooklyn Escobar<br>NCAA ECID (if applicable):<br>Address: 304 golden eagle way |
| Kaitlyn Nimmer<br>NCAA ECID (if applicable):<br>Address: 22749 Portico Pl Ashburn, VA |
| Lainey Connell<br>NCAA ECID (if applicable): 2208645636<br>Address: 142 Beau Arbre Ct |
| Tayla Score<br>NCAA ECID (if applicable):<br>Address: 8400 Horse Mountain Cv |

| |
|---|
| Calynn Crisman<br>NCAA ECID (if applicable): 2310129909<br>Address: 17115 Wrigley Circle, Fort Myers, FL, 33908 |
| Prithika Chandrasekar<br>NCAA ECID (if applicable):<br>Address: 16005 double eagle dr |
| Natalia Llano<br>NCAA ECID (if applicable):<br>Address: 12006 mossbrook cv |
| Audrey Savoie<br>NCAA ECID (if applicable):<br>Address: 10207 Holme Lacey Lane, 78750, Austin, TX,<br>USA |
| Jaelynn Boto<br>NCAA ECID (if applicable):<br>Address: 13604 Caldwell Dr |
| Sophia Luo<br>NCAA ECID (if applicable):<br>Address: 1495 Clifton Rd N E, Atlanta, GA 30322 |
| Mary Mullinax<br>NCAA ECID (if applicable):<br>Address: 535 Parks Dr Dahlonega, GA 30533 |
| Keira Ritzman<br>NCAA ECID (if applicable):<br>Address: 500 Joseph C. Wilson, Rochester |
| Maya Bravo<br>NCAA ECID (if applicable):<br>Address: 500 Joseph C. Wilson, Rochester, NY 14627 |
| Sydney Holmes<br>NCAA ECID (if applicable):<br>Address: 500 Joseph C Wilson |
| Lauren Blanch<br>NCAA ECID (if applicable):<br>Address: 500 joseph c wilson |
| Chauner Clausing<br>NCAA ECID (if applicable):<br>Address: 500 Joseph C. Wilson, Rochester,NY 14627 |
| Gabi Chiocola<br>NCAA ECID (if applicable):<br>Address: 500 Joseph C. Wilson, Rochester, NY |
| Kennedy Stark<br>NCAA ECID (if applicable):<br>Address: 500 Joseph C. Wilson, Rochester, New York |
| Yanire Matre<br>NCAA ECID (if applicable):<br>Address: 106 princess ct royal palm beach fl 33411 |
| Addison Kwong<br>NCAA ECID (if applicable):<br>Address: 9005 E 28th ave |

| |
|---|
| Rylie Ballog<br>NCAA ECID (if applicable):<br>Address: 6295 Fulton Ct Denver, CO 80238 |
| Ashley Chu<br>NCAA ECID (if applicable):<br>Address: 4530 Barton Court Cumming, GA 30041 |
| Katie Hungness<br>NCAA ECID (if applicable):<br>Address: 2708 Prairie Ave, Evanston IL 60201 |
| Evelyn Grossman<br>NCAA ECID (if applicable):<br>Address: 4829 Amesley Cove, Austin, TX 78727 |
| Marenka Sapp<br>NCAA ECID (if applicable):<br>Address: 5003 pony chase Austin TX |
| Lindsay Huynh<br>NCAA ECID (if applicable):<br>Address: 1608 Suzi Lane |
| Ella Alvarez<br>NCAA ECID (if applicable):<br>Address: 4411 Knollchase, San Antonio TX 78247 |
| Allegra Alfaro<br>NCAA ECID (if applicable):<br>Address: 19 east 72nd street ny, ny 10021 |
| Erin Fagan<br>NCAA ECID (if applicable): 2109332774<br>Address: 11501 Antigua Dr. Austin TX 78759 |
| Lola Feurer<br>NCAA ECID (if applicable):<br>Address: 1495 Clifton road ne |
| Rachel Carr<br>NCAA ECID (if applicable):<br>Address: 1495 Clifton RD NE, Atlanta, GA 30322 |
| Jaymie Frith<br>NCAA ECID (if applicable):<br>Address: 623 Pierce Dr NE, Atlanta, GA |
| Lilyana Laryea<br>NCAA ECID (if applicable):<br>Address: 640 Means Drive |
| Stella Gall<br>NCAA ECID (if applicable):<br>Address: 2 Eagle Row, Atlanta, GA 30322 |
| Esther Jung<br>NCAA ECID (if applicable):<br>Address: 1495 Clifton Rd |
| Josephine Sun<br>NCAA ECID (if applicable):<br>Address: 10805 Pickfair Dr, Austin TX 78750 |

| |
|---|
| Elina Daniel<br>NCAA ECID (if applicable):<br>Address: 13301 Dessau Rd |
| Melina Ramirez<br>NCAA ECID (if applicable):<br>Address: 623 Pierce Dr NE, Atlanta, GA 30322, United States |
| Rebekah Hong<br>NCAA ECID (if applicable):<br>Address: 29020 Doverridge Dr, Rancho Palos Verdes, CA 90275 |
| Gabjia Staniskis<br>NCAA ECID (if applicable): 2103136602<br>Address: 1762 Clifton Rd NE Atlanta, GA 30333 MSC 230450 |
| Jazmin Thomas<br>NCAA ECID (if applicable):<br>Address: 13321 Glacier Falls Ct |
| Jia Thombre<br>NCAA ECID (if applicable):<br>Address: 7039 43rd Ave NE, Seattle, WA 98115 |



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL



**UNITED STATES POSTAL SERVICE.**    Retail



**P**

## US POSTAGE PAID
## $10.10

Origin: 30030
03/01/25
1224420223-57

### PRIORITY MAIL®

0 Lb 3.40 Oz

**RDC 03**

EXPECTED DELIVERY DAY:  03/04/25

C037

SHIP TO:
1301 CLAY ST
OAKLAND CA 94612-5217



**USPS TRACKING® #**



9505 5124 6946 5060 3858 16



**FLAT**
ONE RATE

To sched

TRAC

PS0

OD: 12 1/2 x 9 1/2



**UNITED STATES POSTAL SERVICE ®**    **PRIORITY® MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**

Stef Strack
1711 Rogers Park CT
Anchorage, AK 99508

**RECEIVED**

MAR 03 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**TO:**

Senior District Judge Claudia
        Wilken
Ronald V. Dellums Federal Building
& United States Courthouse
c/o Class Action Clerk
1301 Clay Street  Oakland, CA
                          94612

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.