IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER REGARDING HEARING ON MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT** |

A hearing on Plaintiffs' motion for final approval of a proposed settlement is set for April 7, 2025, at 10 a.m. The hearing will be held in person and remotely by Zoom webinar. The hearing will be held in Courtroom 3 of the Oakland Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California 94612. Courtroom 4 will serve as an overflow courtroom and will have a live video and audio feed. Seating for the public and members of the press will be very limited and will be available on a first-come, first-served basis. Persons interested in attending the hearing are encouraged to attend the hearing remotely by Zoom webinar. The Zoom webinar may be accessed by using the following log-in information.

https://cand-uscourts.zoomgov.com/j/1605265531?pwd=b3FhUE5jWkZJUFVEVHgva0xDbk5FUT09

Webinar ID: 160 526 5531

Password: 593853

No later than March 14, 2025, Class Counsel and counsel for Defendants shall sent a joint, single email to the courtroom deputy at CWCRD@cand.uscourts.gov to provide the names of the

attorneys who will be speaking for each side, and to indicate which attorneys, named Plaintiffs, and Defendants' representatives plan to attend the hearing in person. Class Counsel, counsel for Defendants, named Plaintiffs, and Defendants' representatives who wish to attend in person may sit in the well of the courtroom.

Proceedings will begin at 10:00 a.m. on April 7, 2025, and will end no later than 5:00 p.m. There will be a recess from 1:00 p.m. to 2:00 p.m., if necessary.

Due to time constraints, the Court must limit the number of speakers and the length of time allotted to each. The Court will call upon only the following objectors:

1. Objectors represented by Steven Molo of MoloLamken LLP.
2. Objector represented by Stephen Tillery of Korein Tillery LLC.
3. Objectors represented by Michael P. Lehmann of Hausfeld LLP.
4. Objector represented by Laura Reathaford of Lathrop GPM.
5. Objectors represented by Patrick A. Bradford of Bradford Edwards LLP.
6. Objectors represented by Alex R. Straus of Milberg LLP.
7. Objector represented by Caroline G. McGlamry of Pope, McGlamry, Kilpatrick, Morrison & Norwood PC.
8. Objectors represented by Leigh Ernst Friestedt.
9. Objectors represented by Michelle Roberts.
10. Objector the United States.
11. Objector Gannon Flynn.
12. Objector Gracelyn Laudermilch.
13. Objector Benjamin Burr-Kirven.
14. Objector Olivia Dunne.

The Court cannot order changes to the agreement. Objectors should address whether they wish the Court to reject the settlement and set the case for trial.

No later than March 14, 2025, the objectors listed above who do not have their own attorney shall email the courtroom deputy at CWCRD@cand.uscourts.gov to indicate whether they will be appearing at the hearing in person or remotely. For the objectors listed above who

1  have their own attorney, the attorney shall send an email to the courtroom deputy at
2  CWCRD@cand.uscourts.gov no later than March 14, 2025, to confirm the name of the attorney
3  who will be speaking for each objector or set of objectors and to indicate whether the attorney and
4  the objector (or objectors) he or she represents will be appearing at the hearing in person or
5  remotely.

      IT IS SO ORDERED.

Dated: March 4, 2025

                              CLAUDIA WILKEN
                              United States District Judge