

FILED
MAR 04 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#20-03919-CW

The Honorable Claudia Wilken

United States District Court for the Northern District of California

Oakland Courthouse

1301 Clay Street, Oakland, CA 94612

Re: Roster Limits and Walk-On Opportunities in College Golf

Dear Judge Wilken,

I hope this letter finds you well. I am writing to express my sincere gratitude for your service and dedication to upholding fairness and justice in collegiate athletics. Your work has had a profound impact on student-athletes across the country, shaping the landscape of college sports in ways that will be felt for years to come.

I wanted to share a personal perspective on the recent changes affecting non-revenue sports like men's golf. My son is a 2026 recruit, and his opportunities to compete at the collegiate level have been significantly impacted by the trickle-down effects of the recent lawsuit. Due to the increased reliance on the transfer portal and the current roster limitations, many programs are hesitant to commit to high school recruits. Several coaches have told him they are waiting to assess transfer options before making any decisions, and one coach even mentioned that without these new restrictions, my son would have a spot on the team.

Having played college golf myself from 1998 to 2003, I remember a time when rosters were more flexible, and teams often carried more than 12 players. While I fully support the increase in scholarships for athletes when schools can afford them, I worry that the unintended consequence of restricting roster sizes is limiting opportunities for young athletes who are willing to work hard and earn their place.

3505 Converse Drive, Suite 175, Wilmington, NC 28403
PHN 910-794-2266  FAX 910-794-6899  EMAIL info@ccpedo.com  WEB www.ccpedo.com



With that in mind, I wanted to ask whether there has been any consideration given to allowing walk-ons or adjusting roster caps for non-revenue sports. These changes could provide more opportunities for aspiring collegiate athletes while maintaining the spirit of fairness and equity that your rulings have sought to achieve.

Thank you for your time and for your continued efforts to ensure a just and equitable system for all student-athletes. I appreciate your consideration of this issue and any potential adjustments that could help balance scholarship increases with broader participation opportunities.

Sincerely,

William R. Cherry III, DDS, MS

910-619-8948

bob@ccpedo.com



**Dimock, Weinberg & Cherry**
COASTAL CAROLINA PEDIATRIC DENTISTRY
ccpedo.com

3505 Converse Drive, Suite 175
Wilmington, NC 28403

RALEIGH NC 275
27 FEB 2025 PM 3 L

US POSTAGE (IMI) PITNEY BOWES
ZIP 28403
02 7H
0006188896    $ 000.69⁰
FEB 27 2025

The Honorable Claudia Walken
US. District Court for the N. District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612



RECEIVED

MAR 04 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE