# Gina Agustine

| | |
|---|---|
| **From:** | Jess Gmail <jess.sarratt@gmail.com> |
| **Sent:** | Tuesday, March 11, 2025 9:26 AM |
| **To:** | CAND 9Docketing |
| **Subject:** | Letter for the Honorable Judge Claudia Wilken  RE: House v. NCAA Case No. 4:20-cv-03919-CW |

**CAUTION - EXTERNAL:**


The Honorable Judge Claudia Wilken
Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612
RE: House v. NCAA Case No. 4:20-cv-03919-CW
March 1, 2025

Dear Judge Wilken,

I know you have received many emails and letters, but we are writing to add to them and hopefully plead for our athletes from a parent perspective. We are the parents of a Track and Field Division 1 preferred walk-on athlete at a Big 12 University.

We know that this pending case will cause all Division 1 sports rosters to be capped. I am writing to ask for you to please reconsider this requirement. This will cause our team and many others to cut many athletes that are an essential part of their team. Walk-on athletes are amazing athletes that have worked very hard to earn their spot on a Division 1 roster.  They may be athletes like our daughter coming back from injury or others that are training hard to get to their top performance level.  Yet, they still provide essential roles to their team and can grow to surpass all expectations. These athletes speak to the true spirit of what college athletics and school spirit are all about.   With these roster caps, many of them will have to be cut from the roster of a team that they love.  The team bonds formed are enormous and rosters cuts such as this will isolate them from the environment they have established.  These athletes cherish the bonds and relationships with their teammates, coaches, and support staff.   Many of these students made a four year decision to be at these schools for both athletic and academic reasons. This will be a huge emotional challenge and mental crisis for many athletes. And, they will also not be able to transfer to any other school as all those teams will be making cuts. These roster caps are small, especially for a team such as Track and Field. There are so many running, field, and team relay events needed to compete in a full track meet.

We do not want to be long winded, we just ask you to please consider the student athletes that will be heartbroken over this decision.   Please consider all of the athletes with a dream that will be removed from the team they have given their all to and interact with every day. This would be devastating for them. If anything, please consider grandfathering in the current rosters and then give the schools 3 to 4 years to meet the new roster caps. Please consider this for our student athletes that are living their dream right now as a member of an amazing Division 1 team.

Thank you for your time,

*Jessica R Sarratt*

1

*Bradley L. Sarratt*

Jessica and Bradley Sarratt
4707 Merlot Dr.  Rockledge, FL 32955

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.