# KATHERINE M. JORDAN

4174 Central Sarasota Parkway, Unit 227, Sarasota, FL 34238
(978) 886-2788; mandajordan7000@gmail.com
NCAA Eligibility Center ID: 1903462016; Santa Clara University Women's Soccer
NCCO Claim ID: 10680051601 (House v NCAA; Hubbard v NCAA)

March 7, 2025

Judge Wilken
U.S. District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

**FILED**

**MAR 1 1 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

RE:   Case Number: 4:20-cv-03919-CW
      <u>House v NCAA</u>  &  <u>Hubbard v NCAA</u>

Dear Judge Wilken,

Due to delayed notification beyond my control, it is with deepest respect that I write to ask the Court to accept my late submissions of my printed College Athlete Compensation Settlement Claim Forms for both <u>House v NCAA</u> & <u>Hubbard v NCAA</u>.

I was not provided with information about either of these two NCAA court cases, and I was not notified of my potential rights or eligibility to submit claims, until after the January 31, 2025 claims submission deadline.

I have included a print out of the US Postal Service "COMING TO YOU SOON" email that my father received after January 31, 2025, noting an incoming postcard for <u>Hubbard v NCAA</u>, but this postcard also was not delivered until late February 2025.

Thank you most kindly for your consideration in accepting my claims.

*Katherine Jordan*
Katherine Jordan
NCAA Eligibility Center ID: 1903462016
NCCO Claim ID: 10680051601
Santa Clara University, Women's Soccer


Enclosures

 Gmail

Michael Jordan <mej7000@gmail.com>

## Your Daily Digest for Mon, 2/3 is ready to view

**USPS Informed Delivery** <USPSInformeddelivery@email.informeddelivery.usps.com>  
To: mej7000@gmail.com

Mon, Feb 3, 2025 at 5:43 AM



## COMING TO YOU SOON

### Hi, Michael!

You have 2 mailpiece(s) and 0 inbound package(s) arriving soon.

**Monday**

**3** February 2025

**2** Mailpiece(s)   **0** Package(s)



### MAIL — View Dashboard

**Expected Today** — 2 item(s)

FROM: **United MileagePlus®**





Learn more about your mail >



Do more with your mail

 Set a Reminder

Share via:

 Email    Text    Facebook    X



**Do more with your mail**

 Set a Reminder

## PACKAGES                                                                 View Dashboard

No packages are available to display.



Refer friends and family to Informed Delivery!

Refer via Email     Refer via Text

You may have more mail or packages than are shown in your Daily Digest. To check, go to your Dashboard.

Mail may arrive several days after you receive the notification. Please allow up to a week for delivery before reporting missing mail. Report missing mail.

---

*These images represent mail pieces that are sorted on USPS® automated equipment. Some of your mail may not be shown here.

You subscribed to this service with USPS® Product Technology Innovation, 475 L'Enfant Plaza SW, Washington, DC 20260.

If you no longer wish to receive daily email notifications, unsubscribe here.

If you need support, please visit user support for Informed Delivery®.

For more information about this service, please visit general information about Informed Delivery.

Copyright© 2024 United States Postal Service®. All Rights Reserved. The Eagle Logo and the trade dress of USPS® Packaging are among the many trademarks of the U.S. Postal Service®.

This is an automated email, please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

*Hubbard v. NCAA* Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

**NCCO**

VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

*Hubbard, et al. v. NCAA, et al.*
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 4:23-CV-01593-CW (N.D. Cal.)

**Must Be Postmarked By January 31, 2025**

## Academic Achievement (Alston) Award Claim Form

**1) Contact Information**

- First Name: Katherine
- M.I.: M
- Last Name: Jordan
- Primary Address: 4174 Central Sarasota Parkway
- Primary Address Continued: Apt 227
- City: Sarasota
- State: FL
- ZIP Code: 34238
- Email Address: mandajordan7000@gmail.com
- Area Code: 978
- Mobile Number: 886-2788

**2) School & Athletic Information**

- College/University: SANTA CLARA U. & COLUMBIA U.
- Sport: Women's Soccer
- Athletic Scholarship Status (e.g., full, partial, other): FULL (Santa Clara 2024-2025)

3) **Eligibility**

   1. Did you already receive an Academic Achievement (Alston) Award payment in the academic year 2021-2022?

   ○ Yes
   ● No

   2. Does the school(s) you attended between 2019-2022 offer Academic Achievement (Alston) Awards?

   ○ Yes
   ● No

   3. Please fill in the circles for each academic year that you can confirm you met your school's eligibility criteria for Academic Achievement (Alston) Awards:

   ○ 2019-2020
   ○ 2020-2021
   ○ 2021-2022

We will first use this information to try to match your information with the data we were provided. If we cannot, we may conduct an independent audit of it. We may contact you by email, letter, or phone to ask for more information. Please keep your contact information up-to-date. If you have any information you think would be beneficial to your claim, enclose a copy of those documents.

4) **Certification & Signature**

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct to the best of my knowledge and that I am authorized to submit this claim. I understand that my claim is subject to audit, review, and validation using all available information.

Signature: _Katherine Jorda_   Dated (mm/dd/yyyy): **03/01/2025**

Print Name: **Katherine Manda Jordan**

Mail your Claim Form with copies of any supporting documents (if you wish to submit them), **postmarked on or before January 31, 2025** to: *Hubbard v. NCAA* Settlement Administrator, P.O. Box 301134, Los Angeles, CA 90030-1134.

*House v. NCAA* Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-301134

# NCCO



VISIT THE SETTLEMENT WEBSITE BY
SCANNING THE PROVIDED QR CODE

*House, et al. v. NCAA, et al.*
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 4:20-CV-03919 (N.D. Cal.)

**Must Be Postmarked
By January 31, 2025**

## Claim Form

If you are or were a Power Five football or basketball player with a full scholarship, you do not need to fill out a Claim Form to receive an award, but you do have the option to provide additional information about NIL deals in Section 3.

All other athletes, please fill out Section 1, Section 2, Section 3 (only if eligible), and Sections 4-6 to ensure your claim is correctly processed.

**1) Contact Information**

First Name: Katherine
M.I.: M
Last Name: Jordan

ClaimID from Email or Postcard Notice (if you did not get a notice, leave this blank): 10680051601

Primary Address: 4174 Central Sarasota Parkway
Primary Address Continued: Apt 227
City: Sarasota
State: FL
ZIP Code: 34238

Email Address: mandajordan7000@gmail.com

Area Code: 978
Mobile Number: 886-2788

NCAA Eligibility Center ID: 1903462016

1

**2)** **Basic Eligibility Information**

Please fill out the below to confirm the year(s), the sport(s), and the school(s), in which you competed in Division I college athletics.

○ 2015-2016 Academic Year

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2016-2017 Academic Year

If the information for 2016-2017 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2017-2018 Academic Year

If the information for 2017-2018 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2018-2019 Academic Year

If the information for 2018-2019 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

○ 2019-2020 Academic Year

If the information for 2019-2020 is the same as above, please fill in this circle: ○

School Attended

Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

- **2020-2021 Academic Year**

If the information for 2020-2021 is the same as above, please fill in this circle: ○

Columbia University
School Attended

Women's Soccer
Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

COVID-No Sports Offered
Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

- **2021-2022 Academic Year**

If the information for 2021-2022 is the same as above, please fill in this circle: ○

Columbia University
School Attended

Women's Soccer
Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)

Redshirt-Fall '21 & Spring '22
Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

- **2022-2023 Academic Year**

If the information for 2022-2023 is the same as above, please fill in this circle: ○

Columbia University
School Attended

Women's Soccer
Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)


Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

- **2023-2024 Academic Year**

If the information for 2023-2024 is the same as above, please fill in this circle: ○

Columbia University
School Attended

Women's Soccer
Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)


Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

- **2024-2025 Academic Year**

If the information for 2024-2025 is the same as above, please fill in this circle: ○

SANTA CLARA UNIVERSITY
School Attended

Women's Soccer
Sport (e.g., Women's Basketball, Men's Lacrosse, etc.)


Redshirt semester(s) / semester(s) of ineligibility (e.g.: Fall, Spring)

In order for your claim to be processed for Compensation for Athletic Services and Video Games Damages, please ensure you complete sections 1 and 2 above. To see a description of these categories, visit www.collegeathletecompensation.com.

To file a claim for Lost NIL Opportunities (lost third-party payments for your NIL), please see Section 3.

Please confirm which category, or categories, you are submitting a claim for:

- ● Compensation for Athletic Services (competed as a Division I athlete at any point from 2019-2024 or eligible to compete in 2024-2025)
- ○ Video Games (played Division I FBS Football or Men's Basketball at any point from 2016-2024)
- ○ Lost NIL Opportunities (competed prior to July 1, 2021 and received $ for NIL before July 1, 2023)

3)      **Eligibility Information for Lost NIL Opportunities (third-party payments for your NIL)**

**If you answer no to either of the following two questions, you are not eligible and should not submit a claim for third-party NIL.**

Did you compete on a Division I athletic team prior to July 1, 2021?   ○ Yes  ● No

Did you earn money for your NIL from a third-party while competing as a college athlete since July 1, 2021?   ○ Yes  ● No

**Do you have an NIL deal recorded in our database? Visit the settlement website at www.collegeathletecompensation.com to find out.**

○ Yes  ● No

If your deal is recorded in our database, you will receive a direct payment and do not need to file a claim form if we have your updated contact information (fill out Section 1 and submit this form if you are not sure whether we have your updated contact information).

If your NIL deal is not recorded in our database, please submit records of the NIL deal to us for review.

You can attach paper documents to this form if you are mailing it, or you can submit the records electronically.

4)      **Documentation**

**Enclose a copy of any documents you think would be beneficial to prove your claim, including documents showing the dollar amounts and dates of NIL transactions.**

**Enclose a copy of an official photo identification (like a driver's license or a Student ID).**

5)      **Payment Selection**

If you would like to receive your payment electronically via PayPal or Venmo, you must submit your claim on the website at www.collegeathletecompensation.com. Otherwise you will receive a check payment mailed to the address provided above.

If you qualify for payment and the settlement is approve and finalized, you will receive money each year in equal amounts over ten years through your selected method of payment.

6)      **Certification & Signature**

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct to the best of my knowledge and that I am authorized to submit this claim. I understand that my claim is subject to audit, review, and validation using all available information.

Signature: *Katherine Jordan*                            Dated (mm/dd/yyyy): **03/1/2025**

Print Name: **Katherine Manda Jordan**

Mail your Claim Form with copies of any supporting documents, **postmarked on or before January 31, 2025** to: *House v. NCAA* Settlement Administrator, P.O. Box 301134, Los Angeles, CA 90030-1134.