
Case 4:20-cv-03919-CW    Document 729-1    Filed 03/11/25    Page 1 of 2



**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

GUARANTEED*
★★★ TRACKED ★★★
★★★ INSURED ★★★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

* Money back guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.
× For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.