<u>BY U.S. MAIL AND E-MAIL</u>

The Honorable Claudia Wilken
Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612
cwcrd@cand.uscourts.gov

March 17, 2025

Re: *In re Collegiate Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW

Dear Judge Wilken:

I am a parent of one of the student-athletes objecting to the proposed roster limits in the settlement agreement in the above-referenced action. My son is on the men's golf team at Notre Dame and he filed an objection to the settlement. As he states in his objection, his coach told him that he does not want to cut anyone from the team, but that if the roster limits are imposed then my son will be cut. My husband and I have sought to learn as much as we can about why this is being threatened and whether there is anything that can be done to stop this. We found through social media that hundreds, if not thousands, of parents and their student-athletes have similar concerns. Over the past five months, I have inadvertently become a source for parents to ask questions about this issue via social media.

I reviewed the submissions filed on March 3, 2025 by the lawyers for the class of student-athletes and for the NCAA and saw that they claimed that only nine student-athletes had been cut as a result of roster limits. I know that thousands of athletes will be cut if the roster limits are imposed, but I also know that many, many more than nine athletes have already been cut.

So, I decided to create a survey to gather information about athletes who already have been cut from their teams this season (2024-2025). I created the survey on my own initiative, as a distraught parent, not at the request of any attorneys. I enrolled some other parents of student-athletes to help me design and implement the survey. The survey was captioned "*Survey of athletes who have been cut or are at risk of being cut from their teams*" and was posted on Instagram, X, Facebook, and Change.org. The survey shows that 563 student-athletes have already been, or will be, cut because of the proposed roster limits. A summary of the survey results, as well as the survey responses themselves, have been attached to this letter.

The survey asked for the athlete's NCAA ECID number, as well as their email address and phone number. I did not include these personal details on the attached spreadsheet out of respect for the student-athletes' privacy and because many of the student-athletes are concerned about revealing their personal information. Some student-athletes contacted me and told me that they had been cut from their team but that they would only submit information anonymously, I did

not include information from those athletes in the spreadsheet. I can provide the NCAA ECID numbers for the survey respondents under seal if the Court would like to verify that information.

The column headings in the attached spreadsheet are the questions asked in the survey. Some of the questions had some options that an athlete could choose. For example, "Already Cut" had two options that could be checked – Yes or No. For those who had not already been cut, the next question asked, "Will be cut if roster limits go through." I only included in the attached spreadsheet those athletes who responded Yes to one of those two questions. The student-athletes were then also asked "How many other team members were cut." Some teams had several athletes who completed the survey. But to avoid double counting any student-athlete who has already been cut, I titled the next column on the attached spreadsheet "Total cut from team" and I included it for only one athlete from that team, so that the total at the bottom of the spreadsheet in that column would be relevant. To simplify I created a summary cover page listing each school, the sport, how many athletes reported, and the total reported to come up with my overall total.

While I have done my best, there is no way to quantify the damage, because each team will make cuts that align with their respective seasons. For example, football has until their first game at the end of August to make cuts, which will likely result in thousands of student-athletes losing their spots. It seems clear as a parent of a student-athlete that the plaintiffs' attorneys have not anticipated, or even considered, the harm that *will* be caused by the proposed roster limits.

Student-athletes entering the transfer portal face tremendous stress in having to begin their recruiting anew and leave behind the friends they have made in college. These student-athletes significant emotional and financial harm as a direct result of the proposed roster limits. While it is required for the schools to maintain existing athletic scholarships, student-athletes fear losing access to essential services available only to student-athletes like academic tutoring, meal plans, health insurance, and books.

This has been a very frustrating and sad last few months. This journey started trying to help my son but has become so much larger. My heart breaks for all the athletes who live in fear of being cut from their teams and feel paralyzed to advocate for themselves.

Respectfully submitted,

Gloria Hollingshead
Parent of Lance Hollingshead

| Google Survey Results (Athletes who are cut or will be cut due to the settlement) | | | |
|---|---|---|---|
| SCHOOL | SPORT | # Athletes Reporting | REPORTED CUTS |
| Auburn University | Swimming | 12 | 37 |
| Auburn University | Diving | 3 | 8 |
| Baylor University | Mens Golf | 1 | 3 |
| California Polytechnic State University | Beach Vollyball | 1 | 1 |
| California Polytechnic State University | Swim & Dive | 38 | 60 |
| Coastal | Track & Field | 1 | 10 |
| Creighton University | Men's Golf | 1 | 3 |
| CSULB | XC- Track & Field | 1 | 11 |
| Georgia Inst. of Tech | Swimming | 1 | 20 |
| High Point | Lacross | 1 | 13 |
| Indiana University | Swim | 2 | 21 |
| Liberty University | XC- Track & Field-Men | 14 | 18 |
| Liberty University | XC- Track & Field-Women | | 22 |
| Louisiana State University | Swim & Dive | 3 | 10 |
| Missouri | Swimming | 1 | 8 |
| NC State | Swim & Dive | 1 | 10 |
| Nebraska | Football | 1 | 1 |
| Notre Dame | Mens Golf | 2 | 2 |
| Ohio State | Mens Gymnastics | 1 | 5 |
| Ohio University | Swim & Dive | 1 | 10 |
| Oregon State | Vollyball | 1 | 1 |
| Purdue University | Swimming | 1 | 1 |
| Texas | Swimming | 2 | 13 |
| Texas | Womens Tennis | 1 | 3 |
| Texas A&M | Swimming | 1 | 13 |
| Texas A&M | XC- Track & Field | 1 | 15 |
| U of Michigan | Football | 1 | 14 |
| UC Berkely | Football | 1 | 31 |
| University of Alabama | Men's Swimming | 1 | 1 |
| University of Florida | XC Track & Field | 1 | 9 |
| University of Houston | Swim & Dive | 2 | 3 |
| University of illinois | Swimming | 1 | 5 |
| University of Kansas | Mens Golf | 1 | 4 |
| University of Kansas | Swimming | 1 | 8 |
| University of Louisville | XC Track & Field | 1 | 4 |
| University of Miami | XC Track & Field | 1 | 4 |

| Google Survey Results (Athlets who are cut or will be cut due to the settlement) | | | |
|---|---|---|---|
| SCHOOL | SPORT | # Athletes Reporting | REPORTED CUTS |
| University of Michigan | Swimming | 1 | 9 |
| University of Minnesota | Diving | 1 | 1 |
| University of Missouri | Swimming | 2 | 9 |
| University of South Carolina | Men's golf | 1 | 4 |
| University of South Florida | Football | 1 | 41 |
| University of Tennessee | Swimming | 2 | 6 |
| University of Tennessee | Men's Golf | 1 | 3 |
| University of Tennessee | XC Track & Field-Women | 1 | 6 |
| University of Virginia | Diving | 1 | 11 |
| University of Wisconsin | Swim & Dive | 1 | 2 |
| University of Wyoming | (Swim- Performance) | | |
| Virginia | Diving | 1 | 11 |
| Virginia Tech | Swim | 4 | 25 |
| Virginia Tech | XC & Track | 3 | 14 |
| West Virginia University | Football | 1 | 1 |
| Big 10 School | XC & Track | 1 | 18 |
| | | | |
| | | Total reported: | 563 |
| | | | |

| Timestamp | Has the athlete ALREADY been CUT? | Has the athlete been told they will be cut ONLY if roster limits are approved as part of the House v. NCAA settlement? | ATHLETE | How many other members of the athlete's team have been or will be cut (not counting the athlete)? If not sure leave blank. | SCHOOL NAME | SPORT | What was the reason given by the School/Coach for having to make cuts? | Is the athlete a scholarship athlete (even partial)? | Did the athlete file an objection in the House v. NCAA case? | If the athlete did NOT file an objection, why not? (check all that apply) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2025 7:35:44 | Yes | | 1 | 1 | Notre Dame | Mens Golf | Roster Limits | Yes | Yes | |
| 3/6/2025 8:19:15 | No | Yes | 1 | 5 | University of Tennessee | XC and Track | Roster Limits | Yes | Yes | |
| 3/6/2025 19:42:03 | Yes | | 1 | 2 | Creighton University | Men's Golf | Roster Limits | Yes | Yes | |
| 3/6/2025 19:45:24 | Yes | | 1 | 12 | Texas | Swimming | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/6/2025 19:49:43 | Yes | | 1 | | Auburn University | Swimming 🏊 | Roster Limits | Yes | Yes | |
| 3/6/2025 19:55:39 | No | Yes | 1 | 30 | UC Berkely | Football | Roster Limits | No | No | Did not know it was an option |
| 3/6/2025 20:05:31 | Yes | | 1 | | Auburn University | Swimming | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/6/2025 20:10:53 | No | Yes | 1 | 10 | Coastal | Track | Roster Limits | Yes | No | Did not have time |
| 3/6/2025 20:15:12 | Yes | | 1 | | Auburn University | Men's swimming | Roster Limits | Yes | No | Did not know it was an option |
| 3/6/2025 20:17:43 | Yes | | 1 | 10 | Virginia | Diving | Roster Limits | No | No | Was cut after deadline, not expected prior |
| 3/6/2025 20:44:15 | Yes | | 1 | | Auburn University | Swimming | Roster Limits | Yes | Yes | |
| 3/6/2025 20:53:25 | No | Yes | 1 | | Liberty University | Cross Country & Track | Roster Limits | No | No | Did not know it was an option, Did not have time |
| 3/6/2025 21:00:34 | No | Yes | 1 | | Liberty university | Cross country, track and field. | Roster Limits | No | Yes | |
| 3/6/2025 21:00:34 | No | Yes | 1 | | Liberty University | Track | Roster Limits | No | Yes | |
| 3/6/2025 21:01:01 | Yes | | 1 | | Liberty University | Swim & Dive | Roster Limits | No | Yes | |
| 3/6/2025 21:03:34 | Yes | | 1 | 4 | Ohio State | Mens gymnastics | Roster Limits | No | No | Did not know it was an option |
| 3/6/2025 21:04:57 | Yes | | 1 | | Auburn University | Men's Swimming | Roster Limits | Yes | Yes | |
| 3/6/2025 21:08:19 | No | Yes | 1 | 2 | Texas | Tennis | Roster Limits | No | Yes | |
| 3/17/2025 12:30:04 | Yes | No [1] | 1 | 10-15 [2] | Virginia tech | Cross country/track | Roster Limits | No | Yes | |
| 3/6/2025 21:18:59 | Yes | | 1 | 13 | Virginia Tech | Track and xc | Roster limit, budget, change in ncaa development | No | No | Did not know it was an option, Concerned about cost of hiring an attorney, Did not have time |
| 3/6/2025 21:26:53 | Yes | | 1 | 9 | Ohio University | Diving | Roster Limits | Yes | No | Did not know it was an option, Concerned about cost of hiring an attorney |
| 3/6/2025 21:49:31 | No | Yes | 1 | 30 | Liberty University | Track and field and cross country | Roster Limits | No | Yes | |
| 3/6/2025 22:10:54 | No | Yes | 1 | | Liberty University | Track and cross-country | Roster Limits | No | No | Did not have time |
| 3/6/2025 22:25:18 | No | Yes | 1 | | Nebraska | Football | Roster Limits | No | Yes | |
| 3/6/2025 22:48:09 | Yes | | 1 | 7 | Missouri | Swimming | Roster Limits | Yes | Yes | |
| 3/7/2025 6:09:19 | Yes | | 1 | | Liberty University | Track and Field | Roster Limits | No | Yes | |
| 3/7/2025 10:42:53 | No | Yes | 1 | 8 | university of missouri | swimming | Roster Limits | Yes | Yes | |
| 3/7/2025 11:31:24 | Yes | | 1 | | Auburn University | Swim and Dive | Roster Limits | Yes | No | Did not have time |
| 3/7/2025 13:07:18 | No | Yes | 1 | 7 | University of Kansas | Swimming | Roster Limits | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker |
| 3/7/2025 14:59:31 | No | Yes | 1 | | West Virginia University | Football | PWO offer if roster limit is 128. | No | No | Did not know it was an option |
| 3/7/2025 16:15:10 | Yes | | 1 | | Purdue University | Swimming | Roster Limits | Yes | No | Did not know it was an option |
| 3/7/2025 17:35:47 | No | Yes | 1 | 5 | University of Tennessee | Men's Swimming | Roster Limits | Yes | Yes | |
| 3/7/2025 18:20:02 | Yes | | 1 | | University of Houston | Swimming & Diving (specifically swim) | Roster Limits | Yes | | Did not know it was an option |
| 3/7/2025 18:52:57 | Yes | | 1 | | University of Minnesota | Diving | Travel team can't support | Yes | No | Did not know it was an option |

| Timestamp | Has the athlete ALREADY been CUT? | Has the athlete been told they will be cut ONLY if roster limits are approved as part of the House v. NCAA settlement? | ATHLETE | How many other members of the athlete's team have been or will be cut (not counting the athlete)? If not sure leave blank. | SCHOOL NAME | SPORT | What was the reason given by the School/Coach for having to make cuts? | Is the athlete a scholarship athlete (even partial)? | Did the athlete file an objection in the House v. NCAA case? | If the athlete did NOT file an objection, why not? (check all that apply) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/2025 19:46:43 | Yes | | 1 | 1 | University of Houston | Swimming & diving | Roster Limits | Yes | Yes | |
| 3/8/2025 15:24:47 | Yes | | 1 | | Cal poly | Swimming | financial reasons | No | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney |
| 3/8/2025 15:29:45 | Yes | | 1 | | Cal Poly | Swim | Money | No | Yes | |
| 3/8/2025 15:30:07 | Yes | | 1 | | Cal poly | women's swimming and diving | financial | No | No | Did not know it was an option |
| 3/8/2025 15:30:40 | Yes | | 1 | | Cal poly | Swimming & Diving | Finances | No | No | Did not know it was an option, Concerned about cost of hiring an attorney, Did not have time |
| 3/8/2025 15:30:53 | Yes | | 1 | | Cal poly | Swimming and Diving | Financials | Yes | No | Did not know it was an option, Did not have time |
| 3/8/2025 15:31:20 | Yes | | 1 | | Cal poly | Swimming and Diving | financial reasons | No | No | Did not know it was an option |
| 3/8/2025 15:45:49 | Yes | | 1 | | Cal poly | Swim and dive | Budget issues | Yes | No | Did not know it was an option, Did not have time |
| 3/8/2025 15:56:58 | Yes | | 1 | | Cal poly | Swim and dive | Budget cuts | Yes | No | Did not know it was an option |
| 3/8/2025 15:58:10 | Yes | | 1 | | Cal poly | Swimming and Diving | Budget and Funding | No | No | Did not know it was an option, Concerned about cost of hiring an attorney, Did not have time |
| 3/8/2025 16:19:07 | Yes | | 1 | 9 | NC State | Swimming And diving | Roster Limits | No | No | Did not know it was an option |
| 3/8/2025 17:05:33 | Yes | | 1 | | Cal poly | Swimming | financial | No | No | Did not know it was an option |
| 3/8/2025 17:32:22 | Yes | | 1 | | Cal Poly | Swimming and Diving | Financial problems due to budget decrease and House case | No | No | It happened Friday March 7th |
| 3/9/2025 1:52:10 | Yes | | 1 | 4 | CSULB | Cross Country and Track and Field | Roster Limits | No | No | Did not know it was an option, Concerned about cost of hiring an attorney |
| 3/9/2025 10:53:46 | Yes | | 1 | 25 | Virginia Tech | Swim and dive | Roster Limits | Yes | No | Did not know it was an option |
| 3/9/2025 10:53:53 | Yes | | 1 | | Virginia Tech | Swim | Roster Limits | No | No | Did not know it was an option |
| 3/9/2025 16:49:46 | Yes | | 1 | | Cal poly | Swimming | Monetary | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney, Did not have time |
| 3/9/2025 17:17:18 | Yes | | 1 | | Oregon State | Volleyball | | Yes | No | |
| 3/9/2025 19:58:00 | Yes | | 1 | | Cal Poly | Swim and Dive | Budget | Yes | No | Did not know it was an option, Whole program was cut |
| 3/9/2025 19:58:57 | Yes | | 1 | | Cal Poly | Swim and Dive | Money | Yes | No | Did not know it was an option |
| 3/9/2025 20:00:28 | Yes | | 1 | 60 | Cal Poly | Swim & Dive | Financial Reasons | Yes | | Did not know it was an option |
| 3/10/2025 10:00:42 | No | Yes | 1 | 8 | University of Florida | Cross Country / Track and field | Roster Limits | Yes | No | Did not know it was an option |
| 3/10/2025 11:02:39 | No | No | 1 | | University of Michigan | Swimming | Roster Limits | Yes | No | Didn't know we could |
| 3/10/2025 12:16:32 | Yes | | 1 | | Cal Poly | Swimming | | No | No | Did not know it was an option |
| 3/10/2025 12:16:56 | Yes | | 1 | | Cal poly | Swimming and Diving | financial | No | No | Did not know it was an option |
| 3/10/2025 12:20:26 | Yes | | 1 | | Cal Poly | swim & dive | Roster Limits | Yes | No | Did not know it was an option |
| 3/10/2025 12:40:15 | Yes | | 1 | | Cal poly | swim and dive | Budget cuts | No | No | Did not know it was an option |
| 3/10/2025 12:45:26 | Yes | | 1 | | Cal poly | Swim | No funding, but they also won't let us fundraise?? | Yes | No | Did not know it was an option |
| 3/10/2025 14:14:16 | Yes | | 1 | | Cal Poly | Swimming and Diving | Cutting the program as a whole; budgetary limits. | Yes | No | Did not know it was an option |

| Timestamp | Has the athlete ALREADY been CUT? | Has the athlete been told they will be cut ONLY if roster limits are approved as part of the House v. NCAA settlement? | ATHLETE | How many other members of the athlete's team have been or will be cut (not counting the athlete)? If not sure leave blank. | SCHOOL NAME | SPORT | What was the reason given by the School/Coach for having to make cuts? | Is the athlete a scholarship athlete (even partial)? | Did the athlete file an objection in the House v. NCAA case? | If the athlete did NOT file an objection, why not? (check all that apply) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/10/2025 16:57:01 | Yes | | 1 | | University of Alabama | Men's Swimming | Roster Limits | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney |
| 3/10/2025 21:53:40 | Yes | | 1 | 4 | University of illinois | Swimming | Roster Limits | Yes | No | Did not know it was an option |
| 3/11/2025 13:46:10 | Yes | | 1 | 3 | University of Tennessee Knoxville | Swimming | Roster Limits | Yes | Yes | |
| 3/11/2025 14:36:00 | Yes | | 1 | 37 | Auburn University | Swimming | Roster Limits | Yes | Yes | |
| 3/11/2025 15:57:21 | Yes | | 1 | 7 | Louisiana State University | Swimming | Roster Limits | Yes | Yes | |
| 3/11/2025 19:41:15 | Yes | | 1 | | Cal Poly | Swimming and Diving | Financial reasons | Yes | No | Did not know it was an option, Concerned about cost of hiring an attorney |
| 3/11/2025 19:54:12 | Yes | | 1 | | Auburn University | Swimming | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/11/2025 21:53:20 | | Yes | 1 | | Cal poly | Beach volleyball | Roster Limits | Yes | No | Did not know it was an option |
| 3/11/2025 22:39:33 | Yes | | 1 | | Cal poly | Swimming | Budget cuts | No | No | Did not know it was an option |
| 3/12/2025 0:06:45 | Yes | | 1 | 4 | LSU | Swim and dive | Roster Limits | No | No | Did not know it was an option |
| 3/12/2025 9:38:41 | Yes | | 1 | | Virginia tech | Women's Swimming | Roster Limits | Yes | Yes | |
| 3/12/2025 10:24:23 | Yes | | 1 | | Cal poly | Swim and Dive | Funding reasons | Yes | No | Did not know it was an option |
| 3/12/2025 10:27:57 | Yes | | 1 | | Cal poly | Swimming and diving | Cut program due to ncaa settlement | Yes | No | Was not athlete then current senior in high school |
| 3/12/2025 11:07:44 | Yes | | 1 | | Cal poly | Swim/Dive | "Budget" | No | No | Did not know it was an option |
| 3/12/2025 11:20:25 | Yes | | 1 | | Cal poly | Swimming | Financial/Revenue | Yes | No | Did not know it was an option |
| 3/12/2025 11:36:35 | Yes | | 1 | | Cal poly | Swim and dive | Money | Yes | No | Did not know it was an option |
| 3/12/2025 11:48:15 | Yes | | 1 | | Cal poly | Swim | $450k NCAA House Payment | Yes | No | Did not know it was an option, Concerned about cost of hiring an attorney |
| 3/12/2025 13:12:36 | Yes | | 1 | | Cal poly | Swim & Dive | Not enough money | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney, Did not have time |
| 3/12/2025 13:23:04 | Yes | | 1 | | Cal poly | Swimming | Financially unable to keep the swim team because of the House v. NCAA settlement | Yes | No | Did not know it was an option |
| 3/12/2025 17:41:12 | Yes | | 1 | | Cal poly | Swim and Dive | Financial situation because of this lawsuit. | Yes | No | Did not know it was an option, Concerned about cost of hiring an attorney, Did not have time |
| 3/12/2025 17:51:36 | Yes | | 1 | | Cal poly | Men's Swimming | Budget cuts due to NCAA settlement | Yes | No | Did not know it was an option |
| 3/12/2025 23:05:01 | Yes | | 1 | | Cal poly | Swim & Dive | Financial | Yes | No | Did not have time |
| 3/13/2025 2:43:08 | Yes | | 1 | 60 | Cal Poly | Swimming | Money | No | No | Did not have time |
| 3/15/2025 11:12:43 | No | Yes | 1 | 12 | High Point | Lacrosse | Roster Limits | No | No | Did not know it was an option |
| 3/15/2025 20:19:17 | No | Yes | 1 | 40 | University of South Florida | Football | Roster Limits | No | No | Did not know it was an option |
| 3/16/2025 16:15:25 | Yes | Yes | 1 | 5 | Auburn University | Divers (2 female + 4 Male) [3] | Roster Limits | Yes | Yes | |
| 3/16/2025 17:56:31 | Yes | No | 1 | 26 men | Auburn University | Swimming | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/16/2025 17:58:01 | Yes | No | 1 | 55 | California Polytechnic State University | Swimming and Diving | Program cut | No | No | Did not know it was an option |
| 3/16/2025 18:00:57 | Yes | No | 1 | | University of Wisconsin Madison | Swim and dive | Roster Limits | Yes | No | Did not know it was an option, Did not have time |
| 3/16/2025 18:01:17 | Yes | Yes | 1 | 55 | California Polytechnic State University | Swimming and Diving | Cal Poly Swim/Dive program cut | No | No | Did not know it was an option |

| Timestamp | Has the athlete ALREADY been CUT? | Has the athlete been told they will be cut ONLY if roster limits are approved as part of the House v. NCAA settlement? | ATHLETE | How many other members of the athlete's team have been or will be cut (not counting the athlete)? If not sure leave blank. | SCHOOL NAME | SPORT | What was the reason given by the School/Coach for having to make cuts? | Is the athlete a scholarship athlete (even partial)? | Did the athlete file an objection in the House v. NCAA case? | If the athlete did NOT file an objection, why not? (check all that apply) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2025 18:04:08 | Yes | Yes | 1 | 25 | Virginia tech | Swimming | Roster Limits | Yes | Yes | |
| 3/16/2025 18:11:45 | Yes | No | 1 | >10 | Indiana University | Swim | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney, Did not have time, How does one even execute that plan |
| 3/16/2025 18:20:59 | Yes | No | 1 | 9 women and 10+ Men | Indiana University - Bloomington | Swim and dive | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/16/2025 18:32:31 | Yes | No | 1 | 30+ | Auburn University | Swimming | Roster Limits | Yes | Yes | |
| 3/16/2025 18:52:44 | No | No | 1 | 10-15 | U of Michigan | Football | Roster Limits | No | Yes | |
| 3/16/2025 19:18:17 | No | Yes | 1 | 16-19 | Liberty University | XC/Track | Roster Limits | No | Yes | |
| 3/16/2025 19:19:46 | No | Yes | 1 | 16-19 | Liberty University | Womens XC/Track | Roster Limits | No | Yes | |
| 3/16/2025 19:25:18 | No | Yes | 1 | 3 | University of South Carolina | Men's Golf | Roster Limits | Yes | No | Concerned about cost of hiring an attorney |
| 3/16/2025 19:28:21 | Yes | Yes | 1 | 6 divers, 25 swimmers | Auburn | Diving | Roster Limits | Yes | Yes | |
| 3/16/2025 19:31:55 | No | Yes | 1 | 16 | Liberty University | Cross Country | Roster Limits | No | Yes | |
| 3/16/2025 19:55:18 | Yes | Yes | 1 | 31 | Auburn University | Swimming | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker, Did not have time |
| 3/16/2025 20:05:51 | Yes | No | 1 | 5 minimum | LSU | swimming- mens | Roster Limits | No | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney |
| 3/16/2025 20:10:06 | No | No | 1 | | Liberty University | Cross Country/Track and Field | Roster Limits | No | No | Did not have time |
| 3/16/2025 20:17:07 | No | Yes | 1 | Over half about 14 out of the team cross country | Texas A&M | Cross Country/ track | Roster Limits | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney |
| 3/16/2025 20:18:46 | Yes | Yes | 1 | 14 | Texas A&M university | Women's Swimming | Injury | Yes | Yes | |
| 3/16/2025 20:29:35 | No | Yes | 1 | 16 | Liberty University | Track and Field | Roster Limits | No | No | Did not have time |
| 3/16/2025 21:23:50 | Yes | No | 1 | | University of Wyoming | Swim | Athletic Performance | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/16/2025 22:02:10 | Yes | No | 1 | 3 | Baylor University | Men's Golf | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker |
| 3/16/2025 22:10:41 | Yes | Yes | 1 | One other | Notre Dame | Golf | Roster Limits | Yes | Yes | |
| 3/16/2025 22:16:04 | No | Yes | 1 | 7 | University of Kansas | Swim and dive | Roster Limits | Yes | Yes | |
| 3/16/2025 22:53:47 | Yes | No | 1 | | University of Texas- Austin | Swimming | Roster Limits | Yes | Yes | |
| 3/16/2025 23:22:55 | No | Yes | 1 | 15-18 | Big 10 school | Xc and track | Roster Limits | Yes | No | Fear the coach would think the athlete was a troublemaker, Did not have time |
| 3/16/2025 23:29:52 | Yes | No | 1 | everyone | Cal Poly | Mens Swim and Dive | financial cost | No | Yes | |
| 3/17/2025 2:39:59 | Yes | No | 1 | 13 girls | Texas A&M University | Swimming | roster limits. | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker, Concerned about cost of hiring an attorney |
| 3/17/2025 5:03:52 | No | Yes | 1 | 2 | Tennessee | Golf | Roster Limits | Yes | No | Did not know it was an option |
| 3/17/2025 8:19:02 | No | Yes | 1 | 16 | Liberty University | Cross country/ track | Roster Limits | No | No | Did not have time |
| 3/17/2025 10:11:53 | Yes | Yes | 1 | 11 | University of Virginia | Diving | Roster Limits | No | Yes | |
| 3/17/2025 10:12:16 | Yes | Yes | 1 | Roughly 8 | Auburn University | Diving | Roster Limits | Yes | Yes | |
| 3/17/2025 10:14:44 | Yes | No | 1 | 32 | Auburn University | Men's Swimming | Roster Limits | Yes | Yes | |
| 3/17/2025 11:42:30 | No | Yes | 1 | | Auburn University | Women's Golf | Roster Limits | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker |

| Timestamp | Has the athlete ALREADY been CUT? | Has the athlete been told they will be cut ONLY if roster limits are approved as part of the House v. NCAA settlement? | ATHLETE | How many other members of the athlete's team have been or will be cut (not counting the athlete)? If not sure leave blank. | SCHOOL NAME | SPORT | What was the reason given by the School/Coach for having to make cuts? | Is the athlete a scholarship athlete (even partial)? | Did the athlete file an objection in the House v. NCAA case? | If the athlete did NOT file an objection, why not? (check all that apply) |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/17/2025 12:45:52 | Yes | Yes | 1 | | University of Missouri | Swimming | Roster Limits | Yes | No | Did not know it was an option |
| 3/17/2025 13:04:41 | No | No | 1 | 20 | Georgia Institute of Technology | Swimming | Financial | No | Yes | |
| 3/17/2025 14:14:02 | Yes | No | 1 | 15 | Virginia Tech | Track/cross country | Roster Limits | Yes | No | Did not know it was an option |
| 3/17/2025 14:58:09 | No | Yes | 1 | 2-4 | University of Miami | Track and Field/Cross Country | People will be asked to try out/get cut because of the new limits-people who don't experience this typically perform better | No | No | Did not know it was an option |
| 3/17/2025 16:26:23 | Yes | Yes | 1 | 3-5 | University of Louisville | Cross Country and Track and Field | Roster Limits | Yes | No | Did not know it was an option, Fear the coach would think the athlete was a troublemaker |
| 3/17/2025 21:56:33 | Yes | No | 1 | 3 | University of Kansas | Men's Golf | Roster Limits | Yes | Yes | |