EXHIBIT

7

_____

**ANNEX A – SUMMARY OF PRINCIPAL TERMS**

| NIL Consideration (Cash) | Consideration Period (e.g. monthly, quarterly, etc) | Dates (Payment Periods) | Amount | Payment Date |
|---|---|---|---|---|
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| | |
|---|---|
| **NIL Consideration (Non-Cash)** | |
| **Bonus** | *The current assumption is that the Bonus will count against the cap when agreed by Institution to pay. |
| **Adjustment** | The NIL Consideration is a projected amount based on the current promotional value of using the Athlete's NIL. The Institution in its discretion may, at any time, adjust the Consideration to reflect an increase or decrease in the Athlete's NIL value (*e.g.,* a Heisman Trophy win may increase the NIL value and reduced playing time may decrease the NIL value). |
| **Obligations of Athlete** | Athlete will at all times comply with the MOU, including: <br> • Maintain NCAA, _____ and Institution eligibility; <br> • Adhere to all Institution, Conference, and NCAA policies, rules, and codes of conduct; <br> • Report all NIL arrangements with any third party to any entity or entities designated by the NCAA, Conference, or Institution; and <br> • Athlete will enroll at Institution as a full-time student and begin attending classes no later than _____. |
| **Rights Granted** | ***NIL:*** Athlete grants Institution the right to use and sublicense Athlete's NIL to promote the Institution, the Conference, and/or the NCAA and/or such entities' respective third party partners, sponsors, affiliates and sublicensees in any way and in all media now known and hereafter devised (*e.g.,* television, radio, satellite, telephone, internet, streaming, etc.), including, but not limited to, in any and all marketing and promotional materials (*e.g.,* billboards, game-day programs, event signage, on package, Institution social media). <br><br> ☐ ***Merchandise:*** The NIL License includes the ☐non-exclusive ☐exclusive (in the categories below) ☐exclusive (in all categories) right to sell merchandise (jerseys, hats, keychains, etc.) incorporating Athlete's NIL. |

4921-3474-6896.2

| | |
|---|---|
| **Exclusive Categories (NIL License)** | The NIL License will be exclusive in connection with universities/colleges (public or private), and<br>☐ Additional Exclusive Categories:<br>☐ Other Restrictions: |
| **Appearances** | This identifies some of the activities that Athlete may be asked, but is not obligated, to perform in connection with the NIL License:<br><ul><li>Media Days, Press Conferences, Interviews, Video Shoots, Social Media Posts, Merchandise Signing, etc.</li></ul> |
| **Term End Date** | |

4921-3474-6896.2