The Honorable Claudio Wilken
Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612

March 25, 2025

Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919

Dear Judge Wilken,
I am writing to you to register my objection to the House v. NCAA ruling. I did not do so sooner because I did not know it was an option. I have been playing competitive travel baseball since I was eight years old. I have done this because I love the game and dreamed of playing Division I baseball.
This past summer my hard work paid off with a D1 commitment to play baseball at Siena College on 7/15/24. I cannot convey how it felt to have achieved this goal. Due to my high academics, I had received an academic scholarship making the net cost of attendance approximately $31,000 per year. I was aware I would not receive any baseball scholarship but a 4 year Division I education and athletic experience was going to be financially feasible. My family and friends who have been with me throughout my journey celebrated my accomplishment. We heard about an NCAA ruling in early August, but given the timing I thought it didn't apply to me.
Then on August 19, 2024, Coach Jurczynski reached out to my parents. He dropped the bombshell that he was de-committing me due to the new roster limits. He said it had taken him so long to tell us because he was "trying to see if there was a way around it" for me since I wasn't going to be on athletic scholarship. My parents were then put in the position to crush my dreams. They came to me and explained that Siena was de-commiting me, that the coach was sorry but there was nothing he could do. I cannot tell you how I felt in that moment. I thought my parents had to be kidding. How could this happen? I had done all the right things. I let all the schools interested in me know that I had committed and I had given up my playing time to my teammates who were not yet committed for the remainder of the summer. I was no longer on anyone's radar and I was leaving for boarding school in 12 days. I was devastated.
Instead of spending that time saying goodbye to my friends, being with my family, attending a family reunion and getting ready for school, my parents frantically scrambled to bring me to camps to get me back out there. Many coaches were sympathetic to my situation and invited me to come work out, but they weren't really looking. I had a baseball consultant reaching out to all of his contacts to see if there was now a place for me in late August. I was then promised a spot in a high D3 program which was then withdrawn.
Finally, in late September Emory University (a D3 program) asked me to come down. They were interested in me as they had seen me play in July. They told me they'd like me to be on their team but I had missed any opportunity to have a pre-read. They would try to support my application but could not guarantee. At this point, my options were limited. I put all my eggs in that basket. I continued to work hard academically and applied early decision to Emory. I was

accepted to a binding commitment. My cost of attendance per year will be ~$87,000. That means in order to achieve as close to my dream as is accessible, my parents will be paying an additional $56,000 a year - totalling $224,000.

As the final irony to this situation, Siena decided not to opt in to the House v NCAA ruling 3 weeks ago. This ruling has adversely affected hundreds of kids across the country. They have been cut or will be cut. They will scramble to find a way to play the sport they love or give up on it for their education. This ruling as it was handed down is not in the best interests of college athletes. It is to the detriment of any sport that isn't football or basketball and women's sports in particular. In my own circle, I know several kids who were de-committed since August. I can't speak for others, but I have experienced true emotional distress and see the financial stress this will put on my family. Please consider the individuals truly harmed by the ruling.

Sincerely,

Connor Tam
16 Terrace Place
Brooklyn, NY 11218