UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION, et al., | Case No.20-cv-03919-CW |

**NOTICE OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that a request has been made to video record the following proceeding in this case pursuant to General Order 65, as part of the Cameras in the Courtroom Pilot Project. Further information may be found at cand.uscourts.gov/cameras.

Proceeding: Final Fairness Hearing

Date of scheduled proceeding: April 7, 2025 at 10:00 a.m.

Consent to video recording will be presumed unless a party completes the Objection to Request for Video Recording form available at cand.uscourts.gov/cameras by April 4, 2025.

Dated: 3/31/2025

Mark B. Busby, Clerk of Court

*Peacy Geiger*
Signature of Clerk or Deputy Clerk