UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



*In re College Athlete NIL Litigation*
Case No. 4:20-cv-03919-CW
Hon. Claudia Wilken

## NOTICE OF ERRATA AND CORRECTED CERTIFICATE OF SERVICE

ProtectNIL Inc. d/b/a Coach Bank, appearing pro per, respectfully notifies the Court that the Certificate of Service included in the chambers copies only of its Motion for Leave to File Comments on the Proposed Settlement, mailed on March 21, 2025, contained formatting and content errors that omitted or misassigned one or more attorneys.

All parties and counsel of record received the correct Certificate of Service via U.S. Mail with a courtesy email copy.

Attached hereto is the Corrected Certificate of Service, reflecting the accurate and complete list of attorneys and parties as of the date of service.

ProtectNIL regrets the error and submits this notice to ensure the Court's file reflects the correct record.

Dated: March 22, 2025
Respectfully submitted,

Michael Jabara
President and CEO, Pro Per
ProtectNIL Inc. d/b/a Coach Bank
6601 OBannon Dr
Las Vegas, NV 89146

- 1

**CERTIFICATE OF SERVICE (Correct as Served to the Parties)**

I hereby certify under penalty of perjury under the laws of the United States of America that on this 21st day of March, 2025, I caused a true and correct copy of the Motion for Leave to File Comments on the Proposed Settlement by ProtectNIL Inc. d/b/a Coach Bank to be served via U.S. Mail with a courtesy email copy sent subsequently to all counsel of record and parties who are required to be served in this matter, including:

**Judge of Record:**

Hon. Claudia Wilken
U.S. District Court, Northern District of California
1301 Clay Street, Courtroom 2, 4th Floor
Oakland, CA 94612

**Counsel for Plaintiffs:**

Jeanifer E. Parsigian
Winston & Strawn LLP
101 California Street, 34th Floor
San Francisco, CA 94111
jparsigian@winston.com\

Daniel E. Gustafson
Gustafson Gluek PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com

Jeffrey L. Kessler
David G. Feher
David L. Greenspan
Adam I. Dale
Sarah L. Viebrock
Neha Vyas
Drew H. Washington
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
jkessler@winston.com
mailto:dfeher@winston.com
mailto:dgreenspan@winston.com
mailto:aidale@winston.com
mailto:sviebrock@winston.com

mailto:nvyas@winston.com
mailto:dwashington@winston.com

Ben Harrington
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
mailto:benh@hbsslaw.com

Steve W. Berman
Emilee N. Sisco
Stephanie Verdoia
Meredith Simons
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
bens@hbsslaw.com

Jeffrey L. Kodroff
Eugene A. Spector
Spector Roseman & Kodroff, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
jkodroff@srkattorneys.com
espector@srkattorneys.com

**Counsel for Defendant NCAA:**

Beth A. Wilkinson
Rakesh Kilaru
Wilkinson Stekloff LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

Donald M. Remy
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
donald.remy@lw.com

**Counsel for Southeastern Conference (SEC):**

Daniel M. Koffmann
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2400
Los Angeles, CA 90071
daniel.koffmann@wilmerhale.com

**Counsel for Pac-12 Conference:**

Jonathan H. Blavin
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
jonathan.blavin@mto.com

**Counsel for Big Ten Conference:**

Carolyn Hoecker Luedtke
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004-1304
carolyn.luedtke@lw.com

**Counsel for Big 12 Conference:**

Karen Lent
Gregory A. Markel
Matthew Martino
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
karen.lent@skadden.com
gregory.markel@skadden.com
matthew.martino@skadden.com

**Counsel for Atlantic Coast Conference (ACC):**

Stephen McIntyre
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006
smcintyre@omm.com

**Counsel for Defendant Conferences (Liaison Counsel):**

Christopher J. Kelly
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
cjkelly@mayerbrown.com

To the extent any party or authorized representative entitled to service was inadvertently omitted, this Certificate shall be supplemented promptly upon notice. As a pro se non-ECF filer, I have caused service to be made via U.S. Mail with a courtesy email copy to all known counsel of record and parties who have appeared in this matter, based on a diligent review of the public docket.

Executed on March 21, 2025, at Las Vegas, Nevada.

Michael Jabara
President & CEO
ProtectNIL Inc. d/b/a Coach Bank
*pro per*