UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re COLLEGE ATHLETE NIL LITIGATION

Case No. 20-cv-03919-CW

**AMENDED CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that the persons who have responded that they will attend the hearing scheduled for April 7, 2025, and will be speaking are as follows:

**Plaintiffs' Counsel**:

Steve Berman, Jeffrey Kessler, Stephanie Verdoia

**Defense Counsel:**

Rakesh Kilaru

**Objectors' Counsel:**
Steven Molo
Michael Hausfeld
Laura Reathaford
Patrick A. Bradford
Arthur Stock
Leigh Ernst Friestedt
Richard Ford
Andrew Ellis (by Zoom)
Michael McGlamry (by Zoom)
Douglas De Peppe (by Zoom)

**Unrepresented Objectors:**
Gannon Flynn
Gracelyn Laudermilch
Benjamin Burr-Kirven
Olivia Dunne (by Zoom)

Dated: April 1, 2025

Mark B. Busby
Clerk, United States District Court

By: 
Tracy Geiger, Deputy Clerk