

2001 M Street NW, 10th Floor
Washington, DC 20036

WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

April 2, 2025

**BY CM/ECF**

Hon. Claudia A. Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   *In re College NIL Litigation*, No. 4:20-cv-03919-CW

Dear Judge Wilken:

    We represent Defendant National Collegiate Athletic Association ("NCAA") in the above-referenced action.

    We write regarding the objection and reply submitted on behalf of Reese Brantmeier and Maya Joint, ECF Nos. 625 & 743, expressing concern that the terms of the Proposed Settlement in the above-referenced action may be misconstrued to release the claims pleaded in *Brantmeier et al. v. NCAA*, No. 1:24-cv-00238 (M.D.N.C.). Their reply states that they will withdraw their objection if these concerns are addressed. We have conferred with counsel for Ms. Brantmeier and Ms. Joint, and notified them that the NCAA agrees that the Proposed Settlement does not release claims raised in *Brantmeier*. This resolves Ms. Brantmeier and Ms. Joint's concerns and their counsel have authorized us to communicate that their objection to the Proposed Settlement is therefore moot.

    We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      */s/ Rakesh N. Kilaru*

                                      Rakesh N. Kilaru (pro hac vice)
                                      Tamarra Matthews Johnson (pro hac vice)
                                      Calanthe Arat (pro hac vice)
                                      Matthew Skanchy (pro hac vice)
                                      Wilkinson Stekloff LLP
                                      2001 M Street NW, 10th Floor

Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskancy@wilkinsonstekloff.com

Attorneys for Defendant National Collegiate Athletic Association

Cc: All Counsel of Record (via ECF)