Nicholas U. Murphy, II (*Pro Hac Vice*)
**HAUSFELD LLP**
1200 17th Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
nmurphy@hausfeld.com

*Counsel for Objectors Liam Anderson, Jordan Bohannon, Kaire Brown, Talanoa Ili, Ezekiel Larry, Dyson McCutheon, Rodney Sermons, and RJ Sermons*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In re: College Athlete NIL Litigation | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF CHANGE OF ATTORNEY ADDRESS**<br><br>**Hon. Claudi Wilken** |

**TO THE CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 3-11 and 5-1(c)(3) for the Northern District of California, I, Nicholas U. Murphy, II, in the above captioned and numbered action, hereby give notice of change of address. My phone number, facsimile number and email address remain the same. My new mailing address is:

**Nicholas U. Murphy, II**
**HAUSFELD LLP**
**1200 17th Street, NW, Suite 600**
**Washington, DC 20036**
**Telephone: (202) 540-7200**
**Facsimile: (202) 540-7201**
**nmurphy@hausfeld.com**

I have updated my personal profile information in the PACER/ECF system.

| | |
|---|---|
| Dated: April 4, 2025 | Respectfully submitted, |
| | /s/ *Nicholas U. Murphy, II* <br> Nicholas U. Murphy, II (*Pro Hac Vice*) <br> **HAUSFELD LLP** <br> 1200 17th Street, NW, Suite 600 <br> Washington, DC 20036 <br> Telephone: (202) 540-7200 <br> Facsimile: (202) 540-7201 <br> nmurphy@hausfeld.com |
| | *Counsel for Objectors Liam Anderson, Jordan Bohannon, Kaire Brown, Talanoa Ili, Ezekiel Larry, Dyson McCutheon, Rodney Sermons, and RJ Sermons* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to all counsel of record at the email addresses registered in the CM/ECF system.

| | |
|---|---|
| Dated: April 4, 2025 | /s/ *Nicholas U. Murphy, II* <br> Nicholas U. Murphy, II |