```
                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
```

**MINUTE ORDER**

**The Honorable Claudia Wilken, Presiding**
**Date**: **April 7, 2025**         **Time**: 4 hours 44 minutes
**Deputy Clerk**: Tracy Geiger  **Court Reporter**: Raynee Mercado

**Case No.**: 20-cv-03919-CW
**Case Name: In re College Athlete NIL Litigation**
**Case No.**: 23-cv-01593-CW
**Case Name: Hubbard et al v. NCAA et al**

**Appearances for Plaintiff**: Steven Berman, Jeffrey Kessler, Stephanie Verdoia, David Greenspan, Jeanifer Parsigian, Adam Dale

**Appearances for Defendant**: Rakesh Kilaru, Chris Yates (ACC), Britt Miller (B10), Angela Zambrano and Chelsea Priest (B12), Katie Reilly and Robert Fuller (SEC), Whitty Somvichian (P12)

**Appearances for Objectors**: Steven Molo, Sara Tofighbakhsh, Arthur Bryant, Michael Hausfeld, Michael Lehmann, Laura Reathaford, Patrick A. Bradford, Leigh Ernst Friestedt, Richard Ford, Andrew Ellis (by Zoom), Michael McGlamry (by Zoom), Douglas DePeppe (by Zoom)

**Pro Per Objectors**: Gannon Flynn, Gracelyn Laudermilch, Benjamin Burr-Kirven, Olivia Dunne (by Zoom)

**Proceedings**:

Plaintiffs' Motion for Final Settlement Approval (Dkt.717,258)

Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards to Class Representatives (Dkt.583, 253)

Court directed counsel to meet and confer re issues raised and how to address those concerns and file a joint report by April 14, 2025.

Any comment to joint report (1 page limit) due by April 15, 2025.