# Exhibit 1

| | |
|---|---|
| GARRETT R. BROSHUIS (Bar No. 329924)<br>  gbroshuis@koreintillery.com<br>STEVEN M. BEREZNEY (Bar No. 329923)<br>  sberezney@koreintillery.com<br>ANDREW M. ELLIS (*admitted pro hac vice*)<br>  aellis@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone:  (314) 241-4844<br>Facsimile: (314) 241-3525<br><br>GEORGE A. ZELCS (*admitted pro hac vice*)<br>  gzelcs@koreintillery.com<br>MARC WALLENSTEIN (*admitted pro hac vice*)<br>  mwallenstein@koreintillery.com<br>PAMELA I. YAACOUB<br>  pyaacoub@koreintillery.com (*admitted pro hac vice*)<br>**KOREIN TILLERY, LLC**<br>205 N. Michigan Ave., Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750 | ERIC OLSON *(admitted pro hac vice)*<br>  eolson@olsongrimsley.com<br>SEAN GRIMSLEY (Bar No. 216741)<br>  sgrimsley@olsongrimsley.com<br>JASON MURRAY *(admitted pro hac vice)*<br>  jmurray@olsongrimsley.com<br>SAMARA HOOSE (Bar No. 337713)<br>  shoose@olsongrimsley.com<br>**OLSON GRIMSLEY KAWANABE<br>HINCHCLIFF & MURRAY LLC**<br>700 17th Street, Suite 1600<br>Denver, CO 80202<br>Telephone: (303) 535-9151 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-3919-CW<br><br>**Declaration of Seth Beer in Support of Motion for Administrative Relief to Be Added to the Opt-Out List** |

NO. 4:20-cv-3919-CW
**DECLARATION OF SETH BEER**

I, Seth Beer, hereby declare as follows:

1. I am a former baseball player at Clemson University. I submit this declaration in support of my request to be added to the opt-out list for the proposed settlement in this case.

2. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. I played baseball at Clemson during the 2016 through 2018 seasons. In 2016, I was named the national freshman-of-the-year by multiple publications and was an All-American during all three seasons at Clemson.

4. I only recently learned about the proposed settlement in this case. I did not receive the class notice in this case and did not otherwise learn about the proposed settlement until after the January 31 deadline for opting out.

5. Since my last year at Clemson in 2018, I have moved multiple times, so my address has changed multiple times. The address that the administrator had was likely a stale one. Likewise, my Clemson email address has been discontinued and I have no access to it, so the administrator likely had a stale email address.

6. Upon recently learning about the proposed settlement, I immediately took steps to opt out because baseball players during my years are getting very little money out of this settlement, even if they were All-Americans such as myself, and even if they played in front of several thousand people on average during each game played (like at Clemson). I contacted an attorney to assist me with opting out, and sent in a letter to the administrator formally requesting it.

7. It was impossible for me to opt out by the deadline because I did not know about the deadline. Under these circumstances, I ask that the Court honor my request and add me to the opt-out list for the case.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on April 14, 2025,

_____
Seth Beer