# Exhibit 3

| | |
|---|---|
| GARRETT R. BROSHUIS (Bar No. 329924)<br>  gbroshuis@koreintillery.com<br>STEVEN M. BEREZNEY (Bar No. 329923)<br>  sberezney@koreintillery.com<br>ANDREW M. ELLIS (*admitted pro hac vice*)<br>  aellis@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br><br>GEORGE A. ZELCS (*admitted pro hac vice*)<br>  gzelcs@koreintillery.com<br>MARC WALLENSTEIN (*admitted pro hac vice*)<br>  mwallenstein@koreintillery.com<br>PAMELA I. YAACOUB<br>  pyaacoub@koreintillery.com (*admitted pro hac vice*)<br>**KOREIN TILLERY, LLC**<br>205 N. Michigan Ave., Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750 | ERIC OLSON (*admitted pro hac vice*)<br>  eolson@olsongrimsley.com<br>SEAN GRIMSLEY (Bar No. 216741)<br>  sgrimsley@olsongrimsley.com<br>JASON MURRAY (*admitted pro hac vice*)<br>  jmurray@olsongrimsley.com<br>SAMARA HOOSE (Bar No. 337713)<br>  shoose@olsongrimsley.com<br>**OLSON GRIMSLEY KAWANABE**<br>**HINCHCLIFF & MURRAY LLC**<br>700 17th Street, Suite 1600<br>Denver, CO 80202<br>Telephone: (303) 535-9151 |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-3919-CW<br><br>**DECLARATION OF YOELI CHILDS IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO BE ADDED TO THE OPT-OUT LIST** |

NO. 4:20-cv-3919-CW
**DECLARATION OF YOELI CHILDS**

I, Yoeli Childs, hereby declare as follows:

1. I am a former basketball player at Brigham Young University. I submit this declaration in support of my request to be added to the opt-out list for the proposed settlement in this case.

2. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. I played basketball at Brigham Young during the 2016 through 2020 seasons. Among other honors, in 2018-19, I lead the West Coast Conference ("WCC") in scoring and was named All-WCC First Team in 2018-19 and 2019-20.

4. I reside out of the country and did ot receive the settlement notice.

5. After learning of the proposed settlement, I contacted the settlement Administrator to inquire if I would be considered a Power Five player. The Settlement Administrator told me that I would not be treated as a Power Five player and that if I wanted to be included in the settlement I would need to to submit a claim by January 31, 2025.

6. After being informed that I would need to submit a claim to be included in the settlement, I understood that I was not in the settlement class unless I submitted a claim by January 31, 2025. I did not want to be a member of the class and understood that I would be excluded unless I submitted a claim. For that reason, I did not submit a claim by January 31, 2025, and instead believed I would not be in the settlement class.

7. Immediately upon learning that there was a requirement to affirmatively opt out of the settlement, I executed and mailed a completed opt out to the Administrator on March 11, 2025.

8. It was impossible for me to opt out by the deadline because I did not know about the deadline. My calls to the Claims Administrator left me with the understanding that I was not in the class settlement unless and until I submitted a claim.

9. I ask that the Court honor my request and add me to the opt-out list for the case.

1
2      I declare under penalty of perjury that the foregoing is true and correct.
3  Executed on April 14, 2025,
4
5                                          _____
6                                          Yoeli Childs
7
   17469319.1
8