# Exhibit 4

1  GARRETT R. BROSHUIS (Bar No. 329924)
    gbroshuis@koreintillery.com
2  STEVEN M. BEREZNEY (Bar No. 329923)
    sberezney@koreintillery.com
3  ANDREW M. ELLIS (*admitted pro hac vice*)
    aellis@koreintillery.com
4  **KOREIN TILLERY, LLC**
   505 North 7th Street, Suite 3600
5  St. Louis, MO 63101
   Telephone:  (314) 241-4844
6  Facsimile: (314) 241-3525

7  GEORGE A. ZELCS (*admitted pro hac vice*)
    gzelcs@koreintillery.com
8  MARC WALLENSTEIN (*admitted pro hac vice*)
    mwallenstein@koreintillery.com
9  PAMELA I. YAACOUB
    pyaacoub@koreintillery.com (*admitted pro hac*
10 *vice*)
   **KOREIN TILLERY, LLC**
11 205 N. Michigan Ave., Suite 1950
   Chicago, IL 60601
12 Telephone: (312) 641-9750

ERIC OLSON (*admitted pro hac vice*)
    eolson@olsongrimsley.com
SEAN GRIMSLEY (Bar No. 216741)
    sgrimsley@olsongrimsley.com
JASON MURRAY (*admitted pro hac vice*)
    jmurray@olsongrimsley.com
SAMARA HOOSE (Bar No. 337713)
    shoose@olsongrimsley.com
**OLSON GRIMSLEY KAWANABE**
**HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151

13

14

**UNITED STATES DISTRICT COURT**

15  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

16

17  IN RE COLLEGE ATHLETE NIL
    LITIGATION
18

19

20

21

22

CASE NO. 4:20-cv-3919-CW

**DECLARATION OF JAMES OKONKWO IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO BE ADDED TO THE OPT-OUT LIST**

23

24

25

26

27

28

**DECLARATION OF JAMES OKONKWO**

I, James Okonkwo, hereby declare as follows:

1.    I am a former basketball player at West Virginia University from from 2021 to 2023, at North Carolina University from 2023 to 2024, and at Akron University from 2024 to 2025.

2.    I submit this declaration in support of my request to be added to the opt-out list for the proposed settlement in this case.

3.    I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

4.    I mailed a completed opt-out request to the Claims Administrator on January 31, 2025. Attached is the opt-out request that I signed and mailed.

5.    I personally deposited my opt-out request into a mailbox on South Broadway Street in Akron, Ohio, at approximately 4:15 PM on January 31, 2025, after first confirming the mailbox had a pick up time later in the day so that the envelope would be picked up and postmarked January 31.

6.    After depositing my opt-out request I immediately texted my attorney, Chris Macke, and told him I had just mailed it.

7.    I understand that my name does not show up on the list of opt-outs submitted by the Claims Administrator.

8.    I ask that the Court honor my request and add me to the opt-out list for the case.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025,

_____    _____

James                          Okonkwo

17469383.1

1

To:     *House v NCAA Settlement Administrator*

P.O. Box 301134

Los Angeles, CA 90030-1134

My name is : James Okonkwo

My current address is: 22 E Exchange Street, Akron, Ohio, 44308

My NCAA EC ID number is: 2105176927

I want to opt out from the damages classes in In re: College Athlete NIL Litigation,

Case No. 4:20-cv-03919.

Signature