1
2
3
4

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-3919-CW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Judge: Hon. Claudia Wilken |

1   This matter comes before the Court to determine whether to grant leave to four former
2   student-athletes, Seth Beer, Benjamin Burr-Kirven, Yoeli Childs, and James Okonkwo, to opt out of
3   the Class Settlement in *College Athletes NIL Litigation*, No. 4:20-CV-03919 (N.D. Cal).
4   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**
5   Seth Beer, Benjamin Burr-Kirven, Yoeli Childs, and James Okonkwo are granted leave to opt
6   out of the Class Settlement.
7   **IT IS SO ORDERED.**

Dated: _____

The Honorable Claudia Wilken
United States District Court Judge