| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee N. Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (SBN 320229) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah L. Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, WA 98101 | WINSTON & STRAWN LLP |
| Telephone: (206) 623-7292 | 200 Park Avenue |
| steve@hbsslaw.com | New York, NY 10166-4193 |
| emilees@hbsslaw.com | Telephone: (212) 294-6700 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| | dgreenspan@winston.com |
| Benjamin J. Siegel (SBN 256260) | aidale@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | sviebrock@winston.com |
| 715 Hearst Avenue, Suite 300 | nvyas@winston.com |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | Jeanifer E. Parsigian (SBN 289001) |
| bens@hbsslaw.com | WINSTON & STRAWN LLP |
| | 101 California Street, 21st Floor |
| *Class Counsel for Plaintiffs* | San Francisco, CA 94111 |
| | Telephone: (415) 591-1000 |
| [Additional counsel on signature page] | jparsigian@winston.com |
| | |
| | *Class Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Judge: Hon. Claudia Wilken |

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Washington Bar, and I have been admitted to this Court *pro hac vice*. I am the managing partner of Hagens Berman Sobol Shapiro LLP. Hagens Berman Sobol Shapiro LLP, alongside Winston & Strawn LLP, are counsel of record for the Plaintiffs in this matter, having been appointed Co-Lead Class Counsel ("Co-Lead Class Counsel") for the certified damages and injunctive relief Classes by this Court. ECF No. 387 at 52; ECF No. 323 at 10. My business address is 1301 Second Avenue, Suite 2000, Seattle, Washington 98101, I am over the age of eighteen, am competent to testify, and do so based on my personal knowledge.

2. I make this declaration in support of the Joint Supplemental Brief in Support of Final Approval of Class Action Settlement filed in the above referenced action.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Third Amended Stipulation and Settlement Agreement, dated April 14, 2025. The Third Amended Stipulation and Settlement Agreement has revised the following sections in response to the Court's comments at the Final Approval Hearing: defining "College Football Playoff" in Paragraph (1)(j), revising the definition of the "Injunctive Relief Settlement Class" in Paragraph (1)(aa), Paragraph 13 clarifying the intended recipients of the notice program, Paragraph 14 clarifying intended recipients of the additional notice, Paragraph 19 revising the description of the release of injunctive class claims, Paragraphs 20-21 and 36 including language regarding future objections by Incoming Injunctive Relief Settlement Class Members. There are other non-substantive redlines aligning formatting in response to these revisions.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Third Amended Stipulation and Settlement Agreement, dated April 14, 2025 [redline].

5. Attached hereto as **Exhibit C** is a true and correct copy of Co-Lead Class Counsel's proposed draft notice for future Division I college athletes regarding the injunctive relief portion of this settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of April, 2025 at Seattle, Washington.

*/s/ Steve W. Berman*
STEVE W. BERMAN