**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME PURSUANT TO CIVIL LOCAL RULE 6-3 FOR FILING OF OBJECTOR CASTELLANOS' REPLY IN SUPPORT OF MOTION TO STRIKE<br><br>Hon. Claudia Wilken |

-1-

1      This matter comes before the Court on plaintiffs' Administrative Motion to Shorten Time Pursuant to Local Rule 6-3 for Filing of Objector Reply in Support of Motion to Strike ("Motion"). Upon consideration of the foregoing Motion, the papers submitted in support and opposition thereto, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The Court is advancing the due date for Objector Thomas Castellanos' reply in support of his Motion to Strike Parties' Proposed Amended Class Action Settlement from May 13, 2025 to April 22, 2025.

DATED: 4/18/2025

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE