2001 M Street NW, 10th Floor
Washington, DC 20036



WWW.WILKINSONSTEKLOFF.COM
———
A LIMITED LIABILITY PARTNERSHIP

April 18, 2025

**BY CM/ECF**

Hon. Claudia A. Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

**Re:** ECF No. 802, *In re College NIL Litigation*, No. 4:20-cv-3919-CW

Dear Judge Wilken:

We represent Defendant National Collegiate Athletic Association in the above-referenced action.

On behalf of Defendants Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference, and Southeastern Conference, we write regarding the Motion to Strike the Parties' Proposed Amended Settlement filed by Objector Thomas Castellanos, ECF No. 802. Defendants oppose the motion for the same reasons explained in Plaintiffs' opposition. *See* ECF No. 812. We do not intend to submit a separate filing in opposition, unless it would be helpful to the Court.

Respectfully Submitted,

*/s/ Rakesh N. Kilaru*

Rakesh N. Kilaru (pro hac vice)
Tamarra Matthews Johnson (pro hac vice)
Calanthe Arat (pro hac vice)
Matthew Skanchy (pro hac vice)
Wilkinson Stekloff LLP
2001 M St NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskancy@wilkinsonstekloff.com

Attorneys for Defendant National Collegiate Athletic Association

Cc: All Counsel of Record (via ECF)