# John T. Boeheim

Two Quaker Manor Lane
Patterson, New York 12563
(917) 757-7074
boeheim@comcast.net

April 15, 2025

RE: College Athlete NIL Litigation, Case No. 4:20-cv-03919

**The Honorable Judge Wilken,**

I write to you as a concerned parent and advocate for my son, Adam Boeheim (NCAA ECID: 2405286584), a Preferred Walk-On with the Syracuse University Football Team. Adam formally objected to the *House v. NCAA* settlement on January 31, 2025, as part of a group of more than 150 student athletes represented by Steven Molo of MoloLamken.

This settlement, as currently drafted, will actively and irreversibly harm a specific group of class members—current non-scholarship athletes—by removing their roster spots entirely. These are student-athletes who, like my son, have sacrificed, trained, and competed not for money, but for the love of the game and the opportunity to represent their schools. That is not a theoretical or minimal harm—it is a life-changing one. Class action settlements are meant to protect the interests of the class, not discard its most vulnerable members in the name of expediency. This agreement fails to meet that standard.

I watched and listened closely to the April 7th Fairness Hearing and appreciated your thoughtful questions and clear concern that current student-athletes should not be harmed by this settlement. I heard you repeatedly direct the parties to address the issue of roster limits and you even proposed a reasonable solution—an interregnum period—to mitigate potential harm. Yet, both plaintiff and defense counsel completely ignored that direction, leaving roster limits unchanged and opposing a grandfather period.

Their justification for not grandfathering current athletes is contradictory and unconvincing: they claim the number affected is negligible—"in the tens"—yet simultaneously assert that addressing their status is too complex. This inconsistency undermines the integrity of due process, disregards the objection process, and diminishes the role of this Court.

Judge Wilken, you stated clearly during the hearing that if the roster limit issue remained unaddressed, the settlement should not be approved. That directive, and the objections of hundreds of athletes, has clearly been ignored. To approve the settlement now would not only undermine the fairness of the process but also legitimize a deliberate disregard for this Court's authority. A skeptic might suggest they are provoking your denial to give them leverage as Congress considers legislation protecting the NCAA from antitrust regulations. It is sad to think they may be using student athletes as pawns in their multi-billion dollar game of chess.

With deep respect, I also appeal to you on a personal level. I understand this may be your final case before retirement. I ask you to consider whether you want this decision to mark the end of your distinguished career—a ruling that, if approved, would extinguish the dreams of countless student-athletes like my son, who are being quietly and unjustly pushed out.

There is still time to uphold what is just and equitable. I beseech you to deny this settlement.

Sincerely,
**John T. Boeheim**