College Athlete NIL Litigation, Case No. 4:20-cv-03919

The Honorable Claudia Wilken

Dear Judge Wilken,

My name is Kate Barber, a high school senior from Savannah, Georgia. I write to you today with a heavy heart regarding the roster limits in the College Athlete NIL settlement and the devastating personal impact they will have on my future.

Since age six, golf has been my life's passion. I've risen through junior rankings, winning national titles and dedicating my entire childhood to this sport. Every missed birthday celebration, every holiday spent on distant courses rather than with family, every sacrifice was made willingly because I had a dream—to play collegiate golf at the highest level.

When Coach Luellen at Auburn called with an offer, my hands shook so badly I could barely hold the phone. That night, my family celebrated what felt like the culmination of our collective sacrifice. My acceptance wasn't just my victory—it was ours. Auburn wasn't just going to be my school; it was going to be my home, with coaches who saw beyond my technical skills to the heart I pour into every swing.

Then came a period every athlete dreads—a performance slump caused not by lack of effort but by the mental battles that are part of this demanding sport. Just as I was fighting to regain my form and confidence this past summer, I learned about these proposed roster limits. The anxiety was immediate and overwhelming.

The following call I received shattered me. My coach's voice cracked as she explained I would be the one cut—not because I wasn't good enough for Auburn, but because an arbitrary number decided my fate. With no seniors graduating the year I'm set to arrive, our women's golf team would have eleven players—exceeding the proposed limit. That night, I couldn't look my parents in the eyes, feeling like I'd let them down after everything they'd sacrificed.

Your Honor, without a phased implementation, these roster limits don't just change policies—they change lives. Mine. My family. The coaches who believed in me. I'm not asking to disregard the settlement, just to implement it in a way that doesn't punish those of us caught in this cruel timing.

I respectfully ask you to see me not as a statistic or a ranking, but as a young woman whose childhood dream is hanging by a thread that only you can strengthen.

With sincere respect and hope,

Katherine Barber NCAA ECID: # 2308980704