College Athlete NIL Litigation, Case No. 420-cv-03919

The Honorable Claudia Wilken,

My name is Trey Cunneen, and I objected to this settlement on January 31st, 2025.

In my original objection I walked through my personal story and told about how I was cut because of the settlement, however it's clear to me that relying on emotion alone is not going to stop this settlement from going through. I'm sure you have heard many stories from the NCAA about how this settlement is better for athletes, and even my own University of Missouri which has preached about how this settlement ushers in its "will to win" era. However, I want to paint the reality of this situation, that this settlement is doing nothing but making athletic directors and lawyers rich at the expense of college sports.

Let's start with my own school where we have continually preached how increased scholarships are going to benefit our programs. However, this is not the reality. We were recently informed in a team meeting that **Missouri swimming would not be increasing scholarships**. So, we cut 8 team members with the gain to the remaining members being absolutely nothing. Nobody at Mizzou swimming is getting scholarship increases because of this settlement. Furthermore, every single athlete on our team now must swim for the next four years knowing that at the end of that year their swimming career could be over. In addition to this, because of the settlement, our Athletic Director fired our associate head coach meaning that the swimmers that are left behind lost their experience and expertise. Again, I must ask how this settlement is beneficial?

The NCAA recently ran an add campaign talking about how much they care about developing their athletes as people and students first. I ask again how this settlement aligns with that message? Making athletes wake up knowing that if they don't have a good season they will have to quit or transfer while preaching mental health and wondering why more athletes than ever struggle with mental health issues is extremely contradictory. Additionally, they preached about increasing academics, but forcing athletes to transfer and start academics again at a new school cannot possibly be helpful to student academics.

While there are a lot of questions about this settlement one thing seems crystal clear to me. **This settlement is the death of college and Olympic sports as we know it.** Obviously, grandfathering these cuts in does not solve all of these issues but it helps to protect those who made their school decision not knowing that this was coming. I ask that you consider the overall benefit versus the loss that comes from grandfathering when you review this settlement.

-Trey Cunneen NCAA ECID Number 2101996651