To the Honorable Claudia Wilkens,

RE: College Athlete NIL Litigation, Case No. 4:20-cv-03919

I respectfully submit this statement in strong opposition to the inclusion of roster limits as part of the House v. NCAA settlement framework.

As a mother of a 2026 high school graduate who has been training 20 hours a week since she was 8 years old with hopes of doing D1 gymnastics, I am seeing her chances of that happening being cut dramatically by the roster limits.  By rough count, D1 gymnastics will lose over 100 spots in an already extremely competitive sport, where there may be only 4 or 5 openings on a given team at any year as it is and the very small number of teams.  You are not only taking away dreams but also the experience of being part of a college team, of which there is no substitution.

This restriction by the NCAA and its member institutions limits opportunities for student-athletes and suppresses access to the college athletics marketplace. These limits are top-down constraints that disproportionately impact non-revenue and Olympic sports. They restrict the supply of athletic opportunities while artificially controlling the cost structure of athletic departments.

I urge the Court to reject any attempt to impose or legitimize such limits within this settlement.

Heather Sensi

Columbus, NJ

Mother of a level 10 gymnast with D1 aspirations