Ronald V. Dellums Federal Building & United States Courthouse
c/o Class Action Clerk
1301 Clay Street
Oakland, CA 94612


Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919

To The Honorable Claudio Wilken:

I am writing as the parent of a current Division I athlete, deeply concerned about the potential effects of the roster limits outlined in the House settlement. After carefully following the April 7th hearing, I wanted to offer a few points that I believe may not have been fully considered or communicated during the proceedings. My hope is that these additional details may provide further clarity on the situation, particularly as it pertains to the current student-athletes who may be impacted.

1. The Impact of Roster Limits on Athletes
   It is my understanding that the new roster limits could potentially result in a significant reduction of spots across NCAA "non-revenue" or Olympic sports, with estimates suggesting that as many as **10,000** roster spots may be affected. During the hearing, it seemed that the extent of these reductions might not have been fully conveyed. Coaches have informed athletes, including my daughter and her teammates, that the cuts are a direct result of this settlement, which means that these are not just abstract numbers; they are real individuals whose opportunities are at risk.

2. Clarifying the Role of Coaches in the Cut Process
   While it is true that coaches have the authority to make decisions regarding roster spots, I believe there may have been some confusion regarding the process. Historically, cuts are typically made with careful consideration and often involve an appeal process to ensure fairness and transparency. The suggestion that coaches have an absolute and unrestricted right to make cuts without any safeguards does not fully capture the complexity of the decision-making process, which has often included protections for student-athletes.

3. Clarification Regarding Class Members and the Settlement Process
   Counsel argued that tens of thousands of class members opted into the settlement and that relatively few objections were filed, but they failed to differentiate between former athletes who stand only to gain, and the injunctive relief class, which was unable to opt out of this part of the settlement and are at greatest risk. Counsel also ignored the fact that very few current student-athletes are even aware of the settlement, and those who are had no idea they could file objections and/or were afraid of retribution from their Coaches/Athletic Departments. Thousands of current athletes are now facing the possibility of losing their roster spots, many only finding out when their coach tells them

   their spot is no longer guaranteed. This lack of communication is a betrayal of the trust these athletes have placed in their coaches and their schools.

4. Potential Consequences of Roster Cuts
   Tens of thousands of student-athletes—many of whom are not on scholarship—are now at risk of losing not just a "spot" on their teams, but all the vital resources and benefits that were promised to them when they were recruited. These athletes rely on their athletic programs for much more than just the opportunity to compete. They count on academic advising, tutoring, meals, medical care, mental health services, training and development, as well as opportunities for Name, Image, and Likeness (NIL) deals. Furthermore, the recent **Alston money** ruling allows schools to offer additional educational benefits to athletes, such as payments for laptops, study-abroad programs, and other academic support, all of which are now at risk if roster cuts go through. Families have made significant financial decisions based on these promises of support, relying on the understanding that their student-athletes would not only have the opportunity to play but also the resources to succeed academically and personally. If these roster limits are approved, the transfer portal will be flooded with athletes searching for new opportunities, many of whom will face the reality that their credits may not transfer, further complicating their academic futures. This will only create more competition for fewer spots and increase the financial burden on families as they navigate the complexities of transferring, potentially facing additional costs that they never anticipated when they made their initial college decisions. These cuts are not just about losing a "spot" on the team; they are about tearing away a support system that athletes and their families have relied on for their academic and athletic success.

Thank you for your time and consideration. I hope this additional context helps to provide a clearer picture of the potential consequences for current student-athletes. I really appreciate your consideration of roster limits and your willingness to explore an alternative like grandfathering in current rostered students-athletes.


Sincerely,

Concerned Parent of an SEC D1 Athlete