The Honorable Claudia Wilken,


Lawyers who stand to make SEVERAL HUNDRED MILLION DOLLARS IMMEDIATLY AND BILLIONS IN THE FUTURE have disrespected the court and strong-armed their clients into submission. This case is UNIQUE because those who need to speak up to educate the court and put an end to this cannot- the athletes are afraid to voice their concerns as they fear retaliation, even coaches whose athletic directors have consented to the settlement cannot voice their concerns for fear of losing their jobs, so the court is only hearing the voice of the NCAA and graduated athletes with nothing to lose and a lot of money to gain. If roster caps are abruptly put in place the consequences for the athletes and all of college sports will be devastating, and it could create a massive onslaught of new litigation. Current athletes and athletes who have committed for 2025-26 cannot change course at this point. And roster caps are NOT NECESSARY for any legal purpose, merely desired by the parties so they can rubber stamp the agreement and collect their several hundred million dollar fee agreements.

Only YOUR HONOR has the power to stand up to those doing wrong by college athletics in the United States of America.


Thank you,
Kristin Smith