United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

College Athlete NIL Litigation, Case No. 4:20-cv-03919

April 15, 2025

To The Honorable Claudia Wilken,

My name is Adam Boeheim, and I'm an 18-year-old freshman football player at Syracuse University. I objected to this settlement on January 31, 2025. I'm writing to you not just as an athlete, but as someone who's living the dream I've worked toward for as long as I can remember. I'm also writing to you as a preferred walk-on—one of the many student-athletes across the country whose future in college sports is at risk because of the proposed roster limits in the amended settlement in *House v. NCAA*.

I've poured everything I have into this opportunity—countless hours training, studying, staying disciplined, and believing that if I worked hard enough, I could earn my place. And I did. I may not be on scholarship, but I wear the same jersey, put in the same effort, and represent my school with the same pride as anyone else on the team.

That's why it's heartbreaking to think that my spot—and the spots of thousands of others like me—could be taken away because of a decision that doesn't seem to consider what this means for real people. We're not just numbers on a roster. We're students, teammates, and competitors who have earned the right to be here.

Your Honor, I saw that you brought up the idea of grandfathering current walk-ons and phasing in any changes gradually. That gave me hope. It showed that someone in this process sees us. But now that the NCAA has come back with no changes—still imposing hard roster limits—I honestly feel like we've been left behind.

Walk-ons have always been a part of what makes college sports special. Some of the greatest athletes in history started as walk-ons: J.J. Watt, Clay Matthews, Baker Mayfield. They weren't handed a scholarship—they fought for their opportunity. And look at where they are now. Those stories inspired me. And now I hope mine can matter too.

The truth is, these roster limits won't hurt the NCAA. But they'll absolutely crush walk-ons like me. We don't cost them anything—we're not asking for money or special treatment. We're just asking for a chance to stay.

I know I'm only one person, and I know this is a big case with a lot of moving parts. But I hope you'll think about the impact this will have on young athletes who are just trying to live their dreams. Please don't let the amended settlement go through the way it is. Please don't let walk-ons be the ones who get pushed aside.

Thank you so much for taking the time to hear me. It means more than I can put into words.

Sincerely,
Adam Boeheim
Preferred Walk-On, Syracuse University Football
NCAAECID: 2405286584