College Athlete NIL Litigation, Case No. 4:20-cv-03919

The Honorable Claudia Wilken,

I write this as a HS coach and parent. I coach Varsity Football and Varsity Girls Flag Football and have also coached high level club baseball. My daughter currently plays three sports as well.

I have seen how recent NCAA rule changes have destroyed the dreams of many high school athletes via the transfer portal and the free covid eligibility years.

This latest settlement is the next way the NCAA is killing HS dreams. I believe this settlement to be an anti-trust violation in that the member schools have banded together to avoid competing for the services of thousands upon thousands of potential college athletes. This settlement provides little savings to big schools in the grand scheme but also prevents thousands from future participation in college sports. Next will be NCAA figuring ways around Title IX to cut women's non-revenue sports. Please re-consider this decision and consider the future athletes, especially girls, that will be affected by this slippery slope. Thank you your honor.

Respectfully,
Aaron Chiles