College Athlete NIL Litigation, Case No. 4:20-cv-03919

The Honorable Claudia Wilken,

    I, Brody Singley, objected to this settlement on January 30, 2025.  I am a senior at West Nassau  High School in Florida and am a competitive swimmer and Division 1 recruit – NCAA ECID # 2301754812.

    During high school, I won 4 Championships at the Florida High School Athletic Association Class 2A State meets.  I also competed at National level USA Swimming Meets such as Futures Championships, Winter and Summer Junior Nationals and Open Water Nationals.  My family and I invested a lot of time and resources to allow me to compete in these tournaments – sometimes even travelling across the country.

    My performance in high school earned the attention of several Power 4 college swim teams and I ultimately decided to attend Auburn University.  I verbally committed to swim for Auburn in November 2023 and in the fall of 2024 I submitted my application to the school as well as paid my housing deposit.  Then, only a week before signing day in November 2024, I received a phone call from the coach at Auburn.  He informed me about the *House v. NCAA* settlement and the roster limits.  Due to the roster limits, he said the program would have to cut their roster down from over 40 swimmers to just **22** and I no longer had a spot at Auburn.

    As a result of these proposed roster limits, my plans for the fall are entirely up in the air.  I have been preparing to attend Auburn in the fall, now I have had to scramble to try and explore other programs before it is too late.  The recruiting process is further complicated by the fact that hundreds of other recruits have lost their spots due to the roster cuts. I reached out to countless schools, only to be told that there are simply no spots left or we are waiting on the transfer portal.

    As an incoming freshman athlete, it's disappointing that I have zero representation.  This settlement is being sold as a win for athletes, when it's actually only a win for football and basketball.  What lawyers are claiming is a win for me is the very thing that has eliminated my roster spot.  I always thought the NCAA was around to provide opportunities for hard working student athletes who wanted to reach their full potential.  The proposed roster limits do the opposite – they are killing our potential as athletes and as students early.

    Thank you for pushing back on the NCAA to change the roster limits.  Please continue doing so and have the NCAA phase in the roster limits to give the athletes who verbally committed a chance to prove why we were recruited to the Power 4.

Sincerely,
Brody Singley
Class of 2025 Athlete