College Athlete NIL Litigation Case No. 4:20-cv-03919

Dear Honorable Claudia Wilken,

My name is Jack Bowers, and I am a student-athlete at the University of California, Berkeley. I write to you with deep concern as implementing the no roster limits policy threatens to derail both my athletic and academic future.

      At just 14 years of age, I decided to leave my family and move to Germany to live with a host family. I did this to pursue my dream of playing soccer at a high-level while attending a rigorous International Baccalaureate school. I sacrificed being away from a loving family and lifelong friends to follow one purpose and that was to earn the chance to compete and learn at one of the world's best universities.

      My dream came true when I was recruited to UC Berkeley. I have made a home here in Berkeley and built lifelong relationships with people who have challenged and inspired me to be the best person I can be on and off the field. In addition, I am currently a candidate for the Haas Business Program, and every day, I strive to live up to the Golden Bear standard. But now, with the pending enforcement of the roster limits, I am faced with an unimaginable decision: give up soccer or enter the transfer portal to a school with fewer academic opportunities to continue playing a sport, I have dedicated everything to my entire life.

      I sincerely thank you for giving affected athletes like me a chance to be heard. We are living in fear of this decision every day and many of us feel powerless and afraid. It is unclear to me why this shift is happening in such a destructive way. Why must the solution create injustices for current student athletes who have done everything right?

      I respectfully urge you to grandfather current scholarship athletes who hold roster spots. This would protect those of us who have sacrificed and planned our lives around the security we were once promised.

      Thank you for your consideration. I hope my personal story helps illustrate just how high the stakes are for real people like me.

Yours truly,

Jack Ryan Bowers

NCAA ID#2006884671

Student-Athlete, UC Berkeley