April 15, 2025
Re: *In re College Athlete NIL Litigation, Case No. 4:20-cv-03919-CW*

To the Honorable Claudia Wilken,

      I Julia Seeley objected to this settlement on January 31, 2025. I am a current Division I athlete at Liberty University running cross country and track and field. If the roster limits are passed, I will be cut and no longer have a spot on the team. I will lose my title of a Division 1 athlete, receive no coaching, training, weight room access, tutors, academic counseling, financial counselors, athletic trainers, meal plans, medical treatment, and my rooming/housing situation for next year is uncertain. Athletic scholarships that were in my future are no longer available. The idea of using my talent to pay for college is no longer an option which has added an incredible amount of stress. This settlement is largely about money, so what about us? Why are our voices being ignored? What about the scholarships we would've received had we'd been able to continue competing throughout college.
      Since I will be cut after my outdoor season of 2025, the fear of the unknown is causing anxiety and unnecessary levels of stress. All the years of hard work, determination, sacrifices I've made along the way and perseverance to remain at this level was for nothing. I was told I would be on this team for 4 years and was being trained to be a scorer at Conference in the upcoming years. These goals and dreams I've had to compete at a high level in just a few hours will be shattered. If you allow these roster limits to take affect many girls dreams will be crushed. This isn't only affecting the current college students but all the generations after me. The 13-year-old girl who currently has a dream to run Division 1 does not have the same opportunity or chance I had just a few months ago. How many great athletes would've been cut? So many professional athletes were walk ons, and with time and the correct training became champions. Tom Brady, Scottie Pippen, and Antinio Brown are just a few under dogs that were given a chance because of the potential the coaches saw in them. If they were athletes today no one would know their name or stories. The age of college walk ons is dead, the idea of the American Dream where you can be great if you work hard, and given opportunities is over. I am living in fear of the unknown every day, I do not know where I will be next year. I am writing this crying and beg that you will listen to my plea and my fellow opponents from across the country and you will not pass this ruling. We have worked very hard to be here to not have all of our goals and dreams crushed.

Sincerely,

Julia Seeley
NCAA ECID# 2307964420