

1019 Regents Blvd, Suite 103
Fircrest, Washington 98466

P.O. Box 65315
University Place, Washington 98464

Stuart C. Morgan
stu@smb-lawyers.com

(253) 327-1705

April 15, 2025

Via Email – 9Docketing@cand.uscourts.gov


The Honorable Claudia Wilken

Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919


Dear Judge Wilken:

Thank you for the opportunity to provide comment on the above-referenced matter.  I am astonished that private parties can bind roster numbers for all college athletics in the United States through one lawsuit.  My daughter is a minor. She is 15.  She is an athlete.  She would like to play her sport in college some day if she is able to find the right college for her education and it works out.  She has no idea what that college is.  She is 15.  Yet, you are being asked to make a decision that impacts her future by imposing a cap on all college rosters.  This is directly contrary to any mission statement ever made by the NCAA and it has significant, wide-sweeping impact on thousands and thousands of minors who will be damaged if any roster limitation if ordered by a court.

Why should any college be limited in the number of students that college decides to carry on a roster for any sport?  It makes no sense.  This is clearly a situation (like most situations involving the NCAA at this point) about money. Money is the only thing the NCAA truly cares about.

What I don't like is the negative impact on young people.  It's unfair and unjust.  In many ways, I am glad my daughter is a minor.  Her claims related to this are tolled until she reaches the age of majority but what a thing to have to go through as a kid – to have to worry about something like this.  Life is hard enough on kids with everything they have to worry about.

I ask that you do the world a favor and decline to enforce the settlement.


Stuart C. Morgan