**Lara Rimmel**                                                                April 15, 2025
622 Kinvarra Place
Purcellville, VA 20132
lrimmel2@gmail.com
540-336-4568

**Re: Case No. 4:20-cv-03919**

Dear Judge Claudia Wilken,

My name is Lara Rimmel, and I am writing to you as a mother of Jake Rimmel — one who has spent years watching her child work tirelessly toward a dream that now feels like it's slipping away. My son has recently been cut from his Power 4 ACC Track and Field team, a heartbreaking result of the ongoing changes connected to **College Athlete NIL Litigation, Case No. 4:20-cv-03919.**

Since the 5th grade, my son has had one goal in mind: to become a Division I athlete. This wasn't just a passing childhood dream. He has worked harder than most kids his age — giving up summers, weekends, social events, and free time — all to chase something he loved. He trained when no one else was watching. He stayed disciplined when it would've been easier not to. And our family stood by him through every step, sacrificing time, money, and comfort so he could reach the level he dreamed of.

He chose Virginia Tech not just because it had a great track program, but because he truly fell in love with the school — the academics, the culture, the people, the campus. It felt like home. Now, with the changes to roster limits, he's been forced off the team. If he wants to continue running, he'll have to leave the place he's poured his heart into, potentially lose academic credits, move far from home, and start all over again somewhere else. Not only is that emotionally crushing, it places an unfair financial and mental burden on both him and our family.

As his mother, what's been most painful is watching how this has affected his mental health. He has gone from being motivated and proud of his accomplishments to feeling lost and defeated. It's been so hard to see him question the value of everything he worked for. I can't tell you how many conversations we've had, just trying to keep his head above water emotionally and keep his spirit from breaking.

Judge Wilken, I understand this case is complicated and important in many ways. But I ask you to please consider the impact it's having on young people like my son. These are kids who didn't do anything wrong. They simply followed their dreams, did everything right, and are now paying the price for a system they had no control over.

Thank you for taking the time to hear from a mother who just wants to see her child thrive again. I appreciate your attention and all the weight you carry in your decision-making.

Sincerely,
Lara Rimmel