College Athlete NIL Litigation, Case No. 4:20-cv-03919

The Honorable Claudia Wilken,

As the old NCAA commercial says "98% of student athletes will go pro in something other than sports." Unfortunately, this proposed settlement benefits the top 1% of ultra-elite athletes, those already destined for professional careers—while disadvantaging the remaining 99% of student-athletes; those that just want to go to college and compete at a high level in their sport and in the classroom. For these student-athletes and their families, chasing endorsements or transferring from school to school in search of a bigger paycheck is not the lesson we hope college sports will teach. What we value, and what drew us to athletics in the first place, are the ideals of hard work, perseverance, and teamwork. These are the enduring life lessons that college sports should continue to reinforce. Values that lead to developing amazing people that do amazing things in our world.  While I recognize that the NCAA has profited for decades from the efforts of elite athletes, it is the broader student-athlete community that suffers under this agreement, particularly due to roster limitations and resource reallocations. This harms the very group the NCAA claims to support.

I respectfully urge you to reject the settlement in its current form, for the benefit of the countless student-athletes and families who simply want college athletics to remain a space for learning, growth, and character development, so we can see our children develop into the people we've always dreamed of them becoming.

With utmost respect,

Nathan Charlton
Father of two (hopeful) future college swimmers.