April 15, 2025

Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919

To the Honorable Judge Claudia Wilke,

My name is Mariah Burnett. I am a freshmen student athlete soccer player in the Div 1 SWAC conference at Jackson State University. I am directly affected by the NCAA Roster Limits imposed by the proposed settlement. On Monday, April 14th, I was told directly that I would be cut due to NCAA Roster Limits for the 25-26 season and that "we would not be having this conversation if they didn't exist".

I stand to lose the scholarship that I earned and will have to transfer schools in a matter of 2 weeks, after the semester 2 ends. I have not applied to a new school, nor do I have housing available at a new school, because getting cut due to roster cuts was not part of the plan and I was told I would be able to play at Jackson State and earn my degree in Biology. I was not previously planning on entering the transfer portal, nor do I want to. I will no longer have my scholarship and will have to frantically search for new funding sources or take significant loans that I was not planning on. I will not be able to afford the out of state tuition at Jackson State University without my scholarship from playing soccer, and the out of state waiver offered to student athletes will be taken away. Most likely, I will have to quit playing soccer because there will be thousands of athletes unexpectedly entering the transfer portal due to roster cuts.

Due to this settlement, and its roster implications, within a matter of a few minutes, I lost my access to continue my education at my university, I lost my social and emotional support network made up by my Coaches, teammates, Weightlifting Coach and my status in the JSU Student Athlete Advisory Committee (SAAC). I lost everything that I have worked for 13 years playing soccer and everything that I have been building my freshmen year at Jackson State as a student-athlete.

I am asking to please grandfather in existing rosters and phase in roster cuts over the next 3 years so that athletes do not lose access to their existing scholarships and are able to finish their degrees while playing the sport we love.


Thank you,

Mariah Burnett

NCAA ID 2308992944