April 15, 2025

Honorable Judge Claudia Wilken,

    My name is Corey Berry, and I previously objected on January 31, 2025. I was a member of the College Athlete NIL Litigation, Case No. 4:20-cv-03919. My NCAA ECID number is 2010940284.

    I was previously a member of the Kennesaw State Baseball team at the time of the objection in January. I was cut last week by my team. I was asked if I planned to enter the transfer portal and when I said yes, the coach said I did not need to come to practice or travel. I was entering the portal because I have only played two games out of 35 for the entire year. I will lose a whole year of eligibility based on the NCAA rules for baseball by playing in two games of a whole season. I cannot practice with the team or receive meals with the team now so all of that is on me. It will cost my family hundreds of dollars to provide meals until the season is over and now, I must find a place to practice on my own. I do not have access to the trainers either. This is for the last seven weeks of the season that I was a part of. My mental health suffers from stress even more so now.

    I have no stats to be able to find a new college and team. I will be very limited in my options if I can even find a team. Once hundreds of players enter the portal in June, I will fall to the bottom due to my size and lack of statistics. Coaches will withdraw offers based on athletes in the portal and if every D1 school cuts 8 baseball players at a minimum, there will be no home for many athletes to finish playing baseball and get their degree. I am already behind on my degree, and I will be more behind transferring again. I have lost a year in high school due to COVID which affected my original recruitment. I lost a year in juco due to season-ending surgery. Now I have lost another year due to a coach who overrecruited and was not completely honest. I make A's and B's, and I do not drink or use drugs. I work out daily. A scholarship helps my family be able to afford my education and without it my only option will be school loans, which will triple the amount I have to borrow or more. Roster limits are unnecessarily low for baseball which needs an abundance of available pitchers. Position players will be cut and most of us will not finish our education. The mental health of these players will suffer due to the stress caused by the whole situation. We are creating a mess with NIL money when many athletes would not receive any originally. Please leave the roster limits as they are so all these athletes in many different sports can continue doing what they love while obtaining their education. College sports and athletes will never be the same if the courts do not step in and eliminate the proposed roster limits.

Sincerely,


Corey Berry