ATTN: College Athlete NIL Litigation, Case No. 4:20-cv-03919

To: The Honorable Judge Claudia Wilken

We are writing to provide our comments about the joint report that was submitted last night.  We have previously provided a docketed letter before on behalf of our daughter a Track and Field student athlete at a Big 12 University.  Yet, we wanted to provide additional information on the subject of "roster limits."  There are two points that we feel are not being represented accurately in these hearings.  The first point is, in reading all of the case information we have consistently seen 5000 being quoted as the number of student athletes that these cuts will affect.  This is greatly understated and does not accurately represent the true number of student athletes this decision will affect.  For example, in the sport of Track and Field alone there are 267 Men's and 339 Women's teams for a total of 626.  Each roster carries on average 60 to 65 team members.  If roster caps are approved, each team will now be 45 members.  This means 10 to 15 members per team will have to be cut.  Even if only half of these teams choose to opt-in, that alone is almost 4000 athletes cut.  And for most schools, Track and Field is a non-revenue sport so the opt-in decision will be driven by the larger revenue sports and will lead to additional cuts.  This is just one sport and their season is not even finished yet.  It is wrong for the NCAA to diminish greatly the number of overall student athletes these roster caps will affect.

The second point is that we are disappointed by the fact this issue is described as just the loss of a "roster spot" for these athletes. For our daughter, and many other athletes it is much more.  For many walk-on and partial scholarship athletes, their school choice was both an academic and athletic decision.  Our daughter chose this school because it had Chemical Engineering, Pre-Med, and an attached Medical School.   Once a student athlete is cut, they do not just lose their "roster spot". They lose all that they have known since their first day of college.  They will lose access to the best rehab and training facilities, their advisors, their tutors, their coaches, their trainers, their teammates, and their everyday way of life.  In an instant, a sport that many train for hours a day for will be gone.  It will be very hard to transfer as all rosters will be smaller, and it may be difficult to match up both academic and athletic goals with a new program.

I know we have been asked to keep this to a page, so these are the two most important comments we would like to be considered.  We thank you again for all you have done and appreciate that you asked for grandfathering rosters to be considered.  Now that is not, we can only ask for this settlement to not be approved.

Thank you for listening,

Jessica and Brad Sarratt