College Athlete NIL LItigation, Case No. 4:20-cv-03919

To the Honorable Judge Claudia Wilken

My name is Henry Henze and I am a Cross Country athlete at the University of Houston. By now I am sure you know of the thousands of athletes being affected by the roster limits that are outlined in the settlement before it has even been approved. I am one of these athletes  Even though theoretically the Houston program can have 17 distance athletes on the team next year, They are cutting all but four, in order to fix title 9 issues and budget restraints following the settlement assuming it gets approved.

This is true for many, many, many athletes around the country. This settlement will be the death of walk-on athletes in America. The notion that athletes will benefit from this due to the elimination of scholarships caps is a LIE. The notion that the majority of student athletes are FOR this settlement is a LIE. They used unreliable statistics from student athletes that objected, fully knowing that the most student athletes, (including myself) did not know we COULD officially object. The immediate roster limits that will be imposed are not what any student athletes want.

These roster limits go against the American Dream. Only a limited number of the best of the best (most often 23+ yr olds from other countries) can now even have a CHANCE at being great. This is the message that will be sent and imposed on all current and future collegiate athletes if this settlement gets approved the way it is.

I believe in the hundreds of walk-ons around the country. I believe they shouldn't have to risk their education and transfer to a lower rated school educationally and athletically just to do what they love.

I am sure you have heard many of these arguments before and more. I would just like to add my voice was being counted as pro-settlement before.


Respectfully,
Henry Henze
NCAA ID# 2308995911