4/15/2025

Sheng Chang

Comments on

***College Athlete NIL Litigation, Case No. 4:20-cv-03919***

Dear Honorable Claudia Wilken,

I am writing to express my strong objection on the proposed settlement on the House vs NCAA Case No. 4:20-cv-03919.

As a future class member parent, the proposed roster size limit is extremely unfair to any of the future athlete. It will restrict badly the chances for those future athletes to access college sports and opportunities for them to succeed. It takes away their basic education right to participate their beloved sports at college.

In addition, this is a settlement that harms the group of future class members; however, they are not part of this litigation and the proposed settlement. It is NOT fare.

Many of them started the sports when they were a young child, they have been making their every effort and dedication, overcoming extreme difficulties and challenges to get here today. It is very unfair to see the proposed settlement has no consideration to the interest of future class members.

Thank you for your attention.