4/15/2025

WEI ZONG

Comments on

**College Athlete NIL Litigation, Case No. 4:20-cv-03919**

Dear Honorable Claudia Wilken,

I am writing to express my strong objection on the proposed settlement on the House vs NCAA Case No. 4:20-cv-03919.

As a future class member parent, the proposed roster size limit is extremely unfair to any of the future athlete. It will restrict badly the chances for those future athletes to access college sports and opportunities for them to succeed. It takes away their basic education right to participate their beloved sports at college.

In addition, this is a settlement that harms the group of future class members; however, they are not part of this litigation and the proposed settlement. It is NOT fare.

Many of them started the sports when they were a young child, they have been making their every effort and dedication, overcoming extreme difficulties and challenges to get here today. It is very unfair to see the proposed settlement has no consideration to the interest of future class members.

Below is a couple quote written by one of this future class members from their young age. It worth to sense how much they are in love for the sports and how sad they will be when such an unfair settlement got its final approval.

Thank you for your attention.

*"Ever since I was a little child, I was intrigued by the elegance and power of swimmers gliding effortlessly through the water, leaving behind a trail of beautiful bubbles. The sport's intrinsic allure prompted me to dip my toes into the pool, taking those hesitant initial stabs. I had no idea, however, that this seemingly simple act would be the initial step in my lifelong journey of character development."*

*"What swimming taught me was the significance of dedication. The countless laps in the early morning hours, the aching muscles, and the nagging fatigue were all tests of my determination. There were moments when the touch of a warm bed in the predawn darkness seemed far more tempting than the icy air of the pool. However, the sport taught me that the path to success always involves enduring discomfort, pushing through pain, and overcoming adversity."*