James Snay
50668 Russell Dr
Macomb, MI 48044
fsujim90@hotmail.com
586-484-0525
April 15, 2025

Re: College Athlete NIL Litigation, Case No.4:20-cv-03919

Your Honorable Judge Wilken,

I am writing to express my deep disappointment that the attorneys involved in the House v. NCAA, have not made any progress on the matter of grandfathering in roster limits. In fact, they blatantly dismissed your recommendation to grandfather in roster limits.

My son is a two sport athlete as a prefered walk-on. He has not been cut yet, but it was discussed back in October that he will be cut if this settlement is approved. It was also suggested by his coach that he enter the transfer portal because the walk-ones that will be cut from the Power Four conferences would trickle down to the Mid-Major conferences. This brutal trickle down effect will reach the point where NAIA and D3 athletes will be pushed out of their spots. This is estimated to be in the thousands across all sports.

If this settlement is accepted as is, the potential harm outweighs the gain. Thousands of kids like mine will either be displaced to another school, or be out of their sport completely. Roster limits takes away the opportunities from the thousands of hard working walk ons and gives it to the small percentage of elite athletes who will profit from NIL money. How is that a fair system? My son doesn't need a scholarship or NIL money, he just wants to compete at the highest level, bond with his teammates, and earn a  degree. These are some of the reasons he chose his university. Isn't THAT what college is all about?

These events have also taken a toll on his mental health. Being a young adult, he is battling confusion and understanding about what is really happening. He is losing sleep and his academics are suffering. He is fighting as hard as he can to stay focused on the goal of earning his degree, but his head is spinning trying to sort out this situation. Keep in mind, there hundreds, if not thousands in the same predicament. They took on the challenge to be a student athlete with confidence and enthusiasm at the beginning of this academic year, and now they are being told this isn't personal, it's "business".

I urge the court to reject the proposed settlement unless and until roster limit grandfathering is properly addressed to protect all student athletes, not just the highest earning students.

Respectfully,

James Snay