April 15, 2025
College athletic NIL Litigation Case No. 4:20-cv-03919

To the Honorable Claudia Wilken

I write today in response to the class counsel's continued refusal to review and revise the roster limits imposed in the current draft of the settlement, including their reluctance to honor your suggestion to 'grandfather' in current athletes on rosters.
I have personally strived for many years to participate in college athletics. I am a 4.0 GPA walk-on athlete at the University of Central Florida, and due to the roster limits imposed as a result of this settlement, I am in danger of losing my opportunity to pursue my dream.
As a walk on athlete, I am paying for my own housing and meal plan. My tuition is covered by an earned academic scholarship. I chose to attend this school due to the opportunity to play football at the highest collegiate level. I knew coming in that I would have to work hard, attend every practice, meeting and workout, to continue to have this opportunity. Approval of this settlement could mean I will have to give up playing the game I love due to a decision made by someone who has nothing to do with our team. The impending approval of this settlement has caused much emotional distress to those of us students who are among the thousands who could be impacted if this is approved without addressing the roster changes. We have been in limbo for months, hoping that a reasonable solution could be reached.Allowing those of us who have started our journey of college athletics to continue, without the benefit of a scholarship or NIL money, does not need to affect the rest of the settlement.
The argument that athletes can be cut, independently of the settlement, is inaccurate. While this is true, the roster limits will cause athletes to be cut, who would otherwise be able to stay and participate, providing valuable service to the team and enriching our own college experience. For example, offensive linemen in football such as myself, provide needed depth and competition for their team, we fulfill a vital role in practice and preparation for games, all while requiring little to nothing in return other than a spot on the team. Walk-on athletes have long been a part of college football, with many of them eventually being able to earn a scholarship, but even if not, have gone on to become valuable contributors to the team and in some cases continue their career as a professional football player.
The argument that coaches have already had conversations with the athletes who will be cut is not true in all cases. For example, many players who are on 'the bubble' such as myself have not had the opportunity to have that conversation, so we have been left to wonder and wait, all while giving our best effort in spring practices.
I, like so many other walk-on players, want nothing more than the opportunity to continue pursuing our dream and passion. If this settlement is approved as-is, then my, as well as thousands of other student-athletes, dream will come to a premature end.
Respectfully,
Noah Senka
NCAA ID#2402212997
Student-Athlete, Offensive Lineman, Football, University of Central Florida