April 15, 2025

Dear Honorable Judge Wilken,

I am writing to respectfully urge you to deny the settlement proposal in *College Athlete NIL Litigation, Case No. 4:20-cv-03919*. I submitted my objection in January 2025. As the parties still refuse to protect current student-athletes like me with a grandfather clause, denial of this settlement proposal is warranted.

When I chose my university, the deciding factor was a 4-year contract and scholarship. That offer wasn't just a financial commitment, it was a foundation for stability. It meant I could focus on my sport, my studies, and growing into the person I aspire to be. Now, without any say in the matter, that foundation is at risk. I could lose everything I've worked so hard for not because of anything I've done, but because a settlement designed to address past inequities will create new ones.

As a member of the Injunctive Relief Class, I am offered **no protections and no benefits— only consequences**. Without a grandfather clause, if roster caps are imposed, at least eight of my teammates will be cut. We are not excess. We are not statistics. We are not inconsequential. We are real people, with real lives. We are dedicated athletes who bring value to our team and our campus community every single day. We will be <u>**harmed**</u> by this settlement agreement if it is approved.

I love being a student-athlete. I love my university, my classes, my teammates, and the life I've worked so hard to build here. To have my education, athletic career, and personal community disrupted by a lawsuit that had no relevance at the time of my college decision is not only unfair, it is deeply unjust.

And I am not alone. Thousands of student-athletes across the country are wrestling with this same situation. Many are hesitant to speak out, trained to keep their heads down and stay quiet. Others did not even know filing an objection was an option. Whether due to fear of retaliation, lack of awareness, or a sense of powerlessness, the result is the same. We will lose what we were promised if this settlement is approved. We made four-year commitments long before this settlement existed. We deserve the opportunity to honor those commitments, and to have them honored in return.

A grandfather clause is a necessary protection for those of us who had **no voice** in this process and have **nothing to gain** from its terms. It is the only fair path forward. The parties want to forsake us. We rely on you to require them to protect us. Please deny the proposal.

Sincerely,

Mary Kate Walker
NCAA ECID No. 2107277300