The Honorable Claudia Wilken,

I, Mark Fairley objected to this settlement on January 31st, 2025. I am writing to object to the updates or lack thereof to the College Athlete NIL Litigation, Case No. 4:20-cv-03919. I am a track and cross-country coach and I currently coach 14 of the 32 women on our cross-country and track team. All these women are NCAA Division I quality athletes and have been recruited on the expectation and belief that they would be able to compete at our university for four years as a part of our cross-country and track teams. Because of the NCAA Vs. House Settlement, they will all be cut from our team and not have the opportunity to be grandfathered in. They will not be able to have any involvement with the team. They will lose out on academic support, nutritional support, travel expense to races, gear, coaches' opportunities, and much more adding up to thousands of dollars lost money on top of the opportunities lost for each athlete. I have been having individual meetings with each of these girls throughout last week and this week. We have been praying that a change would be made so that they will have the opportunity to be a part of the team. I beg you, your honor, not to just approve this settlement because of all the "hard work" that plaintiff and defendant attorneys have done on this settlement. There is a way to fix the issue of roster limitation. The whole mess could be fixed. I would be happy to discuss things further if given the opportunity. However, I will keep my objection to one page per your request.

Thank you,

Mark Fairley