**Jake Rimmel**      NCAA #: 2110358456                               **Date:** April 15, 2024
622 Kinvarra Place
Purcellville, VA 20132
540-550-4526

**Re: Case No. 4:20-cv-03919**

Dear Honorable Claudia Wilken,

I Robert J. Rimmel. Objected to this settlement on January 20, 2025.

My name is Robert Jacob Rimmel, and I am writing to you with deep respect and sincere concern regarding the outcome of **College Athlete NIL Litigation Case No. 4:20-cv-03919** and its effect on my life as a student-athlete.

I was recently cut from my Power 4 ACC Track and Field team due to changes in roster limits related to the case. This decision has had a devastating impact on me both emotionally and practically. I have dedicated most of my life to becoming a Division I athlete. My family and I have made countless sacrifices over the years to help me pursue this dream — early mornings, long travel days, financial commitments, and relentless training. Competing at the collegiate level wasn't just a goal for me — it was my passion, my identity, and the reward for years of hard work and sacrifice.

I chose to attend Virginia Tech not only for its excellent athletic program, but because I truly loved everything about the school — the environment, the academics, the community, and the people. Now, in order to continue pursuing my sport, I would have to transfer to a different university, one that may not offer the same sense of belonging or academic fit. This could result in lost credits, greater distance from home, the loss of the friendships and support system I've built, and additional financial strain on my family.

Moreover, the mental toll this experience has taken on me over the past few months has been significant. To work so hard for so many years, only to have that opportunity taken away through circumstances beyond my control, has left me feeling heartbroken and defeated. It feels incredibly unfair to have a dream I've worked for all my life be suddenly ripped away.

I understand that legal decisions must be made for the greater good, but I ask that you also consider the real, human impact these decisions have on athletes like me. We are not just names on a roster — we are young people who have poured everything we have into our sport, our education, and our futures.

Thank you for taking the time to read my letter.

Sincerely,

Jake Rimmel