**College Athlete NIL Litigation, Case No. 4:20-cv-03919**
**To The Honorable Judge Claudia Wilken,**

I am writing in response to the joint brief filed by the NCAA and Plaintiff attorneys on April 14, 2025. While I was initially hopeful that this settlement could be approved with a reasonable solution such as grandfathering current student-athletes, it has now become painfully clear that **the only just path forward is to reject this settlement in its current form**.

The brief effectively admits that schools jumped the gun by preemptively cutting rosters, anticipating the settlement's approval. Their argument now is that **it would be too "disruptive" or "unworkable" to undo those cuts** because schools have already completed their budgeting exercises. That is not a legal justification—it's an excuse. What they are really saying is that it would be *inconvenient* to go back and tell student-athletes, "we made a mistake, you're welcome back."

But what about the inconvenience for the **1,000+ athletes who have already been cut**? What about their families, who made academic and financial decisions—signed leases, took out loans, picked schools—**with no idea that an undisclosed settlement would pull the rug out from under them**? The burden here is not on the institutions who acted prematurely. The burden has fallen entirely on the athletes who were never given proper notice.

The NCAA also cites the low number of formal objections prior to preliminary approval as justification for approval. But look at the timeline: **Preliminary approval was granted in September with no public detail about roster limits.** It wasn't until **mid-December**—months later—that the NCAA released its final Q&A, finally revealing the scope of the roster cap policy. Once that information became public, **objections surged**, because for the first time, athletes understood the harm.

This is not fairness. This is not transparency. And this is not justice. This is a **flawed settlement** with **irreparable harm already being felt by real students**. It should not be approved.

Sincerely,

-Jackie