71 JODI DRIVE WALLINGFORD, CT 06492

203.823.5285 | BURKEMBR@GMAIL.COM

---

**COLLEGE ATHLETE NIL LITIGATION, CASE NO.4:20-CV-03919**

**APRIL 15, 2025**

To the Honorable Judge Wilken,

     Thank you for allowing us to respond to the pending settlement of House vs NCAA. I am the mother of a current student athlete at a power 4 school. My son has only ever wanted to run since he first stepped onto a cross country course in the sixth grade. He had his half of his sophomore and most of his junior seasons of high school taken away because of the pandemic yet still managed to be recruited by his dream school. Our family had to make many sacrifices of time and money on a teacher's salary to send him to races in other states so that he could get the exposure he needed to be recruited. He won numerous medals at the state level including being a state champion in indoor track. As a junior, he became an All American in outdoor track finishing 4th in an individual distance event. He worked hard and deserved the promise of a guaranteed 5 years of a partial scholarship to a power 4 school.

     Since starting in college, he has missed a cross country season due to Lyme disease. Minor injuries have kept him from competing in an outdoor track season. He has missed most of this current year due to a sacral stress fracture. None of these setbacks have deterred his desire to compete. It is all he has ever wanted to do and now he is faced with being cut from his team's roster due to the proposed settlement. The injuries and illnesses that have kept him from reaching his potential were completely out of his control, but they are now the reason for him possibly losing his spot on the team. This has had a tremendous negative effect on his mental health. His future on the team he loves is in jeopardy through no fault of his own. The very people who are supposed to be representing him and thousands of others have proposed a settlement that will eliminate their spots on their team's roster.

     This settlement is flawed. It seeks to reward and protect a very small number of athletes and harms a great deal more. It is a travesty, and I request you deny the settlement or force the settlement to phase in roster limits. Please allow current athletes to be grandfathered in.

Sincerely,

Mary Burke