Dear Honorable Claudia Wilken-

I am writing to you as parent of an athlete that has lost their roster spot as a result of College Athlete NIL Litigation, 20-cv-03919, and Hubbard v. National Collegiate Athletic Association, 23-cv-01593.

Note that my son had already filed an objection with MoloLamken prior to the final settlement approval hearing on Monday 4/7.

I sincerely thank you for your review and consideration of this case.

I am writing to you now regarding the grandfathering idea and trying to understand how that would ever get implemented if the athlete has already been cut.
As you know many teams, already made cuts months ago and continue to make more cuts even yet this week.
I am in favor of the grandfathering idea and believe that the settlement should not be approved unless there is a grandfathering provision.
But I question how would the grandfathering provision even be imposed, implemented and monitored retroactively?

I spoke to my child about emailing you regarding this and he did not want me not to because he was very scared of any possible negative retribution by his Coaches.
If there is even a possibility of reinstatement, we didn't want to jeopardize it by providing his NCAA number, his university or his specific team at this time.
A lot of his teammates and other athlete friends of his who were cut feel the same way.  They are scared.   I'm sure many other athletes across the country are scared as well and do not want to speak up.

These kids don't know where to go from here or what to do.  All their years of hard work and dreams have been ripped out from under them which will also impact their academic and financial futures.

Regards,
Kathy Brown
13677 E Old US Highway 12
Chelsea, MI 48118
734-417-2450