College Athlete NIL Litigation
Case No. 4:20-cv-03919

To The Honorable Claudio Wilken,

I'm a parent of a student-athlete affected by the House vs. NCAA lawsuit. We had no idea of this lawsuit affecting roster spots until just a few weeks ago when my son was cut from the football team. Hence, the reason I did not object sooner.

My son is a freshman, his story is one of many athletes not recruited from high school to their top schools. He had coaches contacting him from various other schools, which he considered, but his desire to receive a degree from a top school with a major he plans to use for his career was a priority. Although his aspirations of being a college athlete were also a high priority he decided to put his education goals first and choose a school for his desired major, then work like hell to earn a spot on the football team as a walk-on. He knew this was going to be an extreme challenge but he was hopeful and determined to get both a top education for his career path and be a college athlete.

His acceptance to a top school and top program in our state was solely due to his grades and dedication to his education. The grit, determination, and dedication that got him into this university also earned him a football walk-on spot. He put blood/sweat/tears into becoming a walk-on, he tried out and finally made it! Soon after this amazing moment the team was told the university was opting-in to this lawsuit and needed to cut 20 players. He was cut, he IS devastated. He doesn't have the option to go into the transfer portal, he wants a degree from this highly respected school that he worked so hard to get into! Now, his options: give up the major already invested in and transfer to a lower division or give up the dream of being a college athlete.

My son values the enrichment and lifelong lessons of the student-athlete experience. This lawsuit takes away that opportunity! What happened to the NCAA mission???

"To provide a world-class academics and athletic experience for student-athletes that fosters lifelong well-being "

What happened to the Amateurism of College sports?

"The NCAA strives to maintain the collegiate model of athletics, where students participate as an avocation, and the educational experience of the student-athlete is paramount."

My son just wants to continue his passion, to play football, while earning his college degree. He EARNED both! Please don't take that away! Please don't take that away from the MANY athletes in this same position across our country.

Roster limits should be completely taken out of this settlement and if not, at the very least grandfather them in. It must be clear, if grandfathered, that it would apply to anyone that is a walk-on currently and ALL those student athletes already cut!

Thank you for your consideration,

*Leslie W. Shanley*

Leslie Shanley
19 Corte Vidriosa
San Clemente, CA 92673