9 Caribou Street
Bedford, MA 01730

April 10, 2025

The Honorable Judge Claudia Wilken
Ronald V. Dellums Federal Building and United States Courthouse
℅ Class Action Clerk
1301 Clay Street
Oakland, CA 94612

RE: Objection of Roster Limits
Case Number: 4:20-cv-03919
Case Name: College Athlete NIL Litigation

Dear Judge Wilken,

I would like to formally share my objection regarding the roster limits in the above mentioned litigation. The reason for my delayed objection comes from lack of knowledge of the importance of my objection as this case has not been shared widely at my daughter's university. Student-athletes tend to avoid drawing any extra attention to themselves for fear of being cut or benched. My daughter, Sydney Cox, plays D1 women's soccer at Fairfield University and would potentially be one of the 4 cuts necessary to meet the roster limit of 28. For all of the benefits this settlement provides NIL student-athletes, it will cause a lot of harm to thousands of the regular student-athletes who just want to go to college and play their sport, something they have worked for most of their lives.

I appreciate your support of our student-athletes. Grandfathering current roster levels until current enrolled student-athletes graduate is the appropriate option for a fair settlement.

Thank you for your time,

*Karen Cox*

Karen Cox