4/15/2025

College Athlete NIL Litigation, Case No. 4:20-cv-03919

To: The Honorable Claudia Wilken

Dear Judge Wilken,

My name is Matt Hymer and I am a parent of a student athlete who was told he was going to be removed from the golf team due to the implementation of the proposed NCAA roster limits. I am writing to respectfully share my concern about the significant and personal consequences these new limitations are having on student-athletes like my son. He has played and loved golf since he was six years old, his dream has always been to become a professional golfer on the PGA Tour. During his junior golf career, he had great success and had many colleges interested in him and the talents he possesses. He committed to joining a team and was super excited to get to campus, experience college life, and play D1 college golf.

Along with the stress of college, getting acclimated to college classes, and trying to make the line up on the golf team, this was a lot to take in. The emotional toll has been profound for both him and our family. Being cut just 2 months into your college career is very upsetting and hard to fathom. Athletes in non-revenue sports like golf already face limited opportunities, and these new restrictions only shrink the path forward for those who are not offered scholarships but still have the talent and heart to compete. From our perspective, our son will be losing a great athletic scholarship and the opportunity to play for the team/university he committed to as a high school student. The displaced student-athletes have very few places to go and the teams that are willing to take them on have very little athletic scholarships to give them. The financial impact alone on these displaced athletes will be massive.

I just ask you to please consider all the student athletes that will be and have already been impacted. Rules like these disproportionately affect student-athletes who may not have the loudest voices but are deeply impacted.

Thank you for taking your time to read this letter and consider the unintended consequences of this policy.

Respectfully,

J. Matt Hymer