April 15, 2025

To:     The Honorable Claudia Wilken

From:   Easton M. Bonnett
        NCAA ECID No. 2306923604
        1213 Yates Street
        Orlando, FL 32804

Re:     College Athlete NIL Litigation, Case No. 4:20-cv-03919

I am a preferred walk-on longsnapper for the University of South Florida ("USF") football team, having joined the team upon my high school graduation in May 2024. When I committed to USF, I had no knowledge of the impending *House v. NCAA* settlement. With the portal opening tomorrow, I have been told by my coaches as recently as yesterday that they would like for me to be able to remain at USF as a longsnapper. The coaches don't seem to understand the rationale behind the proposed roster caps or why "105" was the chosen number. My ability to remain at USF as a student athlete will depend on whether relief is offered to the impending roster caps included in the *House v. NCAA* settlement. I want to remain at the University of South Florida as a student athlete to compete on the field and finish my degree. I had multiple offers prior to graduating from high school. I chose to attend USF as a preferred walk on student athlete over the other colleges I received offers from due to USF offering better opportunity for my academic and career goals, and to enable me to be located near my family. I did not choose to play for USF with the expectation of ever receiving a scholarship and/or NIL. A majority of special teams players across all D1 football programs (kickers, punters, longsnappers) are preferred walk-ons. With the impending roster caps, my family and I have been faced with the uncertainty of knowing whether I will be able to remain at USF as a student athlete, whether I will have to enter the transfer portal this week in order to continue to play football, or whether I will have to abandon my dream of playing college football altogether in order to finish my degree at USF. The impact of the *House v. NCAA* settlement has caused great uncertainty about my future and significant stress within my life and that of my family. The cost of moving to another school is burdensome, and the mental toll of "starting over" at a new program is daunting. The football portal opens tomorrow, April 16th and closes April 23rd. I have no clear path for resolution. Do I enter the portal this week and assume no relief is provided on roster caps? Do I take a chance by not entering the portal and hope roster relief is provided ultimately risking not having an opportunity to play football again? There is no clear answer for me, and hundreds of others facing the same decision this week.

What is clear is that there is a way for the NCAA to grandfather in those of us currently on a roster who have contributed positively to our teams, and whose coaches want to retain us. There is a path for the roster limits to be phased in over the next few years to protect current D1 student athletes and to ensure future D1 student athletes can make well informed decisions. I urge you to continue to encourage the NCAA to do the right thing and provide relief on the proposed arbitrary roster caps that are negatively impacting current student athletes.