April 15, 2025
Re: *In re Collegiate Athlete NIL Litigation,* Case No. 4:20-cv-03919-CW

Dear Judge Wilken,

    My name is Raini Mayo and I objected to this settlement on January 22, 2025. I am a freshman at Liberty University and have had the privilege of being on the Cross Country and Track team. However; if the roster limits are put into place, I will likely get cut off from the team.  I was told that if I continued to improve and perform that I would continue to be a member of the team.  I have done my part by achieving new personal best in every event this year and yet my coaches ability to uphold their promise is out of their hands.  I oppose the house settlement because it is unfairly prematurely terminating promised college athletic opportunities.

 I had an opportunity to pursue both Basketball at the Division 2 level and I met the walk on standards to run for Liberty University and was given an opportunity to have a spot on the team. I based my college decision on my preferred desire to run collegiately. And every part of that decision has proven to be the right one except for the harsh reality of these looming roster cuts. Being on this team has far exceeded all of my collegiate athletic dreams and has allowed me to have the absolute best possible first year of college.  Being a member of this team has given me so many extra opportunities, access to numerous health and wellness resources, and most importantly has given me teammates that feel like family and are my best friends. I oppose the house settlement for what it is doing to team cultures and relationships.

Although I am not on a scholarship, I feel like my membership on the team has enhanced my college experience beyond my ability to measure. There are measurable extras like the additional meals eaten at the athletic dining hall, access to our Athletic Center with additional study resources. I've travelled with our team to many additional schools to get a chance to experience other University atmospheres. However, I don't know how to calculate the value of what being a part of a collegiate athletic team is teaching me as it relates to learning to push past limits and be my best self.  I oppose the house settlement for the thousands of athletes that will lose privilege to additional opportunities that college athletics provide.

Thank you for taking the time to understand how this decision impacts me and so many others. I ask that you sincerely consider giving me,  and all of us in similar positions, the opportunity to continue to train, to love our teammates, to represent our school as we compete like we set out to do when we committed to our schools.

Sincerely,
Raini Mayo
NCAA ID# 2310144728