IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: COLLEGE ATHLETE NIL LITIGATION

Case No. 20-cv-03919 CW

**ORDER SETTING CASE SCHEDULE**

| EVENT | DATE |
|---|---|
| Plaintiffs' Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 50 pages) | Filed on 4/3/24 |
| Defendants' (1) Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and (2) Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 70 pages) | 6/6/25 |
| Plaintiffs' (1) Reply in Support of their Dispositive Motion and *Daubert* Motions and (2) Opposition to Defendants' Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 80 pages) | 7/11/25 |

| EVENT | DATE |
|---|---|
| Defendants' Reply in Support of their Cross-Dispositive Motion and *Daubert* Motions (to be filed in a single brief not to exceed 60 pages) | 8/15/25 |
| Hearing on All Dispositive and *Daubert* Motions and Further Case Management Conference | 9/23/25 at 2:30 p.m., to be held in person in a courtroom to be determined |
| Deadline for each side to file motions *in limine* in a single brief not to exceed 25 pages | To be determined |
| Deadline for each side to file oppositions to other side's motions *in limine* in a single brief not to exceed 25 pages | To be determined |
| Pretrial conference | To be determined |
| Trial Date | To be determined |

IT IS SO ORDERED.

Dated: April 23, 2025

_____
CLAUDIA WILKEN
United States District Judge