

601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Direct 415-800-0592
pllewellyn@lewisllewellyn.com

www.lewisllewellyn.com

May 6, 2025

Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

> **Re:    *House v. NCAA*, Case No. 4:20-cv-03919-CW;**
> **Letter on Behalf of Samuel F. Yurasek,**
> **Walk-On Athlete at Loyola University Chicago**

Dear Judge Wilken:

I represent Samuel F. Yurasek, an undergraduate walk-on athlete in the Men's Basketball program at Loyola University Chicago.  My client respectfully submits this letter to express his concerns about the potential loss of his roster spot due to roster size limitations imposed by the *House v. NCAA* settlement, approved on April 7, 2025.

At Loyola, Samuel is one of four walk-on athletes on his team.  He has been informed by the Loyola coaching staff that while two walk-ons have been offered scholarships, his roster status, along with that of one other walk-on, remains uncertain due to potential roster reductions.  As an active contributor who played in three games during the 2024-2025 season, Samuel is integral to the team's competitive efforts, beyond mere practice support.  The settlement's roster caps threaten to eliminate opportunities for walk-ons like him, despite their proven value on the court.

While proposals like practice squads have been suggested to mitigate the settlement's impact, such a role is inadequate for Samuel, given his active participation in games.  Losing his roster spot would not only limit his athletic development but also jeopardize his educational and professional aspirations, which rely on his continued involvement with the team.  Also, Samuel is a Men's Basketball Alston Award scholarship recipient in the amount of $5,938, as well as a recipient of academic tutoring—benefits which he would lose should he lose his roster spot.

Although the objection period has closed, Samuel respectfully urges the Court to consider the settlement's disproportionate impact on walk-on athletes who contribute to competition as well as those who receive partial scholarships for sports.  He requests that mechanisms be explored to protect active walk-ons, such as exemptions from roster caps for non and partial scholarship players with game experience.  Should further submissions or proceedings be permitted, my client is prepared to provide additional details.



Thank you for your consideration.

Respectfully submitted,

*Paul Llewellyn*

Paul T. Llewellyn