# EXHIBIT 3

**EXHIBIT 3**

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 574 | Jayden Jevnick | Current Athlete | Yes |
| 575 | Kevn Cunneen Jr. | Son is a Current Athlete | Yes |
| 579, 628-3 | John Weidenbach | Current Athlete | Yes |
| 594, 916 | Keaton Rice | Current Athlete | Yes |
| 597, 681 | Camden Dempsey | Current Athlete | Yes |
| 602 | Emma Reathaford | Current Athlete | Yes |
| 606 | Blaine T. Mynatt | Daughter is a Current Athlete | Yes |
| 607 | William Woodall | Current Athlete | Yes |
| 608, 661, 892 | Gannon Flynn | Current Athlete | Yes |
| 610 | Megan and Kevin Lang | Daughter is a Current Athlete | Yes |
| 611 | Miles Ward | Current Athlete | Yes |
| 613-1 | Ezekiel Larry | Current Athlete | Yes |
| 613-1 | Dyson McCutcheon | Current Athlete | Yes |
| 620 | Gerry Goldstein | Sons are Current Athletes | Yes |
| 626 | Seth Cannon | Current Athlete | Yes |
| 628-3 | Rachel Wheatley | Current Athlete | Yes |
| 628-3, 742, 753 | Lance Hollingshead | Current Athlete | Yes |
| 628-5 | Cameron Abaqueta | Current Athlete | Yes |
| 628-5 | Julie Addison | Current Athlete | Yes |
| 628-5 | Zoe Arakelian | Current Athlete | Yes |
| 628-5, 836 | Ryann Aycock | Current Athlete | Yes |
| 628-5 | Melinda Aznar Klein | Incoming Athlete Fall 2025 | Yes |

[1] This chart encompasses all Objectors who are Current Injunctive Relief Settlement Class Members or are entering athletes for the 2025-2026 Academic Year who asserted they were previously promised a roster spot in their submission. Several objections or letters were filed by anonymous athletes or parents. The revisions to the Settlement Agreement address their concerns as well. Please note that Objector Reathaford is a Designated Student Athlete.

[2] "Designated Student-Athlete" is defined in the Second Amended Injunctive Relief Settlement Section 1(j) submitted concurrently herewith. Schools will prepare lists of Designated Student Athletes, but it is Class Counsel's perspective that everyone listed in this Exhibit appears to be a Designated Student Athlete based on assertions in their submission. If an athlete attends a non-Conference Defendant Member Institution that does not opt in to the Pool Structure then that athlete will not be subject to the roster limits at all.

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 628-5 | Will Benoit | Current Athlete | Yes |
| 628-5 | Corey Berry | Current Athlete | Yes |
| 628-5 | Carly Bixby | Current Athlete | Yes |
| 628-5, 819, 830 | Adam Boeheim | Current Athlete | Yes |
| 628-5 | Carmel Bollag | Current Athlete | Yes |
| 628-5, 722, 741-2, 843 | Wyatt Carlton | Current Athlete | Yes |
| 628-5, 879 | Grace Chelberg | Current Athlete | Yes |
| 628-5 | Nicholas Ciocca | Current Athlete | Yes |
| 628-5 | Boden Clark | Current Athlete | Yes |
| 628-5 | Kayla Coates-Robertson | Current Athlete | Yes |
| 628-5 | Lila Connor | Incoming Athlete Fall 2025 | Yes |
| 628-5 | Kaitlyn Conover-Emmert | Current Athlete | Yes |
| 628-5 | Mina Cook | Current Athlete | Yes |
| 628-5 | Griffin Craig | Current Athlete | Yes |
| 628-5 | Audrey Cronin | Current Athlete | Yes |
| 628-5 | Emma Cronin | Current Athlete | Yes |
| 628-5, 741-2, 824 | Trey Cunneen | Current Athlete | Yes |
| 628-5 | Kiersten Dagg | Current Athlete | Yes |
| 628-5, 741-2 | Landon D'Ariano | Current Athlete | Yes |
| 628-5 | Micah Davis | Current Athlete | Yes |
| 628-5 | Julia Dean | Current Athlete | Yes |
| 628-5 | Maeve DeYoung | Current Athlete | Yes |
| 628-5 | Alyssa Dittoe | Current Athlete | Yes |
| 628-5 | Jenna Doolen | Incoming Athlete Fall 2025 | Yes |
| 628-5 | Sarah Dunham | Current Athlete | Yes |
| 628-5 | Thor Dyke | Current Athlete | Yes |
| 628-5, 914 | Emily Ellis | Current Athlete | Yes |
| 628-5 | Emma Ervi | Current Athlete | Yes |
| 628-5, 881 | Adelyn Fairley | Current Athlete | Yes |
| 628-5, 741-3 | Anakin Fischer | Current Athlete | Yes |
| 628-5 | Carly Frank | Current Athlete | Yes |
| 628-5 | Jordan Freer | Current Athlete | Yes |
| 628-5 | Julia J. Gehrig | Current Athlete | Yes |
| 628-5 | Daniel Gordon | Current Athlete | Yes |
| 628-5 | Alexandria Grasso | Current Athlete | Yes |
| 628-5 | Ella Hansen | Current Athlete | Yes |

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 628-5 | David Hatt | Current Athlete | Yes |
| 628-5 | Olivia Hay | Current Athlete | Yes |
| 628-5, 741-3 | Anna Heck | Current Athlete | Yes |
| 628-5 | Sophia Heilen | Current Athlete | Yes |
| 628-5 | Alayna Henage | Current Athlete | Yes |
| 628-5, 741-2 | Avery Henke | Current Athlete | Yes |
| 628-5 | Victoria Henkel | Current Athlete | Yes |
| 628-5 | Abigail Hood | Current Athlete | Yes |
| 628-5 | Eleanor Hughes | Current Athlete | Yes |
| 628-5 | John Ingram | Current Athlete | Yes |
| 628-5 | Taylor Inouye | Current Athlete | Yes |
| 628-5 | Emelia Jordan | Current Athlete | Yes |
| 628-5 | Lindsay Juhlin | Current Athlete | Yes |
| 628-5 | Brianna Kappeler | Current Athlete | Yes |
| 628-5 | Kelsey Katt | Current Athlete | Yes |
| 628-5 | Evan Keogh | Current Athlete | Yes |
| 628-5, 741-2 | Calissa Kissinger | Current Athlete | Yes |
| 628-5, 741-2 | Amadeusz Knop | Current Athlete | Yes |
| 628-5 | Ellen Natalia Koselka | Current Athlete | Yes |
| 628-5 | James Kotowski | Current Athlete | Yes |
| 628-5 | Leo Kurucz | Current Athlete | Yes |
| 628-5 | Nick Laffey | Current Athlete | Yes |
| 628-5 | Carly Lauritzen | Current Athlete | Yes |
| 628-5 | Caroline Law | Current Athlete | Yes |
| 628-5, 741-2 | Isaac Lee | Current Athlete | Yes |
| 628-5 | Megan Lee | Current Athlete | Yes |
| 628-5 | Alana Lei Lin Uehara | Current Athlete | Yes |
| 628-5 | Macey Lewis | Current Athlete | Yes |
| 628-5, 741-2 | Landon Lloyd | Current Athlete | Yes |
| 628-5 | Benjamin Long | Current Athlete | Yes |
| 628-5 | Kathryn Long | Current Athlete | Yes |
| 628-5 | Jackson MacKinnon | Current Athlete | Yes |
| 628-5, 917 | Madeleine MacNeille | Current Athlete | Yes |
| 628-5 | Tristan Martinez | Current Athlete | Yes |
| 628-5 | Marin Maycotte | Current Athlete | Yes |
| 628-5, 935 | Raini Mayo | Current Athlete | Yes |
| 628-5 | Cassidy McArthur | Current Athlete | Yes |
| 628-5 | Grace McCardle | Current Athlete | Yes |
| 628-5 | Perry McLoughlin | Current Athlete | Yes |
| 628-5 | Faith Meyer | Current Athlete | Yes |

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 628-5 | Isabel Michaelson | Current Athlete | Yes |
| 628-5 | Reid Miller | Current Athlete | Yes |
| 628-5 | Jacob Modleski | Current Athlete | Yes |
| 628-5 | Kalee Verd | Current Athlete | Yes |
| 628-5 | Jackson Mueller | Current Athlete | Yes |
| 628-5 | Leah Nash | Current Athlete | Yes |
| 628-5 | Joshua Noll | Current Athlete | Yes |
| 628-5 | Grayson Nye | Current Athlete | Yes |
| 628-5 | Liv Ormseth | Current Athlete | Yes |
| 628-5 | Veronika Owen | Current Athlete | Yes |
| 628-5 | Sophia Park | Current Athlete | Yes |
| 628-5 | Elizabeth Perry | Current Athlete | Yes |
| 628-5 | Alessandro Perez | Current Athlete | Yes |
| 628-5 | Faith Perry | Current Athlete | Yes |
| 628-5 | Matthew Prigmore | Current Athlete | Yes |
| 628-5 | Nathan Quarterman | Current Athlete | Yes |
| 628-5 | Tyler Quarterman | Current Athlete | Yes |
| 628-5 | Harrison Ranier | Current Athlete | Yes |
| 628-5 | Samantha Rietbroek | Current Athlete | Yes |
| 628-5 | Jake Rimmel | Current Athlete | Yes |
| 628-5, 741-2 | Addyson Roberts | Current Athlete | Yes |
| 628-5 | Sarah Ross | Current Athlete | Yes |
| 628-5 | Megan Rourke | Current Athlete | Yes |
| 628-5 | Ella Ryter | Current Athlete | Yes |
| 628-5, 741-2 | Alex Schwartz | Current Athlete | Yes |
| 628-5 | Julia Seeley | Current Athlete | Yes |
| 628-5, 873 | Brody Singley | Incoming Athlete Fall 2025 | Yes |
| 628-5 | Jake Sisk | Current Athlete | Yes |
| 628-5 | Mckenna Ann Smith | Incoming Athlete Fall 2025 | Yes |
| 628-5 | Ryan Smith | Current Athlete | Yes |
| 628-5 | Avery Stein | Current Athlete | Yes |
| 628-5 | Luke Stelmach | Current Athlete | Yes |
| 628-5 | Katherine Stevenson | Current Athlete | Yes |
| 628-5 | Sydney Stewart | Current Athlete | Yes |
| 628-5 | Tristan Stine | Incoming Athlete Fall 2025 | Yes |
| 628-5, 741-2 | Aleena Stukus | Current Athlete | Yes |
| 628-5 | Chloe Swatts | Current Athlete | Yes |

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 628-5 | Abhay Tharakan | Incoming Athlete Fall 2025 | Yes |
| 628-5, 913 | Mary Kate Walker | Current Athlete | Yes |
| 628-5 | Margaret Ward | Current Athlete | Yes |
| 628-5 | Emma Waters | Current Athlete | Yes |
| 628-5 | Caroline Wazac | Incoming Athlete Fall 2025 | Yes |
| 628-5 | Anzley Wevodau | Current Athlete | Yes |
| 628-5 | Ryan Williams | Current Athlete | Yes |
| 628-5 | Carson Wright | Current Athlete | Yes |
| 628-5 | Margaret Young | Current Athlete | Yes |
| 628-5 | Jessica Zealand | Current Athlete | Yes |
| 663, 741-2 | Aiden Siers | Current Athlete | Yes |
| 666, 890 | Gracelyn Laudermilch | Incoming Athlete Fall 2025 | Yes |
| 667 | Kimberly McCardle | Current Athlete | Yes |
| 698 | Lucy Schmeil | Current Athlete | Yes |
| 700 | Colin Parker | Current Athlete | Yes |
| 701 | Corbin Null | Current Athlete | Yes |
| 715, 716 | Brent and Elizabeth Friend | Son is a Current Athlete | Yes |
| 726, 857 | Mary Ellen Androsky | 2 Children - Current Athletes | Yes |
| 727, 905 | Jessica and Bradley Sarratt | Current Athlete | Yes |
| 740 | Madeline Berg | Current Athlete | Yes |
| 740 | Emma Lykins | Current Athlete | Yes |
| 741-2 | Seth Alexander Cannon | Current Athlete | Yes |
| 741-4 | Celia Bidwell | Current Athlete | Yes |
| 741-4 | Easton Bonnett | Current Athlete | Yes |
| 741-4 | Truman Breithaupt | Current Athlete | Yes |
| 741-4 | Clement Camacho | Incoming Athlete Fall 2025 | Yes |
| 741-4 | Simon Casey | Current Athlete | Yes |
| 741-4, 874 | Jack Dunbar | Current Athlete | Yes |
| 741-4 | Anna Fletcher | Current Athlete | Yes |
| 741-4, 878 | Brody Friend | Current Athlete | Yes |
| 741-4 | Evan Giachinta | Current Athlete | Yes |
| 741-4 | Tanner Jones | Current Athlete | Yes |
| 741-4 | Kassidy Kitchel | Current Athlete | Yes |
| 741-4 | Isabella Lojewski | Current Athlete | Yes |
| 741-4 | Aiden Musick | Current Athlete | Yes |

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 741-4 | Drew Shanley | Current Athlete | Yes |
| 741-4 | Noah Smith | Current Athlete | Yes |
| 741-4, 848 | William Cooper Solberg | Incoming Athlete Fall 2025 | Yes |
| 741-4 | Kayla Walsh | Current Athlete | Yes |
| 741-4 | Mason Williams | Current Athlete | Yes |
| 741-5 | Drew Arney | Current Athlete | Yes |
| 741-5 | Ellen Bettencourt | Current Athlete | Yes |
| 741-5 | Mitchell Brown | Current Athlete | Yes |
| 741-5 | Ava Geronimo | Current Athlete | Yes |
| 741-5 | Ava Goh | Incoming Athlete Fall 2025 | Yes |
| 741-5 | Jackson Hall | Current Athlete | Yes |
| 741-5 | Jed Johnson | Incoming Athlete Fall 2025 | Yes |
| 741-5 | Austin Lathrop | Current Athlete | Yes |
| 741-5 | Madreena Lee | Current Athlete | Yes |
| 741-5 | Abigail Leight | Current Athlete | Yes |
| 741-5 | Alena Lotterer | Current Athlete | Yes |
| 741-5 | Morgan Manley | Current Athlete | Yes |
| 741-5 | Liam Miller | Current Athlete | Yes |
| 741-5 | Anthony Moskalenko | Current Athlete | Yes |
| 741-5 | Jennifer Reiter | Current Athlete | Yes |
| 741-5 | Sam Seybold | Current Athlete | Yes |
| 756 | Grayson Sebastian | Incoming Athlete Fall 2025 | Yes |
| 761 | Connor Tam | Incoming Athlete Fall 2025 | Yes |
| 776 | James D. Snay, Jr. | Current Athlete | Yes |
| 778 | Ryan Degyansky | Current Athlete | Yes |
| 779 | David Havlick | Daughter is a Current Athlete | Yes |
| 780 | Rowan Sullivan | Current Athlete | Yes |
| 821 | Katherine Barber | Incoming Athlete Fall 2025 | Yes |
| 823 | Mary Lopez | Son is Current Athlete | Yes |
| 826 | Todd Smith | Son is Current Athlete | Yes |
| 829 | Kim Barry Boeheim | Son is Current Athlete | Yes |
| 831 | Paul Walker | Son is Current Athlete | Yes |
| 833 | Cameron Grant | Current Athlete | Yes |
| 835, 872 | Sophia Mast | Current Athlete | Yes |

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 837 | J.J. Barnes | Current Athlete | Yes |
| 839 | Anna Fletcher | Current Athlete | Yes |
| 841 | Caden Weber | Current Athlete | Yes |
| 842 | Nicholas Inglis | Current Athlete | Yes |
| 847 | Greyson Moreno | Current Athlete | Yes |
| 849 | Mason Braithwaite | Current Athlete | Yes |
| 850 | Payton Holtz | Current Athlete | Yes |
| 851 | Kyle Gavis | Current Athlete | Yes |
| 853 | Ethan Kitch | Current Athlete | Yes |
| 854 | Camden Dempsey | Current Athlete | Yes |
| 861 | Tucker Valliere | Current Athlete | Yes |
| 863 | Chandler Buntin | Current Athlete | Yes |
| 864 | Kila Keone | Current Athlete | Yes |
| 866 | Kai Djerbaka | Current Athlete | Yes |
| 868 | Cash Peterman | Current Athlete | Yes |
| 869 | Kyle Garvis | Current Athlete | Yes |
| 871 | Jake Sisk | Current Athlete | Yes |
| 875 | Jessica Faith Cox | Current Athlete | Yes |
| 876 | Alex Whitman | Current Athlete | Yes |
| 878 | Sam White | Current Athlete | Yes |
| 880 | Rachel Hill | Current Athlete | Yes |
| 882 | Joseph Antoni Douglas | Current Athlete | Yes |
| 883 | Carson Wright | Current Athlete | Yes |
| 885 | Amy Lathrop | Parent of two Current Athletes | Yes |
| 887 | Jack Ryan Bowers | Current Athlete | Yes |
| 889 | Julia Seeley | Current Athlete | Yes |
| 891 | Sophia Park | Current Athlete | Yes |
| 895 | Robert H. Rimmel | Son is Current Athlete | Yes |
| 896 | Jake Rimmel | Current Athlete | Yes |
| 899 | Michael Kean | Son is Current Athlete | Yes |
| 900 | Mick Brown | Current Athlete | Yes |
| 902 | Mariah Burnett | Current Athlete | Yes |
| 903 | Corey Berry | Current Athlete | Yes |
| 906 | Henry Haze | Current Athlete | Yes |
| 909 | James Snay | Son is Current Athlete | Yes |
| 911 | Michael Lillard | Son is Incoming Athlete Fall 2025 | Yes |
| 912 | Noah Senka | Current Athlete | Yes |
| 915, 921 | Seth Cannon | Current Athlete | Yes |

| ECF No. | Class Member[1] | Class Member Status | Designated Student-Athlete[2] |
|---|---|---|---|
| 917 | Cory Graef | Child is Current Athlete | Yes |
| 918 | Samantha Chan | Current Athlete | Yes |
| 924 | Robert J. Rimmel | Current Athlete | Yes |
| 925 | Reigan O'Quinn | Son is Current Athlete | Yes |
| 927 | Mary Burke | Son is Current Athlete | Yes |
| 928 | Kathy Brown | Son is Current Athlete | Yes |
| 929, 936 | Leslie Shanley | Son is Current Athlete | Yes |
| 930 | Sydney Cox | Current Athlete | Yes |
| 931 | Joshua M. Jones | Current Athlete | Yes |
| 933 | Matt Hymer | Son is Current Athlete | Yes |
| 934 | Easton M. Bonnett | Current Athlete | Yes |