May 12, 2025

United States District Court
Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

In re.: Case No. 4:23-cv-01593 (N.D. Cal) Hubbard v. NCAA Settlement
In re.: Case No. 4:20-cv-03919 CW House v. NCAA Settlement

Honorable Senior District Judge Claudia Wilkin,

Dear Judge Wilken,

Please be advised that I made a timely submission of letters to opt-out of the House and Hubbert settlement dated 01/31/2025 which are evidenced in the attached Exhibits. My name was properly included in the official opt-out list filed on March 3, 2025 (ECF No. 717-4). For some reason, my name was not on the opt-out list filed on May 9, 2025 (ECF No. 962-1).

To be clear, I have not withdrawn my original opt-out, which was timely submitted before the deadline. Based on my understanding of the final settlement terms, I intend to remain on the opt-out list.

Please accept this correspondence as a formal request to be reinstated on the published opt-out list.

Thank you for honoring my request and continuing to preside over this matter.


Respectfully submitted,


/s/ Marcel Dancy

Encl.: Exhibit A-F (Letters of Opt-out)
cc.: All Plaintiffs by filing to ECF