# EXHIBIT LIST

Marcel Dancy presents the following exhibits in support of letter dated 05/12/2025.

| Exhibit | Reference | Pages |
|---|---|---|
| HUBBARD OPT-OUT LETTER | A | 1 |
| ADDRESSED LETTERS | B | 1 |
| CERTIFIED HOUSE OPT-OUT LETTER | C | 1 |
| CERTIFIED LETTER – HUBBARD | D | 1 |
| CERTIFIED LETTER – HOUSE | E | 1 |
| HOUSE OPT-OUT LETTER | F | 1 |
| CERTIFIED HUBBARD OPT-OUT LETTER | G | 1 |

**EXHIBIT A**

Hubbard v. National Collegiate Athletic Association
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-30113

1. Name: Marcel Mikal Dancy
2. Current address: [redacted] United States
3. NCAA EC ID Number: 1412951218
4. "I want to opt out from the class in *Hubbard v. National Collegiate Athletic Association, et al.*, Case No. 4:23-cv-01593-CW."
5. Signature: *Marcel Dancy*

Date: January 31, 2025

**Address mailed to:** *Hubbard v. National Collegiate Athletic Association*
Settlement Administrator
P.O. Box 301134
Los Angeles, CA 90030-30113

**EXHIBIT B**



**EXHIBIT C**



**EXHIBIT D**

**EXHIBIT E**

**EXHIBIT F**

[Photograph of a certified mail envelope addressed to:

House v. NCAA Settlement
Administrator
P.O. Box 301134
Los Angeles, CA 90030-1134

Return address: Marcel Dancy. Postmarked Emeryville, CA 94608, Jan 31, 2025, $4.85.]

**EXHIBIT G**

