Christopher J. Schneider (*pro hac vice* forthcoming)
Email: schneiderc@millerjohnson.com
Stephen J. van Stempvoort (*pro hac vice* forthcoming)
Email: vanstempvoorts@millerjohnson.com
Amanda L. Rauh-Bieri (*pro hac vice* forthcoming)
Email: rauhbieria@millerjohnson.com
MILLER JOHNSON
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
616.831.1700

Melinda M. Morton (Bar No. 209373)
Email: mindy.morton@procopio.com
Jacob K. Poorman (Bar No. 262261)
Email: jacob.poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

Attorneys for Proposed Amicus USA Diving, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION,<br><br>Plaintiff. | Case No. 4:20-CV-03919-CW<br><br>**NOTICE OF MOTION AND MOTION OF PROPOSED AMICUS CURIAE USA DIVING, INC. FOR LEAVE TO FILE BRIEF OF AN AMICUS CURIAE; MEMORANDUM IN SUPPORT THEREOF**<br><br>Date: June 26, 2025<br>Time: 2:30 p.m.<br>Courtroom: 3<br>Judge: Hon. Claudia Wilken |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on June 26, 2025 at 2:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Claudia Wilken, in Courtroom 3 of the above-entitled Court located at 1301 Clay Street, 3rd Floor, Oakland, CA 94612, Proposed Amicus Curiae USA Diving, Inc. ("USA Diving"), will and hereby does respectfully move this Court for leave to file a Brief of Amicus Curiae.

Through this Motion, USA Diving respectfully seeks leave to file a Brief of Amicus Curiae.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such further evidence or argument as the Court may entertain prior to or at the hearing on this Motion.

In further support of this motion, USA Diving states as follows:

1. USA Diving is a non-profit corporation organized under the laws of the State of Ohio. Its principal office is located in Fort Pierce, Florida.

2. USA Diving's purpose is to enable United States athletes to achieve sustained competitive excellence in domestic and international competition; to promote and grow the sport of diving in the United States; and to foster a safe, positive environment for its athletes and other members.

3. USA Diving has approximately 10,000 members, including 9,000 athlete members and 1,000 members who are coaches, judges, and officials.

4. USA Diving's members—particularly, members who are current or aspiring NCAA divers—will be impacted by the Court's decision to approved or reject the proposed settlement.

5. NCAA diving programs offer educational, competitive, and professional opportunities to student-athlete divers—opportunities NCAA divers might not otherwise have had.

6. In addition, NCAA diving programs serve as an important pipeline and development system for USA divers and USA diving coaches. Collegiate diving is often the foundation upon which future elite USA divers and USA diving coaches are built. USA Diving has a significant

interest in ensuring that the interests of its athlete members are not harmed as a result of any settlement approved by this Court.

7. Many Olympic sports, like diving, are non-revenue generating sports that will be substantially harmed if the Court approves any settlement that includes roster limits. USA Diving can provide the Court a unique perspective about how roster limits will negatively impact collegiate divers. USA Diving's perspective can also aid the Court by shedding light on the downstream effects that will ultimately damage Team USA's ability to represent the United States at elite levels of international competition.

8. USA Diving's amicus brief is directly relevant to the issues raised by the Court's April 23, 2025 order concerning the proposed settlement's roster limits. USA Diving therefore respectfully asks the Court to grant its motion for leave to file an amicus brief.

9. USA Diving's proposed amicus brief attached to the Declaration of Melinda M. Morton as Exhibit A.

DATED: May 16, 2025

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Melinda M. Morton
Jacob K. Poorman

Attorneys for USA Diving, Inc.

3
NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
PROPOSED AMICUS CURIAE; MEMO IN SUPPORT THEREOF
CASE NO. 4:20-CV-03919-CW

USA Diving, Inc. respectfully submits this Memorandum in Support of its Motion to File a Brief of Amicus Curiae.

## I. Introduction and Background

On April 23, 2025, following a hearing on final approval of the parties' proposed settlement, this Court rejected final approval, raising concerns about the immediate implementation of the proposed settlement's roster limits. (ECF No. 948). The Court accordingly directed the parties to address potential modifications to the settlement agreement. (*Id.*). On May 7, 2025, the parties submitted supplemental briefing detailing modifications to the proposed settlement. (ECF Nos. 958 and 959).

The modified proposed settlement, however, remains unreasonable and unfair. USA Diving seeks leave to file an amicus brief to address these concerns from its unique perspective. USA Diving is a non-profit corporation whose purpose is to enable United States athletes to achieve sustained competitive excellence in domestic and international competition; to promote and grow the sport of diving in the United States; and to foster a safe, positive environment for its athletes and other members.

USA Diving has approximately 10,000 members, including 9,000 athlete members and 1,000 members who are coaches, judges, and officials. USA Diving's members—particularly, members who are current or aspiring NCAA divers—will be impacted by the Court's decision to approved or reject the proposed settlement. NCAA diving programs offer educational, competitive, and professional opportunities to student-athlete divers—opportunities NCAA divers might not otherwise have had.

In addition, NCAA diving programs serve as an important pipeline and development system for USA divers and USA diving coaches. Collegiate diving is often the foundation upon which future elite USA divers and USA diving coaches are built. USA Diving has a significant interest in ensuring that the interests of its athlete members are not harmed as a result of any settlement approved by this Court.

Many Olympic sports, like diving, are non-revenue generating sports that will be substantially harmed if the Court approves any settlement that includes roster limits. USA Diving can provide the Court a unique perspective about how roster limits will negatively impact collegiate divers. USA Diving's perspective can also aid the Court by shedding light on the downstream effects that will ultimately damage Team USA's ability to represent the United States at elite levels of international competition—including the Olympic Games.

USA Diving's amicus brief is relevant to the issues raised by the Court's April 23, 2025 order concerning the proposed settlement's roster limits, as well as the parties' proposed modifications submitted on May 7, 2025.

## II. This Court should exercise its discretion and allow USA Diving to file its amicus curiae brief.

This Court should therefore allow USA Diving's amicus brief. *See Cody v. Ring LLC*, 718 F. Supp. 3d 993, 1004 (N.D. Cal. 2024) ("It is 'within the Court's discretion' whether to allow amici to file a brief, and courts generally exercise 'great liberality' in permitting amicus briefs." (quoting *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019)). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (citation omitted).

USA Diving has "unique information or perspective" to offer the Court. USA Diving can address how the proposed settlement's roster limits will have a lasting negative impact on non-revenue generating sports—and Olympic sports in particular. USA Diving can also speak to the particular harm to NCAA divers, particularly as swimming and diving compete together in NCAA competition and must therefore share roster spots. Beyond the sphere of NCAA competition, USA Diving's perspective reveals on how the proposed settlement will ultimately harm U.S. Olympic programs like USA Diving, many of which rely on the NCAA pipeline to develop the elite athletes

who represent the United States on the world stage. This Court should therefore exercise its discretion to permit USA Diving's brief.

**Conclusion**

USA Diving, Inc. respectfully requests that its motion for leave to file a brief of amicus curiae be allowed.

DATED: May 16, 2025

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: _____
Melinda M. Morton
Jacob K. Poorman

Attorneys for USA Diving, Inc.