1  [All Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME**<br><br>Judge: Hon. Claudia Wilken |

Pursuant to Northern District of California Local Rules 6-2 and 7-12, Plaintiffs in the above-captioned action and Defendants the National Collegiate Athletic Association ("the NCAA"), the Pac-12 Conference ("the Pac-12"), The Big Ten Conference, Inc. ("The Big Ten"), The Big 12 Conference, Inc. ("The Big 12"), the Southeastern Conference ("the SEC"), and the Atlantic Coast Conference ("the ACC"), by and through their respective undersigned counsel of record, submit the following Stipulation and Proposed Order:

WHEREAS the Court held a Final Approval Hearing on Plaintiffs' Motion for Final Settlement Approval on April 7, 2025;

WHEREAS pursuant to the Order Setting Case Schedule, the deadline for Defendants' Opposition to Plaintiffs' Dispositive Motion and *Daubert* Motions and Cross-Dispositive Motion and *Daubert* Motions ("Defendants' Brief") is currently June 6, 2025 (*House* Dkt. No. 949);

WHEREAS the Parties made revisions to the Settlement pursuant to the Court's Order Regarding Motion for Final Approval of Settlement Agreement ("Order"), entered the same day as the Order Setting Case Schedule (Dkt. Nos. 948, 959, 963);

WHEREAS the Parties believe their revisions fully address the issue raised in the Order, *see* Dkt. Nos. 967, 969;

WHEREAS the Court has not yet ruled on Plaintiffs' Motion for Final Settlement Approval;

WHEREAS the Parties believe a brief extension of the due date for Defendants' Brief would promote the interests of judicial economy and efficiency;

**NOW THEREFORE, THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND REQUEST THAT:** The deadline for Defendants' Brief be modified such that it is due, if it is necessary, two weeks after any further Order on Final Approval, or June 27, whichever is later.

-2-

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully Submitted, |
| **WINSTON & STRAWN LLP** | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| By: */s/ Jeffrey L. Kessler* | By: */s/ Steve W. Berman* |
| Jeffrey L. Kessler (*pro hac vice*) | Steve W. Berman (*pro hac vice*) |
| David G. Feher (*pro hac vice*) | Emilee N. Sisco (*pro hac vice*) |
| David L. Greenspan (*pro hac vice*) | Stephanie Verdoia (*pro hac vice*) |
| Adam I. Dale (*pro hac vice*) | Meredith Simmons (SBN 320229) |
| Sarah L. Viebrock (*pro hac vice*) | 1301 Second Avenue, Suite 2000 |
| Neha Vyas (*pro hac vice*) | Seattle, WA 98101 |
| 200 Park Avenue | Telephone: (206) 623-7292 |
| New York, NY 10166-4193 | Facsimile: (206) 623-0594 |
| Telephone: (212) 294-4698 | steve@hbsslaw.com |
| Facsimile: (212) 294-4700 | emilees@hbsslaw.com |
| jkessler@winston.com | stephaniev@hbsslaw.com |
| dfeher@winston.com | mereduths@hbsslaw.com |
| dgreenspan@winston.com | |
| aidale@winston.com | Benjamin J. Siegel (SBN 256260) |
| sviebrock@winston.com | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| nvyas@winston.com | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| Jeanifer E. Parsigian (SBN 289001) | Telephone: (510) 725-3000 |
| **WINSTON & STRAWN LLP** | Facsimile: (510) 725-3001 |
| 101 California Street, 34th Floor | bens@hbsslaw.com |
| San Francisco, CA 94111-5840 | |
| Telephone: (415) 591-1000 | Jeffrey L. Kodroff (*pro hac vice*) |
| Facsimile: (415) 591-1400 | Eugene A. Spector (*pro hac vice*) |
| jparsigian@winston.com | **SPECTOR ROSEMAN & KODROFF, PC** |
| | 2001 Market Street, Suite 3420 |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 496-0300 |
| | Facsimile: (215) 496-6611 |
| | |
| | Attorneys for Plaintiffs and the Settlement Classes |

-3-

| COOLEY LLP | WILKINSON STEKLOFF LLP |
|---|---|
| By: */s/ Whitty Somvichian* <br> Whitty Somvichian (SBN 194463) <br> Kathleen R. Hartnett (SBN 314267) <br> Ashley Kemper Corkery (SBN 301380) <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, California 94111-4004 <br> Telephone: (415) 693-2000 <br> Facsimile: (415) 693-2222 <br> wsomvichian@cooley.com <br> khartnett@cooley.com <br> acorkery@cooley.com <br><br> Mark Lambert (SBN 197410) <br> 3175 Hanover Street <br> Palo Alto, CA 94304-1130 <br> Telephone: (650) 843-5000 <br> Facsimile: (650) 849-7400 <br> mlambert@cooley.com <br><br> Dee Bansal (*pro hac vice*) <br> 1299 Pennsylvania Ave. NW, Suite 700 <br> Washington, DC 20004-2400 <br> Telephone: (202) 842 7800 <br> Facsimile: (202) 842 7899 <br> dbansal@cooley.com <br><br> Attorneys for Defendant <br> PAC-12 CONFERENCE | By: */s/ Rakesh N. Kilaru* <br> Beth A. Wilkinson (*pro hac vice*) <br> Rakesh N. Kilaru (*pro hac vice*) <br> Kieran Gostin (*pro hac vice*) <br> Calanthe Arat (SBN 349086) <br> Matthew R. Skanchy (*pro hac vice*) <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4000 <br> Facsimile: (202) 847-4005 <br> bwilkinson@wilkinsonstekloff.com <br> rkilaru@wilkinsonstekloff.com <br> kgostin@wilkinsonstekloff.com <br> carat@wilkinsonstekloff.com <br> mskanchy@wilkinsonstekloff.com <br><br> Jacob K. Danziger (SBN 278219) <br> **ARENTFOX SCHIFF LLP** <br> 44 Montgomery Street, 38th Floor <br> San Francisco, CA 94104 <br> Telephone: (734) 222-1516 <br> Facsimile: (415) 757-5501 <br> jacob.danziger@afslaw.com <br><br> Attorneys for Defendant <br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |

-4-

| | |
|---|---|
| **MAYER BROWN LLP** | **SIDLEY AUSTIN LLP** |
| By: */s/ Britt M. Miller* <br> Britt M. Miller (*pro hac vice*) <br> Daniel T. Fenske (*pro hac vice*) <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 782-0600 <br> Facsimile: (312) 701-7711 <br> bmiller@mayerbrown.com <br> dfenske@mayerbrown.com <br><br> Christopher J. Kelly (SBN 276312) <br> Two Palo Alto Square, Suite 300 <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Telephone: (650) 331-2000 <br> Facsimile: (650) 331-2060 <br> cjkelly@mayerbrown.com <br><br> Attorneys for Defendant <br> THE BIG TEN CONFERENCE, INC. | By: */s/ Natali Wyson* <br> David L. Anderson (SBN 149604) <br> 555 California Street, Suite 2000 <br> San Francisco, CA 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7412 <br> dlanderson@sidley.com <br><br> Angela C. Zambrano (*pro hac vice*) <br> Natali Wyson (*pro hac vice*) <br> Chelsea A. Priest (*pro hac vice*) <br> 2021 McKinney Avenue, Suite 2000 <br> Dallas, TX 75201 <br> Telephone: (214) 969-3529 <br> Facsimile: (214) 969-3558 <br> angela.zambrano@sidley.com <br> nwyson@sidley.com <br> cpriest@sidley.com <br><br> Attorneys for Defendant <br> THE BIG 12 CONFERENCE, INC. |

| | |
|---|---|
| **ROBINSON, BRADSHAW & HINSON, P.A.** | **LATHAM & WATKINS LLP** |
| By: */s/ Robert W. Fuller* | By: */s/ Christopher S. Yates* |
| Robert W. Fuller, III (*pro hac vice*) | Christopher S. Yates (SBN 161273) |
| Lawrence C. Moore, III (*pro hac vice*) | Aaron T. Chiu (SBN 287788) |
| Amanda P. Nitto (*pro hac vice*) | 505 Montgomery Street, Suite 2000 |
| Travis S. Hinman (*pro hac vice*) | San Francisco, CA 94111 |
| Patrick H. Hill (*pro hac vice*) | Telephone: (415) 391-0600 |
| 101 N. Tryon St., Suite 1900 | Facsimile: (415) 395-8095 |
| Charlotte, NC 28246 | chris.yates@lw.com |
| Telephone: (704) 377-2536 | aaron.chiu@lw.com |
| Facsimile: (704) 378-4000 | |
| rfuller@robinsonbradshaw.com | Anna M. Rathbun (SBN 273787) |
| lmoore@robinsonbradshaw.com | 555 Eleventh Street, NW, Suite 1000 |
| anitto@robinsonbradshaw.com | Washington, DC 20004 |
| thinman@robinsonbradshaw.com | Telephone: (202) 637-1061 |
| phill@robinsonbradshaw.com | Facsimile: (202) 637-2201 |
| | anna.rathbun@lw.com |
| Kathryn Reilly (*pro hac vice*) | **FOX ROTHSCHILD LLP** |
| Michael Williams (*pro hac vice*) | |
| **WHEELER TRIGG O'DONNELL LLP** | By: */s/ D. Erik Albright* |
| 370 17th Street, Suite 4500 | D. Erik Albright (*pro hac vice*) |
| Denver, CO 80202 | Jonathan P. Heyl (*pro hac vice*) |
| Tel: (303) 244-1800 | Gregory G. Holland (*pro hac vice*) |
| Fax: (202) 244-1879 | 230 North Elm Street, Suite 1200 |
| reilly@wtotrial.com | Greensboro, NC 27401 |
| williams@wtotrial.com | Telephone: (336) 378-5368 |
| | Facsimile: (336) 378-5400 |
| Mark J. Seifert (SBN 217054) | ealbright@foxrothschild.com |
| **SEIFERT ZUROMSKI LLP** | jheyl@foxrothschild.com |
| One Market Street, 36th Floor | gholland@foxrothschild.com |
| San Francisco, California 941105 | |
| Telephone: (415) 999-0901 | Attorneys for Defendant |
| Facsimile: (415) 901-1123 | THE ATLANTIC COAST CONFERENCE |
| mseifert@szllp.com | |
| | |
| Attorneys for Defendant | |
| SOUTHEASTERN CONFERENCE | |

-5-

Case No. 4:20-cv-03919-CW

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

## SIGNATURE CERTIFICATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file the Stipulation for Extension of time. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  June 2, 2025   Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By:  */s/ Rakesh Kilaru*
Rakesh Kilaru
Attorney for Defendant National
Collegiate Athletic Association

-7-

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE:_____          _____

                                                                                 Hon. Claudia A. Wilken