**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | CASE NO. 4:20-cv-3919-CW<br><br>**[~~Proposed~~] Order Granting Motion for Administrative Relief**<br><br>Judge: Hon. Claudia Wilken |

1  This matter comes before the Court to determine whether to grant leave to four former student-athletes, Seth Beer, Benjamin Burr-Kirven, Yoeli Childs, and James Okonkwo, to opt out of the Class Settlement in *College Athletes NIL Litigation*, No. 4:20-CV-03919 (N.D. Cal).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Seth Beer, Benjamin Burr-Kirven, Yoeli Childs, and James Okonkwo are granted leave to opt out of the Class Settlement.

**IT IS SO ORDERED.**

Dated: June 6, 2025

The Honorable Claudia Wilken
United States District Court Judge