UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>[~~PROPOSED~~] **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ATLANTIC COAST CONFERENCE, THE BIG TEN CONFERENCE, INC., THE BIG 12 CONFERENCE, INC., PAC-12 CONFERENCE AND SOUTHEASTERN CONFERENCE AS MODIFIED**<br><br>Hon. Claudia Wilken |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is **ENTERED** in accordance with the terms of the Fourth Amended Stipulation and Settlement Agreement (ECF No. 958-1) (the "Fourth Amended Settlement Agreement") and the Order Granting Plaintiffs' Motion for Final Settlement Approval. Terms and phrases in this Judgment will have the same meaning as in the Fourth Amended Settlement Agreement.

The Court has personal jurisdiction over Plaintiffs and the Settlement Classes and subject matter jurisdiction to approve the Fourth Amended Settlement Agreement. Final approval of the Fourth Amended Settlement Agreement was granted.

The Court dismisses on the merits and with prejudice this Action against Defendants National Collegiate Athletic Association ("NCAA"), Atlantic Coast Conference ("ACC"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), Pac-12 Conference ("Pac-12") and Southeastern Conference ("SEC") (collectively, the "Defendants"), including the claims of Plaintiffs and the claims of the Settlement Classes pursuant to the terms of the Fourth Amended Settlement Agreement, with each party to bear its own costs and attorneys' fees, except as provided in the Fourth Amended Settlement Agreement.

Those persons and entities identified in the list attached hereto as **Exhibit A** are excluded from the Damages Settlement Classes. Such persons and entities are not included in or bound by this Judgment solely as it relates to the Damages Settlement for which they opted out. Such persons and entities are not entitled to any recovery of the damages settlement proceeds obtained in connection with the Fourth Amended Settlement Agreement.

The Court hereby enters the Injunction attached hereto as **Exhibit B**. Defendants are accordingly enjoined and restrained as set forth in Exhibit B, for the term set forth in Exhibit B.

The Releasees shall be discharged and released from the Released Claims pursuant to the terms of the Fourth Amended Settlement Agreement. The Fourth Amended Settlement Agreement is binding on, and will have res judicata and preclusive effect according to the terms of the Fourth Amended Settlement Agreement in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiffs and the Releasors with respect to the claims released by the Fourth Amended Settlement Agreement. Plaintiffs and Members of the

Settlement Classes shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any claim released pursuant to the terms of the Fourth Amended Settlement Agreement.

This document will constitute a final judgment (and a separate document constituting the judgment) for purposes of Rule 58 of the Federal Rules of Civil Procedure. Without affecting the finality of the Judgment in any way, this Court hereby retains continuing, exclusive jurisdiction on all matters relating to administration, consummation, implementation, enforcement, and interpretation of the Fourth Amended Settlement Agreement and this Judgment, and for any other necessary purpose.

**IT IS SO ORDERED.**

DATED: June 6, 2025

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES SENIOR DISTRICT JUDGE