# EXHIBIT A



**College Athlete Compensation Settlement**

OPT OUTS HOUSE

Count     353

| | ClaimID | First1 | Last1 |
|---|---|---|---|
| 1 | 10185748201 | AARON | HOLIDAY |
| 2 | 10183380501 | AARON | SABATO |
| 3 | 9000008601 | AARON | SCHUNK |
| 4 | 10064367001 | AARON DEVON | EPPS |
| 5 | 10575357901 | AARON JOSHUA | NESMITH |
| 6 | 10298903501 | AASHARI | CROSSWELL |
| 7 | 10266507201 | ABIGAIL | HOOD |
| 8 | 10168453801 | ABIGAIL | SIMINSKI |
| 9 | 10169368001 | ADAM | KUNKEL |
| 10 | 10095957001 | ADDISON | OOMS |
| 11 | 10264966201 | ADRIAN | DEL CASTILLO |
| 12 | 10132544701 | AIDAN | ROBBINS |
| 13 | 10105793301 | AKAYLEB AI | EVANS |
| 14 | 10117632601 | ALARIC | JACKSON |
| 15 | 10624939301 | ALERICK | SOULARIE |
| 16 | 10132110701 | ALEVA | HIFO |
| 17 | 10293841601 | ALEX | FONTENOT |
| 18 | 10327506001 | ALEX JEFFREY | HORNIBROOK |
| 19 | 10429454101 | ALEXANDER | BACHMANN |
| 20 | 10072300701 | ALEXANDER CARL | SHAW |
| 21 | 10301716101 | ALEXANDER JORDAN | PERRY |
| 22 | 10059430001 | AL-MALIK | HAUSMAN |
| 23 | 10551825601 | AMANI | ORUWARIYE |
| 24 | 20000646501 | AMARI | CATCHINGS |
| 25 | 9000045201 | AMARVEER | SINGH |
| 26 | 10272678401 | AMBER C | MELGOZA |
| 27 | 10132381501 | AMMON | HANNEMANN |
| 28 | 9000013601 | ANDREW | ABBOTT |
| 29 | 10105591201 | ANDREW STEPHEN | LOCK |
| 30 | 20001783101 | ANTHONY | GILL |
| 31 | 10174446801 | ANTHONY | GOULD |
| 32 | 10059595901 | ANTHONY | PANDY |
| 33 | 10266685401 | ASA | LACY |
| 34 | 10138756801 | AUSTIN | SEIBERT |
| 35 | 10670843001 | AUSTIN CEDRIC | MONTGOMERY |
| 36 | 10073653101 | AVA JOYCE | ANDERSON |

| | | | |
|---|---|---|---|
| 37 | 10130570901 | AZEEZ O | OJULARI |
| 38 | 10132309801 | BAYLOR | ROMNEY |
| 39 | 10122106001 | BELLA SARA KRISTIANA | FISCO |
| 40 | 10132370001 | BENJAMIN | BYWATER |
| 41 | 60013067301 | BENJAMIN | RICHARDSON |
| 42 | 10081666601 | BENJAMIN JAMES | BOULWARE |
| 43 | 10132377301 | BLAKE | FREELAND |
| 44 | 10132286001 | BRACKEN | EL-BAKRI |
| 45 | 10264683101 | BRADLEY | KAAYA |
| 46 | 9000044001 | BRADY | MCCONNELL |
| 47 | 10215885001 | BRADY | OCONNELL |
| 48 | 10132091701 | BRAYDEN | ELBAKRI |
| 49 | 10264679001 | BREVIN | JORDAN |
| 50 | 10292247001 | BRITTANY | BREWER |
| 51 | 60014250701 | BRYAN | SCHOR |
| 52 | 10423123301 | BRYCE P | LOVE |
| 53 | 10672726601 | BRYCE RAYMOND | NZE |
| 54 | 10406819001 | CADE MICHAEL | MCNAMARA |
| 55 | 10289394901 | CADE P | CUNNINGHAM |
| 56 | 10093737801 | CADEN | HAWS |
| 57 | 9000004501 | CAITLIN S | DRISCOLL |
| 58 | 10138853601 | CALEB | WILLIAMS |
| 59 | 10074765601 | CAMERON | ECHOLS-LUPER |
| 60 | 10098444701 | CAMERON | KRUTWIG |
| 61 | 10089020901 | CAMERON | TAYLOR BRITT |
| 62 | 10577546001 | CAMERON | VALLADARES |
| 63 | 10271516601 | CAMERON DAVID | SERIGNE |
| 64 | 10256068701 | CAMERON JAMES | RISING |
| 65 | 10146449601 | CARMEN ALEXANDER | MLODZINSKI |
| 66 | 10266372501 | CARSON | GREEN |
| 67 | 10537993101 | CARSON | STRONG |
| 68 | 50004102401 | CARTER | CUNNINGHAM |
| 69 | 10267690201 | CASSIUS JEROME | STANLEY |
| 70 | 10279788201 | CAYDEN B | WALLACE |
| 71 | 10107554601 | CHAD | KELLY |
| 72 | 10115364801 | CHARLES | MATTHEWS |
| 73 | 10131242801 | CHARLES KENT | WOERNER |
| 74 | 10265213201 | CHARLESTON | RAMBO |
| 75 | 9000037401 | CHASE | STRUMPF |
| 76 | 10132279301 | CHAZ | AH YOU |
| 77 | 10183911001 | CHAZZ | SURRATT |
| 78 | 10147798301 | CHLOE LEE | KITTS |
| 79 | 9000011001 | CHRIS | MCMAHON |
| 80 | 10119475401 | CLEVELAND ALAN | JACKSON |

| # | ID | First | Last |
|---|---|---|---|
| 81 | 10181757501 | COLBY | PARKINSON |
| 82 | 10267103501 | COLTON | PRATER |
| 83 | 10244072401 | CONNOR FRANCIS | PRIELIPP |
| 84 | 10304358501 | CORNELIS | VAN EYK |
| 85 | 9000012301 | CURTIS | WEAVER |
| 86 | 10264461501 | DAMUZHEA | BOLDEN |
| 87 | 10072106001 | DANIEL VIRGIL | MILLS |
| 88 | 10119482101 | DAVID | BELL |
| 89 | 10250173701 | DAVION KNEAL | ERVIN-POINDEXTER |
| 90 | 9000022701 | DAVIS MCKEE | WENDZEL |
| 91 | 10132342601 | DAX | MILNE |
| 92 | 10399824001 | DAXTER | MILES |
| 93 | 10292504501 | DEMARCUS | FIELDS |
| 94 | 10535880001 | DEMETRIS | HARRIS |
| 95 | 10248268801 | DENZEL R | MIMS |
| 96 | 10259482001 | DEONTAY | ANDERSON |
| 97 | 10399792101 | DEREK | CULVER |
| 98 | 10617204901 | DERRICK | BARNES |
| 99 | 10292998101 | DERRICK | WHITE |
| 100 | 10068863901 | DESTINY | SLOCUM |
| 101 | 10031731501 | DIBAJI | WALKER |
| 102 | 9000039001 | DIXIE | WOOTEN III |
| 103 | 9000041101 | DONELL | PASTER |
| 104 | 10406872301 | DONOVAN | PEOPLES-JONES |
| 105 | 10461244701 | DONOVAN JOHN | CLINGAN |
| 106 | 10115393401 | DONTAIE | ALLEN |
| 107 | 60013159901 | DONTE | INGRAM |
| 108 | 10081682401 | DORIAN SCOTT | ODANIEL |
| 109 | 10174134001 | DREW | EUBANKS |
| 110 | 10407075401 | DUNCAN | ROBINSON |
| 111 | 10243871701 | DYLAN M | SMITH |
| 112 | 10132258601 | EARL | MARINER |
| 113 | 10577020601 | EDGAR | BURROLA |
| 114 | 10022943801 | ELIJAH | BLADES |
| 115 | 10682167201 | ELIZA | EKSTRAND |
| 116 | 10265601001 | ELLE | MEZZIO |
| 117 | 10088111701 | EMMA | ROWLAND |
| 118 | 10669726201 | EMMALINE M | EKSTRAND |
| 119 | 10096015701 | ERIC | STRIKER |
| 120 | 10108474201 | ERICK | HALLETT |
| 121 | 10427953901 | ERICK BERNARD | NEAL |
| 122 | 10584208401 | ERIK | STEVENSON |
| 123 | 10585939401 | EVERETT | HUNTER |
| 124 | 10236602001 | FILIP | PETRUSEV |

| | | | |
|---|---|---|---|
| 125 | 10282698501 | FRANK | MASON |
| 126 | 10407087001 | FRANZ JACOB | WAGNER |
| 127 | 10138382401 | GABE | BRKIC |
| 128 | 10093788301 | GABREYL SALE AH YOU | SUMMERS |
| 129 | 10093002501 | GAVIN | CROSS |
| 130 | 10558999801 | GRANT | HALEY |
| 131 | 10301568101 | GREGORY MICHEAL | FRANCIS |
| 132 | 9000023001 | GRIFFIN | CONINE |
| 133 | 10132347501 | GUNNER | ROMNEY |
| 134 | 9000040901 | HANNAH | CROFUT |
| 135 | 10132299901 | HARRIS | LACHANCE |
| 136 | 10297108001 | HARRY | ALLEN |
| 137 | 10228253501 | HASAHN | FRENCH |
| 138 | 10670832601 | HASHEM | ASADALLAH |
| 139 | 10132254901 | HAYDEN | LIVINGSTON |
| 140 | 10148109301 | HAYDEN RANDLE | HURST |
| 141 | 10308612201 | HAYDEN THOMAS | HOWERTON |
| 142 | 10176924601 | HUNTER | LONG |
| 143 | 10059357401 | HUNTER ALEXANDER | ECHOLS |
| 144 | 10113611001 | HUNTER HARKINS | BARCO |
| 145 | 10407039001 | HUNTER RYAN | DICKINSON |
| 146 | 10641051901 | IKEM | OKEKE |
| 147 | 10132393101 | ISAAC | REX |
| 148 | 10132134001 | ISAIAH | KAUFUSI |
| 149 | 50004112101 | ISHMAEL | HYMAN |
| 150 | 10132337201 | JACKSON | KAUFUSI |
| 151 | 10272933501 | JACOB | BROWNING |
| 152 | 10273003901 | JACOB | EASON |
| 153 | TBD | JACOB | EVANS |
| 154 | 50018889001 | JACOB | HUFF |
| 155 | 10181975401 | JACOB | LOWE |
| 156 | 9000036101 | JACOB | MCCARTHY |
| 157 | 10132262801 | JACOB | OLDROYD |
| 158 | 10060818801 | JACOB B | CURHAN |
| 159 | 10561625401 | JACOB THOMAS-MICHAEL | COX |
| 160 | TBD | JAIME | JAQUEZ JR |
| 161 | 10271230001 | JAKE MATTHEW | BENZINGER |
| 162 | 10259328001 | JAMAL | SHEAD |
| 163 | 10132287201 | JAMES | EMPEY |
| 164 | 10108582501 | JAMES | MORRISSEY |
| 165 | 10399833001 | JAMES | OKONKWO |
| 166 | 10248570701 | JAMES H | LYNCH |
| 167 | 10338679801 | JAMES K | BLACKMON |
| 168 | 10115744701 | JAMES LANDON | YOUNG |

| | | | |
|---|---|---|---|
| 169 | 10168550601 | JAMISON ATHENS | GORDON |
| 170 | 10266489401 | JARED | HOCKER |
| 171 | 10132296301 | JARED | KAPISI |
| 172 | 10558965201 | JASON | CABINDA |
| 173 | 9000007301 | JASON | PRESTON |
| 174 | 10071952101 | JAWON CORTEZ | JOHNSON |
| 175 | 10273007601 | JAXSON | KIRKLAND |
| 176 | 10448489501 | JAYDEN | CURRY |
| 177 | 10174287301 | JAYDON | GRANT |
| 178 | 10107952701 | JAYLON | ROBINSON |
| 179 | 10267671901 | JAYSON | TATUM |
| 180 | 10278942301 | JEREMIAH J | LEDBETTER |
| 181 | 10399801901 | JERMAINE | HALEY |
| 182 | 10119661101 | JERRON NEHEMIAH | CAGE |
| 183 | 10072511901 | JIMMY | BELL |
| 184 | 10271615801 | JOHN | COLLINS |
| 185 | 10115270001 | JOHN | RHODES |
| 186 | 10411288801 | JOHN MICHAEL | SCHMITZ |
| 187 | 10327022001 | JOHN STEPHEN | CICHY |
| 188 | 10271590701 | JOHN THOMAS | WOLFORD |
| 189 | 10354014301 | JOHNNY | JUZANG |
| 190 | 10132213601 | JONAH | TRINNAMAN |
| 191 | 10132154501 | JONATHAN | LINEHAN |
| 192 | 10624822401 | JORDAN | BECK |
| 193 | 10399822601 | JORDAN | MCCABE |
| 194 | 10267680001 | JORDAN LEWIS | TUCKER |
| 195 | 10181709501 | JOSE | ARCEGA-WHITESIDE |
| 196 | TBD | JOSH | SMITH |
| 197 | 10323348901 | JOSH JAMES | WHYLE |
| 198 | 10115747201 | JOSHUA | ALI |
| 199 | 10160109801 | JOSHUA ANDREAS | PIERRE-LOUIS |
| 200 | 10064645101 | JOSHUA NOAH | GRAY |
| 201 | 10297394501 | JULIUS | BRENTS |
| 202 | 10132444301 | JUSTEN DEAN | SMITH |
| 203 | 20000008901 | JUSTIN | RAGIN |
| 204 | 9000042401 | KAHLIL | JOHNSON |
| 205 | 10119512601 | KAMERON DREW | WILLIAMS |
| 206 | 10168563401 | KARISSA ROSE | QUENICHET |
| 207 | 10095954401 | KATELYN | OHASHI |
| 208 | 10118798101 | KATHLEEN | DOYLE |
| 209 | 10182876701 | KATHRYN | MEYER |
| 210 | 10288431601 | KATHRYN E | WESTBELD |
| 211 | 10267399801 | KEATON | SUTHERLAND |
| 212 | 10132232001 | KEENAN | ELLIS |

| | | | |
|---|---|---|---|
| 213 | 10303728701 | KEIR | THOMAS |
| 214 | 10419992101 | KELLAN | GRADY |
| 215 | 10181753801 | KEVIN | COSTELLO |
| 216 | 10266791301 | KEVIN | MARFO |
| 217 | 10174670201 | KEVIN TYLER | ABEL |
| 218 | 10576958701 | KHALIL | TATE |
| 219 | 9000035901 | KHYRI | THOMAS |
| 220 | 9000033301 | KRISTOPHER FARRELL | JENKINS |
| 221 | 10354769101 | KYLA | ROSS |
| 222 | 10071888701 | KYLIN JATAVIAN | HILL |
| 223 | 10228833101 | LAMONT | EVANS |
| 224 | 10248828901 | LAUREN | COX |
| 225 | 10081650201 | LOGAN JAMES | TISCH |
| 226 | 20000538201 | LOPINI | KATOA |
| 227 | 10132234301 | LORENZO | FAUATEA |
| 228 | 10098639001 | LUCAS | WILLIAMSON |
| 229 | 10115486001 | MADELYNNE | SCHERR |
| 230 | 10354757501 | MADISON | KOCIAN |
| 231 | 10139005101 | MAGGIE | NICHOLS |
| 232 | 10399793301 | MALIK | CURRY |
| 233 | 10661535001 | MALIQUE | JACOBS |
| 234 | 10119518701 | MARC CRANDALL | LOVING |
| 235 | TBD | MARCUS | ALLEN |
| 236 | 9000038701 | MARCUS | WALLACE II |
| 237 | 10280054601 | MARCUS ANDREW | ZEGAROWSKI |
| 238 | 10168636501 | MARGARET MARY | OTOOLE |
| 239 | 9000026801 | MARQUES | TOWNES |
| 240 | 10132401701 | MASEN | WAKE |
| 241 | 10671858701 | MASON | MOSES |
| 242 | 10357112701 | MASSIMILIANO C | BORGHI |
| 243 | 10304146101 | MATHEU | NELSON |
| 244 | 10624048101 | MATTHEW | BUTLER |
| 245 | 10308323601 | MATTHEW | CROSS |
| 246 | 10185683001 | MATTHEW | MCLAIN |
| 247 | 10607526301 | MAURICE | ODUM |
| 248 | 10535918001 | MEKHI | LAPOINTE |
| 249 | 60004611701 | MICAH | PARTEN |
| 250 | 60004638901 | MICHAEL | HARLEY |
| 251 | 10132397901 | MICHAEL | TANUVASA |
| 252 | 10671862901 | MICHAEL | VAN RAAPHORST |
| 253 | 10577147801 | MICHAEL | WILEY |
| 254 | 10181802601 | MICHAEL | WILSON |
| 255 | 10119848601 | MICHAEL DONOVAN ALEXANDER | JORDAN |
| 256 | 10168421601 | MICHAEL LOGAN | MENNING |

| | | | |
|---|---|---|---|
| 257 | 10185813901 | MICHAELA NNE | ONYENWERE |
| 258 | 10095968401 | MIKAYLA | PIVEC |
| 259 | 10282996201 | MONTELL H | COZART |
| 260 | 10186277501 | MORRELL ALEXANDER | OSLING III |
| 261 | 10294012501 | MYA | HOLLINGSHED |
| 262 | 10138565101 | MYKEL | JONES |
| 263 | 10131645801 | NAKOBE RASHOD | DEAN |
| 264 | 20000942801 | NATE | SAVINO |
| 265 | 10399777501 | NATHAN | ADRIAN |
| 266 | 10183413501 | NATHANIEL | BRITT |
| 267 | 10225092301 | NATHANIEL | PIERRE-LOUIS |
| 268 | 10064572001 | NAZREON NYRU | REID |
| 269 | 10132263001 | NEIL | PAUU |
| 270 | 60016300801 | NICHOLAS | DINARDI |
| 271 | 10335992801 | NICHOLAS | SWINEY |
| 272 | 10071770601 | NICHOLAS DYLAN | FITZGERALD |
| 273 | 10249039901 | NICHOLAS J | LOFTIN |
| 274 | 10390868701 | NIGEL | JOHNSON |
| 275 | 10551039701 | NKOSI | PERRY |
| 276 | 10264308801 | NYSIER | BROOKS |
| 277 | 10168639001 | OWEN WILLIAM | SCHWEBACH |
| 278 | 10119745701 | PALAIE TOFAU | GAOTEOTE |
| 279 | 10125674701 | PARKER | MESSICK |
| 280 | 10169921901 | PAUL | STAMM |
| 281 | 10139462701 | PAYTN BLISS | MONTICELLI |
| 282 | 10132360801 | PAYTON | WILGAR |
| 283 | 10168582801 | QUINCI GRACE | THOMAS |
| 284 | 10406853001 | QUINN RICHARD | NORDIN |
| 285 | 10228421001 | RASHAD | WILLIAMS |
| 286 | 10406638601 | RASHAN ABDUL | GARY |
| 287 | 9000043701 | RASHARD | DAVIS |
| 288 | 10076433201 | RILEY | CORNELIO |
| 289 | 10123600101 | ROMANE JOELLE | LONGUEVILLE |
| 290 | 10200954501 | ROMAR | REID |
| 291 | 10404494901 | RON | TIAVAASUE |
| 292 | 9000010801 | RYAN | ROLISON |
| 293 | 10627241001 | RYAN ALAN | MILLER |
| 294 | 10353654101 | SADDIQ | BEY |
| 295 | 10345876101 | SARAH JESSICA | FULLER |
| 296 | 10114970001 | SAVANNA J | FAULCONER |
| 297 | 10400107001 | SEAN | ALLISON |
| 298 | 10553320801 | SEAN | CLIFFORD |
| 299 | 9000019201 | SEAN | HJELLE |
| 300 | 10226992001 | SETH D | HENIGAN |

| | | | |
|---|---|---|---|
| 301 | 10319845301 | SHAQUEM | GRIFFIN |
| 302 | 10319846501 | SHAQUILL | GRIFFIN |
| 303 | 9000020101 | SHEA | LANGELIERS |
| 304 | 10406869301 | SHEA CHRISTOPHER | PATTERSON |
| 305 | 10264964901 | SLADE | CECCONI |
| 306 | 10106258801 | SOPHIE ELIZABETH | CUNNINGHAM |
| 307 | 10399818401 | SPENCER | MACKE |
| 308 | 10345715001 | SPENCER GEORGE | JONES |
| 309 | 10441953201 | STANLEY | DYE |
| 310 | 10186006701 | STEPHAN | BLAYLOCK |
| 311 | 10339048001 | STEPHEN DEON | CARR |
| 312 | 10399844501 | TAJZMEL | SHERMAN |
| 313 | 10411041701 | TANNER | MORGAN |
| 314 | 10264744601 | TATHAN | MARTELL |
| 315 | 9000025501 | TAYLER | PERSONS |
| 316 | 10272954201 | TAYLOR | RAPP |
| 317 | 10168612201 | TEEGAN MAKAY | MADARA |
| 318 | 60004591901 | TEVIN | BROYLES |
| 319 | 10174492401 | TIMMY | HERNANDEZ |
| 320 | 10060763901 | TIMOTHY CHAD | HANSEN |
| 321 | 10559025301 | TRACE | MCSORLEY |
| 322 | 10132179001 | TRAJAN ATOA JAMES | PILI |
| 323 | 10082362201 | TRENTON | SIMPSON |
| 324 | 10539467101 | TREVIS | GIPSON |
| 325 | 10174410901 | TREVON | BRADFORD |
| 326 | 10393269001 | TREVON | SIDNEY |
| 327 | 9000024201 | TREVOR | SCOTT |
| 328 | 10569283901 | TREY | LANCE |
| 329 | 60000015001 | TRISTAN | NICKELSON |
| 330 | 10322162101 | TROY | CAUPAIN |
| 331 | 10327318901 | TROY CHARLES | FUMAGALLI |
| 332 | 10126474401 | TRU | THOMPSON |
| 333 | 10088826401 | TYJON | LINDSEY |
| 334 | 60004098401 | TYLER | BAUM |
| 335 | 10115387901 | TYLER | HERRO |
| 336 | 10264878501 | TYREE | ST LOUIS |
| 337 | 10132151001 | URIAH | LEIATAUA |
| 338 | 10329114301 | VALENTINO | DALTOSO |
| 339 | 10278788801 | VANCE | JACKSON |
| 340 | 10407086901 | VICTOR MORITZ | WAGNER |
| 341 | 20001203001 | VINCENT | SAMPSON |
| 342 | 10399825101 | VINCENT TREVON | MITCHELL |
| 343 | 10071816401 | WESTIN BRANNING | GRAVES |
| 344 | 10115926201 | WILL | LEVIS |

| | | | |
|---|---|---|---|
| 345 | 10130617901 | WILLIAM JACOB | FROMM |
| 346 | 10038339701 | XAVIER | SIMPSON |
| 347 | 10559630901 | YETUR | GROSS-MATOS |
| 348 | 9000021401 | ZACHARY | GELOF |
| 349 | 10132297501 | ZACHARY | KATOA |
| 350 | 10132317701 | ZACHARY | WILSON |
| 351 | 10132084001 | ZACHARY G | DAWE |
| 352 | 10407053501 | ZAKARIE | IRVIN |
| 353 | 10234469301 | ZION | BETHEA |

354     SETH BEER (pursuant to Court order)
355     BENJAMIN BURR-KIRVEN (pursuant to Court order)
356     YOELI CHILDS (pursuant to Court order)
357     JAMES OKONKWO (pursuant to Court order)