IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**NOTICE OF INTENT TO APPOINT MAGISTRATE JUDGE NATHANAEL COUSINS AS SPECIAL MASTER** |

On June 6, 2025, the Court granted Plaintiffs' motion for final approval of the Fourth Amended Stipulation and Settlement Agreement (SA), and it ordered the entry of the Second Amended Injunctive Relief Settlement (hereinafter, IRS) pursuant to its terms and conditions. *See* Docket No. 979. The SA provides that the Court may appoint a special master to perform certain functions, including (1) to resolve disputes that may arise concerning compliance with, the validity of, interpretation, or enforcement of the terms and conditions of the SA and the IRS, where those decisions shall be appealable to the Court unless the parties agree that the special master's ruling shall be final without further appeal, *see* SA ¶ 45, IRS Article 6, § 1; and (2) to resolve applications by Class Counsel for attorneys' fees as a percentage of the total amount spent by Division I institutions under the Pool and for monitoring and enforcement of the IRS while the IRS remains in effect, *see* SA ¶ 27.

The Court hereby provides notice to the parties of its intent to appoint Magistrate Judge Nathanael Cousins under Federal Rule of Civil Procedure 53 to serve as the special master with respect to every matter regarding which a special master can be appointed by the Court under the

terms of the SA and IRS, and to the full extent permissible under the terms of the SA, IRS, and Rule 53. Magistrate Judge Cousins is very familiar with this case and prior related cases because the Court referred all non-dispositive matters to him for resolution in all such cases. For any decision by Magistrate Judge Cousins that is not final and may be appealed to this Court, the parties may file objections to it within fourteen days of the date it is filed on the docket.

The Court's appointment of Magistrate Judge Cousins as special master shall become effective within seven days of the date of this Order if no objection is made by the parties within that time frame. The Court will construe the absence of objections to the appointment as consent to the appointment. *See* 28 U.S.C. § 636(b)(2).

IT IS SO ORDERED.

Dated: June 9, 2025

CLAUDIA WILKEN
United States District Judge