Rebecca Peterson-Fisher (SBN 255359)
KATZ BANKS KUMIN LLP
235 Montgomery St., Ste. 665
San Francisco, CA 94104
Telephone: (415) 813-3271
Email: peterson-fisher@katzbanks.com

John Clune, (Pro Hac Vice)
Ashlyn L. Hare, (Pro Hac Vice)
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street, Suite 200
Boulder, CO 80302
Telephone: (303) 442-6514
Email: john.clune@hbcboulder.com
       ashlyn.hare@hbcboulder.com

*Counsel for Objectors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-CV-03919-CW<br><br>**NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT**<br><br>Hon. Claudia Wilken |

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF
A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Notice is hereby given that Objectors in the above named case, KACIE BREEDING, LEXI DRUMM, EMMA APPLEMAN, EMMIE WANNEMACHER, RILEY HASS, KATE JOHNSON, SAVANAH BARON, ELIZABETH ARNOLD, hereby appeal to the United States Court of Appeals for the Ninth Circuit the following orders and judgments dated June 6, 2025 in Case Number 4:20-cv-03919-CW in the U.S. District Court for the Northern District of California, which was filed on June 15, 2020: Order Granting Plaintiffs' Motion for Final Settlement Approval As Modified (ECF No. 979), the accompanying Opinion Regarding Order Granting Motion For Final Settlement Approval of Settlement Agreement (ECF No. 978), and the Final Judgment of Dismissal With Prejudice As to Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference As Modified (ECF No. 980).

The fee for appeal has been paid. This is not a cross appeal and there has been no prior appeal filed.

A Local Rule 3-2 Representation Statement is attached hereto.

Dated June 11, 2025

By: */s/ John Clune*
John Clune (Pro Hac Vice)
Ashlyn L. Hare (Pro Hac Vice)
HUTCHINSON BLACK AND COOK, LLC
912 Walnut Street, Ste. 200
Boulder, CO 80302
Email: john.clune@hbcboulder.com
          ashlyn.hare@hbcboulder.com
Telephone: (303) 442-6514

Rebecca Peterson-Fisher (SBN 255359)
KATZ BANKS KUMIN LLP
235 Montgomery St., Ste. 665
San Francisco, CA 94104
Email: peterson-fisher@katzbanks.com
Telephone: (415) 813-3271

*Counsel for Objectors*

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF
A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

LOCAL RULE 3-2 REPRESENTATION STATEMENT

1) Objectors and Appellants in this matter are represented by:

| | |
|---|---|
| John Clune (Pro Hac Vice) | Rebecca Peterson-Fisher (SBN 255359) |
| Ashlyn L. Hare (Pro Hac Vice) | KATZ BANKS KUMIN LLP |
| HUTCHINSON BLACK AND COOK | 235 Montgomery St., Ste. 665 |
| 912 Walnut Street, Ste. 200 | San Francisco, CA 94104 |
| Boulder, CO 80302 | peterson-fisher@katzbanks.com |
| john.clune@hbcboulder.com | (415) 813-3271 |
| Ashlyn.hare@hbcboulder.com | |
| (303) 442-6514 | |

2) Plaintiffs and Appellees Grant House, Tymir Oliver and Sedona Prince, are represented in this matter by Class Counsel:

| | |
|---|---|
| Steve W. Berman | Jeffrey L. Kessler |
| Emilee Sisco | David G. Feher |
| Stephanie Verdoia | David L. Greenspan |
| Meredith Simons | Adam I. Dale |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah Viebrock |
| | Neha Vyas |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| (206) 623-7292 | New York, NY 10166 |
| (206) 623-0594 (fax) | (212) 294-5329 |
| steve@hbsslaw.com | (212) 294-4700 (fax) |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| merediths@hbsslaw.com | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin Jacob Siegel | sviebrock@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | nvyas@winston.com |
| 715 Hearst Avenue, Suite 300 | Jeanifer Ellen Parsigian |
| Berkeley, CA 94710 | WINSTON & STRAWN LLP |
| (510) 725-3000 | 101 California Street, 21st Floor |
| (510) 725-3001 (fax) | San Francisco, CA 94111 |
| | (415) 591-1000 |
| | (415) 591-1400 (fax) |
| | jparsigian@winston.com |

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF
A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Jeffrey L. Kodroff
Eugene A. Spector
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
215-496-6611 (fax)
jkodroff@srkattorneys.com
espector@srkattorneys.com

3) Defendants and Appellee National Collegiate Athletic Association is represented in this matter by:

Rakesh N. Kilaru
Beth A. Wilkinson
Kieran Gostin
Cali Arat
Matthew Skanchy
Tamarra Matthews Johnson
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

Jacob Klein Danziger
ARENT FOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Fransisco, CA 94101
(415) 757-5500
(415) 757-5501
jacob.danziger@afslaw.com

4) Defendant and Appellee Pac-12 Conference in this matter is represented by:

Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Dee Bansal
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dbansal@cooley.com

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF
A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Mark Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile:(650) 849-7400
mlambert@cooley.com

5) Defendant and Appellee The Big Ten Conference, Inc. in this matter is represented by:

| | |
|---|---|
| Britt M. Miller<br>Daniel Fenske<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606-4637<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>bmiller@mayerbrown.com<br>dfenske@mayerbrown.com | Christopher J. Kelly<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br>cjkelly@mayerbrown.com |

6) Defendant and Appellee The Big Twelve Conference, Inc in this matter is represented by:

| | |
|---|---|
| Angela C. Zambrano<br>Natali Wyson<br>Chelsea Priest<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>angela.zambrano@sidley.com<br>nwyson@sidley.com<br>cpriest@sidley.com | David L. Anderson<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>dlanderson@sidley.com |

7) Defendant and Appellee Southeastern Conference in this matter is represented by:

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF
A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

| | |
|---|---|
| Robert W. Fuller, III (pro hac vice)<br>Lawrence C. Moore, III (pro hac vice)<br>Travis S. Hinman (pro hac vice)<br>Amanda P. Nitto (pro hac vice)<br>Patrick H. Hill (pro hac vice)<br>ROBINSON BRADSHAW & HINSON, P.A.<br>101 N. Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>rfuller@robinsonbradshaw.com<br>lmoore@robinsonbradshaw.com<br>thinman@robinsonbradshaw.com<br>anitto@robinsonbradshaw.com<br>phill@robinsonbradshaw.com | Kathryn Reilly<br>Michael Williams<br>WHEELER TRIGG O'DONNELL LLP<br>370 17th Street, Suite 4500<br>Denver, CO 80202<br>Tel: (303) 244-1800<br>Fax: (202) 244-1879<br>reilly@wtotrial.com<br>williams@wtotrial.com |

Mark J. Seifert
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 869-8837
mseifert@szllp.com

8) Defendant and Appellee Atlantic Coast Conference in this matter is represented by:

| | |
|---|---|
| D. Erik Albright<br>D. Erik Albright<br>Jonathan P. Heyl<br>Gregory G. Holland<br>FOX ROTHSCHILD LLP<br>230 North Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5200<br>Facsimile: (336) 378-5400<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.co | Christopher S. Yates<br>Aaron T. Chiu<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com |

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF
A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Dated June 11, 2025

By: /s/ John Clune
John Clune (Pro Hac Vice)
Ashlyn L. Hare (Pro Hac Vice)
HUTCHINSON BLACK AND COOK
912 Walnut Street, Ste. 200
Boulder, CO 80302
Email: john.clune@hbcboulder.com
        Ashlyn.hare@hbcboulder.com
Telephone: (303) 442-6514

Rebecca Peterson-Fisher (SBN 255359)
KATZ BANKS KUMIN LLP
235 Montgomery St., Ste. 665
San Francisco, CA 94104
Email: peterson-fisher@katzbanks.com
Telephone: (415) 813-3271

*Counsel for Objectors*