

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



FILED

JUN 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-3722 |
| Originating Case Number: | 4:20-cv-03919-CW |
| Short Title: | House, et al. v. National Collegiate Athletic Association, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-3722 |
| Originating Case Number: | 4:20-cv-03919-CW |
| Case Title: | House, et al. v. National Collegiate Athletic Association, et al. |

**Tuesday, June 17, 2025**

| | |
|---|---|
| Kacie Breeding | Mediation Questionnaire due |
| Lexi Drumm | Mediation Questionnaire due |
| Emma Appleman | Mediation Questionnaire due |
| Emmie Wannemacher | Mediation Questionnaire due |
| Riley Hass | Mediation Questionnaire due |
| Kate Johnson | Mediation Questionnaire due |
| Savanah Baron | Mediation Questionnaire due |
| Elizabeth Arnold | Mediation Questionnaire due |

**Wednesday, June 25, 2025**

| | |
|---|---|
| Kacie Breeding | Appeal Transcript Order Due |
| Lexi Drumm | Appeal Transcript Order Due |
| Emma Appleman | Appeal Transcript Order Due |
| Emmie Wannemacher | Appeal Transcript Order Due |
| Riley Hass | Appeal Transcript Order Due |
| Kate Johnson | Appeal Transcript Order Due |
| Savanah Baron | Appeal Transcript Order Due |
| Elizabeth Arnold | Appeal Transcript Order Due |

**Friday, July 25, 2025**

| | |
|---|---|
| Kacie Breeding | Appeal Transcript Due |
| Lexi Drumm | Appeal Transcript Due |
| Emma Appleman | Appeal Transcript Due |
| Emmie Wannemacher | Appeal Transcript Due |
| Riley Hass | Appeal Transcript Due |
| Kate Johnson | Appeal Transcript Due |
| Savanah Baron | Appeal Transcript Due |
| Elizabeth Arnold | Appeal Transcript Due |

**Wednesday, September 3, 2025**

| | |
|---|---|
| Kacie Breeding | Appeal Opening Brief Due |
| Lexi Drumm | Appeal Opening Brief Due |
| Emma Appleman | Appeal Opening Brief Due |
| Emmie Wannemacher | Appeal Opening Brief Due |
| Riley Hass | Appeal Opening Brief Due |
| Kate Johnson | Appeal Opening Brief Due |
| Savanah Baron | Appeal Opening Brief Due |
| Elizabeth Arnold | Appeal Opening Brief Due |

**Friday, October 3, 2025**

| | |
|---|---|
| Grant House | Appeal Answering Brief Due |
| Sedona Prince | Appeal Answering Brief Due |
| DeWayne Carter | Appeal Answering Brief Due |
| Nya Harrison | Appeal Answering Brief Due |
| Nicholas Solomon | Appeal Answering Brief Due |
| National Collegiate Athletic Association | Appeal Answering Brief Due |
| Pac-12 Conference | Appeal Answering Brief Due |
| The Big Ten Conference, Inc. | Appeal Answering Brief Due |
| The Big Twelve Conference, Inc. | Appeal Answering Brief Due |
| Southeastern Conference | Appeal Answering Brief Due |
| Atlantic Coast Conference | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**