Leigh Ernst Friestedt (pro hac vice)
EQUITY IX, LLC
40 Mercer Street, Suite 15
New York, NY 10013
Telephone: (917) 513-5541
Email: leigh@equityix.com

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
505 Montgomery Street 11th Floor
San Francisco, CA 94111
Telephone: (415) 874-3181
Email: jeff@skaggsfaucette.com

*Counsel for Objectors*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-CV-03919-CW <br><br> **NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES DISTRICT COURT** <br><br><br> Hon. Claudia Wilken |

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Notice is hereby given that Objectors in the above named case, CHARLOTTE NORTH,

MAI NIRUNDORN, KATHERINE MCCABE ERNST, SARAH BROOKE BAKER, hereby

appeal to the United States Court of Appeals for the Ninth Circuit the following orders and

judgements dated June 6, 2025 in Case Number 4:20-cv-03919 CW in the U.S. District Court of

the Northern District of California, which was filed on June 15, 2020: Order Granting Plaintiffs'

Motion for Final Settlement Approval As Modified (ECF No. 979), the accompanying Opinion

Regarding Order Granting Motion for Final Settlement Approval of Settlement Agreement (ECF

No. 978), and the Final Judgement of Dismissal With Prejudice As to Defendants National

Collegiate Athletic Association, Athletic Coast Conference, The Big Ten Conference, Inc., The

Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (ECF No.

980).

The fee for appeal has been paid.  This is not a cross appeal.  There has been a prior

Notice of Appeal filed on June 11, 2025 (ECF No. 982).

A Local Rule 3-2 Representation Statement is attached hereto.

Dated June 16, 2025

By:  */s/ Leigh Ernst Friestedt*
Leigh Ernst Friestedt (pro hac vice)
EQUITY IX, LLC
40 Mercer St., Suite 15
New York, NY 10013
Email: leigh@equityix.com
Telephone: (917) 513-5541

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
505 Montgomery St. 11th Floor
San Francisco, CA 94111
Email: jeff@skaggsfaucette.com
Telephone: (415) 874-3181

*Counsel for Objectors*

1
NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

1

<u>LOCAL RULE 3-2 REPRESENTATION STATEMENT</u>

2

3

1)  Objectors and Appellants Charlotte North, Mai Nirundorn, Katherine McCabe Ernst and
    Sarah Brooke Baker, are represented in this matter by:

4

5

6

7

Leigh Ernst Friestedt (pro hac vice)        Jeffrey E. Faucette (SBN 193066)
EQUITY IX, LLC                              SKAGGS FAUCETTE LLP
40 Mercer Street, Suite 15                  505 Montgomery St. 11th Floor
New York, NY 10013                         San Francisco, CA 94111
leigh@equityix.com                         jeff@skaggsfaucette.com
Telephone: (917) 513-5541                  Telephone: (415) 874-318

8

9

2)  Plaintiffs and Appellees Grant House, Tymir Oliver and Sedona Prince, are represented
    in this matter by Class Counsel

10

11

12

13

14

15

16

17

18

Steve W. Berman (pro hac vice)             Jeffrey L. Kessler (pro hac vice)
Emilee Sisco (pro hac vice)                David G. Feher (pro hac vice)
Stephanie Verdoia (pro hac vice)           David L. Greenspan (pro hac vice)
Meredith Simons                            Adam I. Dale (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO                 Sarah Viebrock (pro hac vice)
LLP                                        Neha Vyas (pro hac vice)
1301 Second Avenue, Suite 2000 Seattle,    WINSTON & STRAWN LLP
WA 98101                                   200 Park Avenue
Telephone: (206) 623-7292                  New York, NY 10166
Facsimile: (206) 623-0594                  Telephone: (212) 294-4698
steve@hbsslaw.com                          Facsimile: (212) 294-4700
emilees@hbsslaw.com                        jkessler@winston.com
stephaniev@hbsslaw.com                     dfeher@winston.com
merediths@hbsslaw.com                      dgreenspan@winston.com
                                           aidale@winston.com

19

20

21

22

23

Benjamin J. Siegel                         sviebrock@winston.com
HAGENS BERMAN SOBOL SHAPIRO                 nvyas@winston.com
LLP
715 Hearst Avenue, Suite 300               Jeanifer E. Parsigian
Berkeley, CA 94710                         WINSTON & STRAWN LLP
Telephone: (510) 725-3000                  101 California Street, 21st Floor
Facsimile: (510) 725-3001                  San Francisco, CA 94111
bens@hbsslaw.com                           Telephone: (415) 591-1000
                                           Facsimile: (415) 591-1400
                                           jparsigian@winston.com

24

25

26

27

Jeffrey L. Kodroff (pro hac vice)
Eugene A. Spector (pro hac vice)
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300

28

2

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

1

Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

2

3

4

3)  Defendants and Appellee National Collegiate Athletic Association is represented in this matter by:

5

6

Rakesh N. Kilaru                           Jacob Klein Danziger
Beth A. Wilkinson                          ARENTFOX SCHIFF LLP
Kieran G. Gostin                           350 S. Main Street, Suite 210
Calanthe Arat                              Ann Arbor, MI 48104
Matthew Skanchy (pro hac vice)             Telephone: (734) 222-1516
WILKINSON STEKLOFF LLP                     Facsimile: (734) 222-1501
2001 M Street NW, 10th Floor               jacob.danziger@afslaw.com
Washington, DC 20036
Telephone: (202) 847-4046                  Samuel D. Sazer
Facsimile: (202) 847-4005                  BUCHALTER PC
rkilaru@wilkinsonstekloff.com              425 Market Street, Suite 2900
bwilkinson@wilkinsonstekloff.com           San Francisco, CA 94105
kgostin@wilkinsonstekloff.com              Telephone: (617) 833-1038
carat@wilkinsonstekloff.com                ssazer@buchalter.com
mskanchy@wilkinsonstekloff.com

7

8

9

10

11

12

13

14

15

4)  Defendants and Appellee Pac-12 Conference in this matter is represented by:

16

Whitty Somvichian                          Deepti Bansal (pro hac vice)
Kathleen R. Hartnett                       COOLEY LLP
Ashley K. Corkery                          1299 Pennsylvania Ave. NW, Suite 700
COOLEY LLP                                 Washington, DC 20004
3 Embarcadero Center, 20th Floor           Telephone: (202) 728-7027
San Francisco, CA 94111-4004               Facsimile: (202) 842-7899
Telephone: (415) 693-2061                  dbansal@cooley.com
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

17

18

19

20

21

22

23

Mark F. Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

24

25

26

27

28

3

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5) Defendant and Appellee The Big Ten Conference, Inc., in this matter is represented by:

Britt M. Miller (pro hac vice)
Daniel Fenske (pro hac vice)
Matthew D. Provance (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2000
cjkelly@mayerbrown.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

6) Defendant and Appellee The Big Twelve Conference, Inc. in this matter is represented by:

Angela C. Zambrano
Natali Wyson (pro hac vice)
Chelsea Priest (pro hac vice)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

David L. Anderson
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
dlanderson@sidley.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

4
NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

7) Defendant and Appellee Southeastern Conference in this matter is represented by:

Timothy P. Misner (pro hac vice)
Robert W. Fuller, III (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
Travis S. Hinman (pro hac vice)
Amanda P. Nitto (pro hac vice)
Patrick H. Hill (pro hac vice)
ROBINSON BRADSHAW & HINSON
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8315
Facsimile: (704) 378-3984
tmisner@robinsonbradshaw.com
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
thinman@robinsonbradshaw.com
anitto@robinsonbradshaw.com
phill@robinsonbradshaw.com

Kathryn Reilly (pro hac vice)
Michael T. Williams (pro hac vice)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
reilly@wtotrial.com
williams@wtotrial.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Mark J. Seifert (pro hac vice)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 999-0901
mseifert@szllp.com

8) Defendant and Appellee Atlantic Coast Conference in this matter is represented by:

David E. Albright (pro hac vice)
Jonathan P. Heyl (pro hac vice)
Gregory G. Holland (pro hac vice)
Alex Hernaez
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 433-7402
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com
ahernaez@foxrothschild.com

Christopher S. Yates
Aaron T. Chiu
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

5

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Alex Hernaez
FOX ROTHSCHILD LLP
345 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Facsimile: (202) 637-2201
anna.rathbun@lw.com

Dated June 16, 2025

By: */s/ Leigh Ernst Friestedt*
Leigh Ernst Friestedt (pro hac vice)
EQUITY IX, LLC
40 Mercer St., Suite 15
New York, NY 10013
Email: leigh@equityix.com
Telephone: (917) 513-5541

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
505 Montgomery St. 11th Floor
San Francisco, CA 94111
Email: jeff@skaggsfaucette.com
Telephone: (415) 874-3181

*Counsel for Objectors*

6
NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW