Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919 CW<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MENKE-WEIDENBACH OBJECTORS' MOTION TO EXTEND TIME FOR FILING OF MOTION FOR ATTORNEYS' FEES**<br><br>Hon. Claudia Wilken |

010912-11/3214099 V1

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Washington Bar, and I have been admitted to this Court *pro hac vice*. I am the managing partner of Hagens Berman Sobol Shapiro LLP. Hagens Berman Sobol Shapiro LLP, alongside Winston & Strawn LLP, are counsel of record for the Plaintiffs in this matter, having been appointed as Class Counsel for the Settlement Classes by this Court. ECF No. 979 at 4. Hagens Berman and Winston & Strawn were also appointed as Co-Lead Class Counsel for the certified litigation damages and injunctive relief Classes by this Court. ECF No. 387 at 52; ECF No. 323 at 10. My business address is 1301 Second Avenue, Suite 2000, Seattle, Washington 98101. I am over the age of eighteen, am competent to testify, and do so based on my personal knowledge.

2. I make this declaration in support of Plaintiffs' Opposition to Menke-Weidenbach Objectors' Motion to Extend Time for Filing of Motion for Attorneys' Fees, filed in the above-referenced action on June 25, 2025 (ECF No. 987) ("Plaintiffs' Opposition").

3. I have attached as **Exhibit A** to this declaration a true and correct copy of a June 23-24, 2025 email exchange between me and counsel for the Menke-Weidenbach Objectors (the email correspondence also includes co-counsel for the Settlement Class and counsel for the NCAA).

4. In response to Objector Counsel's request for Plaintiffs to agree that they could submit a late-filed fee motion, including potentially "up to 30 days after the issuance of any mandate or mandates on the pending appeals," I wrote: "We don't agree to an extension. Answer might be different if you weren't appealing but so long as that's possible the answer is no. [S]ame comment on no waiver[.]" Ex. A at 1. Contrary to the claims of the Menke-Weidenbach Objectors (Mot. at 5), there was nothing "shocking" about asking them if they intended to appeal. As explained fully in Plaintiffs' Opposition, my position was based on promoting class members' interests in the timeliest possible resolution of challenges to the settlement—which the Menke-Weidenbach Objectors' requested relief would prejudicially obstruct—so that class members may receive the recovery they so greatly deserve as soon as possible. I also wanted to determine if the Menke-Weidenbach Objectors intended to attack the settlement before the Ninth Circuit during an appeal, only to later laud it before this Court in an

effort to obtain fees. The procedures laid out by the federal rules do not allow objectors to engage in this type of gamesmanship.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of June 2025 at Seattle, Washington.

                        */s/ Steve W. Berman*
                        STEVE W. BERMAN