# EXHIBIT A

**From:** Steve Berman
**Sent:** Tuesday, June 24, 2025 8:25 AM
**To:** Molo, Steven <smolo@mololamken.com>
**Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Jeffrey Kessler <jkessler@winston.com>
**Subject:** RE: In re College Athlete Litigation (No. 4:20-cv-03919-CW)

### Its not a matter of kindness but there is a legal reason for our position

--
**Steve Berman** | Hagens Berman Sobol Shapiro LLP | (206) 268-9320

**From:** Molo, Steven <smolo@mololamken.com>
**Sent:** Tuesday, June 24, 2025 8:24 AM
**To:** Steve Berman <Steve@hbsslaw.com>
**Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Jeffrey Kessler <jkessler@winston.com>
**Subject:** Re: In re College Athlete Litigation (No. 4:20-cv-03919-CW)

Very kind of you.

Sent from my iPhone


On Jun 24, 2025, at 11:14 AM, Steve Berman <steve@hbsslaw.com> wrote:

### We don't agree to an extension. Answer might be different if you weren't appealing but so long as that's possible the answer is no. same comment on no waiver

--
**Steve Berman** | Hagens Berman Sobol Shapiro LLP | (206) 268-9320

**From:** Molo, Steven <smolo@mololamken.com>
**Sent:** Tuesday, June 24, 2025 8:06 AM
**To:** Steve Berman <Steve@hbsslaw.com>
**Cc:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Jeffrey Kessler <jkessler@winston.com>
**Subject:** Re: In re College Athlete Litigation (No. 4:20-cv-03919-CW)

Our firm, Steve.  As you've noted, we improved the settlement and thus, are entitled to apply for a fee award.  Best. Steve

1

Sent from my iPhone

On Jun 24, 2025, at 10:04 AM, Steve Berman <steve@hbsslaw.com> wrote:

**w/ waiving argument that no fees are deserved given every objection was overruled are you speaking for your firm or a broader group?**

--
**Steve Berman** | Hagens Berman Sobol Shapiro LLP | (206) 268-9320

**From:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Sent:** Monday, June 23, 2025 5:33 PM
**To:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>; Jeffrey Kessler <jkessler@winston.com>; Steve Berman <Steve@hbsslaw.com>
**Cc:** Molo, Steven <smolo@mololamken.com>
**Subject:** RE: In re College Athlete Litigation (No. 4:20-cv-03919-CW)

Hello Rakesh,

We are still considering our options regarding an appeal.

Regards,

**Sara Tofighbakhsh**
<image001.jpg>

430 Park Avenue
New York, NY 10022
T:  (212) 607-8179
M: (732) 789-9427
stofighbakhsh@mololamken.com
www.mololamken.com

**From:** Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Sent:** Monday, June 23, 2025 8:19 PM
**To:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>; Jeffrey Kessler <jkessler@winston.com>; Steve Berman <steve@hbsslaw.com>
**Cc:** Molo, Steven <smolo@mololamken.com>
**Subject:** Re: In re College Athlete Litigation (No. 4:20-cv-03919-CW)

Hi Sara:

I have to consult with my cocounsel so I won't be able to give you an answer tomorrow at 2 ET. Are you intending to pursue an appeal?

Thanks,
Rakesh

**Rakesh Kilaru** | Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4046 | Fax: (202) 847-4005
rkilaru@wilkinsonstekloff.com
wilkinsonstekloff.com
*Pronouns: He/Him/His*

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Tofighbakhsh, Sara <STofighbakhsh@mololamken.com>
**Sent:** Monday, June 23, 2025 7:36:27 PM
**To:** Jeffrey Kessler <jkessler@winston.com>; Steve Berman <steve@hbsslaw.com>; Rakesh Kilaru <rkilaru@wilkinsonstekloff.com>
**Cc:** Molo, Steven <smolo@mololamken.com>
**Subject:** In re College Athlete Litigation (No. 4:20-cv-03919-CW)

Counsel,

In light of the pending appeals, would you agree that objectors may have 30 days as of this Friday, June 27, to file a petition for fees (July 28)? In the alternative, would you agree that petitions can be filed up to 30 days after the issuance of any mandate or mandates on the pending appeals?

Please let us know by 2:00 p.m. EST tomorrow, June 24.

Regards,

**Sara Tofighbakhsh**
<image001.jpg>

430 Park Avenue
New York, NY 10022
T:  (212) 607-8179

M: (732) 789-9427
stofighbakhsh@mololamken.com
www.mololamken.com

---

This e-mail may contain attorney work product, privileged and/or confidential information. It is intended to be subject to the Attorney Client privilege. It is intended only for the original recipients, and no other person is authorized to receive it. Please do not copy or forward this e-mail without the consent of the author. If you have received this e-mail in error please delete it immediately from your system and contact the author. Molo Lamken LLP is a limited liability partnership formed under the laws of New York and the liability of its partners is limited accordingly. The names Molo Lamken and MoloLamken shall refer to Molo Lamken LLP.

This email has been scanned for viruses and malware.

---

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.