Lewis S. Fischbein
LEWIS S. FISCHBEIN, P.C.
4455 Douglas Avenue, Suite 11B
Riverdale, New York 10471
Telephone: (914) 772-7491
Email: lewis@fischbeinpc.com

*Counsel for Objectors*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-CV-03919-CW <br><br> **NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT** <br><br> Hon. Claudia Wilken |

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

Notice is hereby given that Objectors in the above named case, SEBASTIAN RIVERA, RYAN DEAKIN, hereby appeal to the United States Court of Appeals for the Ninth Circuit the following orders and judgments dated June 6, 2025 in Case Number 4:20-cv-03919 CW in the U.S. District Court of the Northern District of California, which was filed on June 15, 2020: Order Granting Plaintiffs' Motion for Final Settlement Approval As Modified (ECF No. 979), the accompanying Opinion Regarding Order Granting Motion for Final Settlement Approval of Settlement Agreement (ECF No. 978), and the Final Judgment of Dismissal With Prejudice As to Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (ECF No. 980).

The fee for appeal has been paid. This is not a cross appeal. There has been two prior Notices of Appeal, the first filed on June 11, 2025 (ECF No. 982) and the second filed on June 16, 2025 (ECF No. 984).

A Local Rule 3-2 Representation Statement is attached hereto.

Dated July 2, 2025

By: /s/ Lewis S. Fischbein
Lewis S Fischbein
LEWIS S. FISCHBEIN, P.C.
4455 Douglas Avenue, Suite 11B
Riverdale, New York 10471
Telephone: (914) 772-7491
Email: lewis@fischbeinpc.com

*Counsel for Objectors*

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

1

LOCAL RULE 3-2 REPRESENTATION STATEMENT

1) Objectors and Appellants Sebastian Rivera and Ryan Deakin are represented in this matter by:

    Lewis S Fischbein
    LEWIS S. FISCHBEIN, P.C.
    4455 Douglas Avenue, Suite 11B
    Riverdale, New York 10471
    Telephone: (914) 772-7491
    Email: lewis@fischbeinpc.com

2) Plaintiffs and Appellees Grant House, Tymir Oliver and Sedona Prince are represented in this matter by Class Counsel:

| | |
|---|---|
| Steve W. Berman (pro hac vice) | Jeffrey L. Kessler (pro hac vice) |
| Emilee Sisco (pro hac vice) | David G. Feher (pro hac vice) |
| Stephanie Verdoia (pro hac vice) | David L. Greenspan (pro hac vice) |
| Meredith Simons | Adam I. Dale (pro hac vice) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah Viebrock (pro hac vice) |
| | Neha Vyas (pro hac vice) |
| 1301 Second Avenue, Suite 2000 | WINSTON & STRAWN LLP |
| Seattle, WA 98101 | 200 Park Avenue |
| Telephone: (206) 623-7292 | New York, NY 10166 |
| Facsimile: (206) 623-0594 | Telephone (212) 294-4698 |
| Steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| Stephaniev@hbsslaw.com | dfeher@winston.com |
| merediths@hbsslaw.com | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin J. Siegel | sviebrock@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | nvyas@winston.com |
| 715 Hearst Avenue, Suite 300 | Jeanifer E. Parsigian |
| Berkeley, CA 94710 | WINSTON & STRAWN LLP |
| Telephone: (510) 725-3000 | 101 California Street, 21st Floor |
| Facsimile: (510) 725-3001 | San Francisco, CA 94111 |
| bens@hbsslaw.com | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | jparsigian@winston.com |
| Jeffrey L. Kodroff (pro hac vice) | |
| Eugene A. Spector (pro hac vice) | |

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

3) Defendant and Appellee National Collegiate Athletic Association is represented in this matter by:

Rakesh N. Kilaru
Beth A. Wilkinson
Kieran G. Gostin
Calanthe Arat
Matthew Skanchy (pro hac vice)
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob Klein Danziger
ARENTFOX SCHIFF LLP
350 S. Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1516
Facsimile: (734) 222-1501
Jacob.danziger@afslaw.com

Samuel D. Sazer
BUCHALTER PC
425 Market Street, Suite 2900
San Francisco, CA 94105
Telephone: (617) 833-1038
ssazer@buchalter.com

4) Defendant and Appellee Pac-12 Conference is represented in this matter by:

Whitty Somvichian
Kathleen R. Hartnett
Ashley K. Corkery
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2061
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Deepti Bansal (pro hac vice)
COOLEY LLP
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 728-7027
Facsimile: (202) 842-7899
dbansal@cooley.com

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

3

Mark F. Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

5) Defendant and Appellee The Big Ten Conference, Inc. is represented in this matter by:

Britt M. Miller (pro hac vice)
Daniel Fenske (pro hac vice)
Matthew D. Provance (pro hac vice)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
cjkelly@mayerbrown.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

6) Defendant and the Appellee The Big Twelve Conference, Inc. is represented in this matter by:

Angela C. Zambrano
Natali Wyson (pro hac vice)
Chelsea Priest (pro hac vice)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
angela.zambrano@sidley.com

David L. Anderson
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
dlanderson@sidley.com

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

nwyson@sidley.com
cpriest@sidley.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

7) Defendant and Appellee Southeastern Conference is represented in this matter by:

Timothy P. Misner (pro hac vice)
Robert W. Fuller, III (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
Travis S. Hinman (pro hac vice)
Amanda P. Nitto (pro hac vice)
Patrick H. Hill (pro hac vice)
ROBINSON BRADSHAW & HINSON
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8315
Facsimile: (704) 378-3984
tmisner@robinsonbradshaw.com
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
thinman@robinsonbradshaw.com
anitto@robinsonbradshaw.com
phill@robinsonbradshaw.com

Kathryn Reilly (pro hac vice)
Michael T. Williams (pro hac vice)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
reilly@wtotrial.com
williams@wtotrial.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Mark J. Seifert (pro hac vice)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 999-0901
mseifert@szllp.com

8) Defendant and Appellee Atlantic Coast Conference is represented in this matter by:

David E. Albright (pro hac vice)                Christopher S. Yates

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

| | |
|---|---|
| Jonathan P. Heyl (pro hac vice)<br>Gregory G. Holland (pro hac vice)<br>Alex Hernaez<br>FOX ROTHSCHILD LLP<br>230 N. Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 433-7402<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br>ahernaez@foxrothschild.com<br><br>Alex Hernaez<br>FOX ROTHSCHILD LLP<br>345 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br>ahernaez@foxrothschild.com<br><br>Rakesh Kilaru<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4046<br>Facsimile: (202) 847-4005<br>rkilaru@wilkinsonstekloff.com | Aaron T. Chiu<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com |

Dated: July 2, 2025

By: /s/ Lewis S. Fischbein
Lewis S Fischbein
LEWIS S. FISCHBEIN, P.C.
4455 Douglas Avenue, Suite 11B
Riverdale, New York 10471
Telephone: (914) 772-7491
Email: lewis@fischbeinpc.com

*Counsel for Objectors*

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT

CASE NO. 4:20-CV-03919-CW

6