Tyler Phillips (*pro se*)
4919 Oaklawn Drive
North Little Rock, Arkansas 72116
Telephone: (501-247-5794)
Email: tylerphillips@causavalori.com

**FILED**
JUL 02 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**RECEIVED**
JUL 02 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-CV-03919-CW<br><br>**NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES DISTRICT COURT**<br><br>Hon. Claudia Wilken |

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Notice is hereby given that Tyler Phillips, an unnamed class member filing this appeal *pro se* on behalf of those class members for whom he is a qualified representative (particularly those (i) class members who did not compete after July 1, 2021; (ii) class members who suffered any injury arising from restrictions upon education-related compensation for athletic services such as grant-in-aid award restrictions set forth in NCAA Bylaw 15.5 (as such Bylaw existed in the 2024-2025 manual); (iii) class members who (A) played basketball or football at a school in one of the Power 5 conferences and (B) did not receive full grant-in-aid compensation (the "Excluded Walk-Ons"); and (iv) those Excluded Walk-Ons who filed a timely and valid objection (the "Excluded Objectors"), hereby appeals to the United States Court of Appeals for the Ninth Circuit the following orders and judgements dated June 6, 2025 in Case No. 4:20-cv-03919 CW in the U.S. District Court of the Northern District of California, which was filed on June 15, 2020: Order Granting Plaintiffs' Motion for Final Settlement Approval As Modified (ECF No. 979), the accompanying Opinion Regarding Order Granting Motion for Final Settlement Approval of Settlement Agreement (ECF No. 978), and the Final Judgement of Dismissal With Prejudice As to Defendants National Collegiate Athletic Association, Athletic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (ECF No. 980).

The filing fee for appeal has been paid. This is not a cross appeal. There have been prior Notices of Appeal filed on June 11, 2025 (ECF No. 982) and June 16, 2025 (ECF No. 984).

Pursuant to Circuit Rule 3-2, no Representation Statement is required to be filed with this *pro se* Notice of Appeal from a Judgement or Order of a United States District Court.

Dated June 26, 2025

By: */s/ Tyler Phillips*
Tyler Phillips
4919 Oaklawn Drive
North Little Rock, Arkansas 72116
Telephone: (501-247-5794)
Email: tylerphillips@causavalori.com

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW