Steven F. Molo (*pro hac vice*)
Eric A. Posner (*pro hac vice*)
Thomas J. Wiegand (*pro hac vice*)
Bonnie K. St. Charles (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL  60654
smolo@mololamken.com
eposner@mololamken.com
twiegand@mololamken.com
bstcharles@mololamken.com
(312) 450-6700

Alexandra C. Eynon (*pro hac vice*)
Pratik K. Raj Ghosh (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
aeynon@mololamken.com
prajghosh@mololamken.com
stofighbakhsh@mololamken.com
(212) 607-8160

William J. Cooper (CA Bar No. 304524)
Natalie Cha (CA Bar No. 327869)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA  94111
wcooper@conmetkane.com
ncha@conmetkane.com
(415) 343-7100

Arthur H. Bryant (CA Bar No. 208365)
ARTHUR BRYANT LAW, P.C.
1999 Harrison Street, 18th Floor
Oakland, CA  94612
arthur@arthurbryantlaw.com
(510) 391-5454

*Counsel for Objectors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGIATE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**THE MENKE OBJECTORS' NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT**<br><br>Hon. Claudia Wilken |

Notice is hereby given that Objectors Grace Menke, Flannery Dunn, Mia Levy, Madison Moore, Sierra Bishop, Georgiana Barr, Mila Yarich, Rachael Holp, Charlotte Forman, and Audrey Leak appeal to the United States Court of Appeals for the Ninth Circuit this Court's June 6, 2025 Final Judgment of Dismissal with Prejudice as to Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (Dkt. 980), and from all other orders, opinions, rulings, and decisions merged into, underlying, or related thereto, including, but not limited to, the June 6, 2025 Order Granting Plaintiffs' Motion for Final Settlement Approval As Modified (Dkt. 979), and the June 6, 2025 Opinion Regarding Order Granting Motion For Final Settlement Approval of Settlement Agreement (Dkt. 978).

The fee has been paid. There is no cross-appeal. A representation statement is attached hereto, as required by Circuit Rule 3-2.

Dated: July 3, 2025

/s/ Steven F. Molo
Steven F. Molo (*pro hac vice*)
Eric A. Posner (*pro hac vice*)
Thomas J. Wiegand (*pro hac vice*)
Bonnie K. St. Charles (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL 60654

Alexandra C. Eynon (*pro hac vice*)
Pratik K. Raj Ghosh (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022

Respectfully submitted,

/s/ William J. Cooper
William J. Cooper (CA Bar No. 304524)
Natalie Cha (CA Bar No. 327869)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA 94111

/s/ Arthur H. Bryant
Arthur H. Bryant (CA Bar No. 208365)
ARTHUR BRYANT LAW, P.C.
1999 Harrison Street, 18th Floor
Oakland, CA 94612

LOCAL RULE 3-2 REPRESENTATION STATEMENT

1)  Objectors and Appellants in this matter are represented by:

Steven F. Molo (*pro hac vice*)
Eric A. Posner (*pro hac vice*)
Thomas J. Wiegand (*pro hac vice*)
Bonnie K. St. Charles (*pro hac vice*)
MOLOLAMKEN LLP
300 N. LaSalle Street
Chicago, IL  60654
smolo@mololamken.com
eposner@mololamken.com
twiegand@mololamken.com
bstcharles@mololamken.com
(312) 450-6700

Alexandra C. Eynon (*pro hac vice*)
Pratik K. Raj Ghosh (*pro hac vice*)
Sara Tofighbakhsh (*pro hac vice*)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY  10022
aeynon@mololamken.com
prajghosh@mololamken.com
stofighbakhsh@mololamken.com
(212) 607-8160

William J. Cooper (CA Bar No. 304524)
Natalie Cha (CA Bar No. 327869)
CONRAD | METLITZKY | KANE LLP
217 Leidesdorff Street
San Francisco, CA  94111
wcooper@conmetkane.com
ncha@conmetkane.com
(415) 343-7100

Arthur H. Bryant (CA Bar No. 208365)
ARTHUR BRYANT LAW, P.C.
1999 Harrison Street, 18th Floor
Oakland, CA  94612
arthur@arthurbryantlaw.com
(510) 391-5454

2) Plaintiffs and Appellees Grant House, Tymir Oliver, Sedona Prince, Nya Harrison, and Nicholas Solomon are represented by Class Counsel:

| | |
|---|---|
| Steve W. Berman | Jeffrey L. Kessler (*pro hac vice*) |
| Emilee Sisco (*pro hac vice*) | David G. Feher (*pro hac vice*) |
| Stephanie Verdoia (*pro hac vice*) | David L. Greenspan (*pro hac vice*) |
| Meredith Simons (*pro hac vice*) | Adam I. Dale (*pro hac vice*) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah Viebrock (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | Neha Vyas (*pro hac vice*) |
| Seattle, Washington 98101 | WINSTON & STRAWN LLP |
| steve@hbsslaw.com | 200 Park Avenue |
| emilees@hbsslaw.com | New York, NY 10166 |
| stephaniev@hbsslaw.com | jkessler@winston.com |
| merediths@hbsslaw.com | dfeher@winston.com |
| (206) 623-7292 | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin Jacob Siegel | sviebrock@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | nvyas@winston.com |
| 715 Hearst Avenue, Suite 300 | (212) 294-5329 |
| Berkeley, CA 94710 | |
| bsiegel@hbsslaw.com | Jennifer Ellen Parsigian |
| (510) 725-3000 | WINSTON & STRAWN LLP |
| | 101 California Street, 21st Floor |
| | San Francisco, CA 94111 |
| | jparsigian@winston.com |
| | (415) 591-1000 |

3) Defendant and Appellee National Collegiate Athletic Association is represented by:

| | |
|---|---|
| Rakesh N. Kilaru | Jacob Klein Danziger |
| Beth A. Wilkinson | ARENT FOX SCHIFF LLP |
| Kieran Gavin Gostin | 44 Mongomery Street, 38th Floor |
| Calanthe Arat | San Francisco, CA 94101 |
| Matthew Randall Skanchy (*pro hac vice*) | jacob.danziger@afslaw.com |
| WILKINSON STEKLOFF LLP | (415) 757-5500 |
| 2001 M Street, N.W., 10th Floor | |
| Washington, D.C. 20036 | |
| rkilaru@wilkinsonstekloff.com | |
| bwilkinson@wilkinsonstekloff.com | |
| kgostin@wilkinsonstekloff.com | |
| carat@wilkinsonstekloff.com | |
| mskanchy@wilkinsonstekloff.com | |
| tmatthewsjonson@wilkinsonstekloff.com | |
| (202) 847-4000 | |

4) Defendant and Appellee Pac-12 Conference is represented by:

Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com
(415) 693-2000

Deepi Bansal (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, N.W., Suite 700
Washington, D.C. 20004
dbansal@cooley.com

Mark Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
mlambert@cooley.com
(650) 843-5000

5) Defendant and Appellee The Big Ten Conference, Inc. is represented by:

Britt Marie Miller (*pro hac vice*)
Daniel Fenske (*pro hac vice*)
Matthew David Provance (*pro hac vice*)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com
(312) 782-0600

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 3000
Palo Alto, CA 94306
cjkelly@mayerbrown.com
(650) 331-2000

6) Defendant and Appellee The Big Twelve Conference, Inc. is represented by:

Angela C. Zambrano
Natali Wyson (*pro hac vice*)
Chelsea Ann Ayres Priest (*pro hac vice*)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com
(214) 981-3300

David L. Anderson
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94111
dlanderson@sidley.com
(415) 772-1200

7) Defendant and Appellee Southeastern Conference is represented by:

Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Travis Styres Hinman (*pro hac vice*)
Amanda Pickens Nitto (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
Timothy P. Misner (*pro hac vice)*
ROBINSON BRADSHAW & HINSON LLP
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
thinman@robinsonbradshaw.com
anitto@robinsonbradshaw.com
phill@robinsonbradshaw.com
tmisner@robinsonbradshaw.com
(704) 377-2536

Kathryn Reilly (*pro hac vice*)
Michael Timothy Williams (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
williams@wtotrial.com
(303) 244-1800

Mark J. Seifert
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
mseifert@szllp.com
(415) 869-8837

8) Defendant and Appellee Atlantic Coast Conference is represented by:

D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com
(336) 378-5200

Alex Hernaez
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
ahernaez@foxrothschild.com
(415) 364-5540

Christopher S. Yates
Aaron T. Chin
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
aaron.chiu@lw.com
(415) 391-0600

Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
anna.rathbun@lw.com
(202) 637-2200

Dated: July 3, 2025

| | |
|---|---|
| */s/ Steven F. Molo* | */s/ William J. Cooper* |
| Steven F. Molo (*pro hac vice*) | William J. Cooper (CA Bar No. 304524) |
| Eric A. Posner (*pro hac vice*) | Natalie Cha (CA Bar No. 327869) |
| Thomas J. Wiegand (*pro hac vice*) | CONRAD | METLITZKY | KANE LLP |
| Bonnie K. St. Charles (*pro hac vice*) | 217 Leidesdorff Street |
| MOLOLAMKEN LLP | San Francisco, CA  94111 |
| 300 N. LaSalle Street | |
| Chicago, IL  60654 | */s/ Arthur H. Bryant* |
| | Arthur H. Bryant (CA Bar No. 208365) |
| Alexandra C. Eynon (*pro hac vice*) | ARTHUR BRYANT LAW, P.C. |
| Pratik K. Raj Ghosh (*pro hac vice*) | 1999 Harrison Street, 18th Floor |
| Sara Tofighbakhsh (*pro hac vice*) | Oakland, CA  94612 |
| MOLOLAMKEN LLP | |
| 430 Park Avenue | |
| New York, NY  10022 | |