Michael L. McGlamry
GA Bar No. 492515
Caroline G. McGlamry
CA Bar No. 308660
**POPE, MCGLAMRY, KILPATRICK,**
**MORRISON & NORWOOD, P.C.**
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
carolinemcglamry@pmkm.com
mmcglamry@pmkm.com

William J. Cornwell
FL Bar No. 0782017
WEISS, HANDLER & CORNWELL, P.A.
2255 Glades Road, Suite 205E
Boca Raton, FL 33431
Tel: (561) 997-9995
wjc@whcfla.com
filings@whcfla.com

***Counsel for Objector Thomas Castellanos***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## (OAKLAND DIVISION)

| | |
|---|---|
| **IN RE: COLLEGE ATHLETE NIL LITIGATION** | Case No. 4:20-cv-03919-CW<br><br>**NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT**<br><br>Hon. Claudia Wilken |

1    Notice is hereby given that Objector Thomas Castellanos appeals to the United

2   States Court of Appeals for the Ninth Circuit this Court's June 6, 2025 Final

3   Judgment of Dismissal with Prejudice as to Defendants National Collegiate Athletic

4   Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12

5   Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (Dkt.

6   980), and from all other orders, opinions, rulings, and decisions merged into,

7   underlying, or related thereto, including, but not limited to, the June 6, 2025 Order

8   Granting Plaintiffs' Motion for Final Settlement Approval As Modified (Dkt. 979),

9   and the June 6, 2025 Opinion Regarding Order Granting Motion For Final

10   Settlement Approval of Settlement Agreement (Dkt. 978).

11    The fee has been paid. There is no cross-appeal. Multiple prior appeals have

12   been filed, including: one on June 11, 2025 (ECF No. 981), Court of Appeals Case No.

13   25-3722; a second on June 16, 2025 (ECF No. 984), Court of Appeals Case No. 25-

14   3835; and three additional appeals on July 2, 2025 (ECF Nos. 990, 991, and 992), for

15   which Court of Appeals Case Numbers were not yet available.

16    A representation statement is attached hereto, as required by Circuit Rule 3-2.

17    Respectfully submitted.          This 7th day of July, 2025.

18                                     By: *Michael L. McGlamry*
                                           Michael L. McGlamry (pro hac vice)
19                                         Caroline G. McGlamry
20                                         **POPE, MCGLAMRY, KILPATRICK,**
                                           **MORRISON & NORWOOD, P.C.**
21                                         3391 Peachtree Road, Suite 300
                                           Atlanta, GA 30326
22                                         Tel: (404) 523-7706
23                                         carolinemcglamry@pmkm.com
                                           mmcglamry@pmkm.com
24
25                                         William J. Cornwell (pro hac vice)
                                           **WEISS, HANDLER & CORNWELL,**
26                                         **P.A.**
                                           2255 Glades Road, Suite 205E
27                                         Boca Raton, FL 33431

28
NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT
CASE NO. 4:20-cv-03919-CW

Tel: (561) 997-9995
wjc@whcfla.com
filings@whcfla.com

*Counsel for Objector Castellanos*

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER
OF A UNITED STATES DISTRICT COURT
CASE NO. 4:20-cv-03919-CW

LOCAL RULE 3-2 REPRESENTATION STATEMENT

    1)  Objector-Appellant Castellanos in this matter is represented by:

Michael L. McGlamry (pro hac vice)
Caroline G. McGlamry
**POPE, MCGLAMRY, KILPATRICK,**
**MORRISON & NORWOOD, P.C.**
3391 Peachtree Road, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
carolinemcglamry@pmkm.com
mmcglamry@pmkm.com

William J. Cornwell (pro hac vice)
FL Bar No. 0782017
**WEISS, HANDLER & CORNWELL, P.A.**
2255 Glades Road, Suite 205E
Boca Raton, FL 33431
Tel: (561) 997-9995
wjc@whcfla.com
filings@whcfla.com

    2) Plaintiff-Appellee Thomas Castellanos is also represented by Class Counsel:

Steve W. Berman Emilee Sisco (pro hac vice)
Stephanie Verdoia (pro hac vice)
Meredith Simons (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com
(206) 623-7292

Benjamin Jacob Siegel
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
bsiegel@hbsslaw.com
(510) 725-3000
Jeffrey L. Kessler (pro hac vice)
David G. Feher (pro hac vice)
David L. Greenspan (pro hac vice)

Adam I. Dale (pro hac vice)
Sarah Viebrock (pro hac vice)
Neha Vyas (pro hac vice)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com
(212) 294-5329

Jennifer Ellen Parsigian
 WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
jparsigian@winston.com
(415) 591-1000

     3) Defendant and Appellee National Collegiate Athletic Association is represented by:

Rakesh N. Kilaru
Beth A. Wilkinson
Kieran Gavin Gostin
Calanthe Arat
Matthew Randall Skanchy (pro hac vice)
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
rkilaru@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
kgostin@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com
tmatthewsjonson@wilkinsonstekloff.com
(202) 847-4000

Jacob Klein Danziger
ARENT FOX SCHIFF LLP
44 Mongomery Street, 38th Floor
San Francisco, CA 94101
jacob.danziger@afslaw.com
(415) 757-5500

4) Defendant and Appellee Pac-12 Conference is represented by:

Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com
(415) 693-2000

Deepi Bansal (pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, N.W., Suite 700
Washington, D.C. 20004
dbansal@cooley.com

Mark Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
mlambert@cooley.com
(650) 843-5000

5) Defendant and Appellee The Big Ten Conference, Inc. is represented by:

Britt Marie Miller (pro hac vice)
Daniel Fenske (pro hac vice)
Matthew David Provance (pro hac vice)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com
(312) 782-0600

Christopher J. Kelly
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 3000
Palo Alto, CA 94306
cjkelly@mayerbrown.com

OBJECTOR CASTELLANOS' NOTICE OF APPEAL
CASE NO. 4:20-cv-03919-CW

1  (650) 331-2000

2      6) Defendant and Appellee The Big Twelve Conference, Inc. is represented by:

3
Angela C. Zambrano Natali Wyson (pro hac vice)
4  Chelsea Ann Ayres Priest (pro hac vice)
SIDLEY AUSTIN LLP 2021
5  McKinney Avenue, Suite 2000
Dallas, TX 75201
6  angela.zambrano@sidley.com
7  nwyson@sidley.com
cpriest@sidley.com
8  (214) 981-3300

9
David L. Anderson
10  SIDLEY AUSTIN LLP
555 California Street, Suite 2000
11  San Francisco, CA 94111
dlanderson@sidley.com
12  (415) 772-1200

13
      7) Defendant and Appellee Southeastern Conference is represented by:
14

15  Robert W. Fuller, III (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
16  Travis Styres Hinman (pro hac vice)
Amanda Pickens Nitto (pro hac vice) Patrick H. Hill (pro hac vice)
17   Timothy P. Misner (pro hac vice)
18  ROBINSON BRADSHAW & HINSON LLP
101 N. Tryon Street, Suite 1900
19  Charlotte, NC 28246
rfuller@robinsonbradshaw.com
20  lmoore@robinsonbradshaw.com
thinman@robinsonbradshaw.com
21  anitto@robinsonbradshaw.com
phill@robinsonbradshaw.com
22  tmisner@robinsonbradshaw.com
23  (704) 377-2536

24
Kathryn Reilly (pro hac vice)
25  Michael Timothy Williams (pro hac vice)
WHEELER TRIGG O'DONNELL LLP
26  370 17th Street, Suite 4500
Denver, CO 80202
27  reilly@wtotrial.com
28  williams@wtotrial.com

OBJECTOR CASTELLANOS' NOTICE OF APPEAL
CASE NO. 4:20-cv-03919-CW

1  (303) 244-1800

2  Mark J. Seifert

3  SEIFERT ZUROMSKI LLP
   100 Pine Street, Suite 1250

4  San Francisco, CA 94111
   mseifert@szllp.com

5  (415) 869-8837

6
       8) Defendant and Appellee Atlantic Coast Conference is represented by:

7

8  D. Erik Albright (pro hac vice)
   Jonathan P. Heyl (pro hac vice)

9  Gregory G. Holland (pro hac vice)
   FOX ROTHSCHILD LLP

10 230 N. Elm Street, Suite 1200
   Greensboro, NC 27401

11 ealbright@foxrothschild.com

12 jheyl@foxrothschild.com
   gholland@foxrothschild.com

13 (336) 378-5200

14 Alex Hernaez

15 FOX ROTHSCHILD LLP
   345 California Street, Suite 2200

16 San Francisco, CA 94104
   ahernaez@foxrothschild.com

17 (415) 364-5540

18
   Christopher S. Yates

19 Aaron T. Chin
   LATHAM & WATKINS LLP

20 505 Montgomery Street, Suite 2000

21 San Francisco, CA 94111
   chris.yates@lw.com

22 aaron.chiu@lw.com
   (415) 391-0600

23

24 Anna M. Rathbun
   LATHAM & WATKINS LLP

25 555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004

26 anna.rathbun@lw.com

27 (202) 637-2200

28

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on July 7, 2025, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States District Court for the Northern District of California and that a true and correct copy was served on all Registered parties via Notice of Electronic Filing.

By: *Michael L. McGlamry*
Michael L. McGlamry
An Attorney for Objector-Appellant
Michael Castellanos

OBJECTOR CASTELLANOS' NOTICE OF APPEAL
CASE NO. 4:20-cv-03919-CW