Patrick A. Bradford, admitted *pro hac vice*
pbradford@bradfordedwards.com
Denver Edwards, SBN 268822
dedwards@bradfordedwards.com
Panda Kroll, SBN 211877
pkroll@bradfordedwards.com
BRADFORD EDWARDS LLP
1150 S. Olive St., 10th Floor
Los Angeles, CA 90015
Telephone: (213) 868-3310

*Counsel for Objectors*
*K. Braeden Anderson and Thomas Castellanos*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW <br><br>**NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES DISTRICT COURT** <br><br>Hon. Claudia Wilken |
|---|---|

Notice is hereby given that Objectors in the above named case K. BRAEDEN ANDERSON and THOMAS CASTELLANOS, hereby appeal to the United States Court of Appeals for the Ninth Circuit the following orders and judgements dated June 6, 2025 in Case Number 4:20-cv-03919 CW in the U.S. District Court of the Northern District of California, which was filed on June 15, 2020: Order Granting Plaintiffs' Motion for Final Settlement Approval As Modified (ECF No. 979), the accompanying Opinion Regarding Order Granting Motion for Final Settlement Approval of Settlement Agreement (ECF No. 978); and all other prior orders, opinions, rulings and decisions of the District Court, and the Final Judgement of Dismissal With Prejudice dated June 6, 2025 As to Defendants National Collegiate Athletic Association, Athletic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (ECF No. 980).

The fee for appeal has been paid. This is not a cross appeal. There have been prior Notices of Appeal filed on June 11, 2025 (ECF No. 982), June 16, 2025 (ECF No. 984), July 2, 2025 (ECF 990 and ECF 991), July 3, 2025 (EDF 992), and July 7, 2025 (ECF 995).

A Local Rule 3-2 Representation Statement is attached hereto.

Dated: July 7, 2025

Respectfully submitted,

By: /s/ Patrick A. Bradford

Patrick A. Bradford (*pro hac vice*)
Denver Edwards (SBN 268822)
Panda Kroll (SBN 211877)
**BRADFORD EDWARDS LLP**
1150 S. Olive St., 10th Floor
Los Angeles, CA 90015
Telephone: (213) 868-3310
dedwards@bradfordedwards.com
pkroll@bradfordedwards.com
pbradford@bradfordedwards.com

LOCAL RULE 3-2 REPRESENTATION STATEMENT

1) Objectors and Appellants K. Braeden Anderson and Thomas Castellanos are represented in this matter by:

Patrick A. Bradford (*pro hac vice*)
Denver Edwards (SBN 268822)
Panda Kroll (SBN 211877)
**BRADFORD EDWARDS LLP**
1150 S. Olive St., 10th Floor
Los Angeles, CA 90015
Telephone: (213) 868-3310
dedwards@bradfordedwards.com
pkroll@bradfordedwards.com
pbradford@bradfordedwards.com

2) Plaintiffs and Appellees Grant House, Tymir Oliver and Sedona Prince, are represented in this matter by Class Counsel:

| | |
|---|---|
| Steve W. Berman (pro hac vice) | Jeffrey L. Kessler (pro hac vice) |
| Emilee Sisco (pro hac vice) | David G. Feher (pro hac vice) |
| Stephanie Verdoia (pro hac vice) | David L. Greenspan (pro hac vice) |
| Meredith Simons | Adam I. Dale (pro hac vice) |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | Sarah Viebrock (pro hac vice) |
| | Neha Vyas (pro hac vice) |
| 1301 Second Avenue, Suite 2000 | **WINSTON & STRAWN LLP** |
| Seattle, WA 98101 | 200 Park Avenue New |
| Telephone: (206) 623-7292 | York, NY 10166 |
| Facsimile: (206) 623-0594 | Telephone: (212) 294-4698 |
| steve@hbsslaw.com | Facsimile: (212) 294-4700 |
| emilees@hbsslaw.com | jkessler@winston.com |
| stephaniev@hbsslaw.com | dfeher@winston.com |
| merediths@hbsslaw.com | dgreenspan@winston.com |
| | aidale@winston.com |
| Benjamin J. Siegel | sviebrock@winston.com |
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | nvyas@winston.com |
| 715 Hearst Avenue, Suite 300 | |
| Berkeley, CA 94710 | |
| Telephone: (510) 725-3000 | |
| Facsimile: (510) 725-3001 | |

| | |
|---|---|
| bens@hbsslaw.com | |
| Jeffrey L. Kodroff (pro hac vice) | |
| Eugene A. Spector (pro hac vice) | |
| **SPECTOR ROSEMAN** | |
| **& KODROFF, PC** | Jeanifer E. Parsigian |
| 2001 Market Street, Suite 3420 | **WINSTON & STRAWN LLP** |
| Philadelphia, PA 19103 | 101 California Street, 21st Floor |
| Telephone: (215) 496-0300 | San Francisco, CA 94111 |
| Facsimile: (215) 496-6611 | Telephone: (415) 591-1000 |
| jkodroff@srkattorneys.com | Facsimile: (415) 591-1400 |
| espector@srkattorneys.com | jparsigian@winston.com |

   3) Defendants and Appellee National Collegiate Athletic Association is represented in this matter by:

| | |
|---|---|
| Rakesh N. Kilaru | Jacob Klein Danziger |
| Beth A. Wilkinson | **ARENTFOX SCHIFF LLP** |
| Kieran G. Gostin | 350 S. Main Street, Suite 210 |
| Calanthe Arat | Ann Arbor, MI 48104 |
| Matthew Skanchy (pro hac vice) | Telephone: (734) 222-1516 |
| **WILKINSON STEKLOFF LLP** | Facsimile: (734) 222-1501 |
| 2001 M Street NW, 10th Floor | jacob.danziger@afslaw.com |
| Washington, DC 20036 | |
| Telephone: (202) 847-4046 | Samuel D. Sazer |
| Facsimile: (202) 847-4005 | **BUCHALTER PC** |
| rkilaru@wilkinsonstekloff.com | 425 Market Street, Suite 2900 |
| bwilkinson@wilkinsonstekloff.com | San Francisco, CA 94105 |
| kgostin@wilkinsonstekloff.com | Telephone: (617) 833-1038 |
| carat@wilkinsonstekloff.com | ssazer@buchalter.com |
| mskanchy@wilkinsonstekloff.com | |

4

NOTICE OF APPEAL FROM A JUDGEMENT OR ORDER OF A UNITED STATES DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

4) Defendants and Appellee Pac-12 Conference in this matter is represented by:

Whitty Somvichian
Kathleen R. Hartnett
Ashley K. Corkery
**COOLEY LLP**
Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2061
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark F. Lambert
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

Deepti Bansal (pro hac vice)
**COOLEY LLP**
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004
Telephone: (202) 728-7027
Facsimile: (202) 842-7899
dbansal@cooley.com

5)   Defendant and Appellee The Big Ten Conference, Inc., in this matter is represented by:

Britt M. Miller (pro hac vice)
Daniel Fenske (pro hac vice)
Matthew D. Provance (pro hac vice)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
bmiller@mayerbrown.com
dfenske@mayerbrown.com
mprovance@mayerbrown.com

Christopher J. Kelly
**MAYER BROWN LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2000
cjkelly@mayerbrown.com

Rakesh Kilaru
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

6) Defendant and Appellee The Big Twelve Conference, Inc. in this matter is represented by:

Angela C. Zambrano
Natali Wyson (pro hac vice)
Chelsea Priest (pro hac vice)
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

David L. Anderson
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
dlanderson@sidley.com

Rakesh Kilaru
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

7) Defendant and Appellee Southeastern Conference in this matter is represented by:

| | |
|---|---|
| Timothy P. Misner (pro hac vice) <br> Robert W. Fuller, III (pro hac vice) <br> Lawrence C. Moore, III (pro hac vice) <br> Travis S. Hinman (pro hac vice) <br> Amanda P. Nitto (pro hac vice) <br> Patrick H. Hill (pro hac vice) <br> **ROBINSON BRADSHAW & HINSON** <br> 600 S. Tryon Street, Suite 2300 <br> Charlotte, NC 28202 <br> Telephone: (704) 377-8315 <br> Facsimile: (704) 378-3984 <br> tmisner@robinsonbradshaw.com <br> rfuller@robinsonbradshaw.com <br> lmoore@robinsonbradshaw.com <br> thinman@robinsonbradshaw.com <br> anitto@robinsonbradshaw.com <br> phill@robinsonbradshaw.com | Kathryn Reilly (pro hac vice) <br> Michael T. Williams (pro hac vice) <br> **WHEELER TRIGG O'DONNELL LLP** <br> 370 17th Street, Suite 4500 <br> Denver, CO 80202-5647 <br> Telephone: (303) 244-1800 <br> reilly@wtotrial.com <br> williams@wtotrial.com <br><br> Rakesh Kilaru <br> **WILKINSON STEKLOFF LLP** <br> 2001 M Street NW, 10th Floor <br> Washington, DC 20036 <br> Telephone: (202) 847-4046 <br> Facsimile: (202) 847-4005 <br> rkilaru@wilkinsonstekloff.com |

Mark J. Seifert (pro hac vice)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 999-0901
mseifert@szllp.com

8) Defendant and Appellee Atlantic Coast Conference in this matter is represented by:

| | |
|---|---|
| David E. Albright (pro hac vice)<br>Jonathan P. Heyl (pro hac vice)<br>Gregory G. Holland (pro hac vice)<br>Alex Hernaez<br>**FOX ROTHSCHILD LLP**<br>230 N. Elm Street, Suite 1200<br>Greensboro, NC 27401<br>Telephone: (336) 378-5368<br>Facsimile: (336) 433-7402<br>ealbright@foxrothschild.com<br>jheyl@foxrothschild.com<br>gholland@foxrothschild.com<br>ahernaez@foxrothschild.com<br><br>Alex Hernaez<br>**FOX ROTHSCHILD LLP**<br>345 California Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 364-5540<br>Facsimile: (415) 391-4436<br><br>Rakesh Kilaru<br>**WILKINSON STEKLOFF LLP**<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>Telephone: (202) 847-4046<br>Facsimile: (202) 847-4005<br>rkilaru@wilkinsonstekloff.com | Christopher S. Yates<br>Aaron T. Chiu<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>chris.yates@lw.com<br>aaron.chiu@lw.com<br><br>Anna M. Rathbun<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street NW, Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201<br>anna.rathbun@lw.com |

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on July 7, 2025, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States District Court for the Northern District of California and that a true and correct copy was served on all Registered parties via Notice of Electronic Filing.

Dated: July 7, 2025

By:   /s/ Patrick A. Bradford

Patrick A. Bradford (*pro hac vice*)
Denver Edwards (SBN 268822)
Panda Kroll (SBN 211877)
**BRADFORD EDWARDS LLP**
1150 S. Olive St., 10th Floor
Los Angeles, CA 90015
Telephone: (213) 868-3310
dedwards@bradfordedwards.com
pkroll@bradfordedwards.com
pbradford@bradfordedwards.com