

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JUL 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-4190 |
| Originating Case Number: | 4:20-cv-03919-CW |
| Short Title: | House, et al. v. National Collegiate Athletic Association, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**

Case 4:20-cv-03919-CW   Document 998   Filed 07/08/25   Page 2 of 5

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 25-4190
Originating Case Number: 4:20-cv-03919-CW

Case Title: House, et al. v. National Collegiate Athletic Association, et al.

**Monday, July 14, 2025**

| | |
|---|---|
| Grace Menke | Mediation Questionnaire due |
| Flannery Dunn | Mediation Questionnaire due |
| Mia Levy | Mediation Questionnaire due |
| Madison Moore | Mediation Questionnaire due |
| Sierra Bishop | Mediation Questionnaire due |
| Georgiana Barr | Mediation Questionnaire due |
| Mila Yarich | Mediation Questionnaire due |
| Rachael Holp | Mediation Questionnaire due |
| Charlotte Forman | Mediation Questionnaire due |
| Audrey Leak | Mediation Questionnaire due |

**Thursday, July 17, 2025**

| | |
|---|---|
| Grace Menke | Appeal Transcript Order Due |
| Flannery Dunn | Appeal Transcript Order Due |
| Mia Levy | Appeal Transcript Order Due |
| Madison Moore | Appeal Transcript Order Due |
| Sierra Bishop | Appeal Transcript Order Due |
| Georgiana Barr | Appeal Transcript Order Due |

| | |
|---|---|
| Mila Yarich | Appeal Transcript Order Due |
| Rachael Holp | Appeal Transcript Order Due |
| Charlotte Forman | Appeal Transcript Order Due |
| Audrey Leak | Appeal Transcript Order Due |

**Monday, August 18, 2025**

| | |
|---|---|
| Grace Menke | Appeal Transcript Due |
| Flannery Dunn | Appeal Transcript Due |
| Mia Levy | Appeal Transcript Due |
| Madison Moore | Appeal Transcript Due |
| Sierra Bishop | Appeal Transcript Due |
| Georgiana Barr | Appeal Transcript Due |
| Mila Yarich | Appeal Transcript Due |
| Rachael Holp | Appeal Transcript Due |
| Charlotte Forman | Appeal Transcript Due |
| Audrey Leak | Appeal Transcript Due |

**Thursday, September 25, 2025**

| | |
|---|---|
| Grace Menke | Appeal Opening Brief Due |
| Flannery Dunn | Appeal Opening Brief Due |
| Mia Levy | Appeal Opening Brief Due |
| Madison Moore | Appeal Opening Brief Due |
| Sierra Bishop | Appeal Opening Brief Due |
| Georgiana Barr | Appeal Opening Brief Due |
| Mila Yarich | Appeal Opening Brief Due |
| Rachael Holp | Appeal Opening Brief Due |
| Charlotte Forman | Appeal Opening Brief Due |
| Audrey Leak | Appeal Opening Brief Due |

**Monday, October 27, 2025**

| | |
|---|---|
| DeWayne Carter | Appeal Answering Brief Due |
| Nya Harrison | Appeal Answering Brief Due |
| Nicholas Solomon | Appeal Answering Brief Due |
| Grant House | Appeal Answering Brief Due |
| Sedona Prince | Appeal Answering Brief Due |
| National Collegiate Athletic Association | Appeal Answering Brief Due |
| Pac-12 Conference | Appeal Answering Brief Due |
| The Big Ten Conference, Inc. | Appeal Answering Brief Due |

| | |
|---|---|
| The Big Twelve Conference, Inc. | Appeal Answering Brief Due |
| Southeastern Conference | Appeal Answering Brief Due |
| Atlantic Coast Conference | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**