1
2
3
4
5
6
7

8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

10
11
12
13
14
15

IN RE COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

**[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION REGARDING NOTICE TO PROSPECTIVE CLASS MEMBERS AS MODIFIED**

Hon. Claudia Wilken

16
17
18
19
20
21
22
23
24
25
26
27
28

1   This matter comes before the Court on the Joint Administrative Motion Regarding Notice to Prospective Class Members ("Motion"). Upon consideration of the foregoing Motion, the papers submitted in support and opposition thereto, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The Court approves the proposed notice, as modified, which is filed as an attachment to this order. The Court finds that the modified proposed notice, and the parties' proposed notice plan, satisfy the requirements of due process and Rule 23, because they are reasonably calculated to "apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *See Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950).

The Court authorizes the parties to disseminate the modified proposed notice pursuant to the schedule set forth below:

| Event | Date |
| --- | --- |
| Notice to be disseminated electronically | July 23, 2025 |
| Deadline to file objections (60 days after the notice is disseminated) | September 22, 2025 |
| Deadline for Plaintiffs to file a response to objections | October 14, 2025 |
| Hearing | November 6, 2025, at 1:30 p.m. (to be conducted in person and via Zoom) |

IT IS SO ORDERED.

DATED: July 17, 2025

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE