UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ANTWUNE LADON JENKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NCAA,<br><br>　　　　Defendant. | Case No. 25-cv-06195-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Claudia Wilken, to consider whether the case is related to case number 4:20-cv-03919-CW In re College Athlete NIL Litigation.

**IT IS SO ORDERED.**

Dated: July 24, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER ─ No. 25-cv-06195-LB