|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 29 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: College Athlete NIL Litigation<br>_____<br><br>DEWAYNE CARTER; et al.,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>THOMAS CASTELLANOS,<br><br>    Objector - Appellant,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al.,<br><br>    Defendants - Appellees. | No. 25-4185<br><br>D.C. No. 4:20-cv-03919-CW<br>Northern District of California, Oakland<br><br>ORDER |

Pursuant to the parties' stipulation (Docket Entry No. 17), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT