**KATZ RUBY & CARLE LLP**
Victor H. Yu (SBN 325411)
Email: vyu@katzruby.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626-7133
Telephone: (213) 561-4680

*Attorneys for Class Members Sedee Keita and Eric Ayala*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-cv-3919-CW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR PROSPECTIVE ORDER CONCERNING THIRD-PARTY CLAIMS BUYOUT SERVICES (ECF NO. 1015)**<br><br>Judge: Hon. Claudia Wilken |

Pursuant to Civil Local Rule 6-3, class members Sedee Keita and Eric Ayala hereby respectfully request additional time to respond to Plaintiffs' Administrative Motion for Prospective Order Concerning Third-Party Claims Buyout Services ("Buyout Motion") (ECF No. 1015).

On March 1, 2024, the Court approved a modified version of Plaintiffs' proposed class-notice plan. ECF No. 406. On June 6, 2025, the Court approved a modified version of Plaintiffs' Fourth Amended Stipulation and Settlement Agreement with Defendants. ECF No. 979. On August 11, months later, Plaintiffs

filed the Buyout Motion. They requested, among other things, to alter portions of the class-notice materials and to require that settlement payments be made directly to Class Members. *See* Mot. at 2–3. Under Local Rule 7-11(b), any response to the motion was due four days later, on August 15. Upon learning of the Buyout Motion, Messrs. Keita and Ayala became concerned that the requested relief may unduly complicate their efforts to sell their settlement claims and impose similar unnecessary burdens on other Class Members. As such, both individuals intend to present their position to class counsel in the hopes of reaching a mutual resolution. So, on August 15, Messrs. Keita and Ayala retained the undersigned counsel. While the outcome of those discussions remains pending, and to avoid prejudicing their ability to file a substantive response, Messrs. Keita and Ayala seek this extension.

Messrs. Keita and Ayala do not oppose (and thus do not seek an extension for) the portion of the Buyout Motion seeking to reopen the claims period. Class counsel does not oppose the requested extension to respond to the claims-purchase aspect of the Buyout Motion.

No other modifications of time to respond to the Buyout Motion have been made in this action. The requested modification would not have any other effect on the schedule for this case.

DATED: August 15, 2025

**KATZ RUBY & CARLE LLP**

_____
Victor H. Yu

*Counsel for Class Members Sedee Keita and Eric Ayala*