1

**KATZ RUBY & CARLE LLP**
Victor H. Yu (SBN 325411)
Email: vyu@katzruby.com
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626-7133
Telephone: (213) 561-4680

2

3

4

5

*Attorneys for Class Members Sedee Keita and Eric Ayala*

6

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**OAKLAND DIVISION**

10

11

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-cv-3919-CW |
| | **DECLARATION OF VICTOR H. YU IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATION MOTION FOR PROTECITVE ORDER CONCERNING THIRD-PARTY CLAIMS BUYOUT SERVICES (ECF NO. 1015)** |
| | Judge:  Hon. Claudia Wilken |

12

13

14

15

16

17

18

19

I, **VICTOR H. YU**, declare as follows:

20

1.      I am an attorney with the law firm Katz Ruby & Carle LLP. I am over eighteen years

21

of age, am competent to make this declaration, and base this declaration on my personal knowledge.

22

I am duly licensed to practice law before this Court and in the state of California. I am counsel for

23

Mr. Sedee Keita and Mr. Eric Ayala, members of the certified class in this action. Based on

24

personal knowledge or discussions with others of the matters stated herein, if called upon, I could

25

and would competently testify thereto.

26

2.      On August 11, Plaintiffs filed an Administrative Motion for Prospective Order

27

Concerning Third-Party Claims Buyout Services ("Buyout Motion") (ECF No. 1015). That motion,

28

DECLARATION OF VICTOR H. YU I/S/O UNOPPOSED MOT. FOR EXTENSION OF TIME
Case No.: 4:20-cv-3919-CW

1    among other things, sought to alter portions of the class-notice materials and to require that

2    settlement payments be made directly to Class Members.

3        3.        Upon learning of the relief requested in the Buyout Motion, Messrs. Keita and Ayala

4    are concerned that the requested relief may unduly complicate their efforts to sell their settlement

5    claims and impose additional unnecessary burdens on other Class Members. As a result, both

6    individuals are presently working to present their position to class counsel in the hopes of working

7    out a consensual resolution.

8        4.        On August 15, Messrs. Keita and Ayala then retained the undersigned counsel.

9        5.        To preserve their ability to file a substantive response to the Buyout Motion while

10    discussions are underway with Class Counsel, Messrs. Keita and Ayala request an extension of

11    time.

12        6.        Messrs. Keita and Ayala do not oppose (and thus do not seek an extension for) the

13    portion of the Administrative Motion seeking to reopen the claims period.

14        7.        When asked about the requested extension, class counsel indicated that, while they

15    would not file a motion to extend time, they would not oppose the requested extension of time to

16    respond to the claims purchase-related aspect of the Buyout Motion.

17

18        I declare under penalty of perjury that the forgoing is true and correct.

19        DATED this 15th day of August 2025.

20

21

22

23

24    _____

25        Victor H. Yu

26

27

28

DECLARATION OF VICTOR H. YU I/S/O UNOPPOSED MOT. FOR EXTENSION OF TIME
Case No.: 4:20-cv-3919-CW