# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-cv-3919-CW<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR PROSPECTIVE ORDER CONCERNING THIRD-PARTY CLAIMS BUYOUT SERVICES (ECF NO. 1015)**<br><br>Judge: Hon. Claudia Wilken |

Class members Sedee Keita and Eric Ayala have moved to extend the deadline to respond to Plaintiffs' Administrative Motion for Prospective Order Concerning Third-Party Claims Buyout Services (ECF No. 1015).

The Court, having considered the motion for an extension and good cause appearing, hereby **GRANTS** the motion and **ORDERS** that the deadline to file a response to Plaintiffs' Administrative Motion (ECF No. 1015) be extended from August 15, 2025 to August 29, 2025. This Order does not extend Messrs. Keita and Ayala's time to respond to portions of the Administrative Motion seeking to reopen the claims period.

**IT IS SO ORDERED.**

DATED: _____       _____

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE