Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Robert Charles Ward (SBN 160824)
Roey Z. Rahmil (SBN 273803)
Felicia A. Draper (SBN 242668)
SHARTSIS FRIESE LLP
425 Market Street, Eleventh Floor
San Francisco, CA 94105-2496
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
rward@sflaw.com
rrhmil@sflaw.com
fdraper@sflaw.com

*Counsel for Plaintiff Class Members Jacob Copeland, Koby Quansah, Lamont Wade, Marquis Waters, and Xavier Williams*

Victor H. Yu (SBN 325411)
KATZ RUBY & CARLE LLP
3420 Bristol Street, Suite 600
Costa Mesa, CA 92626-7133
Telephone: (213) 561-4680
vyu@katzruby.com

*Counsel for Plaintiff Class Members Sedee Keita and Eric Ayala*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF PLAINTIFFS' RENEWED MOTION FOR A PROSPECTIVE ORDER CONCERNING THIRD-PARTY CLAIMS BUYOUT SERVICES**<br><br>Hon. Claudia Wilken |

Pursuant to Northern District of California Civil Local Rule 7-12 and Federal Rule of Civil Procedure 15(a)(2), Plaintiffs in the above-captioned action and Plaintiff Class Members Jacob Copeland, Koby Quansah, Lamont Wade, Marquis Waters, and Xavier Williams (collectively, "Copeland Responding Class Members"), Plaintiff Class Members Sedee Keita and Eric Ayala (collectively, "Keita Responding Class Members"), and together with Plaintiffs, (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit the following Stipulation to extend the filing deadline for Plaintiffs' Renewed Motion for a Prospective Order Concerning Third-Party Claims Buyout Services:

WHEREAS, on August 11, 2025, Plaintiffs filed an Administrative Motion for a Prospective Order Concerning Third-Party Claims Buyout Services and Request for Extension of Claims Deadline (ECF No. 1015);

WHEREAS, on August 15, 2025, Copeland Responding Class Members filed an opposition to Plaintiffs' motion (ECF No. 1018);

WHEREAS, on August 15, 2025, Keita Responding Class Members filed an Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion (ECF No. 1021);

WHEREAS, on August 16, 2025, the Court denied without prejudice Plaintiffs' request for a prospective order concerning third-party claims buyout services and ordered Plaintiffs to submit a renewed request under Civil Local Rule 7-1 no later than August 23, 2025 (ECF No. 1022);

WHEREAS, the Parties agree that extending the briefing schedule is mutually beneficial and would allow the Parties time to discuss a potential resolution without further motion practice;

WHEREAS, the Parties agree to a two-week extension to the briefing schedule.

THEREFORE, the Parties, through their respective counsel of record, hereby agree and stipulate that, upon order of this Court:

- Plaintiffs will file their Renewed Motion for a Prospective Order Concerning Third-Party Claims Buyout Services no later than September 6, 2025;
- Any opposition to Plaintiffs' motion will be due within seven days of the date Plaintiffs' motion is filed; and
- Plaintiffs will file their reply within four days of the date any opposition is filed.

| | | |
|---|---|---|
|1| Dated: August 21, 2024 | Respectfully submitted, |
|2| HAGENS BERMAN SOBOL SHAPIRO LLP | SHARTIS FRIESE LLP |

By: */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
    Emilee N. Sisco (*pro hac vice*)
    Stephanie Verdoia (*pro hac vice*)
    Meredith Simons (SBN 320229)
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
    steve@hbsslaw.com
    emilees@hbsslaw.com
    stephaniev@hbsslaw.com
    merediths@hbsslaw.com

    Benjamin J. Siegel (SBN 256260)
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    bens@hbsslaw.com

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
    Jeffrey L. Kessler (*pro hac vice*)
    David G. Feher (*pro hac vice*)
    David L. Greenspan (*pro hac vice*)
    Adam I. Dale (*pro hac vice*)
    Sarah L. Viebrock (*pro hac vice*)
    Neha Vyas (*pro hac vice*)
    200 Park Avenue
    New York, NY 10166-4193
    Telephone: (212) 294-6700
    Facsimile: (212) 294-4700
    jkessler@winston.com
    dfeher@winston.com
    dgreenspan@winston.com
    aidale@winston.com
    sviebrock@winston.com
    nvyas@winston.com

    Jeanifer E. Parsigian (SBN 289001)
    101 California Street, 35th Floor
    San Francisco, CA 94111-5840
    Telephone: (415) 591-1000
    Facsimile: (415) 591-1400
    jparsigian@winston.com

    *Class Counsel for Plaintiffs*

By: */s/ Robert Charles Ward*
    Robert Charles Ward (SBN 160824)
    Roey Z. Rahmil (SBN 273803)
    Felicia A. Draper (SBN 242668)
    425 Market Street, Eleventh Floor
    San Francisco, CA 94105-2496
    Telephone: (415) 421-6500
    Facsimile: (415) 421-2922
    rward@sflaw.com
    rrhmil@sflaw.com
    fdraper@sflaw.com

*Counsel for Plaintiff Class Members Jacob Copeland, Koby Quansah, Lamont Wade, Marquis Waters, and Xavier Williams*

By: */s/ Victor H. Yu*
    Victor H. Yu (SBN 325411)
    KATZ RUBY & CARLE LLP
    3420 Bristol Street, Suite 600
    Costa Mesa, CA 92626-7133
    Telephone: (213) 561-4680
    vyu@katzruby.com

*Counsel for Plaintiff Class Members Sedee Keita and Eric Ayala*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

                                                    /s/ *Steve W. Berman*
                                                   STEVE W. BERMAN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/22/2025

*/s/ Claudia Wilken*
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE