Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
jparsigian@winston.com

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**REPLY IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR A PROSPECTIVE ORDER CONCERNING THIRD-PARTY CLAIMS BUYOUT SERVICES**<br><br>Hrg. Date: N/A<br>Time: N/A<br>Judge: Hon. Claudia Wilken<br>Courtroom: N/A |

Class Counsel has met and conferred with counsel for each of the third parties who filed responses to Plaintiffs' Renewed Motion for Prospective Order Concerning Third-Party Claims Buyout Services. *See* ECF Nos. 1036, 1037, 1039. Based on those discussions, Class Counsel and the third parties agreed to make certain amendments to further clarify the indemnity language that Class Counsel initially proposed in their renewed motion. Counsel for Olanca Holdings LLC was the last to file their response to Plaintiffs' motion. *See* ECF No. 1039. Thus, the indemnity language outlined in their response is a combined proposal that also incorporates proposed changes from class members, Sedee Keita and Eric Ayala. *See* ECF No. 1037. Accordingly, Class Counsel respectfully submit that the Court should order that indemnity language, which is included as part of the attached Amended Proposed Order.[1] For the Court's convenience, Class Counsel submits herewith a new Amended Proposed Order, which includes the same requests as previously, with the new language for the indemnity provision as the only changes.

DATED: September 16, 2025                                Respectfully submitted,

By */s/ Steve W. Berman*                                 By */s/ Jeffrey L. Kessler*
    Steve W. Berman (*pro hac vice*)                              Jeffrey L. Kessler (*pro hac vice*)
    Emilee N. Sisco (*pro hac vice*)                              David G. Feher (*pro hac vice*)
    Stephanie Verdoia (*pro hac vice*)                            David L. Greenspan (*pro hac vice*)
    Meredith Simons (SBN 320229)                                  Sofia Arguello (*pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP                               Adam I. Dale (*pro hac vice*)
    1301 Second Avenue, Suite 2000                                Sarah L. Viebrock (*pro hac vice*)
    Seattle, WA 98101                                             Neha Vyas (*pro hac vice*)
    Telephone: (206) 623-7292                                     WINSTON & STRAWN LLP
    Facsimile: ( 206) 623-0594                                    200 Park Avenue
    steve@hbsslaw.com                                             New York, NY 10166-4193
    emilees@hbsslaw.com                                           Telephone:  (212) 294-6700
    stephaniev@hbsslaw.com                                        Facsimile:  (212) 294-4700
    merediths@hbsslaw.com                                         jkessler@winston.com
                                                                  dfeher@winston.com
    Benjamin J. Siegel (SBN 256260)                               dgreenspan@winston.com
    HAGENS BERMAN SOBOL SHAPIRO LLP                               sarguello@winston.com
    715 Hearst Avenue, Suite 300                                  aidale@winston.com
    Berkeley, CA 94710                                            sviebrock@winston.com
    Telephone: (510) 725-3000                                     nvyas@winston.com
    Facsimile: (510) 725-3001
    bens@hbsslaw.com

---

[1] Class Counsel included a clean version of this language in the Amended Proposed Order, but the Court can also view a redline version at ECF No. 1039.

-1-
REPLY ISO PLTFS' RENEWED MOTION FOR PROSPECTIVE ORDER RE THIRD PARTY CLAIMS BUYOUT SERVICES
Case No. 4:20-cv-03919-CW

010818-11/3277293 V1

-2-

| | |
|---|---|
| Jeffrey L. Kodroff (*pro hac vice*) | Jeanifer E. Parsigian (SBN 289001) |
| Eugene A. Spector (*pro hac vice*) | WINSTON & STRAWN LLP |
| SPECTOR ROSEMAN & KODROFF, PC | 101 California Street, 21st Floor |
| 2001 Market Street, Suite 3420 | San Francisco, CA 94111 |
| Philadelphia, PA 19103 | Telephone: (415) 591-1000 |
| Telephone: (215) 496-0300 | Facsimile:  (415) 591-1400 |
| Facsimile:  (215) 496-6611 | jparsigian@winston.com |
| jkodroff@srkattorneys.com | |
| espector@srkattorneys.com | *Class Counsel for Plaintiffs* |
| | |
| *Class Counsel for Plaintiffs* | |

-3-

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Steve W. Berman*
   STEVE W. BERMAN