IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No. 20-cv-03919 CW<br><br>**ORDER REGARDING NOVEMBER 6, 2025, HEARING ON OBJECTIONS TO CONTINUATION OF INJUNCTIVE RELIEF SETTLEMENT** |

A hearing on objections to the continuation of the Injunctive Relief Settlement is set for November 6, 2025, at 1:00 p.m. The hearing will be held remotely by Zoom webinar. The Zoom webinar may be accessed by using the following log-in information.

https://cand-uscourts.zoomgov.com/j/1605265531?pwd=b3FhUE5jWkZJUFVEVHgva0xDbk5FUT09

Webinar ID: 160 526 5531

Password: 593853

The Court will hear:

1. Leigh Ernst Friestedt, representing objectors Piper Whitty and Katherine McCabe Ernst.

2. Objector Gracelyn Laudermilch, representing herself.

Because the Court cannot order changes to the settlement agreement, objectors should address whether the settlement agreement should or should not continue to remain in effect.

Other objectors who filed objections did not request to speak at the hearing, namely Reid Hinds Macdonald, *see* Docket No. 1056, Abigail Leight, *see* Docket No. 1053, and Scott Iannaccone, *see* Docket No. 1052.  Objector Dominic Amoroso lacks standing to object because he is a parent and, therefore, not a class member.  *See* Docket No. 1049.

No later than October 24, 2025, Class Counsel and counsel for Defendants each shall send an email to the courtroom deputy at CWCRD@cand.uscourts.gov to provide the names of the attorneys who will be speaking for each side.

IT IS SO ORDERED.

Dated: October 16, 2025

CLAUDIA WILKEN
United States District Judge