```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
```

## MINUTE ORDER

**The Honorable Claudia Wilken, Presiding**
**Date:** November 6, 2025        **Time:** 41 minutes
**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Andrea Bluedorn

**Case No.:** 20-cv-03919-CW
**Case Name: In re College Athlete NIL Litigation**

**Appearances for Plaintiff:** Steve Berman, Jeffrey Kessler, Jeanifer Parsigian, Adam Dale, David Greenspan

**Appearances for Defendant:** Rakesh Kilaru (NCAA), Aaron Chiu (ACC), Britt Miller (B10), Natali Wyson (B12), Whitty Somvichian (P12), Robert Fuller and Katie Reilly (SEC)

**Appearance for Objectors:** Leigh Ernst Friestedt (representing objectors Piper Whitty, Katherine McCabe Ernst, and Ariana Amoroso).

**Pro Per Objector:** Gracelyn Laudermilch

**Proceedings held via Zoom:**

Hearing on Objections to Continuation of Injunctive Relief Settlement

Court took matter under submission.