Leigh Ernst Friestedt (pro hac vice)
EQUITY IX, LLC
40 Mercer Street, Suite 15
New York, NY 10013
Telephone: (917) 513-5541
Email: leigh@equityix.com

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
505 Montgomery Street 11th Floor
San Francisco, CA 94111
Telephone: (415) 874-3181
Email: jeff@skaggsfaucette.com

*Counsel for Objectors*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: COLLEGE ATHLETE NIL LITIGATION | Case No.: 4:20-CV-03919-CW<br><br>**NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT**<br><br>Hon. Claudia Wilken |

NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

Notice is hereby given that Objectors in the above named case, PIPER WHITTY and ARIANA AMOROSO, hereby appeal to the United States Court of Appeals for the Ninth Circuit the following order dated November 13, 2025 in Case Number 4:20-cv-03919 CW in the U.S. District Court of the Northern District of California, which was first filed on June 15, 2020: Order Overruling Objections to the Continuation of the Injunctive Relief Settlement (ECF 1071), and from all other orders, opinions, rulings, and decisions merged into, underlying, or related thereto, including, but not limited to, the June 6, 2025 Opinion Regarding Order Granting Motion for Final Approval of Settlement Agreement (ECF 978), the June 6, 2025 Order Granting Plaintiffs' Motion for Final Settlement Approval as Modified (ECF 979), and the June 6, 2025 Final Judgment of Dismissal With Prejudice As to Defendants National Collegiate Athletic Association, Atlantic Coast Conference, The Big Ten Conference, Inc., The Big 12 Conference, Inc., Pac-12 Conference and Southeastern Conference as Modified (ECF 980).

The fee for appeal has been paid. This is not a cross appeal. There have been multiple prior appeals filed on: June 11, 2025 (ECF 982), Court of Appeals Case No. 25-3722; June 16, 2025 (ECF 984), Court of Appeals Case No. 25-3835; July 2, 2025 (ECF 990), Court of Appeals No. 25-4150; July 2, 2025 (ECF 991), Court of Appeals Case No. 25-4137; July 3, 2025 (ECF 992), Court of Appeals Case No. 25-4190; July 7, 2025 (ECF 995), Court of Appeals Case No. 25-4185; and July 7, 2025 (ECF 996), Court of Appeals Case No. 25-4218.

This is the first Notice of Appeal for the November 13, 2025, Order Overruling Objections to the Continuation of the Injunctive Relief Settlement (ECF 1071).

A Local Rule 3-2 Representation Statement is attached hereto.

Dated: November 24, 2025

By: */s/ Leigh Ernst Friestedt*
Leigh Ernst Friestedt (pro hac vice)
EQUITY IX, LLC
40 Mercer St., Suite 15
New York, NY 10013
Email: leigh@equityix.com
Telephone: (917) 513-5541

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
505 Montgomery St. 11th Floor
San Francisco, CA 94111
Email: jeff@skaggsfaucette.com
Telephone: (415) 874-3181

*Counsel for Objectors*

LOCAL RULE 3-2 REPRESENTATION STATEMENT

1) Objectors and Appellants Piper Whitty and Ariana Amoroso, are represented in this matter by:

| | |
|---|---|
| Leigh Ernst Friestedt (pro hac vice) | Jeffrey E. Faucette (SBN 193066) |
| EQUITY IX, LLC | SKAGGS FAUCETTE LLP |
| 40 Mercer Street, Suite 15 | 505 Montgomery St. 11th Floor |
| New York, NY 10013 | San Francisco, CA 94111 |
| leigh@equityix.com | jeff@skaggsfaucette.com |
| Telephone: (917) 513-5541 | Telephone: (415) 874-3181 |

2) Plaintiffs and Appellees Grant House, Tymir Oliver, Sedona Prince, Nya Harrison, Nicholas Solomon, and Miller Moss are represented in this matter by Class Counsel

| | |
|---|---|
| Steve W. Berman (pro hac vice) | Jeffrey L. Kessler (pro hac vice) |
| Emilee Sisco (pro hac vice) | David G. Feher (pro hac vice) |
| Stephanie Verdoia (pro hac vice) | David L. Greenspan (pro hac vice) |
| Meredith Simons | Adam I. Dale (pro hac vice) |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Sarah Viebrock (pro hac vice) |
| 1301 Second Avenue, Suite 2000 Seattle, WA 98101 | Neha Vyas (pro hac vice) |
| Telephone: (206) 623-7292 | Sofia Arguello (pro hac vice) |
| Facsimile: (206) 623-0594 | WINSTON & STRAWN LLP |
| steve@hbsslaw.com | 200 Park Avenue |
| emilees@hbsslaw.com | New York, NY 10166 |
| stephaniev@hbsslaw.com | Telephone: (212) 294-4698 |
| merediths@hbsslaw.com | Facsimile: (212) 294-4700 |
| | jkessler@winston.com |
| Benjamin J. Siegel | dfeher@winston.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | dgreenspan@winston.com |
| 715 Hearst Avenue, Suite 300 | aidale@winston.com |
| Berkeley, CA 94710 | sviebrock@winston.com |
| Telephone: (510) 725-3000 | nvyas@winston.com |
| Facsimile: (510) 725-3001 | |
| bens@hbsslaw.com | Jeanifer E. Parsigian |
| | WINSTON & STRAWN LLP |
| Jeffrey L. Kodroff (pro hac vice) | 101 California Street, 21st Floor |
| Eugene A. Spector (pro hac vice) | San Francisco, CA 94111 |
| SPECTOR ROSEMAN & KODROFF, PC | Telephone: (415) 591-1000 |
| 2001 Market Street, Suite 3420 | Facsimile: (415) 591-1400 |
| Philadelphia, PA 19103 | jparsigian@winston.com |
| Telephone: (215) 496-0300 | |

Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

3) Defendants and Appellee National Collegiate Athletic Association is represented in this matter by:

| | |
|---|---|
| Rakesh N. Kilaru | Jacob Klein Danziger |
| Beth A. Wilkinson | ARENTFOX SCHIFF LLP |
| Kieran G. Gostin | 350 S. Main Street, Suite 210 |
| Calanthe Arat | Ann Arbor, MI 48104 |
| Matthew Skanchy (pro hac vice) | Telephone: (734) 222-1516 |
| WILKINSON STEKLOFF LLP | Facsimile: (734) 222-1501 |
| 2001 M Street NW, 10th Floor | jacob.danziger@afslaw.com |
| Washington, DC 20036 | |
| Telephone: (202) 847-4046 | Samuel D. Sazer |
| Facsimile: (202) 847-4005 | BUCHALTER PC |
| rkilaru@wilkinsonstekloff.com | 425 Market Street, Suite 2900 |
| bwilkinson@wilkinsonstekloff.com | San Francisco, CA 94105 |
| kgostin@wilkinsonstekloff.com | Telephone: (617) 833-1038 |
| carat@wilkinsonstekloff.com | ssazer@buchalter.com |
| mskanchy@wilkinsonstekloff.com | |

4) Defendants and Appellee Pac-12 Conference in this matter is represented by:

| | |
|---|---|
| Whitty Somvichian | Deepti Bansal (pro hac vice) |
| Kathleen R. Hartnett | COOLEY LLP |
| Ashley K. Corkery | 1299 Pennsylvania Ave. NW, Suite 700 |
| COOLEY LLP | Washington, DC 20004 |
| 3 Embarcadero Center, 20th Floor | Telephone: (202) 728-7027 |
| San Francisco, CA 94111-4004 | Facsimile: (202) 842-7899 |
| Telephone: (415) 693-2061 | dbansal@cooley.com |
| Facsimile: (415) 693-2222 | |
| wsomvichian@cooley.com | |
| khartnett@cooley.com | |
| acorkery@cooley.com | |

Mark F. Lambert
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

4
NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES
DISTRICT COURT
CASE NO. 4:20-CV-03919-CW

5) Defendant and Appellee The Big Ten Conference, Inc., in this matter is represented by:

| | |
|---|---|
| Britt M. Miller (pro hac vice) | Christopher J. Kelly |
| Daniel Fenske (pro hac vice) | MAYER BROWN LLP |
| Matthew D. Provance (pro hac vice) | Two Palo Alto Square |
| MAYER BROWN LLP | 3000 El Camino Real, Suite 300 |
| 71 South Wacker Drive | Palo Alto, CA 94306-2112 |
| Chicago, IL 60606 | Telephone: (650) 331-2000 |
| Telephone: (312) 782-0600 | Facsimile: (650) 331-2000 |
| bmiller@mayerbrown.com | cjkelly@mayerbrown.com |
| dfenske@mayerbrown.com | |
| mprovance@mayerbrown.com | |

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

6) Defendant and Appellee The Big Twelve Conference, Inc. in this matter is represented by:

| | |
|---|---|
| Angela C. Zambrano | David L. Anderson |
| Natali Wyson (pro hac vice) | SIDLEY AUSTIN LLP |
| Chelsea Priest (pro hac vice) | 555 California Street, Suite 2000 |
| SIDLEY AUSTIN LLP | San Francisco, CA 94104 |
| 2021 McKinney Avenue, Suite 2000 | Telephone: (415) 772-1200 |
| Dallas, TX 75201 | Facsimile: (415) 772-7400 |
| Telephone: (214) 981-3300 | dlanderson@sidley.com |
| Facsimile: (214) 981-3400 | |
| angela.zambrano@sidley.com | |
| nwyson@sidley.com | |
| cpriest@sidley.com | |

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

7) Defendant and Appellee Southeastern Conference in this matter is represented by:

Timothy P. Misner (pro hac vice)
Robert W. Fuller, III (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
Travis S. Hinman (pro hac vice)
Amanda P. Nitto (pro hac vice)
Patrick H. Hill (pro hac vice)
ROBINSON BRADSHAW & HINSON
600 S. Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-8315
Facsimile: (704) 378-3984
tmisner@robinsonbradshaw.com
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
thinman@robinsonbradshaw.com
anitto@robinsonbradshaw.com
phill@robinsonbradshaw.com

Kathryn Reilly (pro hac vice)
Michael T. Williams (pro hac vice)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
reilly@wtotrial.com
williams@wtotrial.com

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Mark J. Seifert (pro hac vice)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 999-0901
mseifert@szllp.com

8) Defendant and Appellee Atlantic Coast Conference in this matter is represented by:

David E. Albright (pro hac vice)
Jonathan P. Heyl (pro hac vice)
Gregory G. Holland (pro hac vice)
Alex Hernaez
FOX ROTHSCHILD LLP
230 N. Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 433-7402
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com
ahernaez@foxrothschild.com

Christopher S. Yates
Aaron T. Chiu
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

Alex Hernaez
FOX ROTHSCHILD LLP
345 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Rakesh Kilaru
WILKINSON STEKLOFF LLP
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4046
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Facsimile: (202) 637-2201
anna.rathbun@lw.com

Dated: November 24, 2025

By: */s/ Leigh Ernst Friestedt*
Leigh Ernst Friestedt (pro hac vice)
EQUITY IX, LLC
40 Mercer St., Suite 15
New York, NY 10013
Email: leigh@equityix.com
Telephone: (917) 513-5541

Jeffrey E. Faucette (SBN 193066)
SKAGGS FAUCETTE LLP
505 Montgomery St. 11th Floor
San Francisco, CA 94111
Email: jeff@skaggsfaucette.com
Telephone: (415) 874-3181

*Counsel for Objectors*