Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
jparsigian@winston.com

*Class Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**PLAINTIFFS' STATUS REPORT REGARDING CLAIM FORM FILED BY ANTWUNE JENKINS**<br><br>Judge:   Hon. Claudia Wilken |

Plaintiffs, through undersigned Class Counsel, pursuant to the Court's September 11, 2025 Order Re: Claim Form Filed by Antwune Jenkins (ECF No. 1034), hereby submit this status report regarding the claim.

On September 11, 2025, Plaintiffs forwarded Mr. Jenkins' claim form to the settlement administrator for processing and determination of whether Mr. Jenkins may have a claim to settlement funds as the alleged successor in interest of his late son, Tycoreous Antwune Jordan.

The settlement administrator confirmed receipt of Mr. Jenkins' claim form and communicated to Class Counsel that, in order to verify Mr. Jenkins' eligibility to claim settlement funds as the successor in interest of Mr. Jordan, he will need to provide (1) a copy of Mr. Jordan's death certificate, and (2) documentation establishing that Mr. Jenkins is the sole beneficiary of Mr. Jordan's estate.

On September 11, 2025, Class Counsel mailed a letter to Mr. Jenkins explaining that additional documentation is required to verify his claim and instructing him to send the requested documentation by mail to Class Counsel.

On November 15, 2025, Class Counsel received a letter from Mr. Jenkins indicating that he has requested a copy of Mr. Jordan's death certificate. Mr. Jenkins also attached a self-executed "affidavit" in which he states that he is the sole beneficiary to Mr. Jordan's estate.

Class Counsel subsequently conferred with the settlement administrator and determined that the affidavit provided by Mr. Jenkins is not sufficient proof of his beneficiary status. Class Counsel also understand that Mr. Jenkins is not currently listed as Mr. Jordan's father on his birth certificate.

On November 26, 2025, Class Counsel mailed a letter to Mr. Jenkins explaining that the documentation he previously provided is insufficient to verify his claim and that the settlement administrator will need additional documentation such as a copy of Mr. Jordan's birth certificate listing Mr. Jenkins as the father or a court order establishing paternity, as well as legal documentation showing that Mr. Jordan has no other beneficiaries.

On December 3, 2025, Class Counsel received a letter and declaration from Mr. Jenkins, which is attached hereto as **Exhibit A**.[1] Mr. Jenkins requested that Class Counsel file his declaration with the Court and ask the Court to adjudicate Mr. Jenkins' paternity and beneficiary status. While Class Counsel is uncertain whether this is the proper forum to adjudicate these issues, we are submitting Mr. Jenkins' declaration per his request.

Class Counsel will continue to communicate with Mr. Jenkins to try to obtain the documentation necessary to verify his claim.

DATED: December 10, 2025

Respectfully submitted,

By */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: ( 206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

By */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
dfeher@winston.com
dgreenspan@winston.com
sarguello@winston.com
aidale@winston.com
sviebrock@winston.com
nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com

---

[1] Mr. Jenkins' letter is dated "10-30-25" but it was not postmarked until November 26, 2025 and did not arrive to Class Counsel's offices until December 3, 2025.

jkodroff@srkattorneys.com
espector@srkattorneys.com                *Class Counsel for Plaintiffs*

*Class Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: /s/ *Steve W. Berman*
STEVE W. BERMAN