IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: COLLEGE ATHLETE NIL LITIGATION

Case No. 20-cv-03919 CW

**ORDER RE: STATUS REPORT ABOUT CLAIM FORM FILED BY ANTWUNE JENKINS**

(Re: Dkt. No. 1079)

Now before the Court is a status report filed by Class Counsel regarding a settlement-related claim form filed by Antwune Jenkins. *See* Docket No. 1079. Mr. Jenkins' late son allegedly played Division I football in 2020 for the University of Utah and Mr. Jenkins believes that he, as the successor in interest of his late son's estate, may be eligible to receive payments under the settlement agreement that this Court approved in this action on June 6, 2025.

On September 11, 2025, the Court ordered Class Counsel to forward Mr. Jenkins' claim form to the claims administrator for processing and determination of whether Mr. Jenkins may have a claim to settlement funds as the alleged successor in interest of his late son's estate. *See* Docket No. 1034. The Court further ordered Class Counsel to file a status report regarding Mr. Jenkins' claim within ninety days. *See id.*

In their status report of December 10, 2025, Class Counsel represent that Mr. Jenkins has failed to proffer sufficient proof to establish his paternity and beneficiary status. *See* Docket. No.

1079. Class Counsel attached a declaration by Mr. Jenkins to their status report, in which he requests that this Court adjudicate his paternity and beneficiary status. *See* Docket No. 1079-1.

The Court declines to adjudicate the paternity and beneficiary status of Mr. Jenkins because (1) those issues arise out of state law; and (2) the Court has dismissed pursuant to the settlement agreement all claims over which it has original jurisdiction. *See* 28 U.S.C. § 1367(c) (providing that a district court may decline to exercise supplemental jurisdiction over a claim if, among other things, it raises an issue of state law or the court has dismissed all claims over which it has original jurisdiction).

Class Counsel shall continue to communicate with Mr. Jenkins to try to obtain the documentation necessary to verify his claim.

IT IS SO ORDERED.

Dated: December 17, 2025

CLAUDIA WILKEN
United States District Judge

2