FILED

JAN 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: College Athlete NIL Litigation.<br>_____<br><br>DEWAYNE CARTER; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>GRACELYN LEE LAUDERMILCH,<br><br>    Objector - Appellant,<br><br> v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al.,<br><br>    Defendants - Appellees. | No. 25-7824<br><br>D.C. No. 4:20-cv-03919-CW<br>Northern District of California, Oakland<br><br>ORDER |

Before: SILVERMAN and H.A. THOMAS, Circuit Judges.

  The motion (Docket Entry No. 11) to proceed in forma pauperis is granted.

  Briefing is suspended. The briefing schedule will be set after the court resolves the motion to consolidate.