Judge Claudia Wilken,

**FILED**

Feb. 22, 2026

MAR 12 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Response to Status Report about claim filed by Antwune Jenkins.

Honorable Judge Claudia Wilken on Dec. 17, 2025 you issued an order that Class Counsel to File a status report within (90) days of that order. Also, order that "Class Counsel shall continue to communicate with Mr. Jenkins to try to obtain the documentation necessary to verify his Claim".

Before Christmas I, Mr Jenkins Faxed the Death Certificate to Class Counsel Emilee N. Sisco, and not heard from her. The Death Certificate did in fact name me as the Father of Ty Coreous Antwune Joedan.

There is an abundance of evidence to the Paternity of My son. My son's Mother Filed For Government assistance in Texas and Arkansas and she had to name the Father in order to receive those benefits. There is Public consensus all over the internet. I have letters and Birthday cards From my son while he

pg 1 of 2

growing up. Im just not sure if my name is on his birth certificate.

The issue Im having is that Im in prison and its difficult for me to obtain these documents but It is very easy for the class counsel. I need help to go through the probate. Im asking that you appoint Emilee Sisco to do the probate on my behalf. Im able to afford the filing fee and the fee for the documents.

I File sole beneficiary under Utah Intestate Succession 75-2-103(1)b as read: (b) "if there is no surviving descendant, to the decedents parents equally if both survive, or to the surviving parent if only one survives. My son's mother Tiffany Nicole Jordan born 1.10.77 died 8.10.2020 is deceased.

Enclosed is a motion to Appoint Emilee N. Sisco to assist in Probating My son's Estate.

Thanks!

Antwune Jenkins

Antwune Jenkins # 01243275
Estall Unit
264 F.M. 3478
Huntsville, TX 77320

pg 2 oF2

Clerk

Feb. 26, 2026

RE: 20-cv-03919 CW.  Letter to Honorable Judge Claudia Wilken. File Motion to Appoint counsel For Honorable Claudia Wilken determination

Please File this Letter to Honorable Judge Claudia Wilken and motion to Appoint Counsel in the United State District Court, Northern District of California.

Thanks!

Antwone Jenkins

Antwone Jenkins # 01243275
Estelle Unit
264 F.M. 3478
Huntsville TX 77320

pg 1 oF1