Antwone Jenkins # 01243275
Estelle Unit 3478
264 F.M. 3478
Huntsville, Tx 77320

HOUSTON TX
7 MAR 2026

Legal Mail

20-cv-3919 cw

United State District Court
Ronald V. Dellums Federal Bldg.
1301 Clay Street
Oakland, CA 94612

RECEIVED

MAR 12 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94612-520001