Jeanifer E. Parsigian (SBN 289001)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com
david.feher@winstontaylor.com
david.greenspan@winstontaylor.com
sofia.arguello@winstontaylor.com
adam.dale@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | **Case No. 4:20-cv-03919-CW**<br><br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**<br><br>Judge:     Hon. Claudia Wilken |

PLEASE TAKE NOTICE that, effective June 1, 2026, Winston & Strawn LLP has changed its name and e-mail addresses. Hereinafter, the new firm name is **Winston Taylor LLP**. The mailing addresses, telephone numbers, and facsimile numbers remain unchanged. The email addresses for counsel of record representing Plaintiffs, have changed as follows:

| **Attorney Name** | **New Email Address** |
| --- | --- |
| Jeffrey L. Kessler (*pro hac vice*) | jeffrey.kessler@winstontaylor.com |
| David G. Feher (*pro hac vice*) | david.feher@winstontaylor.com |
| David L. Greenspan (*pro hac vice*) | david.greenspan@winstontaylor.com |
| Sofia Arguello (*pro hac vice*) | sofia.arguello@winstontaylor.com |
| Jeanifer E. Parsigian (SBN 289001) | jeanifer.parsigian@winstontaylor.com |
| Adam I. Dale (*pro hac vice*) | adam.dale@winstontaylor.com |
| Sarah L. Viebrock (*pro hac vice*) | sarah.viebrock@winstontaylor.com |
| Neha Vyas (*pro hac vice*) | neha.vyas@winstontaylor.com |

Dated: June 3, 2026

Respectfully submitted,

**WINSTON TAYLOR LLP**

By: /s/ *Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
David G. Feher (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com
david.feher@winstontaylor.com
david.greenspan@winstontaylor.com
sofia.arguello@winstontaylor.com
adam.dale@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5891
Telephone: (415) 591-1469
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com

*Class Counsel for Plaintiffs*