20-3919

Andres Polanco
32 Anderson Avenue Bergenfield NJ 07621
Andres.polanco2026@gmail.com
201-800-1529
NCAA ECID #: 2408383991



FILED

JUL 02 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### Objection to College Athlete NIL Litigation

To Whom It May Concern,

My name is Andres Polanco, and I am writing regarding the College Athlete NIL Litigation, Case No. 4:20-cv-03919.

I am an incoming freshman at Wagner College and recently received notice indicating that I may be included in the settlement class. I respectfully object to being included in this matter, as I have not previously participated in any NCAA Division I collegiate athletic program and do not believe I should be involved in this litigation.

Please review my status and consider this letter as my formal objection to inclusion.

Thank you for your time and consideration.

Andres Polanco

Andres Polanco
32 Anderson Ave,
Bergenfield NS 07621

DV OAKLAND CA 845

29 JUN 2026 PM 5 L

250 YEARS OF SERVICE
SINCE 1775
FOREVER/USA

Ronald V. Dellums Federal Building; United States Cou
c/o Class Action clerk
1301 Clay Street
Oakland, CA 94612

**RECEIVED**

JUL 01 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

94612-520001