Rakesh N. Kilaru (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Attorney for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW |
| | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO N.D. CAL. CIVIL L.R. 3-12** |

Pursuant to Civil Local Rules 3-12 and 7-11, Defendants the National Collegiate Athletic Association ("NCAA"), the Big Ten Conference ("Big Ten") and the Southeastern Conference ("SEC") (collectively, "Defendants"), respectfully request that this Court consider whether *Jameson Williams v. National Collegiate Athletic Association, et al.*, Case No. 5:26-cv-07559-PCP (the "*Williams* Action"), and *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (the "*House* Action"), should be related.[1]

Under Civil Local Rule 3-12(a), actions are related when "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

In the *Williams* Action, Plaintiff Jameson Williams ("Williams") asserts antitrust claims arising out of Defendants' alleged use of his name, image, and likeness from his time playing Division I college football at two Power Five Conference institutions—the Ohio State University and the University of Alabama—between 2019-2022.[2]  The NCAA, the Big Ten, and the SEC are all defendants in the *Williams* Action, as they were in *House*.

Defendants contend that Williams was part of the *House* Football and Men's Basketball Damages Settlement Class because he "received" a "full GIA scholarship[]" and "competed on . . . an FBS football team, at a college or university that is a member of one of the Power Five Conferences (including Notre Dame)" between "June 15, 2016 through September 15, 2024." (ECF No. 979 ¶ 5.)  Members of the *House* Football and Men's Basketball Damages Settlement Class like Williams released all damages claims "on account of, arising out of, or resulting from any and all previously existing NCAA and conference rules regarding monies and benefits that

---

[1] The *Williams* Action was initially filed in California state court (Los Angeles County Superior Court) on April 28, 2026.  On June 3, 2026, Defendants removed the action to the Central District of California.  *Williams*, Case No. 3:26-cv-07559, ECF No. 1.  On July 17, 2026, Judge Wilson of the Central District of California granted Defendants' motion to transfer the action to this district.  *Id.*, ECF No. 34.  On July 22, 2026, the case was transferred to this district.  *Id.*, ECF No. 35

[2] The complaint filed in the *Williams* Action is attached as Exhibit A to the Declaration of Rakesh N. Kilaru ("Kilaru Decl."), filed concurrently with this administrative motion.

-1-

may be provided to student-athletes by the NCAA, Division I conferences and/or Division I Member Institutions," that could have been asserted ***prior to June 6, 2025***. ECF No. 958-1 ¶ 1(pp).

Defendants further contend that Williams was part of the *House* Injunctive Relief Settlement Class of "[a]ll student-athletes who . . . competed on . . . a Division I athletic team at any time between June 15, 2020 through" ten academic years after June 6, 2025. (ECF No. 979 ¶ 3.)  That class released all injunctive relief claims "on account of, arising out of, or resulting from the continuation of existing … NCAA and conference rules, as well as new or revised NCAA and conference rules agreed to as part of the Injunctive Relief Settlement, regarding (1) monies and benefits that may be provided to student-athletes by the NCAA, Division I conferences, and/or Division I Member Institutions under NCAA or conference rules . . . including, but not limited to, claims arising under federal or state antitrust, unfair competition, unfair practices, price discrimination, unitary pricing, trade practice, or civil conspiracy law, including without limitation the Sherman Antitrust Act." ECF No. 958-1 ¶ 1(qq).

Defendants understand from a meet and confer on August 3, 2026 that Plaintiff intends to amend his complaint to focus on alleged uses of his name, image, and likeness after June 6, 2025. Kilaru Decl. ¶ 4.  Defendants contacted Williams' counsel on July 31, 2026, requesting his position on relating the *Williams* Action to the *House* Action.  Kilaru Decl. ¶ 2.  Williams' counsel asserted that the two actions are not related because "Mr. Williams has new claims beyond the scope of the release in *House* as both the language of the Final Approved Settlement Agreement and controlling Ninth Circuit authorities support Mr. Williams's position that the factual predicate of his lawsuit is distinct from that of *House*."  Kilaru Decl. ¶ 2.

Dated:  August 5, 2026

Respectfully Submitted,

**MAYER BROWN LLP**

**WILKINSON STEKLOFF LLP**

/s/ Elspeth V. Hansen
Elspeth V. Hansen (SBN 292193)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
ehansen@mayerbrown.com

Counsel for Defendant
THE BIG TEN CONFERENCE, INC.

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru (pro hac vice)
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

Counsel for Defendant
NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION

**ROBINSON, BRADSHAW &
HINSON, P.A.**

/s/ Robert W. Fuller, III
Robert W. Fuller, III (pro hac vice)
Lawrence C. Moore, III (pro hac vice)
Amanda P. Nitto (pro hac vice)
Travis S. Hinman (pro hac vice)
Patrick H. Hill (pro hac vice)
600 S.. Tryon St., Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Kathryn Reilly (pro hac vice)
Michael Williams (pro hac vice)
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202

-3-
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 4:20-cv-03919-CW

Tel: (303) 244-1800
Fax: (202) 244-1879
reilly@wtotrial.com
williams@wtotrial.com

-4-

## SIGNATURE CERTIFICATION

I, Rakesh N. Kilaru, am the CM/ECF user whose ID and password are being used to file the Defendants' Administrative Motion To Consider Whether Cases Should Be Related. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 5, 2026

Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By:    /s/ Rakesh N. Kilaru
      Rakesh N. Kilaru
      Attorney for Defendant
      National Collegiate Athletic Association