Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

[Additional counsel on signature page]

Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com
david.greenspan@winstontaylor.com
sofia.arguello@winstontaylor.com
adam.dale@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com

*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

**JOINT STATEMENT RE MMR AND THIRD-PARTY BRAND SPONSOR DISPUTE AND PLAINTIFFS' EVIDENTIARY REQUESTS**

Judge: Hon. Claudia Wilken

Magistrate Judge: Hon. Nathanael M. Cousins

**JOINT STATEMENT**

Class Counsel and Defendants respectfully submit this joint statement pursuant to the Court's August 4, 2026 order directing the parties to confer and report on the following unresolved issues: (1) "whether the CSC's investigations of MMRs and third-party brand sponsors are being conducted 'absent a specific basis' or otherwise in a manner that violates the IRS; and (2) . . . any disputes regarding the breadth or scope of Plaintiffs' requests for documents and information." Dkt. No. 1146.

On the first issue, the parties believe it would be most efficient for Class Counsel to first receive and review the documents and information about the CSC's investigative practices, and to then meet and confer with Defendants and the CSC over any disputed conduct. If there is any dispute, and if the parties cannot resolve it themselves, then the parties will present the matter to the Special Master for his determination.

On the second issue, Class Counsel, the NCAA, and the CSC met and conferred on August 13 regarding the breadth and scope of Plaintiffs' requests for documents and information from the CSC. Defendants are considering their position and have committed to providing it promptly. The parties propose submitting a further status report on September 1 to inform the Court whether they have reached agreement on the scope of discovery or whether they anticipate presenting a discovery dispute to the Special Master.

Dated: August 18, 2026

Respectfully submitted,

By: */s/ Steve W. Berman*

Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff (*pro hac vice*)
Eugene A. Spector (*pro hac vice*)
**SPECTOR ROSEMAN & KODROFF, PC**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

*Class Counsel for Plaintiffs*

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Sofia Arguello (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
**WINSTON TAYLOR LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com
david.greenspan@winstontaylor.com
sofia.arguello@winstontaylor.com
adam.dale@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com

*Class Counsel for Plaintiffs*

**WILKINSON STEKLOFF LLP**

By: */s/ Rakesh N. Kilaru*
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Calanthe Arat (SBN 349086)
Matthew R. Skanchy (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Attorneys for Defendant
NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**COOLEY LLP**

By: */s/ Whitty Somvichian*
Whitty Somvichian (SBN 194463)
Kathleen R. Hartnett (SBN 314267)
Ashley K. Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark F. Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

Deepti Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
dbansal@cooley.com

Attorneys for Defendant
PAC-12 CONFERENCE

**MAYER BROWN LLP**

By: */s/ Britt M. Miller*
Britt M. Miller (*pro hac vice)*
Daniel T. Fenske (*pro hac vice)*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Elspeth V. Hansen (SBN 292193)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
ehansen@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

**SIDLEY AUSTIN LLP**

By: */s/ David L. Anderson*
David L. Anderson (SBN 149604)
101 California Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412
dlanderson@sidley.com

Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
Chelsea A. Priest (*pro hac vice*)
2021 Cedar Springs, Suite 2600
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

Attorneys for Defendant
THE BIG 12 CONFERENCE, INC.

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: <u>*/s/ Robert W. Fuller, III*</u>
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
600 S. Tryon St., Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Kathryn Reilly (*pro hac vice*)
Michael T. Williams (*pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 17th St., Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
reilly@wtotrial.com
williams@wtotrial.com

Mark J. Seifert (SBN 217054)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

**LATHAM & WATKINS LLP**

By: <u>*/s/ Christopher S. Yates*</u>
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
**FOX ROTHSCHILD LLP**
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

Attorneys for Defendant
THE ATLANTIC COAST CONFERENCE

## FILER'S ATTESTATION

I, Jeffrey L. Kessler, am the ECF user whose identification and password are being used to file **JOINT STATEMENT RE MMR AND THIRD-PARTY BRAND SPONSOR DISPUTE AND PLAINTIFFS' EVIDENTIARY REQUESTS**. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

Dated: August 18, 2026

Respectfully submitted,

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler