**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

IN RE COLLEGE ATHLETE NIL LITIGATION

Case No. 4:20-cv-03919-CW

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF *HOUSE* SETTLEMENT BENEFITS REPORT**

Judge: Hon. Claudia Wilken

**~~[PROPOSED]~~ ORDER**

UPON CONSIDERATION of the Defendants' Unopposed Administrative Motion to File Under Seal portions of the *House* Settlement Benefits Report, the Court hereby

**GRANTS** the Motion and **ORDERS** that the following materials shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion Sought to Be Sealed | Sealing Granted (Y/N) (to be completed by the court) |
|---|---|---|
| *House* Settlement Benefits Report Page 1 | All content in column titled "Institution Name"<br><br>All content in column titled "Conference Name" | Y |
| *House* Settlement Benefits Report Page 2 | All content in column titled "Institution Name"<br><br>All content in column titled "Conference Name" | Y |
| *House* Settlement Benefits Report Page 3 | All content in column titled "Institution Name"<br><br>All content in column titled "Conference Name" | Y |

| | | |
|---|---|---|
| *House* Settlement Benefits Report Page 4 | All content in column titled "Institution Name"<br><br>All content in column titled "Conference Name" | Y |
| *House* Settlement Benefits Report Page 5 | All content in column titled "Institution Name"<br><br>All content in column titled "Conference Name" | Y |

**IT IS SO ORDERED.**

Dated: 10/6/2026

Hon. Claudia Wilken
United States District Court