**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Northern California

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 4:20-cv-03919-CW

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: June 15, 2020

Date of judgment or order you are appealing: September 3,2026

Docket entry number of judgment or order you are appealing: 1158

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Gannon Flynn

FILED
OCT -5 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 25-3722, 25-3835, 25-4137, 25-4150, 25-4190, 25-4218, 25-7461, 25-7467, 25-7469, 25-7824, 25-7869

Your mailing address (if pro se):

4 Wadsworth st

City: Allston State: MA Zip Code: 02134

Prisoner Inmate or A Number (if applicable):

**Signature** [signature] **Date** 10/02/2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*