October 18, 2026

Re: College Athlete NIL Litigation, Case No. 4:20-cv-03919 CW

**Dear Judge Wilken,**

You have listened to my voice on multiple occasions, and I respectfully write again because the implementation of the roster limits, coupled with the failure of the Designated Student-Athlete ("DSA") protections, have now caused additional and irreparable harm to me and thousands of other student-athletes who are members of the Injunctive Relief Class.

When I submitted my objection letter on September 12, 2025, I had a roster spot on the Liberty University women's cross-country and track team.[1] In addition to describing my recruiting injury, I warned that roster limits would cause irreparable harm to Injunctive Relief Class members. (No. 1044). Those concerns were characterized as speculative or hypothetical. Today, they are neither. I have lost my roster spot, and the very harm I warned would result from the market's reaction to the settlement agreements roster limits provision has now occurred.

Although I remain enrolled at Liberty and continue to train, I am no longer an official member of the team. I do not have a Liberty uniform, I do not travel with the team, and I no longer appear on the Liberty cross-country team website.[2] If I want to attend an away meet to support my teammates, I need an excused absence from my professors and find my own transportation. When distance makes travel impractical, I remain on campus, train alone, and focus on an accelerated academic schedule to graduate in three years rather than four to reduce the financial burden of my education. I was originally planning on staying for four years and completing my master's degree while continuing to run and contribute to the team. With no team and no support system, I find it painful to stay.

I am not alone. Four of my recruited teammates also lack roster spots this season. We returned to campus early in August, trained with the team, and participated in practices, yet we are unable to compete in cross-country events wearing a Liberty jersey this fall. Two of us have DSA status, but the *House* Settlement permits a university to disregard those

---

[1] Gracelyn Laudermilch – Liberty Cross Country Roster (2025), https://libertyflames.com/sports/cross-country/roster/gracelyn-laudermilch/15864 (last visited October 18, 2026).

[2] Liberty University Athletics, Women's Cross Country Roster (2026), https://libertyflames.com/sports/cross-country/roster/2026 (not listing Gracelyn Laudermilch as member of team); Liberty Women's Cross Country Roster (2025) https://libertyflames.com/sports/cross-country/roster/2025 (listing Gracelyn Laudermilch as a member of team) (last visited October 18, 2026).

protections. (Nos. 978 at 51; 980-2 at 4-5, 20-21; 1071 at 7). As a result, the very benefit that was presented as protection for athletes like me has provided no protection at all.

Several of my teammates who lost roster spots decided to compete in Division I cross-country meets on their own as unattached athletes. Unlike athletes who retained roster spots, they were not permitted to travel on the team bus. Instead, a parent drove them to the meet, they paid their own competition fees, and they competed independently, wearing their own clothing rather than the Liberty uniform.

Several of these independent athletes recorded faster times than athletes who retained roster spots on the Liberty team.[3] Their performances demonstrate that ability was not the determining factor in who remained on a roster. They were not excluded because they failed to earn a spot on the team. They were excluded because there were fewer spots available.[4]

My situation is compounded by the fact that I am recovering from a foot injury that I sustained while competing as a Division I athlete for Liberty during the Spring 2026 track season. Historically, injured Division I student-athletes remain active members of their teams and are given an opportunity to recover and return to competition for their four years of eligibility.

Liberty is scheduled to submit its final track and field roster to the College Sports Commission on December 1, 2026. (NCAA Bylaw 17.2.1 Roster Submission Deadline). If I am not included on that roster, I may lose access to the medical benefits and treatment I currently receive for my foot injury.[5] That treatment, which has included x-rays, CT scans, 2 MRI's, cortisone injections (which per my injury, the doctor has recommended I get every 90 days in order to promote healing), and daily rehabilitation, is critical to my recovery. The possibility that I could lose medical support for an injury sustained while competing for Liberty as a Division I athlete illustrates the real and ongoing harm from loopholes in this Settlement.

---

[3] Adidas XC Challenge Women's 5000 Meters Results (Sept. 18-19, 2026) https://libertyflames.com/documents/2026/9/18/2026_adidas_XC_Challenge_Final_Results.pdf (showing Anna Fletcher, Sophie Mast, and Cheyenh Smith competing "Unattached – Lib" and finished 56th, 88th, and 92nd out of 164 runners) (last visited October 18, 2026).

[4] Liberty University Athletics, Women's Cross-Country Roster (2024) https://libertyflames.com/sports/cross-country/roster/2024 (listing 32 female athletes) (last visited October 18, 2026). Following implementation of roster limits provisions in Appendix B of Second Amended Injunctive Relief Settlement, NCAA Bylaw 17.2.2 limits Division I women's cross-country rosters to 17 athletes.

[5] NCAA Bylaw 17.2.2.3 provides an exception for a season ending injury. I do not qualify for that exception because I have been medically cleared to train but am subject to activity restrictions during my recovery.

The Settlement and new NCAA rules provide continuing medical protections only for injured athletes who retain roster spots. (NCAA Bylaw 17.2.2 Roster Limit Inclusion).[6] While scholarship athletes are guaranteed a roster spot, non-scholarship athletes are not. (NCAA Bylaw 17.2.2.5 Exception – Previous Recipient of Athletically Related Financial Aid). As a result, Olympic athletes face increased pressure to continue practicing and competing while injured because their place on the team is no longer secure. Historically, universities accommodated the realities of injuries and rehabilitation as part of the four-year student-athlete experience without threatening an athlete's place on a team. Under the new NCAA Rules and roster limits, that security has disappeared.

The status quo before approval of the Settlement was that recruited student-athletes remained members of their teams and were given a meaningful opportunity to heal and develop both academically and athletically. The DSA mechanism was intended to preserve that status quo for affected athletes. (No. 959 at 2, 6). Unfortunately, it has failed. The realities of athletic competition should never compromise the health, well-being, and safety of student-athletes - this Settlement does exactly that. By making a roster spot less secure, the Settlement places additional pressure on athletes to compete while injured out of fear that taking the time necessary to recover may cost them their place on the team.

Named class representative Sedona Prince provides a clear example of how injured student-athletes have historically been treated. After suffering a leg injury during her freshman year and undergoing surgery, Prince remained a member of multiple teams during her recovery, even when she was unable to practice or compete. (No. 164 at 24-25). Injuries are an unavoidable reality of Division I sports. Student-athletes push their bodies to their physical and mental limits, and injury, rehabilitation, and recovery are part of the collegiate athletic experience. The scholarship status of an athlete should not dictate whether an athlete will be afforded time to recover.

The argument that schools have always possessed discretion over roster decisions misses the central issue. While schools may have that authority, it was not the prevailing practice to remove recruited student-athletes because they were injured or required time to develop. Prior to the implementation of roster limits, coaches were not forced to choose between retaining injured athletes and complying with strict roster caps. Recruited student-athletes were afforded the opportunity to recover, develop, and contribute to their teams over the course of their collegiate careers.

---

[6] NCAA Bylaw 17.2.3.2 provides an exception for nonathletic activities with institutional staff members, including athletic trainer. However, bylaw provides an institution "may" continue to provide support, but does not mandate that support be provided.

In the District Court's Final Order overruling my objection to the continuation of the Injunctive Relief dated November 13, 2026, the Court found that despite my completed recruiting injury, I lacked standing to object to the roster limits provisions because, as a member of the cross-country team, I had not yet suffered an injury. (No. 1071 at 6-7). The situation has continued to evolve, and the facts have now changed. I have lost my roster spot and am experiencing the very harm that I and countless other objectors warned would result from roster-limits. Based on these new circumstances, it is clear that I am further aggrieved and have been directly harmed by the roster-limits.

Accordingly, I respectfully request that the Court consider the following:

1. Reconsider the stay of the roster limit provisions; and
2. Direct Class Counsel and Defendants to modify the Injunctive Relief and related NCAA rules to ensure that student-athletes who lose roster spots do not lose health, safety, and medical protections.

Finally, I respectfully request that the Court appoint me as a named representative of the Injunctive Relief Class to help ensure the interests of student-athletes are adequately represented.

Thank you for your consideration and continued attention to the interests of all Division I student-athletes.

Respectfully,

**Gracelyn Lee Laudermilch**

NCAA ID# 2306927455

209 Crawford Lane Rome, PA 18837

**Division:** I

**Legislative Cite:** 17.2

**Title:** Roster Limitations.

**Text:**

**17.2 Roster Limitations. [S]** Each sport of a Division I institution that is a member of a defendant conference or opts in to the House settlement must comply with the roster limits set forth below in accordance with the provisions of Bylaw 17.2:

| Sport | Limit | Sport | Limit |
|---|---|---|---|
| Women's Acrobatics and Tumbling | 55 | Women's Rowing | 68 |
| Baseball | 34 | Women's Rugby | 36 |
| Men's Basketball | 15 | Men's Skiing | 16 |
| Women's Basketball | 15 | Women's Skiing | 16 |
| Women's Beach Volleyball | 19 | Men's Soccer | 28 |
| Women's Bowling | 11 | Women's Soccer | 28 |
| Men's Cross Country | 17 | Softball | 25 |
| Women's Cross Country | 17 | Women's Stunt | 65 |
| Women's Equestrian | 50 | Men's Swimming and Diving | 30 |
| Men's Fencing | 24 | Women's Swimming and Diving | 30 |
| Women's Fencing | 24 | Men's Tennis | 10 |
| Field Hockey | 27 | Women's Tennis | 10 |
| Women's Flag Football | 25 | Men's Indoor Track and Field | 45 |
| Football | 105 | Men's Outdoor Track and Field | 45 |
| Men's Golf | 9 | Women's Indoor Track and Field | 45 |
| Women's Golf | 9 | Women's Outdoor Track and Field | 45 |
| Men's Gymnastics | 20 | Women's Triathlon | 14 |
| Women's Gymnastics | 20 | Men's Volleyball | 18 |
| Men's Ice Hockey | 26 | Women's Volleyball | 18 |
| Women's Ice Hockey | 26 | Men's Water Polo | 24 |
| Men's Lacrosse | 48 | Women's Water Polo | 24 |
| Women's Lacrosse | 38 | Men's Wrestling | 30 |
| Men's and Women's Rifle | 12 | Women's Wrestling | 30 |

*(Adopted: 6/6/25 effective 7/1/25, Revised: 8/25/26 women's flag football limit effective beginning with the 2027-28 academic year)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2026-73 | PLAYING AND PRACTICE SEASONS -- ROSTER LIMITATIONS -- WOMEN'S FLAG FOOTBALL |
| 2025-11 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATIONS |

**Division:** I

**Legislative Cite:** 17.2.1

**Title:** Roster Submission Deadline.

**Text:**

**17.2.1 Roster Submission Deadline. [S]** An institution must submit its roster for each sport in the designated software system of record no later than the calendar day before the first contest or date of competition in the sport that is used for championship selections or December 1, whichever is earlier. *(Adopted: 6/23/25 effective 7/1/25)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |

**Division:** I

**Legislative Cite:** 17.2.2.1

**Title:** Institutional Staff Member Activities With Student-Athletes.

**Text:**

**17.2.2.1 Institutional Staff Member Activities With Student-Athletes. [S]** Following the deadline to submit a sport's roster, an institutional staff member (e.g., coach, noncoaching staff member, manager, graduate assistant, strength and conditioning coach) may only be involved in athletically related activities (e.g., practice, skill instruction, strength and conditioning, film review) with an individual on the institution's sport roster. *(Adopted: 6/23/25 effective 7/1/25)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |

**Division:** I

**Legislative Cite:** 17.2.2.2

**Title:** Exception -- Designated Student-Athlete.

**Text:**

**17.2.2.2 Exception -- Designated Student-Athlete. [S]** A designated student-athlete (see Bylaw 17.02.8) included on a sport's submitted roster may continue to participate in athletically related activities after the roster submission deadline without counting toward the sport's roster limitation, provided the student-athlete has athletics eligibility remaining. *(Adopted: 6/23/25 effective 7/1/25)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |

**Division:** I

**Legislative Cite:** 17.2.2.3

**Title:** Exception -- Season Ending Injury or Illness Before Roster Submission Date.

**Text:**

**17.2.2.3 Exception -- Season Ending Injury or Illness Before Roster Submission Date. [S]** A student-athlete who sustains a medically documented, season-ending injury or illness before the sport's roster submission date may continue to use institutional facilities and resources for rehabilitation purposes and may participate in practice activities, when medically cleared, during the academic year without counting in the sport's roster limit. The student-athlete may not participate in competition that is considered in individual or team selections for postseason opportunities and may not participate in postseason competition. Application of this exception shall be administered by the member conferences. *(Adopted: 6/23/25 effective 7/1/25, Revised: 10/2/25)*

**Proposals**

| **Proposal Number** | **Title** |
|---|---|
| ER-2025-10 | IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- APPLICATION OF INJURY OR ILLNESS EXCEPTIONS, EXHAUSTED ELIGIBILITY, AND ACTUAL AND NECESSARY EXPENSES |
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |

**Division:** I

**Legislative Cite:** 17.2.2.5

**Title:** Exception -- Previous Recipient of Athletically Related Financial Aid.

**Text:**

**17.2.2.5 Exception -- Previous Recipient of Athletically Related Financial Aid. [S]** A student-athlete who was included on a squad list and received athletically related financial aid before the 2025-26 academic year, and whose aid is renewed for the 2025-26 academic year and/or subsequent academic years is not required to be included on the sport's submitted roster, provided the individual does not participate in athletically related activities (countable, required or voluntary) after the roster submission deadline, unless the individual is a designated student-athlete (see Bylaw 17.02.8). *(Adopted: 6/23/25 effective 7/1/25)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |

**Division:** I

**Legislative Cite:** 17.2.3

**Title:** Roster Limit Exclusion.

**Text:**

**17.2.3 Roster Limit Exclusion. [S]** A student-athlete who is not included in a sport's submitted roster shall not participate in athletically related activities (countable, required, or voluntary) after the roster submission deadline. Such a student-athlete may receive the same access to institutional facilities and benefits as a member of the institution's student body or a member of the general public (e.g., no special access to athletics facilities). *(Adopted: 6/23/25 effective 7/1/25)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |

**Division:** I

**Legislative Cite:** 17.2.3.2

**Title:** Exception -- Nonathletics Activities with Institutional Staff Member.

**Text:**

**17.2.3.2 Exception -- Nonathletics Activities with Institutional Staff Member. [S]** An institutional staff member with athletics department responsibilities (e.g., athletic trainer, academic advisor, mental health counselor) may continue to provide support to an individual who participated in athletically related activities but is not on a sport's submitted roster, consistent with the staff member's responsibilities. *(Adopted: 6/23/25 effective 7/1/25)*

**Proposals**

| Proposal Number | Title |
|---|---|
| 2025-17 | PLAYING AND PRACTICE SEASONS -- IMPLEMENTATION OF HOUSE V. NCAA SETTLEMENT -- ROSTER LIMITATION PROVISIONS |