Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Elspeth V. Hansen (SBN 292193)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
ehansen@mayerbrown.com

Attorneys for Defendant
THE BIG TEN CONFERENCE, INC.

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**STIPULATION AND PROPOSED ORDER ALLOWING COUNSEL FOR THE NCAA, THE BIG TEN, THE BIG 12, AND THE SEC TO APPEAR REMOTELY**<br><br>Hearing Date: October 28, 2026<br>Time: 11:00 a.m.<br>Judge: Hon. Nathanael M. Cousins<br>Location: Courtroom 5 |

Pursuant to Northern District of California Civil Local Rules 7-11 and 7-12, the plaintiffs and defendants in the above-captioned matter, by and through their undersigned counsel, submit the following stipulation and proposed order.

1. On October 5, 2026, the Court scheduled an in-person discovery hearing for 11:00 a.m. on October 28, 2026, in Courtroom 5.

2. The National Collegiate Athletic Association, The Big Ten Conference, Inc., The Big 12 Conference, Inc., and the Southeastern Conference ("Non-California Defendants") understand from the Court's order (Dkt. 1169) that the October 28 hearing will center on the Joint Discovery Letter Brief Re Plaintiffs' Motion to Compel Documents From the College Sports Commission (Dkt. 1168). Non-California Defendants therefore expect that counsel for the College Sports Commission will be the principal counsel addressing those issues.

3. To the extent input from Non-California Defendants' counsel is required, they can fully participate through the Court's Zoom meeting room.

4. The NCAA's lead counsel are based in Washington, DC; the Big Ten's lead counsel are based in Chicago, IL; the Big 12's lead counsel are based in Dallas, TX; and the SEC's lead counsel are based in Charlotte, NC. None of their attorneys with primary responsibility for this hearing has existing plans to be in California on October 28; rather, they would need to fly in for the hearing.

WHEREFORE, the parties stipulate and request that counsel for the NCAA, the Big Ten, the Big 12, and the SEC may participate in the October 28, 2026 hearing remotely.

Dated: October 20, 2026. Respectfully submitted,

**WILKINSON STEKLOFF LLP**

By: <u>*/s/ Rakesh N. Kilaru*</u>
Beth A. Wilkinson (*pro hac vice*)
Rakesh N. Kilaru (*pro hac vice*)
Calanthe Cope-Kasten (*pro hac vice*)
Matthew R. Skanchy (*pro hac vice*)
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
ccope-kasten@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

Jacob K. Danziger (SBN 278219)
ARENTFOX SCHIFF LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
Telephone: (734) 222-1516
Facsimile: (415) 757-5501
jacob.danziger@afslaw.com

Attorneys for Defendant NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

**MAYER BROWN LLP**

By: <u>*/s/ Britt M. Miller*</u>
Britt M. Miller (*pro hac vice*)
Daniel T. Fenske (*pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
bmiller@mayerbrown.com
dfenske@mayerbrown.com

Elspeth V. Hansen (SBN 292193)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
ehansen@mayerbrown.com

Attorneys for Defendant THE BIG TEN CONFERENCE, INC.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: <u>*/s/ Steve W. Berman*</u>
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

**WINSTON TAYLOR LLP**

By: <u>*/s/ Jeffrey L. Kessler*</u>
Jeffrey L. Kessler *(pro hac vice)*
David L. Greenspan *(pro hac vice)*
Adam I. Dale *(pro hac vice)*
Sarah L. Viebrock *(pro hac vice)*
Neha Vyas (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com
david.greenspan@winstontaylor.com
adam.dale@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON TAYLOR LLP
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winston.com

Class Counsel for PLAINTIFFS

**ROBINSON, BRADSHAW & HINSON, P.A.**

By: */s/ Robert W. Fuller*
Robert W. Fuller, III (*pro hac vice*)
Lawrence C. Moore, III (*pro hac vice*)
Amanda P. Nitto (*pro hac vice*)
Travis S. Hinman (*pro hac vice*)
Patrick H. Hill (*pro hac vice*)
600 S. Tryon St., Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

Mark J. Seifert (SBN 217054)
SEIFERT ZUROMSKI LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 999-0901
Facsimile: (415) 901-1123
mseifert@szllp.com

Kathryn Reilly (*pro hac vice*)
Michael Williams (*pro hac vice*)
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, CO 80202
Tel: (303) 244-1800
Fax: (202) 244-1879
reilly@wtotrial.com
williams@wtotrial.com

Attorneys for Defendant SOUTHEASTERN CONFERENCE

**VENABLE LLP**

By: */s/ Steven Edward Swaney*
Steven Edward Swaney
101 California Street, Suite 3800
San Francisco, CA 94111
Tel.: 415-653-3722
Fax: 415-653-3755
seswaney@venable.com

Attorney for the COLLEGE SPORTS COMMISSION

**COOLEY LLP**

By: *<u>/s/ Whitty Somvichian</u>*
Whitty Somvichian (SBN 194463)
Ashley Kemper Corkery (SBN 301380)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693 2000
Facsimile: (415) 693 2222
wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com

Mark Lambert (SBN 197410)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
mlambert@cooley.com

Dee Bansal (*pro hac vice*)
1299 Pennsylvania Ave. NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842 7800
Facsimile: (202) 842 7899
dbansal@cooley.com

Attorneys for Defendant PAC-12 CONFERENCE

**SIDLEY AUSTIN LLP**

By: *<u>/s/ Natali Wyson</u>*
David L. Anderson (SBN 149604)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7412
dlanderson@sidley.com

Angela C. Zambrano (*pro hac vice*)
Natali Wyson (*pro hac vice*)
Chelsea A. Priest (*pro hac vice*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
angela.zambrano@sidley.com
nwyson@sidley.com
cpriest@sidley.com

Attorneys for Defendant THE BIG 12 CONFERENCE, INC.

**LATHAM & WATKINS LLP**

By: *<u>/s/ Christopher S. Yates</u>*
Christopher S. Yates (SBN 161273)
Aaron T. Chiu (SBN 287788)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
aaron.chiu@lw.com

Anna M. Rathbun (SBN 273787)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
anna.rathbun@lw.com

D. Erik Albright (*pro hac vice*)
Jonathan P. Heyl (*pro hac vice*)
Gregory G. Holland (*pro hac vice*)
FOX ROTHSCHILD LLP
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5368
Facsimile: (336) 378-5400
ealbright@foxrothschild.com
jheyl@foxrothschild.com
gholland@foxrothschild.com

Attorneys for Defendant THE ATLANTIC COAST CONFERENCE

**FILER'S ATTESTATION**

I, Britt M. Miller, am the ECF user whose identification and password are being used to file the foregoing stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Britt M. Miller*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Britt M. Miller*

**[PROPOSED] ORDER**

Pursuant to stipulation, counsel for the NCAA, the Big Ten, the Big 12, and the SEC may participate remotely in the October 28, 2026 hearing.

**IT IS SO ORDERED.**

DATED: ________ ________________________________

HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE