IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION, | Case No. 4:20-cv-03919-CW<br><br>CLASS ACTION<br><br>**DECLARATION OF JANETH ANTONIO RE: THIRD PARTY PURCHASES AND OTHER SETTLEMENT ADMINISTRATION** |

I, Janeth Antonio, declare and state as follows:

1. I am a Director with Verita Global, LLC ("Verita") located at 1 McInnis Pkwy, San Rafael, CA 94903. Pursuant to the Revised Order Granting Plaintiffs' Motion for Preliminary Settlement Approval as Modified (the "Preliminary Approval Order") dated October 7, 2024, the Court appointed Verita as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. This declaration is for the purpose of updating the parties and the Court with third party purchases and other settlement administration processes.

3. Verita has been responsible for administering the Settlement, including receiving and reviewing claim forms, communicating with class members, addressing claim deficiencies, processing third-party contracts, and performing the administrative work necessary to facilitate the claims and distribution process.

**<u>Claim Submissions and Deficiencies</u>**

4. The initial claims deadline was January 31, 2025. The deadline was later extended to October 1, 2025. As of the date of this declaration Verita has received 168,112 claim forms, representing 42.5% of the estimated eligible population. During the extended claims period, Verita received approximately 33,000 additional claim forms.

5. During the review of claim forms, Verita identified submissions that lacked information or documentation necessary to validate the claim. Among the deficiencies identified were missing or incomplete information regarding the class member's sport and the number of years the class member participated. This information is necessary to evaluate the claim and

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement, dated September 26, 2024 (the "Stipulation") and/or the Preliminary Approval Order.

calculate the applicable estimated damages in accordance with the Settlement Agreement.

6. As of October 22, 2026, Verita has identified 8,124 claims with missing or incomplete information. Verita sent deficiency notices to these students on October 2, 2026 and again on October 23, 2026 to newly found deficiencies, providing them with a 30-day cure period to correct and submit missing information. Verita has also identified 37,000 duplicate submissions and 222 claims that will be denied. Additional claims may be deemed duplicate or denied after the adjudication of deficiencies has been completed.

7. Verita also identified the class members that will be required to submit a W9 prior to any distribution and has notified those class members and provided a web portal for secure submission.

**CLASS MEMBER INQUIRIES AND IDENTITY VERIFICATION**

8. Verita has received substantial volumes of emails and telephone calls from class members seeking assistance with claim forms, claim ID and PINs, claim status, deficiencies, required documentation, and other matters relating to the Settlement.

9. As of October 22, 2026, Verita received approximately 120,000 emails and 15,000 phone calls. Responding to these inquiries has required Verita's Customer Service team to review individual records, explain applicable procedures, provide instructions, and address issues specific to individual class members.

10. Verita's standard practice is to require class members to successfully complete an identity-verification process before providing claim specific information. The information required to complete verification varies by Settlement. For this Settlement, the verification process required students to provide a photo ID along with one or more of the following pieces of information:

a. Full name, and address

b. Email address(es)

c. School(s) and year(s) attended

d. Sport(s) played.

11. This verification requirement is necessary to protect confidential claim information and ensure claim information and/or the Claim ID and PIN are provided only to the student associated with the claim. Claim IDs are provided exclusively to students and are not provided directly to third parties.

**THIRD-PARTY PURCHASE SUBMISSION PROCESS**

12. Verita has also been responsible for administering the process by which third parties can submit purchase agreements for claims they've purchased from students. On October 10, 2025, Verita developed and built a portal on the Settlement website to allow third parties to submit their contracts and supporting documentation. Access to the portal requires the applicable Claim ID and PIN, which must be obtained from the class member.

13. The portal requires the submission of specified documentation, including:

a. Valid Form W-9 for the Third Party

b. Valid Form W-9 for the Student/Seller

c. Photo identification for the Student/Seller

d. A signed Bill of Sale

e. Documentation addressing the Tax Consequences of the transaction, consistent with the Court Order;

f. A signed indemnification agreement, consistent with the Court Order.

14. These requirements necessitate a review of the submitted documentation to determine whether all required materials have been provided and whether the materials comply

with the Court Order.

15. The portal was designed to permit one submission per Claim ID. This limitation is intended to help prevent duplicate submissions and reduce the risk of multiple third-party transactions involving the same claim.

16. Despite the portal instructions being publicized on the Settlement website and provided as an email response to each third-party purchaser, third parties have submitted contracts by email rather than through the designated portal. Verita has had to respond to these submissions, explain the required procedure, and direct the third party to use the online portal.

17. As of October 22, 2026, Verita has received 15,302 third-party contract submissions. The review process is ongoing. Verita has spent approximately 1,800 hours solely preliminarily reviewing third-party submissions and responding to related inquiries. No submission is treated as approved or valid solely because it has been received.

**THIRD-PARTY DEFICIENCIES**

18. Verita has identified deficiencies in the Third-Party Contract submissions, including missing or invalid W-9 forms, missing photo identification, missing or unsigned bill of sales, missing or unsigned indemnification, and/or tax consequences that do not conform to the Court Order. After the review process is complete, Verita plans to send deficiency notices to the relevant third parties and allowing them the same 30-days to cure.

19. An ongoing concern in the administration of third-party contracts is the possibility of double sales or competing third-party transactions involving the same claim. Although the portal is designed to limit submission to one per Claim ID, third parties have submitted their contracts via email, and require further review. Where competing contracts are identified, Verita will need guidance from Counsel and the Court.

**ADMINISTRATION COSTS**

20. As of September 30, 2026, Verita's current administrative fees and cost are $2,732,471.04. This includes, but is not limited to, mailing and emailing of the notice, emailing of the reminder notice, publication notice, developing and maintaining the settlement website, including the DSA portal, third party portal, deficiency portal, review and processing of claim forms and third party contracts, and responses to phone and email inquiries.

21. Verita expects to exceed the allotted $3 million over the course of the 10-year settlement administration. This is in part due to the costs to date detailed above and due to the anticipated costs to process third-party purchase requests, update allocations for class members, and make payments.

## CONCLUSION

22. In conclusion, Verita has undertaken substantial administrative efforts to implement and administer the Settlement. These efforts have required significant technology and operational resources. Verita will continue to administer the Settlement in accordance with the Settlement Agreement and Court orders.

23. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026 at San Rafael, CA.

JANETH ANTONIO