**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION RE THIRD-PARTY PURCHASES AND OTHER SETTLEMENT ADMINISTRATION**<br><br>Judge: Hon. Claudia Wilken |

Plaintiffs have moved to set a deadline for third-party purchaser submissions and other related settlement administration matters. The Court, having considered the parties' papers and all other matters presented, HEREBY ORDERS that:

Plaintiffs' Motion re Third-Party Purchases and Other Settlement Administration is GRANTED, and further ORDERS as follows:

1. The deadline for third-party purchaser submissions to transfer payment of Class Member claims is December 4, 2026.
2. Plaintiffs' proposed plan for administration of third-party purchased claims, including deficiencies, denials, and duplicate submissions, is hereby adopted, as set forth below:
    a. ***Deficiencies***: The Settlement Administrator shall treat the following as "deficiencies," and shall provide notice of such deficiencies subject to a 30-day cure period, running from the date of such notice:
        - Missing or incomplete bill of sale documentation, including missing signatures of the buyer or seller, or insufficient information to determine if the transaction constitutes an outright sale;
        - Missing or insufficient information in the W-9s, including a missing W-9 of either the buyer or the Class Member seller, invalid tax ID number(s), or missing signature(s);
        - Missing Class Member government-issued photo ID; or
        - Missing or unsigned tax indemnification from the buyer (*see House* Dkt. No. 1047).
    b. ***Denials***: The Settlement Administrator shall deny submissions in the following circumstances, and shall remit payment to the Class Member at the time of distribution if a valid claim exists:
        - The transaction is deemed something other than an outright sale of the relevant claim (*e.g.*, the contract is for a loan or advance payment rather than a sale);

- Missing or unsigned tax disclosure to the Class Member after September 16, 2025 (*i.e.*, the date of the Court's order requiring the disclosures (*see House* Dkt. No. 1047)); or
- Failure to correct any deficiency within the 30-day cure period.

c. ***Duplicates***: Where there are multiple third-party submissions corresponding to a particular claim, the Settlement Administrator shall notify all third-party purchasers of such claim. Such notices shall include copies of the bills of sale, and shall explain that more than one submission has been made and that no payment will be remitted until the Settlement Administrator receives: (a) an agreement signed by the relevant third-party purchasers specifying which third-party purchaser shall receive the proceeds; or (b) proof of a legal determination of ownership. In all events, the Settlement Administrator shall remit payment to a single entity or individual.

3. Plaintiffs may pay the costs of settlement administration from the accrued interest on the damages payments.

**IT IS SO ORDERED.**

Dated: ___________________

_________________________________
Hon. Claudia Wilken
United States District Court Judge