November 8, 2026

Dear Honorable Judge Wilken,

I respectfully write regarding Class Counsel's request to appoint Davis Warren as a representative of the Injunctive Relief Class.

My concern is not with Mr. Warren personally. Rather, it is whether appointing another post-graduate quarterback from a major football program adequately represents the Injunctive Relief Class as a whole.

The Injunctive Relief Class includes student-athletes whose experiences differ significantly from those of elite football players. It includes female athletes, Olympic-sport athletes, walk-ons, and athletes in non-revenue sports whose opportunities have been directly affected by roster limits and the changing landscape of college athletics. These athletes comprise the Additional Sports Class, representing approximately 80% of Division I athletes, yet their interests and experiences are not represented among the current or proposed Injunctive Relief Class Representatives.

I remember the Court questioning Sedona Prince's adequacy at the April 2025 fairness hearing, because she had completed her final season and was about to graduate. That concern made sense because she would no longer be participating in college athletics when the Injunctive Relief took effect and therefore would not be subject to the new NCAA rules and restrictions imposed by the Settlement.

Last year, the Court approved Miller Moss, and now is being asked to approve Davis Warren. Like Mr. Moss, Mr. Warren is a quarterback at a highly visible football program and is at the end of his collegiate career. As a sixth-year athlete with only three regular season games remaining, his college career will be over in a matter of weeks. Like Ms. Prince, he has no skin in the game to advocate on behalf of other student-athletes. Neither Mr. Moss nor Mr. Warren represents the experience of athletes currently navigating recruiting, roster limits, or reduced resources for non-revenue sports in the post-settlement era.

These differences matter because the interests of athletes in football are not aligned with those of athletes in non-revenue sports. Many female and Olympic-sport athletes have experienced roster cuts, reduced opportunities, and uncertainty about their athletic futures as schools implement the Injunctive Relief provisions. Those athletes deserve direct representation among the Injunctive Relief Class Representatives.

I previously volunteered to serve because I believed the Injunctive Relief Class would benefit from the perspective of athletes whose experiences differ from those of high-profile football

players. I have been involved in this process since January 2025 so am familiar with the concerns facing student-athletes who are being directly impacted by the Injunctive Relief.

For these reasons, I respectfully request that the Court appoint an additional undergraduate Injunctive Relief Class Representative from the Additional Sports Class, including myself or another female or Olympic-sport athlete, to serve alongside Mr. Warren. Such an appointment would ensure that the majority of Division I athletes, whose experiences and interests differ from those of athletes in major football programs, have a voice in the Injunctive Relief Class representation.

Thank you for your time and consideration.

Thank you,
Gracelyn Laudermilch



NCAA ID# 2306927455