Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

*Class Counsel for Plaintiffs*

Jeffrey L. Kessler (*pro hac vice*)
David L. Greenspan (*pro hac vice*)
Adam I. Dale (*pro hac vice*)
Sarah L. Viebrock (*pro hac vice*)
Neha Vyas (*pro hac vice*)
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
jeffrey.kessler@winstontaylor.com
david.greenspan@winstontaylor.com
adam.dale@winstontaylor.com
sarah.viebrock@winstontaylor.com
neha.vyas@winstontaylor.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON TAYLOR LLP
101 California Street, 21st Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jeanifer.parsigian@winstontaylor.com

*Class Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE COLLEGE ATHLETE NIL LITIGATION | Case No. 4:20-cv-03919-CW<br><br>**DECLARATION OF JEANIFER E. PARSIGIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER CONCERNING MISLEADING STATEMENTS BY THIRD-PARTY CLAIMS BUYOUT SERVICE**<br><br>Judge: Hon. Claudia Wilken |

I, Jeanifer E. Parsigian, hereby declare, under penalty of perjury, as follows:

1. I am a partner of Winston Taylor LLP. I am a member of the California Bar and am admitted to practice in this Court. I serve as Class Counsel in the above-captioned matter.

2. I make this Declaration based on my personal knowledge and in support of Plaintiffs' Motion for an Order Concerning Misleading Statements by Third-Party Claims Buyout Service. If called upon, I could and would competently testify thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the homepage of Athlete Creditor's website, https://www.athletecreditor.com/, as it appeared on October 22, 2026.

4. Attached hereto as Exhibit B is a true and correct copy of the "When Will the House v. NCAA Settlement Pay Out? Timeline" page of Athlete Creditor's website, https://www.athletecreditor.com/when-will-i-be-paid, as it appeared on October 22, 2026.

5. Attached hereto as Exhibit C is a true and correct copy of the "Frequently Asked Questions" page of Athlete Creditor's website, https://www.athletecreditor.com/faq, as it appeared on October 22, 2026.

6. Attached hereto as Exhibit D is a true and correct copy of a since-deleted post on Athlete Creditor's Instagram, dated June 22, 2026.

7. Attached hereto as Exhibit E is a true and correct copy of a since-deleted post on Athlete Creditor's Instagram, dated July 25, 2026.

8. Attached hereto as Exhibit F is a true and correct copy of a since-deleted post on Athlete Creditor's Instagram, dated August 7, 2026.

9. Attached hereto as Exhibit G is a true and correct copy of a letter from Class Counsel to counsel for Athlete Creditor dated October 22, 2026.

10. Attached hereto as Exhibit H is a true and correct copy of a letter from counsel for Athlete Creditor to Class Counsel dated November 5, 2026.

11. Attached hereto as Exhibit I is a copy of Plaintiffs' proposed corrective notice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November 2026, in San Francisco, California.

*/s/ Jeanifer E. Parsigian*

Jeanifer E. Parsigian